WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                          :

**In re**                             :         **Chapter 11 Case No.**
                                            :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :         **08-13555 (JMP)**
                                            :

                        **Debtors.**      :         **(Jointly Administered)**
                                            :

---------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION**
**UNDER 28 U.S.C. § 1746 REGARDING MOTION OF**
**LEHMAN BROTHERS HOLDINGS INC. PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 9019 FOR AUTHORIZATION AND APPROVAL**
**OF CERTAIN SETTLEMENTS WITH THE INTERNAL REVENUE SERVICE**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

           Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of

the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice

and Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

           1.       Lehman Brothers Holdings Inc. and its affiliated debtors in the above-

referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"),

filed the Motion of Lehman Brothers Holdings Inc. Pursuant to Federal Rule of Bankruptcy

US_ACTIVE:\43954993\01\58399.0011

Procedure 9019 for Authorization and Approval of Certain Settlements with the Internal

Revenue Service [ECF No. 25949] (the "Motion") with this Court on March 1, 2012.  In

accordance with the Second Amended Case Management Order, March 14, 2012 at 4:00 p.m.

(Prevailing Eastern Time), was established as the deadline (the "Objection Deadline") for

parties to object or file a response to the Motion.

2.      The Second Amended Case Management Order provides that pleadings

may be granted without a hearing, provided that, *inter alia*, no objections have been filed

prior to the relevant Objection Deadline and the attorney for the entity who filed the pleading

complies with the relevant procedural and notice requirements.  The Objection Deadline has

now passed and, to the best of my knowledge, no objection or other responsive pleading to the

Motion have been filed on the docket of the above-referenced cases in accordance with the

procedures set forth in the Second Amended Case Management Order, nor has any objection

or other responsive pleading to the Motion been served on Debtors' counsel.

3.      Accordingly, for the reasons set forth in the Motion, the Debtors

respectfully request that the Revised Proposed Order annexed hereto as Exhibit A, be entered

in accordance with the procedures described in the Second Amended Case Management

Order.

I declare that the foregoing is true and correct.

Dated: March 20, 2012
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**EXHIBIT A**

**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                  :

In re                           :        Chapter 11 Case No.
                                  :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)
                                  :

                   Debtors.      :        (Jointly Administered)
                                  :
                                  :

------------------------------------------------------------------x

### ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AUTHORIZING AND APPROVING OF CERTAIN SETTLEMENTS WITH THE INTERNAL REVENUE SERVICE

Upon the motion, dated **February 29, 2012** (the "Motion"), of Lehman Brothers

Holdings Inc. ("LBHI"), as debtor and debtor-in-possession, pursuant to Rule 9019 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for authorization and approval

of certain settlements with the Internal Revenue Service, all as more fully described in the

Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein

in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to

Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title

11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Motion having been provided in accordance with the procedures set forth in the second

amended order entered June 17, 2010 governing case management and administrative procedures

[Docket No. 9635] to (i) the United States Trustee for the Southern District of New York; (ii) the

attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange

Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern

2

District of New York; and (vi) all parties who have requested notice in these chapter 11 cases,

and it appearing that no other or further notice need be provided; and a hearing (the "Hearing")

having been held to consider the relief requested in the Motion; and the Court having found and

determined that the relief sought in the Motion is in the best interests of LBHI, its estates and

creditors, and all parties in interest and that the legal and factual bases set forth in the Motion

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that pursuant to Bankruptcy Rule 9019, the compromises and

settlements described in the Motion are approved; and it is further

ORDERED that pursuant to Bankruptcy Rule 9019, the Settlements[1] are approved

and LBHI is duly authorized to execute, deliver, implement and fully perform any and all

obligations, instruments, documents and papers and to take any and all actions reasonably

necessary or appropriate to consummate the Settlements and perform any and all obligations

contemplated therein; and it is further

ORDERED that the requirements of Bankruptcy Rule 6004(h) are waived and the

terms of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good

and sufficient notice of such Motion; and it is further

---

[1]    Capitalized terms not otherwise defined herein should have the meaning ascribed to them
in the Motion.

3

ORDERED that this Court retains jurisdiction with respect to all matters arising

from or related to the implementation of this Order.

Dated: _____, 2012
      New York, New York

 

                              _____
                              UNITED STATES BANKRUPTCY JUDGE