Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>Cloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
In re:                                          :          Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :          08-13555 (JMP)
                                                :
                          Debtors.              :          (Jointly Administered)
                                                :
------------------------------------------------------------ x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF NEW YORK   )

CHARMAINE THOMAS, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

On the 19th of March 2012, I caused copies of the following documents:

Statement *of Official Committee of Unsecured Creditors in Support of Debtors' Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of a Settlement Agreement with Lehman Re LTD and Certain Other Parties* [DI 27015], and

Statement *of Official Committee of Unsecured Creditors in Support of Motion of Lehman Brothers Holdings Inc. Pursuant to Federal Rule of*

*Bankruptcy Procedure 9019 for Authorization and Approval of Certain Settlements with the Internal Revenue Service* [DI 27017],

to be served upon the parties identified on Exhibit <u>A</u> attached hereto by electronic mail, to be served upon the parties identified on Exhibit <u>B</u> attached hereto by FedEx for next business day delivery and to be delivered and be served upon the party identified on Exhibit <u>C</u> by hand delivery.

/s/ Charmaine Thomas
CHARMAINE THOMAS

SWORN TO AND SUBSCRIBED before me this 20th day of March 2012

/s/ Jacqueline Brewster
Jacqueline Brewster
Notary Public, State of New York
No. 03BR6093249
Qualified in Bronx County
Certificate filed in New York County
Commission Expires June 2, 2015

## Exhibit A

'richard.krasnow@weil.com'; 'maurice.horwitz@weil.com; harvey.miller@weil.com;
jacqueline.marcus@weil.com; lori.fife@weil.com; aaaronson@dilworthlaw.com;
aaaronson@dilworthlaw.com; aalfonso@willkie.com; abeaumont@fklaw.com;
abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com;
adam.brezine@hro.com; adarwin@nixonpeabody.com;
Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-
law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com;
agold@herrick.com; agoldstein@tnsj-law.com; ahammer@freebornpeters.com;
aisenberg@saul.com; akantesaria@oppenheimerfunds.com; akolod@mosessinger.com;
akornikova@lcbf.com; alum@ftportfolios.com; amarder@msek.com;
amartin@sheppardmullin.com; AMcMullen@BoultCummings.com;
amenard@tishmanspeyer.com; anann@foley.com;
Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com;
angelich.george@arentfox.com; ann.reynaud@shell.com;
anthony_boccanfuso@aporter.com; aoberry@bermanesq.com;
aostrow@beckerglynn.com; apo@stevenslee.com; aquale@sidley.com;
araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com;
arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com;
arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashaffer@mayerbrown.com;
ashmead@sewkis.com; asnow@ssbb.com; aunger@sidley.com;
austin.bankruptcy@publicans.com; avenes@whitecase.com;
azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com;
bankruptcy@morrisoncohen.com; bankruptcy@ntexas-attorneys.com;
bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com;
bbisignani@postschell.com; bcarlson@co.sanmateo.ca.us; bdk@schlamstone.com;
bguiney@pbwt.com; bill.freeman@pillsburylaw.com; bkmail@prommis.com;
bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com;
Brian.Corey@greentreecreditsolutions.com; brosenblum@jonesday.com;
broy@rltlawfirm.com; bstrickland@wtplaw.com; btrust@mayerbrown.com;
bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com;
cahn@clm.com; calbert@reitlerlaw.com; canelas@pursuitpartners.com;
carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com;
cbrotstein@bm.net; cdesiderio@nixonpeabody.com; cgoldstein@stcwlaw.com;
chammerman@paulweiss.com; chardman@klestadt.com; charles@filardi-law.com;
charles_malloy@aporter.com; chipford@parkerpoe.com; chris.donoho@lovells.com;
christopher.schueller@bipc.com; clarkb@sullcrom.com; clynch@reedsmith.com;
cmontgomery@salans.com; cohenr@sewkis.com; colea@gtlaw.com;
cousinss@gtlaw.com; cp@stevenslee.com; cpappas@dilworthlaw.com;
craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov; cs@stevenslee.com;
csalomon@beckerglynn.com; cschreiber@winston.com; cshore@whitecase.com;
cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cwalsh@mayerbrown.com;
cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com;
dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com;

dave.davis@isgria.com; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com;
david.heller@lw.com; david.powlen@btlaw.com; david.seligman@kirkland.com;
davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com;
dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com;
dcimo@gjb-law.com; dcoffino@cov.com; dcrapo@gibbonslaw.com;
ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deggermann@kramerlevin.com;
deggert@freebornpeters.com; demetra.liggins@tklaw.com; deryck.palmer@cwt.com;
dfelder@orrick.com; dflanigan@polsinelli.com; dgrimes@reedsmith.com;
dhayes@mcguirewoods.com; dheffer@foley.com; diconzam@gtlaw.com;
djoseph@stradley.com; dkleiner@velaw.com; dkozusko@willkie.com;
dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com;
dmcguire@winston.com; dmurray@jenner.com; dneier@winston.com;
dove.michelle@dorsey.com; dowd.mary@arentfox.com; dpegno@dpklaw.com;
draelson@fisherbrothers.com; dravin@wolffsamson.com; drose@pryorcashman.com;
drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com;
dshaffer@wtplaw.com; dshemano@pwkllp.com; dspelfogel@foley.com;
dtatge@ebglaw.com; dtheising@harrisonmoberly.com; dwdykhouse@pbwt.com;
dwildes@stroock.com; dworkman@bakerlaw.com; easmith@venable.com;
echang@steinlubin.com; ecohen@russell.com; efriedman@fklaw.com;
efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com;
ehollander@whitecase.com; ekbergc@lanepowell.com; elevin@lowenstein.com;
eli.mattioli@klgates.com; ellen.halstead@cwt.com; emerberg@mayerbrown.com;
enkaplan@kaplanlandau.com; eobrien@sbchlaw.com; erin.mautner@bingham.com;
eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com;
etillinghast@sheppardmullin.com; ezujkowski@emmetmarvin.com;
ezweig@optonline.net; fbp@ppgms.com; feldsteinh@sullcrom.com;
ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; foont@foontlaw.com;
francois.janson@hklaw.com; fsosnick@shearman.com; fyates@sonnenschein.com;
gabriel.delvirginia@verizon.net; geraci@thalergertler.com;
ggitomer@mkbattorneys.com; ggoodman@foley.com; giddens@hugheshubbard.com;
gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com;
gravert@ravertpllc.com; gspilsbury@jsslaw.com; guzzi@whitecase.com;
harrisjm@michigan.gov; harveystrickon@paulhastings.com;
hbeltzer@mayerbrown.com; heim.steve@dorsey.com; heiser@chapman.com;
hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com;
hseife@chadbourne.com; hsnovikoff@wlrk.com; hsteel@brownrudnick.com;
icatto@mwe.com; igoldstein@dl.com; ilevee@lowenstein.com;
info2@normandyhill.com; ira.herman@tklaw.com; isgreene@hhlaw.com;
israel.dahan@cwt.com; iva.uroic@dechert.com; jacobsonn@sec.gov;
james.mcclammy@dpw.com; james.sprayregen@kirkland.com;
jamestecce@quinnemanuel.com; jamie.nelson@dubaiic.com; jar@outtengolden.com;
jason.jurgens@cwt.com; jay.hurst@oag.state.tx.us; jay@kleinsolomon.com;
Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com;
jbeiers@co.sanmateo.ca.us; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-
law.com; jchristian@tobinlaw.com; jdoran@haslaw.com; Jdrucker@coleschotz.com;
jdyas@halperinlaw.net; jean-david.barnea@usdoj.gov; jeanites@whiteandwilliams.com;

jeannette.boot@wilmerhale.com; jeff.wittig@coair.com; jeffery.black@bingham.com;
jeffrey.sabin@bingham.com; jeldredge@velaw.com; jen.premisler@cliffordchance.com;
jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com;
jeremy.eiden@ag.state.mn.us; jfalgowski@reedsmith.com; jflaxer@golenbock.com;
jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com; jgenovese@gjb-law.com;
jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com; jhorgan@phxa.com;
jhuggett@margolisedelstein.com; jhuh@ffwplaw.com; jim@atkinslawfirm.com;
jjoyce@dresslerpeters.com; jjtancredi@daypitney.com; jjureller@klestadt.com;
jkehoe@btkmc.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com;
jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jlovi@steptoe.com;
jlscott@reedsmith.com; jmaddock@mcguirewoods.com; jmakower@tnsj-law.com;
jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com;
jmerva@fult.com; jmmurphy@stradley.com; jmr@msf-law.com;
jnadritch@olshanlaw.com; jnm@mccallaraymer.com; john.monaghan@hklaw.com;
john.rapisardi@cwt.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov;
joshua.dorchak@bingham.com; jowen769@yahoo.com; jowolf@law.nyc.gov;
joy.mathias@dubaiic.com; JPintarelli@mofo.com; jporter@entwistle-law.com;
jprol@lowenstein.com; jrabinowitz@rltlawfirm.com; jrsmith@hunton.com;
jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com;
jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jstoll@mayerbrown.com;
jsullivan@mosessinger.com; jteitelbaum@tblawllp.com; jtimko@shutts.com;
jtougas@mayerbrown.com; judy.morse@crowedunlevy.com; jvail@ssrl.com;
jwallack@goulstonstorrs.com; jwang@sipc.org; jwcohen@daypitney.com;
jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com;
kanema@formanlaw.com; karen.wagner@dpw.com;
KDWBankruptcyDepartment@kelleydrye; keckhardt@hunton.com;
keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com;
kerry.moynihan@hro.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com;
kjarashow@fklaw.com; kkelly@ebglaw.com; kkolbig@mosessinger.com;
klyman@irell.com; klynch@formanlaw.com; kmayer@mccarter.com;
kobak@hugheshubbard.com; korr@orrick.com; kovskyd@pepperlaw.com;
kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com;
krosen@lowenstein.com; kuehn@bragarwexler.com; kurt.mayr@bgllp.com;
lacyr@sullcrom.com; Landon@StreusandLandon.com; lapeterson@foley.com;
lathompson@co.sanmateo.ca.us; lberkoff@moritthock.com;
Lee.Stremba@troutmansanders.com; lgotko@fklaw.com; lgranfield@cgsh.com;
lhandelsman@stroock.com; linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com;
lisa.kraidin@allenovery.com; LJKotler@duanemorris.com; lkatz@ltblaw.com;
lmarinuzzi@mofo.com; Lmay@coleschotz.com; lmcgowen@orrick.com;
lml@ppgms.com; lnashelsky@mofo.com; loizides@loizides.com;
lromansic@steptoe.com; lscarcella@farrellfritz.com; lschweitzer@cgsh.com;
lsilverstein@potteranderson.com; lubell@hugheshubbard.com; lwhidden@salans.com;
mabrams@willkie.com; MAOFILING@CGSH.COM; Marc.Chait@SC.com;
margolin@hugheshubbard.com; mark.bane@ropesgray.com;
mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.ellenberg@cwt.com;
mark.sherrill@sutherland.com; martin.davis@ots.treas.gov;

Marvin.Clements@ag.tn.gov; matt@willaw.com; matthew.klepper@dlapiper.com;
maustin@orrick.com; max.polonsky@skadden.com; mbenner@tishmanspeyer.com;
mberman@nixonpeabody.com; mberman@nixonpeabody.com; mbienenstock@dl.com;
mbloemsma@mhjur.com; mbossi@thompsoncoburn.com;
mcademartori@sheppardmullin.com; mccombst@sullcrom.com;
mcordone@stradley.com; mcto@debevoise.com; mcyganowski@oshr.com;
mdahlman@kayescholer.com; mdorval@stradley.com; melorod@gtlaw.com;
meltzere@pepperlaw.com; metkin@lowenstein.com; mfeldman@willkie.com;
mgordon@briggs.com; mgreger@allenmatkins.com; mh1@mccallaraymer.com;
mharris@smsm.com; mhopkins@cov.com; michael.frege@cms-hs.com;
michael.kelly@monarchlp.com; michael.kim@kobrekim.com;
michael.mccrory@btlaw.com; michael.reilly@bingham.com; millee12@nationwide.com;
miller@taftlaw.com; mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com;
mjacobs@pryorcashman.com; mjedelman@vedderprice.com;
MJR1@westchestergov.com; mkjaer@winston.com; mlahaie@akingump.com;
MLandman@lcbf.com; mlichtenstein@crowell.com; mlynch2@travelers.com;
mmendez@hunton.com; mmooney@deilylawfirm.com; mmorreale@us.mufg.jp;
mneier@ibolaw.com; monica.lawless@brookfieldproperties.com;
mpage@kelleydrye.com; mparry@mosessinger.com;
mpomerantz@julienandschlesinger.com; mprimoff@kayescholer.com;
mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mruetzel@whitecase.com;
mschimel@sju.edu; mschlesinger@julienandschlesinger.com;
msegarra@mayerbrown.com; mshiner@tuckerlaw.com; msiegel@brownrudnick.com;
msolow@kayescholer.com; mspeiser@stroock.com; mstamer@akingump.com;
mvenditto@reedsmith.com; mwarren@mtb.com; ncoco@mwe.com;
neal.mann@oag.state.ny.us; ned.schodek@shearman.com; neilberger@teamtogut.com;
newyork@sec.gov; nfurman@scottwoodcapital.com; Nherman@morganlewis.com;
nissay_10259-0154@mhmjapan.com; nlepore@schnader.com; notice@bkcylaw.com;
oipress@travelers.com; omeca.nedd@lovells.com; otccorpactions@finra.org;
patrick.oh@freshfields.com; paul.turner@sutherland.com; pbattista@gjb-law.com;
pbosswick@ssbb.com; pdublin@akingump.com; peisenberg@lockelord.com;
peter.gilhuly@lw.com; peter.macdonald@wilmerhale.com;
peter.simmons@friedfrank.com; peter@bankrupt.com; pfeldman@oshr.com;
phayden@mcguirewoods.com; pmaxcy@sonnenschein.com; ppascuzzi@ffwplaw.com;
ppatterson@stradley.com; psp@njlawfirm.com; ptrain-gutierrez@kaplanlandau.com;
ptrostle@jenner.com; pwright@dl.com; r.stahl@stahlzelloe.com;
raj.madan@bingham.com; rajohnson@akingump.com; ramona.neal@hp.com;
ranjit.mather@bnymellon.com; raul.alcantar@ropesgray.com;
rbeacher@pryorcashman.com; rbyman@jenner.com; rdaversa@orrick.com;
relgidely@gjb-law.com; rfleischer@pryorcashman.com; rfrankel@orrick.com;
rfriedman@silvermanacampora.com; rgmason@wlrk.com; rgraham@whitecase.com;
rhett.campbell@tklaw.com; richard.lear@hklaw.com; richard.levy@lw.com;
richard.tisdale@friedfrank.com; richard@rwmaplc.com; ritkin@steptoe.com;
RJones@BoultCummings.com; rleek@HodgsonRuss.com; RLevin@cravath.com;
rmatzat@hahnhessen.com; rmcneill@potteranderson.com; rnetzer@willkie.com;
robert.bailey@bnymellon.com; robert.dombroff@bingham.com;

robert.henoch@kobrekim.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov;
robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com; roger@rnagioff.com;
ronald.silverman@bingham.com; ross.martin@ropesgray.com; rqureshi@reedsmith.com;
rrainer@wmd-law.com; rreid@sheppardmullin.com; rrigolosi@smsm.com;
rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com;
RTrust@cravath.com; russj4478@aol.com; rwasserman@cftc.gov; rwyron@orrick.com;
s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com;
SABVANROOY@HOTMAIL.COM; sagolden@hhlaw.com;
Sally.Henry@skadden.com; sandyscafaria@eaton.com;
Sara.Tapinekis@cliffordchance.com; scargill@lowenstein.com;
schannej@pepperlaw.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com;
schristianson@buchalter.com; schwartzmatthew@sullcrom.com;
scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com;
sdnyecf@dor.mo.gov; sean@blbglaw.com; sehlers@armstrongteasdale.com;
seichel@crowell.com; sfelderstein@ffwplaw.com; sfineman@lchb.com;
sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-law.com;
shannon.nagle@friedfrank.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org;
shgross5@yahoo.com; sidorsky@butzel.com; slerman@ebglaw.com; slerner@ssd.com;
slevine@brownrudnick.com; SLoden@DiamondMcCarthy.com; smayerson@ssd.com;
smillman@stroock.com; smulligan@bsblawyers.com; snewman@katskykorins.com;
sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com;
squigley@lowenstein.com; SRee@lcbf.com; sschultz@akingump.com;
sselbst@herrick.com; sshimshak@paulweiss.com; sskelly@teamtogut.com;
sstarr@starrandstarr.com; steele@lowenstein.com; stephen.cowan@dlapiper.com;
steve.ginther@dor.mo.gov; steven.troyer@commerzbank.com;
steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com;
susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com;
sweyl@haslaw.com; swolowitz@mayerbrown.com; szuch@wiggin.com;
tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tdewey@dpklaw.com;
tduffy@andersonkill.com; teresa.oxford@invescoaim.com; TGoren@mofo.com;
thaler@thalergertler.com; thomas.califano@dlapiper.com; thomas.ogden@dpw.com;
Thomas_Noguerola@calpers.ca.gov; tim.desieno@bingham.com;
timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com;
tkarcher@dl.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com;
tmacwright@whitecase.com; tmarrion@haslaw.com; tnixon@gklaw.com;
toby.r.rosenberg@irscounsel.treas.gov; tony.davis@bakerbotts.com; tslome@msek.com;
ttracy@crockerkuno.com; twheeler@lowenstein.com; ukreppel@whitecase.com;
Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com;
walter.stuart@freshfields.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com;
wbenzija@halperinlaw.net; wchen@tnsj-law.com; wcurchack@loeb.com;
wdase@fzwz.com; william.m.goldman@dlapiper.com;
wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; wk@pwlawyers.com;
wmaher@wmd-law.com; wmarcari@ebglaw.com; wmckenna@foley.com;
woconnor@crowell.com; wsilverm@oshr.com; wswearingen@llf-law.com;
wtaylor@mccarter.com; wweintraub@fklaw.com; wzoberman@bermanesq.com;
yamashiro@sumitomotrust.co.jp; YUwatoko@mofo.com;

'robertdakis@quinnemanuel.com'; 'lynne.gugenheim@cna.com';
'Karla.Lammers@cna.com'

## Exhibit B

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Lori R. Fife, Esq.
        Harvey R. Miller, Esq..

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:  Tracy Hope Davis, Esq.
        Elisabetta G. Gasparini, Esq.
        Andrea B. Schwartz, Esq.

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**<u>Exhibit C</u>**

The Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York  10004