UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :    (Jointly Administered)
           Debtors.                             :
                                                :
---------------------------------------------------------------------x    Ref. Docket Nos. 25895, 25951-
                                                     25953, 25960, 25961

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 5, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
20th day of March, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CURA FIXED INCOME ARBITRAGE MASTER FUND, LTD.
     C/O SEWARD & KISSEL LLP
     ATTN: JUSTIN L. SHEARER
     ONE BATTERY PARK PLAZA
     NEW YORK NY 10004
```

Please note that your claim # 66305 in the above referenced case and in the amount of
     $1,578,000.00          has been transferred **(unless previously expunged by court order)**

```
     UBS AG, STAMFORD BRANCH
     TRANSFEROR: CURA FIXED INCOME ARBITRAGE MASTER FUND, LTD.
     ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS
     677 WASHINGTON BLVD
     STAMFORD CT 06901
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 25952       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/05/2012                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 5, 2012.

# EXHIBIT B

```
TIME: 23:26:38                              LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 03/05/12                                    CREDITOR LISTING

Name                                        Address
**** VOIDED DUE TO TRANSFER REVERSE         **** VOIDED DUE TO TRANSFER REVERSE **** CLICK ON TRANSFER HISTORY BUTTON **** TO VIEW OLD INFORMATION
CURA FIXED INCOME ARBITRAGE MASTER FUND,    C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004
LTD.
FAIR HARBOR CAPITAL, LLC                    TRANSFEROR: VAN DEN HEUVEL, B.J.M. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: SOCIETE GENERALE C/O GOLDMAN SACHS & CO ATTN: RICK CANONICO 200 WEST ST NEW YORK NY 10282-2198
GULLER, GLAUNELONE                          TROGELSBYER WEG 52 FLENSBURG D-24943 GERMANY
INVESTCORP FIXED INCOME RELATIVE VALUE      C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004
FUND LTD.
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: SWISSCANTO (CH) PORTFOLIO FUND VALCA ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                            NEW YORK NY 10005
LEUNG PAK MING RAYMOND                      4/F BLOCK F NO. 111 MOUNT BUTLER ROAD JARDINE'S LOOKOUT HK   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LEUNG PAK MING RAYMOND 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
SWISSCANTO (CH) PORTFOLIO FUND VALCA        SWISSCANTO FUNDS MANAGEMENT LTD NORDRING 4 BERNE 25  CH-3000 SWITZERLAND
TANNOR PARTNERS CREDIT FUND, LLP            TRANSFEROR: GULLER, GLAUNELONE 150 GRAND STREET, STE. 401 WHITE PLAINS NY 10601
UBS AG, STAMFORD BRANCH                     TRANSFEROR: CURA FIXED INCOME ARBITRAGE MASTER FUND, LTD. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                     TRANSFEROR: INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD
                                            STAMFORD CT 06901
VAN DEN HEUVEL, B.J.M.                      DE BEETHOF 11 NUENEN  5673 LV NETHERLANDS

Total Number of Records Printed          14
```