UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |
| | Ref. Docket Nos. 25989, 25998 |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 6, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
20th day of March, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  UZUSHIO ELECTRIC CO.,LTD
        ATTN: FINANCE DEPARTMENT
        1520 KUO
        ONISHI-CHO
        IMABARI-CITY
        EHIME-KEN
            799-2294
        JAPAN

Please note that your claim # 25733 in the above referenced case and in the amount of
    $1,336,815.05    has been transferred **(unless previously expunged by court order)**

        UBS SECURITIES JAPAN, LTD
        TRANSFEROR: UZUSHIO ELECTRIC CO.,LTD
        OTEMACHI FIRST SQUARE
        5-1, OTEMACHI 1-CHOME
        CHIYODA-KU
        TOKYO    100-0004
        JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 25989    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/06/2012                      Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 6, 2012.

# EXHIBIT B

```
TIME: 21:29:16                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 03/06/12                                         CREDITOR LISTING

Name                                    Address
MORGAN STANLEY & CO. INTERNATIONAL PLC  RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC  TRANSFEROR: NOMURA CAPITAL MARKETS PLC 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND
NOMURA CAPITAL MARKETS PLC              SHEARMAN & STERLING LLP C/O DOUGLAS P. BARTNER SOLOMON J. NOH 599 LEXINGTON AVENUE NEW YORK NY 10022
NOMURA CAPITAL MARKETS PLC              C/O MATTHEW WADHAMS NOMURA HOUSE 1 ST. MARTIN'S-LE-GRAND LONDON  EC1A 4NP UNITED KINGDOM
UBS SECURITIES JAPAN, LTD               TRANSFEROR: UZUSHIO ELECTRIC CO.,LTD OTEMACHI FIRST SQUARE 5-1, OTEMACHI 1-CHOME CHIYODA-KU TOKYO  100-0004 JAPAN
UZUSHIO ELECTRIC CO.,LTD                ATTN: FINANCE DEPARTMENT 1520 KUO ONISHI-CHO IMABARI-CITY EHIME-KEN 799-2294 JAPAN


Total Number of Records Printed         6
```