UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                               :

In re                            :       Chapter 11 Case No.
                                 :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :       08-13555 (JMP)
                               :       (Jointly Administered)

               Debtors.         :
                               :

-------------------------------------------------------------------------x   Ref. Docket Nos. 18172, 20520,
                                             25354, 25959, 25962-25980, 25982,
                                           25990, 26005-26010, 26019, 26034-
                                           26038, 26040, 26045, 26046, 26049,
                                           26062

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 8, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                     */s/ Lauren Rodriguez*
                                     Lauren Rodriguez

Sworn to before me this
20th day of March, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  DEUTSCHE BANK AG, LONDON BRANCH
             TRANSFEROR: MNC PARTNERS, L.P.
             ATTN: RICH VICHAIDITH
             60 WALL ST., 3RD FLOOR
             NEW YORK NY 10005

Please note that your claim # 66801 in the above referenced case and in the amount of
        $10,546,250.00  allowed at $10,546,250.00      has been transferred **(unless previously expunged by court order)**

        OZ SPECIAL MASTER FUND, LTD.
        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
        C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP
        ATTN: LESLIE EVANS
        9 WEST 57TH STREET, 13TH FLOOR
        NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 25974      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/08/2012                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 8, 2012.

**EXHIBIT B**

TIME: 18:33:05
DATE: 03/08/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| APPALOOSA INVESTMENT L.P. 1 | ANDREW KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| APPALOOSA INVESTMENT L.P. 1 | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O APPALOOSA MANAGEMENT LP ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| AVIGNON CAPITAL LTD. | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| AVIGNON CAPITAL LTD. | TRANSFEROR: CENTRAL BANCO UNIVERSAL C/O CITCO B.V.I. LTD. WICKHAMS CAPY P.O. BOX 662 ROAD TOWN TORTOLA  BRITISH VIRGIN ISLANDS |
| BASLER KANTONALBANK | TRANSFEROR: SCHLACHTER, RENE HERR STEFA DURST POSTFACH 4002 BASEL (CH)  SWITZERLAND |
| BOULDER DAM CREDIT HUB FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O GLG ORE HILL LLC ATTN: CLAUDE BAUM 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019 |
| BOULDER DAM CREDIT HUG FUND LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: CLAUDE BAUM C/O GLG ORE HILL LLC 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019 |
| CENTRAL BANCO UNIVERSAL | ATTN: ALEJANDRO GOMEZ SIGALA EDIFICIO CENTRAL E.A.P. AVE. SAN FELIPE, ENTRE 1A AND 2A TRANSVERSAL, LA CASTELLANA CARACAS  VENEZUELA |
| CENTRAL BANCO UNIVERSAL | ATTN: DAVID LEMAY & CHRISTY RIVERA CHADBOURNE & PARKE 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CHEN JET HOW / LAU WAI YUM | TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LIMITED 60 BAYSHORE ROAD #22-02 SINGAPORE  469982 SINGAPORE |
| DEUTSCHE BANK AG LONDON BRANCH | ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BASSO MULTI-STRATEGY HOLDING FUND LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BASSO MULTI-STRATEGY HOLDING FUND LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BASSO MULTI-STRATEGY HOLDING FUND LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: EUROMOBILIARE INTERNATIONAL FUND - TR FLEX 5 ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HARRINGTON PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: INTERPOLIS PENSIOENEN GLOBAL HIGH YIELD POOL ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LGT MULTI MANAGER BOND HIGH YIELD (USD) ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MARSH & MCLENNAN CO'S, INC. U.S. RETIREMENT PLAN-LONG ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MARSH & MCLENNAN COMPANIES, INC. U.S. RETIREMENT PLAN ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MERCED PARTNERS LIMITED PARTNERSHIP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MERCED PARTNERS, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MNC PARTNERS, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PUTNAM GLOBAL FUNDS - PUTNAM WORLDWIDE INCOME FUND ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SUNAMERICA SERIES TRUST ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| EUROMOBILIARE INTERNATIONAL FUND - TR FLEX 5 | C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: TRAN, LILEY AS ASSIGNEE OF LILEY TRAN ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FIFTH THIRD BANK | ATTN: TIFFANY STRELOW COBB 38 FOUNTAIN SQUARE PLAZA M. D. 1090A3 CINCINNATI OH 45263 |
| FIFTH THIRD MORTGAGE COMPANY - LEGAL ADMINISTRATION | ATTN: TIFFANY STRELOW COBB 38 FOUNTAIN SQUARE PLAZA M. D. 1090A3 CINCINNATI OH 45623 |
| FIFTH THIRD MORTGAGE COMPANY C/O FIFTH THIRD BANK | ATTN: TIFFANY STRELOW COBB 38 FOUNTAIN SQUARE PLAZA M. D. 1090A3 CINCINNATI OH 45623 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: UBS AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| ILLIQUIDX LTD | TRANSFEROR: UBS FINANCIAL SERVICES INC ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LTD | TRANSFEROR: UBS FINANCIAL SERVICES, INC ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INTERPOLIS PENSIOENEN GLOBAL HIGH YIELD POOL | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| INTERPOLIS PENSIOENEN GLOBAL HIGH YIELD POOL | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| ITOCHU CAPITAL SECURITIES LTD. | LEHMAN BROTHERS JAPAN INC ATTN: RYOTARO SUGAMARA AOYAMA KUWAHOJINA BUILDING 4F 2-2-22 JINGUMAE, SHIBUYA-KA TOKYO 150-0001 JAPAN |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FIFTH THIRD BANK THE METRO CENTER ONE STATION PLACE - 3N ATTN: RICHARD BIGGICO, STAMFORD CT 06902 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FIFTH THIRD MORTGAGE COMPANY - LEGAL ADMINISTRATION ONE STATION PLACE THREE NORTH STAMFORD CT 06902 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FIFTH THIRD MORTGAGE COMPANY C/O FIFTH THIRD BANK ONE STATION PLACE THREE NORTH STAMFORD CT 06902 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK N.A. | C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK N.A. | TRANSFEROR: AGRICULTURAL BANK OF GREECE SA ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT COMPANY S.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| LGT MULTI MANAGER BOND HIGH YIELD (USD) | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |

TIME: 18:33:05
DATE: 03/08/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
| --- | --- |
| MARSH & MCLENNAN CO'S, INC. U.S. RETIREMENT PLAN-LONG | DURATION FIXED INCOME; TRANSFEROR: MARSH & MCLENNAN COMPANIES, INC US RETIREMENT PLAN - HIGH YIELD C/O PUTNAM INVESTMENTS, ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MARSH & MCLENNAN CO'S, INC. U.S. RETIREMENT PLAN-LONG | DURATION FIXED INCOME; TRANSFEROR: MARSH & MCLENNAN COMPANIES, INC US RETIREMENT PLAN-HIGH YIELD C/O PUTNAM INVESTMENTS, ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MARSH & MCLENNAN COMPANIES, INC. U.S. RETIREMENT PLAN | LONG DURATION FIXED INCOME, C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MARSH & MCLENNAN COMPANIES, INC. U.S. RETIREMENT PLAN | LONG DURATION FIXED INCOME, C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MONARCH CAPITAL MASTER PARTNERS II LP | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II-A LP | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAYMAN FUND LIMITED | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH RESEARCH ALPHA MASTER FUND LTD. | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | JOSHUA RAWLINS 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: BES VIDA COMPANHIA SEGUROS S.A. 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LIMITED ATTN: BRIAN CRIPPS 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| OAKFORD MF LIMITED | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| OZ SPECIAL MASTER FUND | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LESLIE EVANS C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LESLIE EVANS C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LESLIE EVANS C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| P MONARCH RECOVERY LTD | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| PALOMINO FUND LIMITED | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| PALOMINO FUND LIMITED | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O APPALOOSA MANAGEMENT LP ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| PUTNAM GLOBAL FUNDS - PUTNAM WORLDWIDE INCOME FUND | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| SCHACHTER, RENE | IN DEN ZIEGELHOFEN 175 BASEL, 4054 SWITZERLAND |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O SILVER POINT CAPITAL, L.P. ATTN: FREDERICK H. FOGEL 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHEN JET HOW / LAU WAI YUM 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG |
| SUNAMERICA SERIES TRUST | INTERNATIONAL GROWTH AND INCOME PORTFOLIO C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT COMPANY S.A. | 69 ROUTE D'ESCH LUXEMBOURG L-1470 LUXEMBOURG |
| SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT COMPANY S.A. | 69 ROUTE D'ESCH LUXEMBOURG L-1470 LUXEMBOURG |
| SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT COMPANY S.A. | ANTHONY BOCCANFUSO ARNOLD & PORTER LLP 399 PARK AVE, 34TH FL NEW YORK NY 10022 |
| THOROUGHBRED FUND L.P. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THOROUGHBRED FUND L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O APPALOOSA MANAGEMENT LP ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| THOROUGHBRED MASTER LTD. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 18:33:05
DATE: 03/08/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    3

| Name | Address |
|------|---------|
| THOROUGHBRED MASTER LTD. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O APPALOOSA MANAGEMENT LP ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| TRAN, LILEY | 18 WYATT AVENUE BURWOOD  NSW 2134 AUSTRALIA |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/OSGC P.O. BOX ZURICH  8098 SWITZERLAND |
| UBS FINANCIAL SERVICES INC | 1000 HARBOR BLVD WEEHAWKEN NJ 07086 |
| UBS FINANCIAL SERVICES, INC | 1000 HARBOR BLVD WEEHAWKEN NJ 07086 |
| UBS SECURITIES JAPAN LIMITED | TRANSFEROR: ITOCHU CAPITAL SECURITIES LTD. OTEMACHI FIRST SQUARE, 5-1, OTEMACHI I-CHOME, CHIYODA-KU TOKYO  100-0004 JAPAN |

Total Number of Records Printed    83

EPIQ BANKRUPTCY SOLUTIONS, LLC