UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
: 
In re                                                                          :         Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :         08-13555 (JMP)
:         (Jointly Administered)
            Debtors.                                                 :
:
------------------------------------------------------------------x         Ref. Docket Nos. 24133, 24177,
24220, 25685, 25776, 25777, 25795,
25799, 25826, 25875, 25997, 26004,
26015, 26033, 26073, 26075, 26076,
26079, 26083, 26084, 26090, 26091,
26096, 26098

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                                            ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 9, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                            */s/ Lauren Rodriguez*
                                                                            Lauren Rodriguez

Sworn to before me this
20th day of March, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 24133, 24177, 24220...26091, 26096, 26098_AFF_03-09-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER
     1177 AVENUE OF THE AMERICAS
     NEW YORK NY 10019

BANK HAPOALIM B.M.
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

Please note that your claim # 55854-57 in the above referenced case and in the amount of
     $150,000.00  allowed at $136,890.12          has been transferred **(unless previously expunged by court order)**

     BANK HAPOALIM (SWITZERLAND) LTD.
     TRANSFEROR: BANK HAPOALIM B.M.
     STOCKERSTRASSE 33
     ZURICH    8027
     SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 25777       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/09/2012                   Vito Genna, Clerk of Court


                                   /s/ Lauren Rodriguez
                                   _____
                                   By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 9, 2012.

# EXHIBIT B

```
TIME: 16:09:06                                      LEHMAN BROTHERS HOLDING INC.                                                                          PAGE:    1
DATE: 03/09/12                                            CREDITOR LISTING

Name                                                 Address
BANCA EUROMOBILIARE (SUISSE) SA                      TRANSFEROR: FIDEURAM BANK SUISSE SA VIA BALESTRA 17 LUGANO CH 6900 SWITZERLAND
BANCA MONTE DEI PASCHI DI SIENA S.P.A                ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANK HAPOALIM (SWITZERLAND) LTD.                     TRANSFEROR: BANK HAPOALIM B.M. STOCKERSTRASSE 33 ZURICH 8027 SWITZERLAND
BANK HAPOALIM B.M.                                   18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                   ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BETHMANN BANK AG                                     PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
                                                     TRANSFEROR: GARTNER, FEDERICO JORGE BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN 60311 GERMANY
BNP PARIBAS                                          ATTN: KATHRYN B. QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018
BNP PARIBAS SECURITIES CORP.                         TRANSFEROR: BNP PARIBAS ATTN: CHRISTIAN MUNDIGO 787 SEVENTH AVENUE NEW YORK NY 10019
BSI SA                                               TRANSFEROR: CREDIT SUISSE VIA MAGATTI 2 LUGANO CH-6900 SWITZERLAND
C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)              TRANSFEROR: BLACK RIVER COMMODITY FUND LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE
                                                     COBHAM, SURREY KT11 2PD UNITED KINGDOM
C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)              TRANSFEROR: BLACK RIVER COMMODITY FUND LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE
                                                     COBHAM, SURREY KT11 2PD UNITED KINGDOM
C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)              TRANSFEROR: ORANJE-NASSAU ENERGIE BV C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE
                                                     COBHAM, SURREY KT11 2PD UNITED KINGDOM
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.                  TRANSFEROR: BOSQUE POWER COMPANY, LLC 11-13 BOULEVARD DE LA FOIRE L 1528 LUXEMBOURG
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.                  TRANSFEROR: BOSQUE POWER COMPANY, LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE, COBHAM
                                                     SURREY KT11 2PD UNITED KINGDOM
CANPARTNERS INVESTMENTS IV, LLC                      TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC ATTN: RAJ VENKATARAMAN IYER & JONATHAN KAPLAN, ESQ.
                                                     2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
CFIP MASTER FUND LTD                                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO IL 60606
CREDIT SUISSE                                        ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                        CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                        RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDITO VALTELLINESE S.C.                            TRANSFEROR: INTESA SANPAOLO SPA ATTN: CINZIA GERNA PIAZZA QUADRIVIO, 8 SONDRIO 23100 ITALY
CVI GVF (LUX) MASTER S.A.R.L.                        TRANSFEROR: BLACK RIVER COMMODITY ENERGY FUND LLC ATTN: ANNMARIE JACOBSEN KNOWLE HILL PARK FAIRMILE LANE, COBHAM
                                                     SURREY KT11 2PD UNITED KINGDOM
CVI GVF (LUX) MASTER S.A.R.L.                        TRANSFEROR: BLACK RIVER COMMODITY ENERGY FUND LLC KNOWLE HILL PARK FAIRMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                      TRANSFEROR: PREGIS CORPORATION ATTN: MATT WEINSTEIN ; C/O DEUTSCHE BANK SECURITIES INC 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                      TRANSFEROR: SAPHIR FINANCE PLC-SERIES 2006-8-SERIES A C/O DEUTSCHE BANK SECURITIES INC ATTN: MATT WEINSTEIN 60 WALL ST 3RD FL
                                                     NEW YORK NY 10005
EFG BANK AB (PUBL)                                   P.O. BOX 55963 STOCKHOLM  S-102 16 SWEDEN
EVA BRIGHT-TOGGENBURGER                              TRANSFEROR: NEUE AARGAUER BANK AG C/O AARGAUISCHE KANTONALBANK ATTN: M. WIRZ BAHNHOFPLATZ 1 AARAU, CH 5001 SWITZERLAND
FIDEURAM BANK SUISSE SA                              FIDEURAM BANK LUXEMBOURG SA 17 A RUE DES BAINS LUXEMBOURG  L-1212 LUXEMBOURG
FIDEURAM BANK SUISSE SA                              STOCKERSTRASSE 14 ZURICH CH-8002 SWITZERLAND
GARTNER, FEDERICO JORGE                              KIELMANNSEGGSTR. 100 HAMBURG 22043 GERMANY
GOLDMAN SACHS LENDING PARTNERS LLC                   MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) ATTN: LAUREN DAY C/O GOLDMAN, SACHS & CO 30 HUDSON STREET, 38TH FLOOR
                                                     JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: LAUREN DAY C/O GOLDMAN SACHS & CO 30 HUDSON STREET, 38TH FLOOR
                                                     JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: CFIP MASTER FUND LTD ATTN: LAUREN DAY C/O GOLDMAN, SACHS & CO 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: LAUREN DAY C/O GOLDMAN SACHS & CO 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: LAUREN DAY C/O GOLDMAN, SACHS & CO 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
HUDSON BAY MASTER FUND LTD.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BOB D'ORIO 777 THIRD AVENUE 30TH FLOOR NEW YORK NY 10017
HUDSON BAY MASTER FUND LTD.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BOB D'ORIO 777 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10017
ICCREA BANCA S.P.A.                                  ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                                  ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA  00178 ITALY
ILLIQUIDX LP                                         ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY
INTESA SANPAOLO SPA                                  TRANSFEROR: ICCREA BANCA S.P.A. ATTN: GALINA ALABATCHKA MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                            TRANSFEROR: ILLIQUIDX LP ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                            TRANSFEROR: RAIFFEISEN CENTROBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
LIQUIDATION OPPORTUNITIES MASTER FUND,               TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
LP

                                                                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| MORGAN STANLEY CAPITAL SERVICES LLC | TRANSFEROR: BNP PARIBAS SECURITIES CORP. ATTN: JOSHUA RAWLINS & MORGAN STANLEY LEGAL & COMPLIANCE DIVSION CORPORATE LOAN GROUPS 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036 |
| NEUE AARGAUER BANK AG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| NEUE AARGAUER BANK AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| NEUE AARGAUER BANK AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| NORDEA BANK AB (PUBL) | TRANSFEROR: EFG BANK AB (PUBL) ATTN: ROBERT PERSON STOCKBROKER P.O. BOX 400 SKELLEFTEA S-931 24 SWEDEN |
| OY, KARIVI | C/O TAALERITEHDAS OY KLUUVIKATU 3 HELSINKI 00100 FINLAND |
| OY, KARIVI | WHITE & CASE LLP ETELARANTA 14 HELSINKI 00130 FINLAND |
| OY, TAALERITEHDAS | TRANSFEROR: OY, KARIVI KLUUVIKATU 3 HELSINKI 00100 FINLAND |
| SERENGETI LYCAON MM L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES PARTNERS LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| TAALERITEHDAS OY | TRANSFEROR: OY, KARIVI C/O TAALERITEHDAS KLUUVIKATU 3 HELSINKI 00100 FINLAND |
| UBS BANCA SCPA | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A C/O UBISS AMMINISTRAZIONE TITOLI ESTERI ATTN: BOSCHIAN VIA CAVRIANA 20 MILANO 20134 ITALY |
| UNION DI BANCHE ITALIANE S.C.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A C/O UBISS AMMINISTRAZIONE TITOLI ESTERI ATTN: BOSCHIAN VIA CAVRIANA 20 MILANO 20134 ITALY |
| UNIONE DI BANCHE ITALIANE S.C.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A C/O UBISS AMMINISTRAZIONE TITOLI ESTERI ATTN: BOSCHIAN VIA CAVRIANA 20 MILANO 20134 ITALY |
| YORVIK PARTNERS LLP | TRANSFEROR: OY, TAALERITEHDAS ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed    60

EPIQ BANKRUPTCY SOLUTIONS, LLC