UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    08-13555 (JMP)
                                            :    (Jointly Administered)
                    Debtors.                :
                                            :
---------------------------------------------------------------x    Ref. Docket Nos. 19600, 24185

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 9, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                    /s/ Lauren Rodriguez
                                    Lauren Rodriguez

Sworn to before me this
20th day of March, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 27066    Filed 03/20/12    Entered 03/20/12 23:40:30    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                           |
In re                                      |     Chapter 11 Case No.
                                           |
                                           |     08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,      |
                                           |     (Jointly Administered)
                                           |
            Debtors.                       |
                                           |
_____|

### NOTICE OF DEFECTIVE TRANSFER

Transferor:     CITIBANK PRIVATKUNDEN AG & CO. KGAA
                ATTN: WILHELM HUELSKEN
                KASERNENSTRASSE 10
                DUSSELDORF 40213 GERMANY


Additional:     CITIBANK PRIVATKUNDEN AG & CO. KGAA
                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                ATTN: DOUGLAS R. DAVIS
                1285 AVENUE OF THE AMERICAS
                NEW YORK NY 10019-6064




Transferee:     SABINE ESSER
                FOERDERSTR. 12 A
                BOCHUM 44799 GERMANY




**Your transfer   of claim #   55404-71   is defective for the reason(s) checked below:**

Other                                 Missing Schedule 1 attachment with applicable ISIN




Docket Number 19600            Date 08/23/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 9, 2012.

# EXHIBIT B

08-13555-mg    Doc 27066    Filed 03/20/12    Entered 03/20/12 23:40:30    Main Document
Pg 4 of 5

```
TIME: 13:11:06                                       LEHMAN BROTHERS HOLDING INC.                                          PAGE:  1
DATE: 03/09/12                                            CREDITOR LISTING

Name                                      Address
CITIBANK PRIVATKUNDEN AG & CO. KGAA       ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF  40213 GERMANY
CITIBANK PRIVATKUNDEN AG & CO. KGAA       PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CREDIT SUISSE INTERNATIONAL               TRANSFEROR: CREDIT SUISSE ATTN: GIL GOLAN ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010
CREDIT SUISSE INTERNATIONAL               RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
SABINE ESSER                              FOERDERSTR. 12 A BOCHUM  44799 GERMANY
SERENGETI LYCAON MM LP                    C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012

Total Number of Records Printed           6
```