UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,:    08-13555 (JMP)
                                        :    (Jointly Administered)
                    Debtors.            :
                                        :
------------------------------------------------------------------x    Ref. Docket Nos. 20129, 20130,
                                                                        26065, 26066, 26094, 26100, 26102-
                                                                        26105, 26107-26111, 26117, 26118,
                                                                        26120-26140, 26148-26156, 26158-
                                                                        26162, 26167-26173, 26175, 26176,
                                                                        26178-26180, 26182-26187, 26190,
                                                                        26192, 26195, 26196, 26198, 26204,
                                                                        26205

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 13, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ *Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
20th day of March, 2012

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 20129, 20130, 26065...26198, 26204, 26205_AFF_03-13-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   BARCLAYS BANK PLC
          TRANSFEROR: SUN LIFE ASSURANCE COMPANY OF CANADA (UK) LIMITED
          745 SEVENTH AVENUE
          NEW YORK NY 10019
```

Please note that your claim # 62794 in the above referenced case and in the amount of
    $8,944,500.00   allowed at $8,986,060.95      has been transferred **(unless previously expunged by court order)**

```
          KNIGHTHEAD MASTER FUND, LP
          TRANSFEROR: BARCLAYS BANK PLC
          ATTN: LAURA TORRADO
          KNIGHTHEAD CAPITAL MANAGEMENT
          623 FIFTH AVENUE, 29TH FLOOR
          NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 26123      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/13/2012                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 13, 2012.

# EXHIBIT B

```
TIME: 21:49:36                                      LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 03/13/12                                         CREDITOR LISTING

Name                                       Address
AG SUPER FUND INTERNATIONAL PARTNERS,      TRANSFEROR: BARCLAYS BANK PLC C/O ANGELO GORDON & CO., LP 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
 L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES      TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, LP
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD     ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR
                                            NEW YORK NY 10012
BANCA FIDEURAM S.P.A.                      TRANSFEROR: MELIORBANCA PRIVATE SPA ATTN: EMANUELE CASTRO LEGAL DEPARTMENT P.LE G. DOUHET 31 ROMA    00143 ITALY
BARCLAYS BANK PLC                          TRANSFEROR: AB MOORE, L.P. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: BARCLAYS BANK, SA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: BARCLAYS BANK, SA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: GOLDENTREE EUROPEAN SELECT OPPORTUNITIES MASTER FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: SUN LIFE ASSURANCE COMPANY OF CANADA (UK) LIMITED 745 SEVENTH AVENUE NEW YORK NY 10019
BOTTICELLI, L.L.C.                         TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167
BOTTICELLI, LLC                            C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE, SUITE 3495 ATTN: STEVEN J NOVATNEY CHICAGO IL 60606
CFIP MASTER FUND, LTD.                     C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE, SUITE 3495 ATTN: STEVEN J. NOVATNEY CHICAGO IL 60606
CFIP MASTER FUND, LTD.                     FT 601, TIN TAI HSE ON TING EST TUEN MUN, NT   HONG KONG
CHAN, TAT FUN & CHAN, KIU HANG             FLAT E 24/F BLOCK 19 SOUTH HORIZONS, AP LEI CHAU AP LEI CHAU   HONG KONG
CHAN, WA PONG                              RMB 7/F BLK 3 BEVERLY GARDEN NO.1 TONG MING STREET TSEUNG KWAN O   HONG KONG
CHANG, KWOK CHING                          TRANSFEROR: ICCREA BANCA S.P.A. 1 GROSVENOR PLACE LONDON   SW1X7JH UNITED KINGDOM
CHENAVARI FINANCIAL ADVISORS LTD.          FLAT B, 27/F BAKERVIEW 66 BAKER STREET HUNG HOM, KOWLOOM   HONG KONG
CHEUNG, SIU KUEN                           RM 3120 TSUI HON HSE TSUI PING SOUTH EST KWUN TONG   HONG KONG
CHEUNG, YUET CHUEN                         TRANSFEROR: CHAN, TAT FUN & CHAN, KIU HANG ATTN: FLORENCE CHEUNG / IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE
CITIC BANK INTERNATIONAL LIMITED           979 KING'S ROAD, QUARRY BAY HONG KONG   HONG KONG
CITIC BANK INTERNATIONAL LIMITED           TRANSFEROR: CHAN, WA PONG ATTN: FLORENCE CHEUNG / IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE 979 KING'S ROAD, QUARRY BAY
                                            HONG KONG
CITIC BANK INTERNATIONAL LIMITED           TRANSFEROR: CHANG, KWOK CHING ATTN: FLORENCE CHEUNG / IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE 979 KING'S ROAD, QUARRY BAY
                                            HONG KONG
CITIC BANK INTERNATIONAL LIMITED           TRANSFEROR: CHEUNG, SIU KUEN ATTN: FLORENCE CHEUNG / IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE 979 KING'S ROAD, QUARRY BAY
                                            HONG KONG
CITIC BANK INTERNATIONAL LIMITED           TRANSFEROR: CHEUNG, YUET CHUEN F/K/A CITIC KA WAH BANK LIMITED ATTN: FLORENCE CHEUNG/IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE
                                            979 KING'S ROAD, QUARRY BAY HONG KONG   CHINA
CITIC BANK INTERNATIONAL LIMITED           TRANSFEROR: FUNG, CHI KEUNG AND CHAN, MANG KWAN F/K/A CITIC KA WAH BANK LIMITED ATTN: FLORENCE CHEUNG/IRENE CHAN
                                            18/F SOMERSET HOUSE, TAIKOO PLACE 979 KING'S ROAD, QUARRY PLACE HONG KONG   CHINA
CITIC BANK INTERNATIONAL LIMITED           TRANSFEROR: FUNG, SAU F/K/A CITIC KA WAH BANK LIMITED ATTN: FLORENCE CHEUNG/IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE
                                            979 KING'S ROAD, QUARRY BAY HONG KONG   CHINA
CITIC BANK INTERNATIONAL LIMITED           TRANSFEROR: FUNG, WAI LING ANNIE F/K/A CITIC KA WAH BANK LIMITED ATTN: FLORENCE CHEUNG/IRENE CHAN 18/F, SOMERSET HOUSE,
                                            979 KING'S ROAD, QUARRY BAY HONG KONG   CHINA
CITIC BANK INTERNATIONAL LIMITED           TRANSFEROR: HUI, SO KING F/K/A CITIC KA WAH BANK LIMITED ATTN: FLORENCE CHEUNG/IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE
                                            979 KING'S ROAD, QUARRY BAY HONG KONG   CHINA
CITIC BANK INTERNATIONAL LIMITED           TRANSFEROR: LAM, YIN LING F/K/A CITIC KA WAH BANK LIMITED ATTN: FLORENCE CHEUNG/IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE
                                            979 KING'S ROAD, QUARRY BAY HONG KONG   CHINA
CITIC BANK INTERNATIONAL LIMITED           TRANSFEROR: LAM, YIU KAM ATTN: FLORENCE CHEUNG / IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE 979 KING'S ROAD, QUARRY BAY
                                            HONG KONG
CITIC BANK INTERNATIONAL LIMITED           TRANSFEROR: LEI, PUI F/K/A/ CITIC KA WAH BANK LIMITED ATTN: FLORENCE CHEUNG/IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE
                                            979 KING'S ROAD, QUARRY BAY HONG KONG   CHINA
CITIC BANK INTERNATIONAL LIMITED           TRANSFEROR: LEUNG, WAI YING ATTN: FLORENCE CHEUNG / IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE 979 KING'S ROAD, QUARRY BAY
                                            HONG KONG
CITIC BANK INTERNATIONAL LIMITED           TRANSFEROR: LIN, SHIUE KIANG ALLAN F/K/A CITIC KA WAH BANK LIMITED ATTN: FLORENCE CHEUNG/IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO
                                            979 KING'S ROAD, QUARRY BAY HONG KONG   CHINA
CITIC BANK INTERNATIONAL LIMITED           TRANSFEROR: LIU, CHI CHUN ERIC F/K/A CITIC KA WAH BANK LIMITED ATTN: FLORENCE CHEUNG/IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE
                                            979 KING'S ROAD, QUARRY BAY HONG KONG   CHINA
```

```
TIME: 21:49:36                                                                                                                    PAGE:     2
DATE: 03/13/12
                                              LEHMAN BROTHERS HOLDING INC.
                                                    CREDITOR LISTING
```

| Name | Address |
|---|---|
| CITIC BANK INTERNATIONAL LIMITED | TRANSFEROR: SUN BOA DYEING FACTORY LIMITED F/K/A CITIC KA WAH BANK LIMITED ATTN: FLORENCE CHEUNG/IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE 979 KING'S ROAD, QUARRY BAY HONG KONG   CHINA |
| CITIC BANK INTERNATIONAL LIMITED | TRANSFEROR: TANG, WAN ATTN: FLORENCE CHEUNG / IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE 979 KING'S ROAD, QUARRY BAY HONG KONG   HONG KONG |
| CITIC BANK INTERNATIONAL LIMITED | TRANSFEROR: TSE, MEI LING ATTN: FLORENCE CHEUNG / IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE 979 KING'S ROAD, QUARRY BAY HONG KONG   HONG KONG |
| CITIC BANK INTERNATIONAL LIMITED | TRANSFEROR: WONG, HON SUNG F/K/A CITIC KA WAH BANK LIMITED ATTN: FLORENCE CHEUNG/IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE 979 KING'S ROAD, QUARRY BAY HONG KONG   CHINA |
| CITIC BANK INTERNATIONAL LIMITED | TRANSFEROR: WONG, SHUI PING ATTN: FLORENCE CHEUNG / IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE 979 KING'S ROAD, QUARRY BAY HONG KONG |
| CITIC BANK INTERNATIONAL LIMITED | TRANSFEROR: YEUNG, HOI WAH ATTN: FLORENCE CHEUNG / IRENE CHAN 18/F SOMERSET HOUSE TAIKOO PLACE 979 KING'S ROAD, QUARRY BAY HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BNP PARIBAS SECURITIES CORP. C/O DEUTSCHE BANK SECURITIES INC ATTN: MATT WEINSTEIN 60 WALL ST 3RD FL NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CFIP MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL ST. 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: TRAFIGURA DERIVATIVES LIMITED ATTN: MICHAEL SUTTON / PHILIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: TRAFIGURA DERIVATIVES LTD ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DIERICKX, LEYS LUXEMBOURG S.A. | 247, ROUTE D'ARLON L-1150 LUXEMBOURG |
| EHRIG, HEINZ AND EVELIN | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA SCHLEISSHEIMER STR. 165 MUENCHEN 80797 GERMANY |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| FAN, SUI PING | FLAT 610 6/F HIU SING HSE HIU LAI COURT KWUN TONG HONG KONG |
| FUNG, CHI KEUNG AND CHAN, MANG KWAN | FLAT F 5/F BLOCK 3 BANYAN MANSION (SITE 10) WHAMPOA GARDEN HUNGHOM HONG KONG   HONG KONG |
| FUNG, SAU | RM G 4/F BLK 4 PHASE 1 WHAMPOA GDN HUNGHOM KLN   HONG KONG |
| FUNG, WAI LING ANNIE | 2/F 133 MAIDSTONE ROAD TOKWAWAN   HONG KONG |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: UBS AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: UNIVERSAL INVESTMENT-GMBH SOLELY ON BEHALF AND FOR ACCOUNT OF RENDITE PLUS-UNIVERSAL-FONDS/SEGMENT DEKA EMB ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GRF MASTER FUND II, LP | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND II, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| HALCYON LOAN TRADING FUND LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: BARCLAYS BANK PLC ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LLC 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: BARCLAYS BANK PLC ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HUI YUEN FUNG | FLAT C 20/F BLOCK 3 OSCAR BY THE SEA TSEUNG KWAN O NT   HONG KONG |
| HUI, SO KING | FLAT 9 27/F PO SHAN HOUSE PO PUI COURT KWUN TONG   HONG KONG |
| HUI, SUM | BLK B 12/F YICK FAT BLDG 73 WATERLOO ROAD HOMANTIN, HK   HONG KONG |
| HUNG AH PO | FLAT B 5/F BLOCK D GRANDVIEW GARDEN 71 PAU CHUNG STREET TO KWA WAN, KLN   HONG KONG |
| HUNG CHUNG SING | ROOM 7 4/F ON HONG BUILDING 7-19 ON HONG ROAD YUEN LONG NT   HONG KONG |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| ILLIQUIDX CAPITAL LTD | TRANSFEROR: ING LUXEMBOURG ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LTD | TRANSFEROR: KRISHNA ENTERPRISES LTD. ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LTD | TRANSFEROR: WEGELIN & CO, PRIVATBANKIERS ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ING LUXEMBOURG | 52, ROUTE D'ESCH L-2965 LUXEMBOURG |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JUNG, CHI PING | RM 3202 HO BANG MANSION NO.933 TIAN TONG NORTH ROAD NINGBO ZHEJIANG PROVINCE 315000 CHINA |
| KAM WING CHUN | ROOM 1304 13/F HONOUR INDUSTRIAL CENTRE 6 SUN YIP STREET CHAI WAN, HK   HONG KONG |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: LAURA TORRADO KNIGHTHEAD CAPITAL MANAGEMENT 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |

```
TIME: 21:49:36                          LEHMAN BROTHERS HOLDING INC.                                    PAGE:    3
DATE: 03/13/12                               CREDITOR LISTING
```

| Name | Address |
|---|---|
| KONG TUNG LAM ALLEN | ROOM 5C 9/F ROBINSON CREST NO.71-73 ROBINSON ROAD CENTRAL HK  HONG KONG |
| KONG, LAI FONG | FLAT E 39/F KO FUNG COURT HARBOUR HEIGHTS NORTH POINT HK  HONG KONG |
| KRISHNA ENTERPRISES LTD. | ATTN; MR. A. DATWANI P.O. BOX 6561 DUBAI    UNITED ARAB EMIRATES |
| KRISHNA ENTERPRISES LTD. | THOMAS R. SLOME, ESQ. MEYER, SUOZZI, ENGLISH & KLEIN. PC 990 STEWART AVENUE P.O. BOX 9194 GARDEN CITY NY 11530-9194 |
| KWOK MING SUM | FLT 2015 21/F LEUNG YING HOUSE LEUNG KING ESTATE TUEN MUN NT  HONG KONG |
| LAM, YIN LING | G/F 163 KAU PUI LUNG ROAD TOKWAWAN    HONG KONG |
| LAM, YIU KAM | FLAT 211 KWAN MING HSE YUK MING COURT TSEUNG KWAN O    HONG KONG |
| LEI, PUI | RM 2110 TIN MEI HSE TIN PING EST, SHEUNG SHUI  HONG KONG |
| LEUNG, WAI YING | RM 2402 TAK KING IND'L BLDG 27 LEE CHUNG STREET CHAIWAN    HONG KONG |
| LIN, SHIUE KIANG ALLAN | FLAT/RM H 29/F BLK 2 MA ON SHAN CENTRE 1 ON CHUN STREET MA ON SHAT NT    HONG KONG |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: DIERICKX, LEYS LUXEMBOURG S.A. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: MUELLER, RUDOLF AND BARBARA ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ZOETEMAN, D. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIU, CHI CHUN ERIC | 28 COTSWOLD GARDENS LONDON NW2 1QU UNITED KINGDOM |
| LUZERNER KANTONALBANK AG | BAKER & MCKENZIE LLP ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LUZERNER KANTONALBANK AG | IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LUZERNER KANTONALBANK AG | LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND |
| MELIORBANCA PRIVATE SPA | ATTN: ALESSANDRO ENEGHES (LINK AUDITOR) VIA BORROMEI 5 MILANO  20123 ITALY |
| MUELLER, RUDOLF AND BARBARA | IM HAG 24 BRETZENHEIM  55595 GERMANY |
| OZ SPECIAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LESLIE EVANS C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| SILVER POINT CAPITAL FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HUI YUEN FUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HUI, SUM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HUNG AH PO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HUNG CHUNG SING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: JUNG, CHI PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KAM WING CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KONG TUNG LAM ALLEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KONG, LAI FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KWOK MING SUM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TONG SHING CHEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| SUN BOA DYEING FACTORY LIMITED | RM 6 16/F LAURELS IND CTR 32 TAI YAU STREET SAN PO KONG HONG KONG |
| TANG, WAN | FLAT E 22/F BLK 32 CITY ONE SHATIN    HONG KONG |
| TARGOBANK AG & CO. KGAA F/K/A/ CITIBANK PRIVATKUNDEN AG & CO. KGAA | TRANSFEROR: EHRIG, HEINZ AND EVELIN C/O TARGOBANK AG & CO. KGAA KASERNENSTR. 10 DUESSELDORF 40213 GERMANY |
| TONG SHING CHEUNG | FLAT B 17/F EVELYN TOWERS NO.38 CLOUD VIEW ROAD NORTH POINT, HK  HONG KONG |
| TSE, MEI LING | FLAT 3702 37/FL SHING YAM HOUSE ON YAM ESTATE HONG KONG  HONG KONG |
| UBS AG | TRANSFEROR: LUZERNER KANTONALBANK AG BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| UNIVERSAL INVESTMENT-GMBH | SOLELY ON BEHALF AND FOR ACCOUNT OF RENDITE PLUS-UNIVERSAL-FONDS/SEGMENT DEKA EMB ERLENSTRASSE 2 FRANKFURT AM MAIN  D-60325 GERMANY |
| WONG, HON SUNG | RM 6 16/F LAURELS IND CTR 32 TAI YAU STREET SAN PO KONG KOWLOON    HONG KONG |
| WONG, SHUI PING | FLAT F 14/F CRYSTAL COURT 6 MAN WAN ROAD KOWLOON    HONG KONG |
| YEUNG, HOI WAH | BLK A 1/F NO 8 MAN WAN TD HOMANTIN    HONG KONG |
| YORVIK PARTNERS LLP | TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM |
| ZOETEMAN, D. | LENTE 31 DRONTEN  8251 NT NETHERLANDS |

Total Number of Records Printed           125

EPIQ BANKRUPTCY SOLUTIONS, LLC