B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Cantor Fitzgerald Securities</u> | <u>LEHWOOD NICE SAS</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

110 East 59th Street, 7th Floor
New York, NY 10022
Attn: Nathan Plotkin

Court Claim # (if known): <u>17507</u>
Amount of Claim: <u>$84,237.25</u>
Date Claim Filed: <u>18 September 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>212-829-4889</u>
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

110 East 59th Street
New York, NY 10022
Attn: Lou Pagnotta

Phone: <u>212.610.2478</u>
Last Four Digits of Acct #: _____

[Signatures on next page]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CANTOR FITZGERALD SECURITIES

By: _____          Date: _____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
     Transferor/Transferor's Agent

[Signature page to 3001(e) – LBHI – Starman to CFS]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CANTOR FITZGERALD SECURITIES

By: _____    Date: _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
Transferor/Transferor's Agent

[Signature page to 3001(e) – LBHI – Starman to CFS]