B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Cantor Fitzgerald Securities | Lehwood Holding France SAS |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

110 East 59th Street, 7th Floor
New York, NY 10022
Attn: Nathan Plotkin

Court Claim # (if known): 17508
Amount of Claim: $5,730,742.51
Date Claim Filed: 18 September 2009
Debtor: Lehman Brothers Holdings Inc.

Phone: 212-829-4889
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

110 East 59th Street
New York, NY 10022
Attn: Lou Pagnotta

Phone: 212.610.2478
Last Four Digits of Acct #: _____

[Signatures on next page]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CANTOR FITZGERALD SECURITIES

By: _____          Date: _____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
       Transferor/Transferor's Agent

[Signature page to 3001(e) – LBHI – Starman to CFS]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CANTOR FITZGERALD SECURITIES

By: _____
Transferee/Transferee's Agent

Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:


By: _____
Transferor/Transferor's Agent




[Signature page to 3001(e) – LBHI – Starman to CFS]