STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



CADILLAC PLACE
3030 WEST GRAND BOULEVARD
DETROIT, MICHIGAN 48202

BILL SCHUETTE
ATTORNEY GENERAL

March 21, 2012

Clerk of the Court
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:   *Lehman Brothers Holding, Inc., Case No. 08-13555*

Dear Clerk:

    Please remove e-mail addresses harrisj12@michigan.gov and/or reardonv@michigan.gov from the ECF notification list with regard to the above-captioned case.

    I thank you for your attention to this matter.

                                                  Sincerely,

                                                  Juandisha M. Harris
                                                  Victoria A. Reardon
                                                  Assistant Attorney General
                                                  Revenue & Collections Division
                                                  (313) 456-0140

JMH/pak