**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------x | | |
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ------------------------------------------------------------------x | | |

**CERTIFICATE OF NO OBJECTION**
**UNDER 28 U.S.C. § 1746 REGARDING DEBTORS' OMNIBUS**
**CLAIMS OBJECTION SCHEDULED FOR HEARING ON MARCH 22, 2012**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [Docket No. 9635] (the "Second Amended Case Management Order"), the undersigned hereby certifies as follows:

1. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors"), filed the following omnibus claims objection (the "Claim Objection") with the Court for hearing on March 22, 2012:

Debtors' Two Hundred Fifty-Sixth Omnibus Objection to Claims (Purchased Contract Claims) **[Docket No. 24933]**.

2. In accordance with the Second Amended Case Management Order, the Debtors established a deadline of March 7, 2012 at 4:00 p.m. (the "Response Deadline") for the Claim Objection for parties to object or file responses. The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline has now passed and, to the best of my knowledge, no responsive pleadings to the Claim Objection have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on Debtors' counsel by any of the holders of the claims included in **Exhibit 1** to the Order attached hereto, which includes only the proofs of claim for which the Claim Objection will be granted. Responses by holders of certain proofs of claim included on the Claim Objection were filed on the docket or served on the Debtors. The hearing on the Claim Objection as to any proof of claim for which a response was either filed on the docket or received by the Debtors, and which objection has not been resolved, has been adjourned to a future date.

4. Accordingly, the Debtors respectfully request that the proposed order granting the Claim Objection annexed hereto as **Exhibit A**, which, except for the inclusion of additional language to reference the inclusion of separate exhibits attached to the proposed order for proofs of claim for which the Claim Objection is granted, adjourned or withdrawn, is

unmodified since the filing of the Claim Objection, be entered in accordance with the procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: March 21, 2012
New York, New York

          **CURTIS, MALLET-PREVOST,**
          **COLT & MOSLE LLP**

By: __/s/ L. P. Harrison 3rd___
      L. P. Harrison 3rd
      Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Debtors and*
 *Debtors-in-Possession*

-3-

11474985

# EXHIBIT A

**(Proposed Order – Docket No. 24933)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                   :
                    Debtors.                                  :    (Jointly Administered)
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED FIFTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (PURCHASED CONTRACT CLAIMS)

Upon the two hundred fifty-sixth omnibus objection to claims, dated February 3, 2012 (the "Two Hundred Fifty-Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code, as amended (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the Purchased Contract Claims on the grounds that they assert claims related to contracts for which the Debtors do not have liability, all as more fully described in the Two Hundred Fifty-Sixth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Fifty-Sixth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred Fifty-Sixth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Fifty-Sixth Omnibus Objection to Claims.

management and administrative procedures for these cases [Docket No. 9635]; and the Court having found and determined that the relief sought in the Two Hundred Fifty-Sixth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Two Hundred Fifty-Sixth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Fifty-Sixth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit 1** annexed hereto (collectively, the "Purchased Contract Claims") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the Debtors have adjourned the hearing on the Two Hundred Fifty-Sixth Omnibus Objection to Claims to April 26, 2012 with respect to the claims listed on **Exhibit 2** annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the Purchased Contract Claims listed on **Exhibit 1** annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on **Exhibit A** annexed to the Two Hundred Fifty-Sixth Omnibus Objection to Claims that is not listed on **Exhibit 1** annexed hereto; and it is further

   ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2012
   New York, New York

                _____
                UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 256: EXHIBIT 1 – PURCHASED CONTRACT CLAIMS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AFNI/VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL 61701 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 6155 | $301.43 | Purchased Contract Claim |
| 2 | COMED CO.<br>ATTN: BANKRUPTCY SECTION/REVENUE MANAGEMENT<br>2100 SWIFT DRIVE<br>OAKBROOK, IL 60523 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 4294 | $4,486.21 | Purchased Contract Claim |
| 3 | FIDESSA CORPORATION<br>ATTN: MICHELLE ZIZZAMIA<br>17 STATE STREE, 42ND FL.<br>NEW YORK, NY 10004 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/20/2009 | 8861 | $23,311.46 | Purchased Contract Claim |
| 4 | IKON OFFICE SOLUTIONS<br>ACCOUNTS RECEIVABLE CENTER<br>ATTN: BANKRUPTCY TEAM<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2008 | 447 | $2,059.59 | Purchased Contract Claim |
| 5 | IKON OFFICE SOLUTIONS<br>ACCOUNTS RECEIVABLE CENTER<br>ATTN: BANKRUPTCY TEAM<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/12/2008 | 614 | $857.27 | Purchased Contract Claim |
| 6 | LEXISNEXIS, A DIV OF REED ELSEVIER, INC.<br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1516 | $3,548.75 | Purchased Contract Claim |
| 7 | LEXISNEXIS, A DIV OF REED ELSEVIER, INC.<br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1517 | $1,053.40 | Purchased Contract Claim |

Exhibit 1 - 1

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | LEXISNEXIS, A DIV OF REED ELSEVIER, INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1518 | $120.00 | Purchased Contract Claim |
| 9 | LEXISNEXIS, A DIV OF REED ELSEVIER, INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1520 | $80.00 | Purchased Contract Claim |
| 10 | LEXISNEXIS, A DIV OF REED ELSEVIER, INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1521 | $225.41 | Purchased Contract Claim |
| 11 | LEXISNEXIS, A DIV OF REED ELSEVIER, INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1522 | $740.20 | Purchased Contract Claim |
| 12 | LEXISNEXIS, A DIV OF REED ELSEVIER, INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/18/2009 | 4926 | $1,358.72 | Purchased Contract Claim |
| 13 | LEXISNEXIS, A DIV OF REED ELSEVIER, INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/18/2009 | 4927 | $2,145.84 | Purchased Contract Claim |
| 14 | LEXISNEXIS, A DIV OF REED ELSEVIER, INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/18/2009 | 4928 | $1,551.92 | Purchased Contract Claim |
| 15 | MEB OPTIONS, LLC 440 S LASALLE, SUITE 959 CHICAGO, IL 60605 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/19/2009 | 19577 | $60,411.00 | Purchased Contract Claim |

Exhibit 1 - 2

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 16 TOTAL FIRE PROTECTION<br>5322 AVENUE N<br>BROOKLYN, NY 11234 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/16/2009 | 5408 | $405.54 | Purchased Contract Claim |
| 17 TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/24/2010 | 66419 | $10,082.02 | Purchased Contract Claim |
| 18 VERIZON<br>AFNI/VOL BANKRUPTCY<br>PO BOX 3243<br>BLOOMINGTON, IL 61702-3243 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/01/2008 | 1201 | $1,469.15 | Purchased Contract Claim |
| 19 VERIZON<br>AFNI/VERIZON EAST<br>PO BOX 3037<br>BLOOMINGTON, IL 61702-3037 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/22/2009 | 1931 | $236,016.51 | Purchased Contract Claim |
| 20 VVA SYSTEMS<br>223 W. JACKSON BLVD, SUITE 800<br>CHICAGO, IL 60606 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/23/2009 | 2968 | $1,500.00 | Purchased Contract Claim |
| 21 VVA SYSTEMS<br>223 W. JCKSON BLVD, SUITE 800<br>CHICAGO, IL 60606 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/16/2009 | 4510 | $150.00 | Purchased Contract Claim |
| | | | | TOTAL | $351,874.42 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Exhibit 1 - 3

# **EXHIBIT 2**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 256: EXHIBIT 2 – PURCHASED CONTRACT CLAIMS - ADJOURNED

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CUSHMAN & WAKEFIELD, INC. C/O D. EDWARD HAYS, ESQ. MARSHACK HAYS LLP 5410 TRABUCO ROAD, SUITE 130 IRVINE, CA 92620 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16185 | $96,400.00 | Assumed and Assigned |
| 2 | CUSHMAN & WAKEFIELD, INC. C/O D. EDWARD HAYS, ESQ. MARSHACK HAYS LLP 5410 TRABUCO ROAD, SUITE 130 IRVINE, CA 92620 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16186 | $10,500.00 | Assumed and Assigned |
| 3 | MICROSOFT CORPORATION/ MICROSOFT ENTERPRISE SERVICES C/O JOSEPH E. SHICKICH, JR. RIDDELL WILLIAMS P.S. 1001 FOURTH AVENUE, SUITE 4500 SEATTLE, WA 98154 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25692 | $244,111.91 | Assumed and Assigned |
| 4 | STANDARD & POOR'S 55 WATER STREET - 46TH FLOOR NEW YORK, NY 10041 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/18/2010 | 67027 | $403,866.00 | Assumed and Assigned |
| 5 | STANDARD & POOR'S INTERNATIONAL LLC MARUNOUCHI KITAGUCHI BLDG 28F 1-6-5 MARUNOUCHI CHIYODA-KU TOKYO, 13 100-0005 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10928 | $59,634.00 | Assumed and Assigned |
|   |   |   |   |   | TOTAL | $814,511.91 |   |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Exhibit 2 - 1