WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
|  |  |
| --- | --- |
| | : |
| **In re** | :    **Chapter 11** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | :    **Case No. 08-13555 (JMP)** |
| | : |
| **Debtors.** | :    **(Jointly Administered)** |
| | : |

-----------------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR CLAIMS HEARING ON MARCH 22, 2012 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I.   UNCONTESTED MATTERS:

1.   Motion of Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing, Inc. to Estimate Claims filed by Citadel Equity Fund Ltd. for Purposes of Establishing Reserves **[ECF No. 26097]**

Response Deadline:   March 15, 2012 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.   Notice of Revised Proposed Order **[ECF No. 27001]**

Status:  This matter is going forward.

2.    Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number
LPS Claims) **[ECF No. 14472]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Unresolved Response:

A.    Response of Christina Kim **[ECF No. 15337]**

Adjourned Claims:  See Exhibit 1.

Related Documents:

B.    Order Granting Debtors' Ninety-Second Omnibus Objection to
Claims (No Blocking Number LPS Claims) **[ECF No. 15491]**

C.    Notice of Adjournment of Debtors' Ninety-Second Omnibus
Objection to Claims (No Blocking Number LPS Claims) **[ECF No.
26427]**

Status:  The Unresolved Response was heard on January 26, 2012, and the
Objection was conditionally granted.  LBHI is providing a status update.

3.    Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims (Misclassified
Claims) **[ECF No. 16867]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Resolved Responses:

A.    Diamondback Master Fund Ltd. (Claim No. 26909) **[ECF No.
17735]**

B.    LMA SPC on behalf of Map I (Claim No. 26895) **[ECF No.
18045]**

C.    Tronox Inc., et al. (Claim No. 29768) **[ECF No. 19336]**

Related Documents:    None.

Status:  This matter is proceeding on an uncontested basis solely with respect to
the resolved responses.

II.    **CONTESTED CLAIM MATTERS:**

4.    Debtors' One Hundred Tenth Omnibus Objection to Claims (Pension Claims) **[ECF No. 15010]**

Response Deadline:    April 13, 2011 at 4:00 p.m.

Unresolved Response:

A.    Margaret Gattuso (Claim No. 27736) **[ECF No. 16040]**

Related Documents:    None.

Status:  This matter is proceeding on a contested basis.

5.    Debtors' One Hundred Twenty-First Omnibus Objection to Claims (To Reclassify Proofs of Claim as an Equity Interest) **[ECF No. 16075]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Unresolved Response:

A.    Mary Lynch (Claim No. 26311) **[ECF No. 17152]**

Related Documents:    None.

Status:  This matter is proceeding on a contested basis solely with respect to the unresolved response.

6.    Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 16867]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Unresolved Response:

A.    Stadt Schwaebisch Hall (Claim No. 27015)

Related Documents:    None.

Status:  This matter is proceeding on a contested basis solely with respect to the unresolved response.

7.      Debtors' One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Repo Claims) **[ECF No. 19870]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Related Documents:

      A.    Order Granting Debtors' One Hundred Eighty-Ninth Objection To Claims (No Liability Repo Claims) **[ECF. No. 21372]**

      B.    Response of Marquette Financial Companies to Debtors One Hundred and Eighty Ninth Ominus Objection to Claims (No Liability Repo Claims) **[ECF. No. 20821]**

      C.    Highland Credit Strategies Master Fund, L.P.s Response to Debtors One Hundred and Eighty Ninth Omnibus Objection to Claims (No Liability Repo Claims) **[ECF. No. 22051]**

Status:  This matter is going forward on a contested basis.

## III.    **ADJOURNED MATTERS:**

8.      Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 9983]**

Response Deadline:    August 3, 2010 at 4:00 p.m.

Adjourned Response:

      A.    Response of Investcorp Interlachen Multi-Strategy Master Fund Limited **[ECF No. 10616]**

Related Documents:

      B.    Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11161]**

      C.    Supplemental Order Granting Debtors' Twenty-Eight Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12416]**

      D.    Second Supplemental Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12678]**

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

9.      Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11260]**

Response Deadline:    October 13, 2010 at 4:00 p.m.

Unresolved Responses:

      A.    Response of IKB International SA **[ECF No. 11929]**

      B.    Response of Lincore Limited **[ECF No. 11922]**

      C.    Response of The Morningside Ministries **[ECF No. 11894]**

Related Documents:

      D.    Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12425]**

      E.    Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 14022]**

      F.    Second Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 15487]**

      G.    Third Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 17356]**

      H.    Fourth Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 18175]**

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

10.     Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 11305]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit 2.

Related Documents:

      A.    Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 12527]**

       B.     Amended Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 12675]**

       C.     Supplemental Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18202]**

       D.     Second Supplemental Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19517]**

       E.     Notice of Withdrawal of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 23405]**

       F.     Notice of Withdrawal of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 25492]**

       G.     Notice of Adjournment of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 26422]**

<u>Status</u>:  The hearing on the claims on <u>Exhibit 2</u> is adjourned to April 26, 2012 at 10:00 a.m.

11.    Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 11306]**

<u>Response Deadline</u>:   October 18, 2010 at 4:00 p.m.

<u>Adjourned Responses</u>:  See <u>Exhibit 3</u>.

<u>Related Documents</u>:

       A.     Order Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 12413]**

       B.     Supplemental Order Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18419]**

       C.     Second Supplemental Order Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19503]**

       D.     Notice of Withdrawal of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 23406]**

    E.        Notice of Adjournment of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 26423]**

Status:  The hearing on the claims listed on Exhibit 3 is adjourned to April 26, 2012 at 10:00 a.m.

12.    Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 11307]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit 4.

Related Documents:

    A.        Order Granting Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 12407]**

    B.        Supplemental Order Granting Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 18203]**

    C.        Notice of Withdrawal of Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely with Respect to Claims Nos. 65658 and 65659 **[ECF No. 24370]**

    D.        Notice of Adjournment of Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims **[ECF No. 26424]**

Status:  The hearing on the claims listed on Exhibit 4 is adjourned to April 26, 2012 at 10:00 a.m.

13.    Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 11308]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit 5.

Related Documents:

A.    Order Granting Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 12424]**

B.    Supplemental Order Granting Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 18420]**

C.    Notice of Withdrawal of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) as to Claim No. 65266 **[ECF No. 21133]**

D.    Notice of Adjournment of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 26426]**

Status:  The hearing on the claims listed on Exhibit 5 has been adjourned to April 26, 2012 at 10:00 a.m.

14.    Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11978]**

Response Deadline:    November 15, 2010 at 4:00 p.m.

Adjourned Responses:

A.    Response of BG Energy Merchants LLC **[ECF No. 12765]**

B.    Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, **[ECF No. 12714]**

C.    Response of Telecom Italia Finance SA **[ECF No. 12951]**

D.    Response of Tenor Opportunity Master Fund, Ltd. **[ECF No. 12698]**

Related Documents:

E.    Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13164]**

F.    Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13620]**

G.     Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13620]**

H.     Second Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14023]**

I.     Third Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14791]**

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

15.    Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12533]**

Response Deadline:    December 6, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit 6.

Related Documents:

A.     Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13616]**

B.     Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No.14019]**

C.     Second Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14785]**

D.     Third Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17365]**

E.     Fourth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18421]**

F.     Fifth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18709]**

G.     Sixth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19519]**

H.  Seventh Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20603]**

I.  Eighth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 25650]**

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

16.  Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13230]**

Response Deadline:  January 5, 2011 at 4:00 p.m.

Adjourned Responses:

A.  Response of ICCREA Banca S.P.A**. [ECF No. 13792]**

B.  Response of Norddeutsche Landesbank Girozentrale **[ECF No. 13794]**

Related Documents:

C.  Order Granting Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 15601]**

D.  Supplemental Order Granting Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13230]**

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

17.  Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13955]**

Response Deadline:  February 14, 2011 at 4:00 p.m.

Adjourned Responses:

A.  Response of Chinatrust Commercial Bank. **[ECF No. 14470]**

B.  Response of Eton Park Fund, L.P. **[ECF No. 14587]**

C.  Response of Eton Park Master Fund, Ltd. **[ECF No. 14589]**

D.  Response of Magnetar Capital Master Fund Ltd **[ECF No. 14319]**

     E.      Response of Magnetar Constellation Master Fund II LTD **[ECF No. 14321]**

     F.      Response of Magnetar Constellation Master Fund III LTD **[ECF No. 14323]**

     G.     Response of SPCP Group L.L.C. Transferor: Inter-American Development Bank ("IADB") **[ECF No. 14435]**

Related Documents:

     H.     Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14772]**

     I.      Supplemental Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16350]**

     J.      Second Supplemental Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 22956]**

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

18.    Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 14472]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 7.

Related Documents:

     A.     Order Granting Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 15491]**

     B.     Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 16143]**

     C.     Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 16231]**

     D.     Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants **[ECF No. 16690]**

E.      Notice of Withdrawal of Debtors' Ninety-Second Omnibus
        Objection to Claims (No Blocking Number LPS Claims) as to
        Certain Claimants **[ECF No. 17193]**

F.      Notice of Withdrawal of Debtors' Ninety-Second Omnibus
        Objection to Claims (No Blocking Number LPS Claims) as to
        Certain Claimants **[ECF No. 17874]**

G.      Notice of Withdrawal of Debtors' Ninety-Second Omnibus
        Objection to Claims (No Blocking Number LPS Claims) as to
        Claim No. 45223 **[ECF No. 21134]**

H.      Notice of Withdrawal of Debtors' Ninety-Second Omnibus
        Objection to Claims (No Blocking Number LPS Claims) **[ECF No.
        22362]**

I.      Notice of Withdrawal of Debtors' Ninety-Second Omnibus
        Objection to Claims (No Blocking Number LPS Claims) **[ECF No.
        23408]**

J.      Notice of Withdrawal of Debtors' Ninety-Second Omnibus
        Objection to Claims (No Blocking Number LPS Claims) **[ECF No.
        23851]**

K.      Notice of Withdrawal of Debtors' Ninety-Second Omnibus
        Objection to Claims (No Blocking Number LPS Claims) **[ECF No.
        25493]**

L.      Supplemental Order Granting Debtors' Ninety-Second Omnibus
        Objection to Claims (No Blocking Number LPS Claims) **[ECF No.
        25651]**

M.      Notice of Adjournment of Debtors' Ninety-Second Omnibus
        Objection to Claims (No Blocking Number LPS Claims) **[ECF No.
        26427]**

Status:  This hearing on the Objection as to the claims listed on Exhibit 7 is
adjourned to April 26, 2012.

19.     Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims)
        **[ECF No. 14490]**

        Response Deadline:    March 16, 2011 at 4:00 p.m.

        Adjourned Responses:

        A.      Response of Brevan Howard Master Fund **[ECF No. 15079]**

      B.       Response of LINC-Redondo Beach Seniors, Inc. **[ECF No. 15085]**

      C.       Response of Parkcentral Global Hub Limited **[ECF No. 17215]**

      D.       Response of SPCP Group LLC: Transferor: Tiffany & Co. **[ECF No. 14983]**

Related Documents:

      E.       Order Granting Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 15501]**

      F.       Supplemental Order Granting Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17348]**

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

20.    Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) **[Docket No. 14491]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Unresolved Response:

      A.       Eva Schwabmueller

Related Documents:

      B.       Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) **[Docket No. 15524]**

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

21.    Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Response:

      A.       Response of Deutsche Bank National Trust Company **[ECF No. 17879]**

Related Documents:

      B.       Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 14502]**

C.      Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus
Objection to Claims (Insufficient Documentation) Solely as to
Claim Nos. 16353 and 16389 **[ECF No. 25371]**

D.      Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus
Objection to Claims (Insufficient Documentation) Solely as to
Certain Claims **[ECF No. 26901]**

Status:  The hearing on the objection to the claims identified on Exhibit 8 has
been adjourned to April 26, 2012 at 10:00 a.m.

22.     Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative
Claims) **[ECF No. 15003]**

Response Deadline:    April 13, 2011 at 4:00 p.m.

Adjourned Responses:

A.      Response of Bayerische Landesbank **[ECF No. 15922]**

B.      Response of SPCP Group, LLC: Transferor Central European
Media Enterprises, Ltd. **[ECF No. 15921]**

Related Documents:

C.      Order Granting Debtors' One Hundred Third Omnibus
Objection to Claims (Valued Derivative Claims) **[ECF No.
16339]**

D.      Amended Order Granting Debtors' One Hundred Third
Omnibus Objection to Claims (Valued Derivative Claims) **[ECF
No. 16981]**

E.      Supplemental Order Granting Debtors' One Hundred Third
Omnibus Objection to Claims (Valued Derivative Claims) **[ECF
No. 17357]**

F.      Second Supplemental Order Granting Debtors' One Hundred
Third Omnibus Objection to Claims (Valued Derivative Claims)
**[ECF No. 18425]**

G.      Third Supplemental Order Granting Debtors' One Hundred Third
Omnibus Objection to Claims (Valued Derivative Claims) **[ECF
No. 18705]**

H.    Fourth Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21373]**

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

23.    Debtors' One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) **[ECF No. 15012]**

Response Deadline:    April 13, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 9.

Related Documents:    None.

Status:  The hearing on the objection to the claims identified on Exhibit 9 has been adjourned to April 26, 2012 at 10:00 a.m.

24.    Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [**Docket No. 15014**]

Response Deadline:    April 26, 2011 at 4:00 p.m.

Unresolved Responses:  See Exhibit 10.

Related Documents:

A.    Order Granting Debtors One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [**Docket No. 16342**]

B.    Supplemental Order Granting Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [**Docket No. 17358**]

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m. as to the claims on Exhibit 10 attached hereto.

25.    Debtors' One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) **[ECF No. 15363]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 11.

Related Documents:    None.

Status:  The hearing on the objection to the claims identified on Exhibit 11 has been adjourned to April 26, 2012 at 10:00 a.m.

26.    Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 16074]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Unresolved Response:

    A.    Response of Christine Geldard

Related Documents:

    B.    Order Granting Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 17367]**

    C.    Notice of Withdrawal of Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimant **[ECF No. 17467]**

    D.    Notice of Withdrawal of Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 23461]**

    E.    Notice of Adjournment of Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) Solely as to Certain Claims **[ECF No. 26428]**

Status:  The hearing on the Objection as to the Unresolved Response is adjourned to April 26, 2012 at 10:00 a.m.

27.    Debtors' One Hundred Twenty Fifth Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 16079]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Response:

    A.    Response of Wilmington Trust Company **[ECF No. 17886]**

Related Documents:

    B.    Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 16080]**

Status:  The hearing on the objection to the claims identified above has been adjourned to April 26, 2012 at 10:00 a.m.

28.     Debtors' One Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16114]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

29.     Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16117]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Responses:

    A.     Response of Alphadyne International Master Fund, Ltd. **[ECF No. 16930]**

    B.     Response of BGI Fixed Income Global Alpha Fund Ltd. **[ECF No. 16888]**

    C.     Response of Bracebridge Capital, LLC Entities **[ECF No. 16925]**

    D.     Response of KSC Affordable Housing Investment Fund LLC **[ECF No. 16948]**

    E.     Response of Piney Branch Park Inc. **[ECF No. 17942]**

Resolved Response:

    F.     Response of Gazprombank Mortgage Funding 2 S.A. **[ECF No. 16863]**

Related Documents:

    G.     Order Granting Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17363]**

    H.     Supplemental Order Granting Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 23680]**

Status:  This matter is going forward solely with respect to the Resolved Response.  All Adjourned Responses have been adjourned to April 26, 2012 at 10:00 a.m.

30.    Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 16867]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 12.

Related Documents:    None.

Status:  The hearing on the objection to the claims identified on Exhibit 12 has been adjourned to April 26, 2012 at 10:00 a.m.

31.    Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

32.    Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 16853]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Unresolved Response:

      A.    Response of Glitnir Banki hf **[ECF No. 17729]**

Related Documents:

      B.    Order Granting Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 18179]**

      C.    Supplemental Order Granting Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 21375]**

      D.    Notice of Adjournment of Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 26429]**

Status:  The hearing on the claims of Banque Safdie (Claim No. 33557) and Glitnir Banki hf (Claim No. 27419) is adjourned to April 26, 2012 at 10:00 a.m.

33.    Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 16856]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 13.

Related Documents:

    A.    Order Granting Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18427]**

    B.    Notice of Adjournment of Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 26430]**

Status:  The hearing on the Objection as to the claims listed on Exhibit 13 is adjourned to April 26, 2012 at 10:00 a.m.

34.    Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17468]**

Response Deadline:    July 7, 2011 at 4:00 p.m.

Adjourned Response:

    A.    Response of QVT Fund LP and Quintessence Fund LP **[ECF Nos. 19206 & 19207]**

Related Documents:

    B.    Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18706]**

    C.    Supplemental Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19520]**

    D.    Second Supplemental Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20625]**

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

35.    Debtors' One Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 17469]**

Response Deadline:    July 7, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

36.     Debtors' One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 18399]**

Response Deadline:    August 10, 2011 at 4:00 p.m.

Related Documents:

      A.     Order Granting Debtors' One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19521]**

      B.     Notice of Adjournment of Debtors' One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 26477]**

Status:  The hearing on the Objection as to the claims of Deborah Focht (Claim Nos. 34381, 42915, 42916) is adjourned to April 26, 2012 at 10:00 a.m.

37.     Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 18407]**

Response Deadline: August 10, 2011 at 4:00 p.m.

Related Documents:

      A.     Order Granting Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 19510]**

      B.     Notice of Withdrawal of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) as to Certain Claims **[ECF No. 20395]**

      C.     Notice of Withdrawal of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) as to Certain Claims **[ECF No. 21046]**

      D.     Notice of Withdrawal of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 24283]**

      E.     Notice of Adjournment of Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 26431]**

Status:  The hearing on the Objection as to the claim of Corner Banca SA (Claim No. 45218) is adjourned to April 26, 2012 at 10:00 a.m.

38.    Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 18444]**

Response Deadline:    August 10, 2011 at 4:00 p.m.

Related Documents:

A.    Order Granting Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 19522]**

B.    Notice of Adjournment of Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) Solely as to Certain Claims **[ECF No. 20393]**

C.    Supplemental Order Granting Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 20624]**

D.    Notice of Adjournment of Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 26432]**

Status:  The hearing on the Objection as to the claims of HBK Master Fund L.P. (Claim Nos. 19275 and 19276) is adjourned to April 26, 2012 at 10:00 a.m.

39.    Debtors' One Hundred Sixty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 18409]**

Response Deadline:    August 10, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

40.    Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims

Response Deadline:    August 10, 2011 at 4:00 p.m.

Adjourned Responses:

A.    Response of Cascade Investment, L.L.C. **[ECF No. 19349]**

B.    Response of Goldman Sachs & Co. Profit Sharing Master Trust. **[ECF No. 19064]**

      C.      Response of Zephyr 2004-4 LLC f/k/a  Lehman Brothers CDO Opportunity Partners 2004-4 LLC  **[ECF No. 19101]**

      D.      Response of Oz Asia Master Fund, Ltd. **[ECF No. 19061]**

      E.      Response of Oz Europe Master Fund, Ltd. **[ECF No. 19063]**

      F.      Response of Oz Master Fund, Ltd. **[ECF No. 19060]**

      G.      Response of Zephyr Recovery 2004-1 LP **[ECF No. 19103]**

      H.      Response of Zephyr Recovery 2004-2 LP **[ECF No. 19104]**

      I.      Response of Zephyr Recovery 2004-3 LP **[ECF No. 19105]**

      J.      Response of Zephyr Recovery II-A LP **[ECF No. 19107]**

      K.      Response of Zephyr Recovery II-B LP **[ECF No. 19108]**

      L.      Response of Zephyr Recovery II-C **[ECF No. 19109]**

Related Documents:

      M.      Order Granting Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19518]**

      N.      Supplemental Order Granting Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21374]**

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

41.      Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) **[ECF No. 19399]**

Response Deadline:      September 20, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 14.

Related Documents:  None.

Status:  The hearing on the objection to the claims identified on Exhibit 14 has been adjourned to April 26, 2012 at 10:00 a.m.

42.      Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) **[ECF No. 19393]**

Response Deadline:      September 20, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 15.

Related Documents:   None.

Status:  The hearing on the objection to the claims identified on Exhibit 15 has been adjourned to April 26, 2012 at 10:00 a.m.

43.     Debtors' One Hundred Seventy-Eighth Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 19377]**

Response Deadline:     September 20, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 16.

Related Documents:   None.

Status:  The hearing on the objection to the claims identified on Exhibit 16 has been adjourned to April 26, 2012 at 10:00 a.m.

44.     Debtors' One Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 19378]**

Response Deadline:     September 20, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

45.     Debtors' One Hundred Eighty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19398]**

Response Deadline:     September 20, 2011 at 4:00 p.m.

Adjourned Responses:

        A.     Response of Catholic Healthcare West **[ECF No. 22635]**

        B.     Response of New York City Municipal Water Finance Authority **[ECF No. 20138]**

        C.     Response of Steven G. Holder Living Trust **[ECF No. 24233]**

        D.     Response of Windermere Private Placement I S.A. **[ECF No. 20137]**

Related Documents:

    E.    Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 20630]**

    F.    Supplemental Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 21350]**

    G.    Second Supplemental Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 23042]**

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

46.    Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims) **[ECF No. 19714]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 17.

Related Documents:  None.

Status:  The hearing on the objection to the claims identified on Exhibit 17 has been adjourned to April 26, 2012 at 10:00 a.m.

47.    Debtors' One Hundred Eighty-Eighth Omnibus Objection to Claims (Duplicative LPS Claims) **[Docket No. 19871]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Responses:  See Exhibit 18.

Related Documents:

    A.    Order Granting Debtors' One Hundred Eighty-Eighth Omnibus Objection to Claims (Duplicative LPS Claims) **[Docket No. 21348]**

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m. as to the claims on Exhibit 18 attached hereto.

48.    Debtors' One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Repo Claims) **[ECF No. 19870]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Response:

    A.    Response of ICP Strategic Credit Income Master Fund **[ECF No. 23297]**

Related Documents:

    B.    Order Granting Debtors' One Hundred Eighty-Ninth Objection To Claims (No Liability Repo Claims) **[ECF No. 21372]**

    C.    Notice of Adjournment of Hearing / Notice of Adjournment of Debtors One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Security Claims) Solely as to Certain Claims **[ECF No 26622**]

Status:  The hearing on the Unresolved Response is adjourned to April 26, 2012 at 10:00 a.m.

49.    Debtors' One Hundred Ninetieth Omnibus Objection to Claims (No Liability Security Claims) **[ECF No. 19873]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Response:

    A.    Response of Susan Stashower **[ECF. No. 20728]**

Related Documents:

    B.    Order Granting Debtors' One Hundred Ninetieth Objection To Claims (No Liability Security Claims) **[ECF. No. 21396]**

    C.    Notice of Adjournment of Hearing / Notice of Adjournment of Debtors One Hundred Ninetieth Omnibus Objection to Claims (No Liability Security Claims) Solely as to Certain Claims **[ECF No. 26633]**

Status:  The hearing on the Unresolved Response is adjourned to April 26, 2012 at 10:00 a.m.

50.    Debtors' One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19888]**

Response Deadline:    October 12, 2011 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Bank of NY Mellon Trust Co., NA, as Trustee for the Michigan Tobacco Settlement Asset-Backed Bonds Series 2007 **[ECF No. 20997]**

    B.    Response of Buckeye Tobacco Settlement Financing Authority **[ECF No. 20729]**

    C.    Response of Washington State Tobacco Settlement Authority **[ECF No. 20995]**

Related Document:

    D.    Order Granting Debtors' One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21397]**

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

51.    Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19902]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Unresolved Responses:

    A.    Response of AllianceBernstein L.P. **[ECF No. 20799]**

    B.    Response of Carol Bunevich **[ECF No. 20819]**

Related Documents:

    C.    Order Granting Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 21379]**

    D.    Notice of Withdrawal of Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 25245]**

    E.    Notice of Adjournment of Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 26433]**

Status:  The hearing on the Objection as to the Unresolved Responses is adjourned to April 26, 2012 at 10:00 a.m.

52.    Debtors' Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20102]**

Response Deadline:    November 11, 2011 at 4:00 PM

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

53.    Debtors' Two Hundred Fourteenth Omnibus Objection to Disallow And Expunge Certain Filed Proofs of Claim **[ECF No. 20103]**

Response Deadline:    November 11, 2011 at 4:00 PM

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

54.    Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20104]**

Response Deadline:    November 11, 2011 at 4:00 PM

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

55.    Debtors' Two Hundred Sixteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20105]**

Response Deadline:    November 11, 2011 at 4:00 PM

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

56.    Debtors' Two Hundred Seventeenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20106]**

Response Deadline:    November 11, 2011 at 4:00 PM

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

57.    Debtors' Two Hundred Eighteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20107]**

Response Deadline:    November 11, 2011 at 4:00 PM

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

58.    Debtors' Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 20864]**

Response Deadline:    November 14, 2011 at 4:00 p.m.

Unresolved Response:

        A.     Response of Robert Franz **[ECF No. 22099]**

Related Documents:

        B.     Order Granting Debtors' Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 29950]**

        C.     Notice of Adjournment of Debtors' Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[ECF No. 26434]**

Status:  The hearing on the Objection as to the Unresolved Response is adjourned to April 26, 2012 at 10:00 a.m.

59.    Debtors' Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 20886]**

Response Deadline:    November 17, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

60.    Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21727]**

Response Deadline:    December 8, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

61.    Debtors' Two Hundred Thirty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 23168]**

Response Deadline:    January 11, 2012 at 4:00 p.m.

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

62.    Debtors' Two Hundred Thirty-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 23242]**

Response Deadline:    January 11, 2012 at 4:00 p.m.

Unresolved Response:

        A.     Response of Lauren Ashwell **[ECF No. 24644]**

Related Documents:

        B.     Order Granting Debtors' Two Hundred Thirty-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 24673]**

      C.     Notice of Adjournment of Debtors' Two Hundred Thirty-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 26435]**

<u>Status</u>: The hearing on the Objection as to the Unresolved Response is adjourned to April 26, 2012 at 10:00 a.m.

63.    Debtors' Two Hundred Forty-Fourth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 23250]**

<u>Response Deadline</u>:   January 12, 2012 at 4:00 p.m.

<u>Status</u>:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

64.    Debtors' Two Hundred Forty-Fifth Omnibus Objection to Claims (Unissued Guarantee Claims) **[ECF No. 23251]**

<u>Response Deadline</u>:   January 12, 2012 at 4:00 p.m.

<u>Status</u>:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

65.    Debtors' Two Hundred Forty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 23253]**

<u>Response Deadline</u>:   January 11, 2012 at 4:00 p.m.

<u>Adjourned Response</u>:

      A.     Response of Massachusetts State College Building Authority **[ECF No. 24193]**

<u>Related Document</u>:

      B.     Order Granting Debtors' Two Hundred Forty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 24671**]

<u>Status</u>:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

66.    Debtors' Two Hundred Forty-Seventh Omnibus Objection to Claims (No Liability Claims) **[ECF No. 24088]**

<u>Response Deadline</u>:   February 6, 2012 at 4:00 p.m.

<u>Adjourned Responses</u>:  See <u>Exhibit 19</u>.

<u>Related Documents</u>:   None.

Status:  The hearing on the objection to the claims identified on Exhibit 19 has been adjourned to April 26, 2012 at 10:00 a.m.

67.    Debtors' Two Hundred Fiftieth Omnibus Objection to Claims (Purchased Contract Claims) **[ECF No. 24107]**

Response Deadline:    February 6, 2012 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Order Granting Debtors' Two Hundred Fiftieth Omnibus Objection to Claims (Purchased Contract Claims) **[ECF No. 25653]**

Status:  The hearing on the Objection as to the claims of Bloomberg L.P. and Bloomberg Finance L.P. (Claim 14322), CB Richard Ellis (Claim 27440), CB Richard Ellis Inc. (Claim 27435), and Hewlett-Packard Co. (Claim 4861) has been adjourned to April 26, 2012 at 10:00 a.m.

68.    Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims (Employment-Related Claims) **[ECF No. 25059]**

Response Deadline:    March 6, 2012 at 4:00 p.m.

Adjourned Responses:  See Exhibit 20.

Related Documents:    None.

Status:  The hearing on the objection to the claims identified on Exhibit 20 has been adjourned to April 26, 2012 at 10:00 a.m.

69.    Debtors' Two Hundred Fifty-Sixth Omnibus Objection to Claims (Purchased Contract Claims) **[ECF No. 24933]**

Response Deadline:    March 7, 2012 at 4:00 p.m.

Adjourned Responses:  See Exhibit 21.

Related Documents:    None.

Status:  The hearing on the objection to the claims identified on Exhibit 21 has been adjourned to April 26, 2012 at 10:00 a.m.

70. Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20787]**

Response Deadline:    November 11, 2011 at 4:00 p.m.

Adjourned Response:

A.    Response of Yakima-Tieton Irrigation District c/o Foster Pepper Pllc **[ECF No. 21851]**

Related Document:

B.    Order Granting Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 22954**]

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

71. Debtors' Two Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21727]**

Response Deadline:    December 7, 2011 at 4:00 p.m.

Adjourned Responses:

A.    Response of Italease Finance S.P.A. **[ECF No. 23087]**

B.    Response of Zwinger Opco 6 BV **[ECF No. 23070]**

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

72. Debtors' Two Hundred Sixty-Second Omnibus Objection to Claims (No Liability Claims) **[ECF No. 24996]**

Response Deadline:    March 7, 2012 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

73. Debtors Objection to Proof of Claim Number 29702 **[ECF No. 20100]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Related Documents:  None.

Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

74. Motion of John Dmuchowski to Permit Filing of Claims as of September 23, 2009 **[ECF No. 12006]**

   Related Document:

       A.    Notice of Adjournment of Motion of John Dmuchowski to Permit Filing of Claims as of September 23, 2009 **[ECF No. 26437]**

   Status:  The hearing on the Motion of John Dmuchowski is adjourned to April 26, 2012 at 10:00 a.m.

75. Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

   Response Deadline:    October 17, 2011 at 4:00 p.m.

   Adjourned Response:

       A.    Response of Syncora Guarantee, Inc. **[ECF No. 20915]**

   Related Documents:   None.

   Status:  The hearing on the objection to the claim identified above has been adjourned to April 26, 2012 at 10:00 a.m.

76. Debtors' Objection to Proofs of Claim Filed By 2138747 Ontario Ltd. and 6785778 Canada Inc. (Claim Nos. 33583 and 33586) **[ECF No. 18397]**

   Response Deadline:    August 18, 2011 at 4:00 p.m.

   Response Received:

       A.    Opposition of 6785778 Canada Inc. and 2138747 Ontario Ltd. **[ECF No. 19315]**

   Related Document:

       B.    Notice of Adjournment of Debtors' Objection to Proofs of Claim Filed By 2138747 Ontario Ltd. and 6785778 Canada Inc. (Claim Nos. 33583 and 33586) **[ECF No. 25488]**

   Status:  This matter has been adjourned to April 26, 2012 at 10:00 a.m.

77.    Debtors' Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 23247]**

Response Deadline:    January 11, 2012 at 4:00 p.m.

Unresolved Responses:

        A.    Response of Wiley Rein LLP **[ECF No. 24176]**

        B.    Response of Coudert Brothers LLP **[ECF No. 24179]**

        C.    Response of ZPR International, Inc. **[ECF No. 24380]**

Related Documents:

        D.    Order Granting Debtors' Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 24674]**

        E.    Notice of Adjournment of Debtors' Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 25485]**

Status:  The hearing on the Objection as to the claims listed on Exhibit 21 has been adjourned to April 26, 2012 at 10:00 a.m.


Dated: March 21, 2012
New York, New York


        /s/ Robert J. Lemons
        Robert J. Lemons
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone:  (212) 310-8000
        Facsimile:   (212) 310-8007

        Attorneys for Lehman Brothers Holdings Inc.
         and Certain of Its Affiliates

Exhibit 1

(**<u>Ninety-Second</u>** Omnibus Objection to Claims (No Blocking
Number LPS Claims) **[ECF No. 14472]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Amonn-Dinger, Verena | 11169 |
| Baumheier, Katja | 11170 |
| Baumheier, Katja | 11171 |
| Bayer, Dr. Ingeborg | 12425 |
| Bayer, Dr. Ingeborg | 12426 |
| Becker, Dr. Klaus | 13631 |
| Biesemann, Dr. Joerg | 13624 |
| Broschk, Dieter | 13637 |
| Czyganowski, Siegfried | 13610 |
| Fassbender, Maria | 13638 |
| Fetkenheuer, Lothar | 67257 |
| Fuchs, Gerhard | 13632 |
| Ganser, Albert | 24995 |
| Gette, Helene | 12444 |
| Hasse, Klaus-Dieter | 13628 |
| Heinzen, Hans | 11178 |
| Hirsch, Kurt | 11179 |
| Ishii, Hiroichi And Hella | 13602 |
| Jahn, Ursula & Horst | 24987 |
| Jansen, Walter | 34350 |
| Jansen, Walter | 34347 |
| Jonas, Peter And Heike | 13605 |
| Kapalla, Kurt | 12448 |
| Klippel, Almut | 67260 |

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Klug, Klaus | 12442 |
| Koechling, Hermann | 11184 |
| Krawinkel, Odo | 12427 |
| Krawinkel, Odo | 12428 |
| Kuhnast, Frank-Roland | 67258 |
| Lewin, Joerg | 34348 |
| Lucks, Iiona | 24996 |
| Lukoschek, Wolfgang | 13611 |
| Mastalerek, Michael | 11187 |
| Mittmann, Hana | 24990 |
| Noerrenberg-Sudhaus, Werner | 11190 |
| Oberkersch, Beatrice | 11191 |
| Rampold, Heidrun Elisabeth | 11193 |
| Rodriguez, Karsten | 13621 |
| Ruttener, Juerg For Ruettener, Hannelore | 67267 |
| Ruttener, Juerg For Ruettener, Hans | 67265 |
| Schiener, Friedbert Walter Und Hannelore Edeltraut | 11196 |
| Schmidt, Karin | 11197 |
| Schmidt, Ra Petra | 11198 |
| Schmitz, Herbert | 24982 |
| Schmitz, Herbert | 24983 |
| Schmitz, Herbert | 24960 |
| Schmitz, Herbert | 24984 |
| Schober, Hans-Joachim | 13634 |

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Schober, Marita | 13635 |
| Schwebius, Sandra | 11199 |
| Schwerdt, Korinna, Dr. | 61158 |
| Sokolowski, Claus-Guenther | 11200 |
| Sperzel, Susanne | 12443 |
| Springer, Werner | 13623 |
| Stange, Hans-Joachim | 12440 |
| Steinfort, Silvia | 11201 |
| Steinfort, Silvia | 11203 |
| Steinfort, Silvia | 11202 |
| Thoemel, Heinz | 11207 |
| Uttendorf, Wilfried | 57811 |
| Volk, Helmut Und Annemarie | 11209 |
| Von Der Heyde, Philip | 11210 |
| Wartak, Beate | 11211 |
| Weber Hans-Hermann | 67237 |
| Weber Hans-Hermann | 67236 |
| Weber Hans-Hermann | 67239 |
| Weidlich, Joerg | 13642 |
| Weiss, Renate | 11212 |
| Wenzel, Peter | 11213 |
| Werner, Friedhelm And Irene | 13615 |
| Wildebrand, Peter | 13609 |
| Wippern, Margit | 13619 |

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Wittig, Hanspeter | 57824 |
| Wolski, Mieczyslaw | 61159 |
| Wolski, Mieczyslaw | 61160 |
| Wolski, Mieczyslaw | 61191 |
| Zellinger, Ernst | 11224 |

Exhibit 2

(**Fortieth** Omnibus Objection to Claims
(Late-Filed Claims) **[ECF No. 11305]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Biraschi, Paola | 34980 |
| Brooks, David J | 34559 |
| California Department of Water Resources | 35944 |
| Chauny, S.A. | 34873 |
| Colon Lopez, Elizabeth | 34924 |
| De Jesus, Nestor E | 34492 |
| De Nicola, Michela | 65763 |
| Dmuchowski, John J | 34401 |
| Filbee, Sarah M | 34468 |
| Focht, Deborah | 34380 |
| Focht, Deborah | 42914 |
| Franzo, Rosemarie | 66393 |
| Fryer, Kelly | 39842 |
| Gelb, Jay | 35981 |
| Hahn-Colbert, Sandra M. | 34728 |
| High Lodge Capital LLC | 63540 |
| Iragorri, Julian | 64991 |
| Lev Ari, Tal | 65858 |
| Louisiana Citizens Property Insurance Corporation | 36856 |
| Lynch, Brendan E. | 35000 |
| Marsilio, Paul A. | 66257 |
| McCarthy,  Brian M. | 35446 |
| McCarthy, Lawrence | 66392 |
| Monahan, Maria | 34563 |

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Rayner, Ruth J. | 36598 |
| Rivkin, Jack L. | 66375 |
| Scavone, Joseph and Theresa | 34945 |
| Scavone, Theresa, for Joseph Scavone | 34944 |
| Scellato, James | 41376 |
| Scellato, James | 41377 |
| Scellato, James | 41378 |
| Shen, Jiansheng Jensen | 35437 |
| Sutton, Julian R | 35055 |
| Taylor, Christopher C | 34879 |
| Temel, Tulug T. | 40791 |
| Tennant, Colin H | 34355 |
| Ventura County Tax Collector | 65230 |
| Ventura, Giorgio | 35587 |
| Vereker, William | 62466 |
| WestLB AG | 36789 |
| Wilkinson, Timothy B. | 34829 |
| Zakian, Paul A. | 36799 |
| Zanco, Mario | 35574 |

Exhibit 3

(**<u>Forty-First</u>** Omnibus Objection to Claims
(Late-Filed Claims) **[ECF No. 11306]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Chan, Lori | 67020 |
| Davy, Darren | 63539 |
| Dmuchowski, John J | 34402 |
| Hahn-Colbert, Sandra M. | 34726 |
| Hahn-Colbert, Sandra M. | 34727 |
| King, Harriet Chan | 34546 |
| Reid, Wayne D, II | 65975 |
| Reid, Wayne D, II | 65976 |

Exhibit 4

(**Forty-Second** Omnibus Objection to Claims (Late-Filed Lehman
Programs Securities Claims) **[ECF No. 11307]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Ablemen & Assocs. | 66158 |
| Ablemen & Assocs. | 66159 |
| Burrow, Michael | 64939 |
| Chan Sing Cheung | 64597 |
| Chau Kam Man | 64973 |
| Cleijpool, G.J. | 64705 |
| de la Rosa, Jose Antonio | 64471 |
| De Lochtenberg Beheer | 65162 |
| Eito Eito, Angeles | 64438 |
| F. Ch. W. Mevissen BV | 65160 |
| Fok Yim Sheung, Floria | 65031 |
| Fok Yim Sheung, Floria | 65032 |
| Fok Yim Sheung, Floria | 65033 |
| Gong Cheng Hsiung | 64858 |
| Gonzalez Roquet, Maria | 64439 |
| Grootenhuis, Joost | 64928 |
| H. Rootveld | 65163 |
| Ho, Chu Wai Yee | 65692 |
| Ho Kam Yuen | 64516 |
| Ie She Hoen | 64974 |
| Integrale CCA | 64920 |
| Jose Ruivo Dragao, Joao | 64556 |
| Juventis Int'l Ltd | 64613 |
| King Sang, Leung | 64595 |

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Lafrance, Hughes | 64653 |
| Lafrance, Martine | 64652 |
| Lam Ying Choi | 64972 |
| Liceras Ruiz, Jose Luis | 64970 |
| Lin Chan, Hing | 64617 |
| Lin Hsien Hsiung | 64873 |
| Meeus-Aelbrecht, Ludovicus | 65311 |
| Meeus-Aelbrecht, Ludovicus | 66283 |
| Mevrouw E.C. Rootveld & F.B.A.P. Rootveld | 65164 |
| Mevrouw N.P.J. van Luijk | 65158 |
| Mok Siu Yuk, Emily | 64857 |
| Ng Pui Shan Vinci | 64319 |
| Nordhagen, Ove | 64995 |
| Pardo Cordero, Emilio | 64718 |
| Plentywealth Investment Co. Ltd | 64615 |
| Politt, Hans-Dietrich | 65645 |
| Poon Yuk Wah | 64707 |
| R.F.P. Robyn B.V. | 65538 |
| Schaefer, Edith | 64512 |
| Schowalter, Christina | 64583 |
| Schroder, Ingrid | 64926 |
| Shram, Moshe | 64621 |
| Siepmann & Cie GmbH | 65948 |
| Stahl, Gabriele | 66397 |

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Stichting Quadraam | 65159 |
| Stradmeijer, A.E. | 64876 |
| Suter, Claudia | 64142 |
| Suter, Claudia | 64188 |
| Top Advance Ltd | 65764 |
| Tsui, John | 64596 |
| van Meurs-Bergsma, HMA | 66022 |
| Web-Pro Tech. Ltd. | 64586 |
| Wong Yee Wan | 64977 |
| Wouters, Danielle | 65102 |
| Wrenton Management Ltd. | 64589 |
| Yam Chak Hong Henry | 64978 |
| Yu Chun Kwan | 64971 |

Exhibit 5

(**Forty-Third** Omnibus Objection to Claims (Late-Filed Lehman
Programs Securities Claims) **[ECF No. 11308]** - Adjourned Responses)

| CLAIMANT | CLAIM NO. |
|---|---|
| Ablemen & Assocs. | 66112 |
| AJF Holding B.V. | 64386 |
| Andersen, Samuel Magnus | 64135 |
| Augusto, Chierichetti | 65606 |
| Bakker, P.J. | 64414 |
| Banco di Napoli S.P.A | 65266 |
| Bani, Theophil | 64138 |
| Bianco, Graziella | 65673 |
| Bugini, Hans | 64174 |
| Chu, Tai-Fang | 65550 |
| Coca Vano, Francisco Jose | 64495 |
| Der M&P Meng Und Vorsorgestifung | 64152 |
| Der M&P Meng Und Vorsorgestifung | 64154 |
| Der M&P Meng Und Vorsorgestifung | 64155 |
| Dilissen, Marleen | 65711 |
| Edificaciones Marsol, SA | 65623 |
| Edificaciones Marsol, SA | 65624 |
| Eigenheer, Heidi | 64149 |
| Ernsdorfer, Karl | 64555 |
| Euromix Sicav, SA | 64315 |
| Faber, Doeke | 65586 |
| Fiebiger, Heinz | 65471 |
| Fischli, Rudolf | 64180 |
| Fischli, Rudolf | 64183 |

| CLAIMANT | CLAIM NO. |
|---|---|
| Fischli, Rudolf | 64184 |
| Flach-Meier | 64150 |
| Friedrich, A.J. | 64385 |
| Gloor, Max | 64140 |
| Gosele, Heinz | 64139 |
| He Ping | 64321 |
| Heinemann, A.A.M. | 65588 |
| Kalt, Edgar | 64145 |
| Knoller, Peter & Maritta | 64248 |
| Knupp, Walter | 64173 |
| Kok, Eric | 65597 |
| Konig, P.C. | 66063 |
| Kupat Hatagmulim Shel Odvey Bank | 64331 |
| Limtong Manuel Tan | 64306 |
| Lin Wu Chueh | 64309 |
| Martinez Lopez, Encarnacion | 65628 |
| Meyer-Meier, Adrian | 64146 |
| Meyer-Meier, Adrian | 64147 |
| Mohinani, Hassomal Bulchand | 64316 |
| Motllo Carbo, Antonio | 65627 |
| Motllo Martinez, Antonio | 65625 |
| Motllo Martinez, Antonio | 65626 |
| Nieszner, Thomas | 64175 |
| Nieszner, Thomas | 64181 |

| CLAIMANT | CLAIM NO. |
|---|---|
| Nieszner, Thomas | 64182 |
| Reymen, Edmond | 64443 |
| Schenker, Rudolf | 64148 |
| Scheurmann, Beatrix | 64151 |
| Schnopp, Max Ludwig | 64178 |
| Schwarz, Matthias | 64141 |
| Split, J.C. | 64409 |
| Stradmeijer, A.E. | 64877 |
| Strauss-Muhlemann, Peter | 64176 |
| Strauss-Muhlemann, Peter | 64177 |
| Tham Yiu Kwok | 64424 |
| van Overbeke, Ignace | 64387 |
| van Overbeke, Ignace | 64388 |
| Vogler, Karl | 64186 |
| Wellinger, Christoher | 64187 |
| Wernli, Beat | 64179 |
| Willems, Simone | 64706 |
| Winiger, Roman | 64153 |
| Wong Tak Keung | 64975 |
| Woo Set Wah | 64976 |
| Woodtly, Ursula | 64185 |
| Yiu Yuen On Paul | 64396 |

<u>Exhibit 6</u>

(**<u>Sixty-Seventh</u>** Omnibus Objection to Claims
(Valued Derivative Claims) **[ECF No. 12533]** - Adjourned Responses)

| CLAIMANT NAME | ECF NO. |
|---|---|
| Response of Kilroy Realty, LP | 12597 |
| Response of CSP II USIS Holdings LP | 13078 |
| Response of Mitsui & Co. Commodity Risk Management Limited | 13113 |
| Response of Federal Home Loan Bank of Des Moines | 13156 |
| Response of E-Capital Profits Limited | 13166 |
| Response of Loeb Arbitrage B Fund LP, Loeb Arbitrage Fund, Loeb Offshore B Fund Ltd., and Loeb Offshore Fund Ltd. | 13217 |
| Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, as Successor to Certain Claims of Alliance Laundry Systems LLC | 13218 |
| Response of Aozora Bank, Ltd. | 13220 |
| Response of Mariner LDC | 13222 |
| Response of Tricadia Capital Management, LLC, on behalf of Tricadia Distressed and Special Situations Master Fund, Ltd. | 13223 |
| Response of Venoco, Inc. | 13205 |
| Response of Mariner-Tricadia Credit Strategies Master Fund, Ltd. | 13224 |
| Response of ICM Business Trust | 13226 |
| Response of Canyon Balanced Master Fund, Ltd., Canyon Capital Arbitrage Master Fund, Ltd., Canyon Value Realization Fund (Cayman), Ltd., and Canyon Value Realization Fund, L.P. | 13227 |
| Response of Merrill Lynch Credit Products, LLC | 13229 |
| Response of Ross Financial Corporation | 13232 |
| Response of Commonwealth Bank of Australia | 13242 |
| Response of Nexstar Developing Opportunities Master Fund, Ltd. | 13402 |
| Response of Capstone Volatility Master (Cayman) Limited | 14020 |
| Response of Royal Charter Properties – East, Inc. | 15918 |
| Response of China Minsheng Banking Corp., Ltd. | 20984 |

Exhibit 7

(**Ninety-Second** Omnibus Objection to Claims
(No Blocking Number LPS Claims) **[ECF No. 14472]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Amonn-Dinger, Verena | 11169 |
| Baumheier, Katja | 11170 |
| Baumheier, Katja | 11171 |
| Bayer, Dr. Ingeborg | 12425 |
| Bayer, Dr. Ingeborg | 12426 |
| Becker, Dr. Klaus | 13631 |
| Biesemann, Dr. Joerg | 13624 |
| Broschk, Dieter | 13637 |
| Czyganowski, Siegfried | 13610 |
| Fassbender, Maria | 13638 |
| Fetkenheuer, Lothar | 67257 |
| Fuchs, Gerhard | 13632 |
| Ganser, Albert | 24995 |
| Gette, Helene | 12444 |
| Hasse, Klaus-Dieter | 13628 |
| Heinzen, Hans | 11178 |
| Hirsch, Kurt | 11179 |
| Ishii, Hiroichi And Hella | 13602 |
| Jahn, Ursula & Horst | 24987 |
| Jansen, Walter | 34350 |
| Jansen, Walter | 34347 |
| Jonas, Peter And Heike | 13605 |
| Kapalla, Kurt | 12448 |
| Klippel, Almut | 67260 |

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Klug, Klaus | 12442 |
| Koechling, Hermann | 11184 |
| Krawinkel, Odo | 12427 |
| Krawinkel, Odo | 12428 |
| Kuhnast, Frank-Roland | 67258 |
| Lewin, Joerg | 34348 |
| Lucks, Iiona | 24996 |
| Lukoschek, Wolfgang | 13611 |
| Mastalerek, Michael | 11187 |
| Mittmann, Hana | 24990 |
| Noerrenberg-Sudhaus, Werner | 11190 |
| Oberkersch, Beatrice | 11191 |
| Rampold, Heidrun Elisabeth | 11193 |
| Rodriguez, Karsten | 13621 |
| Ruttener, Juerg For Ruettener, Hannelore | 67267 |
| Ruttener, Juerg For Ruettener, Hans | 67265 |
| Schiener, Friedbert Walter Und Hannelore Edeltraut | 11196 |
| Schmidt, Karin | 11197 |
| Schmidt, Ra Petra | 11198 |
| Schmitz, Herbert | 24982 |
| Schmitz, Herbert | 24983 |
| Schmitz, Herbert | 24960 |
| Schmitz, Herbert | 24984 |
| Schober, Hans-Joachim | 13634 |

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Schober, Marita | 13635 |
| Schwebius, Sandra | 11199 |
| Schwerdt, Korinna, Dr. | 61158 |
| Sokolowski, Claus-Guenther | 11200 |
| Sperzel, Susanne | 12443 |
| Springer, Werner | 13623 |
| Stange, Hans-Joachim | 12440 |
| Steinfort, Silvia | 11201 |
| Steinfort, Silvia | 11203 |
| Steinfort, Silvia | 11202 |
| Thoemel, Heinz | 11207 |
| Uttendorf, Wilfried | 57811 |
| Volk, Helmut Und Annemarie | 11209 |
| Von Der Heyde, Philip | 11210 |
| Wartak, Beate | 11211 |
| Weber Hans-Hermann | 67237 |
| Weber Hans-Hermann | 67236 |
| Weber Hans-Hermann | 67239 |
| Weidlich, Joerg | 13642 |
| Weiss, Renate | 11212 |
| Wenzel, Peter | 11213 |
| Werner, Friedhelm And Irene | 13615 |
| Wildebrand, Peter | 13609 |
| Wippern, Margit | 13619 |

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Wittig, Hanspeter | 57824 |
| Wolski, Mieczyslaw | 61159 |
| Wolski, Mieczyslaw | 61160 |
| Wolski, Mieczyslaw | 61191 |
| Zellinger, Ernst | 11224 |

Exhibit 8

(**Ninety-Seventh** Omnibus Objection to Claims
(Insufficient Documentation) **[ECF No. 14492]** – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Bank of America, National Association, successor by merger to LaSalle Bank, N.A. | 25648 |
| U.S. Bank National Association Transferor: Bank of America National Association[1] | 19289 |
| U.S. Bank National Association, and U.S. Bank National Association as Trustee Transferor: Bank of America, National Association[2] | 15989, 15992, 15993, 15994, 15995, 15996, 16357, 16358, 16359, 16361, 16363, 16367, 16378, 16380, 16381, 16383, 16387, 16388, 16416, 16418, 24349, 24582, 25654 |
| U.S. Bank National Association Transferor: Bank of America, National Association[3] | 15981, 15983, 15984, 15985, 15986, 15987, 15988, 15997, 15998, 16349, 16351, 16352, 16354, 16355, 16356, 16360, 16362, 16364, 16365, 16366, 16368, 16369, 16370, 16371, 16372, 16374, 16375, 16376, 16384, 16385, 16386, 16390, 16391, 16393, 16394, 16395, 16396, 16397, 16398, 16399, 16415, 16417, 16419, 16420, 16421, 16422, 16423, 16424, 16425, 16426, 16427, 16428 |
| Deutsche Bank, National Trust Company, as Trustee | 18542 |
| Wilmington Trust Company[4] | 16382 |

[1] Claim transferred by Bank of America National Association to U.S. Bank National Association pursuant to Transfer of Claims Other Than for Security filed May 31, 2011 [ECF No. 17234].

[2] Claims transferred by Bank of America National Association to U.S. Bank National Association and U.S. Bank National Association, as Trustee pursuant to Transfer of Claims Other Than for Security filed June 20, 2011 [ECF No. 17904].

[3] Claims transferred by Bank of America National Association to U.S. Bank National Association pursuant to Transfer of Claims Other Than for Security filed October 11, 2011 [ECF No. 20739].

[4] Claim transferred by Bank of America National Association to Wilmington Trust Company pursuant to Transfer of Claim Other Than for Security filed December 13, 2011 [ECF No. 23280].

Exhibit 9

(**One Hundred Eleventh** Omnibus Objection to Claims
(No Liability Claims) **[ECF No. 15012]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Charles Moore | 3001 | 16073 |
| Western Digital Corp. | 5357 | 15964 |
| Ceradyne, Inc. | 5358 | 15962 |
| Essex Equities Holding USA, LLC | 30596 | 16728 |
| Banco Interior de Sao Paolo | 21949 | N/A |
| US Airways, Inc. | 30598 | 18313 |

Exhibit 10

(**One Hundred Twelfth** Omnibus Objection to Claims
(Invalid Blocking Number LPS Claims) [**ECF No. 15014**] - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Cam-Que Kevin Lieu | 41587 | 16054 |
| Investeringsselskabet af 11.12.1990 ApS | 47330, 47331 | 16240, 16238, 17541, 17542 |
| Lucia Del Campo | 37187 | N/A |
| Banque Cantonale du Valais | 58602, 58531, 58540, 58549, 58519, 58496, 58502, 58494, 58537, 58516, 58506, 58550, 58517, 58523, 58500, 58515, 58526, 58605, 58513, 58520, 58557, 58548, 58524, 58495, 58603, 58509, 58529, 58556, 58554, 58604, 58525, 58514, 58504, 58521, 58547, 58510, 58522, 58530, 58507, 58518, 58498, 58499, 58543, 58505, 58538, 58512, 58527, 58497, 58546, 58551, 58508, 58555, 58553, 58542, 58541, 58536, 58539, 58545, 58501, 58552, 58528, 58511, 58544 | 16905 |

Exhibit 11

(**One Hundred Seventeenth** Omnibus Objection to Claims
(No Liability Non-Debtor Employee Claims) **[ECF No. 15363]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Abernathy, Gregg | 25533 | N/A |
| Adair, John | 23967 | 17114 |
| Addington, Erik | 23966 | N/A |
| Agrawal, Shashank | 13002 | 16910 |
| Antonelli, Christopher | 23965 | N/A |
| Ballentine, James | 23988 | 17103 |
| Baricevic, Joanna | 13429 | 16910 |
| Barone, Heather | 6641 | 17041 |
| Best, Barbara | 24001 | N/A |
| Bhattal, Jasjit | 23964 | N/A |
| Bobb, Janice | 7258 | 16424 |
| Bramham, Shaun | 23989 | 17102 |
| Braun, Konstantin | 11061 | N/A |
| Braun, Konstantin | 11062 | N/A |
| Braun, Konstantin | 11063 | N/A |
| Bush, James | 23998 | 17093 |
| Carol, Clayton | 23990 | 17101 |
| Chan, Kent | 23991 | 17100 |
| Chetty, Noel | 23981 | N/A |
| Chin, Russell | 23984 | N/A |
| Cho, Kunho | 23980 | N/A |
| Conners, William | 15186 | N/A |
| Corsalini, Enrico | 23963 | N/A |

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Dexter, Darrin | 23962 | N/A |
| Doe, Jocelyn | 23992 | 17099 |
| Dorfman, David | 23993 | 17098 |
| Feldkamp, Geoffrey | 23994 | 17097 |
| Flanagan, Christopher | 23976 | N/A |
| Fuchs, Benjamin | 23977 | N/A |
| Gabbay, Mark | 23982 | 17104 |
| Gabbay, Mark | 11075 | 17146 |
| Genna, Michael | 246 | N/A |
| Glavan, Jeffrey | 23956 | 17117 |
| Gould, James | 23995 | N/A |
| Greenwald, Andrew | 23961 | N/A |
| Har-Even, Itamar | 23996 | 17095 |
| Howe, Christian | 23985 | N/A |
| Huang, Kanglin | 23960 | N/A |
| Hugo-Lancelot, Robert Gabriel Marty | 24002 | N/A |
| Hunt, Robin | 23959 | N/A |
| Hurley, Jeffrey | 23986 | N/A |
| Imperato, Jason | 6615 | 16049 |
| Jotwani, Tarun | 23958 | 17116 |
| Kaye, Patrick | 23957 | N/A |
| Keay, Stephanie | 24007 | N/A |
| Kollydas, Peter | 6322 | 16781 |
| Kollydas, Peter | 6494 | 16801 |

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Kollydas, Peter | 6495 | 16799 |
| Konheim, Seth | 17412 | 16775 |
| Laible, Robert | 23997 | 17094 |
| Lax, Stephen | 13727 | 16753 |
| Lucocq, Simon | 23978 | N/A |
| Lynch, Mary | 24408 | N/A |
| Lynch, Mary | 26312 | N/A |
| McCully, Michael | 65946 | N/A |
| McGarry, Patrick | 24003 | N/A |
| Millea, Timothy | 23968 | N/A |
| Morris, Jason | 23969 | 17110 |
| Murray, Thomson | 10767 | 16942 |
| Newhouse, Michelle | 12080 | 17035 |
| O'Connor, Brian | 24004 | N/A |
| Oh, Miriam | 15220 | 17067 |
| Papadakis, Spyros | 23970 | 17109 |
| Pearson, Thomas | 24005 | N/A |
| Quismorio, James | 24006 | N/A |
| Rasner, Timothy | 23971 | N/A |
| Ropner, Henry | 5614 | 15750 |
| Rubin, Charles | 23972 | 17108 |
| Rubinstein, Marc | 23983 | N/A |
| Santoro, Vito | 32308 | 17042 |
| Schiffman, Glenn | 23973 | 17107 |

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Schreiber, Russell | 13322 | N/A |
| Scott, Eric | 14399 | 17036 |
| Scott, Eric | 14400 | 17053 |
| Shah, Niraj | 10365 | 16922 |
| Siegmund, Thomas | 23979 | N/A |
| Skolnick, Fred | 23999 | N/A |
| Sowinski, John | 23974 | 17106 |
| Stein, Jeffrey | 23975 | 17105 |
| Tolchinsky, Andrea | 7082 | N/A |
| Tsekov, Georgi | 1524 | N/A |
| Tung, Sharon | 23949 | 17118 |
| Twitchell, Daryl | 460 | 16766 |
| Umlauf, Erik | 23950 | 17126 |
| Vaish, Pankaj | 23951 | N/A |
| Vulakh, Natalie | 23952 | 17125 |
| Wardell, Jeffery | 14743 | 16926 |
| Weiss, Aaron | 23953 | 17122 |
| Wendel, Christopher | 24000 | N/A |
| Wheeler, Keith | 24173 | 17037 |
| Yee, Jack | 23954 | 17120 |
| Yuhn, Phil | 8090 | N/A |
| Zanco, Mario | 10404 | N/A |
| Zolad, Bryan | 23955 | 17119 |

Exhibit 12

(**One Hundred Thirty-Sixth** Omnibus Objection to Claims
(Misclassified Claims) **[ECF No. 16867]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Arrowood Indemnity Company f/k/a Royal Indemnity Company | 2076 | N/A |
| Cotten, Timothy A., et al. | 34313 | 17951 |
| Depository Trust Clearing Corporation and Related Entities | 30423 | N/A |
| PJM Interconnection LLC | 22267 | N/A |
| PSEG Energy Resources & Trade LLC | 15735 | N/A |
| Trout, Roger | 25708 | 17663 |

Exhibit 13

(**One Hundred Forty-Third** Omnibus Objection to Claims
(Late-Filed Claims) **[ECF No. 16856]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Acm Global Credit - U.S. Sub-Fund | 43951, 43952 |
| Agostini, Edward J. And Sylvia Jtwros | 67230, 67232 |
| Alliance Bernstein Alternative Investments (Master)- Fixed Income High Alpha Portfolio | 43949, 43950 |
| Alliance Bernstein Bond Fund, Inc. | 43944, 43945 |
| Alliance Bernstein Pooling Portfolios, The - Alliance Bernstein Intermediate Duration Bond Portfolio | 43942, 43943 |
| Alliance Bernstein Variable Products Series Fund Inc. Alliance Bernstein Intermediate Bond Portfolio | 43938, 43939 |
| Alliancebernstein Collective Investment Trust Series Alliancebernstein Us Strategic Core-Plus Fixed Income Collective Trust | 43935, 43936 |
| Alliancebernstein Collective Investment Trust Series Alliancebernstein Us Core Fixed Income Collective Trust | 43937, 43946 |
| Banque Profil De Gestion | 67083 |
| Barrios, Rosalinda | 67087 |
| Bernier, Francois | 66248 |
| Booten, Michele | 66251 |
| Borenstein, Roberta | 34410 |
| Carty, Lea | 35593 |
| Cf Midas Balanced Growth Fund | 67193 |
| Coleman, Michael Alexis | 67363 |
| De Clerq, Francoise | 66244 |
| Ed Agostini Living Trust Dtd 5/12/2000 | 67228, 67231 |
| Financial Services Compensation Scheme Limited | 63359 |

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| Fitvoye, Claude | 66249 |
| Franssen, Matthias | 66250 |
| Godard, Alain & Jeannine Bronckart | 66247 |
| Sanford C. Bernstein Fund Ii, Inc. - Bernstein Intermediate Duration Institutional Porftolio | 43947, 43948 |
| Sanford C. Bernstein Fund, Inc. - Intermediate Duration Porftolio | 43940, 43941 |
| Sylvia Agostini Living Trust Dtd 5/12/2000 | 67229, 67233 |
| Tinant, Danielle | 64460 |
| U.S. Bank National Association | 67150, 67151, 67152, 67153 |
| Valkenborgs, Roger | 66245 |

Exhibit 14

(**One Hundred Seventy-Third** Omnibus Objection to Claims
(No Liability Employee Claims) **[ECF No. 19399]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Collins, Michael | 15223 | 20378 |
| Dybeck, Donald C. | 11327, 11328, 11329 | 20171 |
| Finder, Edmund L. | 28717 | 20150, 20389 |
| Forfia, Robert | 22939 | 20181 |
| Forster, Dennis | 6325 | N/A |
| Fritts, Donald | 8257 | 20464 |
| Gabelman, Rick L. | 6238, 6239 | 20141 |
| Gardner, James | 6512, 6590 | 20141 |
| Hein, Mark W. | 4241 | 20133 |
| Hlavek, Rudolph | 7957 | 20141 |
| Kuykendall, Charles L. | 5487 | 20114, 20115, 20116 |
| Major, Charles E. | 7272 | 20495 |
| Mc Guinn, Edwin J | 13286 | N/A |
| Morrison, Robert D. | 7716 | 20179 |
| Mountford, Robert | 11388 | 20471 |
| Rubin, Allan | 5552 | 19648 |
| Smith, William C. | 6147 | 20428 |
| Spring, Burkhard R. | 10698 | 20170 |
| Stanton, Edward | 33549 | N/A |
| Stipo, Michael J. | 15580 | 20176 |
| Wagner, William A. | 5570 | 20438 |
| Whalen, John A. | 32259 | 20173 |

<u>Exhibit 15</u>

(**<u>One Hundred Seventy-Seventh</u>** Omnibus Objection to Claims
(No Liability Non-Debtor Employee Claims) **[ECF No. 19393]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Butler-McLaughlin, Cecelia | 21508 | 20484 |
| Carpenter, Theresa J. | 18145 | 20180 |
| Cramer, Rebekah | 13125, 13126, 13127 | N/A |
| Friedman, Stephen | 15181 | N/A |
| Haykin, Daniel S | 67341 | 20386 |
| Riessen, Natalie S. | 66000, 66001, 660002, 66003, 66004 | 20489, 20491 |
| Robson-Canty, Geraldine | 20289 | 20476 |
| Spital, Saul H. | 9607, 9609, 9610 | 20174 |

<u>Exhibit 16</u>

(**<u>One Hundred Seventy-Eighth</u>** Omnibus Objection to Claims
(Misclassified Claims) **[ECF No. 19377]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Douglas, Dorothea | 15265 | 20479 |

Exhibit 17

(**One Hundred Eighty-Fifth** Omnibus Objection to Claims
(Compound Claims) **[ECF No. 19714]**- Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Boughrum, Donald | 4625 | N/A |
| Krieger, Karen M. Simon | 18087 | N/A |
| Lister, James | 17624 | 20807 |
| Monahan, Brian | 20774 | N/A |
| O'Sullivan, Thomas | 27300 | N/A |
| Seraydar, Rose | 2927 | 20585 |
| Sheffer, Scott | 1681 | 20783 |
| Shi, Zhiyong | 4618 | N/A |

Exhibit 18

(**One Hundred Eighty-Eighth** Omnibus Objection to Claims
(Duplicative LPS Claims) **[ECF No. 19871]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Mitsui Securities, Co., Ltd. | 62852 | 20825 |
| Horizon II International Limited | 62720 | 22005 |
| Agricultural Bank of Taiwan | 65952 | 23298 |

Exhibit 19

(**<u>Two Hundred Forty-Seventh</u>** Omnibus Objection to Claims
(No Liability Claims) **[ECF No. 24088]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Sequa Corp. | 15940 | 24981 |
| West Corporation | 14198 | 24976 |

Exhibit 20

(**Two Hundred Fifty-Fourth** Omnibus Objection to Claims
(Employment-Related Claims) **[ECF No. 25059]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| David Andrews | 10221 | 26060 |
| Theresa J. Carpenter | 67688 | 25707 |
| Brian Gross | 28018 | N/A |
| Jason Imperato | 6623 | 26164 |
| Herbert W. Kwan | 31756 | 26055 |
| David Littlefield | 10655, 10656 | N/A |
| Christopher Manning | 29535 | 26056 |
| Roger Nieman | 9589 | N/A |
| Russell Schreiber | 13321 | 26032 |
| Heidi Steiger | 32379, 32380 | 26041, 26050, 26047, 26051, 26042, 26052, 26043, 26044 |
| Andrew Weber | 66938, 66940 | 26032 |

Exhibit 21

(**<u>Two Hundred Fifty-Sixth</u>** Omnibus Objection to Claims
(Purchased Contract Claims)  **[ECF No. 24933]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Cushman & Wakefield, Inc. | 16185, 16186 | N/A |
| Standard & Poor's | 67027 | 26059 |
| Standard & Poor's International LLC | 10928 | 26059 |
| Microsoft Corporation/ Microsoft Enterprise Services | 25692 | 26072 |

Exhibit 22

(**Two Hundred Forty-First** Omnibus Objection to Claims
(No Liability Claims) **[ECF No. 23247]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Blackrock Financial Management, Inc. | 28686 | N/A |
| Brown Rudnick, LLP | 13011 | N/A |
| Clifford Chance LLP | 4228 | N/A |
| Coudert Brothers LLP | 34262 | 24179 |
| D&D Securities Inc. | 5637 | N/A |
| Israel Discount Bank of New York | 27730 | N/A |
| Neal, Gerber & Eisenberg LLP | 14195 | N/A |
| Wiley Rein LLP | 4475 | 24176 |
| ZPR International Inc. | 6530 | 24380 |