WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                          :
**In re**                                                 :          **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :          **08-13555 (JMP)**
                                                          :
                                        **Debtors.**      :          **(Jointly Administered)**
                                                          :
-------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION**
**UNDER 28 U.S.C. § 1746 REGARDING DEBTORS' OMNIBUS**
**CLAIMS OBJECTIONS SCHEDULED FOR HEARING ON MARCH 22, 2012**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

       Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

       1.    Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), filed the following omnibus claims objections (collectively, the "Claims

Objections") with the Court for hearing on or before March 22, 2012:

a.    Debtors' Objection to the Claim of American Investors Life Insurance Co., Inc. (Claim No. 65963) **[ECF No. 24110]**

b.    Debtors' One Hundred Tenth Omnibus Objection to Claims (Pension Claims) **[ECF No. 15010]**

c.    Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 15019]**

d.    Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16860]**

e.    Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) **[ECF No. 19399]**

f.    Debtors' One Hundred Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 19390]**

g.    Debtors' One Hundred Seventy-Fifth Omnibus Objection to Claims (No Liability Pension Claims) **[ECF No. 19391]**

h.    Debtors' Two Hundred Fifty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 24103]**

i.    Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims (Employment-Related Claims) **[ECF No. 25059]**

j.    Debtors' Two Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 24117]**

k.    Debtors' Two Hundred Fifty-Seventh Omnibus Objection to Claims (Amended and Superseded Claims) **[ECF No. 24990]**

l.    Debtors' Two Hundred Fifty-Eighth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) **[ECF No. 24992]**

m.    Debtors' Two Hundred Fifty-Ninth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 24993]**

n.    Debtors' Two Hundred Sixtieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 24994]**

o.    Debtors' Two Hundred Sixty-First Omnibus Objection to Claims (No Guarantee Claims) **[ECF No. 24109]**

p.      Debtors' Two Hundred Sixty-Third Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 24997]**

q.      Debtors' Two Hundred Sixty-Fourth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 24998]**

r.      Debtors' Two Hundred Sixty-Fifth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 24999]**

s.      Debtors' Two Hundred Sixty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 25000]**

2.      In accordance with the Second Amended Case Management Order, the Debtors established deadlines (the "Response Deadline") for each Claim Objection for parties to object or file responses.  The Response Deadlines have been extended for certain creditors from time to time.  The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.      The Response Deadlines have now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on Debtors' counsel by any of the holders of the claims included Exhibit 1 to any of the Orders attached hereto, which includes only the proofs of claim for which the Claims Objection will be granted.  Responses to certain of the Claims Objections were filed on the docket, or served on the Debtors, by holders of certain proofs of claim included on the Claims Objections.  The hearing on the Claims Objections as to any proof of claim for which a response was either filed on the docket or received by the Debtors, and which objection has not been resolved, has been adjourned to a future date.

4.       Accordingly, the Debtors respectfully request that the proposed orders granting the Claims Objections annexed hereto as <u>Exhibits A</u> through <u>S</u>, which, except for the inclusion of additional language to indicate that such order is supplemental to a previously entered order for a Claim Objection or to reference the inclusion of separate exhibits attached to the proposed orders for proofs of claim for which the Claims Objection is granted, adjourned or withdrawn, are unmodified since the filing of the Claims Objections, be entered in accordance with the procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: March 21, 2012
         New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

**EXHIBIT A**
**(Proposed Order – ECF No. 24110)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                :     **Chapter 11 Case No.**
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :     **08-13555 (JMP)**
                                                     :
                     **Debtors.**   :     **(Jointly Administered)**
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' OBJECTION TO THE CLAIM OF AMERICAN INVESTORS LIFE INSURANCE CO., INC. (CLAIM 65963)

Upon the objection to claim no. 65963 of American Investors Life Insurance Co.,

Inc., dated January 6, 2012 (the "Objection"),[1] of Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code") and Rule 3007(a) of the Federal Rules of Bankruptcy Procedure, seeking

disallowance and expungement of the Duplicative No Liability Claim on the grounds that (i) it is

substantially duplicative of the OMX Claim, (ii) the Debtors have no liability for the Duplicative

No Liability Claim, and (iii) American Investors has not established that the conditions precedent

for it to seek recovery on the Notes in its individual capacity have been satisfied, all as more

fully described in the Objection; and due and proper notice of the Objection having been

provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the

Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States

Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached

to the Objection; and (vii) all other parties entitled to notice in accordance with the procedures

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

set forth in the second amended order entered on June 17, 2010, governing case management and

administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all

parties in interest and that the legal and factual bases set forth in the Objection establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent

provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

Duplicative No Liability Claim listed on Exhibit 1 annexed hereto under the heading "*Claim to

be Disallowed and Expunged*" is disallowed and expunged with prejudice to the extent set forth

in Exhibit 1; and it is further

ORDERED that the OMX Claim listed on Exhibit 1 annexed hereto under the

heading "*Surviving Claim*" will remain on the claims register subject to the Debtors' rights to

further object as set forth herein; and it is further

ORDERED that nothing in this Order or disallowance and expungement of the

Duplicative No Liability Claim constitutes any admission or finding with respect to the OMX

Claim, and the Debtors' rights to object to the OMX Claim on any basis are preserved, except as

agreed to by the Debtors in the Stipulation; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any portion of the Duplicative No Liability Claim that is

not subject to the Objection and (ii) except as set forth in the Stipulation, the OMX Claim; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York


                    _____
                    UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT B**
**(Proposed Order – ECF No. 15010)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

--------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING DEBTORS' ONE HUNDRED TENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY PENSION CLAIMS)

Upon the one hundred tenth omnibus objection to claims, dated March 14, 2011

(the "Debtors' One Hundred Tenth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), pursuant to section 502 of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Pension

Claims on the basis that the Debtors have no liability for such claims, all as more fully described

in the Debtors' One Hundred Tenth Omnibus Objection to Claims; and due and proper notice of

the Debtors' One Hundred Tenth Omnibus Objection to Claims having been provided, and it

appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Debtors' One Hundred Tenth Omnibus Objection to

Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and

that the legal and factual bases set forth in the Debtors' One Hundred Tenth Omnibus Objection

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Debtors' One Hundred Tenth
Omnibus Objection to Claims.

to Claims establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Debtors' One Hundred Tenth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized and

directed to reflect the Pension Claims as disallowed and expunged pursuant to this Order; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
     New York, New York

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 110: EXHIBIT 1 – NO LIABILITY PENSION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | GATTUSO, MARGARET E.<br>101 WARREN STREET<br>APT 1120<br>NEW YORK, NY 10007 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27736 | Undetermined | No Liability--Pension Claim |
| 2 | PHILLIPS, DORIS M<br>374 HAMILTON ROAD<br>RIDGEWOOD, NJ 07450 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31702 | Undetermined | No Liability--Pension Claim |
| | | | | | TOTAL | Undetermined | |

**EXHIBIT C**
**(Proposed Order – ECF No. 15019)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                          :          **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :          **08-13555 (JMP)**
                                                               :
                                 **Debtors.**          :          **(Jointly Administered)**
-------------------------------------------------------------------x

**SUPPLEMENTAL ORDER GRANTING**
**DEBTORS' ONE HUNDRED FIFTEENTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

Upon the One Hundred Fifteenth objection to claims, dated March 14, 2011 (the "One Hundred Fifteenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Claims on the grounds that they assert claims for which the Debtors have no liability, all as more fully described in the One Hundred Fifteenth Omnibus Objection to Claims; and due and proper notice of the Eightieth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for Region 2; (vi) the claimants listed on Exhibit A attached to the One Hundred Fifteenth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Fifteenth Omnibus Objection to Claims.

case management and administrative procedures for these cases [Docket No. 9635]; and the

Court having found and determined that the relief sought in the One Hundred Fifteenth Omnibus

Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties

in interest and that the legal and factual bases set forth in the One Hundred Fifteenth Omnibus

Objection to Claims establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the One Hundred Fifteenth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on <u>Exhibit 1</u> annexed hereto (collectively, the "<u>No Liability Claims</u>") are disallowed and

expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the No

Liability Claims listed on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

2

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 115: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | GOLDMAN, MICHAEL J<br>17305 ST JAMES COURT<br>BOCA RATON, FL 33496 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26271 | Undetermined |
| | | | | TOTAL | | Undetermined |

**EXHIBIT D**
**(Proposed Order – ECF No. 16860)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
In re                                                        :        **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :        **08-13555 (JMP)**
                                                             :
                          **Debtors.**                       :        **(Jointly Administered)**
-----------------------------------------------------------------------x

### THIRD SUPPLEMENTAL ORDER GRANTING ONE HUNDRED THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS <u>(VALUED DERIVATIVE CLAIMS)</u>

Upon the one hundred thirty-seventh omnibus objection to claims, dated

May 16, 2011 (the "<u>One Hundred Thirty-Seventh Omnibus Objection to Claims</u>"),[1] of

Lehman Brothers Holdings Inc. ("<u>LBHI</u>" and the "<u>Plan Administrator</u>"), as Plan

Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman

Brothers Holdings Inc. and Its Affiliated Debtors (the "<u>Plan</u>"), pursuant to section 502(b)

of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for

the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "<u>Procedures

Order</u>"), seeking to reduce, reclassify (in certain instances), and allow the Valued

Derivative Claims on the basis that the amounts listed on the proofs of claim are greater

than the fair, accurate, and reasonable values determined by the Debtors after a review of

the claimants' supporting documentation and LBHI's and Lehman Brothers Special

Financing Inc.'s ("<u>LBSF</u>") books and records, and that the classifications (in certain

instances) are improperly identified as secured, administrative expenses or priority claims

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed
to such terms in the One Hundred Thirty-Seventh Omnibus Objection to Claims.

on claimants' proofs of claim, all as more fully described in the One Hundred Thirty-

Seventh Omnibus Objection to Claims; and due and proper notice of the One Hundred

Thirty-Seventh Omnibus Objection to Claims having been provided to (i) the U.S.

Trustee; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service;

(iv) the United States Attorney for the Southern District of New York; (v) the claimants

listed on Exhibit A attached to the One Hundred Thirty-Seventh Omnibus Objection to

Claims; and (vi) all other parties entitled to notice in accordance with the procedures set

forth in the second amended order entered on June 17, 2010 governing case management

and administrative procedures for these cases [Docket No. 9653]; and it appearing that no

other or further notice need be provided; and upon the resolution of Proof of Claim

numbers 24944 and 24945 filed by Varde Investment Partners, LP: Transferor:

Bluemountain Timerline Ltd. and Proof of Claim numbers 24946 and 24947 filed by

Varde Investment Partners, LP: Transferor: Bluemountain Equity Alternative Master

Fund; these claims having been objected to in the One Hundred Thirty-Seventh Omnibus

Objection to Claims; and a hearing having been held on March 22, 2012; and the Court

having found and determined that the relief sought in the One Hundred Thirty-Seventh

Omnibus Objection to Claims is in the best interests of the LBHI and LBSF, their estates,

creditors, and all parties in interest and that the legal and factual bases set forth in the One

Hundred Thirty-Seventh Omnibus Objection to Claims establish just cause for the relief

granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the One Hundred Thirty-Seventh

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

2

ORDERED that each Valued Derivative Claim listed on Exhibit 1 annexed hereto is hereby modified and allowed in the amounts set forth on Exhibit 1 under the column heading "Modified Amount" and any asserted amount in excess of the modified amount is disallowed; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A to the One Hundred Thirty-Seventh Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

3

# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 137: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | VARDE INVESTMENT PARTNERS, LP TRANSFEROR: BLUEMOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS, MN 55437 | 24946 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,086,788.00 | Lehman Brothers Special Financing Inc. | Unsecured | $975,000.00 |
| 2 | VARDE INVESTMENT PARTNERS, LP TRANSFEROR: BLUEMOUNTAIN TIMBERLINE LTD C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS, MN 55437 | 24945 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,718,758.00 | Lehman Brothers Special Financing Inc. | Unsecured | $5,300,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 137: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | VARDE INVESTMENT PARTNERS, LP TRANSFEROR: BLUEMOUNTAIN TIMBERLINE LTD C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS, MN 55437 | 24944 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,718,758.00 | Lehman Brothers Holdings Inc. | Unsecured | $5,300,000.00 |
| 4 | VARDE INVESTMENT PARTNERS, LP TRANSFEROR: BLUEMOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS, MN 55437 | 24947 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,086,788.00 | Lehman Brothers Holdings Inc. | Unsecured | $975,000.00 |
| | | | | | TOTAL | $13,611,092.00 | | TOTAL | $12,550,000.00 |

**EXHIBIT E**
**(Proposed Order – ECF No. 19399)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                                      :         **Chapter 11 Case No.**
                                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :         **08-13555 (JMP)**
                                                                           :
                                       **Debtors.**                 :         **(Jointly Administered)**
------------------------------------------------------------------x

**SUPPLEMENTAL ORDER GRANTING**
**DEBTORS' ONE HUNDRED SEVENTY-THIRD OMNIBUS**
**OBJECTION TO CLAIMS (NO LIABILITY EMPLOYEE CLAIMS)**

Upon the one hundred seventy-third omnibus objection to claims, dated August

19, 2011, (the "Debtors' One Hundred Seventy-Third Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11

cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502

of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [Docket No. 6664], seeking the disallowance and expungement of

the No Liability Employee Claims on the basis that the Debtors have no liability for such claims,

all as more fully described in the Debtors' One Hundred Seventy-Third Omnibus Objection to

Claims; and due and proper notice of the Debtors' One Hundred Seventy-Third Omnibus

Objection to Claims having been provided, and it appearing that no other or further notice need

be provided; and the Court having found and determined that the relief requested in the Debtors'

One Hundred Seventy-Third Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Debtors' One Hundred Seventy-Third Omnibus Objection to Claims.

the Debtors' One Hundred Seventy-Third Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Debtors' One Hundred Seventy-Third

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that the Debtors have adjourned to April 26, 2012 (or as may be

further adjourned by the Debtors) the hearing on the One Hundred Seventy-Third Omnibus

Objection to Claims with respect to the claims listed on Exhibit 2 annexed hereto; and it is

further

ORDERED that the Debtors' Court-appointed claims agent is authorized and

directed to reflect the No Liability Employee Claims as disallowed and expunged pursuant to this

Order; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Debtors' One

Hundred Seventy-Third Omnibus Objection to Claims that is not listed on Exhibit 1 annexed

hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
       New York, New York

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 173: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MAHONCHAK, JOHN 198 BREWSTER ROAD WYCKOFF, NJ 07481 | | Lehman No Case Asserted/All Cases Asserted | 08/07/2009 | 7694 | Undetermined | No Liability |
| | | | | | TOTAL | Undetermined | |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 173: EXHIBIT 2 - NO LIABILITY EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | COLLINS, MICHAEL<br>19 BURR RD<br>HULL, MA 02045-3205 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15223 | $431,929.75 | No Liability |
| 2 | DYBECK, DONALD C.<br>50 NANTUCKET<br>PORT TOWNSEND, WA 98368 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11327 | $29,133.33 | No Liability |
| 3 | DYBECK, DONALD C<br>50 NANTUCKET<br>PORT TOWNSEND, WA 98368 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11328 | $29,133.33 | No Liability |
| 4 | DYBECK, DONALD<br>50 NANTUCKET<br>PORT TOWNSEND, WA 98368 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11329 | $29,133.33 | No Liability |
| 5 | FINDER, EDMUND<br>1725 YORK AVE<br>APT 30C<br>NEW YORK, NY 10128 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28717 | Undetermined | No Liability |
| 6 | FORFIA, ROBERT<br>136 DAY COURT<br>MAHWAH, NJ 07430 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22939 | $527,464.00 | No Liability |
| 7 | FORSTER, DENNIS E<br>5352 2B CALLE REAL<br>SANTA BARBARA, CA 93111-1688 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6325 | $322,352.79 | No Liability |
| 8 | FRITTS, DONALD N.<br>7885 LANDOWNE DR<br>ATLANTA, GA 30350 | | Lehman No Case Asserted/All Cases Asserted | 08/14/2009 | 8257 | $1,741,350.00 | No Liability |
| 9 | GABELMAN, RICK L<br>1228 EVERGREEN DR<br>LINCOLN, NE 68510 | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6238 | $31,108.80 | No Liability |
| 10 | GABELMAN, RICK L<br>1228 EVERGREEN DR<br>LINCOLN, NE 68510 | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6239 | $87,178.66 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 173: EXHIBIT 2 - NO LIABILITY EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | GARDNER, JAMES<br>6714 NORTH OCEAN BLVD<br>OCEAN RIDGE, FL 33435 | | Lehman No Case Asserted/All Cases Asserted | 07/28/2009 | 6512 | $107,217.18 | No Liability |
| 12 | GARDNER, JAMES<br>6714 NORTH OCEAN BLVD<br>OCEAN RIDGE, FL 33435 | | Lehman No Case Asserted/All Cases Asserted | 07/29/2009 | 6590 | $64,353.28 | No Liability |
| 13 | HEIN, MARK W.<br>1944 LEVINE LANE<br>CLEARWATER, FL 33760 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/11/2009 | 4241 | $23,547.40 | No Liability |
| 14 | HLAVEK, RUDOLPH<br>PO BOX 2086<br>WINTER PARK, FL 32790 | | Lehman No Case Asserted/All Cases Asserted | 08/10/2009 | 7957 | $115,000.00* | No Liability |
| 15 | KUYKENDALL, CHARLES L<br>6573 EAGLE RIDGE DRIVE<br>BETTENDORF, IA 52722 | | Lehman No Case Asserted/All Cases Asserted | 07/16/2009 | 5487 | $696,547.90 | No Liability |
| 16 | MAJOR JR., CHARLES E<br>1232 GLASGOW<br>BATON ROUGE, LA 70808 | | Lehman No Case Asserted/All Cases Asserted | 08/03/2009 | 7272 | $158,000.00 | No Liability |
| 17 | MC GUINN, EDWIN JR.<br>20 COBB ISLAND DR.<br>GREENWICH, CT 06830 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13286 | $290,000.00 | No Liability |
| 18 | MORRISON, ROBERT D.<br>905 HOLIDAY C.T.S<br>SALEM, OR 97302 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/07/2009 | 7716 | $45,210.61 | No Liability |
| 19 | MOUNTFORD, ROBERT C<br>AMITY FARM 314 GOAT HILL RD.<br>LAMBERTVILLE, NJ 08530 | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 11388 | $11,764.91 | No Liability |
| 20 | RUBIN, ALLAN<br>429 EAST 80TH STREET<br>NEW YORK, NY 10021 | | Lehman No Case Asserted/All Cases Asserted | 07/17/2009 | 5552 | $6,363.47 | No Liability |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 173: EXHIBIT 2 - NO LIABILITY EMPLOYEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 21 | SMITH, WILLIAM C 1110 WHEATFIELD CT. CENTERVILLE, OH 45458 | | Lehman No Case Asserted/All Cases Asserted | 07/24/2009 | 6147 | $106,680.10 | No Liability |
| 22 | SPRING, BURKHARD R 8 WINTERGREEN DR WEST MELVILLE, NY 11747-1808 | | Lehman No Case Asserted/All Cases Asserted | 09/08/2009 | 10698 | $353,413.00 | No Liability |
| 23 | STANTON, EDWARD III 1220 HAROLD STREET HOUSTON, TX 77006 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 33549 | $128,360.71 | No Liability |
| 24 | STIPO, MICHAEL 31 SHORE DRIVE WEST COPIAGUE, NY 11726 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15580 | $775,590.22 | No Liability |
| 25 | WAGNER, WILLIAM A 5555 ANNAMARIE COURT CINCINNATI, OH 45247 | | Lehman No Case Asserted/All Cases Asserted | 07/17/2009 | 5570 | $3,339.56 | No Liability |
| 26 | WHALEN, JOHN A 300 OAKWOOD DR HAMILTON, OH 45013 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32259 | $10,353.02 | No Liability |
| | | | | | TOTAL | $6,124,675.35 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT F**
**(Proposed Order – ECF No. 19390)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                    :    **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
                                                         :
                        **Debtors.**                     :    **(Jointly Administered)**
------------------------------------------------------------------x

## SUPPLEMENTAL ORDER GRANTING DEBTORS' ONE HUNDRED SEVENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

Upon the one hundred seventy-fourth omnibus objection to claims, dated August 19, 2011, (the "Debtors' One Hundred Seventy-Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession, in accordance with Rule 3007(d) of the Federal Rules of Bankruptcy Procedure and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking to reclassify Stock Claims as common equity interests in the LBHI, all as more fully described in the Debtors' One Hundred Seventy-Fourth Omnibus Objection to Claims; and due and proper notice of the Debtors' One Hundred Seventy-Fourth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief requested in the Debtors' One Hundred Seventy-Fourth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Debtors' One Hundred Seventy-Fourth Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the One Hundred Seventy-Fourth Omnibus Objection to Claims.

Objection to Claims establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Debtors' One Hundred Seventy-Fourth

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto are reclassified as

equity interests having the same priority as, and no greater priority than, common stock interests

in LBHI; and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized to

modify the claims register to reflect this order; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the One Hundred

Seventy-Fourth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and

it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

                  _____
                  UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 174 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | TAKANO, NAO 8080 S. SAN JUAN RANGE RD. LITTLETON, CO 80127 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2543 | $8,122.61 |
| | | | | | TOTAL | $8,122.61 |

**EXHIBIT G**
**(Proposed Order – ECF No. 19391)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x
In re                                                         :        **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
                                                              :
                              **Debtors.**         :        **(Jointly Administered)**
---------------------------------------------------------------------x

**SUPPLEMENTAL ORDER GRANTING**
**DEBTORS' ONE HUNDRED SEVENTY-FIFTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY PENSION CLAIMS)**

Upon the one hundred seventy-fifth omnibus objection to claims, dated August

19, 2011, (the "Debtors' One Hundred Seventy-Fifth Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11

cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502

of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [Docket No. 6664], seeking the disallowance and expungement of

the Pension Claims on the basis that the Debtors have no liability for such claims, all as more

fully described in the Debtors' One Hundred Seventy-Fifth Omnibus Objection to Claims; and

due and proper notice of the Debtors' One Hundred Seventy-Fifth Omnibus Objection to Claims

having been provided, and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief requested in the Debtors' One Hundred

Seventy-Fifth Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

creditors, and all parties in interest and that the legal and factual bases set forth in the Debtors'

---
[1] Terms not defined herein shall have the same meaning ascribed to them in the Debtors' One Hundred Seventy-Fifth Omnibus Objection to Claims.

One Hundred Seventy-Fifth Omnibus Objection to Claims establish just cause for the relief

granted herein; and after due deliberation and sufficient cause appearing therefor, it is

       ORDERED that the relief requested in the Debtors' One Hundred Seventy-Fifth

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

       ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

       ORDERED that the Debtors' Court-appointed claims agent is authorized and

directed to reflect the Pension Claims as disallowed and expunged pursuant to this Order; and it

is further

       ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Debtors' One

Hundred Seventy-Fifth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed

hereto; and it is further

       ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

                       _____
                       UNITED STATES BANKRUPTCY JUDGE

2

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 175: EXHIBIT 1 – NO LIABILITY PENSION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | TAKANO, NAO 8080 S. SAN JUAN RANGE RD. LITTLETON, CO 80127 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2542 | $294.41* | No Liability - Pension Claim |
| | | | | | TOTAL | $294.41 | |

**EXHIBIT H**
**(Proposed Order – ECF No. 24103)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                         :
                    **Debtors.**                         :        **(Jointly Administered)**
------------------------------------------------------------------x

## SUPPLEMENTAL ORDER GRANTING TWO HUNDRED FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the two hundred fifty-third omnibus objection to claims, dated

January 6, 2012 (the "Two Hundred Fifty-Third Omnibus Objection to Claims"),[1]

Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan

Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman

Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), pursuant to section 502(b)

of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for

the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures

Order"), seeking to reduce and allow the Valued Derivative Claims on the basis that the

amounts listed on the proofs of claim are greater than the fair, accurate, and reasonable

values determined by the Plan Administrator after a review of the claimants' supporting

documentation and LBHI's and Lehman Brothers Commodity Services Inc.'s ("LBCS")

books and records, as more fully described in the Two Hundred Fifty-Third Omnibus

Objection to Claims; and due and proper notice of the Two Hundred Fifty-Third

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Fifty-Third Omnibus Objection to Claims.

Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the

Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United

States Attorney for the Southern District of New York; (v) the claimants listed on Exhibit

A attached to the Two Hundred Fifty-Third Omnibus Objection to Claims; and (vi) all

other parties entitled to notice in accordance with the procedures set forth in the second

amended order entered on June 17, 2010 governing case management and administrative

procedures for these cases [Docket No. 9653]; and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief

sought in the Two Hundred Fifty-Third Omnibus Objection to Claims is in the best

interests of LBHI and LBCS, their estates, creditors, and all parties in interest and that the

legal and factual bases set forth in the Two Hundred Fifty-Third Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Two Hundred Fifty-Third

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1

annexed hereto is hereby modified and allowed in the amount set forth on Exhibit 1 under

the column heading "Modified Amount" and any asserted amount in excess of the

modified amount are disallowed; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to any claim listed on Exhibit A to the Two

Hundred Fifty-Third Omnibus Objection to Claims that does not appear on Exhibit 1

2

annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2012
         New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 253: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NATIONAL GRID PLC SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR, ESQ BENNETT S. SILVERBERG, ESQ. FOUR TIMES SQUARE NEW YORK, NY 10036 | 17622 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $17,638,220.81 | Lehman Brothers Commodity Services Inc. | Unsecured | $15,874,398.73 |
| | | | | | TOTAL | $17,638,220.81 | | TOTAL | $15,874,398.73 |

**EXHIBIT I**
**(Proposed Order – ECF No. 25059)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                                  :       Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., et al.,                 :       08-13555 (JMP)
                                                       :
                              Debtors.                 :       (Jointly Administered)
-------------------------------------------------------------------x
```

**ORDER GRANTING DEBTORS' TWO**
**HUNDRED FIFTY-FOURTH OMNIBUS**
**<u>OBJECTION TO CLAIMS (EMPLOYMENT-RELATED CLAIMS)</u>**

Upon the two hundred fifty-fourth omnibus objection to claims, dated February 7,

2012 (the "<u>Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims</u>"),[1] of Lehman

Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession (collectively, the "<u>Debtors</u>"), pursuant to section 502 of title 11

of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [Docket No. 6664], seeking the disallowance and expungement of

the Employment-Related Claims on the basis that the Debtors have no liability for such claims or

seeking to reclassify the Employment-Related Claims as a common equity interest, all as more

fully described in the Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims; and

due and proper notice of the Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims

having been provided, and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief requested in the Debtors' Two Hundred Fifty-

Fourth Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

creditors, and all parties in interest and that the legal and factual bases set forth in the Debtors'

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Debtors' Two Hundred Fifty-Fourth
Omnibus Objection to Claims.

Two Hundred Fifty-Fourth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the claims listed on <u>Exhibit 2</u> annexed hereto under the heading "*Claims to be Reclassified*" have the same priority as, and no greater priority than, common stock interests in LBHI; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the portions of the Employment-Related Claims listed on <u>Exhibit 3</u> annexed hereto under the heading "Amount to be Disallowed" are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED the portions of the Employment-Related Claims listed on <u>Exhibit 3</u> annexed hereto under the heading "Amount to be Reclassified as Equity Interest" are reclassified as equity interests having the same priority as, and no greater priority than, common stock interests in LBHI; and it is further

ORDERED that the Debtors have adjourned to April 26, 2012 (or as may be further adjourned by the Debtors) the hearing on the Two Hundred Fifty-Fourth Omnibus Objection to Claims with respect to the claims listed on <u>Exhibit 4</u> annexed hereto; and it is further

2

ORDERED that the Debtors' Court-appointed claims agent is authorized to modify the claims register to reflect this order; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A, Exhibit B, Exhibit C, and Exhibit D annexed to the Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims that is not listed on Exhibit 1, Exhibit 2, Exhibit 3, or Exhibit 4 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ABDINI, ANTOINE 32 ST JAMES GDNS LONDON, W11 4RF UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24402 | Undetermined |
| 2 | ACKERS, CLIFFORD B 40 PEAR TREE POINT ROAD DARIEN, CT 06820 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/02/2009 | 10094 | $459,000.00 |
| 3 | ALKILANY, SAM 530 47 STREET BROOKLYN, NY 11220 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30006 | Undetermined |
| 4 | ALLY, KAMRU Z. 82-27 262ND STREET FLORAL PARK, NY 11004 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14311 | $100,535.37 |
| 5 | ALTIDOR, FRITZNER L 514 UNION ST LINDEN, NJ 07036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29273 | $7,600.00 |
| 6 | AMANO, KENNETH Y 293 E SADDLE RIVER RD UPPER SADDLE RIVER, NJ 07458 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28266 | Undetermined |
| 7 | ANDERSON, PATRICIA L. 330 E 83RD STREET APT 4A NEW YORK, NY 10028 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20227 | Undetermined |
| 8 | ANDRUS, GEORGE ALDIAN III 29 WYCKLOW DR ROBBINSVILLE, NJ 08691-1204 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28344 | $4,004.00 |
| 9 | ARAMAYO, LUIS 6038 HIGHLAND PL. WEST NEW YORK, NJ 07093 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29297 | $4,500.00 |
| 10 | ARNAUDY, ANTHONY J. 21 SOUTH BAY ROAD, HOUSE E REPULSE BAY, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23987 | $319,259.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 11 | AUSTIN, RICHARD J LYGON COTTAGE BUTE AVENUE PETERSHAM,SURREY, TW10 7AX UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15530 | $30,000.00 |
| 12 | AUSTIN, RICHARD J LYGON COTTAGE BUTE AVENUE ICHMOND SURREY TW107AX UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15531 | $20,000.00 |
| 13 | BAILEY, ALLYSON V 27 OAK AVENUE WEST ORANGE, NJ 07052 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12239 | Undetermined |
| 14 | BARBUZZA, SALVATORE V 3802 BEECHWOOD PLACE SEAFORD, NY 11783-2021 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31195 | $7,800.00 |
| 15 | BARBUZZA, SALVATORE V. 3802 BEECHWOOD PLACE SEAFORD, NY 11783 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31879 | $6,500.00 |
| 16 | BELLO, ANGELO 54 MIDLAND ROAD STATEN ISLAND, NY 10308 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 33036 | Undetermined |
| 17 | BERCUN, MATIAS 215 W 91ST ST APT 23 NEW YORK, NY 10024-1334 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13027 | $10,950.00 |
| 18 | BERNATH, RYAN J. 25325 BOWIE CT STEVENSON RNH, CA 91381-1611 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/10/2009 | 7790 | $25,000.00 |
| 19 | BERRY, CHARLENE 19 SUDBURY RD MORGANVILLE, NJ 07751 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25470 | $10,331.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 20 | BESS, DONNA E<br>1777 GRAND CONCOURSE #4E<br>BRONX, NY 10453 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26342 | $4,199.00 |
| 21 | BESS, DONNA E.<br>1777 GRAND CONCOURSE # 4E<br>BRONX, NY 10453 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26415 | $1,633.26 |
| 22 | BISESI, BRIAN J.<br>115 OLD STUDIO RD.<br>NEW CANAAN, CT 06840 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10695 | $25,000.00* |
| 23 | BLUMENTHAL, ANDREW<br>330 E 83RD STREET, APT LJ<br>NEW YORK, NY 10028 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25192 | $10,000.00 |
| 24 | BOLTON, JEFFREY<br>14 E 75TH ST # 8A<br>NEW YORK, NY 100212625 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23783 | Undetermined |
| 25 | BRAHMBHATT, PARTH<br>8345 BROADWAY APT 405<br>ELMHURST, NY 11373 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27493 | $1,365.00 |
| 26 | BRENNAN, LUKE<br>37 CENTRAL DRIVE<br>BRONXVILLE, NY 10708 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 12725 | $8,765.23 |
| 27 | BRISCO, MARILYN<br>920 TRINITY AVENUE<br>APARTMENT 9D<br>BRONX, NY 10456 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5784 | $10,950.00 |
| 28 | BUFFA, THOMAS<br>21 APPLE GROVE DRIVE<br>HOLMDEL, NJ 07733 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28016 | $362,357.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 29 | BYRNE, KELLY E.<br>193 CLINTON AVE.<br>APT. 8B<br>BROOKLYN, NY 11205 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 29528 | $10,950.00 |
| 30 | BYRNE, JAMES J.<br>P.O. BOX 353411<br>PALM COAST, FL 32135-3411 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 07/21/2009 | 5835 | $480.00* |
| 31 | CABANNE, CHRISTIAN<br>CLOS DU PETIT PRINCE<br>ANNECY-LE-VIEUX, 74940<br>FRANCE | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32228 | $3,897.90 |
| 32 | CALDERON, CRAIG<br>261 SEAMAN AVE APT 1F<br>NEW YORK, NY 10034-6136 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15544 | $5,300.00 |
| 33 | CANARAS, PERRY<br>1020 WARBURTON AVE<br>APT 6D<br>YONKERS, NY 10701 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28711 | Undetermined |
| 34 | CHAN, WING MI<br>2 MACIOROWSKI ROAD<br>PARLIN, NJ 08859 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32074 | $3,326.92 |
| 35 | CHEN, CHIEN-HUA<br>1ST AUSTIN RD. WEST<br>THE ARCH MOON TOWER 50D<br>HONG KONG,<br>CHINA | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24380 | $6,000.00 |
| 36 | CHU-FONG, FRANCOIS<br>578 60TH STREET<br>BROOKLYN, NY 11220 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17409 | $6,000.00 |
| 37 | CHU-FONG, FRANCOIS<br>578 60TH STREET<br>BROOKLYN, NY 11220-4016 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17415 | $31,500.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 38 | CHUNG, ARLENE C/O NEUBERGER BERMAN LLC 605 THIRD AVE NEW YORK, NY 10158 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30474 | Undetermined |
| 39 | CIRAOLA, ROBERT 798 ANNADALE ROAD STATEN ISLAND, NY 10312 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 23835 | $5,000.00 |
| 40 | COHEN, JONATHAN 75 BRAMBLE BROOK ROAD ARDSLEY, NY 10502 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28673 | $6,731.00 |
| 41 | COHEN, JONATHAN 75 BRAMBLE BROOK ROAD ARDSLEY, NY 10502 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29203 | Undetermined |
| 42 | COLLINS III, JOSEPH F. 121 GLEN ARDEN DRIVE FAIRFIELD, CT 06824 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 19083 | Undetermined |
| 43 | CONWAY, JULIETTE 9130 AVENUE M BROOKLYN, NY 11236 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27510 | $1,831.00 |
| 44 | CORBETT, GERARD W 14 BEECH ROAD REIGATE, SURREY, RH2 9LR UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24110 | $88,346.00 |
| 45 | CUPELES NIEVES, HILDA N 8 GARMANY PLACE YONKERS, NY 10710-5105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29287 | $105,911.00 |
| 46 | CUPELES NIEVES, HILDA N. 8 GARMANY PLACE YONKERS, NY 10710 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26426 | $2,163.00 |
| 47 | DALTON, MATTHEW P. 115 SAN RAFAEL WAY SAN FRANCISCO, CA 94127 | | Lehman No Case Asserted/All Cases Asserted | 09/03/2009 | 10284 | $7,307.69 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 48 | DANNENBAUM, KARL H<br>4 DOURO PLACE<br>VICTORIA ROAD<br>LONDON, GT LON, W8 5PH<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26590 | Undetermined |
| 49 | DELA ROSA, ANGELA<br>375 UPPER MOUNTAIN AVE<br>MONTCLAIR, NJ 07043 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 34238 | $10,950.00 |
| 50 | DELEO, RUTH R.<br>86-23 89TH ST<br>WOODHAVEN, NY 11421 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13567 | $6,767.00 |
| 51 | DEODAT, VIVEKANAND<br>94-15 113TH STREET<br>RICHMOND HILL, NY 11419 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 08/11/2009 | 7997 | $90,240.46 |
| 52 | DODGE, KEVIN W.<br>2217 IVAN ST APT 1401<br>DALLAS, TX 75201-1096 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18099 | $11,538.46 |
| 53 | DOMENICI, DIANE<br>414 WEST 54TH ST. PH-A<br>NEW YORK, NY 10019 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13926 | Undetermined |
| 54 | DREYER, JERALD WAYNE<br>9797 MAYFAIR STREET # B<br>ENGLEWOOD, CO 80112 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 67862 | $10,104.39 |
| 55 | DWYER, JAMES<br>443 95TH STREET - APT # B3<br>BROOKLYN, NY 11209 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17046 | Undetermined |
| 56 | FAUCHEUX, LUC<br>5 STURGES HOLLOW<br>WESTPORT, CT 06880 | | Lehman No Case Asserted/All Cases Asserted | 08/28/2009 | 9612 | $10,950.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 57 | FEELY, ALEJANDRO<br>229 W 60TH STREET<br># 4Q<br>NEW YORK, NY 10024 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15720 | $10,950.00 |
| 58 | FEIBUS, CLIFFORD<br>5 IVY CT<br>BROOKVILLE, NY 11545 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27236 | $283,366.00 |
| 59 | FERNANDEZ, JEFFREY<br>17 EAST 67TH STREET<br>APT 5A<br>NEW YORK, NY 10065 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/25/2009 | 35014 | $27,198.02 |
| 60 | FERRAIOLI, PAUL<br>25 LLOYD ROAD<br>HO HO KUS, NJ 07423 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15559 | $19,500.00 |
| 61 | FINKEL, SETH J<br>6 EAST HILL COURT<br>TENAFLY, NJ 07670 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18083 | $20,000.00 |
| 62 | FISCELLA, LOUIS<br>5085 ADRIANA COURT<br>CENTER VALLEY, PA 18034 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30401 | Undetermined |
| 63 | FLETCHER, DANIEL J.<br>12 FRIAR TUCK COURT<br>WARREN, NJ 07059-6755 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28594 | $10,950.00 |
| 64 | FURLONG, JOHN P<br>274 ST PAUL'S ROAD<br>ISLINGTON<br>LONDON, GT LON, N12LJ<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 08/13/2009 | 8230 | $45,000.00 |
| 65 | GABBAY, MARK<br>HOUSE 11<br>51-55 DEEP WATER BAY ROAD<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11076 | $1,339,997.74 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 66 | GATTUSO, MARY F. 531 MAIN STREET. APT 222 NEW YORK, NY 10044 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18320 | Undetermined |
| 67 | GAY, PAUL 86 CLAYGATE LANE HINCHLEY WOOD ESHER SURREY, KT10 0BJ UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31128 | $64,000.00 |
| 68 | GAYLORD, JENNIFER 200 WEST 79TH ST, APT 10B NEW YORK, NY 10024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32087 | $6,000.00 |
| 69 | GERAGHTY, RONALD J. 17 BRANDYWINE LANE COLTS NECK, NJ 07722 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17077 | $10,950.00 |
| 70 | GIOVANELLI, CORRADO VIA G B VICO 8 MILAN, MI 20123 ITALY | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 14299 | $54,519.00 |
| 71 | GLENN, RICHARD 1A UNDERWOOD STREET ISLINGTON LONDON, N1 7LY UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25275 | $10,950.00 |
| 72 | GRANCHI, SOPHIE 19 ELVASTON PLACE LONDON, SW7 5QF UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22916 | $500,000.00 |
| 73 | GREENGROVE, KEITH FLAT 22, FIRST FLOOR, HARMONY COURT 20-22 TAI HANG ROAD, JARDINE'S LOOKOUT HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22929 | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 74 | GUTHEIL, DAVID<br>204 S VALLEY RD<br>PAOLI, PA 19301-1911 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25483 | $76,264.00 |
| 75 | GUTIERREZ, ESPERANZA<br>820 SIMMONS AVENUE<br>MONTEBELLO, CA 90640 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 07/30/2009 | 6722 | Undetermined |
| 76 | HALL, PETER<br>1 VAN RENSSELAER AVE<br>STAMFORD, CT 06902-8018 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30356 | $750,000.00 |
| 77 | HAYDON, RICHARD L.<br>168 COTTAGE PLACE<br>RIDGEWOOD, NJ 07450 | | Lehman No Case Asserted/All Cases Asserted | 08/28/2009 | 9669 | $3,215,828.00 |
| 78 | HAZO, TIMOTHY D.<br>9 WASHINGTON STREET<br>NEWBURYPORT, MA 01950 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18652 | Undetermined |
| 79 | HELLMANN, BRIAN<br>94 SHADYSIDE AVENUE<br>PORT WASHINGTON, NY 11050 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 13121 | $304,281.00 |
| 80 | HIRD-HAUGHTON, MARJORIE M.<br>6 DONALD COURT<br>ELMONT, NY 11003 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6192 | Undetermined |
| 81 | HOLLAND, LORRAINE L.<br>3300 N. LAKE SHORE DR.<br>APARTMENT 7A<br>CHICAGO, IL 60657 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31270 | $323,197.00 |
| 82 | ICHARD, LAURENT<br>115 LAUDERDALE ROAD<br>LONDON, W9 1LY<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22914 | $1,000,000.00 |
| 83 | INFANTE, ELVIS<br>507 VAN BUREN ST<br>BROOKLYN, NY 11221 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30054 | $26,250.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 84 | INFANTE, ELVIS<br>507 VAN BUREN ST<br>BROOKLYN, NY 11221 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30055 | $4,800.00 |
| 85 | JOHNSON JR., ANDREW A<br>544 LINDEN AVE<br>OAK PARK, IL 60302 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24405 | Undetermined |
| 86 | JOHNSON, DANIEL S.<br>294 N. MOUNTAIN AVENUE<br>MONTCLAIR, NJ 07043 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28345 | $6,346.15 |
| 87 | JONES, GREGORY D.<br>440 E 62ND ST APT 4G<br>NEW YORK, NY 100638342 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 29529 | $10,950.00 |
| 88 | KELLY, JOHN J<br>2531 DRAMMEN PLACE<br>RICHMOND, VA 23233 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11228 | $344.13* |
| 89 | KERRANE, BRIAN<br>29 REDWOOD ROAD<br>NEW HYDE PARK, NY 11040 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30028 | $7,750.00 |
| 90 | KIEHL, KAREN<br>294 GARFIELD PLACE<br>BROOKLYN, NY 11215 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18350 | $1,842.06 |
| 91 | KING, ANTHONY<br>46 RAVENSFIELD GARDENS<br>STONELEIGH<br>EPSOM, KT19 0SR<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15668 | $17,371.41 |
| 92 | KLANG, LINDA<br>21 MONROE STREET<br>LYNBROOK, NY 11563 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26414 | $8,653.85 |
| 93 | KLAR, GREGORY L.<br>63 EAST 9TH ST., APT. 7P<br>NEW YORK, NY 10003 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 26565 | $17,182.83 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 94 | KLEIN, JOSEPH<br>5457 STATE ROAD 83<br>HARTLAND, WI 53029-8895 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15394 | $26,620.83 |
| 95 | KOFMAN, ANDREW S.<br>C/O AMERICAN PACKAGE CO.<br>226 FRANKLIN STREET<br>BROOKLYN, NY 11222-1382 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/13/2009 | 5281 | $62,298.00 |
| 96 | KOMAROMY, LUCY<br>38 SHEPHERDS LANE<br>CAVERSHAM<br>READING<br>, RG4 7JL<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31660 | $245.42 |
| 97 | KONHEIM, SETH L.<br>10 LYNDALE PARK<br>WESTPORT, CT 069801228 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17411 | $70,000.00 |
| 98 | KORZENKO, MICHAEL K<br>32 SEVILLE LN<br>STONY BROOK, NY 11790-3331 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17056 | Undetermined |
| 99 | KROFT, HOLLY NEWMAN<br>169 EAST 69TH STREET, APT 4D<br>NEW YORK, NY 10021 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28547 | Undetermined |
| 100 | LE COZ, FRANCK<br>13 AVENUE HECTOR BERLIOZ<br>44<br>SAINT NAZAIRE, 44600<br>FRANCE | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15674 | $8,297.00 |
| 101 | LEUNG, PHILIP I<br>20 CONFUCIUS PLAZA APT. 40G<br>NEW YORK, NY 10002 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27558 | $88,800.00* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 102 | LI, XIU WEN<br>50-48 208 STREET<br>BAYSIDE, NY 11364 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17083 | Undetermined |
| 103 | LUONG, HIEN<br>17 TYERS TERRACE<br>LONDON, SE11 5LZ<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25646 | $10,598.00 |
| 104 | MAGGIACOMO, ALAN B.<br>5 HAWTHORN DRIVE<br>PLAINSBORO, NJ 08536 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23889 | $86,125.00 |
| 105 | MANDELBLATT, GARY<br>730 LAWRENCE AVENUE<br>WESTFIELD, NJ 07090 | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12173 | $4,000.00 |
| 106 | MARAN, ELENA<br>VIA SABBIONERA 149F<br>LATISANA<br>LATISANA, UD 33053<br>ITALY | | Lehman No Case Asserted/All Cases Asserted | 08/03/2009 | 7149 | $900.00* |
| 107 | MARDEL, SIMON<br>HERONS<br>HERONS LANE<br>FYFIELD - ESSEX, CMS ORQ<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25645 | $400,000.00 |
| 108 | MAUGHAN, KELLY<br>605 THIRD AVENUE, 22ND FLOOR<br>NEW YORK, NY 10158 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25138 | Undetermined |
| 109 | MCCORMICK, JAMES<br>5 MALLORD STREET<br>LONDON, SW3 2 JB<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18743 | $150,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 110 | MCDONAGH, CHRISTOPHER W<br>124 STONEBRIDGE ROAD<br>MONTCLAIR, NJ 07042-1635 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30564 | $1,152,597.29 |
| 111 | MCDONAGH, THEODORE W<br>902 HIGHLAND AVENUE<br>WESTFIELD, NJ 07090 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30565 | $500,000.00 |
| 112 | MERMELSHTEYN, ANTON<br>727 OCEANVIEW AVE, APT A2<br>BROOKLYN, NY 11235 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27464 | $3,846.00 |
| 113 | MIKHAIL, REDA<br>319 ABINGDON AVENUE<br>STATEN ISLAND, NY 10308 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32221 | $11,252.00 |
| 114 | MILLER, JAMES W. JR.<br>353 WEST 44TH STREET APT 3B<br>NEW YORK, NY 10036 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28091 | Undetermined |
| 115 | MINHAS, RAJVINDER<br>82 TYCEHURST HILL<br>LOUGHTON<br>ESSEX, IG10 1DA<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22917 | $300,000.00 |
| 116 | MIRALLA, LINDA<br>8 MCKIBBIN CT<br>BROOKLYN, NY 11206 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17049 | Undetermined |
| 117 | MITSUDA, ALEXANDER<br>513 17TH STREET # 1L<br>BROOKLYN, NY 11215 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41766 | $14,000.00 |
| 118 | MOHN, LARS<br>FLAT 4<br>141 A KENSINGTON HIGH STREET<br>LONDON, W86SU<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6215 | $20,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 119 | MORRISON, E. VICTORIA<br>3912 ALCAZAR DR.<br>CASTLE ROCK, CO 80109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2372 | $346.40* |
| 120 | MORRISON, JAMES C.<br>81 TULIP LANE<br>COLTS NECK, NJ 07722 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28721 | $90,000.00 |
| 121 | MURPHY, CIARAN<br>810 SNOWHILL CT<br>GLEN ELLYN, IL 60137 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30767 | $6,900.00 |
| 122 | MURPHY, PATRICIA A.<br>71 HAYES STREET<br>GARDEN CITY, NY 11530 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17260 | $5,000.00 |
| 123 | MURPHY, ROBERT BLAKE<br>59 IRWIN PLACE<br>HUNTINGTON, NY 11743 | | Lehman No Case Asserted/All Cases Asserted | 08/10/2009 | 7810 | $10,000.00 |
| 124 | MYASKOVSKIY, ANATOLI<br>208A RICHMOND HILL RD<br>STATEN ISLAND, NY 10314-5988 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17086 | Undetermined |
| 125 | NACKENSON, RICHARD<br>254 EAST 68TH STREET # 31D<br>NEW YORK, NY 10065 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19375 | $630,000.00 |
| 126 | NASSIF, ZEINA<br>68 CORNWELL GARDENS<br>LONDON, SW7 4BA<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22915 | $300,000.00 |
| 127 | NESSER, LEE<br>9 EXETER ROAD<br>SHORT HILLS, NJ 07078 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 34267 | $93,750.00 |
| 128 | NOLAN JR,THOMAS P<br>76 POINT LOOKOUT<br>MILFORD, CT 06460 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27740 | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 129 | NOLAN JR,THOMAS P<br>76 POINT LOOKOUT<br>MILFORD, CT 06460 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27741 | $1,800,000.00 |
| 130 | O'CONNOR, JOHN J.<br>257 ANDOVER STREET<br>LOWELL, MA 01852 | | Lehman No Case Asserted/All Cases Asserted | 07/16/2009 | 5457 | $10,950.00 |
| 131 | O'SULLIVAN, MARK<br>19 NASSAU RD<br>MONTCLAIR, NJ 07043 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18816 | $13,893.00 |
| 132 | OLSEN, ROBERT T.<br>7101 SHORE ROAD<br>APT. 5H<br>BROOKLYN, NY 11209 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27497 | $71,454.00 |
| 133 | OOKA, TAMIKO<br>HOMAT WISTARIA #402<br>1-1-26, MINAMI AZABU<br>13<br>MINATO-KU, 1060047<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25057 | $591,257.42 |
| 134 | OU-YANG, HUI<br>3-6-9-202<br>MOTOAZABUKAN, MOTOAZABU<br>MINATO-KU, 13 106-0046<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24379 | $493,950.00 |
| 135 | PANIKAR, VINOD<br>A/302, RUNWAZ HEIGHTS, LBS MARQ<br>MULUND (WEST)<br>MUMBAI, 400080<br>INDIA | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25638 | $12,611.00 |
| 136 | PAPPAS, MARIA<br>16 N. CHATSWORTH AVE<br>APT 512<br>LARCHMONT, NY 10538 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23781 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 137 | PARKER, DEBORAH A 1902 LYNTON CIRCLE WELLINGTON, FL 33414 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26098 | $692.31 |
| 138 | PASTRANA, EVELIO D. 114 E 37TH ST APT 4B NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32043 | $5,000.00 |
| 139 | PATEL, NISHA 292 BROOKFIELD DR JACKSON, NJ 08527 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17090 | Undetermined |
| 140 | PATRICIA YANEZ, MARIA 946 FRANKLIN AVENUE FRANKLIN LAKES, NJ 07417 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25174 | Undetermined |
| 141 | PERRI, SUZANNE NOB HILL CONDOMINIUMS 34 RICHMOND BOULEVARD UNIT 1A RONKONKOMA, NY 11779 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25320 | $70,200.00 |
| 142 | PERRI, SUZANNE NOB HILL CONDOMINIUMS 34 RICHMOND BOULEVARD UNIT 1A RONKONKOMA, NY 11779 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25321 | $42,019.00 |
| 143 | PHILLIP, VANDA M. 2950-52 WEST 35TH STREET APARTMENT 101 BROOKLYN, NY 11224 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30773 | $10,950.00 |
| 144 | POPE, CAROLYN J. 104 HILLCREST RICHMOND, TX 77469 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/19/2009 | 19524 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 145 | POTSIOS, ANDREA M<br>VIA APPIANI, 19<br>MILAN, 20121<br>ITALY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18738 | $4,836,246.41 |
| 146 | QUINN, BRYAN E.<br>1153 BRIANS WAY<br>WAYNE, PA 19087-2239 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29928 | Undetermined |
| 147 | QUISMORIO, JAMES P.<br>FLAT H, 39/F, TOWER 1<br>89 POKFULAM ROAD<br>HONG KONG,<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6203 | $22,432.00 |
| 148 | RANDAZZO, PHILIP A.<br>2171 BAYRIDGE AVE<br>BROOKLYN, NY 11204 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17047 | Undetermined |
| 149 | REBOZO, MARISELA<br>82 KING STREET<br>KEARNY, NJ 07032 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17060 | $0.00 |
| 150 | REGAZZI, THOMAS<br>36 COVERT PLACE<br>STEWART MANOR, NY 11530 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13026 | $10,950.00 |
| 151 | ROBINSON, REYNE L.<br>583 WEBSTER AVENUE<br>NEW ROCHELLE, NY 10801 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18091 | Undetermined |
| 152 | ROCHA, JOANA P.<br>605 THIRD AVEUNE, 22ND FLOOR<br>NEW YORK, NY 10158 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25135 | Undetermined |
| 153 | ROGERS, THOMAS<br>119 BRIGHTON ROAD<br>CLIFTON, NJ 07012 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17255 | $1,050.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 154 | ROMAN, HECTOR D. 9 WILLOW POND LANE MILLER PLACE, NY 11764 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25665 | $0.00 |
| 155 | ROSEN, LEONARD G. 64 PINKAS STREET APARTMENT 153 TEL AVIV, 62157 ISRAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33640 | $1,441,404.67 |
| 156 | ROSENBLATT, DANIEL H. 445 LAFAYETTE STREET APT 11B NEW YORK, NY 10003-7021 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28599 | $10,950.00 |
| 157 | ROWE, DOUGLAS B. 423 ESSEX RD KENILWORTH, IL 60043 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33189 | $1,500,000.00 |
| 158 | RUBINSTEIN, MARC 12B BABINGTON HOUSE 5 BABINGTON PATH H MIDLEVELS HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11501 | $125,000.00 |
| 159 | SARACENI, MICHAEL 299 WEST 12TH STREET, PHA NEW YORK, NY 10014 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 14969 | $36,271.00 |
| 160 | SARDINA, LAUREN 880 LOMBARD STREET SAN FRANCISCO, CA 94133 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31090 | $70,000.00 |
| 161 | SCHULBERG, DEAN H. 9 BOURNE ROAD BUSHEY, HERTS, WD233NH UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 19817 | $1,000,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 162 | SCHULTZ, KEITH<br>55 RIVER WALK PLACE<br>APT 409<br>WEST NEW YORK, NJ 07093 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22003 | $19,273.97 |
| 163 | SCHUPF, HENRI AXEL<br>1021 PARK AVE., #9A<br>NEW YORK, NY | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31176 | $639,868.00 |
| 164 | SESHASAYEE, AADIT<br>C/O SANGINI SHROFF<br>21D BRANKSOME GRANDE<br>3 TECGUNTER PATH, MID LEVELS<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 07/06/2009 | 5132 | $199,108.28 |
| 165 | SGRO, MICHAEL<br>1151 76TH STREET<br>BROOKLYN, NY 11228 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/03/2009 | 10218 | $9,080.58 |
| 166 | SHANAHAN, JOHN J.<br>7 SPRINGVALE RD<br>CROTON ON HUDSON, NY 10520 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30687 | $8,654.00 |
| 167 | SHAUGHNESSY, JOHN C<br>11 BUTLER HILL ROAD NORTH<br>SOMERS, NY 10589-2410 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/07/2011 | 67713 | $6,346.15 |
| 168 | SHAVEL, GREG<br>339 E 22ND ST, APT 10<br>NEW YORK, NY 10010 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15281 | $7,916.00 |
| 169 | SHERER, MONICA<br>44 WEST 62ND ST<br>APT 9E<br>NEW YORK, NY 10023 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32042 | $74,099.26* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 170 | SHEVADE, AMIT A1301 CHAMUNDA HERITAGE BEHIND JEEVAN VIKAS HOSP. ANDHERI C. (EAST) 400069 MUMBAI, INDIA | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25764 | $6,162.40 |
| 171 | SHIGEKAWA, STEVE 605 THIRD AVENUE, 39TH FLOOR NEW YORK, NY 10158 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28382 | $110,422.00 |
| 172 | SIDHU, LUVLEEN 5 CHARDONNAY CIRCLE MOHNTON, PA 19540 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26586 | $1,609.54 |
| 173 | SLATTERY, RYAN GORDON 5509 E BRIARWOOD CIRCLE CENTENNIAL, CO 80122 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2377 | $792.70* |
| 174 | SMITH, GREGORY A 480 WILLOW RD WINNETKA, IL 60093 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/24/2009 | 9030 | Undetermined |
| 175 | SMITH, JAMES P. 50 CAMBRIDGE DR SHORT HILLS, NJ 07078 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32532 | $10,950.00 |
| 176 | SOLMONSON, LESLIE 1016 FIFTH AVENUE NEW YORK, NY 10028 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28447 | Undetermined |
| 177 | SOODKEO, INDRA 2913 FOSTER AVE., APT# 2A BROOKLYN, NY 11210 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17088 | Undetermined |
| 178 | SPIEGEL, MICHAEL H. 630 MEEHAN AVE FAR ROCKAWAY, NY 11691 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 21342 | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 179 | STEFANONI, ANTHONY M<br>405 W. 23RD STREET<br>APARTMENT 5G<br>NEW YORK, NY 10011-1459 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40878 | $2,019.23 |
| 180 | STEINBERG, MARC<br>207 E 74TH ST APT 7F<br>NEW YORK, NY 10021-3343 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 21892 | Undetermined |
| 181 | STONE, DEBRA L<br>177 CONTINENTAL AVENUE<br>RIVER EDGE, NJ 07661-2217 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27960 | $4,038.46 |
| 182 | TALBOT, BRIAN<br>15 CATHEDRAL AVE<br>GARDEN CITY, NY 11530 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25134 | Undetermined |
| 183 | TANG, NORAH N<br>100 BEEKMAN ST #14L<br>NEW YORK, NY 10038 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26339 | $6,120.00 |
| 184 | TANG, NORAH N.<br>100 BEEKMAN ST., # 14L<br>NEW YORK, NY 10038 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26417 | $6,978.43 |
| 185 | TERZIS, JOHN<br>15 REVERE<br>RIVERSIDE, CT 06878 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28267 | Undetermined |
| 186 | TIPPING, CRAIG<br>52 A, LESSOR AVENUE<br>LONDON, SW4 9HQ<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32749 | $200,000.00 |
| 187 | TOLMAN, MARC<br>7927 OAKSTONE CT<br>ORLANDO, FL 32822-6990 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31990 | $11,000.00 |
| 188 | TOOLAN, PETER G.<br>28 JOSS WAY<br>MILLINGTON, NJ 07946 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 02/23/2009 | 2961 | $35,141.19 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 189 | TRAVERSA, ROBERT<br>85 RIVER STREET<br>SLEEPY HOLLOW, NY 10591 | | Lehman No Case Asserted/All Cases Asserted | 08/31/2009 | 9878 | $225,926.00 |
| 190 | TRIOLO, JOHN G.<br>1228 FLOWER LANE<br>WANTAGH, NY 11793 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28728 | $16,826.92 |
| 191 | TULSI, SHANE<br>6402 C 192ND ST APT 1B<br>FRESH MEADOWS, NY 113653935 | | Lehman No Case Asserted/All Cases Asserted | 07/23/2009 | 5574 | $10,000.00 |
| 192 | VACCARO, LAUREN<br>70 INDALE AVENUE<br>STATEN ISLAND, NY 10309 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29075 | Undetermined |
| 193 | VISCONTI, CHRISTOPHER<br>1006 PRIMROSE AVE<br>STROUDSBURG, PA 18360 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10549 | Undetermined |
| 194 | WELCH, COLIN S. A.<br>26 HAMILTON GARDENS<br>ST. JOHN'S WOOD, NW8 9PU<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13289 | $185,395.00 |
| 195 | WHEELER, KEITH A.<br>13 PALOMINO CIRCLE<br>NOVATO, CA 94947 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24174 | $10,000.00 |
| 196 | WHEELER, MATTHEW<br>THE CEDARS<br>DIPPENHALL STREET<br>FARNHAM, SURREY, ENGLAND,<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25871 | $1,680,000.00 |
| 197 | WITOVER, M. KENNETH<br>12 SABINE ROAD<br>SYOSSET, NY 11791 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32329 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 198 | WRIGHT, MICHELLE MARIE<br>23 ENDLESHAM ROAD<br>FLAT 2<br>BALHAM<br>LONDON, SW12 8JX<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25361 | $3,800.00 |
| 199 | XIE, YONG<br>25 CASTLE MILLS<br>OXFORD, OX1 1AD<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12289 | $2,871.05 |
| 200 | YAGHOUTIEZ, HOOMAN<br>100 CUTTERMILL RD # 5J<br>GREAT NECK, NY 11021 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23871 | Undetermined |
| 201 | YANG, WOO R.<br>16 POINTE VIEW PL<br>S SAN FRAN, CA 94080-1671 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15439 | $3,653.85 |
| 202 | ZAMEER, KHAN H.<br>25-GREEN ACRES AVENUE<br>EAST BRUNSWICK, NJ 08816 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30754 | $68,923.54 |
| | | | | | TOTAL | $29,819,318.28 |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 254: EXHIBIT 2 - RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BELLANTONI, JOHN P 54 BLOOMER RD BREWSTER, NY 10509 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19382 | $3,162.29 |
| 2 | BLYZNAK, ULANA 138 SECOND AVENUE NEW YORK, NY 10003 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/21/2009 | 5790 | $16,000.00 |
| 3 | GRECO, LORRAINE 1401 MICHAEL PL. BAYSIDE, NY 11360 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18327 | $4,000.00 |
| 4 | LEE, MICHAEL 47 AMAGANSETT DRIVE MORGANVILLE, NJ 07751 | | Lehman No Case Asserted/All Cases Asserted | 08/13/2009 | 8183 | $1,152.99 |
| 5 | MOCANASU, CLAUDIA M 38 COLE COURT DUMONT, NJ 07628 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 12936 | $2,143.31 |
| 6 | SMITH, CHRISTINE 154 EAST 29TH STREET APT 4D NEW YORK, NY 10016 | | Lehman No Case Asserted/All Cases Asserted | 08/31/2009 | 9896 | $8,682.50 |
| 7 | TAYLOR, CAROLYN L. 10 DOGWOOD CIRCLE MATAWAN, NJ 07747 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/21/2009 | 8887 | $26,110.90 |
| 8 | TRELLES, CAESAR A. 4 FIRETHORNE ROAD OLD BRIDGE, NJ 08857 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7309 | $9,186.36 |
| | | | | | TOTAL | $70,438.35 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 3 - CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | JARBOE, CATHY ANNE<br>10751 OLD LEITCHFIELD RD<br>WHITESVILLE, KY 42378-9512 | Lehman Brothers Holdings Inc. | 07/29/2009 | 6649 | $222,672.48 | $33,993.32 | $188,679.16 |
| 2 | MEYER, NIAMH<br>44 OAKLEIGH AVENUE<br>LONDON, GT LON, KT6 7PX<br>UNITED KINGDOM | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 11580 | $8,952.17 | $8,952.17* | Undetermined |
| 3 | RAMADAN, ZAKY S.<br>PO BOX 750134<br>FOREST HILLS, NY 11375 | Lehman No Case Asserted/All Cases Asserted | 09/19/2009 | 19508 | $102,239.00 | $84,272.01 | $17,966.99 |
| 4 | SCHAEFER, SHEILA M.<br>117 WEST BAYBERRY ROAD<br>ISLIP, NY 11751 | Lehman Brothers Holdings Inc. | 09/22/2009 | 31876 | Undetermined | Undetermined | Undetermined |
| 5 | TEASDALE, ELIZABETH REGAN<br>104 CHARLTON STREET APT 5W<br>NEW YORK, NY 10014 | Lehman Brothers Holdings Inc. | 09/22/2009 | 28627 | $831,111.96* | Undetermined | $831,111.96 |
| | | | TOTAL | | $1,164,975.61 | | |

# EXHIBIT 4

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 4 – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|---|
| 1 | ANDREWS, DAVID B.<br>ANDREWS KURTH LLP<br>ATTN: JOSEPH ROVIRA<br>600 TRAVIS, STE. 4200<br>HOUSTON, TX 77002 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/03/2009 | 10221 | $135,400.53* | | $135,400.53* |
| 2 | CARPENTER, THERESA J.<br>72 NORTH STATE ROAD # 170<br>BRIARCLIFF MANOR, NY 10510 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2011 | 67688 | $51,555.84 | | $51,555.84 |
| 3 | GROSS, BRIAN M.<br>400 E 71ST<br>APT 10D<br>NEW YORK, NY 10021 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28018 | $104,414.00 | | $104,414.00 |
| 4 | IMPERATO, JASON<br>148 WEAVER STREET<br>GREENWICH, CT 06831 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/29/2009 | 6623 | $105,497.63 | | $105,497.63 |
| 5 | KWAN, HERBERT W.<br>FLAT 28A, DRAGONVIEW COURT<br>5 KOTEWALL ROAD<br>MIDLEVELS<br>HONG KONG,<br>CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31756 | $340,836.78 | | $340,836.78 |
| 6 | LITTLEFIELD, DAVID A<br>LAW OFFICES OF PASQUALE P. CAIAZZA<br>606 EAST CHAPMAN AVENUE, SUITE 201<br>ORANGE, CA 92866-1601 | 09-10137 (JMP) | BNC Mortgage LLC | 09/08/2009 | 10655 | $87,986.88 | | $87,986.88 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 254: EXHIBIT 4 – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|---|
| 7 | LITTLEFIELD, DAVID A LAW OFFICES OF PASQUALE P. CAIAZZA 606 EAST CHAPMAN AVENUE, SUITE 201 ORANGE, CA 92866-1601 | 09-10137 (JMP) | BNC Mortgage LLC | 09/08/2009 | 10656 | $63,550.00 | | $63,550.00 |
| 8 | MANNING, CHRISTOPHER R. 431 GRACE CHURCH ST RYE, NY 10580-4214 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29535 | $649,733.00 | | $649,733.00 |
| 9 | NIEMAN, ROGER R. 300 EAST 40TH ST NEW YORK, NY 10016-2188 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/28/2009 | 9589 | $69,423.40* | | $69,423.40* |
| 10 | SCHREIBER, RUSSELL 500 WEST 53RD STREET, APT PH NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13321 | $240,098.00 | | $240,098.00 |
| 11 | STEIGER ASSOCIATES LP C/O LAW OFFICES OF DONALD WATNICK 122 EAST 42ND STREET; SUITE 606 NEW YORK, NY 10168 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32380 | $3,264,192.00 | $3,264,192.00 | Undetermined |
| 12 | STEIGER, HEIDI L. C/O LAW OFFICES OF DONALD WATNICK 122 EAST 42ND STREET; SUITE 606 NEW YORK, NY 10168 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32379 | $30,000,000.00* | $30,000,000.00 | Undetermined |
| 13 | WEBER, ANDREW 8 HOLLYWOOD ROAD LONDON, SW10 9HY UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/14/2010 | 66938 | $71,434.67 | | $71,434.67 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 4 – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|---|
| 14 | WEBER, ANDREW 8 HOLLYWOOD ROAD LONDON, SW10 9HY UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/14/2010 | 66940 | $32,829.00 | | $32,829.00 |
| | | | | | TOTAL | $35,216,951.73 | | |

**EXHIBIT J**
**(Proposed Order – ECF No. 24117)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
In re                                                               :        **Chapter 11 Case No.**
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                                                    :
                                    **Debtors.**        :        **(Jointly Administered)**
------------------------------------------------------------------------x

**SUPPLEMENTAL ORDER GRANTING
DEBTORS' TWO HUNDRED FIFTY-FIFTH OMNIBUS
<u>OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)</u>**

Upon the two hundred fifty-fifth omnibus objection to claims, dated January 9,

2012 (the "<u>Two Hundred Fifty-Fifth Omnibus Objection to Claims</u>"),[1] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "<u>Debtors</u>"), pursuant to section 502(b) of title 11 of the

United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [ECF No. 6664] (the "<u>Procedures Order</u>"), seeking disallowance and

expungement of the No Liability Derivatives Claims on the grounds that they assert claims for

which the Debtors have no liability, all as more fully described in the Two Hundred Fifty-Fifth

Omnibus Objection to Claims; and due and proper notice of the Two Hundred Fifty-Fifth

Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for

the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal

Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the

claimants listed on <u>Exhibit A</u> attached to the Two Hundred Fifty-Fifth Omnibus Objection to

Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Two Hundred Fifty-Fifth Omnibus Objection to Claims.

the second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [ECF No. 9635]; and the Court having found and

determined that the relief sought in the Two Hundred Fifty-Fifth Omnibus Objection to Claims is

in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the

legal and factual bases set forth in the Two Hundred Fifty-Fifth Omnibus Objection to Claims

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Fifty-Fifth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that this Order supersedes all previous orders regarding the No

Liability Derivatives Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Two Hundred

Fifty-Fifth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto, and (ii)

any claim listed on Exhibit A annexed to the Two Hundred Fifty-Fifth Omnibus Objection to

Claims that is not listed on Exhibit 1 annexed to the *Order Granting Debtors' Two Hundred

Fifty-Fifth Omnibus Objection to Claims (No Liability Derivatives Claims)* [ECF No. 25654];

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
            New York, New York

                        _____
                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 255: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2003-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON, MA 02110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18508 | Undetermined | No Liability Claim |
| | | | | | TOTAL | Undetermined | |

**EXHIBIT K**
**(Proposed Order – ECF No. 24990)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                    :        Chapter 11 Case No.
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :        **08-13555 (JMP)**
                                                         :
                              **Debtors.**               :        **(Jointly Administered)**
------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED FIFTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

Upon the two hundred fifty-seventh omnibus objection to claims, dated

February 6, 2012 (the "Two Hundred Fifty-Seventh Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d)

of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures

for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking

disallowance and expungement of the Amended and Superseded Claims on the basis that

such claims have been amended and superseded by the corresponding Surviving Claims,

all as more fully described in the Two Hundred Fifty-Seventh Omnibus Objection to

Claims; and due and proper notice of the Two Hundred Fifty-Seventh Omnibus Objection

to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors'

Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

Service; (v) the United States Attorney for the Southern District of New York; (vi) the

claimants listed on Exhibit A attached to the Two Hundred Fifty-Seventh Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Fifty-Seventh Omnibus Objection to Claims.

Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Two Hundred Fifty-Seventh Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Two Hundred Fifty-Seventh Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Fifty-Seventh Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Amended and Superseded Claims") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading "*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register subject to the Debtors' right to further object as set forth herein; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the Amended and Superseded Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that all information included on and all documentation filed in support of any Amended and Superseded Claim, including, but not limited to, derivative and guarantee questionnaires and supporting documentation, shall be treated as having been filed in support of and included in the corresponding Surviving Claim; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the Amended and Superseded Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Debtors' rights to object to the Surviving Claims on any basis are preserved; *provided, however,* that notwithstanding anything herein to the contrary, the Debtors may not object to a Surviving Claim that is listed on <u>Exhibit 1</u> annexed hereto to the extent that it has been allowed by order of the Court or allowed pursuant to a signed settlement or termination agreement authorized by the Court; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on <u>Exhibit A</u> annexed to the Two Hundred Fifty-Seventh Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on <u>Exhibit 1</u> annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim did not appropriately amend and supersede the corresponding Amended and Superseded Claim, then the claims agent shall be authorized and directed to immediately reinstate such Amended and Superseded Claim in these chapter 11 cases (the "<u>Reinstated</u>

Claim") and the rights of all interested parties with respect to the Reinstated Claim shall be

expressly reserved; and it is further

ORDERED that notwithstanding any other provision of this Order, a

Surviving Claim and all documentation previously filed in support of the Surviving Claim,

including, but not limited to, amended derivative and guarantee questionnaires and

supporting documentation, shall be deemed timely filed to the extent it appropriately

amended and superseded, directly or indirectly, a claim that had been timely filed; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 257: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BANQUE GENERALE DE LUXEMBOURG S.A. 50 AVENUE J.F. KENNEDY L-2951 LUXEMBURG, LUXEMBOURG | 09/22/2009 | 08-13555 (JMP) | 26439 | $5,625,989.00* | BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG SA, FKA BANQUE GENERALE DU LUXEMBOURG S.A.) ATTN: LAURA MOLENKAMP & NICHOLAS OGDEN 50 AVENUE J.F. KENNEDY LUXEMBOURG, L-2951 LUXEMBOURG | 01/18/2012 | 08-13555 (JMP) | 67846 | $5,895,449.85* |
| 2 | BANQUE GENERALE DE LUXEMBOURG S.A. 50 AVENUE J.F. KENNEDY L-2951 LUXEMBURG, LUXEMBOURG | 09/22/2009 | 08-13555 (JMP) | 26440 | $9,977,567.00* | BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG SA, FKA BANQUE GENERALE DU LUXEMBOURG S.A.) ATTN: LAURA MOLENKAMP & NICHOLAS OGDEN 50 AVENUE J.F. KENNEDY LUXEMBOURG, L-2951 LUXEMBOURG | 01/18/2012 | 08-13555 (JMP) | 67847 | $14,504,989.33* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 257: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 3  BGL (FORTIS LUXEMBOURG) ATTN: ANNEMARIE JUNG 50, AVENUE JF KENNEDY L-2951, LUXEMBOURG | 09/21/2009 | 08-13888 (JMP) | 34204 | $1,534,568.00* | BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG SA, FKA BANQUE GENERALE DU LUXEMBOURG S.A.) ATTN: LAURA MOLENKAMP & NICHOLAS OGDEN 50 AVENUE J.F. KENNEDY LUXEMBOURG, L-2951 LUXEMBOURG | 01/18/2012 | 08-13888 (JMP) | 67845 | $2,812,039.77* |
| 4  BGL (FORTIS LUXEMBOURG) ATTN: ANNEMARIE JUNG 50, AVENUE JF KENNEDY L-2951, LUXEMBOURG | 09/21/2009 | 08-13555 (JMP) | 34205 | $1,534,568.00* | BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG SA, FKA BANQUE GENERALE DU LUXEMBOURG S.A.) ATTN: LAURA MOLENKAMP & NICHOLAS OGDEN 50 AVENUE J.F. KENNEDY LUXEMBOURG, L-2951 LUXEMBOURG | 01/18/2012 | 08-13555 (JMP) | 67844 | $2,812,039.77* |
| 5  BNP PARIBAS ARBITRAGE ATTN: FRANCOIS ARTIGALA 8 RUE DE SOFIA PARIS, 75018 FRANCE | 09/24/2009 | 08-13555 (JMP) | 34716 | $469,585.68* | BNP PARIBAS ARBITRAGE 8 RUE DE SOFIA ATTN: FRANCOIS ARTIGALA PARIS, 75018 FRANCE | 01/11/2012 | 08-13555 (JMP) | 67841 | $1,047,074.96* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 257: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 | BNP PARIBAS SECURITIES (JAPAN) LIMITED (F/K/A BNP PARIBAS SECURITIES (JAPAN( LTD., TOKOY BRANCH) ATTN: MASAHARU SUGAHARA AND TAKU TAJIRI GRANTOKYO NORTH TOWER 1-9-1 MARUNOUCHI TOKYO, JAPAN | 09/14/2011 | 08-13555 (JMP) | 67661 | $207,529.92* | BNP PARIBAS SECURITIES (JAPAN) LTD, TOKYO BRANCH LEGAL DEPARTMENT ATTN: MASAHARU SUGAHARA AND TAKU TAJIRI GRANTOKYO NORTH TOWER 1-9-1 MARUNOUCHI TOKYO, JAPAN | 01/12/2012 | 08-13555 (JMP) | 67843 | $201,456.47* |
| 7 | CANTELLO, PAUL 37 SYLVESTER AVENUE HAWTHORNE, NJ 07506 | 10/21/2008 | 08-13555 (JMP) | 332 | $31,711.21 | CANTELLO, PAUL 37 SYLVESTER AVENUE HAWTHORNE, NJ 07506 | 09/09/2009 | 08-13555 (JMP) | 10964 | $31,652.89 |
| 8 | CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA CALYON) ATTN: SOPHIE WALDBERG-BILLHOUET 9 QUAI DU PRESIDENT PAUL DOUMER COURBEVOIE, 92400 FRANCE | 09/22/2009 | 08-13555 (JMP) | 27241 | $268,635,243.00* | CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK ATTN: EMMANUEL MERCIER 9 QUAL DU PRESIDENT PAUL DOUMER COURBEVOIE, 92400 FRANCE | 01/06/2012 | 08-13555 (JMP) | 67848 | $247,578,723.00* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 257: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 9  HELLER EHRMAN LLP C/O PACHULSKI STANG ZIEHL & JONES LLP ATTN: JOHN D. FIERO 150 CALIFORNIA STREET, 15TH FLOOR SAN FRANCISCO, CA 94111 | 09/16/2009 | 08-13555 (JMP) | 13761 | $845,313.36 | HELLER EHRMAN LLP C/O OF MICHAEL F. BURKAT, CHAPTER 11 PLAN ADMINISTRATOR 5150 FAIR OAKS BLVD. # 101 CARMICHAEL, CA 95608 | 01/05/2012 | 08-13555 (JMP) | 67838 | $845,313.36 |
| 10  J.P. MORGAN INTERNATIONAL BANK LIMITED C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK, NY 10167 | 09/22/2009 | 08-13555 (JMP) | 27190 | Undetermined | J.P. MORGAN INTERNATIONAL BANK LIMITED C/O JPMORGAN CHASE BANK, N.A. ATTENTION: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK, NY 10167 | 04/01/2010 | 08-13555 (JMP) | 66475 | Undetermined |
| 11  KLAASSEN, M.J.G. STALBERGWEG 154 VENLO, 5913 BV NETHERLANDS | 10/28/2009 | 08-13555 (JMP) | 54224 | $56,604.00 | KLAASSEN, M.J.G. STALBERGWEG 154 5913 BV VENLO, NETHERLANDS | 12/19/2011 | 08-13555 (JMP) | 67805 | $56,604.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 257: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 12  NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST 9 IEME ETAGE MONTREAL, H3B 4L2 CANADA | 09/17/2009 | 08-13555 (JMP) | 15693 | $5,895,458.00* | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 01/25/2012 | 08-13555 (JMP) | 67855 | $6,525,214.25* |
| 13  NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 09/17/2009 | 08-13888 (JMP) | 15848 | $5,895,458.00* | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 01/25/2012 | 08-13888 (JMP) | 67857 | $6,525,214.25* |
| 14  NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 12/02/2010 | 08-13555 (JMP) | 67234 | $6,110,619.36* | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 01/25/2012 | 08-13555 (JMP) | 67855 | $6,525,214.25* |
| 15  NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 12/02/2010 | 08-13888 (JMP) | 67235 | $6,110,619.36* | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 01/25/2012 | 08-13888 (JMP) | 67857 | $6,525,214.25* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 257: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | ORACLE USA, INC SHAWN CHRISTIANSON, ESQ BUCHALTER NEMER P.C 333 MARKET STREET 25TH FLOOR SAN FRANCISCO, CA 94105 | 09/18/2009 | 08-13555 (JMP) | 18704 | $7,198,020.87* | ORACLE USA, INC., ET AL SHAWN CHRISTIANSON, ESQ. BUCHALTER NEMER P.C. 333 MARKET STREET, 25TH FLOOR SAN FRANCISCO, CA 94105 | 01/19/2012 | 08-13555 (JMP) | 67850 | $7,198,020.87* |
| 17 | PUBLIC SECTOR PENSION INVESMENT BOARD 1250 RENE-LEVESQUE BLVD. WEST, SUITE 900 MONTREAL, QC H3B 4W8 CANADA | 11/02/2009 | 08-13555 (JMP) | 63851 | $175,950,000.00* | PUBLIC SECTOR PENSION INVESMENT BOARD ATTN: FIRST VICE PRESIDENT AND CHIEF LEGAL OFFICER 1250 RENE-LEVESQUE BLVD WEST, SUITE 900 MONTREAL, QC H3B 4W8 CANADA | 12/28/2011 | 08-13555 (JMP) | 67832 | $164,794,770.00 |
| 18 | SUNSHINE ENTERPRISES L.P. TRANSFEROR: EVERGREEN SOLAR, INC. C/O AKIN GUMP STRAUSS HAUER & FELD LLP ATTN: MICHAEL S. STAMER, ESQ., STEPHEN B. KUHN, ESQ., AND NATALIE E. LEVINE, ESQ. NEW YORK, NY 10036 | 09/22/2009 | 08-13555 (JMP) | 28007 | Undetermined | SUNSHINE ENTERPRISES L.P. C/O AKIN GUMP TRAUSS HAUER & FELD LLP ATTN: MICHAEL S. STAMER & SARAH LINK SCHULTZ ONE BRYANT PARK NEW YORK, NY 10036-6745 | 01/04/2011 | 08-13555 (JMP) | 67836 | $171,253,758.90* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 257: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 19 | SWIFT MASTER AUTO RECEIVABLES TRUST C/O ALLY FINANCIAL INC ATTN: STEPHEN VAN DOLSEN 1185 AVENUE OF THE AMERICAS, 2ND FLOOR NEW YORK, NY 10036 | 09/21/2009 | 08-13888 (JMP) | 26193 | $36,784,336.42* | SWIFT MASTER AUTO RECEIVABLES TRUST C/O ALLY FINANCIAL INC. ATTN: STEPHEN VAN DOLSEN 1185 AVENUE OF THE AMERICA,S 2ND FLOOR NEW YORK, NY 10036 | 01/30/2012 | 08-13888 (JMP) | 67867 | $36,968,786.94* |
| 20 | SWIFT MASTER AUTO RECEIVABLES TRUST C/O ALLY FINANCIAL INC ATTN: STEPHEN VAN DOLSEN 1185 AVENUE OF THE AMERICAS, 2ND FLOOR NEW YORK, NY 10104 | 09/21/2009 | 08-13555 (JMP) | 26195 | $36,784,336.42* | SWIFT MASTER AUTO RECEIVABLES TRUST C/O ALLY FINANCIAL INC. ATTN: STEPHEN VAN DOLSEN 1185 AVENUE OF THE AMERICAS, 2ND FLOOR NEW YORK, NY 10036 | 01/30/2012 | 08-13555 (JMP) | 67868 | $36,968,786.94* |
| 21 | TERRANOVA, THOMAS 159 WEST 23RD STREET APT 4R NEW YORK, NY 10011-2499 | 09/22/2009 | 08-13555 (JMP) | 33570 | $55,000.00 | TERRANOVA, THOMAS 159 WEST 23RD STREET APT 4R NEW YORK, NY 10011-2499 | 12/30/2011 | | 67829 | $70,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 257: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 22 | **WILMINGTON TRUST COMPANY, AS TRUSTEE LEHMAN XS TRUST, SERIES 2007-14H C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON, DE 19801** | 09/21/2009 | 08-13555 (JMP) | 21120 | $4,779,485.60* | **WILMINGTON TRUST COMPANY, AS TRUTEE LEHMAN XS TRUST, SERIES 2007-14H C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON, DE 19801** | 01/19/2012 | 08-13555 (JMP) | 67849 | $4,794,731.43* |
| 23 | **ZEDLOVICH, PAUL 7 CARCH RD BRIARCLIFF MANOR, NY 10510** | 09/22/2009 | 08-13555 (JMP) | 28621 | $52,500.00 | **ZEDLOVICH, PAUL W. 7 LARCH RD BRIARCLIFF MANOR, NY 10510** | 12/27/2011 | 08-13555 (JMP) | 67828 | $10,000.00 |
| | | | TOTAL | | $574,534,513.20 | | | | | |

**EXHIBIT L**
**(Proposed Order – ECF No. 24992)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                               :          **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**     :          **08-13555 (JMP)**
                                                    :
                      **Debtors.**                  :          **(Jointly Administered)**
--------------------------------------------------------------------x

**ORDER GRANTING DEBTORS'**
**TWO HUNDRED FIFTY-EIGHTH OMNIBUS OBJECTION TO**
<u>**CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**</u>

Upon the two hundred fifty-eighth omnibus objection to claims, dated

February 6, 2012 (the "<u>Two Hundred Fifty-Eighth Omnibus Objection to Claims</u>"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession, in accordance with Bankruptcy Rule

3007(d) and this Court's order approving procedures for the filing of omnibus objections

to proofs of claim [Docket No. 6664], seeking to reclassify Stock Claims as equity

interests, all as more fully described in the Two Hundred Fifty-Eighth Omnibus

Objection to Claims; and due and proper notice of the Two Hundred Fifty-Eighth

Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the

attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District

of New York; (vi) the claimants listed on <u>Exhibit A</u> attached to the Two Hundred Fifty-

Eighth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in

accordance with the procedures set forth in the second amended order entered on June 17,

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Two Hundred Fifty-Eighth Omnibus Objection to Claims.

2010, governing case management and administrative procedures for these cases [Docket

No. 9635]; and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief requested in the Two Hundred Fifty-

Eighth Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

creditors, and all parties in interest and that the legal and factual bases set forth in the

Two Hundred Fifty-Eighth Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it

is

      ORDERED that the relief requested in the Two Hundred Fifty-Eighth

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

      ORDERED that the claims listed on Exhibit 1 annexed hereto are hereby

reclassified as equity interests and have the same priority as, and no greater priority than,

common stock interests in LBHI as set forth in Exhibit 1; and it is further

      ORDERED that the Debtors' Court-appointed claims agent is authorized

to modify the claims register to reflect this Order; and it is further

      ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the

Two Hundred Fifty-Eighth Omnibus Objection to Claims that is not listed on Exhibit 1

annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

                         _____
                         UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 258: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BLECKLEY, BENJAMIN BELL, III<br>11298 SW 139TH ST<br>DUNNELLON, FL 34432 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/07/2011 | 67711 | $4,470.00 |
| 2 | BLECKLEY, JULIA M.<br>11298 SW 139TH ST<br>DUNNELLON, FL 34432 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/07/2011 | 67710 | $4,470.00 |
| 3 | DUSING, ERNIE<br>208 OLD SHARK RIVER ROAD<br>EATONTOWN, NJ 07724 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2011 | 67827 | $4,954.95 |
| 4 | IACONA, FRANCESCO<br>RICHARD-WAGNER STR.48<br>COLOGNE, 51145<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2012 | 67863 | $6,113.00 |
| | | | | | TOTAL | $20,007.95 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT M**
**(Proposed Order – ECF No. 24993)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :        **08-13555 (JMP)**
                                                    :
                               **Debtors.**         :        **(Jointly Administered)**
-------------------------------------------------------------------x

**ORDER GRANTING DEBTORS' TWO HUNDRED
FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

Upon the two hundred fifty-ninth omnibus objection to claims, dated February 6,

2012 (the "Two Hundred Fifty-Ninth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking disallowance and

expungement of the Late-Filed Claims on the basis that they were filed after the General Bar

Date or Securities Programs Bar Date, as applicable, all as more fully described in the Two

Hundred Fifty-Ninth Omnibus Objection to Claims; and due and proper notice of the Two

Hundred Fifty-Ninth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee;

(ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of

New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred Fifty-Ninth

Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Fifty-Ninth Omnibus Objection to Claims.

US_ACTIVE:\43911294\02\58399.0008

procedures set forth in the second amended order entered on June 17, 2010, governing case

management and administrative procedures for these cases [Docket No. 9635]; and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the Two Hundred Fifty-Ninth Omnibus Objection to Claims is in the best

interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the Two Hundred Fifty-Ninth Omnibus Objection to Claims establish

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the relief requested in the Two Hundred Fifty-Ninth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "Late-Filed Claims") are disallowed and

expunged in their entirety with prejudice; and it is further

ORDERED that the Debtors have adjourned the Two Hundred Fifty-Ninth

Omnibus Objection to Claims with respect to the claim listed on Exhibit 2 annexed hereto; and it

is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Late-Filed Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred

Fifty-Ninth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 259: EXHIBIT 1 - LATE-FILED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMBROSE JR., F JOHN 102 GREENFIELD HILL FRANKLIN LAKES, NJ 07417 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/15/2011 | 67727 | $6,944.44 | Late-Filed Claim |
| 2 | AXA BELGIUM ATTN: LEGAL DEPARTMENT BRUSSELSTRAAT, 45 ANVERS-ANTWERP, 2018 BELGIUM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2010 | 67137 | $9,149,551.00 | Late-Filed Claim |
| 3 | MURRAY, JOHN P. JR. 5 TEATICKET CT EAST ROCKAWAY, NY 11518 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/23/2012 | 67852 | $70,000.00 | Late-Filed Claim |
| 4 | SEKAS, GUS N. C/O SEKAS INTERNATIONAL LTD. 345 7TH AVE 4TH FL NEW YORK, NY 10001 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/24/2012 | 67853 | $37,430.00 | Late-Filed Claim |
| 5 | TANAKA, TRACY 30 HILLSIDE AVE CEDAR GROVE, NJ 07009 | | Lehman No Case Asserted/All Cases Asserted | 01/05/2012 | 67837 | $15,692.30 | Late-Filed Claim |
| 6 | WALTER, PETER AND SYLVIA SCHWABENSTR. 17 BIESSENHOFEN, 87640 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/12/2011 | 67790 | $71,005.00 | Late-Filed Claim |
| | | | | | TOTAL | $9,350,622.74 | |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 259: EXHIBIT 2 - LATE-FILED CLAIMS – ADJOURNED OBJECTION

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | STEELE, ANNA M. (EDWARD JONES INVESTMENT) 794 CLIFF ST. LANDER, WY 82520 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/13/2011 | 67787 | $18,000.00 | Late-Filed Claim |
| | | | | | TOTAL | $18,000.00 | |

**EXHIBIT N**
**(Proposed Order – ECF No. 24994)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                            :        **Chapter 11 Case No.**
                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*     :        **08-13555 (JMP)**
                                                 :
                        **Debtors.**             :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED SIXTIETH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

Upon the two hundred sixtieth omnibus objection to claims, dated February 6,

2012 (the "Two Hundred Sixtieth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Duplicative of

Indenture Trustee Claims on the grounds that such claims are substantively duplicative of the

corresponding Indenture Trustee Claims, all as more fully described in the Two Hundred Sixtieth

Omnibus Objection to Claims; and due and proper notice of the Two Hundred Sixtieth Omnibus

Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the

Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants

listed on Exhibit A attached to the Two Hundred Sixtieth Omnibus Objection to Claims; and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Two Hundred Sixtieth Omnibus Objection to Claims.

(vii) all other parties entitled to notice in accordance with the procedures set forth in the second

amended order entered on June 17, 2010, governing case management and administrative

procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice

need be provided; and the Court having found and determined that the relief sought in the Two

Hundred Sixtieth Omnibus Objection to Claims is in the best interests of the Debtors, their

estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

Two Hundred Sixtieth Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Sixtieth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "Duplicative of Indenture Trustee Claims") are disallowed and expunged with

prejudice as set forth in Exhibit 1; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading

"*Surviving Claims*" (collectively, the "Indenture Trustee Claims") will remain on the claims

register subject to the Debtors' rights to further object as set forth herein; and it is further

ORDERED that nothing in this Order or disallowance and expungement of the

Duplicative of Indenture Trustee Claims constitutes any admission or finding with respect to the

Indenture Trustee Claims, and the Debtors' rights to object to the Indenture Trustee Claims on

any basis is preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Two Hundred

Sixtieth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and*

*Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) the Indenture Trustee Claims;

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

3

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 260: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | HARRIS, JONATHAN 939 MILLBRAE COURT, UNIT 4 WEST PALM BEACH, FL 33401 | 06/01/2009 | 08-13555 (JMP) | 4685 | $3,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $48,783,940,671.27 | Duplicative of Indenture Trustee Claim |
| 2 | JOINER, OWEN H. & LEATRICE 120 FINLEY STREET GRIFFIN, GA 30224 | 09/19/2009 | 08-13555 (JMP) | 19570 | $25,000.00 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE FOR CUSIP 52520B206 THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 260: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIMS** | | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **REASON** |
| 3 MERRITT, JAMES C. 5001 STATESMAN DR IRVING, TX 75063 | 10/06/2011 | | 67679 | $598,800.00[1] | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $48,783,940,671.27 | Duplicative of Indenture Trustee Claim |
| | | | **TOTAL** | $626,800.00 | | | | | | |

[1] $600 of Claim 67679 was previously disallowed and expunged pursuant to the Order Granting Debtors' Two Hundred Twenty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 5, 2011 [Docket No. 22951].  The remaining portion of Claim 67679 is being disallowed and expunged pursuant to this Objection.

**EXHIBIT O**
**(Proposed Order – ECF No. 24109)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                      :       Chapter 11 Case No.
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :       08-13555 (JMP)
                                                           :
                               Debtors.                    :       (Jointly Administered)
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED SIXTY-FIRST OMNIBUS OBJECTION TO CLAIMS (NO GUARANTEE CLAIMS)

Upon the two hundred sixty-first omnibus objection to claims, dated

February 6, 2012 (the "Two Hundred Sixty-First Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the

"Procedures Order"), seeking disallowance and expungement of the No Guarantee

Claims on the grounds that such claims are unenforceable against, and impose no liability

on, LBHI, all as more fully described in the Two Hundred Sixty-First Omnibus Objection

to Claims; and due and proper notice of the Two Hundred Sixty-First Omnibus Objection

to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the

Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal

Revenue Service; (v) the United States Attorney for the Southern District of New York;

(vi) the claimants listed on Exhibit A attached to the Two Hundred Sixty-First Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Sixty-First Omnibus Objection to Claims.

Objection to Claims; and (vii) all other parties entitled to notice in accordance with the

procedures set forth in the second amended order entered on June 17, 2010 governing

case management and administrative procedures for these cases [ECF No. 9635]; and it

appearing that no other or further notice need be provided; and the Court having found

and determined that the relief sought in the Two Hundred Sixty-First Omnibus Objection

to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in

interest and that the legal and factual bases set forth in the Two Hundred Sixty-First

Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Sixty-First

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

claims listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety

with prejudice; and it is further

ORDERED that the Debtors have withdrawn without prejudice the Two

Hundred Sixty-First Omnibus Objection to Claims with respect to the claims listed on

Exhibit 2 annexed hereto; and it is further

ORDERED that the Debtors have adjourned the Two Hundred Sixty-First

Omnibus Objection to Claims with respect to the claims listed on Exhibit 3 annexed

hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the

No Guarantee Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the

Two Hundred Sixty-First Omnibus Objection to Claims that is not listed on Exhibit 1

annexed hereto; and it is further

        ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York


                          _____
                          UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 261: EXHIBIT 1 – NO GUARANTEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BANGKO SENTRAL NG PILIPINAS C/0 RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON, SW1A 1NX UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25886 | $17,635,462.00 | No Guarantee Claim |
| 2 | HARBOUR CAPITAL ADVISORS INC. FOR OIMRA C/0 RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON, SW1A 1NX UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25888 | $476,935.00 | No Guarantee Claim |
| 3 | LEHMAN BROTHERS REAL ESTATE PARTNERS, III L.P. ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS 12TH FLOOR NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28925 | $14,505,891.62* | No Guarantee Claim |
| 4 | NORTHERN ROCK PLC ATTN: LEGAL SERVICES NORTHERN ROCK HOUSE GOSFORTH NEWCASTLE UPON TYNE, NE3 4PL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18572 | $3,558,606.00* | No Guarantee Claim |
| | | | | | TOTAL | $36,176,894.62 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 261: EXHIBIT 2 – NO GUARANTEE CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | JUDSON ATTN: TIM BEAUREGARD 2181 AMBLESIDE DRIVE CLEVELAND, OH 44106 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32485 | $434,656.17 | No Guarantee Claim |
| 2 | LOOMIS STREET, L.L.C. TRANSFEROR: GSEF AL NAWRAS (CAYMAN) LIMITED C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER BOSTON, MA 02199-3600 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/07/2010 | 66503 | $15,334,482.67 | No Guarantee Claim |
| | | | | | TOTAL | $15,769,138.84 | |

# EXHIBIT 3

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 261: EXHIBIT 3 – NO GUARANTEE CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | LUTHERAN SENIOR SERVICES 1150 HANLEY INDUSTRIAL COURT BRENTWOOD, MO 63144 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23948 | $103,187.74 | No Guarantee Claim |
| 2 | MARINER LDC ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON, NY 10528 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23764 | $9,116,026.89* | No Guarantee Claim |
| | | | | | TOTAL | $9,219,214.63 | |

**EXHIBIT P**
**(Proposed Order – ECF No. 24997)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                          :        **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **08-13555 (JMP)**
                                                               :
                          **Debtors.**                :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED SIXTY-THIRD OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

Upon the two hundred sixty-third omnibus objection to claims, dated

February 6, 2012 (the "Two Hundred Sixty-Third Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664],

seeking to revalue, reclassify (in certain instances), modify the Debtor entity (in certain

instances), and allow the Settled Derivatives Claims on the grounds that the Debtors and

claimants have agreed upon a claim amount and, in certain instances, a classification and

Debtor counterparty that is not currently reflected on claimants' proofs of claim, all as

more fully described in the Two Hundred Sixty-Third Omnibus Objection to Claims; and

due and proper notice of the Two Hundred Sixty-Third Omnibus Objection to Claims

having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors'

Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Sixty-Third Omnibus Objection to Claims.

Service; (v) the United States Attorney for the Southern District of New York; (vi) each

claimant listed on Exhibit A attached to the Two Hundred Sixty-Third Omnibus

Objection to Claims; and (vii) all other parties entitled to notice in accordance with the

procedures set forth in the second amended order entered on June 17, 2010 governing

case management and administrative procedures for these cases [Docket No. 9635]; and

it appearing that no other or further notice need be provided; and the Court having found

and determined that the relief sought in the Two Hundred Sixty-Third Omnibus

Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all

parties in interest and that the legal and factual bases set forth in the Two Hundred Sixty-

Third Omnibus Objection to Claims establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Sixty-Third

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Settled Derivatives Claim listed on Exhibit 1

annexed hereto is hereby modified and allowed in the amount and classification and

against the Debtor that is set forth on Exhibit 1 under the column headings *"Modified*

*Amount," "Modified Class,"* and *"Modified Debtor,"* respectively; *provided that*, the

holder of a Settled Derivatives Claim against both (i) a Debtor based on a derivatives

contract and (ii) LBHI based on its guarantee relating to that derivatives contract may not

receive an aggregate recovery in respect of the Settled Derivatives Claim greater than the

applicable *"Modified Amount"*; and it is further

ORDERED that (i) the *"Modified Amount"* includes the total amount due

to the claimant under, in respect of, or related to the applicable derivatives contract and

(ii) the Settled Derivatives Claims shall represent the sole right of the claimant to any

distributions from the applicable Modified Debtor under, in respect of, or related to the

applicable derivatives contracts; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Settled Derivatives Claims listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to, any claim listed on Exhibit A to the Two

Hundred Sixty-Third Omnibus Objection to Claims that does not appear on Exhibit 1

annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 263: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 23) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1, IRELAND | 20331 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | Undetermined | Lehman Brothers Special Financing Inc. | Unsecured | $71,035.00 |
| 2 | BANGKO SENTRAL NG PILIPINAS C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON, SW1A 1NX UNITED KINGDOM | 22991 | 09/21/2009 | Lehman Brothers Commercial Corporation | Unsecured | $17,635,462.00 | Lehman Brothers Commercial Corporation | Unsecured | $13,508,621.00 |
| 3 | HARBOUR CAPITAL ADVISORS INC. FOR OIMRA C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON, SW1A 1NX UNITED KINGDOM | 22986 | 09/21/2009 | Lehman Brothers Commercial Corporation | Unsecured | $476,935.00 | Lehman Brothers Commercial Corporation | Unsecured | $372,307.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 263: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | SWISS RE FINANCIAL PRODUCTS CORPORATION TRANSFEROR: SR LATIGO MASTER MA LTD C/O SWISS RE SERVICES LIMITED ATTN: NICHOLAS RAYMOND 30 ST. MARY AXE LONDON, EC3A 8EP UNITED KINGDOM | 40684 | 10/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $13,538.00 | Lehman Brothers Special Financing Inc. | Unsecured | $12,003.55 |
| 5 | SWISS RE FINANCIAL PRODUCTS CORPORATION TRANSFEROR: SR LATIGO MASTER MA LTD C/O SWISS RE SERVICES LIMITED ATTN: NICHOLAS RAYMOND 30 ST. MARY AXE LONDON, EC3A 8EP UNITED KINGDOM | 40685 | 10/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $13,538.00 | Lehman Brothers Holdings Inc. | Unsecured | $12,003.55 |
| | | | | TOTAL | | $18,139,473.00 | | TOTAL | $13,975,970.10 |

**EXHIBIT Q**
**(Proposed Order – ECF No. 24998)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                                  :        **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,           :        **08-13555 (JMP)**
                                                       :
                            **Debtors.**               :        **(Jointly Administered)**
----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

Upon the two hundred sixty-fourth omnibus objection to claims, dated

February 6, 2012 (the "Two Hundred Sixty-Fourth Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664],

seeking disallowance and expungement of the Settled Derivatives Claims on the grounds

that the Settled Derivatives Claims are contrary to settlements that the parties have

entered into, all as more fully described in the Two Hundred Sixty-Fourth Omnibus

Objection to Claims; and due and proper notice of the Two Hundred Sixty-Fourth

Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the

attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District

of New York; (vi) each claimant listed on Exhibit A attached to the Two Hundred Sixty-

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Two Hundred Sixty-Fourth Omnibus Objection to Claims.

Fourth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in

accordance with the procedures set forth in the second amended order entered on June 17,

2010, governing case management and administrative procedures for these cases [Docket

No. 9635]; and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the Two Hundred Sixty-

Fourth Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

creditors, and all parties in interest and that the legal and factual bases set forth in the

Two Hundred Sixty-Fourth Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it

is

ORDERED that the relief requested in the Two Hundred Sixty-Fourth

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

Settled Derivatives Claims listed on Exhibit 1 annexed hereto are disallowed and

expunged with prejudice to the extent set forth in Exhibit 1; and it is further

ORDERED that the Debtors have withdrawn without prejudice the Two

Hundred Sixty-Fourth Omnibus Objection with respect to the claim listed on Exhibit 2

annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Settled Derivatives Claims listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

US_ACTIVE:\43911407\02\58399.0008

basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the

Two Hundred Sixty-Fourth Omnibus Objection to Claims that does not appear on Exhibit

1 annexed hereto; and it is further

       ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2012
     New York, New York

                          _____
                          UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\43911407\02\58399.0008

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 264: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 23) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1, IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20330 | Undetermined | Settled Derivatives Claim |
| 2 | ESKATON PROPERTIES, INCORPORATED 5105 MANZANITA AVENUE CARMICHAEL, CA 95608 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24645 | $2,208,589.33 | Settled Derivatives Claim |
| 3 | ESKATON PROPERTIES, INCORPORATED 5105 MANZANITA AVENUE CARMICHAEL, CA 95608 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24647 | $6,107,277.33 | Settled Derivatives Claim |
| 4 | ESKATON PROPERTIES, INCORPORATED 5105 MANZANITA AVENUE CARMICHAEL, CA 95608 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24649 | $2,208,589.33 | Settled Derivatives Claim |
| 5 | ESKATON PROPERTIES, INCORPORATED 5105 MANZANITA AVENUE CARMICHAEL, CA 95608 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24650 | $6,107,277.33 | Settled Derivatives Claim |
| 6 | JOHN HANCOCK HIGH YIELD FUND C/O STEVEN SUNNERBERG - ASST VP & SENIOR COUNSEL JOHN HANCOCK FUNDS 601 CONGRESS STREET BOSTON, MA 02210 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 22545 | $127,500.00 | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 264: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | JOHN HANCOCK HIGH YIELD FUND C/O STEVEN SUNNERBERG ASST VP & SENIOR COUNSEL 601 CONGRESS STREET BOSTON, MA 02210 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22546 | $127,500.00 | Settled Derivatives Claim |
| 8 | SHEPHERD OF THE VALLEY LUTHERAN RETIREMENT SERVICES 5525 SILICA ROAD AUSTINTOWN, OH 44515 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26091 | Undetermined | Settled Derivatives Claim |
| 9 | SHEPHERD OF THE VALLEY LUTHERAN RETIREMENT SERVICES 5525 SILICA ROAD AUSTINTOWN, OH 44515 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26093 | Undetermined | Settled Derivatives Claim |
| 10 | SHEPHERD OF THE VALLEY LUTHERAN RETIREMENT SERVICES, INC. 5525 SILICA ROAD AUSTINTOWN, OH 44515 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26094 | $560,000.00 | Settled Derivatives Claim |
| | | | | | TOTAL | $17,446,733.32 | |

# EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 264: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.) ONE SUN LIFE EXECUTIVE PARK SC1306 WELLESLEY HILLS, MA 02481 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/16/2011 | 67737 | $1,536,086.47 | Settled Derivatives Claim |
| 2 | ZIRCON FINANCE LIMITED SERIES 2007-2 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26027 | Undetermined | Settled Derivatives Claim |
| 3 | ZIRCON FINANCE LIMITED SERIES 2007-2 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26028 | Undetermined | Settled Derivatives Claim |
| | | | | | TOTAL | $1,536,086.47 | |

**EXHIBIT R**
**(Proposed Order – ECF No. 24999)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x
In re                                                        :        **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :        **08-13555 (JMP)**
                                                             :
                  **Debtors.**                               :        **(Jointly Administered)**
---------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWO HUNDRED SIXTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

Upon the two hundred sixty-fifth omnibus objection to claims, dated February 6, 2012 (the "Two Hundred Sixty-Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Derivatives Claims on the grounds that they assert claims for which the Debtors have no liability, all as more fully described in the Two Hundred Sixty-Fifth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Sixty-Fifth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred Sixty-Fifth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Sixty-Fifth Omnibus Objection to Claims.

administrative procedures for these cases [ECF No. 9635]; and the Court having found and

determined that the relief sought in the Two Hundred Sixty-Fifth Omnibus Objection to Claims

is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that

the legal and factual bases set forth in the Two Hundred Sixty-Fifth Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Sixty-Fifth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that the Debtors have adjourned to April 26, 2012 (or as may be

further adjourned by the Debtors) the Two Hundred Sixty-Fifth Omnibus Objection to Claims

with respect to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the No

Liability Derivatives Claims listed on Exhibit 1 and Exhibit 2 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred

Sixty-Fifth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
           New York, New York

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 265: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | SESI LLC<br>SUPERIOR ENERGY SERVICES, INC.<br>ATTN: WILLIAM B. MASTERS<br>601 POYDRAS ST., SUITE 2400<br>NEW ORLEANS, LA 70130 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31960 | Undetermined | No Liability Claim |
| 2 | SESI LLC<br>ATTN: WILLIAM B. MASTERS<br>1105 PETERS ROAD<br>HARVEY, LA 70058 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 31961 | Undetermined | No Liability Claim |
| 3 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-BC2<br>ATTN: MARTIN FEIG, VICE PRESIDENT<br>101 BARCLAY STREET; 8 WEST<br>NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14540 | Undetermined | No Liability Claim |
| 4 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-BC2<br>ATTN: MARTIN FEIG, VICE PRESIDENT<br>101 BARCLAY STREET; 8 WEST<br>NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14579 | Undetermined | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 265: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN CAPACITY AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-16 C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24761 | Undetermined | No Liability Claim |
| 6 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN CAPACITY AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-18 C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24767 | Undetermined | No Liability Claim |
| | | | | | TOTAL | Undetermined | |

# EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 265: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | HSBC BANK USA, NA AS TTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-5 SUPPLEMENTAL INTEREST TRUST CTLA- STRUCTURED FINANCE ATTN: CHI LE 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28380 | Undetermined | No Liability Claim |
| 2 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS - THROUGH CERTIFICATES SERIES 2006-5 SUPPLEMENTAL INTEREST TRUST CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO NEW YORK, NY 10016 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28779 | Undetermined | No Liability Claim |
| | | | | | TOTAL | Undetermined | |

**EXHIBIT S**
**(Proposed Order – ECF No. 25000)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                          :        **Chapter 11 Case No.**
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **08-13555 (JMP)**
                                               :
                    **Debtors.**               :        **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING TWO HUNDRED SIXTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the two hundred sixty-sixth omnibus objection to claims, dated

February 6, 2012 (the "Two Hundred Sixty-Sixth Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan

Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman

Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), pursuant to section 502(b)

of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for

the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures

Order"), seeking to reduce and allow the Valued Derivative Claims on the basis that the

amounts listed on the proofs of claim are greater than the fair, accurate, and reasonable

values determined by the Plan Administrator after a review of the claimants' supporting

documentation and LBHI's and Lehman Brothers Special Financing Inc.'s ("LBSF")

books and records, as more fully described in the Two Hundred Sixty-Sixth Omnibus

Objection to Claims; and due and proper notice of the Two Hundred Sixty-Sixth

---

[1]       Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed
to such terms in the Two Hundred Sixty-Sixth Omnibus Objection to Claims.

Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the

Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United

States Attorney for the Southern District of New York; (v) the claimants listed on Exhibit

A attached to the Two Hundred Sixty-Sixth Omnibus Objection to Claims; and (vi) all

other parties entitled to notice in accordance with the procedures set forth in the second

amended order entered on June 17, 2010 governing case management and administrative

procedures for these cases [Docket No. 9653]; and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief

sought in the Two Hundred Sixty-Sixth Omnibus Objection to Claims is in the best

interests of LBHI and LBSF, their estates, creditors, and all parties in interest and that the

legal and factual bases set forth in the Two Hundred Sixty-Sixth Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Two Hundred Sixty-Sixth

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1

annexed hereto is hereby modified and allowed in the amount set forth on Exhibit 1 under

the column heading "Modified Amount" and any asserted amount in excess of the

modified amount are disallowed; and it is further

ORDERED that the Plan Administrator has adjourned to April 26, 2012,

at 10:00 a.m. (Prevailing Eastern Time)(or as may be further adjourned by the Plan

Administrator), the Two Hundred Sixty-Sixth Omnibus Objection as to each Valued

Derivative Claim listed on Exhibit 2 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A to the Two Hundred Sixty-Sixth Omnibus Objection to Claims that does not appear on Exhibit 1 or Exhibit 2 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

                                _____
                                UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 266: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BANQUE FINAMA SA C/O BAKER & MCKENZIE LLP ATTN: JOSEPH SAMET 1114 AVE OF THE AMERICAS NEW YORK, NY 10036 | 14059 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $797,594.50* | Lehman Brothers Holdings Inc. | Unsecured | $797,594.50 |
| 2 | BANQUE FINAMA SA C/O BAKER & MCKENZIE LLP ATTN: JOSEPH SAMET & IRA A. REID 1114 AVE OF THE AMERICAS NEW YORK, NY 10036 | 14078 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $797,594.50* | Lehman Brothers Special Financing Inc. | Unsecured | $797,594.50 |
| 3 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32821 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $9,593.33* | Lehman Brothers Holdings Inc. | Unsecured | $19,253.00 |
| | | | | | TOTAL | $1,604,782.33 | | TOTAL | $1,614,442.00 |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 266: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 67855 | 01/25/2012 | Lehman Brothers Holdings Inc. | Unsecured | $6,525,214.25* | Lehman Brothers Holdings Inc. | Unsecured | $524,621.43 |
| 2 | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 67857 | 01/25/2012 | Lehman Brothers Special Financing Inc. | Unsecured | $6,525,214.25* | Lehman Brothers Special Financing Inc. | Unsecured | $524,621.43 |
| | | | | TOTAL | | $13,050,428.50* | | TOTAL | $1,049,242.86 |