STROOCK & STROOCK & LAVAN LLP
Kenneth Pasquale
Matthew G. Garofalo
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Walwilhal Associates, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | : | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
------------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Walwilhal Associates, LLC ("Walwilhal"), a movant and party-in-interest in the above-captioned Chapter 11 bankruptcy cases, by and through its undersigned counsel, hereby withdraws its motion and its supporting declaration and exhibits (the "Motion") to permit Walwilhal Associates, LLC to file, prosecute and obtain judgment on causes of action arising under state law in the Supreme Court of the State of New York, County of New York, against debtor Lehman Brothers Holdings Inc., or its State Court-appointed Receiver filed by the undersigned counsel on November 22, 2011 at Docket Nos. 22575 and 22582.

Dated: March 22, 2012
       New York, New York

                                                STROOCK & STROOCK & LAVAN, LLP

/s/ Kenneth Pasquale
Kenneth Pasquale
Matthew G. Garofalo
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Walwilhal Associates, LLC*