WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
                    Debtors.                :    (Jointly Administered)
                                            :
-------------------------------------------------------------------x
```

## SUPPLEMENTAL ORDER REINSTATING CLAIM

WHEREAS Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed the Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims), dated February 14, 2011, ECF No. 14491 (the "Ninety-Sixth Omnibus Objection to Claims"), against claim number 46436 ("Claim 46436"), which was filed by D.J. De Korte (the "Claimant");

WHEREAS the Ninety-Sixth Omnibus Objection to Claims sought, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedures, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim, ECF No. 6664 (the "Procedures Order"), to disallow and expunge Claim 46436 as duplicative of claim number 45639 (the "Surviving

Claim"), which was filed by J.J.A. Lempers Holding B.V., all as more fully described in the Ninety-Sixth Omnibus Objection to Claims;

WHEREAS the Claimant did not respond formally or informally to the Ninety-Sixth Omnibus Objection to Claims prior to the deadline to respond to such objection, which was March 16, 2012 at 4:00 p.m. (Prevailing Eastern Time);

WHEREAS the Court held a hearing on March 31, 2011 (the "Omnibus Hearing") to consider the relief requested in the Ninety-Sixth Omnibus Objection to Claims;

WHEREAS the Court entered an order on March 31, 2011, ECF No. 15524, granting the relief requested in the Ninety-Sixth Omnibus Objection to Claims (the "Order"), which, among other things, expunged and disallowed Claim 46436 in its entirety;

WHEREAS after entry of the Order and after consultation with the Claimant and representatives of the Claimant, the Claimant and his representatives provided LBHI, as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan Administrator"), with a corrected Euroclear electronic instruction reference number (a "Blocking Number") and other documentation to show the validity and non-duplicative nature of Claim 46436;

WHEREAS upon reviewing the corrected Blocking Number and other documentation, the Plan Administrator determined that Claim 46436 is not duplicative of the Surviving Claim.

**IT IS HEREBY**:

ORDERED that the court-approved claims and noticing agent, Epiq Systems, shall be authorized and directed to immediately reinstate Claim 46436 on the official claims register; and it is further

ORDERED that the Ninety-Sixth Omnibus Objection to Claims is withdrawn as to Claim 46436 without prejudice to the rights of the Plan Administrator to object to Claim 46436 on any grounds in the future; and it is further

ORDERED that the rights of the Plan Administrator and any other party in interest with respect to Claim 46436 are expressly preserved and unaffected by this Supplemental Order; and it is further

ORDERED that other than with respect to Claim 46436, this Supplemental Order shall have no effect whatsoever on any claims subject to the Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Supplemental Order.

Dated: New York, New York
       March 22, 2012

                                            *s/ James M. Peck*
                                            Honorable James M. Peck
                                            United States Bankruptcy Judge