# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 174 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | TAKANO, NAO<br>8080 S. SAN JUAN RANGE RD.<br>LITTLETON, CO 80127 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2543 | $8,122.61 |
| | | | | | TOTAL | $8,122.61 |