# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 137: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | VARDE INVESTMENT PARTNERS, LP TRANSFEROR: BLUEMOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS, MN 55437 | 24946 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,086,788.00 | Lehman Brothers Special Financing Inc. | Unsecured | $975,000.00 |
| 2 | VARDE INVESTMENT PARTNERS, LP TRANSFEROR: BLUEMOUNTAIN TIMBERLINE LTD C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS, MN 55437 | 24945 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,718,758.00 | Lehman Brothers Special Financing Inc. | Unsecured | $5,300,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts         Page 1 of 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 137: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | VARDE INVESTMENT PARTNERS, LP TRANSFEROR: BLUEMOUNTAIN TIMBERLINE LTD C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS, MN 55437 | 24944 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,718,758.00 | Lehman Brothers Holdings Inc. | Unsecured | $5,300.000.00 |
| 4 | VARDE INVESTMENT PARTNERS, LP TRANSFEROR: BLUEMOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS, MN 55437 | 24947 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,086,788.00 | Lehman Brothers Holdings Inc. | Unsecured | $975,000.00 |
| | | | | | TOTAL | $13,611,092.00 | | TOTAL | $12,550,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts