UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
                                            :    (Jointly Administered)
                      Debtors.              :
                                            :
-----------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Holdings Inc. 08-13555 (JMP) |
| **Creditor Name and Address:** | Ruby Finance PLC Series 2006-5 c/o The Bank of New York Mellon-London Branch Attn: Sanjay Jobanputra – Vice President, Global Corporate Trust One Canada Square London E14 5AL England |
| **Court Claim Number:** | 25982 |
| **Date Claim Filed:** | September 21, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., *f/k/a* BNY Corporate Trustee Services Ltd., hereby gives notice of the withdrawal of the above-referenced claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure and it hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: March    , 2012         BNY Mellon Corporate Trustee Services Ltd., *f/k/a*
                               BNY Corporate Trustee Services Ltd.

                               By: _____  Authorised Signatory
                                                           Mark Brescacin
                               Name: Mark Brescacin
                               Title:  Senior Associate

                               One Canada Square
                               London E14 5AL
                               England