# Exhibit 1

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 115: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | GOLDMAN, MICHAEL J<br>17305 ST JAMES COURT<br>BOCA RATON, FL 33496 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26271 | Undetermined |
| | | | | **TOTAL** | | **Undetermined** |

\* - Indicates claim contains unliquidated and/or undetermined amounts