# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 258: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BLECKLEY, BENJAMIN BELL, III<br>11298 SW 139TH ST<br>DUNNELLON, FL 34432 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/07/2011 | 67711 | $4,470.00 |
| 2 | BLECKLEY, JULIA M.<br>11298 SW 139TH ST<br>DUNNELLON, FL 34432 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/07/2011 | 67710 | $4,470.00 |
| 3 | DUSING, ERNIE<br>208 OLD SHARK RIVER ROAD<br>EATONTOWN, NJ 07724 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2011 | 67827 | $4,954.95 |
| 4 | IACONA, FRANCESCO<br>RICHARD-WAGNER STR.48<br>COLOGNE, 51145<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2012 | 67863 | $6,113.00 |
| | | | | | TOTAL | $20,007.95 |

\* - Indicates claim contains unliquidated and/or undetermined amounts