# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 261: EXHIBIT 1 – NO GUARANTEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BANGKO SENTRAL NG PILIPINAS<br>C/0 RICHARD CULL, LEGAL COUNSEL<br>AUGUSTUS ASSET MANAGERS LIMITED<br>12 ST. JAMES'S PLACE<br>LONDON, SW1A 1NX<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25886 | $17,635,462.00 | No Guarantee Claim |
| 2 | HARBOUR CAPITAL ADVISORS INC. FOR OIMRA<br>C/0 RICHARD CULL, LEGAL COUNSEL<br>AUGUSTUS ASSET MANAGERS LIMITED<br>12 ST. JAMES'S PLACE<br>LONDON, SW1A 1NX<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25888 | $476,935.00 | No Guarantee Claim |
| 3 | LEHMAN BROTHERS REAL ESTATE PARTNERS, III L.P.<br>ATTN: RODOLPHO AMBOSS AND JI YEONG CHU<br>1330 AVENUE OF THE AMERICAS<br>12TH FLOOR<br>NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28925 | $14,505,891.62* | No Guarantee Claim |
| 4 | NORTHERN ROCK PLC<br>ATTN: LEGAL SERVICES<br>NORTHERN ROCK HOUSE<br>GOSFORTH<br>NEWCASTLE UPON TYNE, NE3 4PL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18572 | $3,558,606.00* | No Guarantee Claim |
| | | | | | TOTAL | $36,176,894.62 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 261: EXHIBIT 2 – NO GUARANTEE CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | **JUDSON**<br>**ATTN: TIM BEAUREGARD**<br>**2181 AMBLESIDE DRIVE**<br>**CLEVELAND, OH 44106** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 32485 | $434,656.17 | No Guarantee Claim |
| 2 | **LOOMIS STREET, L.L.C.**<br>**TRANSFEROR: GSEF AL NAWRAS (CAYMAN) LIMITED**<br>**C/O ROPES & GRAY LLP**<br>**ATTN: JONATHAN REISMAN**<br>**PRUDENTIAL TOWER**<br>**BOSTON, MA 02199-3600** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 04/07/2010 | 66503 | $15,334,482.67 | No Guarantee Claim |
| | | | | | TOTAL | $15,769,138.84 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 3

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 261: EXHIBIT 3 – NO GUARANTEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | LUTHERAN SENIOR SERVICES<br>1150 HANLEY INDUSTRIAL COURT<br>BRENTWOOD, MO 63144 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23948 | $103,187.74 | No Guarantee Claim |
| 2 | MARINER LDC<br>ATTN: JOHN KELTY<br>C/O MARINER INVESTMENT GROUP, LLC<br>500 MAMARONECK AVENUE, SUITE 101<br>HARRISON, NY 10528 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23764 | $9,116,026.89* | No Guarantee Claim |
| | | | | | TOTAL | $9,219,214.63 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts