# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | DIAMONDBACK MASTER FUND LTD<br>C/O DIAMONDBACK ADVISORS CT, LLC<br>ATTN: J.R. LEDERER<br>ONE LANDMARK SQUARE<br>STAMFORD, CT 06901<br><br>TRANSFERRED TO: WOODERSON PARTNERS, L.L.C.<br>TRANSFEROR: DIAMONDBACK MASTER FUND LTD<br>C/O ROPES & GRAY LLP<br>ATTN: JONATHAN REISMAN<br>PRUDENTIAL TOWER<br>BOSTON, MA 02199-3600 | 26909 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$85,064,488.00*<br><br>$85,064,488.00 |
| 2 | LMA SPC ON BEHALF OF MAP I<br>C/O LIGHTHOUSE INVESTMENT PARTNERS<br>ATTN: DAVID POLLOK<br>3801 PGA BLVD, SUITE 500<br>PALM BEACH GARDENS, FL 33410 | 26895 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$11,359,593.13*<br><br>$11,359,593.13 |
| 3 | STADT SCHWAEBISCH HALL<br>ATTN: MR. UWE GOETZELMANN<br>AM MARKT 4<br>SCHWAEBISCH HALL, DE-74523<br>GERMANY | 27015 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$54,343.76*<br><br>$54,343.76 |
| 4 | TRONOX INCORPORATED ET AL.<br>ATTN: MICHAEL J. FOSTER, VICE PRESIDENT<br>3301 NM 150 ST<br>ORKLAHOMA CITY, OK 73134-2009 | 29768 | 09/22/2009 | Lehman Commercial Paper Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$300,000.00*<br><br>$300,000.00 |
| | | | | | TOTAL | $96,778,424.89 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 136: EXHIBIT 2 – MISCLASSIFIED CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ARROWOOD INDEMNITY COMPANY F/K/A ROYAL INDEMNITY COMPANY CARRUTHERS & ROTH, P.A., C/O JOHN FLYNN 235 N. EDGEWORTH STREET GREENSBORO, NC 27401 | 2076 | 01/28/2009 | Lehman Brothers Holdings Inc. | Secured | $272,238.00 |
| 2 | COTTEN, TIMOTHY A., ET AL. 9543 NORTH SIDE DRIVE OWINGS, MD 20736 | 34313 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | $0.00 $10,000,000.00  $10,000,000.00 |
| 3 | DEPOSITORY TRUST CLEARING CORPORATION AND RELATED ENTITIES 55 WATER STREET, 22ND FLOOR NEW YORK, NY 10041 | 30423 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $0.00 |
| 4 | PJM INTERCONNECTION, LLC SCHNADER HARRISON SEGAL & LEWIS LLP C/O NICHOLAS J. LEPORE, III 1600 MARKET STREET, SUITE 3600 PHILADELPHIA, PA 19103 | 22267 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Unsecured  Subtotal | $18,063,731.74 $0.00  $18,063,731.74 |
| 5 | PSEG ENERGY RESOURCES & TRADE LLC ATTN: SUZANNE M. KLAR, ESQ. 80 PARK PLAZA, T5D NEWARK, NJ 07101 | 15735 | 09/17/2009 | Lehman Brothers Holdings Inc. | Secured | $443,076.00 |
| 6 | TROUT, ROGER C/O SENDER & WASSERMAN, P. C. ATTN: KENNETH J. BUECHLER, ESQ. 1660 LINCOLN STREET, SUITE 2200 DENVER, CO 80264 | 25708 | 09/21/2009 | LB Rose Ranch LLC | Secured | $1,336,938.30* |
| | | | | | TOTAL | $30,115,984.04 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit