# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 263: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 23) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1, IRELAND | 20331 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | Undetermined | Lehman Brothers Special Financing Inc. | Unsecured | $71,035.00 |
| 2 | BANGKO SENTRAL NG PILIPINAS C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON, SW1A 1NX UNITED KINGDOM | 22991 | 09/21/2009 | Lehman Brothers Commercial Corporation | Unsecured | $17,635,462.00 | Lehman Brothers Commercial Corporation | Unsecured | $13,508,621.00 |
| 3 | HARBOUR CAPITAL ADVISORS INC. FOR OIMRA C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON, SW1A 1NX UNITED KINGDOM | 22986 | 09/21/2009 | Lehman Brothers Commercial Corporation | Unsecured | $476,935.00 | Lehman Brothers Commercial Corporation | Unsecured | $372,307.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 263: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | SWISS RE FINANCIAL PRODUCTS CORPORATION TRANSFEROR: SR LATIGO MASTER MA LTD C/O SWISS RE SERVICES LIMITED ATTN: NICHOLAS RAYMOND 30 ST. MARY AXE LONDON, EC3A 8EP UNITED KINGDOM | 40684 | 10/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $13,538.00 | Lehman Brothers Special Financing Inc. | Unsecured | $12,003.55 |
| 5 | SWISS RE FINANCIAL PRODUCTS CORPORATION TRANSFEROR: SR LATIGO MASTER MA LTD C/O SWISS RE SERVICES LIMITED ATTN: NICHOLAS RAYMOND 30 ST. MARY AXE LONDON, EC3A 8EP UNITED KINGDOM | 40685 | 10/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $13,538.00 | Lehman Brothers Holdings Inc. | Unsecured | $12,003.55 |
| | | | | | TOTAL | $18,139,473.00 | | TOTAL | $13,975,970.10 |