# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 259: EXHIBIT 1 - LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMBROSE JR., F JOHN<br>102 GREENFIELD HILL<br>FRANKLIN LAKES, NJ 07417 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/15/2011 | 67727 | $6,944.44 | Late-Filed Claim |
| 2 | AXA BELGIUM<br>ATTN: LEGAL DEPARTMENT<br>BRUSSELSTRAAT, 45<br>ANVERS-ANTWERP, 2018<br>BELGIUM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2010 | 67137 | $9,149,551.00 | Late-Filed Claim |
| 3 | MURRAY, JOHN P. JR.<br>5 TEATICKET CT<br>EAST ROCKAWAY, NY 11518 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/23/2012 | 67852 | $70,000.00 | Late-Filed Claim |
| 4 | SEKAS, GUS N.<br>C/O SEKAS INTERNATIONAL LTD.<br>345  7TH AVE<br>4TH FL<br>NEW YORK, NY 10001 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/24/2012 | 67853 | $37,430.00 | Late-Filed Claim |
| 5 | TANAKA, TRACY<br>30 HILLSIDE AVE<br>CEDAR GROVE, NJ 07009 | | Lehman No Case Asserted/All Cases Asserted | 01/05/2012 | 67837 | $15,692.30 | Late-Filed Claim |
| 6 | WALTER, PETER AND SYLVIA<br>SCHWABENSTR. 17<br>BIESSENHOFEN, 87640<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/12/2011 | 67790 | $71,005.00 | Late-Filed Claim |
| | | | | | TOTAL | $9,350,622.74 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 259: EXHIBIT 2 - LATE-FILED CLAIMS – ADJOURNED OBJECTION

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | STEELE, ANNA M. (EDWARD JONES INVESTMENT) 794 CLIFF ST. LANDER, WY 82520 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/13/2011 | 67787 | $18,000.00 | Late-Filed Claim |
| | | | | | TOTAL | $18,000.00 | |