# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ABDINI, ANTOINE<br>32 ST JAMES GDNS<br>LONDON, W11 4RF<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24402 | Undetermined |
| 2 | ACKERS, CLIFFORD B<br>40 PEAR TREE POINT ROAD<br>DARIEN, CT 06820 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/02/2009 | 10094 | $459,000.00 |
| 3 | ALKILANY, SAM<br>530 47 STREET<br>BROOKLYN, NY 11220 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30006 | Undetermined |
| 4 | ALLY, KAMRU Z.<br>82-27 262ND STREET<br>FLORAL PARK, NY 11004 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14311 | $100,535.37 |
| 5 | ALTIDOR, FRITZNER L<br>514 UNION ST<br>LINDEN, NJ 07036 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29273 | $7,600.00 |
| 6 | AMANO, KENNETH Y<br>293 E SADDLE RIVER RD<br>UPPER SADDLE RIVER, NJ 07458 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28266 | Undetermined |
| 7 | ANDERSON, PATRICIA L.<br>330 E 83RD STREET APT 4A<br>NEW YORK, NY 10028 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20227 | Undetermined |
| 8 | ANDRUS, GEORGE ALDIAN III<br>29 WYCKLOW DR<br>ROBBINSVILLE, NJ 08691-1204 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28344 | $4,004.00 |
| 9 | ARAMAYO, LUIS<br>6038 HIGHLAND PL.<br>WEST NEW YORK, NJ 07093 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29297 | $4,500.00 |
| 10 | ARNAUDY, ANTHONY J.<br>21 SOUTH BAY ROAD, HOUSE E<br>REPULSE BAY,<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23987 | $319,259.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 11 | AUSTIN, RICHARD J LYGON COTTAGE BUTE AVENUE PETERSHAM,SURREY, TW10 7AX UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15530 | $30,000.00 |
| 12 | AUSTIN, RICHARD J LYGON COTTAGE BUTE AVENUE ICHMOND SURREY TW107AX UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15531 | $20,000.00 |
| 13 | BAILEY, ALLYSON V 27 OAK AVENUE WEST ORANGE, NJ 07052 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12239 | Undetermined |
| 14 | BARBUZZA, SALVATORE V 3802 BEECHWOOD PLACE SEAFORD, NY 11783-2021 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31195 | $7,800.00 |
| 15 | BARBUZZA, SALVATORE V. 3802 BEECHWOOD PLACE SEAFORD, NY 11783 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31879 | $6,500.00 |
| 16 | BELLO, ANGELO 54 MIDLAND ROAD STATEN ISLAND, NY 10308 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 33036 | Undetermined |
| 17 | BERCUN, MATIAS 215 W 91ST ST APT 23 NEW YORK, NY 10024-1334 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13027 | $10,950.00 |
| 18 | BERNATH, RYAN J. 25325 BOWIE CT STEVENSON RNH, CA 91381-1611 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/10/2009 | 7790 | $25,000.00 |
| 19 | BERRY, CHARLENE 19 SUDBURY RD MORGANVILLE, NJ 07751 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25470 | $10,331.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 20 | BESS, DONNA E<br>1777 GRAND CONCOURSE #4E<br>BRONX, NY 10453 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26342 | $4,199.00 |
| 21 | BESS, DONNA E.<br>1777 GRAND CONCOURSE<br># 4E<br>BRONX, NY 10453 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26415 | $1,633.26 |
| 22 | BISESI, BRIAN J.<br>115 OLD STUDIO RD.<br>NEW CANAAN, CT 06840 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10695 | $25,000.00* |
| 23 | BLUMENTHAL, ANDREW<br>330 E 83RD STREET, APT LJ<br>NEW YORK, NY 10028 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25192 | $10,000.00 |
| 24 | BOLTON, JEFFREY<br>14 E 75TH ST # 8A<br>NEW YORK, NY 100212625 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23783 | Undetermined |
| 25 | BRAHMBHATT, PARTH<br>8345 BROADWAY APT 405<br>ELMHURST, NY 11373 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27493 | $1,365.00 |
| 26 | BRENNAN, LUKE<br>37 CENTRAL DRIVE<br>BRONXVILLE, NY 10708 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 12725 | $8,765.23 |
| 27 | BRISCO, MARILYN<br>920 TRINITY AVENUE<br>APARTMENT 9D<br>BRONX, NY 10456 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5784 | $10,950.00 |
| 28 | BUFFA, THOMAS<br>21 APPLE GROVE DRIVE<br>HOLMDEL, NJ 07733 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28016 | $362,357.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 29 | BYRNE, KELLY E. 193 CLINTON AVE. APT. 8B BROOKLYN, NY 11205 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 29528 | $10,950.00 |
| 30 | BYRNE, JAMES J. P.O. BOX 353411 PALM COAST, FL 32135-3411 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/21/2009 | 5835 | $480.00* |
| 31 | CABANNE, CHRISTIAN CLOS DU PETIT PRINCE ANNECY-LE-VIEUX, 74940 FRANCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32228 | $3,897.90 |
| 32 | CALDERON, CRAIG 261 SEAMAN AVE APT 1F NEW YORK, NY 10034-6136 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15544 | $5,300.00 |
| 33 | CANARAS, PERRY 1020 WARBURTON AVE APT 6D YONKERS, NY 10701 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28711 | Undetermined |
| 34 | CHAN, WING MI 2 MACIOROWSKI ROAD PARLIN, NJ 08859 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32074 | $3,326.92 |
| 35 | CHEN, CHIEN-HUA 1ST AUSTIN RD. WEST THE ARCH MOON TOWER 50D HONG KONG, CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24380 | $6,000.00 |
| 36 | CHU-FONG, FRANCOIS 578 60TH STREET BROOKLYN, NY 11220 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17409 | $6,000.00 |
| 37 | CHU-FONG, FRANCOIS 578 60TH STREET BROOKLYN, NY 11220-4016 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17415 | $31,500.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 38 | CHUNG, ARLENE<br>C/O NEUBERGER BERMAN LLC<br>605 THIRD AVE<br>NEW YORK, NY 10158 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30474 | Undetermined |
| 39 | CIRAOLA, ROBERT<br>798 ANNANDALE ROAD<br>STATEN ISLAND, NY 10312 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 23835 | $5,000.00 |
| 40 | COHEN, JONATHAN<br>75 BRAMBLE BROOK ROAD<br>ARDSLEY, NY 10502 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28673 | $6,731.00 |
| 41 | COHEN, JONATHAN<br>75 BRAMBLE BROOK ROAD<br>ARDSLEY, NY 10502 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29203 | Undetermined |
| 42 | COLLINS III, JOSEPH F.<br>121 GLEN ARDEN DRIVE<br>FAIRFIELD, CT 06824 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 19083 | Undetermined |
| 43 | CONWAY, JULIETTE<br>9130 AVENUE M<br>BROOKLYN, NY 11236 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27510 | $1,831.00 |
| 44 | CORBETT, GERARD W<br>14 BEECH ROAD<br>REIGATE, SURREY, RH2 9LR<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24110 | $88,346.00 |
| 45 | CUPELES NIEVES, HILDA N<br>8 GARMANY PLACE<br>YONKERS, NY 10710-5105 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29287 | $105,911.00 |
| 46 | CUPELES NIEVES, HILDA N.<br>8 GARMANY PLACE<br>YONKERS, NY 10710 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26426 | $2,163.00 |
| 47 | DALTON, MATTHEW P.<br>115 SAN RAFAEL WAY<br>SAN FRANCISCO, CA 94127 | | Lehman No Case Asserted/All Cases Asserted | 09/03/2009 | 10284 | $7,307.69 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 48 | DANNENBAUM, KARL H 4 DOURO PLACE VICTORIA ROAD LONDON, GT LON, W8 5PH UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26590 | Undetermined |
| 49 | DELA ROSA, ANGELA 375 UPPER MOUNTAIN AVE MONTCLAIR, NJ 07043 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 34238 | $10,950.00 |
| 50 | DELEO, RUTH R. 86-23 89TH ST WOODHAVEN, NY 11421 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13567 | $6,767.00 |
| 51 | DEODAT,VIVEKANAND 94-15 113TH STREET RICHMOND HILL, NY 11419 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/11/2009 | 7997 | $90,240.46 |
| 52 | DODGE, KEVIN W. 2217 IVAN ST APT 1401 DALLAS, TX 75201-1096 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18099 | $11,538.46 |
| 53 | DOMENICI, DIANE 414 WEST 54TH ST. PH-A NEW YORK, NY 10019 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13926 | Undetermined |
| 54 | DREYER, JERALD WAYNE 9797 MAYFAIR STREET # B ENGLEWOOD, CO 80112 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 67862 | $10,104.39 |
| 55 | DWYER, JAMES 443 95TH STREET - APT # B3 BROOKLYN, NY 11209 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17046 | Undetermined |
| 56 | FAUCHEUX, LUC 5 STURGES HOLLOW WESTPORT, CT 06880 | | Lehman No Case Asserted/All Cases Asserted | 08/28/2009 | 9612 | $10,950.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 57 | FEELY, ALEJANDRO<br>229 W 60TH STREET<br># 4Q<br>NEW YORK, NY 10024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15720 | $10,950.00 |
| 58 | FEIBUS, CLIFFORD<br>5 IVY CT<br>BROOKVILLE, NY 11545 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27236 | $283,366.00 |
| 59 | FERNANDEZ, JEFFREY<br>17 EAST 67TH STREET<br>APT 5A<br>NEW YORK, NY 10065 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/25/2009 | 35014 | $27,198.02 |
| 60 | FERRAIOLI, PAUL<br>25 LLOYD ROAD<br>HO HO KUS, NJ 07423 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15559 | $19,500.00 |
| 61 | FINKEL, SETH J<br>6 EAST HILL COURT<br>TENAFLY, NJ 07670 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18083 | $20,000.00 |
| 62 | FISCELLA, LOUIS<br>5085 ADRIANA COURT<br>CENTER VALLEY, PA 18034 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30401 | Undetermined |
| 63 | FLETCHER, DANIEL J.<br>12 FRIAR TUCK COURT<br>WARREN, NJ 07059-6755 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28594 | $10,950.00 |
| 64 | FURLONG, JOHN P<br>274 ST PAUL'S ROAD<br>ISLINGTON<br>LONDON, GT LON, N12LJ<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 08/13/2009 | 8230 | $45,000.00 |
| 65 | GABBAY, MARK<br>HOUSE 11<br>51-55 DEEP WATER BAY ROAD<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11076 | $1,339,997.74 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|------|-------------|-------------|------------|---------|---------------------|
| 66 | GATTUSO, MARY F.<br>531 MAIN STREET. APT 222<br>NEW YORK, NY 10044 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18320 | Undetermined |
| 67 | GAY, PAUL<br>86 CLAYGATE LANE<br>HINCHLEY WOOD<br>ESHER<br>SURREY, KT10 0BJ<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31128 | $64,000.00 |
| 68 | GAYLORD, JENNIFER<br>200 WEST 79TH ST, APT 10B<br>NEW YORK, NY 10024 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32087 | $6,000.00 |
| 69 | GERAGHTY, RONALD J.<br>17 BRANDYWINE LANE<br>COLTS NECK, NJ 07722 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17077 | $10,950.00 |
| 70 | GIOVANELLI, CORRADO<br>VIA G B VICO 8<br>MILAN, MI 20123<br>ITALY | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 14299 | $54,519.00 |
| 71 | GLENN, RICHARD<br>1A UNDERWOOD STREET<br>ISLINGTON<br>LONDON, N1 7LY<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25275 | $10,950.00 |
| 72 | GRANCHI, SOPHIE<br>19 ELVASTON PLACE<br>LONDON, SW7 5QF<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22916 | $500,000.00 |
| 73 | GREENGROVE, KEITH<br>FLAT 22, FIRST FLOOR, HARMONY COURT<br>20-22 TAI HANG ROAD, JARDINE'S LOOKOUT<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22929 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 74 | GUTHEIL, DAVID<br>204 S VALLEY RD<br>PAOLI, PA 19301-1911 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25483 | $76,264.00 |
| 75 | GUTIERREZ, ESPERANZA<br>820 SIMMONS AVENUE<br>MONTEBELLO, CA 90640 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 07/30/2009 | 6722 | Undetermined |
| 76 | HALL, PETER<br>1 VAN RENSSELAER AVE<br>STAMFORD, CT 06902-8018 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30356 | $750,000.00 |
| 77 | HAYDON, RICHARD L.<br>168 COTTAGE PLACE<br>RIDGEWOOD, NJ 07450 | | Lehman No Case Asserted/All Cases Asserted | 08/28/2009 | 9669 | $3,215,828.00 |
| 78 | HAZO, TIMOTHY D.<br>9 WASHINGTON STREET<br>NEWBURYPORT, MA 01950 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18652 | Undetermined |
| 79 | HELLMANN, BRIAN<br>94 SHADYSIDE AVENUE<br>PORT WASHINGTON, NY 11050 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 13121 | $304,281.00 |
| 80 | HIRD-HAUGHTON, MARJORIE M.<br>6 DONALD COURT<br>ELMONT, NY 11003 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6192 | Undetermined |
| 81 | HOLLAND, LORRAINE L.<br>3300 N. LAKE SHORE DR.<br>APARTMENT 7A<br>CHICAGO, IL 60657 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31270 | $323,197.00 |
| 82 | ICHARD, LAURENT<br>115 LAUDERDALE ROAD<br>LONDON, W9 1LY<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22914 | $1,000,000.00 |
| 83 | INFANTE, ELVIS<br>507 VAN BUREN ST<br>BROOKLYN, NY 11221 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30054 | $26,250.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 84 | INFANTE, ELVIS 507 VAN BUREN ST BROOKLYN, NY 11221 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30055 | $4,800.00 |
| 85 | JOHNSON JR., ANDREW A 544 LINDEN AVE OAK PARK, IL 60302 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24405 | Undetermined |
| 86 | JOHNSON, DANIEL S. 294 N. MOUNTAIN AVENUE MONTCLAIR, NJ 07043 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28345 | $6,346.15 |
| 87 | JONES, GREGORY D. 440 E 62ND ST APT 4G NEW YORK, NY 100638342 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 29529 | $10,950.00 |
| 88 | KELLY, JOHN J 2531 DRAMMEN PLACE RICHMOND, VA 23233 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11228 | $344.13* |
| 89 | KERRANE, BRIAN 29 REDWOOD ROAD NEW HYDE PARK, NY 11040 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30028 | $7,750.00 |
| 90 | KIEHL, KAREN 294 GARFIELD PLACE BROOKLYN, NY 11215 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18350 | $1,842.06 |
| 91 | KING, ANTHONY 46 RAVENSFIELD GARDENS STONELEIGH EPSOM, KT19 0SR UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15668 | $17,371.41 |
| 92 | KLANG, LINDA 21 MONROE STREET LYNBROOK, NY 11563 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26414 | $8,653.85 |
| 93 | KLAR, GREGORY L. 63 EAST 9TH ST., APT. 7P NEW YORK, NY 10003 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 26565 | $17,182.83 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 94 | KLEIN, JOSEPH<br>5457 STATE ROAD 83<br>HARTLAND, WI 53029-8895 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15394 | $26,620.83 |
| 95 | KOFMAN, ANDREW S.<br>C/O AMERICAN PACKAGE CO.<br>226 FRANKLIN STREET<br>BROOKLYN, NY 11222-1382 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 07/13/2009 | 5281 | $62,298.00 |
| 96 | KOMAROMY, LUCY<br>38 SHEPHERDS LANE<br>CAVERSHAM<br>READING<br>, RG4 7JL<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31660 | $245.42 |
| 97 | KONHEIM, SETH L.<br>10 LYNDALE PARK<br>WESTPORT, CT 069801228 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17411 | $70,000.00 |
| 98 | KORZENKO, MICHAEL K<br>32 SEVILLE LN<br>STONY BROOK, NY 11790-3331 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17056 | Undetermined |
| 99 | KROFT, HOLLY NEWMAN<br>169 EAST 69TH STREET, APT 4D<br>NEW YORK, NY 10021 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28547 | Undetermined |
| 100 | LE COZ, FRANCK<br>13 AVENUE HECTOR BERLIOZ<br>44<br>SAINT NAZAIRE, 44600<br>FRANCE | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15674 | $8,297.00 |
| 101 | LEUNG, PHILIP I<br>20 CONFUCIUS PLAZA APT. 40G<br>NEW YORK, NY 10002 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27558 | $88,800.00* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 102 | LI, XIU WEN<br>50-48 208 STREET<br>BAYSIDE, NY 11364 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17083 | Undetermined |
| 103 | LUONG, HIEN<br>17 TYERS TERRACE<br>LONDON, SE11 5LZ<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25646 | $10,598.00 |
| 104 | MAGGIACOMO, ALAN B.<br>5 HAWTHORN DRIVE<br>PLAINSBORO, NJ 08536 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23889 | $86,125.00 |
| 105 | MANDELBLATT, GARY<br>730 LAWRENCE AVENUE<br>WESTFIELD, NJ 07090 | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12173 | $4,000.00 |
| 106 | MARAN, ELENA<br>VIA SABBIONERA 149F<br>LATISANA<br>LATISANA, UD 33053<br>ITALY | | Lehman No Case Asserted/All Cases Asserted | 08/03/2009 | 7149 | $900.00* |
| 107 | MARDEL, SIMON<br>HERONS<br>HERONS LANE<br>FYFIELD - ESSEX, CMS ORQ<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25645 | $400,000.00 |
| 108 | MAUGHAN, KELLY<br>605 THIRD AVENUE, 22ND FLOOR<br>NEW YORK, NY 10158 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25138 | Undetermined |
| 109 | MCCORMICK, JAMES<br>5 MALLORD STREET<br>LONDON, SW3 2 JB<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18743 | $150,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 110 | MCDONAGH, CHRISTOPHER W<br>124 STONEBRIDGE ROAD<br>MONTCLAIR, NJ 07042-1635 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30564 | $1,152,597.29 |
| 111 | MCDONAGH, THEODORE W<br>902 HIGHLAND AVENUE<br>WESTFIELD, NJ 07090 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30565 | $500,000.00 |
| 112 | MERMELSHTEYN, ANTON<br>727 OCEANVIEW AVE, APT A2<br>BROOKLYN, NY 11235 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27464 | $3,846.00 |
| 113 | MIKHAIL, REDA<br>319 ABINGDON AVENUE<br>STATEN ISLAND, NY 10308 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32221 | $11,252.00 |
| 114 | MILLER, JAMES W. JR.<br>353 WEST 44TH STREET APT 3B<br>NEW YORK, NY 10036 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28091 | Undetermined |
| 115 | MINHAS, RAJVINDER<br>82 TYCEHURST HILL<br>LOUGHTON<br>ESSEX, IG10 1DA<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22917 | $300,000.00 |
| 116 | MIRALLA, LINDA<br>8 MCKIBBIN CT<br>BROOKLYN, NY 11206 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17049 | Undetermined |
| 117 | MITSUDA, ALEXANDER<br>513 17TH STREET # 1L<br>BROOKLYN, NY 11215 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41766 | $14,000.00 |
| 118 | MOHN, LARS<br>FLAT 4<br>141 A KENSINGTON HIGH STREET<br>LONDON, W86SU<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6215 | $20,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 119 | MORRISON, E. VICTORIA<br>3912 ALCAZAR DR.<br>CASTLE ROCK, CO 80109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2372 | $346.40* |
| 120 | MORRISON, JAMES C.<br>81 TULIP LANE<br>COLTS NECK, NJ 07722 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28721 | $90,000.00 |
| 121 | MURPHY, CIARAN<br>810 SNOWHILL CT<br>GLEN ELLYN, IL 60137 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30767 | $6,900.00 |
| 122 | MURPHY, PATRICIA A.<br>71 HAYES STREET<br>GARDEN CITY, NY 11530 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17260 | $5,000.00 |
| 123 | MURPHY, ROBERT BLAKE<br>59 IRWIN PLACE<br>HUNTINGTON, NY 11743 | | Lehman No Case Asserted/All Cases Asserted | 08/10/2009 | 7810 | $10,000.00 |
| 124 | MYASKOVSKIY, ANATOLI<br>208A RICHMOND HILL RD<br>STATEN ISLAND, NY 10314-5988 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17086 | Undetermined |
| 125 | NACKENSON, RICHARD<br>254 EAST 68TH STREET # 31D<br>NEW YORK, NY 10065 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19375 | $630,000.00 |
| 126 | NASSIF, ZEINA<br>68 CORNWELL GARDENS<br>LONDON, SW7 4BA<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22915 | $300,000.00 |
| 127 | NESSER, LEE<br>9 EXETER ROAD<br>SHORT HILLS, NJ 07078 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 34267 | $93,750.00 |
| 128 | NOLAN JR,THOMAS P<br>76 POINT LOOKOUT<br>MILFORD, CT 06460 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27740 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 129 | NOLAN JR,THOMAS P<br>76 POINT LOOKOUT<br>MILFORD, CT 06460 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27741 | $1,800,000.00 |
| 130 | O'CONNOR, JOHN J.<br>257 ANDOVER STREET<br>LOWELL, MA 01852 | | Lehman No Case Asserted/All Cases Asserted | 07/16/2009 | 5457 | $10,950.00 |
| 131 | O'SULLIVAN, MARK<br>19 NASSAU RD<br>MONTCLAIR, NJ 07043 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18816 | $13,893.00 |
| 132 | OLSEN, ROBERT T.<br>7101 SHORE ROAD<br>APT. 5H<br>BROOKLYN, NY 11209 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27497 | $71,454.00 |
| 133 | OOKA, TAMIKO<br>HOMAT WISTARIA #402<br>1-1-26, MINAMI AZABU<br>13<br>MINATO-KU, 1060047<br>JAPAN | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25057 | $591,257.42 |
| 134 | OU-YANG, HUI<br>3-6-9-202<br>MOTOAZABUKAN, MOTOAZABU<br>MINATO-KU, 13 106-0046<br>JAPAN | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24379 | $493,950.00 |
| 135 | PANIKAR, VINOD<br>A/302, RUNWAZ HEIGHTS, LBS MARQ<br>MULUND (WEST)<br>MUMBAI, 400080<br>INDIA | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25638 | $12,611.00 |
| 136 | PAPPAS, MARIA<br>16 N. CHATSWORTH AVE<br>APT 512<br>LARCHMONT, NY 10538 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23781 | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 137 | PARKER, DEBORAH A<br>1902 LYNTON CIRCLE<br>WELLINGTON, FL 33414 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26098 | $692.31 |
| 138 | PASTRANA, EVELIO D.<br>114 E 37TH ST<br>APT 4B<br>NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32043 | $5,000.00 |
| 139 | PATEL, NISHA<br>292 BROOKFIELD DR<br>JACKSON, NJ 08527 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17090 | Undetermined |
| 140 | PATRICIA YANEZ, MARIA<br>946 FRANKLIN AVENUE<br>FRANKLIN LAKES, NJ 07417 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25174 | Undetermined |
| 141 | PERRI, SUZANNE<br>NOB HILL CONDOMINIUMS<br>34 RICHMOND BOULEVARD<br>UNIT 1A<br>RONKONKOMA, NY 11779 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25320 | $70,200.00 |
| 142 | PERRI, SUZANNE<br>NOB HILL CONDOMINIUMS<br>34 RICHMOND BOULEVARD<br>UNIT 1A<br>RONKONKOMA, NY 11779 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25321 | $42,019.00 |
| 143 | PHILLIP, VANDA M.<br>2950-52 WEST 35TH STREET<br>APARTMENT 101<br>BROOKLYN, NY 11224 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30773 | $10,950.00 |
| 144 | POPE, CAROLYN J.<br>104 HILLCREST<br>RICHMOND, TX 77469 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/19/2009 | 19524 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 145 | POTSIOS, ANDREA M<br>VIA APPIANI, 19<br>MILAN, 20121<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18738 | $4,836,246.41 |
| 146 | QUINN, BRYAN E.<br>1153 BRIANS WAY<br>WAYNE, PA 19087-2239 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29928 | Undetermined |
| 147 | QUISMORIO, JAMES P.<br>FLAT H, 39/F, TOWER 1<br>89 POKFULAM ROAD<br>HONG KONG,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6203 | $22,432.00 |
| 148 | RANDAZZO, PHILIP A.<br>2171 BAYRIDGE AVE<br>BROOKLYN, NY 11204 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17047 | Undetermined |
| 149 | REBOZO, MARISELA<br>82 KING STREET<br>KEARNY, NJ 07032 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17060 | $0.00 |
| 150 | REGAZZI, THOMAS<br>36 COVERT PLACE<br>STEWART MANOR, NY 11530 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13026 | $10,950.00 |
| 151 | ROBINSON, REYNE L.<br>583 WEBSTER AVENUE<br>NEW ROCHELLE, NY 10801 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18091 | Undetermined |
| 152 | ROCHA, JOANA P.<br>605 THIRD AVEUNE, 22ND FLOOR<br>NEW YORK, NY 10158 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25135 | Undetermined |
| 153 | ROGERS, THOMAS<br>119 BRIGHTON ROAD<br>CLIFTON, NJ 07012 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17255 | $1,050.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 154 | ROMAN, HECTOR D. 9 WILLOW POND LANE MILLER PLACE, NY 11764 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25665 | $0.00 |
| 155 | ROSEN, LEONARD G. 64 PINKAS STREET APARTMENT 153 TEL AVIV, 62157 ISRAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33640 | $1,441,404.67 |
| 156 | ROSENBLATT, DANIEL H. 445 LAFAYETTE STREET APT 11B NEW YORK, NY 10003-7021 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28599 | $10,950.00 |
| 157 | ROWE, DOUGLAS B. 423 ESSEX RD KENILWORTH, IL 60043 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33189 | $1,500,000.00 |
| 158 | RUBINSTEIN, MARC 12B BABINGTON HOUSE 5 BABINGTON PATH H MIDLEVELS HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11501 | $125,000.00 |
| 159 | SARACENI, MICHAEL 299 WEST 12TH STREET, PHA NEW YORK, NY 10014 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 14969 | $36,271.00 |
| 160 | SARDINA, LAUREN 880 LOMBARD STREET SAN FRANCISCO, CA 94133 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31090 | $70,000.00 |
| 161 | SCHULBERG, DEAN H. 9 BOURNE ROAD BUSHEY, HERTS, WD233NH UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 19817 | $1,000,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 162 | SCHULTZ, KEITH<br>55 RIVER WALK PLACE<br>APT 409<br>WEST NEW YORK, NJ 07093 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22003 | $19,273.97 |
| 163 | SCHUPF, HENRI AXEL<br>1021 PARK AVE., #9A<br>NEW YORK, NY | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31176 | $639,868.00 |
| 164 | SESHASAYEE, AADIT<br>C/O SANGINI SHROFF<br>21D BRANKSOME GRANDE<br>3 TECGUNTER PATH, MID LEVELS<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 07/06/2009 | 5132 | $199,108.28 |
| 165 | SGRO, MICHAEL<br>1151 76TH STREET<br>BROOKLYN, NY 11228 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/03/2009 | 10218 | $9,080.58 |
| 166 | SHANAHAN, JOHN J.<br>7 SPRINGVALE RD<br>CROTON ON HUDSON, NY 10520 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30687 | $8,654.00 |
| 167 | SHAUGHNESSY, JOHN C<br>11 BUTLER HILL ROAD NORTH<br>SOMERS, NY 10589-2410 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/07/2011 | 67713 | $6,346.15 |
| 168 | SHAVEL, GREG<br>339 E 22ND ST, APT 10<br>NEW YORK, NY 10010 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15281 | $7,916.00 |
| 169 | SHERER, MONICA<br>44 WEST 62ND ST<br>APT 9E<br>NEW YORK, NY 10023 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32042 | $74,099.26* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 170 | SHEVADE, AMIT A1301 CHAMUNDA HERITAGE BEHIND JEEVAN VIKAS HOSP. ANDHERI C. (EAST) 400069 MUMBAI, INDIA | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25764 | $6,162.40 |
| 171 | SHIGEKAWA, STEVE 605 THIRD AVENUE, 39TH FLOOR NEW YORK, NY 10158 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28382 | $110,422.00 |
| 172 | SIDHU, LUVLEEN 5 CHARDONNAY CIRCLE MOHNTON, PA 19540 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26586 | $1,609.54 |
| 173 | SLATTERY, RYAN GORDON 5509 E BRIARWOOD CIRCLE CENTENNIAL, CO 80122 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2377 | $792.70* |
| 174 | SMITH, GREGORY A 480 WILLOW RD WINNETKA, IL 60093 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/24/2009 | 9030 | Undetermined |
| 175 | SMITH, JAMES P. 50 CAMBRIDGE DR SHORT HILLS, NJ 07078 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32532 | $10,950.00 |
| 176 | SOLMONSON, LESLIE 1016 FIFTH AVENUE NEW YORK, NY 10028 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28447 | Undetermined |
| 177 | SOODKEO, INDRA 2913 FOSTER AVE., APT# 2A BROOKLYN, NY 11210 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17088 | Undetermined |
| 178 | SPIEGEL, MICHAEL H. 630 MEEHAN AVE FAR ROCKAWAY, NY 11691 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 21342 | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 179 | STEFANONI, ANTHONY M<br>405 W. 23RD STREET<br>APARTMENT 5G<br>NEW YORK, NY 10011-1459 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40878 | $2,019.23 |
| 180 | STEINBERG, MARC<br>207 E 74TH ST APT 7F<br>NEW YORK, NY 10021-3343 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 21892 | Undetermined |
| 181 | STONE, DEBRA L<br>177 CONTINENTAL AVENUE<br>RIVER EDGE, NJ 07661-2217 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27960 | $4,038.46 |
| 182 | TALBOT, BRIAN<br>15 CATHEDRAL AVE<br>GARDEN CITY, NY 11530 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25134 | Undetermined |
| 183 | TANG, NORAH N<br>100 BEEKMAN ST #14L<br>NEW YORK, NY 10038 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26339 | $6,120.00 |
| 184 | TANG, NORAH N.<br>100 BEEKMAN ST., # 14L<br>NEW YORK, NY 10038 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26417 | $6,978.43 |
| 185 | TERZIS, JOHN<br>15 REVERE<br>RIVERSIDE, CT 06878 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28267 | Undetermined |
| 186 | TIPPING, CRAIG<br>52 A, LESSOR AVENUE<br>LONDON, SW4 9HQ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32749 | $200,000.00 |
| 187 | TOLMAN, MARC<br>7927 OAKSTONE CT<br>ORLANDO, FL 32822-6990 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31990 | $11,000.00 |
| 188 | TOOLAN, PETER G.<br>28 JOSS WAY<br>MILLINGTON, NJ 07946 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/23/2009 | 2961 | $35,141.19 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 189 | TRAVERSA, ROBERT<br>85 RIVER STREET<br>SLEEPY HOLLOW, NY 10591 | | Lehman No Case Asserted/All Cases Asserted | 08/31/2009 | 9878 | $225,926.00 |
| 190 | TRIOLO, JOHN G.<br>1228 FLOWER LANE<br>WANTAGH, NY 11793 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28728 | $16,826.92 |
| 191 | TULSI, SHANE<br>6402 C 192ND ST APT 1B<br>FRESH MEADOWS, NY 113653935 | | Lehman No Case Asserted/All Cases Asserted | 07/23/2009 | 5574 | $10,000.00 |
| 192 | VACCARO, LAUREN<br>70 INDALE AVENUE<br>STATEN ISLAND, NY 10309 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29075 | Undetermined |
| 193 | VISCONTI, CHRISTOPHER<br>1006 PRIMROSE AVE<br>STROUDSBURG, PA 18360 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10549 | Undetermined |
| 194 | WELCH, COLIN S. A.<br>26 HAMILTON GARDENS<br>ST. JOHN'S WOOD, NW8 9PU<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13289 | $185,395.00 |
| 195 | WHEELER, KEITH A.<br>13 PALOMINO CIRCLE<br>NOVATO, CA 94947 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24174 | $10,000.00 |
| 196 | WHEELER, MATTHEW<br>THE CEDARS<br>DIPPENHALL STREET<br>FARNHAM, SURREY, ENGLAND,<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25871 | $1,680,000.00 |
| 197 | WITOVER, M. KENNETH<br>12 SABINE ROAD<br>SYOSSET, NY 11791 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32329 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 198 | WRIGHT, MICHELLE MARIE 23 ENDLESHAM ROAD FLAT 2 BALHAM LONDON, SW12 8JX UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25361 | $3,800.00 |
| 199 | XIE, YONG 25 CASTLE MILLS OXFORD, OX1 1AD UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12289 | $2,871.05 |
| 200 | YAGHOUTIEZ, HOOMAN 100 CUTTERMILL RD # 5J GREAT NECK, NY 11021 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23871 | Undetermined |
| 201 | YANG, WOO R. 16 POINTE VIEW PL S SAN FRAN, CA 94080-1671 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15439 | $3,653.85 |
| 202 | ZAMEER, KHAN H. 25-GREEN ACRES AVENUE EAST BRUNSWICK, NJ 08816 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30754 | $68,923.54 |
| | | | | | TOTAL | $29,819,318.28 |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 254: EXHIBIT 2 - RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BELLANTONI, JOHN P<br>54 BLOOMER RD<br>BREWSTER, NY 10509 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19382 | $3,162.29 |
| 2 | BLYZNAK, ULANA<br>138 SECOND AVENUE<br>NEW YORK, NY 10003 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/21/2009 | 5790 | $16,000.00 |
| 3 | GRECO, LORRAINE<br>1401 MICHAEL PL.<br>BAYSIDE, NY 11360 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18327 | $4,000.00 |
| 4 | LEE, MICHAEL<br>47 AMAGANSETT DRIVE<br>MORGANVILLE, NJ 07751 | | Lehman No Case Asserted/All Cases Asserted | 08/13/2009 | 8183 | $1,152.99 |
| 5 | MOCANASU, CLAUDIA M<br>38 COLE COURT<br>DUMONT, NJ 07628 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 12936 | $2,143.31 |
| 6 | SMITH, CHRISTINE<br>154 EAST 29TH STREET<br>APT 4D<br>NEW YORK, NY 10016 | | Lehman No Case Asserted/All Cases Asserted | 08/31/2009 | 9896 | $8,682.50 |
| 7 | TAYLOR, CAROLYN L.<br>10 DOGWOOD CIRCLE<br>MATAWAN, NJ 07747 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/21/2009 | 8887 | $26,110.90 |
| 8 | TRELLES, CAESAR A.<br>4 FIRETHORNE ROAD<br>OLD BRIDGE, NJ 08857 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7309 | $9,186.36 |
| | | | | | TOTAL | $70,438.35 |

# EXHIBIT 3

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 254: EXHIBIT 3 - CLAIMS TO BE RECLASSIFIED TO EQUITY AND/OR DISALLOWED

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | JARBOE, CATHY ANNE<br>10751 OLD LEITCHFIELD RD<br>WHITESVILLE, KY 42378-9512 | Lehman Brothers Holdings Inc. | 07/29/2009 | 6649 | $222,672.48 | $33,993.32 | $188,679.16 |
| 2 | MEYER, NIAMH<br>44 OAKLEIGH AVENUE<br>LONDON, GT LON, KT6 7PX<br>UNITED KINGDOM | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 11580 | $8,952.17 | $8,952.17* | Undetermined |
| 3 | RAMADAN, ZAKY S.<br>PO BOX 750134<br>FOREST HILLS, NY 11375 | Lehman No Case Asserted/All Cases Asserted | 09/19/2009 | 19508 | $102,239.00 | $84,272.01 | $17,966.99 |
| 4 | SCHAEFER, SHEILA M.<br>117 WEST BAYBERRY ROAD<br>ISLIP, NY 11751 | Lehman Brothers Holdings Inc. | 09/22/2009 | 31876 | Undetermined | Undetermined | Undetermined |
| 5 | TEASDALE, ELIZABETH REGAN<br>104 CHARLTON STREET APT 5W<br>NEW YORK, NY 10014 | Lehman Brothers Holdings Inc. | 09/22/2009 | 28627 | $831,111.96* | Undetermined | $831,111.96 |
| | | | | TOTAL | $1,164,975.61 | | |

# EXHIBIT 4

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 4 – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|---|
| 1 | ANDREWS, DAVID B. ANDREWS KURTH LLP ATTN: JOSEPH ROVIRA 600 TRAVIS, STE. 4200 HOUSTON, TX 77002 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/03/2009 | 10221 | $135,400.53* | | $135,400.53* |
| 2 | CARPENTER, THERESA J. 72 NORTH STATE ROAD # 170 BRIARCLIFF MANOR, NY 10510 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2011 | 67688 | $51,555.84 | | $51,555.84 |
| 3 | GROSS, BRIAN M. 400 E 71ST APT 10D NEW YORK, NY 10021 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28018 | $104,414.00 | | $104,414.00 |
| 4 | IMPERATO, JASON 148 WEAVER STREET GREENWICH, CT 06831 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/29/2009 | 6623 | $105,497.63 | | $105,497.63 |
| 5 | KWAN, HERBERT W. FLAT 28A, DRAGONVIEW COURT 5 KOTEWALL ROAD MIDLEVELS HONG KONG, CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31756 | $340,836.78 | | $340,836.78 |
| 6 | LITTLEFIELD, DAVID A LAW OFFICES OF PASQUALE P. CAIAZZA 606 EAST CHAPMAN AVENUE, SUITE 201 ORANGE, CA 92866-1601 | 09-10137 (JMP) | BNC Mortgage LLC | 09/08/2009 | 10655 | $87,986.88 | | $87,986.88 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 4 – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|---|
| 7 | LITTLEFIELD, DAVID A LAW OFFICES OF PASQUALE P. CAIAZZA 606 EAST CHAPMAN AVENUE, SUITE 201 ORANGE, CA 92866-1601 | 09-10137 (JMP) | BNC Mortgage LLC | 09/08/2009 | 10656 | $63,550.00 | | $63,550.00 |
| 8 | MANNING, CHRISTOPHER R. 431 GRACE CHURCH ST RYE, NY 10580-4214 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29535 | $649,733.00 | | $649,733.00 |
| 9 | NIEMAN, ROGER R. 300 EAST 40TH ST NEW YORK, NY 10016-2188 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/28/2009 | 9589 | $69,423.40* | | $69,423.40* |
| 10 | SCHREIBER, RUSSELL 500 WEST 53RD STREET, APT PH NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13321 | $240,098.00 | | $240,098.00 |
| 11 | STEIGER ASSOCIATES LP C/O LAW OFFICES OF DONALD WATNICK 122 EAST 42ND STREET; SUITE 606 NEW YORK, NY 10168 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32380 | $3,264,192.00 | $3,264,192.00 | Undetermined |
| 12 | STEIGER, HEIDI L. C/O LAW OFFICES OF DONALD WATNICK 122 EAST 42ND STREET; SUITE 606 NEW YORK, NY 10168 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32379 | $30,000,000.00* | $30,000,000.00 | Undetermined |
| 13 | WEBER, ANDREW 8 HOLLYWOOD ROAD LONDON, SW10 9HY UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/14/2010 | 66938 | $71,434.67 | | $71,434.67 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 254: EXHIBIT 4 – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|---|
| 14 | WEBER, ANDREW 8 HOLLYWOOD ROAD LONDON, SW10 9HY UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/14/2010 | 66940 | $32,829.00 | | $32,829.00 |
| | | | | | TOTAL | $35,216,951.73 | | |