# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 253: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|------|---------|------------|--------|-------|--------|--------|-------|--------|
| 1 | NATIONAL GRID PLC SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR, ESQ BENNETT S. SILVERBERG, ESQ. FOUR TIMES SQUARE NEW YORK, NY 10036 | 17622 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $17,638,220.81 | Lehman Brothers Commodity Services Inc. | Unsecured | $15,874,398.73 |
| | | | | | TOTAL | $17,638,220.81 | | TOTAL | $15,874,398.73 |