# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 175: EXHIBIT 1 – NO LIABILITY PENSION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | TAKANO, NAO<br>8080 S. SAN JUAN RANGE RD.<br>LITTLETON, CO 80127 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2542 | $294.41* | No Liability - Pension Claim |
| | | | | | TOTAL | $294.41 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts