# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 121 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | LYNCH, MARY A.<br>501 EAST 79TH ST<br>NEW YORK, NY 10075 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26311 | Undetermined |
| | | | | | TOTAL | Undetermined |