# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | KIM, CHRISTINA UNIT 3 98 THORN STREET KANGAROO POINT, QLD 4169 AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/27/2009 | 9491 | $1,000,000.00 | No Blocking Number LPS Claim |
| | | | | | TOTAL | $1,000,000.00 | |