# Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 110: EXHIBIT 1 – NO LIABILITY PENSION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | GATTUSO, MARGARET E.<br>101 WARREN STREET<br>APT 1120<br>NEW YORK, NY 10007 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27736 | Undetermined | No Liability--Pension Claim |
| | | | | | TOTAL | Undetermined | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1