# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 264: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 23) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1, IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20330 | Undetermined | Settled Derivatives Claim |
| 2 | ESKATON PROPERTIES, INCORPORATED 5105 MANZANITA AVENUE CARMICHAEL, CA 95608 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24645 | $2,208,589.33 | Settled Derivatives Claim |
| 3 | ESKATON PROPERTIES, INCORPORATED 5105 MANZANITA AVENUE CARMICHAEL, CA 95608 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24647 | $6,107,277.33 | Settled Derivatives Claim |
| 4 | ESKATON PROPERTIES, INCORPORATED 5105 MANZANITA AVENUE CARMICHAEL, CA 95608 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24649 | $2,208,589.33 | Settled Derivatives Claim |
| 5 | ESKATON PROPERTIES, INCORPORATED 5105 MANZANITA AVENUE CARMICHAEL, CA 95608 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24650 | $6,107,277.33 | Settled Derivatives Claim |
| 6 | JOHN HANCOCK HIGH YIELD FUND C/O STEVEN SUNNERBERG - ASST VP & SENIOR COUNSEL JOHN HANCOCK FUNDS 601 CONGRESS STREET BOSTON, MA 02210 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 22545 | $127,500.00 | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 264: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | JOHN HANCOCK HIGH YIELD FUND C/O STEVEN SUNNERBERG ASST VP & SENIOR COUNSEL 601 CONGRESS STREET BOSTON, MA 02210 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22546 | $127,500.00 | Settled Derivatives Claim |
| 8 | SHEPHERD OF THE VALLEY LUTHERAN RETIREMENT SERVICES 5525 SILICA ROAD AUSTINTOWN, OH 44515 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26091 | Undetermined | Settled Derivatives Claim |
| 9 | SHEPHERD OF THE VALLEY LUTHERAN RETIREMENT SERVICES 5525 SILICA ROAD AUSTINTOWN, OH 44515 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26093 | Undetermined | Settled Derivatives Claim |
| 10 | SHEPHERD OF THE VALLEY LUTHERAN RETIREMENT SERVICES, INC. 5525 SILICA ROAD AUSTINTOWN, OH 44515 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26094 | $560,000.00 | Settled Derivatives Claim |
| | | | | | TOTAL | $17,446,733.32 | |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 264: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.) ONE SUN LIFE EXECUTIVE PARK SC1306 WELLESLEY HILLS, MA 02481 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/16/2011 | 67737 | $1,536,086.47 | Settled Derivatives Claim |
| 2 | ZIRCON FINANCE LIMITED SERIES 2007-2 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26027 | Undetermined | Settled Derivatives Claim |
| 3 | ZIRCON FINANCE LIMITED SERIES 2007-2 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26028 | Undetermined | Settled Derivatives Claim |
| | | | | | TOTAL | $1,536,086.47 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts