# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 257: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BANQUE GENERALE DE LUXEMBOURG S.A.<br>50 AVENUE J.F. KENNEDY<br>L-2951<br>LUXEMBURG,<br>LUXEMBOURG | 09/22/2009 | 08-13555 (JMP) | 26439 | $5,625,989.00* | BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG SA, FKA BANQUE GENERALE DU LUXEMBOURG S.A.)<br>ATTN: LAURA MOLENKAMP & NICHOLAS OGDEN<br>50 AVENUE J.F. KENNEDY<br>LUXEMBOURG, L-2951<br>LUXEMBOURG | 01/18/2012 | 08-13555 (JMP) | 67846 | $5,895,449.85* |
| 2 | BANQUE GENERALE DE LUXEMBOURG S.A.<br>50 AVENUE J.F. KENNEDY<br>L-2951<br>LUXEMBURG,<br>LUXEMBOURG | 09/22/2009 | 08-13555 (JMP) | 26440 | $9,977,567.00* | BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG SA, FKA BANQUE GENERALE DU LUXEMBOURG S.A.)<br>ATTN: LAURA MOLENKAMP & NICHOLAS OGDEN<br>50 AVENUE J.F. KENNEDY<br>LUXEMBOURG, L-2951<br>LUXEMBOURG | 01/18/2012 | 08-13555 (JMP) | 67847 | $14,504,989.33* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 257: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 3 | BGL (FORTIS LUXEMBOURG) ATTN: ANNEMARIE JUNG 50, AVENUE JF KENNEDY L-2951, LUXEMBOURG | 09/21/2009 | 08-13888 (JMP) | 34204 | $1,534,568.00* | BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG SA, FKA BANQUE GENERALE DU LUXEMBOURG S.A.) ATTN: LAURA MOLENKAMP & NICHOLAS OGDEN 50 AVENUE J.F. KENNEDY LUXEMBOURG, L-2951 LUXEMBOURG | 01/18/2012 | 08-13888 (JMP) | 67845 | $2,812,039.77* |
| 4 | BGL (FORTIS LUXEMBOURG) ATTN: ANNEMARIE JUNG 50, AVENUE JF KENNEDY L-2951, LUXEMBOURG | 09/21/2009 | 08-13555 (JMP) | 34205 | $1,534,568.00* | BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG SA, FKA BANQUE GENERALE DU LUXEMBOURG S.A.) ATTN: LAURA MOLENKAMP & NICHOLAS OGDEN 50 AVENUE J.F. KENNEDY LUXEMBOURG, L-2951 LUXEMBOURG | 01/18/2012 | 08-13555 (JMP) | 67844 | $2,812,039.77* |
| 5 | BNP PARIBAS ARBITRAGE ATTN: FRANCOIS ARTIGALA 8 RUE DE SOFIA PARIS, 75018 FRANCE | 09/24/2009 | 08-13555 (JMP) | 34716 | $469,585.68* | BNP PARIBAS ARBITRAGE 8 RUE DE SOFIA ATTN: FRANCOIS ARTIGALA PARIS, 75018 FRANCE | 01/11/2012 | 08-13555 (JMP) | 67841 | $1,047,074.96* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 257: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 | BNP PARIBAS SECURITIES (JAPAN) LIMITED (F/K/A BNP PARIBAS SECURITIES (JAPAN( LTD., TOKOY BRANCH) ATTN: MASAHARU SUGAHARA AND TAKU TAJIRI GRANTOKYO NORTH TOWER 1-9-1 MARUNOUCHI TOKYO, JAPAN | 09/14/2011 | 08-13555 (JMP) | 67661 | $207,529.92* | BNP PARIBAS SECURITIES (JAPAN) LTD, TOKYO BRANCH LEGAL DEPARTMENT ATTN: MASAHARU SUGAHARA AND TAKU TAJIRI GRANTOKYO NORTH TOWER 1-9-1 MARUNOUCHI TOKYO, JAPAN | 01/12/2012 | 08-13555 (JMP) | 67843 | $201,456.47* |
| 7 | CANTELLO, PAUL 37 SYLVESTER AVENUE HAWTHORNE, NJ 07506 | 10/21/2008 | 08-13555 (JMP) | 332 | $31,711.21 | CANTELLO, PAUL 37 SYLVESTER AVENUE HAWTHORNE, NJ 07506 | 09/09/2009 | 08-13555 (JMP) | 10964 | $31,652.89 |
| 8 | CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA CALYON) ATTN: SOPHIE WALDBERG-BILLHOUET 9 QUAI DU PRESIDENT PAUL DOUMER COURBEVOIE, 92400 FRANCE | 09/22/2009 | 08-13555 (JMP) | 27241 | $268,635,243.00* | CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK ATTN: EMMANUEL MERCIER 9 QUAL DU PRESIDENT PAUL DOUMER COURBEVOIE, 92400 FRANCE | 01/06/2012 | 08-13555 (JMP) | 67848 | $247,578,723.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 257: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 9 | HELLER EHRMAN LLP C/O PACHULSKI STANG ZIEHL & JONES LLP ATTN: JOHN D. FIERO 150 CALIFORNIA STREET, 15TH FLOOR SAN FRANCISCO, CA 94111 | 09/16/2009 | 08-13555 (JMP) | 13761 | $845,313.36 | HELLER EHRMAN LLP C/O OF MICHAEL F. BURKAT, CHAPTER 11 PLAN ADMINISTRATOR 5150 FAIR OAKS BLVD. # 101 CARMICHAEL, CA 95608 | 01/05/2012 | 08-13555 (JMP) | 67838 | $845,313.36 |
| 10 | J.P. MORGAN INTERNATIONAL BANK LIMITED C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK, NY 10167 | 09/22/2009 | 08-13555 (JMP) | 27190 | Undetermined | J.P. MORGAN INTERNATIONAL BANK LIMITED C/O JPMORGAN CHASE BANK, N.A. ATTENTION: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK, NY 10167 | 04/01/2010 | 08-13555 (JMP) | 66475 | Undetermined |
| 11 | KLAASSEN, M.J.G. STALBERGWEG 154 VENLO, 5913 BV NETHERLANDS | 10/28/2009 | 08-13555 (JMP) | 54224 | $56,604.00 | KLAASSEN, M.J.G. STALBERGWEG 154 5913 BV VENLO, NETHERLANDS | 12/19/2011 | 08-13555 (JMP) | 67805 | $56,604.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 257: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 12 | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST 9 IEME ETAGE MONTREAL, H3B 4L2 CANADA | 09/17/2009 | 08-13555 (JMP) | 15693 | $5,895,458.00* | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 01/25/2012 | 08-13555 (JMP) | 67855 | $6,525,214.25* |
| 13 | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 09/17/2009 | 08-13888 (JMP) | 15848 | $5,895,458.00* | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 01/25/2012 | 08-13888 (JMP) | 67857 | $6,525,214.25* |
| 14 | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 12/02/2010 | 08-13555 (JMP) | 67234 | $6,110,619.36* | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 01/25/2012 | 08-13555 (JMP) | 67855 | $6,525,214.25* |
| 15 | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 12/02/2010 | 08-13888 (JMP) | 67235 | $6,110,619.36* | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 01/25/2012 | 08-13888 (JMP) | 67857 | $6,525,214.25* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 257: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | ORACLE USA, INC SHAWN CHRISTIANSON, ESQ BUCHALTER NEMER P.C 333 MARKET STREET 25TH FLOOR SAN FRANCISCO, CA 94105 | 09/18/2009 | 08-13555 (JMP) | 18704 | $7,198,020.87* | ORACLE USA, INC., ET AL SHAWN CHRISTIANSON, ESQ. BUCHALTER NEMER P.C. 333 MARKET STREET, 25TH FLOOR SAN FRANCISCO, CA 94105 | 01/19/2012 | 08-13555 (JMP) | 67850 | $7,198,020.87* |
| 17 | PUBLIC SECTOR PENSION INVESMENT BOARD 1250 RENE-LEVESQUE BLVD. WEST, SUITE 900 MONTREAL, QC H3B 4W8 CANADA | 11/02/2009 | 08-13555 (JMP) | 63851 | $175,950,000.00* | PUBLIC SECTOR PENSION INVESMENT BOARD ATTN: FIRST VICE PRESIDENT AND CHIEF LEGAL OFFICER 1250 RENE-LEVESQUE BLVD WEST, SUITE 900 MONTREAL, QC H3B 4W8 CANADA | 12/28/2011 | 08-13555 (JMP) | 67832 | $164,794,770.00 |
| 18 | SUNSHINE ENTERPRISES L.P. TRANSFEROR: EVERGREEN SOLAR, INC. C/O AKIN GUMP STRAUSS HAUER & FELD LLP ATTN: MICHAEL S. STAMER, ESQ., STEPHEN B. KUHN, ESQ., AND NATALIE E. LEVINE, ESQ. NEW YORK, NY 10036 | 09/22/2009 | 08-13555 (JMP) | 28007 | Undetermined | SUNSHINE ENTERPRISES L.P. C/O AKIN GUMP TRAUSS HAUER & FELD LLP ATTN: MICHAEL S. STAMER & SARAH LINK SCHULTZ ONE BRYANT PARK NEW YORK, NY 10036-6745 | 01/04/2011 | 08-13555 (JMP) | 67836 | $171,253,758.90* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 257: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 19 | SWIFT MASTER AUTO RECEIVABLES TRUST C/O ALLY FINANCIAL INC ATTN: STEPHEN VAN DOLSEN 1185 AVENUE OF THE AMERICAS, 2ND FLOOR NEW YORK, NY 10036 | 09/21/2009 | 08-13888 (JMP) | 26193 | $36,784,336.42* | SWIFT MASTER AUTO RECEIVABLES TRUST C/O ALLY FINANCIAL INC. ATTN: STEPHEN VAN DOLSEN 1185 AVENUE OF THE AMERICA,S 2ND FLOOR NEW YORK, NY 10036 | 01/30/2012 | 08-13888 (JMP) | 67867 | $36,968,786.94* |
| 20 | SWIFT MASTER AUTO RECEIVABLES TRUST C/O ALLY FINANCIAL INC ATTN: STEPHEN VAN DOLSEN 1185 AVENUE OF THE AMERICAS, 2ND FLOOR NEW YORK, NY 10104 | 09/21/2009 | 08-13555 (JMP) | 26195 | $36,784,336.42* | SWIFT MASTER AUTO RECEIVABLES TRUST C/O ALLY FINANCIAL INC. ATTN: STEPHEN VAN DOLSEN 1185 AVENUE OF THE AMERICAS, 2ND FLOOR NEW YORK, NY 10036 | 01/30/2012 | 08-13555 (JMP) | 67868 | $36,968,786.94* |
| 21 | TERRANOVA, THOMAS 159 WEST 23RD STREET APT 4R NEW YORK, NY 10011-2499 | 09/22/2009 | 08-13555 (JMP) | 33570 | $55,000.00 | TERRANOVA, THOMAS 159 WEST 23RD STREET APT 4R NEW YORK, NY 10011-2499 | 12/30/2011 | | 67829 | $70,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 257: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 22 | WILMINGTON TRUST COMPANY, AS TRUSTEE LEHMAN XS TRUST, SERIES 2007-14H C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON, DE 19801 | 09/21/2009 | 08-13555 (JMP) | 21120 | $4,779,485.60* | WILMINGTON TRUST COMPANY, AS TRUTEE LEHMAN XS TRUST, SERIES 2007-14H C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON, DE 19801 | 01/19/2012 | 08-13555 (JMP) | 67849 | $4,794,731.43* |
| 23 | ZEDLOVICH, PAUL 7 CARCH RD BRIARCLIFF MANOR, NY 10510 | 09/22/2009 | 08-13555 (JMP) | 28621 | $52,500.00 | ZEDLOVICH, PAUL W. 7 LARCH RD BRIARCLIFF MANOR, NY 10510 | 12/27/2011 | 08-13555 (JMP) | 67828 | $10,000.00 |
| | | | | TOTAL | $574,534,513.20 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts