# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 266: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BANQUE FINAMA SA C/O BAKER & MCKENZIE LLP ATTN: JOSEPH SAMET 1114 AVE OF THE AMERICAS NEW YORK, NY 10036 | 14059 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $797,594.50* | Lehman Brothers Holdings Inc. | Unsecured | $797,594.50 |
| 2 | BANQUE FINAMA SA C/O BAKER & MCKENZIE LLP ATTN: JOSEPH SAMET & IRA A. REID 1114 AVE OF THE AMERICAS NEW YORK, NY 10036 | 14078 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $797,594.50* | Lehman Brothers Special Financing Inc. | Unsecured | $797,594.50 |
| 3 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32821 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $9,593.33* | Lehman Brothers Holdings Inc. | Unsecured | $19,253.00 |
| | | | | | TOTAL | $1,604,782.33 | | TOTAL | $1,614,442.00 |

**\* - Indicates claim contains unliquidated and/or undetermined amounts**                                              **Page 1 of 1**

# EXHIBIT 2

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 266: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 67855 | 01/25/2012 | Lehman Brothers Holdings Inc. | Unsecured | $6,525,214.25* | Lehman Brothers Holdings Inc. | Unsecured | $524,621.43 |
| 2 | NATIONAL BANK OF CANADA ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL, QC H3B 4L2 CANADA | 67857 | 01/25/2012 | Lehman Brothers Special Financing Inc. | Unsecured | $6,525,214.25* | Lehman Brothers Special Financing Inc. | Unsecured | $524,621.43 |
| | | | | TOTAL | | $13,050,428.50* | | TOTAL | $1,049,242.86 |

* - Indicates claim contains unliquidated and/or undetermined amounts