**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                                                           :     Chapter 11 Case No.
                                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :     08-13555 (JMP)
                                                                                    :
        Debtors.                                                          :     (Jointly Administered)
                                                                                    :
----------------------------------------------------------------x     Ref. Docket No. 26086

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                                                    ) ss.:
COUNTY OF NEW YORK      )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 7, 2012, I caused to be served the "Notice of Hearing on Debtors' Objection to Claim of Gadeco, LLC (Claim No. 32441)," dated March 7, 2012, to which was attached the "Debtors' Objection to Claim of Gadeco, LLC (Claim No. 32441)," dated March 7, 2012, [Docket No. 26086], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to the party listed on the annexed Exhibit B,

    c. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, and

    d. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the party listed on the annexed Exhibit D.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                              */s/ Genevieve Uzamere*
Sworn to before me this                        Genevieve Uzamere
13th day of March, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

-2-

T:\Clients\LBH\Affidavits\Mtn for Objection to Claim_DI 26086_Aff_3-7-12.doc

# EXHIBIT A

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | jwh@njlawfirm.com |
| aalfonso@willkie.com | kanema@formanlaw.com |
| abeaumont@fklaw.com | karen.wagner@dpw.com |
| abraunstein@riemerlaw.com | KDWBankruptcyDepartment@kell |
| acaton@kramerlevin.com | keckhardt@hunton.com |
| acker@chapman.com | keith.simon@lw.com |
| adam.brezine@hro.com | Ken.Coleman@allenovery.com |
| adarwin@nixonpeabody.com | ken.higman@hp.com |
| Adiamond@DiamondMcCarthy.com | kerry.moynihan@hro.com |
| aeckstein@blankrome.com | kgwynne@reedsmith.com |
| aentwistle@entwistle-law.com | kiplok@hugheshubbard.com |
| afriedman@irell.com | kjarashow@fklaw.com |
| agbanknewyork@ag.tn.gov | kkelly@ebglaw.com |
| aglenn@kasowitz.com | kkolbig@mosessinger.com |
| agold@herrick.com | klyman@irell.com |
| agoldstein@tnsj-law.com | klynch@formanlaw.com |
| ahammer@freebornpeters.com | kmayer@mccarter.com |
| aisenberg@saul.com | kobak@hugheshubbard.com |
| akantesaria@oppenheimerfunds.com | korr@orrick.com |
| akolod@mosessinger.com | kovskyd@pepperlaw.com |
| akornikova@lcbf.com | kpiper@steptoe.com |
| alum@ftportfolios.com | kressk@pepperlaw.com |
| amarder@msek.com | KReynolds@mklawnyc.com |
| amartin@sheppardmullin.com | krosen@lowenstein.com |
| AMcMullen@BoultCummings.com | kuehn@bragarwexler.com |
| amenard@tishmanspeyer.com | kurt.mayr@bgllp.com |
| anann@foley.com | lacyr@sullcrom.com |
| Andrew.Brozman@cliffordchance.com | Landon@StreusandLandon.com |
| andrew.lourie@kobrekim.com | lapeterson@foley.com |
| angelich.george@arentfox.com | lathompson@co.sanmateo.ca.us |
| ann.reynaud@shell.com | lberkoff@moritthock.com |
| anthony_boccanfuso@aporter.com | Lee.Stremba@troutmansanders.com |
| aoberry@bermanesq.com | lgotko@fklaw.com |
| aostrow@beckerglynn.com | lgranfield@cgsh.com |
| apo@stevenslee.com | lhandelsman@stroock.com |
| aquale@sidley.com | linda.boyle@twtelecom.com |
| araboy@cov.com | lisa.ewart@wilmerhale.com |
| arahl@reedsmith.com | lisa.kraidin@allenovery.com |
| arheaume@riemerlaw.com | LJKotler@duanemorris.com |
| arlbank@pbfcm.com | lkatz@ltblaw.com |
| arosenblatt@chadbourne.com | lmarinuzzi@mofo.com |

arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com

Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com

chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com

mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldpropert
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinge
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com

| | |
|---|---|
| dcoffino@cov.com | mstamer@akingump.com |
| dcrapo@gibbonslaw.com | mvenditto@reedsmith.com |
| ddavis@paulweiss.com | mwarren@mtb.com |
| ddrebsky@nixonpeabody.com | ncoco@mwe.com |
| ddunne@milbank.com | neal.mann@oag.state.ny.us |
| deggermann@kramerlevin.com | ned.schodek@shearman.com |
| deggert@freebornpeters.com | neilberger@teamtogut.com |
| demetra.liggins@tklaw.com | newyork@sec.gov |
| deryck.palmer@cwt.com | nfurman@scottwoodcapital.com |
| dfelder@orrick.com | Nherman@morganlewis.com |
| dflanigan@polsinelli.com | nissay_10259-0154@mhmjapan.co |
| dgrimes@reedsmith.com | nlepore@schnader.com |
| dhayes@mcguirewoods.com | notice@bkcylaw.com |
| dheffer@foley.com | oipress@travelers.com |
| diconzam@gtlaw.com | omeca.nedd@lovells.com |
| djoseph@stradley.com | otccorpactions@finra.org |
| dkleiner@velaw.com | paronzon@milbank.com |
| dkozusko@willkie.com | patrick.oh@freshfields.com |
| dlemay@chadbourne.com | paul.turner@sutherland.com |
| dlipke@vedderprice.com | pbattista@gjb-law.com |
| dludman@brownconnery.com | pbosswick@ssbb.com |
| dmcguire@winston.com | pdublin@akingump.com |
| dmurray@jenner.com | peisenberg@lockelord.com |
| dneier@winston.com | peter.gilhuly@lw.com |
| dodonnell@milbank.com | peter.macdonald@wilmerhale.com |
| dove.michelle@dorsey.com | peter.simmons@friedfrank.com |
| dowd.mary@arentfox.com | peter@bankrupt.com |
| dpegno@dpklaw.com | pfeldman@oshr.com |
| draelson@fisherbrothers.com | phayden@mcguirewoods.com |
| dravin@wolffsamson.com | pmaxcy@sonnenschein.com |
| drose@pryorcashman.com | ppascuzzi@ffwplaw.com |
| drosenzweig@fulbright.com | ppatterson@stradley.com |
| drosner@goulstonstorrs.com | psp@njlawfirm.com |
| drosner@kasowitz.com | ptrain-gutierrez@kaplanlandau.con |
| dshaffer@wtplaw.com | ptrostle@jenner.com |
| dshemano@pwkllp.com | pwright@dl.com |
| dspelfogel@foley.com | r.stahl@stahlzelloe.com |
| dtatge@ebglaw.com | raj.madan@bingham.com |
| dtheising@harrisonmoberly.com | rajohnson@akingump.com |
| dwdykhouse@pbwt.com | ramona.neal@hp.com |
| dwildes@stroock.com | ranjit.mather@bnymellon.com |
| dworkman@bakerlaw.com | raul.alcantar@ropesgray.com |

| | |
|---|---|
| easmith@venable.com | rbeacher@pryorcashman.com |
| echang@steinlubin.com | rbyman@jenner.com |
| ecohen@russell.com | rdaversa@orrick.com |
| efleck@milbank.com | relgidely@gjb-law.com |
| efriedman@fklaw.com | rfleischer@pryorcashman.com |
| efriedman@friedumspring.com | rfrankel@orrick.com |
| egeekie@schiffhardin.com | rfriedman@silvermanacampora.com |
| eglas@mccarter.com | rgmason@wlrk.com |
| ehollander@whitecase.com | rgraham@whitecase.com |
| ekbergc@lanepowell.com | rhett.campbell@tklaw.com |
| elevin@lowenstein.com | richard.lear@hklaw.com |
| eli.mattioli@klgates.com | richard.levy@lw.com |
| ellen.halstead@cwt.com | richard.tisdale@friedfrank.com |
| emerberg@mayerbrown.com | richard@rwmaplc.com |
| enkaplan@kaplanlandau.com | ritkin@steptoe.com |
| eobrien@sbchlaw.com | RJones@BoultCummings.com |
| erin.mautner@bingham.com | rleek@HodgsonRuss.com |
| eschaffer@reedsmith.com | RLevin@cravath.com |
| eschwartz@contrariancapital.com | rmatzat@hahnhessen.com |
| esmith@dl.com | rmcneill@potteranderson.com |
| etillinghast@sheppardmullin.com | rnetzer@willkie.com |
| ezujkowski@emmetmarvin.com | robert.bailey@bnymellon.com |
| ezweig@optonline.net | robert.dombroff@bingham.com |
| fbp@ppgms.com | robert.henoch@kobrekim.com |
| feldsteinh@sullcrom.com | robert.malone@dbr.com |
| ffm@bostonbusinesslaw.com | Robert.yalen@usdoj.gov |
| fhyman@mayerbrown.com | robertdakis@quinnemanuel.com |
| foont@foontlaw.com | Robin.Keller@Lovells.com |
| francois.janson@hklaw.com | roger@rnagioff.com |
| fsosnick@shearman.com | ronald.silverman@bingham.com |
| fyates@sonnenschein.com | ross.martin@ropesgray.com |
| gabriel.delvirginia@verizon.net | rqureshi@reedsmith.com |
| gbray@milbank.com | rrainer@wmd-law.com |
| geraci@thalergertler.com | rreid@sheppardmullin.com |
| ggitomer@mkbattorneys.com | rrigolosi@smsm.com |
| ggoodman@foley.com | rroupinian@outtengolden.com |
| giddens@hugheshubbard.com | rrussell@andrewskurth.com |
| gkaden@goulstonstorrs.com | rterenzi@stcwlaw.com |
| glenn.siegel@dechert.com | RTrust@cravath.com |
| gmoss@riemerlaw.com | russj4478@aol.com |
| gravert@ravertpllc.com | rwasserman@cftc.gov |
| gspilsbury@jsslaw.com | rwyron@orrick.com |

guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com

s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
SABVANROOY@HOTMAIL.CO
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.cor
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com

jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com

SRee@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com

john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com

twheeler@lowenstein.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

08-13555-mg    Doc 27119    Filed 03/22/12    Entered 03/22/12 16:46:40    Main Document
Pg 12 of 17

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |

# EXHIBIT C

***ADD- OVN***
GADECO, LLC
3600 S YOSEMITE STREET
SUITE 900
DENVER, CO  ZIP 80237


***MSL - OVN***
OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT D

**LBH OBJ 3-7-12**

GADECO, LLC
3600 S YOSEMITE STREET
SUITE 900
DENVER, CO  ZIP 80237