UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                                  :     Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :     08-13555 (JMP)
                                                                       :
                        Debtors.                               :     (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Commercial Paper, Inc. (08-13900) |
| Creditor Name and Address: | Sun Products Corporation, The, F/K/A Huish Detergents, Inc.<br>Attn:  Lisa Nichols, Vice President & Treasurer<br>60 Danbury Road<br>Wilton, CT 06897 |
| Claim Number (if known): | 3484 |
| Date Claim Filed: | 03/24/2009 |
| Total Amount of Claim Filed: | $2,700,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | | |
|---|---|---|
| Signature: *[signature]* | Title: | Lisa Nichols<br>VP and Treasurer |
| Printed Name: | Dated: | 3/22/2012 |

US_ACTIVE:¥43326298¥01¥58399.0003