**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

-------------------------------------------------------------------------x    **Ref. Docket Nos. 26698, 26702, 26706, 26710, 26712, 26714, 26716, 26718, 26722, 26724, 26728, 26731**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                              ) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 16, 2012, I caused to be served the:

    a.  "Notice of Adjournment of One Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated March 16, 2012 [Docket No. 26698], (the "NOA-Omni 129"),

    b.  "Notice of Adjournment of One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated March 16, 2012 [Docket No. 26702], (the "NOA-Omni 138"),

    c.  "Notice of Adjournment of One Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated March 16, 2012 [Docket No. 26706], (the "NOA-Omni 156"),

    d.  "Notice of Adjournment of One Hundred Sixty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated March 16, 2012 [Docket No. 26710], (the "NOA-Omni 163"),

e.  "Notice of Adjournment of One Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated March 16, 2012 [Docket No. 26712], (the "NOA-Omni 179"),

f.  "Notice of Adjournment of Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated March 16, 2012 [Docket No. 26714], (the "NOA-Omni 228"),

g.  "Notice of Adjournment of Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated March 16, 2012 [Docket No. 26716], (the "NOA-Omni 223"),

h.  "Notice of Adjournment of Two Hundred Forty-Fifth Omnibus Objection to Claims (Unissued Guarantee Claims) Solely as to Certain Claim," dated March 16, 2012 [Docket No. 26718], (the "NOA-Omni 245"),

i.  "Notice of Adjournment of Two Hundred Sixty-Fifth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated March 16, 2012 [Docket No. 26722], (the "NOA-Omni 265"),

j.  "Notice of Hearing on Debtors' One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Repo Claims)," dated March 16, 2012 [Docket No. 26724], (the "NOH-Omni 189"),

k.  "Notice of Withdrawal of the One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) as to Certain Claims," dated March 16, 2012 [Docket No. 26728], (the NOW-Omni 132"), and

l.  "Notice of Withdrawal of the Two Hundred Forty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) as to Certain Claims," dated March 16, 2012 [Docket No. 26731], (the "NOW-Omni 246"),

by causing true and correct copies of the:

i.  NOA-Omni 129, NOA-Omni 138, NOA-Omni156, NOA-Omni 163, NOA-Omni 179, NOA-Omni 228, NOA-Omni 233, NOA-Omni 245, NOA-Omni 265, NOH-Omni 189, NOW-Omni 132 and NOW-Omni 246, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.  NOA-Omni 129, NOA-Omni 138, NOA-Omni156, NOA-Omni 163, NOA-Omni 179, NOA-Omni 228, NOA-Omni 233, NOA-Omni 245, NOA-Omni 265, NOH-Omni 189, NOW-Omni 132 and NOW-Omni 246, to be delivered via facsimile to the party listed on the annexed Exhibit B,

iii.   NOA-Omni 129, NOA-Omni 138, NOA-Omni156, NOA-Omni 163, NOA-Omni 179, NOA-Omni 228, NOA-Omni 233, NOA-Omni 245, NOA-Omni 265, NOH-Omni 189, NOW-Omni 132 and NOW-Omni 246,  to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv.   NOA-Omni 129, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

v.   NOA-Omni 138, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

vi.   NOA-Omni 156, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit F,

vii.   NOA-Omni 163, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit G,

viii.   NOA-Omni 179, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit H,

ix.   NOA-Omni 228, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit I,

x.   NOA-Omni 233, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit J,

xi.   NOA-Omni 245, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit K,

xii.   NOA-Omni 265, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit L,

xiii.   NOH-Omni 189, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit M,

xiv.   NOW-Omni 132, to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit N, and

xv.   NOW-Omni 246, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit O.

T:\Clients\LBH\Affidavits\NOA, NOH, NOW_DI 26698, 26702, 26706, 26710, 26712, 26714, 26716, 26718, 26722, 26724, 26728, 26731_Aff_3-16-12.doc

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
22nd day of March, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

**LBH MSL Email Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankr@zuckerman.com |
| aalfonso@willkie.com | bankruptcy@goodwin.com |
| abeaumont@fklaw.com | bankruptcy@morrisoncohen.com |
| abraunstein@riemerlaw.com | bankruptcy@ntexas-attorneys.com |
| acaton@kramerlevin.com | bankruptcymatters@us.nomura.com |
| acker@chapman.com | barbra.parlin@hklaw.com |
| adam.brezine@hro.com | bbisignani@postschell.com |
| adarwin@nixonpeabody.com | bcarlson@co.sanmateo.ca.us |
| adiamond@diamondmccarthy.com | bdk@schlamstone.com |
| aeckstein@blankrome.com | bguiney@pbwt.com |
| aentwistle@entwistle-law.com | bill.freeman@pillsburylaw.com |
| afriedman@irell.com | bkmail@prommis.com |
| agbanknewyork@ag.tn.gov | bmanne@tuckerlaw.com |
| aglenn@kasowitz.com | bmiller@mofo.com |
| agold@herrick.com | boneill@kramerlevin.com |
| agoldstein@tnsj-law.com | brian.corey@greentreecreditsolutions.com |
| ahammer@freebornpeters.com | brosenblum@jonesday.com |
| aisenberg@saul.com | broy@rltlawfirm.com |
| akantesaria@oppenheimerfunds.com | bstrickland@wtplaw.com |
| akolod@mosessinger.com | btrust@mayerbrown.com |
| akornikova@lcbf.com | bturk@tishmanspeyer.com |
| alum@ftportfolios.com | bwolfe@sheppardmullin.com |
| amarder@msek.com | bzabarauskas@crowell.com |
| amartin@sheppardmullin.com | cahn@clm.com |
| amcmullen@boultcummings.com | calbert@reitlerlaw.com |
| amenard@tishmanspeyer.com | canelas@pursuitpartners.com |
| anann@foley.com | carol.weinerlevy@bingham.com |
| andrew.brozman@cliffordchance.com | cbelisle@wfw.com |
| andrew.lourie@kobrekim.com | cbelmonte@ssbb.com |
| angelich.george@arentfox.com | cbrotstein@bm.net |
| ann.reynaud@shell.com | cdesiderio@nixonpeabody.com |
| anthony_boccanfuso@aporter.com | cgoldstein@stcwlaw.com |
| aoberry@bermanesq.com | chammerman@paulweiss.com |
| aostrow@beckerglynn.com | chardman@klestadt.com |
| apo@stevenslee.com | charles@filardi-law.com |
| aquale@sidley.com | charles_malloy@aporter.com |
| araboy@cov.com | chipford@parkerpoe.com |
| arahl@reedsmith.com | chris.donoho@lovells.com |
| arheaume@riemerlaw.com | christopher.schueller@bipc.com |
| arlbank@pbfcm.com | clarkb@sullcrom.com |
| arosenblatt@chadbourne.com | clynch@reedsmith.com |
| arthur.rosenberg@hklaw.com | cmontgomery@salans.com |
| arwolf@wlrk.com | cohenr@sewkis.com |
| aseuffert@lawpost-nyc.com | colea@gtlaw.com |
| ashaffer@mayerbrown.com | cousinss@gtlaw.com |
| ashmead@sewkis.com | cp@stevenslee.com |
| asnow@ssbb.com | cpappas@dilworthlaw.com |
| aunger@sidley.com | craig.goldblatt@wilmerhale.com |
| austin.bankruptcy@publicans.com | crmomjian@attorneygeneral.gov |
| avenes@whitecase.com | cs@stevenslee.com |
| azylberberg@whitecase.com | csalomon@beckerglynn.com |

**LBH MSL Email Service List**

cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com

draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com

**LBH MSL Email Service List**

gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com

jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com

**LBH MSL Email Service List**

jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com

linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com

**LBH MSL Email Service List**

| | |
|---|---|
| mh1@mccallaraymer.com | notice@bkcylaw.com |
| mharris@smsm.com | oipress@travelers.com |
| mhopkins@cov.com | omeca.nedd@lovells.com |
| michael.frege@cms-hs.com | otccorpactions@finra.org |
| michael.kelly@monarchlp.com | paronzon@milbank.com |
| michael.kim@kobrekim.com | patrick.oh@freshfields.com |
| michael.mccrory@btlaw.com | paul.turner@sutherland.com |
| michael.reilly@bingham.com | pbattista@gjb-law.com |
| millee12@nationwide.com | pbosswick@ssbb.com |
| miller@taftlaw.com | pdublin@akingump.com |
| mimi.m.wong@irscounsel.treas.gov | peisenberg@lockelord.com |
| mitchell.ayer@tklaw.com | peter.gilhuly@lw.com |
| mjacobs@pryorcashman.com | peter.macdonald@wilmerhale.com |
| mjedelman@vedderprice.com | peter.simmons@friedfrank.com |
| mjr1@westchestergov.com | peter@bankrupt.com |
| mkjaer@winston.com | pfeldman@oshr.com |
| mlahaie@akingump.com | phayden@mcguirewoods.com |
| mlandman@lcbf.com | pmaxcy@sonnenschein.com |
| mlichtenstein@crowell.com | ppascuzzi@ffwplaw.com |
| mlynch2@travelers.com | ppatterson@stradley.com |
| mmendez@hunton.com | psp@njlawfirm.com |
| mmooney@deilylawfirm.com | ptrain-gutierrez@kaplanlandau.com |
| mmorreale@us.mufg.jp | ptrostle@jenner.com |
| mneier@ibolaw.com | pwright@dl.com |
| monica.lawless@brookfieldproperties.com | r.stahl@stahlzelloe.com |
| mpage@kelleydrye.com | raj.madan@bingham.com |
| mparry@mosessinger.com | rajohnson@akingump.com |
| mpomerantz@julienandschlesinger.com | ramona.neal@hp.com |
| mprimoff@kayescholer.com | ranjit.mather@bnymellon.com |
| mpucillo@bermanesq.com | raul.alcantar@ropesgray.com |
| mrosenthal@gibsondunn.com | rbeacher@pryorcashman.com |
| mruetzel@whitecase.com | rbyman@jenner.com |
| mschimel@sju.edu | rdaversa@orrick.com |
| mschlesinger@julienandschlesinger.com | relgidely@gjb-law.com |
| msegarra@mayerbrown.com | rfleischer@pryorcashman.com |
| mshiner@tuckerlaw.com | rfrankel@orrick.com |
| msiegel@brownrudnick.com | rfriedman@silvermanacampora.com |
| msolow@kayescholer.com | rgmason@wlrk.com |
| mspeiser@stroock.com | rgraham@whitecase.com |
| mstamer@akingump.com | rhett.campbell@tklaw.com |
| mvenditto@reedsmith.com | richard.lear@hklaw.com |
| mwarren@mtb.com | richard.levy@lw.com |
| ncoco@mwe.com | richard.tisdale@friedfrank.com |
| neal.mann@oag.state.ny.us | richard@rwmaplc.com |
| ned.schodek@shearman.com | ritkin@steptoe.com |
| neilberger@teamtogut.com | rjones@boultcummings.com |
| newyork@sec.gov | rleek@hodgsonruss.com |
| nfurman@scottwoodcapital.com | rlevin@cravath.com |
| nherman@morganlewis.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rmcneill@potteranderson.com |
| nlepore@schnader.com | rnetzer@willkie.com |

**LBH MSL Email Service List**

| | |
|---|---|
| robert.bailey@bnymellon.com | slerman@ebglaw.com |
| robert.dombroff@bingham.com | slerner@ssd.com |
| robert.henoch@kobrekim.com | slevine@brownrudnick.com |
| robert.malone@dbr.com | sloden@diamondmccarthy.com |
| robert.yalen@usdoj.gov | smayerson@ssd.com |
| robertdakis@quinnemanuel.com | smillman@stroock.com |
| robin.keller@lovells.com | smulligan@bsblawyers.com |
| roger@rnagioff.com | snewman@katskykorins.com |
| ronald.silverman@bingham.com | sory@fdlaw.com |
| ross.martin@ropesgray.com | spiotto@chapman.com |
| rqureshi@reedsmith.com | splatzer@platzerlaw.com |
| rrainer@wmd-law.com | squigley@lowenstein.com |
| rreid@sheppardmullin.com | sree@lcbf.com |
| rrigolosi@smsm.com | sschultz@akingump.com |
| rroupinian@outtengolden.com | sselbst@herrick.com |
| rrussell@andrewskurth.com | sshimshak@paulweiss.com |
| rterenzi@stcwlaw.com | sskelly@teamtogut.com |
| rtrust@cravath.com | sstarr@starrandstarr.com |
| russj4478@aol.com | steele@lowenstein.com |
| rwasserman@cftc.gov | stephen.cowan@dlapiper.com |
| rwyron@orrick.com | steve.ginther@dor.mo.gov |
| s.minehan@aozorabank.co.jp | steven.troyer@commerzbank.com |
| sabin.willett@bingham.com | steven.wilamowsky@bingham.com |
| sabramowitz@velaw.com | streusand@streusandlandon.com |
| sabvanrooy@hotmail.com | susan.schultz@newedgegroup.com |
| sagolden@hhlaw.com | susheelkirpalani@quinnemanuel.com |
| sally.henry@skadden.com | sweyl@haslaw.com |
| sandyscafaria@eaton.com | swolowitz@mayerbrown.com |
| sara.tapinekis@cliffordchance.com | szuch@wiggin.com |
| scargill@lowenstein.com | tannweiler@greerherz.com |
| schannej@pepperlaw.com | tarbit@cftc.gov |
| schepis@pursuitpartners.com | tbrock@ssbb.com |
| schnabel.eric@dorsey.com | tdewey@dpklaw.com |
| schristianson@buchalter.com | tduffy@andersonkill.com |
| schwartzmatthew@sullcrom.com | teresa.oxford@invescoaim.com |
| scottshelley@quinnemanuel.com | tgoren@mofo.com |
| scousins@armstrongteasdale.com | thaler@thalergertler.com |
| sdnyecf@dor.mo.gov | thomas.califano@dlapiper.com |
| sean@blbglaw.com | thomas.ogden@dpw.com |
| sehlers@armstrongteasdale.com | thomas_noguerola@calpers.ca.gov |
| seichel@crowell.com | tim.desieno@bingham.com |
| sfelderstein@ffwplaw.com | timothy.brink@dlapiper.com |
| sfineman@lchb.com | timothy.palmer@bipc.com |
| sfox@mcguirewoods.com | tjfreedman@pbnlaw.com |
| sgordon@cahill.com | tkarcher@dl.com |
| sgubner@ebg-law.com | tkiriakos@mayerbrown.com |
| shannon.nagle@friedfrank.com | tlauria@whitecase.com |
| sharbeck@sipc.org | tmacwright@whitecase.com |
| shari.leventhal@ny.frb.org | tmarrion@haslaw.com |
| shgross5@yahoo.com | tnixon@gklaw.com |
| sidorsky@butzel.com | toby.r.rosenberg@irscounsel.treas.gov |

**LBH MSL Email Service List**

tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT D

| Claim Name | Address Information |
|---|---|
| INTERNATIONAL BANK FOR RECONSTRUCTION | & DEVELOPMENT ATTN: NIRMALIJIT SINGH PAUL 1818 H STREET N.W. MSN MC7-706 WASHINGTON DC 20433 |
| INTERNATIONAL FINANCE CORPORATION | ATTN: VP, FINANCE AND TREASURER 2121 PENNSYLVANIA AVE NW WASHINGTON DC 20433 |
| MIZRAHI TEFAHOT BANK LTD | 7 JABOTINSKY ST RAMAT GAN 52136 ISRAEL |
| MIZRAHI TEFAHOT BANK, LTD | ATTN: IRENE GRUBER, LEGAL DIVISION 7 JABOTINSKY STREET RAMAT GAN 52136 ISRAEL |
| MIZRAHI TEFAHOT BANK, LTD | STEVEN G. TEPPER ARNOLD & PORTER LLP 399 PARK AVE, 34TH FLOOR NEW YORK NY 10022 |

Total Creditor count  5

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| FIRST CHOICE POWER, LP | C/O LOWENSTEIN SANDLEER PC ATTN: S. JASON TEELE 65 LIVIGSTON AVENUE ROSELAND NJ 07068 |
| FIRST CHOICE POWER, LP | LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10022 |
| GILA RIVER POWER, L.P. | DEWEY & LEBOEUF LLP ATTN: EVAN KOSTER, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| GILA RIVER POWER, L.P. | C/O ENTEGRA POWER GROUP LLC ATTN: JERRY COFFEY 100 S. ASHLEY DRIVE, SUITE 1400 TAMPA FL 33602 |
| GLITNIR BANKI HF | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALAN W. KORNBERG, ABIGAIL CLARK 1285 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| INTERWIND CORP. F/K/A SKYPOWER CORP. | ATTN: SHAYA M. BERGER C/O DICKSTEIN SHAPIRO LLP 1633 BROADWAY NEW YORK NY 10036 |
| PORT OF TACOMA | EUNICE RIM K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PORT OF TACOMA | C/O K&L GATES LLP ATTN: DAVID C NEU, ESQ. 925 FOURTH AVENUE SUITE 2900 SEATTLE WA 98104 |
| UNITED COMPANY | TEITELBAUM & BASKIN, LLP ATTN: JAY TEITELBAUM, ESQ. 1 BARKER AVENUE, 3RD FLOOR WHITE PLAINS NY 10601 |
| UNITED COMPANY | LEACH TRAVELL BRITT PC ATTN: LAWRENCE KATZ 8270 GREENSBORO DRIVE, SUITE 1050 MCLEAN VA 22102 |
| UNITED COMPANY | LEACH TRAVELL BRITT PC ATTN: LAWRENCE A. KATZ 8270 GREENSBORO DRIVE, SUITE 1050 MCLEAN VA 22102 |
| UNITED COMPANY | ATTN: LOIS A. CLARK / BRIAN D. SULLIVAN 1005 GLENWAY AVENUE BRISTOL VA 24201 |
| UNITED COMPANY, THE | TEITELBAUM & BASKIN, LLP ATTN: JAY TEITELBAUM, ESQ. 1 BARKER AVENUE, 3RD FLOOR WHITE PLAINS NY 10601 |
| UNITED COMPANY, THE | LEACH TRAVELL BRITT PC ATTN: LAWRENCE A. KATZ, ESQ. 8270 GREENSBORO DRIVE, SUITE 1050 MCLEAN VA 22102 |
| UNITED COMPANY, THE | THE UNITED COMPANY 1005 GLENWAY AVENUE BRISTOL VA 24201 |
| WESTERNBANK PUERTO RICO | C/O WILLIAM M SILVERMAN & PETER FELDMAN OTTERBOURG STEINDLER HOUSTON & ROSEN 230 PARK AVENUE NEW YORK NY 10169 |

**Total Creditor count  16**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor count  2**

**EXHIBIT G**

| Claim Name | Address Information |
| --- | --- |
| F.F. THOMPSON FOUNDATION INC, THE | ATTN:CHIEF FINANCIAL OFFICER C/O FREDERICK FERRIS THOMPSON HOSPITAL 350 PARRISH STREET CANANDAIGUA NY 14424 |
| FREDERICK FERRIS THOMPSON HOSPITAL, THE | ATTN: CHIEF FINANCIAL OFFICER C/O FREDERICK FERRIS THOMPSON HOSPITAL 350 PARRISH STREET CANANDAIGUA NY 14424 |

**Total Creditor count  2**

**EXHIBIT H**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CASPIAN CAPITAL PARTNERS LP | C/O MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS LP | JOHN KETLY MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVE. HARRISON NY 10528 |
| MARINER OPPORTUNITIES FUND LP | ATTN:JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER OPPORTUNITIES FUND LP | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |
| STEVEN G. HOLDER LIVING TRUST | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| WILLIAMS GAS MARKETING INC. | ATTN: RANDALL O'NEAL, MANAGER LOSS RECOVERY DEPT. ONE WILLIAMS CENTER MD # 50-4 TULSA OK 74102 |

**Total Creditor count  6**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | CARLOS ALVAREZ LATHAM & WATKINS 885 THIRD AVENUE, 3RD FLOOR NEW YORK NY 10022 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | ATTN: GERALD GRANT 375 MORRIS ROAD, PO BOX 90 WEST POINT PA 19486-0090 |
| AFCO CARGO PIT LLC | C/O AVIATION FACILITIES COMPANY, INC. PO BOX 16860 WASHINGTON DC 20041-6860 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND | ATTN: RAPHAEL SHANNON, ESQ. MCCARTHY JOHNSON & MILLER LC 595 MARKET STREET, SUITE 2200 SAN FRANCISCO CA 94105 |
| CERBERUS INTERNATIONAL, LTD. | C/O LOWENSTEIN SANDLER PC ATTN:ROBERT G. MINION & RICHARD BERNSTEIN, ESQS 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10020 |
| CERBERUS INTERNATIONAL, LTD. | C/O LOWENSTEIN SANDLER PC 1251 AVENUE OF THE AMERICAS, 18TH FLOOR ATTN: ROBERT G. MINION, ESQ. RICHARD BERNSTEIN, ESQ. NEW YORK NY 10020 |
| FPL ENERGY POWER MARKETING, LLC F/K/A | FPL ENERGY POWER MARKETING, INC ATTN: CONTRACTS/LEGAL FPL POWER MARKETING, INC. C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FPL ENERGY POWER MARKETING, LLC F/K/A | FPL ENERGY POWER MARKETING, INC. C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD MA 01115 |

**Total Creditor count  10**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | MARK BROUDE LATHAM & WATKINS LLP 885 THIRD AVE 3RD FLOOR NEW YORK NY 10022 |
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | STATE STREET BANK ATTN: JONATHAN LONG 200 CLARENDON STREET, 6TH FLOOR BOSTON MA 02116 |
| C.M. LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| C.M. LIFE INSURANCE COMPANY | C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD MA 01115 |
| CHINA DEVELOPMENT BANK CORPORATION | NO.29, FUCHENGMENWAI STREET XICHENG DISTRICT ATTN: MS. ZHAO JIAXING, LAW AFFAIRS DEPT. BEIJING CHINA |
| CHINA DEVELOPMENT BANK CORPORATION | ATTN: MS. LIU XIAOXI, OPERATION OFFICER NO.29 FUCHENGMENWAI STREET, XICHENG DISTRICT BEIJING P.R. CHINA |
| CHINA DEVELOPMENT BANK CORPORATION | ALLEN OVERY LLP ATTN: JONATHAN CHO AND LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| INGRAM PENSION PLAN/NY LIFE CO. TTEE INGRAM | INDUSTRIES RETIREMENT PLAN; TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC C/O INGRAM INDUSTRIES INC. 4400 HARDING ROAD ATTN: JEFF BELSER NASHVILLE TN 37205 |
| JENNERS POND | C/O SIMPSON SENIOR SERVICES ATTN: JAMES J. KONIZEWSKI, CHIEF FINANCIAL OFFICER 150 MONUMENT ROAD SUITE 105 BALA CYNWYD PA 19004-1725 |
| JENNERS POND | ATTN: CHIEF FINANCIAL OFFICER C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNWYD PA 19004-1725 |
| JENNERS POND | JAMES J. KONISZEWSKI, CFO C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNWYD PA 19004-1725 |
| MAGNETAR CONSTELLATION MASTER FUND LTD | STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE ATTN: CLAUDE SZYFER NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND LTD | MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND, LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| PRIMUS CLO I LTD | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-2002 CAYMAN ISLANDS |
| PRIMUS CLO I LTD | PRIMUS ASSET MGMT. 360 MADISON AVE., 23RD FL NEW YORK NY 10017 |
| SMURFIT KAPPA ACQUISITIONS | F/K/A JSG ACQUISITIONS F/K/A MDCP ACQUISITIONS I ATTN: BRENDAN GLYNN BEECH HILL CLONSKEAGH DUBLIN 4 IRELAND |
| SMURFIT KAPPA ACQUISITIONS | KIRKLAND & ELLIS LLP ATTN:SCOTT J. GORDON,CINDY CHEN DELANO,CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | CAPITA TRUST COMPANY LIMITED ATTN: EMMA HAMLEY 7TH FLOOR, PHOENIX HOUSE 18 KING WILLIAM STREET LONDON EC4N 7HE UNITED KINGDOM |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | C/O CAPITA TRUST COMPANY LIMITED ATTN: EMMA HAMLEY 7TH FLOOR, PHOENIX HOUSE 18 KING WILLIAM STREET LONDON EC4N 7HE UNITED KINGDOM |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOXONDON ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOX ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| TUDOR BVI GLOBAL PORTFOLIO L.P., THE | TUDOR INVESTMENT CORPORATION, PROCESS AGENT ATTN: STEPHEN N. WALDMAN 1275 KING ST. GREENWICH CT 06831 |
| TUDOR BVI GLOBAL PORTFOLIO L.P., THE | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TURKIYE SINAI KALKINMA BANKASI AS | ATTN: KORHAN AKLAR MECLISI MEBUSAN CAD. 81 FINDIKLI 34427 ISTANBUL TURKEY |
| TURKIYE SINAI KALKINMA BANKASI AS | CLIFFORD CHANCE 31 W 52ND STREET NEW YORK NY 10019 |
| ZWINGER OPCO 6BV | C/O WHITEHALL MANAGEMENT SERVICES BV ATTN: GERARD MEIJSSEN, MANAGING DIRECTOR D-TOWER 11TH FLOOR STRAWINSKYLAAN 1161 AMSTERDAM 1077 XX NETHERLANDS |
| ZWINGER OPCO 6BV | CLEARLY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

**Claim Name**                          **Address Information**

| Total Creditor count  28 |

**EXHIBIT K**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MIDFIRST BANK | ATTN: LEGAL DEPARTMENT 501 N.W. GRAND BLVD. OKLAHOMA CITY OK 73118 |

**Total Creditor count  1**

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| HSBC BANK USA, NA AS TTEE FOR LEHMAN MORTGAGE | TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-5 SUPPLEMENTAL INTEREST TRUST CTLA- STRUCTURED FINANCE ATTN: CHI LE 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NA AS TTEE FOR LEHMAN MORTGAGE | TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-5 SUPPLEMENTAL INTEREST TRUST CTLA- STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NA AS TTEE FOR LEHMAN MORTGAGE | TRUST MORTGAGE TINA MOSS, ESQ PYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE | FOR LEHMAN MORTGAGE TINA N. MOSS PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |

**Total Creditor count  4**

**EXHIBIT M**

| Claim Name | Address Information |
|---|---|
| HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. | EVERETT, SCOTT HAYNES AND BOONE, LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. | C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| MARQUETTE FINANCIAL COMPANIES | C/O KATHI ROGERS 60 SOUTH SIXTH STREET, SUITE 3900 MINNEAPOLIS MN 55402 |
| MARQUETTE FINANCIAL COMPANIES | DORSEY & WHITNEY LLP ATTN: STEVEN J. HEIM, ESQ. 50 SOUTH SIXTH STREET, SUITE 1500 MINNEAPOLIS MN 55402 |

**Total Creditor count  4**

**EXHIBIT N**

| Claim Name | Address Information |
|---|---|
| CMC MAGNETICS CORPORATION | C/O BAKER & MCKENZIE ATTN: IRA REID, ESQ. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |

**Total Creditor count  1**

**EXHIBIT O**

| Claim Name | Address Information |
|---|---|
| MASSACHUSETTS DEPARTMENT OF TRANSPORTATION, AS SUC | MASSACHUSETTS TURNPIKE AUTHORITY ATTN: JOSEPH F. MCCANN 10 PARK PLAZA, SUITE 4160 BOSTON MA 02116 |
| MASSACHUSETTS DEPARTMENT OF TRANSPORTATION, AS SUC | EDWARDS ANGELL PALMER & DODGE LLP ATTN: JOHN WHITLOCK, AMY ZUCCARELLO 111 HUNTINGTON AVENUE BOSTON MA 02199 |

**Total Creditor count  2**