**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------x

|  |  |
|---|---|
| In re | : Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : **08-13555 (JMP)** |
| Debtors. | : **(Jointly Administered)** |

---------------------------------------------------------------------------x   Ref. Docket Nos. 26552, 26556, 26560, 26562, 26565, 26567, 26570, 26571, 26574, 26578, 26585, 26587, 26588, 26590-26592, 26595-26597, 26599, 26601, 26603-26606, 26619-26627, 26629, 26630

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 15, 2012, I caused to be served the:

   a. "Notice of Adjournment of the Objection to Certain Claims (Valued Derivative Claims) as to Investcorp Interlachen Multi-Strategy Master Fund Ltd," dated March 15, 2012 [Docket No. 26552], (the "Investcorp NOA"),

   b. "Notice of Adjournment of Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26556], (the "96th Omni NOA"),

   c. "Notice of Adjournment of the Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26560], (the "35th Omni NOA"),

   d. "Notice of Adjournment of the Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26562], (the "63rd Omni NOA"),

e.   "Notice of Adjournment of the Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26565], (the "67th Omni NOA"),

f.   "Notice of Adjournment of the Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26567], (the "71st Omni NOA"),

g.   "Notice of Adjournment of the Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26570], (the "84th Omni NOA"),

h.   "Notice of Adjournment of the Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26571], (the "95th Omni NOA"),

i.   "Notice of Adjournment of the One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26574], (the "103rd Omni NOA"),

j.   "Notice of Adjournment of the One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26578], (the "132nd Omni NOA"),

k.   "Notice of Adjournment of the One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26585], (the "155th Omni NOA"),

l.   "Notice of Adjournment of the One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26587], (the "162nd Omni NOA"),

m.   "Notice of Adjournment of the One Hundred Eighty-Second Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26588], (the "182nd Omni NOA"),

n.   "Notice of Adjournment of the One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26590], (the "191st Omni NOA"),

o.   "Notice of Adjournment of the Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26591], (the "219th Omni NOA"),

T:\Clients\LBH\Affidavits\Omni NOAs, NOHs, NOW_DI 26552, 26556, 26560, 26562, 26565, 26567, 26570, 26571, 26574, 26578, 26585, 26587, 26588, 26590-26592, 26595-26597, 26599, 26601, 26603-26606, 26619-26627, 26629, 26630_Aff_3-15-12.doc

p.   "Notice of Adjournment of the Two Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26592], (the "232nd Omni NOA"),

q.   "Notice of Adjournment of the Two Hundred Forty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26595], (the "246th Omni NOA"),

r.   "Notice of Adjournment of the Two Hundred Fifty-Third Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26596], (the "253rd Omni NOA"),

s.   "Notice of Adjournment of the Two Hundred Sixty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26597], (the "266th Omni NOA"),

t.   "Notice of Adjournment of One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26599], (the "112th Omni NOA"),

u.   "Notice of Adjournment of One Hundred Eighty-Eighth Omnibus Objection to Claims (Duplicative LPS Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26601], (the "188th Omni NOA"),

v.   "Notice of Adjournment of Debtors' One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26603], (the "111th Omni NOA"),

w.   "Notice of Adjournment of Debtors' One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26604], (the "117th Omni NOA"),

x.   "Notice of Adjournment of Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26605], (the "173rd Omni NOA"),

y.   "Notice of Adjournment of Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26606], (the "177th Omni NOA"),

z.   "Notice of Adjournment of Debtors One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26619], (the "185th Omni NOA"),

aa. "Notice of Adjournment of Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims (Employment-Related Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26620], (the "254th Omni NOA"),

bb. "Notice of Adjournment of Debtors' One Hundred Seventy-Eighth Omnibus Objection to Claims (No Liability 401(K) Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26621], (the "178th Omni NOA"),

cc. "Notice of Adjournment of Debtors' One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Repo Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26622], (the "189th Omni NOA"),

dd. "Notice of Adjournment of Debtors One Hundred Ninetieth Omnibus Objection to Claims (No Liability Security Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26623], (the "190th Omni NOA"),

ee. "Notice of Hearing on Debtors' One Hundred Tenth Omnibus Objection to Claims (Pension Claims)," dated March 15, 2012 [Docket No. 26624], (the "110th Omni NOH"),

ff. "Notice of Hearing on Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims)," dated March 15, 2012 [Docket No. 26625], (the "115th Omni NOH"),

gg. "Notice of Hearing on Debtors' One Hundred Twenty-First Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests)," dated March 15, 2012 [Docket No. 26626], (the "121st Omni NOH"),

hh. "Notice of Hearing on Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims (Misclassified Claims)," dated March 15, 2012 [Docket No. 26627], (the "136th Omni NOH"),

ii. "Notice of Adjournment of Hearing of Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims (Misclassified Claims) Solely as to Certain Claims," dated March 15, 2012 [Docket No. 26629], (the "136th Omni NOA"), and

jj. "Notice of Withdrawal of the One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) as to Certain Claims," dated March 15, 2012 [Docket No. 26630], (the "137th Omni NOW"),

by causing true and correct copies of the:

i.  Investcorp NOA, 96th Omni NOA, 35th Omni NOA, 63rd Omni NOA, 67th Omni NOA, 71st Omni NOA, 84th Omni NOA, 95th Omni NOA, 103rd Omni NOA, 132nd Omni NOA, 155th Omni NOA, 162nd Omni NOA, 182nd Omni NOA, 191st Omni NOA, 219th Omni NOA, 232nd Omni NOA, 246th Omni NOA, 253rd Omni NOA, 266th Omni NOA, 112th Omni NOA, 188th Omni NOA, 111th Omni NOA, 117th Omni NOA, 173rd Omni NOA, 177th Omni NOA, 185th Omni NOA, 254th Omni NOA, 178th Omni NOA, 189th Omni NOA, 190th Omni NOA, 110th Omni NOH, 115th Omni NOH, 121st Omni NOH, 136th Omni NOH, 136th Omni NOA and 137th Omni NOW, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.  Investcorp NOA, 96th Omni NOA, 35th Omni NOA, 63rd Omni NOA, 67th Omni NOA, 71st Omni NOA, 84th Omni NOA, 95th Omni NOA, 103rd Omni NOA, 132nd Omni NOA, 155th Omni NOA, 162nd Omni NOA, 182nd Omni NOA, 191st Omni NOA, 219th Omni NOA, 232nd Omni NOA, 246th Omni NOA, 253rd Omni NOA, 266th Omni NOA, 112th Omni NOA, 188th Omni NOA, 111th Omni NOA, 117th Omni NOA, 173rd Omni NOA, 177th Omni NOA, 185th Omni NOA, 254th Omni NOA, 178th Omni NOA, 189th Omni NOA, 190th Omni NOA, 110th Omni NOH, 115th Omni NOH, 121st Omni NOH, 136th Omni NOH, 136th Omni NOA and 137th Omni NOW, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

iii.  Investcorp NOA, 96th Omni NOA, 35th Omni NOA, 63rd Omni NOA, 67th Omni NOA, 71st Omni NOA, 84th Omni NOA, 95th Omni NOA, 103rd Omni NOA, 132nd Omni NOA, 155th Omni NOA, 162nd Omni NOA, 182nd Omni NOA, 191st Omni NOA, 219th Omni NOA, 232nd Omni NOA, 246th Omni NOA, 253rd Omni NOA, 266th Omni NOA, 112th Omni NOA, 188th Omni NOA, 111th Omni NOA, 117th Omni NOA, 173rd Omni NOA, 177th Omni NOA, 185th Omni NOA, 254th Omni NOA, 178th Omni NOA, 189th Omni NOA, 190th Omni NOA, 110th Omni NOH, 115th Omni NOH, 121st Omni NOH, 136th Omni NOH, 136th Omni NOA and 137th Omni NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.  Investcorp NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit D</u>,

v.  96th Omni NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit E</u>,

vi.  35th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F</u>,

vii.  63rd Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit G</u>,

T:\Clients\LBH\Affidavits\Omni NOAs, NOHs, NOW_DI 26552, 26556, 26560, 26562, 26565, 26567, 26570, 26571, 26574, 26578, 26585, 26587, 26588, 26590-26592, 26595-26597, 26599, 26601, 26603-26606, 26619-26627, 26629, 26630_Aff_3-15-12.doc

viii.   67th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit H</u>,

ix.   71st Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit I</u>,

x.   84th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit J</u>,

xi.   95th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit K</u>,

xii.   103rd Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit L</u>,

xiii.   132nd Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit M</u>,

xiv.   155th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit N</u>,

xv.   162nd Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit O</u>,

xvi.   182nd Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit P</u>,

xvii.   191st Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit Q</u>,

xviii.   219th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit R</u>,

xix.   232nd Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit S</u>,

xx.   246th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit T</u>,

xxi.   253rd Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit U</u>,

xxii.   266th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit V</u>,

T:\Clients\LBH\Affidavits\Omni NOAs, NOHs, NOW_DI 26552, 26556, 26560, 26562, 26565, 26567, 26570, 26571, 26574, 26578, 26585, 26587, 26588, 26590-26592, 26595-26597, 26599, 26601, 26603-26606, 26619-26627, 26629, 26630_Aff_3-15-12.doc

xxiii.    112th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit W</u>,

xxiv.    188th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit X</u>,

xxv.    111th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit Y</u>,

xxvi.    117th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit Z</u>,

xxvii.    173rd Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A1</u>,

xxviii.    177th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B1</u>,

xxix.    185th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C1</u>,

xxx.    254th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D1</u>,

xxxi.    178th Omni NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit E1</u>,

xxxii.    189th Omni NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit F1</u>,

xxxiii.    190th Omni NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit G1</u>,

xxxiv.    110th Omni NOH, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit H1</u>,

xxxv.    115th Omni NOH, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit I1</u>,

xxxvi.    121st Omni NOH, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit J1</u>,

xxxvii.    136th Omni NOH, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit K1</u>,

T:\Clients\LBH\Affidavits\Omni NOAs, NOHs, NOW_DI 26552, 26556, 26560, 26562, 26565, 26567, 26570, 26571, 26574, 26578, 26585, 26587, 26588, 26590-26592, 26595-26597, 26599, 26601, 26603-26606, 26619-26627, 26629, 26630_Aff_3-15-12.doc

xxxviii.   136th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit L1</u>, and

xxxix.   137th Omni NOW, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit M1</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
21st day of March, 2012
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221093
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Omni NOAs, NOHs, NOW_DI 26552, 26556, 26560, 26562, 26565, 26567, 26570, 26571, 26574, 26578, 26585, 26587, 26588, 26590-26592, 26595-26597, 26599, 26601, 26603-26606, 26619-26627, 26629, 26630_Aff_3-15-12.doc

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com

bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com

draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com

jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

| | |
|---|---|
| jschwartz@hahnhessen.com | linda.boyle@twtelecom.com |
| jsheerin@mcguirewoods.com | lisa.ewart@wilmerhale.com |
| jshickich@riddellwilliams.com | lisa.kraidin@allenovery.com |
| jsmairo@pbnlaw.com | ljkotler@duanemorris.com |
| jstoll@mayerbrown.com | lkatz@ltblaw.com |
| jsullivan@mosessinger.com | lmarinuzzi@mofo.com |
| jteitelbaum@tblawllp.com | lmay@coleschotz.com |
| jtimko@shutts.com | lmcgowen@orrick.com |
| jtougas@mayerbrown.com | lml@ppgms.com |
| judy.morse@crowedunlevy.com | lnashelsky@mofo.com |
| jvail@ssrl.com | loizides@loizides.com |
| jwallack@goulstonstorrs.com | lromansic@steptoe.com |
| jwang@sipc.org | lscarcella@farrellfritz.com |
| jwcohen@daypitney.com | lschweitzer@cgsh.com |
| jweiss@gibsondunn.com | lsilverstein@potteranderson.com |
| jwest@velaw.com | lubell@hugheshubbard.com |
| jwh@njlawfirm.com | lwhidden@salans.com |
| kanema@formanlaw.com | mabrams@willkie.com |
| karen.wagner@dpw.com | maofiling@cgsh.com |
| kdwbankruptcydepartment@kelleydrye.com | marc.chait@sc.com |
| keckhardt@hunton.com | margolin@hugheshubbard.com |
| keith.simon@lw.com | mark.bane@ropesgray.com |
| ken.coleman@allenovery.com | mark.deveno@bingham.com |
| ken.higman@hp.com | mark.ellenberg@cwt.com |
| kerry.moynihan@hro.com | mark.ellenberg@cwt.com |
| kgwynne@reedsmith.com | mark.sherrill@sutherland.com |
| kiplok@hugheshubbard.com | martin.davis@ots.treas.gov |
| kjarashow@fklaw.com | marvin.clements@ag.tn.gov |
| kkelly@ebglaw.com | matt@willaw.com |
| kkolbig@mosessinger.com | matthew.klepper@dlapiper.com |
| klyman@irell.com | maustin@orrick.com |
| klynch@formanlaw.com | max.polonsky@skadden.com |
| kmayer@mccarter.com | mbenner@tishmanspeyer.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mbienenstock@dl.com |
| kpiper@steptoe.com | mbloemsma@mhjur.com |
| kressk@pepperlaw.com | mbossi@thompsoncoburn.com |
| kreynolds@mklawnyc.com | mcademartori@sheppardmullin.com |
| krosen@lowenstein.com | mccombst@sullcrom.com |
| kuehn@bragarwexler.com | mcordone@stradley.com |
| kurt.mayr@bgllp.com | mcto@debevoise.com |
| lacyr@sullcrom.com | mcyganowski@oshr.com |
| landon@streusandlandon.com | mdahlman@kayescholer.com |
| lapeterson@foley.com | mdorval@stradley.com |
| lathompson@co.sanmateo.ca.us | melorod@gtlaw.com |
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| lee.stremba@troutmansanders.com | metkin@lowenstein.com |
| lgotko@fklaw.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mgordon@briggs.com |
| lhandelsman@stroock.com | mgreger@allenmatkins.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com

notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com

slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**

FAX LIST

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| INVESTCORP INTERLACHEN MULTI-STRATEGY MASTER FUND | LTD C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |

**Total Creditor count  1**

**EXHIBIT E**

| Claim Name | Address Information |
| --- | --- |
| SCHWABMUELLER, EVA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |

**Total Creditor count  1**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| IKB INTERNATIONAL SA | ATTN: WOLFGANG GUTH 12, RUE ERASME L-1486 LUXEMBOURG |
| IKB INTERNATIONAL SA | LOWENSTEIN SANDLER PC ATTN: CHRISTINE S. BOYLE 65 LIVINGSTON AVENUE ROSELAND NY 07068 |
| LINCORE LIMITED | C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| THE MORNINGSIDE MINISTRIES FOUNDATION, INC. | ATTN: JOAN DIXON, VICE-PRESIDENT OF FINANCE 700 BABCOCK ROAD SAN ANTONIO TX 78201 |

**Total Creditor count  4**

**EXHIBIT G**

| Claim Name | Address Information |
| --- | --- |
| BG ENERGY MERCHANTS, LLC | DOUGLAS P. BARTNER & SOLOMON J. NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BG ENERGY MERCHANTS, LLC | ATTN: THOMAS A. SMITH, CHIEF COUNSEL BG GROUP PLACE 811 MAIN ST STE 3400 HOUSTON TX 77002 |
| BG ENERGY MERCHANTS, LLC | CHIEF COUNSEL THOMAS A. SMITH BG GROUP PLACE 811 MAIN ST STE 3400 HOUSTON TX 77002 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL | FUND, LP & SILVER POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO ROUND TABLE GLOBAL MULTI-STRATEGY MASTER FUND, LTD ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830 |
| TELECOM ITALIA FINANCE SA | SIEGE SOCIAL ATTN: ANTONIO SICA, DIRECTOR 12, RUE EUGENE RUPPERT LUXEMBOURG L-2018 LUXEMBOURG |
| TELECOM ITALIA FINANCE SA | ORRICK, HERRINGTON, SUTCLIFFE LLP ATTN: LORRAINE MCGOWEN 51 WEST 52ND STREET NEW YORK NY 10019 |
| TELECOM ITALIA FINANCE SA | ORRICK HERRINGTON SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| TELECOM ITALIA FINANCE SA | ORRICK HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| TENOR OPPORTUNITY MASTER FUND, LTD. | ATTN: RAVI PATEL TENOR CAPITAL MANAGEMENT COMPANY LP 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK NY 10036 |
| TENOR OPPORTUNITY MASTER FUND, LTD. | ATTN: RAVI PATEL 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK NY 10036 |

**Total Creditor count  10**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| AOZORA BANK LTD | C/O KOKI YOSHIDA WORKOUT DIVISION 3-1, KUDAN-MINAMI I-CHOME, CHIYODA-KU TOKYO 102-8660 JAPAN |
| AOZORA BANK LTD | ALLEN & OVERY LLP C/O DANIEL GUYDER/LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| AOZORA BANK LTD | WILLIAM SUGDEN ALSTON & BIRD LLP ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| AOZORA BANK, LTD | C/O KOKI YOSHIDA WORKOUT DIVISION 3-1, KUDAN-MINAMI 1 CHOME, CHIYODA-KU TOKYO 102-8660 JAPAN |
| AOZORA BANK, LTD | ALLEN & OVERY LLP C/O DANIEL GUYDER/LISA KRAIDEN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| CANYON BALANCED MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON BALANCED MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR ATTN: JONATHAN KAPLAN, JOHN PLAGA LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S ATTANASIOM ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANSIO, ALEX R. ROVIRA 787 SEVENTH AVUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND, L.P. | C/O NATIONAL CORPORATE RESEARCH 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| CANYON VALUE REALIZATION FUND, L.P. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | C/O CAPSTONE HOLDINGS GROUP, LLC 7 WORLD TRADE CENTER - ATTN: JEREMY HECKERLING 250 GREENWICH STREET, 30TH FLOOR NEW YORK NY 10007 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JAMES MCDONNELL ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CHINA MINSHENG BANKING CORP., LTD | FINANCIAL MARKETS DEPARTMENT ATTN:MR WU WEI,GENERAL MANAGER OF TRADING CENTER FINANCIAL MARKETS DEPT 8TH FLOOR, NO. 2 FUXINGMEN NEI DA JIE XICHENG DISTRICT BEIJING 100031 CHINA |
| CHINA MINSHENG BANKING CORP., LTD | FINANCIAL MARKETS DEPARTMENT ATTN:MR WU WEI,GENERAL MANAGER OF TRADING CENTER FINANCIAL MARKETS DEPT 8TH FLOOR, NO. 2, FUXINGMEN NEI DA JIE XICHENG DISTRICT BEIJING 100031 CHINA |
| COMMONWEALTH BANK OF AUSTRALIA | ATTN: EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION LEVEL 1, 120 PITT STREET SYDNEY 1155 AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| COMMONWEALTH BANK OF AUSTRALIA | WHITE & CASE LLP ATTN: ABRAHAM L. ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CSP II USIS HOLDINGS L.P. | C/O THE CARLYLE GROUP ATTN: J. BECZAK 520 MADISON AVENUE, 39TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK SECURITIES INC. | TRANSFEROR: KILROY REALTY, L.P. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| E-CAPITAL PROFITS LIMITED | C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| FEDERAL HOME LOAN BANK OF DES MOINES | ATTN: AARON B. LEE 801 WALNUT STREET, SUITE 200 DES MOINES IA 50309 |
| ICM BUSINESS TRUST C/O IONIC CAPITAL MANAGEMENT | LLC 366 MADISON AVENUE, 9TH FLOOR JOHN RICHARDSON, GENERAL COUNSEL NEW YORK NY 10017 |
| ICM BUSINESS TRUST C/O IONIC CAPITAL MANAGEMENT | LLC BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ 2020 K STREET, NW WASHINGTON DC 20006 |
| LOEB ARBITRAGE B FUND LP | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB ARBITRAGE B FUND LP | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB ARBITRAGE FUND | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB ARBITRAGE FUND | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE B FUND LTD. | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE B FUND LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE FUND LTD. | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE FUND LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| MARINER LDC | ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER LDC | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | JAMES E. MCKEE C/O TRICADIA CAPITAL MANAGEMENT, LLC 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | C/O MARINER INVESTMENT GROUP, LLC ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: SHORT CREDIT MASTER FUND L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY COHEN, RONALD TOROK BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | C/O CADWALADER WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MITSUI & CO ENERGY RISK MANAGEMENT LTD | ATTN: KENGO IWAMOTO, CHIEF ADMINISTRATIVE OFFICER 5 ST. MARTIN'S COURT 10 PATERNOSTER ROW LONDON EC4M 7BB UNITED KINGDOM |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD | KIRSTEN HAMRAHI NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD. C/O NEXSTAR CAPITAL PARTNERS, LLC 780 THIRD AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| ROSS FINANCIAL CORPORATION | C/O DART MANAGEMENT LIMITED P. O. BOX 31363, 45 MARKET STREET, SUITE 3211, ATTN: MARK VANDEVELDE, CFA, DIRECTOR CAMANA BAY GRAND CAYMAN KY1-1206 CAYMAN ISLANDS |
| ROYAL CHARTER PROPERTIES - EAST, INC. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ROYAL CHARTER PROPERTIES - EAST, INC. | ATTN: MARK E. LARMORE 525 EAST 68TH STREET NEW YORK NY 10021 |
| SPCP GROUP, L.L.C. | TRANSFEROR: ALLIANCE LAUNDRY SYSTEMS LLC AS AGENT FOR SILVER POINT CAPITAL |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| SPCP GROUP, L.L.C. | FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP;ATTN:ADAM DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: ALLIANCE LAUNDRY SYSTEMS LLC ATTN: ADAM J. DEPANFILIS SILVER POINT CAPITAL, LP 660 STEAMBOAD ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | ROPES & GRAY LLP ATTN: MARC HIRSCHFIELD, ESQ. 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | FUND LTD C/O TRICADIA CAPITAL MANAGEMENT LLC ATTN: JAMES E. MCKEE 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | FUND LTD C/O MARINER INVESTMENT GROUP, INC. ATTN: JOHN KELTY 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| VENOCO, INC. | RUBIN, PAUL ESQ. HERRICK, GEINSTEIN LLP 2 PARK AVENUE NEW YORK NY 10016 |
| VENOCO, INC. | RUBIN, PAUL ESQ. HERICK, FEINSTEIN, LLP 2 PARK AVENUE NEW YORK NY 10016 |
| VENOCO, INC. | TERRY L. ANDERSON, ESQ. GENERAL COUNSEL 6267 CARPINTERIA AVENUE CARPINTERIA CA 93013 |

Total Creditor count  62

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| ICCREA BANCA S.P.A. | ATTN:C.A. LEGAL DEPT,ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON, SUTCLIFFE, LLP ATTN: LORRAINE MCGOWEN 51 WEST 52ND STREET NEW YORK NY 10019 |
| ICCREA BANCA S.P.A. | ALYSSA ENGLUND ORRICK, HERRINGTON & SUTCLIFFE LLP 666 FIFTH AVENUE NEW YORK NY 10103 |
| ICCREA BANCA S.P.A. | ALYSSA ENGLUND, ESQ ORRICK HERRINGTON & SUTCLIFFE LLP 666 FIFTH AVENUE NEW YORK NY 10103 |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN: SUSANNE KOLDEWEY ATTN: DR. SASCHA LOTZE FRIEDRICHSWALL 10 HANNOVER 30159 GERMANY |

Total Creditor count  5

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| CHINATRUST COMMERCIAL BANK | ATTN: GRACE WU 16F., NO. 3, SUNG SHOU ROAD TAIPEI CITY 110 TAIWAN, PROVINCE OF CHINA |
| CHINATRUST COMMERCIAL BANK | C/O MORRISON & FOERSTER LLP ATTN: KAREN OSTAD 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| ETON PARK FUND, LP | C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALTA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK FUND, LP | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK MASTER FUND, LTD. | C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALTA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK MASTER FUND, LTD. | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK MASTER FUND, LTD. | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MAGNETAR CAPITAL MASTER FUND LTD | STROOCK & STROOCK & LAVAN LLP ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CAPITAL MASTER FUND LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CAPITAL MASTER FUND LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION FUND III,  LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION FUND III,  LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND II LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND II LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| SPCP GROUP, L.L.C. | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS, SILVER POINT CAPITAL LP 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | ALLEN AND OVERY ATTN: VICTOR WAINGORT 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | INTER-AMERICAN DEVELOPMENT BANK ATTN: SOREN ELBECH 1300 NEW YORK AVENUE WASHINGTON DC 20577 |

**Total Creditor count  21**

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| BREVAN HOWARD MASTER FUND LIMITED | C/O BREVAN HOWARD ASSET MANAGEMENT LLP ATTN: ALEX UNDERWOOD 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| BREVAN HOWARD MASTER FUND LIMITED | ALEX UNDERWOOD, GENERAL COUNSEL 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| LINC-REDONDO BEACH SENIORS, INC. | C/O PENELOPE PARMES, ESQ. RUTAN & TUCKER, LLP 611 ANTON BOULEVARD, FOURTEENTH FLOOR COSTA MESA CA 92626 |
| PARKCENTRAL GLOBAL HUB LIMITED | ATTN: CHARLES THRESH, JAMES BENNETT, PETER LOGIE C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM 08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED ATTENTION: CHARLES THRESH CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM 08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | JAMES BENNETT LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | PETER LOGIE LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | DEBEVOISE & PLIMPTON LLP ATTN: RICHARD F. HAHN, BRYAN R. KAPLAN 919 THIRD AVENUE NEW YORK NY 10022 |
| PARKCENTRAL GLOBAL HUB LIMITED | RICHARD F. HAHN DEBEVOISE & PLIMPTON LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| PARKCENTRAL GLOBAL HUB LIMITED | BRYAN R. KAPLAN DEBEVOISE & PLIMPTON LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL | FUND, LP & SILVER POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO TIFFANY & CO C/O SILVER POINT CAPITAL, LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL | FUND, LP AND SILVER DAY PITNEY LLP ATTN: RONALD S BEACHER ESQ 7 TIMES SQUARE NEW YORK NY 10036 |

**Total Creditor count  12**

# EXHIBIT L

| Claim Name | Address Information |
| --- | --- |
| BAYERISCHE LANDESBANK | ATTN: HARALD GLOCKL FIRST VICE PRESIDENT BRIENNER STR. 18 MUNCHEN 80333 GERMANY |
| BAYERISCHE LANDESBANK | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: ELLEN HAYES & HARVEY DYCHIAO 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| SPCP GROUP, L.L.C. | TRANSFEROR: CENTRAL EUROPEAN MEDIA ENTERPRISES LTD AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP;ATTN:ADAM DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |

### Total Creditor count  4

**EXHIBIT M**

| Claim Name | Address Information |
|---|---|
| ALPHADYNE INTERNATIONAL MASTER FUND, LTD | C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN:  PHILIPPE KHUONG-HUU 17 STATE STREET, 20TH FLOOR NEW YORK NY 10004 |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | ATTN: CHIP STEVENS WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | C/O BARCLAYS GLOBAL INVESTOR, N.A. 400 HOWARD ST. SAN FRANCISCO CA 94105 |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | C/O BARCLAYS GLOBAL INVESTORS, N.A. 400 HOWARD ST. SAN FRANCISCO CA 94105 |
| FFI FUND LTD. | D. ROSS MARTIN ROPES & GRAY LLP ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| FFI FUND LTD. | BRACEBRIDGE CAPITAL, LLC ATTN: JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| FFI FUND LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| FYI FUND LTD. | C/O BRACEBRIDGE CAPITAL, LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| FYI FUND LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| KSC AFFORDABLE HOUSING INVESTMENT FUND LLC | C/O BRET H. REED, JR, A LAW CORPORATION 621 ACACIA AVENUE CORONA DEL MAR CA 92625 |
| KSC AFFORDABLE HOUSING INVESTMENT FUND LLC | ALAN BOGOMILSKY KSC AFFORDABLE HOUSING INVESTMENT FUND, LLC 550 CALIFORNIA AVENUE, SUITE 330 PALO ALTO CA 94306 |
| OLIFANT FUND, LTD. | C/O BRACEBRIDGE CAPITAL, LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| OLIFANT FUND, LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| OLIFANT FUND, LTD. | D. ROSS MARTIN ROPES AND GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| PINEY BRANCH PARK INC | ROBIN E. KELLER, ESQ. 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| PINEY BRANCH PARK INC | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |

**Total Creditor count  16**

**EXHIBIT N**

| Claim Name | Address Information |
| --- | --- |
| QUINTESSENCE FUND LP | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | LOVELLS LLP ATTN: ROBIN E. KELLER, ESQ. 590 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| QUINTESSENCE FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QVT FUND LP | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QVT FUND LP | LOVELLS LLP ATTN: ROBIN E. KELLER, ESQ. 590 MADISON AVE, 7TH FL NEW YORK NY 10022 |
| QVT FUND LP | LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| QVT FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10035 |
| QVT FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |

**Total Creditor count  9**

**EXHIBIT O**

| Claim Name | Address Information |
|---|---|
| CASCADE INVESTMENT, L.L.C. | ATTN: LAURIE SMILEY, GENERAL COUNSEL 2365 CARILLON POINT KIRKLAND WA 98033 |
| ELIM PARK BAPTIST HOME, INC., THE | C/O SHARYN B. ZUCH, WIGGIN AND DANA LLP 185 ASYLUM ST., CITYPLACE I HARTFORD CT 06103 |
| ELIM PARK BAPTIST HOME, INC., THE | ATTN: ZELL GASTON 140 COOK HILL ROAD CHESHIRE CT 06410 |
| GOLDMAN SACHS & CO. PROFIT | SHARING MASTER TRUST C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| GOLDMAN SACHS & CO. PROFIT | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 | LLC; C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 | LLC C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 | LLC C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| OZ ASIA MASTER FUND, LTD. | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ ASIA MASTER FUND, LTD. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OZ EUROPE MASTER FUND, LTD. | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ EUROPE MASTER FUND, LTD. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OZ MASTER FUND, LTD | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ MASTER FUND, LTD | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ZEPHYR RECOVERY 2004-1 LP | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-1 LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-1 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY 2004-2 LP | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-2 LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-2 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY 2004-3 LP | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-3 LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-3 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-A LP | DEUTSCHE BANK (CAYMAN), LTD ELIZABETHAN SQUARE PO BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY II-A LP | ZAIS GROUP, LLC ATTN: RUSSELL PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-A LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-B LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-B LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA |

| Claim Name | Address Information |
|---|---|
| ZEPHYR RECOVERY II-B LP | NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-C | ZEPHYR RECOVERY II-C LP C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY II-C | ZEPHYR RECOVERY II-C LP C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-C | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |

**Total Creditor count  31**

**EXHIBIT P**

| Claim Name | Address Information |
|---|---|
| CATHOLIC HEALTHCARE WEST | ATTN: JEAN W. HAM, DIRECTOR OF DEBT MANAGEMENT 185 BERRY STREET, SUITE 300 SAN FRANCISCO CA 94107 |
| NEW YORK CITY MUNICIPAL WATER FINANCE AUTHORITY | ATTN: THOMAS PAOLICELLI, EXECUTIVE DIRECTOR 75 PARK PLACE NEW YORK NY 10007 |
| NEW YORK CITY MUNICIPAL WATER FINANCE AUTHORITY | ORRICK, HERRINGTON, SUTCLIFFE, LLP ATTN: LORRAINE MCGOWEN 51 WEST 52ND STREET NEW YORK NY 10019 |
| STEVEN G. HOLDER LIVING TRUST | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | TMF MANAGEMENT LUXEMBOURG S.A. PO BOX 8 GRAND DUCHY OF LUXEMBOURG L-2010 LUXEMBOURG |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: FREDERIC LAHAYE PO BOX 8 GRAND DUCHY OF LUXEMBOURG L-2010 LUXEMBOURG |
| WINDERMERE PRIVATE PLACEMENT I S.A. | C/O TMF MANAGEMENT LUXEMBOURG S.A. ATTN: FREDERIC LAHAYE 1 ALLEE SCHEFFER LUXEMBOURG L-2520 LUXEMBOURG |
| WINDERMERE PRIVATE PLACEMENT I S.A. | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOX ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| WINDERMERE PRIVATE PLACEMENT I S.A. | JULIANA OLIVEIRA, JOSHUA FRIEDMAN KRAMER LEVIN NAFTALIS & FRANKEL LLP 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |

**Total Creditor count  9**

# EXHIBIT Q

| Claim Name | Address Information |
|---|---|
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | AS TRUSTEE FOR THE MICHIGAN TOBACCO SETTLEMENT ASSET-BACKED BONDS SERIES 2007 ATTN: BRIDGET SCHESSLER 525 WILLIAM PENN PLACE, 7TH FLOOR PITTSBURGH PA 15219 |
| BANK OF NEW YORK MELLON TRUST COMPANY, THE | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF NEW YORK MELLON TRUST COMPANY, THE | NA, AS TRUSTEE FOR THE MICHIGAN TOBACCO SETTLEMENT ASSET-BACKED BONDS SERIES 2007 ATTN: BRIDGET SCHESSLER 525 WILLIAM PENN PLACE PITTSBURGH PA 15219 |
| BUCKEYE TOBACCO SETTLEMENT FINANCING AUTHORITY, THE | C/O THE OFFICE OF BUDGET AND MANAGEMENT ATTN: KURT KAUFFMAN, ASSISTANT SECRETARY 30 EAST BROAD ST., 34TH FLOOR COLUMBUS OH 43215 |
| BUCKEYE TOBACCO SETTLEMENT FINANCING AUTHORITY, THE | SQUIRE, SANDERS & DEMPSEY LLP ATTN: GREGORY STYPE 41 SOUTH HIGH STREET, SUITE 2000 COLUMBUS OH 43215 |
| COMMONWEALTH OF VIRGINIA TOBACCO SETTLEMENT | FINANCING CORPORATION, C/O SHAWN R. FOX MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| WASHINGTON STATE TOBACCO SETTLEMENT AUTHORITY | C/O K&L GATES LLP ATTN: MARC L. BARRECA, ESQ 925 FOURTH AVENUE, SUITE 2900 SEATTLE WA 98104 |

**Total Creditor count  8**

# EXHIBIT R

| Claim Name | Address Information |
|---|---|
| CBARB, A SEGREGATED ACCOUNT OF GEODE | CAPITAL MASTER FUND LIMITED ATTN: JEFFREY MILLER ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON MA 02109 |
| CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL | MASTER FUND LIMITED ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON MA 02109 |
| CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL | MASTER FUND LIMITED ATTN: OFFICE OF GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON MA 02109 |
| CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL | MASTER FUND LIMITED, LISA LAMPERT GENERAL COUNSEL GEODE CAPITAL MANAGEMENT LP ONE SPARTAN WAY MERRIMACK NH 03054 |
| NEXEN MARKETING | ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING | TRANSFEROR: NEXEN MARKETING SINGAPORE PTELTD ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING | TRANSFEROR: NEXEN ENERGY MARKETING EUROPE LIMITED ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY AB T2P 3P7 CANADA |
| YAKIMA-TIETON IRRIGATION DISTRICT | C/O FOSTER PEPPER PLLC ATTN: JANE PEARSON 1111 THIRD AVENUE, SUITE 3400 SEATTLE WA 98101-3299 |

**Total Creditor count  8**

# EXHIBIT S

| Claim Name | Address Information |
|---|---|
| ITALEASE FINANCE S.P.A. | C/O LOVELLS STUDIO LEGALE ATTN: MR. FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN 20123 ITALY |
| ITALEASE FINANCE S.P.A. | C/O BLANK ROME LLP ATTN: ANDREW B ECKSTEIN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| SOLA LTD. | C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: RYAN ROLFERT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLA LTD. | MARK SHERRILL SUTHERLAND ASBILL & RENNIN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| TACONIC OPPORTUNITY FUND L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TACONIC CAPITAL ADVISORS L.P. ATTN: TIM ANDRIKS 450 PARK AVENUE NEW YORK NY 10022 |
| ZWINGER OPCO 6 BV | C/O WHITEHALL MANAGEMENT SERVICES BV ATTN: GERARD MEIJESSEN, MANAGING DIRECTOR D-TOWER 11TH FLOOR STRAWINSKYLANN 1161 AMSTERDAM 1077 NETHERLANDS |
| ZWINGER OPCO 6 BV | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |

**Total Creditor count  7**

**EXHIBIT T**

| Claim Name | Address Information |
|---|---|
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 7) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 7) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ESTELLE PEABODY MEMORIAL HOME OF THE | SYNOD OF LINCOLN TRAILS OF THE PRESBYTERIAN CHURCH (USA), THE C/O KATZ & KORIN PC ATTN: CHRISTINE K. JACOBSON 334 NORTH SENATE AVE INDIANAPOLIS IN 46204 |
| INGRAM PENSION PLAN/NY LIFE CO. TTEE INGRAM N | INDUSTRIES RETIREMENT PLA, TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC C/O INGRAM INDUSTRIES ATTN: JEFF BELSER 4400 HARDING ROAD NASHVILLE TN 37205 |
| MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY | MINTZ LEVIN ATTN: JACQUELYN CANNATA ONE FINANCIAL CENTER BOSTON MA 02111 |
| MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY | ATTN: EDWARD ADELMAN 253 SUMMER ST STE 300 BOSTON MA 02210-1114 |

Total Creditor count  8

**EXHIBIT U**

| Claim Name | Address Information |
|---|---|
| BANCA ITALEASE S.P.A | C/O LOVELLS STUDIO LEGALE ATTN: FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN 20123 ITALY |
| BANCA ITALEASE S.P.A | ANDREW B. ECKSTEIN BANCA ITALEASE S.P.A C/O BLANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| RTE-CNES | ATTN: ELISA EA 2054, BOULEVARD ANATOLE FRANCE SAINT – DENIS CEDEX 93206 FRANCE |
| RTE-CNES | DAVID NEIER WINSTON & STRAWN LLP 200 PARK AVENUE NEW YORK NY 10166 |

**Total Creditor count  4**

**EXHIBIT V**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| NATIONAL BANK OF CANADA | ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL QC H3B 4L2 CANADA |
| NATIONAL BANK OF CANADA | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |

**Total Creditor count  2**

**EXHIBIT W**

| Claim Name | Address Information |
|---|---|
| BANQUE CANTONALE DU VALAIS | C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DEL CAMPO, LUCIA | LIORNA 6523 APTO 201 MONTEVIDEO 11500 URUGUAY |
| INVESTERINGSSELSKABET AL 11.12.1990 APS | KONGGEVEIEN 495C HOLTE 2840 DENMARK |
| KEVIN LIEU, CAM-QUE | PFAUENWEG 9C HAMBURG 22305 GERMANY |

**Total Creditor count  4**

# EXHIBIT X

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AGRICULTURAL BANK OF TAIWAN | ATTN: SUN-CHYI LAI (MGR, DEPT OF TREASURE) 2F, NO.71, GUANCIAN RD. TAIPEI CITY, TAIWAN TAIWAN, PROVINCE OF CHINA |
| AGRICULTURAL BANK OF TAIWAN | SHEPPARD MULLIN RICHTER & HAMPTON LLP ATTN: MALANI J. CADEMARTORI & BLANKA WOLFE 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| AGRICULTURAL BANK OF TAIWAN | SHEPPARD MULLIN RICHTER & HAMPTON LLP ATTN: ALAN MARTIN 650 TOWN CENTER DRIVE, 4TH FLOOR COSTA MESA CA 92626 |
| HORIZON II INTERNATIONAL LIMITED | HSBC HOUSE 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LIMITED | HSBC BANK USA NATIONAL ASSOCIATION ATTN: SANDRA E. HORWITX CORPORATE TRUST & LOAN AGENCY 452 5TH AVE NEW YORK NY 10018-2706 |
| HORIZON II INTERNATIONAL LIMITED | ATTN: DAVID LEMAY, ESQ & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKFELLER PLAZA NEW YORK NY 10112 |
| MITSUI SECURITIES, CO., LTD. | ATTN: GENERAL AFFAIRS DEPARTMENT 21-1 1 CHOME JUNKA FUKUI 910-0023 JAPAN |
| MITSUI SECURITIES, CO., LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: SHERRY MILLMAN, ESQ. 180 MAIDEN LANE NEW YORK NY 10038 |

**Total Creditor count  8**

**EXHIBIT Y**

| Claim Name | Address Information |
|---|---|
| BANCO INTERIOR DE S.A., | THROUGH ALCICDES ROBERTO DE OLIVEIRA CHAVES, AS LIQUIDATOR OF BANCO INTERIOR DE SAO PAOLO, S.A RUA MAJOR EMIDIO DE CASTRO STREET, NUMBER 74 SAO JOSE DO RIO PRETO SP 15014-420 BRAZIL |
| BANCO INTERIOR DE S.A., THROUGH ALCICDES | ROBERTO DE OLIVEIRA CHAVES, EDWARD DAVIS, ARNOLDO LACAYO, ASTIGARRAGA DAVIS 701BRICKWELL AVENUE, 16TH FLOOR MIAMI FL 33131 |
| CERADYNE, INC. | C/O SILVERMANACAMPORA LLP 100 JERICHO QUADRANGLE, SUITE 300 ATTN: JAY S. HELLMAN JERICHO NY 11753 |
| ESSEX EQUITY HOLDINGS USA, LLC | ATTN: MICHAEL S. KIM KOBRE & KIM LLP 800 THIRD AVENUE NEW YORK NY 10022 |
| MOORE, CHARLES E. | SCOTT R. LOVERNICK, ESQ. SCHWARTZ & CERA, LLP 44 MONTGOMERY STREET, SUITE 3850 SAN FRANCISCO CA 94104 |
| WESTERN DIGITAL CORP. | C/O SILVERMANACAMPORA LLP 100 JERICHO QUADRANGLE, SUITE 300 ATTN: JAY S HELLMAN JERICHO NY 11753 |

**Total Creditor count  6**

**EXHIBIT Z**

| Claim Name | Address Information |
|---|---|
| ABERNATHY, GREGG | 2515 GOUGH ST SAN FRANCISCO CA 94123-5012 |
| ADAIR, JOHN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| ADDINGTON, ERIK R. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| AGRAWAL, SHASHANK | 205 HUDSON STREET 511 HOBOKEN NJ 07030 |
| ANTONELLI, CHRISTOPHER G. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BALLENTINE, JAMES M., III | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BARICEVIC, JOANNA M. | 238 N RAILROAD AVE STATEN ISLAND NY 10304 |
| BARONE, HEATHER | 2406 SW 15TH STREET DEERFIELD BEACH FL 33442 |
| BEST, BARBARA J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BHATTAL, JASJIT S. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BOBB, JANICE | 313 PLYMOUTH ROAD NORTH BRUNSWICK NJ 08902 |
| BRAMHAM, SHAUN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BRAUN, KONSTANTIN | 26 WINTERBOTTOM LN POUND RIDGE NY 10576 |
| BUSH, JAMES | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CAROL, CLAYTON | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHAN, KENT | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHETTY, NOEL ROYAPPAN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHIN, RUSSELL | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHO, KUNHO | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CONNORS, WILLIAM F. | 105 DUANE STREET APT 38C TRIBECA TOWER NEW YORK NY 10007 |
| CORSALINI, ENRICO J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DEXTER, DARRIN A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DOE, JOCELYN J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DORFMAN, DAVID A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| FELDKAMP, GEOFFREY F | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| FLANAGAN, CHRISTOPHER | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| FUCHS, BENJAMIN A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GABBAY, MARK | HOUSE 11 51-55 DEEP WATER BAY ROAD HONG KONG |
| GABBAY, MARK | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GENNA, MICHAEL | 482 ATLANTIC AVE MASSAPEQUA PARK NY 11762 |
| GLAVAN, JEFFREY L. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |

| Claim Name | Address Information |
| --- | --- |
| GOULD, JAMES P. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GREENWALD, ANDREW J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HAR-EVEN, ITAMAR | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HOWE, CHRISTIAN J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HUANG, KANGLIN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HUGO-LANCELOT ROBERT GABRIEL MARTY | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HUNT, ROBIN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HURLEY, JEFFREY D. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| IMPERATO, JASON | 148 WEAVER STREET GREENWICH CT 06831 |
| JOTWANI, TARUN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| KAYE, PATRICK J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| KEAY, STEPHANIE | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| KOLLYDAS, PETER | 28 COLERIDGE DR MARLBORO NJ 07746 |
| KOLLYDAS, PETER G. | 28 COLERIDGE DRIVE MARLBORO NJ 07746 |
| KONHEIM, SETH L. | 10 LYNDALE PARK WESTPORT CT 06880 |
| LAIBLE, ROBERT K. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| LAX, STEPHEN | 324 AUTUMN HILL DRIVE MORGANVILLE NJ 07751-2043 |
| LUCOCQ, SIMON B. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| LYNCH, MARY A. | 501 EAST 79TH ST NEW YORK NY 10075 |
| MCCULLY, MICHAEL K. | 340 EAST 23RD STREET APARTMENT 5M NEW YORK NY 10010-4747 |
| MCGARRY, PATRICK J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| MILLEA, TIMOTHY E. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| MORRIS, JASON P. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| MURRAY, THOMSON C JR. | 220 CLEFT ROAD MILL NECK NY 11765-1001 |
| NEWHOUSE, MICHELLE M. | 420 EAST 54TH STREET APT 11C NEW YORK NY 10022-5151 |
| O'CONNOR, BRIAN M. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| OH, MIRIAM Y. | 76 GLEN DRIVE NEW CANAAN CT 06840 |
| PAPADAKIS, SPYROS N. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| PEARSON, THOMAS M. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| QUISMORIO, JAMES P. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| RASNER, TIMOTHY D. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |

| Claim Name | Address Information |
|------------|---------------------|
| ROPNER, HENRY | 14 DUNCANNON 26 LINDSAY SQUARE LONDON SW1V 2HT UNITED KINGDOM |
| RUBIN, CHARLES | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| RUBINSTEIN, MARC | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SANTORO,VITO | 130 AREGOOD LANE ISLAMORADA FL 33036 |
| SCHIFFMAN, GLENN H. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SCHREIBER, RUSSELL | FLAT 5 CADOGAN COURT GARDENS 1 D'OYLEY STREET LONDON SW1X 9AQ UNITED KINGDOM |
| SCOTT, ERIC A. | 48A GREEN ST MEDFIELD MA 02052 |
| SHAH, NIRAJ | 107 WEST PASSAIC AVENUE BLOOMFIELD NJ 07003 |
| SIEGMUND, THOMAS | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SKOLNICK, FRED J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SOWINSKI, JOHN A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| STEIN, JEFFREY A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| TOLCHINSKY, ANDREA | 119 CHESTNUT HILL ROAD WILTON CT 06897 |
| TSEKOV, GEORGI I. | 213 S. SCOTCH PLAINS AVE WESTFIELD NJ 07090 |
| TUNG, SHARON W. | TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| TWITCHELL, DARYL M. | 11 SILVER RIDGE ROAD NEW CANAAN CT 06840 |
| UMLAUF, ERIK | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| VAISH, PANKAJ | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| VULAKH, NATALIE SAVIC | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| WARDELL, JEFFERY K. | 2255 BUSH STREET # 1 SAN FRANCISCO CA 94115 |
| WEISS, AARON J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| WENDEL, CHRISTOPHER | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| WHEELER, KEITH | 13 PALOMINO CIRCLE NOVATO CA 94947 |
| YEE, JACK S. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| YUHN, PHIL | 83 MCKINLEY AVE APT A3-1 WHITE PLAINS NY 10606 |
| ZANCO, MARIO | VIA CONCORDIA 10 CUSANO MILANINO MI 20095 ITALY |
| ZOLAD, BRYAN C. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |

**Total Creditor count  89**

**EXHIBIT A1**

| Claim Name | Address Information |
|---|---|
| COLLINS, MICHAEL | 19 BURR RD HULL MA 02045-3205 |
| DYBECK, DONALD C. | 50 NANTUCKET PORT TOWNSEND WA 98368 |
| FINDER, EDMUND | 120 QUAYSIDE DRIVE JUPITER FL 33477 |
| FORFIA, ROBERT | 136 DAY COURT MAHWAH NJ 07430 |
| FORSTER, DENNIS E | 5352 2B CALLE REAL SANTA BARBARA CA 93111-1688 |
| FRITTS, DONALD N. | 7885 LANDOWNE DR ATLANTA GA 30350 |
| GABELMAN, RICK L | 1228 EVERGREEN DR LINCOLN NE 68510 |
| GARDNER, JAMES | 6714 NORTH OCEAN BLVD OCEAN RIDGE FL 33435 |
| HEIN, MARK W. | 1944 LEVINE LANE CLEARWATER FL 33760 |
| HLAVEK, RUDOLPH | PO BOX 2086 WINTER PARK FL 32790 |
| KUYKENDALL, CHARLES L | 6573 EAGLE RIDGE DRIVE BETTENDORF IA 52722 |
| MAJOR JR., CHARLES E | 1232 GLASGOW BATON ROUGE LA 70808 |
| MC GUINN, EDWIN JR. | 20 COBB ISLAND DR. GREENWICH CT 06830 |
| MORRISON, ROBERT D. | 965 HOLIDAY CT S SALEM OR 97302 |
| MOUNTFORD, ROBERT C | AMITY FARM 314 GOAT HILL RD. LAMBERTVILLE NJ 08530 |
| RUBIN, ALLAN | 429 EAST 80TH STREET NEW YORK NY 10021 |
| SMITH, WILLIAM C | 1110 WHEATFIELD CT. CENTERVILLE OH 45458 |
| SPRING, BURKHARD R | 8 WINTERGREEN DR WEST MELVILLE NY 11747-1808 |
| STANTON, EDWARD III | 1220 HAROLD STREET HOUSTON TX 77006 |
| STIPO, MICHAEL | 31 SHORE DRIVE WEST COPIAGUE NY 11726 |
| WAGNER, WILLIAM A | 5555 ANNAMARIE COURT CINCINNATI OH 45247 |
| WHALEN, JOHN A | 300 OAKWOOD DR HAMILTON OH 45013 |

**Total Creditor count  22**

**EXHIBIT B1**

| Claim Name | Address Information |
|---|---|
| BUTLER-MCLAUGHLIN, CECELIA E. | 2 LANGDON ROAD CARLE PLACE NY 11514 |
| CARPENTER, THERESA J. | 72 NORTH STATE ROAD # 170 BRIARCLIFF MANOR NY 10510 |
| CRAMER, REBEKAH W. | 2670 MANOR PL ELLENWOOD GA 302942544 |
| FRIEDMAN, STEPHEN J. | 857 FIFTH AVENUE NEW YORK NY 10065 |
| HAYKIN, DANIEL S. | 16234 E PRENTICE PL CENTENNIAL CO 80015-4174 |
| RIESSEN, NATALIE S. | 205 EAST 59TH STREET, #19A NEW YORK NY 10022 |
| ROBSON-CANTY, GERALDINE D. | 61 BEECHWOOD TERRACE YONKERS NY 10705 |
| SPITAL, SAUL H. | 10 JEANINE COURT MANALAPAN NJ 07226 |
| SPITAL, SAUL H. | 10 JEANINE COURT MANALAPAN NJ 07726 |

**Total Creditor count  9**

**EXHIBIT C1**

| Claim Name | Address Information |
| --- | --- |
| BOUGHRUM, DONALD J. | 247 MONMOUTH AVE NAVESINK NJ 07752-0808 |
| KRIEGER, KAREN M. SIMON | 19 MARSHALL COURT GREAT NECK NY 11021 |
| LISTER, JAMES G. | 4 MAYFAIR ROAD ST. LOUIS MO 63124 |
| MONAHAN, BRIAN W. | 2 HANCOCK PLACE IRVINGTON NY 10533 |
| O'SULLIVAN, THOMAS J. | 336 NASSAU AVE MANHASSET NY 11030 |
| SERAYDAR, ROSE MRS | 525 NEPTUNE AVE. APT 22B BROOKLYN NY 11224-4020 |
| SHEFFER, SCOTT T. | 601 LONGCHAMPS DRIVE DEVON PA 19333 |
| SHI, ZHIYONG | 9 ROSS AVE CHESTNUTRIDGE NY 10977 |

**Total Creditor count  8**

**EXHIBIT D1**

| Claim Name | Address Information |
|---|---|
| ANDREWS, DAVID B. | ANDREWS KURTH LLP ATTN: JOSEPH ROVIRA 600 TRAVIS, STE. 4200 HOUSTON TX 77002 |
| CARPENTER, THERESA J. | 72 NORTH STATE ROAD # 170 BRIARCLIFF MANOR NY 10510 |
| GROSS, BRIAN M. | 400 E 71ST APT 10D NEW YORK NY 10021 |
| IMPERATO, JASON | 148 WEAVER STREET GREENWICH CT 06831 |
| KWAN, HERBERT W. | FLAT 28A, DRAGONVIEW COURT 5 KOTEWALL ROAD MIDLEVELS HONG KONG CHINA |
| KWAN, HERBERT W. | JOHN L. BERGER, ESQ. LOWENSTEIN SANDLER PC 65 LIVINGSTON AVE. ROSELAND NJ 07068 |
| LITTLEFIELD, DAVID A | LAW OFFICES OF PASQUALE P. CAIAZZA 606 EAST CHAPMAN AVENUE, SUITE 201 ORANGE CA 92866-1601 |
| MANNING, CHRISTOPHER R. | JOHN BERGER, ESQ. LOWENSTEIN SANDLER PC 65 LIVINGSTON AVE. ROSELAND NJ 07068 |
| MANNING, CHRISTOPHER R. | 431 GRACE CHURCH ST RYE NY 10580-4214 |
| NIEMAN, ROGER R. | 300 EAST 40TH ST NEW YORK NY 10016-2188 |
| SCHREIBER, RUSSELL | 500 WEST 53RD STREET, APT PH NEW YORK NY 10019 |
| STEIGER ASSOCIATES LP | C/O LAW OFFICES OF DONALD WATNICK 122 EAST 42ND STREET; SUITE 606 NEW YORK NY 10168 |
| STEIGER, HEIDI L. | C/O LAW OFFICES OF DONALD WATNICK 122 EAST 42ND STREET; SUITE 606 NEW YORK NY 10168 |
| WEBER, ANDREW | 8 HOLLYWOOD ROAD LONDON SW10 9HY UNITED KINGDOM |

**Total Creditor count  14**

**EXHIBIT E1**

| Claim Name | Address Information |
| --- | --- |
| DOUGLAS,DOROTHEA | 177-11 136TH AVE APT PH JAMAICA NY 11434-4013 |

**Total Creditor count  1**

**EXHIBIT F1**

| Claim Name | Address Information |
| --- | --- |
| ICP STRUCTURED CREDIT INCOME MASTER FUND LTD | C/O INSTITUTIONAL CREDIT PARTNERS LLC ATTN: PETER W GAUDET, CHIEF OPERATING OFFICER 360 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10017 |

**Total Creditor count  1**

**EXHIBIT G1**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| STASHOWER, SUSAN | 300 WEST 72 STREET # 6F NEW YORK NY 10023 |

Total Creditor count  1

# EXHIBIT H1

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| GATTUSO, MARGARET E. | 101 WARREN STREET APT 1120 NEW YORK NY 10007 |

Total Creditor count  1

**EXHIBIT I1**

| Claim Name | Address Information |
| --- | --- |
| GOLDMAN, MICHAEL J | 17305 ST JAMES COURT BOCA RATON FL 33496 |

**Total Creditor count  1**

**EXHIBIT J1**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LYNCH, MARY A. | 501 EAST 79TH ST NEW YORK NY 10075 |

**Total Creditor count  1**

**EXHIBIT K1**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| STADT SCHWAEBISCH HALL | ATTN: MR. UWE GOETZELMANN AM MARKT 4 SCHWAEBISCH HALL DE-74523 GERMANY |

**Total Creditor count  1**

**EXHIBIT L1**

| Claim Name | Address Information |
|---|---|
| ARROWOOD INDEMNITY COMPANY | F/K/A ROYAL INDEMNITY COMPANY CARRUTHERS & ROTH, P.A., C/O JOHN FLYNN 235 N. EDGEWORTH STREET GREENSBORO NC 27401 |
| COTTEN, TIMOTHY A., ET AL. | 9543 NORTH SIDE DRIVE OWINGS MD 20736 |
| DEPOSITORY TRUST CLEARING CORP & RELATED ENTITIES | SHELDON I. HISHON, ESQ. 11 TIMES SQ NEW YORK NY 10036-6600 |
| DEPOSITORY TRUST CLEARING CORP & RELATED ENTITIES | 55 WATER STREET, 22ND FLOOR NEW YORK NY 10041 |
| PJM INTERCONNECTION, LLC | SCHNADER HARRISON SEGAL & LEWIS LLP C/O NICHOLAS J. LEPORE, III 1600 MARKET STREET, SUITE 3600 PHILADELPHIA PA 19103 |
| PSEG ENERGY RESOURCES & TRADE LLC | ATTN: SUZANNE M. KLAR, ESQ. 80 PARK PLAZA, T5D NEWARK NJ 07101 |
| TROUT, ROGER | C/O SENDER & WASSERMAN, P. C. ATTN: KENNETH J. BUECHLER, ESQ. 1660 LINCOLN STREET, SUITE 2200 DENVER CO 80264 |

**Total Creditor count  7**

**EXHIBIT M1**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CHEWTON CAPITAL LTD. | TRANSFEROR: BANK LEUMI LE-ISRAEL B.M. C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |

**Total Creditor count  1**