**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

       Debtors.

------------------------------------------------------------------------x

    :   **Chapter 11 Case No.**

    :

    :   **08-13555 (JMP)**

    :

    :   **(Jointly Administered)**

    :

    :   **Ref. Docket Nos. 26679-26680**
       **26683, 26685, 26687, 26689**
       **26691, 26693, 26695, 26801**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 16, 2012, I caused to be served the:

    a. "Notice of Adjournment of Seventy-Third Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests)," dated March 15, 2012 [Docket No. 26679], (the "73rd Omni NOA"),

    b. "Notice of Adjournment of One Hundred Eighteenth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests)," dated March 15, 2012 [Docket No. 26680], (the "118th Omni NOA"),

    c. "Notice of Adjournment of One Hundred Thirtieth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests)," dated March 15, 2012 [Docket No. 26683], (the "130th Omni NOA"),

    d. "Notice of Adjournment of One Hundred Thirty-First Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests)," dated March 15, 2012 [Docket No. 26685], (the "131st Omni NOA"),

    e. "Notice of Adjournment of One Hundred Thirty-Third Omnibus Objection to Claims (to Reclassify Proofs of Claim as an Equity Interest)," dated March 15, 2012 [Docket No. 26687], (the "133rd Omni NOA"),

f.  "Notice of Adjournment of One Hundred Thirty-Fourth Omnibus Objection to Claims (to Reclassify Proofs of Claim as an Equity Interest)," dated March 15, 2012 [Docket No. 26689], (the "134th Omni NOA"),

g.  "Notice of Adjournment of One Hundred Thirty-Fifth Omnibus Objection to Claims (to Reclassify Proofs of Claim as an Equity Interest)," dated March 15, 2012 [Docket No. 26691], (the "135th Omni NOA"),

h.  "Notice of Adjournment of One Hundred Seventy-Sixth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interest)," dated March 15, 2012 [Docket No. 26693], (the "176th Omni NOA"),

i.  "Notice of Adjournment of Two Hundred and Seventh Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests)," dated March 15, 2012 [Docket No. 26695], (the "207th Omni NOA"), and

j.  "Notice of Adjournment of Two Hundred Forty-Fourth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated March 16, 2012 [Docket No. 26801], (the "244th Omni NOA"),

by causing true and correct copies of the:

i.  73rd Omni NOA, 118th Omni NOA, 130th Omni NOA, 131st Omni NOA, 133rd Omni NOA, 134th Omni NOA, 135th Omni NOA, 176th Omni NOA, 207th Omni NOA and 244th Omni NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.  73rd Omni NOA, 118th Omni NOA, 130th Omni NOA, 131st Omni NOA, 133rd Omni NOA, 134th Omni NOA, 135th Omni NOA, 176th Omni NOA, 207th Omni NOA and 244th Omni NOA, to be delivered via facsimile to the party listed on the annexed Exhibit B,

iii.  73rd Omni NOA, 118th Omni NOA, 130th Omni NOA, 131st Omni NOA, 133rd Omni NOA, 134th Omni NOA, 135th Omni NOA, 176th Omni NOA, 207th Omni NOA and 244th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv.  73rd Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

v.  118th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

vi.  130th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F,

vii.  131st Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit G,

viii.  133rd Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit H</u>,

ix.  134th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit I</u>,

x.  135th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit J</u>,

xi.  176th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit K</u>,

xii.  207th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit L</u>, and

xiii.  244th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit M</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Eleni Kossivas*
Eleni Kossivas

Sworn to before me this
22nd day of March, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\NOA's for Omnis 73, 118, 130, 131, 133-135, 176, 207 & 244_DI 26679, 26681, 26683, 26685, 26687 & 26689, 26691, 26693, 26695 & 26801_Aff_3-16-12.doc

**EXHIBIT A**

**_Email Addresses_**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
anann@foley.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com

avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov

cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com

dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com

| | |
|---|---|
| ggoodman@foley.com | jeffrey.sabin@bingham.com |
| giddens@hugheshubbard.com | jeldredge@velaw.com |
| gkaden@goulstonstorrs.com | jen.premisler@cliffordchance.com |
| glenn.siegel@dechert.com | jennifer.demarco@cliffordchance.com |
| gmoss@riemerlaw.com | jennifer.gore@shell.com |
| gravert@ravertpllc.com | jeremy.eiden@ag.state.mn.us |
| gspilsbury@jsslaw.com | jfalgowski@reedsmith.com |
| guzzi@whitecase.com | jflaxer@golenbock.com |
| harrisjm@michigan.gov | jfox@joefoxlaw.com |
| harveystrickon@paulhastings.com | jfreeberg@wfw.com |
| hbeltzer@mayerbrown.com | jg5786@att.com |
| heim.steve@dorsey.com | jgenovese@gjb-law.com |
| heiser@chapman.com | jguy@orrick.com |
| hollace.cohen@troutmansanders.com | jherzog@gklaw.com |
| holsen@stroock.com | jhiggins@fdlaw.com |
| howard.hawkins@cwt.com | jhorgan@phxa.com |
| hseife@chadbourne.com | jhuggett@margolisedelstein.com |
| hsnovikoff@wlrk.com | jhuh@ffwplaw.com |
| hsteel@brownrudnick.com | jim@atkinslawfirm.com |
| icatto@mwe.com | jjoyce@dresslerpeters.com |
| igoldstein@dl.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| info2@normandyhill.com | jkehoe@btkmc.com |
| ira.herman@tklaw.com | jlamar@maynardcooper.com |
| isgreene@hhlaw.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jacobsonn@sec.gov | jlipson@crockerkuno.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmakower@tnsj-law.com |
| jar@outtengolden.com | jmazermarino@msek.com |
| jason.jurgens@cwt.com | jmcginley@wilmingtontrust.com |
| jay.hurst@oag.state.tx.us | jmelko@gardere.com |
| jay@kleinsolomon.com | jmerva@fult.com |
| Jbecker@wilmingtontrust.com | jmmurphy@stradley.com |
| jbeemer@entwistle-law.com | jmr@msf-law.com |
| jbeiers@co.sanmateo.ca.us | jnadritch@olshanlaw.com |
| jbird@polsinelli.com | jnm@mccallaraymer.com |
| jbromley@cgsh.com | john.monaghan@hklaw.com |
| jcarberry@cl-law.com | john.rapisardi@cwt.com |
| jchristian@tobinlaw.com | jorbach@hahnhessen.com |
| jdoran@haslaw.com | Joseph.Cordaro@usdoj.gov |
| Jdrucker@coleschotz.com | joshua.dorchak@bingham.com |
| jdyas@halperinlaw.net | jowen769@yahoo.com |
| jean-david.barnea@usdoj.gov | jowolf@law.nyc.gov |
| jeanites@whiteandwilliams.com | joy.mathias@dubaiic.com |
| jeannette.boot@wilmerhale.com | JPintarelli@mofo.com |
| jeff.wittig@coair.com | jporter@entwistle-law.com |
| jeffery.black@bingham.com | jprol@lowenstein.com |

jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgotko@fklaw.com

lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com

mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com

nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com

rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
SABVANROOY@HOTMAIL.COM
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com

sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| **_Name_** | **_Fax_** |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ALLARD, ANDREW | 647 DELAWARE AVENUE RIDGEWOOD NJ 07450 |
| ANDERSON, IAN W. | 7 DANSON ROAD KENT BEXLEYHEATH DA6 8HA UNITED KINGDOM |
| CRASTON, EDMUND ANTHONY | 8 ST. MAUR ROAD LONDON SW6 4DP UNITED KINGDOM |
| DICCIANNI, CHARLES | 53 WEDGEWOOD DRIVE GOSHEN NY 10924 |
| DUFFY, KATHLEEN C | 375 SOUTH END AVENUE APT 27A NEW YORK NY 10280 |
| DYER, ROBERT C. | 2 MCLAREN ROAD SOUTH DARIEN CT 06820 |
| GOLDMAN, SHERYL | 1820 BITTERSWEET LANE MOUNT PROSPECT IL 60056 |
| GRAN, MICHAEL | 45 COMELY LANE LATHAM NY 12110 |
| JAO, ANDREA T. | 77 SEVENTH AVE. APT. 10-S NEW YORK NY 10011 |
| KELLARD, CRAIG J | 8 JESMOND ROAD ESSEX CANVEY ISLAND SS8 0AH UNITED KINGDOM |
| KENNEY, JUDITH ANN | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| KENNEY, JUDITH ANN | 40 WEST 77TH ST  APT #11D NEW YORK NY 10024 |
| LANGEVIN, MARY | 19 FORT CHARLES PLACE BRONX NY 10463 |
| MALTHOUSE, SAMANTHA | 206 PRIESTS LANE ESSEX SHENFIELD CM158LG UNITED KINGDOM |
| MUINOS, BARBARA | 10 GIMBALL RD LTL EGG HBR NJ 08087-3670 |
| NETZEL, GAVIN R | 17 DEFIANT CLOSE CHATHAM, KENT ME5 7QS UNITED KINGDOM |
| NOBLE, RICHARD GRANT | THE FIELD HOUSE, TYRRELLS WOOD LEATHERHEAD SURREY KT22 8QJ UNITED KINGDOM |
| PENTON, ANDREA M | 71 SALLOWS SHAW SOLE STREET KENT COBHAM DA139BP UNITED KINGDOM |
| SHOTTON, PAUL NIGEL | 124 LUKES WOOD ROAD NEW CANAAN CT 06840 |
| SOMMA, GREGG | 4 PETERSON ROAD HILLSBOROUGH NJ 08844 |
| STATHAM, CHRISTOPHER A. | VALEWOOD FARM HOUSE BELL VALE LANE SURREY HASLEMERE GU27 3DJ UNITED KINGDOM |
| SULLIVAN, ANDREA | 29 ROSTREVOR ROAD LONDON SW65AX UNITED KINGDOM |
| TOAL, IAN G | 20 PAIGNTON CLOSE ESSEX RAYLEIGH SS69PW UNITED KINGDOM |
| WELCH, COLIN S. A. | 26 HAMILTON GARDENS ST. JOHN'S WOOD NW8 9PU UNITED KINGDOM |

**Total Creditor count  24**

**EXHIBIT E**

| Claim Name | Address Information |
| --- | --- |
| ANDRIOLA, ROCCO F. | 45 MOREWOOD OAKS PORT WASHINGTON NY 11050 |
| ANTONCIC, MADELYN | 3251 PROSPECT STREET NW UNIT 302 WASHINGTON DC 20007 |
| BANCHETTI, RICCARDO | FORO BUONAPARTE 24 MILANO 20121 ITALY |
| BAZYLEVSKY, BO | 22315 MULHOLLAND HWY CALABASAS CA 91302-5140 |
| BOWYER, MICHAEL L. | 26 OAK LANE SCARSDALE NY 10583 |
| CATALAO MAIA, ALEXANDRE | 200 EAST 94TH STREET APT 514 NEW YORK NY 10128 |
| FLEISCHMAN RICHMAN, SANDY | 25 CENTRAL PARK WEST APT #6E NEW YORK NY 10023 |
| GLASEBROOK, RICHARD J., II | 515 NORTH STREET GREENWICH CT 06830 |
| GLASEBROOK, RICHARD J., II | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| GOLDBERG, JASON | 745 7TH AVENUE, 17TH FLOOR NEW YORK NY 10019 |
| HUTTON, RANDALL J. | 22 HILLSIDE LANE NEW HOPE PA 18938 |
| LAWRENCE, HENRY MORGAN III | 143 READE STREET, APT 3A NEW YORK NY 10013 |
| LIOTTI, FABIO | 74 YORK MANSIONS PRINCE OF WALES DRIVE LONDON SW11 4BW UNITED KINGDOM |
| LYNCH, MARY A. | 501 EAST 79TH ST NEW YORK NY 10075 |
| MONAHAN, BRIAN W. | 2 HANCOCK PLACE IRVINGTON NY 10533 |
| NACKENSON, RICHARD | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| NACKENSON, RICHARD | 254 E 68TH ST  APT 31D NEW YORK NY 10065-6000 |
| PARR, ANKE | 15 DANEHURST STREET LONDON SW6 6 UNITED KINGDOM |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 11570 |
| RAMALLO, HENRY | 27 DAVENPORT WAY HILLSBOROUGH NJ 08844 |
| RAMALLO, HENRY | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| REINER, BRETT S. | 26 BURR FARMS ROAD WESTPORT CT 06880 |
| REYNOLDS, CHRISTIAN F. | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| REYNOLDS, CHRISTIAN F. | 151 EAST 31ST STREET, #28E NEW YORK NY 10016 |
| SARONNE, GIANCARLO | 100 OAKWOOD COURT LONDON W14 8JZ UNITED KINGDOM |
| SCHWARTZ, MARVIN C | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| SCHWARTZ, MARVIN C | 2 EAST 88TH STREET NEW YORK NY 10128 |
| SHAH, HARSH | FLAT 2 3 PEMBRIDGE PLACE LONDON WS 4XB UNITED KINGDOM |
| STIEFEL, STEPHANIE J | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| STIEFEL, STEPHANIE J | 1 BEEKMAN PL APT 11A NEW YORK NY 10022-8069 |
| WALSH, W. PHILLIP | 20 PINE STREET, APARTMENT #1906 NEW YORK NY 10005 |
| WEINER, DAVID I. | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| WEINER, DAVID I. | 173 RIVERSIDE DR. NEW YORK NY 10024 |

**Total Creditor count  34**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ADLER, JENNIFER S. | 166 EAST 61ST STREET # 17G NEW YORK NY 10065 |
| BECKER, JENNIFER | 611 BUCHANAN BLVD RED BANK NJ 07701 |
| BROADBENT, WILLIAM S. | 75 PECKSLAND ROAD GREENWICH CT 06831-3647 |
| DAS, NACHIKETA | 301 EAST 69TH STREET APARTMENT 19B NEW YORK NY 10021 |
| DUFOURNIER, PHILIPPE | 5 MOORHOUSE ROAD LONDON W25DH UNITED KINGDOM |
| FRASER-JENKINS,INIGO L | 10 WYNDHAM STREET 33 PADDINGTON STREET LONDON W1H 1DB UNITED KINGDOM |
| HOAR, NICK JOHN | 48A WINCHESTER STREET LONDON SW1V 4NF UNITED KINGDOM |
| KETTLER, R. KYLE | 154 PLANTATION HOUSTON TX 77024 |
| LAWRENCE, NICOLE S. | 143 READE STREET, APT 3A NEW YORK NY 10013 |
| LENG, MANHUA | 25 POLHEMUS PL BROOKLYN NY 11215-2203 |
| LEVY, STEWART F. | 420 EAST 72ND STREET APT. # 20E NEW YORK NY 10021 |
| MARCUS, LISA | 131 DEVRIESE COURT TENAFLY NJ 07670 |
| MISCHLER, VINCENT | 48 THURLEIGH ROAD LONDON SW12 8UD UNITED KINGDOM |
| O'MARA, MICHAEL J. | 10 HURST VIEW ROAD SURREY SOUTH CROYDON CR2 7AG UNITED KINGDOM |
| PORTER, BARRY | 22 DOVE PARK CHORLEY WOOD WD3 5NY UNITED KINGDOM |
| WALKER, MATTHEW | 30 DUNSTAN ROAD LONDON UNITED KINGDOM |
| WATTEVILLE, JEAN DE | 42 ELSWORTHY ROAD LONDON NW3 3DL UNITED KINGDOM |

**Total Creditor count  17**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| BOGERT, LISA R | 13311 LOST CREEK RD. TOMBALL TX 77375 |
| CARANGO, ANTHONY T. | #601 HILLVIEW 21-23 MACDONNELL ROAD MIDLEVELS HONG KONG |
| CREMIN, PATRICK G. | 12 LAUDERDALE MANSIONS LAUDERDALE ROAD MAIDA VALE LONDON W91NE UNITED KINGDOM |
| DESFORGES, MATHIEU | 2 DICKENS MEWS LONDON EC1 M5SZ UNITED KINGDOM |
| FLACKMAN, CYNTHIA | 105 PINE BROOK ROAD MONTVILLE NJ 07045 |
| GATTUSO, MARGARET E. | 101 WARREN STREET APT 1120 NEW YORK NY 10007 |
| KENNEY, ARTHUR J. | 200 EAST END AVE, APT 5-DE NEW YORK NY 10128 |
| LUDWIG, LINDA | 15 BELVEDERE DRIVE LIVINGSTON NJ 07039 |
| LUDWIG, LINDA | ARNOLD LUDWIG 26 COURT STREET, SUITE 400 BROOKLYN NY 11242 |
| MARSHALL, NIKKI A. | 12 THOMAS ROAD WESTPORT CT 06880 |
| MENZIES, FIONA M. | 4 MILLHURST MEWS SHEERING ROAD OLD HARLOW ESSEX CM17 0GY UNITED KINGDOM |
| MEYER, JAMES P. | 1530 N DEARBORN #14N CHICAGO IL 60610 |
| NEDEV, BORIS | 4TH FLOOR FLAT 59 COURTFIELD GARDENS LONDON SW5 ONF UNITED KINGDOM |
| TESCHNER, STEFAN | BAHNHOFSALLEE 2 BAD NAUHEIM 61231 GERMANY |
| WHAMOND, CHRISTIAN | 35 MIDBROOK LANE OLD GREENWICH CT 06870 |
| WILSON, ROBERT W. | 37 UPLAND ROAD ESSEX BILLERICAY CM120JP UNITED KINGDOM |

**Total Creditor count  16**

**EXHIBIT H**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BARDEHLE, CHRISTIAN | VOLTASTRASSE 70 FRANKFURT 60486 GERMANY |
| FALLTRICK, BARRY J | 9A VAN DIEMANS ROAD CHELMSFORD ESSEX CM2 9QG UNITED KINGDOM |
| JUDD, IAN | HOLLY HEDGE ST JOHNS HILL ROAD ST JOHNS SURREY WOKING GU21 7RG UNITED KINGDOM |
| LATIFA, DEBBARH | FLAT 20 41 MILLHARBOUR LONDON E14 9NA UNITED KINGDOM |

**Total Creditor count  4**

**EXHIBIT I**

| Claim Name | Address Information |
| --- | --- |
| MEARS, RUSSELL | 44 HOWARD ROAD UPMINSTER ESSEX, ESSEX RM14 2UF UNITED KINGDOM |
| VELEBA, MILAN | FLAT 13 / CAPSTAN COURT 24 WAPPING WALL LONDON E1W 3SE UNITED KINGDOM |

**Total Creditor count  2**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| DAY, GEMMA | 61A KENTISH TOWN ROAD LONDON NW1 8RX UNITED KINGDOM |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON STE 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 11570 |
| SCHUSTER, CHRISTIANE | FLAT 5 25 ELVASTON PLACE LONDON SW7 5NL UNITED KINGDOM |

**Total Creditor count  5**

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| CALLIES, GUILLEMETTE | 16 BIS, RUE SOYER NEUILLY-SUR-SEINE F92200 FRANCE |
| COHEN, DARIAN J. | 5035 WAGNER WAY OAK PARK CA 91377 |
| JACOBSON, LARS P. | 909 15TH ST. HERMOSA BEACH CA 90254 |
| LIOTTI, FABIO | 74 YORK MANSIONS PRINCE OF WALES DRIVE LONDON SW11 4BW UNITED KINGDOM |
| MARCUS, LISA | 131 DEVRIESE COURT TENAFLY NJ 07670 |
| MARCUS, LISA | STEVEN ABRAMOWITZ VINSON & ELKINS LLP 666 5TH AVE. NEW YORK NY 10103 |
| MCCOOEY, KEVIN C. | 11 PLYMOUTH ROAD RYE NY 10580 |
| PLASKETT, RODNEY A. | 40 BIRCHWOOD LANE HARTSDALE NY 10530 |
| SAKS, ROGER | 64 TWIN BROOKS RD SADDLE RIVER NJ 07458 |
| SARKAR, AMIT K | 78 LANSDOWNE RD NOTTINGHILL LONDON W112LS UNITED KINGDOM |
| TUIL, LAURENT | FLAT 4 FORDIE HOUSE 82 SLOANE STREET LONDON SW1X 9PA UNITED KINGDOM |
| WARDELL, JEFFERY K. | 2255 BUSH STREET #1 SAN FRANCISCO CA 94115 |

**Total Creditor count  12**

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| ABRAMS, STANLEY | 712 N. CRESCENT DRIVE BEVERLY HILLS CA 90210 |
| ALI, ASGAR | 470 MALCOLM X BLVD APT 7C NEW YORK NY 10037-3024 |
| BAREGGI, MICHELE | 18 SEYMOUR WALK LONDON SW109NF UNITED KINGDOM |
| BASS, BRADLEY | 110 E DELAWARE PL APT 804 CHICAGO IL 60611-1485 |
| BIRD, RICHARD | 45 DERWENT ROAD HARPENDEN AL5 3NY UNITED KINGDOM |
| BRANCATO, JENNIFER | 35 N. CHATSWORTH AVE, 1R LARCHMONT NY 10538 |
| BURKE, JAMES K. | 43 ELMWOOD AVENUE RYE NY 10580 |
| BURKE, TIMOTHY A. | 149 SPLIT ROCK ROAD SYOSSET NY 11791 |
| CASSANOVA, CATRINA | 605 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10158 |
| CASUPLE, VIRGILIO | 57 EDGAR PLACE NUTLEY NJ 07110 |
| CHAN, SHIRLEY | 20B DRAGONVIEW COURT 5 KOTEWALL MID-LEVELS HONG KONG |
| CINTRON, JACQUELINE | 84-01 MAIN ST APT 406 JAMAICA NY 11435 |
| COHEN GUSTAVO SEBASTIAN | ORTIZ DE OCAMPO 2655 PISO 7 DTO 1 BUENOS AIRES 1425 ARGENTINA |
| COLTON, DAVID | 345 WASHINGTON AVE GLENCOE IL 60022-1832 |
| DELLARUSSO, RICHARD J. | 8 SUNSET ROAD DARIEN CT 06820 |
| DICENSO, JOSEPH | 17 TREETOPS LN DANVERS MA 01923-1140 |
| DUNKIN, ROBEN L | 107 CLARK STREET GLEN RIDGE NJ 07028 |
| ERTMANN, JAMES | 1350 ASBURY AVE WINNETKA IL 60093-1406 |
| ESCOBAR JR., CALIXTO M. | 84 SHERIDAN AVE. STATEN ISLAND NY 10305 |
| FELDERHOF, STEPHEN | 170 HOLLAND PARK AVENUE LONDON W11 4UH UNITED KINGDOM |
| FINKEL, SETH J. | 6 EAST HILL COURT TENAFLY NJ 07670 |
| FINKEL, SETH J. | MICHAEL SCHLESHINGER & MICHELLE L. POMERANTZ JULIEN & SCHLESINGER, P.C. ONE WHITEHALL STREET 17TH FLOOR NEW YORK NY 10004 |
| FINKEL, SETH J. | EUGENE NEAL KAPLAN PATRICK TRAIN-GUTIERREZ KAPLAN LANDAUE, LLP 1065 AVENUE OF THE AMERICAS 27TH FLOOR NEW YORK NY 10018 |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS ESSEX WESTCLIFF ON SEA SS08PZ UNITED KINGDOM |
| GOLDFARB, DAVID | 11 CHAUNCEY PLACE WOODBURY NY 11797 |
| GREEN, LOUISE | 44 EAST AVENUE MIDDLETOWN NY 10940 |
| GREGG, HAWES | 1911 RUXTON ROAD RUXTON MD 21204 |
| HALL, ROOPALI A. | 1 VAN RENSSELAER AVE STAMFORD CT 06902-8018 |
| HARGRAVE, BRIAN | 105 LLEWELLYN ROAD MONTCLAIR NJ 07042 |
| HASHIDA, AKIKO | 713 POINCIANA DR GULF BREEZE FL 32561 |
| HOM, MICHAEL C. | 43 WEST 61ST STREET APT 17K NEW YORK NY 10023 |
| HOOPER, HELEN | 1722 EAST 51ST STREET BROOKLYN NY 11234 |
| IYER, SUBRAMANIUM | C/6, KRIPA SADAN, 9TH CENTER ROAD BORIVALI (EAST) MUMBAI 400066 INDIA |
| JENCKES, GEORGE A., IV | 76 SCONSET DR FAIRFIELD CT 06824-3854 |
| JOHNSON, BRIAN A. | 888 TOWER ROAD WINNETKA IL 60093 |
| KENG-CHONG, CHEN | FLAT B, 11/F GRAND FORTUNE MANSION 1 DAVIES STREET KENNEDY TOWN HONG KONG |
| KILGALLON, JOHNINE | 21 TENNYSON DR NANUET NY 10954-1116 |
| KOTIAN, SURAJ | SAINATHWADI CO-OP HSG SOC FLAT NO - 505 5TH FLOOR. ASALPHA VILLAGE GHATKOPAR (W) MUMBAI 400084 INDIA |
| LANKEN, JONATHAN P | 2 BRYANSTON MEWS WEST LONDON W1H 2DD UNITED KINGDOM |
| LAWSKY, MICHAEL | 17 OAK KNOLL ROAD SUMMIT NJ 07901 |
| LEE, MAN YANG | 306 GOLD ST APT 31C BROOKLYN NY 11201-3051 |
| LEGOTTE, LEONARD J. | 549 RATHBUN AVE STATEN ISLAND NY 10312 |
| LEUNG, PAMELA | 7527 137TH AVE SE RENTON WA 98059-3098 |
| LOWE, TIA GELAINE | 88 GREENWICH APT 2103 NEW YORK NY 10006 |
| MALCOLM, ANDREW | 23 ZANGWILL ROAD BLACKHEATH SE3 8EH UNITED KINGDOM |
| MARNEY, LESLEY N | POPLAR GRANGE 48 CLERKE DRIVE KEMSLEY SITTINGBOURNE, KENT ME102RY UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| MCLAUGHLIN, MARY DEIRDRE | 84 BASEVI WAY GREENWICH LONDON SE8 3JS UNITED KINGDOM |
| MODASIA, DIPAK | 801 CASCADES TOWER 4 WESTFERRY ROAD LONDON E14 8JN UNITED KINGDOM |
| MONTALVO, MIRIAM | 1918 KIMBALL STREET BROOKLYN NY 11234 |
| MURPHY, PATRICIA | 71 HAYES STREET GARDEN CITY NY 11530 |
| NORTH-CLAUSS, BRYAN | 27 DEVONSHIRE PLACE MEWS LONDON ENGLAND W1G6DA UK |
| PATANKAR, SAMEER | GOKUL NAGAR, OLD AGRA ROAD, OPP. NAUNEET MOTORS, NEAR SHIVSENA OFFICE THANE (W) INDIA |
| POCHINAPEDDI, VENKATA | 901 SWALLOW CT. NORTH BRUNSWICK NJ 08902 |
| PULJIC, GORAN | 8 SEARLES RD. DARIEN CT 06820 |
| RADICK, JONATHAN | 1300 KNOLLWOOD ROAD MOUNTAINSIDE NJ 07092 |
| REYCROFT, EMILY M. | 40 EAST 20TH STREET APARMENT #4 NEW YORK NY 10003 |
| RONCAGLIOLO, JACQUELINE S | 454 RIVER ROAD APARTMENT G NUTLEY NJ 07110 |
| ROSS, MEREDITH H | 2882 WEST 232ND STREET TORRANCE CA 90505 |
| SARODE, SUNIL | FLAT NO. 214, 'D' WING, UMIYA COMPLEX GAMESH MANDIR ROAD TITWALA (E) KALYAN 421605 INDIA |
| SAVILLO, JOSEPHINE M. | 34-02 BROOKSIDE ST - FLOOR 2 LITTLE NECK NY 11363 |
| SCHWAB, STEVEN B | 25 KENT ROAD SCARSDALE NY 10583 |
| SHINDE, SUDARSHAN SUBHASH | 43, SUSWAGOTAM NAGAR POSTAL COLONY ROAD, NEAR FINE ARTS SOCIETY CHEMBUR (E) MUMBAI 400071 INDIA |
| SHUM, DANIEL T. | 11763 E CHARTER OAK DRIVE SCOTTSDALE AZ 85259 |
| SIBIRSKI, LINDA J. | 2165 BRIGHAM STREET APT 6E BROOKLYN NY 11229 |
| SIEGEL, NORMAN | 550 N. KINGSBURG # RO8 CHICAGO IL 60654 |
| SINGH, ANIL KUMAR | 25 WEST DRIVE SURREY CHEAM SM2 7NB UNITED KINGDOM |
| SPERO, CHARLES | 555 WEST 59TH ST APT 9E NEW YORK NY 10019 |
| STEFFENS, EDWARD M. | 77 MOTLEY STREET MALVERNE NY 11565 |
| STEVENS, CHRISTIAN E. | 2940 ROCKBRIDGE DRIVE HIGHLANDS RANCH CO 80129 |
| SURI, TARVINDER SINGH | FLAT NO. 11, SHREE SAI APT. ROAD NO. 27, SHANTI NALAR WAGLE ESTATE THANE 400604 INDIA |
| SWEELY, GORDON | 56 GILLESPIE AVENUE FAIR HAVEN NJ 07704 |
| TRAVERSA, ROBERT | 85 RIVER STREET SLEEPY HOLLOW NY 10591-2415 |
| TURNBULL, NIGINA | 221 WEST 105TH STREET, APT 3FE NEW YORK NY 10025 |
| VALECCE, JOHN | 3 CARRIAGE HOUSE LANE MAMARONECK NY 10543 |
| WAIRKAR, DINESH VISHWANATH | A 503, PLOT NO. 10, SAI PREM APT. SECTION 8, CHARKOP KANDIVALI (WEST) MUMBAI 400067 INDIA |
| WANG, YULAN | 95 SPRING ST MILLBURN NJ 07041-1129 |
| WEINREICH, RUTH | 759 HAMPTON ROAD WOODMERE NY 11598 |
| WIDEMAN, ANDREW | 2801 CLINTON WAY DENVER CO 80238 |
| WILSON, KELLY WEINBERGER | 349 10 FOREST LANE SOLON OH 44139 |
| WINCHESTER, JUDITH A. | 3929 IVY TERRACE COURT, NW WASHINGTON DC 20007 |
| WREN, ALEX H | 117 FERNDALE RD EASTON CT 06612-2008 |

**Total Creditor count  81**

**EXHIBIT M**

| Claim Name | Address Information |
|---|---|
| AECO GAS STORAGE PARTNERSHIP | JASON DUBCHAK, GENERAL COUNSEL NISKA GAS STORAGE 400, 607-8TH AVENUE S.W. CALGARY AB T2P 0A7 CANADA |
| AECO GAS STORAGE PARTNERSHIP | STEVEN ABRAMOWITZ JAMES DAY VINSON & ELKINS, LLP 666 FIFTH AVENUE, 25TH FLOOR NEW YORK NY 10103 |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 18 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 18 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| DEUTSCHE BANK AG | ATTN: IRA WURCEL, ESQ. 60 WALL STREET, 28TH FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG | ATTN: IRA WURCEL, ESQ. 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN:  JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG | JOSHUA DORCHAK, ESQ. BINGHAM MCCUTCHEN LLP 2020 K STREET, NW NEW YORK NY 10022 |
| DEUTSCHE BANK AG | JOSHUA DORCHAK BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG | IRA WURCEL, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| FINMECCANICA S.P.A. | PIAZZA MONTE GRAPPA 4 ROME 00195 ITALY |
| ITOCHU CORPORATION | FOR THE ATTENTION OF NAOKO FUJITA, LEGAL DEPT 1, LEGAL DIV (TOKYO) 5-1 KITA AOYAMA 2 CHOME MINATO-KU TOKYO 107-8077 JAPAN |
| JUDSON | ATTN:  HONG CHAE 2181 AMBLESIDE DRIVE CLEVELAND OH 44106 |

**Total Creditor count  19**