```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                  :
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :    08-13555 (JMP)
                                                  :    (Jointly Administered)
                Debtors.                          :
                                                  :
                                                  :    Ref. Docket Nos. 25855, 25856,
-------------------------------------------------------------------x    25858, 25861, 25868, 26093, 26166,
                                                       26207-26221, 26223, 26230, 26232,
                                                       26297, 26299
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 14, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
22nd day of March, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  CREDIT SUISSE                              CREDIT SUISSE
         ATTN: ALLEN GAGE                           CRAVATH, SWAINE & MOORE LLP
         1 MADISON AVE                              ATTN: RICHARD LEVIN
         NEW YORK NY 10010                          WORLDWIDE PLAZA
                                                    825 EIGHTH AVENUE
                                                    NEW YORK NY 10019
```

Please note that your claim # 555829-29 in the above referenced case and in the amount of
    $0.00    allowed at $5,449.50         has been transferred **(unless previously expunged by court order)**

```
         UBS AG
         TRANSFEROR: CREDIT SUISSE
         BAHNHOFSTRASSE 45
         ZURICH    CH-8001
         SWITZERLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 26166    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/14/2012                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 14, 2012.

# EXHIBIT B

TIME: 21:41:56
DATE: 03/14/12
PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ALPHA-OMEGA CORPORATION | C/O BNP PARIBAS WEALTH MANAGEMENT, HONG KONG BRANCH 63/F TWO INTERNATIONAL FINANCE CENTRE 8 FINANCE STREET CENTRAL HONG KONG |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| BARCLAYS BANK PLC | TRANSFEROR: ALPHA-OMEGA CORPORATION 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BRANDWOOD, ROBERT GORDON | 34 ARIEL COURT OPAL STREET LONDON SE11 4HS UNITED KINGDOM |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: PHOENIX LIFE LIMITED C/O JPMORGAN CHASE BANK 383 MADISON AVENUE, 37TH FLOOR NEW YORK NY 10179 |
| CHENAVARI FINANCIAL ADVISORS LTD. | TRANSFEROR: ICCREA BANCA S.P.A. 1 GROSVENOR PLACE LONDON SW1X7JH UNITED KINGDOM |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENWORTH LIFE INSURANCE COMPANY ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SERENGETI LYCAON ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SERENGETI RAPAX ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VIATHON CAPITAL MASTER FUND, L.P. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| EFG BANK AG | GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166 |
| EFG BANK AG | BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND |
| EFG BANK AG HONG KONG BRANCH | EFG BANK AG 18F, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: PEEK-HEESTERS, E.J.H AS ASSIGNEE OF E.J.H PEEK-HESTERS ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, THE (SOUND TRANSIT) ATTN: CAMERON ARRINGTON 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY,THE (SOUND TRANSIT); ATTN: CAMERON ARRINGTON 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GALOSTIFTELSEN ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: IRISFONDEN, QUESADA ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: OSTERSJOSTIFTELSEN ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GPC LVIII, LLC | BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| GPC LVIII, LLC | C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GTAM TS INVESTMENT LLC | TRANSFEROR: GPC LVIII, LLC C/O GOLDENTREE ASSET MANAGEMENT LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| HAIN CAPITAL HOLDINGS, LTD | TRANSFEROR: BRANDWOOD, ROBERT GORDON ATTN: RACHEL YAMNIK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| ILLIQUIDX LTD | TRANSFEROR: UBS FINANCIAL SERVICES INC ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LTD | TRANSFEROR: UBS FINANCIAL SERVICES, INC ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: MEDITERRANEO VIDA SOCIEDAD ANONIMA E SEGUROS Y REASEGUROS ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| MOUNT KELLETT MASTER FUND II, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MOUNT KELLETT CAPITAL MANAGEMENT LP 623 5TH AVENUE - FLOOR 18 NEW YORK NY 10022-9139 |
| VOLKSBAKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK | DLA PIPER WEISS-TESSBACH ATTN: THOMAS RUHM / CHRISTIAN TEMMEL, ESQS SCHOTTENRING 14 VIENNA A-1010 AUSTRIA |
| OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN / VINCENT ROLDAN, ESQS. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK | OBERSDORF-WOLKERSDORF-DT. WAGRAM E.GEN KOLLINGASSE 19 VIENNA A-1090 AUSTRIA |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK | DLA PIPER WEISS-TESSBACH ATTN: THOMAS RUHM, ESQ. & CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14 VIENNA A-1010 AUSTRIA |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ & VINCENT ROLDAN, ESQ 1251 AVE OF THE AMERICAS NEW YORK NY 10020 |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK | VOCLABRUCK-GMUNDEN E.GEN KOLLINGASSE 19 VIENNA A-1090 AUSTRIA |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 21:41:56                                    LEHMAN BROTHERS HOLDING INC.                                                              PAGE: 2
DATE: 03/14/12                                          CREDITOR LISTING

Name                                Address
OESTERREICHISCHE                    TRANSFEROR: OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT ON BEHALF OF VO ATTN: VERENA RUPP KOLINGASSE 14-16 VIENNA A-1090 AUSTRIA
VOLKSBANKEN-AKTIENGESELLSCHAFT
OESTERREICHISCHE                    TRANSFEROR: OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF V ATTN: VERENA RUPP KOLINGASSE 14-16 VIENNA A-1090 AUSTRIA
VOLKSBANKEN-AKTIENGESELLSCHAFT
OZ SPECIAL MASTER FUND, LTD         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP
                                    ATTN: SEAN FORONJY; ALISON MCDEVITT; ALEXANDER KHOLODNY 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD.        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR ATTN: LESLIE EVANS
                                    NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD.        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                    NEW YORK NY 10019
PEEK-HEESTERS, E.J.H                WEESHUISLAAN 67 ZEIST 3701 JV NETHERLANDS
PERMAL STONE LION FUND LTD.         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: CLAUDIA BORG 461 5TH AVE, 14TH FLOOR NEW YORK NY 10017
PHOENIX LIFE LIMITED                MATTHEW P. MORRIS, ESQ. 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222
PHOENIX LIFE LIMITED                ATTN: CATHERINE SINCLAIR 1 WYTHALL GREEN WAY WYTHALL, BIRMINGHAM  B47 6WG UNITED KINGDOM
PHOENIX LIFE LIMITED                MATTHEW P. MORRIS, ESQ. LOVELLS LLP 590 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10022
STONE LION PORTFOLIO L.P.           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: CLAUDIA BORG 461 5TH AVE, 14TH FLOOR NEW YORK NY 10017
UBS AG                              TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND

Total Number of Records Printed     56
```

Risparmio & Previdenza Societa per Azioni
Via Carlo Ederle, 45
Verona 37126
ITALY

Risparmio & Previdenza Societa per Azioni
Chadbourne & Parke LLP
Attn: David Lemay, Esq.
Attn: Christy Rivera, Esq.
30 Rockefeller Plaza
New York, NY 10112

Merrill Lynch International
Transferor: Risparmio & Previdenza Societa per Azioni
Attn: James Russell
2 King Edward Street
London EC1A 1HQ
UNITED KINGDOM