UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                          : Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       : 08-13555 (JMP)
                                                               : (Jointly Administered)
                    Debtors.                                   :
                                                               :
---------------------------------------------------------------x

Ref. Docket Nos. 25354, 26198,
26243-26248, 26250-26252, 26254,
26258-26263, 26265, 26266, 26268,
26269, 26271, 26272, 26274-26293,
26295, 26296, 26298, 26300-26320,
26323, 26325-26346, 26348, 26349
26358, 26360

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 15, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
22nd day of March, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (JMP)
                                               |
                        Debtors.               | (Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BARCLAYS BANK PLC
         TRANSFEROR: MCDONNELL LOAN OPPORTUNITY LTD.
         745 SEVENTH AVENUE
         NEW YORK NY 10019

Please note that your claim # 17631 in the above referenced case and in the amount of
        $1,765,332.98   allowed at $1,700,000.00       has been transferred **(unless previously expunged by court order)**

         YORK GLOBAL FINANCE BDH, LLC
         TRANSFEROR: BARCLAYS BANK PLC
         ATTN: MARGARET MAURO
         767 FIFTH AVENUE
         NEW YORK NY 10153

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 26303    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/15/2012                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 15, 2012.

# EXHIBIT B

08-13555-mg    Doc 27129    Filed 03/22/12    Entered 03/22/12 21:53:20    Main Document
Pg 4 of 8

TIME: 18:47:13                      LEHMAN BROTHERS HOLDING INC.                      PAGE:   1
DATE: 03/15/12                          CREDITOR LISTING

| Name | Address |
|---|---|
| ALLEN, RC & MG ALLEN-JORDAN | LANGEWEG 78 ROELOFARENDSVEEN 2371 EJ NETHERLANDS |
| BARCLAYS BANK PLC | TRANSFEROR: MCDONNELL LOAN OPPORTUNITY LTD.; 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BON, G.J.M. EN C.G.M. BON-DE JONG | J. OLDENBURGERSTRAAT E 111 NIEUWE PEKELA 9663 RW NETHERLANDS |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: PHOENIX LIFE LIMITED C/O JPMORGAN CHASE BANK 383 MADISON AVENUE, 37TH FLOOR NEW YORK NY 10179 |
| DEUTSCHE BANK AG LONDON BRANCH | ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG LONDON BRANCH | CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LANDESBANK BERLIN AG (FKA BANKGESELLSCHAFT BERLIN AG) C/O DEUTSCHE BANK SECURITIES, INC 60 WALL ST., 3RD FLOOR ATTN: MATTHEW WEINSTEIN NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LANDESBANK BERLIN AG (FKA BANKGESELLSCHAFT BERLIN AG) C/O DEUTSCHE BANK SECURITIES, INC. 60 WALL ST., 3RD FLOOR ATTN: MATTHEW WEINSTEIN NEW YORK NY 10005 |
| EMPYREAN INVESTMENTS LLC | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD, STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD, STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD, SUITE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD, STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O EMPYREAN CAPITAL PARTNERS, L.P. ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD. STE. 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| GFA I LLC | TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O ASHURST LLP 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI LYCAON MM L.P. 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOCIETE GENERALE C/O GOLDMAN SACHS & CO ATTN: RICK CANONICO 200 WEST ST NEW YORK NY 10282-2198 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HULS, J.H., MR. | ORANJEHOF 13 DOETINCHEM 7001 EN NETHERLANDS |
| ILLIQUIDX LLP | TRANSFEROR: KRISHNA ENTERPRISES LTD. ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KRISHNA ENTERPRISES LTD. | ATTN: MR. A. DATWANI P.O. BOX 6561 DUBAI  UNITED ARAB EMIRATES |
| KRISHNA ENTERPRISES LTD. | THOMAS R. SLOME, ESQ. MEYER, SUOZZI, ENGLISH & KLEIN. PC 990 STEWART AVENUE P.O. BOX 9194 GARDEN CITY NY 11530-9194 |
| LAM, W. | GRAAF WILLEM DE OUDELAAN 61 NAARDEN  1412 AN NETHERLANDS |
| LANDESBANK BERLIN AG (FKA BANKGESELLSCHAFT BERLIN AG) | CORPORATE DEVELOPMENT AND LEGAL LEGAL- CAPITAL MARKETS, LBB-RK2 ALEXANDERPLATZ 2 10178 BERLIN  GERMANY |
| LOEB PENSIOEN B.V. | T.A.V. P. LOEB E/O Y J.T. LOEB-WILDSCHUT CORELLISTRAAT 23 HS 1077 HB AMSTERDAM  NETHERLANDS |
| LOEB, PETER | CORELLISTRAAT 23 AMSTERDAM  1071 HR HOLLAND |
| LUIJMES, J | MIDSCHEEPS 34 DELFZIJL 9934 RS NETHERLANDS |
| LUZERNER KANTONALBANK AG | IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LUZERNER KANTONALBANK AG | LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND |
| MAERSK A/S | ATTN: FINANCE DEPARTMENT, MRC SECTION 50 ESPLANADEN COPENHAGEN 1098 DENMARK |
| MERRILL LYNCH INTERNATIONAL | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD | C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 18:47:13                                            LEHMAN BROTHERS HOLDING INC.                                                                    PAGE:   2
DATE: 03/15/12                                                  CREDITOR LISTING

Name                                           Address
MONARCH CAPITAL MASTER PARTNERS II LP          TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                               535 MADISON AVENUE, FLOOR 26  NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II LP          TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                               535 MADISON AVENUE, FLOOR 26  NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP        TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                               535 MADISON AVENUE, FLOOR 26  NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP        TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                               535 MADISON AVENUE, FLOOR 26  NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP             TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                               535 MADISON AVENUE, FLOOR 26  NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP             TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                               535 MADISON AVENUE, FLOOR 26  NEW YORK NY 10022
MONARCH CAYMAN FUND LIMITED                    TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                               535 MADISON AVENUE, FLOOR 26  NEW YORK NY 10022
MONARCH CAYMAN FUND LIMITED                    TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                               535 MADISON AVENUE, FLOOR 26  NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD          TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                               535 MADISON AVENUE, FLOOR 26  NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD          TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                               535 MADISON AVENUE, FLOOR 26  NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD          TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                               535 MADISON AVENUE, FLOOR 26  NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD          TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                               535 MADISON AVENUE, FLOOR 26  NEW YORK NY 10022
MORGAN STANLEY & CO INTERNATIONAL PLC          1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY & CO INTERNATIONAL PLC          ATTN: BRIAN CRIPPS 25 CABOT SQUARE, CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO INTERNATIONAL PLC          MORGAN STANLEY & CO LLC ATTN: JOSHUA RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY & CO INTERNATIONAL PLC          RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO INTERNATIONAL PLC          MARK C. ELLENBERG, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO INTERNATIONAL PLC          HOWARD R. HAWKINS, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC         ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC         TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LTD. ATTN: BRIAN CRIPPS 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC         CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO. INTERNATIONAL PLC         C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC         CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC         MORGAN STANLEY & CO LLC ATTN: JOSHUA RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY & CO. INTERNATIONAL PLC         MORGAN STANLEY & CO. LLC ATTN: JOSHUA RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY & CO. INTERNATIONAL PLC         RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC         F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY
                                               NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC         TRANSFEROR: BANCA IMI SPA 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC         TRANSFEROR: NOMURA CAPITAL MARKETS PLC 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC         TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LTD. ATTN: BRIAN CRIPPS 25, CABOT SQUARE CANARY WHARF LONDON, 3RD FLOOR NEW YORK NY 10036-8293
                                               COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC            ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC            CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC            CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC            CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001
MORGAN STANLEY CAPITAL SERVICES LLC            F/K/A MORGAN STANLEY CAPITAL SERVICE INC. ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
NED. ISRAELISCHE GEMEENTE DE R'DAM             A.B.N. DAVIDSPLEIN 4 ROTTERDAM   3039 DH NETHERLANDS
NOORDAM, R.C.M.                                VREDEWOLDLAAN 11 GRONINGEN   9727 KA NETHERLANDS
P MONARCH RECOVERY LTD                         TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                               535 MADISON AVENUE, FLOOR 26  NEW YORK NY 10022
P MONARCH RECOVERY LTD                         TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                               535 MADISON AVENUE, FLOOR 26  NEW YORK NY 10022
P.M. KEMPEN B.V.                               SCHOOLPAD 3-A 1251 ZN LAREN   NETHERLANDS


                                                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:47:13                                               LEHMAN BROTHERS HOLDING INC.                                                                PAGE:    3
DATE: 03/15/12                                                    CREDITOR LISTING

Name                                                        Address
PAULSON CREDIT OPPORTUNITIES MASTER LTD                     ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD                     TRANSFEROR: SHINYOUNG SECURITIES CO., LTD. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PICTET & CIE                                                60 ROUTE DES ACACIAS GENEVA 73 CH-1211 SWITZERLAND
PIERIK, J.B.M.                                              FUCHSIASTRAAT 9 SINT-MICHIELSGESTEL NETHERLANDS
PLANTINGA, P.                                               GROENHOF 38 JOURE 8501 VX NETHERLANDS
RECOVERY PARTNERS HOLDINGS I, LLC                           ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
RECOVERY PARTNERS HOLDINGS I, LLC                           TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
RECOVERY PARTNERS I, LLC                                    ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
RECOVERY PARTNERS I, LLC                                    TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
ROCK DUNDO CORPORATION LV                                   LOEG 5 ANDEREN 9465 TL NETHERLANDS
ROYAL BANK OF SCOTLAND, PLC, THE                            TRANSFEROR: MAERSK A/S ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SCHERPEL-KOLLEN, Y.E.                                       BREDIUSWEG 45 BUSSUM 1401 AC NETHERLANDS
SELLMEIJER, J.B.                                            J.M. SELLMEIJER-VAN PIGGELEN SOETENDAAL 170 AMSTERDAM 1081 BS NETHERLANDS
SERENGETI LYCAON MM L.P.                                    TRANSFEROR: SERENGETI PARTNERS LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SHINYOUNG SECURITIES CO., LTD.                              SHINYOUNG BLDG, 34-8, YOIDO-DONG YOUNGDEUNG PO-GU SEOUL 150-884 KOREA, REPUBLIC OF
SHINYOUNG SECURITIES CO., LTD.                              SHINYOUNG BLDG, 34-8, YOIDO-DONG YOUNGDEUNGPO-GU SEOUL 150-884 KOREA, REPUBLIC OF
SLOOT, A.T.J                                                ORANJEHOF 13 DOETINCHEM 7001 EN NETHERLANDS
SMELIK, F.                                                  NACHTEGAALLAAN 4 SASSENHEIM 2172 JR NETHERLANDS
SMELIK, F.                                                  F. MELIK POSTBUS 146 2170 AC SASSENHEIM THE NETHERLANDS
STANDARD CHARTERED BANK (HONG KONG) LTD.                    TRANSFEROR: HUI YUEN FUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                    TRANSFEROR: HUI, SUM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                    TRANSFEROR: HUNG AH PO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                    TRANSFEROR: HUNG CHUNG SING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                    TRANSFEROR: JUNG, CHI PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                    TRANSFEROR: KAM WING CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                    TRANSFEROR: KONG TUNG LAM ALLEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                    TRANSFEROR: KONG, LAI FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                    TRANSFEROR: KWOK MING SUM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                    TRANSFEROR: TONG SHING CHEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STEIJN, L.                                                  CORRIDOR 4 BD ZEEWOLDE 3893 NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: ALLEN, RC & MG ALLEN-JORDAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: BON, G.J.M. EN C.G.M. BON-DE JONG ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: HULS, J.H., MR. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: LAM, W. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: LOEB PENSIOEN B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: LOEB, PETER ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: LUIJMES, J ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: NED. ISRAELISCHE GEMEENTE DE R'DAM ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: NOORDAM, R.C.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: P.M. KEMPEN B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: PIERIK, J.B.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: PLANTINGA, P. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: ROCK DUNDO CORPORATION LV ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: SCHERPEL-KOLLEN, Y.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: SELLMEIJER, J.B. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: SLOOT, A.T.J ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: SMELIK, F. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: STEIJN, L. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: VAN DER MAREL, M ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: VAN KEMPEN, C.H. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: VAN LEEUWEN, M ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: VAN RIJN, T.C.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                              TRANSFEROR: VAN VEIN, H. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
THE SEAPORT GROUP EUROPE LLP                                TRANSFEROR: PICTET & CIE ATTN: JAY CONKLIN GROUND FLOOR WEST ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM
VAN DER MAREL, M                                            MIDDENHAVEN 7 DEN HOORN (ZH) 2635 GT NETHERLANDS
VAN KEMPEN, C.H.                                            JACOB OBRECHTSTRAAT 67 AMSTERDAM 1071 KJ NETHERLANDS

                                                                                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:47:13                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    4
DATE: 03/15/12                                         CREDITOR LISTING

Name                                    Address
VAN LEEUWEN, M                          MERELLAAN 37 CAPELLE AD IJSSEL  2903 GA NETHERLANDS
VAN RIJN, T.C.M.                        ROSA SPIERLAAN 146 AMSTELVEEN  1187 PG NETHERLANDS
VAN VEIN, H.                            P. VAN VEEN-RIJNBERG TROMPENBERGERWEG 8D HILLBELSUM  1217 BE NETHERLANDS
VARDE FUND IX LP, THE                   TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                 TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                 TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE           TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)    TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
  MASTER LP
VARDE INVESTMENT PARTNERS, LP           TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
YORK GLOBAL FINANCE BDH, LLC            TRANSFEROR: BARCLAYS BANK PLC ATTN: MARGARET MAURO 767 FIFTH AVENUE NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC            TRANSFEROR: BARCLAYS BANK PLC ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153


Total Number of Records Printed         147
```

EPIQ BANKRUPTCY SOLUTIONS, LLC