UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 26321, 26349, 26445 |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 16, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
22nd day of March, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 26321, 26349, 26445_Aff 03-16-12.doc

**EXHIBIT A**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF DEFECTIVE TRANSFER**

```
Transferor:    MERRILL LYNCH INTERNATIONAL
               CHRISTOPHER J. HAAS
               BANK OF AMERICA TOWER
               ONE BRYANT PARK
               NEW YORK NY 10036


Additional:    MERRILL LYNCH INTERNATIONAL
               C/O FREDRIC SOSNICK
               NED S. SCHODEK
               SHEARMAN & STERLING LLP
               599 LEXINGTON AVENUE
               NEW YORK NY 10022




Transferee:    ATTN: MATT SELTZER
               C/O HALCYON ASSET MANAGEMENT LP
               477 MADISON AVENUE, 8TH FLOOR
               NEW YORK NY 10022
```

**Your transfer   of claim #   20149   is defective for the reason(s) checked below:**

Other                                          duplicate of docket #26320

Docket Number 26321            Date 03/03/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 16, 2012.

**EXHIBIT B**

```
TIME: 21:20:59                                                      LEHMAN BROTHERS HOLDING INC.                                                          PAGE:  1
DATE: 03/16/12                                                            CREDITOR LISTING

Name                                    Address
ATTN: MATT SELTZER                      C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
BANQUE PIGUET & CIE S.A.                ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14
                                        YVERDON  CH-1400 SWITZERLAND
GOLDMAN SACHS LENDING PARTNERS LLC      200 WEST STREET NEW YORK NY 10282
MATT SELTZER                            C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
MERRILL LYNCH INTERNATIONAL             ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL             CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL             C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MERRILL LYNCH INTERNATIONAL             C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
RAHN & BODMER CO.                       ATTN: ENRICO NUSSIO POSTFACH ZURICH  8022 SWITZERLAND
SERENGETI LYCAON MM L.P.                TRANSFEROR: SERENGETI PARTNERS LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012

Total Number of Records Printed             10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC