UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x   Ref. Docket Nos. 26253, 26267,
26270, 26273, 26361, 26364-26368,
26370-26399, 26401-26409, 26411,
26412, 26414-26421, 26443, 26446,
26447, 26450-26457, 26459-26468

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 16, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
22nd day of March, 2012

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |   Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                       |
                                       |   (Jointly Administered)
            Debtors.                   |
                                       |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
   To:  ANGLO IRISH BANK CORPORATION PLC
        C/O TROUTMAN SANDERS LLP
        ATTN: HOLLACE T COHEN, ESQ.
        405 LEXINGTON AVENUE - 7TH FLOOR
        NEW YORK NY 10174
```

Please note that your claim # 15655 in the above referenced case and in the amount of
   $1,197,194.86   allowed at $1,077,475.37      has been transferred **(unless previously expunged by court order)**

```
        JPMORGAN CHASE BANK, N.A.
        TRANSFEROR: ANGLO IRISH BANK CORPORATION PLC
        ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
        ONE CHASE MANHATTAN PLAZA - FLOOR 26
        NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 26377      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/16/2012                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 16, 2012.

# EXHIBIT B

08-13555-mg    Doc 27131    Filed 03/22/12    Entered 03/22/12 22:12:32    Main Document
Pg 4 of 8

TIME: 22:36:14
DATE: 03/16/12
PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| A/S RICHARD B THOMSEN & SON | POSTBOKS 22 TVOROYRI FO-800 DENMARK |
| ALLAN, N.F. | PALISIUMPARK 5 EERBEEK 6961KW NETHERLANDS |
| ANGLO IRISH BANK CORPORATION PLC | C/O TROUTMAN SANDERS LLP ATTN: HOLLACE T COHEN ESQ THE CHRYSLER BLDG 405 LEXINGTON AVENUE - 7TH FL NEW YORK NY 10174 |
| ANGLO IRISH BANK CORPORATION PLC | C/O TROUTMAN SANDERS LLP ATTN: HOLLACE T COHEN, ESQ. 405 LEXINGTON AVENUE - 7TH FLOOR NEW YORK NY 10174 |
| BALLARINI, AURELIA | TRANSFEROR: ICCREA BANCA S.P.A. VIA CHIARUCCIA 74/A FANO (PU) 61032 ITALY |
| BANCA DI FORLI CREDITO COOPERATIVO S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A. VIA LEOPOLDO LUCCHI, 135 CESENA PC 47521 ITALY |
| BANCA DI SAN MARINO S.P.A. | TRANSFEROR: CREDIT SUISSE ATTN: DEPUTY CHIEF EXECUTIVE STRADA DELLA CROCE, 39 FAETANO 47896 REPUBBLICA DI SAN MARINO |
| BANK HANDLOWY W WARSZAWIE SA | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| BANK HANDLOWY W WARSZAWIE SA | ATTN: KRZYSZTOF KORZENIEWSKI SENATORSKA 16 WARSAW 00-923 POLAND |
| BANK OF AMERICA N.A. | C/O SHEARMAN & STERLING LLP ATTN: FREDRIC SOSNICK, NED S. SCHODEK 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF AMERICA, N.A. | C/O FREDRIC SOSNICK NED S. SCHODECK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BARCLAYS BANK PLC | TRANSFEROR: CAJA LABORAL POPULAR COOP. DE CREDITO 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CAMULOS MASTER FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: NATIONAL BANK OF BAHRAIN BSC 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BSOF MASTER FUND L.P. | ARTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC 34 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF MASTER FUND L.P. | ARTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES, LLC 34 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF MASTER FUND L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| BSOF MASTER FUND L.P. | TRANSFEROR: MACQUARIE BANK LIMITED C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| CAJA LABORAL POPULAR COOP. DE CREDITO | PO J.M. ARIZMENDIARRIETA S/N MONDRAGON GIPUZKOA 20500 SPAIN |
| CASPIAN FOCUSED CREDIT L FUND LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MIKE EPSTEIN & DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MIKE EPSTEIN / DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MIKE EPSTEIN & DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH MIKE EPSTEIN / DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: ICCREA BANCA S.P.A. ATTN: GUILHEM GOYARD MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: BANK HANDLOWY W WARSZAWIE SA ATTN: SCOTT BALKAN 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL CARVAL INVESTORS, LLC 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL CARVAL INVESTORS, LLC 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL CARVAL INVESTORS, LLC 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9499 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O CARVAL INVESTORS LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O CARVAL INVESTORS LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| DENIS, DELLAROCCA | TRANSFEROR: ICCREA BANCA S.P.A. VIA ARNO, 6 SAN MAURO PASCOLI (FC) 47030 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ICCREA BANCA S.P.A. ATTN: SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| EBERING, BARBEL | SUDSTR 3 GRASLEBEN 38368 GERMANY |
| EBN BANCO DE NEGOCIOS S.A | ATTN:DAVID POMFRET EBN BANCO DE NEGOCIOS SA ALMAGRO 46 MADRID 28010 SPAIN |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 22:36:14                                    LEHMAN BROTHERS HOLDING INC.                                                                  PAGE: 2
DATE: 03/16/12                                         CREDITOR LISTING

Name                                              Address
EIK BANKI FOROYA P/F                              TRANSFEROR: A/S RICHARD B THOMSEN & SON PO BOX 34 YVIRI VITH STROND 2 FAROE ISLANDS
EIK BANKI FOROYA P/F                              TRANSFEROR: NICODEMUSSEN, EDVARD HJALT P.O. BOX 34 YVIRI VITH STROND 2 FAROE ISLANDS
EIK BANKI FOROYA P/F                              TRANSFEROR: P/F RADIOVERKSTAOIO PO BOX 34 YVIRI VITH STROND 2 FAROE ISLANDS
EIK BANKI FOROYA P/F                              TRANSFEROR: SP/F 1/9-2003 PO BOX 34 YVIRI VITH STROND 2 FAROE ISLANDS
EMPYREAN INVESTMENTS LLC                          TRANSFEROR: MERRILL LYNCH INTERNATIONAL STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS LP 10250 CONSTELLATION BLVD., STE 2950
                                                  LOS ANGELES CA 90067
EMPYREAN INVESTMENTS LLC                          TRANSFEROR: MERRILL LYNCH INTERNATIONAL STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950
                                                  LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD, SUITE 2950
                                                  LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., SUITE 2950
                                                  LOS ANGELES CA 90067
FRANCESCO, CORNA AND MARIANGELA, SEMPIO            TRANSFEROR: ICCREA BANCA S.P.A. VIA GHISLERI N. 46 BERGAMO  ITALY
GOLDMAN, SACHS & CO.                              TRANSFEROR: SILVER POINT CAPITAL FUND, L.P. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: UBS AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GORT, RUDOLF                                      C/O CHG DR. ZORN & PARTNER AG OSTSTR. 7 FRAUENFELD CH-8500 SWITZERLAND
GORT, RUDOLF JUN.                                 C/O CHG DR. ZORN & PARTNER AG OSTSTR. 7 FRAUENFELD CH-8500 SWITZERLAND
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: BANK OF AMERICA N. A. ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: BANK OF AMERICA, N.A. C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
ICCREA BANCA S.P.A.                               ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                               TRANSFEROR: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA  00178 ITALY
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                                  ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: ANGLO IRISH BANK CORPORATION PLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                  NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: PALMYRA CAPITAL FUND, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: PALMYRA CAPITAL INSTITUTIONAL FUND, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                  NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: PALMYRA CAPITAL OFFSHORE FUND, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                  NEW YORK NY 10005
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: SEAT PAGINE GIALLE S.P.A. ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: W.F. WIJNBELT CO. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LONGACRE INSTITUTIONAL OPPORTUNITY FUND           TRANSFEROR: WF. WIJNBELT PENSIOEN B.V. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LUZERNER KANTONALBANK AG                          TRANSFEROR: EBN BANCO DE NEGOCIOS S.A ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
LUZERNER KANTONALBANK AG                          BAKER & MCKENZIE LLP AA. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                          BAKER & MCKENZIE LLP ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
MIDTOWN ACQUISITIONS LP                           IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
MOLITINI, LUCA                                    LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
MACQUARIE BANK LIMITED                            TRANSFEROR: ILLIQUIDX LTD C/O MACQUARIE HOLDINGS (USA) INC/ATTN: VINCENT BASULTO 125 WEST 55TH STREET NEW YORK NY 10019
MARIO, GOZZOLI AND IONNE, RESCA                   TRANSFEROR: ICCREA BANCA S.P.A. VIA ARGINE PANIZZZA 57 CREMONA (CR)  ITALY
MERRILL LYNCH INTERNATIONAL                       ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                       CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                       C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MERRILL LYNCH INTERNATIONAL                       C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MIDTOWN ACQUISITIONS LP                           TRANSFEROR: YORVIK PARTNERS LLP ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
MOLITINI, LUCA                                    TRANSFEROR: ICCREA BANCA S.P.A. VIA VERGINETO 2 BARCHI (PU)  61040 ITALY
MONARCH ALTERNATIVE SOLUTIONS MASTER              TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
 FUND LTD                                         535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II LP             TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                  535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP           TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                  535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022

                                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 22:36:14                                                  LEHMAN BROTHERS HOLDING INC.                                          PAGE:    3
DATE: 03/16/12                                                         CREDITOR LISTING

Name                                              Address
MONARCH CAPITAL MASTER PARTNERS LP                TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                  535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAYMAN FUND LIMITED                       TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                  535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD             TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                  535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH MASTER FUNDING LTD                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE 26TH FLOOR
                                                  NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD             TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                  535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MORGAN STANLEY & CO INTERNATIONAL PLC             1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY & CO INTERNATIONAL PLC             MARK C. ELLENBERG, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO INTERNATIONAL PLC             HOWARD R. HAWKINS, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO INTERNATIONAL PLC             ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC            CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO. INTERNATIONAL PLC            C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC            CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC            RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC            F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY
                                                  NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC            TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM
MORGAN STANLEY CAPITAL SERVICES LLC               COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC               ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC               CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC               CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001
MORGAN STANLEY CAPITAL SERVICES LLC               F/K/A MORGAN STANLEY CAPITAL SERVICE INC. ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
NATIONAL BANK OF BAHRAIN BSC                      P.O. BOX 106 MANAMA ATTENTION: A.AZIZ BUCHEERY MANAGER-TREASURY-OPS BAHRAIN
NICODEMUSSEN, EDVARD HJALT                        HEIMASANDSVEGUR 39 SANDUR FO-210 DENMARK
P MONARCH RECOVERY LTD                            TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                  535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
P MONARCH RECOVERY LTD                            TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH RECOVERY LTD ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
P/F RADIOVERKSTAOIO                               LYOARSVEGUR 15 HOYVIK FO-188 DENMARK
PEITRO, ROSSI                                     TRANSFEROR: ICCREA BANCA S.P.A. VIA G. BUITONI 24 SANSEPLCRO (AR) 71610 ITALY
PERMAL STONE LION FUND LTD                        TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: BRIAN WOOD STONE LION CAPITAL PARTNERS LP 461 5TH AVENUE, 14TH FLOOR NEW YORK NY 10017
PILLON, LINDA AND RAFFAELLA, PAVAN                TRANSFEROR: ICCREA BANCA S.P.A. C/O LINDA PILLON STRADA COMUNALE DELLA CORTI 41 TREVISO 31100 ITALY
PILLON, LINDA AND RAFFAELLA, PAVAN                C/O RAFFAELLA PAVAN VIA CABOTO 7 TREVISO 31100 ITALY
PRA, FERNANDO BALTHASAR; VICENTI, NOEMI           PRA, NATALIA; PRA, FEDERICO; PRA, MAXIMILIANO; PRA, FEDERICA SUIPACHA 2171 BECCAR 1643 ARGENTINA
ESTHER;
PROVENDOR LIQUIDITY LLC                           TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: MICHAEL STEPHAN/ROBERT RYAN C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
RENATO, TOMADA AND LUCIANA, ZANITZER              TRANSFEROR: ICCREA BANCA S.P.A. VIA PIRANESI 21/A MOGLIANO VENETO 31021 ITALY
RIEGER, WALTER & AMALIE                           KRIEGERSTR.20 DUSSELDORF 40468 GERMANY
ROSSI, MARCO                                      TRANSFEROR: ICCREA BANCA S.P.A. VIA VILLETTA ADRIATICA, 5 SAN COSTANZO (PU) 61039 ITALY
ROTTERDAM, MARGARETE                              AUGUST-KIERSPEL-STR 59 51469 BERGISCH GLADBACH     GERMANY
SCHIRO, CHIARA                                    TRANSFEROR: ICCREA BANCA S.P.A. VIA TRIESTE, 12 PIOVENE ROCCHETTE (VI) 36013 ITALY
SCHMIED, JOSEF                                    BAHNHOFSTRASSE 13 SCHONECK D61137 GERMANY
SILVER POINT CAPITAL FUND, L.P.                   C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE FUND, LTD.          C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA FIRST FLOOR
                                                  GREENWICH CT 06830
SP/F 1/9-2003                                     POSTBOKS 3085 FO-110 TORSHAVN   DENMARK
STONE LION PORTFOLIO LP                           TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: BRIAN WOOD 461 5TH AVE, 14TH FLOOR NEW YORK NY 10017
STONE LION PORTFOLIO LP                           TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: BRIAN WOOD STONE LION CAPITAL PARTNERS LP 461 5TH AVENUE, 14TH FLOOR NEW YORK NY 10017
STRAUB, HELENE                                    HAIDKOPPEL 16 ITZEHOE 25524 GERMANY

                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 22:36:14                                    LEHMAN BROTHERS HOLDING INC.                                             PAGE:   4
DATE: 03/16/12                                         CREDITOR LISTING

Name                                                  Address
TANNOR PARTNERS CREDIT FUND, LP                       TRANSFEROR: ALLAN, N.F. 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                       TRANSFEROR: EBERING, BARBEL 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                       TRANSFEROR: GORT, RUDOLF 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                       TRANSFEROR: GORT, RUDOLF JUN. 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                       TRANSFEROR: PRA, FERNANDO BALTHASAR; VICENTI, NOEMI ESTHER; 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                       TRANSFEROR: RIEGER, WALTER & AMALIE 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                       TRANSFEROR: ROTTERDAM, MARGARETE 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                       TRANSFEROR: SCHMIED, JOSEF 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                       TRANSFEROR: STRAUB, HELENE 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                       TRANSFEROR: TSIMARAS, DIMITRIOS 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                       TRANSFEROR: VALDEMAR FREITAS FERNANDES SOUSA, SERGIO 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                       TRANSFEROR: WEISSPTLOG, WOLFGANG AND HEIDI 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                       TRANSFEROR: WILLEMS, MICHAEL 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TONIOLO, MARCO                                        TRANSFEROR: ICCREA BANCA S.P.A. VIA MONTICANO, 7 SACILE - PN 33077 ITALY
TSIMARAS, DIMITRIOS                                   16 PAPASTRATOU STREET YMITTOS, ATHENS    17237 GREECE
VALDEMAR FREITAS FERNANDES SOUSA, SERGIO              EST. EXTERIOR CIRCUNVALACAO, 15994-11-ESQ. MATOSINHOS 4450-100 PORTUGAL
VINCENZA, LOCATELLI AND GIACOMINA, OFFREDI            TRANSFEROR: ICCREA BANCA S.P.A. VIA LIBERTA N, 36 BREMBILLA (BG)  24012 ITALY
VITALI, LUIGI                                         TRANSFEROR: ICCREA BANCA S.P.A. VIA ITALO SVEVO, 5 SALTARA (PU)   61030 ITALY
W.F. WIJNBELT CO.                                     ACACIALAAN 18 GE SLEEUWIJK  4254 NETHERLANDS
WEISSPTLOG, WOLFGANG AND HEIDI                        WEHRPROMENADE 11 COTTBUS  D-03042 GERMANY
WF. WIJNBELT PENSIOEN B.V.                            ACACIALAAN 18 GE SEEUWIJK   4254 NETHERLANDS
WILLEMS, MICHAEL                                      LIMBURGERSTR. 122/27 DIEZ   D-65582 GERMANY
YORK GLOBAL FINANCE BDH, LLC                          TRANSFEROR: BARCLAYS BANK PLC ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORVIK PARTNERS LLP                                   TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed         158
```

EPIQ BANKRUPTCY SOLUTIONS, LLC