UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP)<br>(Jointly Administered) |
| Debtors. | Ref. Docket Nos. 26203, 26304, 26306, 26310, 26311, 26400, 26425, 26439-26442, 26471-26482, 26484-26487, 26489-26494, 26496-26498, 26501, 26502, 26504-26506, 26508-26515, 26517-26520, 26523, 23525, 26527-26539, 26541-26545, 26549, 26572, 26573, 26575, 26577, 26581, 26582, 26584, 26593, 26598, 26600, 26602, 26608-26611, 26613, 26614 26616-26618, 26634-26640, 26642-26646, 26648, 26649, 26651-26656, 26658-26660, 26662, 26663, 26665-26668, 26670-26673, 26675, 26676, 26678, 26681, 26682, 26686, 26688, 26690, 26692, 26694, 26699, 26700, 26704, 26707, 26713, 26720, 26725, 26727, 26732-26734, 26736-26745, 26750, 26753, 26757, 26759, 26761, 26880-26882, 26884-26900, 26902 26907, 26908, 26913, 26915-26927 26929-26934, 26939-26944, 26948, 26991, 26993 |

-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | 08-13888 (JMP)<br>(Jointly Administered) |
| Debtors. | Ref. Docket Nos. 339-341, 343 |

-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN COMMERCIAL PAPER INC. | 08-13900 (JMP)<br>(Jointly Administered) |
| Debtors. | Ref. Docket No. 40 |

-----------------------------------------------------------------x

T:\Clients\LBH\Affidavits\Transfers\Transfers 26203, 26304, 26306...26948, 26991, 26993; (08-13888 DI 339-341, 343) (08-13900 DI 40)_AFF_03-19-12

# **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 19, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
22nd day of March, 2012
/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BANK OF AMERICA, N.A.
        TRANSFEROR: POHJOLA BANK PLC
        BANK OF AMERICA TOWER, 3RD FLOOR
        ONE BRYANT PARK
        NEW YORK NY 10036

Please note that your claim # 21406-03 in the above referenced case and in the amount of
    $6,349,947.98   allowed at $6,249,215.81        has been transferred **(unless previously expunged by court order)**

        LUXOR CAPITAL PARTNERS LP
        TRANSFEROR: BANK OF AMERICA, N.A.
        C/O LUXOR CAPITAL GROUP
        ATTN: OMAR KHAWAJA
        1114 AVENUE OF THE AMERICAS, 29TH FLOOR
        NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 26510      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2012                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 19, 2012.

# EXHIBIT B

08-13555-mg    Doc 27133    Filed 03/22/12    Entered 03/22/12 23:09:46    Main Document
Pg 5 of 14

```
TIME: 21:35:27                               LEHMAN BROTHERS HOLDING INC.                                                    PAGE: 1
DATE: 03/19/12                                   CREDITOR LISTING

Name                                          Address
AG SUPER FUND INTERNATIONAL PARTNERS,         TRANSFEROR: MERRILL LYNCH INTERNATIONAL ANGELO, GORDON & CO., L.P. ATTN: MICHAEL NICOLO 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
L.P.
ALIZEE INVESTMENT AG                          RENNGASSE 6-8 WIEN  1010 AUSTRIA
ANCHORAGE CAPITAL MASTER OFFSHORE LTD         ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE LTD         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR
                                              NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE LTD         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE LTD         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE LTD         TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR
                                              NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE LTD         ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE LTD         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR
                                              NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE LTD.        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LTD 610 BROADWAY, 6TH FLOOR
                                              NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE LTD.        ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                              NEW YORK NY 10012
ANDORRA BANC AGRICOL REIG, S.A.               TRANSFEROR: GRANITE FINANCE LIMITED ATTN: JOSE MARIA ALFIN CALLE MANUEL CERQUEDA I ESCALER, 6
                                              ESCALDES - ENGORDANY  PRINCIPAT D'ANDORRA
ANDORRA BANC AGRICOL REIG, SA                 TRANSFEROR: GRANITE FINANCE LIMITED CALLE MANUEL CERQUEDA I ESCALER, 6 ESCALDES - ENGORDANY PRINCIPAT D'ANDORRA
BAJUS SA                                      C/O ME ERIC BERSIER BOULEVARD DE PEROLLES 19 FRIBOURG  CH-1700 SWITZERLAND
BAJUS SA                                      URS G. JANN CHAIRMAN BOARD OF DIRECTORS BAJUS SA IN DEN BUELEN 2 DAVOS DORF  CH-7260 SWITZERLAND
BANCA AGRICOLA COMMERCIALE DELLA              TRANSFEROR: CREDIT SUISSE ATTN: MR. FABRIZIO GUIDA VIA ODDONE SCARITO, 13 47893 BORGO MAGGIORE REPUBBLICA DI SAN MARINO
REPUBBLICA DI SAN MARINO S.P.A.
BANCA POPOLARE DELL'ALTO ADIGE SOC.           ATTN: ROBERTO VANZETTA & MICHAEL SCHWINGSHACKL VIA MACELLO 55 BOLZANO  39100 ITALY
COOP. PA
BANCO ESPIRITO SANTO, S.A.                    SUC. EN ESPANA C/ SERRANO, 88 MADRID  28006 SPAIN
BANCO ESPIRITO SANTO, SA. SUC. EN ESPANA      C/ SERRANO, 88. MADRID 28006 SPAIN
BANK OF AMERICA, N.A.                         TRANSFEROR: POHJOLA BANK PLC BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BARCLAYS BANK PLC                             ALAN KAPLAN, DEPUTY GENERAL COUNSEL AMERICAS 200 PARK AVENUE NEW YORK NY 10166
BARCLAYS BANK PLC                             CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
BARCLAYS BANK PLC                             ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166
BARCLAYS BANK PLC                             TRANSFEROR: BARCLAYS BANK SA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: BAYERISCHE HYPO- UND VEREINSBANK AG 745 SEVENTH AVENUE ATTN: DAN CROWLEY NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: CAJA LABORAL POPULAR COOP. DE CREDITO 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 745 SEVENTH AVENUE, 16TH FLOOR ATTN: STEVE STANCARONE NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: NATIONAL BANK OF BAHRAIN BSC 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: SAN FRANCISCO CITY AND COUNTY 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: SAN FRANCISCO CITY AND COUNTY EMPLOYEES' RETIREMENT SYSTEM 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK, S.A.                           TRANSFEROR: PONS, GABRIEL MIQUEL ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID 28036 SPAIN
BAST, RAINER M.                               FRIEDHOF WEG 6 RIEHEN - SCHWEIZ  CH-4125 GERMANY
BAST-JAGER-KOEST-KROBER & PARTNER             TRANSFEROR: BAST, RAINER M. ATTN: HANS-GUENTER TITZE LORRACHER STRASSE 60 RIEHEN  CH-4125 SWITZERLAND
BAST-JAGER-KOEST-KROBER & PARTNER             TRANSFEROR: HARTMANN, PETER LORRACHER STRASSE 60 RIEHEN  CH-4125 SWITZERLAND
BAST-JAGER-KOEST-KROBER & PARTNER             TRANSFEROR: WERNER, ANSGAR HANS-GUENTER TITZE LORRACHER STRASSE 60 RIEHEN  CH-4125 SWITZERLAND
BAST-JAGER-KOEST-KROBER & PARTNER             TRANSFEROR: ZEIMER, IRENE HANS-GUENTER TITZE LORRACHER STRASSE 60 RICHEN  CH-4125 SWITZERLAND
BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER      TRANSFEROR: BARCLAYS BANK PLC C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
FUND, L.P.
BLUE MOUNTAIN TIMBERLINE, LTD.                TRANSFEROR: ILLIQUIDX LTD C/O BLUE MOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUEMOUNTAIN DISTRESSED MASTER FUND,          TRANSFEROR: BARCLAYS BANK PLC C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
L.P.
BLUEMOUNTAIN LONG/SHORT CREDIT MASTER         TRANSFEROR: BARCLAYS BANK PLC C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
FUND, L.P.
BLUEMOUNTAIN TIMBERLINE, LTD.                 TRANSFEROR: BARCLAYS BANK PLC C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017

                                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 21:35:27                                              LEHMAN BROTHERS HOLDING INC.                                                   PAGE:    2
DATE: 03/19/12                                                   CREDITOR LISTING

Name                                                    Address
BOTTICELLI, LLC                                         TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167
BOTTICELLI, LLC                                         TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MICHAEL NICOLO ANGELO, GORDON & CO, LP 245 PARK AVENUE NEW YORK NY 10167
BOTTICELLI, LLC                                         TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MICHAEL NICOLO ANGELO, GORDON & CO, LP 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
BSOF MASTER FUND L.P.                                   TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 34 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND L.P.                                   TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR
                                                        NEW YORK NY 10022
BURGUESS MARKETING S.A.                                 AKARA BLDG, 24 DE CASTRO STREET WICKHAMS CAY 1 ROAD TOWN   VIRGIN ISLANDS (BRITISH)
BURGUESS MARKETING S.A.                                 DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
BURLINGTON LOAN MANAGEMENT LIMITED                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET
                                                        NEW YORK NY 10022
CARDONA, GABRIEL                                        C/O JOY THAI CO. LTD. SSP TOWER 3, 26/F, 88 SILOM ROAD BANGKOK   10500 THAILAND
CASPIAN ALPHA CREDIT FUND, L.P.                         TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC 767 FIFTH AVENUE NEW YORK NY 10153
CASPIAN ALPHA LONG CREDIT FUND L.P.                     TRANSFEROR: DEUTSCHE BANK SECURITIES INC. ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN ALPHA LONG CREDIT FUND LP                       TRANSFEROR: BANC OF AMERICA SECURITIES LLC 50 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN ALPHA LONG CREDIT FUND LP                       TRANSFEROR: BANC OF AMERICA SECURITIES LLC BY MARINER INVESTMENT GROUP LLC 50 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN ALPHA LONG CREDIT FUND LP                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SEAN MCCAHILL 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN ALPHA LONG CREDIT FUND, L.P.                    TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN ALPHA LONG CREDIT FUND, L.P.                    TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN ALPHA LONG CREDIT FUND, L.P.                    TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN FOCUSED CREDIT I FUND, LP                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN FOCUSED CREDIT L FUND, L.P.                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN FOCUSED CREDIT L FUND, LP                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN HLSCI LLC                                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN SOLITUDE MASTER FUND LP                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN SOLITUDE MASTER FUND, L.P.                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
CASSA PADANA - BANCA DI CREDITO                         TRANSFEROR: LORRAINE S. MCGOWEN, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019-6142
COOPERATIVO
CASSA PADANA - BANCA DI CREDITO                         TRANSFEROR: ICCREA BANCA S.P.A. VIA GARIBALDI, 25  25024 LENO (BS)   ITALY
COOPERATIVO
CCP CREDIT ACQUISITION HOLDINGS, LLC                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MIKE EPSTEIN & DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MIKE EPSTEIN / DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS,                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MIKE EPSTEIN & DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
L.P.
CENTERBRIDGE SPECIAL CREDIT PARTNERS,                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH MIKE EPSTEIN / DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
L.P.
CFIP MASTER FUND, LTD                                   TRANSFEROR: JPMORGAN CHASE BANK, N.A. CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE, STE 3495 CHICAGO IL 60606
CFIP MASTER FUND, LTD.                                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC 71 SOUTH WACKER DRIVE ATTN: BRAD COURI AND SEAN HAAS CHICAGO IL 60606
CHENAVARI FINANCIAL ADVISORS LTD                        TRANSFEROR: SEMPER GESTION S.A. ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON  SW1X 7JH UNITED KINGDOM
CITIBANK (HONG KONG) LIMITED                            TRANSFEROR: PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIBANK (HONG KONG) LIMITED                            ATTN: LUM, SO FAN, FANNY 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD QUARRY BAY  HONG KONG
CITIGROUP GLOBAL MARKETS INC.                           TRANSFEROR: DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                           TRANSFEROR: CITIBANK (HONG KONG) LIMITED ATTN: BRIAN JOHNSON 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
COMMINGLED PENSION TRUST FUND (EMERGING                 TRANSFEROR: BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689
MARKETS FIXED INCOME)
COMMINGLED PENSION TRUST FUND (EMERGING                 WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019
MARKETS FIXED INCOME)
COMMINGLED PENSION TRUST FUND (EMERGING                 J.P MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT E. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240-2050
MARKETS FIXED INCOME)
COMMINGLED PENSION TRUST FUND (EMERGING                 OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK NY 10167-0001
MARKETS FIXED INCOME)
CORNEILLIE, ANNE                                        DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
CORNEILLIE, ANNE                                        LANGE MAXDREEF 8 KOEKELARE  8680 BELGIUM
CREDIT SUISSE                                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG, SINGAPORE BRANCH                      TRANSFEROR: CREDIT SUISSE ONE RAFFLES LINK UNITS 04-02 SINGAPORE 039393   SINGAPORE

                                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 21:35:27                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   3
DATE: 03/19/12                                                  CREDITOR LISTING

Name                                                Address
CREDIT SUISSE INTERNATIONAL                         ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CREDIT SUISSE INTERNATIONAL                         RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE INTERNATIONAL                         TRANSFEROR: CREDIT SUISSE ATTN: GIL GOLAN ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010
CREDIT SUISSE INTERNATIONAL                         TRANSFEROR: PBC FINANCING LLC ATTN: WILLIAM DOYLE 11 MADISON AVENUE NEW YORK NY 10010
CVF LUX MASTER S.A.R.L.                             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS I44
                                                    MINNETONKA MN 55343-9439
CVI GVF (LUX) MASTER S.A.R.L.                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LTD; ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE
                                                    COBHAM SURREY KT11 2PD UNITED KINGDOM
CVI GVF LUXEMBOURG TWELVE S.A.R.L.                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS I44
                                                    MINNETONKA MN 55343-9439
CVI GVF LUXEMBOURG TWELVE S.A.R.L.                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS I44
                                                    MINNETONKA MN 55343-9439
DEMINOR INTERNATIONAL S.C.R.L.                      ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS  1160 BELGIUM
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: BASSO FUND LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: BASSO HOLDINGS LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: BASSO MULTI-STRATEGY HOLDING FUND LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: BASSO MULTI-STRATEGY HOLDING FUND LTD C/O DEUTSCHE BANK SECURITIES INC; ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR
                                                    NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: CERBERUS SERIES FOUR HOLDINGS, LLC ATTN: MATT WEINSTEIN; C/O DEUTSCHE BANK SECURITIES INC 60 WALL ST., 3RD FLOOR
                                                    NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: CFIP MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: CREDIT SUISSE ATTN: SIMON GLENNIE/KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB ENGLAND
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN
                                                    60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: EUROMOBILIARE INTERNATIONAL FUND - TR FLEX 5 ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: NEUE AARGAUER BANK AG ATTN: SIMON GLENNIE / KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                    LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: REDFIRE, INC ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: SABRETOOTH MASTER FUND LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: VODAFONE GROUP PLC ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)                TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                    LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG,LONDON BRANCH                      TRANSFEROR: REDFIRE, INC ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH            TRANSFEROR: CORNEILLIE, ANNE ATTN: CECILE COUNET AVENUE MARNIX/MARNIXLAAN 13-15 BRUSSELS 1000 BELGIUM
DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH            TRANSFEROR: DEMINOR INTERNATIONAL S.C.R.L. ATTN: CECILE COUNET AVENUE MARNIX/MARNIXLAAN 13-15 BRUSSELS 1000 BELGIUM
DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH            TRANSFEROR: WAUTERS, HERMAN ATTN: CECILE COUNET AVENUE MARNIX/MARNIXLAAN 13-15 BRUSSELS 1000 BELGIUM
EIK BANKI FOROYA P/F                                TRANSFEROR: A/S RICHARD B THOMSEN & SON PO BOX 34 YVIRI VITH STROND 2 FAROE ISLANDS
EIK BANKI FOROYA P/F                                TRANSFEROR: NICODEMUSSEN, EDVARD HJALT P.O. BOX 34 YVIRI VITH STROND 2 FAROE ISLANDS
EIK BANKI FOROYA P/F                                TRANSFEROR: P/F RADIOVERKSTAOIO PO BOX 34 YVIRI VITH STROND 2 FAROE ISLANDS
EIK BANKI FOROYA P/F                                TRANSFEROR: SP/F 1/9-2003 PO BOX 34 YVIRI VITH STROND 2 FAROE ISLANDS
ELLIOTT ASSOCIATES, L.P.                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                    NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP
                                                    10250 CONSTELLATION BLVD, SUITE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                           WALNOOTHOF 3 BERGSCHENHOEK  2661 LW NETHERLANDS
G.W. WOONING HOLDING B.V.                           TRANSFEROR: BANK OF AMERICA, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
GAM EQUITY SIX, INC.                                NEW YORK NY 10036
GLG ABSOLUTE RETURN BOND FUND                       C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON ST LONDON W1J 5HB UNITED KINGDOM
GLG ABSOLUTE RETURN BOND FUND                       DAVID LEMAY/CHRISTY RIVERA CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112
GLG ABSOLUTE RETURN BOND FUND                       TRANSFEROR: GLG ABSOLUTE RETURN BOND FUND C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM
GLG PARTNERS (CAYMAN) LTD.

                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 21:35:27                                    LEHMAN BROTHERS HOLDING INC.                                      PAGE:    4
DATE: 03/19/12                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO | 200 WEST ST NEW YORK NY 10282-2198 |
| GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS INTERNATIONAL | ATTN: JOHN TRIBOLATI, CAROLINE CARR PETERBOROUGH COURT 133 FLEET STREET LONDON EC4A 2BB UNITED KINGDOM |
| GOLDMAN SACHS INTERNATIONAL | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS INTERNATIONAL | TRANSFEROR: DAIWA SECURITIES CAPITAL MARKETS CO. LTD. C/O GOLDMAN, SACHS & CO. RICK CANONICO 30 HUDSON STREET, 28TH FLOOR JERSEY CITY NJ 07302-4699 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MARNAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: LAUREN DAY C/O GOLDMAN SACHS & CO 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CFIP MASTER FUND LTD ATTN: LAUREN DAY C/O GOLDMAN, SACHS & CO 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CFIP MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: DANSKE BANK A/S LONDON BRANCH C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: JCAM GLOBAL FUND (MASTER) LP 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOCIETE GENERALE C/O GOLDMAN SACHS & CO ATTN: RICK CANONICO 200 WEST ST NEW YORK NY 10282-2198 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BANCO ESPIRITO SANTO, S.A. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BANCO ESPIRITO SANTO, S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BANCO ESPIRITO SANTO, SA. SUC. EN ESPANA 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BANCO ESPIRITO SANTO, SA. SUC. EN ESPANA ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: LBVN HOLDINGS, L.L.C. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: SOCIETE EUROPEENNE DE BANQUE SA 30 HUDSON STREET, 36TH FLOOR ATTN: ANDREW CADITZ JERSEY CITY NJ 07302 |
| GRANITE FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, DAVID A SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GRANITE FINANCE LIMITED | ATTN: THE DIRECTORS HSBC HOUSE, 68 WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| GRANITE FINANCE LIMITED | HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GRF MASTER FUND II, LP | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND II, LP | ROBERT SCHEININGER SIDLWY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND II, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GRF MASTER FUND II, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GRF MASTER FUND LP | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GRF MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| HALCYON LOAN TRADING FUND LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 21:35:27                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   5
DATE: 03/19/12                                                  CREDITOR LISTING

Name                                                        Address
HALCYON LOAN TRADING FUND LLC                               TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                            NEW YORK NY 10022
HAMOEN, T.                                                  BOUDEWIJNLAAN 1 DRONTEN  8251 RS NETHERLANDS
HARTMANN, PETER                                             FINKENHOLZLIWEG 186 ITTINGEN  CH-4452 SWITZERLAND
HBK MASTER FUND L.P.                                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 ATTN: VIVIAN TORIAN
                                                            DALLAS TX 75201
HBK MASTER FUND L.P.                                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC/ VIVIAN TORIAN 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC/VIVIAN TORIAN 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HOKSBERGEN, R.J.                                            REDE 59 ZEEWOLDE  3891 AP NETHERLANDS
ICCREA BANCA S.P.A.                                         ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                                         ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA  00178 ITALY
ILLIQUIDX LLP                                               TRANSFEROR: BAST-JAGER-KOEST-KROBER & PARTNER ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LTD                                               TRANSFEROR: BAST-JAGER-KOEST-KROBER & PARTNER ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET
                                                            LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LTD                                               TRANSFEROR: EIK BANKI FOROYA P/F ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LTD                                               TRANSFEROR: P/F EIK BANKI ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LTD                                               TRANSFEROR: UBS AG ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
INVERPENSIONES FP                                           TRANSFEROR: FABRICE MARAVAL C/O CNP VIDA SEGUROS Y REASEGUROS CALLE OCHANDIANO, 10 EL PLANTIO MADRID  28023 SPAIN
INVERPENSIONES FP                                           ATTN: FABRICE MARAVAL C/O CNP VIDA SEGUROS Y REASEGUROS CALLE OCHANDIANO, 10 EL PLANTIO MADRID  28023 SPAIN
JCAM GLOBAL FUND (MASTER) LP                                CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND ST NEW YORK NY 10019
                                                            C/O JAMES CAIRD ASSET MANAGEMENT LLP ONE CURZON STREET, 6TH FLOOR ATTN: KURT ALFREY LONDON  W1J 5HA UNITED KINGDOM
JPM EMERGING SOVEREIGN OPEN MOTHER FUND                     BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689
JPM EMERGING SOVEREIGN OPEN MOTHER FUND                     SCOTT E. RICHTER J.P. MORGAN INVESTMENT MANAGEMENT C/O LEGAL DEPARTMENT 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS OH 43240
JPM EMERGING SOVEREIGN OPEN MOTHER FUND                     TOKYO BUILDING 7- 3, MARUNOUCHI 2- CHOME CHIYODA-KU TOKYO  100-6432 JAPAN
JPMORGAN CHASE BANK, N.A.                                   TRANSFEROR: CFIP MASTER FUND, LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                                   TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                                   TRANSFEROR: PRINCIPAL LIFE INSURANCE CO ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                            NEW YORK NY 10005
JPMORGAN EMERGING MARKETS DEBT FUND, A                      245 PARK AVENUE NEW YORK NY 10167-0001
 SERIES OF JPMORGAN TRUST I
JPMORGAN EMERGING MARKETS DEBT FUND, A                      BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689
 SERIES OF JPMORGAN TRUST I
JPMORGAN EMERGING MARKETS DEBT FUND, A                      WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019
 SERIES OF JPMORGAN TRUST I
JPMORGAN EMERGING MARKETS DEBT FUND, A                      C/O J.P.MORGAN INVESTMENT MANAGEMENT, INC. LEGAL DEPT - FLOOR 4P - ATTN: SCOTT E. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240-2050
 SERIES OF JPMORGAN TRUST I
JPMORGAN FUNDS- EMERGING MARKETS DEBT                       BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689
 FUND
JPMORGAN FUNDS- EMERGING MARKETS DEBT                       WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ., KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019
 FUND
JPMORGAN FUNDS- EMERGING MARKETS DEBT                       J.P. MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT E. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240
 FUND
JPMPORGAN FUNDS- EMERGING MARKETS DEBT                      FINSBURY DIALS 20 FINSBURY STREET LONDON  EC2Y 9AQ UNITED KINGDOM
 FUND
KNIGHTHEAD MASTER FUND, LP                                  TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: LAURA TORRADO C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 623 5TH AVENUE, 29TH FLOOR
                                                            NEW YORK NY 10022
LATAJ GROUP LLC                                             TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: LARRY HALPERIN C/O RICHARDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
                                                            ANDREW N. ROSENBERG PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS, LLC                                          TRANSFEROR: BARCLAYS BANK PLC PO BOX 1641 NEW YORK NY 10150
LBVN HOLDINGS, LLC                                          TRANSFEROR: GRANITE FINANCE LIMITED ATTN: DR. JOACHIM KAETZLER C/O CMS HASCHE SIGLE BARCKHAUSSTRASSE 12-16
                                                            FRANKFURT AM MAIN  60325 GERMANY
LEHMAN BROTHERS BANK                                        TRANSFEROR: GRANITE FINANCE LIMITED C/O CMS HASCHE SIGLE BARCKHAUSSTRASSE 12-16 FRANKFURT AM MAIN  60325 GERMANY
LEHMAN BROTHERS BANKHAUS AG I INS                           TRANSFEROR: BAJUS SA ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                                   TRANSFEROR: CARDONA, GABRIEL ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                                   TRANSFEROR: G.W. WOONING HOLDING B.V. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                                   TRANSFEROR: HAMOEN, T. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                                   TRANSFEROR: HOKSBERGEN, R.J. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601

                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 21:35:27                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:   6
DATE: 03/19/12                                         CREDITOR LISTING

Name                                               Address
LIQUIDITY SOLUTIONS, INC.                          TRANSFEROR: PRIVATSTIFTUNG, ANGELIKA PROKOPP ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LMA SPC / MAP 84 SEGREGATED PORTFOLIO              TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: LAURA TORRADO C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 623 FIFTH AVENUE, 29TH FLOOR
                                                   NEW YORK NY 10022
LUXOR CAPITAL PARTNERS LP                          TRANSFEROR: BANK OF AMERICA, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                                   NEW YORK NY 10036
LUXOR CAPITAL PARTNERS OFFSHORE MASTER             TRANSFEROR: BANK OF AMERICA, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
FUND LP                                            NEW YORK NY 10036
LUXOR CAPITAL PARTNERS OFFSHORE MASTER             TRANSFEROR: BANK OF AMERICA, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
FUND LP.                                           NEW YORK NY 10036
LUXOR SPECTRUM LLC                                 TRANSFEROR: BANK OF AMERICA, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                                   NEW YORK NY 10036
LUXOR SPECTRUM OFFSHORE MASTER FUND LP             TRANSFEROR: BANK OF AMERICA, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                                   NEW YORK NY 10036
LUXOR WAVEFRONT LP                                 TRANSFEROR: BANK OF AMERICA, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                                   NEW YORK NY 10036
LUZERNER KANTONALBANK AG                           BAKER & MCKENZIE LLP ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                           IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                           LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
MERRILL LYNCH INTERNATIONAL                        ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                        CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                        C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MERRILL LYNCH INTERNATIONAL                        C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MERRILL LYNCH INTERNATIONAL                        TRANSFEROR: BANCA POPOLARE DELL'ALTO ADIGE SOC. COOP. PA ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                        TRANSFEROR: INVERPENSIONES FP ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MONARCH MASTER FUNDING LTD                         TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                   535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MORGAN STANLEY & CO. INTERNATIONAL PLC             RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC             TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC             TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM
NOMURA SECURITIES INTERNATIONAL, INC               TRANSFEROR: COMMINGLED PENSION TRUST FUND (EMERGING MARKETS FIXED INCO ATTN: PAMELA OH 2 WORLD FINANCIAL CENTER NEW YORK NY 10281
NOMURA SECURITIES INTERNATIONAL, INC               TRANSFEROR: JPMORGAN EMERGING MARKETS DEBT FUND, A SERIES OF JPMORGAN ATTN: PAMELA OH 2 WORLD FINANCIAL CENTER NEW YORK NY 10281
NOMURA SECURITIES INTERNATIONAL, INC.              TRANSFEROR: JPM EMERGING SOVEREIGN OPEN MOTHER FUND ATTN: PAMELA OH 2 WORLD FINANCIAL CENTER NEW YORK NY 10281
NOMURA SECURITIES INTERNATIONAL, INC.              TRANSFEROR: JPMORGAN FUNDS- EMERGING MARKETS DEBT FUND ATTN: PAMELA OH 2 WORLD FINANCIAL CENTER NEW YORK NY 10281
OC 19 MASTER FUND LP - LCG                         TRANSFEROR: BANK OF AMERICA, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                                   NEW YORK NY 10036
ONRICH ENTERPRISES LIMITED                         EMPIRE HOTEL KOWLOON 6/F 62 KIMBERLY ROAD TSIM SHA TSUI    HONG KONG
P/F EIK BANKI                                      YVIRI VIO STROND 2 POSTBOKS 34 TORSHAVN FO-110 DENMARK
PBC FINANCING LLC                                  CREDIT SUISSE ATTN: WILLIAM DOYLE 11 MADISON AVENUE NEW YORK NY 10010
PBC FINANCING LLC                                  ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PBC FINANCING LLC                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
PCI FUND L.L.C.                                    ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PCI FUND L.L.C.                                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                   NEW YORK NY 10012
PCI FUND L.L.C.                                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                   NEW YORK NY 10012
PCI FUND LLC                                       ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PCI FUND LLC                                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR
                                                   NEW YORK NY 10012
PCI FUND LLC                                       ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PCI FUND, L.L.C.                                   ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PCI FUND, L.L.C.                                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                   NEW YORK NY 10012
PONS, GABRIEL MIQUEL                               CR. ARQUEBISBE ESPAREE, 37 PALMA DE MALLOREA    07007 SPAIN
PRINCIPAL LIFE INSURANCE CO                        ATTN: DEBRA EPP (G-34-W23) 711 HIGH STREET DES MOINES IA 50392-0301
PRIVATSTIFTUNG, ANGELIKA PROKOPP                   AM HEUMARKT 13 WIEN 1030 AUSTRIA



                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 21:35:27                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    7
DATE: 03/19/12                                               CREDITOR LISTING

Name                                              Address
QUONIAM ASSET MANAGEMENT GMBH                     ATTN: INGO PURWIEN, PARTNER, MANAGING DIRECTOR, INVESTMENT OPERATIONS WESTHAFEN TOWER WESTHAFENPLATZ 1
                                                  FRANKFURT AM MAIN    60327 GERMANY
QUONIAM ASSET MANAGEMENT GMBH                     KATHRYN A. BENNETT WILMER CUTLER PICKERING HALE & DORR LLP 399 PARK AVENUE NEW YORK NY 10022
RBS SECURITIES INC.                               TRANSFEROR: UBS AG ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                  ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
ROYAL BANK OF SCOTLAND, PLC, THE                  TRANSFEROR: VANGUARD 30-40 YEAR DURATION EURO INDEX FUND, ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                  TRANSFEROR: VANGUARD BALANCED INDEX FUND, ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                  TRANSFEROR: VANGUARD FIDUCIARY INTERMEDIATE-TERM BOND TRUST ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                  TRANSFEROR: VANGUARD FIDUCIARY TRUST CO INTERMEDIATE-TERM BOND TRUST ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD
                                                  STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                  TRANSFEROR: VANGUARD FIDUCIARY TRUST CO SHORT-TERM BOND TRUST ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                  TRANSFEROR: VANGUARD FIDUCIARY TRUST CO. INTERMEDIATE-TERM BOND TRUST ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD
                                                  STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                  TRANSFEROR: VANGUARD INTERMEDIATE-TERM INVESTMENT-GRADE FUND, ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                  TRANSFEROR: VANGUARD SHORT-TERM INVESTMENT GRADE FUND, ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                  TRANSFEROR: VANGUARD SHORT-TERM INVESTMENT-GRADE FUND, ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                  TRANSFEROR: VANGUARD TOTAL BOND MARKET INDEX PORTFOLIO, ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                  TRANSFEROR: VANGUARD U.S. FUTURES FUND, A SUB-FUND OF ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                  TRANSFEROR: VVIF TOTAL BOND MARKET INDEX PORTFOLIO, ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SAN FRANCISCO CITY AND COUNTY                     EMPLOYEES' RETIREMENT SYSTEM C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-1098 385 E. COLORADO BLVD PASADENA CA 91101
SAN FRANCISCO CITY AND COUNTY EMPLOYEES'          C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1098 385 E. COLORADO BLVD. PASADENA CA 91101
RETIREMENT SYSTEM
SEAPORT GROUP EUROPE LLP                          TRANSFEROR: STICHTING THE VALUE FOUNDATION ATTN: JAY CONKLIN GROUND FLOOR WEST ONE FINSBURY CIRCUS LONDON    EC2M 7EB UNITED KINGDOM
SEAPORT GROUP EUROPE LLP, THE                     TRANSFEROR: STICHTING THE VALUE FOUNDATION ATTN: JAY CONKLIN GROUND FLOOR WEST ONE FINSBURY CIRCUS LONDON    EC2M 7EB UNITED KINGDOM
SEMPER GESTION S.A.                               TRANSFEROR: BURGUESS MARKETING S.A. ATTN: GREGOIRE VAUCHER 5, RUE PEDRO-MEYLAN CP 109 GENEVA    CH 1208 SWITZERLAND
SERENGETI LYCAON MM L.P                           TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FL NEW YORK NY 1001
SERENGETI LYCAON MM L.P.                          TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SOCIETE EUROPEENNE DE BANQUE SA                   19/21 BOULEVARD DU PRINCE HENRI LUXEMBOURG    L-1724 LUXEMBOURG
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: CLOO, H. AND/OR E. LINNEKAMP ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: DE JONG, P.J. AND W.A. WOLTER ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: DE VRIES, D.M. AND S.I. DE VRIES-CLIJNTJE ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: DE WILDT MANAGEMENT B.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: DE WILDT, C.P.T. AND M.H.C. DE WILDT-VAN DER HOORN ATTN: MR J KAPTEIN KEIZERSGRACHT 268
                                                  AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: DIJKSTRA, R. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: DUIJNISVELD-DE ROOS, C.M.J.A. AND/OR P.H.C. DUIJNISVELD ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268
                                                  AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: GIJS VAN DER HORST MEUBELEN B.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: HEINEKE, H.C. ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: HOUTAPPEL, R. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: JONGMAN BEHEER B.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: JONGMAN, P & -RIJSDIJK, J.M.T ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: JOUSTRA, A.J. AND/OR B.G. JOUSTRA-BAKKER ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: KLAVER, S.J. KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: KOK-MAASLAND, S.C.J. KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: KURVER, P.H.J. AND/OR W.E. KURVER-KOK MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM    THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: KUSTERS, S.T. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM    THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: LANDA, A. & KORST, M.M.C. KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: LANDA, A. & M.M.C. KORST KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: LUYKX, W.W. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM    THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: MEIJER, W.M.E. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM    THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: MOOLHUIJSEN, A. & ZOON BEHEER B.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: NEEFS, L.M.L.H. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM    THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: NEEFT, M.I. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM    THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: NIEUWEBOER, S. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM    THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                    TRANSFEROR: NOORT, H. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM    THE NETHERLANDS
```

```
TIME: 21:35:27                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:   8
DATE: 03/19/12                                                CREDITOR LISTING

Name                                            Address
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: OEIJ, A.L.M. AND/OR T. OEIJ-FALENTIJN MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: RINGNALDA, F.W. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: RUIS, R.W. AND/OR A.M.G. WAGENAAR MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: RUSCH, E. & -FRINKS, T.A. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: SALDINYAMO B.V. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: SCHAERENBURGH B.V. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: SCHURING-ROSS, A.J. & H.J. SCHURING KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: SEGAAR, W. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: SNEL, P.H.H. AND/OR M.J. SNEL-JONGEJAN MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: SNIJDERS, J.M. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: SPORK, D. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: STICHTING GAOS KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: STOK, H.G.T. MR. J. KAPTEIN KEIZERSGRACHT 268 1016 EV AMSTERDAM THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: STRENGHOLT, L.M. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: T.A.M. STRENGHOLT-DE SONNAVILLE KEIZERSGRACHT AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: T4CAPITAL B.V. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: THEODOOR GILISSEN GLOBAL CUSTODY N.V. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: THEODOOR GILISSEN GLOBAL CUSTODY N.V. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: THIJSSEN, W.A.J. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: VALLUGA B.V. ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: VAN BREE, HANS ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: VAN DEN BERG, K.W. AND/OR H.J. VAN DEN BERG-GORT ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: VAN DEN BERG, T.J.A. AND J.W. VAN DEN BERG-VALKENBURG ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: VAN DEN BROEK, ANNEMARIEKE ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: VAN DER CAAIJ, J.W. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: VAN DER KIEFT, N & R.J.C. VAN DER KIEFT-VAN DE WEIDE ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: VAN DONGEN, J.M. AND M.R. VAN DONGEN-BERSEE ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: VAN DORRESTEYN, M.P. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: VAN HOUT, G.P. AND/OR C.E. VAN HOUT-SANDERS ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: VAN STRAALEN, T.C.G. AND G.S. VAN STRAALEN-VAN VEENENDA ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: VAN VEEN, M.L. AND A.G. VAN VEEN-SMIT KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: VERHULST, Z.T. ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: VLIEK, R.M.E. & M.N. VLIEK-VAN WOUDENBERG KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: VOLDERS, C.A.J. ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: WARNING, M. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: WESTEN, G.B. ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: WILLEKES, R. AND M.W.A.M. WILLEKES-STUYT ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE VALUE FOUNDATION                  TRANSFEROR: ZOOMEREN BEHEER B.V. ATTN: MR J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STRATEGIC VALUE MASTER FUND, LTD.               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO, AMY SIM, BEN EDWARDS 100 WEST PUTNAM AVENUE GREENWICH CT 06380
STRATEGIC VALUE MASTER FUND, LTD.               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO, AMY SIM, BEN EDWARDS 100 WEST PUTNAM AVENUE GREENWICH CT 06380
STRATEGIC VALUE SPECIAL SITUATIONS              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO, AMY SIM, BEN EDWARDS 100 WEST PUTNAM AVENUE GREENWICH CT 06830
MASTER FUND II, L.P.
SUPER CASPIAN CAYMAN FUND LIMITED               TRANSFEROR: CASPIAN ALPHA CREDIT FUND, L.P. ATTN: SUSAN LANCASTER C/O CAPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528
SUPER CASPIAN CAYMAN FUND LIMITED               TRANSFEROR: CASPIAN ALPHA CREDIT FUND, L.P. ATTN: SUSAN LANCASTER C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528
SUPER CASPIAN CAYMAN FUND LIMITED               TRANSFEROR: CASPIAN ALPHA LONG CREDIT FUND L.P. C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528
SUPER CASPIAN CAYMAN FUND LIMITED               TRANSFEROR: CASPIAN ALPHA LONG CREDIT FUND LP ATTN: SUSAN LANCASTER C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528
SUPER CASPIAN CAYMAN FUND LIMITED               TRANSFEROR: CASPIAN ALPHA LONG CREDIT FUND LP C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528
SUPER CASPIAN CAYMAN FUND LIMITED               TRANSFEROR: CASPIAN ALPHA LONG CREDIT FUND, L.P. ATTN: SUSAN LANCASTER C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528
SUPER CASPIAN CAYMAN FUND LIMITED               TRANSFEROR: CASPIAN ALPHA LONG CREDIT FUND, L.P. C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528
SUPER CASPIAN CAYMAN FUND LIMITED               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 21:35:27                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    9
DATE: 03/19/12                                         CREDITOR LISTING

Name                                              Address
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS AG                                            HUGO KOLLER, OQ9C/O5GC PO BOX ZURICH 8098 SWITZERLAND
UBS AG                                            TRANSFEROR: ONRICH ENTERPRISES LIMITED BAHNHOFSTRASSE 45 ZURICH 8011 SWITZERLAND
UNION INVESTMENT INSTITUTIONAL GMBH               TRANSFEROR: QUONIAM ASSET MANAGEMENT GMBH C/O UNION ASSET MANAGEMENT HOLDING AG WIESENHUTTENSTRASSE 10
                                                  FRANKFURT AM MAIN  60329 GERMANY
VANGUARD 30-YEAR DURATION EURO INDEX              A SUB-FUND OF VANGUARD INVESTMENT SERIES PLC ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482
FUND,
VANGUARD BALANCED INDEX FUND,                     A SERIES OF VANGUARD VALLEY FORGE FUNDS ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482
VANGUARD FIDUCIARY INTERMEDIATE-TERM              ATTN: MICAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482
BOND TRUST
VANGUARD FIDUCIARY TRUST CO                       ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482
INTERMEDIATE-TERM BOND TRUST
VANGUARD FIDUCIARY TRUST CO SHORT-TERM            ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482
BOND TRUST
VANGUARD FIDUCIARY TRUST CO.                      TRANSFEROR: VANGUARD FIDUCIARY TRUST CO CORPORATE BOND TRUST ATTN: MICHAEL DRAYO P.O. BOX 2600 VALLEY FORGE PA 19482
INTERMEDIATE-TERM BOND TRUST
VANGUARD INTERMEDIATE-TERM                        A SERIES OF VANGUARD FIXED INCOME SECURITIES FUNDS ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482
INVESTMENT-GRADE FUND,
VANGUARD SHORT-TERM INVESTMENT GRADE              A SERIES OF VANGUARD FIXED INCOME SECURITIES FUNDS ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482
FUND,
VANGUARD SHORT-TERM INVESTMENT-GRADE              A SERIES OF VANGUARD VARIABLE INSURANCE FUNDS ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482
PORTFOLIO,
VANGUARD TOTAL BOND MARKET INDEX                  A SERIES OF VANGUARD VARIABLE INSURANCE FUNDS ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482
PORTFOLIO,
VANGUARD U.S. FUTURES FUND, A SUB-FUND            VANGUARD INVESTMENT SERIES PLC ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482
OF
VARDE FUND VI-A, L.P.                             TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A, L.P., THE                        TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VVIF TOTAL BOND MARKET INDEX PORTFOLIO,           A SERIES OF VANGUARD VARIABLE INSURANCE FUNDS ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482
WAUTERS, HERMAN                                   KONINGSSTRAAT 43A OOSTENDE  8400 BELGIUM
WERNER, ANSGAR                                    DM HOLZE 13 BREMEN  D-28355 GERMANY
YORK CAPITAL MANAGEMENT LP                        TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: LAUREN SEARING 767 5TH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK CAPITAL MANAGEMENT, LP                       TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC                      TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORVIK PARTNERS LLP                               TRANSFEROR: ALIZEE INVESTMENT AG ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
ZEIMER, IRENE                                     ROMEISTRASSE 22 HILLSDREID  D-56204 GERMANY


Total Number of Records Printed         383


                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```