# Exhibit 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OBJECTION TO AMERICAN INVESTORS LIFE INSURANCE CO., INC. CLAIM: EXHIBIT 1

| | CLAIM TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AMERICAN INVESTORS LIFE INSURANCE CO., INC. N/K/A AVIVA LIFE ANNUITY CO. C/O AVIVA IVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 1700 DES MOINES, IA 50309 | 12/16/2009 | 08-13555 (JMP) | 65963[1] | $7,992,000.00 | OMX TIMBER FINANCE INVESTMENTS II, LLC C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE, IL 60563 | 09/18/2009 | 08-13555 (JMP) | 17120 | $844,896,060.00* |

[1] Claim 65963 was asserted in the amount of $41,209,112.25.  Pursuant to the Debtors' Objection to the Claim of American Investors Life Insurance Co., Inc. (Claim 65963), only $7,992,000 of the portion of Claim 65963 seeking to recover for securities with CUSIP 67088CAA5 is being disallowed and expunged.  $8,000 of the portion of Claim 65963 seeking to recover for securities with CUSIP 67088CAA5 was previously expunged pursuant to the Order Granting Debtors' Two Hundred Tenth Omnibus Objection to Claims (Duplicative No Liability Claims), dated December 7, 2011 [Docket No. 23046].  The portion of Claim 65963 totaling $31,000,000 seeking to recover for securities with CUSIP Nos. 52517PVM0, 52517PG96, 52517PVV0, and 524908WH9 was previously expunged pursuant to the Order Granting Debtors' Two Hundred Third Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated October 28, 2011 [Docket No. 21369].  The remaining $2,209,112.25 portion of Claim 65963 asserting a claim related to an alleged guarantee of certain derivatives contracts was previously allowed pursuant to the Order Granting Debtors' One Hundred Forty-Seventh Omnibus Objection to Claims (Partially Settled Guarantee Claims), dated June 30, 2011 [Docket No. 18186].

\* - Indicates claim contains unliquidated and/or undetermined amounts