B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                                (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Burlington Loan Management Limited | Cantor Fitzgerald Securities |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Burlington Loan Management Limited
c/o Davidson Kempner Capital Management LLC
65 East 55th Street
New York, New York 10022

Phone: 212-446-4018
Last Four Digits of Acct #: _____

Court Claim # (if known): 17510
Amount of Claim: $118,219.75
Date Claim Filed: 18 September 2009
Debtor: Lehman Brothers Holdings Inc.

Phone: 212-829-4889
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

[Signatures on next page]

29

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Burlington Loan Management Limited

Acting through Davidson Kempner Capital
Management LLC,
Its investment manager

By: _____    Date: 3/23/12
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Cantor Fitzgerald Securities

By: _____
       Transferor/Transferor's Agent

[Signature page to 3001(e) – LBHI – CFS to Burlington (Starman-SCI)]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Burlington Loan Management Limited

Acting through Davidson Kempner Capital Management LLC,
Its investment manager

By: _____     Date: 3/23/12
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Cantor Fitzgerald Securities

By: _____
    Transferor/Transferor's Agent

[Signature page to 3001(e) – LBHI – CFS to Burlington (Starman-SCI)]