B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Burlington Loan Management Limited</u>           <u>Cantor Fitzgerald Securities</u>
Name of Transferee                                                     Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): <u>17507</u>
should be sent:                                                             Amount of Claim: <u>$84,237.25</u>
                                                                                      Date Claim Filed: <u>18 September 2009</u>
Burlington Loan Management Limited                     Debtor: <u>Lehman Brothers Holdings Inc.</u>
c/o Davidson Kempner Capital Management LLC
65 East 55th Street
New York, New York 10022

Phone: <u>212-446-4018</u>                                           Phone: <u>212-829-4889</u>
Last Four Digits of Acct #: _____                      Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

[Signatures on next page]

29

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Burlington Loan Management Limited

Acting through Davidson Kempner Capital
Management LLC,
Its investment manager

By: _____    Date: 3/23/12
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Cantor Fitzgerald Securities

By: _____
    Transferor/Transferor's Agent

[Signature page to 3001(e) – LBHI – CFS to Burlington (Starman-Nice)]

30

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Burlington Loan Management Limited

Acting through Davidson Kempner Capital Management LLC,
Its investment manager

By: _____    Date: 3/23/12
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Cantor Fitzgerald Securities

By: _____
Transferor/Transferor's Agent

[Signature page to 3001(e) – LBHI – CFS to Burlington (Starman-Nice)]