**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                          :   Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :   08-13555 (JMP)
                                                               :
Debtors.                                                :   (Jointly Administered)
                                                               :
------------------------------------------------------------------x   Ref. Docket No. 27049

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                                ) ss.:
COUNTY OF NEW YORK )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 20, 2012, I caused to be served the:

   a. "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Motion of Lehman Brothers Holdings Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Authorization and Approval of Certain Settlements with the Internal Revenue Service," dated March 20, 2012 [Docket No. 27049], (the "Certificate of No Objection"), and

   b. "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Motion of Lehman Brothers Holdings Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Authorization and Approval of Certain Settlements with the Internal Revenue Service," related to Docket No. 27049, dated March 20, 2012, annexed hereto as Exhibit A, (the "Certificate of No Objection sans Exhibits"),

by causing true and correct copies of the:

a. Certificate of No Objection, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

b. Certificate of No Objection sans Exhibits, to be delivered via facsimile to the party listed on the annexed <u>Exhibit C</u>.

<u>/s/ <i>Pete Caris</i></u><br>
Pete Caris

Sworn to before me this
22nd day of March, 2012
<u>/s/ Cassandra Murray</u>
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                           :

**In re**                                      :        **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**

                     **Debtors.**           :        **(Jointly Administered)**

------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION**
**UNDER 28 U.S.C. § 1746 REGARDING MOTION OF**
**LEHMAN BROTHERS HOLDINGS INC. PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 9019 FOR AUTHORIZATION AND APPROVAL**
**OF CERTAIN SETTLEMENTS WITH THE INTERNAL REVENUE SERVICE**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

        Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management Order"), the undersigned hereby certifies as follows:

        1.    Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), filed the Motion of Lehman Brothers Holdings Inc. Pursuant to Federal Rule of Bankruptcy

Procedure 9019 for Authorization and Approval of Certain Settlements with the Internal Revenue Service [ECF No. 25949] (the "Motion") with this Court on March 1, 2012. In accordance with the Second Amended Case Management Order, March 14, 2012 at 4:00 p.m. (Prevailing Eastern Time), was established as the deadline (the "Objection Deadline") for parties to object or file a response to the Motion.

2.     The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that, *inter alia*, no objections have been filed prior to the relevant Objection Deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements. The Objection Deadline has now passed and, to the best of my knowledge, no objection or other responsive pleading to the Motion have been filed on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, nor has any objection or other responsive pleading to the Motion been served on Debtors' counsel.

3.     Accordingly, for the reasons set forth in the Motion, the Debtors respectfully request that the Revised Proposed Order annexed hereto as Exhibit A, be entered

in accordance with the procedures described in the Second Amended Case Management Order.

   I declare that the foregoing is true and correct.

Dated: March 20, 2012
   New York, New York

               /s/ Robert J. Lemons
               Robert J. Lemons

               WEIL, GOTSHAL & MANGES LLP
               767 Fifth Avenue
               New York, New York 10153
               Telephone: (212) 310-8000
               Facsimile: (212) 310-8007

               Attorneys for Lehman Brothers Holdings Inc.
               and Certain of Its Affiliates

# Exhibit B

**Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

# EXHIBIT C

## LEHMAN BROTHERS HOLDINGS INC.
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |