UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                              :    Chapter 11 Cases
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.** *et al.,*        :    08-13555 (JMP)
                                                   :
                              Debtors.             :    Jointly Administered
-------------------------------------------------------------------x

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR BANCO CANARIAS AND BANCO CANARIAS DE VENEZUELA BANCO UNIVERSAL C.A.

Upon consideration of the Motion to Withdraw as Counsel for Banco Canarias and Banco Canarias de Venezuela Banco Universal C.A. dated March 5, 2012 (the "Motion"), of Chadbourne & Parke LLP to withdraw as counsel for Banco Canarias and Banco Canarias de Venezuela Banco Universal C.A. pursuant to Rule 2090-1(e) of the Local Rules for the Southern District of New York; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the Second Amended Case Management Order entered June 17, 2010 governing case management and administrative procedures [Docket No. 9635]; and no objection having been filed by the objection deadline of March 15, 2012; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED, that the Motion is granted.

It is further ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this order.

Dated: New York, New York
       March 23, 2012

                                                  *s/ James M. Peck*
                                                  Honorable James M. Peck
                                                  United States Bankruptcy Judge