MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Alan E. Gamza
Christopher J. Caruso
Tel: (212) 554-7800

*Former Co-counsel to Gaston Christian School, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | ) | |
|---|---|---|
| | ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) | |
| | ) | Case No. 08-13555 (JMP) |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

## REQUEST FOR REMOVAL FROM ECF NOTIFICATION AND SERVICE LIST

**PLEASE TAKE NOTICE** that, **Alan E. Gamza** (agamza@mosessinger.com) and **Christopher J. Caruso** (ccaruso@mosessinger.com) hereby request to be removed from the official service list for the Debtor's bankruptcy case and as recipient for e-mail service in the Debtors' bankruptcy cases through the Court's **CM/ECF system**.

Dated: March 23, 2012
New York, New York

MOSES & SINGER, LLP

By: /s/ Alan E. Gamza
Alan E. Gamza
Christopher J. Caruso
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 554-7800

918241v1 099999.0001