Pg 1 of 1

Alan E. Gamza, Esq.
MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 554-7800
Former Attorneys for Deutsche Bank AG, New York Branch

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al., ) | Case No. 08-13555 (JMP) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## REQUEST FOR REMOVAL FROM ECF NOTIFICATION AND SERVICE LIST

**PLEASE TAKE NOTICE** that, **Alan E. Gamza** (agamza@mosessinger.com) hereby requests to be removed from the official service list for the Debtors' bankruptcy case and as recipient for e-mail service in the Debtors' bankruptcy cases through the Court's **CM/ECF system.**

Dated: March 23, 2012
      New York, New York

                                 MOSES & SINGER, LLP

                                 By:   /s/ Alan E. Gamza
                                        Alan E. Gamza
                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, NY 10174
                                        (212) 554-7800

918241v2  099999.0001