**HEARING DATE AND TIME: April 26, 2012 at 10:00 a.m. (Eastern Time)**
**RESPONSE DEADLINE: April 10, 2012 at 4:00 p.m. (Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph I. Miller
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                          :
                   Debtors.               :   (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------x
```

# NOTICE OF CORRECTION TO OBJECTION
# TO CLAIM OF GADECO, LLC (CLAIM NO. 32441)

PLEASE TAKE NOTICE that on March 7, 2012, the Debtors[1] filed an *Objection to Claim of Gadeco, LLC (Claim No. 32441)*, ECF No. 26086 (the "Objection").

PLEASE TAKE FURTHER NOTICE that paragraph 16 of the Objection is hereby amended to read: "For the foregoing reasons, the Debtors respectfully request the Court enter an order disallowing and expunging the Gadeco Claim in its entirety."

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Objection will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **April 26, 2012, at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

---

[1]   Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection.

US_ACTIVE:\43958676\01\58399.0011

PLEASE TAKE FURTHER NOTICE that if no responses are timely filed and served with respect to the Objection in accordance with the *Notice of Hearing On Debtors' Objection To Claim of Gadeco, LLC (Claim No. 32441)* filed concurrently with the Objection, ECF No. 26086, the Debtors may, on or after the Response Deadline (set forth above), submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Objection, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: March 23, 2012
New York, New York

/s/ Robert J. Lemons
Ralph I. Miller
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates