March 6, 2012

Honorable James M. Peck
One Bowling Green
New York, New York  10004

United States Bankruptcy Court
Southern District of New York

Re: Lehman Brothers Holdings Inc.  (Debtor) EIN: 13-3216325
     Chapter 11 Case No. 08-13555 (JMP)
     Objection to Notice of CLAIM TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED AS EQUITY

Claimant: John P. Bellantoni
Claim No.: 19382
Reason for claim: 11 U.S.C 507 (a)(5) – Contributions to an employee benefits plan

I object to the above referenced **Claim To Be Disallowed And Expunged.**
**It should not be an issue that this is an equity fund as it is related to a 401k Plan promoted by the company.  The mismanagement by the company's directors  should not alleviate them from their responsibilities from said employees.**

Respectfully,

John P. Bellantoni



RECEIVED

MAR 1 2 2012

U.S. BANKRUPTCY COURT, SDNY
JMP