## STARFINDER FINANCIAL MANAGEMENT
### A Division of Axiom Investment Management LLC
### 780 Third Avenue, 43rd Floor, New York, NY 10017

Chapter 11 Case No. 08-13555 JMP
(Jointly Administered)
Regarding Claim No. 28717
Docket No. 20150/20389

*(i)*     the chambers of the Honorable James M. Peck, One Bowling Green,
New York, New York 10004, Courtroom 601;

Dear Sirs,
    I am opposed to the debtor's objection number one hundred and seventy-three and all objections regarding my contributions to the Executive and Select Employees Plan (ESEP) of Lehman Brothers Inc.  My claim number is 28717.

    As is clearly pointed out, in the enclosed documentation, I am rightfully owed $145,354.08. It is clearly stated in the Lehman Brothers letter of September 10, 2008 that my payment of $72,677.04 was the Eighth  of Ten Annual installments payable to me.  The last two payments (which were never made) rightfully due me represent $145,354.08.

My social security number is 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.  The last payment I received listed my pay group as MRT-Monthly Retirees-Business Unit IMD, check No. 0467473, check date 9-10-2008.  My employee ID listed as 10071561, Department 23169, Private Investment Administration (Copy Enclosed).  I hope these details are helpful.

I was an employee in good standing and contributed my earnings to the plan with the intent of receiving the distributions for my retirement and family needs.  My new address is 120 Quayside Drive, Jupiter FL 33477.  My Phone number: 917-854-0457.  My Office number: 212-521-3894.

    Thank you for your attention to my rightful claim.

    Sincerely,



Edmund L. Finder



RECEIVED
MAR 16 2012
U.S. BANKRUPTCY COURT, SDNY
JMP

STARK+INDEX FINANCIAL MANAGEMENT
A Division of Axiom Investment Management LLC
780 Third Avenue, 43rd Floor, New York, NY 10017

Chapter 11 Case No. 08-13555 (JMP)
(Jointly Administered)
Regarding Claim No. 28717
Docket No. 20100/20595

| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors.<br><br>Name of Debtor Against Which Claim is Held | Chapter 11<br>Case 08-13555 (JMP)<br>(Jointly Administered)<br><br>Case No. of Debtor | UNIQUE IDENTIFICATION NUMBER: 1000249140 |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000249140******
FINDER, EDMUND
1725 YORK AVE
APT 30C
NEW YORK, NY 10128

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**
_____
(If known)

Filed on: _____

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000028717

Telephone number: 917 894 0457  Email Address: EOLFINDER@YAHOO.COM

| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number: _____   Email Address: _____ | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
|---|---|

1. **Amount of Claim as of Date Case Filed:** $ *TO BE DETERMINED*

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

***IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** DEFERRED COMPENSATION
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Describe: _____
Value of Property: $ _____ Annual Interest Rate _____ %
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____ Basis for perfection: _____
Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☒ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**
$ *TO BE DETERMINED*

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ N/A
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED
SEP 22 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>9/18/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# LEHMAN BROTHERS

October 20, 2008

Edmund L. Finder
1725 York Ave
Apt 30C
New York, NY  10128

As a result of Lehman Brothers Inc. ("LBI") having been placed into a liquidation proceeding under the Securities Investor Protection Act of 1970, as amended ("SIPA"), on September 19, 2008 ("Filing Date"), LBI's obligations under the non-qualified, deferred compensation plans are deemed pre-Filing Date claims under SIPA and the Bankruptcy Code.  Consequently, future payments of deferred compensation cannot be made without the approval of the SIPA trustee and the Bankruptcy Court overseeing the SIPA liquidation, which is separate from the Lehman Brothers Holding Inc. ("LBHI") chapter 11 case.

As a participant in the Executive and Select Employees Plan (ESEP) prior to September 19, 2008, you may submit a claim as a creditor of LBI and participate in any distributions from monies available as a result of its liquidation.

The Securities Investor Protection Corporation and Federal Courts have appointed James W. Giddens as the trustee to administer the LBI SIPA liquidation. At some point in the future the SIPA trustee will be sending and publishing notice of the procedures for the filing of claims and the date by which such claims must be filed.

All inquiries regarding this proceeding should be directed to:

US: (866) 841-7868
Non-US: (503) 597-7690

For more information please visit http://chapter11.epiqsystems.com

③

# LEHMAN BROTHERS

September 10, 2008

Mr. Edmund L. Finder
1725 York Ave
Apt 30C
New York, NY 10128

Dear Mr. Finder:

Enclosed please find a check containing your August 31, 2008 payment from the Lehman Brothers Executive and Select Employees Plan (ESEP), in which you are a participant. This payment of $72,677.04 represents the eighth of ten annual installments payable to you from the ESEP. Pursuant to the letter and Form W-4P that was mailed to you, unless otherwise indicated, this payment is subject to Federal income tax. 

The Federal estimated tax rules provide that penalties may be applicable if your withholding and estimated tax payments are insufficient.

Please note this payment is taxable as ordinary income upon receipt and cannot be rolled over into an Individual Retirement Account (IRA) as this is a non-qualified plan distribution. For further tax information, we suggest that you consult your tax advisor.

If you have any questions please contact me at (646) 333-8341 or by e-mail at sharon.nguyen@lehman.com

Sincerely,

Sharon Nguyen

(5)



**H
A
N
D

D
E
L
I
V
E
R
Y**

FILED / RECEIVED

SEP 2 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

RECEIVED BY: _____    DATE    1:24    TIME

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                  :

**In re**                      :      **Chapter 11 Case No.**
                                  :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :     **08-13555 (JMP)**
                                  :

             **Debtors.**      :      **(Jointly Administered)**
                                  :
                                  :

------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**ONE HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION TO**
<u>**CLAIMS (NO LIABILITY EMPLOYEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**</u>

       **PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Seventy-

Third Omnibus Objection to Claims (No Liability Employee Claims) [ECF No. 19399], that was

scheduled for February 22, 2012, at 10:00 a.m. (Prevailing Eastern Time), <u>**has been adjourned,**</u>

<u>**solely as to the claims listed on Exhibit A attached hereto, to March 22, 2012, at 10:00 a.m.**</u>

<u>**(Prevailing Eastern Time)**</u> (the "Hearing"), or as soon thereafter as counsel may be heard. The

Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court,

Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: February 14, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

**Adjourned Claims:**

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Collins, Michael | 15223 | 20378 |
| Dybeck, Donald C. | 11327, 11328, 11329 | 20171 |
| Finder, Edmund L. | 28717 | 20150, 20389 |
| Forfia, Robert | 22939 | 20181 |
| Forster, Dennis | 6325 | |
| Fritts, Donald | 8257 | 20464 |
| Gabelman, Rick L. | 6238, 6239 | 20141 |
| Gardner, James | 6512, 6590 | 20141 |
| Hein, Mark W. | 4241 | 20133 |
| Hlavek, Rudolph | 7957 | 20141 |
| Mahonchak, John | 7694 | |
| Major, Charles E. | 7272 | 20495 |
| Mc Guinn, Edwin J | 13286 | |
| Morrison, Robert D. | 7716 | 20179 |
| Mountford, Robert | 11388 | 20471 |
| Rubin, Allan | 5552 | 19648 |
| Smith, William C. | 6147 | 20428 |
| Spring, Burkhard R. | 10698 | 20170 |
| Stanton, Edward | 33549 | |
| Stipo, Michael J. | 15580 | 20176 |
| Wagner, William A. | 5570 | 20438 |
| Whalen, John A. | 32259 | 20173 |