To Judge James Peck
Case # 08-13555
Lehman Bancrupty Case

FILED
U.S. BANKRUPTCY COURT
2012 MAR 14 P 2:18
S.D. OF N.Y.

On this day of march 14, 2012 I Laura Kampel submit the following documentation which presents financial fraud:

1. Lehman statement of 09/24/2007, account #
Kampel Laura 55516623
Fixed Income Totals → 11,402,566,475.
in US Dollar denomination and International Currency.
manager Francis Levy Fraenkel.

2. -Statement of 2/2009 presents the value of 120,000 of GNMA as worth 3,326.69
-Statement of 2/2009 (February) presents value of 25,000 of GNMA as 2.04
Statement of 04/2009 presents unknown exchange of 25,000.
Statement of Key Bank of 02/12 Confirms missing 120,000 with market value of 120,853.20

Neuberger Berman, LLC
605 Third Avenue
New York, NY 10158-0180
Tel 212.476.9000

| NEUBERGER | BERMAN |
A Lehman Brothers Company

# Facsimile

| **To:** | Mrs. Laura Kampel | **From:** | Tricia/Shorty Fraenkel |
| **Company:** | | **Fax No:** | 212-476-8539 |
| **Fax No:** | (212) 249-6307 | **Phone No:** | 212-476-8500 |
| **Pages:** | 10 (including cover) | **Date:** | 9/24/2007 |
| **Subject:** | | | |

**Notes:**

The information contained in this telefax message is intended only for the personal and confidential use of the designated recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail.

09/24/2007 10:41 FAX                                                                 NEUBERGER BERMAN, INC.

| L | PUR-DATE | LT | TOT QTY | SECURITY DESCRIPTION | % YLD | SYMBOL | % YTD GAIN | LOT QTY | UNIT COST | PRICE | %GAIN | PURCH COST | MKT VALUE | IN | % OF EQTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **US AGENCIES - FLOATING RATE** | | | | | | | | | | | |
| 0 | UNKNOWN | | 175,000 | FEDERAL HOME LOAN MTG CORP 4% TO 09/06 RST BI-ANRLY @ 4.50000% 09/15/2014 3133F1LH8 | 5.20% | 3133F1LH8 | 0.0% | | 0.000 | 98.343 | 0% | COST REQ. | 172,100 131 | AI | 2.1% |
| | | | | US AGENCIES - FLOATING RATE TOTALS ==> | 5.20% | | | | | | 0.0% | 0 | 172,100 | | 2.1% |
| | | | | FIXED INCOME TOTALS ==> | 3.99% | | | | | | 11,402,566,475.0% | 0 | 4,561,027 | | 54.8% |
| | | | | **CASH EQUIVALENT** | | | | | | | | | | | |
| 0 | 08/23/2007 | | 808,350.950 | NEUBERGER BERMAN INSTL LIQDTY SER INSTL CASH FD TR CL | 5.25% | NBAXX | 0.0% | | 1.000 | 1.000 | 0% | 808,351 | 808,351 | FA | 9.7% |
| | | | | CASH EQUIVALENT TOTALS ==> | 5.25% | | | | | | 0.0% | 808,351 | 808,351 | | 9.7% |
| | | | | **SPECIAL HOLDINGS (S.H.)** | | | | | | | | | | | |
| | | | | **EQUITY - S.H.** | | | | | | | | | | | |
| | | | | **FINANCIALS** | | | | | | | | | | | |
| 0 | 05/31/2006 | LT | 1,000 | LEHMAN BROTHERS HOLDINGS INC | 0.96% | LEH | (19.7)% | | 49.630 | 62.700 | 26% | 49,630 | 62,700 | NS | |
| | | | | FINANCIALS TOTALS ==> | 0.96% | | | | | | 26.3% | 49,630 | 62,700 | | |
| | | | | EQUITY - S.H. TOTALS ==> | 0.96% | | | | | | 26.3% | 49,630 | 62,700 | | |
| | | | | **EQUITY MUTUAL FUNDS - S.H.** | | | | | | | | | | | |
| *TOTAL* | | | 88,232.878 | **VICTORY PORTFOLIOS FOCUSED GROWTH FD CL A | 0.00% | VFGAX | 0.0% | | 12.614 | 15.420 | 22% | 1,113,000 | 1,360,551 | NS | |
| A | 10/20/2006 | | 27 | | | | | 36,863.057 | 12.560 | | | 463,000 | 568,428 | | |
| A | 10/24/2006 | | 31 | | | | | 39,651.071 | 12.610 | | | 500,000 | 611,420 | | |
| A | 11/10/2006 | | 48 | | | | | 11,718.750 | 12.800 | | | 150,000 | 180,703 | | |
| | | | | EQUITY MUTUAL FUNDS - S.H. TOTALS ==> | 0.00% | | | | | | 22.2% | 1,113,000 | 1,360,551 | | |
| | | | | SPECIAL HOLDINGS (S.H.) TOTALS ==> | 0.04% | | | | | | 22.4% | 1,162,630 | 1,423,251 | | 17.1% |

⊟ Transactions

| L | EX/TRADE | PAY/SETT | TRANSACT | REC/BOUGHT | DEL/SOLD/SH | TRANSACTION DESCRIPTION | SYMBOL | PRICE/DIV | DEBIT | CREDIT | TAG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | OPENING BALANCE FORWARD | | | | 0.00 | |
| 0 | | 09/21/2007 | SOLD | | 9,940.000 | NEUBERGER BERMAN INSTL LIQDTY SER INSTL CASH FD TR CL | NBAXX | 1 | | 9,940.00 | 331 |
| 0 | | 09/21/2007 | FUNDOUT | | | REF ID: 021000021 JPMORGAN CHASE BANK, NA | | | 10,000.00 | | 332 |
| 0 | 09/05/2007 | 09/21/2007 | RECDIV | | 300.000 | AMERICAN INTERNATIONAL GROUP INC. | AIG | 0.2 | | 60.00 | 333 |
| | | | | | | CLOSING BALANCE FORWARD | | | | 0.00 | |

*** This report is intended to be an internal worksheet and should not be relied upon for accuracy, unless it confirms with the official records of the firm.
*** Mortgage backed factors are updated on the 8th business day of the month.

This supplemental report is provided for informational purposes only; please refer to your brokerage statement or other statement provided by your custodian for the official records of your account(s). This review

🖂 008/010

# Client Statement

**NEUBERGER BERMAN**

For the period 01/31/2009 to 02/27/2009

F/B/O LAURA KAMPEL
IRA
NEUBERGER BERMAN, LLC CUST

Ridge Account : 539-04310 MI6
Base Currency : USD
NB Account Number : 521-04310

## Positions In Your Account

| Quantity | Description | Ticker/Cusip | Average[1][4][9] Unit Cost | Total[1][4][9] Cost | Price | Mkt. Value | Unrealized[2] P/L | Annual[6] Income | [10] Yield |
|---|---|---|---|---|---|---|---|---|---|
| | **CASH EQUIVALENT** | | | | | | | | |
| 35,367.65 | NEUBERGER BERMAN TREASURY PORTFOLIO INSTL CL | LHKXX | 1.0000 | 35,367.65 | 1.0000* | 35,367.65 | N/A | 67.20 | 0.19 |
| | **TOTAL CASH EQUIVALENT** | | | 35,367.65 | | 35,367.65 | N/A | 67.20 | 0.19 |
| | **US GOVERNMENT & AGENCY** | | | | | | | | |
| 25,000 | G N M A PASS THRU POOL 032749X MELLON MORTGAGE, INC.-EAST 9.50000% 07/15/2009 362062L66 AMORTIZED AMOUNT =   2.0000 | 362062L66 | 0.0100 | 0.00 | 102.2065* | 2.04 | 2.04 | 0.19 | 1.45 |
| 120,000 | G N M A PASS THRU POOL 235063X SOUTHTRUST MORTGAGE CORPORA 9.50000% 10/15/2017 36218XB81 AMORTIZED AMOUNT =   3,091.0000 | 36218XB81 | 0.0100 | 0.01 | 107.6250 | 3,326.69 | 3,326.68 | 293.65 | 5.25 |
| | **TOTAL US GOVERNMENT & AGENCY** | | | 0.01 | | 3,328.73 | 3,328.72 | 293.84 | 5.25 |
| | **GRAND TOTAL** [5] | | | 35,367.66 | | 38,696.38 | 3,328.72 | 361.04 | 0.93 |

IRA/QP Summary

37,923.29    FAIR MARKET VALUE - 12/31/2007

**NEUBERGER BERMAN**

# Client Statement
For the period 04/01/2009 to 04/30/2009

F/B/O LAURA KAMPEL
IRA
NEUBERGER BERMAN, LLC CUST

Ridge Account : 539-04310 MI6
Base Currency  : USD
NB Account Number : 521-04310

## Monthly Activity [11]

| MONEY FUND ACTIVITY | Settlement Date | Transaction | Description | Amount |
|---|---|---|---|---|
| (Continued) | | | | |
| | 04/16/2009 | PURCHASE | NEUBERGER BERMAN TREASURY PORTFOLIO INSTL CL FROM CASH ACCOUNT BALANCE | ( 67.13 ) |
| TOTAL NET MONEY FUND ACTIVITY / USD | | | | ( 71.86 ) |

| OTHER ACTIVITY | Settlement Date | Transaction | Quantity | Description | Amount |
|---|---|---|---|---|---|
| USD | | | | | |
| | 04/15/2009 | PRINCIPAL | | G N M A PASS THRU POOL 032749X MELLON MORTGAGE, INC.-EAST 9.500 DUE 07/15/09 PRINCIPAL ON  25000 BND AT  0.00455910 | 1.14 |
| | 04/15/2009 | PRINCIPAL | | G N M A PASS THRU POOL 235063X SOUTHTRUST MORTGAGE CORPORA 9.500 DUE 10/15/17 PRINCIPAL ON  120000 BND AT  0.03485900 | 41.83 |
| | 04/16/2009 | EXCHANGE | ( 25,000 ) | G N M A PASS THRU POOL 032749X MELLON MORTGAGE, INC.-EAST 9.500 DUE 07/15/09 | |
| TOTAL PRINCIPAL | | | | | 42.97 |

```
NK      10                                                                                              DATE 02/21/12
GION    10                                                                                              TIME 12:46
FICE   100                                                                                              PAGE    1
              ACCOUNT   1818360          KAMPEL LAURA                 IRAT
                                                         FEDERAL                          MARKET              MARKET
                                         INVESTMENT     TAX COST    PAR / SHARES       UNIT PRICE              VALUE
SSET & ISIN

388L103     SAFE BULKERS INC                 1.01          1.01       1,593.0000            7.650          12,186.45
Y7388L103   FGN COM

739T108     A123 SYSTEM INC                  1.01          1.01         890.0000            2.160           1,922.40
03739T108   COM

010L103     ARES CAPITAL CORP                1.01          1.01         793.0000           16.400          13,005.20
04010L103   COM

218XB81     GOVERNMENT NATL MTG ASSN         1.01          1.01     120,000.0000          100.711         120,853.20
36218XB81   POOL 235063
            DTD 11/01/87 9.50% DUE 10/15/17
```

A C C O U N T   H O L D I N G S

ACCOUNT 1818360    KAMPEL LAURA    IRAT

| | |
|---|---:|
| MARKET VALUE POSTED ASSETS | 147,967.25 |
| MARKET VALUE TRADED ASSETS | .00 |
| TOTAL MARKET VALUE OF ASSETS | 147,967.25 |
| CASH ON HAND | .00 |
| LESS PENDING TRADE PURCH | .00 |
| PLUS PENDING TRADE SALES | .00 |
| TOTAL CASH AVAILABLE | .00 |
| TOTAL MARKET VALUE OF ASSETS AND CASH AVAILABLE | 147,967.25 |

DATE 02/21/12
TIME 12:46
PAGE 2

# J.P.Morgan

JPMorgan.com | Contact Us | Privacy Policy | **LOG OFF**

Thursday, February 11, 2010

My Accounts > Account Activity

## Account Activity

○ Print ○ Help with this page

**I'd like to...**
- Pay bills
- See Account Statements
- See account notices
- See more choices

 Paperless Options     Stop Payment on a Check     Chase Mobile     Pay Bills

JPM PRIV CHECKING (...5860)    (Show)

**Details for JPM PRIV CHECKING (...5860)**

| | |
|---|---|
| Present Balance | $22,745.75 |
| Available Balance | $22,745.75 |
| Available Credit | $0.00 |
| Available Plus Credit | $22,745.75 |
| Interest YTD | $0.76 |
| Interest rate | 0.05% |
| Interest Paid Prior Year | $0.42 |

All Transactions

**Show me...**    (Show)    < Prev

**Search Transactions**

Transaction Results (33 - 39) for JPM PRIV CHECKING (...5860)

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/04/2010 | Bill Payment | Online Payment 729694326 To AMERICAN EXPRESS | $4,466.20 | | $18,774.38 |
| 01/04/2010 | Bill Payment | Online Payment 729694416 To Brown Harris Stevens | $6,515.00 | | $23,240.58 |
| 01/04/2010 | Account Transfer | Online Transfer from CHK XXXXX2037 transaction#: 300153973 | | $27,000.00 | $29,755.58 |
| 12/31/2009 | Misc. Credit | INTEREST PAYMENT | | $0.42 | $2,755.58 |
| 12/23/2009 | Check | CHECK # 1002 (view) | $27,244.84 | | $2,755.16 |
| 12/17/2009 | Check | CHECK # 1003 (view) | $5,000.00 | | $30,000.00 |
| 12/14/2009 | Incoming Wire Transfer | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: LAURA KAMPEL NEW YORK NY 10065-5985 REF: NBNF=LAURA KAMPEL NEW YORK NY 10021-5937/AC-000000008491 ORG=LAURA KAMPEL NEW YORK NY 10065-5985 OGB=RIDGE CLEARING & OUTSOURCING LAKE SSN: 0350008 TRN: 6770400348FC | | $35,000.00 | $35,000.00 |

https://banking.chase.com/AccountActivity/AccountDetails.aspx?AI=213532650&PageIndex=2    Page 1 of 2

# AGREEMENT
### Authorization for Pre-Arranged (Debits) and Automatic Deposits (Credits)

**Ridge Clearing & Outsourcing Solutions**

Select One:  ☐ New Profile    ☐ Amendment to Current Profile    ☐ Deletion of Current Profile

| Branch | Account Number | T | C | INVESTMENT REPRESENTATIVE | BR MGR APPROVAL |
|---|---|---|---|---|---|
| | | | | | |

This will serve as authorization for Ridge Clearing and Outsourcing Solutions, Inc. to establish Electronic Transfer Instructions to settle the purchase of securities ordered through my (our) brokerage firm by debiting my (our) account indicated below, to deposit the net proceeds on the sale of securities ordered through my (our) brokerage firm by crediting my (our) account indicated below or to credit dividends and/or interest received from securities held in my (our) brokerage account to my (our) bank account indicated below.

**ACCOUNT TITLE** (Please Type or Print)

**NAME OF BANK**

☐ Checking

**9 DIGIT ABA NUMBER**

**BANK ACCOUNT NUMBER**

☐ Savings

☐ Money Market

## Electronic Transfer Options (Please check all that apply to establish your ACH profile)

☐ Remit Income Distributions (Dividends and Interest) to my bank account
  ☐ Daily ($250 minimum)  ☐ Weekly ($100 minimum)  ☐ Monthly (no minimum)

☐ Transfer funds to my bank account when securities are sold

☐ Transfer funds to my bank account on a regular basis according to the following schedule

AMOUNT  $ _____
FREQUENCY OF TRANSFER
☐ Semi-annually  ☐ Quarterly  ☐ Annual
☐ Monthly  Day of Month _____

☐ Transfer funds from my bank account to pay for securities purchases

☐ I will authorize a debit or credit to my account "On Demand" (no minimum)

☐ Debit my bank account on a regular basis according to the following schedule

AMOUNT  $ _____
FREQUENCY OF TRANSFER
☐ Semi-annually  ☐ Quarterly  ☐ Annual
☐ Monthly  Day of Month _____

This authorization is to remain in full force and effect until Ridge Clearing and Outsourcing Solutions, Inc., through my (our) brokerage firm, has received written notification from me (or either of us) of its termination in such time and in such manner as to afford Ridge Clearing and Outsourcing Solutions, Inc. and my (our) bank a reasonable opportunity to act on it. I also authorize you to accept debit or credit adjustments if required.

**PRIMARY ACCOUNT OWNER NAME** (please print)

**JOINT ACCOUNT OWNER NAME** (please print)

**ADDRESS**

**ADDRESS**

**CITY/ STATE/ ZIP CODE**

**CITY/ STATE/ ZIP CODE**

**CUSTOMER SIGNATURE**
▷

**JOINT ACCOUNT SIGNATURE**
▷

**DATE**

**DATE**

---

*If you are linking your brokerage account to a checking account at your bank, please attach a voided check to this area.*

*If you are linking your brokerage account to a savings OR money market account at your bank, please provide a recent bank statement OR an official letter from your bank.*

---

**PLEASE RETAIN A COPY FOR YOUR RECORDS**

69196R  06-2007

Hotmail - cosmopolitan10021@hotmail.com - Windows Live                                                                6/22/11 2:41 PM

Windows Live™    Hotmail (226)    Messenger    SkyDrive    |    MSN                           Laura Kampel▼
                                                                                                profile | sign out

Hotmail                     New  |  Reply  Reply all  Forward  |  Delete  Junk  Sweep ▼  Mark as ▼  Move to ▼  |

Inbox (226)        SEC Response - File              Back to messages  |
Folders            HO::~00107950~::HO [
Junk (6)           ref:00D3JxQy.5003CYBD5:ref ]
Drafts (9)
Sent                  "Help" <help@sec.gov>     Add to ...         1/28/11
Deleted (27)          To cosmopolitan10021@hotmail.com              Reply ▼
New folder

Quick views           Attachments, pictures and links in this message have been
Flagged               blocked for your safety.
Photos (29)           Show content | Always show content from help@sec.gov
Office docs (1)
Shipping updates

Dear Ms. Kampel:

This is to confirm receipt of your complaint dated 1/27/2011 against NEUBERGER BERMAN LLC. We have forwarded your complaint to the firm's compliance department and asked that a response be sent directly to you, with a copy to our office. Please understand that this process may take two to three weeks.

Our efforts to facilitate informal resolutions of complaints often succeed. In some cases, however, the firm may deny wrongdoing or it may remain unclear whether any wrongdoing occurred. If that happens, we cannot act as your personal representative or attorney. Instead, you will then have to decide whether you wish to pursue legal action on your own. I enclose a set of materials outlining the steps you may wish to take if you choose that option, including information on arbitration, mediation, and sources of potential legal assistance. Please read these documents carefully. They describe your rights and important deadlines.

If you have any questions, please contact me.

Sincerely,

Bryan Burke
Investor Assistance Specialist
Office of Investor Education and Advocacy
U.S. Securities and Exchange Commission
(800) 732-0330




```
Day Phone: (212) 249-6253
Alt Phone: (212) 249-6307
Fax: (212) 249-6307
Email: cosmopolitan10021@hotmail.com
```

Terms                                                            Center   Feedback   English

Entity Information
Name: Ridge Clearing & Outsourcing Solutions, Inc
Type: Broker-Dealer
Representative: Francis Fraenkel
Address: 1981 Marcus Avenue
Lake Success
NY, NEW YORK 11042

Security Information
Name: Regeneron Pharmaceuticals Inc
Symbol:
Type: Equity security (general)

Description:
Mr.Francis Fraenkel, my registerd representativeMI6 of Neuberger Berman, 605 Third ave, NY10158 carried my accounts at Ridge Clearing and Outsourcing Solutions,ph.#212.476.9000.The agreement had no name, ssn and address on it. Statements had Laura Kampel, 655 Park ave , acct#53716623MI6(margin acct. #12) and539-04310MI6 IRA.
In 3/2008 my advisor told me I should count out $1mln. out of my portfolio and get used to the fact. My subsequent requests for specific transactions to limit my losses were denied.
On 9/17/2008 during the market crash I requested to sell all my stocks. My adviser insisted I should keep 10 stocks of his choice:Coach, Procter and Gamble, Ralphcorp, Range Resources, Seacor Holdings, Abbott, Genzyme, Johnson&Johnson, Regeneron, Google, Cisco, Enterprise Products.(Letter available).
In the first week of October 2008 during another crash I placed several calls to Francis Fraenkel demandind to sell the stocks. He adamantly refused, guaranteeing 10% on that investment. Having a discretionary agreement, in spite of my requests, he did not present me with the sale of those stocks until 2/23/09. The loss amounted to about $165,000 out of $500,000.The date of sell on my statements is 2/23/09.
On 3/4/09 I wrote a letter to my adviser regarding the losses. On 3/6/09 he sent me letter avoiding the subject with a promise to explain later. He never sent any explanations.

*[handwritten margin note: No account cash margin transfer form.  W-9 had wrong address 665 Park]*