**QUINN EMANUEL**
**URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
*Counsel for the Official Committee of Unsecured*
*Creditors of Lehman Brothers Holdings Inc.*

**CURTIS, MALLET-PREVOST,**
**COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
*Counsel for Debtor Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,<br><br>               Debtors. | Chapter 11<br>Case No. 08-13555 (JMP) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>               Debtor. | Case No. 08-01420 (JMP) SIPA |

**DECLARATION OF TYLER G. WHITMER IN SUPPORT OF OBJECTORS'**
**OPPOSITION TO JPMORGAN'S MOTION TO STRIKE PORTIONS OF OBJECTION**
**TO PROOFS OF CLAIM NO. 66462 AGAINST LEHMAN BROTHERS HOLDINGS INC.**
**AND NO. 4939 AGAINST LEHMAN BROTHERS INC. REGARDING TRIPARTY**
<u>REPO-RELATED LOSSES</u>

Tyler G. Whitmer hereby declares, under penalty of perjury:

1.      I am a member of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel of record for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. (the "Committee"), plaintiff in the above-captioned action.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a September 19, 2008 email from Eugene Fogarty to Karen May Sharf, produced by defendant JPMorgan Chase Bank, N.A. ("JPMorgan") and bearing bates numbers JPM-LBHI02256104-05.

3.      Attached hereto as Exhibit 2 is a true and correct copy of an October 11, 2008 letter from Jamie Dimon to John Varley attached to an email from Robert Macallister, produced by JPMorgan and bearing bates numbers JPM-LBHI02274976-84.

4.      Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of the August 18, 2011 deposition testimony of Shari Leventhal.

5.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts of an email its attachments produced by Lehman Brothers Holdings Inc. and bearing bates number LBHI_JPM_0014380-519.

6.      Attached hereto as Exhibit 5 is a true and correct copy of an excerpt of the July 19, 2011 deposition of Michael Keegan.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the Amended Counterclaims filed by JPMorgan in Adversary Proceeding No. 10-03266 (JMP).

8.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the February 23, 2012 deposition of Jamie Dimon.

9.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the November 8, 2011 deposition of Stephen Cutler.

1

10.     Attached hereto as Exhibit 9 is a true and correct copy of an excerpt of the March 8, 2012 deposition of Harold Novikoff.

11.     Attached hereto as Exhibit 10 is a true and correct copy of the Declaration of Jeffrey M. Moore in Support of Trustee's Motion for Entry of an Order Approving Settlement Agreement

12.     Attached hereto as Exhibit 11 is a true and correct copy of an excerpt of the March 1, 2012 deposition of James Paterson.

DATED: March 26, 2012

_____

Tyler G. Whitmer

2