# Exhibit 1



**Eugene X Fogarty**

To: Karen May Sharf/JPMCHASE@JPMCHASE
cc: Alex X Corral/JPMCHASE@JPMCHASE, Jon Ciciola/JPMCHASE@JPMCHASE
Subject: Position Report 2 for ED.xls

09/19/2008
08:08 PM

Hi Karen,

I updated the LCE positions. Gifford Fong updated two prices due to ratings changes.

I will continue to monitor the positions and their P&I payments.



EXHIBIT
15
Zhang 9/27/11

- Position Report 2 for ED.xls

Regards,

Gene

DEPOSITION EXHIBIT
Fogarty 19
8/19/11
ERIC J. FINZ

**DOCUMENT PRODUCED IN NATIVE FORMAT**

CONFIDENTIAL                                              JPM-LBHI02256105

| SEC TYPE | DESCRIPTION | CUSIP | TOTAL POSITION | DESK POSITION | MARKET VALUE | COUPON VALUE | PRICE | GF PRICE | GF COLL. VALUE | COLL. VALUE DIFF. |
|---|---|---|---|---|---|---|---|---|---|---|
| CP | FEN 9/10/08 | (31465DJA3) | 3,003,563,000 | 3,003,563,000 | 3,002,266,907 | 0.00 | 0.999568 | | | |
| ABS | REG 2/14/14 | (722490AA7) | 4,500,000 | 1,025,000,000 | 1,025,000,000 | 0.00 | 1.000000 | 0.503372 | 515,956,328 | (509,043,672) |
| ABS | SPR 10/15/20 | (852079AB8) | 1,384,050,000 | 1,384,050,000 | 868,965,601 | 0.00 | 0.627843 | 0.388201 | 537,289,804 | (331,675,796) |
| ABS | VER 10/15/20 | (92336PAA4) | 1,352,600,000 | 1,352,600,000 | 1,352,600,000 | 7.51 | 1.000000 | 0.518961 | 701,946,345 | (650,653,655) |
| | | | | | 6,248,832,507 | | | | | (1,491,373,123) |

9/15 Updated

| SEC TYPE | DESCRIPTION | CUSIP | TOTAL POSITION | DESK POSITION | MARKET VALUE | COUPON VALUE | PRICE | GF PRICE | GF COLL. VALUE | COLL. VALUE DIFF. |
|---|---|---|---|---|---|---|---|---|---|---|
| CP | FEN 9/23/08 | 31465DJP0 | 1,001,100,000 | 1,001,100,000 | 1,000,699,560 | 0.00 | 0.999600 | 0.979387 | 980,464,326 | (20,235,234) |
| CP | FEN 9/24/08 | 31465DJQ8 | 1,001,200,000 | 1,001,200,000 | 1,000,699,400 | 0.00 | 0.999500 | 0.979311 | 980,486,173 | (20,213,227) |
| CP | FEN 9/25/08 | 31465DJR6 | 1,001,300,000 | 1,001,300,000 | 1,000,699,220 | 0.00 | 0.999400 | 0.979236 | 980,509,007 | (20,190,213) |
| ABS | REG 2/14/14 | 722490AA7 | 4,500,000 | 4,500,000 | 4,056,680 | 0.00 | 0.901485 | 0.453782 | 2,042,019 | (2,014,661) |
| ABS | SPR 10/15/20 | 852079AB8 | 1,384,050,000 | 1,384,050,000 | 709,222,645 | 0.00 | 0.512426 | 0.205077 | 283,836,132 | (425,386,513) |
| ABS | VER 10/15/20 | 92336PAA4 | 1,352,600,000 | 1,352,600,000 | 1,161,275,547 | 7.51 | 0.858551 | 0.445554 | 602,656,459 | (558,619,088) |
| | | | | | 4,876,653,052 | | | | | (1,046,658,937) |

9/15 Updated

| SEC TYPE | DESCRIPTION | CUSIP | TOTAL POSITION | DESK POSITION | MARKET VALUE | COUPON VALUE | PRICE | GF PRICE | GF COLL. VALUE | COLL. VALUE DIFF. |
|---|---|---|---|---|---|---|---|---|---|---|
| CP | FEN 9/23/08 | 31465DJP0 | 1,001,100,000 | 1,001,100,000 | 1,000,699,560 | 0.00 | 0.999600 | 0.979387 | 980,464,326 | (20,235,234) |
| CP | FEN 9/24/08 | 31465DJQ8 | 1,001,200,000 | 1,001,200,000 | 1,000,699,400 | 0.00 | 0.999500 | 0.979311 | 980,486,173 | (20,213,227) |
| CP | FEN 9/25/08 | 31465DJR6 | 1,001,300,000 | 1,001,300,000 | 1,000,699,220 | 0.00 | 0.999400 | 0.979236 | 980,509,007 | (20,190,213) |
| ABS | REG 2/14/14 | 722490AA7 | 4,500,000 | 4,500,000 | 4,056,680 | 0.00 | 0.901485 | 0.030968 | 139,356 | (3,917,324) |
| ABS | SPR 10/15/20 | 852079AB8 | 1,384,050,000 | 1,384,050,000 | 709,222,645 | 0.00 | 0.512426 | 0.018634 | 25,790,388 | (683,432,257) |
| ABS | VER 10/15/20 | 92336PAA4 | 1,352,600,000 | 1,352,600,000 | 1,161,275,547 | 7.51 | 0.858551 | 0.445554 | 602,656,459 | (558,619,088) |
| | | | | | 4,876,653,052 | | | | | (1,306,607,344) |

GF Factored Price

ABS Principal Payment Schedule

| | | Current Factor | Previous Factor | GF Price 9/15/08 | 9/19/08 |
|---|---|---|---|---|---|
| 722490AA7 | Pays Quarterly 2/15, 5/15, 8/15, 11/15 | 0.90148455 | 1.00000000 | 0.503372 | 0.03435277 |
| 852079AB8 | Pays Quarterly 2/15, 5/15, 8/15, 11/15 | 0.528273809 | 0.64726044 | 0.388201 | 0.03527253 |
| 92336PAA4 | Pays Monthly on 15th | 0.858550604 | 0.95026545 | 0.518961 | |