# Exhibit 3

# In The Matter Of:

*LEHMAN BROTHERS HOLDINGS INC., et al.*

_____

*LEVENTHAL, SHARI D. - Vol. 1*
*August 18, 2011*

_____

***HIGHLY CONFIDENTIAL INFORMATION GOVERNED BYPROTECTIVE ORDER***

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
SHARI D. LEVENTHAL - 8/18/2011

Page 138

```
 1          HIGHLY CONFIDENTIAL - S. LEVENTHAL                    
 2    know that Chase and Barclays themselves were        11:41:42
 3    going back and forth.  And at some point I          11:41:44
 4    know we called a meeting here to bring both         11:41:48
 5    sides in to discuss the issue.                      11:41:50
 6          Q.    When you spoke to Chase to              11:41:52
 7    understand their position, what was Chase's         11:41:56
 8    position?                                           11:42:00
 9          A.    That Barclays had committed to          11:42:01
10    take out all of the Lehman exposure, and that      11:42:04
11    Chase was surprised when in fact that didn't       11:42:09
12    happen, and consequently they had felt             11:42:12
13    entitled to put the $7 billion back into the       11:42:20
14    Lehman account, but as additional collateral       11:42:24
15    for their exposure.                                11:42:27
16          Q.    What did JPMorgan express to           11:42:28
17    you was the damage that they believed Chase       11:42:32
18    had suffered as a result of Barclays not          11:42:36
19    continuing the financing that Chase believed      11:42:42
20    Barclays had committed to do?                     11:42:45
21          A.    I think -- my recollection is          11:42:46
22    that Chase believed that they were -- that the    11:42:48
23    securities that they were holding as              11:42:51
24    collateral for the credit they had extended to   11:42:53
25    LBI on the 18th, they believed those             11:42:57
```

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
SHARI D. LEVENTHAL - 8/18/2011

Page 139

```
 1         HIGHLY CONFIDENTIAL - S. LEVENTHAL
 2    securities were worth far less than the amount          11:43:01
 3    that they had extended, than the credit they            11:43:04
 4    had extended.                                           11:43:09
 5         Q.   So did Chase ever express to                  11:43:09
 6    you that they believed Barclays' actions had            11:43:12
 7    caused JPMorgan to be exposed to the amount of          11:43:17
 8    the deficiency between the loan amount and the          11:43:20
 9    security value?                                         11:43:24
10         A.   Yeah, I think that's fairly                   11:43:24
11    accurate.                                               11:43:27
12         Q.   Did JPMorgan ever express a                   11:43:27
13    position that Lehman Brothers was in any way            11:43:32
14    the cause of this deficiency in the value of            11:43:36
15    the securities versus the loan amount?                  11:43:43
16         A.   Not that I recall.                            11:43:45
17         Q.   And did anyone from JPMorgan                  11:43:45
18    ever blame any particular person at Barclays            11:43:49
19    for creating that exposure?                             11:43:52
20         A.   No. Not that I recall.                        11:43:54
21         Q.   And again, did they ever -- I                 11:43:55
22    think you answered -- but ever name any                 11:43:58
23    individual who had made a commitment or --              11:44:00
24    from Barclays -- or caused them to think that           11:44:03
25    Barclays was going to continue that financing?          11:44:06
```