# Exhibit 4

From:    Teague, Sean: Finance (NYK)
Sent:    Thu, 12 Feb 2009 14:48:50 GMT
To:      Litvin, Tal: Finance (NYK)
CC:      Bade, Mike: Finance (NYK); Haniff, Christopher: Finance (NYK)
Subject: RE: Acquisition balance sheet

---

The Lehman Opening Balance Sheet is broken out into 4 distinct portfolios.

The Lehman Portfolio1 asset settled on 09/22. While the JPM Portfolio3 assets legal settlement date was 12/22.
<<...>>

The following winzip contains ListA and ListB assets valued as of year-end that are expected to settle shortly.
<<...>>

Here is the valuation methodology:
<<...>>

-Sean

---

From:    Litvin, Tal: Finance (NYK)
Sent:    Thursday, February 12, 2009 9:36 AM
To:      Teague, Sean: Finance (NYK)
Cc:      Bade, Mike: Finance (NYK)
Subject: Acquisition balance sheet

Sean - Do you have a schedule that has all the assets acquired and the day 1 valuation from the lehman acquisition that you can share with us?

EXHIBIT
King 25

MOVANTS' TRIAL EXHIBIT
143

EXHIBIT
6414
3/23/16

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00213990

LBHI_JPM_0014380

# Lehman Opening Balance Sheet

# Barclays Capital Valuation Methodology

Composed by Sean Teague –Director Independent Valuations – Fixed Income (Rates/Credit)

**(A) Lehman 09/22 – Valuation and Haircut Methodology**

Spreadsheet: Acquisition Detail (PWC Day1) 09-22 Final

**I. The Lehman P1/P2 asset are broken out between liquid and illiquid assets.**

As per summary tab:
- Liquid assets are comprised of the following security types/tab (Agency Mortgages, Corporates, Emerging Markets, Equities, as well as Treasuries / Agencies

- Iliquid assets are comprised of Munis as well as the structured and securitized products that make up the PMTG and PMTG II tabs

- 

**(i). Liquid Assets**

- All liquid assets valuations have been updated to 09/22 valuation
- B/O haircut for all liquid asset based on available market data.
- Full supporting data available in the LEH Haircut spreadsheet provide PWC
- B/O Exception
    - Coporates - As per discussions with PWC, new methodology for Corps B/O is to use min of available 3rd party data (much of it Trace). The original std deviation methodology for B/O is no longer employed
    - . Munis - Maintained the 09/19 values (with imbedded haircut already disclosed and discussed with PWC). Methodology consistent with original file as this asset class was extremely illiquid at the time and little transparency on a daily movement

**(ii) Illiquid Asset** - No overarching changes in methodology for illiquid assets

- PCG Market Value for 09/22 is the clean price determined by PCG Independent Valuation based on the research and market data available and applied for 09/19. The clean price was not adjusted for the 1 business day as these products are sticky.
- As the financial market were experiencing extreme turbulence due to Lehman default, large government infusion into AIG and the Fannie/Freddie rescue it became extremely difficult to capture market liquidity.
- Haircut – due to liquidity issues, following logic was devised to best capture market price
    - Lehman assets which were sold (auctioned by the PMTG) prior to month-end, are considered trades and therefore the traded price was applied with no haircut.
    - If a security was not auctioned by September 30th, the PTMG desk was utilized with liquidity haircut applied to desk mark to bring it to a fair value under the extenuating market conditions.

**HIGHLY CONFIDENTIAL**

BCI-EX-(S)-00213991

LBHI_JPM_0014381

### (B) JPM 12/22 – Valuation and Haircut Methodology

Spreadsheet: Lehman Asset P_3 12-22-2008_(JPM) Final

**I. The JPM P3 asset are broken out between liquid and illiquid assets.**

As per summary tab:
- Liquid assets are comprised of the following security types (Agency Mortgages, Corporates, Emerging Markets, Rates and Munis
- Illiquid assets are comprised of the structured and securitized products that make up PMTG allocation
- 

(i). **Liquid Assets**

- All liquid assets valuations have been updated to 12/22 valuation
- B/O haircut applied to liquid asset
- B/O Exception
    - Coporates - As per discussions with PWC, new methodology for Corps B/O is to use min of available 3rd party data (much of it Trace). The original std deviation methodology for B/O is no longer employed
    - Munis – No B/O. FTID and research pricing data applied to value product

(ii) **Illiquid Asset -**

- PCG Market Value for 12/22 is the clean price determined by PCG Independent Valuation based on the research and market data available
- Haircut – Methodology revised from 09/22 due to market stabilization
    - Liquidity haircut applied to PCG Market Value to bring it to a fair value under the market conditions.

### (C) List A and List B.1 - 12/31 Valuation

We are not taking a valuation haircut on the securities that have not settled. PCG Independent Valuations determined the valuation should be based on mid as questions still exist on the population/position size. As these securities have not settled/moved onto the balance sheet, we should leave the guess work out of the haircut and valuation. We anticipate more securities coming our way so this is still a conservative view of valuation for unsettled securities.

BCI-EX-(S)-00213996

"SHEET 2" TAB

LBHI_JPM_0014480

## JPM CHASE ASSETS

### USD

| Portfolio 3 | Notional | 30-Sep FO Value 4,144,494,429 | 30-Sep JP Value 5,994,253,933 | PCG Value 3,719,979,212 | MV w Liquidity 3,543,405,746 | Liquidity 176,573,466 |
|---|---|---|---|---|---|---|
| Agency Mortgage | 1,241,747,803 | 21,082,941 | 27,233,985 | 26,692,707 | 26,568,778 | 123,929 |
| Corporates | 2,439,778,633 | 2,046,543,842 | 2,199,047,907 | 1,645,775,484 | 1,645,775,484 | - |
| EM | 35,191,200 | 37,736,190 | 40,460,056 | 34,011,034 | 33,252,321 | 758,713 |
| Rates | 4,000,000 | 1,793,949 | 4,213,463 | 4,403,398 | 4,323,075 | 80,323 |
| Munis | 25,869,000 | 18,937,500 | 26,023,221 | 18,784,883 | 18,784,883 | - |
| PMTG | 14,783,415,568 | 1,855,203,054 | 3,366,403,483 | 1,851,550,709 | 1,689,816,308 | 161,734,401 |
| PMTG Unknown | 1,370,054,319 | 163,196,953 | 330,871,818 | 138,760,998 | 124,884,897 | 13,876,100 |
| Principal(Matured deals) | | | | 196,339,947 | 196,339,947 | |
| Portfolio 3 Totals | 19,900,056,523 | 4,144,494,429 | 5,994,253,933 | 3,916,319,159 | 3,739,745,693 | 176,573,466 |

### ENTITY LEVEL BREAKDOWN

| | PCG MV 12-22 | | | MV 12-22 w Liquidity | | |
|---|---|---|---|---|---|---|
| | LNBR | LIICT | Total | LNBR | LIICT | Total |
| | 465,799,877 | 3,254,179,335 | 3,719,979,212 | 465,719,805 | 3,077,685,941 | 3,543,405,746 |
| | 465,799,877 | 3,254,179,335 | 3,719,979,212 | 465,719,805 | 3,077,685,941 | 3,543,405,746 |

LBHI_JPM_0014481