# Exhibit 5

HIGHLY CONFIDENTIAL  REVISED FINAL
Lehman Brothers v. JPMorgan  Michael Keegan - July 19, 2011

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
CHAPTER 11
IN RE: LEHMAN BROTHERS HOLDINGS INC., et al,
    Debtors.
Case No. 08-13555 (JMP)
-------------------------------------------------
LEHMAN BROTHERS HOLDINGS INC. AND OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF LEHMAN
BROTHERS HOLDINGS INC., et al.,
    Plaintiff and Plaintiff Intervenor,
v.
JPMORGAN CHASE BANK, N.A.,
    Defendant.
Adversary Proceeding No. 10-03266 (JMP)
-------------------------------------------------
HIGHLY CONFIDENTIAL

VIDEO DEPOSITION OF
Michael Keegan
July 19, 2011
New York, New York
Lead: Emil Kleinhaus, Esquire
Firm: Wachtell Lipton Rosen & Katz


FINAL COPY - REVISED
JANE ROSE REPORTING 1-800-825-3341

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com

HIGHLY CONFIDENTIAL                                    REVISED FINAL
Lehman Brothers v. JPMorgan              Michael Keegan - July 19, 2011

Page 237

1   going to have to take that. And I don't know
2   why I would have been spooked by it.
3       Q.  All right. Let's turn to Exhibit 43.
4       This is an e-mail from you to Rich
5   Ricci BC-JPM 0221988, Friday, September 26th,
6   23:16 GMT. And you wrote to him, "See prior
7   EM." I guess that's probably e-mail. "JPM did
8   not give us our money tonight. So we have the
9   weekend to work on this. Now that the Fed is
10  involved why would not use them to get their
11  custodian to complete the trade we made with
12  the Fed on Thursday? You can also give them an
13  absolute total facial on the lawsuit since they
14  reneged on settling the Sunday night trade."
15      When you wrote JPM did not give us
16  our money tonight, are you referring to the 7
17  billion in cash that we discussed earlier?
18      A.  Yes.
19      Q.  What were you saying in terms of an
20  absolute total facial on the lawsuit. Do you
21  remember?
22      A.  If I remember there was an interim
23  settlement that was entered into between
24  Barclays and JPMorgan. So that we could get
25  our $7 billion. And one of the things they

HIGHLY CONFIDENTIAL                              REVISED FINAL
Lehman Brothers v. JPMorgan              Michael Keegan - July 19, 2011

Page 238

1  wanted, amongst others, was there was a lawsuit
2  that we had against Bear Stearns that JPMorgan
3  inherited.  And they wanted the lawsuit dropped
4  as amongst other things.
5       So I didn't think we should be
6  dropping the lawsuit because I thought the
7  lawsuit was worth about 400 million bucks.
8  That's 400 million-dollar lawsuit worth
9  $400 million.  It's not something you should
10 drop.
11     **Q.  Did you have an understanding as to**
12 **how much exposure JPMorgan was left with after**
13 **Barclays didn't roll the repo and LBI went into**
14 **bankruptcy?**
15     A.  Did I have --
16     **Q.  Yes, did -- did you have an**
17 **understanding as to how much exposure JPMorgan**
18 **was left with to LBI?**
19     A.  No, I didn't.  I just saw it in a
20 newspaper at one point in time that they were
21 the largest secured creditor at 26 billion or
22 something like that, or 23 billion.  I forget
23 what the number was.  But it was supposedly
24 secured.
25     **Q.  What's the basis for your statement**