# Exhibit 7

# In The Matter Of:

*IN RE: LEHMAN BROTHERS HOLDINGS INC., et al.*

_____

## JAMIE DIMON - Vol. 1
*February 23, 2012*

_____

# HIGHLY CONFIDENTIAL INFORMATION
# GOVERNED BY PROTECTIVE ORDER

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
JAMIE  DIMON - 2/23/2012

Page 585

```
 1              HIGHLY CONFIDENTIAL - J. DIMON
 2     amounts and et cetera.
 3              Q.   Now, did you --
 4              A.   But we were basically being
 5     left high and dry.  That's what I recall.
 6              Q.   Did you learn the evening of
 7     September 18, the night before, Thursday, the
 8     night before, that Barclays did not roll the
 9     repo that contained RACERS?
10              A.   I don't recall specifically.
11              Q.   Okay.  Now, you remember being
12     involved in a discussion with Mr. Diamond, Bob
13     Diamond at Barclays, regarding the movement of
14     cash for securities?  Is that a conversation
15     that you --
16              A.   Among other things, yes.
17              Q.   Okay.  What do you recall about
18     that?
19              A.   That I thought they were taking
20     all of the securities.  That they had
21     negotiated a price.  And that they were moving
22     stuff all around.
23                   And he thought that we -- that
24     we had taken cash out that belonged to them,
25     which was completely untrue.
```

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
JAMIE  DIMON - 2/23/2012

Page 586

```
 1            HIGHLY CONFIDENTIAL - J. DIMON
 2                    That's the dispute.  It's all
 3     been resolved since then.
 4            Q.    Let's take that evening.
 5                    Did you have an understanding
 6     that -- were you aware that $7 billion of
 7     cash, approximately, that Barclays had in a
 8     trust account at JPMorgan was swept from that
 9     trust account into a JPMorgan account sometime
10     the evening of September 18?
11            A.    I was -- I think it's the other
12     way around.  I think there was cash that had
13     been put in the wrong account and removed,
14     like a lot of these other transactions in that
15     very hectic time there.  But when it came up I
16     sent one of our top people down there who was
17     an expert in operational matters and stuff
18     like that.  They worked out a settlement.
19     Then we worked out another settlement.  And
20     that's what I recall.
21            Q.    I just want to be very specific
22     about that date.
23                    There was a substantial number
24     of -- a substantial amount of cash and
25     securities that was moving back and forth that
```

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
JAMIE DIMON - 2/23/2012

Page 596

```
 1            HIGHLY CONFIDENTIAL - J. DIMON
 2        Q.    Is that why -- withdrawn.
 3              You ultimately worked this out
 4   in the settlement, is that correct?
 5        A.    With Barclays.
 6        Q.    Okay.
 7        A.    Because all of these issues are
 8   about Barclays in here.
 9        Q.    There were two settlements,
10   right?  There was an initial settlement --
11        A.    That's correct.
12        Q.    -- with respect to --
13        A.    One was early and one was
14   later, yes.
15        Q.    Okay.  Do you recall why there
16   were two settlements?
17        A.    Because there was something
18   signed in the middle of that week which we
19   thought resolved some of the stuff, but they
20   didn't, and so it got reopened, and after this
21   there were conversations that settled it.  But
22   those were done by Steve Black.  I was not
23   really involved.
24        Q.    Were you satisfied with the
25   ultimate resolution with Barclays?  Did you
```

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
JAMIE DIMON - 2/23/2012

Page 597

```
 1            HIGHLY CONFIDENTIAL - J. DIMON
 2    think it was a good settlement from JPMorgan's
 3    perspective?
 4            A.    Between JPMorgan and Barclays,
 5    yes.  Between Barclays and the Lehman estate,
 6    I don't know.
 7            Q.    What do you mean by that?
 8            A.    By that I mean that this --
 9    this is -- there was a price to be paid in a
10    deal for securities.  That price was going to
11    go to the Lehman estate.  Or the -- for LBI.
12    I had been told that that contract changed
13    from the initial contract.  Unbeknownst to the
14    judge.  Those values could have been
15    substantially different.  I don't know.  This
16    is all with the court.  Let them decide now.
17            Q.    My question to you is --
18            A.    I don't know that they had the
19    right to do it or they didn't have the right
20    to do it.  I was very concerned at this point.
21                  And it says in his letter
22    somewhere that there should be a full
23    accounting on all of this.  And not just
24    between us and Barclays.  Between Barclays,
25    the estate, us and everybody else.
```