# Exhibit 8

# In The Matter Of:

IN RE: LEHMAN BROTHERS HOLDINGS INC., et al.

_____

## STEPHEN M. CUTLER - Vol. 1
*November 8, 2011*

_____

## HIGHLY CONFIDENTIAL
## INFORMATION GOVERNED BY PROTECTIVE ORDER

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

Page 198

| | | |
|---|---|---|
| | 1 | HIGHLY CONFIDENTIAL - S. CUTLER |
| 14:46:58 | 2 | things being released in the mutual release |
| 14:47:00 | 3 | section of Section 4 of the services and |
| 14:47:02 | 4 | settlement agreement was related to Barclays' |
| 14:47:06 | 5 | conduct in portraying that it was going to |
| 14:47:10 | 6 | take JPMorgan out of its financing, and then |
| 14:47:14 | 7 | in actuality leaving JPMorgan with financing? |
| 14:47:16 | 8 | A.   I don't remember if we |
| 14:47:17 | 9 | discussed that in particular.  I think that |
| 14:47:22 | 10 | was, you know, one of the things that led us |
| 14:47:24 | 11 | to the table. |
| 14:47:25 | 12 | Q.   And prior to executing the |
| 14:47:27 | 13 | services and settlement agreement, what did |
| 14:47:29 | 14 | you, or anyone from JPMorgan in your presence |
| 14:47:32 | 15 | tell Barclays they had done that led JPMorgan |
| 14:47:34 | 16 | to believe Barclays was going to take over all |
| 14:47:37 | 17 | of JPMorgan's financings? |
| 14:47:39 | 18 | MR. VIZCARRONDO:  Objection. |
| 14:47:42 | 19 | A.   I don't remember. |
| 14:47:44 | 20 | Q.   Do you remember if you, |
| 14:47:46 | 21 | personally, confronted Barclays, in sum or |
| 14:47:50 | 22 | substance with, But you told me on September |
| 14:47:52 | 23 | 18th you were going to take out all my |
| 14:47:54 | 24 | financing? |
| 14:47:55 | 25 | A.   I actually think we referred to |

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
STEPHEN M.  CUTLER - 11/8/2011

Page 199

| | | |
|---|---|---|
| | 1 | HIGHLY CONFIDENTIAL - S. CUTLER |
| 14:47:56 | 2 | the conversation that I had been a part of |
| 14:47:57 | 3 | that Mr. -- that's why I have in the back of |
| 14:48:01 | 4 | my mind that Mr. Ricci was somehow part of |
| 14:48:04 | 5 | these discussions as well.  He expressed a |
| 14:48:07 | 6 | view, and I think I expressed a counterview. |
| 14:48:11 | 7 | Q.   And what was the view that you |
| 14:48:12 | 8 | remember expressing to Rich Ricci along these |
| 14:48:16 | 9 | lines? |
| 14:48:16 | 10 | A.   In general terms, that we |
| 14:48:19 | 11 | weren't supposed to be continuing to finance |
| 14:48:23 | 12 | the positions that we were financing. |
| 14:48:25 | 13 | Q.   And what do you remember Rich |
| 14:48:28 | 14 | Ricci had said was Barclays' position? |
| 14:48:31 | 15 | A.   Some general denial, "we never |
| 14:48:38 | 16 | said that." |
| 14:48:39 | 17 | MS. TAGGART:  How much do we |
| 14:48:40 | 18 | have on the tape, Harris? |
| 14:48:41 | 19 | THE VIDEO OPERATOR:  I'll give |
| 14:48:42 | 20 | you five minutes. |
| 14:48:43 | 21 | MS. TAGGART:  All right. |
| 14:48:46 | 22 | BY MS. TAGGART: |
| 14:48:46 | 23 | Q.   What about the $15.8 billion |
| 14:48:49 | 24 | repo that's discussed at the end of SubPoint |
| 14:48:52 | 25 | A; do you remember anything that you or anyone |

Page 231

1       HIGHLY CONFIDENTIAL - S. CUTLER

15:40:42    2    calendar.
15:40:42    3         Q.   Okay.  It lists five people
15:40:45    4    that I guess you thought were going to attend
15:40:47    5    the meeting.  Looking at them, which of them
15:40:49    6    do you remember from Barclays attending the
15:40:52    7    meeting at the Fed to discuss the
15:40:54    8    Barclays/JPMorgan dispute?
15:41:00    9         A.   So looking at this document, I
15:41:02    10   would say Hughes, LaRocca, Klein.  I just
15:41:07    11   don't remember if the other two were there or
15:41:10    12   not.
15:41:12    13        Q.   Okay.
15:41:13    14        A.   Frankly, I'm a little bit hazy
15:41:14    15   on who was there in toto, but Hughes, LaRocca
15:41:17    16   and Klein, I -- that makes more sense to me.
15:41:21    17        Q.   Okay.  So throughout all of
15:41:25    18   these discussions -- and I want you to focus
15:41:27    19   on what you actually said or heard in
15:41:32    20   non-privileged context -- what was JPMorgan's
15:41:34    21   position about the dispute?
15:41:46    22        A.   The sum and substance I think
15:41:59    23   of the JPMorgan position communicated at those
15:42:02    24   meetings was that we believed that there was
15:42:06    25   an agreement to take JPMorgan out of its

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
STEPHEN M. CUTLER - 11/8/2011

Page 232

|  |  |  |
|---|---|---|
|  | 1 | HIGHLY CONFIDENTIAL - S. CUTLER |
| 15:42:11 | 2 | financing position, by Barclays, and that that |
| 15:42:16 | 3 | didn't happen.  And we landed up with a fail |
| 15:42:24 | 4 | financing, we landed up with a repo financing, |
| 15:42:30 | 5 | that we shouldn't have landed up with. |
| 15:42:34 | 6 | Q.   In this entire time period do |
| 15:42:45 | 7 | you remember any specifics that were conveyed |
| 15:42:47 | 8 | to Barclays or the Fed, or anyone that was |
| 15:42:50 | 9 | outside of JPMorgan, what, in particular, |
| 15:42:55 | 10 | Barclays did to make JPMorgan believe that |
| 15:42:57 | 11 | Barclays was going to take JPMorgan out of its |
| 15:43:01 | 12 | financing positions? |
| 15:43:03 | 13 | A.   I don't recall. |
| 15:43:03 | 14 | Q.   Did you, personally, bring up |
| 15:43:06 | 15 | that September 18th, 6 p.m. call as evidence |
| 15:43:11 | 16 | of Barclays' telling JPMorgan something that |
| 15:43:16 | 17 | JPMorgan reasonably used that to believe that |
| 15:43:20 | 18 | Barclays was taking JPMorgan out of its |
| 15:43:22 | 19 | financing position? |
| 15:43:23 | 20 | A.   I -- I don't specifically |
| 15:43:25 | 21 | remember.  That would make sense to me as one |
| 15:43:27 | 22 | of the items that we cited, but -- but I can't |
| 15:43:30 | 23 | sit here today and summon up the actual memory |
| 15:43:33 | 24 | of invoking that call. |
| 15:43:35 | 25 | Q.   Okay.  What about the APA |

Page 244

| | | |
|---|---|---|
| | 1 | HIGHLY CONFIDENTIAL - S. CUTLER |
| 15:56:34 | 2 | Fed or Barclays about how much they believed |
| 15:56:37 | 3 | Barclays was receiving as part of the December |
| 15:56:39 | 4 | settlement agreement? |
| 15:56:40 | 5 | A.   I don't remember that. |
| 15:56:41 | 6 | Q.   What about just conveying -- |
| 15:56:44 | 7 | did you convey to anyone at the Fed or |
| 15:56:45 | 8 | Barclays whether you believed what Barclays |
| 15:56:48 | 9 | was receiving in the December settlement |
| 15:56:50 | 10 | agreement, was that more than, the same, or |
| 15:56:54 | 11 | less than $7 billion? |
| 15:56:56 | 12 | A.   Say that one more time?  Did we |
| 15:57:02 | 13 | convey? |
| 15:57:02 | 14 | Q.   I'm just wondering if -- yeah, |
| 15:57:04 | 15 | if just the part, the comparison of how much |
| 15:57:07 | 16 | JPMorgan was giving as the December settlement |
| 15:57:11 | 17 | agreement, how that compared to the $7 billion |
| 15:57:13 | 18 | that Barclays wanted as part of the December |
| 15:57:15 | 19 | settlement agreement? |
| 15:57:19 | 20 | A.   I'm quite sure that Barclays |
| 15:57:21 | 21 | understood that it was getting less than $7 |
| 15:57:23 | 22 | billion of value. |
| 15:57:24 | 23 | Q.   Do you have any idea how much |
| 15:57:26 | 24 | less, when you were in discussions with |
| 15:57:29 | 25 | Barclays and JPMorgan? |