# Exhibit 9

# In The Matter Of:

*LEHMAN BROTHERS HOLDINGS INC., et al.,*

_____

## *HAROLD S. NOVIKOFF - Vol. 1*
*March 8, 2012*

_____

## *HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER*

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
HAROLD S. NOVIKOFF - 3/8/2012

Page 173

```
 1    HIGHLY CONFIDENTIAL - H. NOVIKOFF                        13:23:55
 2              MR. QUINN:  Okay.  I don't have                13:23:55
 3    anything further.  Thank you.                            13:23:56
 4              MR. VIZCARRONDO:  I have a few                 13:23:57
 5    questions.                                               13:23:58
 6    EXAMINATION BY                                           13:23:59
 7    MR. VIZCARRONDO:                                         13:24:00
 8         Q.   Do you recall that Mr. Quinn                   13:24:00
 9    asked you if you have learned anything since             13:24:05
10    the December settlement agreement between                13:24:10
11    JPMorgan and Barclays about the fraud                    13:24:15
12    practiced on JPMorgan by Barclays that you               13:24:18
13    didn't know at the time of that settlement               13:24:22
14    agreement, including with respect to the                 13:24:24
15    damages that JPMorgan sustained as a result of           13:24:27
16    Barclays fraud?                                          13:24:30
17              Do you recall being asked that?                13:24:32
18         A.   Yes, I do.                                     13:24:32
19         Q.   Do you want to add anything to                 13:24:33
20    the answer that you gave to that question?               13:24:37
21         A.   Yes, I do.  With respect to the                13:24:39
22    damages, due to the passage of time and a                13:24:43
23    number of events, we have more information now           13:24:48
24    about the extent to which JPMorgan has been              13:24:52
25    able to collect on its claims.  Part of the              13:24:55
```

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
HAROLD S. NOVIKOFF - 3/8/2012

Page 174

```
 1         HIGHLY CONFIDENTIAL - H. NOVIKOFF
 2    damages that would have been asserted against        13:25:00
 3    Barclays was the -- was, in essence, the             13:25:05
 4    damages suffered by JPMorgan as a result of          13:25:16
 5    Barclays' failure to refinance the                   13:25:20
 6    portfolio -- the -- excuse me, the clearance         13:25:26
 7    advances.  So we do have a better sense now of       13:25:28
 8    the extent to which, you know, we've collected       13:25:32
 9    or not fully collected than we did back at           13:25:36
10    that time.                                           13:25:39
11            Q.    Now, do you recall being asked         13:25:42
12    questions about discussions with Barclays            13:25:48
13    about a -- with Barclays representatives about       13:25:55
14    a provision in a draft of the services and           13:26:02
15    settlement agreement that Barclays ultimately        13:26:05
16    did not agree to because of Barclays'                13:26:09
17    objection to -- or view that RACERS was worth        13:26:13
18    substantially less than its face value?              13:26:19
19            A.    Yes, I recall that.                    13:26:22
20            Q.    Did anyone from JPMorgan               13:26:24
21    express any surprise to Barclays with respect        13:26:33
22    to Barclays' view that RACERS was worth              13:26:38
23    substantially less than its face value?              13:26:42
24            A.    No.                                    13:26:44
25            Q.    Do you recall you were asked           13:26:46
```