# Exhibit 10

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION            :
CORPORATION,                              :
                                          :
                        Plaintiff,        :
                                          :
            v.                            :
                                          :
LEHMAN BROTHERS INC.,                     :
                                          :
                        Debtor.           :
                                          :
-----------------------------------------------------------------X

## DECLARATION OF JEFFREY M. MOORE
## IN SUPPORT OF TRUSTEE'S MOTION
## FOR ENTRY OF AN ORDER
## APPROVING A SETTLEMENT AGREEMENT

Pursuant to 28 U.S.C. 1746, JEFFREY M. MOORE declares as follows:

1.   I am a Financial and Economic Specialist in the Market Operations, Monitoring and Analysis area of the Markets Group at the Federal Reserve Bank of New York ("New York Fed"). In that capacity, I am responsible for the management and valuation of collateral. I have expertise in the areas of fixed income securities valuation.

2.   I joined the New York Fed in 2007. Prior to joining the New York Fed, I was a Director of Credit Risk Management at the Federal Reserve Bank of Atlanta ("Atlanta Fed"). While working at the Atlanta Fed, I attended Emory University and received a PhD in Economics.

3.   I submit this declaration in support of the Motion for Entry of An Order Approving a Settlement Agreement (the "Motion"), filed by James W. Giddens as

Trustee for the Securities Investor Protection Act ("SIPA") liquidation of the business of Lehman Brothers Inc. ("LBI").

4. I have reviewed the portfolio of securities held by the New York Fed on the night of September 17th 2008 as collateral for loans made by the New York Fed to Lehman Brothers International (the "Fed Securities"). On the night of September 17th, the New York Fed valued the Fed Securities at $50.62 billion.

5. In my opinion, based on market events between September 17th and the date of this declaration, the value of the Fed Securities would be substantially less than $50.62 billion.

6. In my opinion, the value on the date hereof of the "Settlement Consideration Fed Portfolio Securities" identified in Annex A to the Settlement Agreement that is the subject of the Motion is substantially less than $5.743 billion (i.e., the difference between (x) $7.0 billion and (y) the sum of $1.25 billion and $7.1 million referred to in Sections 1(a) and 1(c)(y) of such Settlement Agreement).

I declare under penalties of perjury that the foregoing is true and correct.

Executed on:

_____
Jeffrey M. Moore