# Exhibit 11

# In The Matter Of:

*LEHMAN BROTHERS HOLDINGS INC., et al.,*

_____

*JAMES K. PATERSON - Vol. 1*
*March 1, 2012*

_____

# *HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER*

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
JAMES K. PATERSON - 3/1/2012

Page 130

```
 1        HIGHLY CONFIDENTIAL - J. PATERSON                13:22:58
 2               That's okay.  It's not okay to             13:22:58
 3   have them give you money for a day and you             13:22:59
 4   give them principal plus interest back.  But           13:23:01
 5   it is okay to do this compensating balance             13:23:04
 6   thing.  So that's the mechanic that I'm                13:23:07
 7   referencing.                                           13:23:09
 8          Q.   Okay.                                      13:23:09
 9          A.   So it's an indirect way of                 13:23:10
10   paying a rate.                                         13:23:12
11          Q.   Okay.  So you're -- and we've              13:23:13
12   seen this with respect to the collateral posts         13:23:17
13   that we've been talking about today.  But              13:23:21
14   you're talking about paying a rate to Lehman           13:23:22
15   on the deposit.  In your position as head of           13:23:24
16   funding, do you then use that cash to earn a           13:23:29
17   rate for the bank, for JPMorgan?                       13:23:36
18          A.   It impacts our funding                     13:23:41
19   position.  So it either increases the surplus          13:23:46
20   funding we have or it decreases the funding            13:23:49
21   need, and that in and of itself has -- is a --         13:23:52
22   that creates a source of funds of which                13:23:58
23   there's value attached.  There is a value              13:24:01
24   attached to having those funds, you know.  So,         13:24:03
25   you know, that's how I think about it.                 13:24:08
```

HIGHLY CONFIDENTIAL INFORMATION GOVERNED BY PROTECTIVE ORDER
JAMES K. PATERSON - 3/1/2012

Page 131

```
 1        HIGHLY CONFIDENTIAL - J. PATERSON
 2              So functionally, yes.  Do we              13:24:13
 3    use it and utilize it and, like, take those         13:24:16
 4    funds and ...  it's a use of funds, or it's a      13:24:18
 5    source of funds, which has value, because all      13:24:23
 6    things being equal, those funds that come into     13:24:26
 7    the bank, like any other funds, have value to      13:24:30
 8    us.  Either whether we get paid through the        13:24:33
 9    Fed, or whatever.  Or it reduces our need for      13:24:36
10    funds.                                             13:24:39
11          Q.    Okay.  And the next sentence           13:24:41
12    says, "I do have manual capacity to hold           13:24:42
13    deposits as collateral, though very manual in      13:24:45
14    the back office and not pretty."                   13:24:48
15              What are you referring to when           13:24:51
16    you say you "have manual capacity to hold          13:24:52
17    deposits as collateral"?                           13:24:54
18          A.    I think -- this is my                  13:24:56
19    impression, and this is during a period of         13:25:00
20    stress.  This is my recollection.  I know that     13:25:02
21    the bank has deposits held as collateral           13:25:08
22    against loans or against, you know, this,          13:25:13
23    that, and the other.  There are some deposits      13:25:16
24    that I have taken into the Nassau branch, you      13:25:19
25    know, so I run fundings through New York, I        13:25:23
```