UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re
LEHMAN BROTHERS HOLDING INC.      :   Chapter 11 Case No. 08-13555

-------------------------------------------------------x

### CREDITOR HERBERT SCHMITZ' NOTICE OF ABANDONMENT OF CLAIM AND WITHDRAWAL OF COUNSEL

Creditor Herbert SCHMITZ hereby respectfully provides notice to the Debtors that he

**a.** abandons and withdraws Claim #24960 (US $88,234.18), Claim #24982 (US $30,375.70), Claim #24983 (US $36,161.55), and Claim #24984 (US $43,393.86), all submitted on or about September 21, 2009 against Debtor LBHI; and

**b.** has released counsel from his duties and responsibilities with respect to said claims.

RESPECTFULLY submitted this  20th  day of March, 2012

_____
Helge Naber
Montana Bar. Id. #7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T 406 452 3100
F 406 452 6599
e helge.naber@naberpc.com

| | |
|---|---|
| • Lehman Brothers Holding Inc. Claims Processing<br>c/o Epiq Bankruptcy Solutions LLC<br>FDR Station P.O. Box 5076<br>New York New York 10150-5076<br><br>• Shai Waisman Esq.<br>WEIL GOTSCHAL & MANGES LLP<br>767 Fifth Avenue<br>New York New York 10153<br>*Attorney for Debtor* | **CERTIFICATE OF SERVICE**<br><br>This is to certify that the foregoing CREDITOR'S NOTICE OF ABANDONMENT & WITHDRAWAL OF COUNSEL was duly served by U.S. First Class mail, appropriate postage prepaid, upon the other parties or their attorney of record at their address or addresses as shown herein on MAR 2 0 2012.<br><br>NABER PC<br><br>By _____<br>300 Central Avenue Ste. 320 • Great Falls, MT 59401 |

HELGE NABER LL.M.
RECHTSANWALT & ATTORNEY AT LAW
NABER PC
300 CENTRAL AVENUE SUITE 320
GREAT FALLS MONTANA 59401
WWW.NABERPC.COM

RECEIVED
MAR 26 2012

GREAT FALLS MT 594

Lehman Brothers Holding Inc. Claims Processing
c/o Epiq Bankruptcy Solutions LLC
FDR Station P.O. Box 5076
New York New York 10150-5076

