UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re
LEHMAN BROTHERS HOLDING INC.          :    Chapter 11 Case No. 08-13555

-----------------------------------------------------------x

### CREDITOR WOLFGANG LUKOSCHEK's NOTICE OF WITHDRAWAL OF COUNSEL

Creditor Wolfgang Lukoschek hereby respectfully provides notice to the Debtors that he has released counsel from his duties and responsibilities with respect to Claim #13611 (US$56,970.75).

RESPECTFULLY submitted this   20th   day of March, 2012.

_____
Helge Naber
Montana Bar. Id. #7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T 406 452 3100
F 406 452 6599
e helge.naber@naberpc.com

| |
|---|
| • Lehman Brothers Holding Inc. Claims Processing |
| c/o Epiq Bankruptcy Solutions LLC |
| FDR Station P.O. Box 5076 |
| New York New York 10150-5076 |
| • Shai Waisman Esq. |
| WEIL GOTSCHAL & MANGES LLP |
| 767 Fifth Avenue |
| New York New York 10153 |
| *Attorney for Debtor* |
| • Wolfgang Lukoschek |
| Am Wiesenrain 21 |
| 60041 Frankfurt/Germany |
| *Creditor Pro Se* |

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing CREDITOR'S NOTICE OF WITHDRAWAL OF COUNSEL was duly served by U.S. First Class mail, appropriate postage prepaid, upon the other parties or their attorney of record at their address or addresses as shown herein on   MAR 2 0 2012   .
NABER PC

By _____
300 Central Avenue Ste. 320 • Great Falls, MT 59401

HELGE NABER LL.M.
RECHTSANWALT & ATTORNEY AT LAW
NABER PC
300 CENTRAL AVENUE SUITE 320
GREAT FALLS MONTANA 59401
WWW.NABERPC.COM

GREAT FALLS MT 594
21 MAR 2012 PM 1 T

MAR 26 2012

Lehman Brothers Holding Inc. Claims Processing
c/o Epiq Bankruptcy Solutions LLC
FDR Station P.O. Box 5076
New York New York 10150-5076

USA FIRST FOREVER