WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

### QUARTERLY REPORT PURSUANT TO ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3007 AND 9019(b) APPROVING SETTLEMENT PROCEDURES

Pursuant to the Order Pursuant to Section 105(a) of the Bankruptcy Code and

Bankruptcy Rules 3007 and 9019(b) Approving Settlement Procedures, entered on March 31,

2010 [Docket No. 7936] (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and

its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority

to settle certain prepetition claims in accordance with the procedures set forth in the Order.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file the quarterly report of all

settlements entered into during the period October 1, 2011 to and including December 31, 2011

pursuant to the Settlement Procedures set forth in the Order, annexed hereto as <u>Exhibit A</u>.


Dated:  March 27, 2012
        New York, New York

                                         /s/ Robert J. Lemons
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

**<u>Exhibit A</u>**
**(Quarterly Report)**

Claims Settlements for the Period 10/1/2011 to 12/31/2011

| Claimant | Claim # | Type of Claim | Filed Claim Amount | | Claim Settlement Amount | | Priority of Claim Settlement Amount |
|---|---|---|---|---|---|---|---|
| ROYAL BANK OF CANADA | 14051 | General Unsecured | $ | 578,423.17 | $ | 47,500.00 | General Unsecured |
| BANK OF AMERICA, N.A. | 20344 | General Unsecured | $ | 9,954,145.13 | $ | 3,147,983.00 | General Unsecured |
| BANK OF AMERICA, N.A. | 20346 | General Unsecured | $ | 1,681,333.55 | $ | 168,000.00 | General Unsecured |
| MERRILL LYNCH INTERNATIONAL BANK LIMITED | 20348 | General Unsecured | $ | 1,660,000.00 | $ | 132,200.00 | General Unsecured |
| BANC OF AMERICA SECURITIES LTD | 20340 | General Unsecured | $ | 14,570,820.03 | $ | 1,519,597.00 | General Unsecured |
| LEDCOR PETTY CONSTRUCTION, L.P. | 5017 | General Unsecured | $ | 26,007,864.85 | | Withdrawn | Withdrawn |
| CANPARTNERS INVESTMENTS IV, LLC | 22219 | General Unsecured | $ | 33,712,414.55 * | $ | 29,125,289.82 | General Unsecured |
| PHH MORTGAGE CORPORATION | 23713 | General Unsecured | $ | 334,647.00 | $ | 100,000.00 | General Unsecured |
| DRYDEN XV- EURO CLO 2006 | 16606 | General Unsecured | $ | 14,682,152.27 * | $ | 12,687,086.18 | General Unsecured |
| DRYDEN XIV - EURO CLO 2006 | 16856 | General Unsecured | $ | 314,770.29 * | $ | 78,885.42 | General Unsecured |
| DRYDEN XIV - EURO CLO 2006 | 16857 | General Unsecured | $ | 147,528.47 * | $ | 48,252.99 | General Unsecured |
| DRYDEN X - EUROPEAN LOAN FUND 2005 | 16858 | General Unsecured | $ | 314,770.29 * | $ | 78,885.42 | General Unsecured |
| DRYDEN X - EUROPEAN LOAN FUND 2005 | 16860 | General Unsecured | $ | 147,528.47 * | $ | 48,252.99 | General Unsecured |

* This Claimant has filed their claim either as unliquidated, or has asserted an unliquidated amount in addition to the quantified claims.