Mark N. Parry, Esq.
MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 554-7800
Former Attorneys for Deutsche Bank AG

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> Jointly Administered |

### REQUEST FOR REMOVAL FROM ECF NOTIFICATION AND SERVICE LIST

**PLEASE TAKE NOTICE** that, **Mark N. Parry** (mparry@mosessinger.com) hereby requests to be removed from the official service list for the Debtors' bankruptcy case and as recipient for e-mail service in the Debtors' bankruptcy cases through the Court's **CM/ECF system**.

Dated: March 27, 2012
       New York, New York

                                MOSES & SINGER, LLP

                                By: /s/ Mark N. Parry
                                       Mark N. Parry
                                       The Chrysler Building
                                       405 Lexington Avenue
                                       New York, NY 10174
                                       (212) 554-7800

918241v3  099999.0001