CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
James Heiser (JH-3660)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 08-13555 (JMP)<br><br>(Jointly Administered) |

**WITHDRAWAL OF PROOF OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
FILED AGAINST LEHMAN BROTHERS SPECIAL FINANCING INC. IN CONNECTION WITH A
RESERVE FUND AGREEMENT FOR PENNSYLVANIA CONVENTION CENTER AUTHORITY**

PLEASE TAKE NOTICE that U.S. Bank National Association, not individually but as Indenture Trustee (*"U.S. Bank"*), by and through its counsel, Chapman and Cutler LLP, hereby withdraws, WITH PREJUDICE, its Proof of Claim Number **10996** filed against Lehman Brothers Special Financing Inc. **(Case No. 08-13888)** in connection with a Reserve Fund Agreement entered into with respect to a Debt Service Reserve Fund for indebtedness issued by

3173463.01.01.doc

the Pennsylvania Convention Center Authority. The claim was filed on September 9, 2009 in the amount of $8,275,462.

No other claim of U. S. Bank National Association, in any capacity, shall be affected hereby, and U.S. Bank reserves the right to amend this withdrawal in the event of any administrative error, including but not limited to inaccurate claim numbers.

Dated: March 22, 2011

                                      Respectfully submitted,

                                      U.S. BANK NATIONAL ASSOCIATION, not
                                          individually but as Trustee

By: _____

Printed Name: Timothy Pillar

Its: Vice President