CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 08-13555 (JMP)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM No. 67418 OTHER THAN FOR SECURITY

Claim No. 67418 has been filed in this case or deemed filed under 11 U.S.C. §1111(a). Pursuant to that certain Purchase Agreement by and among Bank of America, N.A., Bank of America (GSS) Limited, Bank of America National Trust Delaware, U.S. Bank National Association, Elavon Financial Services Limited and U.S. Bank Trust National Association dated as of November 11, 2010, U.S. Bank National Association purchased certain trust assets from Bank of America, N.A. (the "*Transferor*"). Claim No. 67418 has been transferred to U.S. Bank National Association, as Trustee as a result thereof.

Name and address where notices to transferee should be sent:

3166789.01.01.doc

Sachiko Nishida
U.S. Bank National Association
Corporate Trust Services
190 South LaSalle Street
Chicago, Illinois  60603
(P) 312 332-6616
sachiko.nishida@usbank.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Dated: March 9, 2012

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION, not individually but as Trustee

By: *Sachiko Nishida*

Printed Name: Sachiko Nishida

Its: Vice President

ACKNOWLEDGEMENT

Transferor hereby waives any notice or hearing requirements imposed by, inter alia, Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Transfer and Transferee as the valid owner of the Claims listed above. All future payments and distributions, and all notices and other communications, with respect of the Claims listed above are to be made to Transferee.

Bank of America National Association

By: _____

Printed Name: Jay Miller

Its: Vice President

Address: 540 W Madison St Suite 2457
Chicago, IL 60661