WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
                                  :

**In re**                              :      **Chapter 11 Case No.**
                                  :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :      **08-13555 (JMP)**
                                  :

                       **Debtors.**     :      **(Jointly Administered)**
                                  :
                                  :
--------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE ONE**
**HUNDRED TWELFTH OMNIBUS OBJECTION TO CLAIMS**
**(INVALID BLOCKING NUMBER LPS CLAIMS) AS TO CERTAIN CLAIM**

        **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" and the

"Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter

11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the

above-reference chapter 11 cases, is withdrawing without prejudice the One Hundred Twelfth

Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [ECF. No. 15014], solely

with respect to the claim listed on Exhibit A annexed hereto.  The Plan Administrator reserves its

rights to object to the claim listed on <u>Exhibit A</u> on any grounds in the future.

Dated:  March 27, 2012
        New York, New York

                         <u>/s/ Robert J. Lemons</u>
                         Robert J. Lemons

                         WEIL, GOTSHAL & MANGES LLP
                         767 Fifth Avenue
                         New York, New York 10153
                         Telephone: (212) 310-8000
                         Facsimile: (212) 310-8007

                         Attorneys for Lehman Brothers Holdings Inc.
                         and Certain of Its Affiliates

## Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| CLAIMANT NAME | CLAIM NUMBER | DOCKET NO. |
|---|---|---|
| Banque Cantonale du Valais | 58602 | 16905 |