UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket No. 26883 |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 20, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
27th day of March, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 26883_Aff 03-20-12.doc

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. |  |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)
               ATTN: STEVEN ANTHONY PEARSON
               25 BANK STREET
               LONDON E14 5LE UNITED KINGDOM

Additional:    LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)
               PRICEWATERHOUSECOOPERS LLP
               ATTN: STEVEN ANTHONY PEARSON
               PLUMTREE COURT
               LONDON EC4A 4HT UNITED KINGDOM

Transferee:    BARCLAYS BANK PLC
               ATTN: DANIEL CROWLEY, DANIEL MIRANDA
               745 SEVENTH AVENUE
               NEW YORK NY 10019

**Your transfer   of claim #   62783-84   is defective for the reason(s) checked below:**

Other                              Farglory Life Insurance Co Ltd does not own this claim

Docket Number 26883            Date 03/16/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 20, 2012.

# EXHIBIT B

```
TIME: 21:25:19                                          LEHMAN BROTHERS HOLDING INC.                                             PAGE:   1
DATE: 03/20/12                                               CREDITOR LISTING

Name                                     Address
BARCLAYS BANK PLC                        ATTN: DANIEL CROWLEY, DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
LEHMAN BROTHERS INTERNATIONAL (EUROPE)   ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON  E14 5LE UNITED KINGDOM
   (IN ADMINISTRATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)   LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
   (IN ADMINISTRATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)   PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON  EC4A 4HT UNITED KINGDOM
   (IN ADMINISTRATION)

Total Number of Records Printed    4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC