# **EXHIBIT A**

Amended SDNY Guidelines Certification

Exhibit A
Amended SDNY Guidelines Certification

JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Patrick J. Trostle
Heather D. McArn

353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)
Daniel R. Murray (Admitted *Pro Hac Vice*)

Attorneys for the Examiner

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    Case No. 08-13555 (JMP)
                                                :
              Debtors.                          :    (Jointly Administered)
---------------------------------------------------------------------x

**CERTIFICATION UNDER AMENDED GUIDELINES FOR FEES AND
DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF
THE FINAL FEE APPLICATION OF THE EXAMINER AND
JENNER & BLOCK LLP FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

I, Patrick J. Trostle, hereby certify that:

1. I am a partner of Jenner & Block LLP ("Jenner & Block"), counsel for Anton R. Valukas, the Examiner (the "Examiner") appointed for Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors (collectively, the "Debtors") in the above-captioned bankruptcy cases.

2. I have been designated by the Examiner and Jenner & Block with responsibility in this case for ensuring that the Final Fee Application of the Examiner and Jenner & Block, dated

1

Exhibit A
Amended SDNY Guidelines Certification

March 27, 2012 (the "<u>Final Fee Application</u>") for final allowance and payment of compensation and reimbursement of expenses for the period commencing January 19, 2009 through and including July 12, 2010 (the "<u>Compensation Period</u>") complies with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted on November 25, 2009 (the "<u>Amended SDNY Guidelines</u>") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "<u>UST Guidelines</u>" and, together with the Amended SDNY Guidelines, the "<u>Guidelines</u>").

3. In respect of Section A.1 of the Amended SDNY Guidelines, I certify that:

   a. I have read the Final Fee Application;

   b. To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought in the Final Fee Application fall within the Guidelines, except as specifically noted herein and described in the Final Fee Application;

   c. The fees and disbursements sought are billed at rates in accordance with practices customarily employed by the Examiner and Jenner & Block and generally accepted by the Examiner's and Jenner & Block's clients; and

   d. In providing a reimbursable service, the Examiner and Jenner & Block do not make a profit on that service, whether the service is performed by the Examiner and Jenner & Block in-house or through a third party.

4. In respect of Section A.2 of the Amended SDNY Guidelines, I certify that Jenner & Block advised the Examiner on a regular basis of the fees and expenses incurred by Jenner & Block and provided the Examiner with a statement of Jenner & Block's fees and disbursements prior to the filing of this Final Fee Application. To the extent necessary, the Examiner and Jenner & Block seek a partial waiver of Section A.2 of the Amended SDNY Guidelines, to the extent that the Court's Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and

2

<u>Exhibit A</u>
Amended SDNY Guidelines Certification

Reimbursement of Expenses of Professionals [Docket No. 15997] modifies the Amended SDNY Guidelines requirement that "the trustee, and, in chapter 11 cases, the chair of each official committee and the debtor have all been provided not later than 21 days after the end of each month with a statement of fees and disbursements accrued during such month."

5. In respect of Section A.3 of the Amended SDNY Guidelines, I certify that the Examiner has been provided with a copy of the Final Fee Application. The Examiner has approved the requested amounts. To the extent necessary, the Examiner and Jenner & Block seek a partial waiver of the requirement in Section A.3 of the Amended SDNY Guidelines that "the trustee, and, in a chapter 11 case, the chair of each official committee and the debtor have all been provided with a copy of the relevant fee application at least 14 days before the date set by the court or any applicable rules for filing fee applications."

6. In respect of Section B of the Amended SDNY Guidelines, the Examiner and Jenner & Block previously have submitted unredacted versions of their detailed time records and expense entries to the Chair of the Fee Committee appointed in these cases, under a confidentiality letter agreement, and to the Office of the United States Trustee. The Examiner and Jenner & Block prepared and filed redacted versions of the detailed time records and expense entries in order to comply with the confidentiality requirement of paragraph 5 of the Court's January 16, 2009 order directing the appointment of an examiner, pursuant to 11 U.S.C. § 1104(c)(2). To the extent necessary, the Examiner and Jenner & Block seek a partial waiver of the requirement in Section B of the Amended SDNY Guidelines that they make a request of the Court to omit confidential information from the detailed time records and expense entries filed with the Court.

7. In respect of Section D of the Amended SDNY Guidelines, the Examiner and Jenner & Block voluntarily have reduced the amount of fees or disbursements to which they might be

3

<u>Exhibit A</u>
Amended SDNY Guidelines Certification

entitled. They have identified the amounts of voluntary reductions in the Final Fee Application, except with respect to fees or disbursements that they wrote off prior to billing fees and expenses to the Debtors. With respect to reductions arising from negotiations with the Fee Committee, the Examiner and Jenner & Block have not specifically identified the detailed time records and expense entries which continue to appear in the detailed time records and expense entries previously filed and to which those reductions apply. To the extent necessary, the Examiner and Jenner & Block seek a partial waiver of the requirement in Section D of the Amended SDNY Guidelines that they identify the amount of reductions for unbilled fees and expenses and that they identify the time records and expense entries for which no compensation or reimbursement is being sought as a result of the Fee Committee reductions.

8.  In respect of Section (b) of the UST Guidelines, the Examiner and Jenner & Block have filed as exhibits to their interim fee applications detailed lists of all expenses for which the Examiner and Jenner & Block seek reimbursement, as well as detailed records of the time spent by all attorneys and paraprofessionals in connection with the representation of the Examiner. [Docket Nos. 3319, 4808, 6188, 8404, 10779, 13462]. To the extent necessary, the Examiner and Jenner & Block seek a partial waiver of the requirement in Section (b) of the UST Guidelines that the Final Fee Application "contain sufficient information about the case and the applicant so that the Court, the creditors, and the United States Trustee can review it without searching for relevant information in other documents."

<u>Exhibit A</u>
Amended SDNY Guidelines Certification

9. In respect of Sections (b)(4) and (5) of the UST Guidelines, the Examiner and Jenner & Block have communicated with the Fee Committee to reach agreed upon reductions for time and expense entries that may not have fully complied with the UST Guidelines.

Dated:  March 27, 2012

                 <u>*/s/ Patrick J. Trostle*</u>
                 Patrick J. Trostle