# **EXHIBIT B**

Schedule of Attorneys and Paraprofessionals

Exhibit B

Schedule of Attorneys and Paraprofessionals

Summary of Time Recorded in Connection With Rendering
Services to the Examiner for January 19, 2009 - July 12, 2010

| Position | Name | Admitted to Practice | Fee Year | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|---|
| Examiner | Anton R. Valukas | 1968 | 2009 | 925 | 1,144.5 | $1,058,662.50 |
| Examiner | Anton R. Valukas | 1968 | 2010 | 975 | 364.0 | $354,900.00 |
| Partner | Stephen L. Ascher | 1991 | 2009 | 750 | 1,506.3 | $1,129,725.00 |
| Partner | Stephen L. Ascher | 1991 | 2010 | 775 | 207.0 | $160,425.00 |
| Partner | Matt D. Basil | 1997 | 2009 | 575 | 1,863.5 | $1,071,512.50 |
| Partner | Matt D. Basil | 1997 | 2010 | 600 | 481.3 | $288,780.00 |
| Partner | Robert L. Byman | 1970 | 2009 | 800 | 2,456.4 | $1,965,120.00 |
| Partner | Robert L. Byman | 1970 | 2010 | 850 | 813.3 | $691,305.00 |
| Partner | Timothy J. Chorvat | 1986 | 2009 | 625 | 590.3 | $368,937.50 |
| Partner | Timothy J. Chorvat | 1986 | 2010 | 650 | 191.6 | $124,540.00 |
| Partner | John F. Cox | 1995 | 2009 | 650 | 4.4 | $2,860.00 |
| Partner | David W. DeBruin | 1980 | 2009 | 750 | 212.3 | $159,225.00 |
| Partner | David W. DeBruin | 1980 | 2010 | 775 | 10.3 | $7,982.50 |
| Partner | Christopher C. Dickinson | 1988 | 2009 | 625 | 19.3 | $12,062.50 |
| Partner | Larry P. Ellsworth | 1973 | 2009 | 700 | 2.8 | $1,960.00 |
| Partner | Larry P. Ellsworth | 1973 | 2010 | 725 | 2.9 | $2,102.50 |
| Partner | Jerome L. Epstein | 1986 | 2009 | 700 | 988.2 | $691,740.00 |
| Partner | Jerome L. Epstein | 1986 | 2010 | 725 | 254.6 | $184,585.00 |
| Partner | Gabriel A. Fuentes | 1993 | 2009 | 575 | 975.0 | $560,625.00 |
| Partner | Gabriel A. Fuentes | 1993 | 2010 | 590 | 140.3 | $82,777.00 |
| Partner | Chris C. Gair | 1985 | 2009 | 700 | 2.8 | $1,960.00 |
| Partner | Marc B. Hankin | 1992 | 2009 | 725 | 1,891.4 | $1,371,265.00 |
| Partner | Marc B. Hankin | 1992 | 2010 | 750 | 359.9 | $269,925.00 |
| Partner | Mark R. Heilbrun | 1990 | 2009 | 900 | 43.2 | $38,880.00 |
| Partner | William D. Heinz | 1973 | 2009 | 800 | 10.4 | $8,320.00 |
| Partner | William D. Heinz | 1973 | 2010 | 825 | 11.9 | $9,817.50 |
| Partner | Katya Jestin | 1996 | 2009 | 675 | 255.8 | $172,665.00 |
| Partner | Katya Jestin | 1996 | 2010 | 700 | 151.4 | $105,980.00 |
| Partner | Carter H. Klein | 1972 | 2010 | 675 | 17.8 | $12,015.00 |
| Partner | Tobias L. Knapp | 1998 | 2009 | 675 | 94.8 | $63,990.00 |
| Partner | C. John Koch | 1981 | 2010 | 775 | 4.8 | $3,720.00 |
| Partner | David C. Layden | 1993 | 2009 | 575 | 1,686.7 | $969,852.50 |

_____

[1] These rates do not reflect the 10% reduction in the standard hourly rates. The 10% reduction is applied to the Total Attorney Time amount.

Exhibit B
Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Fee Year | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|---|
| Partner | David C. Layden | 1993 | 2010 | 600 | 413.5 | $248,100.00 |
| Partner | Vincent E. Lazar | 1990 | 2009 | 700 | 1,002.8 | $701,960.00 |
| Partner | Vincent E. Lazar | 1990 | 2010 | 750 | 368.4 | $276,300.00 |
| Partner | Alex Lipman | 1991 | 2009 | 700 | 180.9 | $126,630.00 |
| Partner | Michael K. Lowman | 1993 | 2009 | 600 | 0.9 | $540.00 |
| Partner | James T. Malysiak | 1973 | 2009 | 625 | 825.0 | $515,625.00 |
| Partner | James T. Malysiak | 1973 | 2010 | 650 | 379.4 | $246,610.00 |
| Partner | Ronald L. Marmer | 1977 | 2009 | 900 | 1,237.1 | $1,113,390.00 |
| Partner | Ronald L. Marmer | 1977 | 2010 | 925 | 77.8 | $71,965.00 |
| Partner | Heather D. McArn | 1992 | 2009 | 550 | 1,809.7 | $995,335.00 |
| Partner | Heather D. McArn | 1992 | 2010 | 575 | 452.8 | $260,360.00 |
| Partner | John J. Molenda | 1999 | 2009 | 550 | 564.8 | $310,640.00 |
| Partner | John J. Molenda | 1999 | 2010 | 580 | 213.9 | $124,062.00 |
| Partner | Daniel R. Murray | 1970 | 2009 | 800 | 1,161.7 | $929,360.00 |
| Partner | Daniel R. Murray | 1970 | 2010 | 850 | 638.1 | $542,385.00 |
| Partner | Thomas C. Newkirk | 1966 | 2009 | 850 | 323.0 | $274,550.00 |
| Partner | Thomas C. Newkirk | 1966 | 2010 | 875 | 119.4 | $104,475.00 |
| Partner | Robert S. Osborne | 1979 | 2010 | 950 | 9.0 | $8,550.00 |
| Partner | Adam Petravicius | 1995 | 2010 | 675 | 1.0 | $675.00 |
| Partner | Suzanne J. Prysak | 1997 | 2009 | 575 | 1,164.4 | $669,530.00 |
| Partner | Suzanne J. Prysak | 1997 | 2010 | 600 | 160.3 | $96,180.00 |
| Partner | Catherine L. Steege | 1982 | 2009 | 725 | 205.4 | $148,915.00 |
| Partner | Catherine L. Steege | 1982 | 2010 | 775 | 105.3 | $81,607.50 |
| Partner | Howard S. Suskin | 1983 | 2009 | 750 | 10.0 | $7,500.00 |
| Partner | Howard S. Suskin | 1983 | 2010 | 775 | 18.3 | $14,182.50 |
| Partner | William L. Tolbert | 1988 | 2009 | 900 | 61.0 | $54,900.00 |
| Partner | William L. Tolbert | 1988 | 2010 | 925 | 18.3 | $16,927.50 |
| Partner | Seth A. Travis | 1996 | 2009 | 575 | 464.2 | $266,915.00 |
| Partner | Seth A. Travis | 1996 | 2010 | 575 | 65.3 | $37,547.50 |
| Partner | Patrick J. Trostle | 1992 | 2009 | 725 | 2,270.2 | $1,645,895.00 |
| Partner | Patrick J. Trostle | 1992 | 2010 | 750 | 462.7 | $347,025.00 |
| Partner | Andrew Weissmann | 1985 | 2009 | 900 | 5.5 | $4,950.00 |
| Partner | Elaine Wolff | 1979 | 2009 | 700 | 29.9 | $20,930.00 |
| Partner | Richard F. Ziegler | 1976 | 2009 | 900 | 9.0 | $8,100.00 |
| Partner | Richard F. Ziegler | 1976 | 2010 | 950 | 6.4 | $6,080.00 |
| **Partner Total** | | | | | **31,594.6** | **$22,226,914.00** |

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Fee Year | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|---|
| Of Counsel | Ronald DeKoven | 1968 | 2009 | 925 | 52.1 | $48,192.50 |
| Of Counsel | Ronald DeKoven | 1968 | 2010 | 925 | 3.6 | $3,330.00 |
| Of Counsel | Brent E. Kidwell | 1993 | 2009 | 525 | 130.9 | $68,722.50 |
| Of Counsel | Brent E. Kidwell | 1993 | 2010 | 525 | 3.3 | $1,732.50 |
| Staff Attorney | Laura B. Duchesne | 2006 | 2010 | 235 | 34.4 | $8,084.00 |
| Staff Attorney | Edward P. McKenna | 2006 | 2009 | 280 | 733.8 | $205,464.00 |
| Staff Attorney | Edward P. McKenna | 2006 | 2010 | 315 | 421.8 | $132,867.00 |
| | **Of Counsel/Staff Attorney Total** | | | | **1,379.9** | **$468,392.50** |
| Associate | Anne M. Alexander | 2008 | 2009 | 325 | 81.7 | $26,552.50 |
| Associate | Anne M. Alexander | 2008 | 2010 | 370 | 214.4 | $79,328.00 |
| Associate | Angela M. Allen | 2008 | 2009 | 325 | 541.9 | $176,117.50 |
| Associate | Angela M. Allen | 2008 | 2010 | 370 | 267.8 | $99,086.00 |
| Associate | Sarah S. Ansari | 2009 | 2010 | 325 | 18.5 | $6,012.50 |
| Associate | Thomas G. Appleman | 2009 | 2010 | 325 | 59.1 | $19,207.50 |
| Associate | Anna L. Barreiro | 2009 | 2010 | 325 | 44.3 | $14,397.50 |
| Associate | Chad E. Bell | 2006 | 2009 | 400 | 392.8 | $157,120.00 |
| Associate | Chad E. Bell | 2006 | 2010 | 445 | 146.7 | $65,281.50 |
| Associate | Christine P. Benavente | 2009 | 2010 | 325 | 26.0 | $8,450.00 |
| Associate | Sofia E. Biller | 2008 | 2009 | 325 | 1,997.6 | $649,220.00 |
| Associate | Sofia E. Biller | 2008 | 2010 | 370 | 476.4 | $176,268.00 |
| Associate | Kristen M. Boike | 2006 | 2010 | 445 | 11.0 | $4,895.00 |
| Associate | Anthony B. Borich | 2009 | 2010 | 325 | 134.2 | $43,615.00 |
| Associate | Cori F. Brown | 2005 | 2009 | 400 | 844.1 | $337,640.00 |
| Associate | Eric P. Brown | 2009 | 2009 | 325 | 485.4 | $157,755.00 |
| Associate | Eric P. Brown | 2009 | 2010 | 370 | 283.5 | $104,895.00 |
| Associate | Stephen R. Brown | 2008 | 2010 | 370 | 25.1 | $9,287.00 |
| Associate | Jessica A. Burke | 2008 | 2009 | 325 | 359.5 | $116,837.50 |
| Associate | Adam M. Caldwell | 2009 | 2010 | 325 | 27.5 | $8,937.50 |
| Associate | Penelope P. Campbell | 2009 | 2010 | 325 | 23.0 | $7,475.00 |
| Associate | Erin K. Cannon | 2009 | 2010 | 370 | 13.8 | $5,106.00 |
| Associate | Walter H. Chen | 2010 | 2010 | 370 | 168.2 | $62,234.00 |
| Associate | Anjan Choudhury | 2004 | 2009 | 475 | 2,061.1 | $979,022.50 |
| Associate | Anjan Choudhury | 2004 | 2010 | 510 | 258.1 | $131,631.00 |
| Associate | Tiffany E. Clements | 2008 | 2009 | 325 | 1,348.5 | $438,262.50 |
| Associate | Tiffany E. Clements | 2008 | 2010 | 370 | 224.1 | $82,917.00 |
| Associate | Jonathan D. Conley | 2008 | 2009 | 325 | 1,566.5 | $509,112.50 |
| Associate | Jonathan D. Conley | 2008 | 2010 | 370 | 197.8 | $73,186.00 |

Exhibit B
Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Fee Year | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|---|
| Associate | Angela L. Davis | 2009 | 2009 | 325 | 12.6 | $4,095.00 |
| Associate | Angela L. Davis | 2009 | 2010 | 325 | 20.0 | $6,500.00 |
| Associate | Matthew R. Devine | 2004 | 2009 | 475 | 1,746.5 | $829,587.50 |
| Associate | Matthew R. Devine | 2004 | 2010 | 510 | 491.8 | $250,818.00 |
| Associate | Jennifer L. Dlugosz | 2006 | 2009 | 370 | 211.3 | $78,181.00 |
| Associate | Jennifer L. Dlugosz | 2006 | 2010 | 400 | 5.9 | $2,360.00 |
| Associate | Irina Y. Dmitrieva | 2003 | 2009 | 495 | 389.1 | $192,604.50 |
| Associate | Irina Y. Dmitrieva | 2003 | 2010 | 540 | 100.6 | $54,324.00 |
| Associate | Brandon J. Dodgen | 2008 | 2009 | 325 | 239.2 | $77,740.00 |
| Associate | Robert E. Downey | 2006 | 2009 | 400 | 33.4 | $13,360.00 |
| Associate | Shelley K. Dufford | 2007 | 2009 | 370 | 691.4 | $255,818.00 |
| Associate | Joseph R. Dunn | 2009 | 2010 | 325 | 20.5 | $6,662.50 |
| Associate | Genevieve J. Essig | 2009 | 2010 | 325 | 19.9 | $6,467.50 |
| Associate | Daniel T. Fenske | 2008 | 2009 | 325 | 163.4 | $53,105.00 |
| Associate | Daniel T. Fenske | 2008 | 2010 | 370 | 272.8 | $100,936.00 |
| Associate | Kristina Filipovich | 2008 | 2009 | 370 | 409.1 | $151,367.00 |
| Associate | Kristina Filipovich | 2008 | 2010 | 400 | 331.6 | $132,640.00 |
| Associate | Brian J. Fischer | 2002 | 2009 | 525 | 19.6 | $10,290.00 |
| Associate | Melissa C. Fogerty | 2005 | 2009 | 435 | 239.9 | $104,356.50 |
| Associate | Grant R. Folland | 2008 | 2009 | 325 | 2,084.6 | $677,495.00 |
| Associate | Grant R. Folland | 2008 | 2010 | 370 | 247.9 | $91,723.00 |
| Associate | Ilya Fradkin | 2006 | 2009 | 425 | 781.3 | $332,052.50 |
| Associate | Ilya Fradkin | 2006 | 2010 | 445 | 315.3 | $140,308.50 |
| Associate | Anne M. Gardner | 2008 | 2009 | 325 | 1,209.2 | $392,990.00 |
| Associate | Michelle A. Groman | 2006 | 2009 | 435 | 1,018.1 | $442,873.50 |
| Associate | Michelle A. Groman | 2006 | 2010 | 490 | 144.3 | $70,707.00 |
| Associate | Gabriel A. Gutierrez | 2009 | 2010 | 325 | 28.3 | $9,197.50 |
| Associate | Drew R. Haase | 2009 | 2010 | 325 | 15.3 | $4,972.50 |
| Associate | Sarah E. Haddy | 2009 | 2010 | 325 | 6.3 | $2,047.50 |
| Associate | Marc E. Harrison | 2006 | 2009 | 400 | 75.6 | $30,240.00 |
| Associate | Sean J. Hartigan | 2004 | 2009 | 495 | 271.8 | $134,541.00 |
| Associate | Sean C. Herring | 2005 | 2009 | 435 | 924.1 | $401,983.50 |
| Associate | Melissa M. Hinds | 2003 | 2009 | 495 | 237.9 | $117,760.50 |
| Associate | Melissa M. Hinds | 2003 | 2010 | 540 | 1.8 | $972.00 |
| Associate | David H. Hixson | 2005 | 2009 | 400 | 9.5 | $3,800.00 |
| Associate | Grace S. Ho | 2007 | 2009 | 370 | 288.1 | $106,597.00 |
| Associate | Hayley E. Horowitz | 2010 | 2010 | 325 | 19.9 | $6,467.50 |

08-13555-mg   Doc 27189-2   Filed 03/27/12   Entered 03/27/12 15:41:28   Exhibit B
Pg 6 of 11

Exhibit B
Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Fee Year | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|---|
| Associate | Justin A. Houppert | 2007 | 2010 | 400 | 7.3 | $2,920.00 |
| Associate | Kaija K. Hupila | 2008 | 2009 | 325 | 500.5 | $162,662.50 |
| Associate | Kaija K. Hupila | 2008 | 2010 | 370 | 322.6 | $119,362.00 |
| Associate | David E. Hutchinson | 2009 | 2010 | 325 | 23.5 | $7,637.50 |
| Associate | Precious S. Jacobs | 2009 | 2009 | 325 | 21.1 | $6,857.50 |
| Associate | Precious S. Jacobs | 2009 | 2010 | 325 | 38.0 | $12,350.00 |
| Associate | Omar Jafri | 2008 | 2009 | 325 | 1,804.2 | $586,365.00 |
| Associate | Omar Jafri | 2008 | 2010 | 370 | 199.1 | $73,667.00 |
| Associate | Stacy S. Jakobe | 2003 | 2009 | 525 | 709.2 | $372,330.00 |
| Associate | Stacy S. Jakobe | 2003 | 2010 | 540 | 104.8 | $56,592.00 |
| Associate | Marc A. Katz | 2009 | 2010 | 325 | 27.7 | $9,002.50 |
| Associate | Michael J. Kelly | 2006 | 2010 | 445 | 133.0 | $59,185.00 |
| Associate | Andrew D. Kennedy | 2008 | 2009 | 325 | 1,408.6 | $457,795.00 |
| Associate | Andrew D. Kennedy | 2008 | 2010 | 370 | 278.9 | $103,193.00 |
| Associate | Travis A. Kennedy | 2009 | 2010 | 325 | 144.8 | $47,060.00 |
| Associate | Michael W. Khoo | 2009 | 2010 | 370 | 8.5 | $3,145.00 |
| Associate | Stephen Kang Kinslow | 2006 | 2009 | 400 | 768.5 | $307,400.00 |
| Associate | Gregory S. Knudsen | 2008 | 2009 | 325 | 455.3 | $147,972.50 |
| Associate | Gregory S. Knudsen | 2008 | 2010 | 370 | 99.8 | $36,926.00 |
| Associate | Andrew Kopelman | 2006 | 2009 | 425 | 1,146.6 | $487,305.00 |
| Associate | Andrew Kopelman | 2006 | 2010 | 445 | 257.6 | $114,632.00 |
| Associate | Matthew R. Kopp | 2008 | 2009 | 325 | 326.4 | $106,080.00 |
| Associate | Matthew R. Kopp | 2008 | 2010 | 370 | 8.5 | $3,145.00 |
| Associate | Jennifer M. Lawson | 2003 | 2009 | 525 | 396.2 | $208,005.00 |
| Associate | Rodney L. Lewis | 2005 | 2009 | 400 | 1,412.9 | $565,160.00 |
| Associate | Rodney L. Lewis | 2005 | 2010 | 445 | 363.6 | $161,802.00 |
| Associate | Elizabeth L. Liebschutz | 2008 | 2009 | 370 | 1,082.7 | $400,599.00 |
| Associate | Elizabeth L. Liebschutz | 2008 | 2010 | 400 | 190.1 | $76,040.00 |
| Associate | Mark A. Lightner | 2007 | 2009 | 370 | 604.4 | $223,628.00 |
| Associate | Mark A. Lightner | 2007 | 2010 | 400 | 345.3 | $138,120.00 |
| Associate | Matthew J. Mason | 2008 | 2009 | 325 | 1,530.0 | $497,250.00 |
| Associate | Matthew J. Mason | 2008 | 2010 | 325 | 140.2 | $51,874.00 |
| Associate | Asha V. Mathai | 2003 | 2009 | 400 | 582.9 | $233,160.00 |
| Associate | Alexander J. May | 2009 | 2010 | 325 | 50.5 | $16,412.50 |
| Associate | Edward P. McKenna | 2006 | 2009 | 495 | 83.0 | $41,085.00 |
| Associate | Luke P. McLoughlin | 2005 | 2009 | 435 | 53.2 | $23,142.00 |
| Associate | Douglas F. McMeyer | 2007 | 2010 | 370 | 10.4 | $3,848.00 |

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Fee Year | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|---|
| Associate | Sarah R. McNally | 2008 | 2009 | 325 | 1,505.8 | $489,385.00 |
| Associate | Sarah R. McNally | 2008 | 2010 | 370 | 351.0 | $129,870.00 |
| Associate | Christopher V. Meservy | 2008 | 2009 | 325 | 1,982.9 | $644,442.50 |
| Associate | Christopher V. Meservy | 2008 | 2010 | 370 | 265.3 | $98,161.00 |
| Associate | Deanne B. Millison | 2008 | 2009 | 325 | 601.7 | $195,552.50 |
| Associate | Deanne B. Millison | 2008 | 2010 | 370 | 197.6 | $73,112.00 |
| Associate | David A. Newman | 2007 | 2009 | 400 | 64.1 | $25,640.00 |
| Associate | David A. Newman | 2007 | 2010 | 445 | 16.9 | $7,520.50 |
| Associate | Jodi K. Newman | 2007 | 2009 | 370 | 54.2 | $20,054.00 |
| Associate | Andrew S. Nicoll | 2004 | 2009 | 475 | 20.7 | $9,832.50 |
| Associate | Andrew J. Olejnik | 2004 | 2009 | 475 | 1,470.4 | $698,440.00 |
| Associate | Andrew J. Olejnik | 2004 | 2010 | 510 | 589.0 | $300,390.00 |
| Associate | Andrea C. Otto-Classon | 2008 | 2009 | 325 | 775.5 | $252,037.50 |
| Associate | Andrea C. Otto-Classon | 2008 | 2010 | 370 | 243.5 | $90,095.00 |
| Associate | William E. Parker | 2007 | 2009 | 370 | 527.8 | $195,286.00 |
| Associate | William E. Parker | 2007 | 2010 | 400 | 42.9 | $17,160.00 |
| Associate | Brij B. Patnaik | 2009 | 2010 | 325 | 40.9 | $13,292.50 |
| Associate | Laura E. Pelanek | 2004 | 2009 | 475 | 2,065.2 | $980,970.00 |
| Associate | Laura E. Pelanek | 2004 | 2010 | 510 | 320.2 | $163,302.00 |
| Associate | Tarsha A. Phillibert | 2006 | 2009 | 400 | 1,905.2 | $762,080.00 |
| Associate | Tarsha A. Phillibert | 2006 | 2010 | 445 | 325.9 | $145,025.50 |
| Associate | Keith V. Porapaiboon | 2002 | 2009 | 525 | 1,294.6 | $679,665.00 |
| Associate | Keith V. Porapaiboon | 2002 | 2010 | 540 | 295.1 | $159,354.00 |
| Associate | John M. Power | 2008 | 2009 | 325 | 2,025.3 | $658,222.50 |
| Associate | John M. Power | 2008 | 2010 | 370 | 191.8 | $70,966.00 |
| Associate | Joshua Rafsky | 2005 | 2010 | 490 | 5.8 | $2,842.00 |
| Associate | Landon S. Raiford | 2008 | 2009 | 325 | 6.6 | $2,145.00 |
| Associate | Landon S. Raiford | 2008 | 2010 | 370 | 49.9 | $18,463.00 |
| Associate | Jonathan W. Riley | 2009 | 2010 | 325 | 23.7 | $7,702.50 |
| Associate | Adam C.G. Ringguth | 2008 | 2009 | 325 | 1,568.8 | $509,860.00 |
| Associate | Adam C.G. Ringguth | 2008 | 2010 | 370 | 129.0 | $47,730.00 |
| Associate | Aaron-Michael H. Sapp | 2008 | 2009 | 325 | 1,924.5 | $625,462.50 |
| Associate | Aaron-Michael H. Sapp | 2008 | 2010 | 370 | 334.6 | $123,802.00 |
| Associate | Shorge K. Sato | 2002 | 2009 | 495 | 1,272.3 | $629,788.50 |
| Associate | Shorge K. Sato | 2002 | 2010 | 540 | 228.9 | $123,606.00 |
| Associate | David P. Saunders | 2007 | 2009 | 400 | 11.0 | $4,400.00 |
| Associate | Trevor F. Schrage | 2008 | 2009 | 325 | 1,255.4 | $408,005.00 |

Exhibit B
Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Fee Year | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|---|
| Associate | Trevor F. Schrage | 2008 | 2010 | 370 | 249.4 | $92,278.00 |
| Associate | Ashley M. Schumacher | 2008 | 2009 | 325 | 79.4 | $25,805.00 |
| Associate | Ashley M. Schumacher | 2008 | 2010 | 370 | 12.5 | $4,625.00 |
| Associate | Eric J. Schwab | 2007 | 2009 | 370 | 1,899.8 | $702,926.00 |
| Associate | Eric J. Schwab | 2007 | 2010 | 400 | 188.3 | $75,320.00 |
| Associate | Anwar T. Shatat | 2006 | 2010 | 445 | 22.2 | $9,879.00 |
| Associate | Jeffrey R. Shuman | 2003 | 2009 | 495 | 9.0 | $4,455.00 |
| Associate | Michele L. Slachetka | 2008 | 2009 | 325 | 280.3 | $91,097.50 |
| Associate | Michele L. Slachetka | 2008 | 2010 | 370 | 207.6 | $76,812.00 |
| Associate | Valery K. Slosman | 2008 | 2009 | 325 | 696.9 | $226,492.50 |
| Associate | Nicholas O. Stephanopoulos | 2008 | 2010 | 445 | 6.6 | $2,937.00 |
| Associate | Sarah F. Terman | 2008 | 2009 | 325 | 1,141.1 | $370,857.50 |
| Associate | Sarah F. Terman | 2008 | 2010 | 370 | 123.8 | $45,806.00 |
| Associate | Adam G. Unikowsky | 2008 | 2009 | 370 | 58.9 | $21,793.00 |
| Associate | Adam G. Unikowsky | 2008 | 2010 | 400 | 48.1 | $19,240.00 |
| Associate | Andrew W. Vail | 2003 | 2009 | 495 | 801.1 | $396,544.50 |
| Associate | Andrew W. Vail | 2003 | 2010 | 540 | 249.9 | $134,946.00 |
| Associate | Krishanti Vignarajah | 2009 | 2010 | 370 | 250.9 | $92,833.00 |
| Associate | Richard M. Wallace | 2008 | 2009 | 325 | 794.9 | $258,342.50 |
| Associate | Richard M. Wallace | 2008 | 2010 | 370 | 115.0 | $42,550.00 |
| Associate | William P. Wallenstein | 2006 | 2009 | 400 | 2,241.0 | $896,400.00 |
| Associate | William P. Wallenstein | 2006 | 2010 | 445 | 135.6 | $60,342.00 |
| Associate | Chelsea L. Warren | 2009 | 2010 | 325 | 128.7 | $41,827.50 |
| Associate | Erinn L. Wehrman | 2003 | 2009 | 495 | 134.8 | $66,726.00 |
| Associate | Daniel I. Weiner | 2006 | 2010 | 490 | 13.4 | $6,566.00 |
| Associate | Benjamin P. Wieck | 2006 | 2010 | 445 | 30.3 | $13,483.50 |
| Associate | Brian J. Wilson | 2007 | 2009 | 370 | 574.9 | $212,713.00 |
| Associate | Brian J. Wilson | 2007 | 2010 | 400 | 16.4 | $6,560.00 |
| Associate | Thomas M. Winegar | 2008 | 2009 | 325 | 1,536.6 | $499,395.00 |
| Associate | Thomas M. Winegar | 2008 | 2010 | 370 | 179.8 | $66,526.00 |
| Associate | Jacob P. Zipfel | 2008 | 2009 | 325 | 2,208.2 | $717,665.00 |
| Associate | Jacob P. Zipfel | 2008 | 2010 | 370 | 377.2 | $139,564.00 |
| **Associate Total** | | | | | **79,833.0** | **$30,578,470.50** |
| **Total Attorney Time** | | | | | **112,807.5** | **$53,273,777.00** |
| **Less 10% Reduction** | | | | | | **($5,327,377.70)** |
| **Total Attorney Time at Reduced Rate** | | | | | | **$47,946,399.30** |
| **Blended Hourly Rate for Attorneys** | | | | | | **$425.03** |

7

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

| Position | Name | Fee Year | Rate[2] | Hours | Amount |
|---|---|---|---|---|---|
| Paralegal | Lamia K. Azize | 2009 | 270 | 172.5 | $46,575.00 |
| Paralegal | Lamia K. Azize | 2010 | 270 | 150.0 | $40,500.00 |
| Paralegal | Wenette Belcher | 2009 | 255 | 266.4 | $67,932.00 |
| Paralegal | Wenette Belcher | 2010 | 255 | 323.9 | $82,594.50 |
| Paralegal | Wenette Bradford | 2009 | 255 | 262.6 | $66,963.00 |
| Paralegal | Daniel R. Gross | 2009 | 255 | 60.5 | $15,427.50 |
| Paralegal | Jeanne C. Haske | 2009 | 255 | 13.4 | $3,417.00 |
| Paralegal | Jeanne C. Haske | 2010 | 255 | 76.6 | $19,533.00 |
| Paralegal | Micah B. Horan | 2009 | 270 | 288.2 | $77,814.00 |
| Paralegal | Micah B. Horan | 2010 | 270 | 198.9 | $53,703.00 |
| Paralegal | W. Michael Hughes | 2010 | 230 | 179.9 | $41,377.00 |
| Paralegal | Michael H. Matlock | 2009 | 270 | 517.7 | $139,779.00 |
| Paralegal | Michael H. Matlock | 2010 | 275 | 163.2 | $44,880.00 |
| Paralegal | Shawn K. McGee | 2009 | 270 | 484.8 | $130,896.00 |
| Paralegal | Shawn K. McGee | 2010 | 275 | 18.5 | $5,087.50 |
| Paralegal | Jessica M. Merkouris | 2009 | 270 | 13.9 | $3,753.00 |
| Paralegal | Jessica M. Merkouris | 2010 | 275 | 21.8 | $5,995.00 |
| Paralegal | Daniel K. Morgan | 2009 | 230 | 14.6 | $3,358.00 |
| Paralegal | Mariann Murphy | 2009 | 270 | 11.0 | $2,970.00 |
| Paralegal | Cleopatra S. Murray | 2009 | 230 | 795.1 | $182,873.00 |
| Paralegal | Cleopatra S. Murray | 2010 | 230 | 187.0 | $43,010.00 |
| Paralegal | Cheryl L. Olson | 2009 | 270 | 1.9 | $513.00 |
| Paralegal | Jeffrey K. Phillips | 2009 | 230 | 365.0 | $83,950.00 |
| Paralegal | Jeffrey K. Phillips | 2010 | 230 | 307.9 | $70,817.00 |
| Paralegal | Aubrey L. Rettig | 2009 | 255 | 799.9 | $203,974.50 |
| Paralegal | Aubrey L. Rettig | 2010 | 255 | 306.2 | $78,081.00 |
| Paralegal | Shannon R. Roberts | 2009 | 220 | 145.7 | $32,054.00 |
| Paralegal | Shannon R. Roberts | 2010 | 220 | 145.0 | $31,900.00 |
| Paralegal | Eileen J. Robertson | 2009 | 230 | 14.7 | $3,381.00 |
| Paralegal | Lilia V. Rozhkova | 2009 | 230 | 12.5 | $2,875.00 |
| Paralegal | Mark R. Scholl | 2009 | 270 | 1,007.6 | $272,052.00 |
| Paralegal | Mark R. Scholl | 2010 | 270 | 354.6 | $95,742.00 |
| Paralegal | Julie H. Shaw | 2009 | 255 | 5.0 | $1,275.00 |

---

[2] These rates do not reflect the 10% reduction in the standard hourly rates. The 10% reduction is applied to the Total Paraprofessional Time amount.

8

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

| Position | Name | Fee Year | Rate[2] | Hours | Amount |
|---|---|---|---|---|---|
| Paralegal | Julie H. Shaw | 2010 | 255 | 155.4 | $39,627.00 |
| Paralegal | Christopher R. Ward | 2009 | 255 | 2,070.9 | $528,079.50 |
| Paralegal | Christopher R. Ward | 2010 | 255 | 768.9 | $196,069.50 |
| Technology Ass't | Jennifer Anderson | 2009 | 275 | 3.0 | $825.00 |
| Technology Ass't | Daniel Biemer | 2009 | 275 | 244.8 | $67,320.00 |
| Technology Ass't | Tunde Holloway-Wusu | 2009 | 275 | 38.0 | $10,450.00 |
| Technology Ass't | Kelly A. Laughran | 2009 | 275 | 44.6 | $12,265.00 |
| Technology Ass't | Kelly A. Laughran | 2010 | 275 | 21.5 | $5,912.50 |
| Technology Ass't | Lory I. Manheimer | 2009 | 275 | 1,298.1 | $356,977.50 |
| Technology Ass't | Lory I. Manheimer | 2010 | 275 | 266.8 | $73,370.00 |
| Technology Ass't | Zulaikha Master | 2009 | 275 | 592.6 | $162,965.00 |
| Technology Ass't | Zulaikha Master | 2010 | 275 | 311.1 | $85,552.50 |
| Technology Ass't | Robert R. Ohton, Jr. | 2009 | 275 | 14.0 | $3,850.00 |
| Technology Ass't | James B. Salla | 2009 | 275 | 5.0 | $1,375.00 |
| Research Librarian | Lisa A. Ross | 2009 | 260 | 31.3 | $8,138.00 |
| Research Librarian | Mary E. Ruddy | 2009 | 260 | 11.3 | $2,938.00 |
| Project Assistant | Herman R. Barrios | 2009 | 160 | 94.2 | $15,072.00 |
| Project Assistant | Holley M. Brandchaft-White | 2009 | 160 | 17.4 | $2,784.00 |
| Project Assistant | Catherine L. Chu | 2009 | 160 | 57.5 | $9,200.00 |
| Project Assistant | Catherine L. Chu | 2010 | 160 | 81.1 | $12,976.00 |
| Project Assistant | Joseph M. Conley | 2009 | 170 | 191.4 | $32,538.00 |
| Project Assistant | Allison Crowe | 2009 | 160 | 10.5 | $1,680.00 |
| Project Assistant | Emily A. Flores | 2009 | 160 | 1,694.5 | $271,120.00 |
| Project Assistant | Emily A. Flores | 2010 | 160 | 639.0 | $102,240.00 |
| Project Assistant | Daniel O. Garcia | 2009 | 160 | 36.3 | $5,808.00 |
| Project Assistant | Casey J. Gioielli | 2009 | 170 | 63.7 | $10,829.00 |
| Project Assistant | Casey J. Gioielli | 2010 | 170 | 23.9 | $4,063.00 |
| Project Assistant | Nancy L. Gonzalez | 2009 | 150 | 68.3 | $10,245.00 |
| Project Assistant | Samuel C. Gray | 2009 | 170 | 16.8 | $2,856.00 |
| Project Assistant | Arjumand Hamid | 2009 | 160 | 15.5 | $2,480.00 |
| Project Assistant | Jonathan Hollis | 2009 | 160 | 89.8 | $14,368.00 |
| Project Assistant | Omar N. Khan | 2009 | 170 | 3.5 | $595.00 |
| Project Assistant | Yong Joon Lee | 2009 | 160 | 362.6 | $58,016.00 |
| Project Assistant | Yong Joon Lee | 2010 | 160 | 231.4 | $37,024.00 |
| Project Assistant | Alexander S. Malson | 2009 | 160 | 6.3 | $1,008.00 |
| Project Assistant | Alexander S. Malson | 2010 | 160 | 35.4 | $5,664.00 |
| Project Assistant | Marc A. Patterson | 2009 | 170 | 8.3 | $1,411.00 |

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

| Position | Name | Fee Year | Rate[2] | Hours | Amount |
|---|---|---|---|---|---|
| Project Assistant | Marc A. Patterson | 2010 | 170 | 6.4 | $1,088.00 |
| Project Assistant | Gretchen J. Pinnick | 2009 | 160 | 195.6 | $31,296.00 |
| Project Assistant | Gretchen J. Pinnick | 2010 | 160 | 270.2 | $43,232.00 |
| Project Assistant | Lauren R. Prather | 2009 | 170 | 10.8 | $1,836.00 |
| Project Assistant | Panagiota Ramos | 2009 | 170 | 388.9 | $66,113.00 |
| Project Assistant | Panagiota Ramos | 2010 | 170 | 219.9 | $37,383.00 |
| Project Assistant | Alexander M. Righi | 2009 | 160 | 904.1 | $144,656.00 |
| Project Assistant | Alexander M. Righi | 2010 | 160 | 376.2 | $60,192.00 |
| Project Assistant | Jonathan W. Striegel | 2009 | 170 | 32.3 | $5,491.00 |
| Project Assistant | Jonathan W. Striegel | 2010 | 170 | 106.8 | $18,156.00 |
| Project Assistant | Adrienne P. Thacher | 2009 | 160 | 181.4 | $29,024.00 |
| Project Assistant | Adrienne P. Thacher | 2010 | 160 | 38.4 | $6,144.00 |
| Project Assistant | Kenneth S. Waldmann | 2009 | 170 | 1,338.5 | $227,545.00 |
| Project Assistant | Kenneth S. Waldmann | 2010 | 170 | 261.8 | $44,506.00 |
| Project Assistant | Lauren E. Wang | 2009 | 160 | 707.2 | $113,152.00 |
| Project Assistant | Lauren E. Wang | 2010 | 160 | 87.3 | $13,968.00 |
| **Total Paraprofessional Time** | | | | **22,437.0** | **$4,956,525.50** |
| **Less 10% Reduction** | | | | | **($495,652.55)** |
| **Total Paraprofessional Time at Reduced Rate** | | | | | **$4,460,872.95** |