# **EXHIBIT D**

Schedule of Expense Categories

Exhibit D
Schedule of Expense Categories

## SUMMARY OF EXPENSES

Categories of Expenses for which the Examiner and Jenner & Block Seek Reimbursement

|    | **Description** | **Amount** |
|----|---|---|
| 1  | Airfare/Trainfare | $218,324.38 |
| 2  | Business Meal Expenses | $62,477.95 |
| 3  | Court Reporter Charges | $99,916.30 |
| 4  | Docket and Service Expenses | $105,432.43 |
| 5  | Hotel | $381,688.47 |
| 6  | In-City Transportation | $53,205.26 |
| 7  | Lexis Research | $72,504.45 |
| 8  | Network Printing | $115,705.70 |
| 9  | Other | $39,939.62 |
| 10 | Out of Town - Miscellaneous Expenses | $35,156.06 |
| 11 | Photocopy and Related Services | $691,174.40 |
| 12 | Related Expenses for Contract Attorneys | $33,910.20 |
| 13 | Strategic Legal Solutions - Contract Attorneys | $5,829,459.46 |
| 14 | Teleconference Services | $4,751.24 |
| 15 | UPS/FedEx Overnight Delivery | $21,473.84 |
| 16 | Westlaw Research | $193,735.72 |
|    | **Total Expenses** | **$7,958,855.48** |
|    | **Less Fee Committee Reductions** | **($52,438.42)** |
|    | **Total Final Expenses Requested** | **$7,906,417.06** |

Exhibit D
Schedule of Expense Categories

Additional Detail for Contract Attorney Wage Expenses

| Date of Disbursement | Disbursement Amount | Wages for Week Ending | Number of Contract Attorneys | Number of Regular Hours | Number of Overtime Hours |
|---|---|---|---|---|---|
| 4/19/2009 | $24,070.75 | 4/19/2009 | 20 | 553.35 | 0.00 |
| 4/26/2009 | $43,423.90 | 4/26/2009 | 20 | 998.25 | 0.00 |
| 5/3/2009 | $44,807.20 | 5/3/2009 | 20 | 1,030.05 | 0.00 |
| 5/10/2009 | $44,870.28 | 5/10/2009 | 20 | 1,031.50 | 0.00 |
| 5/17/2009 | $85,477.58 | 5/17/2009 | 36 | 1,965.00 | 0.00 |
| 5/24/2009 | $90,334.72 | 5/24/2009 | 36 | 1,578.75 | 342.50 |
| 5/31/2009 | $82,782.42 | 5/31/2009 | 35 | 1,511.75 | 267.00 |
| 6/7/2009 | $94,919.84 | 6/7/2009 | 35 | 1,563.25 | 422.25 |
| 6/7/2009 | $1,479.00 | 5/31/2009 | 1 | 34.00 | 0.00 |
| 6/14/2009 | $125,475.01 | 6/14/2009 | 53 | 2,033.00 | 461.25 |
| 6/21/2009 | $177,484.47 | 6/21/2009 | 68 | 2,972.50 | 750.10 |
| 6/28/2009 | $172,556.67 | 6/28/2009 | 67 | 2,926.75 | 710.33 |
| 7/5/2009 | $156,035.71 | 7/5/2009 | 71 | 2,749.00 | 575.28 |
| 7/12/2009 | $2,212.46 | 7/5/2009 | 1 | 45.00 | 4.00 |
| 7/12/2009 | $201,952.47 | 7/12/2009 | 74 | 3,338.00 | 889.75 |
| 7/19/2009 | $200,805.94 | 7/19/2009 | 74 | 3,301.75 | 897.00 |
| 7/26/2009 | $1,576.88 | 7/19/2009 | 1 | 36.25 | 0.00 |
| 7/26/2009 | $199,363.06 | 7/26/2009 | 75 | 3,325.00 | 858.50 |
| 8/2/2009 | $196,648.31 | 8/2/2009 | 73 | 3,215.00 | 866.50 |
| 8/9/2009 | $1,808.63 | 8/2/2009 | 2 | 34.25 | 5.00 |
| 8/9/2009 | $197,035.03 | 8/9/2009 | 72 | 3,270.75 | 859.00 |
| 8/16/2009 | $185,878.25 | 8/16/2009 | 74 | 3,200.00 | 752.50 |
| 8/23/2009 | $1,289.90 | 8/23/2009 | 1 | 10.00 | 15.00 |
| 8/23/2009 | $196,468.91 | 8/23/2009 | 72 | 3,246.75 | 866.50 |
| 8/30/2009 | $178,723.35 | 8/30/2009 | 72 | 3,082.15 | 737.00 |
| 8/30/2009 | $2,340.00 | 8/16/2009 | 1 | 45.00 | 6.00 |
| 8/30/2009 | $5,954.44 | 8/23/2009 | 3 | 94.75 | 28.75 |
| 9/6/2009 | $11,049.02 | 8/30/2009 | 4 | 180.00 | 50.50 |
| 9/6/2009 | $188,652.71 | 9/6/2009 | 73 | 3,156.75 | 805.30 |
| 9/13/2009 | $1,457.25 | 9/6/2009 | 1 | 33.50 | 0.00 |
| 9/13/2009 | $165,999.54 | 9/13/2009 | 72 | 3,026.00 | 539.15 |
| 9/20/2009 | $1,827.00 | 9/20/2009 | 1 | 42.00 | 0.00 |
| 9/20/2009 | $184,241.93 | 9/20/2009 | 72 | 3,122.25 | 759.65 |
| 9/27/2009 | $1,914.00 | 9/20/2009 | 1 | 44.00 | 0.00 |
| 9/27/2009 | $3,548.58 | 9/6/2009 | 2 | 74.25 | 5.00 |

<u>Exhibit D</u>
Schedule of Expense Categories

| | | | | | |
|---|---|---|---|---|---|
| 9/27/2009 | $185,544.94 | 9/27/2009 | 71 | 3,058.00 | 824.15 |
| 10/4/2009 | $181,418.59 | 10/4/2009 | 70 | 3,032.75 | 773.05 |
| 10/4/2009 | $2,762.25 | 10/4/2009 | 3 | 63.50 | 0.00 |
| 10/11/2009 | $179,200.77 | 10/11/2009 | 71 | 3,020.75 | 737.50 |
| 10/11/2009 | $3,870.00 | 10/11/2009 | 1 | 45.00 | 30.00 |
| 10/18/2009 | $4,120.70 | 10/18/2009 | 2 | 88.50 | 4.25 |
| 10/18/2009 | $185,832.75 | 10/18/2009 | 71 | 3,055.50 | 830.15 |
| 10/19/2009 | ($8,484.38) | Jul-09 to Sep-09 | 1 | 195.00 | 0.00 |
| 10/25/2009 | $500.25 | 10/25/2009 | 1 | 11.50 | 0.00 |
| 10/25/2009 | $161,247.17 | 10/25/2009 | 71 | 3,002.25 | 480.80 |
| 11/1/2009 | $177,146.63 | 11/1/2009 | 71 | 2,982.00 | 744.05 |
| 11/8/2009 | $181,636.90 | 11/8/2009 | 69 | 3,046.75 | 770.00 |
| 11/15/2009 | $1,718.25 | 11/15/2009 | 1 | 39.50 | 0.00 |
| 11/15/2009 | $182,181.75 | 11/15/2009 | 72 | 3,043.75 | 780.90 |
| 11/22/2009 | $179,053.24 | 11/22/2009 | 70 | 2,980.25 | 775.15 |
| 11/29/2009 | $123,574.82 | 11/29/2009 | 68 | 2,373.25 | 319.05 |
| 12/6/2009 | $630.75 | 12/6/2009 | 1 | 14.50 | 0.00 |
| 12/6/2009 | $185,381.27 | 12/6/2009 | 71 | 2,972.00 | 880.05 |
| 12/13/2009 | $194,259.59 | 12/13/2009 | 68 | 2,897.75 | 1,070.00 |
| 12/20/2009 | $1,370.25 | 12/20/2009 | 1 | 31.50 | 0.00 |
| 12/20/2009 | $189,970.68 | 12/20/2009 | 63 | 2,710.50 | 1,130.50 |
| 12/27/2009 | $4,036.88 | 12/27/2009 | 2 | 52.50 | 27.50 |
| 12/27/2009 | $136,223.18 | 12/27/2009 | 60 | 2,275.75 | 584.00 |
| 12/27/2009 | $706.88 | 12/27/2009 | 1 | 16.25 | 0.00 |
| 1/3/2010 | $424.13 | 12/27/2009 | 1 | 9.75 | 0.00 |
| 1/3/2010 | $100,666.01 | 1/2/2010 | 61 | 2,225.50 | 60.50 |