UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                    Debtors.                                     :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 19787, 25354,
                                                                      25386, 25389, 26294, 26356, 26356,
                                                                      26458, 26504, 26540, 26547, 26550,
                                                                      26553, 26558, 26580, 26586, 26589,
                                                                      26594, 26607, 26632, 26633, 26641,
                                                                      26647, 26650, 26661, 26664, 26669,
                                                                      26674, 26696, 26697, 26701, 26703,
                                                                      26705, 26708, 26711, 26715, 26719,
                                                                      26723, 26726, 26729, 26730, 26735,
                                                                      26746, 26748, 26749, 26751, 26752,
                                                                      26754-26756, 26758, 26760, 26762-
                                                                      26766, 26772, 26773, 26775, 26777-
                                                                      26781, 26783, 26784, 26786, 26787,
                                                                      26789, 26790, 26792, 26793, 26796-
                                                                      26799, 26802-26826, 26838-26840,
                                                                      26843-26857, 26859, 26860, 26903,
                                                                      26906, 26911, 26914, 26928, 26945-
                                                                      26947, 26949-26954, 26956-26958,
                                                                      26960, 26961, 26963-26967, 26972-
                                                                      26975, 26977-26981, 26992, 26994

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 20, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

T:\Clients\LBH\Affidavits\Transfers\Transfers 19787, 25354, 25386...26981, 26992, 26994_AFF_03-20-12.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
27th day of March, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC
      TRANSFEROR: WHITE & CASE LLP
      745 SEVENTH AVENUE
      NEW YORK NY 10019
```

Please note that your claim # 60631-05 in the above referenced case and in the amount of
$2,597,628.62   allowed at $1,712,847.17      has been transferred **(unless previously expunged by court order)**

```
      MONARCH DEBT RECOVERY MASTER FUND LTD
      TRANSFEROR: BARCLAYS BANK PLC
      C/O MONARCH ALTERNATIVE CAPTIAL LP
      ATTN: MICHAEL GILLIN
      535 MADISON AVENUE, FLOOR 26
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                  UNITED STATES BANKRUPTCY COURT
                  Southern District of New York
                  One Bowling Green
                  New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 26719     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/20/2012                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 20, 2012.

**EXHIBIT B**

```
TIME: 21:26:35                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 03/20/12                                              CREDITOR LISTING

Name                                                    Address
AGRICULTURAL BANK OF GREECE SA                          ATTN: MICHALIS FEFES, LEGAL DEPT 23 PANEPISTIMIOU STREET ATHENS  10564 GREECE
AGRICULTURAL BANK OF TAIWAN                             TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) MO. 71 GUANCIAN RD TAIPEI CITY    TAIWAIN (R.O.C.)
AMPT, D.J.                                              WISENTWEG 21 DRONTEN  8251 PB NETHERLANDS
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD                  ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR
                                                        NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.                 ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                        NEW YORK NY 10012
BANCA DI CREDITO COOPERATIVO DI ROMA                    ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
   SOCIETA COOPERATIVA
BANCA DI CREDITO COOPERATIVO DI ROMA                    ATTN: ROBERTO PALOMBO AND ROSSANO GIUPPA VIALE OCEANO INDIANO 13C ROMA   00144 ITALY
   SOCIETA COOPERATIVA
BANK INSINGER DE BEAUFORT NV (ITALIA)                   VIA BOEZIO 4C ROMA  00193 ITALY
BANK SARASIN & CO. LTD                                  CLEARLY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDRE A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS    75008 FRANCE
BANK SARASIN & CO. LTD                                  BAER & KARRER LTD., ATTN. PETER HSU BRANDSCHENKESTRASSE 90 ZURICH  CH-8027 SWITZERLAND
BANK SYZ & CO S.A.                                      ATTN: BO TITRES - CORPORATE ACTIONS RUE DU RHONE 30 GENEVE  CH-1204 SWITZERLAND
BANQUE PRIVEE EDMOND DE ROTHSCHILD SA                   TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH DEPARTEMENT JURIDIQUE 18, RUE DE HESSE 1204 GENEVA    SWITZERLAND
BARCLAYS BANK PLC                                       TRANSFEROR: ETHIAS SA ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVE NEW YORK NY 10019
BARCLAYS BANK PLC                                       TRANSFEROR: MONARCH MASTER FUNDING LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                       TRANSFEROR: WHITE & CASE LLP 745 SEVENTH AVENUE NEW YORK NY 10019
BARONCI MASSIMO, BARONCI SILVIA AND                     TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA VIA UGO OJETTI 426 00137 ROMA (RM)    ITALY
   BARONCI FILLIPPO
BARONCI MASSIMO, BARONCI SILVIA AND                     BARONCI SILVIA VIA CARLO DOSSI 94 00137 ROMA (RM)   ITALY
   BARONCI FILLIPPO
BAST, JAGER, KOST, KROBER & PARTNER                     LORRACHERSTRASSE 60 RIEHEN  4125 SWITZERLAND
BAUMGARTNER, MARTHA                                     KAISERSTRASSE 27 BREGENZ  6900 AUSTRIA
BAUR, HEINZ F.                                          SPISSENSTR. 7 KASTANIENBAUM  CH-6047 SWITZERLAND
BLOMEP HOLDINGS LTD                                     C/O BNP PARIBAS WEALTH MANAGEMENT HONG KONG 63/F TWO INTERNATIONAL FINANCE CENTRE 8 FINANCE STREET HONG KONG   HONG KONG
BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER                TRANSFEROR: ILLIQUIDX LLP C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE 5TH FLOOR EAST NEW YORK NY 10017
   FUND, L.P.
BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER                TRANSFEROR: ILLIQUIDX LLP C/O BLUE MOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
   FUND, L.P.
BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER                TRANSFEROR: ILLIQUIDX LLP C/O BLUE MOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
   FUND, LP
BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER                TRANSFEROR: ILLIQUIDX LLP C/O BLUEMOUNTAIN CAPITAL MANAGEMENT LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
   FUND, LP
BLUE MOUNTAIN DISTRESSED MASTER FUND,                   TRANSFEROR: ILLIQUIDX LTD C/O BLUE MOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
   L.P.
BLUE MOUNTAIN LONG/SHORT CREDIT MASTER                  TRANSFEROR: ILLIQUIDX LTD
   FUND, L.P.
BLUE MOUNTAIN LONG/SHORT CREDIT MASTER                  TRANSFEROR: ILLIQUIDX LTD C/O BLUE MOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
   FUND, L.P.
BLUEMOUNTAIN DISTRESSED MASTER FUND,                    TRANSFEROR: ILLIQUIDX LLP C/O BLUE MOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE 5TH FLOOR EAST NEW YORK NY 10017
   L.P.
BLUEMOUNTAIN DISTRESSED MASTER FUND, LP                 TRANSFEROR: ILLIQUIDX LLP C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUEMOUNTAIN LONG/SHORT CREDIT MASTER                   TRANSFEROR: ILLIQUIDX LLP C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
   FUND, LP
BLUEMOUNTAIN TIMBERLINE, LTD                            TRANSFEROR: ILLIQUIDX LLP C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUEMOUNTAIN TIMBERLINE, LTD.                           TRANSFEROR: ILLIQUIDX LLP C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE 5TH FLOOR EAST NEW YORK NY 10017
BOEL, A.J.                                              MUR. MP. BOEL-SERRARENS DE ZUID 29 DRONTEN  8251 B9 NETHERLANDS
BOEL, A.J. & M.P. BOEL-SERRARENS                        DE ZUID 29 ARONTEN  8251 BG NETHERLANDS
BSOF MASTER FUND, LP                                    ARTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES, LLC 34 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154

                                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 21:26:35                                              LEHMAN BROTHERS HOLDING INC.                                                     PAGE:   2
DATE: 03/20/12                                                    CREDITOR LISTING

Name                                          Address
BSOF MASTER FUND, LP                          TRANSFEROR: BARCLAYS BANK PLC ATTN: LAURA TORRADO C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 623 FIFTH AVENUE, 29TH FLOOR
                                              NEW YORK NY 10022
BTR GLOBAL ARBITRAGE TRADING LIMITED          C/O HALPERIN BATTAGLIA RAICHT, LLP ATTN: CHRISTOPHER J BATTAGLIA, ESQ. 555 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022
BTR GLOBAL GROWTH TRADING LIMITED             C/O HALPERIN BATTAGLIA RAICHT, LLP ATTN: CHRIS BATTAGLIA, ESQ. 555 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022
BTR GLOBAL OPPORTUNITY TRADING LIMITED        ATTN: CHRI BALTAGLIA, ESQ. C/O HALPERIN BALITAGLIA RAICHL, LLP 555 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022
BTR GLOBAL PROSPECTOR II TRADING LIMITED      C/O HALPERIN BATTAGLIA RAICHT, LLP ATTN: CHRIS BATTAGLIA, ESQ. 555 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022
BTR GLOBAL PROSPECTOR TRADING LIMITED         C/O HALPERIN BATTAGLIA RAICHT, LLP ATTN: CHRIS BATTAGLIA, ESQ. 555 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022
CAINERO, CARLO                                TRANSFEROR: ICCREA BANCA S.P.A. VIA EMILIA 73 I UDINE 33100 ITALY
CANYON BALANCED MASTER FUND LTD               ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON BALANCED MASTER FUND LTD               TRANSFEROR: NOMURA SECURITIES INTERNATIONAL, INC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER/JONATHAN KAPLAN
                                              2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
CANYON BALANCED MASTER FUND, LTD.             ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON BALANCED MASTER FUND, LTD.             TRANSFEROR: NOMURA SECURITIES INTERNATIONAL, INC. C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER/JONATHAN KAPLAN
                                              2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
CASPIAN ALPHA LONG CREDIT FUND L.P.           TRANSFEROR: GOLDMAN, SACHS, & CO 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN ALPHA LONG CREDIT FUND, L.P.          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN ALPHA LONG CREDIT FUND, L.P.          TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: CHARLES R. HOWE II, PRESIDENT 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN ALPHA LONG CREDIT FUND, L.P.          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN FOCUSED CREDIT FUND, LP               TRANSFEROR: JPMORGAN CHASE BANK, N.A. 300 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN FOCUSED CREDIT L FUND, L.P.           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN FOCUSED CREDIT L FUND, L.P.           TRANSFEROR: JPMORGAN CHASE BANK, N.A. 300 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN FOCUSED CREDIT L FUND, LP             TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN CAPITAL 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN FOCUSED CREDIT L FUND, LP             TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN FOCUSED CREDIT L FUND, LP             TRANSFEROR: JPMORGAN CHASE BANK, N.A. 300 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN HLSC1 LLC                             TRANSFEROR: NOMURA INTERNATIONAL PLC 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153
CASPIAN SOLITUDE MASTER FUND, L.P.            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
CCP CREDIT ACQUISITION HOLDINGS, LLC          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) 375 PARK AVENUE, 13TH FLOOR ATTN: MIKE EPSTEIN/DAN BORIS NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) 375 PARK AVENUE, 13TH FLOOR ATTN: MIKE EPSTEIN/DAN BORIS NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) 375 PARK AVENUE, 13TH FLOOR ATTN: MIKE EPSTEIN/DAN BORIS NEW YORK NY 10152
CHENAVARI FINANCIAL ADVISORS LTD              TRANSFEROR: ICCREA BANCA S.P.A. ATTN: GUILHEM GOYARD MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON  SW1X 7JH UNITED KINGDOM
CITIBANK, N.A., LONDON BRANCH                 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTENTION: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK, N.A., LONDON BRANCH                 ATTENTION: RANJIT CHATTERJI CITIGROUP CENTRE, CANARY WHARF LONDON  E14 5LB UNITED KINGDOM
CITIGROUP FINANCIAL PRODUCTS INC.             DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: CARL MEYER 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: VR-LIW GMBH ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
COAST DIVERSIFIED FUND, LTD.                  CADWALDER, WICKERSHAM & TAFT LLP 1201 F. ST. N.W SUITE 1100 ATTENTION: MARK C. ELLENBERG, ESQ. WASHINGTON DC 20004
COAST DIVERSIFIED FUND, LTD.                  C/O COAST ASSET MANAGEMENT LLC 2450 COLORADO AVE. SUITE 100 EAST TOWER SANTA MONICA CA 90404
COAST DIVERSIFIED FUND, LTD.                  C/O COAST ASSET MANAGEMENT LLC ATTN: JONATHAN JACOBS, GENERAL COUNSEL 2450 COLORADO AVE. SUITE 100 EAST TOWER SANTA MONICA CA 90404
CREDIT SUISSE SECURITIES (EUROPE)             TRANSFEROR: AGRICULTURAL BANK OF GREECE SA ATTN: GENERAL COUNSEL EUROPE - LAGAL & COMPLIANCE DEPT. ONE CABOT SQUARE
  LIMITED                                     LONDON  E14 4QJ UNITED KINGDOM
CREDIT SUISSE SECURITIES (USA) LLC            TRANSFEROR: CREDIT SUISSE SECURITIES (EUROPE) LIMITED ATTN: DOUGLAS DIBELLA ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010
CREDIT SUISSE SINGAPORE BRANCH                1 RAFFLES LINK #05-02 SINGAPORE  039393 SINGAPORE
CREDIT SUISSE SINGAPORE BRANCH                ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE SINGAPORE BRANCH                CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE SINGAPORE BRANCH                RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDITO EMILIANO S.P.A.                       ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA  42100 ITALY
CREDITO EMILIANO S.P.A.                       ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY
CVI GVF LUXEMBOURG TWELVE S.A.R.L.            TRANSFEROR: REGIONE MARCHE C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY  KT11 2PD UNITED KINGDOM
DAHLKE, LARS                                  WESTPREUSSENSTRASSE 18 NORDENHAM  26954 GERMANY
DE WIT, P.J.M.                                SCHOUT VAN HEKEREN STRAAT 23 DEN BOSCH  5237 SB NETHERLANDS
DEUTSCHE BANK AG                              ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858
DEUTSCHE BANK AG                              BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006
DEUTSCHE BANK AG LONDON                       TRANSFEROR: PIMCO DISTRESSED MORTGAGE FUND, L.P. - (# 4670) C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATTHEW WEINSTEIN
                                              60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
```

```
TIME: 21:26:35                                        LEHMAN BROTHERS HOLDING INC.                                                        PAGE:   3
DATE: 03/20/12                                              CREDITOR LISTING

Name                                        Address
DEUTSCHE BANK AG, LONDON                    TRANSFEROR: PIMCO CAYMAN JAPAN LOW DURATION FUND - (#2751) C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATTHEW WEINSTEIN
                                            60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                    TRANSFEROR: PIMCO DISTRESSED MORTGAGE FUND LP - (#4670) C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATTHEW WEINSTEIN
                                            60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
                                            ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: BASSO FUND LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: BASSO HOLDINGS LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: BASSO MULTI-STRATEGY HOLDING FUND LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: CLINTON MADISON MASTER FUND, LTD. ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: CLINTON MAGNOLIA MASTER FUND LTD. ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: CLINTON MULTISTRATEGY MASTER FUND LTD. ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: CLINTON MULTISTRATEGY MASTER FUND, LTD. ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: CREDIT SUISSE (GIBRALTAR) LIMITED ATTN: SIMON GLENNIE/KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                            LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: CREDIT SUISSE (UK) LIMITED ATTN: SIMON GLENNIE/ KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                            LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: INTERPOLIS PENSIOENEN GLOBAL HIGH YIELD POOL ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: LGT MULTI MANAGER BOND HIGH YIELD (USD) ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: MARSH & MCLENNAN CO'S, INC. U.S. RETIREMENT PLAN-LONG ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY
                                            10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: MARSH & MCLENNAN COMPANIES, INC. U.S. RETIREMENT PLAN - LONG DURATION FIXED INCOME ATTN: JEFFREY OLINSKY
                                            60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: PUTNAM GLOBAL FUNDS - PUTNAM WORLDWIDE INCOME FUND ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: SABRETOOTH MASTER FUND LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: SABRETOOTH MASTER FUND, LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                            LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: SIEMENS AG C/O DEUTSCHE BANK SECURITIES INC ATTN: MATT WEINSTEIN 60 WALL ST 3RD FL NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: SUNAMERICA SERIES TRUST-INTERNATIONAL GROWTH AND INCOME PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR
                                            NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: TPF GENERATION HOLDINGS, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)        TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                            LONDON EC2N 2DB UNITED KINGDOM
DIAS, CUSTODIO SIMAO                        MARIA DE PAZ DA PALMA DIAS BRAKKER WALD 30 ESSEN 45329 GERMANY
ECKERLEIN, IRMGARD                          LEONHARD-HAUSMANN-STR. 54 AUGSBURG D-86157 GERMANY
ELLIOTT ASSOCIATES, L.P.                    TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                            NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                    TRANSFEROR: ILLIQUIDX LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                    TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN
                                            40 WEST 57TH STREET, 4TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                    TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN
                                            40 WEST 57TH STREET, 4TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P                  TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN
                                            40 WEST 57TH STREET, 4TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                 TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                            NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET
                                            NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                 TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN
                                            40 WEST 57TH STREET, 4TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                 TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN
                                            40 WEST 57TH STREET, 4TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                 TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O ELLIOTT MANGAGEMENT CORPORATION ATTN: MICHAEL STEPHAN
                                            40 WEST 57TH STREET, 4TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                 TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN
                                            40 WEST 57TH STREET, 4TH FLOOR NEW YORK NY 10019
FORCONI, SABRINA                            TRANSFEROR: ICCREA BANCA S.P.A. VIA DEL POGGIO, 15 56034 CASCIANA TERME (PI)    ITALY

                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 21:26:35                                                                                                        PAGE:    4
DATE: 03/20/12
```
08-13555-mg    Doc 27190    Filed 03/27/12    Entered 03/27/12 17:17:00    Main Document
Pg 9 of 12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| FROMME, DIRK | KOHLSTR. 29 RATINGEN 40883 GERMANY |
| GIUSEPPINA PETRINI AND GIORDANO UBALDI | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA VIA CAMPLI 21 00132 ROMA (RM) ITALY |
| GMO CREDIT OPPORTUNITIES FUND | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 40 ROWES WHARF BOSTON MA 02110 |
| GRF MASTER FUND II, LP | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND II, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GRUPPO BANCA LEONARDO S.P.A. | TRANSFEROR: BANK INSINGER DE BEAUFORT NV (ITALIA) ATTN: FRANCESCO PRATO - MATTEO CATENACCI VIA BROLETTO, 46 20121 MILANO ITALY |
| HALCYON LOAN TRADING FUND LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HEUVEL, FRANK VAN DEN | KAPERSTRAAT 37 AALSMEER 1432 PB NETHERLANDS |
| HOHM, STEFFEN | AM SUDHANG 19 OBERNBURG 63785 GERMANY |
| HOMBERG, ANNA DOROTHEA | IM DRUSELTAL 12, HA, APP. 248 KASSEL D-34131 GERMANY |
| HUYS, JJM | JONKER VON WEERSTSTRAAT 34 BRUNSSOM 6441 SW NETHERLANDS |
| HYPOSWISS PRIVATE BANK GENEVE SA | 7 RUE DES ALPES GENEVE 1 CH-1211 SWITZERLAND |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| ILLIQUIDX LLP | TRANSFEROR: BAST, JAGER, KOST, KROBER & PARTNER ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BAST-JAGER-KOEST-KROBER & PARTNER ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: KRISHNA ENTERPRISES LTD. ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LTD | TRANSFEROR: BANK SYZ & CO S.A. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LTD | TRANSFEROR: BAST-JAGER-KOEST-KROBER & PARTNER ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LTD | TRANSFEROR: HYPOSWISS PRIVATE BANK GENEVE SA ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: NRG POWER MARKETING LLC ATTN: RICHARD BIGGICA THE METRO CENTER ONE STATION PLACE -3N STAMFORD CT 06902 |
| JOSET, FRANZEN | JM KLEINEFELDCHEN 20 EUSKIRCHEN 53879 GERMANY |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BANK SARASIN & CO. LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: COAST DIVERSIFIED FUND, LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: EF SECURITIES LLC 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005-1401 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ELLINGTON CREDIT FUND, LTD. 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ELLINGTON MORTGAGE FUND S/C, LTD. 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ELLINGTON MORTGAGE PARTNERS LP 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ELLINGTON SPECIAL OPPORTUNITIES LTD 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: PNC BANK, NATIONAL ASSOCIATION ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: YORVIK PARTNERS LLP ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KAUL, ANITA | AMONEBURGER STR. 30 FRANKFURT 60433 GERMANY |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| KOENIG, WILFRIED | KARL-ERB-RING 103 RAVENSBURG D-88213 GERMANY |
| KWONG KAM BIU | FLAT 3 5/F SHUN TAI COURT SHUN CHI YUEN KWUN TONG KLN HONG KONG |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | LINKLATERS LLP ATTN: TITIA HOLTZ 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | TRANSFEROR: CITIBANK, N.A., LONDON BRANCH ATTN: DEREK ANTHONY HOWELL LEVEL 23 25 CANADA SQ LONDON E14 5LQ UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINSTRATION) | LINKLATERS LLP ATTN: TITIA HOLTZ 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |

```
TIME: 21:26:35                                    LEHMAN BROTHERS HOLDING INC.                                            PAGE:  5
DATE: 03/20/12                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINSTRATION) | TRANSFEROR: CITIBANK, N.A., LONDON BRANCH LEVEL 23 25 CANADA SQ LONDON E14 5LQ CANADA |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: AMPT, D.J. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: BOEL, A.J. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: BOEL, A.J. & M.P. BOEL-SERRARENS ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: STOOP, J.A.A. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: STOOP, J.A.A. & C. STOOP-VAN BEEK ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| MARCO, FERRARI | TRANSFEROR: ICCREA BANCA S.P.A. VIA BIXIO 50 LEGNAGO (VR) 37045 ITALY |
| MITTELSTAEDT, MICHAEL | VOBSTRAAT 15 HAMBURG 22399 GERMANY |
| MONARCH CAPITAL MASTER PARTNERS II LP | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAYMAN FUND LIMITED | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, 26TH FLOOR ATTN: MICHAEL GILLIN NEW YORK NY 10022 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH RESEARCH ALPHA MASTER FUND LTD | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | TRANSFEROR: MORGAN STANLEY & CO LLC ATTN: JOSHUA RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LTD. ATTN: BRIAN CRIPPS 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: MORGAN STANLEY & CO LLC ATTN: JOSHUA RAWLINS 1585 BROADWAY 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: MORGAN STANLEY & CO LLC ATTN: JOSHUA RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LIMITED ATTN: BRIAN CRIPPS 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LTD. ATTN: BRIAN CRIPPS 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: LUKE NOLAN 1 ANGEL LANE LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA SECURITIES INTERNATIONAL, INC | TRANSFEROR: COMMINGLED PENSION TRUST FUND (EMERGING MARKETS FIXED INCO ATTN: PAMELA OH 2 WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| NOMURA SECURITIES INTERNATIONAL, INC | TRANSFEROR: JPMORGAN EMERGING MARKETS DEBT FUND, A SERIES OF JPMORGAN ATTN: PAMELA OH 2 WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| NOMURA SECURITIES INTERNATIONAL, INC. | TRANSFEROR: JPM EMERGING SOVEREIGN OPEN MOTHER FUND ATTN: PAMELA OH 2 WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| NOMURA SECURITIES INTERNATIONAL, INC. | TRANSFEROR: JPMPORGAN FUNDS- EMERGING MARKETS DEBT FUND ATTN: PAMELA OH 2 WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| NRG POWER MARKETING LLC | 211 CARNEGIE CENTER PRINCETON NJ 08540 |
| OAKPORD MF LIMITED | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| P MONARCH RECOVERY LTD | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| PCI FUND L.L.C. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PCI FUND L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| PCI FUND LLC | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PCI FUND LLC | ROBERT SCHEININGER SIDLSEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PCI FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| PERMAL CANYON FUND LTD. | ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PERMAL CANYON FUND LTD. | TRANSFEROR: NOMURA SECURITIES INTERNATIONAL, INC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER/JONATHAN KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| PERMAL CANYON FUND LTD. | TRANSFEROR: NOMURA SECURITIES INTERNATIONAL, INC. C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER/JONATHAN KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| PERMAL CANYON FUND, LTD. | ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PERMAL CANYON FUND, LTD. | TRANSFEROR: NOMURA SECURITIES INTERNATIONAL, INC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER/JONATHAN KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| PIMCO CAYMAN JAPAN LOW DURATION FUND - (#2751) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 21:26:35                                                    LEHMAN BROTHERS HOLDING INC.                                                         PAGE: 6
DATE: 03/20/12                                                          CREDITOR LISTING

Name                                                    Address
PIMCO CAYMAN JAPAN LOW DURATION FUND -                  PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS
 (#2751)
PIMCO CAYMAN JAPAN LOW DURATION FUND -                  PIMCO TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS
 (#2751)
PIMCO DISTRESSED MORTGAGE FUND LP -                     PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660
 (#4670)
PIMCO DISTRESSED MORTGAGE FUND LP -                     ATTN: RICHARD LEBRUN 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660
 (#4670)
PIMCO DISTRESSED MORTGAGE FUND, L.P. -                  PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660
 (# 4670)
PIMCO DISTRESSED MORTGAGE FUND, L.P. -                  ATTN: RICHARD LEBRUN 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660
 (# 4670)
PLOCH, HEINRICH & GERLINDE                              MAINZER STR. 5 BACHARACH D-55422 GERMANY
POMOWSKI, WERNER & ELINOR                               SCHARPWINKELRING 97 HERNE 44653 GERMANY
REGIONE MARCHE                                          ATTN: ROLANDO BURATTINI VIA GENTILE DA FABRIANO 9 ANCONA 60125 ITALY
REGIONE MARCHE                                          ATTN: ROLANDO BURATTINI VIA GENTILE DE FABRIANO 9 ANCONA 60125 ITALY
ROMANI, FABRIZIO AND SIMONI, SIMONA                     TRANSFEROR: ICCREA BANCA S.P.A. C/O FABRIZIO ROMANI VIA PRATOVECCHIO, 873 MONSUMMANO TERME (PT) 51015 ITALY
ROMANI, FABRIZIO AND SIMONI, SIMONA                     SIMONA SIMONI VIA PRATOVECCHIO, 873 MONSUMMANO TERME (PT) 51015 ITALY
SEAPORT GROUP EUROPE LLP, THE                           TRANSFEROR: STICHTING THE VALUE FOUNDATION ATTN: JAY CONKLIN GROUND FLOOR WEST ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM
STANDARD CHARTERED BANK (HONG KONG)                     TRANSFEROR: KWONG KAM BIU 21/F, STANDARD CHARTER TOWER 388 KWUN TONG ROAD HONG KONG HONG KONG
 LIMITED
STOOP, J.A.A.                                           MEUR. C. STOOP-VAN BEEK TARWEHOF 22 BIDDINGHUIZEN 8256 GK NETHERLANDS
STOOP, J.A.A. & C. STOOP-VAN BEEK                       TARWEHOF 22 BIDDINGHUIZEN 8256 GK NETHERLANDS
SUPER CASPIAN CAYMAN FUND LIMITED                       TRANSFEROR: CASPIAN ALPHA LONG CREDIT FUND L.P. C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528
SUPER CASPIAN CAYMAN FUND LIMITED                       TRANSFEROR: CASPIAN ALPHA LONG CREDIT FUND, L.P. C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528
SUPER CASPIAN CAYMAN FUND LIMITED                       TRANSFEROR: CASPIAN ALPHA LONG CREDIT FUND, L.P. C/O CASPIAN CAYMAN FUND LIMITED 500 MAMARONECK AVENUE HARRISON NY 10528
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: BAUMGARTNER, MARTHA ATTN: ROBERT TANNOR 150 GRANT STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: BAUR, HEINZ F. ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: BLOMEP HOLDINGS LTD ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: DAHLKE, LARS ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: DE WIT, P.J.M. ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: DIAS, CUSTODIO SIMAO ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: ECKERLEIN, IRMGARD ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: FROMME, DIRK ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: HEUVEL, FRANK VAN DEN ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: HOHM, STEFFEN ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: HOMBERG, ANNA DOROTHEA ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: HUYS, JJM ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: JOSET, FRANZEN ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: KAUL, ANITA ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: KOENIG, WILFRIED ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: MITTELSTAEDT, MICHAEL ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: PLOCH, HEINRICH & GERLINDE ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: POMOWSKI, WERNER & ELINOR ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: ULF EGGERT ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TPF GENERATION HOLDINGS, LLC                            1044 NORTH 115TH STREET SUITE 400 OMAHA NE 68154
TPF GENERATION HOLDINGS, LLC                            DAVID BENNETT 1722 ROUTH STREET, SUITE 1500 DALLAS TX 75201
TPF GENERATION HOLDINGS, LLC                            TPF GENERATION HOLDINGS, INC ATTN: DAVID DICKEY 1044 N. 115TH ST SUITE 400 OMAHA NE 68154
TPF GENERATION HOLDINGS, LLC                            C/O DAVID M BENNETT 1722 ROUTH ST., SUITE 1500 DALLAS TX 75201
UBS AG, LONDON BRANCH                                   TRANSFEROR: UBS SECURITIES JAPAN LIMITED ATTN: DARLENE ARIAS & STEPHEN SCANAPIECO 100 LIVERPOOL STREET LONDON EC2M ENGLAND
UBS AG, STAMFORD BANCH                                  TRANSFEROR: BTR GLOBAL ARBITRAGE TRADING LIMITED ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                                 TRANSFEROR: BTR GLOBAL GROWTH TRADING LIMITED ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                                 TRANSFEROR: BTR GLOBAL OPPORTUNITY TRADING LIMITED ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                                 TRANSFEROR: BTR GLOBAL PROSPECTOR II TRADING LIMITED ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                                 TRANSFEROR: BTR GLOBAL PROSPECTOR TRADING LIMITED ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
UBS SECURITIES JAPAN LIMITED                            TRANSFEROR: ITOCHU CAPITAL SECURITIES LTD. OTEMACHI FIRST SQUARE, 5-1, OTEMACHI I-CHOME, CHIYODA-KU TOKYO 100-0004 JAPAN

                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 21:26:35                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:  7
DATE: 03/20/12                                           CREDITOR LISTING

Name                              Address
ULF EGGERT                        RINGSTR.13 LICHTENFELS 96215 GERMANY
VARDE FUND IX LP, THE             TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX, L.P., THE          TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE           TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A, L.P, THE         TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A, L.P., THE        TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP     TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
YORVIK PARTNERS LLP               TRANSFEROR: ALIZEE INVESTMENT AG ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed   269
```

EPIQ BANKRUPTCY SOLUTIONS, LLC