UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x

Ref. Docket Nos. 25736, 26499, 26535, 26547, 26548, 26551, 26554, 26557-26559, 26561, 26563, 26564, 26566, 26568, 26576, 26579, 26580, 26634, 26677, 26709, 26721, 26769-26771, 26774, 26782, 26785, 26788, 26791, 26800, 26827, 26829, 26831, 26841, 26842, 26858, 26861-26863, 26866, 26868, 26870, 26873-26879, 26904, 26909, 26910, 26912, 26935-26939, 26949, 26955, 26962, 26968-26971, 26976, 26982-26986, 26988-26990, 27033, 27034

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 21, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
27th day of March, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

    Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   BARCLAYS BANK PLC
          TRANSFEROR: ALPHA-OMEGA CORPORATION
          745 SEVENTH AVENUE
          NEW YORK NY 10019

Please note that your claim # 42943-02 in the above referenced case and in the amount of
    $11,179,784.35  allowed at $10,065,465.63        has been transferred (**unless previously expunged by court order**)

          ELLIOTT ASSOCIATES, L.P.
          TRANSFEROR: BARCLAYS BANK PLC
          C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN
          ATTN: MICHAEL STEPHAN
          40 WEST 57TH STREET
          NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 26982      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/21/2012                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 21, 2012.

**EXHIBIT B**

08-13555-mg    Doc 27191    Filed 03/27/12    Entered 03/27/12 18:03:25    Main Document
Pg 5 of 9

TIME: 20:52:32
DATE: 03/21/12
PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| BANCA POPOLARE DI MILANO S.C.P.A. | TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: MRS. MARIA TERESA GUERRA PIAZZA MEDA, 4 20121 MILANO ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: ALPHA-OMEGA CORPORATION 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: STEVE STANCARONE 745 7TH AVE, 16TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: DEXIA BANK BELGIUM SA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MONARCH MASTER FUNDING LTD 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PICTET & CIE 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUEMOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP C/O BLUEMOUNTAIN DISTRESSED MASTER FUND, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUEMOUNTAIN LONG/SHORT CREDIT MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUEMOUNTAIN TIMBERLINE, LTD. | TRANSFEROR: ILLIQUIDX LLP C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BSOF MASTER FUND LP | TRANSFEROR: ARTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC 34 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF MASTER FUND LP | TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| CANYON BALANCED MASTER FUND, LTD. | ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON BALANCED MASTER FUND, LTD. | TRANSFEROR: NOMURA SECURITIES INTERNATIONAL, INC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER/JONATHAN KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CASPIAN FOCUSED CREDIT L FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 300 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN FOCUSED CREDIT L FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 300 MAMARONECK AVENUE HARRISON TN 10528 |
| CENTRAL BANCO UNIVERSAL | ATTN: ALEJANDRO GOMEZ SIGALA EDIFICIO CENTRAL E.A.P. AVE. SAN FELIPE, ENTRE 1A AND 2A TRANSVERSAL, LA CASTELLANA CARACAS VENEZUELA |
| CENTRAL BANCO UNIVERSAL | ATTN: DAVID LEMAY & CHRISTY RIVERA CHADBOURNE & PARKE 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CFIP MASTER FUND LIMITED | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: STEVEN J NOVATNEY C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE SUITE 3495 CHICAGO IL 60606 |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: SEMPER GESTION S.A. ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON SW1X 7JH UNITED KINGDOM |
| CITIBANK, N.A., HONG KONG BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 ACENUE OF THE AMERICA NEW YORK NY 10019 |
| CITIBANK, N.A., HONG KONG BRANCH | ATTN: SAMEER DESHPANDE 3 CHANGI BUSINESS PARK, CRESCENT, 8TH FLOOR SINGAPORE 486026 SINGAPORE |
| CLARIDEN LEU LTD | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CLARIDEN LEU LTD | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CLARIDEN LEU LTD | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG, HONG KONG BRANCH | TRANSFEROR: CITIBANK, N.A., HONG KONG BRANCH ONE RAFFLES LINK UNITS 04-02 SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE INTERNATIONAL | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: PBC FINANCING LLC ATTN: WILLIAM DOYLE 11 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE SUCURSAL EN ESPANA | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE SUCURSAL EN ESPANA | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SUCURSAL EN ESPANA | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CVF LUX MASTER SARL | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| CVIC LUX MASTER | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| DEITL, GERHARD | JOHANNISRUEG 4 OBERVIECHTACH 92526 GERMANY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CLARIDEN LEU LTD ATTN: SIMON GLENNIE/KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE (GIBRALTAR) LIMITED ATTN: SIMON GLENNIE/KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE (GUERNSEY) LIMITED WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A. ATTN: SIMON GLENNIE/KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 20:52:32                                              LEHMAN BROTHERS HOLDING INC.                                                        PAGE:    2
DATE: 03/21/12                                                   CREDITOR LISTING

Name                                              Address
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ENERGYCO MKTG AND TRDG, LLC N/K/A OPTIM ENERGY MKTG, LLC ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: EUROMOBILIARE INTERNATIONAL FUND - TR FLEX 5 ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: NEUE AARGAUER BANK AG ATTN: SIMON GLENNIE / KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SUNAMERICA SERIES TRUST - INTERNATIONAL GROWTH AND INCOME PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
EFG BANK AB (PUBL)                                P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN
EHART, MARTIN                                     UNTERWEB 127 STRENGEN/OSTERREICH A-6571 AUSTRIA
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: ILLIQUIDX LTD C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: ILLIQUIDX LTD C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
FERNWOOD ASSOCIATES LLC                           TRANSFEROR: BARCLAYS BANK PLC INTERMARKET CORPORATION 1370 AVENUE OF THE AMERICAS, 33RD FLOOR NEW YORK NY 10019
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SOCIETE GENERALE C/O GOLDMAN SACHS & CO ATTN: RICK CANONICO 200 WEST ST NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SPCP GROUP, LLC C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SPCP GROUP,LLC C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: KNIGHTHEAD MASTER FUND, LP ATTN: ANDREW CADITZ 30 HUDSON STREET, 26TH FLOOR JERSEY CITY NJ 07302
GRF MASTER FUND II, L.P.                          ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
GRF MASTER FUND II, L.P.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
GRF MASTER FUND II, LP                            ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
GRF MASTER FUND II, LP                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND, LP                     TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
HALCYON LOAN TRADING FUND, LP                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE - 8TH FLOOR
                                                  NEW YORK NY 10022
HANS BOCKLER STIFTUNG                             ATTN: DANIEL A. LOWENTHAL C/O PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036
ILLIQUIDX LLP                                     TRANSFEROR: UBS AG ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LTD                                     TRANSFEROR: EIK BANKI FOROYA P/F ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LTD                                     TRANSFEROR: P/F EIK BANKI ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK N.A.                          C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK N.A.                          TRANSFEROR: AGRICULTURAL BANK OF GREECE SA ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                  NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: CFIP MASTER FUND LIMITED ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: EF SECURITIES LLC 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: ELLINGTON CREDIT FUND, LTD. 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: SECONDMARKET, INC. 4 NEW YORK PLAZA, 16TH FLOOR NEW YORK NY 10004
KNIGHTHEAD MASTER FUND, LP                        TRANSFEROR: BARCLAYS BANK PLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022
LATAJ GROUP, LLC                                  TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O RICHARDS KIBBE & ORBE LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MINARDI CAPITAL CORP                              CHADBOURNE & PARKE, LLP ATTN: DAVID LEMAY, CHRITY RIVERA, ESQS 30 ROCKEFELLER PLAZA NEW YORK NY 10112
MINARDI CAPITAL CORP                              TRANSFEROR: CENTRAL BANCO UNIVERSAL VANTERPOOL PLAZA 2ND FLOOR WICKHAMS CAY 1, ROAD TOWN BRITISH VIRGIN ISLANDS

                                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 20:52:32                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    3
DATE: 03/21/12                              CREDITOR LISTING

Name                                                    Address
MONARCH MASTER FUNDING LTD                              TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                        535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
NOMURA SECURITIES INTERNATIONAL, INC                    TRANSFEROR: JPMORGAN EMERGING MARKETS DEBT FUND, A SERIES OF JPMORGAN ATTN: PAMELA OH 2 WORLD FINANCIAL CENTER NEW YORK NY 10281
NORDNET BANK AB                                         TRANSFEROR: EFG BANK AB (PUBL) ATTN: JACOB KAPLAN PO BOX 14077 S-167 14 BROMA  SWEDEN
PANG, KAI YUEN PETER                                    FLAT 17G, TOWER A, HOLLYWOOD TERRACE 268 QUEEN'S ROAD CENTRAL HONG KONG  CHINA
PBC FINANCING LLC                                       CREDIT SUISSE ATTN: WILLIAM DOYLE 11 MADISON AVENUE NEW YORK NY 10010
PBC FINANCING LLC                                       ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PCI FUND LLC                                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10019
PCI FUND LLC                                            ROBERT SCHEININGER SIDLWY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
                                                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SUSAN MORIELLO C/O ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR
                                                        NEW YORK NY 10012
PICTET & CIE                                            60 ROUTE DES ACACIAS GENEVA 73  CH-1211 SWITZERLAND
RICKAT INVESTMENT LIMITED                               C/O MS. NG KA LING, KATHLEEN 1/F KENTUCKY IND. BUILDING 57-61 LEI MUK ROAD, KWAI CHUNG NEW TERRITORIES  HONG KONG
ROYAL BANK OF SCOTLAND, PLC, THE                        ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
ROYAL BANK OF SCOTLAND, PLC, THE                        TRANSFEROR: VANGUARD BALANCED INDEX FUND, ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                        TRANSFEROR: VANGUARD FIDUCIARY TRUST CO. INTERMEDIATE-TERM BOND TRUST ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD
                                                        STAMFORD CT 06901
SCHEUNERT, GEORG AND INGEBORG                           REPRESENTED BY THE ATTORNEY HOLGER VAN OOY UERDINGER STR. 5 DUSSELDORF  D-40474 GERMANY
SEAPORT GROUP EUROPE LLP                                TRANSFEROR: STICHTING THE VALUE FOUNDATION ATTN: JAY CONKLIN GROUND FLOOR WEST ONE FINSBURY CIRCUS LONDON  EC2M 7EB UNITED KINGDOM
SEAPORT GROUP EUROPE LLP, THE                           TRANSFEROR: STICHTING THE VALUE FOUNDATION ATTN: JAY CONKLIN GROUND FLOOR WEST ONE FINSBURY CIRCUS LONDON  EC2M 7EB UNITED KINGDOM
SEB AG                                                  TRANSFEROR: HANS BOCKLER STIFTUNG ATTN: HANS RUETER ULMENSTR. 30 FRANKFURT AM MAIN  60325 GERMANY
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: CLARIDEN LEU LTD 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: DEITL, GERHARD 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: EHART, MARTIN 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: PANG, KAI YUEN PETER 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: RICKAT INVESTMENT LIMITED 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: SCHEUNERT, GEORG AND INGEBORG 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: ZEIDLER, IRENE 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
UBS AG                                                  BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                                  ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
UBS AG, LONDON BRANCH                                   TRANSFEROR: UBS SECURITIES JAPAN LIMITED ATTN: DARLENE ARIAS & STEPHEN SCANAPIECO 100 LIVERPOOL STREET LONDON  EC2M ENGLAND
UNIONE DI BANCHE ITALIANE SCPA                          ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO  24121 ITALY
UNIONE DI BANCHE ITALIANE SCPA                          ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO  20121 ITALY
VANGUARD BALANCED INDEX FUND,                           TRANSFEROR: VANGUARD VALLEY FORGE FUNDS ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482
A SERIES OF VANGUARD VALLEY FORGE FUNDS
VANGUARD FIDUCIARY TRUST CO.                            TRANSFEROR: VANGUARD FIDUCIARY TRUST CO CORPORATE BOND TRUST ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482
INTERMEDIATE-TERM BOND TRUST
VANGUARD FIDUCIARY TRUST CO.                            TRANSFEROR: VANGUARD FIDUCIARY TRUST COMPANY ASSET BACKED SEC TRUST ASSET-BACKED SECURITIES TRUST ATTN: MICHAEL DRAYO PO BOX 2600
INTERMEDIATE-TERM BOND TRUST                            VALLEY FORGE PA 19482
VANGUARD FIDUCIARY TRUST CO.                            TRANSFEROR: VANGUARD FIDUCIARY TRUST COMPANY ASSET-BACKED SEC TRUST ASSET-BACKED SECURITIES TRUST ATTN: MICHAEL DRAYO PO BOX 2600
INTERMEDIATE-TERM BOND TRUST                            VALLEY FORGE PA 19482
VARDE FUND IX LP, THE                                   TRANSFEROR: SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE                                   TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE                                   TRANSFEROR: SEAPORT GROUP EUROPE LLP THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE                                   TRANSFEROR: SEAPORT GROUP EUROPE LLP THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                                 TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                                 TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                                 TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                                 TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                           TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                           TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                           TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                           TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)                    TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
MASTER LP
VARDE INVESTMENT PARTNERS, LP                           TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 20:52:32                                        LEHMAN BROTHERS HOLDING INC.                                                       PAGE:    4
DATE: 03/21/12                                             CREDITOR LISTING

Name                             Address
VARDE INVESTMENT PARTNERS, LP    TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP    TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP    TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
YORVIK PARTNERS LLP              TRANSFEROR: CREDIT SUISSE SUCURSAL EN ESPANA 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
ZEIDLER, IRENE                   SCHMIEGE 36 D-79238 EHRENKIRCHEN GERMANY


Total Number of Records Printed   144
```

EPIQ BANKRUPTCY SOLUTIONS, LLC