UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                                          :    Chapter 11
                                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
                                                                                     :
                                       Debtors.                       :    (Jointly Administered)
                                                                                     :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

        I, Rebecca T. Logan, hereby certify that on March 27, 2012 I caused a copy of the RESPONSE OF NIKESH DARYANI, NEELAM DARYANI, PARASRAM DARYANI AND VIKAS DARYANI TO THE DEBTORS' TWO HUNDRED SIXTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM to be served upon the parties/counsel listed below via U.S. First Class Mail.

                                                */s/ Rebecca T. Logan*
                                                Rebecca T. Logan

The Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

Weil, Gotshal & Manges LLP
Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.
767 Fifth Avenue
New York, NY 10153

The Office of the United States Trustee for Region 2
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

01: 11607396.2                                                                                                                             070787.1001