**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
:
In re                                                   :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*            :    **08-13555 (JMP)**
:
Debtors.                                   :    **(Jointly Administered)**
:
------------------------------------------------------------------------x    **Ref. Docket No. 27075**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757
    Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not
    a party to the above-captioned action.

2.  On March 21, 2012, I caused to be served the:

    a.  "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Omnibus
        Claims Objections Scheduled for Hearing on March 22, 2012," dated March 21, 2012
        [Docket No. 27075], "(the "CNO"), and

    b.  "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Omnibus
        Claims Objection Scheduled for Hearing on March 22, 2012," dated March 21, 2012
        [related to Docket No. 27075], annexed hereto as <u>Exhibit A</u>, (the "CNO sans
        Exhibits"),

by causing true and correct copies of the:

    i.   CNO, to be delivered via electronic mail to those parties listed on the annexed
         <u>Exhibit B</u>, and

    ii.  CNO sans Exhibits, to be delivered via electronic mail to those parties listed on the
         annexed <u>Exhibit C</u>.

                                                    */s/ Panagiota Manatakis*
                                                    Panagiota Manatakis

26<u>th</u> day of March, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                       :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION**
**UNDER 28 U.S.C. § 1746 REGARDING DEBTORS' OMNIBUS**
**CLAIMS OBJECTIONS SCHEDULED FOR HEARING ON MARCH 22, 2012**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

        Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

        1.    Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), filed the following omnibus claims objections (collectively, the "Claims

Objections") with the Court for hearing on or before March 22, 2012:

a.      Debtors' Objection to the Claim of American Investors Life Insurance
        Co., Inc. (Claim No. 65963) **[ECF No. 24110]**

b.      Debtors' One Hundred Tenth Omnibus Objection to Claims (Pension
        Claims) **[ECF No. 15010]**

c.      Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No
        Liability Claims) **[ECF No. 15019]**

d.      Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims
        (Valued Derivative Claims) **[ECF No. 16860]**

e.      Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No
        Liability Employee Claims) **[ECF No. 19399]**

f.      Debtors' One Hundred Seventy-Fourth Omnibus Objection to Claims (To
        Reclassify Proofs of Claim as Equity Interests) **[ECF No. 19390]**

g.      Debtors' One Hundred Seventy-Fifth Omnibus Objection to Claims (No
        Liability Pension Claims) **[ECF No. 19391]**

h.      Debtors' Two Hundred Fifty-Third Omnibus Objection to Claims (Valued
        Derivative Claims) **[ECF No. 24103]**

i.      Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims
        (Employment-Related Claims) **[ECF No. 25059]**

j.      Debtors' Two Hundred Fifty-Fifth Omnibus Objection to Claims (No
        Liability Derivatives Claims) **[ECF No. 24117]**

k.      Debtors' Two Hundred Fifty-Seventh Omnibus Objection to Claims
        (Amended and Superseded Claims) **[ECF No. 24990]**

l.      Debtors' Two Hundred Fifty-Eighth Omnibus Objection to Claims (to
        Reclassify Proofs of Claim as Equity Interests) **[ECF No. 24992]**

m.      Debtors' Two Hundred Fifty-Ninth Omnibus Objection to Claims (Late-
        Filed Claims) **[ECF No. 24993]**

n.      Debtors' Two Hundred Sixtieth Omnibus Objection to Claims
        (Duplicative of Indenture Trustee Claims) **[ECF No. 24994]**

o.      Debtors' Two Hundred Sixty-First Omnibus Objection to Claims (No
        Guarantee Claims) **[ECF No. 24109]**

p.      Debtors' Two Hundred Sixty-Third Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 24997]**

q.      Debtors' Two Hundred Sixty-Fourth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 24998]**

r.      Debtors' Two Hundred Sixty-Fifth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 24999]**

s.      Debtors' Two Hundred Sixty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 25000]**

2.      In accordance with the Second Amended Case Management Order, the Debtors established deadlines (the "<u>Response Deadline</u>") for each Claim Objection for parties to object or file responses. The Response Deadlines have been extended for certain creditors from time to time. The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.      The Response Deadlines have now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on Debtors' counsel by any of the holders of the claims included Exhibit 1 to any of the Orders attached hereto, which includes only the proofs of claim for which the Claims Objection will be granted. Responses to certain of the Claims Objections were filed on the docket, or served on the Debtors, by holders of certain proofs of claim included on the Claims Objections. The hearing on the Claims Objections as to any proof of claim for which a response was either filed on the docket or received by the Debtors, and which objection has not been resolved, has been adjourned to a future date.

4.      Accordingly, the Debtors respectfully request that the proposed orders granting the Claims Objections annexed hereto as <u>Exhibits A</u> through <u>S</u>, which, except for the inclusion of additional language to indicate that such order is supplemental to a previously entered order for a Claim Objection or to reference the inclusion of separate exhibits attached to the proposed orders for proofs of claim for which the Claims Objection is granted, adjourned or withdrawn, are unmodified since the filing of the Claims Objections, be entered in accordance with the procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: March 21, 2012
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

**EXHIBIT B**

# **Exhibit A**

**Counsel To The Official Committee Of Unsecured  Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED  CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT C**

## LEHMAN BROTHERS HOLDINGS INC.
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |