UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

In re                                              :
LEHMAN BROTHERS HOLDING INC.                       :        Chapter 11 Case No. 08-13555
                                                   :
-----------------------------------------------------x

## CREDITOR WOLFGANG LUKOSCHEK's NOTICE OF WITHDRAWAL OF COUNSEL

Creditor Wolfgang Lukoschek hereby respectfully provides notice to the Debtors
that he has released counsel from his duties and responsibilities with respect to
Claim #13611 (US$56,970.75).

RESPECTFULLY submitted this   20th   day of March, 2012.

Helge Naber
Montana Bar. Id. #7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T 406 452 3100
F 406 452 6599
e helge.naber@naberpc.com

• Lehman Brothers Holding Inc. Claims Processing

c/o Epiq Bankruptcy Solutions LLC

FDR Station P.O. Box 5076

New York New York 10150-5076

• Shai Waisman Esq.

WEIL GOTSCHAL & MANGES LLP

767 Fifth Avenue

New York New York 10153

*Attorney for Debtor*

• Wolfgang Lukoschek

Am Wiesenrain 21

60041 Frankfurt/Germany

*Creditor Pro Se*

### CERTIFICATE OF SERVICE

This is to certify that the foregoing CREDITOR'S NOTICE OF
WITHDRAWAL OF COUNSEL was duly served by U.S. First Class
mail, appropriate postage prepaid, upon the other parties or
their attorney of record at their address or addresses as shown
herein on _____ MAR 2 0 2012 _____

NABER PC

By _____
300 Central Avenue Ste. 320 • Great Falls, MT 59401

HELGE NABER LL.M.
RECHTSANWALT & ATTORNEY AT LAW
NABER PC
300 CENTRAL AVENUE SUITE 320
GREAT FALLS MONTANA 59401
WWW.NABERPC.COM

MAR 26 2012

GREAT FALLS MT 594
21 MAR 2012 PM 1 T

Lehman Brothers Holding Inc. Claims Processing
c/o Epiq Bankruptcy Solutions LLC
FDR Station P.O. Box 5076
New York New York 10150-5076