United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings., et al., Case No: 08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | VonWin Capital Management, LP<br>Transferor: Bein, Miguel R and Olga Maria Rebori De Bein<br>c/o VonWin Capital, LLC its general Partner<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 1006 |
| Court Claim Number (if known) | 15999 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | $567,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Date: March 28, 2012

Print Name: Roger Von Speigel
Title (if applicable): Managing Director