UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

------------------------------------------------------------------------x

Ref. Docket Nos. 25386, 25389,
26305, 26316, 26317, 26356, 26366,
26367, 26372, 26374, 26389, 26483,
26528, 26704

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 22, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
28th day of March, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |      Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |  08-13555 (JMP)
                                |
                                |      (Jointly Administered)
                 Debtors.       |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MERRILL LYNCH INTERNATIONAL                MERRILL LYNCH INTERNATIONAL
      ATTN: CHRISTOPHER J. HAAS                  C/O FREDRIC SOSNICK & NED S. SCHODEK
      BANK OF AMERICA TOWER                      SHEARMAN & STERLING LLP
      ONE BRYANT PARK                            599 LEXINGTON AVENUE
      NEW YORK NY 10036                          NEW YORK NY 10022
```

Please note that your claim # 20121-27 in the above referenced case and in the amount of
$1,846,948.48  allowed at $1,000,000.00        has been transferred **(unless previously expunged by court order)**

```
      PERMAL STONE LION FUND LTD.
      TRANSFEROR: MERRILL LYNCH INTERNATIONAL
      ATTN: BRIAN WOOD
      461 5TH AVENUE, 14TH FLOOR
      NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 26366      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/22/2012

                              Vito Genna, Clerk of Court


                              /s/ Lauren Rodriguez
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 22, 2012.

# EXHIBIT B

TIME: 18:52:44
DATE: 03/22/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BELLWIED, KURT | VAUTIESTRASSE 87 DUSSELDORF 40235 GERMANY |
| CNP VIDA DE SEGUROS Y REASEGUROS S.A. | ATTN: FABRICE MAGAVAL CALLE OCHANDIANO, 10 EL PLANTIO MADRID 28023 SPAIN |
| CNP VIDA DE SEGUROS Y REASEGUROS S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O CARVAL INVESTORS, LLC 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| DEUTSCHE BANK AG | DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR 99 BISHOPSGATE ATTN: CONOR MCGOVERN LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG | ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O EMPYREAN CAPITAL PARTNERS, LP; ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| GFA I LLC | TRANSFEROR: DEUTSCHE BANK AG /FRANKFURT/ 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: CNP VIDA DE SEGUROS Y REASEGUROS S.A. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MORGAN STANLEY & CO INTERNATIONAL PLC | ATTN: JOSHUA RAWLINS 1585 BROADWAY 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LTD. ATTN: BRIAN CRIPPS 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS, JR. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MORGAN STANLEY & CO. LLC ATTN: JOSHUA RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LIMITED ATTN: BRIAN CRIPPS 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY CAPITAL SERVICES LLC | TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LTD. ATTN: BRIAN CRIPPS 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY CAPITAL SERVICES LLC | COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| MORGAN STANLEY CAPITAL SERVICES LLC | F/K/A MORGAN STANLEY CAPITAL SERVICES INC. ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| PERPALL STONE LION FUND LTD. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: BRIAN WOOD 461 5TH AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: STICHTING THE VALUE FOUNDATION ATTN: JAY CONKLIN GROUND FLOOR WEST ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM |
| STICHTING THE VALUE FOUNDATION | C/O J. DE KONING, H.J. DE KONING, A. KEMPEN, R. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STONE LION PORTFOLIO L.P. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: BRIAN WOOD 461 5TH AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: BELLWIED, KURT 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| YORK CAPITAL MANAGEMENT, LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: YORK CAPITAL MANAGEMENT, LP C/O YORK CAPITAL MANAGEMENT, L.P. ATTN: LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed    38

EPIQ BANKRUPTCY SOLUTIONS, LLC