UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 26729, 26776,
                                                                       26834, 26837

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 23, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            /s/ Lauren Rodriguez
                                                            Lauren Rodriguez

Sworn to before me this
28th day of March, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)

| (Jointly Administered)

Debtors.

---

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    CITIGROUP FINANCIAL PRODUCTS INC.
               TRANSFEROR: VR-LIW GMBH
               ATTN: ROHIT BANSAL
               390 GREENWICH STREET, 4TH FL
               NEW YORK NY 10013


Additional:    CITIGROUP FINANCIAL PRODUCTS INC.
               DOUGLAS R. DAVIS
               PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
               1285 AVENUE OF THE AMERICAS
               NEW YORK NY 10019


Transferee:    CASPIAN FOCUSED CREDIT L FUND, LP
               C/O CASPIAN CAPITAL LP
               500 MAMARONECK AVENUE
               HARRISON NY 10528


**Your transfer**   of claim #   55174-03   **is defective for the reason(s) checked below:**

Other                            Claim is owned by Citi Financial, not Citi Global Markerts
Other                            See docket no. 7582


Docket Number 26729              Date 03/16/12


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 23, 2012.

# EXHIBIT B

08-13555-mg    Doc 27206    Filed 03/28/12    Entered 03/28/12 19:04:42    Main Document
Pg 4 of 5

```
TIME: 17:34:42                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:   1
DATE: 03/23/12                                          CREDITOR LISTING

Name                                    Address
CASPIAN FOCUSED CREDIT L FUND, LP       C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528
CITIGROUP FINANCIAL PRODUCTS INC.       TRANSFEROR: VR-LIW GMBH ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.       DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: SABRETOOTH MASTER FUND, LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                        LONDON   EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.                C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.             C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ILLIQUIDX LLP                           TRANSFEROR: KRISHNA ENTERPRISES LTD. ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM


Total Number of Records Printed           7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC