Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>    Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Rahn & Bodmer Co. | Piguet Galland & Cie SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Rahn & Bodmer Co.
attn Enrico Nussio
Postfach
8022 Zurich
Switzerland

Court Claim # (if known): 64055
Date Claim Filed: 10/23/2009
Amount of Claim: USD 610,486.24
Portion of Claim Transferred (see Schedule I): USD 70,980.00

Phone: +41 44 639 11 11        Phone: +41 58 310 44 41
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____    Date: March 26, 2012
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Piguet Galland & Cie SA ("Transferor") unconditionally and irrevocably transferred to **Rahn & Bodmer Co.** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 64055**),USD 70,980 in nominal amount related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON March 20, 2012

Piguet Galland & Cie SA

By: _____
Name:
Title: Jean-Marc Blanchet
       Vice President

By: _____
Name:
Title: Murielle Spahni
       Assistant Vice-President

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount |
|---|---|---|---|---|
| XS0213416141 | 64055 | 10/23/2009 | Lehman Brothers Treasury | EUR 50'000.-- |
| | | | | USD 70'980.-- |

**R&B BANQUIERS**

Rahn & Bodmer Zürich

United States Bankruptcy Court/Southern
District of New York
Lehman Brothers Holdings Claims
Processing Center
c/o Epic Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

Zurich, March 26, 2012
cpa/ek

**Transfer of Claim**

Dear Sir or Madam

Please find attached the forms for transfer of a claim.

Yours faithfully,
Rahn & Bodmer Co.

Enrico Nussio                                Edgar Kühne

enclosure:
- Form „evidence of transfer of claim"
- Form 210A

Rahn & Bodmer Co.
Talstrasse 15, Postfach
8022 Zürich, Schweiz
Telefon  +41 44 639 11 11
Telefax  +41 44 639 11 22

FedEx International Air Waybill — illegible shipping label (tracking #8667 6811 3828, INTL PRIORITY to 10017 NY-US EWR).