UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,:    08-13555 (JMP)
                                        :    (Jointly Administered)
                    Debtors.            :
                                        :
------------------------------------------------------------------x    Ref. Docket Nos. 20521, 20523,
                                             25990, 26294, 26378, 26492, 26547,
                                             26563, 26579, 26715, 26825, 26826,
                                             26849, 26939, 26950, 26954, 26956,
                                             26960, 26963, 26966, 26986, 26987

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 23, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Lauren Rodriguez
                                        Lauren Rodriguez

Sworn to before me this
28th day of March, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 20521, 20523, 25990...26966, 26986, 26987_AFF_03-23-12.doc

# EXHIBIT A

08-13555-mg    Doc 27208    Filed 03/28/12    Entered 03/28/12 20:02:29    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  JPMORGAN CHASE BANK, N.A.
     TRANSFEROR: ELLINGTON CREDIT FUND, LTD.
     1 CHASE MANHATTAN PLAZA, FLOOR 26
     ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
     NEW YORK NY 10005
```

Please note that your claim # 11403 in the above referenced case and in the amount of
$1,065,658.00         has been transferred **(unless previously expunged by court order)**

```
     CASPIAN FOCUSED CREDIT L FUND, L.P
     TRANSFEROR: JPMORGAN CHASE BANK, N.A.
     767 FIFTH AVENUE, 45TH FLOOR
     NEW YORK NY 10153
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                  UNITED STATES BANKRUPTCY COURT
                  Southern District of New York
                  One Bowling Green
                  New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 26849     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/23/2012                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 23, 2012.

**EXHIBIT B**

```
TIME: 17:35:39                                        LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 03/23/12                                             CREDITOR LISTING

Name                                          Address
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.       ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                              NEW YORK NY 10012
BANCA DI CREDITO COOPERATIVO DI ROMA          ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
  SOCIETA COOPERATIVA
BANCA DI CREDITO COOPERATIVO DI ROMA          ATTN: ROBERTO PALOMBO AND ROSSANO GIUPPA VIALE OCEANO INDIANO 13C ROMA  00144 ITALY
  SOCIETA COOPERATIVA
BANK SYZ & CO S.A.                            ATTN: BO TITRES - CORPORATE ACTIONS RUE DU RHONE 30 GENEVE  CH-1204 SWITZERLAND
BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER      TRANSFEROR: ILLIQUIDX LLP C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
  FUND, L.P.
BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER      TRANSFEROR: ILLIQUIDX LLP C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
  FUND, L.P.
BLUEMOUNTAIN DISTRESSED MASTER FUND,          TRANSFEROR: ILLIQUIDX LLP C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
  L.P.
BLUEMOUNTAIN LONG/SHORT CREDIT MASTER         TRANSFEROR: ILLIQUIDX LLP C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
  FUND, L.P.
CASPIAN FOCUSED CREDIT L FUND, L.P            TRANSFEROR: JPMORGAN CHASE BANK, N.A. 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153
CVI GVF LUXEMBOURG TWELVE S.A.R.L.            TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144
                                              MINNETONKA MN 55343-9439
DEUTSCHE BANK AG LONDON BRANCH                ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG LONDON BRANCH                CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON  EC2M 3XD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)          TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                              LONDON  EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.                      TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                   TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
HALCYON LOAN TRADING FUND LLC                 RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CTR NEW YORK NY 10281
HALCYON LOAN TRADING FUND LLC                 TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALYCON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVE 8TH FL NEW YORK NY 10022
HYPOSWISS PRIVATE BANK GENEVE SA              TRANSFEROR: BANK SYZ & CO S.A. ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
                                              7 RUE DES ALPES GENEVE 1  CH-1211 SWITZERLAND
ILLIQUIDX LLP                                 TRANSFEROR: BAST-JAGER-KOEST-KROBER & PARTNER ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET
                                              LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                 TRANSFEROR: HYPOSWISS PRIVATE BANK GENEVE SA ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ITOCHU CAPITAL SECURITIES LTD.                TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: RYOTARO SUGAMARA AOYAMA KUMAHOJINJA BUILDING 4F 2-2-22 JINGUMAE, SHIBUYA-KA
                                              TOKYO  150-0001 JAPAN
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: CFIP MASTER FUND LIMITED ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: ELLINGTON CREDIT FUND, LTD. 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005
MORGAN STANLEY CAPITAL SERVICES LLC           COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC           CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC           CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001
MORGAN STANLEY CAPITAL SERVICES LLC           F/K/A MORGAN STANLEY CAPITAL SERVICE INC. ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
PETRINI, GIUSEPPINA AND GIORDANO UBALDI       TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA VIA CAMPLI 210 00132 ROMA (RM)  ITALY
SEAPORT GROUP EUROPE LLP, THE                 TRANSFEROR: STICHTING THE VALUE FOUNDATION ATTN: JAY CONKLIN GROUND FLOOR WEST ONE FINSBURY CIRCUS LONDON  EC2M 7EB UNITED KINGDOM
SILVER POINT CAPITAL FUND, L.P.               DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.               TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O SILVER POINT CAPITAL, L.P. ATTN: FREDERICK H. FOGEL 2 GREENWICH PLAZA, FIRST FLOOR
                                              GREENWICH CT 06830
SILVER POINT CAPITAL FUND, L.P.               TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O SILVER POINT CAPITAL, L.P. ATTN: FREDERICK H. FOGEL 2 GREENWICH PLAZA, FIRST FLOOR
                                              GREENWICH CT 06830
UBS AG, LONDON BRANCH                         TRANSFEROR: UBS SECURITIES JAPAN LIMITED 100 LIVERPOOL STREET LONDON  ENGLAND
UBS SECURITIES JAPAN LIMITED                  TRANSFEROR: ITOCHU CAPITAL SECURITIES LTD. OTEMACHI FIRST SQUARE, 5-1, OTEMACHI I-CHOME, CHIYODA-KU TOKYO  100-0004 JAPAN
VARDE FUND IX LP, THE                         TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER), L.P., THE              TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                 TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed       39                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```