

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

March 19, 2012

Deborah Newman
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park,
New York, NY  10036

Re:  In re: Lehman Brothers Holdings Inc, et al., Debtors/ Pltf. vs. Bank of america National Assocaition, et al. including DELAWARE INVESTMENT ADVISERS, INC., Dfts.

Case No.  0813555(JMP)

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for DELAWARE INVESTMENT ADVISERS, INC.

DELAWARE INVESTMENT ADVISERS, INC. is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Anita Montez
Process Specialist

Log# 520143882

FedEx Tracking# 798184076318

cc:  Southern District of New York - U.S. Bankruptcy Court
     Alexander Hamilton Custom House,
     One Bowling Green,
     New York, NY  10004-1408