**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                                                      :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
:    (Jointly Administered)
Debtors.    :
:
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| **Debtor Name and Case Number:** | Lehman Brothers Holdings Inc. 08-13555 (JMP) |
|---|---|
| **Creditor Name and Address:** | Zircon Finance Limited Series 2007-14 c/o The Bank of New York – London Branch Attn: Sanjay Jobanputra - Vice President, Global Corporate Trust One Canada Square London E14 5AL England |
| **Court Claim Number:** | 21818 |
| **Date Claim Filed:** | September 21, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

The above-referenced Creditor hereby gives notice of the withdrawal the above-referenced claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: March 29, 2012

Reed Smith LLP as Counsel for
BNY Mellon Corporate Trustee Services Ltd.

By    /s/ Michael J. Venditto
Name: Michael J. Venditto
Title: Member of the firm