## Ignace Van Overbeke

**Aan:** Decker, Sarah; lbhi-noticing@epiqsystems.com
**Onderwerp:** RE: Lehman Bros. 43rd Omnibus Objection   claims   64387   6438
**Bijlagen:** doc20120319090442.pdf

Dear Madam,

I hereby want to let you know that I WITHDRAW my claim nr

| van Overbeke, Ignace | 64387 |
| van Overbeke, Ignace | 64388 |

Can you confirm that claim is withdrawn please



mvg                              3/29/12

Ignace Van Overbeke

**Van:** Decker, Sarah [mailto:Sarah.Decker@weil.com]
**Verzonden:** dinsdag 19 juli 2011 18:13
**Onderwerp:** Lehman Bros. 43rd Omnibus Objection--Hearing Adjourned to Sept. 28, 2011

Please see the attached Notice of Adjournment of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims.

Best regards,
Sarah

**Weil**

Sarah Moore Decker

Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201-6950
sarah.decker@weil.com
+1 214 746 8141 Direct
+1 214 746 7700 Office
+1 214 746 7777 Fax

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the