Ronald S. Beacher
Conrad K. Chiu
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Telephone: (212) 421-4100

*Attorneys for SPCP Group, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND**
**RESERVATION OF RIGHTS OF SPCP GROUP, LLC, WITH**
**RESPECT TO DEBTORS' PLAN SUPPLEMENT AND NOTICES**
**OF PROPOSED ASSUMPTION OF DERIVATIVES CONTRACTS**
**SET FORTH IN PLAN SUPPLEMENT**

SPCP Group, LLC, as successor to certain claims asserted against certain of the Debtors' estates, by and through its undersigned counsel, hereby withdraws its Limited Objection and Reservation of Rights of SPCP Group, LLC, With Respect to Debtors' Plan Supplement and Notices of Proposed Assumption of Derivatives Contracts Set Forth in Plan Supplement [Docket No. 22208].

Dated: New York, New York
       March 30, 2012

PRYOR CASHMAN LLP

By: __/s/ Conrad K. Chiu_____
Ronald S. Beacher
Conrad K. Chiu
7 Times Square
New York, New York 10036
Telephone: (212) 421-4100

*Attorneys for SPCP Group, LLC*