Flat D, 7/F, Wing On Court,
24 Homantin Hill Road,
Kowloon, Hong Kong

28 March 2012                                                                **By Courier**

Our Ref: BKL120328A

The Chambers of the Honorable James M. Peck
One Bowling Green
New York
New York 10004
Courtroom 601
USA

Dear Sirs

**RE: NOTICE OF HEARING ON TWO HUNDRED
SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS),
Case Number: 08-13555, Creditor: Yiu Yuen On Paul, Claim Number: 64396**

I am writing to clarify that I have no intention to lodge the following claim (claim no:67897) which was determined as "Duplicative Claim" by the Plan Administrator. I have no objection for their "Duplicative Claim" to be Disallowed and Expunged".

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 275: EXHIBIT A – DUPLICATIVE CLAIMS

CLAIMS TO BE DISALLOWED AND EXPUNGED

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 7 | YIU YUEN ON PAUL FLAT 7D WING ON COURT 24 HO MAN TIN HILL ROAD KOWLOON, HONG KONG | 02/17/2012 | 08-13555 (JMP) | 67897 | $500,000.00 |

Please take further notice that the above action will not affect my claim (claim no: 64396) under the heading "Surviving Claim" as below:

SURVIVING CLAIMS

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 7 | YIU YUEN ON PAUL FLAT 7D WING ON COURT 24 HO MAN TIN HILL ROAD KOWLOON, HONG KONG | 11/3/2009 | 08-13555 (JMP) | 64396 | $500,000.00 |

Thanks!

Yours faithfully

*[signature]*
Yiu Yuen On Paul
PY/ft

RECEIVED
MAR 29 2012
U.S. BANKRUPTCY COURT, SDNY
JMP