B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13885 (JMP)
                                                             (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| The Royal Bank of Scotland plc | Iberdrola Generacion, S.A.U. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

The Royal Bank of Scotland plc
600 Washington Blvd.
Stamford, CT 06901
Attention: Matthew Rosencrans

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: 203-897-2644
Last Four Digits of Acct #: _____

Court Claim # (if known): 15112
Amount of Claim Transferred: $2,945,359.00
(as allowed by Court Order)
Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Commodity Services Inc.

Phone: +34 649988731
Last Four Digits of Acct. #:
1034

Name and Address where transferee payments should be sent (if different from above):

Phone: _____

23



Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

THE ROYAL BANK OF SCOTLAND PLC
By: RBS Securities Inc., its agent

By: _____    Date: 3/30/12
Name of Transferee/Transferee's Agent
Christopher M. Aitkin
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:
IBERDROLA GENERACION, SAU

By: _____
Transferor/Transferor's Agent

24