B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

GFA I LLC
Name of Transferee

Deutsche Bank AG, London Branch
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Ashurst LLP
7 Times Square
New York, NY 10036
Attn: Amanda Goehring

Phone: (212) 205-7029
Last Four Digits of Acct #: _____

Court Claim # (if known): 27017
Amount of Claim: $9,750,000.00 (as allowed)
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Amanda Goehring     Date: 3/30/12
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.
718822v.1 445/01540

Rule 3001(e) - LBHI Claim #27017 (Full Transfer)

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**")

AND TO: Lehman Brothers Holdings Inc (the "**Debtor**")

CASE NAME: In re Lehman Brothers Holdings Inc., *et al.*,

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly Administered)

CLAIM NO. 27017 (Full Transfer)

For value received, the adequacy and sufficiency of which are hereby acknowledged, Deutsche Bank AG, London ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to GFA I LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with the claim referenced as proof of claim number 27017 allowed in the principal amount of USD 9,750,000 (the "Claim").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee. Assignor covenants and agrees that it will promptly forward to Assignee any distributions or payments received in respect of the Claim pursuant to the terms of Section 3 of that certain Funded Participation between the Assignor and Assignee dated as of 25 June, 2009.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 27 day of March, 2012.

**DEUTSCHE BANK AG, LONDON**  **GFA I LLC**

By: _____  Michael Sutton  By: _____
             Managing Director

By: _____  Philipp Roever  By: _____
             Vice President