

United States Bankruptcy Court for the  Southern District of New York

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (08-13555) |
| Creditor Name and Address: | The City of Long Beach<br>Steven T. Gubner, Esq. / Corey R. Weber, Esq.<br>Ezra Brutzkus Gubner LLP<br>21650 Oxnard Street, Suite 500 |
| Court Claim Number (if known): | 1487 |
| Date Claim Filed: | 12-29-2008 |
| Total Amount of Claim Filed: | $20,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

** This notice of withdrawal is solely as to Claim No. 1487 given that the City of Long Beach has filed an amended proof of claim. This notice of withdrawal is not, and should not be considered, a withdrawal of the City's amended proof of claim, Claim No. 67934, filed on or about 3/1/12, and the City expressly reserves all rights in regard to its amended proof of claim.

Dated: March 29, 2012

Print Name: Steven T. Gubner

Title (if applicable): Counsel for the City of Long Beach

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this  withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.



Ezra Brutzkus Gubner LLP
A Limited Liability Partnership

Warner Center
21650 Oxnard Street
Suite 500
Woodland Hills, CA 91367

T (818) 827-9000
F (818) 827-9099
www.ebg-law.com

Jennifer Warner
T (818) 827-9111
F (818) 827-9099
jwarner@ebg-law.com

## VIA OVERNIGHT MAIL

TO:     Epiq Bankruptcy Solutions, LLC
        Attn: Lehman Brothers Holdings, Inc.
        757 Third Avenue, 3rd Floor
        New York, NY   10017

FROM:   Jennifer Warner
        Legal Secretary to Steven T. Gubner

DATE:   March 29, 2012

RE:     **In re Lehman Brothers Holdings, Inc.**
        **Chapter 11 Case No. 08-13555 (JMP)**
        **Our file no. 2100.005**

FILED / RECEIVED

MAR 3 0 2012

EPIQ BANKRUPTCY SOLUTIONS, LLC

On behalf of The City of Long Beach, enclosed please find an original and two copies of the
Withdrawal of Claim no. 1487.

| | |
|---|---|
| ☐ | In accordance with your request |
| ☐ | For your information and files |
| ☐ | Please return conformed copy |
| ☐ | Please handle as required |
| ☒ | Please file and return conformed copy in the pre-addressed, stamped envelope. |
| ☐ | Please sign and return |
| ☐ | Please telephone me upon review with your comments |

Enclosures

565642.DOC