FOSTER PEPPER PLLC
Dillon E. Jackson, pro hac vice
Wash. St. Bar No. 1539
1111 Third Avenue, Suite. 3400
Seattle, Washington 98101-3299
Telephone: (206) 447-8962
Facsimile: (206) 749-1959

Attorneys for OneWest Bank, FSB

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                 :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
:
:    (Jointly Administered)
:
:
Debtors.    :
------------------------------------------------------------x

### ONEWEST BANK, FSB'S WITHDRAWALS OF OBJECTION TO TERMS OF PROPOSED ASSUMPTION OF <u>RESIDENTIAL LOAN SERVICING AGREEMENT</u>

OneWest Bank, FSB, through its counsel Dillon E. Jackson and Foster Pepper PLLC, being satisfied that the problems presented in its Objection to Terms of Proposed Assumption of Residential Loan Servicing Agreement filed on November 14, 2011 [ECF No. 22041] (the "Objection") have been resolved under the provisions of the Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases entered on March 19, 2012 [ECF No. 27016], hereby withdraws the Objection.

- 1

Dated: March 30, 2012
Seattle, Washington

/s/ Dillon E. Jackson
Dillon E. Jackson, pro hac vice
Wash. St. Bar No. 1539

FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299
Telephone: (206) 447-8962
Facsimile: (206) 749-1959

Attorneys for OneWest Bank, FSB

- 2