## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.            Case No. 08-13555 (JMP)
                                                  Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> UBS Securities Japan Co., Ltd. | Name of Transferor: <br> UBS Securities Japan Ltd. |
|---|---|
| Notices to Transferee should be sent to: <br> UBS Securities Japan Co., Ltd. <br> Otemachi First Square, <br> 5-1, Otemachi 1-chome, <br> Chiyoda-ku, Tokyo 100-0004 Japan <br> PHONE: +81-3-5208-7444 / 6691 <br> Attn:    Kazuya Ichikawa / Marie Miyazawa <br> EMAIL: kazuya.ichikawa@ubs.com / <br> marie.miyazawa@ubs.com | Court Record Address of the Transferor: <br> (Court use only) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor: <br> UBS Securities Japan Ltd. <br> Otemachi First Square, <br> 5-1, Otemachi 1-chome, <br> Chiyoda-ku, Tokyo 100-0004 Japan <br> PHONE: +81-3-5208-7444 / 6691 <br> Attn:    Kazuya Ichikawa / Marie Miyazawa <br> EMAIL: kazuya.ichikawa@ubs.com / <br> marie.miyazawa@ubs.com |
| Claim Amount: $1,336,815.05 <br> (plus unliquidated amounts) | *[note here if this is partial transfer of claim]* |
| Court Claim No. (if known): <br> 25733 | |
| Date Claim Filed: <br> September 21, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   _____/s/_____                                    Date:   April __, 2012
      NAME
      Agent for Transferee
      Joshua Dorchak

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

A/74770712.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the
      Southern District of New York (the "Bankruptcy Court")
      One Bowling Green
      New York, New York 10004
      Attn: Clerk of the Court

Claim Number **25733**

**TRANSFEROR**, its successors and assigns (collectively, "Transferor") hereby acknowledges that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

**TRANSFEREE**
UBS Securities Japan Co., Ltd.
Otemachi First Square,
5-1, Otemachi 1-chome,
Chiyoda-ku, Tokyo 100-0004 Japan
PHONE: +81-3-5208-7444 / 6691
Attn: Kazuya Ichikawa / Marie Miyazawa
EMAIL: kazuya.ichikawa@ubs.com / marie.miyazawa@ubs.com

its successors and assigns ("Transferee") all rights, title and interest in and to the claim of Transferor in the liquidated principal amount of **$1,336,815.05** (the "Claim") against Lehman Brothers Holdings Inc., a Debtor in Case No. 08-13555 in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Claim to Transferee and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

A/74770712.1

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as of April 2, 2012.

| TRANSFEROR | TRANSFEREE |
|---|---|
| **UBS SECURITIES JAPAN LTD.** | **UBS SECURITIES JAPAN CO., LTD.** |
| By: _[signature]_ | By: _[signature]_ |
| Name: KOUICHAU ANAI | Name: KOUICHA ANAI |
| Title: MANAGING DIRECTOR | Title: MANAGING DIRECTOR |
| By: _[signature]_ | By: _[signature]_ |
| Name: KAZUYA ICHIKAWA | Name: KAZUYA ICHIKAWA |
| Title: MANAGING DIRECTOR | Title: MANAGING DIRECTOR |

A/74770712.1