B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS<br><br>JENEA L. WILLIAMS-PATE<br>1020 LONGPOINTE PASS<br>ALPHARETTA, GA 30005 | DEFENDANTS<br><br>LEHNMAN BROTHERS HOLDING INC<br>745 SEVENTH AVENUE<br>NEW YORK, NY 10019<br><br>2. Aurora banks FSB<br>3. McCurdy & Candler, LLC<br>6 Piedmont Ctr. St 700<br>3525 Piedmont Rd NE<br>Atlanta, GA 30305 |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br><br>[signature] | ATTORNEYS (If Known) |
| PARTY (Check One Box Only)<br>☐ Debtor      ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor    ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☒ Debtor      ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

COMPLAINT TO DETERMINE THE NATURE, EXTENT AND VALIDITY OF LIEN AND TO DISALLOW/EXPUNGE SECURED CLAIM AS PROOF OF CLAIM, TILA VIOLATION, FRAUD, LIBEL, QUIET TITLE AND INJUNCTIVE RELIEF

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

| FRBP 7001(1) – Recovery of Money/Property<br>☐ 11-Recovery of money/property - §542 turnover of property<br>☐ 12-Recovery of money/property - §547 preference<br>☒ 13-Recovery of money/property - §548 fraudulent transfer<br>☐ 14-Recovery of money/property - other<br><br>FRBP 7001(2) – Validity, Priority or Extent of Lien<br>☐ 21-Validity, priority or extent of lien or other interest in property<br><br>FRBP 7001(3) – Approval of Sale of Property<br>☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)<br><br>FRBP 7001(4) – Objection/Revocation of Discharge<br>☐ 41-Objection / revocation of discharge - §727(c),(d),(e)<br><br>FRBP 7001(5) – Revocation of Confirmation<br>☐ 51-Revocation of confirmation<br><br>FRBP 7001(6) – Dischargeability<br>☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims<br>☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud<br>☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny<br><br>(continued next column) | FRBP 7001(6) – Dischargeability (continued)<br>☐ 61-Dischargeability - §523(a)(5), domestic support<br>☐ 68-Dischargeability - §523(a)(6), willful and malicious injury<br>☐ 63-Dischargeability - §523(a)(8), student loan<br>☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)<br>☐ 65-Dischargeability - other<br><br>FRBP 7001(7) – Injunctive Relief<br>☒ 71-Injunctive relief – imposition of stay<br>☐ 72-Injunctive relief – other<br><br>FRBP 7001(8) Subordination of Claim or Interest<br>☐ 81-Subordination of claim or interest<br><br>FRBP 7001(9) Declaratory Judgment<br>☐ 91-Declaratory judgment<br><br>FRBP 7001(10) Determination of Removed Action<br>☐ 01-Determination of removed claim or cause<br><br>Other<br>☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.<br>☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case) |
|---|---|

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☒ Check if a jury trial is demanded in complaint | Demand $ 20,000,000 |
| Other Relief Sought | |

[Filed stamp: 2012 APR -2, U.S. BANKRUPTCY COURT, FILED]

LAW OFFICES
# McCurdy & Candler, LLC
Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, GA 30305

TELEPHONE: 404-373-1612
MAIN TELECOPIER: 404-370-7232

WEBSITE: WWW.MCCURDYCANDLER.COM

February 27, 2012

4794

Jenea L Williams-Pate
1020 Longpointe Pass
Alpharetta, GA  30005

Re:   Our File No.:       11-06991
      Loan No.:           0040302143
      Payoff:             $535,740.17
      Borrower Name:      Jenea L Williams-Pate
      Property Address:   1020 Longpointe Pass
                          Alpharetta, GA  30005

**Servicer: Aurora Bank FSB**
**Creditor: Aurora Bank FSB.**

Dear Borrower:

## NOTICE PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT 15 USC 1692 INITIAL COMMUNICATION LETTER

This law firm represents Aurora Bank FSB the creditor on the above referenced loan. This letter is to advise you that we have been retained to collect the debt secured by the above-referenced property, which may involve foreclosure proceedings against said property. As of the date of this letter, you owe $535,740.17. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, you may call our loss mitigation department at 1-866-303-0517.



2260083414

Page 2

This letter is an attempt to collect a debt and any information obtained by virtue of it will be used for that purpose. Unless you notify us within thirty (30) days after receipt of this letter that the validity of this debt, or any portion of it, is disputed, we will assume that the debt is valid. If you notify us in writing of a dispute, we will obtain verification of the debt and mail it to you. If the creditor named in this letter is not the original creditor, and you make a written request to this law firm within thirty (30) days after receipt of this notice, then the name and address of the original creditor will be mailed to you by this law firm. We may commence the foreclosure action without waiting thirty (30) days, if so requested by our client.

If you have received a discharge in Bankruptcy proceeding, this notice is not intended to indicate that you are personally liable for this debt. In this instance the information concerning the associated debt owed is for informational purposes only and should be disregarded for any purposes other than that of conducting a non judicial foreclosure of the security pursuant to Georgia law.

The Servicer may allow you to reinstate the loan and stop the foreclosure. You may call to find out if reinstatement is allowed; and if allowed, to find out the amount of money you must pay in order to cure the default. If you are allowed to reinstate your loan, payment must be made through our office in the form of certified funds or cashier's check. Other alternatives the Servicer may consider are full payoffs, short payoffs, deeds in lieu of foreclosure, repay plan, loan modification or some other mutual agreement. The Servicer is willing to consider your individual circumstances and will be flexible in its consideration of various alternatives. This is not meant to indicate that the Servicer will definitely accept any of the above alternatives as your loan has been accelerated and foreclosure proceedings will continue. I urge you to contact the Servicer at (866) 519-9242 immediately regarding your situation. You may also contact our office at our toll free number of 1-866-303-0517 to assist with your communications with the Servicer.

BE GOVERNED ACCORDINGLY.

                                                       McCurdy & Candler, LLC
                                                       Attorneys for Aurora Bank FSB and
                                                       Aurora Bank FSB

llawson

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

