WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
**In re**                                              :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
:
                                   **Debtors.**        :        **(Jointly Administered)**
:
-------------------------------------------------------------------x

### SUPPLEMENTAL ORDER REINSTATING CLAIM ON ORDER GRANTING DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)

WHEREAS on November 3, 2009, C.H. van Gestel filed a proof of claim

numbered 64413 ("Claim 64413") in the amount of $17,502.73;

WHEREAS Lehman Brothers Holdings Inc. ("LBHI") and its affiliated

debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, the "Debtors"), filed the *Debtors' Forty-Third Omnibus Objection to*

*Claims (Late-Filed Lehman Programs Securities Claims)*, dated September 13, 2010

[ECF No. 11308] (the "Forty-Third Omnibus Objection");

WHEREAS the Forty-Third Omnibus Objection sought, pursuant to

section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of

omnibus objections to proofs of claim [ECF No. 6664], to disallow and expunge Claim

64413 on the basis that Claim 64413 violates this Court's July 2, 2009 order setting forth

the procedures and deadlines for filing proofs of claim in these chapter 11 cases [Docket

No. 4271], as Claim 64413 was filed after the Securities Programs Bar Date, all as more

fully described in the Forty-Third Omnibus Objection;

WHEREAS after the hearing on the Forty-Third Omnibus Objection held

on October 27, 2010, the Court entered an order (the "Order") [ECF No. 12424] granting

the relief requested in the Forty-Third Omnibus Objection and causing Claim 64413 to be

disallowed and expunged;

WHEREAS the Debtors subsequently realized the Order was entered in

error with respect to Claim 64413.

**IT IS HEREBY**:

ORDERED that Epiq Systems shall be authorized and directed to

immediately reinstate Claim 64413 on the Debtors' official claims register; and it is

further

ORDERED that the Forty-Third Omnibus Objection is adjourned as to

Claim 64413 to such later date as the Debtors may schedule a hearing or the Court

otherwise directs;

ORDERED that the rights of the Debtors and any other party in interest

with respect to Claim 64413 are expressly preserved and unaffected by this Supplemental

Order; and it is further

ORDERED that other than with respect to Claim 64413, this Supplemental Order shall have no effect whatsoever on any claims subject to the Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Supplemental Order.

Dated: New York, New York
      April 2, 2012

                            *s/ James M. Peck*
                          Honorable James M. Peck
                          United States Bankruptcy Judge