# DON PROHASKA
# &ASSOCIATES

3465 Regent Avenue  Eugene, OR. 97401  T (541) 683-9300  Fax (541) 683-9303

March 19, 2012

The Honorable James Peck
US Bankruptcy Judge
Courtroom 601
US Bankruptcy Court, Southern District of NY
One Bowling Green
New York, NY, 10004

RE:   LBHI, et al
      08-13555 (JMP)
      279th Omnibus Objection to Claims

Subject:   Claim #5780 against Lehman Brothers Holdings
           Claim amount: $53,804.48

Judge Peck:

I am in receipt of a notice dated March 12, 2012 indicating LBHI has filed an objection to my claim in the 279th Omnibus Objection to Claims filed with this court and seeks to have $10,950 reclassified from Priority to Unsecured so that the entire claim is now classified as Unsecured. **This letter is to oppose the objection.**

Upon filing a Proof of Claim after the bankruptcy filing I claimed $10,950 in section 5 of the form.  The basis of the claim is that under para 4(a) of 11 USC §507, I believe I meet the criteria to be considered a Priority Claim.

I was an individual with 80% of my income from LB assignments and as an individual who had expended $10,640 out of my pocket toward travel expenses related to those assignments from April, 2008 – September, 2008 (as detailed in invoices provided as part of the Proof of Claim).

The LB bankruptcy created great hardship for me and nearly led to a bankruptcy of my own.  I understand that under the bankruptcy recovery of the full value of the claim is not feasible.  I do not ask for more recovery than other general unsecured creditors.  I ask that by allowing an amount of $10,950 to be paid in the near future as a Priority claim, I can at least be made whole for my out of pocket expenditures and reduce the financial stress the LB bankruptcy has caused me.

Very truly yours,

Don Prohaska, RA, CCI

RECEIVED APR - 2 2012 U.S. BANKRUPTCY COURT, SDNY