To: UNITED STATES BANKRUPTCY COURT  
      SOUTHERN DISTRICT OF NEW YORK  

DATE: 21 MARCH 2012

From:  Tang wan  
Case No: 08-13555  
Claim No: 40108  
Internal control No: 26120  

I have received your letter in the amount of $128,317.00 allowed $67253.28, which will been transferred to CITIC BANK INTERNATIONAL LIMITED

I (TANG WAN) object to the transfer of my claim.. because Citic bank international limited mislead me to sign something.

I hope in the amount of $128,317.00 allowed $67253.28 transfer to flowing my account :

NAME :           TANG WAN  
BANK NAME:       BANK OF CHINA   (HONG KONG )   LTD  
USD ACCOUNT:    01468892031169  
BANK ADDRESS:  1 GARDEN ROAD. HONG KONG  
SWIFT CODE:      BKCHHKHH  


BEST REGARD!

TANG WAN





RECEIVED  
APR - 2 2012  
U.S. BANKRUPTCY COURT  
SO DIST OF NEW YORK

To: UNITED STATES BANKRUPTCY COURT                          DATE: 21 MARCH 2012
SOUTHERN DISTRICT OF NEW YORK

From:   Tang wan
Case Number: 08-13555
Claim Number: 60108
Internal control No:26120

I have received your letter in the amount of $128,317.00 allowed $67252.28, which will been transferred to CITIC BANK INTERNATIONAL LIMITED.

I , TANG WAN, object to the transfer of my claim, because Citic bank international limited mislead me to sign something.

I hope in the amount of $128,317.00 allowed $67252.28 transfer to flowing my account:

NAME:                TANG WAN
BANK NAME:           BANK OF CHINA (HONG KONG) LTD
USD ACCOUNT:         012-685-9-020511-9
BANK ADDRESS:        1 GARDEN ROAD, HONG KONG
SWIFT CODE:          BKCHHKHH


BEST REGARD!

TANG WAN

TED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  TANG, WAN
     FLAT E 22/F BLK 32
     CITY ONE
     SHATIN
     HONG KONG
```

Please note that your claim # 40108 in the above referenced case and in the amount of
$128,317.00   allowed at $67,235.28        has been transferred **(unless previously expunged by court order)**

```
     CITIC BANK INTERNATIONAL LIMITED
     TRANSFEROR: TANG, WAN
     ATTN: FLORENCE CHEUNG / IRENE CHAN
     18/F SOMERSET HOUSE, TAIKOO PLACE
     979 KING'S ROAD, QUARRY BAY
     HONG KONG
     HONG KONG
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 26120    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/13/2012                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 13, 2012.