UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re                                              :
LEHMAN BROTHERS HOLDING INC.       :    Chapter 11 Case No. 08-13555
                                                   :
----------------------------------------------------------x

### CREDITORS MARITA & HANS-JOACHIM SCHOBER's NOTICE OF WITHDRAWAL OF COUNSEL & ABANDONMENT OF CLAIMS

Creditors Marita & Hans-Joachim Schober hereby respectfully provide notice to the Debtors that

**a.** they hereby withdraw and abandon their claims against the Debtors #13634 (US$6,785.85) and #13635 (US$ 7,232.31); and
**b.** they have released counsel of record from his duties and responsibilities with respect to said Claims.

RESPECTFULLY submitted on ___MAR 2 8 2012___ .

_____
Helge Naber
Montana Bar. Id. #7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T 406 452 3100
F 406 452 6599
e helge.naber@naberpc.com

| | |
|---|---|
| • Lehman Brothers Holding Inc. Claims Processing<br>c/o Epiq Bankruptcy Solutions LLC<br>FDR Station P.O. Box 5076<br>New York New York 10150-5076<br>• Shai Waisman Esq.<br>WEIL GOTSCHAL & MANGES LLP<br>767 Fifth Avenue<br>New York New York 10153<br>*Attorney for Debtor* | **CERTIFICATE OF SERVICE**<br><br>This is to certify that the foregoing CREDITOR'S NOTICE OF WITHDRAWAL OF COUNSEL was duly served by U.S. First Class mail, appropriate postage prepaid, upon the other parties or their attorney of record at their address or addresses as shown herein on ___MAR 2 8 2012___ .<br>NABER PC<br><br>By _____<br>300 Central Avenue Ste. 320 • Great Falls, MT 59401 |



Lehman Brothers Holding Inc. Claims Processing
c/o Epiq Bankruptcy Solutions LLC
FDR Station P.O. Box 5076
New York New York 10150-5076