**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:   Chapter 11
In re    :
:   Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :
Debtors.    :   (Jointly Administered)
:
:
-----------------------------------------------------------------x   Ref. Docket No. 27189

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK    )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 27, 2012, I caused to be served the "Notice of Hearing on Final Fee Application of the Examiner and Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses," dated March 27, 2012, to which was attached the "Final Fee Application of the Examiner and Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses," dated March 27, 2012 [Docket No. 27189], by causing true and correct copies to be:

   i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii.  copied to CD and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

   iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/ s/ *Genevieve Uzamere*
Genevieve Uzamere

Sworn to before me this
28th day of March, 2012
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221093
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | kanema@formanlaw.com |
| aalfonso@willkie.com | karen.wagner@dpw.com |
| abeaumont@fklaw.com | KDWBankruptcyDepartment@kelleydrye. |
| abraunstein@riemerlaw.com | keckhardt@hunton.com |
| acaton@kramerlevin.com | keith.simon@lw.com |
| acker@chapman.com | Ken.Coleman@allenovery.com |
| adam.brezine@hro.com | ken.higman@hp.com |
| adarwin@nixonpeabody.com | kerry.moynihan@hro.com |
| Adiamond@DiamondMcCarthy.com | kgwynne@reedsmith.com |
| aeckstein@blankrome.com | kiplok@hugheshubbard.com |
| aentwistle@entwistle-law.com | kjarashow@fklaw.com |
| afriedman@irell.com | kkelly@ebglaw.com |
| agbanknewyork@ag.tn.gov | kkolbig@mosessinger.com |
| aglenn@kasowitz.com | klyman@irell.com |
| agold@herrick.com | klynch@formanlaw.com |
| agoldstein@tnsj-law.com | kmayer@mccarter.com |
| ahammer@freebornpeters.com | kobak@hugheshubbard.com |
| aisenberg@saul.com | korr@orrick.com |
| akantesaria@oppenheimerfunds.com | kovskyd@pepperlaw.com |
| akolod@mosessinger.com | kpiper@steptoe.com |
| akornikova@lcbf.com | kressk@pepperlaw.com |
| alum@ftportfolios.com | KReynolds@mklawnyc.com |
| amarder@msek.com | krosen@lowenstein.com |
| amartin@sheppardmullin.com | kuehn@bragarwexler.com |
| AMcMullen@BoultCummings.com | kurt.mayr@bgllp.com |
| amenard@tishmanspeyer.com | lacyr@sullcrom.com |
| anann@foley.com | Landon@StreusandLandon.com |
| Andrew.Brozman@cliffordchance.com | lapeterson@foley.com |
| andrew.lourie@kobrekim.com | lathompson@co.sanmateo.ca.us |
| angelich.george@arentfox.com | lberkoff@moritthock.com |
| ann.reynaud@shell.com | Lee.Stremba@troutmansanders.com |
| anthony_boccanfuso@aporter.com | lgotko@fklaw.com |
| aoberry@bermanesq.com | lgranfield@cgsh.com |
| aostrow@beckerglynn.com | lhandelsman@stroock.com |
| apo@stevenslee.com | linda.boyle@twtelecom.com |
| aquale@sidley.com | lisa.ewart@wilmerhale.com |
| araboy@cov.com | lisa.kraidin@allenovery.com |
| arahl@reedsmith.com | LJKotler@duanemorris.com |
| arheaume@riemerlaw.com | lkatz@ltblaw.com |
| arlbank@pbfcm.com | lmarinuzzi@mofo.com |
| arosenblatt@chadbourne.com | Lmay@coleschotz.com |

| | |
|---|---|
| arthur.rosenberg@hklaw.com | lmcgowen@orrick.com |
| arwolf@wlrk.com | lml@ppgms.com |
| aseuffert@lawpost-nyc.com | lnashelsky@mofo.com |
| ashaffer@mayerbrown.com | loizides@loizides.com |
| ashmead@sewkis.com | lromansic@steptoe.com |
| asnow@ssbb.com | lscarcella@farrellfritz.com |
| aunger@sidley.com | lschweitzer@cgsh.com |
| austin.bankruptcy@publicans.com | lsilverstein@potteranderson.com |
| avenes@whitecase.com | lubell@hugheshubbard.com |
| azylberberg@whitecase.com | lwhidden@salans.com |
| bankr@zuckerman.com | mabrams@willkie.com |
| bankruptcy@goodwin.com | MAOFILING@CGSH.COM |
| bankruptcy@morrisoncohen.com | Marc.Chait@SC.com |
| bankruptcy@ntexas-attorneys.com | margolin@hugheshubbard.com |
| bankruptcymatters@us.nomura.com | mark.bane@ropesgray.com |
| barbra.parlin@hklaw.com | mark.deveno@bingham.com |
| bbisignani@postschell.com | mark.ellenberg@cwt.com |
| bcarlson@co.sanmateo.ca.us | mark.ellenberg@cwt.com |
| bdk@schlamstone.com | mark.sherrill@sutherland.com |
| bguiney@pbwt.com | martin.davis@ots.treas.gov |
| bill.freeman@pillsburylaw.com | Marvin.Clements@ag.tn.gov |
| bkmail@prommis.com | matt@willaw.com |
| bmanne@tuckerlaw.com | matthew.klepper@dlapiper.com |
| BMiller@mofo.com | maustin@orrick.com |
| boneill@kramerlevin.com | max.polonsky@skadden.com |
| Brian.Corey@greentreecreditsolutions.com | mbenner@tishmanspeyer.com |
| brosenblum@jonesday.com | mberman@nixonpeabody.com |
| broy@rltlawfirm.com | mberman@nixonpeabody.com |
| bstrickland@wtplaw.com | mbienenstock@dl.com |
| btrust@mayerbrown.com | mbloemsma@mhjur.com |
| bturk@tishmanspeyer.com | mbossi@thompsoncoburn.com |
| bwolfe@sheppardmullin.com | mcademartori@sheppardmullin.com |
| bzabarauskas@crowell.com | mccombst@sullcrom.com |
| cahn@clm.com | mcordone@stradley.com |
| calbert@reitlerlaw.com | mcto@debevoise.com |
| canelas@pursuitpartners.com | mcyganowski@oshr.com |
| carol.weinerlevy@bingham.com | mdahlman@kayescholer.com |
| cbelisle@wfw.com | mdorval@stradley.com |
| cbelmonte@ssbb.com | melorod@gtlaw.com |
| cbrotstein@bm.net | meltzere@pepperlaw.com |
| cdesiderio@nixonpeabody.com | metkin@lowenstein.com |
| cgoldstein@stcwlaw.com | mfeldman@willkie.com |

chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com

mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
[msegarra@mayerbrown.com](msegarra@mayerbrown.com)
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com

| | |
|---|---|
| dcoffino@cov.com | mvenditto@reedsmith.com |
| dcrapo@gibbonslaw.com | mwarren@mtb.com |
| ddavis@paulweiss.com | ncoco@mwe.com |
| ddrebsky@nixonpeabody.com | neal.mann@oag.state.ny.us |
| deggermann@kramerlevin.com | ned.schodek@shearman.com |
| deggert@freebornpeters.com | neilberger@teamtogut.com |
| demetra.liggins@tklaw.com | newyork@sec.gov |
| deryck.palmer@cwt.com | nfurman@scottwoodcapital.com |
| dfelder@orrick.com | Nherman@morganlewis.com |
| dflanigan@polsinelli.com | nissay_10259-0154@mhmjapan.com |
| dgrimes@reedsmith.com | nlepore@schnader.com |
| dhayes@mcguirewoods.com | notice@bkcylaw.com |
| dheffer@foley.com | oipress@travelers.com |
| diconzam@gtlaw.com | omeca.nedd@lovells.com |
| djoseph@stradley.com | otccorpactions@finra.org |
| dkleiner@velaw.com | paronzon@milbank.com |
| dkozusko@willkie.com | patrick.oh@freshfields.com |
| dlemay@chadbourne.com | paul.turner@sutherland.com |
| dlipke@vedderprice.com | pbattista@gjb-law.com |
| dludman@brownconnery.com | pbosswick@ssbb.com |
| dmcguire@winston.com | pdublin@akingump.com |
| dmurray@jenner.com | peisenberg@lockelord.com |
| dneier@winston.com | peter.gilhuly@lw.com |
| dodonnell@milbank.com | peter.macdonald@wilmerhale.com |
| dove.michelle@dorsey.com | peter.simmons@friedfrank.com |
| dowd.mary@arentfox.com | peter@bankrupt.com |
| dpegno@dpklaw.com | pfeldman@oshr.com |
| draelson@fisherbrothers.com | phayden@mcguirewoods.com |
| dravin@wolffsamson.com | pmaxcy@sonnenschein.com |
| drose@pryorcashman.com | ppascuzzi@ffwplaw.com |
| drosenzweig@fulbright.com | ppatterson@stradley.com |
| drosner@goulstonstorrs.com | psp@njlawfirm.com |
| drosner@kasowitz.com | ptrain-gutierrez@kaplanlandau.com |
| dshaffer@wtplaw.com | ptrostle@jenner.com |
| dshemano@pwkllp.com | pwright@dl.com |
| dspelfogel@foley.com | r.stahl@stahlzelloe.com |
| dtatge@ebglaw.com | raj.madan@bingham.com |
| dtheising@harrisonmoberly.com | rajohnson@akingump.com |
| dwdykhouse@pbwt.com | ramona.neal@hp.com |
| dwildes@stroock.com | ranjit.mather@bnymellon.com |
| dworkman@bakerlaw.com | raul.alcantar@ropesgray.com |
| easmith@venable.com | rbeacher@pryorcashman.com |

| | |
|---|---|
| echang@steinlubin.com | rbyman@jenner.com |
| ecohen@russell.com | rdaversa@orrick.com |
| efleck@milbank.com | relgidely@gjb-law.com |
| efriedman@fklaw.com | rfleischer@pryorcashman.com |
| efriedman@friedumspring.com | rfrankel@orrick.com |
| egeekie@schiffhardin.com | rfriedman@silvermanacampora.com |
| eglas@mccarter.com | rgmason@wlrk.com |
| ehollander@whitecase.com | rgraham@whitecase.com |
| ekbergc@lanepowell.com | rhett.campbell@tklaw.com |
| elevin@lowenstein.com | richard.lear@hklaw.com |
| eli.mattioli@klgates.com | richard.levy@lw.com |
| ellen.halstead@cwt.com | richard.tisdale@friedfrank.com |
| emerberg@mayerbrown.com | richard@rwmaplc.com |
| enkaplan@kaplanlandau.com | ritkin@steptoe.com |
| eobrien@sbchlaw.com | RJones@BoultCummings.com |
| erin.mautner@bingham.com | rleek@HodgsonRuss.com |
| eschaffer@reedsmith.com | RLevin@cravath.com |
| eschwartz@contrariancapital.com | rmatzat@hahnhessen.com |
| esmith@dl.com | rmcneill@potteranderson.com |
| etillinghast@sheppardmullin.com | rnetzer@willkie.com |
| ezujkowski@emmetmarvin.com | robert.bailey@bnymellon.com |
| ezweig@optonline.net | robert.dombroff@bingham.com |
| fbp@ppgms.com | robert.henoch@kobrekim.com |
| feldsteinh@sullcrom.com | robert.malone@dbr.com |
| ffm@bostonbusinesslaw.com | Robert.yalen@usdoj.gov |
| fhyman@mayerbrown.com | robertdakis@quinnemanuel.com |
| foont@foontlaw.com | Robin.Keller@Lovells.com |
| francois.janson@hklaw.com | roger@rnagioff.com |
| fsosnick@shearman.com | ronald.silverman@bingham.com |
| fyates@sonnenschein.com | ross.martin@ropesgray.com |
| gabriel.delvirginia@verizon.net | rqureshi@reedsmith.com |
| gbray@milbank.com | rrainer@wmd-law.com |
| geraci@thalergertler.com | rreid@sheppardmullin.com |
| ggitomer@mkbattorneys.com | rrigolosi@smsm.com |
| ggoodman@foley.com | rroupinian@outtengolden.com |
| giddens@hugheshubbard.com | rrussell@andrewskurth.com |
| gkaden@goulstonstorrs.com | rterenzi@stcwlaw.com |
| glenn.siegel@dechert.com | RTrust@cravath.com |
| gmoss@riemerlaw.com | russj4478@aol.com |
| gravert@ravertpllc.com | rwasserman@cftc.gov |
| gspilsbury@jsslaw.com | rwyron@orrick.com |
| guzzi@whitecase.com | s.minehan@aozorabank.co.jp |

| | |
|---|---|
| harrisjm@michigan.gov | sabin.willett@bingham.com |
| harveystrickon@paulhastings.com | sabramowitz@velaw.com |
| hbeltzer@mayerbrown.com | SABVANROOY@HOTMAIL.COM |
| heim.steve@dorsey.com | sagolden@hhlaw.com |
| heiser@chapman.com | Sally.Henry@skadden.com |
| hollace.cohen@troutmansanders.com | sandyscafaria@eaton.com |
| holsen@stroock.com | Sara.Tapinekis@cliffordchance.com |
| howard.hawkins@cwt.com | scargill@lowenstein.com |
| hseife@chadbourne.com | schannej@pepperlaw.com |
| hsnovikoff@wlrk.com | Schepis@pursuitpartners.com |
| hsteel@brownrudnick.com | schnabel.eric@dorsey.com |
| icatto@mwe.com | schristianson@buchalter.com |
| igoldstein@dl.com | schwartzmatthew@sullcrom.com |
| ilevee@lowenstein.com | scottshelley@quinnemanuel.com |
| info2@normandyhill.com | scousins@armstrongteasdale.com |
| ira.herman@tklaw.com | sdnyecf@dor.mo.gov |
| isgreene@hhlaw.com | sean@blbglaw.com |
| israel.dahan@cwt.com | sehlers@armstrongteasdale.com |
| iva.uroic@dechert.com | seichel@crowell.com |
| jacobsonn@sec.gov | sfelderstein@ffwplaw.com |
| james.mcclammy@dpw.com | sfineman@lchb.com |
| james.sprayregen@kirkland.com | sfox@mcguirewoods.com |
| jamestecce@quinnemanuel.com | sgordon@cahill.com |
| jamie.nelson@dubaiic.com | sgubner@ebg-law.com |
| jar@outtengolden.com | shannon.nagle@friedfrank.com |
| jason.jurgens@cwt.com | sharbeck@sipc.org |
| jay.hurst@oag.state.tx.us | shari.leventhal@ny.frb.org |
| jay@kleinsolomon.com | shgross5@yahoo.com |
| Jbecker@wilmingtontrust.com | sidorsky@butzel.com |
| jbeemer@entwistle-law.com | slerman@ebglaw.com |
| jbeiers@co.sanmateo.ca.us | slerner@ssd.com |
| jbird@polsinelli.com | slevine@brownrudnick.com |
| jbromley@cgsh.com | SLoden@DiamondMcCarthy.com |
| jcarberry@cl-law.com | smayerson@ssd.com |
| jchristian@tobinlaw.com | smillman@stroock.com |
| jdoran@haslaw.com | smulligan@bsblawyers.com |
| Jdrucker@coleschotz.com | snewman@katskykorins.com |
| jdyas@halperinlaw.net | sory@fdlaw.com |
| jean-david.barnea@usdoj.gov | spiotto@chapman.com |
| jeanites@whiteandwilliams.com | splatzer@platzerlaw.com |
| jeannette.boot@wilmerhale.com | squigley@lowenstein.com |
| jeff.wittig@coair.com | SRee@lcbf.com |

jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com

sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
**sstarr@starrandstarr.com**
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com

john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com

ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

lbarbour@browngreer.com

Lbhifeecommittee@gklaw.com

AOlejnik@jenner.com

**EXHIBIT B**

**UST & CHAMBERS – CD –OVN**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 1000

# EXHIBIT C

**MSL - OVN**
OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007