EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CVI GVF Luxembourg Twelve S.a.r.l (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to Elliott Associates, L.P. (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter [11] [7] reorganization case entitled, In re Lehman Brothers Holdings Inc., Chapter 11, Case No. 13555 (JMP) (Jointly administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of $83,495,991.35 (the "**Claim**") (Proof of claim number 18219).

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26 day of March 2012.

MKUAN\200603.3 - 03/26/12

Assignor:

CVI GVF Luxembourg Twelve S.a.r.l

By: _____

Name:    \_D SHORT

Title:    \_ATIONS MANAGER


Assignee:

Elliott Associates, L.P.


By: _____

Name:

Title

Assignor:

GVF Luxembourg Twelve S.a.r.l

By:_____

Name:

Title:

Assignee:

Elliott Associates, L.P.

By:_____

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By: _____
    Elliot Greenberg, Vice President

36

## LBHI TRANSFER NOTICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555 (JMP)<br><br>Chapter 11 |

### NOTICE OF PARTIAL TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)(2)

PLEASE TAKE NOTICE that the following claim of CVI GVF Luxembourg Twelve S.a.r.l ("Seller") that is scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $83,495,991.35* | 18219 |

have been transferred and assigned to Elliott Associates, L.P. ("Assignee") other than for security. The signature of Seller on this document is evidence of the transfer of the claim and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

*plus additional amounts as set forth in the proof of claim

34

MKUAN\200603.3 - 03/26/12

| ASSIGNEE: Elliott Associates, L.P. | SELLER: CVI GVF Luxembourg Twelve S.a.r.l |
|---|---|
| Address: | Address: |
| c/o Elliott Management Corporation | c/o Carval Investors UK Limited |
| 40 West 57th Street | 3rd Floor, 25 Great Pulteney Street |
| New York, New York 10019 | London, W1F 9LT |
| United States | Attn: Annemarie Jacobsen/David Short |
| Telephone: 212 478 2310 | Telephone: + 44 207 292 7720/21 |
| Facsimile: 212 478 2311 | Facsimile: + 44 207 292 7777 |
| Email MStephan@elliottmgmt.com | Email: Annemarie.jacobsen@carval.com |
| | david.short@carval.com |

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P. as general partner
By: Braxton Associates, Inc., as general partner

Signature: _____
Name: _____
By:    Title: _____
Date: _____
Elliot Greenberg, Vice President

Signature: _____
Name: _____
Title: _____
Date: _____

34

| ASSIGNEE: Elliott Associates, L.P. | SELLER: CVI GVF Luxembourg Twelve S.a.r.l |
|---|---|
| Address: | Address: |
| c/o Elliott Management Corporation | c/o Carval Investors UK Limited |
| 40 West 57th Street | 3rd Floor, 25 Great Pulteney Street |
| New York, New York 10019 | London, W1F 9LT |
| United States | Attn: Annemarie Jacobsen/David Short |
| Telephone: 212 478 2310 | Telephone: + 44 207 292 7720/21 |
| Facsimile: 212 478 2311 | Facsimile: + 44 207 292 7777 |
| Email MStephan@elliottmgmt.com | Email: Annemarie.jacobsen@carval.com |
| | david.short@carval.com |

| Signature: _____ | Signature: _[signed]_____ |
|---|---|
| Name: _____ | Name: DAVID SHORT |
| Title: _____ | Title: OPERATIONS MANAGER |
| Date: _____ | Date: 27th March 2012 |