UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                              :     Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :     08-13555 (JMP)
                                                   :
                    Debtors.                       :     (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., 08-13555 |
|---|---|
| Creditor Name and Address: | Deere & Company<br>World Headquarters - One John Deer Place<br>Moline, IL  61265 |
| Claim Number (if known): | 25018 |
| Date Claim Filed: | 9/21/2009 |
| Total Amount of Claim Filed: | $48,986,905.62 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor. This Withdrawal of Claim shall not have any impact on any other claims held by Deere & Company, or any affiliated entities, in this bankruptcy case or the related SIPA Proceeding.

| Signature: *L. A. Holst* | Title: Director, Investments |
|---|---|
| Printed Name: Lisa Holst | Dated: 19 March 2012 |