WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------x

**FOURTH NOTICE OF WITHDRAWAL OR DEFERRAL OF DEBTORS'**
**APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE of the following:

1. On October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement [ECF No. 21254], as amended from time to time (the "Plan Supplement"),[1] containing documents and schedules in connection

---

[1] On November 4, 2011, the Debtors filed Amendment No. 1 to the Plan Supplement [ECF No. 21665]. On November 15, 2011, the Debtors filed Amendment No. 2 to the Plan Supplement [ECF No. 22156]. On November 22, 2011, the Debtors filed Amendment No. 3 to the Plan Supplement [ECF No. 22590]. On November 29, 2011, the Debtors filed Amendment No. 4 to the Plan Supplement [ECF No. 22742]. On December 2, 2011, the Debtors filed Amendment No. 5 to the Plan Supplement [ECF No. 22876]. On December 5, 2011, the Debtors filed Amendments No. 6 and No. 7 to the Plan Supplement [ECF Nos. 22975 and 22980]. On January 31, 2012, the Debtors filed a notice of withdrawal of their application to assume certain executory contracts. [ECF No. 24823]. On February 9, 2012, the Debtors filed a Notice of (i) Withdrawal of Debtors' Application to Assume Certain Executory Contracts, (ii) Indefinite Adjournment of Debtors' Application to Assume Certain Executory Contracts, (iii) Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, and (iv) Status Conference on Debtors' Proposed Assumption of Executory Contracts. [ECF No. 25201]. On February 13, 2012, the Debtors filed their Third Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts

US_ACTIVE:\43925392\08\58399.0003

with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"),[2] dated December 5, 2011 [ECF No. 22973] that was confirmed by order of the Court on December 6, 2011 [ECF No. 23023] (the "Confirmation Order"). The Plan became effective on March 6, 2012.

2. Pursuant to the Confirmation Order, the hearing on the Debtors' proposed assumption of certain executory contracts and unexpired leases set forth on Exhibit 2 to the Plan Supplement was adjourned until (i) February 14, 2012, or (ii) such other date as may be scheduled by the Debtors, with leave from the Court, with at least 30 days notice to the relevant counterparty, or as otherwise agreed.

3. On January 31, 2012 and February 9 and 13, 2012, the Debtors filed notices of withdrawal of their application to assume certain executory contracts or to defer indefinitely the hearing on their application to assume certain executory contracts (the "Notices of Withdrawal or Deferral").

4. Subsequent to the filing of the Notices of Withdrawal or Deferral, the Debtors have reached agreements with certain additional parties with respect to their objections to the Debtors' application to assume executory contracts and unexpired leases.

5. The Debtors hereby withdraw their application to assume the executory contracts and unexpired leases identified on Exhibit A hereto (the "Withdrawn Contracts").

6. The executory contracts and unexpired leases that are the subject of the objections identified on Exhibit B (the "Additional Deferred Contracts") shall be adjourned

---

[ECF No. 25266]. On March 19, 2012, the Court entered an order authorizing the Debtors to assume certain executory contracts and unexpired leases. [ECF No. 27016].

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

without date and shall be scheduled by the Debtors, with leave from the Court, on a date to be determined with at least 30 days notice to the counterparty, or as otherwise agreed.

7. The Debtors reserve their rights to withdraw in the future their application to assume additional executory contracts and unexpired leases set forth on Schedule 1 or 2 to the Confirmation Order or that are the subject of the objections listed on Schedule 1 or 2 to the Confirmation Order.

Dated: April 3, 2012
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

# WITHDRAWN CONTRACTS

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Anthracite Balanced Company (50) Ltd. | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of May 25, 2007 | Jennifer DeMarco<br>Sarah Campbell<br>Clifford Chance US LLP<br>31 West 52nd Street<br>New York, NY 10019 |
| | | | AIB International Centre<br>I.F.S.C<br>Dublin, 1<br>Ireland<br>Attn:  The Directors |
| Anthracite Rated Investments (JR-14) | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of August 24, 2004 | Jennifer DeMarco<br>Sarah Campbell<br>Clifford Chance US LLP<br>31 West 52nd Street<br>New York, NY 10019 |
| | | | AIB International Centre<br>I.F.S.C<br>Dublin, 1<br>Ireland<br>Attn:  The Directors |
| Asbury Atlantic, Inc. | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of December 8, 2006 | David W. Dykhouse<br>Brian P. Guiney<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 |
| | | | 210 Russell Avenue<br>Gaithersburg, MD 20877<br>Attn:  Chief Financial Officer |
| Asbury-Solomons, Inc. | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of March 15, 1999 | David W. Dykhouse<br>Brian P. Guiney<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY  10036-6710 |
| | | | 210 Russell Avenue<br>Gaithersburg, MD 20877<br>Attn:  Chief Financial Officer |
| Beryl Finance Limited Series 2005-7 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 10, 2002, as amended and restated on July 21, 2006, between Lehman Brothers Special Financing Inc. and Dante Finance Public Company | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue,<br>New York, NY 10022 |
| | | | Walkers SPV Limited<br>Walker House, 87 Mary Street<br>George Town, Grand Cayman, Cayman Islands |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Beryl Finance Limited Series 2006-5 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 10, 2002, as amended and restated on July 22, 2005, between Lehman Brothers Special Financing Inc. and Dante Finance Public Company | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue,<br>New York, NY 10022 |
|  |  |  | Walkers SPV Limited<br>Walker House, 87 Mary Street<br>George Town, Grand Cayman, Cayman Islands |
| Beryl Finance Limited Series 2006-6 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 10, 2002, as amended and restated on July 22, 2005, between Lehman Brothers Special Financing Inc. and Dante Finance Public Company | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue,<br>New York, NY 10022 |
|  |  |  | Walkers SPV Limited<br>Walker House, 87 Mary Street<br>George Town, Grand Cayman, Cayman Islands |
| Beryl Finance Limited Series 2007-4 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 10, 2002, as amended and restated on July 21, 2006, between Lehman Brothers Special Financing Inc. and Dante Finance Public Company | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue,<br>New York, NY 10022 |
|  |  |  | Walkers SPV Limited<br>Walker House, 87 Mary Street<br>George Town, Grand Cayman, Cayman Islands |
| California Housing Finance Agency | Lehman Brothers Special Financing Inc. (as assignee of Lehman Brothers Derivative Products Inc.) | ISDA Master Agreement (Local Currency—Single Jurisdiction), dated as of January 12, 2000 | Robert L. Sills<br>Thomas C. Mitchell<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019-6142 |
|  |  |  | 1121 L Street<br>Sacramento, CA 95814 |
| Canadian Imperial Bank of Commerce | Lehman Brothers Commercial Corporation | ISDA Master Agreement, dated as of September 18, 1996 | Christine Walsh<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019 |
|  |  |  | 199 Bay Street<br>Commerce Court West, 6th Floor<br>Toronto, Ontario, M5L 1A2<br>Canada<br>Attn: Michele Hunt |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Chattanooga-Hamilton County Hospital Authority (Erlanger Health System) | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of January 8, 2004 | Hollace Topol Cohen Troutman Sanders LLP The Chrysler Building 405 Lexington Avenue New York, NY 10174 |
| | | | 975 East Third Street Chattanooga TN 37403 Attn: Chief Financial Officer |
| Commonwealth of Puerto Rico | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of November 18, 2004 | Mark N. Berman Christopher M. Desiderio 437 Madison Ave. New York, NY 10022 |
| | | | Government Development Bank for Puerto Rico Roberto Sanchez Vilella Government Center Avenida de Diego, Parada 22 San Juan, Puerto Rico , 940 Puerto Rico Attn: President |
| Commonwealth of Puerto Rico | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 2, 2007 | Mark N. Berman Christopher M. Desiderio 437 Madison Ave. New York, NY 10022 |
| | | | Government Development Bank for Puerto Rico Roberto Sanchez Vilella Government Center Avenida de Diego, Parada 22 San Juan, Puerto Rico , 940 Puerto Rico Attn: President |
| Franklin W. Olin College of Engineering, Inc. | Lehman Brothers Special Financing Inc. | 1992 (Local Currency-Single Jurisdiction) ISDA Master Agreement, certain related documents, and three interest rate swap confirmations (two dated May 24, 2006 and one dated December 1, 2006) | Jason C. Moreau Greenberg Traurig, LLP One International Place Boston, MA 02110 |
| | | | Olin Way Needham, MA 02492-1200 Attn: Vice President of Administration of Finance |
| Guam Economic Development Authority | Lehman Brothers Special Financing Inc. | Reserve Agreement, dated as of December 13, 2007 | Steven J. Fink Thomas C. Mitchell Orrick, Herrington & Sutcliffe LLP 51 West 52nd Street New York, NY 10019-6142 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Guam Economic Development and Commerce Authority<br>ITC Building, Suite 511<br>590 South Marine Drive<br>Tamuning, 96911<br>Guam<br>Attn: Administrator |
| Hess Energy Power & Gas Company (UK) Ltd. | Lehman Brothers Commodity Services Inc. | Any master agreements | Harold Olsen<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038 |
| | | | Hess Corporation<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Attn: Charles F. Cerria, Esq. |
| Hess Corporation (f/k/a Amerada Hess Corp.) | Lehman Brothers Commodity Services Inc. | Any master agreements | Harold Olsen<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038 |
| | | | Hess Corporation<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Attn: Charles F. Cerria, Esq. |
| | | | 1185 Avenue of the Americas<br>New York, NY 10036<br>Attn: Vice President, Chief Risk Officer |
| Idaho Housing and Finance Association | Lehman Brothers Special Financing Inc. | ISDA Master Agreement (Local Currency – Single Jurisdiction), dated as of August 13, 2007 | Robert L. Sills<br>Thomas C. Mitchell<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019-6142 |
| | | | 565 West Myrtle<br>Boise, ID 83702 |
| Idaho Housing and Finance Association | Lehman Brothers Special Financing Inc. (as assignee of Lehman Brothers Derivative Products Inc.) | ISDA Master Agreement (Local Currency – Single Jurisdiction), dated as of February 26, 2004 | Robert L. Sills<br>Thomas C. Mitchell<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019-6142 |
| | | | 565 West Myrtle<br>Boise, ID , 83702 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Idaho Housing and Finance Association | Lehman Brothers Financial Products Inc. | 1992 ISDA Master Agreement (Local Currency – Single Jurisdiction), dated as of September 21, 2000 | Robert L. Sills<br>Thomas C. Mitchell<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019-6142 |
| | | | 565 West Myrtle<br>Boise, ID 83702 |
| Mirabella | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of October 26, 2006 | Nathan Coco<br>Jeffrey Rossman<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Suite 4400<br>Chicago, IIL 60606 |
| | | | c/o Cain Brothers<br>360 Madison Avenue, 5th Floor<br>New York, NY 10017<br>Attn: Derivatives Operations |
| | | | c/o Pacific Retirement Services<br>1200 Mira Mar Avenue<br>Medford, OR 97504<br>Attn: Jerry Schoeggl |
| New Generation Funding Trust 83 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement (Multicurrency-Cross Border), dated as of August 12, 2005 | Francis C. Healy<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10083 |
| | | | c/o CIFG Services, Inc.<br>825 Third Avenue, 6th floor<br>New York, NY 10022 |
| New Generation Funding Trust 16 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement (Multicurrency-Cross Border), dated as of May 1, 2003 | Francis C. Healy<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10083 |
| | | | c/o CDC IXIS Financial Guaranty Services Inc.<br>825 Third Avenue, 6th floor<br>New York, NY 10022 |
| New Generation Funding Trust 37 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement (Multicurrency-Cross Border), dated as of June 11, 2004 | Francis C. Healy<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10083 |
| | | | CDC IXIS Financial Guaranty Services Inc.<br>825 Third Avenue, 6th floor<br>New York, NY 10022<br>Attn: General Counsel |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| New Generation Funding Trust 38 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement (Multicurrency-Cross Border), dated as of June 25, 2004 | Francis C. Healy<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10083 |
| | | | CDC IXIS Financial Guaranty<br>Services Inc.<br>825 Third Avenue, 6th fl.<br>New York, NY 10022<br>Attn: Paul Kwiatkoski |
| New Generation Funding Trust 39 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement (Multicurrency-Cross Border), dated as of July 30, 2004 | Francis C. Healy<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10083 |
| | | | c/o CDC IXIS Financial Guaranty Services Inc.<br>825 Third Avenue, 6th floor<br>New York, NY 10022 |
| New Generation Funding Trust 15 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement (Multicurrency-Cross Border), dated as of May 1, 2003 | Francis C. Healy<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10083 |
| | | | CDC IXIS Financial Guaranty<br>Services Inc.<br>825 Third Avenue, 6th fl.<br>New York, NY 10022<br>Attn: Paul Kwiatkoski |
| Principal Life Insurance Company | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of June 30, 2004 | Lee S. Attanasio<br>Alex R. Rovira<br>SIDLEY AUSTIN LLP<br>New York, NY 10019 |
| Puerto Rico Sales Tax Financing Corporation | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of July 11, 2007 | Mark N. Berman<br>Christopher M. Desiderio<br>437 Madison Ave.<br>New York, NY 10022 |
| | | | Government Development Bank for Puerto Rico<br>Roberto Sanchez Vilella Government Center<br>Avenida de Diego, Parada 22<br>San Juan, Puerto Rico , 940<br>Puerto Rico<br>Attn: President |
| Ruby Finance 2006-5 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 10, 2002 (as amended and restated) | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue,<br>New York, NY 10022 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | AIB International Center<br>International Financial Services Center<br>North Wall Quay<br>Dublin 1, Ireland<br>Attn: Tom Geary/ Adrian Wrafter |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, 14th Floor<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| | | | Ruby Finance PLC<br>c/o The Bank of New York Mellon-London Branch<br>One Canada Square<br>London, E14 5AL<br>United Kingdom |
| Saphir Finance PLC 2005-4 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 10, 2002 (as amended and restated) | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue,<br>New York, NY 10022 |
| | | | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square London<br>London, E14 5AL<br>United Kingdom |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, 14th Floor<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| Saphir Finance PLC 2007-3 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 10, 2002 (as amended and restated) | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue,<br>New York, NY 10022 |
| | | | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square London<br>London, E14 5AL<br>United Kingdom |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, 14th Floor<br>New York, NY, 10016<br>Attn: Thomas Musarra |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Tempe Life Care Village, Inc., d/b/a, Friendship Village Of Tempe | | 1992 Local Currency-Single Jurisdiction ISDA Master Agreement, dated as of June 20, 2006 | John A. Sten<br>Joseph P. Davis<br>Greenberg Traurig, LLP<br>One International Place<br>Boston, Ma 02110 |
| | | | 2645 East Southern Avenue<br>Tempe, AZ 85282 |
| Toronto-Dominion Bank | Lehman Brothers Special Financing Inc. | 1992 ISDA Master Agreement, dated as of May 9, 1997 | Shawn R. Fox<br>McGuireWoods LLP<br>1345 Avenue of the Americas<br>Seventh Floor<br>New York, NY 10105-0106 |
| | | | 31 West 52nd Street<br>New York, NY, 10019-6101<br>Attn: Deborah Gravinese |
| Waterstone Capital Advisors, LLC | Lehman Brothers Special Financing Inc. | Forward Purchase Agreement, dated as of June 5, 2008 | Frederick D. Hyman<br>Mayer Brown LLP<br>1675 Broadway New York, NY 10019 |
| | | | 8720 Red Oak Boulevard, Suite 300<br>Charlotte, NC 28217 |
| Wockhardt EU Operations (Swiss) AG | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of July 4, 2007 | Reed Smith LLP<br>Andrea Pincus<br>599 Lexington Avenue,<br>New York NY 10022 |
| Zircon Finance LTD Series 2007-2 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 10, 2002, as amended and restated on July 21, 2006, between Lehman Brothers Special Financing Inc. and Dante Finance Public Company | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue,<br>New York, NY 10022 |
| | | | 540 West Madison Street, 25th floor<br>Chicago, Il 60661<br>Attn: Matthew Massier |
| | | | c/o Zircon Finance Limited<br>Walker House, 87 Mary Street<br>George Town<br>Grand Cayman, KY1-9002<br>Cayman Islands<br>Attn: Alasdair Foster |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Walkers SPV Limited<br>Walker House<br>87 Mary Street, George Town<br>Grand Cayman, KY1-9002<br>Cayman Islands<br>Attn: Directors |
| Zircon Finance Limited Series 2007-14 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 10, 2002, as amended and restated on July 21, 2006, between Lehman Brothers Special Financing Inc. and Dante Finance Public Company | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue, New York, NY 10022 |
| | | | 540 West Madison Street, 25th floor<br>Chicago, Il 60661<br>Attn: Matthew Massier |
| | | | c/o Zircon Finance Limited<br>Walker House, 87 Mary Street<br>George Town<br>Grand Cayman, KY1-9002<br>Cayman Islands<br>Attn: Alasdair Foster |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| | | | Walkers SPV Limited<br>Walker House<br>87 Mary Street, George Town<br>Grand Cayman, KY1-9002<br>Cayman Islands<br>Attn: Directors |

# EXHIBIT B

# ADDITIONAL DEFERRED CONTRACTS

| Number | Counterparty | ECF No. | Debtor | Agreement |
|---|---|---|---|---|
| 1 | Delaware Investment Advisers, a Series of Delaware Management Business Trust, in its capacity as portfolio manager and attorney-in-fact for Penn's Landing CDO SPC. | 21935 | Lehman Brothers Special Financing Inc. | All derivatives contracts between LBSF and Penn's Landing CDO SPC |
| 2 | Diamond Finance Public Limited Company (Series 2006-2 EUR 40,000,000 CDO of CDO Credit-Linked Synthetic Portfolio Notes due 2016 (ISIN: XS0259223286)) | 21838 and 21854 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 10, 2002 |
| 3 | First Franklin Mortgage Loan Trust 2006-FF8 | 21872 | Lehman Brothers Special Financing Inc. | 1992 Multicurrency-Cross Border ISDA Master Agreement dated as of June 29, 2006 |
| 4 | Gemstone CDO VI Ltd | 21872 | Lehman Brothers Special Financing Inc. | 1992 Multicurrency-Cross Border ISDA Master Agreement dated as of August 16, 2006 |
| 5 | Granite Finance Limited (Series 2005-10 EUR 20,000,000 Credit Linked MTM Trigger Leveraged Synthetic Portfolio Notes due 2015 (ISIN: XS0224217199)) | 21838 and 21854 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of July 28, 2005 |
| 6 | HSBC Bank USA, National Association | 22107 | Lehman Brothers Special Financing Inc. | 1992 ISDA Master Agreement (Multicurrency - Cross Border) dated as of October 4, 2000 between Egypt Trust I, Series 2000-A Trust and LBSF |
| 7 | IMPAC CMB Trust Series 2003-11 | 21872 | Lehman Brothers Derivatives Products Inc. | 1992 Multicurrency-Cross Border ISDA Master Agreement dated as of November 6, 2003 |
| 8 | IMPAC CMB Trust Series 2004-05 | 21872 | Lehman Brothers Derivatives Products Inc | 1992 Multicurrency-Cross Border ISDA Master Agreement dated as of May 28, 2004 |
| 9 | IMPAC CMB Trust Series 2004-08 | 21872 | Lehman Brothers Derivatives Products Inc | 1992 Multicurrency-Cross Border ISDA Master Agreement dated as of September 29, 2004 |
| 10 | IMPAC CMB Trust Series 2004-10 | 21872 | Lehman Brothers Derivatives Products Inc | 1992 Multicurrency-Cross Border ISDA Master Agreement dated as of November 24, 2004 |
| 11 | IMPAC CMB Trust Series 2005-04 | 21872 | Lehman Brothers Special | 1992 Multicurrency-Cross Border ISDA Master Agreement dated as |

|    |                                                                                                                      |                 |                                              |                                                                                                                                                                                                    |
|----|----------------------------------------------------------------------------------------------------------------------|-----------------|----------------------------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                                                                                                                      |                 | Financing Inc.                               | of May 6, 2005                                                                                                                                                                                     |
| 12 | IMPAC CMB Trust Series 2005-05                                                                                       | 21872           | Lehman Brothers Special Financing Inc.       | 1992 Multicurrency-Cross Border ISDA Master Agreement dated as of June 30, 2005                                                                                                                    |
| 13 | IMPAC CMB Trust Series 2005-08                                                                                       | 21872           | Lehman Brothers Special Financing Inc.       | 1992 Multicurrency-Cross Border ISDA Master Agreement dated as of November 30, 2005                                                                                                                |
| 14 | Liberty Square CDO I, Ltd.                                                                                           | 21949           | Lehman Brothers Special Financing Inc.       | Master Agreement dated March 2, 2001 (including the Schedule to the Master Agreement dated March 14, 2001 and all confirmations and credit support annexes and any other schedules relating thereto dated thereafter) |
| 15 | Liberty Square CDO II, Ltd.                                                                                          | 21949           | Lehman Brothers Financial Products Inc.      | Master Agreement dated April 26, 2001 (including the Schedule to the Master Agreement dated May 8, 2001 and all confirmations and credit support annexes and any other schedules relating thereto dated thereafter) |
| 16 | Lincoln National Life Insurance Company                                                                              | 21923           | Lehman Brothers Special Financing Inc.       | All derivatives contracts between LBSF and Penn's Landing CDO SPC                                                                                                                                  |
| 17 | Saphir Finance PLC (Series 2008-1 EUR 60,000,000 ABS Long-Short Floating Rate Notes due 2046 (ISIN: XS0338465502))   | 21838 and 21854 | Lehman Brothers Special Financing Inc.       | ISDA Master Agreement, dated as of October 10, 2002                                                                                                                                                |
| 18 | State Street Bank and Trust Company, in its capacity as Trustee on behalf of Bond Market Common Trust Fund           | 21596           | Lehman Brothers Special Financing Inc.       | ISDA Master Agreement, dated September 4, 2001                                                                                                                                                     |
| 19 | Access Group, Inc.                                                                                                   | 21947           | Lehman Brothers Special Financing Inc.       | ISDA Master Agreement dated as of November 17, 2005                                                                                                                                                |