# EXHIBIT A
**(Arnold Claims)**

US_ACTIVE:\43927600\02\58399.0003

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

Name of Debtor:
LEHMAN BROTHERS HOLDING INC. et al.,

Case Number:
08-13555 (JMP)

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Kathleen Arnold and Timothy A. Cotten, Creditors

Name and address where notices should be sent:

Kathleen Arnold and Timothy A. Cotten, Creditors
9543 North Side Drive, Owings, MD 20736

Telephone number:
(410) 257-5283

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

Name and address where payment should be sent (if different from above):

Kathleen Arnold and Timothy A. Cotten, Creditors
9543 North Side Drive, Owings, MD 20736

Telephone number:
(410) 257-5283

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:**    $    50,000,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:**  TILA, RESPA & FRAUD
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:**  4260

   3a. Debtor may have scheduled account as: UNSECURED
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:

   Value of Property:$_____  Annual Interest Rate___%

   Amount of arrearage and other charges as of time case filed included in secured claim,

   if any: $_____   Basis for perfection:_____

   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   Amount entitled to priority:

   $_____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach red orders, invoices, itemized s[tatements of running accounts, contracts, judgments, mortgages, and security agreements.] You may also attach a sum[mary.] Attach redacted copies of documents providing evidence of perfection of a security interest. You ma[y also attach a summary. (See definition of "redacted" on reverse side.)]

DO NOT SEND ORIGINA[L DOCUMENTS. ATTACHED DOCUMENTS MAY BE D]ESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000002345

FOR COURT USE ONLY

Date:
01/20/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Kathleen Arnold*        *Timothy A. Cotten*
Kathleen Arnold          Timothy A. Cotten

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT /Southern District of New York | PROOF OF CLAIM |
|---|---|

**Name of Debtor:** Lehman Brothers Holdings Inc., et al., Debtors,

**Case Number:** BK 11 Case No. 08-13555-JMP

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Kathleen Arnold, et al.

**Name and address where notices should be sent:**
Kathleen Arnold, et al., 9543 North Side Drive, Owings, MD 20736. Phone No. (410)-257-5283;
Email-timcotten@mris.com

**Telephone number:**

☑ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

**Filed on:** 01/09/2009

**Name and address where payment should be sent (if different from above):**

**Telephone number:**

☑ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:**  $ 10,000,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** FRAUD, TILA & RESPA
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 8615

   3a. Debtor may have scheduled account as: Kathleen Arnold
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☑ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $ 315,000.00    Annual Interest Rate 5.870 %

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ 0.00    Basis for perfection: _____

Amount of Secured Claim: $ _____    Amount Unsecured: $ 315,000.00

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies orders, invoices, itemized statements of You may also attach a summary. Attach a security interest. You may also attach

DO NOT SEND ORIGINAL DOCUM[ENTS]
SCANNING.

If the documents are not available, please explain:

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000034320

otes, purchase
y agreements.
n of
n reverse side.)
AFTER

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**FOR COURT USE ONLY**

SEP 22 2009

U.S. BANKRUPTCY COURT, SDNY

**Date:** 09/21/2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*[signature]* 9-21-09

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: : Chapter 11
:
LEHMAN HOLDINGS INC. et al.,:
DEBTOR : Jointly Administered
: Under Case No. 08-13555 (JMP)
:
:
:
: POC FOR KATHLEEN ARNOLD &
: TIMOTHY A. COTTEN, CREDITORS
:
: Filed: USBC - Southern District of New York
: Lehman Brothers Holdings Inc., Et Al.
: 08-13555 (JMP)      0000033671

## PROOF OF CLAIMS

Dear Clerk of Court:

1. Enclosed, sent next day mail, please find revised Claim forms as instructed in the order for both creditors individually as also prescribed under order and as such replaces our initial proof of claim filed.

2. We further are providing support of our claims against a Lehman issued mortgage, account No. 8615, with attached Deed of Trust and other documents in support of said claims.

3. We advise the clerks office of a malfunction and error message when attempting to up-load the requested proof of claims and therefore we are filing the supporting documents with our individual proof of claims enclosed.

4. Affidavit of claims are as follows with supporting documents filed as ordered.

## CREDITOR CLAIMS



RECEIVED
SEP 2 2 2009
U.S. BANKRUPTCY COURT, SDNY

5. A summary of the creditors claims are as follows: These claims arouse from a 2003 refinance transaction on our residential property, see Exhibits I, Deed of Trust, Lehman issued mortgage, account No. 8615.

6. Lehman Brothers Bank, FSB, with, thru and by, his employees, agents, trust and assigns, forged assignment documents, made fraudulent court affidavits, pleadings, filings and forged loan documents resulting in the production of 4......, first payment mortgage letters all containing

1

4 different payment amounts and conflicted payment destinations citing two different payment locations, violations of TILA, 15 U.S.C. 1638, see the attached complaint and Exhibits.

7. The debtor knowingly mislead the creditors with, through and by his agents, trust and assigns, when disclosing a conventional loan, as he did, on the face of all disclosures see, attached Exhibits and then forged loan documents changing the disclosed conventional mortgage to a payment option ARM, a loan the creditors never agreed to and thus further violated TILA, 15 U.S.C. 1638 and 1611; criminally, when mislead the creditors knowingly and intentionally not disclosing the true loan offered or providing the correct, corresponding form and notice of right to cancel, albeit, the creditors did receive a notice to cancel however that notice was for the cancellation of a conventional loan as it indicates at the top of the disclosure, see attached Exhibits.

8. Timely rescission was issued to the debtor and his agents, trust and assigns, see Exhibits attached. The debtor with, through and by his agents, trust and assigns ignored the creditors exercise of their extended right to rescission for TILA, Non-Disclosure acts that were intentional, overt acts and were criminal actions pursuant to 15 U.S.C. 1611 upon knowingly making "Misleading, Fraudulent, Non-Disclosures" and therefore violated TILA "Material Disclosure Requirements" pursuant to TILA, 15 U.S.C. 1638.

9. The mortgage and note have been voided by statutory process upon issuance of the notice and, if he disputes the validity of the consumers rescission, then the creditor must seek an injunctive action to set aside the notice of rescission and must do so in the same subscribed, 20 day period as the lender is to tender back to the consumer therefore the debtor has no secured interest in the property whatsoever because it has been negated and is questionable at best the debtor ever possessed a binding interest due to the parsing of the note and deed of trust. Moreover, the loan on which the debtor claimed to possess a secured interest in, was founded on the debtors acts of fraud with, through and by his agents, trust and assigns and therefore the contract, what the mortgage is/was a nullity at the inception and infancy of the loan origination advancing further the debtors lack of interest in the creditors property.

10. Lehman, with, through and by, his employees, agents, trust and assigns, facilitated, and aided and abetted in the theft of Arnold and Cottens equity by paying an inflated payoff statement submitted by the subsequent servicer subject to the refinancing of our home, Lehman possessed a fiduciary duty at all times to know the payoff statement being paid out of our loan proceeds was grossly over stated and was inflated and thus materially wrong therefore making all loan disclosures materially wrong for having been based on wrong sums and violated TILA further pursuant to TILA, 15 U.S.C. 1638.

11. Lehman, with, through and by his employees, agents, trust and assigns, patently made intentional, non-disclosure of the loan being offered the creditors when knowingly, in defiance of our society and its laws, maliciously engaged in TILA criminal violations pursuant to TILA, 15 U.S.C. 1611 upon entering and executing a scheme of intentional and calculated non-disclosure as is clearly evident upon the face of the Exhibits and loan documents attached hereto in support of said claims.

12. Lehman, the debtor, with, through and by his employees, agents, trust and assigns, violated the Fair Debt and Collection Practice Act and other laws when 1), holding the creditors on time, sufficiently tendered, timely/advance mortgage payments, in a suspense account, and 2) declared the mortgage account in default and 3), reported false and inaccurate payment history information and account information to credit agencies and egregiously, proceeded to have his, agents, trustees and assigns file fraudulent foreclosure actions against the creditors credit and property devoid of there being no default on which to foreclose, at any said time and, by fact, the creditors were prepaid at all times the debtor exacted said.

13. The creditors claims include punitive and enhanced damage awards to act as deterrents and other relief for aiding and abetting a fraud and other claims stated above and in the attached complaint.

14. Only an honest debtor deserves access to a fresh start, the debtor here, has been less than honest and has caused injury to the creditors.

15. The creditors will rely heavily on *First Alliance* and other recent cases involving the debtor in aiding in abetting and, pattern and practice of the debtor, with, through and by his employees, agents and assigns. We feel strongly, if our case goes to trial, a jury would award a windfall judgment in our favor that would contain very steep, and strong awards to deter and discourage egregious violations of the laws and TILA.

Respectfully Submitted,

_____ AND _____
Kathleen Arnold &
Timothy A. Cotten, Creditors
9543 North Side Drive
Owings, MD 20736
Phone: (410)-257-5283
E-mail: timcotten@mris.com

*"Under penalties of perjury, we declare that we have personally prepared and read the forgoing document and that the facts stated in it are true and correct as to the best of our knowing",*

_____ Date: September 21, 2009
Affiant, Kathleen Arnold, Creditor    September 21, 2009

_____ Date: 9/21/09
Affiant, Timothy A. Cotten, Creditor    September 21, 2009

3

Respectfully Submitted,

_____ AND _____
Kathleen Arnold &
Timothy A. Cotten, Creditors
9543 North Side Drive
Owings, MD 20736
Phone: (410)-257-5283
E-mail: timcotten@mris.com

Sent on September 21, 2009 to the following, Next Day Mail to the Clerk of Courts and First Class Mail to Debtors Counsel, Weil Gotshal's:

United States Bankruptcy Court
Attn: Lehman Brothers Holdings Claims Processing
One Bowling Green
New York, NY 10004-1408

cc:

Weil, Gotshal & Manges, LLP
Attn: Lehman Team
767 Fifth Avenue
New York, NY 10153
Debtors Lawyers

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT /Southern District of New York | PROOF OF CLAIM |
|---|---|
| Name of Debtor:<br>Lehman Brothers Holdings Inc., et al., Debtors, | Case Number:<br>BK 11 Case No. 08-13555-JMP |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Timothy A. Cotten, et al.

Name and address where notices should be sent:
Timothy A. Cotten, et al., 9543 North Side Drive, Owings, MD 20736. Phone No. (410)-257-5283; Email-timcotten@mris.com

Telephone number:

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: 01/09/2009

Name and address where payment should be sent (if different from above):

Telephone number:

☑ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:    $    10,000,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim:   FRAUD, TILA & RESPA
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor:   8615

   3a. Debtor may have scheduled account as:   Timothy Cotten
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   ☑ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:

   Value of Property: $   315,000.00   Annual Interest Rate   5.870 %

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $   0.00   Basis for perfection: _____

   Amount of Secured Claim: $ _____   Amount Unsecured: $   315,000.00

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted c[opies of] ory notes, purchase
orders, invoices, itemized statemen[ts...] ecurity agreements.
You may also attach a summary. A[...] fection of
a security interest. You may also a[...] d" on reverse side.)

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000034313

DO NOT SEND ORIGINAL DOC[UMENTS...]   YED AFTER
SCANNING.

If the documents are not available, please explain:

Date:
09/21/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the cred[itor or] other person authorized to file this claim and state address and telephone number if different from the n[otice] address above. Attach copy of power of attorney, if any.

[signature]   9/2[1/09]

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FOR COURT USE ONLY
RECEIVED
SEP 22 2009
U.S. BANKRUPTCY COURT, SDNY

*LBH (MERGE2DBF,Txnum 2,) Txnum 2 #: 4000002399***** Lehman Brothers Holdings Inc., et al., Debtor, Case No. 08-13555(JMP) (JOINTLY ADMINISTERED)*

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | : Chapter 11 |
| | : |
| LEHMAN HOLDINGS INC. et al.,: | |
| DEBTOR | : Jointly Administered |
| | : Under Case No. 08-13555 (JMP) |
| | : |
| | : |
| | : |
| | : POC FOR KATHLEEN ARNOLD & |
| | : TIMOTHY A. COTTEN, CREDITORS |
| | : |
| | : |

## PROOF OF CLAIMS

Dear Clerk of Court:

1.   Enclosed, sent next day mail, please find revised Claim forms as instructed in the order for both creditors individually as also prescribed under order and as such replaces our initial proof of claim filed.

2.   We further are providing support of our claims against a Lehman issued mortgage, account No. 8615, with attached Deed of Trust and other documents in support of said claims.

3.   We advise the clerks office of a malfunction and error message when attempting to upload the requested proof of claims and therefore we are filing the supporting documents with our individual proof of claims enclosed.

4.   Affidavit of claims are as follows with supporting documents filed as ordered:

### CREATOR CLAIMS

RECEIVED
SEP 2 2 2009
U.S. BANKRUPTCY COURT, SDNY

5.   A summary of the creditors claims are as follows: These claims arouse from a 2003 refinance transaction on our residential property, see Exhibits I, Deed of Trust, Lehman issued mortgage, account No. 8615.

6.   Lehman Brothers Bank, FSB, with, thru and by, his employees, agents, trust and assigns, forged assignment documents, made fraudulent court affidavits, pleadings, filings and forged loan documents resulting in the production of 4......, first payment mortgage letters all containing

1

*LBH (MERGE2DBF,Txnum 2,) Txnum 2 #: 4000002399***** Lehman Brothers Holdings Inc., et al., Debtor, Case No. 08-13555(JMP) (JOINTLY ADMINISTERED)*

4 different payment amounts and conflicted payment destinations citing two different payment locations, violations of TILA, 15 U.S.C. 1638, see the attached complaint and Exhibits.

7.     The debtor knowingly mislead the creditors with, through and by his agents, trust and assigns, when disclosing a conventional loan, as he did, on the face of all disclosures see, attached Exhibits and then forged loan documents changing the disclosed conventional mortgage to a payment option ARM, a loan the creditors never agreed to and thus further violated TILA, 15 U.S.C. 1638 and 1611, criminally, when mislead the creditors knowingly and intentionally not disclosing the true loan offered or providing the correct, corresponding form and notice of right to cancel, albeit, the creditors did receive a notice to cancel however that notice was for the cancellation of a conventional loan as it indicates at the top of the disclosure, see attached Exhibits.

8.     Timely rescission was issued to the debtor and his agents, trust and assigns, see Exhibits attached. The debtor with, through and by his agents, trust and assigns ignored the creditors exercise of their extended right to rescission for TILA, Non-Disclosure acts that were intentional, overt acts and were criminal actions pursuant to 15 U.S.C. 1611 upon knowingly making "Misleading, Fraudulent, Non-Disclosures" and therefore violated TILA "Material Disclosure Requirements" pursuant to TILA, 15 U.S.C. 1638.

9.     The mortgage and note have been voided by statutory process upon issuance of the notice and, if he disputes the validity of the consumers rescission, then the creditor must seek an injunctive action to set aside the notice of rescission and must do so in the same subscribed, 20 day period as the lender is to tender back to the consumer therefore the debtor has no secured interest in the property whatsoever because it has been negated and is questionable at best the debtor ever possessed a binding interest due to the parsing of the note and deed of trust. Moreover, the loan on which the debtor claimed to possess a secured interest in, was founded on the debtors acts of fraud with, through and by his agents, trust and assigns and therefore the contract, what the mortgage is/was a nullity at the inception and infancy of the loan origination advancing further the debtors lack of interest in the creditors property.

10.     Lehman, with, through and by, his employees, agents, trust and assigns, facilitated, and aided and abetted in the theft of Arnold and Cottens equity by paying an inflated payoff statement submitted by the subsequent servicer subject to the refinancing of our home, Lehman possessed a fiduciary duty at all times to know the payoff statement being paid out of our loan proceeds was grossly over stated and was inflated and thus materially wrong therefore making all loan disclosures materially wrong for having been based on wrong sums and violated TILA further pursuant to TILA, 15 U.S.C. 1638.

11.     Lehman, with, through and by his employees, agents, trust and assigns, patently made intentional, non-disclosure of the loan being offered the creditors when knowingly, in defiance of our society and its laws, maliciously engaged in TILA criminal violations pursuant to TILA, 15 U.S.C. 1611 upon entering and executing a scheme of intentional and calculated non-disclosure as is clearly evident upon the face of the Exhibits and loan documents attached hereto in support of said claims.

2

*LBH (MERGE2DBF,Txnum 2,) Txnum 2 #: 4000002399\*\*\*\*\* Lehman Brothers Holdings Inc., et al., Debtor, Case No. 08-13555(JMP) (JOINTLY ADMINISTERED)*

12.  Lehman, the debtor, with, through and by his employees, agents, trust and assigns, violated the Fair Debt and Collection Practice Act and other laws when 1), holding the creditors on time, sufficiently tendered, timely/advance mortgage payments, in a suspense account, and 2) declared the mortgage account in default and 3), reported false and inaccurate payment history information and account information to credit agencies and egregiously, proceeded to have his, agents, trustees and assigns file fraudulent foreclosure actions against the creditors credit and property devoid of there being no default on which to foreclose, at any said time and, by fact, the creditors were prepaid at all times the debtor exacted said.

13.  The creditors claims include punitive and enhanced damage awards to act as deterrents and other relief for aiding and abetting a fraud and other claims stated above and in the attached complaint.

14.  Only an honest debtor deserves access to a fresh start, the debtor here, has been less than honest and has caused injury to the creditors.

15.  The creditors will rely heavily on *First Alliance* and other recent cases involving the debtor in aiding in abetting and, pattern and practice of the debtor, with, through and by his employees, agents and assigns. We feel strongly, if our case goes to trial, a jury would award a windfall judgment in our favor that would contain very steep, and strong awards to deter and discourage egregious violations of the laws and TILA.

Respectfully Submitted,

_____ AND _____
Kathleen Arnold &
Timothy A. Cotten, Creditors
9543 North Side Drive
Owings, MD 20736
Phone: (410)-257-5283
E-mail: timcotten@mris.com

*"Under penalties of perjury, we declare that we have personally prepared and read the forgoing document and that the facts stated in it are true and correct as to the best of our knowing",*

_____ Date: September 21, 2009
Affiant, Kathleen Arnold, Creditor         September 21, 2009

_____ Date: 9/21/09
Affiant, Timothy A. Cotten, Creditor       September 21, 2009

3

*LBH (MERGE2DBF,Txnum 2,) Txnum 2 #: 4000002399***** Lehman Brothers Holdings Inc., et al., Debtor, Case No. 08-13555(JMP) (JOINTLY ADMINISTERED)*

Respectfully Submitted,

_____ AND _____
Kathleen Arnold &
Timothy A. Cotten, Creditors
9543 North Side Drive
Owings, MD 20736
Phone: (410)-257-5283
E-mail: timcotten@mris.com

Sent on September 21, 2009 to the following, Next Day Mail to the Clerk of Courts and First Class Mail to Debtors Counsel, Weil Gotshal's:

United States Bankruptcy Court
Attn: Lehman Brothers Holdings Claims Processing
One Bowling Green
New York, NY 10004-1408

cc:

Weil, Gotshal & Manges, LLP
Attn: Lehman Team
767 Fifth Avenue
New York, NY 10153
Debtors Lawyers

4