# EXHIBIT F
**(Dismissal Order)**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KATHLEEN ARNOLD**, *et al.*, | \* |
| Plaintiffs, | \* |
| v. | \*   Case No.: RWT 07cv2617 |
| **CITIMORTGAGE, INC.** *et al.*, | \* |
| Defendants. | \* |

## ORDER

Upon consideration of Defendant Wells Fargo Home Mortgage, Inc.'s Motion To Dismiss Plaintiffs' Fourth Amended Complaint [Paper No. 67], Defendants CitiMortgage, Inc., Lehman Brothers Bank, F.S.B., Aurora Loan Services, LLC, Mortgage Electronic Registration Systems, Inc., and Samuel I. White, P.C.'s Motion To Dismiss Plaintiffs' Fourth Amended Complaint [Paper No. 68], any opposition and reply thereto, and the argument of counsel, it is for the reasons stated on the record on this 26th day of January, 2010, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant Wells Fargo Home Mortgage, Inc.'s Motion To Dismiss Plaintiffs' Fourth Amended Complaint [Paper No. 67] is **GRANTED**, and it is further

**ORDERED**, that Defendants CitiMortgage, Inc., Lehman Brothers Bank, F.S.B., Aurora Loan Services, LLC, Mortgage Electronic Registration Systems, Inc., and Samuel I. White, P.C.'s Motion To Dismiss Plaintiffs' Fourth Amended Complaint [Paper No. 68] is **GRANTED**, and it is further

**ORDERED**, that Plaintiffs' Fourth Amended Complaint [Paper No. 62] as to Defendants Wells Fargo Home Mortgage, Inc., CitiMortgage, Inc., Lehman Brothers Bank, F.S.B., Aurora

Loan Services, LLC, Mortgage Electronic Registration Systems, Inc., and Samuel I. White is **DISMISSED WITH PREJUDICE**, and it is further

**ORDERED**, that Plaintiffs' Fourth Amended Complaint [Paper No. 62] as to Defendant Congressional Funding USA, LLC is **DISMISSED WITHOUT PREJUDICE**, and it is further

**ORDERED**, that judgment for costs be entered in favor of Defendants Wells Fargo Home Mortgage, Inc., CitiMortgage, Inc., Lehman Brothers Bank, F.S.B., Aurora Loan Services, LLC, Mortgage Electronic Registration Systems, Inc., and Samuel I. White, and it is further

**ORDERED**, that the Clerk of the Court close this case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE