UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :    (Jointly Administered)
        Debtors.                                :
                                                :
---------------------------------------------------------------------x    Ref. Docket Nos. 25990, 26321,
                                                     26568, 26600

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 30, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                    */s/ Lauren Rodriguez*
                                    Lauren Rodriguez

Sworn to before me this
3rd day of April, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 25990, 26321, 26568, 26600_AFF_03-30-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO      GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER
     GOLDMAN SACHS CAPITAL MARKETS, L.P.)                CLEARY GOTTLIEB STEEN & HAMILTON LLP
     ATTN: DARREN LITTLEJOHN                             ATTN: SETH GROSSHANDLER, ESQ.
     85 BROAD STREET                                     ONE LIBERTY PLAZA
     NEW YORK NY 10004                                   NEW YORK NY 10006
```

Please note that your claim # 28103-10 in the above referenced case and in the amount of
    $215,311,290.78   allowed at $100,000,000.00        has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO
     ATTN: DENNIS LAFFERTY
     200 WEST STREET
     NEW YORK NY 10282
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 26600    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/30/2012                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 30, 2012.

**EXHIBIT B**

```
TIME: 16:07:26                                      LEHMAN BROTHERS HOLDING INC.                                                    PAGE:  1
DATE: 03/30/12                                           CREDITOR LISTING

Name                                          Address
GOLDMAN SACHS BANK USA (SUCCESSOR BY          CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
MERGER TO
GOLDMAN SACHS BANK USA (SUCCESSOR BY          GOLDMAN SACHS CAPITAL MARKETS, L.P.) ATTN: DARREN LITTLEJOHN 85 BROAD STREET NEW YORK NY 10004
MERGER TO
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282
HALCYON LOAN TRADING FUND LLC                 TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                              NEW YORK NY 10022
MERRILL LYNCH INTERNATIONAL                   ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                   CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                   C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MERRILL LYNCH INTERNATIONAL                   C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
SEAPORT GROUP EUROPE LLP, THE                 TRANSFEROR: STICHTING THE VALUE FOUNDATION ATTN: JAY CONKLIN GROUND FLOOR WEST ONE FINSBURY CIRCUS LONDON   EC2M 7EB UNITED KINGDOM
VARDE FUND X (MASTER), L.P., THE              TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed       10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

| | |
|---|---|
| ITOCHU CAPITAL SECURITIES, LTD<br>TRANSFEROR: LEHMAN BROTHERS JAPAN INC<br>ATTN: RYOTARO SUGAMARA<br>AOYAMA KUMAHOJINJA BUILDING 4F 2-2-22<br>JINGUMAE, SHIBUYA-KA<br>TOKYO 150-0001<br>JAPAN | UBS SECURITIES JAPAN LIMITED<br>OTEMACHI FIRST SQUARE, 5-1, OTEMACHI<br>I-CHOME, CHIYODA-KU TOKYO 100-0004<br>JAPAN |