B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Morgan Stanley Credit Products Japan Co., Ltd.</u><br>Name of Transferee | <u>Mitsubishi UFJ Securities Holdings Co., Ltd.</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>Yebisu Garden Place Tower 4-20-3<br>Ebisu, Shibuya-ku, Tokyo,<br>150-6008 Japan<br>Attention: Kikuko Itoh / Kumiko Takiguchi<br>Telephone: +81-3-5424-4737 / 4718<br>Facsimile: +81-3-6488-5064<br>Kikuko.Itoh@morganstanleymufg.com<br>Kumiko.Takiguchi@morganstanleymufg.com | Court Claim # (if known): <u>32774</u><br>Amount of Claim: $<u>4,829,202.07</u><br>Date Claim Filed: <u>09/22/2009</u><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |
| Phone: _____<br>Last Four Digits of Acct #: _____ | Phone: _____<br>Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

719158v.1 9999/00999

By: _____  Ken Meruer,
Transferee/Transferee's Agent        Representative Director  Date: ___4/4/2012___

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

719158v.1 9999/00999

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.:32774

Mitsubishi UFJ Securities Holdings Co., Ltd., its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Morgan Stanley Credit Products Japan Co., Ltd., its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $4,829,202.07 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative on the 16th day of March 2012.

**SELLER**

Mitsubishi UFJ Securities Holdings Co., Ltd.

By: _____
Name: Koji Nishimoto
Title: Senior Executive Officer

**BUYER**

Morgan Stanley Credit Products Japan Co., Ltd.

By: _____
Name: Ken Merner
Title: Representative Director