**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :    08-13555 (JMP)
                                                                  :
        Debtors.                                                  :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 27253

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 2, 2012, I caused to be served the "Notice of Hearing on Objection to Claim of Banque Lehman Brothers S.A. (Claim No 17611)," dated April 2, 2012 [Docket No. 27253] (the "Hearing Notice"), by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit B.

3. Additionally, on April 4, 2012, I caused to be served the Hearing Notice by overnight mail and email to the party listed on the annexed Exhibit C.

4. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/ *Genevieve Uzamere*
                                                Genevieve Uzamere

Sworn to before me this
4th day of April, 2012
/s/ *Eleni G. Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in the County of New York
Commission Expires May 17, 2014

# EXHIBIT A

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | jwh@njlawfirm.com |
| aalfonso@willkie.com | kanema@formanlaw.com |
| abeaumont@fklaw.com | karen.wagner@dpw.com |
| abraunstein@riemerlaw.com | KDWBankruptcyDepartment@kelleydrye. |
| acaton@kramerlevin.com | keckhardt@hunton.com |
| acker@chapman.com | keith.simon@lw.com |
| adam.brezine@hro.com | Ken.Coleman@allenovery.com |
| adarwin@nixonpeabody.com | ken.higman@hp.com |
| Adiamond@DiamondMcCarthy.com | kerry.moynihan@hro.com |
| aeckstein@blankrome.com | kgwynne@reedsmith.com |
| aentwistle@entwistle-law.com | kiplok@hugheshubbard.com |
| afriedman@irell.com | kjarashow@fklaw.com |
| agbanknewyork@ag.tn.gov | kkelly@ebglaw.com |
| aglenn@kasowitz.com | kkolbig@mosessinger.com |
| agold@herrick.com | klyman@irell.com |
| agoldstein@tnsj-law.com | klynch@formanlaw.com |
| ahammer@freebornpeters.com | kmayer@mccarter.com |
| aisenberg@saul.com | kobak@hugheshubbard.com |
| akantesaria@oppenheimerfunds.com | korr@orrick.com |
| akolod@mosessinger.com | kovskyd@pepperlaw.com |
| akornikova@lcbf.com | kpiper@steptoe.com |
| alum@ftportfolios.com | kressk@pepperlaw.com |
| amarder@msek.com | KReynolds@mklawnyc.com |
| amartin@sheppardmullin.com | krosen@lowenstein.com |
| AMcMullen@BoultCummings.com | kuehn@bragarwexler.com |
| amenard@tishmanspeyer.com | kurt.mayr@bgllp.com |
| anann@foley.com | lacyr@sullcrom.com |
| Andrew.Brozman@cliffordchance.com | Landon@StreusandLandon.com |
| andrew.lourie@kobrekim.com | lapeterson@foley.com |
| angelich.george@arentfox.com | lathompson@co.sanmateo.ca.us |
| ann.reynaud@shell.com | lberkoff@moritthock.com |
| anthony_boccanfuso@aporter.com | Lee.Stremba@troutmansanders.com |
| aoberry@bermanesq.com | lgotko@fklaw.com |
| aostrow@beckerglynn.com | lgranfield@cgsh.com |
| apo@stevenslee.com | lhandelsman@stroock.com |
| aquale@sidley.com | linda.boyle@twtelecom.com |
| araboy@cov.com | lisa.ewart@wilmerhale.com |
| arahl@reedsmith.com | lisa.kraidin@allenovery.com |
| arheaume@riemerlaw.com | LJKotler@duanemorris.com |
| arlbank@pbfcm.com | lkatz@ltblaw.com |
| arosenblatt@chadbourne.com | lmarinuzzi@mofo.com |

| | |
|---|---|
| arthur.rosenberg@hklaw.com | Lmay@coleschotz.com |
| arwolf@wlrk.com | lmcgowen@orrick.com |
| aseuffert@lawpost-nyc.com | lml@ppgms.com |
| ashaffer@mayerbrown.com | lnashelsky@mofo.com |
| ashmead@sewkis.com | loizides@loizides.com |
| asnow@ssbb.com | lromansic@steptoe.com |
| aunger@sidley.com | lscarcella@farrellfritz.com |
| austin.bankruptcy@publicans.com | lschweitzer@cgsh.com |
| avenes@whitecase.com | lsilverstein@potteranderson.com |
| azylberberg@whitecase.com | lubell@hugheshubbard.com |
| bankr@zuckerman.com | lwhidden@salans.com |
| bankruptcy@goodwin.com | mabrams@willkie.com |
| bankruptcy@morrisoncohen.com | MAOFILING@CGSH.COM |
| bankruptcy@ntexas-attorneys.com | Marc.Chait@SC.com |
| bankruptcymatters@us.nomura.com | margolin@hugheshubbard.com |
| barbra.parlin@hklaw.com | mark.bane@ropesgray.com |
| bbisignani@postschell.com | mark.deveno@bingham.com |
| bcarlson@co.sanmateo.ca.us | mark.ellenberg@cwt.com |
| bdk@schlamstone.com | mark.ellenberg@cwt.com |
| bguiney@pbwt.com | mark.sherrill@sutherland.com |
| bill.freeman@pillsburylaw.com | martin.davis@ots.treas.gov |
| bkmail@prommis.com | Marvin.Clements@ag.tn.gov |
| bmanne@tuckerlaw.com | matt@willaw.com |
| BMiller@mofo.com | matthew.klepper@dlapiper.com |
| boneill@kramerlevin.com | maustin@orrick.com |
| Brian.Corey@greentreecreditsolutions.com | max.polonsky@skadden.com |
| brosenblum@jonesday.com | mbenner@tishmanspeyer.com |
| broy@rltlawfirm.com | mberman@nixonpeabody.com |
| bstrickland@wtplaw.com | mberman@nixonpeabody.com |
| btrust@mayerbrown.com | mbienenstock@dl.com |
| bturk@tishmanspeyer.com | mbloemsma@mhjur.com |
| bwolfe@sheppardmullin.com | mbossi@thompsoncoburn.com |
| bzabarauskas@crowell.com | mcademartori@sheppardmullin.com |
| cahn@clm.com | mccombst@sullcrom.com |
| calbert@reitlerlaw.com | mcordone@stradley.com |
| canelas@pursuitpartners.com | mcto@debevoise.com |
| carol.weinerlevy@bingham.com | mcyganowski@oshr.com |
| cbelisle@wfw.com | mdahlman@kayescholer.com |
| cbelmonte@ssbb.com | mdorval@stradley.com |
| cbrotstein@bm.net | melorod@gtlaw.com |
| cdesiderio@nixonpeabody.com | meltzere@pepperlaw.com |
| cgoldstein@stcwlaw.com | metkin@lowenstein.com |

chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com

mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
[msegarra@mayerbrown.com](msegarra@mayerbrown.com)
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com

dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com

mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com

| | |
|---|---|
| easmith@venable.com | rbeacher@pryorcashman.com |
| echang@steinlubin.com | rbyman@jenner.com |
| ecohen@russell.com | rdaversa@orrick.com |
| efleck@milbank.com | relgidely@gjb-law.com |
| efriedman@fklaw.com | rfleischer@pryorcashman.com |
| efriedman@friedumspring.com | rfrankel@orrick.com |
| egeekie@schiffhardin.com | rfriedman@silvermanacampora.com |
| eglas@mccarter.com | rgmason@wlrk.com |
| ehollander@whitecase.com | rgraham@whitecase.com |
| ekbergc@lanepowell.com | rhett.campbell@tklaw.com |
| elevin@lowenstein.com | richard.lear@hklaw.com |
| eli.mattioli@klgates.com | richard.levy@lw.com |
| ellen.halstead@cwt.com | richard.tisdale@friedfrank.com |
| emerberg@mayerbrown.com | richard@rwmaplc.com |
| enkaplan@kaplanlandau.com | ritkin@steptoe.com |
| eobrien@sbchlaw.com | RJones@BoultCummings.com |
| erin.mautner@bingham.com | rleek@HodgsonRuss.com |
| eschaffer@reedsmith.com | RLevin@cravath.com |
| eschwartz@contrariancapital.com | rmatzat@hahnhessen.com |
| esmith@dl.com | rmcneill@potteranderson.com |
| etillinghast@sheppardmullin.com | rnetzer@willkie.com |
| ezujkowski@emmetmarvin.com | robert.bailey@bnymellon.com |
| ezweig@optonline.net | robert.dombroff@bingham.com |
| fbp@ppgms.com | robert.henoch@kobrekim.com |
| feldsteinh@sullcrom.com | robert.malone@dbr.com |
| ffm@bostonbusinesslaw.com | Robert.yalen@usdoj.gov |
| fhyman@mayerbrown.com | robertdakis@quinnemanuel.com |
| foont@foontlaw.com | Robin.Keller@Lovells.com |
| francois.janson@hklaw.com | roger@rnagioff.com |
| fsosnick@shearman.com | ronald.silverman@bingham.com |
| fyates@sonnenschein.com | ross.martin@ropesgray.com |
| gabriel.delvirginia@verizon.net | rqureshi@reedsmith.com |
| gbray@milbank.com | rrainer@wmd-law.com |
| geraci@thalergertler.com | rreid@sheppardmullin.com |
| ggitomer@mkbattorneys.com | rrigolosi@smsm.com |
| ggoodman@foley.com | rroupinian@outtengolden.com |
| giddens@hugheshubbard.com | rrussell@andrewskurth.com |
| gkaden@goulstonstorrs.com | rterenzi@stcwlaw.com |
| glenn.siegel@dechert.com | RTrust@cravath.com |
| gmoss@riemerlaw.com | russj4478@aol.com |
| gravert@ravertpllc.com | rwasserman@cftc.gov |
| gspilsbury@jsslaw.com | rwyron@orrick.com |

| | |
|---|---|
| guzzi@whitecase.com | s.minehan@aozorabank.co.jp |
| harrisjm@michigan.gov | sabin.willett@bingham.com |
| harveystrickon@paulhastings.com | sabramowitz@velaw.com |
| hbeltzer@mayerbrown.com | SABVANROOY@HOTMAIL.COM |
| heim.steve@dorsey.com | sagolden@hhlaw.com |
| heiser@chapman.com | Sally.Henry@skadden.com |
| hollace.cohen@troutmansanders.com | sandyscafaria@eaton.com |
| holsen@stroock.com | Sara.Tapinekis@cliffordchance.com |
| howard.hawkins@cwt.com | scargill@lowenstein.com |
| hseife@chadbourne.com | schannej@pepperlaw.com |
| hsnovikoff@wlrk.com | Schepis@pursuitpartners.com |
| hsteel@brownrudnick.com | schnabel.eric@dorsey.com |
| icatto@mwe.com | schristianson@buchalter.com |
| igoldstein@dl.com | schwartzmatthew@sullcrom.com |
| ilevee@lowenstein.com | scottshelley@quinnemanuel.com |
| info2@normandyhill.com | scousins@armstrongteasdale.com |
| ira.herman@tklaw.com | sdnyecf@dor.mo.gov |
| isgreene@hhlaw.com | sean@blbglaw.com |
| israel.dahan@cwt.com | sehlers@armstrongteasdale.com |
| iva.uroic@dechert.com | seichel@crowell.com |
| jacobsonn@sec.gov | sfelderstein@ffwplaw.com |
| james.mcclammy@dpw.com | sfineman@lchb.com |
| james.sprayregen@kirkland.com | sfox@mcguirewoods.com |
| jamestecce@quinnemanuel.com | sgordon@cahill.com |
| jamie.nelson@dubaiic.com | sgubner@ebg-law.com |
| jar@outtengolden.com | shannon.nagle@friedfrank.com |
| jason.jurgens@cwt.com | sharbeck@sipc.org |
| jay.hurst@oag.state.tx.us | shari.leventhal@ny.frb.org |
| jay@kleinsolomon.com | shgross5@yahoo.com |
| Jbecker@wilmingtontrust.com | sidorsky@butzel.com |
| jbeemer@entwistle-law.com | slerman@ebglaw.com |
| jbeiers@co.sanmateo.ca.us | slerner@ssd.com |
| jbird@polsinelli.com | slevine@brownrudnick.com |
| jbromley@cgsh.com | SLoden@DiamondMcCarthy.com |
| jcarberry@cl-law.com | smayerson@ssd.com |
| jchristian@tobinlaw.com | smillman@stroock.com |
| jdoran@haslaw.com | smulligan@bsblawyers.com |
| Jdrucker@coleschotz.com | snewman@katskykorins.com |
| jdyas@halperinlaw.net | sory@fdlaw.com |
| jean-david.barnea@usdoj.gov | spiotto@chapman.com |
| jeanites@whiteandwilliams.com | splatzer@platzerlaw.com |
| jeannette.boot@wilmerhale.com | squigley@lowenstein.com |

| | |
|---|---|
| jeff.wittig@coair.com | SRee@lcbf.com |
| jeffery.black@bingham.com | sschultz@akingump.com |
| jeffrey.sabin@bingham.com | sselbst@herrick.com |
| jeldredge@velaw.com | sshimshak@paulweiss.com |
| jen.premisler@cliffordchance.com | sskelly@teamtogut.com |
| jennifer.demarco@cliffordchance.com | **sstarr@starrandstarr.com** |
| jennifer.gore@shell.com | steele@lowenstein.com |
| jeremy.eiden@ag.state.mn.us | stephen.cowan@dlapiper.com |
| jfalgowski@reedsmith.com | steve.ginther@dor.mo.gov |
| jflaxer@golenbock.com | steven.troyer@commerzbank.com |
| jfox@joefoxlaw.com | steven.wilamowsky@bingham.com |
| jfreeberg@wfw.com | Streusand@StreusandLandon.com |
| jg5786@att.com | susan.schultz@newedgegroup.com |
| jgenovese@gjb-law.com | susheelkirpalani@quinnemanuel.com |
| jguy@orrick.com | sweyl@haslaw.com |
| jherzog@gklaw.com | swolowitz@mayerbrown.com |
| jhiggins@fdlaw.com | szuch@wiggin.com |
| jhorgan@phxa.com | tannweiler@greerherz.com |
| jhuggett@margolisedelstein.com | tarbit@cftc.gov |
| jhuh@ffwplaw.com | tbrock@ssbb.com |
| jim@atkinslawfirm.com | tdewey@dpklaw.com |
| jjoyce@dresslerpeters.com | tduffy@andersonkill.com |
| jjtancredi@daypitney.com | teresa.oxford@invescoaim.com |
| jjureller@klestadt.com | TGoren@mofo.com |
| jkehoe@btkmc.com | thaler@thalergertler.com |
| jlamar@maynardcooper.com | thomas.califano@dlapiper.com |
| jlawlor@wmd-law.com | thomas.ogden@dpw.com |
| jlee@foley.com | Thomas_Noguerola@calpers.ca.gov |
| jlevitin@cahill.com | tim.desieno@bingham.com |
| jlipson@crockerkuno.com | timothy.brink@dlapiper.com |
| jlovi@steptoe.com | timothy.palmer@bipc.com |
| jlscott@reedsmith.com | tjfreedman@pbnlaw.com |
| jmaddock@mcguirewoods.com | tkarcher@dl.com |
| jmakower@tnsj-law.com | tkiriakos@mayerbrown.com |
| jmazermarino@msek.com | tlauria@whitecase.com |
| jmcginley@wilmingtontrust.com | tmacwright@whitecase.com |
| jmelko@gardere.com | tmarrion@haslaw.com |
| jmerva@fult.com | tnixon@gklaw.com |
| jmmurphy@stradley.com | toby.r.rosenberg@irscounsel.treas.gov |
| jmr@msf-law.com | tony.davis@bakerbotts.com |
| jnadritch@olshanlaw.com | tslome@msek.com |
| jnm@mccallaraymer.com | ttracy@crockerkuno.com |

john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com

twheeler@lowenstein.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

# EXHIBIT B

**ADD- OVN**
BANQUE LEHMAN BROTHERS SA
ATTN: ALAIN BACHELOT
7, PLACE D'IENA
75116  PARIS

**MSL - OVN**
OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT C

Bracewell & Giuliani LLP
Attn: Kurt Mayr, Esq.
Re: Banque Lehman Brothers SA
225 Asylum St.
Hartford, CT 06103
kurt.mayr@bgllp.com