United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | Commingled Pension Trust Fund (Mortgage Private Placement) of JPMorgan Chase Bank, N.A. 245 Park Avenue, New York, NY 10167-0001 |
| Court Claim Number (if known): | 0000023023 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | Contingent and Unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: April 2, 2012

Print Name: Zhilun Pang

Title (if applicable): Executive Director

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | Commingled Pension Trust Fund (Fixed Income Relative Value 4% VAR) of JPMorgan Chase Bank, N.A. 245 Park Avenue, New York, NY 10167-0001 |
| Court Claim Number (if known): | 0000023025 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | Contingent and Unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: April 2, 2012

Print Name: Zhilun Pang
Title (if applicable): Executive Director

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

# BINGHAM

Jeffery Black
Direct Phone: 21 2.705.7446
Direct Fax:    212.702.3692
jeffery.black@bingham.com

April 4, 2012

**By Hand**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

Re:  *In re Lehman Brothers Holdings, Inc., et al.*, U.S.
     **Bankruptcy Court for the Southern District of New York,
     case no. 08-13555 (JMP) (the "Lehman Bankruptcy Case")-
     withdrawal of claims numbered 0000023001, 0000023006,
     0000023023, and 0000023025**

Dear Sir:

Please find enclosed original copies of the above mentioned withdrawal of claim forms, all dated April 2, 2012, for filing in the Lehman Bankruptcy Case.

Kindly acknowledge receipt of this letter and enclosures hereto by signing and returning the duplicate copy of this letter also enclosed hereto.

Sincerely yours,

Jeffery Black
Encls.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

T 212.705.7000
F 212.752.5378
bingham.com

HAND DELIVERY

FILED / RECEIVED
APR 04 2012
EPIQ BANKRUPTCY SOLUTIONS, LLC

_____    _____    4:40 Pm
RECEIVED BY:              DATE                      TIME