JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Jayant W. Tambe
Laura W. Sawyer
Benjamin Rosenblum

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                            :
In re:                                      :       Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :       Case No. 08-13555 (JMP)
                                            :
                                            :       (Jointly Administered)
                                            :
                        Debtors.            :
                                            :
--------------------------------------------------------------- x

**NOTICE OF SUBPOENA ISSUED PURSUANT TO
ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1]     All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

NYI-4441708v2

As required by the Order, the Debtors hereby file: (i) notice of the subpoena, naming the witness and setting forth the date, time and place of any examination (attached hereto as Exhibit A); and (ii) a declaration of service (attached hereto as Exhibit B).

Dated: April 6, 2012
      New York, New York

JONES DAY

*s/* Benjamin Rosenblum
Jayant W. Tambe
Laura W. Sawyer
Benjamin Rosenblum
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

*Attorneys for Debtors and Debtors in Possession*

NYI-4441708v2

# EXHIBIT A

## NOTICE OF SUBPOENA

| Name of Witness: | Tobacco Settlement Financing Corporation |
|---|---|
| Date of Service of Subpoena: | March 29, 2012 |
| Subject of Subpoena: | Production of documents pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination | Documents to be produced by April 30, 2012 at 10:00 A.M. (ET) at: Jones Day, 222 East 41st Street, New York, New York 10017 |

## EXHIBIT B

## DECLARATION OF SERVICE

NYI-4441708v2

# AFFIDAVIT OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## Southern District of New York

Index Number: 08-1355 (JMP)                                          Date Filed: _____

**In re Lehman Brother Holdings Inc., et al.**

**Debtor**

For:
Jones Day
222 East 41st Street
New York, NY 10017

Received by Lex-Serv, LLC  (DCA # 1413475) to be served on **Tobacco Settlement Financing c/o David N. Crapo, Esq., One Gateway Center, Gibbons P.C., Newark, NJ 07102**.

I, Tarrance Jackson, being duly sworn, depose and say that on the **29th day of March, 2012** at **4:00 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Letter dated March 29, 2012 and Subpoena For Rule 2004 Examination** with the date and hour of service endorsed thereon by me, to: **David N. Crapo** at the address of: **One Gateway Center, Gibbons P.C., Newark, NJ 07102**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 60,  Sex: M,  Race/Skin Color: White,  Height: 5" 10,  Weight: 260,  Hair: Gray,  Glasses: N

I certify that I am not a party herein, I am a resident of the State of New York and I am over the age of 18.

Subscribed and Sworn to before me on the 3rd day of April, 2012 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SALVATORE INCHERCHERA
Notary Public, State of New York
No. 01IN6248434
Qualified in Richmond County
Commission Expires Sept. 19, 2015

_____
Tarrance Jackson
1409588

**Lex-Serv, LLC  (DCA # 1413475)**
**211 East 43rd Street**
**Suite 1804**
**New York, NY 10017**
**(212) 661-1180**
Our Job Serial Number: LXS-2012000586

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m