Doonan, Graves, and Longoria, LLC
Erin P. Severini, Esq. (ES 8383)
35 Old Tarrytown Road  (NY Office)
White Plains, NY 10603
Tel. (914) 949-8373
100 Cummings Center, Ste. 225D (Main Office)
Beverly, MA 02118
Tel. (978) 921-2670
es@dgandl.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) | |
| ) | **CHAPTER 11** |
| **LEHMAN BROTHERS HOLDINGS INC., ET AL.** ) | **CASE NO. 08-13555 – jmp** |
| ) | |
| ) | **(Jointly Administered)** |
| **Debtors** ) | |
| ) | |

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that ClearVue Opportunity XVIII, LLC, by and through its counsel, will move this Court for an Order, pursuant to 11 U.S.C. § 362(d), terminating the automatic stay in order to permit the Movant and its assigns to proceed with a quiet title action filed in San Joaquin Superior Court, Stockton, California, relative to real property located at 7437 E. Main Street, Stockton, California, on **May 16, 2012 at 10:00am,** or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, NY 10004.

**PURSUANT TO LOCAL BANKRUPTCY RULE 9006-1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN SEVEN (7) DAYS PRIOR TO**

**THE HEARING DATE.**

                                      Respectfully Submitted,

                                      ClearVue Opportunity XVIII, LLC
                                      By its attorneys,

DATED: April 6, 2012           /s/ Erin P. Severini
                                      Erin P. Severini, Esq. (ES8383)
                                      Kevin Graves, Esq.
                                      Doonan, Graves, & Longoria, LLC
                                      35 Old Tarrytown Road,
                                      White Plains, NY 10603
                                      Tel. (914) 949-8373
                                      100 Cummings Center Ste. 225D
                                      Beverly, MA 01915
                                      Tel. (978) 921-2670
                                      es@dgandl.com

To:
BNC Mortgage, LLC
Debtor –in – Possession
1901 Main Street
Irvine, CA 92624

Jones Day
Attn: Arthur J. Margulies
Benjamin Rosenblum
Jane Rue Wittstein
William J. Hine
Attorneys for the Debtors
222 East 41st Street
New York, NY 10017

Weil, Gotshal & Manges, LLP
Attn: Diane Harvey, Esq.
Harvey R. Miller, Esq.
Jacqueline Marcus, Esq.
Robert J. Lemons, Esq.
Shai Y. Waisman, Esq.
Attorneys for the Debtors
767 Fifth Ave.
New York, NY 10153

Wollmuth Maher & Deutsch, LLP
Attn: James N. Lawlor, Esq.
Attorney for the Debtors
One Gateway Center
9th Floor
Newark, NJ 07102

Curtis, Mallet-Prevost, Colt & Mosle, LLP
Attn:  Jerrold Lyle Bregman, Esq.
Lynn P. Harrison, III, Esq.
Steven J. Reiman, Esq.
Attorneys for the Debtors
101 Park Avenue
New York, NY 10178

Reilly Pozner, LLP
Attn: Michael A. Rollin
Attorney for the Debtors
1900 Sixteenth Street Ste. 1700
Denver, CO 80202

Kramer Levin Naftalis & Frankel, LLP
Attn: Paul B. O'Neill, Esq.
Thomas T. Janover, Esq.
1177 Avenue of the Americas
New York, NY 10036

Kasowitz, Benson, Torres & Friedman, LLP
Attn: Robert M. Novick, Esq.
Robert M. Novick, Esq.
Attorneys for the Debtors
1633 Broadway
21st Floor
New York, NY 10019

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman, Esq.
Attorney for the Debtors
101 Park Avenue
New York, NY 10178

Hughes Hubbard & Reed, LLP
Attn: Christopher K. Kiplok, Esq.
Daniel Steven Lubell, Esq.
Jeffrey R. Coleman, Esq.
Jeffrey S. Margolin, Esq.

Neil J. Oxford, Esq.
Sarah K. Loomis Cave, Esq.
William R. Maguire, Esq.
Attorneys for James W. Giddens, as Trustee for
the SIPA Liquidation of Lehman Brothers, Inc.
One Battery Park Plaza
New York, NY 10004

Office of the US Trustee
Attn: Andrea B. Schwartz, Esq.
Andrew D. Velez-Rivera, Esq.
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Claims and Noticing Agent
Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
Attn: Herbert Baer
757 Third Avenue, 3rd Floor
New York, NY 10017

Milbank, Tweed, Hadley & McCloy, LLP
Attn:  Dennis Dunne, Esq.
Official Committee for Unsecured Creditors
1 Chase Manhattan Plaza
New York, NY 10005

Quinn Emanuel Urquhart Oliver & Hedges, LLP
Attn: Eric D. Winston
Official Committee of Unsecured Creditors
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Robert K. Dakis
Official Committee of Unsecured Creditors
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017