**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) <br> ) <br> **LEHMAN BROTHERS HOLDINGS INC., ET AL.** ) <br> ) <br> ) <br> **Debtors** ) <br> ) | **CHAPTER 11** <br> **CASE NO. 08-13555 – jmp** <br><br> **(Jointly Administered)** |

**ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Upon the Motion (the "Motion") of ClearVue Opportunity XVIII, LLC ("Movant"), dated April 5, 2012, for relief from the automatic stay with respect to a quiet title action filed in San Joaquin Superior Court, Stockton, California, relative to real property located at 7437 E. Main Street, Stockton, California (the "Collateral"); notice to all parties; and having come before me and after considering the evidence presented and the arguments of the parties, and with good cause appearing therefore, it is hereby

ORDERED and DECREED that the Motion is granted and it is further

ORDERED that the automatic stay in effect pursuant to 11 U.S.C. § 362(a) is hereby terminated pursuant to 11 U.S.C. § 362(d); and  that the Movant be and hereby is permitted to proceed with its quiet title action in San Joaquin Superior Court, Stockton, California as it relates to the Collateral and so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Collateral; and it is further

ORDERED that the relief granted in this order is not stayed pursuant to Federal Rule of Bankruptcy 4001(a) (3).


Dated: _____          _____
                                  Hon. James M. Peck
                                  United States Bankruptcy Judge