# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

Serving Massachusetts, Maine,
New York & New Hampshire

www.dgandl.com

April 6, 2012

100 Cummings Center
Suite 225D
Beverly, Massachusetts 01915
TEL: (978) 921-2670
FAX: (978) 921-4870

Chambers, Honorable James. M. Peck        **CHAMBERS' COPY**
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**Re:    Joffre Dieucatane**
**Case no. 12-22018**
**Chapter 7**

Dear Hon. James M. Peck:

Enclosed herewith please find a copy of ClearVue Opportunity XVIII, LLC's Notice of Motion for Relief from Stay, with supporting papers. The motion has been noticed for hearing on **May 16, 2012 at 10:00am.**

If you have any questions, I may be reached at (978) 921-2670 x.114.

Very truly yours,

*Erin P. Severini*
Erin P. Severini, Esq.

Enclosures