# PROOF OF CLAIM

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

UNIQUE IDENTIFICATION NUMBER: 1000090138

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000008025

Name of Debtor Against Which Claim is Held: **Lehman Brothers Holdings Inc.**
Case No. of Debtor (Claim No.) **5583**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side).

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000090138******
SEHI-EMOVON, K
18 N 13TH ST
MILTON KEYNES
BUCKINGHAMSHIRE MK9 3B9
UK
(New Contact address below)
Email: sehiemovon@hotmail.com
Telephone number: 00 (+44) 7548884608

☑ Check this box to indicate that this claim amends a previously filed claim. (CLAIM No.)
Court Claim Number: **5583**
(If known)
Filed on: **10/15/2008**

Name and address where payment should be sent (if different from above):
SEHI-EMOVON, K
42 OPAL HOUSE, 4 MERRIVALE MEWS,
MILTON KEYNES, BUCKS, MK9 2EL, UK
Telephone number: ~~~~    Email Address: (see email above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ **2,706,933.62**
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4. (Amount In Pound **£1,353,466.81**)
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** **Court Judgment (UK) - Original legalised Judgment sent in with claim filed on 10/15/2008 Claim No. 5583.**
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** ____
3a. Debtor may have scheduled account as: ____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: ____
Value of Property: $ ____    Annual Interest Rate ____ %
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ ____    Basis for perfection: ____
Amount of Secured Claim: $ ____    Amount Unsecured: $ ____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$ ____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ ____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED
AUG 11 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: **7th August 2009**
Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



DHL standard Terms and Conditions of Carriage apply. These are available on www.dhl.com or can be obtained from your local DHL Service Point or DHL Customer Service. The Warsaw Convention may also apply.

#Fold here. Affix to package using DHL plastic pouch#

| Issued by:<br>ServicePoint Staples Milton Keynes<br>1 Grafton Gate East 1<br>MK9 1AN Milton Keynes | Date: 08.08.2009<br>Time: 13:24 |

Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of carriage are all the terms of the contract between me/us and DHL and such Terms and Conditions and, where applicable, the Warsaw Convention limits and/or excludes DHL's liability for loss, damage or delay and this shipment does not contain cash or dangerous goods.

I confirm that this shipment does not contain any items from the list of prohibited items displayed in the DHL Servicepoint, or of the following: Gambling devices, Bullion (of any precious metal), Narcotics: illegal, Animals, fish, birds (live), Currency, Firearms, parts of, Pornography, Ivory, Asbestos, Human remains, including ashes, Banderols/Tax stickers, Illegal goods, Cashlike negotiable instruments, Firearms(complete),ammunition, Explosives and weapons, Imitation(replica)firearms,weapons, Imitation explos.devices,ammuniton

DHL Express reserves the right to open and examine this item at any DHL location and at any time for security and/or customs reasons.

_Sampson_
Signature Servicepoint agent

_[signature]_
Signature Customer

