Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claim Processing,
3rd Floor, 757 Third Avenue,
New York, 10017
United States



FILED / RECEIVED
OCT 15 2008
EPIQ BANKRUPTCY SOLUTIONS, LLC

1st October 2008

Ref: 8MK0252H

Dear Sir / Madam



Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000005583

## Filing Of Claim Against Lehman Brothers

I would like to file a claim against Lehman Brothers, with respect to a judgment entered against Lehman Brothers in the UK on the 18th July 2008, as further confirmed by the County Court (see enclosures).

My contact details for communication are as follows

Mr K Sehi-Emovon
18 North Thirteenth Street,
Milton Keynes,
Buckinghamshire,
United Kingdom,
MK9 3BP

Telephone: 00 44 7546 208 559

I look forward to hearing from you in due course.

With Regards

**recovery**

| In the | |
|---|---|
| | **MILTON KEYNES** |
| | **County Court** |
| **Claim Number** | 8MK02524 |
| **Applicant** (including ref.) | Mr K Sehi-Emovan |
| **Respondent** (including ref.) | Lehman Brothers |

On 17 September 2008,

Before a proper officer sitting at Milton Keynes County Court, 351 Silbury Boulevard, Witan Gate East, Central Milton Keynes MK9 2DT

considered the application and the award made to the applicant on 18 July 2008 by the Employment Tribunals (Stratford London ) under reference 3203153/2007

**and the court orders** that

1. The applicant may enforce the award in this court.

2. The respondent pay the applicant's costs of the application, which are to be added to the amount unpaid under the award.

3. The amount enforceable is:

| | |
|---|---|
| Unpaid under the award *(including interest)* | £1353431.81 |
| Court Fee | £35.00 |
| Solicitor's costs | £ |
| **Total** | £1353466.81 |

together with any further interest becoming due.

Epiq Bankruptcy Solutions LLC,
Attn: Lehman Brothers Holdings Claim
Processing,
3rd Floor, 757 Third Avenue,
New York, 10017,
United States