1st Image:
LBHI Speaking on behalf of a Subsidiary. (LBJKK was allegedly, defrauded by Marubeni).



2nd Image:
Again, LBHI Speaking on behalf of a Subsidiary. (LBJKK was allegedly, defrauded by Marubeni).

