7th September 2011

To

Lauren Hoeflich
Alvarez & Marsal
55 West Monroe, Suite 4000
Chicago, Illinois 60603
Email: lhoeflich@alvarezandmarsal.com

Your Ref: Lehman Brothers Holdings Inc – Claim No. 8025


Dear Lauren Hoeflich,

I received your letter dated 30th August 2011 on the 7th September 2011.

In your letter you stated that for your purposes you required additional information and or documentation by the 12 September 2011. I noted that your letter did not specify what additional information and or documentation you required.

As a consequence of my telephone conversation with yourself on the 7th September 2011, you have confirmed that a response by myself by email is satisfactory for your purpose.

Further more, you have confirmed that a copy of the Court Judgment will satisfy your requirements in relation to your request for additional information/documentation to be received by the 12th September 2011.

To this end, I attach the following to my email

   a) Copy of Judgment
   b) Copy of Employment Contract
   c) Outline of Issues Relating to Judgment
   d) This letter will be included with my email


Sincerely,


Mr K Sehi-Emovon
Email: sehiemovon@hotmail.com