# K

| | |
|---|---|
| From: | "Sehi-Emovon" <sehiemovon@hotmail.com> |
| Date: | 22 September 2008 13:28 |
| To: | <jbhattal@lehman.com>; <tom.russo@lehman.com>; <jgregory@lehman.com>; <joseph.gregory@lehman.com>; <dave.goldfarb@lehman.com>; <freidheim@lehman.com>; <slessing@lehman.com>; <tjanulis@lehman.com>; <jisaacs@lehman.com>; <gwalker@lehman.com>; <bmcdade@lehman.com>; <hmcgee@lehman.com>; <aerni@lehman.com>; <bridget.oconnor@lehman.com>; <bridget.a.oconnor@lehman.com>; <brian.oconnor@lehman.com>; <chris.omeara@lehman.com>; <sehiemovon@hotmail.com> |
| Attach: | recovery of award.pdf |
| Subject: | Re: Payment of Employment Tribunal Award - Discriminatory Dismissal |

**See attachment showing County Court Order - confirming Order of the Stratford Employment Tribunal, UK.**

Your Reference(s): Milton Keynes County Court Ref: 8MKO2524
Stratford Employment Tribunal Ref: 3203153/2007

Lehman Brothers (Senior Managers / Directors),

The Employment Tribunal (Stratford, UK), on the 18th July 2008, recognised my discriminatory dismissal at the hands of your Firm (Lehman Brothers), and has made an Order, that you pay by way of remedy the sum of £1, 353, 431.81 with interest calculated at 8% per anum from the 18th September 2008.

Preparatory to the enforcement of this award, the County Court (Milton Keynes, UK), has confirmed the Judgment of the Employment Tribunal, and have themselves further ordered your Firm to pay the monies due under the Award.

In making the award the Employment Tribunal recognised the psychological trauma, suffered by my person, the financial hardship and emotional strain that this discriminatory dismissal has placed on myself, my wife, children, marriage and my career, and the need for for me to under go 'medical treatment' following my 'abrupt and unpleasant' dismissal.

Whilst, i have resisted continuous requests for 'interviews' from sections of the media, the payment of this Award now has to happen quickly.

I now appeal to all of you, to your hearts, and to your consciences, to recognise that sufferings and hardships that has been caused me by your Firm, and pay the Award made by the UK Courts without further delay.

It is not my wish, at all, to seek a public enforcement of this Award against your Firm. However, if the Award is not paid, you will be leaving me with no choice, but to seek a public enforcement in New York to start with.

I do not believe that it is necessarily in my interests, or the interests of your Firm, for the details under which the Award was made to be aired in the public glare.

I hope that you will note this, and pay the Award, so we do not also, have to go through this.

Sincere Regards

Kay Sehi-Emovon


NB: I have attached a copy of the County Court 'Order' for your attention

---

Try Facebook in Windows Live Messenger! Try it Now!

---

Get Hotmail on your mobile from Vodafone Try it Now!

DEMO VERSION PLEASE ORDER FULL VERSION www.print-driver.com

28/03/2012