United States Bankruptcy Court for the  Southern District of New York

FILED / RECEIVED

MAR 2 9 2012

EPIQ BANKRUPTCY SOLUTIONS, LLC

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings, Inc.; Case No. 08-13555 |
| Creditor Name and Address: | SLF PPIC I LLC Series 61G |
| Court Claim Number (if known): | 4459 |
| Date Claim Filed: | May 20, 2009 |
| Total Amount of Claim Filed: | $468,387.52 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 3/26/2012

Print Name: Jeffrey L. Gansberg

Title (if applicable): _____

--------------------------------------------------------------------------------------------------------------------

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

# MUCH SHELIST

ATTORNEYS AT LAW
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606.1615

T 312.521.2000
F 312.521.2200

www.muchshelist.com

March 26, 2012

DIRECT DIAL:
312.521.2649
jgansberg@muchshelist.com

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

     Re:    <u>Lehman Brothers Holdings, Inc. – Case No. 08-13555</u>

To Whom It May Concern:

    Enclosed for filing is an original plus one copy each of four (4) withdrawal of claims relating to the above-referenced bankruptcy. I have enclosed a self-addressed stamp envelope for the return of a file stamped copy of the each of the withdrawal of claims.

               Very truly yours,



               Jeffrey L. Gansberg

JLG:nas
Enclosures

```
FILED / RECEIVED

MAR 29 2012

EPIQ BANKRUPTCY SOLUTIONS, LLC
```

Much Shelist Denenberg Ament & Rubenstein, P.C.



INTERNATIONAL
ALLIANCE
OF LAW FIRMS

First Class Mail

**Much Shelist Denenberg**
**Ament & Rubenstein, P.C.**
ATTORNEYS AT LAW

191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606-1615

To:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076












