FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, New York 10036-6516
Telephone: (212) 833-1100
William P. Weintraub
Lance J. Gotko
Anne E. Beaumont
Kizzy L. Jarashow

*Attorneys for Bank of Montreal*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                       :    Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC. *et al.*,                      :    Case No. 08-13555 (JMP)
                                                             :
                        Debtors.                             :    (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON BANK OF MONTREAL'S
RESPONSES AND OBJECTIONS TO SUBPOENA OF DEBTORS
AND DEBTORS IN POSSESSION PURSUANT TO RULES
2004 AND 9016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE** that the hearing on Bank of Montreal's Responses and Objections to Subpoena of Debtors and Debtors in Possession Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure [Docket No. 24847], previously scheduled for April 18, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to May 16, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"). The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, Room 601, New York, New York 10004.

2683694.1

Dated:  New York, New York
April 10, 2012

        FRIEDMAN KAPLAN SEILER &
          ADELMAN LLP

            s/ Anne E. Beaumont
        William P. Weintraub
        Lance J. Gotko
        Anne E. Beaumont
        Kizzy L. Jarashow
        7 Times Square
        New York, New York 10036-6516
        Telephone:  (212) 833-1100
        E-mail:       wweintraub@fklaw.com
                          lgotko@fklaw.com
                          abeaumont@fklaw.com
                          kjarashow@fklaw.com

*Attorneys for Bank of Montreal*

2683694.1