UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                          :   Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   08-13555 (JMP)
                                               :
Debtors.                                       :   (Jointly Administered)
                                               :
---------------------------------------------------------------x   Ref. Docket No. 27272

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 4, 2012, I caused to be served the "Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts," dated April 4, 2012 [Docket No. 27272], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Genevieve Uzamere*
Genevieve Uzamere

Sworn to before me this
9th day of April, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\NOA_DI 27272_Aff_4-4-12.doc

**EXHIBIT A**

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | kanema@formanlaw.com |
| aalfonso@willkie.com | karen.wagner@dpw.com |
| abeaumont@fklaw.com | KDWBankruptcyDepartment@kelleydrye.com |
| abraunstein@riemerlaw.com | keckhardt@hunton.com |
| acaton@kramerlevin.com | keith.simon@lw.com |
| acker@chapman.com | Ken.Coleman@allenovery.com |
| adam.brezine@hro.com | ken.higman@hp.com |
| adarwin@nixonpeabody.com | kerry.moynihan@hro.com |
| Adiamond@DiamondMcCarthy.com | kgwynne@reedsmith.com |
| aeckstein@blankrome.com | kiplok@hugheshubbard.com |
| aentwistle@entwistle-law.com | kjarashow@fklaw.com |
| afriedman@irell.com | kkelly@ebglaw.com |
| agbanknewyork@ag.tn.gov | kkolbig@mosessinger.com |
| aglenn@kasowitz.com | klyman@irell.com |
| agold@herrick.com | klynch@formanlaw.com |
| agoldstein@tnsj-law.com | kmayer@mccarter.com |
| ahammer@freebornpeters.com | kobak@hugheshubbard.com |
| aisenberg@saul.com | korr@orrick.com |
| akantesaria@oppenheimerfunds.com | kovskyd@pepperlaw.com |
| akolod@mosessinger.com | kpiper@steptoe.com |
| akornikova@lcbf.com | kressk@pepperlaw.com |
| alum@ftportfolios.com | KReynolds@mklawnyc.com |
| amarder@msek.com | krosen@lowenstein.com |
| amartin@sheppardmullin.com | kuehn@bragarwexler.com |
| AMcMullen@BoultCummings.com | kurt.mayr@bgllp.com |
| amenard@tishmanspeyer.com | lacyr@sullcrom.com |
| anann@foley.com | Landon@StreusandLandon.com |
| Andrew.Brozman@cliffordchance.com | lapeterson@foley.com |
| andrew.lourie@kobrekim.com | lathompson@co.sanmateo.ca.us |
| angelich.george@arentfox.com | lberkoff@moritthock.com |
| ann.reynaud@shell.com | Lee.Stremba@troutmansanders.com |
| anthony_boccanfuso@aporter.com | lgotko@fklaw.com |
| aoberry@bermanesq.com | lgranfield@cgsh.com |
| aostrow@beckerglynn.com | lhandelsman@stroock.com |
| apo@stevenslee.com | linda.boyle@twtelecom.com |
| aquale@sidley.com | lisa.ewart@wilmerhale.com |
| araboy@cov.com | lisa.kraidin@allenovery.com |
| arahl@reedsmith.com | LJKotler@duanemorris.com |
| arheaume@riemerlaw.com | lkatz@ltblaw.com |
| arlbank@pbfcm.com | lmarinuzzi@mofo.com |
| arosenblatt@chadbourne.com | Lmay@coleschotz.com |

arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com

lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com

| | |
|---|---|
| chammerman@paulweiss.com | mgordon@briggs.com |
| chardman@klestadt.com | mgreger@allenmatkins.com |
| charles@filardi-law.com | mh1@mccallaraymer.com |
| charles_malloy@aporter.com | mharris@smsm.com |
| chipford@parkerpoe.com | mhopkins@cov.com |
| chris.donoho@lovells.com | michael.frege@cms-hs.com |
| christopher.schueller@bipc.com | michael.kelly@monarchlp.com |
| clarkb@sullcrom.com | michael.kim@kobrekim.com |
| clynch@reedsmith.com | michael.mccrory@btlaw.com |
| cmontgomery@salans.com | michael.reilly@bingham.com |
| cohenr@sewkis.com | millee12@nationwide.com |
| colea@gtlaw.com | miller@taftlaw.com |
| cousinss@gtlaw.com | mimi.m.wong@irscounsel.treas.gov |
| cp@stevenslee.com | mitchell.ayer@tklaw.com |
| cpappas@dilworthlaw.com | mjacobs@pryorcashman.com |
| craig.goldblatt@wilmerhale.com | mjedelman@vedderprice.com |
| crmomjian@attorneygeneral.gov | MJR1@westchestergov.com |
| cs@stevenslee.com | mkjaer@winston.com |
| csalomon@beckerglynn.com | mlahaie@akingump.com |
| cschreiber@winston.com | MLandman@lcbf.com |
| cshore@whitecase.com | mlichtenstein@crowell.com |
| cshulman@sheppardmullin.com | mlynch2@travelers.com |
| ctatelbaum@adorno.com | mmendez@hunton.com |
| cwalsh@mayerbrown.com | mmooney@deilylawfirm.com |
| cward@polsinelli.com | mmorreale@us.mufg.jp |
| cweber@ebg-law.com | mneier@ibolaw.com |
| cweiss@ingramllp.com | monica.lawless@brookfieldproperties.com |
| dallas.bankruptcy@publicans.com | mpage@kelleydrye.com |
| daniel.guyder@allenovery.com | mparry@mosessinger.com |
| dave.davis@isgria.com | mpomerantz@julienandschlesinger.com |
| david.bennett@tklaw.com | mprimoff@kayescholer.com |
| david.crichlow@pillsburylaw.com | mpucillo@bermanesq.com |
| david.heller@lw.com | mrosenthal@gibsondunn.com |
| david.powlen@btlaw.com | mruetzel@whitecase.com |
| david.seligman@kirkland.com | mschimel@sju.edu |
| davids@blbglaw.com | mschlesinger@julienandschlesinger.com |
| davidwheeler@mvalaw.com | msegarra@mayerbrown.com |
| dbalog@intersil.com | mshiner@tuckerlaw.com |
| dbarber@bsblawyers.com | msiegel@brownrudnick.com |
| dbaumstein@whitecase.com | msolow@kayescholer.com |
| dbesikof@loeb.com | mspeiser@stroock.com |
| dcimo@gjb-law.com | mstamer@akingump.com |

dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com

mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com

easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com

rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp

| | |
|---|---|
| guzzi@whitecase.com | sabin.willett@bingham.com |
| harrisjm@michigan.gov | sabramowitz@velaw.com |
| harveystrickon@paulhastings.com | SABVANROOY@HOTMAIL.COM |
| hbeltzer@mayerbrown.com | sagolden@hhlaw.com |
| heim.steve@dorsey.com | Sally.Henry@skadden.com |
| heiser@chapman.com | sandyscafaria@eaton.com |
| hollace.cohen@troutmansanders.com | Sara.Tapinekis@cliffordchance.com |
| holsen@stroock.com | scargill@lowenstein.com |
| howard.hawkins@cwt.com | schannej@pepperlaw.com |
| hseife@chadbourne.com | Schepis@pursuitpartners.com |
| hsnovikoff@wlrk.com | schnabel.eric@dorsey.com |
| hsteel@brownrudnick.com | schristianson@buchalter.com |
| icatto@mwe.com | schwartzmatthew@sullcrom.com |
| igoldstein@dl.com | scottshelley@quinnemanuel.com |
| ilevee@lowenstein.com | scousins@armstrongteasdale.com |
| info2@normandyhill.com | sdnyecf@dor.mo.gov |
| ira.herman@tklaw.com | sean@blbglaw.com |
| isgreene@hhlaw.com | sehlers@armstrongteasdale.com |
| israel.dahan@cwt.com | seichel@crowell.com |
| iva.uroic@dechert.com | sfelderstein@ffwplaw.com |
| jacobsonn@sec.gov | sfineman@lchb.com |
| james.mcclammy@dpw.com | sfox@mcguirewoods.com |
| james.sprayregen@kirkland.com | sgordon@cahill.com |
| jamestecce@quinnemanuel.com | sgubner@ebg-law.com |
| jamie.nelson@dubaiic.com | shannon.nagle@friedfrank.com |
| jar@outtengolden.com | sharbeck@sipc.org |
| jason.jurgens@cwt.com | shari.leventhal@ny.frb.org |
| jay.hurst@oag.state.tx.us | shgross5@yahoo.com |
| jay@kleinsolomon.com | sidorsky@butzel.com |
| Jbecker@wilmingtontrust.com | slerman@ebglaw.com |
| jbeemer@entwistle-law.com | slerner@ssd.com |
| jbeiers@co.sanmateo.ca.us | slevine@brownrudnick.com |
| jbird@polsinelli.com | SLoden@DiamondMcCarthy.com |
| jbromley@cgsh.com | smayerson@ssd.com |
| jcarberry@cl-law.com | smillman@stroock.com |
| jchristian@tobinlaw.com | smulligan@bsblawyers.com |
| jdoran@haslaw.com | snewman@katskykorins.com |
| Jdrucker@coleschotz.com | sory@fdlaw.com |
| jdyas@halperinlaw.net | spiotto@chapman.com |
| jean-david.barnea@usdoj.gov | splatzer@platzerlaw.com |
| jeanites@whiteandwilliams.com | squigley@lowenstein.com |
| jeannette.boot@wilmerhale.com | SRee@lcbf.com |

| | |
|---|---|
| jeff.wittig@coair.com | sschultz@akingump.com |
| jeffery.black@bingham.com | sselbst@herrick.com |
| jeffrey.sabin@bingham.com | sshimshak@paulweiss.com |
| jeldredge@velaw.com | sskelly@teamtogut.com |
| jen.premisler@cliffordchance.com | sstarr@starrandstarr.com |
| jennifer.demarco@cliffordchance.com | steele@lowenstein.com |
| jennifer.gore@shell.com | stephen.cowan@dlapiper.com |
| jeremy.eiden@ag.state.mn.us | steve.ginther@dor.mo.gov |
| jfalgowski@reedsmith.com | steven.troyer@commerzbank.com |
| jflaxer@golenbock.com | steven.wilamowsky@bingham.com |
| jfox@joefoxlaw.com | Streusand@StreusandLandon.com |
| jfreeberg@wfw.com | susan.schultz@newedgegroup.com |
| jg5786@att.com | susheelkirpalani@quinnemanuel.com |
| jgenovese@gjb-law.com | sweyl@haslaw.com |
| jguy@orrick.com | swolowitz@mayerbrown.com |
| jherzog@gklaw.com | szuch@wiggin.com |
| jhiggins@fdlaw.com | tannweiler@greerherz.com |
| jhorgan@phxa.com | tarbit@cftc.gov |
| jhuggett@margolisedelstein.com | tbrock@ssbb.com |
| jhuh@ffwplaw.com | tdewey@dpklaw.com |
| jim@atkinslawfirm.com | tduffy@andersonkill.com |
| jjoyce@dresslerpeters.com | teresa.oxford@invescoaim.com |
| jjtancredi@daypitney.com | TGoren@mofo.com |
| jjureller@klestadt.com | thaler@thalergertler.com |
| jkehoe@btkmc.com | thomas.califano@dlapiper.com |
| jlamar@maynardcooper.com | thomas.ogden@dpw.com |
| jlawlor@wmd-law.com | Thomas_Noguerola@calpers.ca.gov |
| jlee@foley.com | tim.desieno@bingham.com |
| jlevitin@cahill.com | timothy.brink@dlapiper.com |
| jlipson@crockerkuno.com | timothy.palmer@bipc.com |
| jlovi@steptoe.com | tjfreedman@pbnlaw.com |
| jlscott@reedsmith.com | tkarcher@dl.com |
| jmaddock@mcguirewoods.com | tkiriakos@mayerbrown.com |
| jmakower@tnsj-law.com | tlauria@whitecase.com |
| jmazermarino@msek.com | tmacwright@whitecase.com |
| jmcginley@wilmingtontrust.com | tmarrion@haslaw.com |
| jmelko@gardere.com | tnixon@gklaw.com |
| jmerva@fult.com | toby.r.rosenberg@irscounsel.treas.gov |
| jmmurphy@stradley.com | tony.davis@bakerbotts.com |
| jmr@msf-law.com | tslome@msek.com |
| jnadritch@olshanlaw.com | ttracy@crockerkuno.com |
| jnm@mccallaraymer.com | twheeler@lowenstein.com |

john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com

ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

| Claim Name | Address Information |
|---|---|
| ALEX R. ROVIRA | SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| ALEX R. ROVIRA | NICHOLAS P. CROWELL SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| ALSTON & BIRD LLP | MICHAEL E. JOHNSON 90 PARK AVE NEW YORK NY 10016 |
| ALSTON & BIRD LLP | JOHN C. WEITNAUER 1201 WEST PEACHTREE ST ATLANTA GA 30309 |
| ANDREW C. GOLD | HANH V. HUYNH HERRICK, FEINSTEIN LLP 2 PARK AVE NEW YORK NY 10016 |
| ANDREW K. GLENN | MATTHEW B. STEIN KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY NEW YORK NY 10019 |
| BRUCE E. CLARK | MATTHEW A. SCHWARTZ THEODORE A.B. MCCOMBS SULLIVAN & CROMWELL LLP 125 BROAD ST NEW YORK NY 10004 |
| BRYAN KRAKAUER | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| CAREY D. SCHREIBER | WINSTON & STRAWN LLC 200 PARK AVE NEW YORK NY 10166-4193 |
| CAROLE NEVILLE, ESQ. | SNR DENTON US LLP 1221 AVE OF THE AMERICAS NEW YORK NY 10020-1089 |
| CHAPMAN AND CUTLER LLP | CRAIG M. PRICE 330 MADISON AVE, 34TH FL NEW YORK NY 10017-5010 |
| CHAPMAN AND CUTLER LLP | JAMES E. SPIOTTO, ANN E. ACKER FRANKLIN H. TOP, III, JAMES HEISER 111 WEST MONROE ST CHICAGO IL 60603 |
| CHARLES M. TATELBAUM | STEVEN E. SEWARD HINSHAW & CULBERTSON LLP 1 EAST BROWARD BOULEVARD STE 1010 FT. LAUDERDALE FL 33301 |
| CHRISTOPHER R. DONOHO III | HOGAN LOVELLS US LLP 875 THIRD AVE NEW YORK NY 10022 |
| CHRISTOPHER S. CHOW | BALLARD SPAHR LLP 919 N. MARKET ST, 11TH FL WILMINGTON DE 19801 |
| CLIFFORD CHANCE US LLP | JENNIFER C. DEMARCO DAVID A. SULLIVAN 31 WEST 52ND ST NEW YORK NY 10019 |
| CONCEPCION A. MONTOYA | HINSHAW & CULBERTSON LLP 780 THIRD AVE 4TH FL NEW YORK NY 10017 |
| CRAIG M. PRICE | LAURA E. APPLEBY CHAPMAN AND CUTLER LLP 330 MADISON AVE, 34TH FL NEW YORK NY 10017-5010 |
| CRAIG M. PRICE | CHAPMAN AND CUTLER LLP 330 MADISON AVE, 34TH FL NEW YORK NY 10017-5010 |
| CRAIG M. PRICE | 330 MADISON AVE, 34TH FL NEW YORK NY 10017-5010 |
| D. ROSS MARTIN | PRUDENTIAL TOWER 800 BOYLSTON ST BOSTON MA 02199 |
| DAVID J. THEISING | HARRISON & MOBERLY, LLP 10 WEST MARKET ST, STE 700 INDIANAPOLIS IN 46204 |
| DAVID M. CAPRIOTTI, ESQ. | HARRIS BEACH PLLC ONE PARK PLACE, 4TH FL 300 SOUTH STATE ST SYRACUSE NY 13202 |
| DAVID M. LEMAY | CHRISTY L. RIVERA CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| DAVID R. SELIGMAN | KIRKLAND & ELLIS LLP 300 N LASALLE ST CHICAGO IL 60652 |
| DLA PIPER LLP (US) | THOMAS R. CALIFANO, ESQ. DANIEL G. EGAN, ESQ. 1251 AVE OF THE AMERICAS, 25TH FLR. NEW YORK NY 10020 |
| EDWARDS WILDMAN PALMER LLP | LARRY D. HENIN PAUL J. LABOV 750 LEXINGTON AVE NEW YORK NY 10022 |
| ERIC A. SCHAFFER | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| FREDERICK D. HYMAN | MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| HARRIS BEACH PLLC | DAVID M. CAPRIOTTI, ESQ. ONE PARK PLACE, 4TH FL 300 SOUTH STATE ST SYRACUSE NY 13202 |
| JAMES E. SPIOTTO | ANN E. ACKER FRANKLIN H. TOP III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST CHICAGO IL 60603 |
| JAMES E. SPIOTTO | ANN E. ACKER FRANKLIN H. TOP, III JEREMY SCHREIBER CHAPMAN AND CUTLER LLP 111 WEST MONROE ST CHICAGO IL 60603 |
| JAMES H.M. SPRAYREGEN | DAVID R. SELIGMAN KIRKLAND & ELLIS LLP 601 LEXINGTON AVE NEW YORK NY 10022 |
| JAMES H.M. SPRAYREGEN, P.C. | DAVID R. SELIGMAN, P.C. KIRKLAND & ELLIS LLP 601 LEXINGTON AVE NEW YORK NY 10022 |
| JAMES M. RINGER | STEPHEN M. PLOTNICK CARTER LEDYARD & MILBURN LLP 2 WALL STREET NEW YORK NY 10005 |
| JENNIFER C. DEMARCO | SARA M. TAPINEKIS CLIFFORD CHANCE US LLP 31 WEST 52ND ST NEW YORK NY 10019 |
| JOHN C. WEITNAUER | 1201 WEST PEACHTREE ST ATLANTA GA 30309 |
| JOSE RAUL ALCANTAR VILLAGRAN | ROPES & GRAY LLP 1211 AVE OF THE AMERICAS NEW YORK NY 10036-8704 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ANDREW K. GLENN MATTHEW B. STEIN 1633 BROADWAY NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | 1633 BROADWAY NEW YORK NY 10019 |
| LAUREN MACKSOUD | JOSHUA FRIEDMAN KRAMER LEVIN NAFTALIS & FRANKEL LLP 1177 AVE OF THE AMERICAS NEW YORK NY 10036 |
| LEE S. ATTANASIO | ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| LOWENSTEIN SANDLER PC | PAUL KIZEL, ESQ. 65 LIVINGSTON AVE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | PAUL KIZEL, ESQ. 1251 AVE OF THE AMERICAS 18TH FL NEW YORK NY 10020 |
| MARK D. SHERRILL (PRO HAC VICE) | SUTHERLAND ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVE, NW WASHINGTON DC 20004 |
| MARK I. BANE | JOSE RAUL ALCANTAR VILLAGRAN ROPES & GRAY LLP 1211 AVE OF THE AMERICAS NEW YORK NY 10036-8704 |
| MICHAEL G. BURKE | ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| REED SMITH | ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE NEW YORK NY 10022 |
| REED SMITH LLP | ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE NEW YORK NY 10022 |
| SHERON KORPUS | MATTHEW B. STEIN MEISTER SEELIG & FEIN LLP 140 E. 45TH ST NEW YORK NY 10017 |
| SHMUEL VASSER | JANET M. BOLLINGER DECHERT LLP 1095 AVE OF THE AMERICAS NEW YORK NY 10036 |
| SIDLEY AUSTIN LLP | BRYAN KRAKAUER ROBERT J. ROBINSON ALEX R. ROVIRA SOPHIA P. MULLEN,787 SEVENTH AVE NEW YORK NY 10019 |
| STEVEN J. FINK | THOMAS C. MITCHELL ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND ST NEW YORK NY 10019-6142 |
| STEVEN KNOUS | 575 RIVERSIDE DRIVE BASALT CO 81621 |
| SULLIVAN & CROMWELL LLP | BRUCE E. CLARK MATTHEW A. SCHWARTZ THEODORE A.B. MCCOMBS 125 BROAD ST NEW YORK NY 10004 |
| THOMAS R. CALIFANO, ESQ. | DANIEL G. EGAN, ESQ. DLA PIPER LLP (US) 1251 AVE OF THE AMERICAS, 25TH FLR. NEW YORK NY 10020 |
| THOMAS S. MARRION | HINCKLEY, ALLEN & SNYDER LLP 20 CHURCH ST HARTFORD CT 06103-1221 |
| WILLIAM A. SLAUGHTER | BALLARD SPAHR LLP 1735 MARKET ST, 51ST FL PHILADELPHIA PA 19103-7599 |

**Total Creditor count 58**