Legal Services of the Hudson Valley
Attorneys for Grace Farrelly
Marian S. Henry, Of Counsel
90 Maple Avenue
White Plains, New York 10601
(914) 949-1305 ext. 124

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

          Debtors.

------------------------------------------------------------X

Chapter 11
Case No. 08-13555(JMP)
(Jointly Administered)

## NOTICE OF ADJOURNMENT OF HEARING OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE, that the hearing to consider the Motion for Relief from the Automatic Stay (the "Motion")(Docket no. 25205), previously scheduled for April 18, 2012, has been adjourned to June 13, 2012 before the Honorable James M. Peck, at 10:00 A.M. (Eastern Time,) or as soon thereafter as counsel may be heard, Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy

Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in a Portable Document Format (PDF), WorkPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: J. Zaw Win, Esq. and Jacqueline Marcus, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Elisabeth Gasparini, Esq. and Andrea Schwartz, Esq.); (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.) and (v) attorneys for Grace Farrelly, Legal Services of the Hudson Valley, Marian S. Henry, Of Counsel, 90 Maple Avenue, White, Plains, New York 10601; so as to be so filed and received by no later than May 10, 2012 at 4:00 PM (Eastern Time) (the "Response Deadline").

PLEASE TAKE FURTHER NOTICE that if no responses are timely filed and served with respect to the Farrelly Motion herein, the relief requested may be granted without a hearing.

Dated: White Plains, New York
April 10, 2012

*Marian S. Henry*
Legal Services of the Hudson Valley
Attorneys for Grace Farrelly
Marian S. Henry, Of Counsel

90 Maple Avenue
White Plains, New York 10601
(914) 949-1305 ext. 124
Email: mshenry@lshv.org