STROOCK & STROOCK & LAVAN LLP
Melvin A. Brosterman
Claude G. Szyfer
Harold A. Olsen
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Hess Corporation and*
*Hess Energy Power & Gas Company (UK) Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
| *In re* | : | **Chapter 11** |
|---|---|---|
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **Case No. 08-13555 (JMP)** |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

------------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF OBJECTION OF HESS CORPORATION AND HESS ENERGY POWER & GAS COMPANY (UK) LIMITED TO ASSUMPTION OF PURPORTED EXECUTORY DERIVATIVE CONTRACTS UNDER THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS, INC. AND ITS AFFILIATED DEBTORS**

PLEASE TAKE NOTICE that Lehman Brothers Commodity Services, Inc. ("LBCS") sought the assumption of, inter alia, all derivative contracts between LBCS, on the one hand, and Hess Corporation ("Hess") and Hess Energy Power & Gas Company (UK) Limited ("HEPGCO") on the other hand, pursuant to (i) the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (collectively, the "Debtors"), dated December 5, 2011 (D.I. 22973) and (ii) the Plan Supplement, dated October 25, 2011 (D.I. 2125).

PLEASE TAKE FURTHER NOTICE that Hess and HEPGCO filed an Objection with respect to the proposed assumption (D.I. 21848, the "Objection").

PLEASE TAKE FURTHER NOTICE that by notice dated April 3, 2012 (D.I. 27262) the Debtors have withdrawn their assumption application as to Hess and HEPGCO.

PLEASE TAKE FURTHER NOTICE that Hess and HEPGCO hereby withdraw the Objection without prejudice.

Dated: April 10, 2012
New York, New York

STROOCK & STROOCK & LAVAN LLP

/s/ Melvin A. Brosterman
Melvin A. Brosterman
Claude G. Szyfer
Harold A. Olsen
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Hess Corporation and*
*Hess Energy Power & Gas Company (UK) Limited*