Legal Services of the Hudson Valley
Attorneys for Grace Farrelly
Marian S. Henry, Of Counsel
90 Maple Avenue
White Plains, New York 10601
(914) 949-1305 ext. 124

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

------------------------------------------------------------------X

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

### AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF WESTCHESTER)

      IRIS GONZALEZ, being duly sworn, deposes and says:

      1. I am over the age of 18 years and reside in Westchester County, New York.

      2. On the 11th day of April, 2012, I served a copy of the

NOTICE OF ADJOURNMENT OF HEARING OF MOTION FOR RELIEF
FROM THE AUTOMATIC STAY

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official

depository under the exclusive care and custody of the U.S. Postal Service in New

York State, addressed to each of the persons on the annexed list at their last

known address as set forth after each name:

Regular Mail:

Chambers of the Honorable James M. Peck
Courtroom 601
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

United States Trustee
Attn: Elisabeth Gasparini, Esq.
21st Floor
33 Whitehall Street
New York, New York 10004

United States Trustee
Attn: Andrea Schwartz, Esq.
21st Floor
33 Whitehall Street
New York, New York 10004

Weil, Gotshal & Manges LLP
Attn: J. Zaw Win, Esq.
767 Fifth Avenue
New York, New York 10153

Weil, Gotshal & Manges LLP
Attn: Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn: Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

_____
IRIS GONZALEZ

Sworn to before me this 11th day of April, 2012.

_____
Notary Public

E'SHONDRA MARRIAH MCCLENDON
Notary Public, State of New York
No. 01MC6220054
Qualified in Westchester County
Commission Expires 4/5/2014