WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Lori R. Fife

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

### NOTICE REGARDING INITIAL DISTRIBUTIONS PURSUANT TO THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS

As previously disclosed, Distributions under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, dated December 5, 2011 [ECF No. 26039],[1] will commence on April 17, 2012.

Attached hereto as Exhibit A is a list that indicates the percentage recovery that will be distributed to holders of Allowed Claims against each Debtor in each Class of non-priority unsecured Claims under the Plan. Attached hereto as Exhibit B is a summary of the aggregate amount of Distributions that will be distributed to holders of Allowed non-priority unsecured Claims. Attached hereto as Exhibit C is a list that indicates the amount and percentage of the Minimum Cash Reserve and the Asset-to-Reserve Ratio that will be maintained by each Debtor that uses Non-Cash Assets in lieu of Available Cash as reserves for Disputed Claims.

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Plan or the *Order Authorizing Use of Non-Cash Assets In Lieu of Available Cash As Reserves for Disputed Claims Pursuant to Section 8.4 of the Debtors' Confirmed Joint Plan* [ECF No. 25641], as applicable.

Dated:  New York, New York
       April 11, 2012

/s/ Lori R. Fife
Harvey R. Miller
Lori R. Fife

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**Exhibit A**

**Exhibit A**

## Initial Distributions to Holders of Allowed Non-Priority Unsecured Claims

|  |  |  | Percentage of Allowed Claim [1] |
|---|---|---|---|
| **Lehman Brothers Holdings Inc.** | | | |
| Class | 3 | Senior Unsecured Claims | 6.02% |
| Class | 4A | Senior Affiliate Claims | 4.62% |
| Class | 4B | Senior Affiliate Guarantee Claims | 4.51% |
| Class | 5 | Senior Third-Party Guarantee Claims | 3.61% |
| Class | 6A | Convenience Claims | 26.00% |
| Class | 6B | Guarantee Convenience Claims | 17.00% |
| Class | 7 | General Unsecured Claims | 5.66% |
| Class | 8 | Affiliate Claims | 4.25% |
| Class | 9A | Third-Party Guarantee Claims other than those of the RACERS Trusts | 3.40% |
| Class | 9B | Third Party Guarantee Claims of the RACERS Trusts | 2.07% |
| Class | 10A | Subordinated Class 10A Claims | N/A [2] |
| Class | 10B | Subordinated Class 10B Claims | N/A [2] |
| Class | 10C | Subordinated Class 10C Claims | N/A [2] |
| **Lehman Commercial Paper Inc.** | | | |
| Class | 3 | Convenience Claims | 60.00% |
| Class | 4A | General Unsecured Claims other than those of Designated Entities | 16.43% |
| Class | 4B | General Unsecured Claims of Designated Entities | 10.96% |
| Class | 5A | Affiliate Claims of LBHI [3] | 12.97% |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | 10.96% |
| Class | 5C | Affiliate claims other than those of Participating Debtors | 11.78% |
| **Lehman Brothers Commodity Services Inc.** | | | |
| Class | 3 | Convenience Claims | 55.00% |
| Class | 4 | General Unsecured Claims | 45.69% |
| Class | 5A | Affiliate Claims of LBHI [3] | 53.13% |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | N/A |
| Class | 5C | Affiliate claims other than those of Participating Debtors | 45.69% |
| **Lehman Brothers Special Financing Inc.** | | | |
| Class | 3 | Convenience Claims | 32.00% |
| Class | 4A | General Unsecured Claims other than those of Designated Entities | 20.35% |
| Class | 4B | General Unsecured Claims of Designated Entities | 10.36% |
| Class | 5A | Affiliate Claims of LBHI [3] | 20.64% |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | 17.04% |
| Class | 5C | Affiliate claims other than those of Participating Debtors | 20.02% |
| **Lehman Brothers OTC Derivatives Inc.** | | | |
| Class | 3 | Convenience Claims | 34.00% |
| Class | 4 | General Unsecured Claims | 15.49% |
| Class | 5A | Affiliate Claims of LBHI [3] | 16.84% |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | 13.47% |
| Class | 5C | Affiliate claims other than those of Participating Debtors | 15.49% |
| **Lehman Brothers Commercial Corporation** | | | |
| Class | 3 | Convenience Claims | 40.00% |
| Class | 4 | General Unsecured Claims | 25.66% |
| Class | 5A | Affiliate Claims of LBHI [3] | N/A |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | 22.80% |
| Class | 5C | Affiliate claims other than those of Participating Debtors | 25.66% |

**Exhibit A**

## Initial Distributions to Holders of Allowed Non-Priority Unsecured Claims

|  |  | | Percentage of Allowed Claim [1] |
|---|---|---|:---:|
| **Lehman Brothers Derivative Products Inc.** | | | |
| Class 3 | General Unsecured Claims | | 55.57% |
| Class 4A | Affiliate Claims of LBHI | | N/A |
| Class 4B | Affiliate claims of Affiliates other than those of LBHI | | 55.57% |
| **Lehman Brothers Financial Products Inc.** | | | |
| Class 3 | General Unsecured Claims | | 100.00% |
| Class 4A | Affiliate Claims of LBHI [3] | | 100.00% |
| Class 4B | Affiliate claims of Affiliates other than those of LBHI | | 100.00% |
| **LB 745 LLC** | | | |
| Class 3 | General Unsecured Claims | | 1.36% |
| Class 4A | Affiliate Claims of LBHI [3] | | 1.36% |
| Class 4B | Affiliate claims of Affiliates other than those of LBHI | | N/A |
| **PAMI Statler Arms LLC** | | | |
| Class 3 | General Unsecured Claims | | N/A |
| Class 4A | Affiliate Claims of LBHI [3] | | N/A |
| Class 4B | Affiliate claims of Affiliates other than those of LBHI | | N/A |
| **CES Aviation LLC** | | | |
| Class 3 | General Unsecured Claims | | N/A |
| Class 4A | Affiliate Claims of LBHI [3] | | 7.25% |
| Class 4B | Affiliate claims of Affiliates other than those of LBHI | | 7.25% |
| **CES Aviation V LLC** | | | |
| Class 3 | General Unsecured Claims | | 0.99% |
| Class 4A | Affiliate Claims of LBHI [3] | | 0.99% |
| Class 4B | Affiliate claims of Affiliates other than those of LBHI | | N/A |
| **CES Aviation IX LLC** | | | |
| Class 3 | General Unsecured Claims | | 1.75% |
| Class 4A | Affiliate Claims of LBHI [3] | | 1.75% |
| Class 4B | Affiliate claims of Affiliates other than those of LBHI | | 1.75% |
| **East Dover Limited** | | | |
| Class 3 | General Unsecured Claims | | N/A |
| Class 4A | Affiliate Claims of LBHI [3] | | 7.66% |
| Class 4B | Affiliate claims of Affiliates other than those of LBHI | | N/A |
| **Lehman Scottish Finance L.P.** | | | |
| Class 3 | General Unsecured Claims | | N/A |
| Class 4A | Affiliate Claims of LBHI | | N/A |
| Class 4B | Affiliate claims of Affiliates other than those of LBHI | | N/A |
| **Luxembourg Residential Properties Loan Finance S.a.r.l.** | | | |
| Class 3 | General Unsecured Claims | | N/A |
| Class 4A | Affiliate Claims of LBHI | | N/A |
| Class 4B | Affiliate claims of Affiliates other than those of LBHI | | N/A |

**Exhibit A**
### Initial Distributions to Holders of Allowed Non-Priority Unsecured Claims

| | | | Percentage of Allowed Claim [1] |
|---|---|---|---|
| **BNC Mortgage LLC** | | | |
| | Class 3 | General Unsecured Claims | 9.09% |
| | Class 4A | Affiliate Claims of LBHI [3] | N/A |
| | Class 4B | Affiliate claims of Affiliates other than those of LBHI | 9.09% |
| **LB Rose Ranch LLC** | | | |
| | Class 3 | General Unsecured Claims | N/A |
| | Class 4A | Affiliate Claims of LBHI | N/A |
| | Class 4B | Affiliate claims of Affiliates other than those of LBHI | N/A |
| **Structured Asset Securities Corporation** | | | |
| | Class 3 | General Unsecured Claims | 6.50% |
| | Class 4A | Affiliate Claims of LBHI [3] | 6.50% |
| | Class 4B | Affiliate claims of Affiliates other than those of LBHI | 6.50% |
| **LB 2080 Kalakaua Owners LLC** | | | |
| | Class 3 | General Unsecured Claims | N/A |
| | Class 4A | Affiliate Claims of LBHI | N/A |
| | Class 4B | Affiliate claims of Affiliates other than those of LBHI | N/A |
| **Merit, LLC** | | | |
| | Class 3 | General Unsecured Claims | N/A |
| | Class 4A | Affiliate Claims of LBHI | N/A |
| | Class 4B | Affiliate claims | 1.09% |
| **LB Somerset LLC** | | | |
| | Class 3 | General Unsecured Claims | N/A |
| | Class 4A | Affiliate Claims of LBHI | N/A |
| | Class 4B | Affiliate claims | N/A |
| **LB Preferred Somerset LLC** | | | |
| | Class 3 | General Unsecured Claims | N/A |
| | Class 4A | Affiliate Claims of LBHI | N/A |
| | Class 4B | Affiliate claims | N/A |

---

[1] *"N/A" indicates either $0 available cash for Distributions or $0 in Allowed Claims within the specific Class*

[2] *Distributions reallocated in accordance with Section 6.4 of the Plan*

[3] *In accordance with sections 6.5(b) and 6.5 (c) of the Plan, LBHI is participating in Distributions in the amount and to the extent set forth on Page 4 of the Debtor's Claims Schedule*

**Exhibit B**

**Exhibit B**

**Summary of First Distribution to Non-Priority General Unsecured Claims**

*($ millions)*

| Debtors [1] | | Cash Available for Distribution | | | | | | | Claims | | | Distribution | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Unrestricted Cash [2] | Reserves [3] | Initial Cash Available for Distribution | Cash Available from Distributions from Other Debtors | Net Cash Available for Distribution [4] | Plan Adjustment from Participating Subsidiary Debtor Distributions [5] | Total Available Cash for Distribution | Allowed [6] | Disputed [7] | Total | Distribution to Allowed Claims | Cash Reserve for Disputed Claims [8] | Total |
| Lehman Brothers Holdings Inc. | $ 7,212 | $ (3,087) | $ 4,125 | $ 6,361 | $ 10,486 | $ 919 | $ 11,405 | $ 226,437 | $ 86,244 | $ 312,681 | $ 10,208 | $ 1,198 | $ 11,405 |
| Lehman Commercial Paper Inc. | $ 5,565 | $ (2,125) | $ 3,440 | $ 121 | $ 3,561 | $ (275) | $ 3,285 | $ 25,851 | $ 656 | $ 26,507 | $ 3,235 | $ 50 | 3,285 |
| Lehman Brothers Special Financing Inc. | $ 9,462 | $ (703) | $ 8,759 | $ 297 | $ 9,056 | $ (452) | $ 8,604 | $ 34,753 | $ 15,484 | $ 50,237 | $ 6,900 | $ 1,704 | 8,604 |
| Lehman Brothers Commodity Services Inc. | $ 1,890 | $ (33) | $ 1,857 | $ 70 | $ 1,927 | $ (139) | $ 1,788 | $ 2,888 | $ 740 | $ 3,627 | $ 1,395 | $ 393 | 1,788 |
| Lehman Brothers OTC Derivatives Inc. | $ 255 | $ (9) | $ 245 | $ - | $ 245 | $ (7) | $ 238 | $ 666 | $ 791 | $ 1,457 | $ 105 | $ 133 | 238 |
| Lehman Brothers Commercial Corporation | $ 716 | $ (109) | $ 607 | $ - | $ 607 | $ (45) | $ 562 | $ 1,012 | $ 1,117 | $ 2,129 | $ 243 | $ 318 | 562 |
| Lehman Brothers Derivative Products Inc. | $ 395 | $ (1) | $ 394 | $ - | $ 394 | $ - | $ 394 | $ 175 | $ 534 | $ 709 | $ 97 | $ 297 | 394 |
| Lehman Brothers Financial Products Inc. | $ 487 | $ (3) | $ 484 | $ 0 | $ 484 | $ - | $ 484 | $ 258 | $ 217 | $ 475 | $ 258 | $ 217 | 475 |
| LB 745 LLC | $ - | $ (0) | $ (0) | $ 5 | $ 5 | $ - | $ 5 | $ 36 | $ 297 | $ 333 | $ 0 | $ 4 | 5 |
| CES Aviation LLC | $ 23 | $ (1) | $ 23 | $ - | $ 23 | $ - | $ 23 | $ 18 | $ 295 | $ 313 | $ 1 | $ 21 | 23 |
| CES Aviation V LLC | $ 3 | $ (0) | $ 3 | $ - | $ 3 | $ - | $ 3 | $ 6 | $ 295 | $ 301 | $ 0 | $ 3 | 3 |
| CES Aviation IX LLC | $ 6 | $ (0) | $ 5 | $ 0 | $ 5 | $ - | $ 5 | $ 7 | $ 295 | $ 302 | $ 0 | $ 5 | 5 |
| East Dover Limited | $ - | $ (0) | $ (0) | $ 12 | $ 12 | $ - | $ 12 | $ 3 | $ 151 | $ 153 | $ 0 | $ 12 | 12 |
| Lehman Scottish Finance LP | $ 0 | $ (0) | $ 0 | $ - | $ 0 | $ - | $ 0 | $ - | $ 295 | $ 295 | $ - | $ 0 | 0 |
| BNC Mortgage LLC | $ 17 | $ (3) | $ 14 | $ - | $ 14 | $ - | $ 14 | $ 0 | $ 151 | $ 151 | $ 0 | $ 14 | 14 |
| Structured Asset Securities Corporation | $ - | $ (0) | $ 0 | $ 72 | $ 72 | $ - | $ 72 | $ 471 | $ 638 | $ 1,109 | $ 31 | $ 41 | 72 |
| Merit LLC | $ - | $ (0) | $ (0) | $ 4 | $ 4 | $ - | $ 4 | $ 325 | $ 11 | $ 336 | $ 4 | $ 0 | 4 |

[1]  Includes all Debtors making a distribution on the April 17, 2012 Distribution Date. Other Debtors will not be making Distributions to non-priority unsecured creditors on this date.

[2]  Unrestricted Cash at 3/23/12

[3]  Reserves consist of all, or some, of the following: (a) provisions for operating expenses and non-operating expenses; (b) provisions for other commitments (e.g. unfunded loans, etc.); (c) reserves for anticipated investments (e.g. Archstone and certain financial assets to facilitate unwinding positions); and (d) reserves for Secured, Administrative, Priority and Convenience Claims

[4]  Available for holders of non-priority, general unsecured Claims

[5]  Plan Adjustments are calculated based on payment of Allowed Claims, not Disputed Claims Reserves

[6]  In accordance with sections 6.5 (b) and 6.5 (c) of the Plan, LBHI is participating in Distributions in the amount and to the extent set forth on Page 4 of the Debtor's Claims Schedule

[7]  Estimate of Disputed Claims for reserve purposes only.  Certain Claims have been estimated at less than filed amounts as agreed to through a stipulation or settlement agreement.  Does not include estimates for unliquidated Claims.

[8]  Non-Cash assets will be used in lieu of Cash reserves for Disputed Claims against LBHI, LCPI and LBSF in accordance with the Order of the Bankruptcy Court dated 2/22/12 [ECF No. 25641]. See Exhibit C for details. A pro-rata share of Available Cash will be reserved from Distributions for Disputed Claims against each other Debtor in accordance with section 8.4 of the Plan.

**Exhibit C**

**Exhibit C**

## Minimum Cash Reserve and Asset-to-Reserve Ratios for Initial Distribution

($ millions)

| Description | Lehman Brothers Holdings Inc. | Lehman Commercial Paper Inc. | Lehman Brothers Special Financing Inc. |
|---|---|---|---|
| **Assets** | | | |
| Financial Inventory [1] | $ 3,730 | $ 7,860 | $ 2,112 |
| Receivables & Other Assets [2] | 455 | 198 | 323 |
| Investment in Affiliates [2] | 1,600 | 273 | 327 |
| Interco. & Affiliate Receivables [3] | 15,800 | 1,009 | 851 |
| Racers & Subrogated Claims [4] | 3,325 | - | - |
| **Total Non-Cash Assets** | $ 24,911 | $ 9,341 | $ 3,613 |
| **Required Claims Reserve** | | | |
| % of Cash Reserves for Disputed Claims | **25%** | **25%** | **53%** |
| **Required Claims Reserve** | | | |
| Reserve for Disputed Claims | $ 3,532 | $ 108 | $ 3,149 |
| Less: Plan Adjustments & Plan Settlement Reserves [5] | (341) | (30) | (49) |
| Reserve Available to All Classes | 3,191 | 77 | 3,100 |
| Less: Minimum Cash Reserve | (798) | (19) | (1,655) |
| **Net Asset Requirement** | $ 2,393 | $ 58 | $ 1,445 |
| Additional Reserves | $ (59) | $ (1) | $ - |
| **Total Asset-to-Reserve Ratio** | **10.4x** | **161.2x** | **2.5x** |

[1] Calculation based on the 9/30/11 Balance Sheet (unaudited), as reflected in the November, 2011 Monthly Operating Report [Docket No. 23709]. Certain adjustments were made to reflect subsequent activity and to eliminate the value of any assets that may be encumbered.

[2] Excludes LBHI assets related to Woodlands and Aurora ($1.6B) (see Disclosure Statement Exhibit 4), and preferred shares of Neuberger Berman Group LLC (which were redeemed for cash subsequent to 9/30/11)

[3] Excludes assets recovered prior to the initial distribution (e.g. proceeds from Lehman Brothers Asia Holdings) as well as the intra-Debtor settlement of claims as part of the initial Distribution

[4] Adjusts for recoveries on RACERS as part of the intra-Debtor Distribution

[5] Includes only the portion of Plan Adjustments and Plan Settlement amounts reserved for Disputed Claims