**Form 210A (10/06)**

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(**Jointly Administered**)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).   Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Name of Transferor

**DEUTSCHE BANK AG, LONDON BRANCH**

**SOCIETE DES AUTOROUTES PARIS-RHIN-RHONE**

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail:  michael.sutton@db.com

Last Four Digits of Acct. #:  N/A

Court Claim # (if known):  19924

Amount of Claim: USD 39,394,815.00

(FULL TRANSFER)

Date Claim Filed: 21 September  2009

Tel: N/A
Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date:   11 April  2012

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Confidential

*Rule 3001(e) Evidence of Transfer   Claim Number 19924*

### EVIDENCE OF TRANSFER OF CLAIM

TO:         UNITED STATES BANKRUPTCY COURT, Southern District of New York
Attn:       CLERK

AND TO:     LEHMAN BROTHERS HOLDINGS INC.

CASE NAME:  In re Lehman Brothers Holdings Inc., *et al*

CASE NO.    Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO.   19924 (FULL TRANSFER)

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOCIETE DES AUTOROUTES PARIS-RHIN-RHONE** (the "**Assignor**") has unconditionally and irrevocably sold, transferred and assigned to:

### DEUTSCHE BANK AG, LONDON BRANCH

Winchester House,
1 Great Winchester Street,
London EC2N 2DB,
England
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail:  michael.sutton@db.com

(the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's  unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against LEHMAN BROTHERS HOLDINGS INC. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11  reorganization case entitled, In re Lehman Brothers Holdings Inc., *et al*,  Chapter 11, Case No.08-13555 (JMP) (Jointly administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of $39,394,815.00 docketed as Claim No. 19924 (the "**Claim**").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 11 day of _April_  2012.

Confidential

*Rule 3001(e) Evidence of Transfer – Claim Number 19924*

**SOCIETE DES AUTOROUTES PARIS-RHIN-RHONE**

By:_____

Name: Vinunt LANG

Title: CFO

Tel.:

**DEUTSCHE BANK AG, LONDON BRANCH**

By:_____

Name:

Title:

Tel.:

Michael Sutton
Managing Director

By:_____

Name:

Title:

Tel.:

Ross Miller
Director

Confidential

*Rule 3001(e) Evidence of Transfer – Claim Number 19924*

## PREUVE DE TRANSFERT DE CREANCE

Au:                          TRIBUNAL DES PROCEDURES COLLECTIVES DES ETATS-UNIS.
                             District Sud de New York (*UNITED STATES BANKRUPTCY COURT.
                             Southern District of New York*)

A l'attention de :           GREFFE

Et de :                      LEHMAN BROTHERS HOLDINGS INC.

NOM DE L'AFFAIRE :           In re Lehman Brothers Holdings Inc., *et al*

NUMERO DE L'AFFAIRE :        Chapter 11, Case No. 08-13555 (JMP)

NUMERO DE LA CREANCE : 19924 (TRANSFERT INTEGRAL)

En contrepartie de la valeur perçue dont nous reconnaissons par les présentes le caractère juste et suffisant,
**SOCIETE DES AUTOROUTES PARIS-RHIN-RHONE** (le "**Cédant**") a, de manière
inconditionnelle et irrévocable, vendu, transféré et cédé, à :

## DEUTSCHE BANK AG, LONDON BRANCH

Winchester House,
1 Great Winchester Street,
London EC2N 2DB,
England
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention : Michael Sutton
E-mail: michael.sutton@db.com

(le "**Cessionnaire**") tout droit, titre, intérêt, créances et droit d'agir dans, ou au titre de, ou en relation avec,
la créance chirographaire (tel que ce terme est défini dans Section 101(5) du Code des Procédures
Collectives (*Bankruptcy Code*)) du Cédant à l'encontre de LEHMAN BROTHERS HOLDINGS INC. (le
"**Débiteur**"), le débiteur et le débiteur-exploitant (*debtor-in-possession*) dans l'affaire (réorganisation en
vertu du *Chapter 11*) intitulée, *In re Lehman Brothers Holdings Inc., et al, Chapter 11, Case No.08-13555
(JMP)* (administrée conjointement), en instance devant le Tribunal des Procédures Collectives des Etats-
Unis pour le District Sud de New York (*United States Bankruptcy Court for the Southern District of New
York*) (le "**Tribunal des Procédures Collectives**"), d'un montant égal à 39.394.815,00$, enregistrée au
rôle n°19924 (la "**Créance**").

Le Cédant renonce par les présentes à toute objection au transfert de la Créance au Cessionnaire
dans les livres et registres du Débiteur et du Tribunal des Procédures Collectives, et renonce par les
présentes, dans la mesure permise par la loi, à toute notification ou tout droit à audience pouvant être
prescrit par Rule 3001 des Lois Fédérales des Procédures Collectives (*Federal Rules of Bankruptcy
Procedure*), du Code des Procédures Collectives (*Bankruptcy Code*), loi locale applicable en matière de
procédures collectives ou toute loi applicable. Le Cédant reconnaît, accepte et par les présentes stipule,
qu'une ordonnance du Tribunal des Procédures Collectives peut être rendue sans notification au Cédant
transférant la Créance au Cessionnaire et reconnaissant le Cessionnaire comme étant seul propriétaire et
titulaire de la Créance. Le Cédant donne en outre instruction à chaque Débiteur, au Tribunal des Procédures
Collectives et à tout autre partie intéressée que toute notification ultérieure relative à la Créance, tout
paiement ou distribution de sommes d'argent ou de biens y relatif doivent être délivrés ou effectués au
Cessionnaire.

CONFIDENTIEL

2.

*Rule 3001(e) Evidence of Transfer – Claim Number 19924*

EN FOI DE QUOI, CETTE PREUVE DE TRANSFERT DE CREANCE EST SIGNEE EN DATE
DU **Avril** 2012.

**SOCIETE DES AUTOROUTES**
**PARIS-RHIN-RHONE**

Par:

Nom: Vincent LANG

Titre: CFO

Tél.:

**DEUTSCHE BANK AG, LONDON BRANCH**

Par:

Nom:

Titre:     Michael Sutton
           Managing Director

Tél.:

Par:

Nom:

Titre:
           Ross Miller
Tél.:      Director

WS0101 14040966 1

**Form 210A (10/06)**

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(**Jointly Administered**)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Name of Transferor

DEUTSCHE BANK AG, LONDON BRANCH

AREA - SOCIETE DES AUTOROUTES RHONE
ALPES

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail:  michael.sutton@db.com

Court Claim # (if known):  19925

Amount of Claim: USD 1,116,076.00

(FULL TRANSFER)

Date Claim Filed: 21 September  2009

Last Four Digits of Acct. #:  N/A

Tel: N/A
Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date:  11. April  292

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Confidential

*Rule 3001(e) Evidence of Transfer – Claim Number 19925*

## EVIDENCE OF TRANSFER OF CLAIM

TO:         UNITED STATES BANKRUPTCY COURT, Southern District of New York
Attn:       CLERK

AND TO:     LEHMAN BROTHERS HOLDINGS INC.

CASE NAME:  In re Lehman Brothers Holdings Inc., *et al*

CASE NO.    Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO.   19925 (FULL TRANSFER)

For value received, the adequacy and sufficiency of which are hereby acknowledged, **AREA - SOCIETE DES AUTOROUTES RHONE ALPES** (the "**Assignor**") has unconditionally and irrevocably sold, transferred and assigned to:

## DEUTSCHE BANK AG, LONDON BRANCH

Winchester House,
1 Great Winchester Street,
London EC2N 2DB,
England
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: michael.sutton@db.com

(the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against LEHMAN BROTHERS HOLDINGS INC. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., *et al,* Chapter 11, Case No.08-13555 (JMP) (Jointly administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of $1,116,076.00 docketed as Claim No. 19925 (the "**Claim**").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 11 day of April 2012.

Confidential

*Rule 3001(e) Evidence of Transfer – Claim Number 19925*

**AREA - SOCIETE DES**
**AUTOROUTES RHONE ALPES**

By:_____

Name:  Vincent LANG

Title:  CFO

Tel.:

**DEUTSCHE BANK AG, LONDON  BRANCH**

By:_____

Name:

Title:    Michael Sutton
          Managing Director

Tel.:

By:_____

Name:

Title:    Ross Miller
          Director

Tel.:

Confidential

*Rule 3001(e) Evidence of Transfer – Claim Number 19925*

## PREUVE DE TRANSFERT DE CREANCE

Au:  TRIBUNAL DES PROCEDURES COLLECTIVES DES ETATS-UNIS, District Sud de New York (*UNITED STATES BANKRUPTCY COURT, Southern District of New York*)

A l'attention de :  GREFFE

Et de :  LEHMAN BROTHERS HOLDINGS INC.

NOM DE L'AFFAIRE :  In re Lehman Brothers Holdings Inc., *et al*

NUMERO DE L'AFFAIRE :  Chapter 11, Case No. 08-13555 (JMP)

NUMERO DE LA CREANCE : 19925 (TRANSFERT INTEGRAL)

En contrepartie de la valeur perçue dont nous reconnaissons par les présentes le caractère juste et suffisant, **AREA - SOCIETE DES AUTOROUTES RHONE ALPES** (le "**Cédant**") a, de manière inconditionnelle et irrévocable, vendu, transféré et cédé, à :

## DEUTSCHE BANK AG, LONDON BRANCH

Winchester House,
1 Great Winchester Street,
London EC2N 2DB,
England
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention : Michael Sutton
E-mail: michael.sutton@db.com

(le "**Cessionnaire**") tout droit, titre, intérêt, créances et droit d'agir dans, ou au titre de, ou en relation avec, la créance chirographaire (tel que ce terme est défini dans Section 101(5) du Code des Procédures Collectives (*Bankruptcy Code*)) du Cédant à l'encontre de LEHMAN BROTHERS HOLDINGS INC. (le "**Débiteur**"), le débiteur et le débiteur-exploitant (*debtor-in-possession*) dans l'affaire (réorganisation en vertu du *Chapter 11*) intitulée, *In re Lehman Brothers Holdings Inc., et al, Chapter 11, Case No.08-13555 (JMP)* (administrée conjointement), en instance devant le Tribunal des Procédures Collectives des Etats-Unis pour le District Sud de New York (*United States Bankruptcy Court for the Southern District of New York*) (le "**Tribunal des Procédures Collectives**"), d'un montant égal à 1.116.076,00$, enregistrée au rôle n°19925 (la "**Créance**").

Le Cédant renonce par les présentes à toute objection au transfert de la Créance au Cessionnaire dans les livres et registres du Débiteur et du Tribunal des Procédures Collectives, et renonce par les présentes, dans la mesure permise par la loi, à toute notification ou tout droit à audience pouvant être prescrit par Rule 3001 des Lois Fédérales des Procédures Collectives (*Federal Rules of Bankruptcy Procedure*), du Code des Procédures Collectives (*Bankruptcy Code*), loi locale applicable en matière de procédures collectives ou toute loi applicable. Le Cédant reconnaît, accepte et par les présentes stipule, qu'une ordonnance du Tribunal des Procédures Collectives peut être rendue sans notification au Cédant transférant la Créance au Cessionnaire et reconnaissant le Cessionnaire comme étant seul propriétaire et titulaire de la Créance. Le Cédant donne en outre instruction à chaque Débiteur, au Tribunal des Procédures Collectives et à tout autre partie intéressée que toute notification ultérieure relative à la Créance, tout paiement ou distribution de sommes d'argent ou de biens y relatif doivent être délivrés ou effectués au Cessionnaire.

CONFIDENTIEL

2.

*Rule 3001(e) Evidence of Transfer – Claim Number 19924*

EN FOI DE QUOI, CETTE PREUVE DE TRANSFERT DE CREANCE EST SIGNEE EN DATE DU Avril II 2012.

**AREA - SOCIETE DES AUTOROUTES RHONE ALPES**

Par:_____

Nom:
Titre:  Vincent LANG
Tél.:    CFO

**DEUTSCHE BANK AG, LONDON  BRANCH**

Par:_____

Nom:
Titre:
Tél.:

Michael Sutton
Managing Director

Par:_____

Nom:
Titre:
Tél.:

Ross Miller
Director