UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                              :   Chapter 11
                                                                   :
                                                                   :   Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :
    Debtors.                                                       :   (Jointly Administered)
                                                                   :
                                                                   :   Ref. Docket No. 25386 & 25389
------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUTT)
                                        ) ss.:
COUNTY OF HARTFORD    )

CRAIG FALLON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 2 Waterside Crossing, Windsor, CT 06095. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 9, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above referenced docket number, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         /s/ *Craig Fallon*
                                                         Craig Fallon

Sworn to before me this
12th day of March, 2012
*/s/ Amy Lewis*
Notary Public, State of Connecticut
Commission Expires August 31, 2012

EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                              :

In re                                  :         Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :         08-13555 (JMP)

      Debtors.                        :         (Jointly Administered)

------------------------------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)

To:     Morgan Stanley & Co. International PLC
           Attn: Brian Cripps
           25 Cabot Square
           Canary Wharf
           London E14 4QA
           United Kingdom

Your claims **attached as Schedule 1** in the above referenced case have been transferred, (unless previously expunged by court order) to:

Elliott Associates, L.P.
c/o Elliott Management Corporation
Attn: Michael Stephan
40 West 57th Street
New York, N.Y. 10019

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

                         UNITED STATES BANKRUPTCY COURT
                         SOUTHERN DISTRICT OF NEW YORK
                         ONE BOWLING GREEN
                         NEW YORK, NY 10004-1408

Send a copy of your objection to the transferee.
Refer to docket number **25386** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

     */s/ Craig Fallon*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR Epiq USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 9, 2012.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :    08-13555 (JMP)
                                                                 :
            Debtors.                                             :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**

To:     Morgan Stanley & Co. International PLC
        Attn: Brian Cripps
        25 Cabot Square
        Canary Wharf
        London E14 4QA
        United Kingdom

Your claims **attached as Exhibit 1** in the above referenced case have been transferred, (unless previously expunged by court order) to:

Elliott International, L.P.
c/o Elliott Management Corporation
Attn: Michael Stephan
40 West 57th Street
New York, N.Y. 10019

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

                    UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF NEW YORK
                         ONE BOWLING GREEN
                        NEW YORK, NY 10004-1408

Send a copy of your objection to the transferee.
Refer to docket number **25389** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

*/s/ Craig Fallon*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR Epiq USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 9, 2012.

EXHIBIT "B"

**LBH_TRANSFER NTC_03-09-12**

MORGAN STANLEY & CO. INTERNATIONAL PLC
ATTN: BRIAN CRIPPS
25 CABOT SQUARE
CANARY WHARF
LONDON E14 4QA
UNITED KINGDOM

**LBH_TRANSFER NTC_03-09-12**

MORGAN STANLEY & CO. LLC
ATTN: JOSHUA RAWLINS
1585 BROADWAY
2ND FLOOR
NEW YORK, NY 10036

**LBH_TRANSFER NTC_03-09-12**

ELLIOTT INTERNATIONAL, L.P.
C/O ELLIOTT MANAGEMENT CORPORATION
ATTN: MICHAEL STEPHAN
40 WEST 57TH STREET
NEW YORK, NY 10019

**LBH_TRANSFER NTC_03-09-12**

ELLIOTT ASSOCIATES, L.P.
C/O ELLIOTT MANAGEMENT CORPORATION
ATTN: MICHAEL STEPHAN
40 WEST 57TH STREET
NEW YORK, NY 10019

**LBH_TRANSFER NTC_03-09-12**

RICHARDS KIBBE & ORBE LLP
ATTN: YVONNE CHAN
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281