# LBHI TRANSFER NOTICE

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UBS AG, STAMFORD BRANCH<br>Name of Transferee | KYLIN OFFSHORE MASTER FUND LTD.<br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>Houssem Daly<br>UBS Loan Servicing Unit<br>Banking Product Services<br>UBS AG, Stamford Branch<br>UBS AG, Center 1<br>677 Washington Blvd.<br>Stamford, CT 06901<br>Tel: (203) 719-7924<br>Fax: (203) 719-4541<br>Email: sh-loanservicing@ubs.com | Court Claim # (if known): 17527<br>Amount of Claim: $6,634,598.86*<br>Date Claim Filed: 9/18/2009<br><br>Court Claim # (if known): 17529<br>Amount of Claim: $36,620,278.42*<br>Date Claim Filed: 9/18/2009<br><br>Debtor: Lehman Brothers Holdings Inc. |
| Phone: Tel: (203) 719-7924<br>Last Four Digits of Acct #: | Phone:<br>Last Four Digits of Acct. #: |
| Name and Address where transferee payments should be sent (if different from above): | *plus additional amounts as set forth in the proof of claim |
| Phone:<br>Last Four Digits of Acct #: | |


By: _____     Date: _March 28, 2012_
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

Stephen Scampieco
Associate Director
Banking Products
Services, US

David Urban
Associate Director
Banking Products
Services, US

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Kylin Offshore Master Fund Ltd., a Cayman Islands exempted company located at c/o Kylin Management LLC, 366 Madison Avenue, 16th Floor, New York, NY 10017 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to UBS AG, Stamford Branch its successors and assigns, with offices at 677 Washington Boulevard, Stamford, CT 06901 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim Nos.: 17527 and 17529) in the amount of $43,254,877.28 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

   Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the ___ day of _____, 2012.

KYLIN OFFSHORE MASTER FUND LTD.

By: /s/ Paul Guggenheim
Name: Paul Guggenheim
Title: CFO


BUYER:

UBS AG, STAMFORD BRANCH
By: UBS Securities, LLC, as agent

By: /s/ Stephen Scarapieco
Name:
Title:

Stephen Scarapieco
Associate Director
Banking Products
Services, US

By: /s/ Darlene Arias
Name:
Title:

Darlene Arias
Director
Banking Products Services, US