Objection Date: March 26, 2012
Hearing Date: April 26, 2012 at 10:00 a.m. EST

WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019-6150
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
*Attorneys for JPMorgan Chase Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| In re | ) |
| | ) |
| LEHMAN BROTHERS INC., | ) Case No. 08-01420 (JMP) SIPA |
| Debtor. | ) |
| | ) |
| | ) |

**AMENDED NOTICE OF MOTION TO STRIKE AND NOTICE OF HEARING**

PLEASE TAKE NOTICE THAT, upon the Memorandum of Law filed on February 24, 2012, Reply filed on April 11, 2012, Declarations filed on February 24, 2012 and April 11, 2012, the exhibits thereto, and all proceedings heretofore had before this Court, claimant JPMorgan Chase Bank, N.A., by its undersigned counsel, hereby moves before the Honorable James M. Peck of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, for an order striking the portions of the *Objection to Portions of Proofs of Claim No. 66462 Against Lehman Brothers Holdings Inc. and No. 4939 Against Lehman Brothers Inc. of JPMorgan Chase Bank, N.A. Regarding*

*Triparty Repo-Related Losses*, Docket Number 19604, that concern the December 2008

settlement agreement between JPMorgan, Barclays Capital Inc., and the Trustee for Lehman

Brothers Inc. (Objection ¶¶ 71-82), and JPMorgan's entitlement to postpetition interest (*id.* ¶¶

83-89), under Federal Rule of Civil Procedure 12(f), as incorporated in Bankruptcy Rule

7012(b), which this Court may apply here under Bankruptcy Rule 9014(c).

   A hearing on the Motion to Strike is scheduled to take place on April 26, 2012 at

10:00 a.m. EST.

Dated:   April 12, 2012
     New York, New York

         Respectfully submitted,

*Of counsel:*       WACHTELL, LIPTON, ROSEN & KATZ

Douglas K. Mayer     By:   /s/ Harold S. Novikoff
Ian Boczko          Harold S. Novikoff
Emil A. Kleinhaus

         51 West 52nd Street
         New York, NY 10019
         Telephone: (212) 403-1000
         Facsimile: (212) 403-2000

         *Attorneys for JPMorgan Chase Bank, N.A.*