UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                              :     Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :     Case No. 08-13555 (JMP)
                                                    :
                         Debtors.                   :     (Jointly Administered)
                                                    :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

I, Gerald L. Willey, declare:

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, New York 10019-6142.

I hereby certify that I caused the following document to be served on April 12, 2012 via the method indicated and on the parties as listed on the attached Service List:

**RESPONSE OF COÖPERATIEVE CENTRALE RAIFFEISEN BOERENLEENBANK B.A. TO DEBTORS' TWO HUNDRED SEVENTIETH OMNIBUS OBJECTION TO CLAIMS; CLAIM NUMBERS 65579 AND 65582**

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on April 12, 2012, at New York, New York

_____
Gerald L. Willey

Sworn to before me this
12th day of April, 2012

_____
NOTARY PUBLIC

AMY E. BENNETT
Notary Public, State of New York
No. 01BE6153720
Qualified in New York and Kings County
Commission Expires October 16, 20__

## SERVICE LIST

*Via Overnight Mail:*

Honorable James M. Peck
U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004

*Via Facsimile and Overnight Mail:*

Elisabetta Gasparini
Andrea Schwartz
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Fax: 212-668-2255

*Via E-mail and Overnight Mail:*

Robert Lemons
Penny Reid
Ralph Miller
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne
Dennis O'Donnell
Milbank, Tweed, Hadley &
McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005