HOGAN LOVELLS US LLP
Christopher R. Donoho III, Esq.
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for Italease Finance S.p.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                       :
                                                             :  Chapter 11
                                                             :
    LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :  Case No. 08-13555 (JMP)
                                                             :
            Debtors.                                         :  (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, Hugh Hill, certify under penalty of perjury that I am over eighteen (18) years of age, am not a party to the above-captioned action, am an attorney licensed by the State Bar of New York, and that on April 12, 2012, I caused a true and correct copy of the foregoing:

RESPONSE OF ITALEASE FINANCE S.P.A. TO DEBTORS' TWO HUNDRED SEVENTY-SEVENTH OMNIBUS OBJECTION OF THE DEBTORS TO CLAIMS (NO GUARANTEE CLAIMS)

to be served via First Class Mail upon the following service list:

(i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Elisabeth Gasparini, Esq., and Andrea B. Schwartz, Esq.), (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y. Waisman, Esq., and Mark Bernstein, Esq.), and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., and Dennis O'Donnell, Esq.).

Dated: April 12, 2012
New York, New York

By: /s/ Hugh Hill
    Hugh Hill

Sworn to before me this
12th day of April, 2012

*[signature]*

Notary Public, State of New York

ANNETTE LUSARDI
Notary Public, State of New York
No. 01LU5077646
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires May 12, 20 13