# LBHI TRANSFER NOTICE

B 210A (Form 210A) (12/09)

United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| WARWICKSHIRE HOLDINGS LLC<br>Name of Transferee | UBS AG, Stamford Branch<br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>c/o Elliott Management Corporation<br>40 West 57th Street<br>New York, NY 10019<br>Attn: Michael Stephan | Court Claim # (if known): 17526<br>Amount of Claim: $2,304,479.43 *<br>Date Claim Filed: 9/18/2009<br><br>Court Claim # (if known): 17530<br>Amount of Claim: $13,640,752.71*<br>Date Claim Filed: 9/18/2009<br><br>Debtor: Lehman Brothers Holdings Inc. |
| Phone: (212) 478-2310<br>Last Four Digits of Acct #: | Phone:<br>Last Four Digits of Acct. #: |
| Name and Address where transferee payments should be sent (if different from above): | *plus additional amounts as set forth in the proof of claim |
| Phone:<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: _____
   Transferee/Transferee's Agent
   ELLIOT GREENBERG
   VICE PRESIDENT

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

A-3

MKUAN\202384.2 - 02/24/12