SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David M. Turetsky
Max S. Polonsky
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for Prudential Investment Management, Inc.*
*as agent and investment advisor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                    :

In re                                    :    Chapter 11
                                    :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
                                    :

               Debtors.          :    (Jointly Administered)
                                    :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF**
**PRUDENTIAL INVESTMENT MANAGEMENT, INC.**
**TO THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF**
**LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

      **PLEASE TAKE NOTICE** that on November 10, 2011, Prudential Investment Management, Inc. ("Prudential"), as agent and investment advisor for Dryden Total Return Bond Fund, Inc., Dryden High Yield Fund, Inc., Diversified Bond Portfolio of The Prudential Series Fund, High Yield Bond Portfolio of the Prudential Series Fund, and Dryden Global Total Return Fund, Inc. (collectively, the "Prudential Entities") filed the Limited Objection of Prudential Investment Management, Inc. to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (Dkt. No. 21892) (the "Limited Objection"). In the Limited Objection, Prudential objected to the assumption by Lehman Brothers Holdings Inc.

and/or its affiliated debtors-in-possession (the "Debtors") of certain contracts by and between certain of the Debtors and certain of the Prudential Entities (the "Contracts").

**PLEASE TAKE FURTHER NOTICE** that the Contracts have been settled.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have withdrawn their designation of the Contracts for assumption in the Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts [Dkt. No. 24823].

**PLEASE TAKE FURTHER NOTICE** that Prudential hereby withdraws the Limited Objection.

Dated: New York, New York
April 13, 2011

        Respectfully submitted,

        Skadden, Arps, Slate, Meagher & Flom LLP

By:    */s/ David M. Turetsky*
      David M. Turetsky
      Max S. Polonsky
      Four Times Square
      New York, New York 10036
      Telephone: 212-735-3000
      Facsimile: 212-735-2000

*Attorneys for Prudential Investment Management, Inc.
as agent and investment advisor*