Malani J. Cademartori, Esq.
Blanka K. Wolfe, Esq.
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
E-mail: mcademartori@sheppardmullin.com
        bwolfe@sheppardmullin.com

Alan H. Martin, Esq.
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
650 Town Center Drive, Fourth Floor
Costa Mesa, California 92626
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
E-mail: amartin@sheppardmullin.com

*Counsel for Agricultural Bank of Taiwan*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>                    Debtors. | Case No.   08-13555 (JMP)<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF CLAIM NO. 65952**
**FILED BY THE AGRICULTURAL BANK OF TAIWAN**

**PLEASE TAKE NOTICE** that Agricultural Bank of Taiwan, a creditor and party-in-interest ("**ABT**"), by and through its undersigned counsel, hereby withdraws Proof of Claim No. 65952 filed against Lehman Brothers Holdings Inc. in the above-captioned bankruptcy case on December 16, 2009, and requests that the claims registry maintained by Epiq Bankruptcy Solutions LLC be updated accordingly.

No other claim of ABT shall be affected hereby, including, without limitation, Proof of Claim No. 62783, filed against Lehman Brothers Holdings Inc. in the above-captioned

W02-WEST:7BXL1\404873308.1

bankruptcy case on November 2, 2009 by Lehman Brothers International (Europe) (in administration) and transferred to ABT pursuant to the *Partial Transfer of Claim Other than for Security*, dated March 18, 2012 [Docket No. 26994].

Dated: April 13, 2012
      New York, New York

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By:   /s/ Malani J. Cademartori
    Malani J. Cademartori, Esq.
    Blanka K. Wolfe, Esq.
    30 Rockefeller Plaza
    New York, New York 10112
    Tel: (212) 653-8700
    Fax: (212) 653-8701

-and-

Alan H. Martin, Esq.
650 Town Center Drive, Fourth Floor
Costa Mesa, California 92626
Tel: (714) 513-5100
Fax: (714) 513-5130

*Counsel for Agricultural Bank of Taiwan*