# United States Bankruptcy Court
# Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>        Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| BSOF Master Fund, L.P. | CITIGROUP FINANCIAL PRODUCTS INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Knighthead Capital Management, LLC
623 Fifth Avenue, 29th Floor
New York, NY 10022
Attn: Laura Torrado
Tel: 212-356-2914
Fax: 212-356-3933
Email: ltorrado@knighthead.com

and

Blackstone Strategic Opportunity Associates L.L.C.
34 Park Avenue, 28th Floor
New York, New York 10154
Attention: Arthur Liao
Phone: 212-583-5185
Fax:   212-583-5386
Email: liao@blackstone.com

Last Four Digits of Acct. #: _____

Court Claim # and Amount of Claim:

(i) $598,199.72, with respect to ISIN/CUSIP AU300LBTC011 under Proof of Claim # 30300;
(ii) $223,512.13 with respect to ISIN/CUSIP AU300LBTC011 under Proof of Claim # 30301;
(iii) $509,607.64, with respect to ISIN/CUSIP AU300LBTC011 under Proof of Claim # 30302;
(iv) $942,814.78 with respect to ISIN/CUSIP AU300LBTC011 under Proof of Claim # 30303;
(v) $1,407,720.01, with respect to ISIN/CUSIP AU300LBTC011 under Proof of Claim # 30304;
(vi) $418,577.25, with respect to ISIN/CUSIP AU300LBTC011 under Proof of Claim # 30318;
(vii) $154,426.56, with respect to ISIN/CUSIP AU300LBTC011 under Proof of Claim # 30319;
(viii) $796,515.94, with respect to ISIN/CUSIP AU300LBTC011 under Proof of Claim # 30320;
(ix) $10,716,390.42, with respect to ISIN/CUSIP AU300LBTC011 under Proof of Claim # 30340;
(x) $487,662.82, with respect to ISIN/CUSIP AU300LBTC011 under Proof of Claim # 30341;

Phone:
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BSOF Master Fund L.P.
By: Blackstone Strategic Opportunity Associates L.L.C.,
its General Partner

By: _____        Date: __April 13, 2012__
Transferee/Transferee's Agent
Arthur Liao
Authorized Signatory

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>         Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS 30300, 30301 30302, 30303, 30304, 30318, 30319, 30320, 30340, 30341 were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of those claims, the transferee filed a Transfer of Claims other than for Security in the Clerk's office of this court on _____.

| | |
|---|---|
| Citigroup Financial Products Inc. | BSOF Master Fund, L.P. |
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Citigroup Global Markets Inc.<br>390 Greenwich Street<br>New York, NY  10013 | c/o Knighthead Master Fund, L.P.<br>c/o Knighthead Capital Management, LLC<br>623 Fifth Avenue, 29th Floor<br>New York, NY 10022<br>Attn:  Laura Torrado<br>Tel: 212-356-2914<br>Fax: 212-356-3933<br>Email: ltorrado@knighthead.com<br><br>and<br><br>Blackstone Strategic Opportunity Associates L.L.C.<br>34 Park Avenue, 28th Floor<br>New York, New York 10154<br>Attention:  Arthur Liao<br>Phone:  212-583-5185<br>Fax:   212-583-5386<br>Email:  liao@blackstone.com |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                         _____
                                                                                    CLERK OF THE COURT

463-1000/COURT/3380835.1

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, Citigroup Financial Products Inc. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to BSOF Master Fund, L.P. (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the amounts specified in Schedules 1-10 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Numbers 30300, 30301, 30302, 30303, 30304, 30318, 30319, 30320, 30340 and 30341 filed by or on behalf of Seller's predecessor-in-interest (the "Proofs of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proofs of Claim were duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proofs of Claim relate to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim include the Purchased Claim specified in Schedules 1-10 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) Seller has delivered to Purchaser a true and correct copy of the Notices of Proposed Allowed Claim Amount (as defined in the Court's Order, dated August 10, 2011, Approving Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.), dated August 24, 2011, which relate to the Proofs of Claim (the "Notices"), and no action was taken with respect to the Notices.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim within ten (10) business days of the date of this Agreement. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing

US1:7826888v2

Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to a Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 13th day of April 2012.

Citigroup Financial Products Inc.

By: _____
Name:
Title: Scott R. Evan
       Authorized Signatory

390 Greenwich Street, 4th Floor
New York, New York 10013

BSOF Master Fund, L.P.
By: Blackstone Strategic Opportunity Associates,
Its General Partner

By: _____
Name:
Title: Arthur Liao
       Authorized Signatory

c/o Knighthead Capital Management, LLC
623 5th Ave., 29th Floor
New York, New York 10022
Attention: Laura L. Torrado, Esq.
Telephone: 212-356-2914
Facsimile: 212-356-3921
Email: ltorrado@knighthead.com

And

Blackstone Strategic Opportunity Associates, LLC
345 Park Avenue, 28th Floor
New York, New York 10154
Attention: Arthur Liao

US1:7826888v2

Phone: 212-583-5185
Fax: 212-583-5386
Email: liao@blackstone.com

US1:7826888v2

Schedule 1

Transferred Claims

Purchased Claim

$596,071.35 of $1,081,189.21 (the outstanding amount of the Proof of Claim as of _____, 2012)

And $598,199.72 of $598,199.72 of Claim Allowance Form 30300.01.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Proof of Claim Number |
|---|---|---|---|---|---|
| FIXED RATE NOTE | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD 736,000 / USD 593,657.60<br><br>Accrued Interest (as of 9/15/08) USD $2,413.75 | 30300 |

Schedule 1-1

US1:7826888v2

Schedule 2

Transferred Claims

Purchased Claim

$222,716.88 of $421,137.37 (the outstanding amount of the Proof of Claim as of _____, 2012)

And $223,512.13 of $223,512.13 of Claim Allowance Form 30301.01.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Proof of Claim Number |
|---|---|---|---|---|---|
| FIXED RATE NOTE | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD 275,000 / USD 221,815<br><br>Accrued Interest (as of 9/15/08) USD $901.88 | 30301 |

Schedule 1-1

US1:7826885v2

Schedule 3

Transferred Claims

Purchased Claim

$507,794.48 of $1,401,091.64 (the outstanding amount of the Proof of Claim as of _____, 2012)

And $509,607.64 of $509,607.64 of Claim Allowance Form 30302.01.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Proof of Claim Number |
|---|---|---|---|---|---|
| FIXED RATE NOTE | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD 627,000 / USD 505,738.20<br><br>Accrued Interest (as of 9/15/08) USD $2,056.28 | 30302 |

Schedule 1-1

US1:7826888v2

Schedule 4

Transferred Claims

Purchased Claim

$939,460.29 of $939,460.29 (the outstanding amount of the Proof of Claim as of _____, 2012)

And $942,814.78 of $942,814.78 of Claim Allowance Form 30303.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Proof of Claim Number |
|---|---|---|---|---|---|
| FIXED RATE NOTE | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD 1,160,000 / USD 935,656<br><br>Accrued Interest (as of 9/15/08) USD $3,804.29 | 30303 |

US1: 7826888v2

Schedule 1-1

Schedule 5

Transferred Claims

Purchased Claim

$1,402,711.40 of $2,579,466.39 (the outstanding amount of the Proof of Claim as of _____, 2012)

And $1,407,720.01 of $1,407,720.01 of Claim Allowance Form 30304.01.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Proof of Claim Number |
|---|---|---|---|---|---|
| FIXED RATE NOTE | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD 1,732,000 USD 1,397,031.20 Accrued Interest (as of 9/15/08) USD $5,680.20 | 30304 |

Schedule 1-1

Schedule 6

Transferred Claims

Purchased Claim

$417,087.97 of $417,087.97 (the outstanding amount of the Proof of Claim as of _____, 2012)

And $418,577.25 of $418,577.25 of Claim Allowance Form 30318.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Proof of Claim Number |
|---|---|---|---|---|---|
| FIXED RATE NOTE | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD 515,000 / USD 415,399<br><br>Accrued Interest (as of 9/15/08) USD $1,688.97 | 30318 |

Schedule 1-1

US1:7826888v2

Schedule 7

Transferred Claims

Purchased Claim

$153,877.12 of $153,877.12 (the outstanding amount of the Proof of Claim as of _____, 2012)

And $154,426.56 of $154,426.56 of Claim Allowance Form 30319.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Proof of Claim Number |
|---|---|---|---|---|---|
| FIXED RATE NOTE | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD 190,000 / USD 153,254<br><br>Accrued Interest (as of 9/15/08) USD $623.12 | 30319 |

Schedule 1-1

US1:7826888v2

Schedule 8

Transferred Claims

Purchased Claim

$793,681.97 of $793,681.97 (the outstanding amount of the Proof of Claim as of _____, 2012)

And $796,515.94 of $796,515.94 of Claim Allowance Form 30320.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Proof of Claim Number |
|---|---|---|---|---|---|
| FIXED RATE NOTE | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD 980,000 /USD 790,468<br><br>Accrued Interest (as of 9/15/08) USD $3,213.97 | 30320 |

Schedule 1-1

US1:7826888v2

Schedule 9

Transferred Claims

Purchased Claim

$10,678,261.98 of $10,678,261.98 (the outstanding amount of the Proof of Claim as of _____, 2012)

And $10,716,390.42 of $10,716,390.42 of Claim Allowance Form 30340.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Proof of Claim Number |
|---|---|---|---|---|---|
| FIXED RATE NOTE | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD 13,185,000 / USD 10,635,021<br><br>Accrued Interest (as of 9/15/08) USD $43,240.98 | 30340 |

Schedule 1-1

US1:7826888v2

Schedule 10

Transferred Claims

Purchased Claim

$485,927.74 of $485,927.74 (the outstanding amount of the Proof of Claim as of _____, 2012)

And $487,662.82 of $487,662.82 of Claim Allowance Form 30341.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Proof of Claim Number |
|---|---|---|---|---|---|
| FIXED RATE NOTE | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD 600,000 / USD 483,960<br><br>Accrued Interest (as of 9/15/08) USD $1,967.74 | 30341 |

Schedule 1-1

US1:7826888v2