WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------x
                                                                    :
**In re**                                                           :    **Chapter 11 Case No.**
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                        :    **08-13555 (JMP)**
                                                                    :
                               **Debtors.**                         :    **(Jointly Administered)**
                                                                    :
---------------------------------------------------------------------------------x

<div align="center">

**NOTICE OF HEARING ON**
**DEBTORS' TWO HUNDRED THIRTEENTH;**
**TWO HUNDRED FOURTEENTH; TWO HUNDRED FIFTEENTH;**
**AND TWO HUNDRED SIXTEENTH OMNIBUS OBJECTION TO CLAIMS**

</div>

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred

Thirteenth Omnibus Objection to Claims (to Disallow and Expunge) **[Docket No. 20102]**; Two

Hundred Fourteenth Omnibus Objection to Claims (to Disallow and Expunge) **[Docket No.**

**20103]**; Two Hundred Fifteenth Omnibus Objection to Claims (to Disallow and Expunge)

**[Docket No. 20104]**; Two Hundred Sixteenth Omnibus Objection to Claims (to Disallow and

Expunge) **[Docket No. 20105]** (the "Objections") will be held on **April 26, 2012 at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing"), solely as to the claims listed on Exhibit A attached

hereto.  Please be advised that the Plan Administrator intends to file an omnibus reply to the

various responses to the Objections.  Such reply will be available at www.lehman-docket.com.

The Hearing will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

York, Room 601.

Dated: April 13, 2012
       New York, New York

<div style="margin-left:40%;">

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

</div>

## EXHIBIT A

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 213

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BANCO PASTOR<br>ATTN: GUILLERMO REAL RODRIGUEZ DE LEGISIMA<br>CANTON PEQUENO N.1, 6 PLANTA<br>A CORUNA, 15003<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58985 | $266,344.10* |
| 2 | BANCO SANTANDER INTERNATIONAL AS AGENT<br>ATTN: LEGAL DEPARTMENT<br>1401 BRICKWELL AVE, SUITE 1500<br>MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55675 | Undetermined |
| 3 | BANQUE POPULAIRE COTE D'AZUR<br>SPORTING D'HIVER - PLACE DU CASINO<br>MONTE-CARLO, 98000<br>MONACO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/2009 | 37176 | $5,140,305.27 |
| 4 | BARNUEVO VIGIL DE QUINONES, MARIA PILAR<br>ORENSE, 5<br>MADRID, 28020<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44436 | $28,302.00 |
| 5 | BITKID B.V.<br>A VAN WOENSEL<br>SINCLAIR LEWISPLAATS 7F<br>ROTTERDAM, 3068 EN<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52186 | $72,626.00 |
| 6 | COLE, FRANK<br>KROMVENDREEF 52<br>SCHOTEN, B-2900<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/08/2009 | 37020 | $41,580.00 |
| 7 | DIEZ EZCURRA, CLARA<br>CARLOS VII, 7 - 4 0 IZDA<br>PORTUGALETE - VIZCAYA, 48920<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37672 | $49,528.50 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 213

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 8 | DOTSON INVESTMENTS LTD BES SFE-ES-AV MIGUEL DANTAS - EDIFICIO STATUS VALENCA DO MINHO, 4930-678 PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47035 | $237,304.48 |
| 9 | FORLER, CHANTAL CATHERINE 2701 EVELINA HIRANANDANI ESTATE THANE WEST, 400607 INDIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43231 | $106,125.00 |
| 10 | GESTION PARTICIPATIVA XXI, S.L. ESCALMENDI, 3 VITORIA, 01013 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 50526 | $73,585.20 |
| 11 | GONZALO PEREZ DE GUZMAN SAN ROMAN CL. BETIS 1, 4-C SEVILLE, 41010 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 50562 | $86,818.71 |
| 12 | HALEBY, HENRY MANZANO CURICO 18 OFICINA 501 SANTIAGO, CHILE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36737 | $200,000.00 |
| 13 | HEINZ-JOACHIN, ELBE HANS-BOHM-ZEILE 32 BERLIN, 14165 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24466 | $56,744.00 |
| 14 | INTERNATIONAL DOMESTIC BALANCED FUND 7-9 KIFISIAS AV. AND 2 NEAPOLEOS STR. MAROUSI ATHENS, 15123 GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51600 | $212,265.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 213

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 15 | JIMENEZ CASADO, MARIA DEL CARMEN C/ ONA, 183 - 5 2 MADRID, 28050 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41120 | $211,258.86 |
| 16 | JIMENEZ CASADO, SANTIAGO C/ MALDONADO, 56 - 4 C MADRID, 28006 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41121 | $138,909.94 |
| 17 | LECUE SALCEDO, JOSE BARO CASERIO LARRAZABAL, 3-1 DRCHA BILBAO - VIZCAYA, 48007 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55068 | $25,471.80 |
| 18 | LEISSE, FRITZ HUETTEBRAUCK 13 WINTERBERG, 59955 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36479 | $21,354.00 |
| 19 | LEISSE, JOHANNA GOETHE STRASSE 16 WINTERBERG, 59955 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36481 | $42,708.00 |
| 20 | LINUESA SANCHEZ, ANDRES MA DOLORES CATALAN SANAHUJA CAMPRODON, 15-17 1-1 SANTA COLOMA GRAMANET BARCELONA, 08922 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/2009 | 42390 | $36,174.46 |
| 21 | MARTINEZ, ENRIQUE VILLAGRASA SINIA MORERA, 10 1 1A SITGES (BARCELONA), 08870 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41489 | $47,750.29 |

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 3 of 5

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 213

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 22 | MATEOS ESCUDERO, MARIA AGUEDA AVDA JOSE MESA Y LOPEZ 15, 5 E E-35006 LAS PALMAS DE GRAN CANARIA CANARY ISLANDS, SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46683 | $283,020.00 |
| 23 | PEREZ GARCIA, BLAS C/AGUERE 13 - 8 A EDF TORRE CRISTAL II S/C DE TENERIFE, 38005 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57034 | $21,704.68 |
| 24 | RIBEIRO VAZ, LUIS MIGUEL SILVEIRA HERDADE MATA DUQUE LT 51 CCI 119 SANTO ESTEVAO BENAVENTE, 2130-124 PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36305 | $72,479.63 |
| 25 | STANKOWEIT, MARIUS SENTRUPER HOHE 10 MUNSTER, 48149 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35620 | $34,166.00 |
| 26 | STANKOWEIT, PHILIP SENTRUPER HOHE 10 MUNSTER, 48149 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/02/2009 | 36103 | $14,235.00 |
| 27 | YARNOZ DIEZ, ISABEL MARIA CARLOS VII, 7 - 4 0 IZDA PORTUGALETE - VIZCAYA, 48920 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37668 | $84,906.00 |
| 28 | VAN ROOY, S.A.B. SCHOONOUWENSEWEG 24 STOLWIJK, 2821 NX NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 54549 | $106,132.50 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 213

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 29 | ZEELAND INTERNATIONAL LIMITED<br>10-1 BAMBOO ROAD 2ND<br>HSINCHU, 30079<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/12/2009 | 37379 | $427,290.00 |
| 30 | GENEVIEVE, DEVERD<br>CARRER IMMANUEL KANT 4<br>PALAU - SAVERDERA (GIRONA), 17495<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47323 | $70,755.00 |
| 31 | JOVER SANSO, ANA MARIA<br>ATTN: FERNANDO MARTINEZ JOVER<br>GENERAL DIAZ PORLIER NO. 78, 3 ""0"" A<br>MADRID, 28006<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41322 | $134,420.00 |
| | | | | | TOTAL | $8,139,089.42 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 214

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|------|-------------|-------------|------------|---------|---------------------|
| 1 | ADVENTIST UNION LIMITED 798 THOMSON ROAD SINGAPORE, 298186 SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/14/2009 | 40232 | $1,069,000.00 |
| 2 | AVELINO ORNELAS, MANUEL AV SANZ EDF MERIDA ENT B 5 PISO APTO 10 CARACAS, VENEZUELA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43259 | $1,020,316.67 |
| 3 | BANK OF EAST ASIA LTD, THE; AS NOMINEE FOR A/C LUNG TAK CHUNG J, TONG YUK KWAN 35/F BEA TOWER, MILLENNIUM CITY 5 CYD DEPT KWUN TONG, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47294 | $109,948.00 |
| 4 | BANK OF EAST ASIA LTD, THE; AS NOMINEE FOR A/C LUNG WING MAN VIRGINIA 35/F BEA TOWER, MILLENNIUM CITY 5 CYD DEPT KWUN TONG, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47296 | $109,948.00 |
| 5 | BANQUE POPULAIRE COTE D'AZUR SPORTING D'HIVER - PLACE DU CASINO MONTE-CARLO, 98000 MONACO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/2009 | 37175 | $808,807.13 |
| 6 | BEMO SAL C/O SAMIH SAADEH BANQUE BEMO SAL IMMEUBLE ESSELLY 7TH FLOOR RIAD EL SOLH SQ PO BOX 11-7048 BEYROUTH, LEBANON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13115 | $110,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 214

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 7 | BEMO SAL<br>C/O SAMIH SAADEH<br>BANQUE BEMO SAL<br>IMMEUBLE ESSELLY 7TH FLOOR RIAD EL SOLH SQ<br>PO BOX 11-7048<br>BEYROUTH,<br>LEBANON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13118 | $550,000.00 |
| 8 | BESSIO, MIRTA<br>BERUTI 2485- PISO 14<br>BUENOS AIRES, CP 1117<br>ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47444 | $80,000.00 |
| 9 | BIROL, ATIL<br>MIMAR SINAN MAH<br>1400 SOKAK NO=11<br>D=30 GOKTASI APT<br>KONAK, 1ZMIR<br>TURKEY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10985 | $61,196.00 |
| 10 | BLOOMINGDALE'S INT VENT LTD.<br>MERRILL LYNCH BANK & TRUST COMPANY (CAYMAN) LTD.<br>4TH FLOOR HARBOR CENTER<br>NORTH CHURCH STREET<br>GEORGE TOWN, GRAND CAYMAN,<br>CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45086 | $21,000.00 |
| 11 | BORRINO, ALBERTO M.<br>402-1416 HARWOOD STREET<br>VANCOUVER, BC V6G JX5<br>CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41133 | $15,000.00 |
| 12 | BUOYANT HILL CORPORATION<br>242 KWAI SHUI ST 6/F<br>TAIPEI,<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45682 | $16,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 214

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 13 | CHAN, PETER AND ROSE<br>4B GREENVIEW GARDENS<br>125 ROBINSON ROAD<br><br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41639 | $11,000.00 |
| 14 | CHEN, ROSA TE<br>HANGCHOW SOUTH RD, SEC 1, LANE 18<br>NO. 13, 1F<br>TAIPEI,<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 40968 | $10,000.00 |
| 15 | CHINA UNIQUE HOLDINGS LTD<br>C/O MERRILL LYNCH INT'L BANK LTD<br>ATTN: TRUST DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT, 039392<br>SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40813 | $21,000.00 |
| 16 | CHIPHAR CORPORATION<br>C/O MERRILL LYNCH INT'L BANK LTD<br>ATTN: TRUST DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT, 039392<br>SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40814 | $100,000.00 |
| 17 | DARYANI, PARASRAM/ NEELAM P DARYANI/<br>VIKAS P DARYANI/ NIKESH P DARYANI<br>PO BOX 15668<br>DUBAI,<br>UNITED ARAB EMIRATES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36634 | $1,000,000.00* |
| 18 | DARYANI, VIKAS PARASRAM/<br>NEELAM PARASRAM DARYANI<br>PO BOX 15668<br>DUBAI,<br>UNITED ARAB EMIRATES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36639 | $100,000.00* |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 214

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 19 | DE BAEREMAECKER, CAROLINA<br>RINCON 454 OF 503<br>MONTEVIDEO,<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36813 | $10,000.00 |
| 20 | FUNG, GRACE SIN YU<br>FLAT B, 24/F, BLOCK 7, CAVENDISH HEIGHTS<br>33 PERKINS ROAD,<br>JARDINE'S LOOKOUT,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36560 | $100,000.00 |
| 21 | GARCIA PASTORI, SYLVIA<br>RINCON 454 OF 503<br>MONTEVIDEO,<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36815 | $80,000.00 |
| 22 | IP LAM SANG & TSE SIU MUI<br>BLOCK 5C 11/F<br>PHOENIX COURT<br>39 KENNEDY ROAD<br><br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45386 | $100,000.00* |
| 23 | JAIN, RAJIV & RIPPAN<br>10 JALAN BESAR<br>B1-39, SIM LIM TOWER<br>SINGAPORE, 208787<br>SINGAPORE | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6161 | $245,000.00 |
| 24 | KADER, SAMIR AMR MOHAMED ZAKI ABDEL<br>19 ISMAIL MOHAMED STR.<br>ZAMALEK<br>CAIRO,<br>EGYPT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36674 | $50,000.00* |
| 25 | KRAEMER, WILHELM<br>FINTHER ZANDSTRASSE 89<br>MAINZ, D-55124<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41222 | $16,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 214

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 26 | KWOK, YUEN SUM & MA, MICHAEL LEUNG WU 7C MARINE VIEW DISCOVERY BAY LANTAU ISLAND N.T., HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46847 | $120,000.00 |
| 27 | LEE, TSU-SHIU AND LEE, YEN SHU MEEI NO. 198-2 HSIN LOG ST KAOSHIUNG, TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/2009 | 42343 | $10,000.00 |
| 28 | LIN WEN YEN AND LIN-CHOU CHIANG HUA C/O WING SANG CHEONG LTD 56 KA YIP STREET HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41316 | $10,000.00 |
| 29 | LLOVET GARCIA, JUAN ENRIQUE RINCON 454 OF 503 MONTEVIDEO, URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36808 | $60,000.00 |
| 30 | LLOVET GARCIA, MARIA DOLORES RINCON 454 OF 503 MONTEVIDEO, URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36807 | $60,000.00 |
| 31 | LLOVET GARCIA, MARIA ISABEL RINCON 454 OF 503 MONTEVIDEO, URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36810 | $60,000.00 |
| 32 | LLOVET GARCIA, MARIA SYLVIA RINCON 454 OF 503 MONTEVIDEO, URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36806 | $60,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 214

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 33 | LLOVET RUBIO, JUAN ENRIQUE RINCON 454 OF 503 MONTEVIDEO, URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36809 | $80,000.00 |
| 34 | LUMINANCE VENTURES LTD C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT, 039392 SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40810 | $21,000.00 |
| 35 | MATRIX CONTROL C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT, 039392 SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40812 | $32,000.00 |
| 36 | MICHELINI, MARGARITA BOLSA DE VALORES RINCON 454 PLANTA BAJA MONTEVIDEO, URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36811 | $10,000.00 |
| 37 | MIDDLE EAST SHIPPING AGENCIES OVERSEAS LTD 19 MILTIADOU STR GLYFADA, 16675 GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44060 | $100,000.00 |
| 38 | MM2275 CO. LTD. 39 AGUSAN CIRCLE ST. INSULAR VILLAGE 1, LANANG DAVAD CITY, 8000 PHILIPPINES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40397 | $10,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 214

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 39 | NEMOY, DANIEL<br>OBLIGADO 1113<br>MONTEVIDEO,<br>URUGUAY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36817 | $30,000.00 |
| 40 | OCCHIONE, LIONEL DARDO<br>PASATE BOLLINI 2281<br>CABA<br>BUENOS AIRES, 1425<br>ARGENTINA | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47474 | $89,000.00 |
| 41 | PINKY LIMITED<br>PO BOX N-1576<br>NASSAU,<br>BAHAMAS | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/20/2009 | 42614 | $10,000.00 |
| 42 | PO WAN LUK, KIT CHE FAN, KITTY KIT TAK<br>FAN, AND A CHEUNG FAN KIT LING<br>24C, BLOCK 19<br>555 VICTORIA ROAD<br>POKFULAM,<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41254 | $10,000.00 |
| 43 | PRIMAX INTERNATIONAL INVESTMENTS LTD.<br>RM-1725, 17/FL, STAR HOUSE, 3 SALISBURY<br>ROAD<br>TSIM SHA TSUI, KOWLOON,<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40370 | $86,000.00 |
| 44 | RIDGECREST HOLDINGS LTD<br>P.O. BOX 31106<br>GRAND CAYMAN, KYI, 1205<br>CAYMAN ISLANDS | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46589 | $100,000.00 |
| 45 | ROLDOS, JORGE<br>GREGORIO SUAREZ 2726<br>MONTEVIDEO,<br>URUGUAY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36814 | $20,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 214

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 46 | ROLDOS, MARGARITA<br>RBLA. REPUBLICA DEL PERU 1483 PISO 3<br>MONTEVIDEO, | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36818 | $50,000.00 |
| 47 | SAUER, KLAUS PETER<br>1 ALLEE L'OPIO<br>VILLENEUVE-LOUBET, 06270<br>FRANCE | | Lehman No Case Asserted/All<br>Cases Asserted | 09/23/2009 | 34579 | $100,000.00 |
| 48 | SCHIARITI, EDUARDO RAFAEL<br>AVDA. RIVADAVIA 6346 PISO 2 A<br>CP 1406<br>BUENOS AIRES,<br>ARGENTINA | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36819 | $18,000.00 |
| 49 | SHYH-AN SU AND SHIOW-CHIN SU LUO<br>11F-2, NO. 93,<br>SEC 1, SINHAI ROAD<br>DA-AN DISTRICT<br>TAIPEI CITY, 106<br>TAIWAN, PROVINCE OF CHINA | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40346 | $10,000.00 |
| 50 | SUGIARTO, BAMBANG/ LAU HA CHUN<br>FLAT A 15TH FLOOR STARLIGHT GARDEN<br>2-14 ELECTRIC ST<br>WANCHAI,<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36650 | $50,000.00* |
| 51 | SURPLUS LINK LIMITED<br>ROOM 1705-8, 17/F, ST. GEORGE'S BUILDING<br>2 ICE HOUSE STREET<br>CENTRAL,<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37507 | $400,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 214

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 52 | SUWANG-SUN CO LTD C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT, 039392 SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40811 | $10,000.00 |
| 53 | TAN, CARIDAD & ALLEN ANTONIO 2064 LUMBANG ST., CORNER CALUMPANG ST. DASMARINAS VILLAGE MAKAT, PHILIPPINES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45610 | $25,000.00 |
| 54 | WANG, TSAI HSIANG 3F, NO.6, LANE 153 SONGREN ROAD SINYI DISTRICT TAIPEI CITY, 110 TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36470 | $100,000.00 |
| 55 | WING LUNG BANK LIMITED ATTN: WMC 2/F WING LUNG BANK BLDG. 45 DES VOEUX RD. CENTRAL HONG KONG, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45202 | $3,522,076.25 |
| 56 | WONG HUNG YING 10E TOWER 11 PARC OASIS YAU YAT CHUEN KOWLOON, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43442 | $100,000.00* |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 214

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 57 | YETTI LTD.<br>C/O MERRILL LYNCH INT'L BANK<br>ATTN: TRUST DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT, 039392<br>SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40541 | $80,000.00 |
| 58 | FERNANDO MARTIN ANCHORENA<br>CORRIENTES 1528 MARTINEZ, PCIA<br>BUENOS AIRES, CP 1640, ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55675 | Undetermined |
| | | | | | TOTAL | $11,157,292.05 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 215

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ALMADA GONZALEZ, ERNESTO JAVIER & ANA MARIA GOMEZ MUNDO<br>AV LAS PALMAS N 100 CASA 81, COL SANTA FE<br>ZAPOPAN JALISCO, C.P. 45110<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51285 | $300,000.00 |
| 2 | BANCO ITAU EUROPA LUXEMBOURG S.A<br>29, AVENUE DE LA PORTE NEUVE<br>LUXEMBOURG, L-2227<br>LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57537 | $1,980,000.00 |
| 3 | BANCO ITAU EUROPA LUXEMBOURG S.A<br>29, AVENUE DE LA PORTE NEUVE<br>LUXEMBOURG, L-2227<br>LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/19/2011 | 67497 | $170,412.00 |
| 4 | BANCO PASTOR, S.A.<br>ONE BISCAYNE TOWER<br>2 SOUTH BISCAYNE BOULEVARD<br>SUITE 1620<br>MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/25/2011 | 67376 | $246,750.00 |
| 5 | BANCO PASTOR<br>ATTN: GUILLERMO REAL RODRIGUEZ DE LEGISIMA<br>CANTON PEQUENO N. 1, 6 PLANTA<br>A CORUNA, 15003<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58983 | $100,000.00* |
| 6 | BENSION HALLO, ANDRES<br>SAN RAFAEL 1227<br>BARRA DE CARRASCO<br>CANELONES, CP 15001<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47496 | $25,000.00 |
| 7 | BENSION, ALBERTO AND/OR ZULEMA MALLO<br>BR.ARTIGAS 34 P.10<br>MONTEVIDEO, CP 11300<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47495 | $28,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 215

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 8 | BLASCO MARTIN, GREGORIO & MARTINEZ GARCIA, NATIVIDAD CL MARQUES DE LOZOYA 13, 4-A MADRID, 28007 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60503 | $43,691.57 |
| 9 | BRICENO VARGAS ANTONIO & DE LAR DE BRICENO, PATRICIA CALLE 38 18B X 9 Y 11 FRACC. CAMPESTRE MERIDA YUCATAN, CP 97120 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49488 | $400,000.00 |
| 10 | CALZADA REBOLLEDO, ROSA MARIA & SHARPE CALZADA, CLAUDIA ELENA BEETHOVEN 111 COL LEON MODERNO LEON GUANJUATO, 37480 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56936 | $105,000.00 |
| 11 | CAMARENA PADILLA, EDUARDO & MARIA DE LA LUZ 220 ANTONIO ALZATE FRACC HIDALGO LEON GUANAJUATO, 37220 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56943 | $294,000.00 |
| 12 | CAMARENA PADILLA, MA DE LA LUZ & ROSA EVELIA 308 MONTANA, JARDINES DEL MORAL LEON GUANAJUATO, 37160 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56945 | $727,000.00 |
| 13 | CAMARENA PADILLA, ROSA EVELIA & MA DE LA LUZ CANADA 105-A COL.JARDIN DEL MORAL LEON GTO, 37160 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56944 | $410,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 215

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 14 | CAMARENA PADILLA, SOCORRO & MA DE LA LUZ<br>BLVD CAMPESTRE 1102<br>COL VALLE DEL CAMPESTRE<br>LEON GTO, 37150<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56942 | $241,000.00 |
| 15 | CASTANEDA SAN ROMAN, HERMINIA & SILVA HERMINIA RAMIREZ CASTANEDA<br>PLATEROS # 102, COL. CARRETAS<br>QUERETARO QRO, 76050<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 50842 | $100,000.00 |
| 16 | CASTELLANOS RAMIREZ, HECTOR<br>LILLIAN FRANK DE CASTELLANOS AND HECTOR MANUEL CASTELLANOS<br>EFRAIN GONZALES LUNA<br>2565 COL ARCOS<br>GUADALAJARA JAL, 44100<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 50682 | $167,000.00 |
| 17 | DAVID JESUS ALPIZAR CARRILLO & MARISSA NAVARRETE SIERRA<br>CALLE 3 # 380X8Y8B COL.LA GUERRERO<br>MERIDA, YUC., 97118<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49481 | $200,000.00 |
| 18 | DIAZ CLARK, MONICA<br>941 ORANGE AVE # 403<br>CORONADO, CA 92118 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49486 | $100,000.00 |
| 19 | DUARTE, ALEJANDRO DIEGO<br>C/O BNP PARIBAS<br>ATTN: EDUARDO ANDRADE<br>201 S. BISCAYNE BLVD.<br>SUITE 1800<br>MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61645 | $100,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 215

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 20 | FLORES, SERGIO LEAL AND JOSEFINA FLORES OCHOA<br>ARCIGA 34COL CENTRO<br>PATZCUARO MICH, 61600<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64859 | $142,000.00 |
| 21 | FRANCISCO D'LUNA CANTON, JOSE/ LILIANA ASCENCIO DE LUNA VERONICA VANESSA/JACQUELINE/ CYNTHIA P. D'LUNA ASCENCIO RAYON #237 COL. OBRERA ENSENADA, BC-22830 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/17/2009 | 65592 | $50,000.00 |
| 22 | GALLEGO, JAIME HERNANDEZ & TERCERO, REGINA HERNANDEZ ARROYO CH. 708-122 COL. ALAMEDA CELAYA GUANAJUATO, 38050 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 50393 | $80,000.00 |
| 23 | GOMEZ FLORES, MA DE LA PAZ & MA DEL REFUGIO CALLE 31 DE MARZO NRO 105 COL. CENTRO LAGOS DE MORENO, JALISCO, 47400 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56949 | $1,000,000.00 |
| 24 | GONZALEZ ENRIQUE, ALICIA AND GARCIA GONZALEZ, RUBEN OLIMPO 106 COL LA MARTINICA LEON GUANAJUATO, 37500 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51597 | $200,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 215

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 25 | GONZALEZ, GEORGINA MARGARITA CALLE DEL CRESTON # 1542 SECC. JARDINES PLAYAS DE TIJUANA, BC CP 22206 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49490 | $150,000.00 |
| 26 | GUZMAN ALDANA, ESTHELA M PROL COLON #1605 JARDINES DE LA ASUNCION AGUASCALIENTES, AGS, 20270 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51091 | $345,000.00 |
| 27 | JABBOUR, LAMITA VILLA JABBOUR, TALLET SROUR ZONE ROUGE N 78 NACCACHE, LEBANON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56189 | $500,000.00 |
| 28 | JANUS SYSTEMS S A INTL TECNOPARK OF PANAMA BLDG 218, APT 10701 EL DORADO CITY OF KNOWLEDGE, PANAMA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55211 | $150,000.00 |
| 29 | JOSEFINA FLORES OCHOA/SERGIO LEAL FLORES ARCIGA 34 COL CENTRO PATZCUARO MICHOACAN, 61600 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64860 | $258,000.00 |
| 30 | LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: KRISHNA KRIPA INC. SALDUBA BUILDING 3RD FLOOR, EAST 53 STREET OBARRIO URBANIZATION PANAMA CITY, PANAMA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55506 | $203,948.33* |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 215

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 31 | LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: RICAZA INVESTMENTS LTD. RG HODGE PLAZA, 2ND FLOOR UPPER MAIN STREET, WICKHAMS CAY 1 ROAD TOWN, TORTOLA, VIRGIN ISLANDS (BRITISH) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55508 | $203,948.33* |
| 32 | LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: MR.NABIH ZAKI MIKHAEL 20, RAMSES STREET HELIOPOLIS, CAIRO, EGYPT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55515 | $203,948.33* |
| 33 | LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: EVER BLESSED HOLDING INV ROAD TOWN PASEA ESTATE TORTOLA, VIRGIN ISLANDS (BRITISH) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55516 | $1,334,746.58* |
| 34 | LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: WALIBI FINANCIAL HOLDINGS 7 RUE DU RHONE GENEVA, 1204 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55517 | $203,948.33* |
| 35 | LUNA, JOSE RICARDO ALCALA AND ANA MARIA OCAMPO FLORES CENTAURO #3056 COL. RINC. DE LA CALMA ZAPOPAN, JALISCO, 45082 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56480 | $105,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 215

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 36 | MURCIA, JAMIE H. 5770 LA LUNETA AVE. MIAMI, FL 33155 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/07/2011 | 67453 | $1,417,829.53 |
| 37 | OCHOA, JOSEFINA FLORES & JOSEFINA LEAL FLORES TIHUAPU Y AV MICH 253 VISTA BELLA FRACC LOMA DE VISTA BELLA MORELIA MICHOACAN, 58090 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2009 | 64861 | $320,000.00 |
| 38 | OCTAVIO VELASCO, MARGARITA AND SEVILLA EFRAIN GONZALES LUNA 2565 COLONIA ARCOS GUADALAJARA, JAL, 44100 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 50683 | $116,000.00 |
| 39 | OROZCO COVARRUBIAS, FRANCISCO CIRCUNVALACION NTE #129 COL NORTE AGUASCALIENTES AGS, 20020 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51092 | $200,000.00 |
| 40 | PARAMO, PATRICIA DE GUADALUPE / OLIVEROS, JOSE MA DE LOS ANGELES OLIVEROS MAQUEO AV TORRESLANDA 204 PB COL EL PARQUE CELAYA GUANAJUATO, 38010 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/23/2009 | 65675 | $150,000.00 |
| 41 | PRECIAT DE MENENDEZ, ANA MARIA CALLE 6 NO.59 X 21 PRIVADA REAL MONTECRISTO MERIDA, YUCATAN , 97133 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51128 | $148,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 7 of 9

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 215

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 42 | SAEZ JORGE, CONCEPCION<br>C/HUERTA SACEDILLA, 2<br>CHALET 23<br>MAJADAHONDA<br>MADRID, 28220<br>SPAIN | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60501 | $142,725.80 |
| 43 | SALAME, SOAUD<br>C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>ATTN: DAVID J. MARK<br>1633 BROADWAY<br>NEW YORK, NY 10019 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 03/04/2011 | 67350 | $100,000.00 |
| 44 | SANTOS GRADIM, JOAQUIM ARMINDO<br>RUA PARRINHO, 365<br>SAO JOAO DA MADEIRA, 3700-217<br>PORTUGAL | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61429 | $708,707.44 |
| 45 | TACTICS LIMITED<br>FLAT 8B, BLOCK 8, BEVERLY VILLAS<br>16 LA SALLE ROAD<br>KOWLOON,<br>HONG KONG | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 54791 | $11,000.00 |
| 46 | TAHRA HOLDINGS INC<br>3 MILTIADOU STR<br>GLYFADA<br>ATHENS, 16675<br>GREECE | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57049 | $200,000.00 |
| 47 | TOUCHE, ANTONIO WALKER & DE WALKER, IRMA OLVERA<br>CALLE ALGARROBO #23 CLUB DE GOLF LA CEIBA<br>MERIDA YUCATAN, 97000<br>MEXICO | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 50394 | $100,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 215

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|----|------|-------------|-------------|------------|---------|---------------------|
| 48 | TU, CHARLES AND PATTY<br>2362 42ND AVENUE<br>SAN FRANCISCO, CA 94116 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55003 | $23,000.00 |
| 49 | VIDRIO CHAVEZ, GERARDO ARMANDO<br>PASEO SAN RAIMUNDO 373<br>VALLE REAL ZAPOPAN JAL, 45100<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56046 | $100,000.00 |
| 50 | VIDRIO CHAVEZ, GERARDO ARMANDO<br>PASEO ATLAS COLOMOS #3000<br>INT 88<br>ATLAS COLOMOS<br>ZAPOPAN JALISCO, 45118<br>MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57713 | $110,000.00 |
|    |      |             |             |            | TOTAL   | $14,715,656.24 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 216

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | ANDORRA BANC AGRICOL REIG, S.S. (""ANDBANC"") C/ MANUEL CERQUEDA ESCALER, 6 ESCALDES-ENORDANY, ANDORRA | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 11/02/2009 | 63849 | $9,885,982.00 | $2,239,600.00 |
| 2 | BANK OF VALLETTA P.L.C. C/O DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK, NY 10036-7311 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 10/30/2009 | 58114 | $12,279,681.00 | $4,909,280.00* |
| 3 | BANQUE PRIVEE EDMOND DE ROTHSCHILD S.A. 18, RUE DE HESSE GENEVE, 1204 SWITZERLAND | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 10/26/2009 | 46890 | $11,054,048.00 | $522,475.00 |
| 4 | BANQUE SAFDIE SA ATTN: MICHEL KISFALVDY 1, RUE DE LA TOUR-DE-L'ILE PO BOX 5415-1211 GENEVA 11, 1204 SWITZERLAND | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 11/02/2009 | 65272[1] | $4,969,571.76 | $1,800,000.00 |
| 5 | HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH CONTACT: SARAH CHAN, DIRECTOR LEVEL 13 & 14 1 QUEEN'S ROAD CENTRAL, HONG KONG | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 10/29/2009 | 56671 | $96,114,602.37 | $16,211,063.65* |

---

[1] Of the total claim asserted, $181,968.19 of Claim 65272 is the subject of the Debtors' 170th Omnibus Objection to Claims.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 216

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 6 | LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: OMNAMO NARAYANAYA HOLDINGS LTD RH HODGE PLAZA , 2ND FLOOR UPPER MAIN STREET, WICKHAMS CAY 1 ROAD TOWN, TORTOLA, VIRGIN ISLANDS (BRITISH) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55502 | $4,563,117.12 | $2,939,497.39* |
| 7 | S. FEIJ HOGE BARAKKEN 7D MAASTRICHT, 6221 GM NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63000 | $14,175.00 | $7,087.50 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 216

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 8 | UBS AG<br>BAHNHOFSTR. 45<br>ATTN: HUGO KOLLER<br>ZURICH, 8001<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59233[2] | $0.00* | Undetermined |
| | TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: ALLEN GAGE<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| | TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: ALLEN GAGE<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| | TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: ALLEN GAGE<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| | TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: ALLEN GAGE<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| | TRANSFERRED TO: BANK HAPOALIM<br>B.M. TRANSFEROR: UBS AG<br>ATTN: HAGIT MEIROVIZ, ADV. 63-65<br>YEHUDA HALEVI ST. TEL AVIV, | | | | | $0.00* | |

[2] Of the total claim asserted, an undetermined and unliquidated amount of Claim 59233 is the subject of the Debtors' 172nd Omnibus Objection to Claims.

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 216

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| **TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: UBS AG ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON, EC2N 2DB** | | | | | $0.00* | |
| **TRANSFERRED TO: SABRETOOTH MASTER FUND, LP TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SABRETOOTH CAPITAL MANAGEMENT LLC 405 LEXINGTON AVENUE, 50TH FLOOR NEW YORK, NY 10174** | | | | | $0.00* | |
| **TRANSFERRED TO: CITIGROUP GLOBAL MARKETS, INC. TRANSFEROR: BANK JULIUS BAER & CO. LTD ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK, NY 10013** | | | | | $0.00* | |
| **TRANSFERRED TO: CREDIT SUISSE (LUXEMBOURG) S.A. ZN OSTERREICH TRANSFEROR: UBS AG CREDIT SUISSE AG ATTN: ALLEN GAGE 1 MADISION AVENUE NEW YORK, NY 10010** | | | | | $0.00* | |
| **TRANSFERRED TO: CREDIT SUISSE AG TRANSFEROR: UBS AG ATTN: MR. ALLEN GAGE 1 MADISON AVENUE NEW YORK, NY 10010** | | | | | $0.00* | |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 216

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|------|-------------|-------------|------------|---------|---------------------|--------------------------|
| TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: MR. ALLEN GAGE<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: ALLEN GAGE<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: ALLEN GAGE<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| TRANSFERRED TO: CREDIT SUISSE AG<br>TRANSFEROR: UBS AG<br>ATTN: ALLEN GAGE<br>1 MADISON AVENUE<br>NEW YORK, NY 10010 | | | | | $0.00* | |
| TRANSFERRED TO: NOMURA INTERNATIONAL PLC<br>TRANSFEROR: UBS AG<br>NOMURA HOUSE;<br>1 ST. MARTINS LE-GRAND<br>LONDON, EC1A 4NP | | | | | $0.00* | |
| TRANSFERRED TO: NOMURA INTERNATIONAL PLC<br>TRANSFEROR: UBS AG<br>NOMURA HOUSE; 1 ST. MARTINS LE-GRAND<br>LONDON, EC1A 4NP | | | | | $5,000,000.00 | |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 216

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|------|-------------|-------------|------------|---------|---------------------|--------------------------|
| TRANSFERRED TO: VONTOBEL EUROPE S.A. MILAN BRANCH TRANSFEROR: UBS AG ATTN: MR. IVO PETRACCA PIAZZA DEGLI AFFARI, 3 MILANO, 20123 | | | | | $0.00* | |
| TRANSFERRED TO: BANK VONTOBEL AG, ZURICH/SWITZERLAND TRANSFEROR: UBS AG GOTTHARDSTRASSE 43 POSTFACH ZURICH, CH-8022 | | | | | $0.00* | |
| TRANSFERRED TO: UNIPENSION INVEST F.M.B.A. TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK, NY 10022 | | | | | $4,437,000.00 | |
| TRANSFERRED TO: UNIPENSION INVEST F.M.B. TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK, NY 10022 | | | | | $4,437,000.00 | |
| TRANSFERRED TO: CVI GVF (LUX) MASTER S.A.R.L. T RANSFEROR: NOMURA INTERNATIONAL PLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY, KT11 2PD | | | | | $0.00* | |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 216

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|------|-------------|-------------|------------|---------|---------------------|--------------------------|
| **TRANSFERRED TO: HUNZIKER, RONI AND BEATRICE TRANSFEROR: UBS AG AARGAUISCHE KANTONALBANK – ATTN MR STEFAN BUSER BAHNHOFPLATZ 1 5000 AARAU,** | | | | | $0.00* | |
| **TRANSFERRED TO: RAINER LOTSCH TRANSFEROR: UBS AG AARGAUISCHE KANTONALBANK ATTN: MR STEFAN BUSER BAHNHOFPLATZ 1 AARAU, 5000** | | | | | $0.00* | |
| **TRANSFERRED TO: BANK JULIUS BAER & CO. LTD. TRANSFEROR: UBS AG LEGAL PRODUCTS & SERVICES P.O. BOX ZURICH, CH-8010** | | | | | $0.00* | |
| **TRANSFERRED TO: HYPOSWISS PRIVATBANK AG TRANSFEROR: UBS AG SCHUTZENGASSE 4 ZURICH, 8021** | | | | | $0.00* | |
| **TRANSFERRED TO: CREDIT SUISSE AG, SINGAPORE BRANCH TRANSFEROR: UBS AG 1 RAFFLES LINK, #05-02 039393** | | | | | $0.00* | |
| **TRANSFERRED TO: GOLDMAN, SACHS & CO. TRANSFEROR: UBS AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302** | | | | | $0.00* | |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 216

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| **TRANSFERRED TO: METHOD INVESTMENTS & ADVISORY LTD TRANSFEROR: UBS AG ATTN: MARCO BORSA 16 BERKELEY STREET LONDON, W1J 8DZ** | | | | | $0.00* | |
| **TRANSFERRED TO: BANK VONTOBEL AG, ZURICH TRANSFEROR: UBS AG GOTTHARDSTRASSE 43 POSTFACH ZURICH, CH-8022** | | | | | $0.00* | |
| **TRANSFERRED TO: JURG SCHNIDER TRANSFEROR: UBS AG SUDSTR. 56 DIELSDORF, CH-8157** | | | | | $0.00* | |
| **TRANSFERRED TO: ZURCHER KANTONALBANK TRANSFEROR: UBS AG ATTN: GABRIELE FROSSARD SPECIAL CORPORATE ACTIONS PO BOX 8010 ZURICH,** | | | | | $0.00* | |
| **TRANSFERRED TO: CREDIT SUISSE AG TRANSFEROR: UBS AG ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK, NY 10010** | | | | | $0.00* | |
| **TRANSFERRED TO: CREDIT SUISSE AG TRANSFEROR: UBS AG ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK, NY 10010** | | | | | $0.00* | |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### EXHIBIT A: TABLE 1 – OMNIBUS OBJECTION 216

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED |
|------|-------------|-------------|------------|---------|---------------------|--------------------------|
| TRANSFERRED TO: BANK JULIUS BAER & CO. LTD. TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH, 8010 | | | | | $0.00* | |
| COUNSEL FOR THE DARYANIS DAVID R. HURST, ESQ. YOUNG CONAWAY STARGATT & TAYLOR, LLP 1270 AVENUE OF THE AMERICAS SUITE 2210 NEW YORK, NY | | | | | | |
| | | | | TOTAL | $138,881,177.25 | $28,629,003.54 |