SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David M. Turetsky
Max S. Polonsky
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Prudential Investment Management, Inc.
as agent and investment advisor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Max Polonsky, hereby certify that I filed and served a true and correct copy of the Notice of Withdrawal of Limited Objection of Prudential Investment Management, Inc. to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors via the Court's CM/ECF system on April 13, 2012. Notice of this filing was sent to those persons receiving electronic notice of filings in this case.

Additionally, I sent the Notice of Withdrawal of Limited Objection of Prudential Investment Management, Inc. to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to the following recipients via regular mail on April 13, 2012:

Office of the United States Trustee
Southern District of New York
(Attn: Elisabetta G. Gasparini, Esq.
  and Andrea B. Schwartz, Esq.)
33 Whitehall Street, 21st Floor
New York, New York 10004

Chambers of the Hon. James M. Peck
United States Bankruptcy Court,
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Weil Gotshal & Manges LLP
(Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq.
  and Alfredo R. Pérez, Esq.)
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.
  and Evan R. Fleck, Esq.)
1 Chase Manhattan Plaza
New York, New York 10005

   Additionally, I sent the Notice of Withdrawal of Limited Objection of Prudential Investment Management, Inc. to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to the following recipients via electronic mail on April 13, 2012:

| | |
|---|---|
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq. and Alfredo R. Pérez, Esq.) | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan R. Fleck, Esq.) |

Dated: New York, New York     */s/ Max Polonsky*
   April 13, 2012        Max Polonsky

2

904805-New York Server 2A - MSW