NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL  60602
Telephone: (312) 269-8000
Facsimile: (312) 269-1747
Nicholas M. Miller

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
| | |
|---|---|
| **In re** | : Chapter 11 |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------- x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Nicholas M. Miller, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Neal, Gerber & Eisenberg LLP, a party-in-interest in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Illinois and the State of Ohio and the bar of the United States District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  April 13, 2012          */s/ Nicholas M. Miller*
                                Neal, Gerber & Eisenberg LLP
                                Two North LaSalle Street, Suite 1700
                                Chicago, Illinois  60602-3801
                                Email:  nmiller@ngelaw.com
                                Telephone:  (312) 269-8000

NGEDOCS: 1893565.1