**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re                                   : Chapter 11
                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  : Case No. 08-13555 (JMP)
                                        :
        **Debtors.**                    : (Jointly Administered)
---------------------------------------------------------------- x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Nicholas M. Miller, to be admitted, ***pro hac vice***, to represent Neal, Gerber & Eisenberg LLP, a party-in-interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the State of Ohio and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Nicholas M. Miller, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent Neal, Gerber & Eisenberg LLP, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2012            */s/*_____
                                     UNITED STATES BANKRUPTCY JUDGE

NGEDOCS: 1893564.1