UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                      Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,                     Case No. 08-13555 (JMP)

                        Debtors.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF NICHOLAS M. MILLER

UPON the motion of Nicholas M. Miller dated April 13, 2012, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Nicholas M. Miller is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April 16, 2012

                                                   *s/ James M. Peck*
                                                   UNITED STATES BANKRUPTCY JUDGE