# **EXHIBIT A**

08-13555-mg    Doc 27367-1    Filed 04/16/12    Entered 04/16/12 10:50:44    Exhibit A
Pg 1 of 11

NGEDOCS: 1893535.1

# PROOF OF CLAIM

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held: Lehman Brothers Holdings, Inc. | Case No. of Debtor: 08-13555 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)                    0000014195

THIS SPACE IS FOR COURT...

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Neal, Gerber & Eisenberg LLP
c/o H. Nicholas Berberian, Esq.
and Nicholas M. Miller, Esq.
Two North LaSalle Street, Suite 1700
Chicago, IL 60602

Telephone number: (312) 269-8000    Email Address:

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 80,556.88
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Legal Services
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 7050
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☑ Other
   Describe: Retainer
   Value of Property: $ 12,486.60    Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ 0    Basis for perfection: Legal possession
   Amount of Secured Claim: $ 12,486.60    Amount Unsecured: $ 68,070.28

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ 0
   (See instruction #6 on reverse side.)

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$ _____

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

| Date: 9/14/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. /s/ H. N. Berberian | FOR COURT USE ONLY

FILED / RECEIVED

SEP 16 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

LAW OFFICES

# NEAL, GERBER & EISENBERG LLP

TWO NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60602-3801
(312) 269-8000
F.E.I.N. 36-3532950

Lehman/Cleveland
017050.0847
HNB:clc

INVOICE NO: 8801848

**INVOICE DATE:** May 31, 2008

**SERVICE PERIOD COVERED FROM:** April 1, 2008 through April 30, 2008:

**TAXPAYER IDENTIFICATION NUMBER:** 36-3532950

**FIRM NAME:**         NEAL GERBER & EISENBERG LLP

**FIRM ADDRESS:**      TWO NORTH LaSALLE STREET
                       23RD FL.
                       CHICAGO, IL 60602

**FILETRACE NAME:**    Cleveland

| | | |
|---|---|---|
| **LEHMAN BROTHERS P&L NUMBER:** LITI20020034 | | **LEHMAN BROTHERS IN-HOUSE:ATTORNEY** Thomas Hommel/Bari Wolfe |

**LEHMAN BROTHERS FIRM NUMBER:**    0028

## THIS BILL

|  | HOURS | AMOUNT | HOURS |
|---|---|---|---|
| LEGAL FEES | 7.90 | $ 3,236.50 | N/A |
| 15% Discount |  | $ (485.48) |  |
| TOTAL |  | $ 2,751.02 |  |
| TOTAL EXPENSES & DISBURSEMENTS |  | $ 77,805.86 |  |
| TOTAL |  | $ 80,556.88 |  |

## SUMMARY OF SERVICES RENDERED

(See Attached Performa)

## PROFESSIONAL FEE BREAKDOWN

| PERSONS PERFORMING SERVICES | | HOURS & RATES | AMOUNT |
|---|---|---|---|
| P. G. King | Partner | 1.90 hrs. at $ 525.00 | $ 997.50 |
| S.S. Berkeley | Partner | 4.60 hrs. at $ 460.00 | $ 2,116.00 |
| B.W. Weichbrodt | Associate | 0.10 hrs. at $ 385.00 | $ 38.50 |
| S.M. Bethel | Project Asst | 1.30 hrs. at $ 65.00 | $ 84.50 |
| | | **TOTAL** | $ 3,236.50 |
| | | **LESS 15% Discount** | $ (485.48) |
| | | **TOTAL** | $ 2,751.02 |

## EXPENSE & DISBURSEMENT ITEMS

| | | |
|---|---|---|
| Reproduction of Documents | $ | 70.20 |
| Facsimile Transmission | $ | 11.00 |
| Professional Fees | $ | 77,059.58 |
| Travel Expenses | $ | 665.08 |
| **TOTAL** | $ | 77,805.86 |

```
DATE PRINTED    05/07/08  10:02:10                                                                              Page 184 (1)
FEES BILL-THRU DATE  04/30/08
COST BILL-THRU DATE  04/30/08

BILLING PROFESSIONAL
H. N. Berberian
                                      CLIENT --- 017050    Lehman Brothers
                                      MATTER --- 017050.0847 Cleveland

BILLING ADDRESS --- Mr. Erik Connaughton
                    Vice President
                    Expense Control & Allocation
                    Lehman Brothers, Inc.
                    70 Hudson Street, 10th Floor
                    Jersey City, NJ 07302

                                              LITI20020034                         BILLING NOTES

                              UNBILLED TIME (Through 04/30/08)
```

                                                                                                                8861848

| DATE | ACTUAL TIME-KEEPER | ELITE TKPR ID # | WORK DESCRIPTION | TASK CODE | ACT CODE | BILL HOURS | BILL RATE | BILL DOLLARS | CUMULATIVE TOTAL | INDEX # |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/08 | BWW | 0415 | Researching ▓▓▓▓ whereabouts. | L190 | | 0.10 | 385.00 | 38.50 | 38.50 | 3087784 |
| 03/28/08 | SMB | 0460 | Fas | L140 | | 1.30 | 65.00 | 84.50 | 123.00 | 3110668 |
| 04/09/08 | SSB | 0378 | Review discovery requests to ▓▓▓▓▓▓▓ and subpoena to ▓▓▓▓▓▓▓; letter to NYSE regarding ▓▓▓▓▓▓▓. | L110 | | 0.80 | 460.00 | 368.00 | 491.00 | 3114546 |
| 04/10/08 | PGK | 0176 | Conversation with H. Albirt regarding status of case; Conversation with C. Searl and T. Hommel regarding same; Second conversation with H. Albirt regarding same. | L190 | | 0.40 | 525.00 | 210.00 | 701.00 | 3117936 |
| 04/10/08 | PGK | 0176 | Review letters to H. Albirt and R. Sinnenberg and review and revise discovery requests. | L310 | | 0.50 | 525.00 | 262.50 | 963.50 | 3117937 |
| 04/10/08 | SSB | 0378 | Make revisions to discovery request and Subpoena; review pleadings regarding issues to subpoena and discovery letter to Roger Synenburg regarding ▓▓▓▓▓▓▓ contact information; letter to Harry Albirt enclosing subpoena to ▓▓▓▓▓▓▓. | L110 | | 2.70 | 460.00 | 1,242.00 | 2,205.50 | 3114547 |
| 04/25/08 | SSB | 0378 | Review correspondence regarding preparing conference from FINRA; Emails with Harry Albirt of FINRA regarding same; call with Roger | L110 | | 0.40 | 460.00 | 184.00 | 2,389.50 | 3137151 |

```
DATE PRINTED     05/07/08  10:02:10                                                                    Page 185 (2)
FEES BILL-THRU DATE  04/30/08
COST BILL-THRU DATE  04/30/08

                                       CLIENT  --- 017050    Lehman Brothers
                                       MATTER  --- 017050.0847  Cleveland
BILLING PROFESSIONAL
H. N. Berberian

          ACTUAL  ELITE
          TIME-   TKPR
          KEEPER  ID #                                        TASK  ACT   BILL    BILL     BILL     CUMULATIVE
DATE                          WORK DESCRIPTION                CODE  CODE  HOURS   RATE     DOLLARS  TOTAL          INDEX #
=====     ======  =====   ==============================      ====  ====  ====    ====     =======  ==========     =======
                          Synenberg regarding [redacted]
                          address and contact information;
                          Email to P. King regarding same.

04/28/08  SSB     0378    Review profile and awards for       L190        0.70    460.00   322.00   2,711.50       3139859
                          replacement arbitrator [redacted];
                          draft letter to Roger
                          Synenberg regarding [redacted]
                          contact information and prehearing
                          conference; call to probation
                          office to attempt to obtain
                          [redacted] information.

04/29/08  PGK     0176    [redacted] - Prepare for and        L230        1.00    525.00   525.00   3,236.50       3133449
                          represent Lehman in connection
                          with prehearing conference for
                          arbitration claim against [redacted]

                                                                          7.90  -- TOTAL HOURS

TOTAL DOLLAR VALUE  --- $  3,236.50
```

TIMEKEEPER SUMMARY

|          |                  | ------ SUMMARY OF ACTUAL TIME ------ | | |
|----------|------------------|--------|----------|----------|
| ID       | NAME             | HOURS  | AVG RATE | DOLLARS  |
| =====    | ================ | ====== | ======== | ======== |
| PGK      | P. G. King       | 1.90   | 525.00   | 997.50   |
| SSB      | S.S. Berkeley    | 4.60   | 460.00   | 2,116.00 |
| BWW      | B.W. Weichbrodt  | 0.10   | 385.00   | 38.50    |
| SMB      | S.M. Bethel      | 1.30   | 65.00    | 84.50    |
|          | TOTALS ---       | 7.90   |        $ | 3,236.50 |

SUMMARY OF TIME ENTRY

| TASK CODE | HOURS | RATE | DOLLARS |
|-----------|-------|------|---------|

```
DATE PRINTED   05/07/08  10:02:11                                                                              Page 186 (3)
FEES BILL-THRU DATE  04/30/08
COST BILL-THRU DATE  04/30/08

BILLING PROFESSIONAL
H. N. Berberian
                                          CLIENT --- 017050       Lehman Brothers

                                          MATTER --- 017050.0847  Cleveland

                                                                  LITI20020034

                          ===========     ============     =========     =============
                          L110                  3.90          460.00          1,794.00
                          L140                  1.30           65.00             84.50
                          L190                  1.20          475.42            570.50
                          L230                  1.00          525.00            525.00
                          L310                  0.50          525.00            262.50

                          TOTALS ---            7.90                    $     3,236.50
                                          ============                  =============
```

```
DATE PRINTED      05/07/08  10:02:12
FEES BILL-THRU DATE  04/30/08
COST BILL-THRU DATE  04/30/08

BILLING PROFESSIONAL
H. N. Berberian
```

CLIENT  --- 017050      Lehman Brothers
MATTER  --- 017050.0847 Cleveland
                        LITI20020034

## UNBILLED COSTS (Through 04/30/08)

| DATE | AMOUNT | COST DESCRIPTION | CHECK NUMBER | COST CODE | EXPENSE CODE | INDEX # |
|---|---|---|---|---|---|---|
| 04/02/08 | 77,059.58 | Professional Fees - Vendor: DecisionQuest Inc Professional fees | W1641603 | PROFEE1 | E123 | 2058863 |
| 04/09/08 | 0.60 | Reproduction of Documents | | COPY2 | E101 | 2063101 |
| 04/09/08 | 0.60 | Reproduction of Documents | | COPY2 | E101 | 2063102 |
| 04/09/08 | 2.00 | Facsimile Transmission | | FAX2 | E104 | 2063103 |
| 04/09/08 | 2.00 | Facsimile Transmission | | FAX2 | E104 | 2063104 |
| 04/09/08 | 2.00 | Facsimile Transmission | | FAX2 | E104 | 2063105 |
| 04/09/08 | 1.00 | Facsimile Transmission | | FAX2 | E104 | 2063106 |
| 04/09/08 | 665.08 | Travel Expenses - Vendor: H. Nicholas Berberian - additional expenses incurred during travel to Cleveland, OH for Glazer Hearing per HNB 6/22-25/07 | 320099 | TRAVEL1 | E110 | 2062052 |
| 04/28/08 | 0.80 | Reproduction of Documents | | COPY2 | E101 | 2067801 |
| 04/28/08 | 27.10 | Reproduction of Documents | | COPY2 | E101 | 2067802 |
| 04/28/08 | 3.10 | Reproduction of Documents | | COPY2 | E101 | 2067803 |
| 04/29/08 | 1.80 | Reproduction of Documents | | COPY2 | E101 | 2067804 |
| 04/29/08 | 0.30 | Reproduction of Documents | | COPY2 | E101 | 2067805 |
| 04/29/08 | 2.00 | Facsimile Transmission | | FAX2 | E104 | 2067810 |
| 04/29/08 | 2.00 | Facsimile Transmission | | FAX2 | E104 | 2067811 |
| 04/30/08 | 1.00 | Reproduction of Documents | | COPY2 | E101 | 2067806 |
| 04/30/08 | 0.10 | Reproduction of Documents | | COPY2 | E101 | 2067807 |
| 04/30/08 | 6.00 | Reproduction of Documents | | COPY2 | E101 | 2067808 |

```
DATE PRINTED    05/07/08  10:02:12                                                                              Page 188 (5)
FEES BILL-THRU DATE  04/30/08
COST BILL-THRU DATE  04/30/08

BILLING PROFESSIONAL                          CLIENT  --- 017050       Lehman Brothers
H. N. Berberian                               MATTER  --- 017050.0847  Cleveland

                                                               CHECK       COST      EXPENSE
   DATE          AMOUNT        COST DESCRIPTION                NUMBER      CODE       CODE        INDEX #
 ========    ==============  ============================    ========   ========   ========    =========
 04/30/08            28.80   Reproduction of Documents                   COPY2      E101         2067809

TOTAL COSTS -- $   77,805.86

                                    SUMMARY OF CLIENT COSTS

                            COST CODE        DOLLARS
                            =========    ==============
                            COPY2                 70.20
                            FAX2                  11.00
                            PROFEE1           77,059.58
                            TRAVEL1              665.08

                                 TOTALS -- $  77,805.86


TOTAL FEES AND EXPENSES DUE -- $   81,042.36
```

**NEAL • GERBER • EISENBERG**

Nina Taylor Brody
Paralegal

Tel 312.269.5324
Fax 312.980.0791
nbrody@ngelaw.com

September 15, 2009

**VIA FEDERAL EXPRESS**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

    Re:   In re: Lehman Brothers Holdings, Inc., Case No. 08-13555

To Whom It May Concern:

    Enclosed are an original and one (1) copy of a proof of claim of Neal, Gerber & Eisenberg LLP for filing in the above-referenced case. Kindly return a file-stamped copy of the claim in the enclosed self-addressed stamped envelope. Thank you for attention to this matter.

    Very truly yours,

    NEAL, GERBER & EISENBERG LLP

    Nina Taylor Brody
    Paralegal

Enclosures
cc:   H. Nicholas Berberian (w/encl.)
       Nicholas M. Miller (w/encl.)

NGEDOCS: 1656638.1

977172831888



**From**
Hampton Judy
NEAL GERBER & EISENBERG LLP
2 N LA SALLE ST STE 2000
CHICAGO, IL 606023980
US
3122695295

**Shipment Information**
Service: Priority Overnight
Packaging: FedEx Envelope
Handling:
Dimmed:
Weight: 1
Bill Shipment To:
Bill Duty/Tax/Fees:
Reference: 007888.0049
Declared Value: 0

**To**
Lehman Brothers Holdings Claims
Epiq Bankruptcy Solutions
757 Third Avenue 3rd Floor
New York, NY 10017
United States
312-269-5295

History    Ship to new recipient    Ship to same recipient

1. Fold the printed page along the horizontal line.
2. Place label in shipping label pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. To print a receipt of your shipment, please click on "Shipping History."