WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :    08-13555 (JMP)
                                               :
                        Debtors.               :    (Jointly Administered)
-----------------------------------------------------------------x
```

**NOTICE OF SUBPOENAS ISSUED PURSUANT TO**
**ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE**
**SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND**
**<u>AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES</u>**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "<u>Order</u>"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "<u>Chapter 11 Entities</u>") authority to issue subpoenas requiring persons or entities to produce documents to the Chapter 11 Entities and/or submit to examinations by the Chapter 11 Entities.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Chapter 11 Entities hereby file notice of four subpoenas issued by the Chapter 11 Entities pursuant to the Order. The date each subpoena was served, the name of the witness, and the date, time, and place of any examination or inspection are set forth on "Exhibit 1" attached hereto.

Dated: April 16, 2012
       New York, New York

/s/ Richard W. Slack
Richard W. Slack
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

# **Exhibit 1**

NOTICE OF SUBPOENAS

| | |
|---|---|
| Name of Witness: | Giants Stadium LLC |
| Date of Service of Subpoena: | April 10, 2012 |
| Subject of Subpoena: | Documents, pursuant to Fed. R. Bankr. P. 2004 |
| Date and Place of any Document Inspection: | Documents to be produced by May 11, 2012 at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 |

| | |
|---|---|
| Name of Witness: | National Football League, Inc. |
| Date of Service of Subpoena: | April 10, 2012 |
| Subject of Subpoena: | Documents, pursuant to Fed. R. Bankr. P. 2004 |
| Date and Place of any Document Inspection: | Documents to be produced by May 11, 2012 at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 |

| | |
|---|---|
| Name of Witness: | Joseph Siclare |
| Date of Service of Subpoena: | April 10, 2012 |
| Subject of Subpoena: | Testimony, pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination: | Testimony to be taken at 9:30 a.m. on May 30, 2012 at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 |

| | |
|---|---|
| Name of Witness: | Financial Guaranty Insurance Company |
| Date of Service of Subpoena: | April 10, 2012 |
| Subject of Subpoena: | Documents, pursuant to Fed. R. Bankr. P. 2004 |
| Date and Place of any Document Inspection: | Documents to be produced by May 11, 2012 at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 |