# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

April 17, 2012

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY  10004

Re: **ADR Procedures Order Dated 9/17/09 ("Order")**
    **Twenty-ninth Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the twenty-ninth) to the Court pursuant to Order ¶13 that governs Tier One ADRs.  In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order dated September 10, 2010.  Debtors will file this report on the docket in advance of the April 18, 2012 omnibus hearing.

In the just-ended 31-day period, Debtors served two additional ADR Notices in Tier I.  When added to the total Notices served in Tier Two, the total number of Notices served is now 237.  Also during the immediately past reporting period, Debtors achieved settlements with counterparties in seven additional ADR matters, none as a result of mediation.  Upon closing of those settlements, Debtors will have received an aggregate total of $1,110,294,861 new dollars for the Debtors' estates.  Settlements have now been achieved in 194 ADR matters involving 216 counterparties.

Honorable James M. Peck                          **Weil, Gotshal & Manges LLP**
April 17, 2012
Page 2

To date, of the 73 ADR matters that have reached the mediation stage and have been concluded, 69 have been settled in mediation.  Only four mediations have terminated without settlement.  Twenty-two additional mediations have been scheduled to commence on the following dates:  April 18, 19, 24, 25 and 26; May 1, 2, 4, 7, 9, 15, 16, 22, 23, 24, 30 and 31; June 6, 14, 26 and 28; and July 10, 2012.

Respectfully submitted,

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc:  Jacob Esher, Esq.
     James Freund, Esq.
     David Geronemus, Esq.
     Ralph Mabey, Esq.
     David Cohen, Esq.
     (all cc's via E-mail)