**RICHARDS KIBBE & ORBE LLP**
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Joon P. Hong

*Attorneys for Farallon Capital Partners, L.P., Farallon Capital Institutional Partners, L.P., Farallon Capital Institutional Partners II, L.P., Farallon Capital Institutional Partners III, L.P., Farallon Capital (AM) Investors, LP, Farallon Capital Offshore Investors II, L.P. and Noonday Offshore, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM
### (Claim Nos. 16000 and 16001)

1. Andres P. Meta and Nicolas Coyan (together, the "Initial Creditors"), the predecessors in interest to the Farallon Creditors (as defined below), filed Proof of Claim No. 16000 against Lehman Brothers Commercial Corporation ("LBCC") on September 18, 2009. The Initial Creditors had posted certain collateral (the "Posted Collateral") in connection with a customer account they held with Lehman Brothers Inc. ("LBI"), and they filed Claim No. 16000 against LBCC as a protective proof of claim in order to avoid the forfeiture of the Posted Collateral in the event it was determined that any Posted Collateral was actually held by LBCC and not by LBI.

2. The Initial Creditors also filed Proof of Claim No. 16001 against Lehman Brothers Holdings Inc. ("LBHI") on September 18, 2009 as a protective proof of claim in order to avoid the forfeiture of the Posted Collateral in the event any Posted Collateral was turned over to LBHI.

3. Finally, the Initial Creditors filed a customer claim against LBI in its SIPA liquidation proceeding (the "Customer Claim") on or about January 26, 2009, which Customer Claim has since been allowed by the SIPA Trustee.

4. The Initial Creditors transferred Claim Nos. 16000 and 16001 to (i) Farallon Capital Partners, L.P., (ii) Farallon Capital Institutional Partners, L.P., (iii) Farallon Capital Institutional Partners II, L.P., (iv) Farallon Capital Institutional Partners III, L.P., (v) Farallon Capital (AM) Investors, LP, (vi) Farallon Capital Offshore Investors II, L.P. and (vii) Noonday Offshore, Inc. (collectively, the "Farallon Creditors") pursuant to a Transfer Agreement, dated on or about September 7, 2011. The Farallon Creditors filed evidences and notices of the transfer of Claim Nos. 16000 and 16001 with the Court on September 7, 2011 pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure.

5. The Initial Creditors also transferred the Customer Claim to the Farallon Creditors at the same time they transferred Claim Nos. 16000 and 16001.

6. Based upon the allowance of the Customer Claim by the SIPA Trustee, the Lehman chapter 11 debtors have requested that the Farallon Creditors withdraw Claim Nos. 16000 and 16001 in the Lehman chapter 11 proceedings.

08-13555-mg    Doc 27389    Filed 04/17/12    Entered 04/17/12 11:06:41    Main Document
Pg 3 of 3

7. As an accommodation to the Lehman chapter 11 debtors, and specifically based upon the allowance of the Customer Claim by the SIPA Trustee and without prejudice to any rights of the Farallon entities in these chapter 11 proceedings and in the SIPA liquidation proceeding of LBI, the Farallon Creditors have agreed to and hereby withdraw (i) Claim No. 16000 filed against LBCC and (ii) Claim No. 16001 filed against LBHI. No other claim of the Farallon Creditors shall be affected hereby.

Dated: New York, New York
       April 17, 2012

By:/s/ Joon P. Hong
   Joon P. Hong
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

Attorneys for:
Farallon Capital Partners, L.P.
Farallon Capital Institutional Partners, L.P.
Farallon Capital Institutional Partners II, L.P.
Farallon Capital Institutional Partners III, L.P.
Farallon Capital (AM) Investors, LP
Farallon Capital Offshore Investors II, L.P.
Noonday Offshore, Inc.