WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
------------------------------------------------------------------x

**TENTH NOTICE OF ESTABLISHMENT OF OMNIBUS HEARING
DATES AND HEARING DATES FOR CLAIMS MATTERS PURSUANT
TO SECOND AMENDED CASE MANAGEMENT ORDER IMPLEMENTING
CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES**

PLEASE TAKE NOTICE that pursuant to the order, dated June 17, 2010 (the "Second Amended Case Management Order") [Docket No. 9635], implementing certain notice and case management procedures, the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following omnibus hearing dates in the above-captioned cases:

        **July 18, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

        **August 15, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

        **September 19, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

        **October 10, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

        **November 14, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

        **December 12, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court has scheduled the following hearing dates for claims matters in the above-captioned cases:

**July 19, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

**August 23, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

**September 27, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

**October 31, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

**November 20, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

**December 19, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

PLEASE TAKE FURTHER NOTICE that except as otherwise ordered by the Bankruptcy Court, the Second Amended Case Management Order governs the scheduling of all matters to be heard on the foregoing hearing dates.

PLEASE TAKE FURTHER NOTICE that all hearings will be held in Courtroom 601, United States Bankruptcy Court, Alexander Custom House, One Bowling Green, New York, New York 10004 unless otherwise ordered by the Bankruptcy Court.

Dated: April 17, 2012
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates