WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
:
**In re**                                                             :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                          :    **08-13555 (JMP)**
:
          Debtors.  :    **(Jointly Administered)**
:
----------------------------------------------------------------------x
:
**In re**                                                             :
:    **Case No.**
**LEHMAN BROTHERS INC.**,                                             :
:    **08-01420 (JMP) (SIPA)**
          Debtor.   :
:
----------------------------------------------------------------------x

US_ACTIVE:\43971967\06\58399.0008

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE
# FORTY-NINTH OMNIBUS HEARING ON APRIL 18, 2012 AT 10:00 A.M.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I.    UNCONTESTED MATTER:

1. Final Fee Application of the Examiner and Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for Jenner & Block LLP **[ECF No. 27189]**

   Response Deadline:   April 11, 2011 at 4:00 p.m.

   Responses Received:

   A.    Fee Committee's Statement of No Objection to the Final Fee Application of the Examiner, Anton R. Valukas and Jenner & Block LLP **[ECF No. 27333]**

   Related Documents:   None.

   Status:  This matter is going forward.

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:

## II.    CONTESTED MATTER:

2. Second Motion for Order Approving the Trustee's Allocation of Property **[LBI ECF No. 4760]**

   Response Deadline: January 11, 2012 at 4:00 p.m., extended for certain parties by agreement.

   Responses Received:

   A.    Preliminary Objection of Mark Mazzatta and Michele McHugh-Mazzatta to Motion **[LBI ECF No. 4836]**

   B.    Objection of the FDIC, as Receiver for Westernbank Puerto Rico to Motion **[LBI ECF No. 4853]**

   C.    Limited Objection and Reservation of Rights of Claren Road Credit Master Fund Ltd. to Motion **[LBI ECF No. 4856]**

   D.    Joinder of CarVal Investors UK Limited to Objection of FDIC as Receiver for Westernbank Puerto Rico to Motion **[LBI ECF No. 4859]**

      E.      Joinder of Jason Wallace to Preliminary Objection of Mark Mazzatta and Michele McHugh-Mazzatta to Motion **[LBI ECF No. 4875]**

Related Documents:

      F.      Affidavit of Daniel T. McIsaac in Support of Motion **[LBI ECF No. 4761]**

      G.      Declaration of Kleber Rodriguez in Support of Motion [LBI ECF No. **4762**]

      H.      Declaration of Leonard J. Legotte in Support of Motion **[LBI ECF No. 4763]**

      I.      Declaration of Moshe Sinensky in Support of Motion **[LBI ECF No. 4764]**

      J.      Declaration of Gabriela Huaman in Support of Motion **[LBI ECF No. 4765]**

      K.      Notice of Hearing on Motion **[LBI ECF No. 4766]**

      G.      Notices of Status Conferences [**LBI ECF Nos. 4873, 4959, 5000**]

Status:  This matter is going forward as a status conference.

### III. ADJOURNED MATTERS:

**Lehman Brothers Holdings Inc.:**

3.    Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

Response Deadline:  February 9, 2011 at 4:00 p.m.

Responses Received:

      A.      Debtors' Objection **[ECF No. 14398]**

      B.      Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

Related Documents:

      C.      Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

        D.        Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

Status:  This matter has been adjourned to May 16, 2012 at 10:00 a.m.

4.    Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[ECF No. 16016]**

Response Deadline:  May 11, 2011 at 4:00 p.m.

Responses Received:

        A.        Debtors' Objection **[ECF No. 16680]**

        B.        Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[ECF No. 16683]**

Related Documents:  None.

Status:  This matter has been adjourned to May 16, 2012 at 10:00 a.m.

5.    Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[ECF No. 16803]**

Response Deadline:  June 8, 2011 at 4:00 p.m.

Response Received:

        A.        Debtors' Objection **[ECF No. 17502]**

Related Documents:  None.

Status:  This matter has been adjourned to June 13, 2012 at 10:00 a.m.

6.    Amended Motion of Ironbridge Homes, LLC, et al. for Relief from the Automatic Stay **[ECF No. 23551]**

Response Deadline:  April 11, 2012 at 4:00 p.m.

Responses Received:  None.

Related Document:

        A.        Third Notice of Adjournment of Hearing on Motion for Relief from the Automatic Stay **[ECF No. 24975]**

Status:  This matter has been adjourned to May 16, 2012 at 10:00 a.m.

7. Motion of Edward J Agostini, et al. for Relief from the Automatic Stay **[ECF No. 24769]**

   Response Deadline: May 9, 2012 at 4:00 p.m.

   Response Received: None.

   Related Documents: None.

   Status: This matter has been adjourned to May 16, 2012 at 10:00 a.m.

8. Bank of Montreal's Responses and Objections to Subpoena of Debtors and Debtors in Possession Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure **[ECF No. 24847]**

   Response Deadline: February 1, 2012 at 4:00 p.m.

   Response Received: None.

   Related Documents: None.

   Status: This matter has been adjourned to May 16, 2012 at 10:00 a.m.

9. Motion of Grace Farrelly Pursuant to §§ 105 and 362 for Relief from Automatic Stay **[ECF No. 25205]**

   Response Deadline: March 23, 2012 at 4:00 p.m.

   Response Received:

       A.    BNC Mortgage LLC's Response **[ECF No. 27145]**

   Related Documents: None.

   Status: This matter has been adjourned to June 13, 2012 at 10:00 a.m.

**Lehman Brothers Inc.:**

10. Cardinal Investment Sub I, L.P. and Oak Hill Strategic Partners, L.P.'s Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[LBI ECF No. 4634]**

    Response Deadline: February 8, 2012 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

  A. Declaration of Luke A. Barefoot in Support of Movant's Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of its Affiliates **[LBI ECF No. 4635]**

  B. Notices of Adjournment **[LBI ECF Nos. 4663, 4759, 4824, 4892, 4946, 5017]**

Status:  This matter has been adjourned to May 16, 2012 at 10:00 a.m.

**Adversary Proceedings:**

11. Lehman Brothers Holdings Inc. v. Fontainebleau Resorts, LLC, *et al.* **[Adversary Case No. 10-02821]**

**Status Conference**

Related Documents:

  A. Plaintiff LBHI's Motion to Dismiss Defendants' Amended Counterclaims **[ECF No. 52]**

  B. Opposition Brief of Fontainebleau Resorts, LLC, et al. in Response to Motion to Dismiss Counterclaims **[ECF No. 54]**

  C. Reply in Support of Motion by LBHI to Dismiss Defendants' Amended Counterclaims **[ECF No. 55]**

  D. Answer to Complaint and Amended Counterclaims **[ECF No. 50]**

Status:  This matter has been adjourned.

12. Lehman Brothers Holdings Inc.  v. Fontainebleau Resorts, LLC, *et al.* **[Adversary Case No. 10-02823]**

**Status Conference**

Related Documents:

  A. Plaintiff LBHI's Motion to Dismiss Defendants' Amended Counterclaims **[ECF No. 52]**

  B. Opposition Brief of Fontainebleau Resorts, LLC, et al. in Response to Motion to Dismiss Counterclaims **[ECF No. 54]**

  C. Reply in Support of Motion by LBHI to Dismiss Defendants' Amended Counterclaims **[ECF No. 55]**

  D. Answer to Complaint and Amended Counterclaims **[ECF No. 50]**

<u>Status</u>:  This matter has been adjourned.

13. Belmont Park Investments Pty Ltd, et al. v. Lehman Brothers Special Financing Inc., *et al.* **[Adversary Proceeding No. 12-01045]**

    **Pre-Trial Conference**

    <u>Related Documents</u>:

    A.   Adversary Complaint **[ECF No. 1]**

    B.   Motion of Belmont Park Investments Pty Ltd, et al. to Withdraw the Reference **[ECF No. 3]**

    C.   Declaration of Andrew K. Glenn in Support of Plaintiffs' Motion **[ECF No. 4]**

    <u>Status</u>:  This matter has been adjourned without date.

Dated: April 17, 2012
       New York, New York

                                    /s/ Robert J. Lemons
                                    Robert J. Lemons

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Lehman Brothers Holdings Inc.
                                    and Certain of Its Affiliates

Dated: April 17, 2012
       New York, New York

                                    /s/ David W. Wiltenburg
                                    James B. Kobak, Jr.
                                    David W. Wiltenburg

                                    HUGHES HUBBARD & REED LLP
                                    One Battery Park Plaza
                                    New York, New York 10004
                                    Telephone: (212) 837-6000
                                    Facsimile: (212) 422-4726

                                    Attorneys for James W. Giddens, Trustee for
                                    the SIPA Liquidation of Lehman Brothers Inc.