HEARING DATE AND TIME: May 31, 2012 at 10:00 AM (Eastern Time)
RESPONSE DEADLINE: May 17, 2012 at 4:00 PM (Eastern Time)

> **THE TWO HUNDRED NINETIETH OMNIBUS OBJECTION TO CLAIMS SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OBJECTION AND/OR THE EXHIBITS ATTACHED THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS THEIR CLAIM(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT LEHMAN BROTHERS HOLDINGS INC.'S COUNSEL, ERIKA DEL NIDO, AT 212-310-8323.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF HEARING ON
TWO HUNDRED NINETIETH OMNIBUS
<u>OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)</u>**

    **PLEASE TAKE NOTICE** that on April 17, 2012, Lehman Brothers Holdings

Inc. ("<u>LBHI</u>" and the "<u>Plan Administrator</u>"), as Plan Administrator under the Modified Third

Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors

(the "<u>Plan</u>") for certain entities in the above-referenced chapter 11 cases (the "<u>Chapter 11

Estates</u>"), filed its two hundred ninetieth omnibus objection to claims (the "<u>Two Hundred

US_ACTIVE:\43961071\03\58399.0008

Ninetieth Objection to Claims"), and that a hearing (the "Hearing") to consider the Two Hundred Ninetieth Omnibus Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **May 31, 2012 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

    **PLEASE TAKE FURTHER NOTICE** that any responses to the Two Hundred Ninetieth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for LBHI and certain of its affiliates, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Maurice Horwitz, Esq.); and (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); so as to be so filed and received by no later than **May 17, 2012 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

    **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Two Hundred Ninetieth Omnibus Objection to Claims or any claim set

forth thereon, the Plan Administrator may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Two Hundred Ninetieth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated:  April 17, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**HEARING DATE AND TIME: May 31, 2012 at 10:00 AM (Eastern Time)**
**RESPONSE DEADLINE: May 17, 2012 at 4:00 PM (Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                          :     Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :     08-13555 (JMP)
                                               :
                           Debtors.            :     (Jointly Administered)
------------------------------------------------------------------x

**TWO HUNDRED NINETIETH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

---

**THE TWO HUNDRED NINETIETH OMNIBUS OBJECTION TO CLAIMS SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OBJECTION AND/OR THE EXHIBITS ATTACHED THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT**
**LEHMAN BROTHERS HOLDINGS INC.'S COUNSEL,**
**ERIKA DEL NIDO, AT 212-310-8323.**

---

1

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities in the above-referenced chapter 11 cases (the "Chapter 11 Estates"), respectfully represents as follows:

**Relief Requested**

1. The Plan Administrator files this omnibus objection to claims (the "Two Hundred Ninetieth Omnibus Objection to Claims") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking to disallow and expunge certain claims for which the Chapter 11 Estates have no liability.

2. The proofs of claim listed on Exhibit A annexed hereto (collectively, the "No Liability Claims") were filed against the Chapter 11 Estates based upon alleged brokerage accounts or other investments at entities other than the Chapter 11 Estates, such as Lehman Brothers Inc. ("LBI") and Lehman Brothers International (Europe) ("LBIE"), and for which the Chapter 11 Estates are not liable. The Chapter 11 Estates do not have liability for any of the No Liability Claims.

**Jurisdiction**

3. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

4. Commencing on September 15, 2008, and periodically thereafter, LBHI

2

and certain of its subsidiaries commenced with this Court voluntary cases under title 11 of the Bankruptcy Code. These chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).

5. On January 14, 2010, the Court entered the Procedures Order, which authorizes the filing of omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

6. On December 6, 2011, the Court approved and entered an order confirming the Plan. The Plan became effective on March 6, 2012.

7. Pursuant to the Plan, the Plan Administrator is authorized to impose and prosecute objections to claims filed against the Chapter 11 Estates.

### The No Liability Claims Should Be Disallowed and Expunged

8. Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). A proof of claim is "deemed allowed, unless a party in interest objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

9. The No Liability Claims are claims based upon brokerage accounts or other investments at entities other than the Chapter 11 Estates and for which the Chapter 11 Estates are not liable. In particular, some of the No Liability Claims are based on brokerage

3

accounts at LBI or LBIE. LBI and LBIE are separate legal entities and not a part of these chapter 11 cases. The Chapter 11 Estates are not liable for any potential liability that LBI or LBIE may have from brokerage accounts, and an interest in brokerage accounts at LBI and LBIE does not result in a claim against the Chapter 11 Estates.

10. The liabilities asserted in the No Liability Claims are not claims against the Chapter 11 Estates. Unless the No Liability Claims are disallowed and expunged, parties who do not hold valid claims against the Chapter 11 Estates may nonetheless recover from the Chapter 11 Estates. LBHI respectfully requests the Court enter an order disallowing and expunging the No Liability Claims in their entirety.

**Reservation of Rights**

11. LBHI reserves all rights to object on any basis to any No Liability Claim as to which the relief requested herein is not granted.

**Notice**

12. No trustee has been appointed in these chapter 11 cases. Notice of this Two Hundred Ninetieth Omnibus Objection to Claims has been provided to (i) the U.S. Trustee; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) each claimant listed on Exhibit A; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635]. The Plan Administrator submits that no other or further notice need be provided.

13. No previous request for the relief sought herein has been made by the Plan Administrator or the Debtors to this or any other Court.

4

WHEREFORE the Plan Administrator respectfully requests entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: April 17, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                :
                      Debtors.                                 :    (Jointly Administered)
-----------------------------------------------------------------x

## ORDER GRANTING THE
## TWO HUNDRED NINETIETH OMNIBUS
## OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the two hundred ninetieth omnibus objection to claims, dated April 17, 2012 (the "Two Hundred Ninetieth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the No Liability Claims on the basis that the Chapter 11 Estates have no liability for such claims, all as more fully described in the Two Hundred Ninetieth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Ninetieth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief requested in the Two Hundred Ninetieth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Two Hundred Ninetieth Omnibus Objection to Claims establish just cause

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Two Hundred Ninetieth Omnibus Objection to Claims.

for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Ninetieth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit 1</u> are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on <u>Exhibit A</u> annexed to the Two Hundred Ninetieth Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

 

_____
UNITED STATES BANKRUPTCY JUDGE

2

## EXHIBIT A

3

US_ACTIVE:\43961071\03\58399.0008

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 290: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BADAWI, AMR SEDKI<br>C/O OMAR EL SAWY<br>834 SECOND ST<br>MANHATTAN BEACH, CA 90266 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11332 | $72,351.83 |
| 2 | BANCO BOLIVARIANO CA<br>ATTN: JOSE MEDINA S<br>JUNIN 200 Y PANAMA<br>GUAYAQUIL<br>ECUADOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/26/2009 | 9421 | $5,698.07 |
| 3 | BANICKI, EUGENE FRANK AND REBECCA LYNN<br>1045 E. CHEVY CHASE DRIVE<br>SALT LAKE CITY, UT 84117 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31180 | $20,140.93 |
| 4 | ILUSO CAPITAL CORP<br>C/O GABRIEL G MATARASSO<br>MARVAL, O'FARRELL & MAIRAL<br>AV LEANDRO N ALEM 928 FLOOR 7 (C1001AAR)<br>BUENOS AIRES,<br>ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16003 | $1,120,000.00* |
| 5 | ILUSO CAPITAL CORP<br>C/O GABRIEL G MATARASSO<br>MARVAL, O'FARRELL & MAIRAL<br>AV LEANDRO N ALEM 928 FLOOR 7 (C1001AAR)<br>BUENOS AIRES,<br>ARGENTINA | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/18/2009 | 16004 | $1,120,000.00* |
| 6 | JAMES, WAYDE<br>49 PINE BROOK CURVE<br>NORTHAMPTON, MA 01060 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19217 | $31,606.30 |
| 7 | KENTUCKY RETIREMENT SYSTEMS<br>C/O ROBERTO RAMIREZ<br>ICE MILLER LLP<br>ONE AMERICAN SQUARE, SUITE 2900<br>INDIANAPOLIS, IN 46282-0200 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/01/2009 | 4710 | $48,200,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 290: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 8 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13600 (JMP) | LB 745 LLC | 06/01/2009 | 4711 | $48,200,000.00* |
| 9 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13664 (JMP) | PAMI Statler Arms LLC | 06/01/2009 | 4712 | $48,200,000.00* |
| 10 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 06/01/2009 | 4713 | $48,200,000.00* |
| 11 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 06/01/2009 | 4715 | $48,200,000.00* |
| 12 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 06/01/2009 | 4716 | $48,200,000.00* |
| 13 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 06/01/2009 | 4717 | $48,200,000.00* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 290: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 14 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 06/01/2009 | 4718 | $48,200,000.00* |
| 15 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 06/01/2009 | 4719 | $48,200,000.00* |
| 16 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 06/01/2009 | 4720 | $48,200,000.00* |
| 17 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13904 (JMP) | Lehman Scottish Finance L.P. | 06/01/2009 | 4722 | $48,200,000.00* |
| 18 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13905 (JMP) | CES Aviation LLC | 06/01/2009 | 4723 | $48,200,000.00* |
| 19 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13906 (JMP) | CES Aviation V LLC | 06/01/2009 | 4724 | $48,200,000.00* |

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 290: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 20 | KENTUCKY RETIREMENT SYSTEMS<br>C/O ROBERTO RAMIREZ<br>ICE MILLER LLP<br>ONE AMERICAN SQUARE, SUITE 2900<br>INDIANAPOLIS, IN 46282-0200 | 08-13907 (JMP) | CES Aviation IX LLC | 06/01/2009 | 4725 | $48,200,000.00* |
| 21 | KENTUCKY RETIREMENT SYSTEMS<br>C/O ROBERTO RAMIREZ<br>ICE MILLER LLP<br>ONE AMERICAN SQUARE, SUITE 2900<br>INDIANAPOLIS, IN 46282-0200 | 08-13908 (JMP) | East Dover Limited | 06/01/2009 | 4726 | $48,200,000.00* |
| 22 | LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: VANTAGE CAPITAL MARKETS LLP<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11348 | $597,860.00 |
| 23 | NICHOLSON, BARBARA M. ACF HAMZA<br>PO BOX 538<br>TULLAHOMA, TN 37388-0538 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/02/2009 | 2438 | $25,487.74* |
| 24 | NICHOLSON, BARBARA M. ACF SOUKAINA<br>PO BOX 538<br>TULLAHOMA, TN 37388-0538 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/02/2009 | 2437 | $25,907.57* |
| 25 | NICOLL, JOBETH<br>NICOLL, WILLIAM<br>3650 SENTRY VIEW TRACE<br>SUWANEE, GA 30024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15162 | $1,180.84 |
| | | | | | TOTAL | $726,020,233.28 |