WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                                          :  **Chapter 11 Case No.**
                                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :   **08-13555 (JMP)**
                                                                                    :
                              Debtors.                               :   **(Jointly Administered)**
                                                                                    :
                                                                                    :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**ONE HUNDRED SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the One Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: April 17, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

## Exhibit A

## Claims Adjourned to May 31, 2012 Hearing:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| CASPIAN CAPITAL PARTNERS LP | 26224 | 20128 |
| MARINER OPPORTUNITIES FUND LP | 23765 | 20127 |
| STEVEN G. HOLDER LIVING TRUST | 16481 | 21865 |
| WILLIAMS GAS MARKETING INC. | 33554 | 20145 |