WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**TWO HUNDRED FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

       **PLEASE TAKE NOTICE** that the hearing on the Two Hundred Forty-Fourth

Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for April

26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims**

**listed on Exhibit A attached hereto, to May 31, 2012, at 10:00 a.m. (Prevailing Eastern**

**Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held

before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

be further adjourned from time to time without further notice other than an announcement at the

Hearing.

Dated:  April 17, 2012
       New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Lehman Brothers Holdings Inc.
                    and Certain of Its Affiliates

## Exhibit A

## Claims Adjourned to May 31, 2012 Hearing:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| AECO GAS STORAGE PARTNERSHIP | 15075 | N/A |
| AECO GAS STORAGE PARTNERSHIP | 15077 | N/A |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 12) | 20324 | 27392 |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 12) | 20325 | 27392 |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) | 20326 | 27392 |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) | 20327 | 27392 |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | 20333 | 27392 |
| DEUTSCHE BANK AG | 27906 | N/A |
| DEUTSCHE BANK AG | 28465 | N/A |
| DEUTSCHE BANK AG | 28466 | N/A |
| FINMECCANICA S.P.A. | 7366 | 24243 |
| FINMECCANICA S.P.A. | 7367 | 24243 |
| JUDSON | 1166 | 25080, 25083, 25086, 25090, 25101 |