SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Theodore A.B. McCombs

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

### CERTIFICATE OF SERVICE

      I, Theodore A.B. McCombs, hereby certify that, on April 17, 2012, I caused to be served a true and correct copy of **Notice of Adjournment of the Hearing on the Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004** by U.S. mail on Internal Revenue Service, Special Procedures Branch, 290 Broadway, New York, New York 10007 (Attn: District Director), and by hand delivery on:

      The Chambers of the Honorable James M. Peck
      One Bowling Green
      Courtroom 601
      New York, New York 10004

      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153
      Attn: Richard P. Krasnow, Lori R. Fife, Jacqueline Marcus, and Robert Lemons

      *Attorneys for the Debtors*

The U.S. Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Tracy Hope Davis, Elisabetta G. Gasparini, and Andrea B. Schwartz

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan R. Fleck

*Attorneys for the Creditors' Committee*

Dated: New York, New York
   April 17, 2012

Respectfully submitted,

/s/
Theodore A.B. McCombs
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Giants Stadium LLC*