**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :    **08-13555 (JMP)**
                                        :
        Debtors.                        :    **(Jointly Administered)**
                                        :
-----------------------------------------------------------------------x    Ref. Docket Nos. 27374, 27375,
                                             27377, 27379-27382, 27384 & 27385

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 16, 2012, I caused to be served the:

    a)  "Notice of Hearing on Two Hundred Eighty-Second Omnibus Objection to Claims (Late-Filed Claims)," dated April 16, 2012, to which was attached the "Two Hundred Eighty-Second Omnibus Objection to Claims (Late-Filed Claims)," dated April 16, 2012 [Docket No. 27374], (the "282nd Omnibus Objection"),

    b)  "Notice of Hearing on Two Hundred Eighty-Third Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated April 16, 2012, to which was attached the "Two Hundred Eighty-Third Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated April 16, 2012 [Docket No. 27375], (the "283rd Omnibus Objection"),

    c)  "Notice of Hearing on Two Hundred Eighty-Fourth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests)," dated April 16, 2012, to which was attached the "Two Hundred Eighty-Fourth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests)," dated April 16, 2012 [Docket No. 27377], (the "284th Omnibus Objection"),

    d)  "Notice of Hearing on Two Hundred Eighty-Fifth Omnibus Objection to Claims (Duplicative Claims)," dated April 16, 2012, to which was attached the "Two Hundred and Eighty Fifth Omnibus Objection to Claims (Duplicative Claims)," dated April 16, 2012 [Docket No. 27379], (the "285th Omnibus Objection"),

e)  Notice of Hearing on Two Hundred Ninety-First Omnibus Objection to Claims (No Liability Derivatives Claims)," dated April 16, 2012, to which was attached the "Two Hundred Ninety-First Omnibus Objection to Claims (No Liability Derivatives Claims)," dated April 16, 2012 [Docket No. 27380], (the "291st Omnibus Objection"),

f)  "Notice of Hearing on Two Hundred Ninety-Second Omnibus Objection to Claims (No Guarantee Claims)," dated April 16, 2012, to which was attached the "Two Hundred Ninety-Second Omnibus Objection to Claims (No Guarantee Claims)," dated April 16, 2012 [Docket No. 27381], (the "292nd Omnibus Objection"),

g)  Notice of Hearing on Two Hundred Eighty-Sixth Omnibus Objection to Claims (Assigned Contract Claims)," dated April 16, 2012, to which was attached the "Two Hundred Eighty-Sixth Omnibus Objection to Claims (Assigned Contract Claims)," dated April 16, 2012 [Docket No. 27382], (the "286th Omnibus Objection"),

h)  Notice of Hearing on Two Hundred Ninety-Third Omnibus Objection to Claims (No Liability Claims)," dated April 16, 2012, to which was attached the "Two Hundred Ninety-Third Omnibus Objection to Claims (No Liability Claims)," dated April 16, 2012 [Docket No. 27384], (the "293rd Omnibus Objection"), and

i)  "Notice of Hearing on Two Hundred Eighty Seventh Omnibus Objection to Claims (No Liability Claims)," dated April 16, 2012, to which was attached the "Two Hundred Eighty Seventh Omnibus Objection to Claims (No Liability Claims)," dated April 16, 2012 [Docket No. 27385], (the "287th Omnibus Objection"),

by causing true and correct copies of the:

i.  282nd Omnibus Objection, 283rd Omnibus Objection, 284th Omnibus Objection, 285th Omnibus Objection, 291st Omnibus Objection, 292nd Omnibus Objection, 286th Omnibus Objection, 293rd Omnibus Objection, and 287th Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.  282nd Omnibus Objection, 283rd Omnibus Objection, 284th Omnibus Objection, 285th Omnibus Objection, 291st Omnibus Objection, 292nd Omnibus Objection, 286th Omnibus Objection, 293rd Omnibus Objection, and 287th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

iii.  282nd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

iv.  283rd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

v.  284th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E,

vi.   285th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>,

vii.   291st Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>,

viii.   292nd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u>,

ix.   286th Omnibus Objection, and to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit I</u>,

x.   293rd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit J</u>, and

xi.   287th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit K</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Eleni Kossivas*
Eleni Kossivas

Sworn to before me this
17th day of April, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com

cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com

dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com

dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com

gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@ag.state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jhuh@ffwplaw.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jteitelbaum@tblawllp.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com

lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com

michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com

newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

ritkin@steptoe.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rmcneill@potteranderson.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rqureshi@reedsmith.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rrigolosi@smsm.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sagolden@hhlaw.com

sally.henry@skadden.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

steven@blbglaw.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com

wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ASHLEY, SHELDON AND MEREDITH | 246-25 52ND AVENUE DOUGLASTON NY 11362 |
| BARNETT, DAVID L. | 1106 S. CHASEWAY COURT BLOOMINGTON IN 47401 |
| BERNHARD, NIKOLAUS | VON-WITZLEBEN-STRASSE 2 GOETTINGEN 37085 GERMANY |
| BRICKMAN, DAWN M. | 270 FIRST AVENUE, APT. 4F NEW YORK NY 10009 |
| CARROLL, JOHN | 4A RADNOR ROAD HARROW MIDDLESEX HA1 1RY UNITED KINGDOM |
| CATTOLICO, MICHAEL A. | 15706 BOULDER MOUNTAIN ROAD POWAY CA 92064 |
| COMMONWEALTH OF MASSACHUSETTS | DEPARTMENT OF REVENUE - BANKRUPTCY UNIT 100 CAMBRIDGE STREET, 7TH FLOOR P.O. BOX 9564 BOSTON MA 02114-9564 |
| FOWLER, WAYNE S. | 42 6B STREET, BINH HUNG HOA B, BINH TAN DISTRICT, HO CHI MWH CITY VIETNAM |
| GRECO, JO ANN | 6360 HIGH CORNER RD BROOKSVILLE FL 34602 |
| LYNN A. PAKULLA REVOCABLE TRUST | 9063 DUNLOGGIN RD ELLICOTT CITY MD 21042 |
| MAYO, JAMIE | 22 WORDSWORTH ROAD SHORT HILLS NJ 07078 |
| MITRA, SUBHASH C. | 3404A GIRAR COURT KILLEEN TX 76542 |
| PIGUET GALLAND & CIE SA | YVERDON CH 1400 SWITZERLAND |
| STOCK MARKET INDEX INTERNATIONAL | 29 BARTON ROAD LONDON W14 9HB UK |
| TEEUWEN, FJKS | WLADIMIRLAAN 19 BUSSUM BA 1404 THE NETHERLANDS |
| TREMONTI, MARK | C/O AKERMAN SENTERFITT 350 EAST LAS OLAS BLVD., 16TH FLR. FORT LAUDERDALE FL 33301 |
| VANDINA, MONICA | 396 CLOVER PLACE HOLBROOK NY 11741 |

**Total Creditor count  17**

**EXHIBIT D**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BURPEE, CHARLES MCNEIL | 14596 JASON STREET CARMEL IN 46033 |
| CITY EMPLOYEE WELFARE FUND LOCAL 3 IBEW | MITCHEL B. CRANER, ESQ. 60 EAST 42ND STREET, SUITE 4700 NEW YORK NY 10165 |
| CLOTHAKIS, LEONA | 898 HILLCREST BOULEVARD MILLBRAE CA 94030-2367 |
| COHEN, LAWRENCE J. AND LISA N. COHEN | C/O DEUTSCH AND LIPNER 1325 FRANKLIN AVENUE SUITE 225 GARDEN CITY NY 11530 |
| CURTIS, JEANETTE R. | 401 BURWASH, # 205 SAVOY IL 61874 |
| JUDITH N. DAVIS REVOCABLE TRUST | 160 EAST 72ND STREET NEW YORK NY 10021 |
| MARKELL, RICHARD A. | 14 TALL TREE ROAD NEW ROCHELLE NY 10804 |
| SAFRA NATIONAL BANK OF NEW YORK AS CUSTODIAN FOR I | 546 FIFTH AVENUE NEW YORK NY 10036 |
| SAFRA NATIONAL BANK OF NEW YORK AS CUSTODIAN FOR I | ATTN: FRANK WANZOR 546 FIFTH AVENUE NEW YORK NY 10036 |

**Total Creditor count  9**

**EXHIBIT E**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DAICHI JAPAN CORPORATION | ROOM 212 2/F METRO CENTRE 1 32 LAM KING STREET KOWLOON BAY KOWLOON HONG KONG |
| PAUL, SUSANNE | 7901 BRICKLEBUSH COVE AUSTIN TX 78750 |
| SHEN, JIANSHENG JENSEN | 8502 HORNWOOD DR. HOUSTON TX 77036 |
| STEMAR SALES | C/O BRYANT BRAMSON 1 WOOD AVENUE, PH2 WEST MOUNT QC H3Z 3C5 CANADA |

**Total Creditor count  4**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| AVIVA LIFE & ANNUITY CO. F/K/A AMERICAN INVESTORS | DECHERT LLP ATTN: SHMUEL VASSER AND JAMES O. MOORE 1095 AVENUE OF AMERICAS NEW YORK NY 10036 |
| AVIVA LIFE & ANNUITY CO. F/K/A AMERICAN INVESTORS | INC. C/O AVIVA INVESTORS NORTH AMERICA, INC., ATTN: SHANI HATFIELD 699 WALNUT STREET, SUITE 17000 DES MOINES IA 50309 |
| FENG GUOMING | 3575, CAO AN GONG LU SHANGHAI PRC 201812 CHINA |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE CAPITAL PART | ATTN: JOHN PRETE AND GABRIEL WILLEY 280 PARK AVENUE, 35TH FLOOR NEW YORK NY 10017 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE CAPITAL PART | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE CAPITAL PART | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| TOGEL, SILVIA AND SILVIA NATASCHA | ZIEHRERGASSE 15 KLOSTERNEUBURG 3400 AUSTRIA |
| TOGEL, SILVIA AND SILVIA NATASCHA | ALSTON & BIRD LLP ATTN: KARL GEERCKEN 90 PARK AVENUE NEW YORK NY 10016 |

**Total Creditor count  8**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| DELAWARE RIVER PORT AUTHORITY | ATTN: ANDREW B. ECKSTEIN C/O BLANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| DELAWARE RIVER PORT AUTHORITY | ATTN: JAMES WHITE ONE PORT CENTER, 8TH FLOOR TWO RIVERSIDE DRIVE P.O BOX 1949 CAMDEN NJ 08101-1949 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6 SUPPLEMENTAL INTEREST TRUST CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TINA N. MOSS PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| RASU, GOVINDAR S/O VADI VELOO | 5000L MARINE PARADE ROAD #10-51 449293 SINGAPORE |
| RUBY FINANCE PLC – SERIES 2005-IA15 | C/O BANK OF NEW YORK MELLON – LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC – SERIES 2005-IA15 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 171 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC – SERIES 2005-10-A1 | QTTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORARE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC SERIES 2005-10-A1 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADO SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC SERIES 2005-10-A1 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC SERIES 2005-10-A2 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC SERIES 2005-10-A2 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |

**Total Creditor count  12**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| ABSOLUTE SOFTWARE CORPORATION | ATTN: TREVOR WIEBE, GENERAL COUNSEL & CORP SECRETARY SUITE 1600, FOUR BENTALL CENTRE 1055 DUNSMUIR ST. VANCOUVER BC V7X 1K8 CANADA |
| HSBC BANK USA, NA AS TTEE FOR LEHMAN MORTGAGE TRUS | PASS-THROUGH CERTIFICATES SERIES 2006-6 SUPPLEMENTAL INTEREST TRUST CTLA-STRUCTURED FINANCE ATTN: CHI LE 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NA AS TTEE FOR LEHMAN MORTGAGE TRUS | TINA MOSS, ESQ PYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| JFJ INVESTMENTS | CARLTON FIELDS, PA ATTN: HYWEL LEONARD PO BOX 3239 TAMPA FL 33601-3239 |
| JFJ INVESTMENTS | ATTN: JEAN BURNS 1501 E. 2ND AVENUE TAMPA FL 33605 |
| LEHMAN BROTHERS DIVERSIFIED PRIVATE EQUITY FUND 20 | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE CAPITAL PARTNER | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE CAPITAL PARTNER | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |
| SISTEMA UNIVERSITARIO ANA G. MENDEZ, INCORPORADO | ATTN: ADA L. SOLA-FERNANDEZ PO BOX 21345 SAN JUAN PR 00928-1345 |

**Total Creditor count  9**

# EXHIBIT I

| Claim Name | Address Information |
|---|---|
| AKF ENGINEERS LLP (F/K/A ATKINSON KOVEN FEINBERG E | ROBERT L'INSALATA 1501 BROADWAY, SUITE 700 NEW YORK NY 10036 |
| ALLTELL INFORMATION SERVICES, INC. N/K/A FIDELITY | SERVICES, INC. 601 RIVERSIDE AVENUE, T/2 JACKSONVILLE FL 32204 |
| DATA INC. | 72 SUMMIT AVE. MONTAVALE NJ 07645 |
| GLOBAL COAL LIMITED | ENERGY HOUSE 9 KING STREET LONDON EC2V 8EA UNITED KINGDOM |
| GREYWARE AUTOMATION PRODUCTS, INC. | 308 ORIOLE CT MURPHY TX 75094 |
| IESMARTSYSTEMS, LLC | C/O JOSHUA W. WOLFSHOHL PORTER & HEDGES, L.L.P. 1000 MAIN STREET, 36TH FLOOR HOUSTON TX 77002 |
| IM2 CONSULTING / RAINMAKER GROUP LLC | ATTN BRIAN C WINTERS 230 PARK AVENUE SUITE 1000 NEW YORK NY 10169 |
| INTERNATIONAL SOS ASSISTANCE INC. | 3600 HORIZON BOULEVARD SUITE 300 TREVOSE PA 19053 |
| KELNARD | ATTN:SHELDON NEIL 38-26 TENTH ST LONG ISLAND CITY NY 11101 |
| LCM COMMODITIES LLC | 445 PARK AVE FL 16 NEW YORK NY 10022-8618 |
| MCLARTY ASSOCIATES | PAUL HART, CFO 8028 CANTRELL ROAD, SUITE 201 LITTLE ROCK AR 72227 |
| NEW YORK MERCANTILE EXCHANGE, INC | ATTN: LISA A DUNSKY DIRECTO AND ASSOCIATE GENERAL COUNSEL CME GROUP INC. 20 S WACKER DRIVE CHICAGO IL 60606 |
| RIDGE TECHNOLOGIES, INC. | ATTN: THOMAS RIDGEWAY, PRESIDENT 1111 SECAUCUS ROAD SECAUCUS NJ 07094 |
| TALKPOINT HOLDINGS, LLC | 100 WILLIAM STREET, 9TH FLOOR NEW YORK NY 10038 |
| VALTERA CORPORATION | ATTN: LEGAL DEPT. 1701 GOLF ROAD, TOWER 2-1100 ROLLING MEADOWS IL 60008 |

**Total Creditor count  15**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| ACUMEN FUND INC. | ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK NY 10011 |
| COLORADO LOCAL GOVERNMENT LIQUID ASSET TRUST ("COL | SHERMAN & HOWARD LLC ATTN: MARK L. FULFORD 633 17TH ST., STE 3000 DENVER CO 80202 |
| COLORADO LOCAL GOVERNMENT LIQUID ASSET TRUST ("COL | AS TRANSFEREE OF RIGHTS OF COLORADO DIVERSIFIED TRUST 1900 16TH ST STE 200 DENVER CO 90202-5131 |
| LEVAR, MATTHEW | 5105 TEN MILE PLACE CASTLE PINES CO 80108 |
| PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL | ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH FL 33140 |
| PIEPER, RICHARD | 5325 SPUR CROSS TRAIL PARKER CO 80134 |
| WILSON, DAVID | 532 49 AVENUE SW CALGARY AB T2S 1G5 CANADA |

**Total Creditor count  7**

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| AEO MANAGEMENT CO. | CHARLES MILLER, ESQ. KASOWITZ BENSON TORRES & FIEDMAN LLP 1633 BROADWAY NEW YORK NY 10019 |
| AEO MANAGEMENT CO. | ATTN: NEIL BULMAN 77 HOT METAL STREET PITTSBURGH PA 15203-2382 |
| CA INC. | ATTENTION: ROBERT AUSTEN ONE CA PLAZA ISLANDIA NY 11792 |
| CAMBIUM MANAGEMENT INC | 595 MADISON AVE. 19TH FL. NEW YORK NY 10022 UNITED STATES |
| CQG, INC. | ATTN: BILLING 1050 17TH ST., SUITE 2000 DENVER CO 80265 |
| JOHNSON CONTROLS INC | ATTN: BRIAN WILDERMAN M-72 507 E MICHIGAN ST MILWAUKEE WI 53202 |
| OUTTASK LLC (WHOLY-OWNED SUBSIDIARY OF | CONCUR TECHNOLOGIES INC) ATTN LEGAL DEPARTMENT 18400 NE UNION HILL ROAD REDMOND WA 98052 |
| STONE & MCCARTHY RESEARCH ASSOCIATES, INC. | 518 BUSINESS PARK DR CN 845 PRINCETON NJ 08542 |
| TRI-STAR DESIGN, INC | 63 SOUTH ST STE 275 HOPKINTON MA 01748-2239 |

**Total Creditor count  9**