WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                                                  :    Chapter 11 Case No.
                                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                           :
                        Debtors.                                  :    (Jointly Administered)
                                                                           :
                                                                           :
----------------------------------------------------------------x

NOTICE OF ADJOURNMENT
OF SYMPHONY ASSET MANAGEMENT LLC'S
MOTIONS TO DEEM PROOF OF CLAIM TIMELY FILED

**PLEASE TAKE NOTICE** that the hearing on Symphony Asset Management LLC's Motions to Deem Proof of Claim Timely Filed [Docket Nos. 12074, 12075, 12076, and 12078] that is scheduled for April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43981896\01\58399.0011

Dated: April 18, 2012
      New York, New York

                           /s/ Robert J. Lemons
                          Robert J. Lemons

                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone: (212) 310-8000
                          Facsimile:  (212) 310-8007

                          Attorneys for Lehman Brothers
                          Holdings Inc. and Certain of Its Affiliates