**REED SMITH LLP**
Andrea Pincus, Esq.
599 Lexington Avenue
New York, NY  10022
Tel:  212-521-5400
Fax:  212-521-5450
apincus@reedsmith.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                        :
In re                                                               :    Chapter 11
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    Case No. 08-13555 (JMP)
                                                                        :    (Jointly Administered)
                                                    Debtors.    :
                                                                        :    Refers to Dkt. Nos. 19627,
-----------------------------------------------------------------x    21254, and 22859

**WITHDRAWAL OF OBJECTION OF WOCKHARDT USA (SWISS) HOLDING AG, NOW KNOWN AS  WOCKHARDT EU OPERATIONS (SWISS) AG, AND WOCKHARDT LIMITED TO DEBTORS' PROPOSED ASSUMPTION AND ASSIGNMENT OF DERIVATIVES AGREEMENT**

WOCKHARDT USA (SWISS) HOLDING AG, now known as  WOCKHARDT EU OPERATIONS (SWISS) AG, and WOCKHARDT LIMITED ("Wockhardt") hereby gives notice of the withdrawal of its objection to the Debtors' proposed assumption of agreement between Lehman Brothers Special Financing, Inc. ("LBSF) and Wockhardt  (Dkt. Nos. 19627 and 21254) and limited objection to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors ("Withdrawal"). In support of its Withdrawal, Wockhardt represents as follows:

PLEASE TAKE NOTICE that Lehman Brothers Special Financing Inc. ("LBSF") sought the assumption of the agreement between LBSF and Wockhardt concerning certain  derivatives contracts (the "Derivative Agreement") pursuant to (i) the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (collectively, the

"Debtors"), dated December 5, 2011 (Dkt. No. 22973), (ii) the Plan Supplement, dated October 25, 2011 (Dkt. No. 21254), as thereafter amended, and (iii) that certain Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code, dated October 27, 2011.

PLEASE TAKE FURTHER NOTICE that Wockhardt filed its Objection to the proposed assumption (Dkt. No. 22859, the "Objection") of the Derivative Agreement on December 2, 2011.

PLEASE TAKE FURTHER NOTICE that by the Fourth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, dated April 3, 2012 (Dkt. No. 27262) the Debtors withdrew the application to assume the Derivative Agreement between LBSF and Wockhardt.

PLEASE TAKE FURTHER NOTICE that Wockhardt hereby withdraws its Objection as moot.

Dated: New York, New York
April 18, 2012

                Respectfully submitted,

                REED SMITH LLP

         By:  /s/  Andrea Pincus
                Andrea Pincus
                599 Lexington Avenue
                New York, NY  10022
                Tel:  212-521-5400
                Fax:  212-521-5450

                *Counsel to Wockhardt USA (SWISS) Holding AG, Now Known As  Wockhardt EU Operations (SWISS) AG, And Wockhardt Limited*