WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------x
                              :

**In re**                               :      **Chapter 11 Case No.**
                              :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :      **08-13555 (JMP)**
                              :

                **Debtors.**        :      **(Jointly Administered)**
                              :
-------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**ONE HUNDRED TWENTIETH OMNIBUS OBJECTION TO CLAIMS**
**<u>(NO BLOCKING NUMBER LPS CLAIMS) SOLELY AS TO CERTAIN CLAIM</u>**

           **PLEASE TAKE NOTICE** that the hearing on the One Hundred Twentieth

Omnibus Objection to Claims (No Blocking Number LPS Claims) that was scheduled for April

26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claim**

**listed on Exhibit A attached hereto, to May 31, 2012 at 10:00 a.m. (Prevailing Eastern**

**Time)** (the "<u>Hearing</u>"), or as soon thereafter as counsel may be heard.  The Hearing will be held

before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

be further adjourned from time to time without further notice other than an announcement at the

Hearing.

Dated: April 18, 2012
     New York, New York

          /s/ Robert J. Lemons
          Robert J. Lemons

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone:  (212) 310-8000
          Facsimile:   (212) 310-8007

          Attorneys for Lehman Brothers Holdings Inc.
          and Certain of Its Affiliates

## Exhibit A

### Adjourned Claim:

| Claimant Name | Claim Number |
|---|---|
| GELDARD, CHRISTINE L. | 1537 |