WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,** : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF FORTIETH OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, is withdrawing without prejudice the Fortieth Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 11305] solely with respect to the claim listed on Exhibit A annexed hereto. The Plan Administrator reserves its rights to object to the claim listed on Exhibit A on any grounds in the future.

Dated: April 18, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

# **Exhibit A**

## **Claim For Which Objection Is Withdrawn Without Prejudice:**

| **Claimant** | **Claim Number** |
|---|---|
| Jiansheng Jensen Shen | 35437 |
| Louisiana Citizens Property Insurance Corporation | 36856 |

US_ACTIVE:\43974542\01\58399.0011