WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                        :

In re                                   :          **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :          **08-13555 (JMP)**

                  Debtors.          :          **(Jointly Administered)**

-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**DEBTORS' ONE HUNDRED ELEVENTH OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 15012], that was scheduled for April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to a date to be determined** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: April 18, 2012
      New York, New York

                            /s/ Robert J. Lemons
                            Robert J. Lemons

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Lehman Brothers Holdings Inc.
                            and Certain of its Affiliates

# Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Charles Moore | 3001 | 16073 |
| Western Digital Corp. | 5357 | 15964 |
| Ceradyne, Inc. | 5358 | 15962 |
| Essex Equities Holding USA, LLC | 30596 | 16728 |
| Banco Interior de Sao Paolo | 21949 | N/A |
| US Airways | 30598 | 18313, 18314 |