WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' ONE HUNDRED
SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY
NON-DEBTOR EMPLOYEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred

Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) [ECF

No. 15363], that was scheduled for April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has

been adjourned, solely as to the claims listed on Exhibit A attached hereto, to a date to be

determined** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be

held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New

York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: April 18, 2012
      New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of its Affiliates

# Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Abernathy, Gregg | 25533 | N/A |
| Adair, John | 23967 | 17114 |
| Addington, Erik | 23966 | N/A |
| Agrawal, Shashank | 13002 | 16910 |
| Antonelli, Christopher | 23965 | N/A |
| Ballentine, James | 23988 | 17103 |
| Baricevic, Joanna | 13429 | 16910 |
| Barone, Heather | 6641 | 17041 |
| Best, Barbara | 24001 | N/A |
| Bhattal, Jasjit | 23964 | N/A |
| Bobb, Janice | 7258 | 16424 |
| Bramham, Shaun | 23989 | 17102 |
| Braun, Konstantin | 11061 | N/A |
| Braun, Konstantin | 11062 | N/A |
| Braun, Konstantin | 11063 | N/A |
| Bush, James | 23998 | 17093 |
| Carol, Clayton | 23990 | 17101 |
| Chan, Kent | 23991 | 17100 |
| Chetty, Noel | 23981 | N/A |
| Chin, Russell | 23984 | N/A |
| Cho, Kunho | 23980 | N/A |

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Conners, William | 15186 | N/A |
| Corsalini, Enrico | 23963 | N/A |
| Dexter, Darrin | 23962 | N/A |
| Doe, Jocelyn | 23992 | 17099 |
| Dorfman, David | 23993 | 17098 |
| Feldkamp, Geoffrey | 23994 | 17097 |
| Flanagan, Christopher | 23976 | N/A |
| Fuchs, Benjamin | 23977 | N/A |
| Gabbay, Mark | 23982 | 17104 |
| Gabbay, Mark | 11075 | 17146 |
| Genna, Michael | 246 | N/A |
| Glavan, Jeffrey | 23956 | 17117 |
| Gould, James | 23995 | N/A |
| Greenwald, Andrew | 23961 | N/A |
| Har-Even, Itamar | 23996 | 17095 |
| Howe, Christian | 23985 | N/A |
| Huang, Kanglin | 23960 | N/A |
| Hugo-Lancelot, Robert Gabriel Marty | 24002 | N/A |
| Hunt, Robin | 23959 | N/A |
| Hurley, Jeffrey | 23986 | N/A |
| Imperato, Jason | 6615 | 16049 |
| Jotwani, Tarun | 23958 | 17116 |
| Kaye, Patrick | 23957 | N/A |
| Keay, Stephanie | 24007 | N/A |

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Kollydas, Peter | 6322 | 16781 |
| Kollydas, Peter | 6494 | 16801 |
| Kollydas, Peter | 6495 | 16799 |
| Konheim, Seth | 17412 | 16775 |
| Laible, Robert | 23997 | 17094 |
| Lax, Stephen | 13727 | 16753 |
| Lucocq, Simon | 23978 | N/A |
| Lynch, Mary | 24408 | N/A |
| Lynch, Mary | 26312 | N/A |
| McCully, Michael | 65946 | N/A |
| McGarry, Patrick | 24003 | N/A |
| Millea, Timothy | 23968 | N/A |
| Morris, Jason | 23969 | 17110 |
| Murray, Thomson | 10767 | 16942 |
| Newhouse, Michelle | 12080 | 17035 |
| O'Connor, Brian | 24004 | N/A |
| Oh, Miriam | 15220 | 17067 |
| Papadakis, Spyros | 23970 | 17109 |
| Pearson, Thomas | 24005 | N/A |
| Quismorio, James | 24006 | N/A |
| Rasner, Timothy | 23971 | N/A |
| Ropner, Henry | 5614 | 15750 |
| Rubin, Charles | 23972 | 17108 |
| Rubinstein, Marc | 23983 | N/A |

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Santoro, Vito | 32308 | 17042 |
| Schiffman, Glenn | 23973 | 17107 |
| Schreiber, Russell | 13322 | N/A |
| Scott, Eric | 14399 | 17036 |
| Scott, Eric | 14400 | 17053 |
| Shah, Niraj | 10365 | 16922 |
| Siegmund, Thomas | 23979 | N/A |
| Skolnick, Fred | 23999 | N/A |
| Sowinski, John | 23974 | 17106 |
| Stein, Jeffrey | 23975 | 17105 |
| Tolchinsky, Andrea | 7082 | N/A |
| Tsekov, Georgi | 1524 | N/A |
| Tung, Sharon | 23949 | 17118 |
| Twitchell, Daryl | 460 | 16766 |
| Umlauf, Erik | 23950 | 17126 |
| Vaish, Pankaj | 23951 | N/A |
| Vulakh, Natalie | 23952 | 17125 |
| Wardell, Jeffery | 14743 | 16926 |
| Weiss, Aaron | 23953 | 17122 |
| Wendel, Christopher | 24000 | N/A |
| Wheeler, Keith | 24173 | 17037 |
| Yee, Jack | 23954 | 17120 |
| Yuhn, Phil | 8090 | N/A |
| Zanco, Mario | 10404 | N/A |

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Zolad, Bryan | 23955 | 17119 |