WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
**In re**  :  **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :  **08-13555 (JMP)**
:
Debtors.  :  **(Jointly Administered)**
:
:
----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**ONE HUNDRED THIRTY-SIXTH OMNIBUS OBJECTION**
**TO CLAIMS (MISCLASSIFIED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims (Misclassified Claims) [ECF No. 16867], that was scheduled for April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to a date to be determined, and has been adjourned, solely as to Claim 30423 filed by Depository Trust Clearing Corporation and Related Entities, to May 31, 2012 at 10:00 a.m.** (collectively, the "Hearings"), or as soon thereafter as counsel may be heard. The Hearings will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearings may be further adjourned from time to time without further notice other than an announcement at the Hearings.

Dated: April 18, 2012
      New York, New York

                          /s/ Robert J. Lemons
                          Robert J. Lemons

                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone: (212) 310-8000
                          Facsimile: (212) 310-8007

                          Attorneys for Lehman Brothers Holdings Inc.
                          and Certain of its Affiliates

# Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Arrowood Indemnity Company f/k/a Royal Indemnity Company | 2076 | N/A |
| Cotten, Timothy A., et al. | 34313 | 17951 |
| PJM Interconnection LLC | 22267 | N/A |
| PSEG Energy Resources & Trade LLC | 15735 | N/A |
| Trout, Roger | 25708 | 17663 |