WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                             :   **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**   :   **08-13555 (JMP)**
:
Debtors.                         :   **(Jointly Administered)**
:
:
----------------------------------------------------------------x

# NOTICE OF ADJOURNMENT OF DEBTORS' TWO HUNDRED SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' Two Hundred Sixty-Seventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 26087], that was scheduled for April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, (i) solely as to the claims listed on Exhibit A attached hereto, to a date to be determined, and (ii) solely as to the claims listed on Exhibit B attached hereto, to May 31, 2012 at 10:00 a.m.** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

US_ACTIVE:\43982523\01\58399.0011

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: April 18, 2012
      New York, New York

                              /s/ Robert J. Lemons
                              Robert J. Lemons

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Lehman Brothers Holdings Inc.
                              and Certain of its Affiliates

## Exhibit A

## Claims Adjourned *Sine Die*

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| OH, MIRIAM Y.<br>76 GLEN DRIVE<br>NEW CANAAN, CT 06840 | **31318** | N/A |
| SEHI-EMOVON, K<br>42 OPAL HOUSE<br>4 MERRIVALE MEWS<br>MILTON, KEYNES<br>BUCKS, MK9 2EL<br>UNITED KINGDOM | **8025** | 27288 |

# Exhibit B

## Claims Adjourned to May 31, 2012 at 10:00 a.m.

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| **SEALED AIR CORPORATION**<br>**ATTN: IRA LAKRITZ, LAW DEPARTMENT**<br>**200 RIVERFRONT BOULEVARD**<br>**ELMWOOD PARK, NJ 07407** | **67355** | N/A |
| **SEALED AIR CORPORATION**<br>**ATTN: IRA LAKRITZ, LAW DEPARTMENT**<br>**200 RIVERFRONT BOULEVARD**<br>**ELMWOOD PARK, NJ 07407** | **67356** | N/A |