**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------------x

**NOTICE OF FURTHER ADJOURNMENT OF DEBTORS'
TWO HUNDRED THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY DERIVATIVES CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Two Hundred Thirty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) (the "Objection"), that was scheduled for April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time) with respect to the proofs of claim identified on **Exhibit A** attached hereto **has been adjourned to May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

-2-

**PLEASE TAKE FURTHER NOTICE** that the deadline to respond to the Objection with respect to each proof of claim has been extended to **May 16, 2012 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated: April 19, 2012
      New York, New York

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

By: _/s/ L. P. Harrison 3rd_
    L. P. Harrison 3rd
    Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*

11699176

# EXHIBIT A

## Adjourned Claims:

| Claimant | Claim Number |
|---|---|
| European Aeronautic Defence & Space Company EADS N.V.<br><br>Transferees:<br>Barclays Bank PLC; Ore Hill Hub Fund Ltd.; PMT Credit Opportunities Fund Ltd.; Wilshire Institutional Master Fund II SPC | 15365 |
| Programma Dinamico S.p.A.<br><br>Transferee:<br>Goldman Sachs Lending Partners LLC | 18658 |
| Programma Dinamico S.p.A.<br><br>Transferee:<br>Goldman Sachs Lending Partners LLC | 19274 |

11699176