**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | 08-13555 (JMP) |
| : | |
| Debtors. : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF FURTHER ADJOURNMENT OF DEBTORS'
TWO HUNDRED FIFTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
<u>(PURCHASED CONTRACT CLAIMS)</u>**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Two Hundred Fifty-Sixth Omnibus Objection to Claims (Purchased Contract Claims) (the "<u>Objection</u>"), that was scheduled for April 26, 2012 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "<u>Hearing</u>"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

-2-

such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: April 19, 2012
      New York, New York

                      **CURTIS, MALLET-PREVOST,**
                         **COLT & MOSLE LLP**

                  By: __*/s/ L. P. Harrison 3rd*___
                          L. P. Harrison 3rd
                          Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*

-2-

11699175

## EXHIBIT A

### Adjourned Claims:

| Claimant | Claim Number(s) | Docket Number |
| --- | --- | --- |
| Standard & Poor's | 67027 | 26059 |
| Standard & Poor's International LLC | 10928 | 26059 |
| Microsoft Corporation/ Microsoft Enterprise Services | 25692 | 26072 |

11699175