**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*

**QUINN EMANUEL
URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000

*Counsel for the Official Committee of Unsecured
 Creditors of Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | :  Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | :  08-13555 (JMP) |
| | : |
| Debtors. | :  (Jointly Administered) |

------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF LEHMAN BROTHERS HOLDINGS INC.'S AND CREDITORS COMMITTEE'S OBJECTION TO CLAIM NO. 67911

**PLEASE TAKE NOTICE** that the hearing on *Lehman Brothers Holdings Inc.'s and Creditors Committee's Objection to Claim No. 67911* (the "Objection") [Docket No. 27050], that was scheduled for April 26, 2012 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James

M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline to respond to the Objection has been extended to **May 7, 2012 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated:  April 19, 2012
        New York, New York

**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**

By:  _/s/ L. P. Harrison 3rd_
       L. P. Harrison 3rd
       Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

By:  */s/ John B. Quinn*
       John B. Quinn
       Erica Taggart
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

Andrew J. Rossman
James Tecce
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

*Counsel for the Official Committee of
Unsecured Creditors of Lehman Brothers
Holdings Inc.*

-2-

11699175