WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |
|  | : |  |

----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF THE ONE HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION**
**TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the One Hundred Eighty-Second

Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled

for October 5, 2011 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned

as to certain Valued Derivative Claims to April 26, 2012 at 10:00 a.m. (Prevailing Eastern

Time), **has been further adjourned, solely with respect to the claims listed on Exhibit A**

**annexed hereto, to May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or

as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable

James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One

Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned

from time to time without further notice other than an announcement at the Hearing.

Dated:  April 19, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

## Exhibit A

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| Catholic Healthcare West | 67145 |
| New York Municipal Water Finance Authority | 42909 |
| Steven G. Holder Living Trust | 16482 |
| Windermere Private Placement I S.A. | 34226 |
| Windermere Private Placement I S.A. | 34227 |