B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u>

                        Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>HARVEST SS, LTD.</u>
Name of Transferee

<u>DEUTSCHE BANK AG, LONDON BRANCH</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Attn: Aravind Rajasekharan
Strategic Value Partners LLC
100 West Putnam Avenue
Greenwich, CT 06830
Phone: 203-618-3599
Fax: 201-720-2952 (or email
12017202952@tls.ldsprod.com)
operations@svpglobal.com

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): <u>22217 (4.564934% of such claim)</u>

Amount of Claim as Filed: $<u>191,938,575.86</u>

Amount of Claim Transferred: $<u>8,761,869.54</u>

Date Claim Filed: <u>9/21/2009</u>

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

720618v.1 2260/00362

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    **JAMES L. VARLEY**
      Transferee/Transferee's Agent    **AUTHORIZED SIGNATURE**    Date: April 18, 2012

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

720618v.1 2260/00362

Form 210A/B – Transfer of LBHI Claim # **22217** (in part)

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | **22217 (In Part – See Below)** |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates to the transfer of a 11.894153% or $8,761,869.54 portion of that claim in the amount of $73,665,350.39 referred to (and highlighted) in line item 9a+b of Exhibit A: Bankhaus Loans to the proof of claim attached hereto as Schedule, or a 4.564934% or $8,761,869.54 portion (the "Transferred Portion") of the claim which has been filed against the Debtor in the Bankruptcy Court in the amount of $191,938,575.86 (the "Claim"). |

It is hereby certified that **Deutsche Bank AG, London Branch** ("Seller") has, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), unconditionally and irrevocably sold, transferred and assigned unto:

**HARVEST SS, LTD.**
Aravind Rajasekharan
Strategic Value Partners LLC
100 West Putnam Avenue
Greenwich, CT 06830
Phone: 203-618-3599
Fax: 201-720-2952

("Buyer") by assignment agreement dated __11__ April 2012, all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

Form 210A/B – Transfer of LBHI Claim # **22217** (in part)

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 12 day of April 2012.

**Deutsche Bank AG, London Branch**

Name:
Title:

Gavin Colquhoun
Managing Director

Philipp Roever
Vice President

**HARVEST SS, LTD.**

Name:
Title: JAMES L. VARLEY
AUTHORIZED SIGNATURE