Peter S. Partee, Sr.
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York  10166-0136
Telephone:  (212) 309-1000

and

J.R. Smith (admitted *pro hac vice*)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219-4074
Telephone:  (804) 788-8200

*Counsel for Bank of America, National Association,
Successor by Merger to LaSalle Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIMS

**PLEASE TAKE NOTICE** that Bank of America, National Association, Successor by Merger to LaSalle Bank, N.A. hereby (i) withdraws claim numbers 16404, 16405, 16409, 16413, 16431, 16434, and 16435 which were filed against Structured Asset Securities Corporation and (ii) withdraws claim numbers 19264 and 19283 which were filed against Lehman Brothers Holdings Inc.

Dated: April 18, 2012　　　　　　　**HUNTON & WILLIAMS LLP**
　　　　　New York, New York

　　　　　　　　　　　　　　　　　By:  */s/ Peter S. Partee, Sr.*
　　　　　　　　　　　　　　　　　　　Peter S. Partee, Sr.
　　　　　　　　　　　　　　　　　　　200 Park Avenue, 53rd Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　　　　Telephone:  (212) 309-1000

　　　　　　　　　　　　　　　　　　　and

J.R. Smith (admitted *pro hac vice*)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200

*Counsel for Bank of America, National Association, Successor by Merger to LaSalle Bank, N.A.*