WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' ONE HUNDRED FIFTY-FIRST OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

   **PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) that was scheduled for April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, (i) solely as to the claims listed on Exhibit A attached hereto, to a date to be determined, and (ii) solely as to the claims listed on Exhibit B, to August 23, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without

further notice other than an announcement at the Hearing.

Dated: April 19, 2012
      New York, New York

                                     /s/ Robert J. Lemons
                                     Robert J. Lemons

                                     WEIL, GOTSHAL & MANGES LLP
                                     767 Fifth Avenue
                                     New York, New York 10153
                                     Telephone:  (212) 310-8000
                                     Facsimile:   (212) 310-8007

                                     Attorneys for Debtors
                                     and Debtors in Possession

## Exhibit A

## Claims Adjourned To Date To Be Determined:

| Claimant Name | Claim Number | Docket No. |
| --- | --- | --- |
| CADET, PIERRE | 19099 | N/A |
| CADET, PIERRE | 33340 | N/A |
| CHECO, MANUEL | 33406 | N/A |
| CIGANEK, THOMAS | 33407 | N/A |
| D'AMBROSI, CARLO | 33409 | N/A |
| GRAY, GLENN N. | 33386 | N/A |
| JAMES, NOEL | 33385 | N/A |
| PESANTES, SERGIO | 19063 | N/A |
| PIERRE, HEURTELOU | 33350 | N/A |
| PLATZ, JAMES | 19059 | N/A |
| PRYOR, JEFFREY M. | 19058 | N/A |
| RABASSA, AUGUSTIN | 19057 | N/A |
| RICCIUTO, GERARD | 19056 | N/A |
| RIGHT MANAGEMENT INC. | 5503 | 22019 |
| RIVERA, HECTOR J. | 33355 | N/A |
| SMYTH, EDWARD P. | 33327 | N/A |
| SULLIVAN, CHRISTIAN | 33329 | N/A |
| TAVERAS, ROBIN | 33330 | N/A |
| TEJERA, JUAN | 33331 | N/A |
| VALENTINE, CHRISTOPHER | 33332 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| VAZQUEZ, ELVIS | 33333 | N/A |
| VAZQUEZ JR., JUAN | 33334 | N/A |
| VUCKOVIC, JOSIP | 33335 | N/A |

## Exhibit B

## Claims Adjourned to August 23, 2012

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| HUNTON & WILLIAMS LLP | 2701 | 20762 |