## ✡ UBS

**UBS AG**
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

RECEIVED
APR - 6 2012
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

## Message

April 2, 2012

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of        Attention: Clerk of the Court

you are receiving   Agreement and Evidence of Transfer of Claim + Schedule 1 between
                    Pictet & Cie, Geneva and UBS AG, Zurich dated 23.2.2012 and released
                    on April 2, 2012

☐ for your information      ☐ returned with thanks       ☐ please return
☒ for your records          ☐ please comment             ☒ please confirm receipt
☐ as agreed                 ☐ please sign                ☒ please process
☐ please complete           ☐ please forward to

Remarks
26.1.) USD 300'000.00 ELN LBT Co. BV 2006-28.11.2008   CH2793881 / ISIN XS0275726007
26.2.) USD 300'000.00 ELN LBT Co. BV 2006-5.12.2008    CH2804317 / ISIN XS0276600292
Transferor: Pictet & Cie, Geneva
Initial Claim Number 64249

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*Besson*                                    *Koller*

Jean-Claude Besson                          Hugo Koller
Associate Director                          Director

61555 E    05.2005    J1



Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.     Case No.: 08-13555 (JMP)
                                             Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>UBS AG] | Name of Transferor:<br>PICTET & CIE |
|---|---|
| Notices to Transferee should be sent to:<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>Route des Acacias 80<br>1211 Geneva 73<br>Switzerland<br>Attn. Mr. Antoine Salamolard<br>+41583231326  asalamolard@Ppictet.com |
| Amount of Claim Being Transferred:<br><br>$ 600'000.00<br>(face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 64249 | |
| Date Claim Filed: 28.10. / 3.11.2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____        Date:   April 2, 2012
Hugo Koller, Director
UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:  Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number 64249 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 2YR HSBC HOLD LBH PLC DLY ACC CALL ELN | XS0275726007 | LB TREASURY CO BV | LBHI | USD 300.000,00 |
| 2YR HSBC HDLGS LBH PLC DAILY ACC CALL ELN | XS0276600292 | LB TREASURY CO BV | LBHI | USD 300.000,00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Schedule in lines 9 of the Addendum to the Proof of Claim.

**PICTET & CIE** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland
Attn: Mr. Hugo Koller
+41 44 235 37 36 - hugo.koller@ubs.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.



You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 23, 2012.

**PICTET & CIE**
Transferor

By: _____
   Name:  Antoine SALAMOLARD
   Title:  AVP

By: _____
   Name:
   Title:  VP   Olivier BÉGOIN

ACKNOWLEDGED BY:

**UBS AG**
Transferee

By: _____
   Name:  Hugo Koller
   Title:  Director

# UBS

BY REGISTERED MAIL
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

UBS AG
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

# Message

April 2, 2012

subject **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of

you are receiving    Agreement and Evidence of Transfer of Claim + Schedule 1 between Pictet & Cie, Geneva and UBS AG, Zurich dated 23.2.2012 and released on April 2, 2012

| | | |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ please forward to | |

Remarks
26.1.) USD 300'000.00 ELN LBT Co. BV 2006-28.11.2008   CH2793881 / ISIN XS0275726007
26.2.) USD 300'000.00 ELN LBT Co. BV 2006-5.12.2008    CH2804317 / ISIN XS0276600292
Transferor: Pictet & Cie, Geneva
Initial Claim Number 64249

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*[signature]*                              *[signature]*

Jean-Claude Besson                         Hugo Koller
Associate Director                         Director

*RECEIVED APR - 6 2012*

61555 E    05.2005    J1