UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

-----------------------------------------------------------------x

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

### OPPOSITION TO CLAIM TO BE DISALLOWED & EXPUNGED UNDER DEBTORS' TWO HUNDRED SIXTY-SEVENTH OMMIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

I, Miriam Oh, hereby oppose the disallowance and expungement of my claim in the amount of $2,500,000.00, which is filed as Claim Number 31318. This amount is due to me for wrongful termination and pay discrimination during my employment with Lehman Brothers Inc., a wholly owned subsidiary of Lehman Brothers Holdings Inc. (the "Debtor"). As per the Debtor's Form 10-K filed with the U.S. Securities and Exchange Commission for fiscal year ended November 30, 2007, the Debtor had 28,556 employees of which I was one. All documentation and other evidence related to this claim are in Debtors' possession and should already be filed with the Bankruptcy Court.

Please return any reply to my response to the address below:

Ms. Miriam Oh
76 Glen Drive
New Canaan, CT  06840
(917) 742-8662


Dated:  April 2, 2012

Copy to:
Honorable James M. Peck
Weil Gotshal & Manges LLP
Office of the United States Trustee for Region 2
Milbank, Tweed, Hadley & McCloy LLP



RECEIVED
APR - 4 2012
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

Jointly Administered

RESPONSE TO DEBTORS' [illegible] OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

I, Miriam [illegible], hereby oppose the disallowance and expungement of my claim in the amount of [illegible] filed as Claim Number [illegible]. The [illegible] for [illegible] termination and discrimination during my employment with Lehman Brothers [illegible] wholly owned subsidiary of Lehman Brothers Holdings Inc. (the "Debtor"). As per the Debtor's Form 10-K filed with the U.S. Securities and Exchange Commission for fiscal year ended November 30, 2007, the Debtor had 28,556 employees, of which I was one. All documentation and other evidence related to this claim are in Debtors' possession and should already be filed with the Bankruptcy Court.

Please [illegible] my response to the address below.

Ms. Miriam [illegible]
75 Glen Drive
New Canaan, CT 06840
[illegible] 312-8662

Copy to:
Honorable James M. Peck
Weil Gotshal & Manges LLP
Office of the United States Trustee for Region 2
Milbank, Tweed, Hadley & McCloy LLP