CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Jennifer C. DeMarco
Sarah N. Campbell

*Counsel to CNP Assurances and*
*Counsel to Anthracite Investments (Ireland) Plc.*
*with respect to Series 12, 18 and 27*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ------------------------------------------------------------------x | Chapter 11 |
| In re                                                              : |  |
|                                                                    : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC, *et al.*,                          : |  |
|                                                                    : | (Jointly Administered) |
| Debtors.                                                           : |  |
|                                                                    : |  |
| ------------------------------------------------------------------x |  |

**CERTIFICATE OF SERVICE**

I, Damien A. Morris, hereby certify that on April 17, 2012, copies of the *Response to Debtor's Two Hundred Forty-Fourth Omnibus Objection to Claims (No Liability Derivative Claims) [Docket No. 27392]* and *Response to Debtor's Two Hundred Forty-Six Omnibus Objection to Claims (Valued Derivative Claims) [Docket No. 27393]* were filed electronically. Notice of these filings were sent by operation of the Court's electronic filing system to all parties, and interested parties may access this filing through the Court's electronic filing system. Additionally, Damien A. Morris has placed copies of the foregoing were (i) delivered via hand to the parties listed on Exhibit A.

Dated: April 20, 2012
       New York, New York

                                                    By: Damien A. Morris
                                                        Damien A. Morris

# EXHIBIT A

**Hand Delivery**

**Hon. James M. Peck**
United States Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, NY 10004

*Tracy Hope Davis, Esq.*
*Elisabetta Gasparini, Esq.*
*Andrea B. Schwartz, Esq*
**United States Trustee**
33 Whitehall Street, 21st Floor
New York, NY 10004

*Dennis F. Dunne, Esq.*
*Evan Fleck, Esq.*
*Dennis O'Donnell, Esq.*
**Milbank, Tweed, Hadley & McCloy LLP**
1 Chase Manhattan Plaza
New York, NY 10005

*Robert Lemons, Esq.*
*Lee J. Goldberg, Esq*
*Penny Reid, Esq.*
*Ralph Miller, Esq.*
**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153