UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

In re                                            :
LEHMAN BROTHERS HOLDING INC.                     :        Chapter 11 Case No. 08-13555
                                                 :        Jointly Administered
-------------------------------------------------x

## CREDITOR's CONSOLIDATED OPPOSITION TO DEBTORs' NINETY-SECOND OMNIBUS OBJECTION AND MEMORANDUM IN SUPPORT
### LIST OF EXHIBITS

| | |
|---|---|
| *Exhibit 01* | Securities Purchase Confirmation [Amonn-Dinger V] |
| *Exhibit 02* | Powers of Attorney [Amonn-Dinger V] dated Oct 9, 2008 |
| *Exhibit 03* | Claim Tracking List [www.lehman-claims.com] |
| *Exhibit 04* | Securities Purchase Confirmation [Baumheier K] |
| *Exhibit 05* | Powers of Attorney [Baumheier K] dated Oct 9, 2008 |
| *Exhibit 06* | Securities Purchase Confirmation [Bayer I] |
| *Exhibit 07* | Powers of Attorney [Bayer I] dated Nov 10, 2008 |
| *Exhibit 08* | Securities Purchase Confirmation [Becker K] |
| *Exhibit 09* | Powers of Attorney [Becker K] dated Nov 23, 2008 |
| *Exhibit 10* | Securities Purchase Confirmation [Broschk D] |
| *Exhibit 11* | Powers of Attorney [Broschk D] dated Oct 14, 2008 |
| *Exhibit 12* | Securities Purchase Confirmation [Czyganowski S] |
| *Exhibit 13* | Powers of Attorney [Czyganowski S] dated Feb 10, 2009 |
| *Exhibit 14* | Securities Purchase Confirmation [Fassbender M] |
| *Exhibit 15* | Powers of Attorney [Fassbender M] dated Oct 21, 2008 |
| *Exhibit 16* | Securities Purchase Confirmation [Fuchs G] |
| *Exhibit 17* | Powers of Attorney [Fuchs G] dated Oct 20, 2008 |
| *Exhibit 18* | Securities Purchase Confirmation [Ganser A] |
| *Exhibit 19* | Powers of Attorney [Ganser A] dated Nov 4, 2008 |
| *Exhibit 20* | Securities Purchase Confirmation [Gette H] |



RECEIVED
APR - 5 2012
U.S. BANKRUPTCY COURT, SDNY
JMP

| | |
|---|---|
| *Exhibit 21* | Powers of Attorney [Gette H] dated Nov 3, 2008 |
| *Exhibit 22* | Securities Purchase Confirmation [Hasse KD] |
| *Exhibit 23* | Powers of Attorney [Hasse KD] dated Nov 22, 2008 |
| *Exhibit 24* | Securities Purchase Confirmation [Heinzen H] |
| *Exhibit 25* | Powers of Attorney [Heinzen H] dated Nov 10, 2008 |
| *Exhibit 26* | Securities Purchase Confirmations [Ishii H] |
| *Exhibit 27* | Powers of Attorney [Ishii H] dated Jan 20, 2009 |
| *Exhibit 28* | Securities Purchase Confirmation [Jahn U] |
| *Exhibit 29* | Securities Purchase Confirmations [Jansen W] |
| *Exhibit 30* | Securities Purchase Confirmation [Jonas H & P] |
| *Exhibit 31* | Powers of Attorney [Jonas H & P] dated Nov 15, 2008 |
| *Exhibit 32* | Securities Purchase Confirmation [Kapalla K] |
| *Exhibit 33* | Powers of Attorney [Kapalla K] dated Oct 29, 2008 |
| *Exhibit 34* | Securities Purchase Confirmation [Koechling H] |
| *Exhibit 35* | Powers of Attorney [Koechling H] dated Oct 15, 2008 |
| *Exhibit 36* | Securities Purchase Confirmations [Krawinkel O] |
| *Exhibit 37* | Powers of Attorney [Krawinkel O] dated Oct 22, 2008 |
| *Exhibit 38* | Securities Purchase Confirmation [Lewin J] |
| *Exhibit 39* | Powers of Attorney [Lewin J] dated Jan 9, 2009 |
| *Exhibit 40* | Securities Purchase Confirmation [Lucks I] |
| *Exhibit 41* | Powers of Attorney [Lucks I] dated Nov 12, 2008 |
| *Exhibit 42* | Securities Purchase Confirmation [Mastalerek M] |
| *Exhibit 43* | Powers of Attorney [Mastalerek M] dated Oct 20, 2008 |
| *Exhibit 44* | Securities Purchase Confirmation [Noerrenberg-S W] |
| *Exhibit 45* | Powers of Attorney [Noerrenberg-S W] dated Oct 10, 2008 |
| *Exhibit 46* | Securities Purchase Confirmation [Oberkersch B] |
| *Exhibit 47* | Powers of Attorney [Oberkersch B] dated Oct 9, 2008 |
| *Exhibit 48* | Securities Purchase Confirmation [Rodriques K] |

| | |
|---|---|
| Exhibit 49 | Powers of Attorney [Rodrigues K] dated Oct 27, 2008 |
| Exhibit 50 | Securities Purchase Confirmations [Schiener F & H] |
| Exhibit 51 | Powers of Attorney [Schiener F & H] dated Jan 17, 2009 |
| Exhibit 52 | Securities Purchase Confirmation [Schmidt K] |
| Exhibit 53 | Powers of Attorney [Schmidt K] dated Oct 18, 2008 |
| Exhibit 54 | Securities Purchase Confirmation [Schmidt P] |
| Exhibit 55 | Powers of Attorney [Schmidt P] dated Oct 13, 2008 |
| Exhibit 56 | Securities Purchase Confirmation [Schwebius S] |
| Exhibit 57 | Powers of Attorney [Schwebius S] dated Oct 1, 2008 |
| Exhibit 58 | Securities Purchase Confirmation [Sokolowski CG] |
| Exhibit 59 | Powers of Attorney [Sokolowski CG] dated Oct 6, 2008 |
| Exhibit 60 | Securities Purchase Confirmation [Springer W] |
| Exhibit 61 | Powers of Attorney [Springer W] dated Oct 13, 2008 |
| Exhibit 62 | Securities Purchase Confirmation [Stange HJ] |
| Exhibit 63 | Powers of Attorney [Stange HJ] dated Oct 29, 2008 |
| Exhibit 64 | Securities Purchase Confirmations [Steinfort S] |
| Exhibit 65 | Powers of Attorney [Steinfort S] dated Oct 27, 2008 |
| Exhibit 66 | Securities Purchase Confirmation [Thoemel H] |
| Exhibit 67 | Powers of Attorney [Thoemel H] dated Oct 8, 2008 |
| Exhibit 68 | Securities Purchase Confirmation [Uttendorf W] |
| Exhibit 69 | Powers of Attorney [Uttendorf W] dated Dec 20, 2008 |
| Exhibit 70 | Securities Purchase Confirmation [Volk H & A] |
| Exhibit 71 | Powers of Attorney [Volk H & A] dated Oct 17, 2008 |
| Exhibit 72 | Securities Purchase Confirmation [vdHeide P] |
| Exhibit 73 | Powers of Attorney [vdHeide P] dated Oct 10, 2008 |
| Exhibit 74 | Securities Purchase Confirmation [Wartak B] |
| Exhibit 75 | Powers of Attorney [Wartak B] dated Oct 16, 2008 |
| Exhibit 76 | Securities Purchase Confirmation [Weidlich J] |

| | |
|---|---|
| *Exhibit 77* | Powers of Attorney [Weidlich J] dated Oct 18, 2008 |
| *Exhibit 78* | Securities Purchase Confirmation [Weiss R] |
| *Exhibit 79* | Powers of Attorney [Weiss R] dated Jan 21, 2009 |
| *Exhibit 80* | Securities Purchase Confirmation [Wenzel P] |
| *Exhibit 81* | Powers of Attorney [Wenzel P] dated Sep 26, 2008 |
| *Exhibit 82* | Securities Purchase Confirmations [Werner F] |
| *Exhibit 83* | Powers of Attorney [Werner F] dated Nov 4, 2008 |
| *Exhibit 84* | Securities Purchase Confirmations [Wippern M] |
| *Exhibit 85* | Powers of Attorney [Wippern M] dated Oct 9, 2008 |
| *Exhibit 86* | Securities Purchase Confirmations [Wittig HP] |
| *Exhibit 87* | Powers of Attorney [Wittig HP] dated Nov 15, 2008 |
| *Exhibit 88* | Securities Purchase Confirmations [Wolski M] |
| *Exhibit 89* | Powers of Attorney [Wolski M] [undated] |
| *Exhibit 90* | Securities Purchase Confirmation [Zeilinger E] |
| *Exhibit 91* | Powers of Attorney [Zeilinger E] dated Oct 13, 2008 |
| *Exhibit 92* | Powers of Attorney [Jahn H & U] dated Jan 20, 2009 |
| *Exhibit 93* | Powers of Attorney [Jahn H & U] dated Feb 14, 2009 |
| *Exhibit 94* | Press Release Commerzbank dated May 11, 2009 |
| *Exhibit 95* | Request from Counsel to Account Holder Citibank dated Oct 22, 2009 |
| *Exhibit 96* | Requests from Counsel to Account Holder Dresdner Bank dated Oct 22, 2009 |
| *Exhibit 97* | Abstract from Common Register Portal of the German Federal States (Citibank) |
| *Exhibit 98* | Abstract from Common Register Portal of the German Federal States (Dresdner Bank) |

COMPILED AND SUBMITTED on ___APR 0 3 2012___ .

**Helge Naber**
Montana Bar Id. 7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
P 406 452 3100
F 406 452 6599
e helge.naber@naberpc.com

Abs: PF 10 02 30, 47051 Duisburg
591/1601/0002578/OG//60327-09.06/0.55EUR

Frau
Verena Amonn-Dinger
Wulsdorfer Str. 3
28219 Bremen

AMONN-DINGER, VERENA

05.09.2006

# Effektenabrechnung
Kauf aus Emission

Depot-Nr.

190954265400

| 0% LEHMAN BR.TREAS.B.V.IND.LKD.MTN.06 7. 09.10 | | | | | |
|---|---|---|---|---|---|
| Verwahrart | | WR Niederlande | WKN | | AOGTUH |
| | | | ISIN | | XS0258411239 |
| | | | Gesch.-Nr. | | 23159505 |
| | | | Ref.-Nr. | | 6183060700 |
| Nominal / Stück | ST | | 10 | Börse | ZEICHNUNGEN |
| Kurs | EUR | | 1.030,00 | Schlusstag | 05.09.2006 |

Kurswert

10.300,00- EUR

Gesamtbetrag

10.300,00- EUR

Verbuchung erfolgt in EUR zu Lasten

| Konto-Nr. | Valuta |
|---|---|
| 1909542654 | 07.09.2006 |

10.300,00- EUR

Kommissionsgeschäft

Rechnungsnummer: EE2-505-BAPO-00023159505

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Peter E. Blatter, Ulrich Jordan, Peter Kleine Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mailänder
Sitz der Gesellschaft: Düsseldorf • Handelsregister Amtsgericht Düsseldorf HRB 48390

A member of citigroup

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 01

# HELGE NABER L.L.M.

RECHTSANWALT                    ATTORNEY AT LAW
LANDGERICHT BREMEN          SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6590
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, VERENA AHONN-DINGER

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this 09 day of Octob 2008.

VERENA AHONN-DINGER
[Print Name]                    [Signature]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC • POWER OF ATTORNEY • 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 02

naberpc | signout

NEW CLAIM / CLAIM TRACKING / CREDITOR INFO / CONTACT

TRACKING

| Claim Type | Creditor Name | Complete | Date Submitted (Central) | |
|---|---|---|---|---|
| Guarantee | E0058 RUDOLPH Ralf & Claudia | Yes | 10/22/2009 5:44:27 PM | |
| Guarantee | E0058 RUDOLPH Ralf & Claudia | Yes | 4/27/2010 11:03:01 PM | Amend/Supplement |
| Guarantee | E0065 SCHOBER Marita & Hans | Yes | 10/22/2009 5:45:59 PM | |
| Guarantee | E0065 SCHOBER Marita & Hans | No | | Amend/Supplement |
| Guarantee | E0065 SCHOBER Marita & Hans | Yes | 11/24/2010 10:07:50 AM | Delete |
| Guarantee | E0067 LEHMANN Waltraud | Yes | 10/22/2009 5:37:33 PM | |
| Guarantee | E0067 LEHMANN Waltraud | Yes | 1/21/2010 11:44:26 AM | Amend/Supplement |
| Guarantee | E0063 SCHOEFLER Herbert | Yes | 10/22/2009 5:32:37 PM | |
| Guarantee | E0063 SCHOEFLER Herbert | Yes | 1/21/2010 11:45:53 AM | Amend/Supplement |
| Guarantee | E0069 KUEMMEL Martin | Yes | 10/22/2009 5:28:44 PM | |
| Guarantee | E0069 KUEMMEL Martin | Yes | 4/17/2010 11:09:12 PM | Amend/Supplement |
| Guarantee | E0064 SCHWERDTFEGER Marvin | Yes | 4/17/2010 10:35:51 PM | |
| Guarantee | E0064 SCHWERDTFEGER Marvin | Yes | 10/22/2009 5:24:17 PM | Amend/Supplement |
| Guarantee | E0061 UFFENDORF Wilfried | Yes | 1/21/2010 11:56:37 AM | |
| Guarantee | E0061 UFFENDORF Wilfried | Yes | 10/22/2009 5:23:28 PM | Amend/Supplement |
| Guarantee | E0061 UFFENDORF Wilfried | Yes | 4/20/2010 1:52:14 AM | |
| Guarantee | E0081 GANSER Albert | Yes | 4/17/2010 5:07:21 AM | |
| Guarantee | E0081 GANSER Albert | Yes | 10/22/2009 5:19:36 PM | Amend/Supplement |
| Guarantee | E0080 GANSER Martin | Yes | 4/17/2010 10:43:52 PM | |
| Guarantee | E0062 RUETZE Jean & Kerstin | No | | Delete |
| Guarantee | E0062 RUETZE Jean & Kerstin | Yes | 10/22/2009 5:16:36 PM | Amend/Supplement |
| Guarantee | E0077 STANGE Hans-Joachim | Yes | 1/22/2010 3:17.07 PM | |
| Guarantee | E0077 STANGE Hans-Joachim | Yes | 10/22/2009 5:10:50 PM | Amend/Supplement |
| Guarantee | E0075 KAPALLA Kurt | Yes | 1/21/2010 12:07:07 PM | |
| Guarantee | E0075 KAPALLA Kurt | Yes | 10/22/2009 5:05:04 PM | Amend/Supplement |
| Guarantee | E0060 MEYER Gerd | Yes | 1/21/2010 12:16:12 PM | |
| Guarantee | E0060 MEYER Gerd | Yes | 10/22/2009 5:05:35 PM | Amend/Supplement |
| Guarantee | E0060 MEYER Gerd | Yes | 4/20/2010 1:45:10 AM | |
| Guarantee | E0076 STYPA Gertrud | Yes | 4/17/2010 2:57:48 AM | |
| Guarantee | E0076 STYPA Gertrud | Yes | 10/22/2009 5:01:21 PM | Amend/Supplement |
| Guarantee | E0059 LOBBE-HERMANS Andrea | Yes | 1/21/2010 12:22:33 PM | |
| Guarantee | E0059 LOBBE-HERMANS Andrea | Yes | 10/22/2009 5:00:30 PM | Amend/Supplement |
| Guarantee | E0074 KNOLL Guenter & Elisabeth | Yes | 1/21/2010 12:31:58 PM | |
| Guarantee | E0074 KNOLL Guenter & Elisabeth | Yes | 10/22/2009 4:55:53 PM | Amend/Supplement |
| Guarantee | E0073 WAGNER Marlis | Yes | 4/27/2010 11:23:28 PM | |
| Guarantee | E0073 WAGNER Marlis | Yes | 10/22/2009 4:51:05 PM | Amend/Supplement |
| Guarantee | E0071 PROHMERT Helle | Yes | 4/27/2010 11:16:32 PM | |
| | | Yes | 10/22/2009 4:44:50 PM | Amend/Supplement |

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 03

| | | | | |
|---|---|---|---|---|
| Guarantee | E0058 VOLK Helmut & Annemarie | Yes | 1/21/2010 12:41:44 PM | |
| Guarantee | E0058 VOLK Helmut & Annemarie | Yes | 10/22/2009 4:39:48 PM | |
| Guarantee | WITZIG Harald | Yes | 2/2/2010 2:23:52 PM | Amend/Supplement |
| Guarantee | WITZIG Harald | Yes | 10/22/2009 4:51:29 PM | |
| Guarantee | E0057 SCHMIDT Karin | Yes | 1/22/2010 2:41:43 PM | |
| Guarantee | E0057 SCHMIDT Karin | Yes | 10/22/2009 4:32:13 PM | Amend/Supplement |
| Guarantee | E0056 WILSKI Erna | Yes | 2/2/2010 1:47:15 PM | |
| Guarantee | E0056 WILSKI Erna | Yes | 10/22/2009 4:26:56 PM | Amend/Supplement |
| Guarantee | E0055 SICKMUELLER Herbert & Christiane | Yes | 1/21/2010 12:56:44 PM | |
| Guarantee | E0055 SICKMUELLER Herbert & Christiane | Yes | 10/22/2009 4:22:58 PM | Amend/Supplement |
| Guarantee | E0055 SICKMUELLER Herbert & Christiane | Yes | 4/20/2010 1:36:24 AM | |
| Guarantee | E0054 LUCKS Ilona & Reiner | Yes | 4/17/2010 2:51:53 AM | |
| Guarantee | E0054 LUCKS Ilona & Reiner | Yes | 10/22/2009 4:18:08 PM | Amend/Supplement |
| Guarantee | E0082 POSCH Manfred | Yes | 2/2/2010 2:12:51 PM | |
| Guarantee | E0082 POSCH Manfred | Yes | 10/22/2009 4:19:37 PM | Amend/Supplement |
| Guarantee | E0052 WARTAK Beate | Yes | 1/21/2010 12:59:05 PM | |
| Guarantee | E0052 WARTAK Beate | Yes | 10/22/2009 4:11:41 PM | |
| Guarantee | E0050 KOECHLING Hermann | Yes | 1/21/2010 11:15:50 AM | |
| Guarantee | E0050 KOECHLING Hermann | Yes | 10/22/2009 4:07:41 PM | Amend/Supplement |
| Guarantee | E0050 KOECHLING Hermann | Yes | 4/20/2010 1:29:36 AM | |
| Guarantee | E0085 WERNER Friedhelm | Yes | 4/17/2010 2:39:04 AM | |
| Guarantee | E0085 WERNER Friedhelm | Yes | 10/22/2009 4:11:29 PM | Amend/Supplement |
| Guarantee | E0048 WERNEYER Renate & Bernd | Yes | 4/17/2010 10:59:04 PM | |
| Guarantee | E0048 WERNEYER Renate & Bernd | Yes | 10/22/2009 4:02:27 PM | Amend/Supplement |
| Guarantee | E0048 WERNEYER Renate & Bernd | Yes | 4/17/2010 2:18:48 AM | |
| Guarantee | E0086 SPERZEL Susanne | Yes | 4/20/2010 1:11:31 AM | |
| Guarantee | E0086 SPERZEL Susanne | Yes | 10/22/2009 4:01:02 PM | Amend/Supplement |
| Guarantee | E0046 SCHIENER Friedbert & Hannelore | Yes | 4/29/2010 12:54:17 AM | |
| Guarantee | E0046 SCHIENER Friedbert & Hannelore | Yes | 10/22/2009 3:57:56 PM | Amend/Supplement |
| Guarantee | E0046 SCHIENER Friedbert & Hannelore | Yes | 4/20/2010 1:00:33 AM | |
| Guarantee | E0094.02 BAYER Ingeborg | Yes | 4/17/2010 1:59:32 AM | |
| Guarantee | E0094.02 BAYER Ingeborg | Yes | 10/22/2009 3:56:22 PM | Amend/Supplement |
| Guarantee | E0044.02 ISHII Hiroichi & Hella | Yes | 1/22/2010 11:11:19 AM | |
| Guarantee | E0044.02 ISHII Hiroichi & Hella | Yes | 10/22/2009 3:52:54 PM | Amend/Supplement |
| Guarantee | E0044.02 ISHII Hiroichi & Hella | Yes | 4/20/2010 12:53:32 AM | |
| Guarantee | E0043 GRUNDMANN Gert & Jirina | Yes | 4/17/2010 1:22:20 AM | |
| Guarantee | E0043 GRUNDMANN Gert & Jirina | Yes | 10/22/2009 3:47:45 PM | Amend/Supplement |
| Guarantee | E0095 JONAS Heike & Peter | Yes | 4/27/2010 10:56:18 PM | |
| Guarantee | E0095 JONAS Heike & Peter | Yes | 10/22/2009 3:47:40 PM | Amend/Supplement |
| Guarantee | E0042.02 BAUMHEIER Katja | Yes | 1/21/2010 1:08:49 PM | |
| Guarantee | E0042.02 BAUMHEIER Katja | Yes | 10/22/2009 3:43:01 PM | Amend/Supplement |
| Guarantee | E0042.02 BAUMHEIER Katja | Yes | 11/29/2010 2:18:46 PM | |
| Guarantee | E0096 MOSCH Walter & Siegried | Yes | 4/27/2010 10:50:29 PM | |
| Guarantee | E0096 MOSCH Walter & Siegried | Yes | 10/22/2009 3:40:33 PM | Amend/Supplement |
| Guarantee | E0042.01 BAUMHEIER Katja | Yes | 2/2/2010 2:30:37 PM | |
| Guarantee | E0042.01 BAUMHEIER Katja | Yes | 10/22/2009 3:39:08 PM | Amend/Supplement |
| Guarantee | E0099 BECKER Klaus | Yes | 4/27/2010 10:36:07 PM | |
| Guarantee | E0099 BECKER Klaus | Yes | 10/22/2009 3:36:45 PM | Amend/Supplement |
| Guarantee | E0040.02 JAHN Ursula & Horst | Yes | 4/17/2010 11:40:07 PM | |
| Guarantee | E0040.02 JAHN Ursula & Horst | Yes | 10/22/2009 3:34:33 PM | Amend/Supplement |
| Guarantee | E0040.02 JAHN Ursula & Horst | Yes | 4/20/2010 12:29:33 AM | |
| Guarantee | E0040.02 JAHN Ursula & Horst | Yes | 4/17/2010 1:04:38 AM | |
| Guarantee | E0098 FICKENSCHER Fritz & Marge | Yes | 4/27/2010 10:20:11 PM | |
| Guarantee | E0098 FICKENSCHER Fritz & Marge | Yes | 10/22/2009 3:32:03 PM | Amend/Supplement |

| | | | | |
|---|---|---|---|---|
| Guarantee | E0039 03 WOLSKI Mieczyslaw & Johanna | Yes | 4/17/2010 11:30:01 PM | |
| Guarantee | E0039 03 WOLSKI Mieczyslaw & Johanna | Yes | 10/22/2009 3:30:04 PM | Amend/Supplement |
| Guarantee | E0097 SCHOENWAELDER Uwe | Yes | 4/19/2010 11:56:19 PM | |
| Guarantee | E0039 02 WOLSKI Mieczyslaw & Johanna | Yes | 4/17/2010 12:30:31 AM | |
| Guarantee | E0039 02 WOLSKI Mieczyslaw & Johanna | Yes | 4/17/2010 11:24:43 PM | Amend/Supplement |
| Guarantee | E0039 02 WOLSKI Mieczyslaw & Johanna | Yes | 10/22/2009 3:25:20 PM | Amend/Supplement |
| Guarantee | E0039 02 WOLSKI Mieczyslaw & Johanna | Yes | 4/17/2010 12:19:52 AM | |
| Guarantee | E0100 WITTIG Hanspeter | Yes | 4/19/2010 11:26:12 PM | |
| Guarantee | E0100 WITTIG Hanspeter | Yes | 4/29/2010 12:04:00 AM | |
| Guarantee | E0039 01 WOLSKI Mieczyslaw & Johanna | Yes | 10/22/2009 3:22:13 PM | Amend/Supplement |
| Guarantee | E0039 01 WOLSKI Mieczyslaw & Johanna | Yes | 4/17/2010 11:52:54 PM | |
| Guarantee | E0039 01 WOLSKI Mieczyslaw & Johanna | Yes | 10/22/2009 3:20:13 PM | Amend/Supplement |
| Guarantee | E0101 HEUN Peter | Yes | 4/19/2010 11:48:00 PM | |
| Guarantee | E0101 HEUN Peter | Yes | 4/17/2010 12:05:14 AM | |
| Guarantee | E0037 RA SCHMIDT Petra | Yes | 10/22/2009 3:17:28 PM | Amend/Supplement |
| Guarantee | E0037 RA SCHMIDT Petra | Yes | 4/17/2010 11:59:36 PM | |
| Guarantee | E0102 WULF Norbert & Gudrun | Yes | 10/22/2009 3:15:13 PM | Amend/Supplement |
| Guarantee | E0102 WULF Norbert & Gudrun | Yes | 1/20/2010 4:34:22 PM | |
| Guarantee | E0102 WULF Norbert & Gudrun | Yes | 10/22/2009 3:12:24 PM | Amend/Supplement |
| Guarantee | E0035 MASTALEREK Michael | Yes | 1/22/2010 10:50:27 AM | |
| Guarantee | E0035 MASTALEREK Michael | Yes | 12/15/2010 9:35:20 PM | |
| Guarantee | E0104 ADE Volker | Yes | 10/22/2009 3:10:16 PM | Amend/Supplement |
| Guarantee | E0104 ADE Volker | Yes | 1/20/2010 4:22:41 PM | |
| Guarantee | E0034 DR SCHWERDT Korinna | Yes | 10/22/2009 3:07:26 PM | Amend/Supplement |
| Guarantee | E0033 THIELE Claas | Yes | 2/11/2010 4:38:42 PM | |
| Guarantee | E0033 THIELE Claas | Yes | 4/28/2010 11:46:27 PM | Amend/Supplement |
| Guarantee | E104 SCHAEFER Klaus & Gudrun | Yes | 10/22/2009 3:01:55 PM | Amend/Supplement |
| Guarantee | E104 SCHAEFER Klaus & Gudrun | Yes | 4/20/2010 4:45:07 PM | |
| Guarantee | E0032 01 GRANDEMENGE Philippe | Yes | 10/22/2009 3:02:22 PM | Amend/Supplement |
| Guarantee | E0032 01 GRANDEMENGE Philippe | Yes | 4/20/2010 1:54:49 AM | |
| Guarantee | E0108 BORSCHK Dieter | Yes | 10/22/2009 2:57:18 PM | Amend/Supplement |
| Guarantee | E0108 BORSCHK Dieter | Yes | 12/1/2010 11:38:47 AM | |
| Guarantee | E0031 AMONN - DINGER Verena | Yes | 10/22/2009 2:56:09 PM | Amend/Supplement |
| Guarantee | E0031 AMONN - DINGER Verena | Yes | 4/20/2010 1:57:22 AM | |
| Guarantee | E0119 MAIER Lothar | Yes | 10/22/2009 2:52:00 PM | Amend/Supplement |
| Guarantee | E0119 MAIER Lothar | Yes | 1/20/2010 4:51:19 PM | |
| Guarantee | E0030 BIESEMANN DR Joerg | Yes | 10/22/2009 2:51:28 PM | Amend/Supplement |
| Guarantee | E0030 BIESEMANN DR Joerg | Yes | 1/21/2010 2:33:06 PM | |
| Guarantee | E0122 OLSBERG Hans Dieter | Yes | 4/17/2010 1:51:07 PM | |
| Guarantee | E0122 OLSBERG Hans Dieter | Yes | 4/20/2010 12:09:07 AM | |
| Guarantee | E0029 WIECZOREK Irmgard | Yes | 10/22/2009 2:43:23 PM | Amend/Supplement |
| Guarantee | E0029 WIECZOREK Irmgard | Yes | 4/20/2010 1:58:44 AM | |
| Guarantee | E0125 ROTH Gabor & Beatrice | Yes | 10/22/2009 2:42:39 PM | Amend/Supplement |
| Guarantee | E0125 ROTH Gabor & Beatrice | Yes | 1/20/2010 4:58:06 PM | |
| Guarantee | E0028 OBERKERSCH Beatrice | Yes | 10/22/2009 2:38:18 PM | Amend/Supplement |
| Guarantee | E0028 OBERKERSCH Beatrice | Yes | 4/20/2010 2:00:26 AM | |
| Guarantee | E0126 SCHABMUELLER Eva | Yes | 10/22/2009 2:37:05 PM | Amend/Supplement |
| Guarantee | E0126 SCHABMUELLER Eva | Yes | 1/20/2010 5:03:31 PM | |
| Guarantee | E0027 DIETZSCH Kristin | Yes | 10/22/2009 2:33:46 PM | Amend/Supplement |
| Guarantee | E0027 DIETZSCH Kristin | Yes | 4/20/2010 2:02:09 AM | |
| Guarantee | E0026 NOERENBERG-SUDHAUS Werner | Yes | 10/22/2009 2:32:15 PM | Amend/Supplement |
| Guarantee | E0026 NOERENBERG-SUDHAUS Werner | Yes | 2/2/2010 1:52:41 PM | |
| Guarantee | E0128 SPRINGER Werner | Yes | 10/22/2009 2:26:32 PM | Amend/Supplement |
| | | Yes | 4/27/2010 9:48:39 PM | |
| | | Yes | 10/22/2009 2:28:56 PM | Amend/Supplement |

| | | | | |
|---|---|---|---|---|
| Guarantee | E0129 WEIDLICH Joerg | Yes | 1/21/2010 2:37:18 PM | |
| Guarantee | E0129 WEIDLICH Joerg | Yes | 10/22/2009 2:20:24 PM | Amend/Supplement |
| Guarantee | E0025 HIRSCH Kurt | Yes | 1/21/2010 3:18:04 PM | |
| Guarantee | E0025 HIRSCH Kurt | Yes | 10/22/2009 2:19:14 PM | Amend/Supplement |
| Guarantee | E0130 WILDEBRAND Norma | Yes | 1/20/2010 5:18:29 PM | |
| Guarantee | E0130 WILDEBRAND Norma | Yes | 10/22/2009 2:14:59 PM | Amend/Supplement |
| Guarantee | E0024.02 STEINFORT Silvia | Yes | 1/21/2010 3:26:01 PM | |
| Guarantee | E0024.02 STEINFORT Silvia | Yes | 10/22/2009 2:11:37 PM | Amend/Supplement |
| Guarantee | E0131 WOLF Andreas | Yes | 1/21/2010 1:15:49 PM | |
| Guarantee | E0131 WOLF Andreas | Yes | 10/22/2009 2:09:24 PM | Amend/Supplement |
| Guarantee | E0137 LEWIN Joerg | Yes | 4/20/2010 2:08:23 AM | |
| Guarantee | E0137 LEWIN Joerg | Yes | 10/22/2009 2:02:57 PM | Amend/Supplement |
| Guarantee | e0024.01 STEINFORT Silvia | Yes | 1/21/2010 2:45:30 PM | |
| Guarantee | e0024.01 STEINFORT Silvia | Yes | 10/22/2009 2:03:01 PM | Amend/Supplement |
| Guarantee | e0023 BERLAGE Paul | Yes | 1/22/2010 1:55:46 PM | |
| Guarantee | e0023 BERLAGE Paul | Yes | 10/22/2009 1:56:38 PM | Amend/Supplement |
| Guarantee | E0138.01 JANSEN Walter | Yes | 1/20/2010 5:25:30 PM | |
| Guarantee | E0138.01 JANSEN Walter | Yes | 10/22/2009 1:58:03 PM | Amend/Supplement |
| Guarantee | E0138.01 JANSEN Walter | Yes | 4/29/2010 1:11.42 AM | |
| Guarantee | E0022 KASSENS Elke | Yes | 11/29/2010 4.12:27 PM | |
| Guarantee | E0022 KASSENS Elke | Yes | 10/22/2009 1:51:42 PM | Amend/Supplement |
| Guarantee | E0138.02 JANSEN Walter | Yes | 1/20/2010 5:31:07 PM | |
| Guarantee | E0138.02 JANSEN Walter | Yes | 10/22/2009 1:48:32 PM | Amend/Supplement |
| Guarantee | E0021 SOKOLOWSKI Claus - Guenther | Yes | 11/29/2010 4.22:30 PM | |
| Guarantee | E0021 SOKOLOWSKI Claus - Guenther | Yes | 10/22/2009 1:46:50 PM | Amend/Supplement |
| Guarantee | E0019 RODRIGUES Karsten | Yes | 1/20/2010 5.36:19 PM | |
| Guarantee | E0019 RODRIGUES Karsten | Yes | 10/22/2009 1:41:18 PM | Amend/Supplement |
| Guarantee | E0018 ZEILINGER Ernst & Anna Maria | Yes | 1/20/2010 5:43:13 PM | |
| Guarantee | E0018 ZEILINGER Ernst & Anna Maria | Yes | 10/22/2009 1.35:24 PM | Amend/Supplement |
| Guarantee | Marlene Link | Yes | 1/20/2010 5:50:33 PM | |
| Guarantee | Marlene Link | Yes | 10/22/2009 1:28:56 PM | Amend/Supplement |
| Guarantee | E0013 RAKE Frank-Reiner | Yes | 1/20/2010 6:00:45 PM | |
| Guarantee | E0013 RAKE Frank-Reiner | Yes | 10/22/2009 1.09:24 PM | Amend/Supplement |
| Guarantee | E0012 SCHWEBIUS Sandra | Yes | 1/20/2010 6:09:32 PM | |
| Guarantee | E0012 SCHWEBIUS Sandra | Yes | 10/22/2009 1:03:58 PM | Amend/Supplement |
| Guarantee | E0010.02 NAITO Sabine | Yes | 1/20/2010 6:15:28 PM | |
| Guarantee | E0010.02 NAITO Sabine | Yes | 10/22/2009 12:59:10 PM | Amend/Supplement |
| Guarantee | E0010.01 NAITO Sabine | Yes | 1/22/2010 3:37:02 PM | |
| Guarantee | E0010.01 NAITO Sabine | Yes | 10/22/2009 12:54:55 PM | Amend/Supplement |
| Guarantee | E0009 VON DER HEYDE Philip | Yes | 1/22/2010 3:45:37 PM | |
| Guarantee | E0009 VON DER HEYDE Philip | Yes | 10/22/2009 12:48:58 PM | Amend/Supplement |
| Guarantee | E0008 KELLNER Martin | Yes | 1/20/2010 6:21:29 PM | |
| Guarantee | E0008 KELLNER Martin | Yes | 10/22/2009 12:40:49 PM | Amend/Supplement |
| Guarantee | E0008 KELLNER Martin | Yes | 10/22/2009 1:43:02 PM | |
| Guarantee | E0007 THOEMEL Heinz | Yes | 2/22/2010 12:55:49 PM | |
| Guarantee | E0007 THOEMEL Heinz | Yes | 10/22/2009 12:30:08 PM | Amend/Supplement |
| Guarantee | E0007 THOEMEL Heinz | Yes | 10/22/2009 1:32:38 PM | |
| Guarantee . | E0109 MUELLER Wilfried | Yes | 2/22/2010 1:02:00 PM | |
| Guarantee | E0109 MUELLER Wilfried | Yes | 10/22/2009 11:20:24 AM | Amend/Supplement |
| Guarantee | E0032.01 GRANDEMENGE Philline | Yes | 1/21/2010 3.55:17 PM | |
| Guarantee | E0032.01 GRANDEMENGE Philline | Yes | 10/22/2009 11:05:55 AM | Amend/Supplement |
| Guarantee | E0016 WIPPERN Margit | Yes | 1/22/2010 11:43:33 AM | |
| Guarantee | E0016 WIPPERN Margit | Yes | 10/22/2009 1:20:44 PM | Amend/Supplement |
| | | Yes | 1/20/2010 6:03:28 PM | |

https://www.lehman-claims.com/secure/userClaims.aspx?login=true

Datum: 07.02.2007
161 467 010455/NV      Blatt 1/1
Referenz-Nr: 07/ 60611260/398511816
Rechnungsnummer: WPE/20070207/0611260

Abs: PF.101044 - 50450 Köln

305/0329/0010720/08//85359-02.07/0,55EUR

Herrn
Oliver Baumheier
Bernhard-Letterhaus-Str. 30

50670 Köln

**Depotkonto-Nr**

340  3 444 065 11

**Konto-Inhaber**

Oliver Baumheier MDJ

**Konto-Bezeichnung**

GELDMARKTKONTO

**Geldkonto-Nr**

340  3 444 065 11

## Kauf von Wertpapieren

| Währung/Stück | Nennwert/Anzahl | Wertpapierbezeichnung | WP-Kenn-Nr./ISIN |
|---|---|---|---|
| ST | 1 | LEHMAN BROTHERS TREAS. CO.B.V. EXPR.BONUS III ZT.07(07.03.11) SX5E | A0MHVV DE000A0MHVV0 |

Wir haben Ihren Auftrag am 07.02.2007 wie folgt ausgeführt:

Kurs
Börse

pro Stück
FRANKFURT/M.

EUR
1.012,98

Es ergibt sich folgende Abrechnung:

Kurswert

Mit Wertstellung vom 09.02.2007 belasten wir Ihr Konto mit:

EUR
1.012,98

Die entsprechenden Wertpapiere haben wir Ihrem Depot gutgeschrieben
(GIROSAMMEL)

1.012,98  =

Für Umsatzsteuerzwecke:
Steuernummer: 9143/801/80009 USt-ID-Nr.:DE 114 103 395
Finanzdienstleistungen sind umsatzsteuerfrei gem. §4 Nr. 8 a-h UStG

Kapitalerträge sind einkommensteuerpflichtig! Diese Mitteilung ist auch ohne Unterschrift gültig. Diese note bitte inpolien

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 04

Datum: 07.02.2007
Referenz-Nr: 07/ 60601250/398511790
Rechnungsnummer: WPE/20070207/0601250

161 487 010454/NV    Blatt  1/1

Abs: PF.101044 - 50450 Köln

305/0329/0010719/08//85359-02.07/0,55EUR

Frau
Carina Baumheier
Bernhard-Letterhaus-Str. 30

50670 Köln

Depotkonto-Nr

340 3 444 053 11

Konto-Inhaber

Carina Baumheier MDJ

Konto-Bezeichnung

GELDMARKTKONTO

Geldkonto-Nr

340 3 444 053 11

## Kauf von Wertpapieren

| Währung/Stück | Nennwert/Anzahl | Wertpapierbezeichnung | WP-Kenn-Nr./ISIN |
|---|---|---|---|
| ST | 1 | LEHMAN BROTHERS TREAS: CO.B.V. EXPR.BONUS III ZT.07(07.03.11) SX5E | A0MHVV DE000A0MHVV0 |

Wir haben Ihren Auftrag am 07.02.2007 wie folgt ausgeführt:

Kurs
Börse                              pro Stück
                                   FRANKFURT/M.                                    EUR
                                                                                   1.012,98

Es ergibt sich folgende Abrechnung:

Kurswert

Mit Wertstellung vom 09.02.2007 belasten wir Ihr Konto mit:                       EUR
                                                                                  1.012,98

Die entsprechenden Wertpapiere haben wir Ihrem Depot gutgeschrieben        1.012,98  =
(GIROSAMMEL)

Für Umsatzsteuerzwecke:
Steuernummer: 9143/801/80009 USt-ID-Nr.:DE 114 103 395
Finanzdienstleistungen sind umsatzsteuerfrei gem. §4 Nr. 8 a-h UStG

Kapitalerträge sind einkommensteuerpflichtig! Diese Mitteilung ist auch ohne Unterschrift gültig/This note is valid without si

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, *KATJA BAUMHEIER, BERNHARD-LETTERHAUS-STR. 30, 50670 KÖLN, GERMANY, DATE OF BIRTH: 29.04.1966*

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

**LEHMAN BROTHERS HOLDING INC., 08-BK-13555 et.al., Bankr. S.D.N.Y.**
**LEHMAN BROTHERS INC., 08-AP-01420 SIPA, S.D.N.Y.**
**BARCLAY CAPITAL INC.**

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this *15* day of *JANUARY* ~~2008~~ 2009

*KATJA BAUMHEIER*
[Print Name]

*U. Baumheier*
[Signature]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC • POWER OF ATTORNEY • 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 05

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg

DV 01 0.55 Deutsche Post 

*093*0009931*

Frau
Dr. Ingeborg Bayer
Bauerwilzer Weg 19b
12621 Berlin

BAYER, INGEBORG

02.01.2008

## Effektenabrechnung
Kauf aus Emission

| | | Depot-Nr. | 310742401700 |
|---|---|---|---|

| BO.EN 21.12.10 S&P GS.AGRIC.(LEH.BR.T R.CO.) | | | |
|---|---|---|---|
| Verwahrart | WR Niederlande | WKN | A0SVB7 |
| | | ISIN | XS0331533173 |
| | | Gesch.-Nr. | 31764135 |
| Nominal / Stück | ST | Ref.-Nr. | 0458632600 |
| Kurs | EUR | Börse | ZEICHNUNGEN |
| | | | 3 |
| | 1.030,00 | | |
| Auftragsart | Billigst | Schlusstag | 02.01.2008 |

| Kurswert | 3.090,00 - EUR |
|---|---|

| Gesamtbetrag | 3.090,00 - EUR |
|---|---|

| Verbuchung erfolgt in EUR zu Lasten | Konto-Nr. 3107424017 | Valuta 04.01.2008 | 3.090,00- EUR |
|---|---|---|---|

Kommissionsgeschäft

Rechnungsnummer: EE2-S05-BAP0-000317G4135

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 06

CitiBank

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg
593/1601/0000794/04//60327-04.07/0,55EUR

Frau
Dr Ingeborg Bayer
Bauerwitzer Weg 19b
12621 Berlin

BAYER, INGEBORG

04.04.2007

Depot-Nr.                        310742401700

# Effektenabrechnung
Kauf aus Emission

| KUPON NOTES 06.04.12 DJES 50 (LEHMAN B R.) | | WKN | AOMHXO |
|---|---|---|---|
| Verwahrart | Girosammelverwahrung | ISIN | DE000AOMHXQ6 |
| | | Gesch.-Nr. | 27495553 |
| | | Ref.-Nr. | 7934859700 |
| Nominal / Stück | ST              4 | Börse | ZEICHNUNGEN |
| Kurs | EUR        1.020,00 | Schlusstag | 04.04.2007 |

| Kurswert | 4.080,00- EUR |
|---|---|
| Gesamtbetrag | 4.080,00- EUR |

| Verbuchung erfolgt in EUR zu Lasten | Konto-Nr.<br>3107424017 | Valuta<br>10.04.2007 | 4.080,00- EUR |
|---|---|---|---|

Kommissionsgeschäft

Rechnungsnummer: EE2-505-BAPO-00027495553

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Ahmed Siddik Badruddin; Peter E. Bletzer; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mailänder

HELGE NABER LL.M.

RECHTSANWALT                    ATTORNEY AT LAW
LANDGERICHT BREMEN         SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _____

_____

_____

. . . . hereby authorize NABER.PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this _____ day of _____ 2008.

_10. 11. 2008_

_____
[Print Name]                          [Signature]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC · POWER OF ATTORNEY · 1

Berlin
Datum: 21.03.2007                                    200 706 001919/NV        Blatt  1/1

Referenz-Nr: 07/ 61328670/444152078

Rechnungsnummer: WPE/20070321/1328670

Abs:   10877 Berlin

454/0329/0004809/22//85359-03.07/0,90EUR

Dr. Klaus Becker oder Dr.
Erika Becker
Dannenwalder Weg 151

13439 Berlin

Depotkonto-Nr

262  6 671 299 01

Konto-Inhaber

Dr. Klaus Becker oder Dr.
Erika Becker

Konto-Bezeichnung

GELDMARKTKONTO

Geldkonto-Nr

262  6 671 299 01

## Kauf von Wertpapieren

| Währung/Stück | Nennwert/Anzahl | Wertpapierbezeichnung | WP-Kenn-Nr./ISIN |
|---|---|---|---|
| ST | 5 | LEHMAN BROTHERS TREAS. CO.B.V. EA.RETURN N.ZT.II (3.5.11) DJES 50 | A0NMJ4 DE000A0NMJ46 |

Wir haben Ihren Auftrag am 21.03.2007 wie folgt ausgeführt:

| Kurs Börse | pro Stück FRANKFURT/M. | EUR 1.014,55 |
|---|---|---|

Es ergibt sich folgende Abrechnung:

| Kurswert | | EUR 5.072,75 |
|---|---|---|
| Mit Wertstellung vom 23.03.2007 belasten wir Ihr Konto mit: | | 5.072,75  = |

Die entsprechenden Wertpapiere haben wir Ihrem Depot gutgeschrieben (GIROSAMMEL)

Für Umsatzsteuerzwecke:
Steuernummer: 9143/801/80009 USt-ID-Nr.:DE 114 103 395
Finanzdienstleistungen sind umsatzsteuerfrei gem. §4 Nr. 8 a-h UStG

Kapitalerträge sind einkommensteuerpflichtig! Diese Mitteilung ist auch ohne Unterschrift gültig/This note is valid withc
Diese Rückseite beachten / Please oppnarung side

13405/0004809/0002627606671
00001/00004

WPE-01-050

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 08

# HELGE NABER LL.M.

RECHTSANWALT                          ATTORNEY AT LAW
LANDGERICHT BREMEN          SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, __Dr. Klaus Becker__

... hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this __23__ day of __11__ 2008.

—Dr. Klaus Becker—
[Print Name]                                [Signature]

Name
Address
City
Country of Residence
Date of Birth

Dr. Klaus Becker
Dannenwalder Weg 151
D – 13439 Berlin
Bundesrepublik Deutschland – Germany
09.02.1946

FREIGATS SECURITIES INC • POWER OF ATTORNEY • 1

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: Pf 10 02 30, 47051 Duisburg

DV 03  0,55  Deutsche Post  

°008°0005407°

Herrn Dieter Broschk
Frau Doris Broschk
Zepherinusweg 8
59519 Moehnesee

BROSCHK, DIETER

05.03.2008

# Effektenabrechnung
Kauf aus Emission

Depot-Nr.

220249247000

| TWIN WIN N.07.03.11 WTI CRUDE(LEHM.BRO .TRE.) | | | | |
|---|---|---|---|---|
| Verwahrart | | WR Niederlande | WKN | A0SRYZ |
| | | | ISIN | XS0340076321 |
| | | | Gesch.-Nr. | 32783867 |
| Nominal / Stück | ST | | Ref.-Nr. | |
| Kurs | EUR | 6 | Börse | 1151464100 |
| Auftragsart | Billigst | 1.020,00 | Schlusstag | ZEICHNUNGEN |
| | | | | 05.03.2008 |

Kurswert

6.120,00 - EUR

Gesamtbetrag

6.120,00 - EUR

Verbuchung erfolgt in EUR zu Lasten       Konto-Nr.           Valuta
2202492470          07.03.2008

6.120,00- EUR

Kommissionsgeschäft

Rechnungsnummer:  EE2-505-BAP0-00032783867

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 10

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, *Dieter Broscht*
*Zepherinusweg 8*
*D-C9C19 Mühnesee*

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

> LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
> LEHMAN BROTHERS INC.
> BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and .related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this 14 day of *October* 2008.

*Dieter Broscht*
[Print Name]

*D. [Signature]*
[Signature]

Name
Address
City
Country of Residence
Date of Birth

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 11

Weimar                                    041 467 006506/NV        Blatt  1/1
Datum: 07.02.2007
Referenz-Nr: 07/ 60596760/398602458
Rechnungsnummer: WPE/20070207/0596760

Depotkonto-Nr

280 89 310 654 00

Geldkonto-Nr

280  9 310 654 59

Abs:   04093 Leipzig
305/0329/0019049/00//85359-02.07/0,55EUR

Herrn
Siegfried Czyganowski
Geschwister-Scholl-Str. 9

99444 Blankenhain

## Kauf von Wertpapieren

| Währung/Stück | Nennwert/Anzahl | Wertpapierbezeichnung | WP-Kenn-Nr./ISIN |
|---|---|---|---|
| ST | 8 | LEHMAN BROTHERS TREAS. CO.B.V. GLOB.CHAMP.ZT07(13.5.10) INDEX BSKT. | A0MJHE DE000A0MJHE1 |

Wir haben Ihren Auftrag am 07.02.2007 wie folgt ausgeführt:

Kurs                                                                    EUR
Börse                          pro Stück                          1.008,53
                               FRANKFURT/M.

Es ergibt sich folgende Abrechnung:

Kurswert                                                                EUR
                                                                  8.068,24

Mit Wertstellung vom 15.02.2007 belasten wir Ihr Konto mit:       8.068,24  =

Die entsprechenden Wertpapiere haben wir Ihrem Depot gutgeschrieben
(GIROSAMMEL)

Für Umsatzsteuerzwecke:
Steuernummer: 9143/801/80009 USt-ID-Nr.:DE 114 103 395
Finanzdienstleistungen sind umsatzsteuerfrei gem. §4 Nr. 8 a-h UStG

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 12

HELGE NABER LL.M.

RECHTSANWALT                    ATTORNEY at LAW

300 Central Avenue Suite 320 · Great Falls, Montana 59401
TELEPHONE (406) 452 3500 · FACSIMILE (406) 452 3566
WWW.NABER-LAW.COM

## POWERS OF ATTORNEY

I, *Siegfried Czyganowshi*

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401,
U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert
against or related to

**LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.**
**LEHMAN BROTHERS INC.**
**BARCLAY CAPITAL INC.**

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s),
predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me
on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released
from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This
Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within
the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification
Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign
nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with
whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this _10_ day of _02_ 2008 *9*

*Czyganowshi*
[Print Name]

_____
[Signature]

Name
Address
City
Country of Residence
Date of Birth _06.06.1951_

S. CZYGANOWSKI
GESCHW.-SCHOLL-STR. 9
*Deutschland* 99444 BLANKENHAIN

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 13

UNSERE H BANK AG

Berlin
Datum: 06.02.2007          200 459 004296/NV          Blatt  1/

Referenz-Nr: 07/ 60525660/397182452
Rechnungsnummer: WPE/20070206/0525660

Abs:   10877 Berlin

269/0329/0003997/07//85359-02.07/0,55EUR

Depotkonto-Nr

262  6 895 943 00

Geldkonto-Nr

262  6 895 943 00

Frau
Maria-Helene Fassbender
Hermsdorfer Damm 112

13467 Berlin

# Kauf von Wertpapieren

| Währung/Stück | Nennwert/Anzahl | | |
|---|---|---|---|
| ST | 5 | Wertpapierbezeichnung | WP-Kenn-Nr./ISIN |
| | | LEHMAN BROTHERS TREAS. CO.B.V. GLOB.CHAMP.ZT07(13.5.10) INDEX BSKT. | A0MJHE DE000A0MJHE1 |

Wir haben Ihren Auftrag am 06.02.2007 wie folgt ausgeführt:

Kurs
Börse                              pro Stück                                        EUR
                                   FRANKFURT/M.                                  1.000,00

Es ergibt sich folgende Abrechnung:

Kurswert

Mit Wertstellung vom 15.02.2007 belasten wir Ihr Konto mit:                          EUR
                                                                                 5.000,00

Die entsprechenden Wertpapiere haben wir Ihrem Depot gutgeschrieben               5.000,00    =
(GIROSAMMEL)

Für Umsatzsteuerzwecke:
Steuernummer: 9143/801/80009 USt-ID-Nr.:DE 114 103 395
Finanzdienstleistungen sind umsatzsteuerfrei gem. §4 Nr. 8 a-h UStG

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 14

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _Maria Helene Fassbender_

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this ____ day of _21. 10._ 2008.

_FASSBENDER_
[Print Name]

[Signature]

Name
Address
City
Country of Residence
Date of Birth

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 15

DRESDNER BANK AG

Hanau
Datum: 06.02.2007          041 459 016091/NV          Blatt    1/1
Referenz-Nr: 07/ 60476830/397286717
Rechnungsnummer: WPE/20070206/0476830

Abs:   60613 Frankfurt/M
269/0329/0014317/07//85359-02.07/0,55EUR

Herrn
Gerhard Fuchs
Kreuze 23

63505 Langenselbold

Depotkonto-Nr
402 87 040 003 00

Geldkonto-Nr
402  7 040 003 59

## Kauf von Wertpapieren

| Währung/Stück | Nennwert/Anzahl | Wertpapierbezeichnung | WP-Kenn-Nr./ISIN |
|---|---|---|---|
| ST | 18 | LEHMAN BROTHERS TREAS. CO.B.V.<br>GLOB.CHAMP.ZT07(13.5.10)<br>INDEX BSKT. | A0MJHE<br>DE000A0MJHE1 |

Wir haben Ihren Auftrag am 06.02.2007 wie folgt ausgeführt:

| Kurs<br>Börse | | pro Stück<br>FRANKFURT/M. | | EUR<br>1.000,00 |
|---|---|---|---|---|

Es ergibt sich folgende Abrechnung:

Kurswert

Mit Wertstellung vom 15.02.2007 belasten wir Ihr Konto mit:          EUR
18.000,00

Die entsprechenden Wertpapiere haben wir Ihrem Depot gutgeschrieben          18.000,00   =
(GIROSAMMEL)

Für Umsatzsteuerzwecke:
Steuernummer: 9143/801/80009 USt-ID-Nr.:DE 114 103 395
Finanzdienstleistungen sind umsatzsteuerfrei gem. §4 Nr. 8 a-h UStG

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 16

# HELGE NABER LL.M.

RECHTSANWALT                      ATTORNEY AT LAW
LANDGERICHT BREMEN                SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _____

_____

_____

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this 20 th day of Oct , 2008.

Gerhard Fuchs
[Print Name]

_____
[Signature]

Name
Address
City
Country of Residence
Date of Birth

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 17

# citibank

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs. PF 10 02 30, 47051 Duisburg
851/1601/0006714/05//60327-09.07/0,55EUR

Herrn Albert Ganser
Frau Ines Ganser
Suelzburgstr 160
50937 Koeln

GANSER, ALBERT

05.09.2007

## Effektenabrechnung
Kauf aus Emission

Depot-Nr.

060955329600

| | | | | |
|---|---|---|---|---|
| BO.E.N 22.09.11 BRENTCRUDEOIL(LEH.BR.T R.CO.) | | | | |
| Verwahrart | | WR Niederlande | WKN ISIN Gesch.-Nr. Ref.-Nr. | AOTBEN XS0311769219 30030287 9596183900 |
| Nominal / Stück | | ST | 5 | |
| Kurs | | EUR | 1.020,00 | Börse Schlusstag | ZEICHNUNGEN 05.09.2007 |

Kurswert

5.100,00- EUR

Gesamtbetrag

5.100,00- EUR

Verbuchung erfolgt in EUR zu Lasten    Konto-Nr.      Valuta
0609553296     07.09.2007

5.100,00- EUR

Kommissionsgeschäft

Rechnungsnummer: EE2-505-BAPO-00030030287

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 18

Dieser Beleg wurde maschinell erstellt

**HELGE NABER LL.M.**

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 0599

## VOLLMACHT

Hiermit erteile ich  *Ines und Albert Ganser*

NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. ("Vertreter") Vollmacht, mich in der Angelegenheit LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y., LEHMAN BROTHERS INC., BARCLAY CAPITAL INC., und allen ihren Vertretern, ihr nahestehenden Personen, ihrer Tochterunternehmen und/oder sie kontrollierende oder ihnen kontrollierte Personen sowie gegenüber jeder anderen Person oder Behörde, gerichtlich und aussergerichtlich zu vertreten und für mich bestimmte Gelder anzunehmen und zu verwahren. Alle Personen sind im Umgang mit dem Vertreter von möglichen oder tatsächlichen Schweige- und Vertraulichkeitpflichten entbunden

Ich bin in den USA nicht ansässig, und unterfalle nach bestem Wissen und Gewissen auch nicht der US-Besteuerung. Deshalb habe ich keine US-Sozialversicherungsnummer oder Steueridentifikationsnummer. Eine Kopie meines Ausweises liegt zum Nachweis ausländischer Nationalität und Wohnsitznahme an.

Ich kann diese Vollmacht jederzeit schriftlich gegenüber jedem widerrufen, der mit dem Vertreter in Verbindung steht, ein solcher Widerruf hat jedoch keine rückwirkenden Folgen.

DATIERT am  *04. 11. 2008*

*Ines Ganser*
*Albert Ganser*
[Print Name]

*[Signature]*

Name
Anschrift
PLZ/Ort
Land
Geb.-Datum

*Ines und Albert Ganser*
*Sülzburgstr. 160*
*50937 Köln*
*Deutschland*
*13.07.1961 / 06.05.1955*

RESULTS SECURITIES INC · POWER OF ATTORNEY · 2

*Vorbehaltlich der*
*Kostenübernahme durch*

EINFACHE ÜBERSETZUNG
NUR ZU INFORMATIONSZWECKEN ERSTELLT

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 19

Duisburg
Datum: 07.02.2007                    161 467 008185/NV    Blatt  1/1
Referenz-Nr: 07/ 60574880/398620997
Rechnungsnummer: WPE/20070207/0574880

Depotkonto-Nr

302  2 266 088 01

Konto-Bezeichnung

GELDMARKTKONTO

Frau
Helene Gette
Im Schlenk 136                    Geldkonto-Nr

47055 Duisburg                    302  2 266 088 01

## Kauf von Wertpapieren

| Währung/Stück | Nennwert/Anzahl | | Wertpapierbezeichnung | WP-Kenn-Nr./ISIN |
|---|---|---|---|---|
| ST | 8 | | LEHMAN BROTHERS TREAS. CO.B.V. GLOB.CHAMP.ZT07(13.5.10) INDEX BSKT. | A0MJHE DE000A0MJHE1 |

Wir haben Ihren Auftrag am 07.02.2007 wie folgt ausgeführt:

Kurs
Börse                    pro Stück                         EUR
                         FRANKFURT/M.                      1.008,53

Es ergibt sich folgende Abrechnung:

Kurswert                                                   EUR
                                                          8.068,24
Mit Wertstellung vom 15.02.2007 belasten wir Ihr Konto mit:

Die entsprechenden Wertpapiere haben wir Ihrem Depot gutgeschrieben    8.068,24  =
(GIROSAMMEL)

Für Umsatzsteuerzwecke:
Steuernummer: 9143/801/80009 USt-ID-Nr.:DE 114 103 395
Finanzdienstleistungen sind umsatzsteuerfrei gem. §4 Nr. 8 a-h UStG

Kapitalerträge sind einkommensteuerpflichtig! Diese Mitteilung ist auch ohne Unterschrift gültig/This note is valid withou
Bitte Rückseite beachten / Please see reverse side

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 20

10503/0010005/000020202266
00002/00002

# HELGE NABER LL.M.

RECHTSANWALT                           ATTORNEY AT LAW
LANDGERICHT BREMEN               SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _HELENE GETTE_

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this _03_ day of _November_ 2008.

_HELENE GETTE_
[Print Name]

_Helene Gette_
[Signature]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC · POWER OF ATTORNEY · 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 21

Kontrollnummer 08/214/902416

KLAUS-DIETER HASSE

KLINGAER STR. 84

4683 NAUNHOF

Wertpapierordernr. 85801656/00
vom 04.05.2007 um 10.41 Uhr
Financial Center 08/214
Risikoprofil KD: 04 / WP: 03
Auftrag für   :
Depot-Nr. 1501552277/0
Abwicklungskonto: 1501552277

Z E I C H N U N G

Nennwert/Stück   : STK 10,000

Wertpapier      : LEHMAN BR.TR.O.AR.N12BSKT
ISIN            : DE000A0N6GH8

Limit           : billigst
Gültig bis      : 01.06.2007

OE
FF
00
2A
00
XX
E9
X0
17

**Risikohinweis:**

[X] Mit dem Kunden sind die Risiken und Funktionsweise der Anlage besprochen worden

[ ] Dem Kunden sind die Risiken der Anlage bekannt

[X] Diese Order erfolgt auf Kundenwunsch und wurde nicht von der Citibank vorgeschlagen und / oder überschreitet die maximale Produktrisikoklasse des Kunden und / oder paßt nicht zu der vorgeschlagenen / gewählten Anlagestrategie gemäß Risikoprofil bzw. überschreitet den von der Citibank maximal empfohlenen Anteil an Papieren dieser Produktrisikoklasse.

Beim Kauf von Fondsanteilen wurden dem Kunden folgende Unterlagen kostenlos zur Verfügung gestellt:

[ ] Ausführlicher Verkaufsprospekt   [ ] Vereinfachter Verkaufsprospekt   [ ] Rechenschaftsbericht/ Halbjahresbericht

[ ] Detaillierte Produktinformation/Fondsporträts                      [ ] Der Kunde verzichtet auf diese Unterlagen

[ ] Der Kunde verzichtet auf diese Unterlagen

Beim Kauf von Strukturierten Produkten (Zertifikate) wurden dem Kunden die detaillierten Produktinformationen ausgehändigt. Zudem wurden folgende Unterlagen kostenlos zur Verfügung gestellt:

[X] Verkaufsprospekt

[ ] Der Kunde verzichtet auf diese Unterlagen

Für den Auftrag gelten die Allgemeinen Geschäftsbedingungen, die Sonderbedingungen für Wertpapiergeschäfte und ggf. die Sonderbedingungen für Auslandsgeschäfte in Wertpapieren, die in der jeweils gültigen Fassung in den Schalterräumen eingesehen werden können. Evtl. Kosten entnehmen Sie der aktuell gültigen Gebührenübersicht im Depot- und Wertpapiergeschäft; Hinweise zu den Umrechnungskursen bei Fremdwährungsgeschäften entnehmen Sie bitte dem Preisverzeichnis, welches jederzeit in unseren Geschäftsstellen einsehbar ist. Die Order unterliegt ferner den für den Wertpapierhandel am Ausführungsplatz geltenden Geschäftsbedingungen (Usancen). Fonds/Optionsscheine sind nicht für den Vertrieb in den USA oder den Verkauf an US-Staatsbürger oder Personen, die ihren ständigen Aufenthalt im Gebiet der Vereinigten Staaten von Amerika haben, bestimmt. Der Kunde verpflichtet sich beim Kauf, die von ihm erworbenen o.g. Wertpapiere an natürliche und juristische Personen sowie Gebietsansässige der Vereinigten Staaten von Amerika nicht weiter zu veräussern, noch sie diesem Personenkreis anzubieten, zu übertragen oder zu liefern.

[ ] Die Durchschrift des Auftrages wurde dem Kunden ausgehändigt.        [X] Telefonauftrag

Ort, Datum
**Berlin, 04.05.2007**

Kundenunterschrift

Ort, Datum
**Berlin, 04.05.2007**

Unterschrift Mitarbeiter

**Hinweis:**
Die Wertentwicklung in der Vergangenheit läßt keine Rückschlüsse auf die künftige Wertentwicklung zu. Bei Fondsanlagen handelt es sich weder t Schuldverschreibungen. Sie werden nicht von Citibank/Citigroup oder deren Tochtergesellschaft garantiert.
**Datenschutz**
Der Schutz ihrer Privatsphäre ist uns wichtig. Unser weltweit gültiges Datenschutzversprechen finden Sie in jeder Schalteranlage und im Interne unrichtig sein, Sie von uns keine Werbung wünschen oder allgemeine Fragen zu ihren Daten hah

F 002A
Matt Filiale: Z. Blatt Kunde

08-BK-13555 in re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 22

### Ihre Ausgangssituation

| Anlagestrategie | maximaler Risikoanteil | Risikoanteil vor Beratung | Risikostatus vor Beratung |
|---|---|---|---|
| ausgewogen (Stand vom 19.09.2006) | 55,0% | 83,7% | Risikoanteil ist zu hoch (max. 55,0%) |
| | | davon Risikoklasse 4 61,9% | Anteil Risikoklasse 4 ist zu hoch (max. 50,0%) |

### Angaben zur heutigen Beratung

| geplante Neuanlage | geplante Optimierung | Risikoanteil nach Ausführung | Risikostatus nach Ausführung |
|---|---|---|---|
| 0 € | 0 € | 84,3% | Risikoanteil ist zu hoch (max. 55,0%), Risikoanlagen auf eigenen Kundenwunsch |
| | | davon Risikoklasse 4 61,9% | Anteil Risikoklasse 4 wurde reduziert |

### Kauf folgender Wertpapiere

| Stücke Name / ISIN | AA VFP | RK | Anlagebetrag in EUR | Anmerkung |
|---|---|---|---|---|
| 5.000 Alpha Express Anleihe DE000JPM1V36 | 3,000% | 2 | 5.150,00 | |
| 10.000 Alpha Express Zertifikat DE000AON6GH8 | 2,000% | 3 | 10.200,00 | ausdrücklicher Kundenwunsch |
| **Gesamtsumme:** | | | **15.350,00** | |

Citibank erhält o.g. Ausgabeaufschläge (AA) sowie o.g. Vertriebsfolgeprovisionen (VFP) p.a. Zusätzliche Rückvergütungen bzw. Vertriebsfolgeprovisionen bei der Zeichnung von Zertifikaten werden in den ausgehändigten Produktinformationen ausgewiesen.

### Hinweis

Die mit dem Zusatz "ausdrücklicher Kundenwunsch" gekennzeichneten Order erfolgen auf Kundenwunsch und wurden nicht von der Citibank vorgeschlagen und/oder überschreiten die maximale Produktrisikoklasse des Kunden und/oder passen nicht zu der vorgeschlagenen/gewählten Anlagestrategie gemäß Risikoprofil bzw. überschreiten den von der Citibank maximal empfohlenen Anteil an Papieren dieser Produktrisikoklasse.

### Hinweis

Basierend auf den von Ihnen gegebenen Weisungen zur Fondsauswahl wurde der Anlagebetrag entsprechend aufgeteilt. Bitte berücksichtigen Sie, dass es sich dabei nicht um eine Citibank Empfehlung handelt.

### Risikohinweis

| | |
|---|---|
| ☒ | Mit dem Kunden sind die Risiken und Funktionsweise der Anlage besprochen worden. |
| ☐ | Dem Kunden sind bereits die Risiken und Funktionsweise der Anlage bekannt. |

Citibank Finanzplanung für Klaus-Dieter Hasse Kto.: 1501552277 vom 04.05.2007

00
EF
FO
O2
00
XX
EL
HO
13

Kaufen Sie bitte die oben genannten Investmentfondsanteile zum nächsten Abrechnungskurs, buchen Sie den Gegenwert über das Abwicklungskonto Nr. 1501552277 ab

Sollte zum Zeitpunkt der Ordererteilung (Kauf) der vollständige Gegenwert noch nicht auf meinem zuvor genannten Girokonto verfügbar sein, kann die Ausführung der Sammelorder erst erfolgen, wenn die entsprechende vollständige Deckung besteht. Da die Bank nicht entscheiden kann, welcher Teil der Sammelorder gegebenenfalls vorgezogen werden sollte, erfolgt die Abwicklung der Sammelorder deshalb erst nach dem vollständigen Eingang des Gegenwertes. Das genaue Abrechnungsdatum für die einzelne Fondsorder ist abhängig von der Abrechnungszeit der jeweiligen Kapitalanlagegesellschaft. Auf Wunsch nennt die Citibank Ihnen den abhängig von der Abwicklungszeit abhängigen Abrechnungstag. Für den Auftrag gelten die Sonderbedingungen für Wertpapiergeschäfte, die in der jeweils gültigen Fassung in den Schalterräumen eingesehen werden können. Die Order unterliegt ferner den für den Wertpapierhandel am Ausführungsplatz geltenden Geschäftsbedingungen (Usancen); daneben gelten die allgemeinen Geschäftsbedingungen des Vertragspartners der Bank.

## Preisfeststellungsverfahren

Die Angabe der obigen Preise basiert auf dem letzten verfügbaren Preis der einzelnen Fondsanteile unter Berücksichtigung des Ausgabeaufschlages. Dieses ist nicht Ihr Abrechnungskurs. Der tatsächliche Kaufpreis wird deshalb abhängig von Preisschwankungen der Fondsanteilspreise und der jeweiligen Währung variieren. Als Referenzkurs für nicht EURO denominierte Fonds dient der letzte verfügbare EZB-Kurs von 13:00 Uhr (MEZ) für die jeweilige Währung. Es wird bei Stückorderberechnung auf ganze Anteile gerundet.

Zertifikate, die während der Zeichnungsfrist gekauft werden, werden am Ende der Zeichnungsfrist zu einem dann festgesetzten Kurs zuzüglich Ausgabeaufschlag abgerechnet. Bei Verkäufen unterliegen Kursinformationen den täglichen Preisschwankungen an der Börse. Der in der Order mitgeteilte (letzte bekannte) Kurs ist also nicht identisch mit dem Verkaufsabrechnungskurs.

## Hinweis allgemein

Anlagen in diese Produkte sind keine Bankeinlagen und sind nicht durch Citibank/Citigroup, deren Töchter oder den Einlagensicherungsfonds garantiert. Die Performance der Vergangenheit lässt keine Rückschlüsse auf die zukünftige Wertentwicklung zu. Der Wert der Anlage unterliegt den Schwankungen des Marktes, welche zum ganzen oder teilweisen Verlust des Investments führen können. Der Erwerb dieser Produkte ist mit Kosten/Gebühren verbunden. Diese Produkte können nicht von US-Personen erworben werden. Den Verkaufsprospekt als alleinige Grundlage für den Kauf von Anteilen an Investmentfonds sowie die aktuellen Rechenschaftsbericht/Halbjahresbericht erhalten Sie bei Ihrer Citibank Zweigstelle sowie direkt bei der Citibank Privatkunden AG & Co. KGaA, Kasernenstr. 10, 40213 Düsseldorf.

| Verkauf folgender Wertpapiere | | |
| --- | --- | --- |
| Anteile Name / ISIN | Betrag in € ca. | Rücknahmepreis / Datum |
| 15,000 FT Frankfurt-Effekten-Fonds DE0008478058 | 2.792,25 | 186,15 € 03.05.2007 |
| 20,000 Invest Deutschland DE0008491234 | 2.811,80 | 140,59 € 02.05.2007 |
| 350,000 Fidelity Fds-Europ. Growth Fd. LU0048578792 | 4.595,50 | 13,13 € 02.05.2007 |
| Gesamtsumme: | 10.199,55 | |

## Quellen

Interactive Data Managed Solutions AG, Wertpapier-Mitteilungen, Standard & Poor's Comstock Inc. und weitere Anbieter.

## Haftung

Deutsche Wertpapier-Kurse und Fonds-Preise werden von der Deutsche Börse AG, Wertpapier-Mitteilungen und den Fondsgesellschaften, andere Kursinformationen von S&P Comstock durch die ISG zur privaten Nutzung ohne Gewähr für Vollständigkeit, Richtigkeit und Genauigkeit zur Verfügung gestellt. Die Citibank und Interactive Data Managed Solutions AG übernehmen trotz sorgfältiger Beschaffung und Bereitstellung keine Haftung für die Richtigkeit, Vollständigkeit oder Genauigkeit der angezeigten Kurse, Indizes, Preise und sonstigen Inhalte, es sei denn, die Citibank trifft ein eigenes Verschulden bei einer fehlerhaften Datenwiedergabe.

Citibank Finanzplanung für Klaus-Dieter Hasse Kto.: 1501552277 vom 04.05.2007

| Beim Kauf von Fondsanteilen/von der Citibank vermittelten strukturierten Produkten wurden dem Kunden folgende Unterlagen kostenlos zur Verfügung gestellt: | |
|---|---|
| ☒ Verkaufsprospekt | |
| ☐ Rechenschaftsbericht/Halbjahresbericht (bei Fonds) | ☐ Der Kunde verzichtet |
| ☒ detaillierte Fondsportraits/Produktinformationen | ☐ Der Kunde verzichtet |
| ☒ Die Kopie des Kaufauftrages wurde dem Kunden ausgehändigt | ☐ Der Kunde verzichtet |
| ☐ Telefonauftrag | |

Unterschrift für Kauf und Verkauf oben genannter Wertpapiere

Berlin, 04.05.2007

Unterschrift Kunde
**Klaus-Dieter Hasse**

Unterschrift Kundenberater
**Peter Harcke**

00
EF
F0
02
00
XX
EL
HO
30

# GE NABER LL.M.

RECHTSANWALT                                    ATTORNEY AT LAW
LANDGERICHT BREMEN                              SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _Klaus Dieter Hasse_
  _Klingner Str. 84_
  _04683 Naunhof_

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this __11__ day of __22__ 2008.

_Hasse Klaus Dieter_
[Print Name]                                    [Signature]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC · POWER OF ATTORNEY · 1

# citibank

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30. 47051 Duisburg
094/1601/0010308/02//60327-08.06/0,55EUR

Herrn
Hans Heinzen
Berbigstr. 2
64739 Hoechst

HEINZEN, HANS

02.08.2006

Depot-Nr

## Effektenabrechnung
Kauf aus Emission

150840064800

| | | | | WKN | AOJX2F |
|---|---|---|---|---|---|
| 0% LEHMAN BR.TR.IDXLKD STR BRIC MTN06 2. 02.11 | | | | ISIN | XS0256689589 |
| Verwahrart | WR Niederlande | | | Gesch./Ref.-Nr | 22617537/6066970300 |
| Nominal / Stück | ST | | 7 | Börse | ZEICHNUNGEN |
| Kurs | EUR | 1 030.00 | | Schlusstag | 02.08.2006 |

| Kurswert | |
|---|---|
| | 7.210,00- EUR |
| Gesamtbetrag | 7.210,00- EUR |

| Verbuchung erfolgt in EUR zu Lasten | Konto-Nr. 1508400548 | Valuta 04.08.2006 | 7.210,00- EUR |
|---|---|---|---|

Kommissionsgeschaft

Rechnungsnummer  EE2-505-BAP0-00022617537

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Peter E. Blatter; Ulrich Jordanc Peter Kleine Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mailänder
Sitz der Gesellschaft: Düsseldorf • Handelsregister Amtsgericht Düsseldorf HRB 48390
UST-ID-Nr.: DE 911 285 485 • Steuer-Nr: 47/220/21888

A member of citigroup

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 24

citibank

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abt. PF 10 02 30, 47051 Duisburg
591/1601/0008266/06//60327-09.06/0,55EUR

Herrn
Hans Heinzen
Berbigstr. 2
64739 Hoechst

HEINZEN, HANS

05.09.2006

## Effektenabrechnung
Kauf aus Emission

Depot-Nr

150840064800

| 0% LEHMAN SR.TREAS B V IND.LKD.MTN.06 7.09.10 | | | | |
|---|---|---|---|---|
| Verwahrart | WR Niederlande | | WKN ISIN Gesch.-Nr. Ref.-Nr. | AOGTUH XS0258411239 23158869 6066961400 |
| Nominal / Stück Kurs | ST EUR | 11 1.030,00 | Börse Schlusstag | ZEICHNUNGEN 05.09.2006 |

Kurswert

11.330,00- EUR

Gesamtbetrag

11.330,00- EUR

Verbuchung erfolgt in EUR zu Lasten     Konto-Nr.          Valuta
                                        1508400648         07.09.2006

11.330,00- EUR

Kommissionsgeschäft

Rechnungsnummer: EE2-505-BAPO-00023158869

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mailänder
Sitz der Gesellschaft: Düsseldorf • Handelsregister Amtsgericht Düsseldorf HRB 49390
UST-ID-Nr.: DE 811 285 485 • Steuer-Nr.: 47/220/21848

A member of citigroup

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, *Hans Heinzen Bergstr. 2*
*64739 Höchst/Odw*
*Hessen, Germany*

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401 U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this 27 day of 10 — 2008.

*Hans Heinzen*
[Print Name]

[Signature]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC · POWER OF ATTORNEY · 1

Datum: 08.02.2007

Auftrag-Nr: 07/ 6063671O/399907450

Rechnungsnummer: WPE/20070208/0636710

Abs: PF.101107 - 40002 Düsseldorf

340/0329/0007067/09//85359-02.07//0,55EUR

Hella Ishii oder Hiroichi
Ishii
Lindenstr. 2

40699 Erkrath

Depotkonto-Nr

300  2 556 509 00

Konto-Inhaber

Hella Ishii oder Hiroichi
Ishii

Geldkonto-Nr

300  2 556 509 00

## Kauf von Wertpapieren

| Währung/Stück | Nennwert/Anzahl | Wertpapierbezeichnung | WP-Kenn-Nr./ISIN |
|---|---|---|---|
| ST | 20 | LEHMAN BROTHERS TREAS. CO.B.V. GLOB.CHAMP-ZT07(2015-16) INDEX BSKT. | A0MJHE DE000A0MJHE1 |

Wir haben Ihren Auftrag am 08.02.2007 wie folgt ausgeführt:

Kurs
Börse                                    pro Stück
                                         FRANKFURT/M.                                         EUR
                                                                                             1.004,35

Es ergibt sich folgende Abrechnung:

Kurswert

Mit Wertstellung vom 15.02.2007 belasten wir Ihr Konto mit:                                   EUR
                                                                                             20.087,00
Die entsprechenden Wertpapiere haben wir Ihrem Depot gutgeschrieben
(GIROSAMMEL)                                                                                  20.087,00 =

Für Umsatzsteuerzwecke:
Steuernummer: 9143/801/60009 USt-ID-Nr.:DE 114 103 395
Finanzdienstleistungen sind umsatzsteuerfrei gem. §4 Nr. 8 a-h UStG

Kapitalerträge sind einkommensteuerpflichtig! Diese Mitteilung ist auch ohne Unterschrift gültig/This note is valid without
Bitte Rückseite beachten / Please see reverse side

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 26

**DRESDNER BANK AG**

Duesseldorf
Datum: 06.12.2006                161/133 003903/NV        Blatt 1,
Referenz-Nr: 07/ 57422820/332855972
Rechnungsnummer: WPF/20061206/7422820

Abs: PF.101107 - 40002 Düsseldorf
798/0329/0008365/07//85359-12.06/0,55EUR

Depotkonto-Nr

300 2 556 509 00

Konto-Inhaber

Hella Ishii oder Hiroichi
Ishii
Lindenstr. 2

Hella Ishii oder Hiroichi
Ishii

40699 Erkrath

Geldkonto-Nr

300 2 556 509 00

## Kauf von Wertpapieren

| Währung/Stück | Nennwert/Anzahl | Wertpapierbezeichnung | WP-Kenn-Nr./ISIN. |
|---|---|---|---|
| ST | 25 | LEHMAN BROTHERS TREAS. CO.B.V. EUR-ZERO IDX.LKD.MTN.V.2006 (27.12.2010) | A0LJW1 DE000A0LJW12 |

Wir haben Ihren Auftrag am 08.12.2006 wie folgt ausgeführt:

Kurs.
Börse

Pro Stück
FRANKFURT/M.

EUR
1.026,85

Es ergibt sich folgende Abrechnung:

Kurswert

Mit Wertstellung vom 08.12.2006 belasten wir Ihr Konto mit:

EUR
25.671,25

Die entsprechenden Wertpapiere haben wir Ihrem Depot gutgeschrieben
(GIROSAMMEL)

25.671,25

Für Umsatzsteuerzwecke:
Steuernummer: 9 143/801/80009 USt-ID-Nr. DE114 103 536
Finanzdienstleistungen sind umsatzsteuerfrei gem. §4 Nr.8 h UStG.

*[handwritten:]* Rückzahlung :

1.115,—
1.026,85
88,15   □   88,24

Kapitalerträge sind einkommensteuerpflichtig! Diese Mitteilung ist auch ohne Unterschrift gültig/This note is valid wit...

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _Hiroichi Ishii_, _Lindenstrasse 2,_
_40699 Erkrath, Germany_, born
_2 January 1943_

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

**LEHMAN BROTHERS HOLDING INC., 08-BK-13555 et.al., Bankr. S.D.N.Y.**
**LEHMAN BROTHERS INC., 08-AP-01420 SIPA, S.D.N.Y.**
**BARCLAY CAPITAL INC.**

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this _20_ day of _January_ 2008. 2009

_Hiroichi Ishii_
[Print Name]

[Signature]

Name
Address
City
Country of Residence
Date of Birth

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 27

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _Hella Ishii, Lindenstrasse 2, 40699 Erkrath, Germany, born 25 June 1944_

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

**LEHMAN BROTHERS HOLDING INC., 08-BK-13555 et.al., Bankr. S.D.N.Y.**
**LEHMAN BROTHERS INC., 08-AP-01420 SIPA, S.D.N.Y.**
**BARCLAY CAPITAL INC.**

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this __10__ day of __January__ 2008. 2009

__Hella Ishii__
[Print Name]

__Hella Ishii__
[Signature]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC • POWER OF ATTORNEY • 1

# citibank

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abt: PF 10 02 30, 47051 Duisburg
222/1601/0003738/04//60327-10.07/0,55EUR

Frau Ursula Elisabeth Jahn
Herrn Horst Albert Jahn
Oleanderstr. 29
41470 Neuss

JAHN, URSULA ELISABETH

04.10.2007

## Effektenabrechnung
Kauf aus Emission

Depot-Nr.

301148018701

| AUTO-CALL.DEF.07.11.12 DJES 50 (CITIBK .INT.) | | | | | |
|---|---|---|---|---|---|
| Verwahrart | Girosammelverwahrung | | WKN<br>ISIN<br>Gesch.-Nr.<br>Ref.-Nr. | | AOS5ND<br>DE000AOS5NDO<br>30441206<br>9810904200 |
| Nominal / Stück<br>Kurs | ST<br>EUR | 9<br>1.020,00 | Börse<br>Schlusstag | | ZEICHNUNGEN<br>04.10.2007 |

Kurswert

9.180,00- EUR

Gesamtbetrag

9 180,00- EUR

Verbuchung erfolgt in EUR zu Lasten    Konto-Nr.        Valuta
                                        3011480187       05.10.2007

9.180,00- EUR

Kommissionsgeschäft

15/09 LBHI E0040.02
JAHN U & H
Summary Proof of Claim
EXHIBIT 02

Rechnungsnummer: EE2-505-BAPO-00030441206

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Ahmad Siddik Badruddin; Peter E. Bloner; Ulrich Jordan; Peter Kleine Frost Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mailänder
Sitz der Gesellschaft Düsseldorf • Handelsregister Amtsgericht Düsseldorf HRB 48380
UST-ID-Nr.: DE 811 205 495 • Steuer-Nr.: 47/220/21888

A member of citigroup

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 28

C201 02 O w 07.06 IF(CZ01)

C


**citibank**

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 3d, 47051 Duisburg
623/1601/0005008/02//60327-11.07/0.55EUR

Herrn
Walter Jansen
An Der Schiessrute 31
47877 Willich

JANSEN, WALTER

02.11.2007

**Effektenabrechnung**
Kauf aus Emission

Depot-Nr.

310149017900

| | | |
|---|---|---|
| BO.E.N 07.12.12 DJES 50 (LEH.BROS.TREA .B.V.) | | |
| Verwahrart | Girosammelverwahrung | |

| | | |
|---|---|---|
| WKN | | A0S116 |
| ISIN | | DE000A0S1160 |
| Gesch.-Nr. | | 30884454 |
| Ref.-Nr. | | 0036397700 |

| | | | |
|---|---|---|---|
| Nominal / Stück | ST | | 25 |
| Kurs | EUR | 1.020,00 | |
| Auftragsart | Billigst | | |
| Kurswert | | | |

| | |
|---|---|
| Börse | |
| Schlusstag | ZEICHNUNGEN 02.11.2007 |

25.500,00- EUR

Gesamtbetrag

25.500,00- EUR

Verbuchung erfolgt in EUR zu Lasten    Konto-Nr.
3101490179

Valuta
06.11.2007

25.500,00- EUR

Kommissionsgeschäft

Rechnungsnummer: EE2-505-BAPO-00030884454

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben; Irrtum vorbehalten.
Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Ahmad Siddik Badruddin; Peter E. Blatter; Ulrich Jonker; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Maßberator
Sitz der Gesellschaft: Düsseldorf • Handelsregister Amtsgericht Düsseldorf HRB 48310
UST-ID-Nr.: DE 811 235 485 • Steuer-Nr.: 47/220/21989

A member of citigroup

08-BK-13555 in re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 29

**citibank**

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs. PF 10 02 30, 47051 Duisburg
DV  03   0,55  Deutsche Post

Herrn
Walter Jansen
An Der Schlessrute 31
47877 Willich

JANSEN, WALTER

05.03.2008

## Effektenabrechnung

Kauf aus Emission                                       Depot-Nr.                              310149017900

| TWIN WIN N.07.03.11 WTI CRUDE(LEHM.BRO .TRE.) | | | | | |
|---|---|---|---|---|---|
| Verwahrart | | WR Niederlande | | WKN | A0SRYZ |
| | | | | ISIN | XS0340076321 |
| | | | | Gesch.-Nr. | 32783551 |
| Nominal / Stück | ST | | 15 | Ref.-Nr. | 1117031600 |
| Kurs | EUR | | 1.020,00 | Börse | ZEICHNUNGEN |
| Auftragsart | Billigst | | | Schlusstag | 05.03.2008 |

Kurswert

15.300,00 – EUR

Gesamtbetrag

15.300,00 – EUR

Verbuchung erfolgt in EUR zu Lasten          Konto-Nr.            Valuta
                                             3101490179           07.03.2008

15.300,00– EUR

Kommissionsgeschäft

Rechnungsnummer:  EE2-505-BAP0-00032783551

Dieses Produkt ist keine Bankeinlage. Es unterliegt nicht der Einlagensicherung. Die vergangene Performance lässt keine Rückschlüsse auf die zukünftige Wertentwicklung zu.
Der Wert der Anlage kann schwanken. Ein teilweiser oder ganzer Verlust ist möglich. Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.
Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Ahmad Siddik Badruddin; Peter E. Blaxer; Ulrich Jordan, Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mailänder

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abr. Nr. 10 07 50, 47001 Duisburg
DV  05  0,55  Deutsche Post 

*WIS*8882469*
Herrn Peter Jonas
Frau Heike Jonas
Wischhof 20
22946 Grossensee

JONAS, PETER                                      05.05.2008

## Effektenabrechnung
Kauf aus Emission

Depot-Nr.                    030944354500

| OUTP.A.RED.N 07.05.13 BASKET(LEH.BRO.T REAS.) | | WKN | A0V4EI |
| Verwahrart | Girosammelverwahrung | ISIN | DE000A0V4E15 |
| | | Gesch.-Nr. | 33499173 |
| Nominal / Stück | ST | 7 | Ref.-Nr. | 1442164/00 |
| Kurs | EUR | 1.020,00 | Börse | ZEICHNUNGEN |
| Auftragsart | Billigst | | Schlusstag | 05.05.2008 |

Kurswert                                          7.140,00 - EUR

Gesamtbetrag                                      7.140,00 - EUR

Verbuchung erfolgt in EUR zu Lasten    Konto-Nr.        Valuta
                                       0309443545       07.05.2008        7.140,00- EUR

Kommissionsgeschäft

Rechnungsnummer:  EE2-505-BAP0-000334991/3

Dieses Produkt ist keine Garantieanlage. Es unterliegt nicht der Anlagesicherung. Die vergangene Performance lässt keine Rückschlüsse auf die zukünftige Wertentwicklung zu.
Der Wert der Anlage kann schwanken. Ein teilweiser oder ganzer Verlust ist möglich. Dieser Beleg wurde maschinell erstellt und nicht unterschrieben Irrtum vorbehalten.
Persönlich haftende und geschäftsführende Gesellschafter: Citigroup Management AG
Vorstand: Abukari Sofelli Bedruddin, Peter E. Dieter, Ulrich Jordan, Peter Klein, Franz Josef Nick

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 30

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS, MONTANA 59401
TELEPHONE (406) 452-3100 · FACSIMILE (406) 452-6589
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _____

_____

_____

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this 15 day of 11. 2008.

_____
Jonas
[Print Name]

_d. Jonas P. Jonas_

Name Jonas, Heike u. Peter
Address Wischhof 20
City 22946 Grobensee
County of Residence Deutschland
Date of Birth 27.03.1944 und 03.09.1944

LEHMAN BROTHERS INC - POWER OF ATTORNEY - 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 31

Datum 08.02.2007

Ref.-Nr. 07/ 60626050/399918535

Rechnungsnummer: WPE/20070208/0626050

Depotkonto-Nr
300 81 328 116 00

Geldkonto-Nr
300  1 328 116 02

Abs: PF.101107 - 40002 Düsseldorf

340/0329/0007276/09//85359-02.07/0,55EUR

Herrn
Kurt Kapalla
Mommsenstr. 2

41470 Neuss

## Kauf von Wertpapieren

| Währung/Stück | Nennwert/Anzahl | | Wertpapierbezeichnung | Wp-Kenn-Nr./ISIN |
|---|---|---|---|---|
| ST | 20 | | LEHMAN BROTHERS TREAS. CO.B.V. GLOB.CHAMP.ZT07(13.5.10) INDEX BSKT. | A0MJHE DE000A0MJHE1 |

Wir haben Ihren Auftrag am 08.02.2007 wie folgt ausgeführt:

| Kurs | | pro Stück | EUR |
|---|---|---|---|
| Börse | | FRANKFURT/M. | 1.004,35 |

Es ergibt sich folgende Abrechnung:

| · Kurswert | | | EUR 20.087,00 |
|---|---|---|---|

Mit Wertstellung vom 15.02.2007 belasten wir Ihr Konto mit:    20.087,00  =

Die entsprechenden Wertpapiere haben wir Ihrem Depot gutgeschrieben
(GIROSAMMEL)

ür Umsatzsteuerzwecke:
·steuernummer: 9143/801/80009 USt-ID-Nr.:DE 114 103 395
Finanzdienstleistungen sind umsatzsteuerfrei gem. §4 Nr. 8 a-h UStG

Kapitalerträge sind einkommensteuerpflichtig! Diese Mitteilung ist auch ohne Unterschrift gültig/This note is valid without signature

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 32

# HELGE NABER LL.M.

RECHTSANWALT                          ATTORNEY AT LAW
LANDGERICHT BREMEN              SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, *Kurt Kapalla*

*Mommsenstr. 2    41470 - Neuss Germany*

*Tel. 0049-172 9690551    Fax 0049-2737-6997*

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this **29** day of **10** 2008.

*Kurt Kapalla*                    [Signature]              KURT KAPALLA
[Print Name]                      [Signature]              HANDELSVERTRETUNGEN
                                                           Mommsenstraße 2
                                                           41470 Neuss
                                                           Tel. 021 37/57 49, Fax 021 37/69 97

Name
Address
City
Country of Residence
Date of Birth

LEHMAN SECURITIES INC · POWER OF ATTORNEY · 1

**Citibank Privatkunden AG & Co. KGaA**
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg

DV  05   0,55   Deutsche Post 

*838*0003269*
Herrn
Hermann Koechling
Kleiner Hellweg 16
33154 Salzkotten

KOECHLING, HERMANN                                        05.05.2008

## Effektenabrechnung                        Depot-Nr.                    07044023690
Kauf aus Emission

| OUTP.A.RED.N 07.05.13 BASKET(LEH.BRO.T REAS.) | | | | |
|---|---|---|---|---|
| Verwahrart | Girosammelverwahrung | | WKN | A0V4E |
| | | | ISIN | DE000A0V4E1 |
| | | | Gesch.-Nr. | 335002 |
| Nominal / Stück | ST | 20 | Ref.-Nr. | 1527897900 |
| Kurs | EUR | 1.020,00 | Börse | ZEICHNUNGE |
| Auftragsart | Billigst | | Schlusstag | 05.05.20 |

| Kurswert | |
|---|---|
| | 20.400,00 - EL |

| Gesamtbetrag | |
|---|---|
| | 20.400,00 - EL |

| Verbuchung erfolgt in EUR zu Lasten | Konto-Nr. 0704402369 | Valuta 07.05.2008 | 20.400,00- EL |
|---|---|---|---|

Kommissionsgeschäft

Rechnungsnummer:  EE2-505-BAP0-00033500247

Dieses Produkt ist keine Bankeinlage. Es unterliegt nicht der Einlagensicherung. Die vergangene Performance lässt keine Rückschlüsse auf die zukünftige Wertentwicklung zu. Der Wert der Anlage kann schwanken. Ein teilweiser oder ganzer Verlust ist möglich. Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben, Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Ahmad Sidditk Badnuddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mailänder
Sitz der Gesellschaft: Düsseldorf Handelsregister Amtsgericht Düsseldorf HRB 48380

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 34

# HELGE NABER LL.M.

RECHTSANWALT                              ATTORNEY AT LAW
LANDGERICHT BREMEN                        SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I,   *Hermann Köchling*
     *Kleiner Hellweg 16*
     *33 154 Salzkotten   D*

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401,
U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert
against or related to

    LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
    LEHMAN BROTHERS INC.
    BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s),
predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me
on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released
from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This
Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within
the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification
Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign
nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with
whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this *15* day of *1C,*   2008.

*Köchling  Hermann*                        [Signature]
[Print Name]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC • POWER OF ATTORNEY • 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 35

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg

DV 05 0,55 Deutsche Post 

"A56"0002459"
Herm
Odo Krawinkel
Brookwisch 27
22946 Grossensee



KRAWINKEL, ODO

05.05.2008

## Effektenabrechnung

Depot-Nr.                     010240354200

Kauf aus Emission

| OUTP.A.RED.N 07.05.13 BASKET(LEH.BRO.T REAS.) | | | WKN | A0V4E1 |
| Verwahrart | | | ISIN | DE000A0V4E15 |
| | Girosammelverwahrung | | Gesch.-Nr. | 33500455 |
| Nominal / Stück | ST | 20 | Ref.-Nr. | 1539052500 |
| Kurs | EUR | 1.020,00 | Börse | ZEICHNUNGEN |
| Auftragsart | Billigst | | Schlusstag | 05.05.2008 |

Kurswert

20.400,00 - EUR

Gesamtbetrag

20.400,00 - EUR

Verbuchung erfolgt in EUR zu Lasten          Konto-Nr.              Valuta
                                             0102403542             07.05.2008

20.400,00- EUR

Kommissionsgeschäft

Rechnungsnummer:   EE2-505-BAP0-00033500455

Dieses Produkt ist keine Bankeinlage. Es unterliegt nicht der Einlagensicherung. Die vergangene Performance lässt keine Rückschlüsse auf die zukünftige Wertentwicklung zu. Der Wert der Anlage kann schwanken. Ein teilweiser oder ganzer Verlust ist möglich. Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.
Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG

# citibank

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg

**Herrn**
Odo Krawinkel
Brookwisch 27
22946 Grossensee

KRAWINKEL, ODO                                                    30.05.2007

                                                    Depot-Nr.

## Effektenabrechnung
Kauf aus Emission

Depot-Nr.: 010240354200

| OUTP.A.RED.N 01.06.12 BASK.(LEHM.BRO.T REAS.) | | WKN | AON6GH |
|---|---|---|---|
| Verwahrart | Girosammelverwahrung | ISIN | DE000AON6GH8 |
| | | Gesch.-Nr. | 28378559 |
| | | Ref.-Nr. | 8642932600 |
| Nominal / Stück | ST                40 | Börse | ZEICHNUNGEN |
| Kurs | EUR          1.020,00 | Schlusstag | 30.05.2007 |

| Kurswert | 40.800,00- EUR |
|---|---|

| Gesamtbetrag | 40.800,00- EUR |
|---|---|

| Verbuchung erfolgt in EUR zu Lasten | Konto-Nr. | Valuta | |
|---|---|---|---|
| | 0102403542 | 01.06.2007 | 40.800,00- EUR |

Kommissionsgeschäft

Rechnungsnummer: EE2-605-BAP0-00028378559

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Ahmad Siddik Badruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick

# HELGE NABER LL.M.

RECHTSANWALT                          ATTORNEY AT LAW
LANDGERICHT BREMEN                SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452.3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _Odo Krawinkel_, geb. 01.02 1940, HH

_Brookwisch 27_

_22946 Grogonsee_

hereby authorize NABER.PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this _22_ day of _Oktober_ 2008.

_O. Krawinkel_                          [Signature]
[Print Name]                            [Signature]

Name
Address
City
Country of Residence
Date of Birth

REBULTS SECURITIES INC. · POWER OF ATTORNEY · 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 37

**Citibank Privatkunden AG & Co. KGaA**
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs PF 10 02 30, 47051 Duisburg

DV   01   0,55   Deutsche Post 

"057"0002911"
Herrn
Joerg Norbert Lewin
Helene Stoecker Str 26
40789 Monheim

LEWIN, JOERG NORBERT

02.01.2008

# Effektenabrechnung
Kauf aus Emission

Depot-Nr.

270661305400

BO.E.N 23.01.13 DJES 50 (LEHMAN BROS T
REAS.)

Verwahrart

Girosammelverwahrung

| | | |
|---|---|---|
| WKN | | A0SUEV |
| ISIN | | DE000A0SUEV6 |
| Gesch.-Nr. | | 31762200 |
| Ref.-Nr. | | 0584359200 |
| Börse | | ZEICHNUNGEN |
| Schlusstag | | 02.01.2008 |

| Nominal / Stück | | |
|---|---|---|
| Kurs | ST | 10 |
| Auftragsart | EUR | 1.020,00 |
| | Billigst | |

Kurswert

10.200,00 - EUR

Gesamtbetrag

10.200,00 - EUR

Verbuchung erfolgt in EUR zu Lasten     Konto-Nr.     Valuta
2706613054     04.01.2008

10.200,00- EUR

Kommissionsgeschäft

Rechnungsnummer:   EE2-505-BAP0-00031762200

Dieser Beleg wurde maschinell erstellt und wird nicht unterschneben Irrtum vorbehalten

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S Harnett, Vorsitzende; Ahmad Siddik Badruddin; Peter E Blatter; Ulrich Jordan; Peter Klein, Franz Josef Nick
Vorsitzender des Aufsichtsrates. Prof. Dr K Peter Mailänder
Sitz der Gesellschaft: Düsseldorf Handelsregister Amtsgericht Düsseldorf HRB 48380
UST-ID.Nr : DE 811 285 485 Steuer-Nr . 47/720/21888

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 38

# HELGE NABER LL.M.

RECHTSANWALT                    ATTORNEY AT LAW
LANDGERICHT BREMEN              SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _LEWIN  JOERG  NORBERT_
_Helene- Stöcker- Str. 26, 40789 MONHEIM / GERMANY_
_geb: 27.06. 1961_

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401,
U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert
against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 et.al., Bankr. S.D.N.Y.
LEHMAN BROTHERS INC., 08-AP-01420 SIPA, S.D.N.Y.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s),
predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me
on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released
from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This
Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within
the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification
Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign
nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with
whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this _09._ day of _January_ 2008. _2009_

_LEWIN_
[Print Name]

_[Signature]_

Name
Address
City
Country of Residence
Date of Birth

_LEWIN JOERG NORBERT_
_HELENE- STOECKER- STR. 26_
_40789 MONHEIM_
_DEUTSCHLAND_
_27.06. 1961_

RESULTS SECURITIES INC · POWER OF ATTORNEY · 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 39

DRESDNER BANK AG

Sangerhausen                    041 459 008184/NV        Blatt    1/1
Datum: 06.02.2007
Referenz-Nr: 07/ 60555190/397210212
Rechnungsnummer: WPE/20070206/0555190

Depotkonto-Nr

281  7 820 240 01

Konto-Bezeichnung

GELDMARKTKONTO

Frau
Ilona Lucks
Weinberg 9                                  Geldkonto-Nr

06556 Artern                                281  7 820 240 01

## Kauf von Wertpapieren

| Währung/Stück | Nennwert/Anzahl | Wertpapierbezeichnung | WP-Kenn-Nr./ISIN |
|---|---|---|---|
| ST | 50 | LEHMAN BROTHERS TREAS. CO.B.V. GLOB.CHAMP.ZT07(13.5.10) INDEX BSKT. | ADMJHE DE000A0MJHE1 |

Wir haben Ihren Auftrag am 06.02.2007 wie folgt ausgeführt:

Kurs
Börse                          pro Stück                                    EUR
                               FRANKFURT/M.                              1.000,00

Es ergibt sich folgende Abrechnung:

Kurswert

Mit Wertstellung vom 15.02.2007 belasten wir Ihr Konto mit:              EUR
                                                                      50.000,00

Die entsprechenden Wertpapiere haben wir Ihrem Depot gutgeschrieben     50.000,00   =
(GIROSAMMEL)

Für Umsatzsteuerzwecke:
Steuernummer: 9143/801/80009 USt-ID-Nr.:DE 114 103 395
Finanzdienstleistungen sind umsatzsteuerfrei gem. §4 Nr. 8 a-h UStG

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 40

# HELGE NABER LL.M.

RECHTSANWALT    ATTORNEY AT LAW
LANDGERICHT BREMEN    SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _____

_____

_____

hereby authorize NABER, PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401,
U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert
against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s),
predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me
on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released
from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This
Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within
the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification
Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign
nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with
whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this _12_ day of _M_ / 2008.

_Luclis_
[Print Name]

_(signature)_
[Signature]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC • POWER OF ATTORNEY • 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 41