# citibank

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg
142/1601/0005390/30//60327-05.07/0,55EUR

Herrn
Michael Mastalerek
Paul-Klee-Str. 22
47877 Willich

HASTALEREK, MICHAEL

30.05.2007

## Effektenabrechnung
### Kauf aus Emission

Depot.-Nr.

100552011600

| | | | |
|---|---|---|---|
| OUTP.A.RED.N 01.06.12 BASK.(LEHM.BRO.T REAS.) | | | |
| Verwahrart | Girosammelverwahrung | WKN | AON6GH |
| | | ISIN | DE000AON6GH8 |
| | | Gesch.-Nr. | 28381306 |
| | | Ref.-Nr. | 8766952800 |
| Nominal / Stück | ST | 30 | |
| Kurs | EUR | 1.020,00 | Börse | ZEICHNUNGEN |
| | | | Schlusstag | 30.05.2007 |

Kurswert

30.600,00- EUR

Gesamtbetrag

30.600,00- EUR

Verbuchung erfolgt in EUR zu Lasten    Konto-Nr.    Valuta
                                       1005520116    01.06.2007

30.600,00- EUR

Kommissionsgeschäft

Rechnungsnummer: EE2-505-BAP0-00028381306

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Ahmad Siddik Badruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mellinger
Sitz der Gesellschaft: Düsseldorf • Handelsregister Amtsgericht Düsseldorf HRB 48380
UST-ID-Nr.: DE 811 285 485 • Steuer-Nr.: 47/220/21888

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 42

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, **Michael MASTALEREK**

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this 20 day of October 2008.

_MASTALEREK_
[Print Name]

_[Signature]_
[Signature]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC • POWER OF ATTORNEY • 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 43

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg

755/1601/0003346/13//60327-11.07/0,55EUR

Herrn Werner Noerrenberg-Sudhaus
Frau Ingeborg Noerrenberg-Sudhau
Kastanienweg 11
59555 Lippstadt

NOERRENBERG-SUDHAUS, WERNER                          13.11.2007

## Effektenabrechnung                    Depot-Nr.
Kauf aus Emission                                    300345245500

| | | | |
|---|---|---|---|
| AU.REDEEMERN.22.06.09 DJES 50(LE.BR.TR.B.V.) | | | |
| Vorwahrart | Girosammelverwahrung | WKN | A0S7D5 |
| | | ISIN | DE000A0S7D50 |
| | | Gesch.-Nr. | 31069754 |
| Nominal / Stück | ST | Ref.-Nr. | 0038260700 |
| Kurs | EUR | 100 | |
| Auftragsart | Billigst | 1.020,00 | Börse | ZEICHNUNGEN |
| | | Schlusstag | 13.11.2007 |

Kurswert

102.000,00- EUR

Gesamtbetrag

102.000,00- EUR

Verbuchung erfolgt in EUR zu Lasten     Konto-Nr.        Valuta
                                        3003452455       15.11.2007

102.000,00- EUR

Kommissionsgeschäft

Rechnungsnummer: EE2-505-BAPO-00031069754

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 44

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, **Werner Nörrenberg-Sudhaus**
**Kastanienweg 11, 59555 Lippstadt**
**Deutschland**

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this **10** day of **10**, 2008. *on condition that costs are carried by my DAS insurance*

**Nörrenberg**
[Print Name]

**Nörrenberg**
[Signature]

Name
Address
City
Country of Residence
Date of Birth

*Werner Nörrenberg-Sudhaus*
*Kastanienweg 11*
*59555 Lippstadt*
*Deutschland*
*30.03.1945*

RESULTS SECURITIES INC - POWER OF ATTORNEY - 1

# citibank

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg
623/1601/0002986/02//60327-11.07/0.55EUR

Frau
Beatrice Oberkersch
Am Ohmberg 1
37339 Ferna

*Austellp.
Jui 2009*

OBERKERSCH, BEATRICE

02.11.2007

## Effektenabrechnung
### Kauf aus Emission

Depot-Nr.

051172463500

| BO E.N 07.12.12 DJES 50 (LEH.BROS.TREA .B.V.) | | | | |
|---|---|---|---|---|
| Verwahrort | Girosammelverwahrung | | WKN | A0S116 |
| | | | ISIN | DE000A0S1160 |
| | | | Gesch.-Nr. | 30887251 |
| Nominal / Stück | ST | 32 | Ref.-Nr. | 0107413600 |
| Kurs | EUR | 1.020,00 | Börse | ZEICHNUNGEN |
| Auftragsart | Billigst | | Schlusstag | 02.11.2007 |
| Kurswert | | | | |

32.640,00- EUR

Gesamtbetrag

32.640,00- EUR

Verbuchung erfolgt in EUR zu Lasten          Konto-Nr.          Valuta
                                             0511724635          06.11.2007

32.640,00- EUR

Kommissionsgeschäft

Rechnungsnummer. EE2-505-BAPO-00030887251

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben, Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Ahmed Siddik Badruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mailänder
Sitz der Gesellschaft: Düsseldorf • Handelsregister Amtsgericht Düsseldorf HRB 48380
UST-ID-Nr.: DE 811 285 485 • Steuer-Nr.: 47/220/21988

A men

08-BK-13555 in re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 46

HELGE NABER LL.M.

RECHTSANWALT                                          ATTORNEY AT LAW
LANDGERICHT BREMEN                               SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _____ *Beatrice Oberkersch*

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this _09_ day of _10_ 2008.

_BEATRICE OBERKERSCH_ _____ (signature)
[Print Name]                                                    [Signature]

Name
Address
City
Country of Residence
Date of Birth

05. 11. 1972

RESULTS SECURITIES INC - POWER OF ATTORNEY - 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 47

## Monatsübersicht CitiBest Konto

*Alle Bewegungen Ihres CitiBest Kontos des letzten Monats in einer Übersicht.*

| Datum | Tag | Buchungstext | | Ausgaben | Einnahmen |
|-------|-----|--------------|---|----------|-----------|
| 03.07. | DI | ALT UND JUNG NORD-OST E.V. HONORAR 06.2007 TEAM BRAKE/WILKENHOF | | | |
| 04.07. | MI | ALT UND JUNG NORD-OST E.V. HONORAR 4-6/07 TMB | | | 1.794,00 |
| 04.07. | | ZUTEILUNG AUF IHRE ZEICHNUNG -A0N7AH-: ST 10 | | | 55,00 |
| 04.07. | | KARTE 0 AUFTRAG CITIBANK ONLINE 0244 04.07 20.01 | | 0,00 | |
| | | UEBERWEISUNG AUF 48050161/0027226331 SVANYA 16721 | | 377,35 | |
| 05.07. | DO | ALT UND JUNG NORD-OST E.V. AUSLAGE TEAM BRAKE/WILKENHOF | | | |
| 06.07. | FR | WERTPAPIER -DE000A0N7AH9-KAUF 04.07.2007 | | | 9,55 |
| 06.07. | | ZUTEILUNG AUF IHRE ZEICHNUNG -A0N7XQ-: ST 10 | | 10.200,00 | |
| 09.07. | MO | ZIN/DIV LU0225680524 | | 0,00 | |
| 10.07. | DI | ALT UND JUNG NORD-OST E.V. AUSLAGE TEAM BRAKE/WILKENHOF | | | 120,69 |
| 10.07. | | WERTPAPIER -DE000A0N7XQ2-KAUF 06.07.2007 | | | 79,00 |
| .07. | DO | MEDIA MARKT DANKT 65283038 EC 65283038 11.07 19.21 MEO | | 10.200,00 | |
| .07. | FR | KARTE 0 AUFTRAG CITIBANK DT RAINUKOFST 0770 17 07 16 26 | | 1.099,00 | |

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 48

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _Karsten Radrigues_

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this 27 day of Oktober 2008.

Radrigues
[Print Name]

Rodrign
[Signature]

Name
Address
City
Country of Residence
Date of Birth

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 49



Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs. PF 10 02 30, 47051 Duisburg

DV 04  0,55  Deutsche Post

*667-002415*
Herrn Friedbert Schiener
Frau Hannelore Schiener
Sonnenstr. 25
47546 Kalkar

SCHIENER, FRIEDBERT

03.04.2008

# Effektenabrechnung
Kauf aus Emission

Depot-Nr.                                    0911563098000

BO.E.N 23.04.13 DJES 50 (LEHMAN BROS)

| Verwahrart | | | WKN | A0SHLW |
|---|---|---|---|---|
| | Girosammelverwahrung | | ISIN | DE000A0SHLW6 |
| Nominal / Stück | | | Gesch.-Nr. | 33159341 |
| Kurs | ST | 7 | Ref.-Nr. | 1261136600 |
| Auftragsart | EUR | | Börse | ZEICHNUNGEN |
| | Billigst | 1.020,00 | Schlusstag | 03.04.2008 |
| Kurswert | | | | |

7.140,00 - EUR

Gesamtbetrag

7.140,00 - EUR

Verbuchung erfolgt in EUR zu Lasten        Konto-Nr.        Valuta
                                           0911563098       07.04.2008

7.140,00- EUR

Kommissionsgeschäft

Rechnungsnummer:  EE2-505-BAP0-00033159341

Vorstand der Aufsichtsrates: Prof. Dr. K. Peter Mailänder
Städer Gesellschaft Düsseldorf Handelsregister Amtsgericht Düsseldorf HRB 48360

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, *Friedbert Walter Schiener, Sonnenstr. 25, 47546 Kalkar, Germany, ✳ 09. November 1956*

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 et.al., Bankr. S.D.N.Y.
LEHMAN BROTHERS INC., 08-AP-01420 SIPA, S.D.N.Y.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this 17 day of January 2008.

SCHIENER
[Print Name]

*Schiener*
[Signature]

Name
Address
City
Country of Residence
Date of Birth

*Schiener, Friedbert Walter*
*Sonnenstr. 25*
*47546 Kalkar*
*Germany*
*11.09.1956*

RESULTS SECURITIES INC • POWER OF ATTORNEY • 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 51

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, *Hannelore Edeltraut Schiener, Sonnenstr, 25 47546 Kalkar, Germany, * 17. March 1957*

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

**LEHMAN BROTHERS HOLDING INC.**, 08-BK-13555 et.al., Bankr. S.D.N.Y.
**LEHMAN BROTHERS INC.**, 08-AP-01420 SIPA, S.D.N.Y.
**BARCLAY CAPITAL INC.**

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this *17* day of *January* 2008 *9*.

_SCHIENER_
[Print Name]

*Schiener* [Signature]
[Signature]

Name
Address
City
Country of Residence
Date of Birth

*Schiener, Hannelore, Edeltraut*
*Sonnenstr, 25*
*47546 Kalkar,*
*Germany*
*03/17/1954*

DRESDNER BANK AG

Berlin          200 467 003641/NV        Blatt  1/1
Datum: 07.02.2007
Referenz-Nr: 07/ 60594020/398504498
Rechnungsnummer: WPE/20070207/0594020

Depotkonto-Nr

Abs:  10877 Berlin

305/0329/0004295/08//85359-02.07/0,55EUR

262  4 759 278 00

Goldkonto-Nr

262  4 759 278 00

Frau
Karin Schmidt
Hoppestr. 27

13409 Berlin

## Kauf von Wertpapieren

| Währung/Stück | Nennwert/Anzahl | Wertpapierbezeichnung | WP-Kenn-Nr./ISIN |
|---|---|---|---|
| ST | 15 | LEHMAN BROTHERS TREAS. CO.B.V. EXPR.BONUS III ZT.07(07.03.11) SX5E | A0MHVV DE000A0MHVV0 |

Wir haben Ihren Auftrag am 07.02.2007 wie folgt ausgeführt:

|  |  |  | EUR |
|---|---|---|---|
| Kurs | | pro Stück | 1.012,98 |
| Börse | | FRANKFURT/M. | |

Es ergibt sich folgende Abrechnung:

|  |  | EUR |
|---|---|---|
| Kurswert | | 15.194,70 |
| Mit Wertstellung vom 09.02.2007 belasten wir Ihr Konto mit: | | 15.194,70  = |

Die entsprechenden Wertpapiere haben wir Ihrem Depot gutgeschrieben
(GIROSAMMEL)

Für Umsatzsteuerzwecke:
Steuernummer: 9143/801/80009 USt-ID-Nr.:DE 114 103 395
Finanzdienstleistungen sind umsatzsteuerfrei gem. §4 Nr. 8 a-h UStG

. . . . . . . . . . . . sind einkommensteuervernflichtiel Diese Mitteilung ist auch ohne Unterschrift gültig/This note is valid without signature

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 52

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, KARIN SCHMIDT

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this 18 day of 10, 2008.

KARIN SCHMIDT
[Print Name]

_Karin Schmidt_
[Signature]

Name
Address
City
Country of Residence
Date of Birth

13. 6. 1937

RESULTS SECURITIES INC - POWER OF ATTORNEY - 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 53

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg

DV  01  0,55  Deutsche Post 

"033"0000688"

Frau
Rechtsanwaeltin Petra Schmidt
Joachimstaler Str. 17
10719 Berlin

SCHMIDT, PETRA                                                02.01.2008

## Effektenabrechnung

Kauf aus Emission

Depot-Nr.                        070268220200

| BO:E:N 23.01.13 DJES 50 (LEHMAN BROS T REAS.) | | | WKN | A0SUEV |
|---|---|---|---|---|
| Verwahrart | Girosammelverwahrung | | ISIN | DE000A0SUEV6 |
| | | | Gesch.-Nr. | 31761168 |
| | | | Ref.-Nr. | 0552514100 |
| Nominal / Stück | ST | 50 | Börse | ZEICHNUNGEN |
| Kurs | EUR | 1.020,00 | Schlusstag | 02.01.2008 |
| Auftragsart | Billigst | | | |

| | |
|---|---|
| Kurswert | 51.000,00 - EUR |
| Gesamtbetrag | 51.000,00 - EUR |

| Verbuchung erfolgt in EUR zu Lasten | Konto-Nr. | Valuta | |
|---|---|---|---|
| | 0702682202 | 04.01.2008 | 51.000,00- EUR |

Kommissionsgeschäft

Rechnungsnummer:   EE2-505-BAP0-00031761168


Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.

Persönlich haftende und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Ahmad Siddik Badruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. h.c. Peter Mailänder
Sitz der Gesellschaft: Düsseldorf Handelsregister Amtsgericht Düsseldorf HRB 48380
UST-ID-Nr.: DE 811 285 485 Steuer-Nr.: 47/220/21888



08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 54

# HELGE NABER LL.M.

RECHTSANWALT                    ATTORNEY AT LAW
LANDGERICHT BREMEN          SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _Petra Schmidt, Leonhardtsstraße 22,_
_14057 Berlin_

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this _13_ day of _Oktober_ 2008.

_Petra Schmidt_                    _P-Schmidt_
[Print Name]                        [Signature]

Name
Address
City
Country of Residence
Date of Birth



RESULTS SECURITIES INC • POWER OF ATTORNEY • 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 55

Ihre Finanzplanung im Überblick

- Rechtliche und steuerliche Bewertung Ihrer...
- Ihre Vermögensanlage
- Ihre Vorsorge und Themen
  - Ihre Vorsorge für den Ruhestand
  - Absicherung Ihrer Familie
  - Absicherung Ihres Einkommens
  - Sicherung Ihrer Existenz und Ihres Vermögens
  - Ihre Vorsorge für Kinder
  - Ihre staatliche Sparförderung

Ihre Risikopolitik

- Wertpapierabwicklung
- Haftungsbeschränkungen / Datenschutzordnung

Citibank Finanzplanung für Sandra Schweblus Kto.: 2607761454 vom 22.10.2007

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 56

Ihr "RisikoProfil"
- Ihr Exemplar

Die Citibank bietet Ihnen eine umfassende Beratung auf der Basis Ihrer persönlichen Ziele und Wünsche. Anhand der folgenden gemäß §31 WPHG erforderlichen Fragen ermitteln wir gemeinsam mit Ihnen eine optimale und individuelle Anlagestrategie.

### Persönliche Angaben

| | |
|---|---|
| Name, Vorname | Schweblus, Sandra |
| Straße, Nr. | Zweibruecker Str. 14 |
| PLZ, Ort | 66484 Winterbach |
| Telefon | 06337/209881 |
| Familienstand | ledig |
| Berufsstand | Angestellter |
| Nationalität | DE |
| Kontonummer | 2607761454 |

### Ihre finanziellen Rahmenbedingungen

| | |
|---|---|
| Der Hauptverdiener in Ihrem Haushalt ist | Angestellter |
| Wie viele Personen tragen zum Einkommen bei? | 1 |
| Wie viele Personen leben in Ihrem Haushalt? | 2 |
| Wie hoch sind Ihre regelmäßigen monatlichen Belastungen? | 1.500 € |

### Angaben zur Vermögenssituation

| | |
|---|---|
| Gesamtvermögen bei der Citibank | 37.882 € |
| Gesamtvermögen bei anderen Banken | k.A. |
| Immobilie(n) vorhanden | noch nicht komplett bezahlt |
| Durchschnittliches Monats-Nettoeinkommen | 1001 bis 2000 € |

### Ihre Risikoeinstellung

| Frage | stimme nicht zu | | | stimme voll zu |
|---|---|---|---|---|
| Bei meinen Anlagen steht ausschließlich die Sicherheit im Vordergrund. | ☐ | ☒ | ☐ | ☐ |
| In Geldangelegenheiten gehe ich nur ungern Risiken ein. | ☐ | ☐ | ☒ | ☐ |
| Auch kurzfristige Verlustmöglichkeiten möchte ich auf jeden Fall vermeiden. | ☐ | ☒ | ☐ | ☐ |
| Ich möchte gerne höhere Renditen erzielen und bin dafür bereit, Risiken zu akzeptieren. | ☐ | ☒ | ☐ | ☐ |
| Auch wenn nur ein Teil meines Vermögens verloren geht, würde mich das stark belasten. | ☐ | ☒ | ☐ | ☐ |

### Ihren ebenso wie die unterschiedlichen Chancen einer Anlage gegenüber ihren Risiken kennen. Welche Anlageform würden Sie wählen?

| Rendite von 1% bis 3% | Rendite von -5% bis 12% | Rendite von -20% bis 30% |
|---|---|---|
| ☐ | ☒ | ☐ |

### In welche der folgenden Wertpapier-Risiko-Klassen haben Sie bereits investiert und könnten...

| Klasse | Beschreibung (Beispielhafte Nennung) |
|---|---|
| ☒ 0 | Bankeinlagen; €-Geldmarktfonds; €-Renten (AA und besser) |

Fortsetzung auf nächster Seite...

**Ihr Risikoprofil**
- Ihr Exemplar

Fortsetzung von vorheriger Seite.

☒ 1 €-Geldmarktnahe Fonds; €-Rentenfonds (€-Zone) incl. Staatsanleihenfonds; €-Offene Immobilienfonds; €-Renten (AA- bis A); Zertifikate

☒ 2 €-Rentenfonds Global; €-Dachfonds; €-Renten (A- bis B); Zertifikate

☒ 3 €-Rentenfonds incl. High Yield & Emerging Markets (EM); Nicht-€-Rentenfonds Global; €-Mischfonds; €-Aktienfonds u.a. Global, Europa, Fernost incl. Japan, USA, Globale EM; Nicht-€-Renten (A- bis B); Zertifikate

☒ 4 Nicht-€-Rentenfonds incl. High Yield & EM; Nicht-€-Dach- & Mischfonds; Nicht-€-Aktienfonds u.a. Global, Fernost incl. Japan, USA, Japan, Global EM; €/Nicht-€-Aktienfonds incl. Länder, Branchen; Nicht-€-Renten; Aktien; Zertifikate

☐ 5 Optionsscheine; Zertifikate; Zertifikate mit FTG-Pflicht

| Strategie | historische 10-Jahres-Performance (p.a.) | | | |
|---|---|---|---|---|
| | Ø | min. | max. | |
| ☒ Ausgewogen | 6,38% | 0,70% | 15,45% | maximaler Risikoanteil |
| Unsere Einschätzung: Ausgewogen | | | | 55% |

Ihre Wahl: Ausgewogen

Citigroup 3Mo EuroDep TR; Citigroup EuroBIG TR; S&P German Real Estate Fund Peer Group; MSCI Europe TR; MSCI US TR; MSCI Pacific TR und MSCI Emerging Markets Free TR; rollierende 5-Jahreszeiträume zwischen 02/1995 und 02/2005.

Unterlagen

| Basisinformationen Vermögensanlage | Status |
|---|---|
| | Ausgehändigt |

☒ Meine Aufträge sollen nur in Übereinstimmung mit meinem Risikoprofil ausgeführt werden.

☐ Meine Aufträge sollen in jedem Fall (auch bei Abweichung zum Risikoprofil) ausgeführt werden.

Wenn sich Ihre Erfahrung in Wertpapiergeschäften, Ihre Anlageziele oder Ihre Risikobereitschaft ändern, teilen Sie uns dies bitte unverzüglich mit, damit wir Ihr persönliches Anlageprofil entsprechend anpassen können. Bei Fondsanlagen handelt es sich weder um Bankeinlagen noch um Schuldverschreibungen. Sie werden nicht von Citibank/Citigroup oder deren Tochtergesellschaften garantiert. Die Wertentwicklung in der Vergangenheit lässt keine Rückschlüsse auf die künftige Wertentwicklung zu. Fonds/Optionsscheine sind nicht für den Vertrieb in den USA oder den Verkauf an US-Staatsbürger oder Personen, die ihren ständigen Aufenthalt im Gebiet der Vereinigten Staaten von Amerika haben, bestimmt.

Neunkirchen, 22.10.00

Unterschrift Kunde
Sandra Schweblus

Unterschrift Kundenberater
Jens Pohl

Ihr Exemplar

**Ihre Ausgangssituation:**

| Anlagestrategie | maximaler Risikoanteil | Risikoanteil vor Beratung | Risikostatus vor Beratung |
|---|---|---|---|
| ausgewogen (Stand vom 22.10.2007) | 55,0% | 54,1% | Risikoanteil entspricht Anlagestrategie (max. 55,0%) |
| | | davon Risikoklasse 4 0,0% | Anteil Risikoklasse 4 im zugelassenen Bereich |

**Auswirkung der heutigen Beratung**

| geplante Neuanlage | geplante Optimierung | Risikoanteil nach Ausführung | Risikostatus nach Ausführung |
|---|---|---|---|
| 0 | 0 € | 86,3% | Risikoanteil ist zu hoch (max. 55,0%), Risikoanlagen auf eigenen Kundenwunsch |
| | | davon Risikoklasse 4 0,0% | Anteil Risikoklasse 4 im zugelassenen Bereich |

**Nachfolgender Wertpapierkauf**

| Stücke Name / ISIN | AA VFP | RK | Anlagebetrag in EUR | Reinvest | Anmerkung |
|---|---|---|---|---|---|
| 9.000 Bonus Express Zertifikat Defensiv DE000A0S1160 | 2,000% | 3 | 9.180,00 | | ausdrücklicher Kundenwunsch |
| Gesamtsumme: | | | 9.180,00 | | |

Citibank erhält o.g. Ausgabeaufschläge (AA) sowie o.g. Vertriebsfolgeprovisionen (VFP) p.a. Zusätzliche Rückvergütungen bzw. Vertriebsfolgeprovisionen bei der Zeichnung von Zertifikaten oder Fonds werden in den ausgehändigten Produktinformationen ausgewiesen.

### Risikoprofil:

Bitte beachten Sie, dass eine Beratung nur auf Basis Ihres persönlichen Risikoprofils stattfinden kann, wenn dieses nicht älter als 12 Monate ist.

### Wichtiger Hinweis zur Orderausführung:

Die einzelnen Fondsgesellschaften haben zum Teil unterschiedliche Termine für die Abrechnung vorliegender Aufträge. Daher kann es bei gleichzeitiger Weiterleitung von Kauf- und Verkaufsorders dazu kommen, dass die Kauforders früher abgerechnet werden und der fällige Kaufpreis dem Girokonto belastet wird, bevor der Gegenwert aus einem Verkaufsgeschäft verfügbar ist. Hierdurch kann es zu einer kurzfristigen Kontoüberziehung kommen, wenn auf dem Girokonto vorhandene Dispositionskredite bereits ausgeschöpft sind.

( ) Hiermit bitte ich die Citibank, alle in o.g. Sammelorder aufgeführten Kauforder SOFORT und unabhängig vom ganz oder vollständigen Vorhandensein der erforderlichen Deckung auf meinem Girokonto zur Ausführung zu bringen. Mir ist bekannt und ich stimme ausdrücklich zu, dass

Citibank Finanzplanung für Sandra Schwebius Kto.: 2607761454 vom 22.10.2007

7/11

- für den Zeitraum einer eventuellen Überziehung meines Girokontos die dafür gemäß Preis- und Leistungsverzeichnis vereinbarten Sollzinsen berechnet und dem Girokonto am Quartalsende belastet werden.

- während des Zeitraums einer eventuellen Kontoüberziehung Abbuchungen (Daueraufträge, Lastschriften, etc.) von meinem Girokonto gegebenenfalls nicht eingelöst bzw. ausgeführt werden.

- während des Zeitraums einer Überziehung des Girokontos über das vereinbarte Limit hinaus keine Verfügungen mehr über die verschiedenen Zugangskanäle (Internetbanking, EC-Maestro-Karten, Geldautomaten, Telefonbanking, etc.) vorgenommen werden können. In Einzelfällen kann es auch zu einer Sperrung kommen.

---

Datum / Kundenunterschrift

### Hinweis

Die mit dem Zusatz "ausdrücklicher Kundenwunsch" gekennzeichneten Order erfolgen auf Kundenwunsch und wurden nicht von der Citibank vorgeschlagen und/oder überschreiten die maximale Produktrisikoklasse des Kunden und/oder passen nicht zu der vorgeschlagenen/gewählten Anlagestrategie gemäß Risikoprofil bzw. überschreiten den von der Citibank maximal empfohlenen Anteil an Papieren dieser Produktrisikoklasse.

### Hinweis

Basierend auf den von Ihnen gegebenen Weisungen zur Fondsauswahl wurde der Anlagebetrag neu aufgeteilt.

**Risikohinweis**

☑ Mit dem Kunden sind die Risiken und Funktionsweise der Anlage besprochen worden.
☐ Dem Kunden sind bereits die Risiken und Funktionsweise der Anlage bekannt.

Kaufen Sie bitte die oben genannten Investmentfondsanteile zum nächsten Abrechnungskurs, buchen Sie den Gegenwert über das Abwicklungskonto Nr. 2607761454 ab.

Sollte zum Zeitpunkt der Ordererteilung (Kauf) der vollständige Gegenwert noch nicht auf meinem zuvor genannten Girokonto verfügbar sein, kann die Ausführung der Sammelorder erst erfolgen, wenn die entsprechende vollständige Deckung besteht. Da die Bank nicht entscheiden kann, welcher Teil der Sammelorder gegebenenfalls vorgezogen werden sollte, erfolgt die Abwicklung der Sammelorder deshalb erst nach dem vollständigen Eingang des Gegenwertes. Das genaue Abrechnungsdatum für die einzelne Fondsorder ist abhängig vom der Abwicklungszeit der jeweiligen Kapitalanlagegesellschaft. Auf Wunsch nennt die Citibank Ihnen den Abrechnungstag. Für den Auftrag gelten die Sonderbedingungen für Wertpapiergeschäfte, die in der jeweils gültigen Fassung in den Schalterräumen eingesehen werden können. Die Order unterliegt ferner den für den Wertpapierhandel am Ausführungsplatz geltenden Geschäftsbedingungen (Usancen); daneben gelten die allgemeinen Geschäftsbedingungen des Vertragspartners der Bank.

### Preisfeststellungsverfahren

Die Angabe der obigen Preise basiert auf dem letzten verfügbaren Preis der einzelnen Fondsanteile unter Berücksichtigung des Ausgabeaufschlages. Dieses ist nicht Ihr Abrechnungskurs. Der tatsächliche Kaufpreis wird deshalb abhängig von Preisschwankungen der Fondsanteilspreise und der jeweiligen Währung variieren. Als Referenzkurs für nicht EURO denominierte Fonds dient der letzte verfügbare EZB-Kurs von 13:00 Uhr (MEZ) für die jeweilige Währung. Es wird bei Stückorderberechnung auf ganze Anteile gerundet.

Zertifikate, die während der Zeichnungsfrist gekauft werden, werden am Ende der Zeichnungsfrist zu einem dann festgesetzten Kurs zuzüglich Ausgabeaufschlag abgerechnet. Bei Verkäufen unterliegen Kursinformationen den täglichen Preisschwankungen an der Börse. Der in der Order mitgeteilte (letzte bekannte) Kurs ist also nicht

Citibank Finanzplanung für Sandra Schwebius Kto.: 2607761454 vom 22.10.2007

Sammelorder

Ihr Exemplar

Unterschrift für Kauf und Verkauf oben genannter Wertpapiere

Neu inkassiert, 22.10.2007

Unterschrift Kunde
Sandra Schweblus

Unterschrift Kundenberater
Jens Pohl

Citibank Finanzplanung für Sandra Schweblus Kto.: 2607761454 vom 22.10.2007

10/11

identisch mit dem Verkaufsabrechnungskurs. Darüber hinaus erhält Citibank bei Kauf von Zertifikaten einen Bonus für den Abschluss von der Emittentin.

## Hinweis allgemein

Anlagen in diese Produkte sind keine Bankeinlagen und sind nicht durch Citibank/Citigroup, deren Töchter oder den Einlagensicherungsfonds garantiert. Die Performance der Vergangenheit lässt keine Rückschlüsse auf die zukünftige Wertentwicklung zu. Der Wert der Anlage unterliegt den Schwankungen des Marktes, welche zum ganzen oder teilweisen Verlust des Investments führen können. Der Erwerb dieser Produkte ist mit Kosten/Gebühren verbunden. Diese Produkte können nicht von US-Personen erworben werden. Die Ausführung einer Kauforder/Zeichnung kann unter Umständen wegen Restriktionen der nationalen Gesetzgebung im Heimatland eines Kunden ausgeschlossen sein. Den Verkaufsprospekt als alleinige Grundlage für den Kauf von Anteilen an Investmentfonds sowie den aktuellen Rechenschaftsbericht/Halbjahresbericht erhalten Sie bei Ihrer Citibank Zweigstelle sowie direkt bei der Citibank Privatkunden AG & Co. KGaA, Kasernenstr. 10, 40213 Düsseldorf.

**Verkauf folgender Wertpapiere**

| Anteile Name / ISIN | Betrag in € ca. | Rücknahmepreis / Datum |
|---|---|---|
| 54,000 JPMorg.I.-Europe Bond Fund | 8.115,00 | 150,85 € |
| LU0070216402 | | 19.10.2007 |
| 198,000 Fidelity Fds II-Euro Corp.BdE0 | 4.596,00 | 23,21 € |
| LU0159167450 | | 18.10.2007 |
| **Gesamtsumme:** | 12.711,00 | |

## Quellen

Interactive Data Managed Solutions AG, Wertpapier-Mitteilungen, Standard & Poor's Comstock Inc. und weitere Anbieter.

## Haftung

Deutsche Wertpapier-Kurse und Fonds-Preise werden von der Deutsche Börse AG, Wertpapier-Mitteilungen und den Fondsgesellschaften, andere Kursinformationen von S&P Comstock durch die IDMS zur privaten Nutzung ohne Gewähr für Vollständigkeit, Richtigkeit und Genauigkeit zur Verfügung gestellt. Die Citibank und Interactive Data Managed Solutions AG übernehmen trotz sorgfältiger Beschaffung und Bereitstellung keine Haftung für die Richtigkeit, Vollständigkeit oder Genauigkeit der angezeigten Kurse, Indizes, Preise und sonstigen Inhalte, es sei denn, die Citibank trifft ein eigenes Verschulden bei einer fehlerhaften Datenwiedergabe.

**Beim Kauf von Fondsanteilen wurden dem Kunden folgende Unterlagen kostenlos zur Verfügung gestellt:**

| | |
|---|---|
| ☐ Ausführlicher Verkaufsprospekt | ☐ Der Kunde verzichtet auf diese Unterlagen |
| ☐ Vereinfachter Verkaufsprospekt | ☐ Der Kunde verzichtet auf diese Unterlagen |
| ☐ Rechenschaftsbericht/Halbjahresbericht | ☐ Der Kunde verzichtet auf diese Unterlagen |
| ☐ detaillierte Fondsportraits/Produktinformationen | ☐ Der Kunde verzichtet auf diese Unterlagen |

**Beim Kauf von strukturierten Produkten (Zertifikate) wurden dem Kunden die detaillierten Produktinformationen ausgehändigt. Zudem wurden folgende Unterlagen kostenlos zur Verfügung gestellt:**

| | |
|---|---|
| ☑ Verkaufsprospekt | ☐ Der Kunde verzichtet auf diese Unterlagen |

**Telefonauftrag/Kaufauftrag**

| |
|---|
| ☑ Die Kopie des Kaufauftrages wurde dem Kunden ausgehändigt |
| ☐ Telefonauftrag |

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6590
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _Sandra Schwebius_
_Zweibrücker Straße 14_
_86424 Winterbach_

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this _04_ day of _October_ 2008.

_Sandra Schwebius_
[Print Name]

_[signature]_
[Signature]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC • POWER OF ATTORNEY • 1

DRESDNER BANK AG

Hamburg

105 459 000265/NV    Blatt  1/1

Datum: 06.02.2007

Referenz-Nr: 07/ 60526650/397154014

Rechnungsnummer: WPE/20070206/0526650

Abs:   20349 Hamburg
269/0329/0005450/07//85359-02.07/0,55EUR

Claus-Günther Sokolowski oder
Monika Sokolowski
Hauptstr. 23b

22145 Stapelfeld

Depotkonto-Nr

200 83 235 233 00

Konto-Inhaber

Claus-Guenther Sokolowski
oder Monika Sokolowski

Geldkonto-Nr

200 43 235 233 00

# Kauf von Wertpapieren

| Währung/Stück | Nennwert/Anzahl | Wertpapierbezeichnung | WP-Kenn-Nr./ISIN |
|---|---|---|---|
| ST | 30 | LEHMAN BROTHERS TREAS. CO.B.V. GLOB.CHAMP.ZT07(13.5.10) INDEX BSKT. | A0MJHE DE000A0MJHE1 |

Wir haben Ihren Auftrag am 06.02.2007 wie folgt ausgeführt:

| Kurs | | | EUR |
|---|---|---|---|
| Börse | pro Stück FRANKFURT/M. | | 1.000,00 |

Es ergibt sich folgende Abrechnung:

| Kurswert | | EUR |
|---|---|---|
| | | 30.000,00 |

Mit Wertstellung vom 15.02.2007 belasten wir Ihr Konto mit:        30.000,00  =

Die entsprechenden Wertpapiere haben wir Ihrem Depot gutgeschrieben
(GIROSAMMEL)

Für Umsatzsteuerzwecke:
Steuernummer: 9143/801/80009 USt-ID-Nr.:DE 114 103 395
Finanzdienstleistungen sind umsatzsteuerfrei gem. §4 Nr. 8 a-h UStG

Kapitalerträge sind einkommensteuerpflichtig! Diese Mitteilung ist auch ohne Unterschrift gültig/This note is valid without signature

Bitte Rückseite beachten / Please see reverse side

10418/0005450/0002003283235
00001/00001

WPE/01-03.04

# HELGE NABER LL.M.

RECHTSANWALT                    ATTORNEY AT LAW
LANDGERICHT BREMEN              SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, *Claus-Günther Sokolowski*

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this _06_ day of _10_ 2008.

*Claus-Günther Sokolowski*          *Claus-Günther Sokolowski*
[Print Name]                        [Signature]

Name
Address
City
Country of Residence
Date of Birth

*Claus-Günther Sokolowski*
*Hamburg Strasse*
*Deutschland*
*23.01.1947*

RESULTS SECURITIES INC · POWER OF ATTORNEY · 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 59

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs PF 10 02 30, 47051 Duisburg

DV 05  0,55  Deutsche Post 



"856"0009679"
Herrn
Werner Springer
Dahlienstr.44
58579 Schalksmuehle

SPRINGER, CHRISTA GERDA

05.05.2008

## Effektenabrechnung
Kauf aus Emission

Depol-Nr.                301240184600

| OUTP.A.RED.N 07.05.13 BASKET(LEH.BRO.T REAS.) | | | | |
|---|---|---|---|---|
| Verwahrart | Girosammelverwahrung | | WKN | A0V4E1 |
| | | | ISIN | DE000A0V4E15 |
| | | | Gesch.-Nr. | 33498861 |
| Nominal / Stück | ST | 8 | Ref.-Nr. | 1421115100 |
| Kurs | EUR | 1.020,00 | Börse | ZEICHNUNGEN |
| Auftragsart | Billigst | | Schlusstag | 05.05.2008 |

Kurswert

8.160,00 - EUR

Gesamtbetrag

8.160,00 - EUR

Verbuchung erfolgt in EUR zu Lasten      Konto-Nr.        Valuta
                                         3012401846       07.05.2008

8.160,00- EUR

Kommissionsgeschäft

Rechnungsnummer:  EP2-505-BAP0-00033-498861

Dieses Produkt ist keine Bankeinlage. Es unterliegt nicht der Einlagensicherung. Die vergangene Performance lässt keine Rückschlüsse auf die zukünftige Wertentwicklung zu. Der Wert der Anlage kann schwanken. Ein teilweiser oder ganzer Verlust ist möglich. Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben, Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Ahmad Siddik Badruddin; Peter E. Bieltz, Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Müller
Sitz der Gesellschaft: Düsseldorf Handelsregister Amtsgericht Düsseldorf HRB 48380

# HELGE NABER LL.M.

RECHTSANWALT                    ATTORNEY AT LAW
LANDGERICHT BREMEN       SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

1. Werner Springer

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this 13 day of OKY. 2008.

Werner Springer
[Print Name]                                   [Signature]

Name
Address
City
Country of Residence
Date of Birth

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 61

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg
094/1601/0002755/02//60327-08.06/0,55EUR

Herrn
Hans-Joachim Stange
Waldweg 2 A
22885 Barsbuettel

STANGE, HANS-JOACHIM

02.08.2006

# Effektenabrechnung
Kauf aus Emission

Depot-Nr.

230541312600

| 0% LEHMAN BR.TR.IDXLKD.STR.BRIC MTN06 2.02.11 | | | | |
|---|---|---|---|---|
| Verwahrart | | WR Niederlande | WKN | A0JX2F |
| | | | ISIN | XS0255689589 |
| | | | Gesch./Ref.-Nr. | 22616011/5977241500 |
| Nominal / Stück | ST | 3 | Börse | |
| Kurs | EUR | 1.030,00 | Schlusstag | ZEICHNUNGEN 02.08.2006 |

Kurswert

3.090,00- EUR

Gesamtbetrag

3.090,00- EUR

Verbuchung erfolgt in EUR zu Lasten    Konto-Nr.        Valuta
                                        2305413126       04.08.2006                          3.090,00- EUR

Kommissionsgeschäft

Rechnungsnummer: EE2-505-BAPO-00022616011

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mailänder
Sitz der Gesellschaft: Düsseldorf • Handelsregister Amtsgericht Düsseldorf HRB 48380
UST-ID-Nr.: DE 811 285 485 • Steuer-Nr.: 47/220/21898

A member of citigroup

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 62

## HELGE NABER LL.M.

RECHTSANWALT                    ATTORNEY AT LAW
LANDGERICHT BREMEN              SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

### POWERS OF ATTORNEY

I, _____

_____

_____

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this 29 day of Okt. 2008.

Hans-Joachim Stange.                  H.J. St____
[Print Name]                          [Signature]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC - POWER OF ATTORNEY · 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 63

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg
593/1601/0005283/04//60327-04.07/0,55EUR

Frau
Silvia Steinfort
Freiligrathstr. 8
59368 Werne

*5,5%* (handwritten)

---

STEINFORT, SILVIA

04.04.2007

## Effektenabrechnung
Kauf aus Emission

Depot-Nr.                        •070551243000

| KUPON NOTES 06.04.12 DJES 50 (LEHMAN B R.) Verwahrart | Girosammelverwahrung | WKN ISIN Gesch.-Nr. Ref.-Nr. | A0MHXQ DE000A0MHXQ6 27496929 8081697200 |
|---|---|---|---|
| Nominal / Stück Kurs | ST EUR | 10 1.020,00 | Börse Schlusstag | ZEICHNUNGEN 04.04.2007 |

Kurswert                                                        10.200,00- EUR

Gesamtbetrag                                                    10.200,00- EUR

Verbuchung erfolgt in EUR zu Lasten    Konto-Nr.    Valuta
                                       0705512430   10.04.2007        10.200,00- EUR

Kommissionsgeschäft

Rechnungsnummer: EE2-605-BAP0-00027496929

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben, Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Suzan S. Harvest, Vorsitzende; Ahmad Siddik Badruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Meilämder
Sitz der Gesellschaft: Düsseldorf • Handelsregister Amtsgericht Düsseldorf HRB 48330
UST-ID-Nr.: DE 811 265 485 • Steuer-Nr.: 47/220/21888

A member of citigroup

08-BK-13555 In ro LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 64

**citibank**

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg
623/1601/0006122/02//60327-11.07/0,55EUR

Frau
Silvia Steinfort
Freiligrathstr. 8
59368 Werne

STEINFORT, SILVIA                                    02.11.2007

# Effektenabrechnung
Kauf aus Emission

Depot-Nr.                                            070551243000

| 80.E.N 07.12.12 DJES 50 (LEH.BROS.TREA .B.V.) Verwahrart | Girosammelverwahrung | WKN ISIN Gesch.-Nr. Ref.-Nr. | A0S116 DE000A0S1160 30888386 0150061100 |
|---|---|---|---|
| Nominal / Stück | ST              10 | | |
| Kurs | EUR        1.020,00 | Börse | ZEICHNUNGEN |
| Auftragsart | Billigst | Schlusstag | 02.11.2007 |

Kurswert                                                              10.200,00- EUR

Gesamtbetrag                                                         10.200,00- EUR

Verbuchung erfolgt in EUR zu Lasten    Konto-Nr.      Valuta
                                       0705512430     06.11.2007          10.200,00- EUR

Kommissionsgeschäft

Rechnungsnummer: EE2-505-BAP0-00030888386

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Ahmad Sladik Badruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mailänder
Sitz der Gesellschaft: Düsseldorf • Handelsregister Amtsgericht Düsseldorf HRB 48320
USt-ID-Nr.: DE 811 285 485 • Steuer-Nr.: 47/220/21888

A member of citigroup

C201 03 © w.09.07 (F-1C201)

C

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg

DV 02 0,55 Deutsche Post 

*398*0003047*
Frau
Silvia Steinfort
Freiligrathstr. 8
59368 Werne

Robert, Kempas, Segelken
Polsorstr. 4, 28195 Bremen

0 9. OKT. 2008

| Fristablauf | Empfangsbek. | Ø |

STEINFORT, SILVIA

05.02.2008

## Effektenabrechnung

Depot-Nr.    070551243000

Kauf aus Emission

| TWIN WIN N.07.02.11 WTI CRUDE(LEHM.BRO .TRE.) | | | WKN | A0SPQC |
| Verwahrart | | WR Niederlande | ISIN | XS0335137120 |
| | | | Gesch.-Nr. | 32352444 |
| Nominal / Stück | ST | 10 | Ref.-Nr. | 0915163400 |
| Kurs | EUR | 1.020,00 | Börse | ZEICHNUNGEN |
| Auftragsart | Billigst | | Schlusstag | 05.02.2008 |

Kurswert                                              10.200,00 - EUR

Gesamtbetrag                                          10.200,00 - EUR

| Verbuchung erfolgt in EUR zu Lasten | Konto-Nr. | Valuta | |
| | 0705512430 | 07.02.2008 | 10.200,00- EUR |

Kommissionsgeschäft

Rechnungsnummer:  EE2-505-BAP0-00032352444

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.



Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Ahmad Sididk Badruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Maßlander
Sitz der Gesellschaft: Düsseldorf Handelsregister Amtsgericht Düsseldorf HRB 48380
UST-ID-Nr.: DE 811 285 485 Steuer-Nr.: 47/220/21855



# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _Rolf + Sylvia Stainfort_

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this _07_ day of _10_ 2008.

_Stainfort_
[Print Name]

[Signature]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC • POWER OF ATTORNEY • 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 65

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg

DV 05 0,55 Deutsche Post 

*555*0030254*
Herrn
Heinz Erhard Thoemel
Postfach 500233
01032 Dresden

THOEMEL, ERHARD                                              05.05.2008

# Effektenabrechnung
### Kauf aus Emission

Depot-Nr.                    020936421201

| OUTP.A.RED.N 07.05.13 BASKET(LEH.BRO.T REAS.) | | | WKN | A0V4E1 |
|---|---|---|---|---|
| Verwahrart | Girosammelverwahrung | | ISIN | DE000A0V4E1S |
| | | | Gesch.-Nr. | 33501061 |
| Nominal / Stück | ST | 10 | Ref.-Nr. | 1568291500 |
| Kurs | EUR | 1.020,00 | Börse | ZEICHNUNGEN |
| Auftragsart | Billigst | | Schlusstag | 05.05.2008 |

Kurswert
10.200,00 - EUR

Gesamtbetrag
10.200,00 - EUR

Verbuchung erfolgt in EUR zu Lasten    Konto-Nr.          Valuta
                                        0209354212          07.05.2008
                                                            10.200,00- EUR

Kommissionsgeschäft

Rechnungsnummer:  EE2-505-BAP0-00033501061

Dieses Produkt ist keine Bankeinlage. Es unterliegt nicht der Einlagensicherung. Die vergangene Performance lässt keine Rückschlüsse auf die zukünftige Wertentwicklung zu. Der Wert der Anlage kann schwanken. Ein teilweiser oder ganzer Verlust ist möglich. Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.
Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Ahmad Siddik Badruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Maßänder
Sitz der Gesellschaft: Düsseldorf Handelsregister Amtsgericht Düsseldorf HRB 48360
USt.-IdNr.: DE 811 385 485 Steuer-Nr.: 47/220/21808

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 66

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _Thomel, Erhard_

_____

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this 8 day of Oktober 2008.

_Thomel_                               _Erhard Thomel_
[Print Name]                           [Signature]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC · POWER OF ATTORNEY · 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 67

DRESDNER BANK AG

Mülheim
Datum: 06.02.2007                161 459 011122/NV        Blatt    1/1
Referenz-Nr: 07/60528380/397238165
Rechnungsnummer: WPE/20070208/0528380

Depotkonto-Nr
321 3 507 762 01
Geldkonto-Nr
321 3 507 762 01

Herrn
Wilfried Uttendorf
Bruchstr. 8a

57392 Schmallenberg

## Kauf von Wertpapieren

| Währung/Stück | Nennwert/Anzahl | | Wertpapierbezeichnung | WP-Kenn-Nr./ISIN |
|---|---|---|---|---|
| ST | 15 | | LEHMAN BROTHERS TREAS. CO.B.V. GLOB.CHAMP.ZT07(13.5.10) INDEX BSKT. | A0MJHE DE000A0MJHE1 |

Wir haben Ihren Auftrag am 06.02.2007 wie folgt ausgeführt:

Kurs
Börse                                    pro Stück
                                         FRANKFURT/M.                              EUR
                                                                              1.000,00

Es ergibt sich folgende Abrechnung:

Kurswert

Mit Wertstellung vom 15.02.2007 belasten wir Ihr Konto mit:                    EUR
                                                                            15.000,00

Die entsprechenden Wertpapiere haben wir Ihrem Depot gutgeschrieben          15.000,00

Für Umsatzsteuerzwecke:
Steuernummer: 9143/801/80009 USt-ID-Nr.:DE 114 103 395
Finanzdienstleistungen sind umsatzsteuerfrei gem. §4 Nr. 8 a-h UStG

Kapitalerträge sind einkommensteuerpflichtig! Diese Mitteilung ist auch ohne Unterschrift gültig/This note is valid without signature
Bitte Rückseite beachten / Please see reverse side

08-BK-13555 In re LBHI
Consolidated Opposition to 2nd
Omnibus Objection
EXHIBIT 68

# HELGE NABER LL.M.

RECHTSANWALT                    ATTORNEY AT LAW
LANDGERICHT BREMEN          SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, WILFRIED UTTENDORF
BRUCHSTR. 8 a
57392 SCHMALLENBERG

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this 20 day of 12 2008.

WILFRIED UTTENDORF
[Print Name]

_____
[Signature]

Name
Address
City
Country of Residence

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 69

# citibank

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg
623/1601/0003579/02//60327-11.07/0,55EUR

Herrn Helmut Volk
Frau Annemarie Volk
Am Toemp 31
41189 Moenchengladbach

**Robert, Kempas, Segelken**
Pelzerstr. 4, 28195 Bremen

2 1. OKT. 2008

| Fristablauf | Empfangsbek. |
|---|---|

VOLK, HELMUT

02.11.2007

## Effektenabrechnung
### Kauf aus Emission

*Am 2.11.08. Kontrolliert*

Depot-Nr.
020243019900

| BO.E.V 07.12.12 DJES 50 (LEH.BROS.TREA .B.V.) | | | WKN | A0S116 |
|---|---|---|---|---|
| Verwahrart | Girosammelverwahrung | | ISIN | DE000A0S1T6U |
| | | | Gesch.-Nr. | 30887896 |
| | | | Ref.-Nr. | 0133864600 |
| Nominal / Stück | ST | 10 | | |
| Kurs | EUR | 1.020,00 | Börse | ZEICHNUNGEN |
| Auftragsart | Billigst | | Schlusstag | 02.11.2007 |

| Kurswert | |
|---|---|
| | 10.200,00- EUR |

| Gesamtbetrag | |
|---|---|
| | 10.200,00- EUR |

| Verbuchung erfolgt in EUR zu Lasten | Konto-Nr. 0202430199 | Valuta 06.11.2007 | |
|---|---|---|---|
| | | | 10.200,00- EUR |

Kommissionsgeschäft

Rechnungsnummer: EE2-505-BAP0-00030887896

*Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben, Irrtum vorbehalten.*

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Ahmad Siddik Badruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mailänder
Sitz der Gesellschaft: Düsseldorf • Handelsregister Amtsgericht Düsseldorf HRB 48280
UST-ID-Nr.: DE 811 285 485 • Steuer-Nr.: 47/220/21888

A member of citigroup

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 70

# HELGE NABER LL.M.

RECHTSANWALT  
LANDGERICHT BREMEN

ATTORNEY AT LAW  
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401  
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599  
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _____

_____

_____

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.  
LEHMAN BROTHERS INC.  
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this _17_ day of _Okt_ 2008.

_Helmut Volk_  
[Print Name]

_[Signature]_

Name  
Address  
City  
Country of Residence  
Date of Birth

VoLK HeLmut  
AmTömp 31  
41189) Mönchengladbach  
02. Feb. 1943

RESULTS SECURITIES INC · POWER OF ATTORNEY · 1

08-BK-13555 In re LBHI  
Consolidated Opposition to 92nd  
Omnibus Objection  
EXHIBIT 71

## Monatsübersicht Citibank Girokonto
*Alle Bewegungen Ihres Citibank Girokontos des letzten Monats in einer Übersicht.*

| Datum | Tag | Buchungstext | | Ausgaben | Einnahmen |
|-------|-----|--------------|-----|----------|-----------|
| 06.07. | FR | ZUTEILUNG AUF IHRE ZEICHNUNG -AON7XQ-: ST | 10 | 0,00 | |
| 10.07. | DI | WERTPAPIER -DE000AON7XQ2-KAUF | 06.07.2007 | 10.200,00 | |
| 17.07. | DI | BAREINZAHLUNG | | | 7.000,00 |
| 31.07. | DI | KOSTEN  0,00+ PORTO  0,00+ | | 0,00 | |
| 31.07. | | AB DEM 01.08.07 BETRAGT DER ZINSSATZ FUR DIE GESAMTE UBERZIEHUNG 16,99% | | 0,00 | |

Juli 2007

| | |
|---|---|
| Kontostand per 29.06.2007 | +23.503,27 |
| Summe Ausgaben | -10.200,00 |
| Summe Einnahmen | 7.000,00 |
| Kontostand per 31.07.2007 | +20.303,27 |
| Limit Girokonto | 0,00 |
| Frei verfügbarer Betrag auf dem Girokonto | 20.303,27 |

An Aktien verdienen, das investierte Kapital sichern und den besten
Einstieg finden, geht das? Die Europa Best Start Anleihe bietet alles
in einem Papier. Sollten die Märkte kurzfristig einmal fallen? Gerne!

Bitte beachten Sie die Hinweise auf der Rückseite

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Ahmad Siddik Badruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. H. Peter Mailänder
Sitz der Gesellschaft: Düsseldorf · Handelsregister Amtsgericht Düsseldorf HRB 48380
USHD-Nr.: DE 811 285 485 · Steuer-Nr.: 47/220/21888

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 72