# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

1. *Philip von der Heyde    il Elisabeth von der Heyde*
   *27.4.1995              1.11.1964*
   *In der Aue 11  41363 Jüchen , W-Germany*

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this *1o* day of *Oct*. 2008.

*VON DER HEYDE PHILIP.*     *iV B.v.d. Heyde*
[Print Name]                [Signature]

Name
Address
City
Country of Residence
Date of Birth

*27.04.1995*

RESULTS SECURITIES INC • POWER OF ATTORNEY • 1

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg

DV  01  0,55  Deutsche Post 

*093*0005051*

Frau
Beate Wartak
Schillerstr. 15
52388 Noervenich

WARTAK, BEATE

02.01.2008

## Effektenabrechnung

Kauf aus Emission

Depot-Nr.

231157121300

| BO.E.N 23.01.13 DJES 50 (LEHMAN BROS T REAS.) | | | | |
|---|---|---|---|---|
| Verwahrart | | Girosammelverwahrung | | WKN | A0SUEV |
| | | | | ISIN | DE000A0SUEV6 |
| | | | | Gesch.-Nr. | 31760942 |
| Nominal / Stück | | ST | | Ref.-Nr. | 0552223300 |
| Kurs | | EUR | 50 | Börse | ZEICHNUNGEN |
| Auftragsart | | Billigst | 1.020,00 | Schlusstag | 02.01.2008 |

Kurswert

51.000,00 - EUR

Gesamtbetrag

51.000,00 - EUR

Verbuchung erfolgt in EUR zu Lasten

Konto-Nr.          Valuta
2311571213          04.01.2008

51.000,00- EUR

Kommissionsgeschäft

Rechnungsnummer:  EE2-505-BAP0-000317609:42

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.



Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Ahmad Siddik Badruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Hick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mailänder
Sitz der Gesellschaft: Düsseldorf Handelsregister Amtsgericht Düsseldorf HRB 48380
UST-ID-Nr.: DE 811 285 485 Steuer-Nr.: 47/220/21888

08-BK-13555 ln ro LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 74

# HELGE NABER LL.M.

RECHTSANWALT · ATTORNEY AT LAW
LANDGERICHT BREMEN · SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _____

_____

_____

hereby authorize NABER.PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this _16._ day of _Oct._ 2008.

Beate Wartak
[Print Name]

Beate [Signature]
[Signature]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC · POWER OF ATTORNEY · 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 75

~ Ihr Exemplar ~

## Ihre Ausgangssituation

| Anlagestrategie | maximaler Risikoanteil | Risikoanteil vor Beratung | Risikostatus vor Beratung |
|---|---|---|---|
| ausgewogen (Stand vom 05.06.2007) | 55,0% | 56,1% | Risikoanteil ist zu hoch (max. 55,0%) |
| | | davon Risikoklasse 4 72,8% | Anteil Risikoklasse 4 ist zu hoch (max. 50,0%) |

## Angaben zur heutigen Beratung

| geplante Neuanlage | geplante Optimierung | Risikoanteil nach Ausführung | Risikostatus nach Ausführung |
|---|---|---|---|
| 3.060 € | 0 € | 58,4% | Risikoanteil ist zu hoch (max. 55,0%), Risikoanlagen auf eigenen Kundenwunsch |
| | | davon Risikoklasse 4 66,3% | Anteil Risikoklasse 4 wurde reduziert |

## Kauf folgender Wertpapiere

| Stücke | Name / ISIN | AA VFP | RK | Anlagebetrag in EUR | Reinvest | Anmerkung - |
|---|---|---|---|---|---|---|
| 3.000 | Alpha Express Zertifikat II DE000A0N7XQ2 | 2,000% | 3 | 3.060,00 | | ausdrücklicher Kundenwunsch |
| | Gesamtsumme: | | | 3.060,00 | | |

Citibank erhält o.g. Ausgabeaufschläge (AA) sowie o.g. Vertriebsfolgeprovisionen (VFP) p.a. Zusätzliche Rück-vergütungen bzw. Vertriebsfolgeprovisionen bei der Zeichnung von Zertifikaten werden in den ausgehändigten Produktinformationen ausgewiesen.

### Hinweis

Die mit dem Zusatz "ausdrücklicher Kundenwunsch" gekennzeichneten Order erfolgen auf Kundenwunsch und wurden nicht von der Citibank vorgeschlagen und/oder überschreiten die maximale Produktrisikoklasse des Kunden und/oder passen nicht zu der vorgeschlagenen/gewählten Anlagestrategie gemäß Risikoprofil bzw. überschreiten den von der Citibank maximal empfohlenen Anteil an Papieren dieser Produktrisikoklasse.

### Risikohinweis

- [X] Mit dem Kunden sind die Risiken und Funktionsweise der Anlage besprochen worden.
- [ ] Dem Kunden sind bereits die Risiken und Funktionsweise der Anlage bekannt.

Kaufen Sie bitte die oben genannten Investmentfondsanteile zum nächsten Abrechnungskurs, buchen Sie den Gegenwert über das Abwicklungskonto Nr. 2508552155 ab.

Sollte zum Zeitpunkt der Ordererteilung (Kauf) der vollständige Gegenwert noch nicht auf meinem zuvor genannten Girokonto verfügbar sein, kann die Ausführung der Sammelorder erst erfolgen, wenn die entsprechende vollständige Deckung besteht. Da die Bank nicht entscheiden kann, welcher Teil der Sammelorder gegebenenfalls vorgezogen werden sollte, erfolgt die Abwicklung der Sammelorder deshalb erst nach dem vollständigen Eingang des Gegenwertes. Das genaue Abrechnungsdatum für die einzelne Fondsorder ist abhängig von der Abwicklungszeit der jeweili... Kapitalanlagegesellschaft. Auf Wunsch nennt die Citibank Ihnen den Abrechnungstag. Fü... Sonderbedingungen für Wertpapiergeschäfte, die in der jeweils gültigen Fassung in den S... hen werden können. Die Order unterliegt ferner den für den Wertpapierhandel am Ausf...

Citibank Finanzdienstleistungen für ......... Stoff..... ....... ...... ....

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 76

- Ihr Exemplar -

Geschäftsbedingungen (Usancen); daneben gelten die allgemeinen Geschäftsbedingungen des Vertragspartners der Bank.

## Preisfeststellungsverfahren

Die Angabe der obigen Preise basiert auf dem letzten verfügbaren Preis der einzelnen Fondsanteile unter Berücksichtigung des Ausgabeaufschlages. Dieses ist nicht Ihr Abrechnungskurs. Der tatsächliche Kaufpreis wird deshalb abhängig von Preisschwankungen der Fondsanteilspreise und der jeweiligen Währung variieren. Als Referenzkurs für nicht EURO denominierte Fonds dient der letzte verfügbare EZB-Kurs von 13:00 Uhr (MEZ) für die jeweilige Währung. Es wird bei Stückorderberechnung auf ganze Anteile gerundet.

Zertifikate, die während der Zeichnungsfrist gekauft werden, werden am Ende der Zeichnungsfrist zu einem dann festgesetzten Kurs zuzüglich Ausgabeaufschlag abgerechnet. Bei Verkäufen unterliegen Kursinformationen den täglichen Preisschwankungen an der Börse. Der in der Order mitgeteilte (letzte bekannte) Kurs ist also nicht identisch mit dem Verkaufsabrechnungskurs. Darüber hinaus erhält Citibank bei Kauf von Zertifikaten einen Bonus für den Abschluss von der Emittentin.

## Hinweis allgemein

Anlagen in diese Produkte sind keine Bankeinlagen und sind nicht durch Citibank/Citigroup, deren Töchter oder den Einlagensicherungsfonds garantiert. Die Performance der Vergangenheit lässt keine Rückschlüsse auf die zukünftige Wertentwicklung zu. Der Wert der Anlage unterliegt den Schwankungen des Marktes, welche zum ganzen oder teilweisen Verlust des Investments führen können. Der Erwerb dieser Produkte ist mit Kosten/Gebühren verbunden. Diese Produkte können nicht von US-Personen erworben werden. Die Ausführung einer Kauforder/Zeichnung kann unter Umständen wegen Restriktionen der nationalen Gesetzgebung im Heimatland eines Kunden ausgeschlossen sein. Den Verkaufsprospekt als alleinige Grundlage für den Kauf von Anteilen an Investmentfonds sowie den aktuellen Rechenschaftsbericht/Halbjahresbericht erhalten Sie bei Ihrer Citibank Zweigstelle sowie direkt bei der Citibank Privatkunden AG & Co. KGaA, Kasernenstr. 10, 40213 Düsseldorf.

## Quellen

Interactive Data Managed Solutions AG, Wertpapier-Mitteilungen, Standard & Poor's Comstock Inc. und weitere Anbieter.

## Haftung

Deutsche Wertpapier-Kurse und Fonds-Preise werden von der Deutsche Börse AG, Wertpapier-Mitteilungen und den Fondsgesellschaften, andere Kursinformationen von S&P Comstock durch die IDMS zur privaten Nutzung ohne Gewähr für Vollständigkeit, Richtigkeit und Genauigkeit zur Verfügung gestellt. Die Citibank und Interactive Data Managed Solutions AG übernehmen trotz sorgfältiger Beschaffung und Bereitstellung keine Haftung für die Richtigkeit, Vollständigkeit oder Genauigkeit der angezeigten Kurse, Indizes, Preise und sonstigen Inhalte, es sei denn, die Citibank trifft ein eigenes Verschulden bei einer fehlerhaften Datenwiedergabe.

---

**Beim Kauf von Fondsanteilen wurden dem Kunden folgende Unterlagen kostenlos zur Verfügung gestellt:**

☐ Ausführlicher Verkaufsprospekt          ☐ Der Kunde verzichtet auf diese Unterlagen
☐ Vereinfachter Verkaufsprospekt          ☐ Der Kunde verzichtet auf diese Unterlagen
☐ Rechenschaftsbericht/Halbjahresbericht  ☐ Der Kunde verzichtet auf diese Unterlagen

---

**Beim Kauf von strukturierten Produkten (Zertifikate) wurden dem Kunden die detaillierten Produktinformationen ausgehändigt. Zudem wurden folgende Unterlagen kostenlos zur Verfügung gestellt:**

☒ Verkaufsprospekt          ☐ Der Kunde verzichtet auf diese Unterlagen

---

**Details zu Ihrem Kaufauftrag**

☒ Die Kopie des Kaufauftrages wurde dem Kunden ausgehändigt
☐ Telefonauftrag

– Ihr Exemplar –

Unterschrift für Kauf und Verkauf oben genannter Wertpapiere

Berlin, 05.06.2007

Unterschrift Kunde
Joerg-Steffen Weidlich

Unterschrift Kundenberater
Sascha Hake

Citibank Finanzplanung für Joerg-Steffen

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _____ Jörp Weidlich _____

_____

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this 18 day of Okt. 2008.

Jörp Weidlich
[Print Name]

_____
[Signature]

Name
Address
City
Country of Residence
Date of Birth

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 77

# citibank

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg
375/1601/0006878/03//60327-08.07/0,55EUR

Frau
Renate Weiss
Wendelsteinstr. 1
85540 Haar

WEISS, RENATE

## Effektenabrechnung
Kauf aus Emission

03.08.2007

Depot-Nr.

220843195601

| OUTP.A.RED.N 07.08.12 BASKET(LEHM.BR.T REAS.) | | | | |
|---|---|---|---|---|
| Verwahrart | | | | |
| | Girosammelverwahrung | | WKN | A0NXKZ |
| | | | ISIN | DE000A0NXKZ9 |
| Nominal / Stück | | | Gesch.-Nr. | 29500422 |
| Kurs | ST | | Ref.-Nr. | 8189382200 |
| | EUR | 7 | Börse | ZEICHNUNGEN |
| Kurswert | | 1.020,00 | Schlusstag | 03.08.2007 |

7.140,00 EUR

Gesamtbetrag

Verbuchung erfolgt in EUR zu Lasten          Konto-Nr.                Valuta              7.140,00- EUR
                                             2206431955               07.08.2007

Kommissionsgeschäft                                                                       7.140,00- EUR

Abrechnungsnummer: EE2-505-BAPO-00029500422

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.

persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende: Ahmad Siddik Badruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mailänder

A member of C.

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 78

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT, BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _Renate Weiß_

_Wendelsteinstr. 1_

_85540 Haar_      _Geb. 22.06.43_

hereby authorize NABER, PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 et.al., Bankr. S.D.N.Y.
LEHMAN BROTHERS INC., 08-AP-01420 SIPA, S.D.N.Y.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this _21_ day of _01_ _____ 2009.

_Renate Weiß_

[Print Name]

_R. Weiß_

[Signature]

Name
Address
City
Country of Residence
Date of Birth

_Weiß Renate_
_Wendelsteinstr. 1_
_85540 Haar_
_Deutschland_
_22.06.1943_

RESULTS SECURITIES INC • POWER OF ATTORNEY • 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 79

CITIBANK

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg
591/1501/0010270/06//60327-09.06/0,55EUR

Herrn
Peter Wenzel
Brunnenstrasse 27a
85598 Baldham

WENZEL, PETER                                    05.09.2006

                                                 Depot-Nr.

## Effektenabrechnung
Kauf aus Emission                                        090855153300

| 0% LEHMAN BR.TREAS.B.V.IND.LKD.MTN.06 7.09.10 Verwahrart | WR Niederlande | WKN ISIN Gesch.-Nr. Ref.-Nr. | A0GTUH XS0258411239 23160147 6370697100 |
|---|---|---|---|
| Nominal / Stück Kurs | ST 25 EUR 1.030,00 | Börse Schlusstag | ZEICHNUNGEN 05.09.2006 |

| Kurswert | 25.750,00- EUR |
|---|---|

| Gesamtbetrag | 25.750,00- EUR |
|---|---|

Verbuchung erfolgt in EUR zu Lasten    Konto-Nr.        Valuta
                                       0908551533       07.09.2006        25.750,00- EUR

Kommissionsgeschäft

Rechnungsnummer: EE2-505-BAPO-00023160147

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Peter E. Blutter; Ulrich Jordan; Peter Kleine Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mülländer
Sitz der Gesellschaft: Düsseldorf • Handelsregister Amtsgericht Düsseldorf HRB 48380
UST-ID-Nr.: DE 811 285 485 • Steuer-Nr: 47/220/21888

A member of citigroup

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 80

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, PETER WENZEL

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this 26 day of September 2008.

PETER WENZEL
[Print Name]

[Signature]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC · POWER OF ATTORNEY · 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 81

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

*E005 - 1*

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg

DV 05  0,55  Deutsche Post 🏇

*8NE*0000341*
**Herm Friedhelm Werner**
**Frau Irene Werner**
**Frielinghausstr.7**
**45966 Gladbeck**



WERNER, FRIEDHELM                                    05.05.2008

## Effektenabrechnung

**Kauf aus Emission**                          Depot-Nr.

Depot-Nr.                                         030937086400

| OUTP.A.RED.N 07.05.13 BASKET(LEH.BRO.T REAS.) | | WKN | A0V4E1 |
|---|---|---|---|
| Verwahrart | Girosammelverwahrung | ISIN | DE000A0V4E15 |
| | | Gesch.-Nr. | 33499103 |
| Nominal / Stück | ST | Ref.-Nr. | 1440714600 |
| Kurs | EUR | 4 | Börse | ZEICHNUNGEN |
| Auftragsart | Billigst | 1.020,00 | Schlusstag | 05.05.2008 |

Kurswert                                              4.080,00 - EUR

Gesamtbetrag                                         4.080,00 - EUR

Verbuchung erfolgt in EUR zu Lasten
                    Konto-Nr.          Valuta
                    0309370864         07.05.2008          4.080,00- EUR

Kommissionsgeschäft

Rechnungsnummer:  EE2-505-BAP0-00033499103

Dieses Produkt ist keine Bankeinlage. Es unterliegt nicht der Einlagensicherung. Die vergangene Performance lässt keine Rückschlüsse auf die zukünftige Wertentwicklung zu. Der Wert der Anlage kann schwanken. Ein teilweiser oder ganzer Verlust ist möglich. Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.
Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Ahmad Siddik Badruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mailänder
Sitz der Gesellschaft: Düsseldorf Handelsregister Amtsgericht Düsseldorf HRB 48380
UST-ID-Nr.: DE 811 295 485 Steuer-Nr: 47/220/21588



Citibank Privatkunden AG & Co. KGaA
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg
903/1601/0003100/06//60327-07.07/0,55EUR

E09/J-L

Herrn Friedhelm Werner
Frau Irene Werner
Frielinghausstr.7
45966 Gladbeck

WERNER, FRIEDHELM

06.07.2007

## Effektenabrechnung
Kauf aus Emission

Depot-Nr.

030937086400

| OUTP.A.RED.N 09.07.12 BASKET(LEHM.BR.T REAS.) | | | WKN | AON7XQ |
|---|---|---|---|---|
| Verwahrart | Girosammelverwahrung | | ISIN | DE000AON7XQ2 |
| | | | Gesch.-Nr. | 29043892 |
| | | | Ref.-Nr. | 8913015100 |
| Nominal / Stück | ST | 15 | Börse | ZEICHNUNGEN |
| Kurs | EUR | 1.020,00 | Schlusstag | 06.07.2007 |

Kurswert

15.300,00- EUR

Gesamtbetrag

15.300,00- EUR

Verbuchung erfolgt in EUR zu Lasten    Konto-Nr.        Valuta
                                       0309370864       10.07.2007

15.300,00- EUR

Kommissionsgeschäft

Rechnungsnummer: EE2-505-BAPO-00029043892

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Ahmad Siddik Badruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mailänder
Sitz der Gesellschaft: Düsseldorf • Handelsregister Amtsgericht Düsseldorf HRB 48380
UST-ID-Nr.: DE 811 285 425 • Steuer-Nr.: 47/220/21988

A member of citigroup



C201 02 0 w 07.00 (F1C201)

C

## HELGE NABER LL.M.

RECHTSANWALT                          ATTORNEY AT LAW
LANDGERICHT BREMEN              SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

### POWERS OF ATTORNEY

I, _Irene u. Friedhelm Werner_
_45966 Gladbeck_
_Frielinghausstr. 7_

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401,
U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert
against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s),
predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me
on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released
from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This
Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within
the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification
Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign
nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with
whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this _4th_ day of _November_ 2008.

_Werner_                              _† Werner_
[Print Name]                          [Signature]
                                      _I. Werner_

Name
Address
City
County of Residence
Date of Birth

_Friedhelm und Irene Werner_
_Frielinghausstr. 7    45966 Gladbeck / Germany_

RESULTS SECURITIES INC - POWER OF ATTORNEY - 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 83

**Dresdner Bank**
Die Beraterbank

Abs: 40300 Düsseldorf

300/0301/0005619/14//05359-05.08/0,55EUR

Frau
Margrit Wippern
Kesselsbergweg 4
40489 Düsseldorf

Düsseldorf,    13.05.2008
Margrit Wippern
Depotkonto-Nr.    300 05 401 902 01
Referenz-Nr.    63400225261



## Liquidation

steuerfreie Bonuszahlung aus techn.Gründen als Liquidation

| Nominale | Wertpapierbezeichnung | | ISIN | (WKN) |
|---|---|---|---|---|
| Stück 23 | LEHMAN BROS TREASURY CO. B.V.<br>GLOBAL CHAM.N.13.05.10 BASKET | | DE000A0MJHE1 | (A0MJHE) |

| | | | | |
|---|---|---|---|---|
| Zahlbarkeitstag | 13.05.2008 | | | |
| Ex-Tag | 13.05.2008 | Auszahlung pro Stück | 87,50 | EUR |
| Geschäftsjahr | 2008 | | | |
| Herkunftsland | Niederlande | | | |

Abrechnungsbetrag                                          2.012,50    EUR

ausmachender Betrag                                          2.012,50    EUR

Mit Wertstellung 13.05.2008 erhalten Sie auf das Konto 300 05 401 902 01 eine Gutschrift in Höhe von EUR 2.012,50.

Kapitalerträge sind einkommensteuerpflichtig.

Ein Unternehmen der Allianz (ⓐ)
S. 04/15
49211239576510

Dieses Dokument wurde maschinell erstellt und wird nicht unterschrieben.
Bitte ggf. Rückseite beachten.

ZUST & BACHMEIER D'DORF

11:24

08-BK-13555 in re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 84

# HELGE NABER LL.M.

RECHTSANWALT                          ATTORNEY AT LAW
LANDGERICHT BREMEN              SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6598
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, *Margrit Wippern*
*Kesselsbergweg 4*
*40489 Deißeldorf*

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this *09* day of *10* 2008.

*Margrit Wippern*
[Print Name]

*W. Wipper*
[Signature]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC • POWER OF ATTORNEY • 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 85

# citibank

Citibank Privatkunden AG & Co. KGaA
Postfach 600429
Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg
222/1601/0000259/04//60327-10.07/0,65EUR

Herrn Dr. Hanspeter Wittig
Frau Sabine Wittig
Schildberger Weg 20
04357 Leipzig

WITTIG, HANSPETER

04.10.2007
Depot-Nr.                    140638413900

## Effektenabrechnung
Kauf aus Emission

| | | | | | |
|---|---|---|---|---|---|
| | | | *C3 Bonus Express Plax* | WKN | AOS5NN |
| G.A.REDEEMERH.07.11.12 DJES 50(LEHM.BR .TR.) | | | | ISIN | DE000AOS5NN9 |
| | | | | Gesch.-Nr. | 30446128 |
| Verwahrart | | Girosammelverwahrung | | Ref.-Nr. | 9821140300 |
| | | | | Börse | ZEICHNUNGEN |
| Nominal / Stück | ST | 1 | | Schlusstag | 04.10.2007 |
| Kurs | EUR | 1.030,00 | | | |

| | |
|---|---|
| | 1.030,00- EUR |
| Kurswert | |
| | 1.030,00- EUR |
| Gesamtbetrag | |
| Verbuchung erfolgt in EUR zu Lasten    Konto-Nr.        Valuta | 1.030,00- EUR |
| 1406364139        05.10.2007 | |
| Kommissionsgeschäft | |

Rechnungsnummer: EE2-605-BAPO-00030446128

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Ahmed Siddik Bodruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Aufsichtsrates: Prof. Dr. K. Peter Maißinder                                             Düsseldorf HRB 48380

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 86

C301 02 0 w 07.06 (F1C301)

GEORGE NABER L.L.M.

RECHTSANWALT                    ATTORNEY AT LAW
LANDGERICHT BREMEN        SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, *Dr. Hanspeter Wittig*
*Schildberger Weg 20*
*04357 Leipzig    Deutschland*

hereby authorize NABER, PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401,
U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert
against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s),
predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me
on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released
from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This
Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within
the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification
Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign
nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with
whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this *15* day of *11* 2008.

*y. W. H.*                          *Dr. Hanspeter Wittig*
[Print Name]                          [Signature]

Name
Address
City
Country of Residence
Date of Birth

*Schildberger Weg 20*
*04357 Leipzig*
*Deutschland*
*Date of Birth: 14.06.1938*

RESULTS SECURITIES INC · POWER OF ATTORNEY · 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 87

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg

DV 05 0,55 Deutsche Post **✚**

*850*0003750*

Herm Mieczyslaw Wolski
Frau Johanna Wolski
Senefelderstr.6
69181 Leimen

WOLSKI, MIECZYSLAW

05.05.2008

## Effektenabrechnung
Kauf aus Emission

Depot-Nr.                                    201250140500

| OUTP.A.RED.N 07.05.13 BASKET(LEH.BRO.T REAS.) | | | | |
|---|---|---|---|---|
| Verwahrart | Girosammelverwahrung | | WKN | A0V4E1 |
| | | | ISIN | DE000A0V4E15 |
| Nominal / Stück | ST | 8 | Gesch.-Nr. | 33499923 |
| Kurs | EUR | 1.020,00 | Ref.-Nr. | 1509940400 |
| Auftragsart | Billigst | | Börse | ZEICHNUNGEN |
| | | | Schlusstag | 05.05.2008 |

Kurswert                                                   8.160,00 - EUR

Gesamtbetrag                                              8.160,00 - EUR

Verbuchung erfolgt in EUR zu Lasten        Konto-Nr.          Valuta
                                           2012501405         07.05.2008
                                                             8.160,00- EUR

Kommissionsgeschäft

Rechnungsnummer:  EE2-505-BAP0-00033499923

Dieses Produkt ist keine Bankeinlage. Es unterliegt nicht der Einlagensicherung. Die vergangene Performance lässt keine Rückschlüsse auf die zukünftige Wertentwicklung zu.
Der Wert der Anlage kann schwanken. Ein teilweiser oder ganzer Verlust ist möglich. Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.
Persönlich haftende und geschäftsführende Gesellschafter: Citicorp Management AG
Vorstand: Ahmad Siddik Badruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mailänder
Sitz der Gesellschaft: Düsseldorf Handelsregister Amtsgericht Düsseldorf HRB 46380

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 88

# citibank

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg
623/1601/0007018/02//60327-11.07/0,55EUR

Herrn Mieczyslaw Wolski
Frau Johanna Wolski
Senefelderstr.6
69181 Leimen

WOLSKI. MIECZYSLAW

02.11.2007

Depot-Nr.                             201250140500

## Effektenabrechnung
Kauf aus Emission

| BO.E.N 07.12.12 DJES 50 (LEH.BROS.TREA .B.V.) | | WKN | AOS116 |
|---|---|---|---|
| Verwahrart | Girosammelverwahrung | ISIN | DE000AOS1160 |
| | | Gesch.-Nr. | 30884656 |
| | | Ref.-Nr. | 0038798800 |
| Nominal / Stück | ST          10 | Börse | ZEICHNUNGEN |
| Kurs | EUR       1.020,00 | Schlusstag | 02.11.2007 |
| Auftragsart | Billigst | | |
| Kurswert | | | 1 |
| | | | 10.200,00- EUR |

Gesamtbetrag

10.200,00- EUR

Verbuchung erfolgt in EUR zu Lasten      Konto-Nr.          Valuta
2012501405          06.11.2007

10.200,00- EUR

Kommissionsgeschäft

Rechnungsnummer: EE2-505-BAPO-00030884656

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Ahmad Siddik Badruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Malländer
Sitz der Gesellschaft: Düsseldorf • Handelsregister Amtsgericht Düsseldorf HRB 48380
UST-ID-Nr.: DE 811 285 485 • Steuer-Nr: 47/230/21899

Am

# citibank

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg
851/1601/0008688/05//60327-09.07/0,55EUR

Herrn Mieczyslaw Wolski
Frau Johanna Wolski
Senefelderstr.6
69181 Leimen

WOLSKI, MIECZYSLAW

05.09.2007

Depot-Nr.

201250140500

# Effektenabrechnung
Kauf aus Emission

| | | | | | |
|---|---|---|---|---|---|
| BO.E.N 22.09.11 BRENTCRUDEOIL(LEH.BR.T R.CO.) | | | | WKN | AOTBEN |
| Verwahrart | | WR Niederlande | | ISIN | XS0311769219 |
| | | | | Gesch.-Nr. | 30030313 |
| Nominal / Stück | ST | | 5 | Ref.-Nr. | 9601815300 |
| Kurs | EUR | | 1.020,00 | Börse | ZEICHNUNGEN |
| | | | | Schlusstag | 05.09.2007 |

| | |
|---|---|
| Kurswert | 5.100,00- EUR |
| | |
| Gesamtbetrag | 5.100,00- EUR |
| Verbuchung erfolgt in EUR zu Lasten    Konto-Nr.        Valuta | |
|                                         2012501405       07.09.2007 | 5.100,00- EUR |
| Kommissionsgeschäft | |

Rechnungsnummer: EE2-505-BAPO-00030030313

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben, Irrtum vorbehalten.
Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Ahmad Siddiki Badruddin; Peter E. Blatter; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Maliänder
Sitz der Gesellschaft: Düsseldorf • Handelsregister Amtsgericht Düsseldorf HRB 48380
UST-ID-Nr.: DE 811 285 485 - Steuer-Nr.: 47/220/21888

Amer

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, _____

_____

_____

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this _____ day of _____ 2008.

_Wolski Mieczyslaw_
[Print Name] _Wolski Johanna_

_Wolski_ [Signature]

Name
Address
City
Country of Residence
Date of Birth

RESULTS SECURITIES INC · POWER OF ATTORNEY · 1

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 89

# citibank

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg
357/1601/0006676/02//60327-05 07/0 55EUR

Herrn Ernst Zeilinger
Frau Anne Maria Zeilinger
Freesstr. 9
90449 Nuernberg

ZEILINGER, ERNST                                              02.05.2007

## Effektenabrechnung                    Depot-Nr
Kauf aus Emission                                            260338203401

| KUPON NOTES 04 05.12 DJES SO(LEHMAN BR O.) | | WKN | AON9XZ |
| Verwahrart | Girosammelverwahrung | ISIN | DE000AON9XZ5 |
| | | Gesch.-Nr | 27936454 |
| | | Ref.-Nr. | 8478166200 |
| Nominal / Stück | ST | 14 | Börse | ZEICHNUNGEN |
| Kurs | EUR | 1.020,00 | Schlusstag | 02.05.2007 |

Kurswert                                                   14.280,00- EUR

Gesamtbetrag                                               14.280,00- EUR

Verbuchung erfolgt in EUR zu Lasten     Konto-Nr.      Valuta
                                        2603382034     04.05.2007      14.280,00- EUR

Kommissionsgeschäft

Rechnungsnummer: EE2-505-BAPO-00027936454

Dieser Beleg wurde maschinell erstellt und wird nicht unterschrieben, Irrtum vorbehalten.

Persönlich haftender und geschäftsführender Gesellschafter: Citicorp Management AG
Vorstand: Susan S. Harnett, Vorsitzende; Ahmad Sindik Bankvorstand Peter E. Blomer; Ulrich Jordan; Peter Klein; Franz Josef Nick
Vorsitzender des Aufsichtsrates: Prof. Dr. K. Peter Mailänder
Sitz der Gesellschaft: Düsseldorf • Handelsregister Amtsgericht Düsseldorf HRB 48380
USt=ID-Nr.: DE 811 283 486 • Steuer-Nr.: 47/220/21898

A member of citigroup

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 90

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 · GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 · FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, *ERNST UND ANNA MARIA ZEILINGER*

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

LEHMAN BROTHERS HOLDING INC., 08-BK-13555 Bankr. S.D.N.Y.
LEHMAN BROTHERS INC.
BARCLAY CAPITAL INC.

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this *13.* day of *10.* 2008.

*ANNA MARIA ZEILINGER*

*ERNST ZEILINGER*

[Print Name]

[Signature]

Name
Address
City
Country of Residence
Date of Birth

*GERMANY*

*A.M 18.1.1935    E 26.03.38*

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 91

## HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, *Ursula Elisabeth Jahn*          *30.11.1948*
*Horst Albert Jahn*          *24.12.1942*
*Oleanderstr. 29*          *41470 Neuss*

hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

**LEHMAN BROTHERS HOLDING INC.**, 08-BK-13555 et.al., Bankr. S.D.N.Y.
**LEHMAN BROTHERS INC.**, 08-AP-01420 SIPA, S.D.N.Y.
**BARCLAY CAPITAL INC.**

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this *20.* day of *January* 2008 9

*JAHN*

[Print Name]

*Ursula Jahn*          *Horst ...*

[Signature]

Name
Address
City
Country of Residence
Date of Birth

*Jahn Ursula*
*Oleanderstr. 29*
*41470 Neuss*
*Deutschland*
*30.11.1948*

*Jahn, Horst*
*Oleanderstr. 29*
*41470 Neuss*
*Deutschland*
*24.12.1942*

RESULTS SECURITIES INC • POWER OF ATTORNEY • 1

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

300 CENTRAL AVENUE SUITE 320 • GREAT FALLS MONTANA 59401
TELEPHONE (406) 452 3100 • FACSIMILE (406) 452 6599
WWW.NABERPC.COM

## POWERS OF ATTORNEY

I, __WALTER JANSEN__
__AN DER SCHIESSRUTE 31, 47877 WILLICH, GERMANY__
__BORN: JANUARY 31, 1949__
hereby authorize NABER PC, 300 Central Avenue Suite 320 in Great Falls, Montana 59401, U.S.A. (the "Representative"), to represent me concerning any claims I may have or be able to assert against or related to

**LEHMAN BROTHERS HOLDING INC., 08-BK-13555 et.al., Bankr. S.D.N.Y.**
**LEHMAN BROTHERS INC., 08-AP-01420 SIPA, S.D.N.Y.**
**BARCLAY CAPITAL INC.**

and/or any of their agents, affiliates, subsidiaries, controlling, controlled, and related person(s), predecessors and successors, to act on my behalf and in my name, and to receive funds disbursed to me on my behalf towards any persons, courts, and governmental agencies. All such persons shall be released from any ostensible or actual confidentiality obligation, if any, when dealing with the Representative. This Power of Attorney shall be unlimited and without any reservation.

I am not a U.S. resident, and, to my best knowledge and belief, are not subject to taxation within the United States, and therefore do not have a U.S. Social Security Number or Taxpayer Identification Number assigned to me. A true and accurate photocopy of my passport is attached as proof of my foreign nationality and residence.

I may revoke this Powers of Attorney at any time by written revocation notice to any party with whom the Representative dealt, but such termination shall have no retroactive effects.

DATED this __14__ day of __FEBRUARY 2008.__ 2009

__JANSEN__
[Print Name]

__W. [Signature]__
[Signature]

Name
Address
City
Country of Residence
Date of Birth

__JANSEN WALTER__
__AN DER SCHIESSRUTE 31__
__47877 WILLICH__
__GERMANY__
__JANUARY 31, 1949__

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 93

**COMMERZBANK**

Home    About us    Retail Banking    Corporate Banking    Asset Based Finance    Institutions    Press    Investor Relations    Careers    Research

Home > Press > Press releases > Archive > 2009 > Second quarter

## Press Release

May 11, 2009

### Dresdner Bank merged into Commerzbank

Today, the merger of Dresdner Bank AG into Commerzbank AG was entered into the
Commercial Register, as a result all existing rights and obligations of Dresdner Bank are
transferred to Commerzbank by way of universal succession (Gesamtrechtsnachfolge). All
Dresdner Bank employees are now employees of Commerzbank. Nothing will change for
Dresdner Bank clients for now, account numbers and routing numbers will stay the same. As
a result of the merger the reference line "A Brand of Commerzbank AG" is added to the
Dresdner Bank brand. The branch network of Commerzbank and Dresdner Bank will be
merged under the Commerzbank brand following the Integration of the IT-Systems proposed
for end of 2010.

Print version

Press releases
  Archive
Presentations
Media centre
Picture gallery
Interviews
Contact
Financial calendar
Annual General Meeting
Press info service

search

Contact

pressestelle@
commerzbank.com

Phone:
+49(0)69-136-22830

Archive
**2011**
**2010**
**2009**
  First quarter
  **Second quarter**
  Third quarter
  Fourth quarter
**2008**
**2007**
**2006**
**2005**
**2004**
**2003**

Deutsch | Terms | Contact | Privacy | Imprint | Security

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 94

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

NABER PC
300 CENTRAL AVENUE SUITE 320
GREAT FALLS, MONTANA 5940?

TELEPHONE +1 406 452 3169
FACSIMILE +1 406 452 6599

OCTOBER 22 2009

**Fax (01149) 211 8984 1164**
Citibank Privatkunden AG & Co. KGaA
Postfach 101152
47011 Duisburg

## 15/09 Lehman Insolvenz – Anfrage *Blocking / Reference Numbers*

Sehr geehrte Damen und Herren,

bitte nehmen Sie zur Kenntnis, das ich eine Reihe Ihrer Kunden im amerikanischen Insolvenzverfahren der Lehman Brothers Holdings Inc., Az. 08-13555, Bankr. S.D.N.Y. vertrete.

Wie Ihnen bekannt sein dürfte, hat das Insolvenzgericht einem vereinfachten Verfahren zur Anmeldung von Ansprüchen aus einer von Holding gegenüber den Gläubigern der ebenfalls insolventen holländischen Tochtergesellschaft Lehman Brothers Treasury Co. B.V. abgegebenen Garantie im Sommer diesen Jahres zugestimmt. Dieses Verfahren betrifft Anleger, die bestimmte Schuldverschreibungen, Anleihen und Zertifikate der Lehman Brothers Treasury Co. B.V., unter anderen über Ihr Haus, erworben haben. Zur Teilnahme am vereinfachten Anmeldeverfahren werden neben der ISIN auch eine Blocking- oder Sperrnummer sowie eine Depotkontonummer des Clearinghouses benötigt, welches die jeweiligen Papiere verrechnet hat. Nach dem vom Gericht bestimmten Zeitpunkt sind diese Angaben bis zum 23.10. nachzufragen und bis zum 2. November 2009 gerichtsbekannt zu machen.

Einige meiner Mandanten haben sich bereits selbst um die Beibringung dieser Daten bemüht. Namens und in Vollmacht der Mandantschaft, die LBT-Zertifikate über Sie erworben hat, deren Daten aber nicht vollständig vorliegen, bitte ich daher vorsorglich um Ermittlung und Bereitstellung von Blocking- und Verwahrnummer für

| Name | Depot-Nr. | ISIN | Kaufdatum |
|------|-----------|------|-----------|
| ADAMS, Monika | 140547083100 | DE000A0NXKZ9 | 03. August 2007 |
| ADAMS, Monika | 140547083100 | DE000A0V4E15 | 05. Mai 2008 |
| ADE, Volker | 060159172100 | XS0340076321 | 05. Mai 2008 |
| AMONN-DINGER, Verena | 190954265400 | XS0258411239 | 05. März 2008 |
| BAYER, Ingeborg | 310742401700 | XS0331533173 | 05. Sep. 2006 |
| BAYER, Ingeborg | 310742401700 | DE000A0MHXQ6 | 02. Jan. 2008 |
| BERLAGE, Paul | 060135283901 | DE000A0V4E15 | 04. Apr. 2007 |
| BROSCHK, Dieter | 220249247000 | XS0340076321 | 05. Mai 2008 |
| BROMMERT, Ulrike | 030863276001 | DE000A0S1160 | 05. Mar. 2008 |
| FETKENHAUER, Lothar | 160629222400 | XS0311769219 | 02. Nov. 2007 |
| FRANZEK, Erhard | 141148266600 | DE000A0NXKZ9 | 05. Sep. 2007 |
| GRAEBER, Reiner | 100156276600 | DE000A0NXKZ9 | 03. Aug. 2007 |
| GRANDEMENGE, Cornelia | 140553227600 | DE000A0N6GH8 | 07. Aug. 2007 |
| HASSE, Klaus-Dieter | 15015522770 | XS0255689589 | 06. Jul. 2007 |
| HEINZEN, Hans | 150840064800 | XS0258411239 | 04. Mai 2007 |
| HEINZEN, Hans | 150840064800 | DE000A0S5NN9 | 02. Aug. 2006 |
| HIRSCH, Kurt | 310535192800 | DE000A0S1160 | 05. Sep. 2006 |
| JANSEN, Walter | 310149017900 | DE000A0S5ND0 | 04. Okt. 2007 |
| JAHN, Ursula | 301148018701 | DE000A0S5NN9 | 02. Nov. 2007 |
| JAHN, Ursula | 301148018701 | DE000A0V4E15 | 04. Okt. 2007 |
| JONAS, Peter | 030944354500 | DE000A0MHXQ6 | 04. Okt. 2007 |
| KASSENS, Elke | 111163103800 | DE000A0S5NN( | 07. Mai 2008 |
| KELLNER, Martin | 23015707300 | DE000A0NXKZ9 | 04. Apr. 2007 |
| KLEIN, Jürgen | 040752085600 | DE000A0SUEV6 | 04. Okt. 2007 |
| KLEIN, Jürgen | 040752085600 | | 03. Aug. 2007 |
| | | | 02. Jan. 2008 |

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 95

| | | |
|---|---|---|
| KNOFF, Günther | | |
| KÖCHLING, Hermann | 101028235601 | DE000A0SHLW6 | 03. Apr. 2008 |
| KÖNNER, Bernhard | 07044023690 | DE000A0V4E15 | 05. Mai 2008 |
| KRAWINKEL, Odo | 090650419400 | DE000A0N7XQ2 | 06. Jul. 2007 |
| KRAWINKEL, Odo | 010240354200 | DE000A0V4E15 | 05. Mai 2008 |
| LEHMANN Waltraut | 010240354200 | DE000A0N6GH8 | 30. Mai 2008 |
| LEWIN, Jörg | 081240226000 | DE000A0MHXQ6 | 04. Apr. 2007 |
| LINK, Marlene | (kdnr) 2706613054 | DE000A0SUEV6 | 31. Jan. 2008 |
| LOBBE-HERMANS, Andrea | 290746186300 | DE000A0MHXQ6 | 04. Apr. 2007 |
| MASTALEREK, Michael | 031033261600 | DE000A0V4E15 | 05. Mai 2008 |
| NAITO, Sabine | 100552011600 | DE000A0N6GH8 | 30. Mai 2007 |
| NAITO, Sabine | 240478052501 | DE000A0MHXQ6 | 04. Apr. 2007 |
| NÖRRENBERG-Sudhaus, Werner | 240478052501 | DE000A0SHPH8 | 03. Apr. 2007 |
| OBERKERSCH, Beatrice | 300345245000 | DE000A0S7D50 | 13. Nov. 2007 |
| RAMPOLD, Heidrun | 051172463500 | DE000A0S1160 | 02. Nov. 2007 |
| RODRIGUES, Karsten | 230835116000 | XS0258411239 | 05. Sep. 2006 |
| RUDOLPH, Ralf | (kdnr) 2005672317 | DE000A0N7AH9 | 04. Juli 2007 |
| SCHÄFER, Klaus | 050660121400 | DE000A0S5NN9 | 04. Okt. 2007 |
| SCHIENER, Hannelore | 161041039400 | DE000A0S5NN9 | 04. Okt. 2007 |
| SCHMIDT, Petra | 091156309800 | DE000A0SHLW6 | 03. Apr. 2008 |
| SCHOBER, Marita | 070268220200 | DE000A0SUEV6 | 02. Jan. 2008 |
| SCHOBER, Hans-Joachim | 230551249500 | DE000A0V4E15 | 05. Mai 2008 |
| SCHÖTTLER, Herbert | 030251184100 | DE000A0V4E15 | 05. Mai 2008 |
| SCHWEBIUS, Sandra | 260535073000 | XS0255689589 | 02. Aug 2006 |
| SCHWERDTFEGER, Marvin | 260776145400 | DE000A0SUEV6 | unbekannt |
| STANGE, Hans-Joachim | 270296085500 | XS0255689589 | 02. Jan. 2008 |
| STEINFORD, Silvia | 230541312600 | DE000A0MHXQ6 | 04. Aug. 2006 |
| STEINFORD, Silvia | 070551243000 | DE000A0S1160 | 04. Apr. 2007 |
| STYRA, Gertrud | 070551243000 | DE000A0V4E15 | 02. Nov. 2007 |
| THIELE, Claas | 15063726750 | DE000A0NTV01 | 05. Mai 2008 |
| THÖMEL, Erhard | 201268312700 | DE000A0V4E15 | 07. Apr. 2007 |
| VOLK, Helmut | 020936421201 | DE000A0S1160 | 05. Mai 2008 |
| VON DER HEYDE, Phillip | 020243019900 | DE000A0N7XQ2 | 02. Nov. 2007 |
| WARTAK, Beate | (kdnr) 2704950130 | DE000A0SUEV6 | 10. Juli 2007 |
| WEISS, Renate | 231157121300 | DE000A0NXKZ9 | 04. Jan. 2008 |
| WENZEL, Peter | 220643195601 | XS0258411239 | 03. Aug. 2007 |
| WERNER, Friedhelm | 090855153300 | DE000A0V4E15 | 05. Sep. 2006 |
| WERNER, Friedhelm | 030937086400 | DE000A0N7XQ2 | 05. Mai 2008 |
| WERNEYER, Renate | 030937086400 | DE000A0SUEV6 | 06. Juli 2007 |
| WILSKI, Erna | (kdnr) 0908453028 | DE000A0SUEV6 | 02. Jan. 2008 |
| WITTIG, Hanspeter | 130623415100 | DE000A0S5NN9 | 02. Jan. 2008 |
| WITZIG, Harald | 140638413900 | XS0335137120 | 04. Okt. 2007 |
| WITZIG, Harald | 070860175900 | XS0331533173 | 19. Mar. 2008 |
| WITZIG, Harald | 070860175900 | DE000A0N6GH8 | 02. Jan. 2008 |
| WITZIG, Harald | 070860175900 | DE000A0N6GH8 | 21. Jun. 2006 |
| WOLSKI, Mieczyslaw | 201250140500 | DE000A0V4E15 | 30. Mai 2007 |
| WOLSKI, Mieczyslaw | 201250140500 | DE000A0S1160 | 05. Mai 2008 |
| WOLSKI, Mieczyslaw | 201250140500 | DE000A0SUEV6 | 02. Nov. 2007 |
| WULF, Norbert | 131151235000 | DE000A0NMXZ5 | 05. Sep. 2007 |
| ZEILINGER, Ernst | 260338203401 | | 02. Jan. 2008 |
| | | | 02. Mai 2007 |

Ordnungsgemäße Bevollmächtigung wird versichert, Abschriften der Vollmachtsurkunden sende ich auf Anfrage selbstverständlich nach.

Ich bitte, die erforderlichen Daten zu ermitteln und entweder meinem Büro in Great Falls per Fax (001) 406 452 6599 bzw. meinem Büro in Bremen (04 21) 258 5053 bzw. per email an lbhi.claim@naberpc.com bzw. der Mandantschaft direkt bis zum 28. Oktober 2009 zukommen zu lassen, damit eine fristgerechte Weitergabe an das Gericht besorgt werden kann. Sofern Sie für Ihre Kunden die Anmeldung der Garantieansprüche übernehmen, bitte ich um kurze Nachricht, damit Duplikationen vermieden werden.

Haben Sie vielen Dank für Ihre Hilfe. Bei Rückfragen stehe ich selbstverständlich gern zur Verfügung.

Mit freundlichen Grüßen

Helge Naber
Rechtsanwalt
Attorney at Law

## Fax Call Report

**HP LaserJet M3027 MFP Series**

Page 1

### Fax Header Information

```
NABER PC Great Falls MT
0014064526599
23-Oct-2009 13:08
```

| Fax Job | Date/Time | Type | Identification | Duration | Pgs | Result |
|---------|-----------|------|----------------|----------|-----|--------|
| 731 | 23-Oct-2009 13:06 | Send | 09870114921189841164 | 1:45 | 3 | Success |

# HELGE NABER LL.M.

RECHTSANWALT     ATTORNEY AT LAW
LANDGERICHT BREMEN     SUPREME COURT OF MONTANA

NABER PC
300 CENTRAL AVENUE SUITE 320
GREAT FALLS, MONTANA 59401

TELEPHONE +1 406 452 3100
FACSIMILE +1 406 452 6599

OCTOBER 22 2009

Fax (01149) 211 8984 1164
Citibank Privatkunden AG & Co. KGaA
Postfach 101152
47011 Duisburg

**15/09 Lehman Insolvenz – Anfrage Blocking / Reference Numbers**

Sehr geehrte Damen und Herren,

bitte nehmen Sie zur Kenntnis, das ich eine Reihe Ihrer Kunden im amerikanischen Insolvenzverfahren der Lehman Brothers Holdings Inc., Az. 08-13555, Bankr. S.D.N.Y. vertrete.

Wie Ihnen bekannt sein dürfte, hat das Insolvenzgericht einem vereinfachten Verfahren zur Anmeldung von Ansprüchen aus einer von Holding gegenüber den Gläubigern der ebenfalls insolventen holländischen Tochtergesellschaft Lehman Brothers Treasury Co. B.V. abgegebenen Garantie im Sommer diesen Jahres zugestimmt. Dieses Verfahren betrifft Anleger, die bestimmte Schuldverschreibungen, Anleihen und Zertifikate der Lehman Brothers Treasury Co. B.V., unter anderem über Ihr Haus, erworben haben. Zur Teilnahme am vereinfachten Anmeldeverfahren werden neben der ISIN auch eine Blocking- oder Sperrnummer sowie eine Depotkontonummer des Clearinghouses benötigt, welches die jeweiligen Papiere verrechnet hat. Nach dem vom Gericht bestimmten Zeitpunkt sind diese Angaben bis zum 23.10. nachzufragen und bis zum 2. November 2009 gerichtsbekannt zu machen.

Einige meiner Mandanten haben sich bereits selbst um die Beibringung dieser Daten bemüht. Namens und in Vollmacht der Mandantschaft, die LBT-Zertifikate über Sie erworben hat, deren Daten aber nicht vollständig vorliegen, bitte ich daher vorsorglich um Ermittlung und Bereitstellung von Blocking- und Verwahrnummer für

| Name | Depot-Nr. | ISIN | Kaufdatum |
|------|-----------|------|-----------|
| ADAMS, Monika | 140547083100 | DE000A0N0XZ9 | 03. August 2007 |
| ADAMS, Monika | 140547083100 | DE000A0V4E15 | 05. Mai 2008 |
| ADE, Volker | 080169172100 | XS0340076321 | 05. März 2008 |
| AMONN-DINGER, Verena | 190954265400 | XS0258411239 | 05. Sep. 2006 |
| BAYER, Ingeborg | 310742401700 | XS0331533173 | 02. Jan. 2008 |
| BAYER, Ingeborg | 310742401700 | DE000A0MHXQ8 | 04. Apr. 2007 |
| BERLAGE, Paul | 080138283601 | DE000A0V4E15 | 05. Mai 2008 |
| BROSCHK, Dieter | 220249247000 | XS0340076321 | 05. Mär. 2008 |
| BROMMERT, Ulrike | 030863276001 | DE000A0S1160 | 02. Nov. 2007 |
| FETKENHAUER, Lothar | 160629222400 | XS0311769219 | 05. Sep. 2007 |
| FRANZEN, Erhard | 141148286600 | DE000A0N0XZ9 | 03. Aug. 2007 |
| GRAEBER, Reiner | 100156276600 | DE000A0N0XZ9 | 03. Aug. 2007 |
| GRANDEMENGE, Cornelia | 140553227600 | DE000A0N7XQ2 | 07. Aug. 2007 |
| HASSE, Klaus-Dieter | 150158227700 | DE000A0N8GH8 | 06. Jul. 2007 |
| HEINZEN, Hans | 150840064300 | XS0255698989 | 04. Mai 2007 |
| HEINZEN, Hans | 150840064300 | XS0258411239 | 02. Aug. 2008 |
| HIRSCH, Kurt | 310535192800 | DE000A0S5NN9 | 05. Sep. 2006 |
| JANSEN, Walter | 310149017900 | DE000A0S1160 | 04. Okt. 2007 |
| JAHN, Ursula | 301148018701 | DE000A0S5ND0 | 02. Nov. 2007 |
| JAHN, Ursula | 301148018701 | DE000A0S5NN9 | 04. Okt. 2007 |
| JONAS, Peter | 030944354500 | DE000A0V4E18 | 04. Okt. 2007 |
| KASSENS, Elke | 111163103800 | DE000A0MHXQ6 | 07. Mai 2008 |
| KELLNER, Martin | 23015707300 | DE000A0S5NN( | 04. Apr. 2007 |
| KLEIN, Jürgen | 040752085600 | DE000A0N0XZ9 | 04. Okt. 2007 |
| KLEIN, Jürgen | 040752085600 | DE000A0SUEV6 | 03. Aug. 2007 |
|  |  |  | 02. Jan. 2008 |

WWW.NABERPC.COM

TIME : .10/23/2009 18:13

```
DATE,TIME                          10/23 18:12
FAX NO./NAME                       011494035013012
DURATION                           00:00:47
PAGE(S)                            02
RESULT                             OK
MODE                               STANDARD
                                   ECM
```

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 96

# HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

NABER PC
300 CENTRAL AVENUE SUITE 328
GREAT FALLS, MONTANA 59401

TELEPHONE +1 406 452 3100
FACSIMILE +1 406 452 6599

OCTOBER 22 2009

Fax (01149) 403 501 3012
Dresdner Bank
Jungerfernstieg 22
20349 Hamburg

## 15/09 Lehman Insolvenz – Anfrage *Blocking / Reference Numbers*

Sehr geehrte Damen und Herren,

bitte nehmen Sie zur Kenntnis, das ich eine Reihe Ihrer Kunden im amerikanischen Insolvenzverfahren der Lehman Brothers Holdings Inc., Az. 08-13555, Bankr. S.D.N.Y. vertrete. Wie Ihnen bekannt sein dürfte, hat das Insolvenzgericht einem vereinfachten Verfahren zur Anmeldung von Ansprüchen aus einer von Holding gegenüber den Gläubigern der ebenfalls insolventen holländischen Tochtergesellschaft Lehman Brothers Treasury Co. B.V. abgegebenen Garantie im Sommer diesen Jahres zugestimmt. Dieses Verfahren betrifft Anleger, die bestimmte Schuldverschreibungen, Anleihen und Zertifikate der Lehman Brothers Treasury Co. B.V., unter anderen über Ihr Haus, erworben haben. Zur Teilnahme am vereinfachten Anmeldeverfahren werden neben der ISIN auch eine Blocking- oder Sperrnummer sowie eine Depotkontonummer des Clearinghouses benötigt, welches die jeweiligen Papiere verrechnet hat. Nach dem vom Gericht bestimmten Zeitpunkt sind diese Angaben bis zum 2. November 2009 gerichtsbekannt zu machen.

Einige meiner Mandanten haben sich bereits selbst um die Beibringung dieser Daten bemüht. Namens und in Vollmacht der Mandantschaft, die LBT-Zertifikate über Sie erworben hat, deren Daten aber nicht vollständig vorliegen, bitte ich daher vorsorglich um Ermittlung und Bereitstellung von Blocking- und Verwahrnummer für

| Name | Depot-Nr. | ISIN | Kaufdatum |
|------|-----------|------|-----------|
| SOKOLOWSKI, Claus-Günther | 2004323523300 | DE000A0MJHE1 | 06. Feb. 2007 |

Ordnungsgemäße Bevollmächtigung wird versichert, Abschriften der Vollmachtsurkunden sende ich auf Anfrage selbstverständlich nach.

Ich bitte, die erforderlichen Daten zu ermitteln und entweder meinem Büro in Great Falls per Fax (001) 406 452 6599 bzw. meinem Büro in Bremen per Fax (04 21) 258 5053 bzw. per email an lbhi.claim@naberpc.com bzw. der Mandantschaft direkt bis zum 28. Oktober 2009 zukommen zu lassen, damit eine fristgerechte Weitergabe an das Gericht besorgt werden kann. Sofern Sie für Ihre Kunden die Anmeldung der Garantieansprüche übernehmen, bitte ich um kurze Nachricht, damit Duplikationen vermieden werden.

Haben Sie vielen Dank für Ihre Hilfe. Bei Rückfragen stehe ich selbstverständlich gern zur Verfügung.

Mit freundlichen Grüßen

Helge Naber
Rechtsanwalt
Attorney at Law

**Fax Call Report**

HP **LaserJet M3027 MFP** Series
Page 1

---

## Fax Header Information

NABER PC Great Falls MT
0014064526599
23-Oct-2009 13:14

| Fax Job | Date/Time | Type | Identification | Duration | Pgs | Result |
|---------|-----------|------|----------------|----------|-----|--------|
| 732 | 23-Oct-2009 13:13 | Send | 10987011492113212017 | 0:54 | 2 | Success |

**HELGE NABER LL.M.**
RECHTSANWALT                     ATTORNEY AT LAW
LANDGERICHT DRESDEN             SUPREME COURT OF MONTANA

NABER PC
300 CENTRAL AVENUE SUITE 320
GREAT FALLS, MONTANA 59401

TELEPHONE +1 406 452 3100
FACSIMILE +1 406 452 6599

OCTOBER 22 2009

Fax (01149) 211 321 2017
Dresdner Bank AG
Königsallee 37
40300 Düsseldorf

**15/09 Lehman Insolvenz – Anfrage** *Blocking / Reference Numbers*

Sehr geehrte Damen und Herren,

bitte nehmen Sie zur Kenntnis, das ich eine Reihe Ihrer Kunden im amerikanischen Insolvenzverfahren der Lehman Brothers Holdings Inc., Az. 08-13555, Bankr. S.D.N.Y. vertrete. Wie Ihnen bekannt sein dürfte, hat das Insolvenzgericht einem vereinfachten Verfahren zur Anmeldung von Ansprüchen aus einer von Holding gegenüber den Gläubigern der ebenfalls insolventen holländischen Tochtergesellschaft Lehman Brothers Treasury Co. B.V. abgegebenen Garantie im Sommer dieses Jahres zugestimmt. Dieses Verfahren betrifft Anleger, die bestimmte Schuldverschreibungen, Anleihen und Zertifikate der Lehman Brothers Treasury Co. B.V., unter anderen über Ihr Haus, erworben haben. Zur Teilnahme am vereinfachten Anmeldeverfahren werden neben der ISIN auch eine Blocking- oder Sperrnummer sowie eine Depotkontonummer des Clearinghouses benötigt, welches die jeweiligen Papiere verrechnet hat. Nach dem vom Gericht bestimmten Zeitpunkt sind diese Angaben bis zum 23.10. nachzufragen und bis zum 2. November 2009 gerichtsbekannt zu machen.

Einige meiner Mandanten haben sich bereits selbst um die Beibringung dieser Daten bemüht. Namens und in Vollmacht der Mandantschaft, die LBT-Zertifikate über Sie erworben hat, deren Daten aber nicht vollständig vorliegen, bitte ich daher vorsorglich um Ermittlung und Bereitstellung von Blocking- und Verwahrnummer für

| Name | Depot-Nr. | ISIN | Kaufdatum |
|------|-----------|------|-----------|
| BAUMHEIER, Oliver | 3400344406511 | DE000A0MHVV0 | 28. Dez. 2007 |
| BAUMHEIER, Carina | 3400344405311 | DE000A0MHVV0 | 28. Dez. 2007 |
| ISHII, Heike | 300255850900 | DE000A0LJW12 | 08. Dez. 2006 |
| ISHII, Heike | 300255850900 | DE000A0MJHE1 | 15. Feb. 2007 |
| WIPPERN, Margit | 3000540180201 | DE000A0MJHE1 | 13. Mai 2008 |

Ordnungsgemäße Bevollmächtigung wird versichert, Abschriften der Vollmachtsurkunden sende ich auf Anfrage selbstverständlich nach.

Ich bitte, die erforderlichen Daten zu ermitteln und entweder meinem Büro in Great Falls per Fax (001) 406 452 6599 bzw. meinem Büro in Bremen per Fax (04 21) 258 5053 bzw. per email an ibhi.claim@naberpc.com bzw. der Mandantschaft direkt bis zum 28. Oktober 2009 zukommen zu lassen, damit eine fristgerechte Weitergabe an das Gericht besorgt werden kann. Sofern Sie für Ihre Kunden die Anmeldung der Garantieansprüche übernehmen, bitte ich um kurze Nachricht, damit Duplikationen vermieden werden.

Haben Sie vielen Dank für Ihre Hilfe. Bei Rückfragen stehe ich selbstverständlich gern zur Verfügung.

Mit freundlichen Grüßen

WWW.NABERPC.COM

# HELGE NABER LL.M.

RECHTSANWALT                          ATTORNEY AT LAW
*Lehrbeauftragter Dozent*             *Member of Court of Montana*

NABER PC
300 CENTRAL AVENUE SUITE 323
GREAT FALLS, MONTANA 5940?

TELEPHONE +1 406 452 3190
FACSIMILE +1 406 452 6599

OCTOBER 22 2009

**Fax (01149) 211 321 2017**
Dresdner Bank AG
Königsallee 37
40300 Düsseldorf

## 15/09 Lehman Insolvenz – Anfrage *Blocking / Reference Numbers*

Sehr geehrte Damen und Herren,

bitte nehmen Sie zur Kenntnis, das ich eine Reihe Ihrer Kunden im amerikanischen Insolvenzverfahren der Lehman Brothers Holdings Inc., Az. 08-13555, Bankr. S.D.N.Y. vertrete. Wie Ihnen bekannt sein dürfte, hat das Insolvenzgericht einem vereinfachten Verfahren zur Anmeldung von Ansprüchen aus einer von Holding gegenüber den Gläubigern der ebenfalls insolventen holländischen Tochtergesellschaft Lehman Brothers Treasury Co. B.V. abgegebenen Garantie im Sommer diesen Jahres zugestimmt. Dieses Verfahren betrifft Anleger, die bestimmte Schuldverschreibungen, Anleihen und Zertifikate der Lehman Brothers Treasury Co. B.V., unter anderen über Ihr Haus, erworben haben. Zur Teilnahme am vereinfachten Anmeldeverfahren werden neben der ISIN auch eine Blocking- oder Sperrnummer sowie eine Depotkontonummer des Clearinghouses benötigt, welches die jeweiligen Papiere verrechnet hat. Nach dem vom Gericht bestimmten Zeitpunkt sind diese Angaben bis zum 23.10. nachzufragen und bis zum 2. November 2009 gerichtsbekannt zu machen.

Einige meiner Mandanten haben sich bereits selbst um die Beibringung dieser Daten bemüht. Namens und in Vollmacht der Mandantschaft, die LBT-Zertifikate über Sie erworben hat, deren Daten aber nicht vollständig vorliegen, bitte ich daher vorsorglich um Ermittlung und Bereitstellung von Blocking- und Verwahrnummer für

| Name | Depot-Nr. | ISIN | Kaufdatum |
|------|-----------|------|-----------|
| BAUMHEIER, Oliver | 3400344406511 | DE000A0MHVV0 | 28. Dez. 2007 |
| BAUMHEIER, Carina | 3400344405311 | DE000A0MHVV0 | 28. Dez. 2007 |
| ISHII, Heila | 300255650900 | DE000A0LJW12 | 08. Dez. 2006 |
| ISHII, Heila | 300255650900 | DE000A0MJHE1 | 15. Feb. 2007 |
| WIPPERN, Margit | 3000540190201 | DE000A0MJHE1 | 13. Mai 2008 |

Ordnungsgemäße Bevollmächtigung wird versichert, Abschriften der Vollmachtsurkunden sende ich auf Anfrage selbstverständlich nach.

Ich bitte, die erforderlichen Daten zu ermitteln und entweder meinem Büro in Great Falls per Fax (001) 406 452 6599 bzw. meinem Büro in Bremen per Fax (04 21) 258 5053 bzw. per email an lbhi.claim@naberpc.com bzw. der Mandantschaft direkt bis zum 28. Oktober 2009 zukommen zu lassen, damit eine fristgerechte Weitergabe an das Gericht besorgt werden kann. Sofern Sie für Ihre Kunden die Anmeldung der Garantieansprüche übernehmen, bitte ich um kurze Nachricht, damit Duplikationen vermieden werden.

Haben Sie vielen Dank für Ihre Hilfe. Bei Rückfragen stehe ich selbstverständlich gern zur Verfügung.

Mit freundlichen Grüßen

HELGE NABER LL.M. 08-13555-mg Doc 27528-2 Filed 04/05/12 Entered 04/20/12 12:20:41
PAGE 2 Continuation of Exhibits Pg 37 of 56

10/23/2009

**Helge Naber**
Rechtsanwalt
Attorney at Law

## Fax Call Report

HP LaserJet **M3027 MFP** Series

Page 1

### Fax Header Information

NABER PC Great Falls MT
0014064526599
23-Oct-2009 14:34

| Fax Job | Date/Time | Type | Identification | Duration | Pgs | Result |
|---------|-----------|------|----------------|----------|-----|--------|
| 741 | 23-Oct-2009 14:32 | Send | 10987011493464241220 | 0:58 | 2 | Success |

## HELGE NABER LL.M.

RECHTSANWALT
LANDGERICHT BREMEN

ATTORNEY AT LAW
SUPREME COURT OF MONTANA

NABER PC
300 CENTRAL AVENUE SUITE 320
GREAT FALLS, MONTANA 59401

TELEPHONE +1 406 452 3100
FACSIMILE +1 406 452 6599

OCTOBER 22 2009

Fax (01149) 3464-241220
Dresdner Bank AG
Bahnhofstrasse 40
06526 Sangerhausen

15/09 Lehman Insolvenz – Anfrage Blocking / Reference Numbers

Sehr geehrte Damen und Herren,

bitte nehmen Sie zur Kenntnis, das ich eine Reihe Ihrer Kunden im amerikanischen Insolvenzverfahren der Lehman Brothers Holdings Inc., Az. 08-13555, Bankr. S.D.N.Y. vertrete. Wie Ihnen bekannt sein dürfte, hat das Insolvenzgericht einem vereinfachten Verfahren zur Anmeldung von Ansprüchen aus einer von Holding gegenüber den Gläubigern der ebenfalls insolventen holländischen Tochtergesellschaft Lehman Brothers Treasury Co. B.V. abgegebenen Garantie im Sommer diesen Jahres zugestimmt. Dieses Verfahren betrifft Anleger, die bestimmte Schuldverschreibungen, Anleihen und Zertifikate der Lehman Brothers Treasury Co. B.V., unter anderem über Ihr Haus, erworben haben. Zur Teilnahme am vereinfachten Anmeldeverfahren werden neben der ISIN auch eine Blocking- oder Sperrnummer sowie eine Depotkontonummer des Clearinghouses benötigt, welches die jeweiligen Papiere verrechnet hat. Nach dem vom Gericht bestimmten Zeitpunkt sind diese Angaben bis zum 2. November 2009 gerichtsbekannt zu machen.

Einige meiner Mandanten haben sich bereits selbst um die Beibringung dieser Daten bemüht. Namens und in Vollmacht der Mandantschaft, die LBT-Zertifikate über Sie erworben hat, deren Daten aber nicht vollständig vorliegen, bitte ich daher vorsorglich um Ermittlung und Bereitstellung von Blocking- und Verwahrnummer für

| Name | Depot-Nr. | ISIN | Kaufdatum |
|------|-----------|------|-----------|
| LUCKS, Ilona | 281782024001 | DE000A0MJHE1 | 15. Feb. 2007 |

Ordnungsgemäße Bevollmächtigung wird versichert, Abschriften der Vollmachtsurkunden sende ich auf Anfrage selbstverständlich nach.

Ich bitte, die erforderlichen Daten zu ermitteln und entweder meinem Büro in Great Falls per Fax (001) 406 452 6599 bzw. meinem Büro in Bremen per Fax (04 21) 258 5053 bzw. per email an ibhi.claim@naberpc.com bzw. der Mandantschaft direkt bis zum 28. Oktober 2009 zukommen zu lassen, damit eine fristgerechte Weitergabe an das Gericht besorgt werden kann. Sofern Sie für Ihre Kunden die Anmeldung der Garantieansprüche übernehmen, bitte ich um kurze Nachricht, damit Duplikationen vermieden werden.

Haben Sie vielen Dank für Ihre Hilfe. Bei Rückfragen stehe ich selbstverständlich gern zur Verfügung.

Mit freundlichen Grüßen

WWW.NABERPC.COM

# HELGE NABER LL.M.

RECHTSANWALT
Landgericht Bremen

ATTORNEY AT LAW
Supreme Court of Montana

NABER PC
300 CENTRAL AVENUE SUITE 320
GREAT FALLS, MONTANA 59401

TELEPHONE +1 406 452 3100
FACSIMILE +1 406 452 6599

OCTOBER 22 2009

Fax (01149) 3464-241220
Dresdner Bank AG
Bahnhofstrasse 40
06526 Sangerhausen

**15/09 Lehman Insolvenz – Anfrage** *Blocking / Reference Numbers*

Sehr geehrte Damen und Herren,

bitte nehmen Sie zur Kenntnis, das ich eine Reihe Ihrer Kunden im amerikanischen Insolvenzverfahren der Lehman Brothers Holdings Inc., Az. 08-13555, Bankr. S.D.N.Y. vertrete. Wie Ihnen bekannt sein dürfte, hat das Insolvenzgericht einem vereinfachten Verfahren zur Anmeldung von Ansprüchen aus einer von Holding gegenüber den Gläubigern der ebenfalls insolventen holländischen Tochtergesellschaft Lehman Brothers Treasury Co. B.V. abgegebenen Garantie im Sommer diesen Jahres zugestimmt. Dieses Verfahren betrifft Anleger, die bestimmte Schuldverschreibungen, Anleihen und Zertifikate der Lehman Brothers Treasury Co. B.V., unter anderen über Ihr Haus, erworben haben. Zur Teilnahme am vereinfachten Anmeldeverfahren werden neben der ISIN auch eine Blocking- oder Sperrnummer sowie eine Depotkontonummer des Clearinghouses benötigt, welches die jeweiligen Papiere verrechnet hat. Nach dem vom Gericht bestimmten Zeitpunkt sind diese Angaben bis zum 2. November 2009 gerichtsbekannt zu machen.

Einige meiner Mandanten haben sich bereits selbst um die Beibringung dieser Daten bemüht. Namens und in Vollmacht der Mandantschaft, die LBT-Zertifikate über Sie erworben hat, deren Daten aber nicht vollständig vorliegen, bitte ich daher vorsorglich um Ermittlung und Bereitstellung von Blocking- und Verwahrnummer für

| Name | Depot-Nr. | ISIN | Kaufdatum |
|------|-----------|------|-----------|
| LUCKS, Ilona | 281782024001 | DE000A0MJHE1 | 15. Feb. 2007 |

Ordnungsgemäße Bevollmächtigung wird versichert, Abschriften der Vollmachtsurkunden sende ich auf Anfrage selbstverständlich nach.

Ich bitte, die erforderlichen Daten zu ermitteln und entweder meinem Büro in Great Falls per Fax (001) 406 452 6599 bzw. meinem Büro in Bremen per Fax (04 21) 258 5053 bzw. per email an lbhi.claim@naberpc.com bzw. der Mandantschaft direkt bis zum 28. Oktober 2009 zukommen zu lassen, damit eine fristgerechte Weitergabe an das Gericht besorgt werden kann. Sofern Sie für Ihre Kunden die Anmeldung der Garantieansprüche übernehmen, bitte ich um kurze Nachricht, damit Duplikationen vermieden werden.

Haben Sie vielen Dank für Ihre Hilfe. Bei Rückfragen stehe ich selbstverständlich gern zur Verfügung.

Mit freundlichen Grüßen

HELGE NABER m.l. Doc 27528-2   Filed 04/05/12   Entered 04/20/12 12:20:41
• PAGE 2                        Continuation of Exhibits   Pg 40 of 56
10/23/2009

Helge Naber
Rechtsanwalt
Attorney at Law

## Fax Call Report

**HP LaserJet M3027 MFP Series**
Page 1

---

### Fax Header Information

NABER PC Great Falls MT
0014064526599
23-Oct-2009 13:36

| Fax Job | Date/Time | Type | Identification | Duration | Pgs | Result |
|---------|-----------|------|----------------|----------|-----|--------|
| 733 | 23-Oct-2009 13:35 | Send | 09870114930315361499 | 0:59 | 2 | Success |

---

### HELGE NABER·LL.M.
RECHTSANWALT · ATTORNEY AT LAW
LANDGERICHT BREMEN · SUPREME COURT OF MONTANA

NABER PC
300 CENTRAL AVENUE SUITE 320
GREAT FALLS, MONTANA 59401

TELEPHONE +1 406 452 3100
FACSIMILE +1 406 452 6599

OCTOBER 22 2009

Fax (01149) 30 31536 1499
Dresdner Bank AG
Mehringdamm 35
10961 Berlin

15/09 Lehman Insolvenz – Anfrage Blocking / Reference Numbers

Sehr geehrte Damen und Herren,

bitte nehmen Sie zur Kenntnis, das ich eine Reihe ihrer Kunden im amerikanischen Insolvenzverfahren der Lehman Brothers Holdings Inc., Az. 08-13555, Bankr. S.D.N.Y. vertrete. Wie Ihnen bekannt sein dürfte, hat das Insolvenzgericht einem vereinfachten Verfahren zur Anmeldung von Ansprüchen aus einer von Holding gegenüber den Gläubigern der ebenfalls insolventen holländischen Tochtergesellschaft Lehman Brothers Treasury Co. B.V. abgegebenen Garantie im Sommer diesen Jahres zugestimmt. Dieses Verfahren betrifft Anleger, die bestimmte Schuldverschreibungen, Anleihen und Zertifikate der Lehman Brothers Treasury Co. B.V., unter anderen über Ihr Haus, erworben haben. Zur Teilnahme am vereinfachten Anmeldeverfahren werden neben der ISIN auch eine Blocking- oder Sperrnummer sowie eine Depotkontonummer des Clearinghouses benötigt, welches die jeweiligen Papiere verrechnet hat. Nach dem vom Gericht bestimmten Zeitpunkt sind diese Angaben bis zum 23.10. nachzufragen und bis zum 2. November 2009 gerichtsbekannt zu machen.

Einige meiner Mandanten haben sich bereits selbst um die Beibringung dieser Daten bemüht. Namens und in Vollmacht der Mandantschaft, die LBT-Zertifikate über Sie erworben hat, deren Daten aber nicht vollständig vorliegen, bitte ich daher vorsorglich um Ermittlung und Bereitstellung von Blocking- und Verwahrnummer für

| Name | Depot-Nr. | ISIN | Kaufdatum |
|------|-----------|------|-----------|
| BECKER , Klaus | 262657129801 | DE000A0N4J46 | 21. Mar. 2007 |
| SCHMIDT, Karin | 262475927800 | DE000A0MHVV0 | 09. Feb. 2007 |

Ordnungsgemäße Bevollmächtigung wird versichert, Abschriften der Vollmachtsurkunden sende ich auf Anfrage selbstverständlich nach.

Ich bitte, die erforderlichen Daten zu ermitteln und entweder meinem Büro in Great Falls per Fax (001) 408 452 6599 bzw. meinem Büro in Bremen per Fax (04 21) 258 5053 bzw. per email an lbhl.claim@naberpc.com bzw. der Mandantschaft direkt bis zum 28. Oktober 2009 zukommen zu lassen, damit eine fristgerechte Weitergabe an das Gericht besorgt werden kann. Sofern Sie für Ihre Kunden die Anmeldung der Garantieansprüche übernehmen, bitte ich um kurze Nachricht, damit Duplikationen vermieden werden.

Haben Sie vielen Dank für Ihre Hilfe. Bei Rückfragen stehe ich selbstverständlich gern zur Verfügung.

Mit freundlichen Grüßen

WWW.NABERPC.COM

# HELGE NABER LL.M.

RECHTSANWALT                                    ATTORNEY AT LAW
LAWYER NICHT DEUTSCH                      SUPREME COURT OF MONTANA

NABER PC
300 CENTRAL AVENUE SUITE 520
GREAT FALLS, MONTANA 59401

TELEPHONE +1 406 452 3100
FACSIMILE +1 406 452 6599

OCTOBER 22 2009

Fax (01149) 30 31536 1499
Dresdner Bank AG
Mehringdamm 35
10961 Berlin

## 15/09 Lehman Insolvenz – Anfrage *Blocking / Reference Numbers*

Sehr geehrte Damen und Herren,

bitte nehmen Sie zur Kenntnis, das ich eine Reihe Ihrer Kunden im amerikanischen Insolvenzverfahren der Lehman Brothers Holdings Inc., Az. 08-13555, Bankr. S.D.N.Y. vertrete. Wie Ihnen bekannt sein dürfte, hat das Insolvenzgericht einem vereinfachten Verfahren zur Anmeldung von Ansprüchen aus einer von Holding gegenüber den Gläubigern der ebenfalls insolventen holländischen Tochtergesellschaft Lehman Brothers Treasury Co. B.V. abgegebenen Garantie im Sommer diesen Jahres zugestimmt. Dieses Verfahren betrifft Anleger, die bestimmte Schuldverschreibungen, Anleihen und Zertifikate der Lehman Brothers Treasury Co. B.V., unter anderen über Ihr Haus, erworben haben. Zur Teilnahme am vereinfachten Anmeldeverfahren werden neben der ISIN auch eine Blocking- oder Sperrnummer sowie eine Depotkontonummer des Clearinghouses benötigt, welches die jeweiligen Papiere verrechnet hat. Nach dem vom Gericht bestimmten Zeitpunkt sind diese Angaben bis zum 23.10. nachzufragen und bis zum 2. November 2009 gerichtsbekannt zu machen.

Einige meiner Mandanten haben sich bereits selbst um die Beibringung dieser Daten bemüht. Namens und in Vollmacht der Mandantschaft, die LBT-Zertifikate über Sie erworben hat, deren Daten aber nicht vollständig vorliegen, bitte ich daher vorsorglich um Ermittlung und Bereitstellung von Blocking- und Verwahrnummer für

| Name | Depot-Nr. | ISIN | Kaufdatum |
|------|-----------|------|-----------|
| BECKER , Klaus | 262667129901 | DE000A0NMJ46 | 21. Mar. 2007 |
| SCHMIDT, Karin | 262475927800 | DE000A0MHVV0 | 09. Feb. 2007 |

Ordnungsgemäße Bevollmächtigung wird versichert, Abschriften der Vollmachtsurkunden sende ich auf Anfrage selbstverständlich nach.

Ich bitte, die erforderlichen Daten zu ermitteln und entweder meinem Büro in Great Falls per Fax (001) 406 452 6599 bzw. meinem Büro in Bremen per Fax (04 21) 258 5053 bzw. per email an lbhi.claim@naberpc.com bzw. der Mandantschaft direkt bis zum 28. Oktober 2009 zukommen zu lassen, damit eine fristgerechte Weitergabe an das Gericht besorgt werden kann. Sofern Sie für Ihre Kunden die Anmeldung der Garantieansprüche übernehmen, bitte ich um kurze Nachricht, damit Duplikationen vermieden werden.

Haben Sie vielen Dank für Ihre Hilfe. Bei Rückfragen stehe ich selbstverständlich gern zur Verfügung.

Mit freundlichen Grüßen

**Helge Naber**
Rechtsanwalt
Attorney at Law

<u>Fax Call Report</u>

HP LaserJet **M3027 MFP** Series

Page 1

## Fax Header Information

NABER PC Great Falls MT
0014064526599
23-Oct-2009 14:45

| Fax Job | Date/Time | Type | Identification | Duration | Pgs | Result |
|---------|-----------|------|----------------|----------|-----|--------|
| 743 | 23-Oct-2009 14:43 | Send | 01098701149213348251 | 0:53 | 2 | Success |

## HELGE NABER LL.M.

RECHTSANWALT                     ATTORNEY AT LAW
LANDGERICHT BREMEN          SUPREME COURT OF MONTANA

NABER PC .
300 CENTRAL AVENUE SUITE 320
GREAT FALLS, MONTANA 59401

TELEPHONE +1 406 452 3100
FACSIMILE +1 406 452 6599

OCTOBER 22 2009

Fax (01149) 2133 48251
Dresdner Bank AG
Kölner Strasse 85
41539 Dormagen

*15/09 Lehman Insolvenz – Anfrage Blocking / Reference Numbers*

Sehr geehrte Damen und Herren,

bitte nehmen Sie zur Kenntnis, dass ich eine Reihe Ihrer Kunden im amerikanischen Insolvenzverfahren der Lehman Brothers Holdings Inc., Az. 08-13555, Bankr. S.D.N.Y. vertrete. Wie Ihnen bekannt sein dürfte, hat das Insolvenzgericht einem vereinfachten Verfahren zur Anmeldung von Ansprüchen aus einer von Holding gegenüber den Gläubigern der ebenfalls insolventen holländischen Tochtergesellschaft Lehman Brothers Treasury Co. B.V. abgegebenen Garantie im Sommer diesen Jahres zugestimmt. Dieses Verfahren betrifft Anleger, die bestimmte Schuldverschreibungen, Anleihen und Zertifikate der Lehman Brothers Treasury Co. B.V., unter anderem über Ihr Haus, erworben haben. Zur Teilnahme am vereinfachten Anmeldeverfahren werden neben der ISIN auch eine Blocking- oder Spermnummer sowie eine Depotkontonummer des Clearinghouses benötigt, welches die jeweiligen Papiere verrechnet hat. Nach dem vom Gericht bestimmten Zeitpunkt sind diese Angaben bis zum 2. November 2009 gerichtsbekannt zu machen.

Einige meiner Mandanten haben sich bereits selbst um die Beibringung dieser Daten bemüht. Namens und in Vollmacht der Mandantschaft, die LBT-Zertifikate über Sie erworben hat, deren Daten aber nicht vollständig vorliegen, bitte ich daher vorsorglich um Ermittlung und Bereitstellung von Blocking- und Verwahrnummer für

| Name | Depot-Nr. | ISIN | Kaufdatum |
|------|-----------|------|-----------|
| KAPALLA, Kurt | 3008132811600 | DE000A0MJHE1 | 15. Feb. 2007 |

Ordnungsgemäße Bevollmächtigung wird versichert, Abschriften der Vollmachtsurkunden sende ich auf Anfrage selbstverständlich nach.

Ich bitte, die erforderlichen Daten zu ermitteln und entweder meinem Büro in Great Falls per Fax (001) 406 452 6599 bzw. meinem Büro in Bremen per Fax (04 21) 258 5053 bzw. per email an lbhi.claim@naberpc.com bzw. der Mandantschaft direkt bis zum 28. Oktober 2009 zukommen zu lassen, damit eine fristgerechte Weitergabe an das Gericht besorgt werden kann. Sofern Sie für Ihre Kunden die Anmeldung der Garantieansprüche übernehmen, bitte ich um kurze Nachricht, damit Duplikationen vermieden werden.

Haben Sie vielen Dank für Ihre Hilfe. Bei Rückfragen stehe ich selbstverständlich gern zur Verfügung.

Mit freundlichen Grüßen

WWW.NABERPC.COM

HELGE NABER LL.M.

RECHTSANWALT
Ludwig en Preise

ATTORNEY AT LAW
Supreme Court of Montana

NABER PC
300 CENTRAL AVENUE SUITE 375
GREAT FALLS, MONTANA 59401

TELEPHONE +1 406 452 3100
FACSIMILE +1 406 452 6599

OCTOBER 22 2009

**Fax (01149) 2133 48251**
Dresdner Bank AG
Kölner Strasse 95
41539 Dormagen

**15/09 Lehman Insolvenz – Anfrage** *Blocking / Reference Numbers*

Sehr geehrte Damen und Herren,

bitte nehmen Sie zur Kenntnis, das ich eine Reihe Ihrer Kunden im amerikanischen Insolvenzverfahren der Lehman Brothers Holdings Inc., Az. 08-13555, Bankr. S.D.N.Y. vertrete. Wie Ihnen bekannt sein dürfte, hat das Insolvenzgericht einem vereinfachten Verfahren zur Anmeldung von Ansprüchen aus einer von Holding gegenüber den Gläubigern der ebenfalls insolventen holländischen Tochtergesellschaft Lehman Brothers Treasury Co. B.V. abgegebenen Garantie im Sommer diesen Jahres zugestimmt. Dieses Verfahren betrifft Anleger, die bestimmte Schuldverschreibungen, Anleihen und Zertifikate der Lehman Brothers Treasury Co. B.V., unter anderen über Ihr Haus, erworben haben. Zur Teilnahme am vereinfachten Anmeldeverfahren werden neben der ISIN auch eine Blocking- oder Sperrnummer sowie eine Depotkontonummer des Clearinghouses benötigt, welches die jeweiligen Papiere verrechnet hat. Nach dem vom Gericht bestimmten Zeitpunkt sind diese Angaben bis zum 2. November 2009 gerichtsbekannt zu machen.

Einige meiner Mandanten haben sich bereits selbst um die Beibringung dieser Daten bemüht. Namens und in Vollmacht der Mandantschaft, die LBT-Zertifikate über Sie erworben hat, deren Daten aber nicht vollständig vorliegen, bitte ich daher vorsorglich um Ermittlung und Bereitstellung von Blocking- und Verwahrnummer für

| Name | Depot-Nr. | ISIN | Kaufdatum |
|------|-----------|------|-----------|
| KAPALLA, Kurt | 3008132811600 | DE000A0MJHE1 | 15. Feb. 2007 |

Ordnungsgemäße Bevollmächtigung wird versichert, Abschriften der Vollmachtsurkunden sende ich auf Anfrage selbstverständlich nach.

Ich bitte, die erforderlichen Daten zu ermitteln und entweder meinem Büro in Great Falls per Fax (001) 406 452 6599 bzw. meinem Büro in Bremen per Fax (04 21) 258 5053 bzw. per email an lbhi.claim@naberpc.com bzw. der Mandantschaft direkt bis zum 28. Oktober 2009 zukommen zu lassen, damit eine fristgerechte Weitergabe an das Gericht besorgt werden kann. Sofern Sie für Ihre Kunden die Anmeldung der Garantieansprüche übernehmen, bitte ich um kurze Nachricht, damit Duplikationen vermieden werden.

Haben Sie vielen Dank für Ihre Hilfe. Bei Rückfragen stehe ich selbstverständlich gern zur Verfügung.

Mit freundlichen Grüßen

Helge Naber
Rechtsanwalt
Attorney at Law

Fax Call Report

HP LaserJet **M3027 MFP Series**

Page 1

## Fax Header Information

NABER PC Great Falls MT
0014064526599
23-Oct-2009 14:31

| Fax Job | Date/Time | Type | Identification | Duration | Pgs | Result |
|---------|-----------|------|----------------|----------|-----|--------|
| 740 | 23-Oct-2009 14:30 | Send | 109870114940350130112 | 0:53 | 2 | Success |

**HELGE NABER LL.M.**
RECHTSANWALT         ATTORNEY AT LAW
Landgericht Bremen      Supreme Court of Montana

NABER PC
300 CENTRAL AVENUE SUITE 320
GREAT FALLS, MONTANA 59401

TELEPHONE +1 406 452 3100
FACSIMILE +1 406 452 6599

OCTOBER 22 2009

Fax (01149) 403 501 3012
Dresdner Bank
Jungfernstieg 22
20349 Hamburg

**15/09 Lehman Insolvenz – Anfrage Blocking / Reference Numbers**

Sehr geehrte Damen und Herren,

bitte nehmen Sie zur Kenntnis, das ich eine Reihe Ihrer Kunden im amerikanischen Insolvenzverfahren der Lehman Brothers Holdings Inc., Az. 08-13555, Bankr. S.D.N.Y. vertrete. Wie Ihnen bekannt sein dürfte, hat das Insolvenzgericht einem vereinfachten Verfahren zur Anmeldung von Ansprüchen aus einer von Holding gegenüber den Gläubigern der ebenfalls insolventen holländischen Tochtergesellschaft Lehman Brothers Treasury Co. B.V. abgegebenen Garantie im Sommer diesen Jahres zugestimmt. Dieses Verfahren betrifft Anleger, die bestimmte Schuldverschreibungen, Anleihen und Zertifikate der Lehman Brothers Treasury Co. B.V., unter anderen über Ihr Haus, erworben haben. Zur Teilnahme am vereinfachten Anmeldeverfahren werden neben der ISIN auch eine Blocking- oder Spermummer sowie eine Depotkontonummer des Clearinghouses benötigt, welches die jeweiligen Papiere verrechnet hat. Nach dem vom Gericht bestimmten Zeitpunkt sind diese Angaben bis zum 2. November 2009 gerichtsbekannt zu machen.

Einige meiner Mandanten haben sich bereits selbst um die Beibringung dieser Daten bemüht. Namens und in Vollmacht der Mandantschaft, die LBT-Zertifikate über Sie erworben hat, deren Daten aber nicht vollständig vorliegen, bitte ich daher vorsorglich um Ermittlung und Bereitstellung von Blocking- und Verwahrnummer für

| Name | Depot-Nr. | ISIN | Kaufdatum |
|------|-----------|------|-----------|
| SOKOLOWSKI, Claus-Günther | 2004323323300 | DE000ACMJHE1 | 06. Feb. 2007 |

Ordnungsgemäße Bevollmächtigung wird versichert. Abschriften der Vollmachtsurkunden sende ich auf Anfrage selbstverständlich nach.

Ich bitte, die erforderlichen Daten zu ermitteln und entweder meinem Büro in Great Falls per Fax (001) 406 452 6599 bzw. meinem Büro in Bremen per Fax (04 21) 258 5053 bzw. per email an lbhi.claim@naberpc.com bzw. der Mandantschaft direkt bis zum 28. Oktober 2009 zukommen zu lassen, damit eine fristgerechte Weitergabe an das Gericht besorgt werden kann. Sofern Sie für Ihre Kunden die Anmeldung der Garantieansprüche übernehmen, bitte ich um kurze Nachricht, damit Duplikationen vermieden werden.

Haben Sie vielen Dank für Ihre Hilfe. Bei Rückfragen stehe ich selbstverständlich gern zur Verfügung.

Mit freundlichen Grüßen

WWW.NABERPC.COM

HELGE NABER LL.M.

RECHTSANWALT                    ATTORNEY AT LAW
Lim. Joseph Dickson              Supreme Court of Montana

NABER PC
500 CENTRAL AVENUE SUITE 328
GREAT FALLS, MONTANA 59401

TELEPHONE +1 406 452 3100
FACSIMILE +1 406 452 6599

**Fax (01149) 403 501 3012**                    OCTOBER 22 2009
Dresdner Bank
Jungerfernstieg 22
20349 Hamburg

## 15/09 Lehman Insolvenz – Anfrage *Blocking / Reference Numbers*

Sehr geehrte Damen und Herren,

bitte nehmen Sie zur Kenntnis, das ich eine Reihe Ihrer Kunden im amerikanischen Insolvenzverfahren der Lehman Brothers Holdings Inc., Az. 08-13555, Bankr. S.D.N.Y. vertrete. Wie Ihnen bekannt sein dürfte, hat das Insolvenzgericht einem vereinfachten Verfahren zur Anmeldung von Ansprüchen aus einer von Holding gegenüber den Gläubigern der ebenfalls insolventen holländischen Tochtergesellschaft Lehman Brothers Treasury Co. B.V. abgegebenen Garantie im Sommer diesen Jahres zugestimmt. Dieses Verfahren betrifft Anleger, die bestimmte Schuldverschreibungen, Anleihen und Zertifikate der Lehman Brothers Treasury Co. B.V., unter anderen über Ihr Haus, erworben haben. Zur Teilnahme am vereinfachten Anmeldeverfahren werden neben der ISIN auch eine Blocking- oder Sperrnummer sowie eine Depotkontonummer des Clearinghouses benötigt, welches die jeweiligen Papiere verrechnet hat. Nach dem vom Gericht bestimmten Zeitpunkt sind diese Angaben und bis zum 2. November 2009 gerichtsbekannt zu machen.

Einige meiner Mandanten haben sich bereits selbst um die Beibringung dieser Daten bemüht. Namens und in Vollmacht der Mandantschaft, die LBT-Zertifikate über Sie erworben hat, deren Daten aber nicht vollständig vorliegen, bitte ich daher vorsorglich um Ermittlung und Bereitstellung von Blocking- und Verwahrnummer für

| Name | Depot-Nr. | ISIN | Kaufdatum |
|------|-----------|------|-----------|
| SOKOLOWSKI, Claus-Günther | 2004323523300 | DE000A0MJHE1 | 06. Feb. 2007 |

Ordnungsgemäße Bevollmächtigung wird versichert, Abschriften der Vollmachtsurkunden sende ich auf Anfrage selbstverständlich nach.

Ich bitte, die erforderlichen Daten zu ermitteln und entweder meinem Büro in Great Falls per Fax (001) 406 452 6599 bzw. meinem Büro in Bremen per Fax (04 21) 258 5053 bzw. per email an lbhi.claim@naberpc.com bzw. der Mandantschaft direkt bis zum 28. Oktober 2009 zukommen zu lassen, damit eine fristgerechte Weitergabe an das Gericht besorgt werden kann. Sofern Sie für Ihre Kunden die Anmeldung der Garantieansprüche übernehmen, bitte ich um kurze Nachricht, damit Duplikationen vermieden werden.

Haben Sie vielen Dank für Ihre Hilfe. Bei Rückfragen stehe ich selbstverständlich gern zur Verfügung.

Mit freundlichen Grüßen

Helge Naber
Rechtsanwalt
Attorney at Law

# Common register portal of the German federal states

You are here:   > Homepage   > Normal search   > Search Result

## Search Result

Your search resulted in 21 hit(s).

| ☑ History (Reset view) | | Company / Name ▾ ⊙ ↓AZ ○ ↑ZA (Sort again) |
| --- | --- | --- |
| 1 | | |

| Company / Name | Registered office | Status | AD – Current hard copy printout<br>CD – Chronological hard copy printout<br>HD – Historical hard copy printout<br>DK – Document view<br>UT – Entity<br>VÖ – Publications |
| --- | --- | --- | --- |
| **North Rhine-Westphalia District court Düsseldorf HRB 21448** | | | |
| Citibank Privatkunden Aktiengesellschaft | Düsseldorf | removed | AD CD HD DK UT VÖ |
| History | | | |
| 1.) KKB Bank Aktiengesellschaft | 1.) <location missing> | | |
| 2.) Citibank Privatkunden Aktiengesellschaft | 2.) Düsseldorf | | |
| **Bavaria District court Augsburg HRB 45** | | | |
| Citibank Privatkunden Aktiengesellschaft Niederlassung Augsburg | Augsburg | removed | AD CD HD DK UT VÖ |
| History | | | |
| 1.) KKB Bank Aktiengesellschaft Niederlassung Augsburg | 1.) Augsburg | | |
| **Berlin District court Berlin (Charlottenburg) HRB 26440** | | | |
| Citibank Privatkunden Aktiengesellschaft Niederlassung Berlin | Berlin | removed | AD CD HD DK UT VÖ |
| **North Rhine-Westphalia District court Bielefeld HRB 32731** | | | |
| Citibank Privatkunden Aktiengesellschaft Niederlassung Bielefeld | Bielefeld | removed | AD CD HD DK UT VÖ |
| History | | | |
| 1.) KKB Bank Aktiengesellschaft Niederlassung Bielefeld | 1.) Bielefeld | | |
| 2.) Citibank Privatkunden Aktiengesellschaft Niederlassung Bielefeld | 2.) Bielefeld | | |

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 97

## Bremen **District court Bremen HRB 11352**

| Citibank Privatkunden Aktiengesellschaft Niederlassung Bremen | Bremen | removed | AD CD HD DK UT VÖ **Note:** This company has been blocked for queries. |
|---|---|---|---|

## North Rhine-Westphalia **District court Dortmund HRB 7878**

| Citibank Privatkunden Aktiengesellschaft Niederlassung Dortmund | Dortmund | removed | AD CD HD DK UT VÖ |
|---|---|---|---|
| History | | | |
| 1.) KKB Bank Aktiengesellschaft Niederlassung Dortmund | 1.) Dortmund | | |
| 2.) Citibank Privatkunden Aktiengesellschaft Niederlassung Dortmund | 2.) Dortmund | | |

## North Rhine-Westphalia **District court Duisburg HRB 4228**

| Citibank Privatkunden Aktiengesellschaft Niederlassung Duisburg | Duisburg | removed | AD CD HD DK UT VÖ |
|---|---|---|---|
| History | | | |
| 1.) KKB Bank Aktiengesellschaft Niederlassung Duisburg | 1.) Duisburg | | |
| 2.) KKB Bank Aktiengesellschaft | 2.) Duisburg | | |
| 3.) Citibank Privatkunden Aktiengesellschaft Niederlassung Duisburg | 3.) Duisburg | | |

## North Rhine-Westphalia **District court Düsseldorf HRB 21670**

| Citibank Privatkunden Aktiengesellschaft Niederlassung Düsseldorf | Düsseldorf | removed | AD CD HD DK UT VÖ |
|---|---|---|---|
| History | | | |
| 1.) KKB Bank Aktiengesellschaft Niederlassung Düsseldorf | 1.) Düsseldorf | | |
| 2.) Citibank Privatkunden Aktiengesellschaft Niederlassung Düsseldorf | 2.) Düsseldorf | | |

## North Rhine-Westphalia **District court Essen HRB 7105**

| Citibank Privatkunden Aktiengesellschaft Niederlassung Essen | Essen | removed | AD CD HD DK UT VÖ |
|---|---|---|---|
| History | | | |
| 1.) KKB Bank Aktiengesellschaft Niederlassung Essen | 1.) Essen | | |
| 2.) Citibank Privatkunden Aktiengesellschaft Niederlassung Essen | 2.) Essen | | |

## Hesse **District court Frankfurt am Main HRB 27535**

| Citibank Privatkunden Aktiengesellschaft Niederlassung Frankfurt | Frankfurt am Main | removed | AD CD HD DK UT VÖ |
|---|---|---|---|
| History | | | |
| 1.) KKB Bank Aktiengesellschaft Niederlassung Frankfurt | 1.) Frankfurt am Main | | |

## Hamburg **District court Hamburg HRB 37549**

| Citibank Privatkunden Aktiengesellschaft Niederlassung Hamburg | Hamburg | removed | AD CD HD DK UT VÖ |
|---|---|---|---|
| History | | | |
| 1.) KKB Bank Aktiengesellschaft Niederlassung Hamburg | 1.) Hamburg | | |

## Lower Saxony **District court Hannover HRB 50172**

| Citibank Privatkunden Aktiengesellschaft Niederlassung Hannover | Hannover | removed | AD CD HD DK UT VÖ |
|---|---|---|---|
| History | | | |
| 1.) KKB Bank Aktiengenschaft Niederlassung Hannover | 1.) Hannover | | |

## North Rhine-Westphalia **District court Köln HRB 16902**

| Citibank Privatkunden Aktiengesellschaft Niederlassung Köln | Köln | removed | AD CD HD DK UT VÖ |
|---|---|---|---|
| History | | | |
| 1.) KKB Bank Aktiengesellschaft Niederlassung Köln | 1.) Köln | | |
| 2.) Citibank Privatkunden Aktiengesellschaft Niederlassung Köln | 2.) Köln | | |

**Baden-Württemberg District court Mannheim HRB 4354**

| Citibank Privatkunden Aktiengesellschaft Niederlassung Mannheim | Mannheim | removed | AD CD HD DK UT VÖ |
|---|---|---|---|
| History | | | |
| 1.) KKB Bank Aktiengesellschaft Niederlassung Mannheim | 1.) Mannheim | | |

**Bavaria District court München HRB 81976**

| Citibank Privatkunden Aktiengesellschaft Niederlassung München | München | removed | AD CD HD DK UT VÖ |
|---|---|---|---|
| History | | | |
| 1.) KKB Bank Aktiengesellschaft Niederlassung München | 1.) München | | |

**Bavaria District court Nürnberg HRB 7779**

| Citibank Privatkunden Aktiengesellschaft Niederlassung Nürnberg | Nürnberg | removed | AD CD HD DK UT VÖ |
|---|---|---|---|

**Baden-Württemberg District court Stuttgart HRB 12238**

| Citibank Privatkunden Aktiengesellschaft Niederlassung Stuttgart | Stuttgart | removed | AD CD HD DK UT VÖ |
|---|---|---|---|
| History | | | |
| 1.) KKB Bank Aktiengesellschaft Niederlassung Stuttgart | 1.) Stuttgart | | |

**North Rhine-Westphalia District court Wuppertal HRB 6543**

| Citibank Privatkunden Aktiengesellschaft Niederlassung Wuppertal | Wuppertal | removed | AD CD HD DK UT VÖ |
|---|---|---|---|
| History | | | |
| 1.) KKB Bank Aktiengesellschaft Niederlassung Wuppertal | 1.) Wuppertal | | |
| 2.) Citibank Privatkunden Aktiengesellschaft Niederlassung Wuppertal | 2.) Wuppertal | | |

**North Rhine-Westphalia District court Gelsenkirchen HRB 1325**

| Citibank Privatkunden-Aktiengesellschaft Niederlassung Gelsenkirchen | Gelsenkirchen | removed | AD CD HD DK UT VÖ |
|---|---|---|---|
| History | | | |
| 1.) KKB Bank Aktiengesellschaft Niederlassung Gelsenkirchen | 1.) Gelsenkirchen | | |
| 2.) Citibank Privatkunden-Aktiengesellschaft Niederlassung Gelsenkirchen | 2.) Gelsenkirchen | | |

**North Rhine-Westphalia District court Düsseldorf HRB 48380**

| TARGOBANK AG & Co. KGaA | Düsseldorf | currently registered | AD CD HD DK UT VÖ |
|---|---|---|---|
| History | | | |
| 1.) Citibank Privatkunden AG & Co. KGaA | 1.) Düsseldorf | | |

**North Rhine-Westphalia District court Düsseldorf VR 3779**

| Unterstützungskasse der TARGOBANK AG & Co. KGaA e.V. | Düsseldorf | currently registered | AD CD HD DK UT VÖ |
|---|---|---|---|
| History | | | |
| 1.) Unterstützungskasse der KKB Bank AG | 1.) Düsseldorf | | |

| | |
|---|---|
| 2.) Unterstützungskasse der KKB Kundenkreditbank-Deutsche Haushaltsbank KGaA | 2.) Düsseldorf |
| 3.) Unterstützungskasse der KKB Kundenkreditbank Kommanditgesellschaft auf Aktien | 3.) Düsseldorf |
| 4.) Unterstützungskasse der Kundenkreditbank Kommanditgesellschat auf Aktien | 4.) Düsseldorf |
| 5.) Unterstützungskasse der Citibank Privatkunden AG | 5.) Düsseldorf |
| 6.) Unterstützungskasse der Citibank Privatkunden AG & Co. KGaA | 6.) Düsseldorf |
| 7.) Unterstützungskasse der Citibank Privatkunden AG & Co. KGaA e.V. | 7.) Düsseldorf |
| 8.) Unterstützungskasse der Targobank AG & Co. KGaA e.V. | 8.) Düsseldorf |

☑ History  ( Reset view )          ( Company / Name  ⇅ )  ⊙  ↓$^A_Z$  ○  ↑$^Z_A$  ( Sort again )

1

# Common register portal of the German federal states

You are here:    > Homepage    > Normal search    > Search Result

## Search Result

Your search resulted in 10 hit(s).

| ☑ History (Reset view) | | Company / Name ⬍ | ⊙ ↓A/Z ○ ↑Z/A (Sort again) |
| --- | --- | --- | --- |
| | | 1 | |

| Company / Name | Registered office | Status | AD – Current hard copy printout<br>CD – Chronological hard copy printout<br>HD – Historical hard copy printout<br>DK – Document view<br>UT – Entity<br>VÖ – Publications |
| --- | --- | --- | --- |
| **Hesse District court Frankfurt am Main HRB 8387** | | | |
| Aktiengesellschaft Dresdner Bank | Frankfurt am Main | removed | AD CD HD DK UT VÖ |
| **Hesse District court Frankfurt am Main HRB 31359** | | | |
| Allianz Global Investors Advisory GmbH | Frankfurt am Main | removed | AD CD HD DK UT VÖ |
| History | | | |
| 1.) Allianz Dresdner Asset Management International GmbH | 1.) Frankfurt am Main | | |
| 2.) NEWCO Beteiligungsgesellschaft mbH | 2.) Frankfurt am Main | | |
| 3.) Dresdner Asset Management (Germany) GmbH | 3.) Frankfurt am Main | | |
| 4.) Asset Management Advisors of Dresdner Bank - Gesellschaft für Vermögensanlageberatung mbH | 4.) Frankfurt am Main | | |
| **Hesse District court Frankfurt am Main VR 10132** | | | |
| Die Unabhängigen in der Dresdner Bank-Gruppe | Frankfurt am Main | removed | AD CD HD DK UT VÖ |
| History | | | |
| 1.) Die gewerkschaftlich Unabhängigen in der Dresdner Bank-Gruppe | 1.) Frankfurt am Main | | |
| **Hesse District court Frankfurt am Main HRB 31365** | | | |
| DOWC Ost-West-Consult GmbH | Frankfurt am | removed | AD CD HD DK UT VÖ |

08-BK-13555 In re LBHI
Consolidated Opposition to 92nd
Omnibus Objection
EXHIBIT 98

| | | | |
|---|---|---|---|
| History | Main | | |
| 1.) Ost-West-Consult der Dresdner Bank GmbH | 1.) Frankfurt am Main | | |
| 2.) CORBET Beteiligungsgesellschaft mbH | 2.) Frankfurt am Main | | |

### Hesse District court Frankfurt am Main HRB 8000

| | | | |
|---|---|---|---|
| DRESDNER BANK Aktiengesellschaft | Frankfurt am Main | removed | AD CD HD DK UT VÖ |

### Hesse District court Frankfurt am Main HRB 14000

| | | | |
|---|---|---|---|
| DRESDNER BANK Aktiengesellschaft | Frankfurt am Main | removed | AD CD HD DK UT VÖ |

### Hesse District court Frankfurt am Main HRB 8523

| | | | |
|---|---|---|---|
| DRESDNER BANK Aktiengesellschaft Filiale Höchst (Main) | Frankfurt am Main | removed | AD CD HD DK UT VÖ |

### Hesse District court Frankfurt am Main HRB 14068

| | | | |
|---|---|---|---|
| DRESDNER BANK Aktiengesellschaft in Frankfurt am Main | Frankfurt am Main | removed | AD CD HD DK UT VÖ |

### Hesse District court Frankfurt am Main VR 13143

| | | | |
|---|---|---|---|
| Mitarbeiter-Trust der Dresdner Bank | Frankfurt am Main | removed | AD CD HD DK UT VÖ |
| History | | | |
| 1.) shelter | 1.) Frankfurt am Main | | |

### Hesse District court Frankfurt am Main VR 12758

| | | | |
|---|---|---|---|
| Pension-Trust der Dresdner Bank | Frankfurt am Main | removed | AD CD HD DK UT VÖ |
| History | | | |
| 1.) Genuio | 1.) Frankfurt am Main | | |

---

☑ History  (Reset view)      ( Company / Name ↕ )  ⊙ ↓A̲Z̲  ○ ↑Z̲A̲  (Sort again)

1

• Chambers of the Honorable James M Peck

U.S. Bankruptcy Judge

U.S. BANKRUPTCY COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

One Bowling Green

New York New York 10004


• Mark Epstein Esq.

WEIL GOTSCHAL & MANGES LLP

767 Fifth Avenue

New York New York 10153

*Attorney for Debtor*


• Andy Velez-Rivera Esq., Paul Schwartzberg Esq., Brian
Masumoto Esq., Linda Rifkin Esq., and Tracy Hope
Davis Esq.

U.S. TRUSTEE's OFFICE FOR THE SOUTHERN
DISTRICT OF NEW YORK

33 Whitehall Street 21st floor

New York New York 10004

*US Trustee*


• Dennis F. Dunne Esq., Dennis O'Donnell Esq., and
Evan Fleck Esq.

MILBANK TWEED HADLEY & McCLOY LLP

1 Chase Manhattan Plaza

New York New York 10005

*Attorneys for Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing CREDITORS' CONSOLIDATED
OPPOSITION TO DEBTOR'S 92ND OMNIBUS OBJECTION – LIST OF
EXHIBITS was duly served by USPS Express mail (Court) and
USPS Priority mail, appropriate postage prepaid, upon the Court
and other parties or their attorney of record at their address or
addresses          as          shown          herein          on

APR 0 3 2012
NABER PC


By _____
300 Central Avenue Ste. 320 • Great Falls, MT 59401