## EVIDENCE OF TRANSFER OF CLAIM

TO:   CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO:   LEHMAN BROTHERS HOLDINGS INC.

H/2 Credit Partners Master Fund Ltd. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Chase Lincoln First Commercial Corporation ("Buyer"), all of its right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC., docketed as Claim No. 20271 (the "Claim"), in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the __19__ day of April, 2012.

| H/2 CREDIT PARTNERS MASTER FUND LTD. | CHASE LINCOLN FIRST COMMERCIAL CORPORATION |
|---|---|
| By: _____ | By: _____ |
| Name: Spencer B. Haber | Name: |
| Title: Director | Title: Peter Schoepe |
| Tel.: 203.569.4000 | Tel.: Authorized Signatory |