WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
**In re**                                                        :    **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :    **08-13555 (JMP)**
                                                                 :
                                          **Debtors.**           :    **(Jointly Administered)**
                                                                 :
                                                                 :
-----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF
## TWO HUNDRED SIXTY-FIRST OMNIBUS OBJECTION TO
## CLAIMS (NO GUARANTEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Sixty-First

Omnibus Objection to Claims (No Guarantee Claims), that was scheduled for April 26, 2012, at

10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on**

**Exhibit A attached hereto, to May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the

"Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the

Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House,

One Bowling Green, New York, New York, Room 601, and such Hearing may be further

adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  April 20, 2012
       New York, New York

                               /s/ Robert J. Lemons
                               Robert J. Lemons

                               WEIL, GOTSHAL & MANGES LLP
                               767 Fifth Avenue
                               New York, New York 10153
                               Telephone: (212) 310-8000
                               Facsimile: (212) 310-8007

                               Attorneys for Lehman Brothers Holdings Inc.
                               and Certain of Its Affiliates

**Exhibit A**

**Claims Adjourned to May 31, 2012 Hearing**:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| LUTHERAN SENIOR SERVICES | 23948 | 26174 |
| MARINER LDC | 23764 | 26078 |