**Wolters Kluwer** — Corporate Legal Services

**CT Corporation**
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

April 11, 2012

Linda Wong
Wong Fleming, P.C.
821 Alexander Road,
Suite 150,
P.O. Box 3663,
Princeton, NJ  08543

Re:  In Re: Lehman Brothers Holdings Inc., et al. Debtors, Lehman Brothers Special Financing Inc., Pltf. vs. Bank of America National Association, et al., Dfts. // To: Phoenix 2002-1 LLC

Case No.  08-13555

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of PHOENIX 2002-1 LLC. Currently, the state lists Donald J Puglisi as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Anita Montez
Process Specialist

Log# 520254396

FedEx Tracking# 793442600879

cc:  United States District Court - Southern District
     One Bowling Green,
     New York, NY  10004-1408



RECEIVED APR 1 6 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK