**Wolters Kluwer** — Corporate Legal Services

**CT Corporation**
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

April 12, 2012

Wong Fleming, P.C.
821 Alexander Road,
Suite 150,
Princeton, NJ  08543-3663

Re:  In re: Lehman Brothers Holdings Inc, et al., Debtors, Lehman Brothers Special Financing Inc., /Pltf. vs. Bank of america National Assocaition, et al. including Delaware Investment Advisers, Inc., Dfts.

Case No.  0813555(JMP)

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for DELAWARE INVESTMENT ADVISERS, INC.

DELAWARE INVESTMENT ADVISERS, INC. is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Ken Dunnigan
Corporate Operations Specialist

Log# 520290037

FedEx Tracking# 793446691971

cc:  Southern District of New York - U.S. Bankruptcy Court
     Alexander Hamilton Custom House,
     One Bowling Green,
     New York, NY  10004-1408



RECEIVED APR 1 6 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK