B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al_____,    Case No. 08-13555_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Barclays Bank PLC
Name of Transferee

G.A.-Fund-L. Bond Higher Yield Euro TP
Name of Transferor

Name and Address where notices to transferee should be sent:
745 Seventh Avenue
New York, NY 10019, Attn Daniel Miranda

Court Claim # (if known): 30127
Amount of Claim: $442,805.83
Date Claim Filed: 9/22/09

Phone: 212-412-2865
Last Four Digits of Acct #: 5428

Phone: +44 207 389 3626
Last Four Digits of Acct. #: 0106

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]    Date: 20 April 2012
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.