**SCHEDULE B**
**NOTICE TO THE DEBTOR**

<u>EVIDENCE OF TRANSFER OF CLAIM</u>

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, G.A. FUND L: Bond Higher Yield Euro TP ("<u>Assignor</u>") hereby unconditionally and irrevocably sells, transfers and assigns to BARCLAYS BANK PLC (the "<u>Assignee</u>") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), in all the amounts stated in the claim form filed (with claim No. 30127) for this claim (the "<u>Claim</u>") against Lehman Commercial Paper Inc. (the "<u>Debtor</u>"), the debtor in Case No. 08-13900 ("<u>Case</u>") pending in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>")) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing Claim.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

BLUEBAY ASSET MANAGEMENT LTD acting as agent for the G.A.–Fund–L: Bond Higher Yield Euro TP

Signature: _____
Name: _____
Title: _____


BARCLAYS BANK PLC

Signature: _____
Name: S. BARNETT
Title: VICE PRESIDENT

14