B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al_____,    Case No. __08-13555__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Barclays Bank PLC_____    __BlueBay Structured Funds: High Yield Enhanced Fund__
Name of Transferee                 Name of Transferor

Name and Address where notices to transferee should be sent:
745 Seventh Avenue
New York, NY 10019, Attn Daniel Miranda

Court Claim # (if known): __30132__
Amount of Claim: __$1,893,931.74__
Date Claim Filed: __9/22/09__

Phone: __212-412-2865__
Last Four Digits of Acct #: __5428__

Phone: __+44 207 389 3626__
Last Four Digits of Acct. #: __0276__

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __[signature]_____    Date: __20 April 2012__
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.