**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
:
In re                                                         :        Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        08-13555 (JMP)
:
Debtors.                                            :        (Jointly Administered)
:
-------------------------------------------------------------------x        Ref. Docket No. 27386

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                              ) ss.:
COUNTY OF NEW YORK   )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 16, 2012, I caused to be served the "Notice of Hearing on Motion Pursuant to Section 105(a) of the Bankruptcy Code to Deem the Schedules of Liabilities Amended," dated April 16, 2012 [Docket No. 27386],  by causing true and correct copies to be:

    i.    delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.   delivered via facsimile to the party listed on the annexed Exhibit B,

    iii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, and

    iv.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

3. Additionally, on April 17, 2012, I caused to be served the "Notice of Hearing on Motion Pursuant to Section 105(a) of the Bankruptcy Code to Deem the Schedules of Liabilities Amended," dated April 16, 2012 [Docket No. 27386], by causing a true and correct copy to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit E.

-2-

4. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Genevieve Uzamere*
Genevieve Uzamere

Sworn to before me this
20th day of April, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | jwest@velaw.com |
| aalfonso@willkie.com | jwh@njlawfirm.com |
| abeaumont@fklaw.com | kanema@formanlaw.com |
| abraunstein@riemerlaw.com | karen.wagner@dpw.com |
| acaton@kramerlevin.com | KDWBankruptcyDepartment@kelleydrye.com |
| acker@chapman.com | keckhardt@hunton.com |
| adam.brezine@hro.com | keith.simon@lw.com |
| adarwin@nixonpeabody.com | Ken.Coleman@allenovery.com |
| Adiamond@DiamondMcCarthy.com | ken.higman@hp.com |
| aeckstein@blankrome.com | kerry.moynihan@hro.com |
| aentwistle@entwistle-law.com | kgwynne@reedsmith.com |
| afriedman@irell.com | kiplok@hugheshubbard.com |
| agbanknewyork@ag.tn.gov | kjarashow@fklaw.com |
| aglenn@kasowitz.com | kkelly@ebglaw.com |
| agold@herrick.com | kkolbig@mosessinger.com |
| agoldstein@tnsj-law.com | klyman@irell.com |
| ahammer@freebornpeters.com | klynch@formanlaw.com |
| aisenberg@saul.com | kmayer@mccarter.com |
| akantesaria@oppenheimerfunds.com | kobak@hugheshubbard.com |
| akolod@mosessinger.com | korr@orrick.com |
| akornikova@lcbf.com | kovskyd@pepperlaw.com |
| alum@ftportfolios.com | kpiper@steptoe.com |
| amarder@msek.com | kressk@pepperlaw.com |
| amartin@sheppardmullin.com | KReynolds@mklawnyc.com |
| AMcMullen@BoultCummings.com | krosen@lowenstein.com |
| amenard@tishmanspeyer.com | kuehn@bragarwexler.com |
| anann@foley.com | kurt.mayr@bgllp.com |
| Andrew.Brozman@cliffordchance.com | lacyr@sullcrom.com |
| andrew.lourie@kobrekim.com | Landon@StreusandLandon.com |
| angelich.george@arentfox.com | lapeterson@foley.com |
| ann.reynaud@shell.com | lathompson@co.sanmateo.ca.us |
| anthony_boccanfuso@aporter.com | lberkoff@moritthock.com |
| aoberry@bermanesq.com | Lee.Stremba@troutmansanders.com |
| aostrow@beckerglynn.com | lgotko@fklaw.com |
| apo@stevenslee.com | lgranfield@cgsh.com |
| aquale@sidley.com | lhandelsman@stroock.com |
| araboy@cov.com | linda.boyle@twtelecom.com |
| arahl@reedsmith.com | lisa.ewart@wilmerhale.com |
| arheaume@riemerlaw.com | lisa.kraidin@allenovery.com |
| arlbank@pbfcm.com | LJKotler@duanemorris.com |
| arosenblatt@chadbourne.com | lkatz@ltblaw.com |

| | |
|---|---|
| arthur.rosenberg@hklaw.com | lmarinuzzi@mofo.com |
| arwolf@wlrk.com | Lmay@coleschotz.com |
| aseuffert@lawpost-nyc.com | lmcgowen@orrick.com |
| ashaffer@mayerbrown.com | lml@ppgms.com |
| ashmead@sewkis.com | lnashelsky@mofo.com |
| asnow@ssbb.com | loizides@loizides.com |
| aunger@sidley.com | lromansic@steptoe.com |
| austin.bankruptcy@publicans.com | lscarcella@farrellfritz.com |
| avenes@whitecase.com | lschweitzer@cgsh.com |
| azylberberg@whitecase.com | lsilverstein@potteranderson.com |
| bankr@zuckerman.com | lubell@hugheshubbard.com |
| bankruptcy@goodwin.com | lwhidden@salans.com |
| bankruptcy@morrisoncohen.com | mabrams@willkie.com |
| bankruptcy@ntexas-attorneys.com | MAOFILING@CGSH.COM |
| bankruptcymatters@us.nomura.com | Marc.Chait@SC.com |
| barbra.parlin@hklaw.com | margolin@hugheshubbard.com |
| bbisignani@postschell.com | mark.bane@ropesgray.com |
| bcarlson@co.sanmateo.ca.us | mark.deveno@bingham.com |
| bdk@schlamstone.com | mark.ellenberg@cwt.com |
| bguiney@pbwt.com | mark.ellenberg@cwt.com |
| bill.freeman@pillsburylaw.com | mark.sherrill@sutherland.com |
| bkmail@prommis.com | martin.davis@ots.treas.gov |
| bmanne@tuckerlaw.com | Marvin.Clements@ag.tn.gov |
| BMiller@mofo.com | matt@willaw.com |
| boneill@kramerlevin.com | matthew.klepper@dlapiper.com |
| Brian.Corey@greentreecreditsolutions.com | maustin@orrick.com |
| brosenblum@jonesday.com | max.polonsky@skadden.com |
| broy@rltlawfirm.com | mbenner@tishmanspeyer.com |
| bstrickland@wtplaw.com | mberman@nixonpeabody.com |
| btrust@mayerbrown.com | mberman@nixonpeabody.com |
| bturk@tishmanspeyer.com | mbienenstock@dl.com |
| bwolfe@sheppardmullin.com | mbloemsma@mhjur.com |
| bzabarauskas@crowell.com | mbossi@thompsoncoburn.com |
| cahn@clm.com | mcademartori@sheppardmullin.com |
| calbert@reitlerlaw.com | mccombst@sullcrom.com |
| canelas@pursuitpartners.com | mcordone@stradley.com |
| carol.weinerlevy@bingham.com | mcto@debevoise.com |
| cbelisle@wfw.com | mcyganowski@oshr.com |
| cbelmonte@ssbb.com | mdahlman@kayescholer.com |
| cbrotstein@bm.net | mdorval@stradley.com |
| cdesiderio@nixonpeabody.com | melorod@gtlaw.com |
| cgoldstein@stcwlaw.com | meltzere@pepperlaw.com |

chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com

metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com

dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com

mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com

ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov

rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com

| | |
|---|---|
| harveystrickon@paulhastings.com | sabramowitz@velaw.com |
| hbeltzer@mayerbrown.com | SABVANROOY@HOTMAIL.COM |
| heim.steve@dorsey.com | sagolden@hhlaw.com |
| heiser@chapman.com | Sally.Henry@skadden.com |
| hollace.cohen@troutmansanders.com | sandyscafaria@eaton.com |
| holsen@stroock.com | Sara.Tapinekis@cliffordchance.com |
| howard.hawkins@cwt.com | scargill@lowenstein.com |
| hseife@chadbourne.com | schannej@pepperlaw.com |
| hsnovikoff@wlrk.com | Schepis@pursuitpartners.com |
| hsteel@brownrudnick.com | schnabel.eric@dorsey.com |
| icatto@mwe.com | schristianson@buchalter.com |
| igoldstein@dl.com | schwartzmatthew@sullcrom.com |
| ilevee@lowenstein.com | scottshelley@quinnemanuel.com |
| info2@normandyhill.com | scousins@armstrongteasdale.com |
| ira.herman@tklaw.com | sdnyecf@dor.mo.gov |
| isgreene@hhlaw.com | steven@blbglaw.com |
| israel.dahan@cwt.com | sehlers@armstrongteasdale.com |
| iva.uroic@dechert.com | seichel@crowell.com |
| jacobsonn@sec.gov | sfelderstein@ffwplaw.com |
| james.mcclammy@dpw.com | sfineman@lchb.com |
| james.sprayregen@kirkland.com | sfox@mcguirewoods.com |
| jamestecce@quinnemanuel.com | sgordon@cahill.com |
| jamie.nelson@dubaiic.com | sgubner@ebg-law.com |
| jar@outtengolden.com | shannon.nagle@friedfrank.com |
| jason.jurgens@cwt.com | sharbeck@sipc.org |
| jay.hurst@oag.state.tx.us | shari.leventhal@ny.frb.org |
| jay@kleinsolomon.com | shgross5@yahoo.com |
| Jbecker@wilmingtontrust.com | sidorsky@butzel.com |
| jbeemer@entwistle-law.com | slerman@ebglaw.com |
| jbeiers@co.sanmateo.ca.us | slerner@ssd.com |
| jbird@polsinelli.com | slevine@brownrudnick.com |
| jbromley@cgsh.com | SLoden@DiamondMcCarthy.com |
| jcarberry@cl-law.com | smayerson@ssd.com |
| jchristian@tobinlaw.com | smillman@stroock.com |
| jdoran@haslaw.com | smulligan@bsblawyers.com |
| Jdrucker@coleschotz.com | snewman@katskykorins.com |
| jdyas@halperinlaw.net | sory@fdlaw.com |
| jean-david.barnea@usdoj.gov | spiotto@chapman.com |
| jeanites@whiteandwilliams.com | splatzer@platzerlaw.com |
| jeannette.boot@wilmerhale.com | SRee@lcbf.com |
| jeff.wittig@coair.com | sschultz@akingump.com |
| jeffery.black@bingham.com | sselbst@herrick.com |

jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com

sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com

jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com

walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

08-13555-mg    Doc 27538    Filed 04/20/12    Entered 04/20/12 22:33:46    Main Document
Pg 12 of 19

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT D

| Claim Name | Address Information |
|---|---|
| ADMIT ONE | 1412 BROADWAY, SUITE 1808 NEW YORK NY 10018 |
| ALPHA OFFICE SUPPLIES INC | PO BOX 2361 PHILADELPHIA PA 19004 |
| AMERICAN MANAGEMENT ASSOC. | GPO PO BOX 27327 NEW YORK NY 10087-7327 |
| BENTEK ENERGY LLC | P.O. BOX 173861 DENVER CO 80217-3861 |
| BOWNE OF NEW YORK CITY INC | P.O.BOX 6081 CHURCH STREET STATION BOWNE BUSINESS COMM INC DBA NEW YORK NY 10277-2706 |
| CHASE | 270 PARK AVENUE NEW YORK NY 10017 |
| CHICAGO MERCANTILE EXCHANGE | 141 WEST JACKSON BOULEVARD CHICAGO IL 60604 |
| COGENT COMMUNICATIONS INC | P.O. BOX 791087 BALTIMORE MD 21279-1087 |
| DOW JONES & CO INC | PO BOX 4137 CHURCH STREET STA THE WALL STREET JOURNAL NEW YORK NY 10261 |
| EMPIRIX | DEPT. CH10919 PALANTINE IL 60055-0909 |
| FIRST ADVANTAGE BACKGROUND SERVICES | PO BOX 403532 ATLANTA GA 30384-3532 |
| FOREST ELECTRIC CORP | TWO PENN PLAZA NEW YORK NY 10121 |
| FUSION FUNDING LIMITED | 550 WELLS RD STE 11 ORANGE PARK FL 32073-2950 |
| GENESYS CONFERENCING INC. | DEPARTMENT 0938 DENVER CO 80256 |
| HEWLETT PACKARD COMPANY | P.O. BOX 101149 ATLANTA GA 30392-1149 |
| HIGHLAND CAPITAL MGMT LP | 9 WEST 57TH STREET 38TH FLOOR NEW YORK NY 10019 |
| HILL & ASSOCIATES | WEST #1707 HANSHIN INTERVALLEY 707-34 YEOKSAM 2-DONG GANGNAM-GU SEOUL 135919 KOREA, REPUBLIC OF |
| JP MORGAN CHASE BANK NA | 270 PARK AVENUE NEW YORK NY 10017 |
| LAODICEA LLC. | 445 BROAD HOLLOW ROAD SUITE 239 MELVILLE NY 11747 |
| LEXENT METRO CONNECT LLC | 90 WHITE STREET 3RD FLOOR NEW YORK NY 10013 |
| LOGICAL INFORMATION MACHINES | 120 NORTH LASALLE STREET SUITE 2150 CHICAGO IL 60602-2493 |
| LOWES COMMERCIAL SERVICES | P.O. BOX 530954 ATLANTA GA 30353-0954 |
| MARK-IT PARTNERS/LOANX INC | 224 NORTH DES PLAINES SUITE 501 CHICAGO IL 60661 |
| MBG TELECOM SOFTWARE INC | 370 LEXINGTON AVENUE 23RD FLOOR NEW YORK NY 10017 |
| NAPA AUTO PARTS | GLENWOOD SPRINGS AUTO PARTS 3024 GLEN AVE GLENWOOD SPRINGS CO 81601 |
| ORIGIN HR CONSULTING LIMITED | BELL COURT HOUSE 11 BLOMFIELD STREET LONDON EC2M 7AY UNITED KINGDOM |
| PATRICK BREY | NEW CASTLE CO |
| QUEST SOFTWARE INC. | 5 POLARIS WAY ALISO VIEJO CA 92656 |
| QWEST BUSINESS SERVICES | PO BOX 856169 LOUISVILLE KY 40285-6169 |
| ROCKEFELLER GROUP | 1221 AVENUE OF THE AMERICAS (FOR 1301 AVE OF THE AMERICAS) NEW YORK NY 10020 |
| SANDELMAN PARTNERS LP | 767 5TH AVE FL 19 NEW YORK NY 10153-0061 |
| SEAMLESSWEB PROFESSIONAL | P.O. BOX 48098 NEWARK NJ 07101-4898 |
| SUNGARD REFERENCE DATA SOLUTIONS INC. | BANK OF AMERICA LOCKBOX 13079 13079 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| SWETS INFORMATION SERVICES LTD | SWAN HOUSE WYNDYKE FURLONG; ABINGDON BUSINESS PARK; OXEN [ U.K.] ABINGDON OX14 1UQ UNITED KINGDOM |
| TELUS | P.O. BOX 7575 VANCOUVER BC V6B 8N9 CANADA |
| THE CARLYE GROUP, LP. A/C A-PQ | 1001 PENNSYLVANIE AVE., NW WASHINGTON DC 20004-2505 |
| US INFORMATION SYSTEMS INC | 35 WEST JEFFERSON AVE PEARL RIVER PEARL RIVER NY 1096510965 |
| VERIZON | P.O. BOX 15124 ALBANY NY 12212-5124 |

**Total Creditor count  38**

**EXHIBIT E**

LBH motion re schedules 4-17-12 (4000050796)

```
Patrick Brey
369 Maroon Court
New Castle, CO  81647
```