UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :   08-13555 (JMP)
                                            :
        Debtors.                            :   (Jointly Administered)
                                            :
----------------------------------------------------------------x   Ref. Docket No. 27383

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 16, 2012, I caused to be served the "Notice of Subpoenas Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated April 16, 2012 [Docket No. 27383] by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via facsimile to the party listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/ *Genevieve Uzamere*
                                                Genevieve Uzamere

Sworn to before me this
20th day of April, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\NOS_DI 27383_Aff_4-16-12.doc

# EXHIBIT A

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | jwest@velaw.com |
| aalfonso@willkie.com | jwh@njlawfirm.com |
| abeaumont@fklaw.com | kanema@formanlaw.com |
| abraunstein@riemerlaw.com | karen.wagner@dpw.com |
| acaton@kramerlevin.com | KDWBankruptcyDepartment@kelleydrye.com |
| acker@chapman.com | keckhardt@hunton.com |
| adam.brezine@hro.com | keith.simon@lw.com |
| adarwin@nixonpeabody.com | Ken.Coleman@allenovery.com |
| Adiamond@DiamondMcCarthy.com | ken.higman@hp.com |
| aeckstein@blankrome.com | kerry.moynihan@hro.com |
| aentwistle@entwistle-law.com | kgwynne@reedsmith.com |
| afriedman@irell.com | kiplok@hugheshubbard.com |
| agbanknewyork@ag.tn.gov | kjarashow@fklaw.com |
| aglenn@kasowitz.com | kkelly@ebglaw.com |
| agold@herrick.com | kkolbig@mosessinger.com |
| agoldstein@tnsj-law.com | klyman@irell.com |
| ahammer@freebornpeters.com | klynch@formanlaw.com |
| aisenberg@saul.com | kmayer@mccarter.com |
| akantesaria@oppenheimerfunds.com | kobak@hugheshubbard.com |
| akolod@mosessinger.com | korr@orrick.com |
| akornikova@lcbf.com | kovskyd@pepperlaw.com |
| alum@ftportfolios.com | kpiper@steptoe.com |
| amarder@msek.com | kressk@pepperlaw.com |
| amartin@sheppardmullin.com | KReynolds@mklawnyc.com |
| AMcMullen@BoultCummings.com | krosen@lowenstein.com |
| amenard@tishmanspeyer.com | kuehn@bragarwexler.com |
| anann@foley.com | kurt.mayr@bgllp.com |
| Andrew.Brozman@cliffordchance.com | lacyr@sullcrom.com |
| andrew.lourie@kobrekim.com | Landon@StreusandLandon.com |
| angelich.george@arentfox.com | lapeterson@foley.com |
| ann.reynaud@shell.com | lathompson@co.sanmateo.ca.us |
| anthony_boccanfuso@aporter.com | lberkoff@moritthock.com |
| aoberry@bermanesq.com | Lee.Stremba@troutmansanders.com |
| aostrow@beckerglynn.com | lgotko@fklaw.com |
| apo@stevenslee.com | lgranfield@cgsh.com |
| aquale@sidley.com | lhandelsman@stroock.com |
| araboy@cov.com | linda.boyle@twtelecom.com |
| arahl@reedsmith.com | lisa.ewart@wilmerhale.com |
| arheaume@riemerlaw.com | lisa.kraidin@allenovery.com |
| arlbank@pbfcm.com | LJKotler@duanemorris.com |
| arosenblatt@chadbourne.com | lkatz@ltblaw.com |

arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com

lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com

chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com

metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com

| | |
|---|---|
| dcrapo@gibbonslaw.com | mstamer@akingump.com |
| ddavis@paulweiss.com | mvenditto@reedsmith.com |
| ddrebsky@nixonpeabody.com | mwarren@mtb.com |
| ddunne@milbank.com | ncoco@mwe.com |
| deggermann@kramerlevin.com | neal.mann@oag.state.ny.us |
| deggert@freebornpeters.com | ned.schodek@shearman.com |
| demetra.liggins@tklaw.com | neilberger@teamtogut.com |
| dfelder@orrick.com | newyork@sec.gov |
| dflanigan@polsinelli.com | nfurman@scottwoodcapital.com |
| dgrimes@reedsmith.com | Nherman@morganlewis.com |
| dhayes@mcguirewoods.com | nissay_10259-0154@mhmjapan.com |
| dheffer@foley.com | nlepore@schnader.com |
| diconzam@gtlaw.com | notice@bkcylaw.com |
| djoseph@stradley.com | oipress@travelers.com |
| dkleiner@velaw.com | otccorpactions@finra.org |
| dkozusko@willkie.com | paronzon@milbank.com |
| dlemay@chadbourne.com | patrick.oh@freshfields.com |
| dlipke@vedderprice.com | paul.turner@sutherland.com |
| dludman@brownconnery.com | pbattista@gjb-law.com |
| dmcguire@winston.com | pbosswick@ssbb.com |
| dmurray@jenner.com | pdublin@akingump.com |
| dneier@winston.com | peisenberg@lockelord.com |
| dodonnell@milbank.com | peter.gilhuly@lw.com |
| dove.michelle@dorsey.com | peter.macdonald@wilmerhale.com |
| dowd.mary@arentfox.com | peter.simmons@friedfrank.com |
| dpegno@dpklaw.com | peter@bankrupt.com |
| draelson@fisherbrothers.com | pfeldman@oshr.com |
| dravin@wolffsamson.com | phayden@mcguirewoods.com |
| drose@pryorcashman.com | pmaxcy@sonnenschein.com |
| drosenzweig@fulbright.com | ppascuzzi@ffwplaw.com |
| drosner@goulstonstorrs.com | ppatterson@stradley.com |
| drosner@kasowitz.com | psp@njlawfirm.com |
| dshaffer@wtplaw.com | ptrain-gutierrez@kaplanlandau.com |
| dshemano@pwkllp.com | ptrostle@jenner.com |
| dspelfogel@foley.com | r.stahl@stahlzelloe.com |
| dtatge@ebglaw.com | raj.madan@bingham.com |
| dtheising@harrisonmoberly.com | rajohnson@akingump.com |
| dwdykhouse@pbwt.com | ramona.neal@hp.com |
| dwildes@stroock.com | ranjit.mather@bnymellon.com |
| dworkman@bakerlaw.com | raul.alcantar@ropesgray.com |
| easmith@venable.com | rbeacher@pryorcashman.com |
| echang@steinlubin.com | rbyman@jenner.com |

| | |
|---|---|
| ecohen@russell.com | rdaversa@orrick.com |
| efleck@milbank.com | relgidely@gjb-law.com |
| efriedman@fklaw.com | rfleischer@pryorcashman.com |
| efriedman@friedumspring.com | rfrankel@orrick.com |
| egeekie@schiffhardin.com | rfriedman@silvermanacampora.com |
| eglas@mccarter.com | rgmason@wlrk.com |
| ehollander@whitecase.com | rgraham@whitecase.com |
| ekbergc@lanepowell.com | rhett.campbell@tklaw.com |
| elevin@lowenstein.com | richard.fingard@newedge.com |
| eli.mattioli@klgates.com | richard.lear@hklaw.com |
| ellen.halstead@cwt.com | richard.levy@lw.com |
| emerberg@mayerbrown.com | richard.tisdale@friedfrank.com |
| enkaplan@kaplanlandau.com | richard@rwmaplc.com |
| eobrien@sbchlaw.com | ritkin@steptoe.com |
| erin.mautner@bingham.com | RJones@BoultCummings.com |
| eschaffer@reedsmith.com | rleek@HodgsonRuss.com |
| eschwartz@contrariancapital.com | RLevin@cravath.com |
| esmith@dl.com | rmatzat@hahnhessen.com |
| etillinghast@sheppardmullin.com | rmcneill@potteranderson.com |
| ezujkowski@emmetmarvin.com | rnetzer@willkie.com |
| ezweig@optonline.net | robert.bailey@bnymellon.com |
| fbp@ppgms.com | robert.dombroff@bingham.com |
| feldsteinh@sullcrom.com | robert.henoch@kobrekim.com |
| ffm@bostonbusinesslaw.com | robert.malone@dbr.com |
| fhyman@mayerbrown.com | Robert.yalen@usdoj.gov |
| foont@foontlaw.com | robertdakis@quinnemanuel.com |
| francois.janson@hklaw.com | Robin.Keller@Lovells.com |
| fsosnick@shearman.com | roger@rnagioff.com |
| fyates@sonnenschein.com | ronald.silverman@bingham.com |
| gabriel.delvirginia@verizon.net | ross.martin@ropesgray.com |
| gbray@milbank.com | rqureshi@reedsmith.com |
| geraci@thalergertler.com | rrainer@wmd-law.com |
| ggitomer@mkbattorneys.com | rreid@sheppardmullin.com |
| ggoodman@foley.com | rrigolosi@smsm.com |
| giddens@hugheshubbard.com | rroupinian@outtengolden.com |
| gkaden@goulstonstorrs.com | rrussell@andrewskurth.com |
| glenn.siegel@dechert.com | rterenzi@stcwlaw.com |
| gmoss@riemerlaw.com | russj4478@aol.com |
| gravert@ravertpllc.com | rwasserman@cftc.gov |
| gspilsbury@jsslaw.com | rwyron@orrick.com |
| guzzi@whitecase.com | s.minehan@aozorabank.co.jp |
| harrisjm@michigan.gov | sabin.willett@bingham.com |

| | |
|---|---|
| harveystrickon@paulhastings.com | sabramowitz@velaw.com |
| hbeltzer@mayerbrown.com | SABVANROOY@HOTMAIL.COM |
| heim.steve@dorsey.com | sagolden@hhlaw.com |
| heiser@chapman.com | Sally.Henry@skadden.com |
| hollace.cohen@troutmansanders.com | sandyscafaria@eaton.com |
| holsen@stroock.com | Sara.Tapinekis@cliffordchance.com |
| howard.hawkins@cwt.com | scargill@lowenstein.com |
| hseife@chadbourne.com | schannej@pepperlaw.com |
| hsnovikoff@wlrk.com | Schepis@pursuitpartners.com |
| hsteel@brownrudnick.com | schnabel.eric@dorsey.com |
| icatto@mwe.com | schristianson@buchalter.com |
| igoldstein@dl.com | schwartzmatthew@sullcrom.com |
| ilevee@lowenstein.com | scottshelley@quinnemanuel.com |
| info2@normandyhill.com | scousins@armstrongteasdale.com |
| ira.herman@tklaw.com | sdnyecf@dor.mo.gov |
| isgreene@hhlaw.com | steven@blbglaw.com |
| israel.dahan@cwt.com | sehlers@armstrongteasdale.com |
| iva.uroic@dechert.com | seichel@crowell.com |
| jacobsonn@sec.gov | sfelderstein@ffwplaw.com |
| james.mcclammy@dpw.com | sfineman@lchb.com |
| james.sprayregen@kirkland.com | sfox@mcguirewoods.com |
| jamestecce@quinnemanuel.com | sgordon@cahill.com |
| jamie.nelson@dubaiic.com | sgubner@ebg-law.com |
| jar@outtengolden.com | shannon.nagle@friedfrank.com |
| jason.jurgens@cwt.com | sharbeck@sipc.org |
| jay.hurst@oag.state.tx.us | shari.leventhal@ny.frb.org |
| jay@kleinsolomon.com | shgross5@yahoo.com |
| Jbecker@wilmingtontrust.com | sidorsky@butzel.com |
| jbeemer@entwistle-law.com | slerman@ebglaw.com |
| jbeiers@co.sanmateo.ca.us | slerner@ssd.com |
| jbird@polsinelli.com | slevine@brownrudnick.com |
| jbromley@cgsh.com | SLoden@DiamondMcCarthy.com |
| jcarberry@cl-law.com | smayerson@ssd.com |
| jchristian@tobinlaw.com | smillman@stroock.com |
| jdoran@haslaw.com | smulligan@bsblawyers.com |
| Jdrucker@coleschotz.com | snewman@katskykorins.com |
| jdyas@halperinlaw.net | sory@fdlaw.com |
| jean-david.barnea@usdoj.gov | spiotto@chapman.com |
| jeanites@whiteandwilliams.com | splatzer@platzerlaw.com |
| jeannette.boot@wilmerhale.com | SRee@lcbf.com |
| jeff.wittig@coair.com | sschultz@akingump.com |
| jeffery.black@bingham.com | sselbst@herrick.com |

| | |
|---|---|
| jeffrey.sabin@bingham.com | sshimshak@paulweiss.com |
| jeldredge@velaw.com | sskelly@teamtogut.com |
| jen.premisler@cliffordchance.com | sstarr@starrandstarr.com |
| jennifer.demarco@cliffordchance.com | steele@lowenstein.com |
| jennifer.gore@shell.com | stephen.cowan@dlapiper.com |
| jeremy.eiden@ag.state.mn.us | steve.ginther@dor.mo.gov |
| jfalgowski@reedsmith.com | steven.troyer@commerzbank.com |
| jflaxer@golenbock.com | steven.wilamowsky@bingham.com |
| jfox@joefoxlaw.com | Streusand@StreusandLandon.com |
| jfreeberg@wfw.com | susheelkirpalani@quinnemanuel.com |
| jg5786@att.com | sweyl@haslaw.com |
| jgenovese@gjb-law.com | swolowitz@mayerbrown.com |
| jguy@orrick.com | szuch@wiggin.com |
| jherzog@gklaw.com | tannweiler@greerherz.com |
| jhiggins@fdlaw.com | tarbit@cftc.gov |
| jhorgan@phxa.com | tbrock@ssbb.com |
| jhuggett@margolisedelstein.com | tdewey@dpklaw.com |
| jhuh@ffwplaw.com | tduffy@andersonkill.com |
| jim@atkinslawfirm.com | teresa.oxford@invescoaim.com |
| jjoyce@dresslerpeters.com | TGoren@mofo.com |
| jjtancredi@daypitney.com | thaler@thalergertler.com |
| jjureller@klestadt.com | thomas.califano@dlapiper.com |
| jkehoe@btkmc.com | Thomas_Noguerola@calpers.ca.gov |
| jlamar@maynardcooper.com | tim.desieno@bingham.com |
| jlawlor@wmd-law.com | timothy.brink@dlapiper.com |
| jlee@foley.com | timothy.palmer@bipc.com |
| jlevitin@cahill.com | tjfreedman@pbnlaw.com |
| jlipson@crockerkuno.com | tkarcher@dl.com |
| jlovi@steptoe.com | tkiriakos@mayerbrown.com |
| jlscott@reedsmith.com | tlauria@whitecase.com |
| jmaddock@mcguirewoods.com | tmacwright@whitecase.com |
| jmakower@tnsj-law.com | tmarrion@haslaw.com |
| jmazermarino@msek.com | tnixon@gklaw.com |
| jmcginley@wilmingtontrust.com | toby.r.rosenberg@irscounsel.treas.gov |
| jmelko@gardere.com | tony.davis@bakerbotts.com |
| jmerva@fult.com | tslome@msek.com |
| jmmurphy@stradley.com | ttracy@crockerkuno.com |
| jmr@msf-law.com | twheeler@lowenstein.com |
| jnadritch@olshanlaw.com | ukreppel@whitecase.com |
| jnm@mccallaraymer.com | Villa@StreusandLandon.com |
| john.monaghan@hklaw.com | vmilione@nixonpeabody.com |
| john.rapisardi@cwt.com | vrubinstein@loeb.com |

jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com

walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| Fax | Name |
| --- | --- |
| 12126682255 | UST-DAVIS,GASPA,SCHW |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007