Form 210A (10/06)

# United States Bankruptcy Court

Southern District of New York

In re Lehman Brothers Holdings Inc., Case No. 08-13555

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Jefferies Leveraged Credit Products, LLC | County of DuPage, Illinois |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, Connecticut 06902

Phone: (203) 363-8251
Last Four Digits of Acct #:

**Name and address where transferee payments should be sent (if different from above):**

Jefferies & Co., Inc.
Harborside Financial Center
34 Exchange Place
Plaza III – Suite 705
Jersey City, NJ 07311
Attention Anna LoPiccolo

Phone: (201) 761-7656
Last Four Digits of Acct #:

County of DuPage, Illinois
421 N. County Farm Rd
Wheaton, IL 60187

Court Claim # (if known): 19235
Amount of Claim: $1,500,000
Date Claim Filed: 9/18/2009

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Robert K. Minkoff           Date: 4/23/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

EXHIBIT A2

# EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn:    Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 19235

**County of DuPage, Illinois**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $1,5000,000 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative, dated April 19, 2012.

| SELLER | BUYER |
|---|---|
| **COUNTY OF DUPAGE, ILLINOIS** | **JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC** |
| By: _[signature]_ | By: _[signature]_ |
| Name: Fredric Backfield | Name: Robert Minkoff |
| Title: Chief Financial Officer | Title: Managing Director |

1