David W. Dykhouse
Brian P. Guiney
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Asbury Atlantic, Inc. and Asbury-Solomons, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

------------------------------------------x

### NOTICE OF WITHDRAWAL OF OBJECTION OF ASBURY ATLANTIC, INC. AND ASBURY-SOLOMONS, INC. TO ASSUMPTION BY DEBTORS OF PREPETITION DERIVATIVE CONTRACTS

**PLEASE TAKE NOTICE** that Asbury Atlantic, Inc. and Asbury-Solomons, Inc. have withdrawn their objection (Dkt. No. 21505) to the assumption and assignment of certain prepetition derivative contracts by Lehman Brothers Special Financing, Inc.

Dated: New York, New York
April 23, 2012

                                                **PATTERSON BELKNAP WEBB & TYLER LLP**
                                                Attorneys for Asbury Atlantic, Inc. and Asbury-Solomons, Inc.

                                                By:    s/David W. Dykhouse
                                                            David W. Dykhouse
                                                1133 Avenue of the Americas
                                                New York, New York 10036-6710
                                                Telephone: (212) 336-2000
                                                Fax: (212) 336-2222