# AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             :ss.:
COUNTY OF NEW YORK           )

PATRICK FAY, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2. On April 23, 2012, I served the foregoing **NOTICE OF WITHDRAWAL OF OBJECTION OF ASBURY ATLANTIC, INC. AND ASBURY-SOLOMONS, INC. TO ASSUMPTION BY DEBTORS OF PREPETITION DERIVATIVE CONTRACTS** upon the party herein by enclosing a true copy of same in a postage prepaid wrapper and depositing it in a depository maintained by the U.S. Postal Service at 1133 Avenue of the Americas, New York, New York, 10036 directed to them at the address below:

Sunny Singh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

_____
PATRICK FAY
Lic. No. 1285381

Sworn to before me this 23rd day of April, 2012

_____
Notary Public

NICHOLAS J. LaFORGE
Notary Public, State of New York
No. 01LA6249453
Qualified in Kings County
Certificate Filed in New York County
Commission Expires October 11, 2015