UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

| | | |
|---|---|---|
| In Re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. *et al.* | : | Case No. 08-13555 (JMP) |
| Debtors. | : | Jointly Administered |

-------------------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Hydee F. Feldstein hereby requests the withdrawal of her appearance on behalf of Barclays Capital, Inc. in connection with the above captioned Chapter 11 proceedings. Robinson B. Lacy, a partner at Sullivan & Cromwell LLP, will continue to represent Barclays Capital, Inc.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Respectfully submitted,

Dated: Los Angeles, CA
April 23, 2012

By: /s/ Hydee F. Feldstein
Hydee F. Feldstein
(admitted *pro hac vice*)
Sullivan & Cromwell LLP
1888 Century Park East
Telephone (310) 712-6690