B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                          Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Alpaka Investments Inc | Bank Hapoalim (Switzerland) Ltd |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Eduardo Brender, Financial Advisor

RBC Wealth Management

801 Brickell Ave, Suite 1500

Miami, FL  33131

305-925-2467

Eduardo.brender@rbc.com

Court Claim # (if known): **55855**
Total Amount of Claim Filed: **74,355,494.00**
Amount of Claim Transferred: **USD200,000.00**
ISIN/CUSIP:  **XS0339215351**
Blocking Number:  **6052952**
Date Claim Filed:  **10/29/2009**

Phone: **305-925-2467**
Last Four Digits of Acct #:  **xxx-x2882**

FILED / RECEIVED

APR 18 2012

EPIQ BANKRUPTCY SOLUTIONS, LLC

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: ___4/4/2012___
      Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571.



From: (305) 925-2467
Eduardo Brender
RBC Wealth Management
801 Brickell Avenue, Suite 1500

Miami, FL 33131

Origin ID: MPBA

SHIP TO: (866) 879-0688
Attn: Lehman Brothers Holdings Inc
Epiq Bankruptcy Solutions, LLC
757 3RD AVE FL 3

NEW YORK, NY 10017

BILL SENDER

Ship Date: 17APR12
ActWgt: 1.0 LB
CAD: 101025719/INET3250

Ref #
Invoice # Lehman forms
PO #
Dept #

Delivery Address Bar Code

TRK#  0201   7934 6212 2003

XA OGSA

WED - 18 APR A1
PRIORITY OVERNIGHT

10017
NY-US
EWR

APR 18 2012

EPIQ BANKRUPTCY SOLUTIONS, LLC

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per...

Page 1 of 2