**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: § | |
| § | **Chapter 11** |
| **LEHMAN BROTHERS** § | |
| **HOLDINGS, INC.,** *et al.*, § | **Case No. 08-13555 (JMP)** |
| § | |
| Debtors. § | |
| _____ § | |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 23832 was filed or deemed filed under 11 U.S.C. § 111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on April 23, 2012.

Aviva International Insurance Ltd.  |  Aviva Insurance Limited
Name of Alleged Transferor            Name of Transferee

Address of Alleged Transferor:        Address of Transferee:
St. Helen's, 1 Undershaft             St. Helen's, 1 Undershaft
London  EC3P 3DQ                      London  EC3P 3DQ
United Kingdom                        United Kingdom

## Deadline to Object to Transfer

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____            _____
                                    CLERK OF THE COURT