HOGAN LOVELLS US LLP
Christopher R. Donoho, III
875 Third Avenue
New York, New York 10022
212-918-3000

*Attorneys for Italease Finance S.p.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:                                                    :
                                                                 Chapter 11
LEHMAN BROTHERS HOLDING INC., et. al.,      :

                            Debtors.                  :
                                                                 Case No. 08-13555 (jmp)
                                                              :

                                                              :   (Jointly Administered)

---------------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF OBJECTION [DOCKET NO. 21934] OF ITALEASE FINANCE S.P.A. IN CONNECTION WITH DEBTORS' PLAN SUPPLEMENT AND NOTICES OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE** that on November 11, 2011, Italease Finance S.p.A. ("Italease"), filed the Objection of Italease Finance S.p.A. in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts [Docket No. 21934] (the "Objection"). In the Objection, Italease objected to the proposed assumption by Lehman Brothers Holdings Inc. and/or its affiliated debtors-in-possession (the "Debtors") of a certain contract by and between the Debtors and Italease (the "Contract").

**PLEASE TAKE FURTHER NOTICE** that the Debtors and Italease have agreed that all transactions under the Contract are terminated.

      **PLEASE TAKE FURTHER NOTICE** that the Debtors have agreed to withdraw their designation of the Contract for assumption and that they have agreed to file a corresponding Notice of Withdrawal with this Court.

      **PLEASE TAKE FURTHER NOTICE** that Italease, by and through its undersigned counsel, hereby withdraws the Objection.

Dated: April 23, 2012
New York, New York

                    **HOGAN LOVELLS US LLP**

                    /s/ Christopher R. Donoho, III_____
                    Christopher R. Donoho, III
                    875 Third Avenue
                    New York, NY 10022
                    (212) 909-0630 Telephone
                    (212) 918-3100 Facsimile

                    *Attorneys for Italease Finance S.p.A.*