WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                          :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :    08-13555 (JMP)
:
Debtors.                        :    (Jointly Administered)
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE TWO HUNDRED THIRTEENTH**
**OMNIBUS OBJECTION TO CLAIMS SOLELY AS TO CERTAIN CLAIMS**

    **PLEASE TAKE NOTICE** that the hearing on the Two Hundred Thirteenth Omnibus Objection to Claims, which was scheduled for April 26, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Courtroom 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: April 23, 2012
    New York, New York

                /s/ Robert J. Lemons
                Robert J. Lemons

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Lehman Brothers Holdings Inc.
                and Certain of Its Affiliates

## Exhibit A

## Claims Adjourned to May 31, 2012 Hearing:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| MRS. S.A.B. VAN ROOY | 54549 | 22959 |
| BANCO PASTOR, S.A. | 58985 | 22636 |