WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (JMP)
                                              :
                    Debtors.                  :    (Jointly Administered)
                                              :
-----------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF THE TWO HUNDRED FIFTEENTH**
**OMNIBUS OBJECTION TO CLAIMS SOLELY AS TO CERTAIN CLAIMS**

      **PLEASE TAKE NOTICE** that the hearing on the Two Hundred Fifteenth
Omnibus Objection to Claims, which was scheduled for April 26, 2012, at 10:00 a.m. (Prevailing
Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached
hereto, to May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon
thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M.
Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004,
Courtroom 601, and such Hearing may be further adjourned from time to time without further
notice other than an announcement at the Hearing.

Dated:  April 23, 2012
      New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Lehman Brothers Holdings Inc.
                    and Certain of Its Affiliates

**Exhibit A**

**Claims Adjourned to May 31, 2012 Hearing**:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| LLOYDS TSB BANK PLC (GENEVA BRANCH) | 55516 | 22008 |
| LLOYDS TSB BANK PLC (GENEVA BRANCH) | 55506 | 22011 |
| LLOYDS TSB BANK PLC (GENEVA BRANCH) | 55515 | 22012 |
| LLOYDS TSB BANK PLC (GENEVA BRANCH) | 55517 | 22013 |
| LLOYDS TSB BANK PLC (GENEVA BRANCH) | 55508 | 22014 |
| BANCO PASTOR, S.A. | 58983 | 22637 |
| BANCO PASTOR, S.A. | 67376 | 22637 |