# WELTMAN & MOSKOWITZ, LLP
### ATTORNEYS AT LAW
### 270 MADISON AVENUE
### NEW YORK, NEW YORK 10016-0603

MICHAEL L. MOSKOWITZ
RICHARD E. WELTMAN*

*ALSO ADMITTED IN NJ

(212) 684-7800
TELECOPIER (212) 684-7995
URL: www.weltmosk.com
E-MAIL: info@weltmosk.com

575 UNDERHILL BOULEVARD
SYOSSET, NEW YORK 11791
(516) 931-4088
TELECOPIER (516) 677-9405

8-14 SADDLE RIVER ROAD
FAIR LAWN, NEW JERSEY 07410-5220
(201) 794-7500
TELECOPIER (201) 794-0009

April 19, 2012

Vito Genna, Clerk of Court
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

Re:   Lehman Holdings Inc.
      Case No.: 08-13555(JMP)

Dear Mr. Genna:

Please remove the following e-mail address for my Firm from the ECF notification list with regard to the above-captioned case:

- mlm@weltmosk.com

Thank you in advance for your attention to this matter.

Very truly yours,

MICHAEL L. MOSKOWITZ

MLM/jg



F:\400\ECF\LETTERS\LEHMAN HOLDINGS LTR.doc