BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: PHILIP R. BYRNES
Deputy City Attorney
Nevada Bar No. 166
495 South Main Street, 6th Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: pbyrnes@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re: LEHMAN BROTHERS HOLDING, INC.,

Debtor,

CASE NO. 08-13555

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective February 21, 2012, the address of the Las Vegas City Attorney's Office will be as follows:

**495 South Main Street, 6th Floor**
**Las Vegas, NV 89101**

Telephone and facsimile numbers remain the same. Please update your service list accordingly.

DATED: April 16, 2012

BRADFORD R. JERBIC
City Attorney

By: _____
PHILIP R. BYRNES
Deputy City Attorney
Nevada Bar No. 166
495 South Main Street, 6th Floor
Las Vegas, NV 89101
Attorneys for CITY OF LAS VEGAS

RECEIVED
APR 20 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

# CERTIFICATE OF SERVICE

I hereby certify that on April \_\_\_\_\_, 2012, I served a true and correct copy of the foregoing NOTICE OF CHANGE OF ADDRESS through the Court's electronic CM/ECF system of the United States Bankruptcy Court for the District of Nevada (or, if necessary, by United States Mail at Las Vegas, Nevada, postage fully prepaid) upon the following:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Kevin R. Stults
Bingham McCutchen LLP
2020 K. Street NW
Washington, DC 20006

_____
AN EMPLOYEE OF THE CITY OF LAS VEGAS