**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                  :

In re:                                :         Chapter 11

                                  :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :         Case No. 08-13555 (JMP)

                                  :

                 Debtors.            :         (Jointly Administered)

------------------------------------------------------------------------x

### ORDER GRANTING APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE EXAMINER AND JENNER & BLOCK LLP

Upon consideration of the Final Fee Application of the Examiner and Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses (the "Final Application") for professional services performed and reimbursement of actual and necessary expenses incurred during the period from January 19, 2009 through July 12, 2010 (the "Application Period"); pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure; and upon consideration of the voluntary deductions from fees and expenses made by the Examiner and Jenner & Block, LLP rendered after the Fee Committee received and reviewed written comments and conferred with the Examiner and Jenner & Block, LLP that responded to the issues raised by the Fee Committee and distributed retained professionals; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and there being no objections to the allowance of the amounts set forth on Schedule A; and the Fee Committee having submitted a Statement of No Objection [Docket No. 27333] to the allowance of the amounts set forth on Schedule A; and a hearing having been held before this Court to consider the Final Application on April 18, 2012; and sufficient cause having been shown therefor; it is hereby ORDERED:

1.      The Final Application is granted to the extent set forth in Schedule A.

2.      Final compensation to the Examiner and Jenner & Block, LLP for professional services performed during the Application Period is allowed and awarded in the amounts set forth on Schedule A in the column entitled "Fees Allowed" pursuant to section 331 of the Bankruptcy Code.

3.      Reimbursement to the Examiner and Jenner & Block, LLP for expenses incurred during the Application Period is allowed and awarded in the amounts set forth on Schedule A in the column entitled "Final Expenses Requested."

4.      Pursuant to this order, the Debtors are authorized and directed to pay the "Fees Allowed" and the "Expenses Requested," which amounts are totaled in Schedule B in the columns entitled "Total Fees Paid" and "Total Expenses Paid," to the Examiner and Jenner & Block, but only to the extent not previously paid pursuant to the interim compensation orders in these cases.


Dated: New York, New York
       April 24, 2012

                                 _____s/ James M. Peck_____
                                 Honorable James M. Peck
                                 United States Bankruptcy Judge

**Case No.:  08-13555 (JMP) (Chapter 11)**
**Case Name:  In re Lehman Brothers Holdings, Inc., et al.**

**CURRENT FEE PERIOD**
January 19, 2009 - July 12, 2010

**Schedule A**

| (1)<br>Applicant | (2)<br>Date/Document Number of Application | (3)<br>Final Fees Requested on Application | (4)<br>Fees Allowed | (5)<br>Fees to be Paid for Current Fee Period | (6)<br>Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7)<br>Total Fees to be Paid | (8)<br>Final Expenses Requested | (9)<br>Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Anton R. Valukas, Examiner; Jenner & Block LLP | 3/27/2012 [Dkt No. 27189] | $51,271,849.80 | $51,271,849.80 | $677,756.13* | $0.00 | $677,756.13* | $7,906,417.07 | $266,819.26* |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

\* The amount of Fees and Expenses to be Paid represents the amount of allowed fees and expenses that have not yet been paid.
The remaining allowed fees and expenses were paid previously on an interim basis.

Revised September 2011

DATED: 4/24/12

INITIALS: *JMP* , USBJ

**Case No.: 08-13555 (JMP) (Chapter 11)**

**Case Name:  In re Lehman Brotehrs Holdings, Inc., et al.**

**FINAL FEE APPLICATION TOTALS**

**January 19, 2009 - July 12, 2010**

**Schedule B**

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees Paid (including amounts to be paid pursuant to this Order) | (4)<br>Total Expenses Requested | (5)<br>Total Expenses Paid (including amounts to be paid pursuant to this Order) |
|---|---|---|---|---|
| Anton R. Valukas, Examiner; Jenner & Block LLP | $51,271,849.80 | $51,271,849.80 | $7,906,417.07 | $7,906,417.07 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Revised September 2011

DATED: 4/24/12

INITIALS: *JMP* , USBJ