**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | |
|---|---|
| : | |
| In re : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : | **08-13555 (JMP)** |
| : | |
| Debtors. : | **(Jointly Administered)** |
| : | |

------------------------------------------------------------------------x    Ref. Docket Nos. 27401, 27403,
27404, 27406, 27408, 27409, 27411,
27412, 27414 & 27419-27421

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                                              ) ss.:
COUNTY OF NEW YORK     )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 17, 2012, I caused to be served the:

    a)  "Notice of Adjournment of One Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated April 17, 2012 [Docket No. 27401], (the "129th NOA"),

    b)  "Notice of Adjournment of One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated April 17, 2012 [Docket No. 27403], (the "138th NOA"),

    c)  "Notice of Adjournment of One Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated April 17, 2012 [Docket No. 27404], (the "156th NOA"),

    d)  "Notice of Adjournment of One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) Solely as to Certain Claims," dated April 17, 2012 [Docket No. 27419], (the "160th NOA"),

    e)  "Notice of Adjournment of One Hundred Sixty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated April 17, 2012 [Docket No. 27406], (the "163[rd] NOA"),

    f)   "Notice of Adjournment of One Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated April 17, 2012 [Docket No. 27408], (the "179th NOA"),

    g)   "Notice of Adjournment of Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated April 17, 2012 [Docket No. 27409], (the "228th NOA"),

    h)   "Notice of Adjournment of Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated April 17, 2012 [Docket No. 27411], (the "233rd NOA"),

    i)   "Notice of Adjournment of Two Hundred Forty-Fourth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated April 17, 2012 [Docket No. 27412], (the "244th NOA"),

    j)   "Notice of Adjournment of Two Hundred Forty-Fifth Omnibus Objection to Claims (Unissued Guarantee Claims) Solely as to Certain Claim," dated April 17, 2012 [Docket No. 27414], (the "245th NOA"),

    k)   "Notice of Adjournment of Two Hundred Seventy-Seventh Omnibus Objection to Claims (No Guarantee Claims) Solely as to Certain Claim," dated April 17, 2012 [Docket No. 27420], (the "277th NOA"), and

    l)   "Notice of Hearing on the Two Hundred Eighty-First Omnibus Objection to Claims (Warrant Claims)," dated April 17, 2012, to which was attached the "Two Hundred Eighty-First Omnibus Objection to Claims (Warrant Claims)," dated April 17, 2012 [Docket No. 27421], (the "281st Omnibus Hearing Notice"),

by causing true and correct copies of the:

    i.   129th NOA, 138th NOA, 156th NOA, 160th NOA, 163rd NOA, 179th NOA, 228th NOA, 233rd NOA, 244th NOA, 245th NOA, 277th NOA, and 281st Omnibus Hearing Notice, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.   129th NOA, 138th NOA, 156th NOA, 160th NOA, 163rd NOA, 179th NOA, 228th NOA, 233rd NOA, 244th NOA, 245th NOA, 277th NOA, and 281st Omnibus Hearing Notice, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

    iii.   129th NOA, 138th NOA, 156th NOA, 160th NOA, 163rd NOA, 179th NOA, 228th NOA, 233rd NOA, 244th NOA, 245th NOA, 277th NOA, and 281st Omnibus Hearing Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

    iv.   281st Omnibus Hearing Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>,

v.  129th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

vi.  138th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit F,

vii.  156th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit G,

viii.  160th NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit H,

ix.  163rd NOA, and to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit I,

x.  179th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit J, and

xi.  228th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit K,

xii.  233rd NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit L,

xiii.  244th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit M,

xiv.  245th NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit N, and

xv.  277th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit O.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Genevieve Uzamere*
Genevieve Uzamere

Sworn to before me this
18th day of April, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

-3-

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com

cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com

dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com

dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com

gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com

jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com

kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com

lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com

michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com

newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

ritkin@steptoe.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rmcneill@potteranderson.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rqureshi@reedsmith.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rrigolosi@smsm.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sagolden@hhlaw.com

sally.henry@skadden.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

steven@blbglaw.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com

wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| 1991 INVESTMENT COMPANY | CADWALADER, WICKERSHAM & TAFT LLP ATTN: RAY SHIRAZI ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| 1991 INVESTMENT COMPANY | ATTN: GENE FURNISH 9520 NORTH MAY AVENUE SUITE 310 OKLAHOMA CITY OK 73120 |
| 469 BERGMAN PROPERTIES LLC | C/O CHESTER B. SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVENUE NEW YORK NY 10171 |
| ABRAHAMS, GARY & DALE | 132 QUAYSIDE DRIVE JUPITER FL 33477 |
| AL-RASHID, IBRAHIM | 1114 LOST CREEK BLVD., SUITE 120 AUSTIN TX 78746-6370 |
| ALAN B. LEE TRUST DTD 10/14/04 | 2800 NORTH LAKESHORE DRIVE # 1416 CHICAGO IL 60657-6210 |
| AME CAPITAL GROUP LLC | 45 BROADWAY 25TH FLOOR NEW YORK NY 10006 |
| AMINI, MICHAEL AND MOLLY | 100 NORTHEAST LOOP 410, SUITE 1300 SAN ANTONIO TX 78216 |
| ARRAMREDDY, SUJITH K. AND YAMINI R. TRUSTEES | ARRAMREDDY 2003 LIVING TRUST 7131 HEARTLAND WAY SAN JOSE CA 95135 |
| B&J HOLLAND CAPITAL LTD. | C.T. HOLLAND P.O. BOX 25143 DALLAS TX 75225 |
| BAKER, JAMES R. JR. | 600 EAGLE DRIVE PINEVILLE LA 71360 |
| BERKMAN, WILLIAM | C/O ASSOCIATED PARTNERS, LP 1230 AVENUE OF THE AMERICAS, SUITE 8C NEW YORK NY 10020-1513 |
| BESHEARS, PRISCILLA | 4500 BELCLAIRE AVENUE DALLAS TX 75205 |
| BISGAIER FAMILY LLC | 3605 TANGLEWOOD DRIVE ANN ARBOR MI 48105 |
| BISGIAER, CHARLES & PATRICIA | 3605 TANGLEWOOD DRIVE ANN ARBOR MI 48105 |
| BOB AND AMY TRUEL COMMUNITY PROPERTY | 10 PICCADILLY COURT SAN CARLOS CA 94070 |
| BONNER, JEFFREY & BERNADETTE JTWROS | 104 ELLISEN ROAD WATCHUNG NJ 07069 |
| BRICK, BILL | 5864 VERSAILLES AVENUE FRISCO TX 75034 |
| CANN 1997 TRUST | DATED 1/10/1997 C/O RUDD FAMILY OFFICE 2175 N. CALIFORNIA BLVD, STE 400 WALNUT CREEK CA 94596 |
| CERF, WILLIAM M. | 35 WARFIELD STREET UPPER MONTCLAIR NJ 07043 |
| CHILDERS, MICHAEL P. AND REBECCA | 8066 PARK LN APT 1107 DALLAS TX 75231-5969 |
| CONE, SCOTT | 909 WIRT ROAD HOUSTON TX 77024-3405 |
| CRUIKSHANK, DOUGLAS A. | 376 NEW ROCHELLE RD. BRONXVILLE NY 10708 |
| CTH LOYAL TRUST | C.T. HOLLAND P.O. BOX 25143 DALLAS TX 75225 |
| CYPRES, KATHI BEIFER | 13045 RIVERS RD. LOS ANGELES CA 90049 |
| DAVID L. MCDONALD LIVING TRUST | 14141 MILLERTON ROAD PRATHER CA 93651-9798 |
| DEANS, ALISON | 115 EAST 9TH STREET APT 20E NEW YORK NY 10003 |
| DEFRANCESCO, JIM | 2668 GOLF ISLAND RD ELLICOT CITY MD 21042-2287 |
| DEGENHARDT FAMILY ENTERPRISES LP | 165 W. BAY ST, # 404 SAVANNAH GA 31401 |
| DEL LAGO LIMITED | HAYDEN BROOKS 712 CONGRESS AVENUE, SUITE 200 AUSTIN TX 78701 |
| DEMATTEIS, RICHARD | 820 ELMONT ROAD ELMONT NY 11003 |
| DEMATTEIS, SCOTT L. | 820 ELMONT ROAD ELMONT NY 11003 |
| DESAI, DINESH | 779 ALLISON CT MOORESTOWN NJ 08057-1400 |
| DEVLIN, J. HUGH | C/O TRIPAR CORPORATION 47 WEST RIVER ROAD, SUITE A RUMSON NJ 07760 |
| DEVLIN, J. HUGH & N.,  TTEES | THE NAVESINK FOUNDATION DTD 06/17/1998 47 WEST RIVER ROAD, SUITE A RUMSON NJ 07760 |
| DIBIASIO, ADOLF R. & JOSEPHINE, JTWROS | 26 HIGH VIEW RD DARIEN CT 06820 |
| DIENER INVESTMENTS, L.P. | ROBERT DIENER 8 INDIAN CREEK ISLAND ROAD INDIAN CREEK VILLAGE FL 33154 |
| DOLE, ROBERT BRYN AND SUSAN BALDRY, COMMUNITY PROP | 1597 LOCHINVAR AVE SUNNYVALE CA 94087 |
| DONALD J LITWIN REVOCABLE TRUST | DTD 03/05/04 168 WEST BLVD FAR ROCKAWAY NY 11518-2513 |
| DRAZAN, ANDREW | 2 HAOGLANDS LANE GLEN HEAD NY 11545 |
| DUFFY, JAMES AND DEBORAH JTROS | 8 RUNNING BROOK LANE NEW CANAAN CT 06840 |
| DWORECKI, ROMAN | 535 EAST 86TH STREET APT 7C NEW YORK NY 10028-7533 |
| EINBINDER, LEE J. | 121 SQUIRE ROAD ROXBURY CT 06783 |

LEHMAN BROTHERS HOLDINGS INC.

| Claim Name | Address Information |
|---|---|
| EINSIDLER, LEE | SIDNEY FRANK IMPORTING CO., INC. 20 CEDAR STREET NEW ROCHELLE NY 10801 |
| ELKINS, JAY S. | 79 GRIFFEN AVENUE SCARSDALE NY 10583 |
| EMERALD TRAIL LTD. | 808 TRAVIS ST. SUITE 2100 HOUSTON TX 77002 |
| ESPERANCE FAMILY FOUNDATION, THE | 3672 PROSPECT RD ANN ARBOR MI 48105-9534 |
| FAGEN, BRIAN R. | 4 JOHN JAY PLACE RYE NY 10580 |
| FERTITTA, JULIAN | 3742 CHEVY CHASE DRIVE HOUSTON TX 77019 |
| FIFTY-NINTH STREET INVESTORS, LLC | 110 EAST 59H STREET 34TH FLOOR NEW YORK NY 10022-1308 |
| FLUHR, JEFFREY G. TTEE THE JEFFREY G. FLUHR REV. T | 200 LOCUST ST SAN FRANCISCO CA 941181841 |
| FORTNER MARITAL TRUST | STEVE FORTNER TRUSTEE 16850 COLLINS AVE. 112-200 SUNNY ISLES BEACH FL 33160 |
| FRANK, FREDERICK TTEE | FREDERICK FRANK REV TRUST DTD 11/28/2006 109 EAST 91ST STREET NEW YORK NY 10128-1601 |
| FROMMER, JACQUELINE | 45 EAST 85TH ST. 4A NEW YORK NY 10028 |
| FROMMER, JACQUELINE | 45 EAST 85TH ST. APT# 4A NEW YORK NY 10028 |
| GADIRAJU, SAI & VANAJA, TTEES GADIRAJU 2002 LIVING | 27882 VIA VENTANA WAY LOS ALTOS CA 94022-3269 |
| GALDI, GREGORY G. | 14 FOX MEADOW LANE LLOYD HARBOR NY 11743-1016 |
| GALLATIN VENTURES, LLC | 4362 CHICKERING LANE NASHVILLE TN 37215 |
| GALLATIN, RONALD L., TTEE | 17061 BROOKWOOD DRIVE BOCA RATON FL 33496 |
| GARY SALOMON TRUST | C/O GARY SALOMON 2542 HIGHLANDER WAY CARROLLTON TX 75006 |
| GATTO, JOSEPH | 146 BROOKSIDE DRIVE GREENWICH CT 06831 |
| GIBRALTER, TORIE | 4360 LIVINGSTON AVE DALLAS TX 752052608 |
| GIFFUNI, MATTHEW | 353 E 83RD ST, #23H NEW YORK NY 10028 |
| GIFFUNI, VINCENT | 2 FOX RUN HO HO KUS NJ 07423 |
| GOLDFARB, DAVID | 11 CHAUNCEY PLACE WOODBURY NY 11797 |
| GOLDMAN ASSOCIATES | 17305 ST JAMES COURT BOCA RATON FL 33496 |
| GOLDMAN, MICHAEL | 17305 ST JAMES COURT BOCA RATON FL 33496 |
| GOLDSCHEIN, STEVEN | 2075 BLANCHE LANE MERRICK NY 11566-5504 |
| GRAHAM, RICHARD D. | 341 PINETREE DR NE ATLANTA GA 30305 |
| GREEN, ADAM M. | 147 CROSS HIGHWAY WESTPORT CT 06880 |
| GRIFFIN, WILLIAM D. AND LISA | CADWALADER, WICKERSHAM & TAFT LLP ATTN: RAY SHIRAZI ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GRIFFIN, WILLIAM D. AND LISA | 6538 NORWAY ROAD DALLAS TX 75230-5242 |
| H. GROSS FAMILY LP | C/O HENRY GROSS 444 MADSION AVENUE, 18TH FL NEW YORK NY 10022 |
| HAQUE, AISHA | 171 WEST 57TH STREET APARTMENT 3C NEW YORK NY 10019 |
| HAROLD SHAMAH 2010 FAMILY TRUST | TRANSFEROR: SHAMAH 2000 FAMILY TRUST C/O HIS JUVENILES # 1004 35 WEST 35TH STREET NEW YORK NY 10001 |
| HARTZELL, TIMOTHY NOLAN | 50 WOOSTER STREET, APT 6 NEW YORK NY 10013 |
| HECHINGER, JOHN W | MINTZ LEVIN ATTN: JACQUELYN A. CANNATA ONE FINANCIAL CENTER BOSTON MA 02111 |
| HECHINGER, JOHN W | 970 WEST BROADWAY PMB 300 P.O. BOX 30,000 JACKSON WY 83002 |
| HECHINGER, JUNE | MINTZ LEVIN ATTN: JACQUELYN A. CANNATA ONE FINANCIAL CENTER BOSTON MA 02111 |
| HECHINGER, JUNE | 2838 CHAIN BRIDGE ROAD WASHINGTON DC 20016 |
| HECHINGER, S. ROSS | 5001 UPTON ST, NW WASHINGTON DC 20016 |
| HKSCC NOMINEES LIMITED | ROOM 2505-06, 25/F VICWOOD PLAZA 199 DES VOEUX ROAD CENTRAL HONG KONG |
| HOROWITZ, RUTH E. | 975 PARK AVENUE, APT. 16 C NEW YORK NY 10028 |
| HOWARD, NICHOLAS P. | 114 WEST ROAD NEW CANAAN CT 06840 |
| HVJ INVESTMENTS, LP | HYLTON JONAS 6443 RIVERVIEW LANE DALLAS TX 75248 |
| IRAGORRI, JULIAN | 800 5TH AVE-25C NEW YORK NY 10065-7289 |
| IRAGORRI, JULIAN | 800  5TH  AVE  APT 25C NEW YORK NY 10065-7289 |
| IRELAND, DOUGLAS M. & MARY J. JTWROS | 17 SIERRA AVENUE PIEDMONT CA 94611-3815 |

| Claim Name | Address Information |
|---|---|
| J.P MORGAN SECURITIES LLC, | AS AGENT WITH RESPECT TO CERTAIN BENEFICIAL HOLDERS OF CALL WARRANTS ISSUED BY LEHMAN BROTHERS HOLDINGS INC. ATTN: ROSE M. BURKE 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| J.P MORGAN SECURITIES LLC, | AS AGENT WITH RESPECT TO CERTAIN BENEFICIAL HOLDERS OF CALL WARRANTS ISSUED BY LEHMAN BROTHERS HOLDINGS INC. HOLDINGS INC. ATTN: ROSE M. BURKE 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| J.P MORGAN SECURITIES LLC, | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| J.P MORGAN SECURITIES LLC, | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ & KATHRYN GETTLES-ATWA, ESQ 51 WEST 52ND STREET NEW YORK NY 10019 |
| JACKSON DESCENDANTS 2002 TRUST | C/O ALEXANDER E. JACKSON, TRUSTEE 33 GILLIAM LANE RIVERSIDE CT 06878 |
| JEFFREY SAMBERG TRUST | 10 IVY HILL ROAD CHAPPAQUA NY 10514 |
| JOHN GALT INVESTMENTS, LLC | 4870 BLUEBONNET BOULEVARD SUITE B BATON ROUGE LA 70809 |
| JOHNSON, BRIAN AND JONI | JTWROS 888 TOWER ROAD WINNETKA IL 60093 |
| JT SERKO LP | 7 WHITEGATE DRIVE OLD BROOKVILLE NY 11545 |
| JULIANO, TRACY L. | 137 WESTMINSTER DR. MARS PA 16046 |
| K. CAMP BAILEY | 440 LOUISIANA ST SUITE 2100 HOUSTON TX 77002-4206 |
| KAPLAN, ALICE | 1965 BROADWAY APT 24E NEW YORK NY 10023 |
| KASSON, AMY | 2 STRAWBERRY LANE WARREN NJ 07059 |
| KASSON, MARK S. | C/O SIG MANAGEMENT, LLC 26 JOURNAL SQUARE, SUITE 803 JERSEY CITY NJ 07306 |
| KCB PROPERTIES, LTD. | 440 LOUISIANA ST, SUITE 2100 HOUSTON TX 77002-4206 |
| KEVIN F. FLYNN JUNE, 1992 NON-EXEMPT TRUST | C/O SVEN NYLEN K&L GATES LLP 70 WEST MADISON STREET, SUITE 3100 CHICAGO IL 60602-4207 |
| KHOWAYLO, ALEX | 10 FOREST RIDGE RD UPPER SADDLE RIVER NJ 07458 |
| KOBERNICK, JEFFREY AND LOURDES | 349 RIDGEWOOD AVE GLEN RIDGE NJ 07028 |
| KOEHLER, KARL H.J., III | 1112 PARK AVE #14B NEW YORK NY 10128-1235 |
| KSP PROPERTIES LLC | 840 BLUE MOUNTAIN ROAD SANTA ROSA BEACH FL 32459 |
| LAGRATTA, ROGER J. & CONSTANCE A. | 1 BIRCHWOOD LANE DANBURY CT 06811-4317 |
| LANGER INVESTMENT PARTNERS | 5144 E. PALOMINO ROAD PHOENIX AZ 85018 |
| LAPIDUS, ALVIN M. | ALVIN LAPIDUS 1726 REISTERTOWN RD #212 BALTIMORE MD 21208 |
| LAPIDUS, ALVIN M. | 19333 COLLINS AVE #1601 SUNNY ISLES FL 33160 |
| LEWIS, GEORGE | 3100 MONTICELLO AVENUE, SUITE 150 DALLAS TX 75205 |
| LIEBERBERG, ROBERT | 120 EAST END AVE. APT 4B NEW YORK NY 10028 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CESERY, BARBARA H. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LOCHER, KURT A. | 500 W END AVE APT 5C NEW YORK NY 100244317 |
| LOEBER MOTORS INC. | 4255 W. TOUHY AVE. LINCOLNWOOD IL 60712 |
| LORENZ CAPITAL LTD. | ANDY SCHWITTER 1216 MONTEREY CIRCLE PLANO TX 75075 |
| LOVENEST, LLC | ROBERT ERVIN 450 PRYOR BLVD STURGIS KY 42459 |
| LOWITT, IAN THEO | BARCLAYS WEALTH 200 PARK AVENUE, 4TH FLOOR NEW YORK NY 10166 |
| MARANTZ, ALAN J. | 545 TOMPKINS AVENUE, 3FL. MAMARONECK NY 10543 |
| MARCUS FOUNDATION, INC. | ATTN: DOUG DINAPOLI 1266 WEST PACES FERRY ROAD #615 ATLANTA GA 30327-2306 |
| MARCUS, BERNARD | 1266 WEST PACES FERRY ROAD, #615 ATLANTA GA 30327 |
| MARINO, THOMAS | 91 CENTRAL PARK W APT 14A NEW YORK NY 10023-4660 |
| MAY, MARK | 262 CENTRAL PARK WEST, # 3B NEW YORK NY 10023 |
| MAYERS, ROY AND NANCY | 3552 LOST CREEK BOULEVARD AUSTIN TX 78735-1507 |
| MCCASKEY CHARITABLE REMAINDER TRUST, THE | 14836 THREE OAKS CT SARATOGA CA 95070-5500 |
| MCKEIGE, DOUGLAS AND BARNEVIK, MARIE | 1337 FLAGLER DR MAMARONECK NY 10543-4604 |
| MEYER, H. CONRAD III & | MEYER, SARAH S. JTWROS 1 WOODLAND AVE BRONXVILLE NY 10708-3208 |
| MICIONI, PETER | 98 LEWIS PT. RD FAIR HAVEN NJ 07704 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MIKULICH, RAYMOND C. | 15 CENTRAL PARK WEST, APT 15D NEW YORK NY 10023 |
| MILBURN REVOCABLE TRUST | WILLIAM MILBURN 3801 N. CAPITAL OF TEXAS HIGHWAY SUITE J200 AUSTIN TX 78746 |
| MILLER, JOHN T. | 11330 HARBOR BREEZE DR. MONTGOMERY TX 77356 |
| MMB LLC | TIMOTHY ERVIN 450 PRYOR BLVD STURGIS KY 42459 |
| MOONEY, JOHN | 1 PATRIOTS DRIVE LEXINGTON MA 02420 |
| MOORE, WALTER T. | 715 EAST BROW RD LOOKOUT MOUNTAIN TN 37350 |
| MORTON FAMILY TRUST | MR. LON MORTON 23945 CALABASAS ROAD #203 CALABASAS CA 91302 |
| MOSES, PETER J. | 2 VISTA AVENUE OLD GREENWICH CT 06870 |
| NEWTON, ROGER AND COCO JTWROS | 3672 PROSPECT RD ANN ARBOR MI 48105-9534 |
| NICHOLS, JAMES M. | 407 SAVOIE DR PALM BEACH GARDENS FL 33410 |
| NOTO, LUCIO A. | 215 OTTER ROCK DRIVE GREENWICH CT 06830 |
| OLIVE TREE HOLDINGS, LLC | 45 BROADWAY, 25TH FLOOR NEW YORK NY 10006 |
| PATEL, VARSHA | 1 BETTY ANN DRIVE EDISON NJ 08820 |
| PIPKIN, GREGORY | 11227 SMITHDALE RD HOUSTON TX 77024 |
| PORTAGALLO, MARGUERITE & JAMES | 6 TULLER CT LINCROFT NJ 07738-1626 |
| PWM SECURE TRUST | PATRICIA MILLER 10995 CROOKED CREEK DRIVE DALLAS TX 75229 |
| RAJU VEGESNA FOUNDATION, THE | ATTN: RAJU VEGESNA 5808 TROWBRIDGE WAY SAN JOSE CA 95138-2362 |
| RAMSEY, PETER | 50 FERNWOOD RD SUMMIT NJ 07901-2954 |
| RICH AND HEIDI SKRENTA COMMUNITY PROPERTY | 103 DEER LANE SAN CARLOS CA 94070 |
| ROBERT M NEUMEISTER JR TRUST DTD 12/6/05 | ROBERT M NEUMEISTER JR TRUSTEE 2729 SILVER CLOUD DR PARK CITY UT 84060 |
| ROCKRIVER, LLC | GARY ERVIN 450 PRYOR BLVD STURGIS KY 42459 |
| ROFOUGARAN, AHMADREZA (REZA) | 33 VISTA LUCI NEWPORT COAST CA 92657 |
| ROGER L. WESTON REV TRUST | 360 W ILLINOIS ST APT 11C CHICAGO IL 606545246 |
| ROSE, WALTER E. | C/O ARI H. JAFFE KOHRMAN JACKSON & KRANTZ, PLL ONE CLEVELAND CENTER 20TH FLOOR 1375 E. 9TH STREET CLEVELAND OH 44114 |
| ROTI, STEPHEN L. & AIMEE, JOINT TENANTS | 333 DUCK POND RD MATINECOCK NY 11560 |
| RYDEX NV, INC | 316 CALIFORNIA AVE #448 RENO NV 89509-1650 |
| SALZMAN, BARBARA | SAMUEL RIKEN, ESQ. 150 RIVER ROAD, SUITE J1 MONTVILLE NJ 07045 |
| SALZMAN, BARBARA | C/O SAMUEL N. REIKEN, ESQ. 314 WEST 22NDS STREET, APT. 1 NEW YORK NY 10022 |
| SAMMONS, JOHN | 9202 MARKVILLE DR DALLAS TX 75243 |
| SCHAEFFER, DONALD & JOAN | 11 PAYNE CIRCLE HEWLETT NY 11557 |
| SEARS, BRIAN | 230 WEST 56TH APT 53C NEW YORK NY 10019 |
| SEMPLE, ALAN & LAUREN, AS TENANTS IN | COMMON C/O ROBERT D. ALBERGOTTI HAYNES AND BOONE, LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| SHAMAH, HAROLD H. | C/O CHESTER B SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFY LLP 299 PARK AVENUE NEW YORK NY 10171 |
| SHAMAH, ISAAC | C/O CHESTER B. SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVE NEW YORK NY 10171 |
| SHAW, JEROME M. TTEE | JEROME M. SHAW REV TRUST DTD 10/17/05 3 GROVE ISLE DRIVE PENTHOUSE ONE COCONUT GROVE FL 33133-4118 |
| SHERMAN, RICHARD F. | 202 SCHOONER LANE DUCK KEY FL 33050 |
| SHULIN SUN | #402 PARK HOUSE SHIMAZUYAMA 6-1-8 KITA-SHINAGAWA SHINAGAWA-KU TOKYO 141-0001 JAPAN |
| SIKELE INVESTMENTS HOLDINGS LP | BRIAN ROSENBLOOM 6015 YORKVILLE COURT DALLAS TX 75248 |
| SILBERSTEIN, STEVEN | 46 MURRAY AVE PORT WASHINGTON NY 11050 |
| SIMPSON, JOHN C. | PO BOX 11636 ALEXANDRIA LA 71315 |
| SINGER, ROBERT | VIA VIVALO 17 20122 MILANO ITALY |
| SIX TWENTY TWO INVESTMENTS, INC | 12 SABINE ROAD SYOSSET NY 11791 |

| Claim Name | Address Information |
|---|---|
| SMITH, KEVIN | 7290 S.W. 42ND STREET MIAMI FL 33155 |
| SOBEL, CLIFFORD M. & BARBARA | 225 MILLBURN AVE STE 202A MILLBURN NJ 07041-1712 |
| SOBEL, DR. HOWARD | 960 A- PARK AVENUE NEW YORK NY 10028 |
| SOUTHFIELD INVESTORS, LIMITED PARTNERSHIP | C/O WILLIAM LIPKIND, ESQ. 80 MAIN STREET, SUITE 350 WEST ORANGE NJ 07052 |
| STACKMAN, SCOTT | 385 W 12TH ST APT W4 NEW YORK NY 10014-1888 |
| STEIN III., SIDNEY J. | 33 EAST RIDGE RD LOUDONVILLE NY 12211 |
| STEVEN G. HOLDER LIVING TRUST | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| SULLIVAN, THOMAS | 11509 HIGHLAND FARM ROAD POTOMAC MD 20854 |
| SZCZERBIAK, WALTER TTEE | 26 PEABODY ROAD COLD SPRING HARBOR NY 11724-1714 |
| TALBOT FAMILY LIMITED PARTNERSHIP | 15 CATHEDRAL AVENUE GARDEN CITY NY 11530 |
| TEMPIC FIVE, LLC | 22 CANYON RIM NEWPORT COAST CA 92657 |
| THE JETTER LIVING TRUST | 417 MANZANITA AVENUE CORTE MADERA CA 94925 |
| THE MOLOKAI TRUST | JOEL LEVINE TTEE 505 SOUTH FLAGLER DRIVE, SUITE 900 WEST PALM BEACH FL 33401 |
| TYREE, C D | PO BOX 161 MORAN WY 83013 |
| UBELHART, KAREN A | 800 WEST END AVE APT 7A NEW YORK NY 10025-5467 |
| VEGESNA, RAJU & BALA - TTEES VEGESNA FAMILY TRUST | MR. AND MRS. RAJU VEGESNA 5808 TROWBRIDGE WAY SAN JOSE CA 95138-2362 |
| VIRAGH, KATHERINE, A. & VIRAGH, MARK S. AS TRUSTEE | 50 NORTH SIERRA STREET, UNIT # 1101 RENO NV 89501 |
| VIRAGH, MARK AND ROBERT, AS TRUSTEES | 3605 WOODHAVEN COURT BEDFORD TX 76021 |
| VIRAGH, ROBERT J. AND | KATHERINE A. VIRAGH, AS TRUSTEES 4325 GULF OF MEXICO DRIVE, UNIT 601 LONGBOAT KEY FL 34228 |
| WEISBROD, LESLIE STEPPEL | NIXON PEABODY LLP 437 MADISON AVENUE, 18TH FLOOR ATTN: ADAM B. GILBERT , ESQ. NEW YORK NY 10022 |
| WENDER, HERBERT & PENNEY | 144 VINTAGE ISLE LANE PALM BEACH GARDENS FL 33418-4604 |
| WERTENTEIL, IRA | C/O CHESTER B. SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVE NEW YORK NY 10171 |
| WIENER, PAULETTE | 166 MONTAGUE STREET BROOKLYN NY 11201 |
| WINFREY, GRANTHAM | 869 MELVILLE AVENUE PALO ALTO CA 94301 |
| WITOVER, M. KENNETH | 12 SABINE ROAD SYOSSET NY 11791 |
| WITTEN, RICHARD E. | CHESTER B. SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVE NEW YORK NY 10171 |
| WOHLEBER, ROBERT | 21 STARBOARD COURT MIRAMAR BEACH FL 32550-4904 |
| WOLITZER, STEVEN B | 1185 PARK AVENUE APARTMENT 6A NEW YORK NY 10128-1309 |
| WOLT, ETHAN | 155 WEST 68TH STREET, APT 24B NEW YORK NY 10023 |
| WREN, DONALD D. | 100 EVANS LN #115W LANTANA FL 33462-3301 |
| YETNIKOFF, WALTER | 181 EAST 90TH STREET - APT 24B NEW YORK NY 10128-2395 |
| YOUNG, ROGER & BROPHY, PETER | 11021 WINCOPIN CIRCLE, SUITE 450 COLUMBIA MD 21044 |
| ZALTZMAN, LEON & NINA | 348 CRESCENT DR FRANKLIN LAKES NJ 07417 |
| ZOREK, JEFFREY A. | 689 SHUNPIKE ROAD GREEN VILLAGE NJ 07935 |
| ZWARENSTEIN & HIRMAND TRUST | 54 MOUNT HAMILTON AVE LOS ALTOS CA 94022-2233 |

Total Creditor count  207

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| INTERNATIONAL BANK FOR RECONSTRUCTION | & DEVELOPMENT ATTN: NIRMALIJIT SINGH PAUL 1818 H STREET N.W. MSN MC7-706 WASHINGTON DC 20433 |
| INTERNATIONAL FINANCE CORPORATION | ATTN: VP, FINANCE AND TREASURER 2121 PENNSYLVANIA AVE NW WASHINGTON DC 20433 |
| MIZRAHI TEFAHOT BANK LTD | 7 JABOTINSKY ST RAMAT GAN 52136 ISRAEL |
| MIZRAHI TEFAHOT BANK, LTD | ATTN: IRENE GRUBER, LEGAL DIVISION 7 JABOTINSKY STREET RAMAT GAN 52136 ISRAEL |
| MIZRAHI TEFAHOT BANK, LTD | STEVEN G. TEPPER ARNOLD & PORTER LLP 399 PARK AVE, 34TH FLOOR NEW YORK NY 10022 |

**Total Creditor count  5**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| FIRST CHOICE POWER, LP | C/O LOWENSTEIN SANDLEER PC ATTN: S. JASON TEELE 65 LIVIGSTON AVENUE ROSELAND NJ 07068 |
| FIRST CHOICE POWER, LP | LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10022 |
| GILA RIVER POWER, L.P. | DEWEY & LEBOEUF LLP ATTN: EVAN KOSTER, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| GILA RIVER POWER, L.P. | C/O ENTEGRA POWER GROUP LLC ATTN: JERRY COFFEY 100 S. ASHLEY DRIVE, SUITE 1400 TAMPA FL 33602 |
| GLITNIR BANKI HF | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALAN W. KORNBERG, ABIGAIL CLARK 1285 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| INTERWIND CORP. F/K/A SKYPOWER CORP. | ATTN: SHAYA M. BERGER C/O DICKSTEIN SHAPIRO LLP 1633 BROADWAY NEW YORK NY 10036 |
| PORT OF TACOMA | EUNICE RIM K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PORT OF TACOMA | C/O K&L GATES LLP ATTN: DAVID C NEU, ESQ. 925 FOURTH AVENUE SUITE 2900 SEATTLE WA 98104 |
| UNITED COMPANY | TEITELBAUM & BASKIN, LLP ATTN: JAY TEITELBAUM, ESQ. 1 BARKER AVENUE, 3RD FLOOR WHITE PLAINS NY 10601 |
| UNITED COMPANY | LEACH TRAVELL BRITT PC ATTN: LAWRENCE KATZ 8270 GREENSBORO DRIVE, SUITE 1050 MCLEAN VA 22102 |
| UNITED COMPANY | LEACH TRAVELL BRITT PC ATTN: LAWRENCE A. KATZ 8270 GREENSBORO DRIVE, SUITE 1050 MCLEAN VA 22102 |
| UNITED COMPANY | ATTN: LOIS A. CLARK / BRIAN D. SULLIVAN 1005 GLENWAY AVENUE BRISTOL VA 24201 |
| UNITED COMPANY, THE | TEITELBAUM & BASKIN, LLP ATTN: JAY TEITELBAUM, ESQ. 1 BARKER AVENUE, 3RD FLOOR WHITE PLAINS NY 10601 |
| UNITED COMPANY, THE | LEACH TRAVELL BRITT PC ATTN: LAWRENCE A. KATZ, ESQ. 8270 GREENSBORO DRIVE, SUITE 1050 MCLEAN VA 22102 |
| UNITED COMPANY, THE | THE UNITED COMPANY 1005 GLENWAY AVENUE BRISTOL VA 24201 |
| WESTERNBANK PUERTO RICO | C/O WILLIAM M SILVERMAN & PETER FELDMAN OTTERBOURG STEINDLER HOUSTON & ROSEN 230 PARK AVENUE NEW YORK NY 10169 |

**Total Creditor count  16**

**EXHIBIT G**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor count  2**

**EXHIBIT H**

HBK MASTER FUND L.P.
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
C/O HBK SERVICES LLC ATTN: LEGAL
2101 CEDAR SPRINGS ROAD, SUITE 700
DALLAS, TX  75201

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| F.F. THOMPSON FOUNDATION INC, THE | ATTN:CHIEF FINANCIAL OFFICER C/O FREDERICK FERRIS THOMPSON HOSPITAL 350 PARRISH STREET CANANDAIGUA NY 14424 |
| FREDERICK FERRIS THOMPSON HOSPITAL, THE | ATTN: CHIEF FINANCIAL OFFICER C/O FREDERICK FERRIS THOMPSON HOSPITAL 350 PARRISH STREET CANANDAIGUA NY 14424 |

**Total Creditor count  2**

**EXHIBIT J**

| Claim Name | Address Information |
| --- | --- |
| CASPIAN CAPITAL PARTNERS LP | C/O MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS LP | JOHN KETLY MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVE. HARRISON NY 10528 |
| MARINER OPPORTUNITIES FUND LP | ATTN:JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER OPPORTUNITIES FUND LP | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |
| STEVEN G. HOLDER LIVING TRUST | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| WILLIAMS GAS MARKETING INC. | ATTN: RANDALL O'NEAL, MANAGER LOSS RECOVERY DEPT. ONE WILLIAMS CENTER MD # 50-4 TULSA OK 74102 |

**Total Creditor count  6**

**EXHIBIT K**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | CARLOS ALVAREZ LATHAM & WATKINS 885 THIRD AVENUE, 3RD FLOOR NEW YORK NY 10022 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | ATTN: GERALD GRANT 375 MORRIS ROAD, PO BOX 90 WEST POINT PA 19486-0090 |
| AFCO CARGO PIT LLC | C/O AVIATION FACILITIES COMPANY, INC. PO BOX 16860 WASHINGTON DC 20041-6860 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND | ATTN: RAPHAEL SHANNON, ESQ. MCCARTHY JOHNSON & MILLER LC 595 MARKET STREET, SUITE 2200 SAN FRANCISCO CA 94105 |
| CERBERUS INTERNATIONAL, LTD. | C/O LOWENSTEIN SANDLER PC ATTN: ROBERT G. MINION, ESQ & RICHARD BERNSTEIN, ESQ. 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10020 |
| CERBERUS INTERNATIONAL, LTD. | C/O LOWENSTEIN SANDLER PC 1251 AVENUE OF THE AMERICAS, 18TH FLOOR ATTN: ROBERT G. MINION, ESQ. RICHARD BERNSTEIN, ESQ. NEW YORK NY 10020 |
| FPL ENERGY POWER MARKETING, LLC F/K/A | FPL ENERGY POWER MARKETING, INC ATTN: CONTRACTS/LEGAL FPL POWER MARKETING, INC. C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FPL ENERGY POWER MARKETING, LLC F/K/A | FPL ENERGY POWER MARKETING, INC. C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD MA 01115 |

Total Creditor count  10

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | MARK BROUDE LATHAM & WATKINS LLP 885 THIRD AVE 3RD FLOOR NEW YORK NY 10022 |
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | STATE STREET BANK ATTN: JONATHAN LONG 200 CLARENDON STREET, 6TH FLOOR BOSTON MA 02116 |
| C.M. LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| C.M. LIFE INSURANCE COMPANY | C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD MA 01115 |
| CHINA DEVELOPMENT BANK CORPORATION | NO.29, FUCHENGMENWAI STREET XICHENG DISTRICT ATTN: MS. ZHAO JIAXING, LAW AFFAIRS DEPT. BEIJING CHINA |
| CHINA DEVELOPMENT BANK CORPORATION | ATTN: MS. LIU XIAOXI, OPERATION OFFICER NO.29 FUCHENGMENWAI STREET, XICHENG DISTRICT BEIJING CHINA |
| CHINA DEVELOPMENT BANK CORPORATION | ALLEN OVERY LLP ATTN: JONATHAN CHO AND LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| INGRAM PENSION PLAN/NY LIFE CO. | TTEE INGRAM INDUSTRIES RETIREMENT PLAN TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC, C/O INGRAM INDUSTRIES INC. 4400 HARDING ROAD ATTN: JEFF BELSER NASHVILLE TN 37205 |
| JENNERS POND | C/O SIMPSON SENIOR SERVICES ATTN: JAMES J. KONIZEWSKI, CHIEF FINANCIAL OFFICER 150 MONUMENT ROAD SUITE 105 BALA CYNWYD PA 19004-1725 |
| JENNERS POND | ATTN: CHIEF FINANCIAL OFFICER C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNWYD PA 19004-1725 |
| JENNERS POND | JAMES J. KONISZEWSKI, CFO C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNWYD PA 19004-1725 |
| MAGNETAR CONSTELLATION MASTER FUND LTD | STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE ATTN: CLAUDE SZYFER NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND LTD | MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND, LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| PRIMUS CLO I LTD | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-2002 CAYMAN ISLANDS |
| PRIMUS CLO I LTD | PRIMUS ASSET MGMT. 360 MADISON AVE., 23RD FL NEW YORK NY 10017 |
| SMURFIT KAPPA ACQUISITIONS | F/K/A JSG ACQUISITIONS F/K/A MDCP ACQUISITIONS I ATTN: BRENDAN GLYNN BEECH HILL CLONSKEAGH DUBLIN 4 IRELAND |
| SMURFIT KAPPA ACQUISITIONS | KIRKLAND & ELLIS LLP ATTN: SCOTT J. GORDON, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | CAPITA TRUST COMPANY LIMITED ATTN: EMMA HAMLEY 7TH FLOOR, PHOENIX HOUSE 18 KING WILLIAM STREET LONDON EC4N 7HE UNITED KINGDOM |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | C/O CAPITA TRUST COMPANY LIMITED ATTN: EMMA HAMLEY 7TH FLOOR, PHOENIX HOUSE 18 KING WILLIAM STREET LONDON EC4N 7HE UNITED KINGDOM |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOXONDON ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOX ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| TUDOR BVI GLOBAL PORTFOLIO L.P., THE | TUDOR INVESTMENT CORPORATION, PROCESS AGENT ATTN: STEPHEN N. WALDMAN 1275 KING ST. GREENWICH CT 06831 |
| TUDOR BVI GLOBAL PORTFOLIO L.P., THE | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TURKIYE SINAI KALKINMA BANKASI AS | ATTN: KORHAN AKLAR MECLISI MEBUSAN CAD. 81 FINDIKLI 34427 ISTANBUL TURKEY |
| TURKIYE SINAI KALKINMA BANKASI AS | CLIFFORD CHANCE 31 W 52ND STREET NEW YORK NY 10019 |
| ZWINGER OPCO 6BV | C/O WHITEHALL MANAGEMENT SERVICES BV ATTN: GERARD MEIJSSEN, MANAGING DIRECTOR D-TOWER 11TH FLOOR STRAWINSKYLAAN 1161 AMSTERDAM 1077 XX NETHERLANDS |
| ZWINGER OPCO 6BV | CLEARLY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |

Total Creditor count  28

**EXHIBIT M**

| Claim Name | Address Information |
| --- | --- |
| AECO GAS STORAGE PARTNERSHIP | JASON DUBCHAK, GENERAL COUNSEL NISKA GAS STORAGE 400, 607-8TH AVENUE S.W. CALGARY AB T2P 0A7 CANADA |
| AECO GAS STORAGE PARTNERSHIP | STEVEN ABRAMOWITZ JAMES DAY VINSON & ELKINS, LLP 666 FIFTH AVENUE, 25TH FLOOR NEW YORK NY 10103 |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 18 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 18 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| DEUTSCHE BANK AG | ATTN: IRA WURCEL, ESQ. 60 WALL STREET, 28TH FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG | ATTN: IRA WURCEL, ESQ. 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN:  JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG | JOSHUA DORCHAK, ESQ. BINGHAM MCCUTCHEN LLP 2020 K STREET, NW NEW YORK NY 10022 |
| DEUTSCHE BANK AG | JOSHUA DORCHAK BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG | IRA WURCEL, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| FINMECCANICA S.P.A. | PIAZZA MONTE GRAPPA 4 ROME 00195 ITALY |
| JUDSON | ATTN:  HONG CHAE 2181 AMBLESIDE DRIVE CLEVELAND OH 44106 |

**Total Creditor count  18**

**EXHIBIT N**

| Claim Name | Address Information |
| --- | --- |
| MIDFIRST BANK | ATTN: LEGAL DEPARTMENT 501 N.W. GRAND BLVD. OKLAHOMA CITY OK 73118 |

**Total Creditor count  1**

**EXHIBIT O**

BANCA ITALEASE S.P.A
C/O LOVELLS STUDIO LEGALE
ATTN: FEDERICO DEL MONTE
VIA SANTA MARIA ALLA PORTA 2
MILAN 20123

ANDREW B. ECKSTEIN
BANCA ITALEASE S.P.A
C/O BLANK ROME LLP
405 LEXINGTON AVENUE
NEW YORK, NY   10174