WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------------x
                                                    :

**In re**                               :       **Chapter 11 Case No.**
                                                    :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :      **08-13555 (JMP)**
                                                    :

                           **Debtors.**         :       **(Jointly Administered)**
                                                      :
--------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF ONE HUNDRED FORTY-FIRST OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

       **PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Forty-First

Omnibus Objection to Claims (No Liability Claims) that was scheduled for April 26, 2012, at

10:00 a.m. (Prevailing Eastern Time), **has been adjourned, (i) solely as to the claims listed on**

**Exhibit A, to May 31, 2012 at 10:00 a.m. (Prevailing Eastern Time), and (ii) solely as to the**

**claims listed on Exhibit B, to August 23, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the

"Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the

Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House,

One Bowling Green, New York, New York, Room 601, and such Hearing may be further

adjourned from time to time without

further notice other than an announcement at the Hearing.


Dated:  April 25, 2012
        New York, New York

                                    /s/ Robert J. Lemons
                                    Robert J. Lemons

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:  (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

**Exhibit A**

**Claims Adjourned To May 31, 2012 at 10:00 a.m.:**

| Claimant Name | Claim Number | Response Docket No. |
|---|---|---|
| ZPR INTERNATIONAL INC. | 6530 | 24631 |
| ISRAEL DISCOUNT BANK OF NEW YORK | 27730 | N/A |

**Exhibit B**

**Claims Adjourned to August 23, 2012 at 10:00 a.m.**

| Claimant Name | Claim Number | Response Docket No. |
|---|---|---|
| BROWN RUDNICK, LLP | 13011 | N/A |
| CLIFFORD CHANCE LLP | 4228 | N/A |
| COUDERT BROTHERS LLP | 34262 | 24179 |
| NEAL, GERBER & EISENBERG LLP | 14195 | 27367 |