WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                        :
**In re**                                               :   **Chapter 11**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,            :   **Case No. 08-13555 (JMP)**
                                                        :
                       **Debtors.**                     :   **(Jointly Administered)**
                                                        :
------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR CLAIMS HEARING ON APRIL 26, 2012 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
                       Alexander Hamilton U.S. Custom House, before the Honorable, James
                       M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling
                       Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

    1.    Debtors' One Hundred Tenth Omnibus Objection to Claims (Pension Claims)
          **[Docket No. 15010]**

          Response Deadline:    April 13, 2011 at 4:00 p.m.

          Resolved Responses:

                  A.    Doris Phillips (Claim No. 31702) **[ECF No. 16069]**

          Related Documents:   None.

          Status:  This matter is proceeding on an uncontested basis solely with respect to
          the Resolved Response.

2.      Debtors' One Hundred Eighty-Sixth Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 19816]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 1.

Status:  This matter is going forward on an uncontested basis with respect to all claims identified on Exhibit 2.  The hearing on the objection to the claims identified on Exhibit 1 has been adjourned to June 28, 2012 at 10:00 a.m..

3.      Debtors' Two Hundred Eighteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20107]**

Response Deadline:    November 11, 2011 at 4:00 pm.

Resolved Response:

A.      Stephen C. Restelli **[ECF No. 21541]**

Status:  This matter is proceeding on a uncontested basis.

4.      Two Hundred Sixty-Ninth Omnibus Objection to Claims (No Liability Claims) **[Docket No. 26236]**

Response Deadline:    April 12, 2012 at 4:00 p.m.

Related Documents:    None.

Status:  This matter is proceeding on an uncontested basis with respect to all claims on the objection other than the claims on Exhibit 3, which have been adjourned *sine die*.

II.     **CONTESTED CLAIM MATTERS SCHEDULED FOR 10:00 A.M.:**

5.      Motion to Reconsider FRCP 60 or FRBP 3008 filed by William Kuntz III **[ECF No. 22236]**

Response Deadline:    April 19, 2012 at 4:00 p.m.

Response Received:

A.      Objection of Lehman Brothers Holdings Inc. **[ECF No. 27400]**

Related Document:

    B.   Affidavit of William Kuntz III in Support of the Motion **[ECF No. 27529]**

Status:  This matter is proceeding on a contested basis.

6.    Debtors' Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20102]**

Response Deadline:  November 11, 2011 at 4:00 pm.

Adjourned Responses:

    A.   Response of Mrs. S.A.B. Van Rooy **[ECF No. 22959]**

    B.   Response of Banco Pastor, S.A. **[ECF No. 22636]**

Related Document:

    C.   Reply of Lehman Brothers Holdings Inc. **[ECF No. 27540]**

Status:  This matter is proceeding on a contested basis solely as to the responses identified on Exhibit 4.  As to the Adjourned Responses, they have been adjourned to May 31, 2012 at 10:00 a.m.

7.    Debtors' Two Hundred Fourteenth Omnibus Objection to Disallow And Expunge Certain Filed Proofs of Claim **[ECF No. 20103]**

Response Deadline:  November 11, 2011 at 4:00 pm.

Unresolved Responses:  See Exhibit 5.

Related Document:

    A.   Reply of Lehman Brothers Holdings Inc. **[ECF No. 27541]**

Status:  This matter is proceeding on a contested basis solely as to the responses identified on Exhibit 5.  As to the Adjourned Responses, they have been adjourned to May 31, 2012 at 10:00 a.m.

8.    Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20104]**

Response Deadline:  November 11, 2011 at 4:00 pm.

Unresolved Responses:  See Exhibit 6.

Related Document:

    A.    Reply of Lehman Brothers Holdings Inc. **[ECF No. 27542]**

Status:  This matter is proceeding on a contested basis as to all responses identified on Exhibit 6.

9.    Debtors' Two Hundred Sixteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20105]**

Response Deadline:    November 11, 2011 at 4:00 pm.

Unresolved Responses:  See Exhibit 7.

Related Document:

    A.    Reply of Lehman Brothers Holdings Inc. **[ECF No. 27543]**

Status:  This matter is proceeding on a contested basis solely as to the responses identified on Exhibit 7.

## III.   CONTESTED CLAIM MATTERS SCHEDULED FOR 11:00 A.M.:

10.    Motion of JPMorgan Chase Bank, N.A. to Strike Portions of the Objection to Proofs of Claim No. 66462 Against Lehman Brothers Holdings Inc. and No. 4939 Against Lehman Brothers Inc. Regarding Triparty Repo-Related Losses **[ECF No. 25782]**

Response Deadline:    March 26, 2012.

Response Received:

    A.    Memorandum of Law of Official Committee of Unsecured Creditors in Opposition to JPMorgan's Motion **[ECF No. 27166]**

Related Documents:

    B.    Declaration of Emil A. Kleinhaus in Support of JPMorgan's Motion **[ECF No. 25783]**

    C.    Reply in Further Support of JPMorgan's Motion **[ECF No. 27331]**

    D.    Supplemental Declaration of Emil A. Kleinhaus in Support of JPMorgan's Motion **[ECF No. 27332]**

Status:  This matter is proceeding on a contested basis.

IV.    **ADJOURNED MATTERS:**

11.    Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 9983]**

Response Deadline:    August 3, 2010 at 4:00 p.m.

Adjourned Response:

      A.    Response of Investcorp Interlachen Multi-Strategy Master Fund Limited **[ECF No. 10616]**

Related Documents:

      B.    Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11161]**

      C.    Supplemental Order Granting Debtors' Twenty-Eight Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12416]**

      D.    Second Supplemental Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12678]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

12.    Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11260]**

Response Deadline:    October 13, 2010 at 4:00 p.m.

Unresolved Responses:

      A.    Response of IKB International SA **[ECF No. 11929]**

      B.    Response of Lincore Limited **[ECF No. 11922]**

      C.    Response of The Morningside Ministries **[ECF No. 11894]**

Related Documents:

      D.    Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12425]**

      E.    Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 14022]**

F.      Second Supplemental Order Granting Debtors' Thirty-Fifth
Omnibus Objection to Claims (Valued Derivative Claims) Solely
as to Certain Claims **[ECF No. 15487]**

G.      Third Supplemental Order Granting Debtors' Thirty-Fifth
Omnibus Objection to Claims (Valued Derivative Claims) Solely
as to Certain Claims **[ECF No. 17356]**

H.      Fourth Supplemental Order Granting Debtors' Thirty-Fifth
Omnibus Objection to Claims (Valued Derivative Claims) Solely
as to Certain Claims **[ECF No. 18175]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

13.    Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims)
**[ECF No. 11978]**

Response Deadline:    November 15, 2010 at 4:00 p.m.

Adjourned Responses:

A.      Response of BG Energy Merchants LLC **[ECF No. 12765]**

B.      Response of SPCP Group LLC, As Agent for Silver Point Capital
Fund, LP and Silver Point Capital Offshore Fund, Ltd, **[ECF No.
12714]**

C.      Response of Telecom Italia Finance SA **[ECF No. 12951]**

D.      Response of Tenor Opportunity Master Fund, Ltd. **[ECF No.
12698]**

Related Documents:

E.      Order Granting Debtors' Sixty-Third Omnibus Objection to
Claims (Valued Derivative Claims) **[ECF No. 13164]**

F.      Supplemental Order Granting Debtors' Sixty-Third Omnibus
Objection to Claims (Valued Derivative Claims) **[ECF No. 13620]**

G.      Supplemental Order Granting Debtors' Sixty-Third Omnibus
Objection to Claims (Valued Derivative Claims) **[ECF No. 13620]**

H.      Second Supplemental Order Granting Debtors' Sixty-Third
Omnibus Objection to Claims (Valued Derivative Claims) **[ECF
No. 14023]**

        I.     Third Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14791]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

14.    Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12533]**

Response Deadline:    December 6, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit 8.

Related Documents:

        A.     Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13616]**

        B.     Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No.14019]**

        C.     Second Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14785]**

        D.     Third Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17365]**

        E.     Fourth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18421]**

        F.     Fifth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18709]**

        G.     Sixth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19519]**

        H.     Seventh Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20603]**

        I.     Eighth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 25650]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

15.     Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13230]**

Response Deadline:    January 5, 2011 at 4:00 p.m.

Adjourned Responses:

      A.      Response of ICCREA Banca S.P.A**. [ECF No. 13792]**

      B.      Response of Norddeutsche Landesbank Girozentrale **[ECF No. 13794]**

Related Documents:

      C.      Order Granting Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 15601]**

      D.      Supplemental Order Granting Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13230]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

16.     Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13955]**

Response Deadline:    February 14, 2011 at 4:00 p.m.

Adjourned Responses:

      A.      Response of Chinatrust Commercial Bank. **[ECF No. 14470]**

      B.      Response of Eton Park Fund, L.P. **[ECF No. 14587]**

      C.      Response of Eton Park Master Fund, Ltd. **[ECF No. 14589]**

      D.      Response of Magnetar Capital Master Fund Ltd **[ECF No. 14319]**

      E.      Response of Magnetar Constellation Master Fund II LTD **[ECF No. 14321]**

      F.      Response of Magnetar Constellation Master Fund III LTD **[ECF No. 14323]**

      G.      Response of SPCP Group L.L.C. Transferor: Inter-American Development Bank ("IADB") **[ECF No. 14435]**

Related Documents:

> H.    Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14772]**
>
> I.    Supplemental Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16350]**
>
> J.    Second Supplemental Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 22956]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

17.    Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 14472]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 9.

Related Documents:

> A.    Order Granting Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 15491]**
>
> B.    Supplemental Order Granting Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 25651]**
>
> C.    Supplemental Order Granting Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 27111]**

Status:  This matter has been adjourned to May 31, 2012 as to the claims on Exhibit 9 attached hereto.

18.    Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14490]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Responses:

> A.    Response of Brevan Howard Master Fund **[ECF No. 15079]**
>
> B.    Response of LINC-Redondo Beach Seniors, Inc. **[ECF No. 15085]**
>
> C.    Response of Parkcentral Global Hub Limited **[ECF No. 17215]**

D.    Response of SPCP Group LLC: Transferor: Tiffany & Co. **[ECF No. 14983]**

Related Documents:

E.    Order Granting Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 15501]**

F.    Supplemental Order Granting Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17348]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

19.    Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) **[ECF No. 14491]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Unresolved Response:

A.    Response of Eva Schwabmueller

Related Documents:

B.    Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) **[ECF No. 15524]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

20.    Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Response:

A.    Response of Deutsche Bank National Trust Company **[ECF No. 17879]**

Related Documents:

B.    Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 14502]**

C.    Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 **[ECF No. 25371]**

       D.       Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims **[ECF No. 26901]**

Status:  The hearing on the objection to the claims identified on Exhibit 10 has been adjourned to May 31, 2012 at 10:00 a.m.

21.     Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 15003]**

Response Deadline:  April 13, 2011 at 4:00 p.m.

Adjourned Responses:

       A.       Response of Bayerische Landesbank **[ECF No. 15922]**

       B.       Response of SPCP Group, LLC: Transferor Central European Media Enterprises, Ltd. **[ECF No. 15921]**

Related Documents:

       C.       Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16339]**

       D.       Amended Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16981]**

       E.       Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17357]**

       F.       Second Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18425]**

       G.       Third Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18705]**

       H.       Fourth Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21373]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

22. Debtors' One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) **[ECF No. 15012]**

Response Deadline:   April 13, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 11.

Related Documents:   None.

Status:  The hearing on the objection to the claims identified on Exhibit 11 has been adjourned *sine die*.

23. Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 15014]**

Response Deadline:   April 26, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 12.

Related Documents:

> A. Order Granting Debtors One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 16342]**
>
> B. Supplemental Order Granting Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 17358]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m. as to the claims on Exhibit 12 attached hereto.

24. Debtors' One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) **[ECF No. 15363]**

Response Deadline:   May 18, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 13.

Related Documents:   None.

Status:  The hearing on the objection to the claims identified on Exhibit 13 has been adjourned *sine die*.

25.    Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking
       Number LPS Claims) **[ECF No. 16074]**

       Response Deadline:    May 18, 2011 at 4:00 p.m.

       Adjourned Response:

              A.    Response of Christine Geldard

       Related Documents:

              B.    Order Granting Debtors' One Hundred Twentieth Omnibus
                    Objection to Claims (No Blocking Number LPS Claims) **[ECF No.
                    17367]**

       Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

26.    Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient
       Documentation) **[ECF No. 16079]**

       Response Deadline:    May 18, 2011 at 4:00 p.m.

       Adjourned Response:

              A.    Response of Wilmington Trust Company **[ECF No. 17886]**

       Related Document:

              B.    Declaration of Keri Reed in support of Debtors' Motion **[ECF No.
                    16080]**

       Status:  The hearing on the objection to the claims identified above has been
       adjourned to May 31, 2012 at 10:00 a.m.

27.    Debtors' One Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability
       Derivatives Claims) **[ECF No. 16114]**

       Response Deadline:    May 18, 2011 at 4:00 p.m.

       Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

28.    Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued
       Derivative Claims) **[ECF No. 16117]**

       Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Responses:

      A.     Response of Alphadyne International Master Fund, Ltd.**[ ECF No. 16930]**

      B.     Response of BGI Fixed Income Global Alpha Fund Ltd. **[ECF No. 16888]**

      C.     Response of Bracebridge Capital, LLC Entities **[ECF No. 16925]**

      D.     Response of KSC Affordable Housing Investment Fund LLC **[ECF No. 16948]**

      E.     Response of Piney Branch Park Inc. **[ECF No. 17942]**

Related Documents:

      F.     Order Granting Debtors' One Hundred Thirty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 17363]**

      G.     Supplemental Order Granting Debtors' One Hundred Thirty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 23680]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

29.    Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 16867]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibits 14 and 15.

Related Documents:    None.

Status:  The hearing on the objection to the claims identified on Exhibit 14 has been adjourned *sine die*.  The hearing on the objection to claims identified on Exhibit 15 has been adjourned to May 31, 2012 at 10 a.m.

30.    Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16860]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Related Documents:

      A.     Order Granting Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18181**]

      B.      Supplemental Order Granting Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 21349**]

      C.      Second Supplemental Order Granting Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 25725**]

      D.      Third Supplemental Order Granting Debtors' One Hundred Thirty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 27096**]

<u>Status</u>:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

31.    Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

<u>Response Deadline</u>:    June 15, 2011 at 4:00 p.m.

<u>Status</u>:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

32.    Debtors' One Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 17469]**

<u>Response Deadline</u>:    July 7, 2011 at 4:00 p.m.

<u>Status</u>:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

33.    Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 18407]**

<u>Response Deadline</u>: August 10, 2011 at 4:00 p.m.

<u>Related Documents</u>:

      A.      Order Granting Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 19510]**

<u>Status</u>:  The hearing on the Objection as to the claim of Corner Banca SA (Claim No. 45218) has been adjourned to May 31, 2012 at 10:00 a.m.

34.    Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 18444]**

<u>Response Deadline</u>:    August 10, 2011 at 4:00 p.m.

<u>Status</u>:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

35.    Debtors' One Hundred Sixty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 18409]**

Response Deadline:    August 10, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

36.    Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims **[ECF No. 18405]**

Response Deadline:    August 10, 2011 at 4:00 p.m.

Adjourned Responses:

A.    Response of Cascade Investment, L.L.C. **[ECF No. 19111]**

B.    Response of Goldman Sachs & Co. Profit Sharing Master Trust. **[ECF No. 19064]**

C.    Response of Zephyr 2004-4 LLC f/k/a  Lehman Brothers CDO Opportunity Partners 2004-4 LLC   **[ECF No. 19101]**

D.    Response of Oz Asia Master Fund, Ltd. **[ECF No. 19061]**

E.    Response of Oz Europe Master Fund, Ltd. **[ECF No. 19063]**

F.    Response of Oz Master Fund, Ltd. **[ECF No. 19060]**

G.    Response of Zephyr Recovery 2004-1 LP **[ECF No. 19103]**

H.    Response of Zephyr Recovery 2004-2 LP **[ECF No. 19104]**

I.    Response of Zephyr Recovery 2004-3 LP **[ECF No. 19105]**

J.    Response of Zephyr Recovery II-A LP **[ECF No. 19107]**

K.    Response of Zephyr Recovery II-B LP **[ECF No. 19108]**

L.    Response of Zephyr Recovery II-C **[ECF No. 19109]**

Related Documents:

M.    Order Granting Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19518]**

N.    Supplemental Order Granting Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21374]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

37.    Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 19399**]

Response Deadline:    September 20, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 16.

Related Documents:    None.

Status:  The hearing on the objection to the claims identified on Exhibit 16 has been adjourned *sine die*.

38.    Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) [**ECF No. 19393**]

Response Deadline:    September 20, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 17.

Related Documents:    None.

Status:  The hearing on the objection to the claims identified on Exhibit 17 has been adjourned *sine die*.

39.    Debtors' One Hundred Seventy-Eighth Omnibus Objection to Claims (Misclassified Claims) [**ECF No. 19377**]

Response Deadline:    September 20, 2011 at 4:00 p.m.

Adjourned Response:

        A.    Douglas, Dorothea (Claim No. 15265) [**ECF No. 20479**]

Related Documents:    None.

Status:  The hearing on the objection to the Adjourned Response has been adjourned *sine die*.

40.    Debtors' One Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) [**ECF No. 19378**]

Response Deadline:    September 20, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

41.     Debtors' One Hundred Eighty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19398]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Adjourned Responses:

        A.    Response of Catholic Healthcare West **[ECF No. 22635]**

        B.    Response of New York City Municipal Water Finance Authority **[ECF No. 20138]**

        C.    Response of Steven G. Holder Living Trust **[ECF No. 24233]**

        D.    Response of Windermere Private Placement I S.A. **[ECF No. 20137]**

Related Documents:

        E.    Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 20630]**

        F.    Supplemental Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 21350]**

        G.    Second Supplemental Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 23042]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

42.     Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims) **[ECF No. 19714]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 18.

Related Documents:    None.

Status:  The hearing on the objection to the claims identified on Exhibit 18 has been adjourned *sine die*.

43.     Debtors' One Hundred Eighty-Eighth Omnibus Objection to Claims (Duplicative LPS Claims) **[ECF No. 19871]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Adjourned Response:

    A.    Response of Horizon II International Limited **[ECF No. 22005]**

Related Documents:

    B.    Order Granting Debtors' One Hundred Eighty-Eighth Omnibus Objection to Claims (Duplicative LPS Claims) [**ECF No. 21348**]

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

44.    Debtors' One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19888]**

Response Deadline:    October 12, 2011 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Bank of NY Mellon Trust Co., NA, as Trustee for the Michigan Tobacco Settlement Asset-Backed Bonds Series 2007 **[ECF No. 20997]**

    B.    Response of Buckeye Tobacco Settlement Financing Authority **[ECF No. 20729]**

    C.    Response of Washington State Tobacco Settlement Authority **[ECF No. 20995]**

Related Documents:

    D.    Order Granting Debtors' One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21397]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

45.    Debtors' Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20102]**

Response Deadline:    November 11, 2011 at 4:00 pm.

Adjourned Responses:

    A.    Response of Mrs. S.A.B. Van Rooy **[ECF No. 22959]**

    B.    Response of Banco Pastor, S.A. **[ECF No. 22636]**

Related Document:

       C.     Reply of Lehman Brothers Holdings Inc. **[ECF No. 27540]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

46.     Debtors' Two Hundred Sixteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20105]**

Response Deadline:    November 11, 2011 at 4:00 pm.

Adjourned Response:

       A.     Response of Lloyds TSB Bank plc (Geneva Branch) **[ECF No. 22015]**

Related Document:

       B.     Reply of Lehman Brothers Holdings Inc. **[ECF No. 27543]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

47.     Debtors' Two Hundred Seventeenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20106]**

Response Deadline:    November 11, 2011 at 4:00 pm.

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

48.     Debtors' Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 20886]**

Response Deadline:    November 17, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

49.     Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21727]**

Response Deadline:    December 8, 2011 at 4:00 p.m.

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

50.     Debtors' Two Hundred Thirty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 23168]**

Response Deadline:    January 11, 2012 at 4:00 p.m.

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

51.    Debtors' Two Hundred Forty-Fourth Omnibus Objection to Claims (No Liability
Derivatives Claims) **[ECF No. 23250]**

Response Deadline:    January 12, 2012 at 4:00 p.m.

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

52.    Debtors' Two Hundred Forty-Sixth Omnibus Objection to Claims (Valued
Derivative Claims) **[ECF No. 23253]**

Response Deadline:    January 11, 2012 at 4:00 p.m.

Adjourned Response:

A.    Response of Massachusetts State College Building Authority
**[ECF No. 24193]**

Related Document:

B.    Order Granting Debtors' Two Hundred Forty-Sixth Omnibus
Objection to Claims (Valued Derivative Claims) **[ECF No. 24671]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

53.    Debtors' Two Hundred Fifty-Third Omnibus Objection to Claims (Valued
Derivative Claims) **[ECF No. 24117]**

Response Deadline:  February 6, 2012 at 4:00 p.m.

Adjourned Responses:

A.    Response of Banca Italease S.P.A. **[ECF No. 24977]**

B.    Response of RTE-CNES **[ECF No. 24472]**

Related Documents:

C.    Order Granting Debtors' Two Hundred Fifty-Third Omnibus
Objection to Claims (Valued Derivative Claims) **[ECF No. 25657]**

D.    Supplemental Order Granting Debtors' Two Hundred Fifty-Third
Omnibus Objection to Claims (Valued Derivative Claims) **[ECF
No. 27108]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

54.    Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims (Employment-Related Claims) **[ECF No. 25059]**

Response Deadline:    March 6, 2012 at 4:00 p.m.

Adjourned Responses:  See Exhibit 19.

Related Documents:    None.

Status:  The hearing on the objection to the claims identified on Exhibit 19 has been adjourned *sine die*.

55.    Debtors' Two Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 24117]**

Response Deadline:    March 7, 2012 at 4:00 p.m.

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

56.    Debtors' Two Hundred Fifty-Sixth Omnibus Objection to Claims (Purchased Contract Claims) **[ECF No. 24933]**

Response Deadline:    March 7, 2012 at 4:00 p.m.

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

57.    Debtors' Two Hundred Sixty-First Omnibus Objection to Claims (No Guarantee Claims) **[ECF No. 24995]**

Response Deadline:    March 7, 2012 at 4:00 p.m.

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

58.    Debtors' Two Hundred Sixty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 25000]**

Response Deadline:    March 7, 2012 at 4:00 p.m.

Adjourned Response:

    A.    Response of National Bank of Canada **[ECF No. 26074]**

Related Document:

    B.    Order Granting Debtors' Two Hundred Sixty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 27118]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

59.     Debtors' Two Hundred Sixty-Eighth Omnibus Objection to Claims (Duplicative Claims) **[ECF No. 26189]**

Response Deadline:    April 10, 2012 at 4:00 p.m.

Related Documents:    None.

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

60.     Debtors' Two Hundred Seventieth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 26324]**

Response Deadline:    April 12, 2012 at 4:00 p.m.

Adjourned Response:

A.    Response of Cooperatieve Centrale Raiffeisen-Boerenleen Bank BA (T/A "Rabobank Internacional") **[ECF No. 27339]**

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

61.     Debtors' Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 23247]**

Response Deadline:    April 12, 2012 at 4:00 p.m.

Adjourned Responses:  See Exhibits 20 and 21.

Status:  The hearing on the objection to the claims identified on Exhibit 20 have been adjourned to May 31, 2012 at 10:00 a.m.  The hearing on the objection to the claims identified on Exhibit 21 have been adjourned to August 23, 2012 at 10:00 a.m.

62.     Lehman Brothers Holdings Inc.'s and Creditors Committee's Objection to Claim No. 67911 (the "Objection") **[ECF No. 27050]**

Response Deadline:    March 7, 2012 at 4:00 p.m.

Related Documents:    None.

Status:  This matter has been adjourned to May 31, 2012 at 10:00 a.m.

63.     Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

Response Deadline:    October 17, 2011 at 4:00 p.m.

Adjourned Response:

    A.    Response of Syncora Guarantee, Inc. **[ECF No. 20915]**

Related Documents:   None.

Status:  The hearing on the objection to the claim identified above has been adjourned to May 31, 2012 at 10:00 a.m.

64.    Debtors Objection to Proof of Claim Number 29702 **[ECF No. 20100]**

Response Deadline:   October 13, 2011 at 4:00 p.m.

Adjourned Response:

    A.    Opposition to Cynthia Swabsin to Debtor's Objection to Proofs of Claim **[ECF No. 20802]**

Related Documents:   None.

Status:  The hearing on the objection to Claim Number 29702 is adjourned to May 31, 2012.

Dated: April 25, 2012
New York, New York

        /s/ Robert J. Lemons
        Robert J. Lemons
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone:  (212) 310-8000
        Facsimile:  (212) 310-8007

        Attorneys for Lehman Brothers Holdings Inc.
        and Certain of Its Affiliates

Exhibit 1
(**One Hundred Eighty-Sixth** Omnibus Objection to Claims
(Misclassified Claims) **[ECF No. 19816]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | 26485 |
| GMAC MORTGAGE, LLC | 25913 |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | 26483 |
| SHELL TRADING INTERNATIONAL LTD | 26243 |
| AIG MARKETS INC. FKA AIG CDS, INC | 34194 |
| AIG MARKETS, INC. FKA AIG CDS INC | 34198 |

Exhibit 2
(**<u>One Hundred Eighty-Sixth</u>** Omnibus Objection to Claims
(Misclassified Claims) **[ECF No. 19816]** - Resolved Responses)

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 18541 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE OF WAL-MART LEASE BACKED | 18474 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18475 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18476 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18477 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18478 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18479 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18480 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 18481 |
| DEUTSCHE BANK TRUST COMPANY, TRUSTEE, GRANTOR TRUSTEE, CORRIDOR TRUST | 18482 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANTOR TRUSTEE, | 18484 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, GRANTOR TRUSTEE AND | 18491 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18492 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18493 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18494 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18495 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18496 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18497 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18498 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18499 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18500 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18501 |

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18502 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18503 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18506 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18507 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18510 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18512 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 18523 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 18524 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 18533 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 18534 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 18540 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE WITH RESPECT TO THE FIRST | 18540 |

Exhibit 3
(**Two Hundred Sixty-Ninth** Omnibus Objection to Claims
(No Liability Claims) **[Docket No. 26236]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| BELLANTONI, JOHN | 19382 | 27163 |
| METLITSKY, DMITRY | 5258 | 27162 |
| TSEKOV, GEORGI | 1525 | N/A |

Exhibit 4
(**<u>Two Hundred Thirteenth</u>** Omnibus Objection to Disallow and
Expunge Certain Filed Proofs of Claim **[ECF No. 20102]** - Unresolved Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| JOSE LECUE SALCEDO | 55068 | 22241 |
| LUIS MIGUEL DA SILVEIRA RIBEIRO VAZ | 36305 | 22223 |
| DOTSON INVESTMENT | 47035 | 22023 |
| BANQUE POPULAIRE COTE D' AZUR | 37176 | 22304 |
| ANDRES LINUESA SANCHEZ | 42390 | 22551 |
| ENRIQUE VILLAGRASA MARTINEZ | 41489 | 22226 |
| A.VAN WOENSEL | 52186 | 21501 |
| JOHANNA LEISSE | 36481 | 21547 |
| FRITZ LEISSE | 36479 | 21550 |
| MARIUS STANKOWEIT | 35620 | 21575 |
| PHILIP STANKOWEIT | 36103 | 21612 |
| HENRY MANZANO HALEBY | 36737 | 21618 |
| FRANK COLE | 37020 | 21648 |
| ISABEL MARIA YARNOZ DIEZ | 37668 | 21698 |
| CLARA DIEZ EZCURRA | 37672 | 21714 |
| HEINZ-JOACHIM ELBE | 24466 | 22230 |
| MARIA AGUEDA MATEOS ESCUDERO | 46683 | 22423 22561 |
| BLAS PEREZ GARCIA | 57034 | 22560 |
| ZEELAND INTERNATIONAL LIMITED | 37379 | 22265 |
| FORLER CHANTAL CATHERINE | 43231 | 22310 |
| GONZALO PEREZ DE GUZMAN SAN ROMAN | 50562 | 22320 |
| JIMENEZ CASADO, MARIA DEL CARMEN | 41120 | 22569 |
| JIMENEZ CASADO, SANTIAGO | 41121 | 22566 |
| MARIA PILAR BARNUEVO VIGIL DE QUNINONES | 44436 | 23078 |
| GESTION PARTICIPATIVA XXI, S.L. | 50526 | [ ] |
| GENEVIEVE MARIE DEVERD | 47323 | [ ] |
| SANSO JOVER ANA MARIA JOVER | 51600 | [ ] |
| FERNANDO MARTIN ANCHORENA | 55675 | 22316 |

Exhibit 5
(**Two Hundred Fourteenth** Omnibus Objection to Disallow and
Expunge Certain Filed Proofs of Claim **[ECF No. 20103]** - Unresolved Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| BANQUE POPULAIRE COTE D' AZUR | 37175 | 22304 |
| GRACE SIN YU FUNG | 36560 | 22249<br>22250 |
| LIONEL DARDO OCCHINONE | 47474 | 21853 |
| IP LAM SANG & TSE SIU MUI | 45386 | 22549 |
| YUEN SUM & MA KWOK, MICHAEL LEUNG WU | 46847 | 22245 |
| UBS AG [RESPONSE FILED BY NIKESH DARYANI, NEELAM DARYANI, PARASRAM DARYANI, AND VIKAS DARYANI, AS BENEFICIAL HOLDERS] | 36634<br>36639 | 22507 |
| KLAUS PETER SAUER | 34579 | 21504 |
| ADVENTIST UNION LIMITED | 40232 | 21529 |
| ATIL BIROL | 10985 | 21659 |
| SYLVIA GARCIA PASTORI | 36815 | 21687 |
| JUAN ENRIQUE LLOVET GARCIA | 36808 | 21687 |
| MARIA DOLORES LLOVET GARCIA | 36810 | 21687 |
| MARIA ISABEL LLOVET GARCIA | 36806 | 21687 |
| JAUN ENRIQUE LLOVET RUBIO | 36809 | 21687 |
| MARIA DOLORES LLOVET GARCIA | 36807 | 21687 |
| SURPLUS LINK LIMITED | 37507 | 22228 |
| ALBERTO BORRINO | 41133 | 21234 |
| EDUARDO RAFAEL SCHIARITI | 36819 | 21087 |
| AMR SAMIR MOHAMED ZAKI ABDEL KADER | 36674 | 22212 |
| MIDDLE EAST SHIPPING | 44060 | 22255 |
| BANQUE BEMO SAL | 13115 | 22263 |
| BANQUE BEMO SAL | 13118 | 22264 |
| WONG HUNG YING | 43442 | 22235 |
| RAJIV JAIN & RIPPAN JAIN | 6161 | 22509 |
| MARGARITA ROLDOS | 36818 | 22273 |
| MARGARITA MICHELINI | 36811 | 22302 |

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| JORGE ROLDOS | 36814 | 22272 |
| CAROLINA DE BAEREMAECKER | 36813 | 22274 |
| MIRTA BESSIO | 47444 | 22268 |
| DANIEL NEMOY | 36817 | 22307 |
| TAK CHUNG J, TONG YUK KWAN | 47294 | 22311 |
| LUNG WING MAN VIRGINIA | 47296 | 22311 |
| FERNANDO MARTIN ANCHORENA | 55675 | 22316 |
| WILHELM KRAEMER | 41222 | 22349 |
| WING LUNG BANK LTD ON BEHALF OF TIMY LAM YIK PING & ELAINE LI YUET LING | 45202 | 22617 |
| A CHEUNG FAN KIT LING | 41254 | 22515 |
| LIN WEN YEN AND LIN-CHOU CHIANG HUA | 41316 | 22514 |
| ROSA TE CHEN | 40968 | 22513 |
| CARIDAD AND ALLEN ANTONIO TAN | 45610 | 22511 |
| CHARLES AND PATTY TU | 55003 | 22510 |
| BLOOMINGDALE'S INT VENT LTD. | 45086 | 22534 |
| BUOYANG HILL CORPORATION | 45682 | 22525 |
| PETER AND ROSE CHAN | 41639 | 22524 |
| CHINA UNIQUE HOLDINGS LTD | 40813 | 22545 |
| CHIPHAR CORPORATION | 40814 | 22546 |
| LEE, TSU-SHIU AND LEE, YEN SHU MEEI | 42343 | 22523 |
| LUMINANCE VENTURES LTD | 40810 | 22537 |
| MATRIX CONTROL | 40812 | 22542 |
| MM2275 CO. LTD. | 40397 | 22528 |
| PINKY LIMITED | 42614 | 22527 |
| RIDGECREST HOLDINGS LTD | 46589 | 22526 |
| BAMBANG/ LAU HA CHUN SUGIARTO | 36650 | 22234 |
| SUWANG-SUN CO LTD | 40811 | 22540 |
| TSAI HSIANG WANG | 36470 | 22626 |
| YETTI LTD. | 40541 | 22548 |

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| SHYH-AN SU AND SHIOUW-CHIN SU LUO | 40346 | 22512 |
| MANUEL AVELINO ORNELAS | 43259 | [ ][1] |
| PRIMAX INTERNATIONAL INVESTMENTS LTD. | 40370 | [ ] |
| RAFAEL ALONSO VERTIZ | 47459 | [ ][2] |
| WALTER AYALA | 47434 | 22933[3] |

---

[1] Response received via email from Respondent dated November 11, 2011.

[2] This claim was previously expunged by order dated 12/02/2011 [ECF 22881] but is hereby reinstated and reclassified in accordance with this Order.

[3] This claim was previously expunged by order dated 12/02/2011 [ECF 22881] but is hereby reinstated and reclassified in accordance with this Order.

Exhibit 6
(**<u>Two Hundred Fifteenth</u>** Omnibus Objection to Disallow and Expunge
Certain Filed Proofs of Claim **[ECF No. 20104]** - Unresolved Responses)

| CLAIMANT | CLAIM NO. | ECF NO. |
|---|---|---|
| BANCO ITAU EUROPA LUXEMBOURG S.A. | 67497 | 21998 |
| LAMITA JABBOUR | 56189 | 22020 |
| SOUAD SALAME | 67350 | 22135 |
| ALBERTO BENSION AND ZULEMA MALLO | 47495 | 23072 |
| ANDRES BENSION HALLO | 47496 | 23072 |
| JAMIE H. MURCIA | 67453 | 22672 |
| ALEJANDRO DIEGO DUARTE | 61645 | N/A |
| ROSA MARIA CALZADA REBOLLEDO & CLAUDIA ELENA SHARPE CALZADA | 56936 | 21715 |
| ERNESTO JAVIER ALMADA GONZALEZ & ANA MARIA GOMEZ MUNDO | 51285 | 21500 |
| FRANCISCO OROZCO COVARRUBIAS | 51092 | 21503 |
| MONICA DIAZ CLARK | 49486 | 21510 |
| ALICIA GONZALEZ, RUBEN GARCIA CONZALEZ, & ENRIQUE G. GARCIA | 51597 | 21511 |
| OCTAVIO VELASCO RUVALCABA, MARGARITA SEVILLA, & OCTAVIO VELASCO SEVILLA | 50683 | 21513 |
| HECTOR CASTELLANOS RAMIREZ & LILLIAN FRANK DE CASTELLANOS | 50682 | 21514 |
| ETHELA M. GUZMAN ALDANA | 51091 | 21516 |
| GERARDO ARMANDO VIDRIO CHAVEZ | 56046 | 21520 |
| GERARDO ARMANDO VIDRIO CHAVEZ | 57713 | 21521 |
| JAIME HERNANDEZ GALLEGO & REGINA HERNANDEZ TERCERO | 50393 | 21539 |
| TAHRA HOLDINGS | 57049 | 21571 |
| MA. DE LA PAZ GOMEZ FLORES, MA. DEL REFUGIO GOMEZ FLORES, SALVADOR GOMEZ FLORES | 56949 | 21677 |
| HERMINIA CASTANEDA SANROMAN & SILVIA H. RAMIREZ CASTANEDA | 50842 | 21681 |
| DAVID JESUS ALPIZAR CARRILLO & MARISSA NAVARRETE SIERRA | 49481 | 21686 |
| JOSE FRANCISCO D'LUNA CANTON, VERONICA V. D'LUNA ASCENCIO, CYNTHIA P. D'LUNA ASCENCIO, LILIANA ASCENCIO DE LUNA, JACQUELINE I. D'LUNA ASCENCIO | 65592 | 21688 |
| PATRICIA DE GUADALUPE PARAMO & JOSE MA DE LOS ANGELES OLIVEROS | 65675 | 21696 |
| GEORGINA MARGARITA GONZALEZ | 49490 | 21701 |
| JOSE RICARDO ALCALA LUNA, ANA MARIA OCAMPO FLORES | 56480 | 21712 |

| CLAIMANT | CLAIM NO. | ECF NO. |
|---|---|---|
| JANUS SYSTEMS S.A. | 55211 | 22217 |
| ANTONIA BRICENO VARGAS & PATRICIA DE LA R. DE BRINCENO | 49488 | 22216 |
| JOSEFINA FLORES OCHOA & SERGIO LEAL FLORES | 64860 | N/A |
| JOSEFINA FLORES OCHOA & SERGIO LEAL FLORES | 64859 | N/A |
| JOSEFINA FLORES OCHOA & JOSEFINA LEAL FLORES | 64861 | N/A |
| EDUARDO CAMERENA PADILLA, MA DE LA LUZ CAMARENA PADILLA | 56943 | N/A |
| ROSA EVELIA CAMARENA PADILLA & MA DE LA LUZ CAMARENA PADILLA | 56944 | N/A |
| ROSA EVELIA CAMARENA PADILLA & MA DE LA LUZ CAMARENA PADILLA | 56945 | N/A |
| SOCORRO CAMARENA PADILLA & MA DE LA LUZ CAMARENA PADILLA | 56942 | N/A |
| ANA MARIA PRECIAT DE MENENDEZ | 51128 | 22312 |
| GREGORIO BLASCO MARTIN & NATIVIDAD MARTINEZ FARCIA | 60503 | 22508 |
| ANTONIO WALKER TOUCHE IRMA OLVERA DE WALKER | 50394 | 22306 |
| JOAQUIM ARMINDO SANTOS GRADIM | 61429 | 22903 |
| JORGE SAEZ CONCEPCION | 60501 | 22243 |
| TACTICS LIMITED | 54791 | 22529 |
| CHARLES AND PATTY TU | 55003 | 22510 |

Exhibit 7
(**<u>Two Hundred Sixteenth</u>** Omnibus Objection to Disallow and Expunge
Certain Filed Proofs of Claim **[ECF No. 20105]** - Unresolved Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| BANK OF VALLETTA PLC | 58114 | 22173 |
| HSBC PRIVATE BANK (SUISSE) SA [RESPONSE FILED BY WONG CHIN PANG ALEX, A BENEFICIAL HOLDER] | 56671 | 22262 |
| BANQUE PRIVEE EDMOND DE ROTHSCHILD S.A. | 46890 | 22334 |
| BANQU SAFDIE SA | 65272 | 22348 |
| ANDORRA BANC AGRICOL REIG, S.A. | 63849 | 22662 |
| S. FEIJ | 63000 | 22251 |
| NIKESH DARYANI, NEELAM DARYANI, PARASRAM DARYANI, VIKAS DARYANI | 59233 | N/A |

Exhibit 8
(**<u>Sixty-Seventh</u>** Omnibus Objection to Claims
(Valued Derivative Claims) **[ECF No. 12533]** - Adjourned Responses)

| CLAIMANT NAME | ECF NO. |
|---|---|
| RESPONSE OF KILROY REALTY, LP | 12597 |
| RESPONSE OF CSP II USIS HOLDINGS LP | 13078 |
| RESPONSE OF MITSUI & CO. COMMODITY RISK MANAGEMENT LIMITED | 13113 |
| RESPONSE OF FEDERAL HOME LOAN BANK OF DES MOINES | 13156 |
| RESPONSE OF E-CAPITAL PROFITS LIMITED | 13166 |
| RESPONSE OF LOEB ARBITRAGE B FUND LP, LOEB ARBITRAGE FUND, LOEB OFFSHORE B FUND LTD., AND LOEB OFFSHORE FUND LTD. | 13217 |
| RESPONSE OF SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD, AS SUCCESSOR TO CERTAIN CLAIMS OF ALLIANCE LAUNDRY SYSTEMS LLC | 13218 |
| RESPONSE OF AOZORA BANK, LTD. | 13220 |
| RESPONSE OF MARINER LDC | 13222 |
| RESPONSE OF TRICADIA CAPITAL MANAGEMENT, LLC, ON BEHALF OF TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND, LTD. | 13223 |
| RESPONSE OF VENOCO, INC. | 13205 |
| RESPONSE OF MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND, LTD. | 13224 |
| RESPONSE OF ICM BUSINESS TRUST | 13226 |
| RESPONSE OF CANYON BALANCED MASTER FUND, LTD., CANYON CAPITAL ARBITRAGE MASTER FUND, LTD., CANYON VALUE REALIZATION FUND (CAYMAN), LTD., AND CANYON VALUE REALIZATION FUND, L.P. | 13227 |
| RESPONSE OF MERRILL LYNCH CREDIT PRODUCTS, LLC | 13229 |
| RESPONSE OF ROSS FINANCIAL CORPORATION | 13232 |
| RESPONSE OF COMMONWEALTH BANK OF AUSTRALIA | 13242 |
| RESPONSE OF NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD. | 13402 |
| RESPONSE OF CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | 14020 |
| RESPONSE OF ROYAL CHARTER PROPERTIES – EAST, INC. | 15918 |
| RESPONSE OF CHINA MINSHENG BANKING CORP., LTD. | 20984 |

Exhibit 9
(**<u>Ninety-Second</u>** Omnibus Objection to Claims
(No Blocking Number LPS Claims) **[ECF No. 14472]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| AMONN-DINGER, VERENA | 11169 | 27526, 27528 |
| BAUMHEIER, KATJA | 11170 | 27526, 27528 |
| BAUMHEIER, KATJA | 11171 | 27526, 27528 |
| BAYER, DR. INGEBORG | 12425 | 27526, 27528 |
| BAYER, DR. INGEBORG | 12426 | 27526, 27528 |
| BECKER, DR. KLAUS | 13631 | 27526, 27528 |
| BIESEMANN, DR. JOERG | 13624 | N/A |
| BROSCHK, DIETER | 13637 | 27526, 27528 |
| CZYGANOWSKI, SIEGFRIED | 13610 | 27526, 27528 |
| FASSBENDER, MARIA | 13638 | 27526, 27528 |
| FETKENHEUER, LOTHAR | 67257 | N/A |
| FUCHS, GERHARD | 13632 | 27526, 27528 |
| GANSER, ALBERT | 24995 | 27526, 27528 |
| GETTE, HELENE | 12444 | 27526, 27528 |
| HASSE, KLAUS-DIETER | 13628 | 27526, 27528 |
| HEINZEN, HANS | 11178 | 27526, 27528 |
| HIRSCH, KURT | 11179 | N/A |
| ISHII, HIROICHI AND HELLA | 13602 | 27526, 27528 |
| JAHN, URSULA & HORST | 24987 | 27526, 27528 |
| JANSEN, WALTER | 34350 | 27526, 27528 |
| JANSEN, WALTER | 34347 | 27526, 27528 |
| JONAS, PETER AND HEIKE | 13605 | 27526, 27528 |
| KAPALLA, KURT | 12448 | 27526, 27528 |

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| KLIPPEL, ALMUT | 67260 | N/A |
| KLUG, KLAUS | 12442 | N/A |
| KOECHLING, HERMANN | 11184 | 27526, 27528 |
| KRAWINKEL, ODO | 12427 | 27526, 27528 |
| KRAWINKEL, ODO | 12428 | 27526, 27528 |
| KUHNAST, FRANK-ROLAND | 67258 | 27526, 27528 |
| LEWIN, JOERG | 34348 | 27526, 27528 |
| LUCKS, IIONA | 24996 | 27526, 27528 |
| LUKOSCHEK, WOLFGANG | 13611 | 27526, 27528 |
| MASTALEREK, MICHAEL | 11187 | 27526, 27528 |
| MITTMANN, HANA | 24990 | N/A |
| MUELLER, WILFRIED | 24991 | N/A |
| NOERRENBERG-SUDHAUS, WERNER | 11190 | 27526, 27528 |
| OBERKERSCH, BEATRICE | 11191 | 27526, 27528 |
| RAMPOLD, HEIDRUN ELISABETH | 11193 | N/A |
| RODRIGUEZ, KARSTEN | 13621 | 27526, 27528 |
| RUTTENER, JUERG FOR RUETTENER, HANNELORE | 67267 | N/A |
| RUTTENER, JUERG FOR RUETTENER, HANS | 67265 | N/A |
| SCHIENER, FRIEDBERT WALTER UND HANNELORE EDELTRAUT | 11196 | 27526, 27528 |
| SCHMIDT, KARIN | 11197 | 27526, 27528 |
| SCHMIDT, RA PETRA | 11198 | 27526, 27528 |
| SCHMITZ, HERBERT | 24982 | N/A |
| SCHMITZ, HERBERT | 24983 | N/A |

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| SCHMITZ, HERBERT | 24960 | N/A |
| SCHMITZ, HERBERT | 24984 | N/A |
| SCHOBER, HANS-JOACHIM | 13634 | N/A |
| SCHOBER, MARITA | 13635 | N/A |
| SCHWEBIUS, SANDRA | 11199 | 27526, 27528 |
| SCHWERDT, KORINNA, DR. | 61158 | N/A |
| SOKOLOWSKI, CLAUS-GUENTHER | 11200 | 27526, 27528 |
| SPERZEL, SUSANNE | 12443 | N/A |
| SPRINGER, WERNER | 13623 | 27526, 27528 |
| STANGE, HANS-JOACHIM | 12440 | 27526, 27528 |
| STEINFORT, SILVIA | 11201 | 27526, 27528 |
| STEINFORT, SILVIA | 11203 | 27526, 27528 |
| STEINFORT, SILVIA | 11202 | 27526, 27528 |
| THOEMEL, HEINZ | 11207 | 27526, 27528 |
| UTTENDORF, WILFRIED | 57811 | 27526, 27528 |
| VOLK, HELMUT UND ANNEMARIE | 11209 | 27526, 27528 |
| VON DER HEYDE, PHILIP | 11210 | 27526, 27528 |
| WARTAK, BEATE | 11211 | 27526, 27528 |
| WEBER HANS-HERMANN | 67237 | N/A |
| WEBER HANS-HERMANN | 67236 | N/A |
| WEBER HANS-HERMANN | 67239 | N/A |
| WEIDLICH, JOERG | 13642 | 27526, 27528 |
| WEISS, RENATE | 11212 | 27526, 27528 |
| WENZEL, PETER | 11213 | 27526, 27528 |

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| WERNER, FRIEDHELM AND IRENE | 13615 | 27526, 27528 |
| WILDEBRAND, PETER | 13609 | N/A |
| WIPPERN, MARGIT | 13619 | 27526, 27528 |
| WITTIG, HANSPETER | 57824 | 27526, 27528 |
| WOLSKI, MIECZYSLAW | 61159 | 27526, 27528 |
| WOLSKI, MIECZYSLAW | 61160 | 27526, 27528 |
| WOLSKI, MIECZYSLAW | 61191 | 27526, 27528 |
| ZELLINGER, ERNST | 11224 | 27526, 27528 |

Exhibit 10
(**<u>Ninety-Seventh</u>** Omnibus Objection to Claims
(Insufficient Documentation) **[ECF No. 14492]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK, N.A. | 25648 |
| U.S. BANK NATIONAL ASSOCIATION TRANSFEROR: BANK OF AMERICA NATIONAL ASSOCIATION[1] | 19289 |
| U.S. BANK NATIONAL ASSOCIATION, AND U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION[2] | 15989, 15992, 15993, 15994, 15995, 15996, 16357, 16358, 16359, 16361, 16363, 16367, 16378, 16380, 16381, 16383, 16387, 16388, 16416, 16418, 24349, 24582, 25654 |
| U.S. BANK NATIONAL ASSOCIATION TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION[3] | 15981, 15983, 15984, 15985, 15986, 15987, 15988, 15997, 15998, 16349, 16351, 16352, 16354, 16355, 16356, 16360, 16362, 16364, 16365, 16366, 16368, 16369, 16370, 16371, 16372, 16374, 16375, 16376, 16384, 16385, 16386, 16390, 16391, 16393, 16394, 16395, 16396, 16397, 16398, 16399, 16415, 16417, 16419, 16420, 16421, 16422, 16423, 16424, 16425, 16426, 16427, 16428 |
| DEUTSCHE BANK, NATIONAL TRUST COMPANY, AS TRUSTEE | 18542 |
| WILMINGTON TRUST COMPANY[4] | 16382 |

[1] Claim transferred by Bank of America National Association to U.S. Bank National Association pursuant to Transfer of Claims Other Than for Security filed May 31, 2011 [Docket No. 17234].

[2] Claims transferred by Bank of America National Association to U.S. Bank National Association and U.S. Bank National Association, as Trustee pursuant to Transfer of Claims Other Than for Security filed June 20, 2011 [Docket No. 17904].

[3] Claims transferred by Bank of America National Association to U.S. Bank National Association pursuant to Transfer of Claims Other Than for Security filed October 11, 2011 [Docket No. 20739].

[4] Claim transferred by Bank of America National Association to Wilmington Trust Company pursuant to Transfer of Claims Other Than for Security filed December 13, 2011 [Docket No. 23280].

Exhibit 11
(**<u>One Hundred Eleventh</u>** Omnibus Objection to Claims
(No Liability Claims) **[ECF No. 15012]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| CHARLES MOORE | 3001 | 16073 |
| WESTERN DIGITAL CORP. | 5357 | 15964 |
| CERADYNE, INC. | 5358 | 15962 |
| ESSEX EQUITIES HOLDING USA, LLC | 30596 | 16728 |
| BANCO INTERIOR DE SAO PAOLO | 21949 | N/A |
| US AIRWAYS | 30598 | 18313 18314 |

Exhibit 12
(**One Hundred Twelfth** Omnibus Objection to Claims
(Invalid Blocking Number LPS Claims) [**ECF No. 15014**] - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| CAM-QUE KEVIN LIEU | 41587 | 16054 |
| INVESTERINGSSELSKABET AF 11.12.1990 APS | 47330 <br><br> 47331 | 16240, 16238, 17541, 17542 |
| LUCIA DEL CAMPO | 37187 | N/A |
| BANQUE CANTONALE DU VALAIS | 58531, 58540, 58549, 58519, 58496, 58502, 58494, 58537, 58516, 58506, 58550, 58517, 58523, 58500, 58515, 58526, 58605, 58513, 58520, 58557, 58548, 58524, 58495, 58603, 58509, 58529, 58556, 58554, 58604, 58525, 58514, 58504, 58521, 58547, 58510, 58522, 58530, 58507, 58518, 58498, 58499, 58543, 58505, 58538, 58512, 58527, 58497, 58546, 58551, 58508, 58555, 58553, 58542, 58541, 58536, 58539, 58545, 58501, 58552, 58528, 58511, 58544 | 16905 |

Exhibit 13
(**One Hundred Seventeenth** Omnibus Objection to Claims
(No Liability Non-Debtor Employee Claims) **[ECF No. 15363]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| ABERNATHY, GREGG | 25533 | N/A |
| ADAIR, JOHN | 23967 | 17114 |
| ADDINGTON, ERIK | 23966 | N/A |
| AGRAWAL, SHASHANK | 13002 | 16910 |
| ANTONELLI, CHRISTOPHER | 23965 | N/A |
| BALLENTINE, JAMES | 23988 | 17103 |
| BARICEVIC, JOANNA | 13429 | 16910 |
| BARONE, HEATHER | 6641 | 17041 |
| BEST, BARBARA | 24001 | N/A |
| BHATTAL, JASJIT | 23964 | N/A |
| BOBB, JANICE | 7258 | 16424 |
| BRAMHAM, SHAUN | 23989 | 17102 |
| BRAUN, KONSTANTIN | 11061 | N/A |
| BRAUN, KONSTANTIN | 11062 | N/A |
| BRAUN, KONSTANTIN | 11063 | N/A |
| BUSH, JAMES | 23998 | 17093 |
| CAROL, CLAYTON | 23990 | 17101 |
| CHAN, KENT | 23991 | 17100 |
| CHETTY, NOEL | 23981 | N/A |
| CHIN, RUSSELL | 23984 | N/A |
| CHO, KUNHO | 23980 | N/A |
| CONNERS, WILLIAM | 15186 | N/A |
| CORSALINI, ENRICO | 23963 | N/A |
| DEXTER, DARRIN | 23962 | N/A |
| DOE, JOCELYN | 23992 | 17099 |
| DORFMAN, DAVID | 23993 | 17098 |
| FELDKAMP, GEOFFREY | 23994 | 17097 |
| FLANAGAN, CHRISTOPHER | 23976 | N/A |
| FUCHS, BENJAMIN | 23977 | N/A |
| GABBAY, MARK | 23982 | 17104 |

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| GABBAY, MARK | 11075 | 17146 |
| GENNA, MICHAEL | 246 | N/A |
| GLAVAN, JEFFREY | 23956 | 17117 |
| GOULD, JAMES | 23995 | N/A |
| GREENWALD, ANDREW | 23961 | N/A |
| HAR-EVEN, ITAMAR | 23996 | 17095 |
| HOWE, CHRISTIAN | 23985 | N/A |
| HUANG, KANGLIN | 23960 | N/A |
| HUGO-LANCELOT, ROBERT GABRIEL MARTY | 24002 | N/A |
| HUNT, ROBIN | 23959 | N/A |
| HURLEY, JEFFREY | 23986 | N/A |
| IMPERATO, JASON | 6615 | 16049 |
| JOTWANI, TARUN | 23958 | 17116 |
| KAYE, PATRICK | 23957 | N/A |
| KEAY, STEPHANIE | 24007 | N/A |
| KOLLYDAS, PETER | 6322 | 16781 |
| KOLLYDAS, PETER | 6494 | 16801 |
| KOLLYDAS, PETER | 6495 | 16799 |
| KONHEIM, SETH | 17412 | 16775 |
| LAIBLE, ROBERT | 23997 | 17094 |
| LAX, STEPHEN | 13727 | 16753 |
| LUCOCQ, SIMON | 23978 | N/A |
| LYNCH, MARY | 24408 | N/A |
| LYNCH, MARY | 26312 | N/A |
| MCCULLY, MICHAEL | 65946 | N/A |
| MCGARRY, PATRICK | 24003 | N/A |
| MILLEA, TIMOTHY | 23968 | N/A |
| MORRIS, JASON | 23969 | 17110 |
| MURRAY, THOMSON | 10767 | 16942 |
| NEWHOUSE, MICHELLE | 12080 | 17035 |

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| O'CONNOR, BRIAN | 24004 | N/A |
| OH, MIRIAM | 15220 | 17067 |
| PAPADAKIS, SPYROS | 23970 | 17109 |
| PEARSON, THOMAS | 24005 | N/A |
| QUISMORIO, JAMES | 24006 | N/A |
| RASNER, TIMOTHY | 23971 | N/A |
| ROPNER, HENRY | 5614 | 15750 |
| RUBIN, CHARLES | 23972 | 17108 |
| RUBINSTEIN, MARC | 23983 | N/A |
| SANTORO, VITO | 32308 | 17042 |
| SCHIFFMAN, GLENN | 23973 | 17107 |
| SCHREIBER, RUSSELL | 13322 | N/A |
| SCOTT, ERIC | 14399 | 17036 |
| SCOTT, ERIC | 14400 | 17053 |
| SHAH, NIRAJ | 10365 | 16922 |
| SIEGMUND, THOMAS | 23979 | N/A |
| SKOLNICK, FRED | 23999 | N/A |
| SOWINSKI, JOHN | 23974 | 17106 |
| STEIN, JEFFREY | 23975 | 17105 |
| TOLCHINSKY, ANDREA | 7082 | N/A |
| TSEKOV, GEORGI | 1524 | N/A |
| TUNG, SHARON | 23949 | 17118 |
| TWITCHELL, DARYL | 460 | 16766 |
| UMLAUF, ERIK | 23950 | 17126 |
| VAISH, PANKAJ | 23951 | N/A |
| VULAKH, NATALIE | 23952 | 17125 |
| WARDELL, JEFFERY | 14743 | 16926 |
| WEISS, AARON | 23953 | 17122 |
| WENDEL, CHRISTOPHER | 24000 | N/A |
| WHEELER, KEITH | 24173 | 17037 |
| YEE, JACK | 23954 | 17120 |

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| YUHN, PHIL | 8090 | N/A |
| ZANCO, MARIO | 10404 | N/A |
| ZOLAD, BRYAN | 23955 | 17119 |

Exhibit 14
(**<u>One Hundred Thirty-Sixth</u>** Omnibus Objection to Claims
(Misclassified Claims) [**ECF No. 16867**] - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| ARROWOOD INDEMNITY COMPANY F/K/A ROYAL INDEMNITY COMPANY | 2076 | N/A |
| COTTEN, TIMOTHY A., ET AL. | 34313 | 17951 |
| PJM INTERCONNECTION LLC | 22267 | N/A |
| PSEG ENERGY RESOURCES & TRADE LLC | 15735 | N/A |
| TROUT, ROGER | 25708 | 17663 |

Exhibit 15
(**<u>One Hundred Thirty-Sixth</u>** Omnibus Objection to Claims
(Misclassified Claims) [**ECF No. 16867**] - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| DEPOSITORY TRUST CLEARING CORPORATION AND RELATED ENTITIES | 30423 |

Exhibit 16
(**One Hundred Seventy-Third** Omnibus Objection to Claims
(No Liability Employee Claims) [**ECF No. 19399**] - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Collins, Michael | 15223 | 20378 |
| Dybeck, Donald C. | 11327, 11328, 11329 | 20171 |
| Finder, Edmund L. | 28717 | 20150, 20389 |
| Forfia, Robert | 22939 | 20181 |
| Forster, Dennis | 6325 | |
| Fritts, Donald | 8257 | 20464 |
| Gabelman, Rick L. | 6238, 6239 | 20141 |
| Gardner, James | 6512, 6590 | 20141 |
| Hein, Mark W. | 4241 | 20133 |
| Hlavek, Rudolph | 7957 | 20141 |
| Kuykendall, Charles L. | 5487 | 20114, 20115, 20116 |
| Major, Charles E. | 7272 | 20495 |
| Mc Guinn, Edwin J | 13286 | |
| Morrison, Robert D. | 7716 | 20179 |
| Mountford, Robert | 11388 | 20471 |
| Rubin, Allan | 5552 | 19648 |
| Smith, William C. | 6147 | 20428 |
| Spring, Burkhard R. | 10698 | 20170 |
| Stanton, Edward | 33549 | |
| Stipo, Michael J. | 15580 | 20176 |
| Wagner, William A. | 5570 | 20438 |
| Whalen, John A. | 32259 | 20173 |

Exhibit 17
(**<u>One Hundred Seventy-Seventh</u>** Omnibus Objection to Claims
(No Liability Non-Debtor Employee Claims) [**ECF No. 19393**] - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Butler-McLaughlin, Cecelia | 21508 | 20484 |
| Carpenter, Theresa J. | 18145 | 20180 |
| Cramer, Rebekah | 13125, 13126, 13127 | |
| Haykin, Daniel S | 67341 | 20386 |
| Riessen, Natalie S. | 66000, 66001, 660002, 66003, 66004 | 20489, 20491 |
| Robson-Canty, Geraldine | 20289 | 20476 |
| Spital, Saul H. | 9607, 9609, 9610 | 20174 |

Exhibit 18
(**One Hundred Eighty-Fifth** Omnibus Objection to Claims
(Compound Claims) [**ECF No. 19714**] - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| BOUGHRUM, DONALD | 4625 | N/A |
| KRIEGER, KAREN M. SIMON | 18087 | N/A |
| LISTER, JAMES | 17624 | 20807 |
| MONAHAN, BRIAN | 20774 | N/A |
| O'SULLIVAN, THOMAS | 27300 | N/A |
| SERAYDAR, ROSE | 2927 | 20585 |
| SHEFFER, SCOTT | 1681 | 20783 |
| SHI, ZHIYONG | 4618 | N/A |

Exhibit 19
(**<u>Two Hundred Fifty-Fourth</u>** Omnibus Objection to Claims
(Employment-Related Claims) **[ECF No. 25059]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| DAVID ANDREWS | 10221 | 26060 |
| THERESA J. CARPENTER | 67688 | 25707 |
| BRIAN GROSS | 28018 | N/A |
| JASON IMPERATO | 6623 | 26164 |
| HERBERT W. KWAN | 31756 | 26055 |
| DAVID LITTLEFIELD | 10655, 10656 | N/A |
| CHRISTOPHER MANNING | 29535 | 26056 |
| ROGER NIEMAN | 9589 | N/A |
| RUSSELL SCHREIBER | 13321 | 26032 |
| HEIDI STEIGER | 32379, 32380 | 26041, 26050, 26047, 26051, 26042, 26052, 26043, 26044 |
| ANDREW WEBER | 66938, 66940 | 26032 |

Exhibit 20
(**Two Hundred Forty-First** Omnibus Objection to Claims
(No Liability Claims) **[ECF No. 23247]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| ZPR INTERNATIONAL INC. | 6530 | 24631 |
| ISRAEL DISCOUNT BANK OF NEW YORK | 27730 | N/A |

Exhibit 21
(**<u>Two Hundred Forty-First</u>** Omnibus Objection to Claims
(No Liability Claims) **[ECF No. 23247]** - Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| BROWN RUDNICK, LLP | 13011 | N/A |
| CLIFFORD CHANCE LLP | 4228 | N/A |
| COUDERT BROTHERS LLP | 34262 | 24179 |
| NEAL, GERBER & EISENBERG LLP | 14195 | 27367 |