**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------------------x    **Ref. Docket No. 27535**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                                              ) ss.:
COUNTY OF NEW YORK      )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 20, 2012, I caused to be served the "Declaration of Thomas Rogers in Support of Reply to Responses of Marquette Financial Companies and Highland Credit Strategies Master Fund, L.P. to the One Hundred and Eighty-Ninth Omnibus Objection to Claims (No Liability Repo Claims)," dated April 20, 2012 [Docket No. 27535],  by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Genevieve Uzamere*
Genevieve Uzamere

Sworn to before me this
24th day of April, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

akornikova@lcbf.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

anann@foley.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cdesiderio@nixonpeabody.com

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

colea@gtlaw.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

david.powlen@btlaw.com

david.seligman@kirkland.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@pwkllp.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

elevin@lowenstein.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

feldsteinh@sullcrom.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

francois.janson@hklaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

guzzi@whitecase.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

icatto@mwe.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jamie.nelson@dubaiic.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@ag.state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jhuh@ffwplaw.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jteitelbaum@tblawllp.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kjarashow@fklaw.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krosen@lowenstein.com

kuehn@bragarwexler.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

landon@streusandlandon.com

lapeterson@foley.com

lathompson@co.sanmateo.ca.us

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lgotko@fklaw.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

ljkotler@duanemorris.com

lkatz@ltblaw.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lsilverstein@potteranderson.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.sherrill@sutherland.com

martin.davis@ots.treas.gov

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

max.polonsky@skadden.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mccombst@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdahlman@kayescholer.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com

michael.mccrory@btlaw.com

michael.reilly@bingham.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpomerantz@julienandschlesinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

mschlesinger@julienandschlesinger.com

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

msiegel@brownrudnick.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

mwarren@mtb.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

newyork@sec.gov

nfurman@scottwoodcapital.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

rajohnson@akingump.com

ramona.neal@hp.com

ranjit.mather@bnymellon.com

raul.alcantar@ropesgray.com

rbeacher@pryorcashman.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

ritkin@steptoe.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rmcneill@potteranderson.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rqureshi@reedsmith.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rrigolosi@smsm.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sagolden@hhlaw.com

sally.henry@skadden.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

steven@blbglaw.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.wilamowsky@bingham.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

**EXHIBIT B**

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

MARQUETTE FINANCIAL COMPANIES
C/O KATHI ROGERS
60 SOUTH SIXTH STREET, SUITE 3900
MINNEAPOLIS, MN 55402

DORSEY & WHITNEY LLP
(ATTORNEYS FOR MARQUETTE FINANCIAL COMPANIES)
ATTN: ERIC LOPEZ SCHNABEL, JESSICA D. MIKHAILEVICH
51 WEST 52ND STREET
NEW YORK, NY 10019

DORSEY & WHITNEY LLP
ATTN: STEVEN J. HEIM, ESQ.
50 SOUTH SIXTH STREET, SUITE 1500
MINNEAPOLIS, MN Zip 55402

HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P.
C/O HIGHLAND CAPITAL MANAGEMENT, L.P.
13455 NOEL ROAD, SUITE 800
DALLAS, TX 75240

EVERETT, SCOTT
HAYNES AND BOONE, LLP
2323 VICTORY AVENUE, SUITE 700
DALLAS, TX 75219

COLE, SCHOLT, MEISEL, FORMAN & LEONARD, P.A.
(ATTORNEYS FOR HIGHLAND CREDIT STRATEGIES
MASTER FUND, L.P.)
900 THIRD AVENUE , 16TH FLOOR
NEW YORK, NY 10022-4728