WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------x
                                                **:**

**In re**                                **:**        **Chapter 11 Case No.**
                                                **:**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*     **:**        **08-13555 (JMP)**
                                                **:**

                         **Debtors.**          **:**        **(Jointly Administered)**
                                                **:**

---------------------------------------------------------------------------------x

**CORRECTED NOTICE OF ADJOURNMENT**
**OF TWO HUNDRED FORTY-FIRST OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

        **PLEASE TAKE NOTICE** that the hearing on Debtors' Two Hundred Forty-

First Omnibus Objection to Claims (No Liability Claims) that was scheduled for April 26, 2012,

at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, (i) solely as to the claims listed**

**on Exhibit A, to May 31, 2012 at 10:00 a.m. (Prevailing Eastern Time), and (ii) solely as to**

**the claims listed on Exhibit B, to August 23, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

(the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before

the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom

House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further

adjourned from time to time without

further notice other than an announcement at the Hearing.

Dated:  April 25, 2012
         New York, New York

                                          /s/ Robert J. Lemons
                                          Robert J. Lemons

                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone:  (212) 310-8000
                                          Facsimile:   (212) 310-8007

                                          Attorneys for Debtors
                                          and Debtors in Possession

**Exhibit A**

**Claims Adjourned To May 31, 2012 at 10:00 a.m.:**

| Claimant Name | Claim Number | Response Docket No. |
|---|---|---|
| ZPR INTERNATIONAL INC. | 6530 | 24631 |
| ISRAEL DISCOUNT BANK OF NEW YORK | 27730 | N/A |

**Exhibit B**

**Claims Adjourned to August 23, 2012 at 10:00 a.m.**

| Claimant Name | Claim Number | Response Docket No. |
|---|---|---|
| BROWN RUDNICK, LLP | 13011 | N/A |
| CLIFFORD CHANCE LLP | 4228 | N/A |
| COUDERT BROTHERS LLP | 34262 | 24179 |
| NEAL, GERBER & EISENBERG LLP | 14195 | 27367 |
| WILEY REIN LLP | 4475 | 24176 |