UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                              :   Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :   08-13555 (JMP)
                                                   :
                     Debtors.                      :   (Jointly Administered)
------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Jaime Sohacheski<br>c/o Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, New York 10019<br>Attn: Robert Novick |
| Claim Number (if known): | 30831 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | Unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: Authorized Signatory |
|---|---|
| Printed Name: Robert A. Flaxman | Dated: 4/24/12 |