**LOWENSTEIN SANDLER, PC**
Michael S. Etkin
Michael Savetsky
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

         -and-

65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Attorneys for Andorra Banc Agricol REIG, S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I, Michael Savetsky, a member in good standing of the bar in the States of New York and New Jersey and the bar of the United States District Court for the District of New Jersey, request admission, *pro hac vice*, before the Honorable James M. Peck to represent Andorra Banc Agricol REIG, S.A., in the above-reference case.

-2-

My mailing address, phone number, fax number and e-mail address are as follows:

    Michael Savetsky, Esq.
    Lowenstein Sandler PC
    65 Livingston Avenue
    Roseland, NJ 07068
    Telephone:  973.597.6118
    Facsimile:  973.597.6119
    Email:  msavetsky@lowenstein.com

I agree to pay the fee of $200 upon approval by this Court admitting me to practice *pro hac vice*.

Dated:  April 25, 2012            */s/ Michael Savetsky*
                                      Michael Savetsky