**LOWENSTEIN SANDLER, PC**
Michael S. Etkin
Michael Savetsky
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
Telephone:  (212)  262-6700
Facsimile:  (212) 262-7402


               -and-

65 Livingston Avenue
Roseland, New Jersey 07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

*Attorneys for Andorra Banc Agricol REIG, S.A.*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

        Upon the motion of Michael Savetsky to be admitted *pro hac vice* to represent Andorra

Banc Agricol REIG, S.A. in the above referenced case, and upon the movant's certification that

the movant is a member in good standing of the bar in the States of New York and New Jersey

and the bar of the United States District Court for the District of New Jersey, it is hereby

23721/3
04/25/2012 **20387350**.**1**

-2-

**ORDERED**, that Michael Savetsky is admitted to practice *pro hac vice* in the above referenced case in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated:  April _____, 2012          _____
                                                    Honorable James M. Peck
                                                    United States Bankruptcy Judge