B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                                   Case No. 08-13555

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Nordea Bank S.A | Citibank, N.A. Singapore Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

562, Rue de Neudorf, (P.O. Box 562) L-2015
G.D.Luxembourg
Attn: GOS-Custody Dept.
Phone: +352 4388 7487
Email: OPSsafecustody@Nordea.lu

Court Claim # (if known): **55846**
Total Amount of Claim Filed: $22,657,638
Amount of Claim Transferred: $130,000
ISIN/CUSIP: XS0282978666
Blocking Number: ?
Date Claim Filed: October 29, 2009

Phone: 212-373-3000
Last Four Digits of Acct #:

Name and address where transferee payments should be sent (if different from above):

Please wire payments to: **CHASUS33 A/C 400807092 ifo Nordea Bank S.A. – Ref.: cl 0243600 – sn.50904 Lehman Bros Claim**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Nordea Bank S.A.                           Date: April 18th, 2012.
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                               Case No. 08-13555

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

**Claim No. 55846** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on **April 18th, 2012.**

| Citibank, N.A. Singapore Branch | Nordea Bank S.A. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:

Citibank, N.A. Singapore Branch
3 Changi Business Park Crescent, 8th Fl
Singapore 486026
Attn:  Sameer Deshpande

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn:  Douglas R. Davis
Phone:  212-373-3000
Email:  ddavis@paulweiss.com

Address of Transferee:

562, Rue De Neudorf, (P.O. Box 562) L-2015 G.D.Luxembourg.
Attn:  GOS-Custody Dept.
Phone:  +352 4388 7487
Email:  OPSsafecustody@Nordea.lu

### ~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                **CLERK OF THE COURT**