**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
:
In re                                                    :      **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,             :      **08-13555 (JMP)**
                                                         :
          **Debtors.**                                   :      **(Jointly Administered)**
                                                         :
-------------------------------------------------------------------------x      **Ref. Docket Nos. 26233-26242**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 12, 2012, I caused to be served the:

    a.  "Notice of Hearing On Two Hundred Seventy-First Omnibus Objection to Claims (No Liability Derivatives Claims)," dated March 12, 2012, to which is attached the "Two Hundred Seventy-First Omnibus Objection to Claims (No Liability Derivatives Claims)," dated March 12, 2012 [Docket No. 26233], (the "Omni 271"),

    b.  "Notice of Hearing On Two Hundred Seventy-Second Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests)," dated March 12, 2012, to which is attached the "Two Hundred Seventy-Second Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests)," dated March 12, 2012 [Docket No. 26234], (the "Omni 272"),

    c.  "Notice of Hearing On Two Hundred Seventy-Ninth Omnibus Objection to Claims (Misclassified Claims)," dated March 12, 2012, to which is attached the "Two Hundred Seventy-Ninth Omnibus Objection to Claims (Misclassified Claims)," dated March 12, 2012 [Docket No. 26235], (the "Omni 279"),

    d.  "Notice of Hearing On the Two Hundred Sixty-Ninth Omnibus Objection to Claims (No Liability Claims)," dated March 12, 2012, to which is attached the "Two Hundred Sixty-Ninth Omnibus Objection to Claims (No Liability Claims)," dated March 12, 2012 [Docket No. 26236], (the "Omni 269"),

    e.  "Notice of Hearing On Two Hundred Seventy-Third Omnibus Objection to Claims (Late-Filed Claims)," dated March 12, 2012, to which is attached the "Two Hundred Seventy-Third Omnibus Objection to Claims (Late-Filed Claims)," dated March 12, 2012 [Docket No. 26237], (the "Omni 273"),

    f.  "Notice of Hearing On Two Hundred Seventy-Fourth Omnibus Objection to Claims (Amended and Superseded Claims)," dated March 12, 2012, to which is attached the

"Two Hundred Seventy-Fourth Omnibus Objection to Claims (Amended and Superseded Claims)," dated March 12, 2012 [Docket No. 26238], (the "Omni 274"),

g. "Notice of Hearing On Two Hundred Seventy-Fifth Omnibus Objection to Claims (Duplicative Claims)," dated March 12, 2012, to which is attached the "Two Hundred Seventy-Fifth Omnibus Objection to Claims (Duplicative Claims)," dated March 12, 2012 [Docket No. 26239], (the "Omni 275"),

h. "Notice of Hearing On Two Hundred Seventy-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated March 12, 2012, to which is attached the "Two Hundred Seventy-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated March 12, 2012 [Docket No. 26240], (the "Omni 276"),

i. "Notice of Hearing On Two Hundred Seventy-Seventh Omnibus Objection to Claims (No Guarantee Claims)," dated March 12, 2012, to which is attached the "Two Hundred Seventy-Seventh Omnibus Objection to Claims (No Guarantee Claims)," dated March 12, 2012 [Docket No. 26241], (the "Omni 277"), and

j. "Notice of Hearing On Two Hundred Seventy-Eighth Omnibus Objection to Claims (Settled Derivatives Claims)," dated March 12, 2012, to which is attached the "Two Hundred Seventy-Eighth Omnibus Objection to Claims (Settled Derivatives Claims)," dated March 12, 2012 [Docket No. 26242], (the "Omni 278"),

by causing true and correct copies of the :

i. Omni 271, Omni 272, Omni 27, Omni 269, Omni 273, Omni 274, Omni 275, Omni 276, Omni 277 and Omni 278, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii. Omni 271, Omni 272, Omni 279, Omni 269, Omni 273, Omni 274, Omni 275, Omni 276, Omni 277 and Omni 278, to be delivered via facsimile to the party listed on the annexed Exhibit B,

iii. Omni 271, Omni 272, Omni 279, Omni 269, Omni 273, Omni 274, Omni 275, Omni 276, Omni 277 and Omni 278, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv. Omni 271, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

v. Omni 272, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E,

vi. Omni 279, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F,

vii. Omni 269, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit G,

viii. Omni 273, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit H,

    ix.    Omni 274, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit I</u>,

    x.    Omni 275, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit J</u>,

    xi.    Omni 276, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit K</u>,

    xii.    Omni 277, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit L</u>, and

    xiii.    Omni 278, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit M</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
19th day of March, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\NOH's of Omni 269, 271-279_DI_26233-26242_AFF_3-12-12.doc

**EXHIBIT A**

LBH Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
anann@foley.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com

LBH Email Service List

cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cousinss@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com

dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com

LBH Email Service List

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

elevin@lowenstein.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

feldsteinh@sullcrom.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

francois.janson@hklaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

guzzi@whitecase.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

icatto@mwe.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jamie.nelson@dubaiic.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

Jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

LBH Email Service List

Jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@ag.state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jhuh@ffwplaw.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jorbach@hahnhessen.com

Joseph.Cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

JPintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jteitelbaum@tblawllp.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

KDWBankruptcyDepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

LBH Email Service List

Ken.Coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@morritthock.com
Lee.Stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com

lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mharris@smsm.com

LBH Email Service List

mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com

neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com

LBH Email Service List

| | |
|---|---|
| relgidely@gjb-law.com | sabramowitz@velaw.com |
| rfleischer@pryorcashman.com | SABVANROOY@HOTMAIL.COM |
| rfrankel@orrick.com | sagolden@hhlaw.com |
| rfriedman@silvermanacampora.com | Sally.Henry@skadden.com |
| rgmason@wlrk.com | sandyscafaria@eaton.com |
| rgraham@whitecase.com | Sara.Tapinekis@cliffordchance.com |
| rhett.campbell@tklaw.com | scargill@lowenstein.com |
| richard.lear@hklaw.com | schannej@pepperlaw.com |
| richard.levy@lw.com | Schepis@pursuitpartners.com |
| richard.tisdale@friedfrank.com | schnabel.eric@dorsey.com |
| richard@rwmaplc.com | schristianson@buchalter.com |
| ritkin@steptoe.com | schwartzmatthew@sullcrom.com |
| RJones@BoultCummings.com | scottshelley@quinnemanuel.com |
| rleek@HodgsonRuss.com | scousins@armstrongteasdale.com |
| RLevin@cravath.com | sdnyecf@dor.mo.gov |
| rmatzat@hahnhessen.com | sean@blbglaw.com |
| rmcneill@potteranderson.com | sehlers@armstrongteasdale.com |
| rnetzer@willkie.com | seichel@crowell.com |
| robert.bailey@bnymellon.com | sfelderstein@ffwplaw.com |
| robert.dombroff@bingham.com | sfineman@lchb.com |
| robert.henoch@kobrekim.com | sfox@mcguirewoods.com |
| robert.malone@dbr.com | sgordon@cahill.com |
| Robert.yalen@usdoj.gov | sgubner@ebg-law.com |
| robertdakis@quinnemanuel.com | shannon.nagle@friedfrank.com |
| Robin.Keller@Lovells.com | sharbeck@sipc.org |
| roger@rnagioff.com | shari.leventhal@ny.frb.org |
| ronald.silverman@bingham.com | shgross5@yahoo.com |
| ross.martin@ropesgray.com | sidorsky@butzel.com |
| rqureshi@reedsmith.com | slerman@ebglaw.com |
| rrainer@wmd-law.com | slerner@ssd.com |
| rreid@sheppardmullin.com | slevine@brownrudnick.com |
| rrigolosi@smsm.com | SLoden@DiamondMcCarthy.com |
| rroupinian@outtengolden.com | smayerson@ssd.com |
| rrussell@andrewskurth.com | smillman@stroock.com |
| rterenzi@stcwlaw.com | smulligan@bsblawyers.com |
| RTrust@cravath.com | snewman@katskykorins.com |
| russj4478@aol.com | sory@fdlaw.com |
| rwasserman@cftc.gov | spiotto@chapman.com |
| rwyron@orrick.com | splatzer@platzerlaw.com |
| s.minehan@aozorabank.co.jp | squigley@lowenstein.com |
| sabin.willett@bingham.com | SRee@lcbf.com |

LBH Email Service List

sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com

twheeler@lowenstein.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.**

FAX LIST

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| COUNTRYWIDE ALTERNATIVE LOAN TRUST, SERIES 2006-OC | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ (CONTROL NO. MBS 25) NEW YORK NY 10022 |
| COUNTRYWIDE ALTERNATIVE LOAN TRUST, SERIES 2006-OC | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 559 LEXINGTON AVENUE (CONTROL NO. MBS 25) NEW YORK NY 10022 |
| COUNTRYWIDE ALTERNATIVE LOAN TRUST, SERIES 2006-OC | THE BANK OF NEW YORK MELLON, CORRIDOR CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG – VICE PRESIDENT NEW YORK NY 10286 |
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR | CERTIFICATES WITH ENHANCED RETURNS SERIES 2001-38-PT CTLA STRUCTURED FINANCE ATTN: CHI S. LE 10 EAST 40TH ST 14TH FLOOOR NEW YORK NY 10016 |
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR | PRYOR CASHMAN LLP ATTN: TINA N. MOSS, ESQ 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | MICHAEL VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-BC3 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| VIATHON CAPITAL MASTER FUND, L.P. | DOUGLAS HIRSCH, ESQ. SADIS & GOLDBERG, LLP 551 5TH AVE 21ST FL NEW YORK NY 10176 |
| ZEELAND ALUMINUM COMPANY AG | BAARERSTRASSE 63 ZUG 6300 SWITZERLAND |
| ZEELAND ALUMINUM COMPANY AG | JAMES O MOORE DECHERT LLP 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036-6797 |

Total Creditor count  10

**EXHIBIT E**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CALAFIORE, ANTHONY S. | 56 RYAN PLACE STATEN ISLAND NY 10312 |
| WOLFSOHN, SYDELLE | 1712 OLD MILL RD MERRICK NY 11566-1506 |

**Total Creditor count  2**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| AB SVENSK EXPORTKREDIT (PUBL) | ATTN: CHIEF FINANCIAL OFFICER P.O. BOX 16368 VASTRA TRADGARDSGATAN 11B STOCKHOLM SE 103 27 SWEDEN |
| AB SVENSK EXPORTKREDIT (PUBL) | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SEBASTIAN SPERBER CITY PLACE HOUSE 55 BASINGHALL STREET LONDON EC2V 5EH UNITED KINGDOM |
| AB SVENSK EXPORTKREDIT (PUBL) | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ONE LIBERTY PLAZA NEW YORK NY 10006 |
| AXIS BROKERAGE, LP | 19855 SOUTHWEST FREEWAY SUITE 250 SUGAR LAND TX 77479 |
| BENNETT, PAUL F | 546 PACIFIC STREET # 2 BROOKLYN NY 11217 |
| DAI-ICHI LIFE INSURANCE COMPANY, LIMITED THE | 13-1, YURAKUCHO 1 - CHOUME CHIYODA-KU, TOKYO 100-8411 JAPAN |
| DAI-ICHI LIFE INSURANCE COMPANY, LIMITED THE | DEWEY & LEBOEUF LLP ATTN: IRENA M GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| DAV-EL RESERVATIONS SYSTEM, INC. | 200 SECOND STREET CHELSEA MA 02150-1802 |
| DON PROHASKA & ASSOCIATES | 3465 REGENT AVENUE EUSENE OR 97401 |
| ENAM SECURITIES PVT LTD. | 109/112 DALAMAL TOWER NARIMAN POINT MUMBAI 400021 INDIA |
| FINDLAY RSI | 1210 DISTRIBUTION WAY VISTA CA 92081-8816 |
| GRIFFITHS, HILDA A. | 306 FLURRY LANE WEST BABYLON NY 11704 |
| HARRIS, ROTHENBERG INTERNATIONAL, LLC | 99 WALL STREET NEW YORK NY 10005 |
| HARTMEIER, MICHAEL | 706 LAUSANNE ROAD LOS ANGELES CA 90077 |
| LEXINGTON INSURANCE COMPANY | ATTN: GENERAL COUNSEL 175 WATER STREET, 18TH FLOOR NEW YORK NY 10038 |
| LEXINGTON INSURANCE COMPANY | ATTN: GENERAL COUNSEL 175 WEST STREET, 18TH FLOOR NEW YORK NY 10038 |
| LEXINGTON INSURANCE COMPANY | CHADBOURNE & PARKE LLP ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| LEXINGTON INSURANCE COMPANY | C/O AIG ASSET MANAGEMENT ATTN: OZZIE BAYAZITOGLU, ESQ. 2929 ALLEN PARKWAY, A36-01 HOUSTON TX 77019 |
| PJM INTERCONNECTION, LLC | C/O NICHOLAS J. LEPORE, III SCHNADER HARRISON SEGAL & LEWIS LLP 1600 MARKET STREET, STE 3600 PHILADELPHIA PA 19103 |
| SOLAR INVESTMENT GRADE CBO I, LTD | KRISTI FEINZIG SUN CAPITAL ADVISERS LLC AS COLLATERAL MANAGER ONE SUN LIFE EXECUTIVE PARK SC 1311 WELLESLEY MA 02481 |
| SOLAR INVESTMENT GRADE CBO I, LTD | THE BANK OF NEW YORK TRUST COMPANY, AS TRUSTEE ATTN: GLOBAL CORPORATE TRUST-SOLAR INVESTMENT GRADE CBO I, LTD 601 TRAVIS, 16TH FLOOR HOUSTON TX 77002 |
| SOLAR INVESTMENT GRADE CBO II, LTD | KRISTI FEINZIG SUN CAPITAL ADVISER LLC AS COLLATERAL MANAGER ONE SUN LIFE EXECUTIVE PARK SC 1311 WELLESLEY MA 02481 |
| SOLAR INVESTMENT GRADE CBO II, LTD | THE BANK OF NEW YORK TRUST COMPANY, AS TRUSTEE ATTN: GLOBAL CORPORATE TRUST-SOLAR INVESTMENT GRADE CBO II, LTD 601 TRAVIS, 16TH FLOOR HOUSTON TX 77002 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | C/O ALLY FINANCIAL INC. ATTN: STEPHEN VAN DOLSEN 1185 AVENUE OF THE AMERICA,S 2ND FLOOR NEW YORK NY 10036 |
| WINNING MIND, LLC | 1010 UNIVERSITY AVE., #265 SAN DIEGO CA 92103 |

Total Creditor count  26

**EXHIBIT G**

| Claim Name | Address Information |
| --- | --- |
| ANDREWS, TAMATHA LEE | 3030 S MACON CIR AURORA CO 80014-3053 |
| BAKER, CHRISTINE D. | 9204 WEEPING WILLOW PLACE LITTLETON CO 80130 |
| BERCELLIE, PATRICIA M. V. | 4259 E LARK SPARROW ST HIGHLAND RANCH CO 80126 |
| BIAMONTE, ANN M. | 2132 RALEIGH STREET DENVER CO 80212 |
| BYERS, KIMBERLEE | 10656 CEDARCREST CIRCLE HIGHLANDS RANCH CO 80130 |
| BYERS, LUCAS | 10656 CEDARCREST CIRCLE HIGHLANDS RANCH CO 80130 |
| CANHEDO, DANIELLE | 15230 SW 74TH CT PALMETTO BAY FL 33157-2494 |
| CHAN, MICHAEL H | 4215 WESTMINSTER RD GREAT NECK NY 11020 |
| CHIN, NEVILLE | 61 RIDGEWAY AVENUE STATEN ISLAND NY 10314 |
| DERIEG, MICAH | 10233 URAVAN ST. COMMERCE CITY CO 80022 |
| DREYER, JERALD WAYNE | 9797 MAYFAIR STREET #B ENGLEWOOD CO 80112 |
| FORD, KAREN POST | 12202 SHORT COURT CYPRESS TX 77429 |
| GUERRA, ROBERTO | 190 PARK AVENUE HARRISON NY 10528 |
| HAYNES, SUSAN M | 108 SAGAMORE ROAD 3G TUCKAHOE NY 10707 |
| HOLLOWAY, ALEX B | 3223 LEMMON AVE APT 5120 DALLAS TX 75204-1879 |
| INGRAM, EARON M. | 1455 S. IVY WAY DENVER CO 80224 |
| KAPLUN, ALEXANDER | 45 RIDGE ROAD NEWTON MA 02468 |
| KARR, RAYMOND P. | 16494 E. POWERS AVENUE CENTENNIAL CO 80015 |
| KASE, DAVID | 305 W 50TH ST APT 10A NEW YORK NY 10019-8405 |
| LENHART, DEBORAH A. | 16494 E. POWERS AVENUE CENTENNIAL CO 80015 |
| LIU, TINA | 56-15 206TH STREET OAKLAND GARDENS NY 11364 |
| LOOS, RICHARD JR. | 129 CYPRESS DRIVE NEWARK DE 19713 |
| MALIZIA, ROSE M. | 1109 BRASSIE AVENUE FLOSSMOOR IL 60422 |
| MALKANI, KUNAL | 646 WARREN STREET APT #3 BROOKLYN NY 11217 |
| MCGEE, JENNY M. | 3 PENNY LANE BEVERLY MA 01915 |
| MERRIMAN, SHAWNDA D. | 567 KRYPTONITE DR. CASTLE ROCK CO 80108 |
| MESTAS, JENNIFER | 9263 E. OXFORD DRIVE DENVER CO 80237 |
| METLITSKY, DMITRY | 2469 65TH STREET APT 6A BROOKLYN NY 11204 |
| MOORMANN, DIANE KELLY | 6612 W ELDORADO PLACE DENVER CO 80227 |
| MORRISON, E. VICTORIA | 3912 ALCAZAR DR. CASTLE ROCK CO 80109 |
| NOVELLO, MICHAEL | 511 WESTFIELD ROAD SCOTCH PLAINS NJ 07076 |
| OLDS, MICHELE LYNN | 8475 LIVERPOOL CIRCLE LITTLETON CO 80125 |
| ORLOWSKY, JOSEPH | 5411 PINEHURST DRIVE WILMINGTON DE 19808 |
| PARK, JENNIFER | 26 ALEXANDER DRIVE SYOSSET NY 11791 |
| SARDINA, LAUREN | 880 LOMBARD STREET SAN FRANCISCO CA 94133 |
| SHERMAN, LINDA A. | 8775 S. CRESTHILL LANE HIGHLANDS RANCH CO 80130 |
| SLATTERY, RYAN GORDON | 5509 E BRIARWOOD CIRCLE CENTENNIAL CO 80122 |
| STANFIELD, EARLANE | 118-82 METROPOLITAN AVE APT 7C KEW GARDENS NY 11415 |
| STEVENSON, AUTUMN LYN | 11857 E. FAIR AVE. GREENWOOD VILLAGE CO 80111 |
| SZABO, ZOLTAN | 9591 PEARL CIRCLE #104 PARKER CO 80134 |
| TAKANO, NAO | 8080 S. SAN JUAN RANGE RD. LITTLETON CO 80127 |
| TSEKOV, GEORGI I. | 213 S. SCOTCH PLAINS AVE WESTFIELD NJ 07090 |
| VAUGHN, ANNE M | 1 CRESCENT PLACE HO HO KUS NJ 07423 |
| WENIG, BARBARA | 24 RUTLEDGE ROAD MARLBORO NJ 07746 |
| WU, JASON | 2134 EAST 19TH STREET BROOKLYN NY 11229 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |

> **Total Creditor count  45**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| IRA FBO RICHARD FELS | PERSHING LLC AS CUSTODIAN 227 SUNSET AVE RIDGEWOOD NJ 07450 |
| PARKHOUSE, RICHARD | 9 BELGRAVE ROAD BARNES SW13 9NS UNITED KINGDOM |
| ROTH IRA FBO RICHARD FELS | PERSHING LLC AS CUSTODIAN 227 SUNSET AVE RIDGEWOOD NJ 07450 |
| SCHRODER INVESTMENT MANAGEMENT LIMITED | ON BEHALF OF SCHRODER ALTERNATIVE SOLUTIONS C/O ROPES & GRAY LLP ATTN: PETER L. WELSH PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |

**Total Creditor count  4**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| BANK OF NOVA SCOTIA, THE | BRADLEY TATE, LL.B 40 KING STREET WEST SCOTIA PLAZA 8TH FLOOR TORONTO ON M5H 1H1 CANADA |
| BANK OF NOVA SCOTIA, THE | COCO, NATHAN F. MCDERMOTT WILL & EMERY LLP 227 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| BNP PARIBAS ARBITRAGE | 8 RUE DE SOFIA ATTN: FRANCOIS ARTIGALA PARIS 75018 FRANCE |
| FORTIS BANK | WARANDEBERG 3 1000 BRUSSEL 1000 BELGIUM |
| FORTIS BANK | BGL SA, ATTN: ANNMARIE JUNG 50, AVENUE JF KENNEDY LUXEMBOURG L-2951 LUXEMBOURG |
| FORTIS BANK | BGL SA ATTN: ANNEMARIE JUNG 50, AVENUE JF KENNEDY LUXEMBOURG L-2951 LUXEMBOURG |
| FORTIS BANK NV | WARANDEBERG 3 1000 BRUSSEL BELGIUM |
| FORTIS BANK NV | BGL SA ATTN: ANNEMARIE JUNG 50, AVENUE JF NKENNEDY LUXEMBOURG L-2951 LUXEMBOURG |
| FORTIS BANK NV | BGL SA ATTN: ANNEMARIE JUNG 50, AVENUE JF KENNEDY LUXEMBOURG L-2951 LUXEMBOURG |
| FORTIS BANK NV/SA | ATTN: ANNEMARIE JUNG AND PHILIP STEEGMANS MONTAGNE DE PARC, 3 BRUSSELS BELGIUM |
| FORTIS BANK NV/SA | ANNMERIE JUNG AND PHILIP STEEGMANS MONTAGNE DE PARC, 3 BRUSSELS BELGIUM |
| FORTIS BANK NV/SA | MONTAGNE DU PARC 3 ATTN HILDE VAN VERRE & MARC GALLET BRUSSELS BELGIUM |
| FORTIS BANK NV/SA | HOWARD S. BELTZER, ESQ. MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| FORTIS BANK NV/SA | RICHARD M. SKOLLER, ESQ. & KATHRYN B. QUINN BNP PARIBAS 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| FORTIS BANK NV/SA | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 1201 F. ST. N.W. SUITE 1100 WASHINGTON DC 20004 |
| INTERNATIONAL EQUITY INDEX FUND III ACCREDITED, LL | IRENA M. GOLDSTEIN DEWEY & LEBEOUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| INTERNATIONAL EQUITY INDEX FUND III ACCREDITED, LL | ATTN: CHRIS JACOBY 6501 E. BELLEVIEW AVE, SUITE 400 ENGELWOOD CO 80111 |
| LEXINGTON INSURANCE COMPANY | ATTN: GENERAL COUNSEL 175 WATER STREET, 18TH FLOOR NEW YORK NY 10038 |
| LEXINGTON INSURANCE COMPANY | C/O AIG GLOBAL INVESTMENT CORP ATTN: BILL FISH 70 PINE STREET, 13TH FLOOR NEW YORK NY 10038 |
| LEXINGTON INSURANCE COMPANY | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| LEXINGTON INSURANCE COMPANY | ATTN: BILL FISH C/O AIG GLOBAL INVESTMENT CORP. 70 PINE STREET, 13TH FLOOR NEW YORK NY 10270 |
| MACQUARIE BANK LIMITED | ATTN: EXECUTIVE DIRECTOR, LEGAL RISK MANAGEMENT TREASURY AND COMMODITIES GROUP NO. 1 MARTIN PLACE SYDNEY NSW2000 AUSTRALIA |
| SOCIETE GENERALE | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| SOCIETE GENERALE | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SOCIETE GENERALE | ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE ASSET MANAGEMENT BANQUE | ATTN: BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| SOCIETE GENERALE ASSET MANAGEMENT BANQUE | ATTN: CAROL MORRISON C/O SOCIETE GENERALE 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SUMITOMO MITSUI BANKING CORPORATION | MAYER BROWN LLP ATTN RICK HYMAN ESQ 1675 BROADWAY NEW YORK NY 10019-5820 |
| SUMITOMO MITSUI BANKING CORPORATION | ATTN SCOTT DIAMOND, LEGAL 277 PARK AVENUE 6TH FLOOR NEW YORK NY 10172-0601 |
| SUMITOMO MITSUI BANKING CORPORATION | ATTN SCOTT DIAMOND, LEGAL 277 PARK AVENUE NEW YORK NY 10172-0601 |
| SUN HUNG KAI INVESTMENT SERVICES LIMITED | ATTN: MS SYLVIA LAU 42/F THE LEE GARDENS 33 HYSAN AVE CAUSEWAY BAY HONG KONG CHINA |

<div style="text-align:center; border: 1px solid black;">

**Total Creditor count  31**

</div>

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK (OSTERREICH) AG (FKA SAL. OPPENHEIM | CIE. (OSTERREICH) AG) STOCK IM EISEN-PLATZ 3 VIENNA A-1010 AUSTRIA |
| DEUTSCHE BANK (OSTERREICH) AG (FKA SAL. OPPENHEIM | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ/VINCENT ROLDAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND LIMITED C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DURR, MAX | MOOSEWIESSTRASSE 84 GOSSAU 9200 SWITZERLAND |
| LIQUIDATION OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: DELTA LLOYD N.V. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| SRM GLOBAL MASTER FUND LIMITED PARTNERSHIP | DAVID STEINBERG CLIFFORD CHANCE 10 UPPER BANK STREET LONDON E14 5JJ UNITED KINGDOM |
| SRM GLOBAL MASTER FUND LIMITED PARTNERSHIP | C/O SRM ADVISERS (LONDON) LLP ATTN: IAN BARCLAY 3 CADOGAN GATE LONDON SW1X 0AS UNITED KINGDOM |
| SRM GLOBAL MASTER FUND LIMITED PARTNERSHIP | JENNIFER DEMARCO/ SARAH CAMPBELL CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| YIU YUEN ON PAUL | FLAT 7D WING ON COURT 24 HO MAN TIN HILL ROAD KOWLOON HONG KONG |

**Total Creditor count  11**

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| CULKIN, GERALD T. | 7312 MYSTIC WAY PORT SAINT LUCIE FL 34986 |
| GATES, EDWARD | 1013 US HWY 321 N WINNSBORO SC 29180 |
| JARAMILLO, ROBERT E. | 24 BRIGHT VIEW LANE WATSONVILLE CA 95076 |
| KRASNER, DENNIS R. IRA | 4 EILEEN LANE MARLBORO NJ 07746 |
| NEW JERSEY TRANSIT CORP | ATTN: ROBERT WEBB 1 PENN PLAZA NEWARK NJ 07105-2246 |
| PLATH, HEIKE | 307 OLD POINTE RD PAWLEYS ISLAND SC 29585 |
| VANGUARD SHORT-TERM BOND INDEX FUND, A SERIES OF V | FUNDS ATTN: MICHAEL DRAYO P.O. BOX 2600 MAIL STOP V26 VALLEY FORGE PA 19482 |
| VANGUARD TOTAL BOND MARKET INDEX FUND, A SERIES OF | FUNDS ATTN: MICHAEL DRAYO P.O. BOX 2600 MAIL STOP V26 VALLEY FORGE PA 19482 |
| VOSS, JERRY NEAL | 11 MEADOW LAKE DRIVE TEXARKANA TX 75503 |
| WASHINGTON STATE PLUMBING AND PIPEFITTING INDUSTRY | JERI TRICE, ZENITH ADMINISTRATORS 201 QUEEN ANNE AVENUE NORTH SUITE 100 SEATTLE WA 98109-4896 |

**Total Creditor count  10**

**EXHIBIT L**

| Claim Name | Address Information |
|------------|---------------------|
| BANCA ITALEASE S.P.A | C/O LOVELLS STUDIO LEGALE ATTN: FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN 20123 ITALY |
| BANCA ITALEASE S.P.A | ANDREW B. ECKSTEIN BANCA ITALEASE S.P.A C/O BLANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| NEW SOUTH FEDERAL SAVINGS BANK, F.S.B. | TROUTMAN SANDERS LLP ATTN: HOLLACE T COHEN, ESQ THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| NEW SOUTH FEDERAL SAVINGS BANK, F.S.B. | ATTN: BETSY REYNOLDS 1900 CRESTWOOD BLVD. BIRMINGHAM AL 35210 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS 1D 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor count  6**

**EXHIBIT M**

| Claim Name | Address Information |
|---|---|
| ALASKA PERMANENT FUND CORPORATION | C/O RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| DIAMOND FINANCE PLC SERIES 2006-1H | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PLC SERIES 2006-1H | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 UNITED STATES |
| DIAMOND FINANCE PLC SERIES 2006-1H | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 94 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SUNTRUST BANK | SUNTRUST BANKS, INC. ATTN: DAVID BLOOM, ESQ. 303 PEACHTREE STREET, 36TH FLOOR ATLANTA GA 30308 |
| SUNTRUST BANK | SUNTRUSTS BANKS, INC. ATTN: DAVID BLOOM, ESQ. - FIRST VP AND ASSOCIATE GENERAL COUNSEL 303 PEACHTREE STREET 36TH FLOOR ATLANTA GA 30308 |
| SUNTRUST BANK | ATTN: FRED D. WOOLF, DIRECTOR FINANCIAL RISK MGMT OPERATIONS MAIL CODE GA-ATL-3913 3333 PEACHTREE STREET, N.E. ATLANTA GA 30326 |
| SUNTRUST BANK | ATTN: FRED D. WOOLF, DIRECTOR FINANCIAL RISK MANAGEMENT OPERATIONS MAIL CODE GA-ATL-3913 3333 PEACHTREE STREET, N.E. ATLANTA GA 30326 |

Total Creditor count  8