# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 267: EXHIBIT 1- NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | PUTERMAN, SAMUEL<br>C/O DAVID M. BUCKNER, ESQ.<br>KOZYAK TROPIN & THROCKMORTON, P.A.<br>2525 PONCE DE LEON, 9TH FLOOR<br>MIAMI, FL 33134 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30674 | $70,000,000.00 | No Liability Claim |
| 2 | REYNO, FREDDIE & WOLFKIND-REYNO, JUNE F.<br>10170 PRESLET STREET<br>SAN DIEGO, CA 92126 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/20/2009 | 4520 | $1,540,000.00 | No Liability Claim |
| 3 | RIVERSIDE HOLDINGS, LLP<br>192 LEXINGTON AVENUE<br>NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25546 | $6,945,592.00* | No Liability Claim |
| 4 | WEISS, ROGER J AND SUZANNE, AS CO-EXECUTORS OF THE ESTATE OF STEPHEN<br>H WEISS<br>ROGER J WEISS<br>16 THE CROSSING AT BLIND BROOK<br>PURCHASE, NY 10577 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2009 | 35917 | $400,000.00* | No Liability Claim |
| | | | | | TOTAL | $78,885,592.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts