# EXHIBIT 1

### IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 219: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | YAKIMA-TIETON IRRIGATION DISTRICT C/O FOSTER PEPPER PLLC ATTN: JANE PEARSON 1111 THIRD AVENUE, SUITE 3400 SEATTLE, WA 98101-3299 | 3848 | 04/20/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $546,568.34* | Lehman Brothers Special Financing Inc. | Unsecured | $312,174.00 |
| | | | | | TOTAL | $546,568.34 | | TOTAL | $312,174.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts          Page 1 of 1