# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 232: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | | |
| 1 | TACONIC OPPORTUNITY FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TACONIC CAPITAL ADVISORS L.P. ATTN: TIM ANDRIKS 450 PARK AVENUE NEW YORK, NY 10022 | 16059 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $12,393,189.00* | Lehman Brothers Special Financing Inc. | Unsecured | $9,247,898.00 |
| | TRANSFERRED TO: TACONIC CAPITAL PARTNERS 1.5 L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TACONIC CAPITAL ADVISORS, L.P. ATTN: TIM ANDRIKS 450 PARK AVENUE NEW YORK, NY 10022 | 16059 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,187,034,00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,631,982.00 |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 232: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 2 | TACONIC OPPORTUNITY FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TACONIC CAPITAL ADVISORS L.P. ATTN: TIM ANDRIKS 450 PARK AVENUE NEW YORK, NY 10022 | 16060 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $12,677,173.00* | Lehman Brothers Holdings Inc. | Unsecured | $9,535,971.50 |
| | TRANSFERRED TO: TACONIC CAPITAL PARTNERS 1.5 LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE NEW YORK, NY 10022 | 16060 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,237,149,00* | Lehman Brothers Holdings Inc. | Unsecured | $1,682,818.50 |
| | | | | | TOTAL | $29,494,545.00 | | TOTAL | $22,098,670.00 |