# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc., et al.        Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| OZ Special Master Fund, Ltd. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

OZ Special Master Fund, Ltd.
c/o Och-Ziff Capital Management Group
9 West 57th Street, 13th Floor
New York, NY 10019
Attn: Leslie Evans
Email: noticesbankdebt@ozcap.com

Court Claim # (if known): 28103

Amount of Claim Transferred: $100,000,000.00

Date Claim Filed: September 22, 2009

Phone:
Last Four Digits of Acct. #: _____

Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

OZ Special Master Fund, Ltd.
By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____        Date: 4/27/12
Name: Joel Frank
Title: Chief Financial Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

513-346/COURT/3395818.1

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>    Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 28103 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on          .

| Goldman Sachs Lending Partners LLC | OZ Special Master Fund, Ltd. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Goldman Sachs Lending Partners LLC<br>c/o Goldman, Sachs & Co.<br>200 West Street<br>New York, NY 10282-2198<br>Attn: Lauren Day<br>Email: gsd.link@gs.com<br>Tel: 212-934-3921 | OZ Special Master Fund, Ltd.<br>c/o Och-Ziff Capital Management Group<br>9 West 57th Street, 13th Floor<br>Email: noticesbankdebt@ozcap.com<br>Fax: +1 212 790 0050<br>Name: Leslie Evans<br>Telephone: 646-826-5734 |

**~DEADLINE TO OBJECT TO TRANSFER~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____        _____
                                     CLERK OF THE COURT

513-346/COURT/3395818.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

GOLDMAN SACHS LENDING PARTNERS LLC, located at 200 West Street, New York, NY 10282-2198 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned OZ SPECIAL MASTER FUND, LTD., its successors and assigns ("Purchaser"), a $100,000,000.00 pro rata share in and to all rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (Claim No.: 28103) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 27 day of April, 2012.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:    Ivan Anderson
          Authorized Signatory

OZ SPECIAL MASTER FUND, LTD.
By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____
Name: Joel Frank
Title: Chief Financial Officer

716902v.3 9999/08888

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

GOLDMAN SACHS LENDING PARTNERS LLC, located at 200 West Street, New York, NY 10282-2198 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned OZ SPECIAL MASTER FUND, LTD., its successors and assigns ("Purchaser"), a $100,000,000.00 pro rata share in and to all rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (Claim No.: 28103) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 27 day of April, 2012.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:

OZ SPECIAL MASTER FUND, LTD.
By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____
Name: Joel Frank
Title: Chief Financial Officer

716902v.3 3091/00077