**LOWENSTEIN SANDLER, PC**
Jeffrey D. Prol
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Attorneys for Fubon Bank (Hong Kong) Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CHANGE OF ADDRESS FOR**
**FUBON BANK (HONG KONG) LIMITED**

TO:

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

Weil Gotshal & Manges LLP
Attn: Harvey Miller, Esq. and Lori Fife, Esq.
767 Fifth Avenue
New York, NY 10153

PLEASE TAKE NOTICE that the offices of Fubon Bank (Hong Kong) Limited have moved. Accordingly, all notices, correspondence or payments related to the Proofs of Claim listed on the annexed **Exhibit A** should be sent to the appropriate new addresses for Fubon Bank (Hong Kong) Limited, as follows:

22345/2
04/27/2012 20388879.1

**Notice Address**

c/o Fubon Bank (Hong Kong) Limited
Financial Markets Group
15/F, Fubon Bank Building
38 Des Voeux Road, Central, Hong Kong
Ann: Mr. Richard Yu - First Vice President
Telephone: (011) (852) 2842 6128

**Payment Address**

Treasury Settlement Department
Fubon Bank (Hong Kong) Limited
19/F, Greenwich Centre
260 King's Road, North Point
Hong Kong
Attn: Mr. Kelvin Liu and Ms. Polly Lam
Telephone: Mr. Kelvin Liu (011) (852) 3767 6030
Telephone: Ms. Polly Lam (011) (852) 3767 6137

PLEASE TAKE FURTHER NOTICE that Fubon Bank (Hong Kong) Limited respectfully requests that the official claims register maintained by Epiq Bankruptcy Solutions, LLC for the above-referenced cases be updated accordingly.

Dated: April 27, 2012

Respectfully Submitted,

**LOWENSTEIN SANDLER PC**

By: /s/ Jeffrey D. Prol
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Attorneys for Fubon Bank (Hong Kong) Limited*

## **Exhibit A**

|     | **Claimant** | **Claim No.** |
|-----|--------------|---------------|
| 1.  | CHAN HING TONG | 42117 |
| 2.  | CHAN HING TONG | 42118 |
| 3.  | CHANG LIEN CHIEN AND HUANG YI HAO | 42099 |
| 4.  | FUBON BANK (HONG KONG) LIMITED (as transferee) | 42098 |
| 5.  | FUBON BANK (HONG KONG) LIMITED (as transferee) | 42109 |
| 6.  | FUBON BANK (HONG KONG) LIMITED (as transferee) | 42101 |
| 7.  | CONGO TECHNOLOGY LTD. | 42113 |
| 8.  | CONGO TECHNOLOGY LTD. | 42114 |
| 9.  | CONGO TECHNOLOGY LTD. | 42115 |
| 10. | CONGO TECHNOLOGY LTD. | 42116 |
| 11. | FUBON BANK (HONG KONG) LIMITED | 43072 |
| 12. | KONG SIU LEUNG | 42102 |
| 13. | KWAN WAI KEUNG AND LAU YUEN MAN SOPHIA | 42107 |
| 14. | LAU MEE YUE POLLY AND SHUEN SHIU MAN | 42103 |
| 15. | FUBON BANK (HONG KONG) LIMITED (as transferee) | 42097 |
| 16. | LEE EDMUND YU CHIANG | 42112 |
| 17. | FUBON BANK (HONG KONG) LIMITED (as transferee) | 42105 |
| 18. | LEUNG KWOK FAI PATRICK | 42104 |
| 19. | LIN CHING CHUN | 42100 |
| 20. | LUK KIN KEE | 42119 |
| 21. | MOK KIN PING | 42106 |
| 22. | NG KAI HIM | 42108 |
| 23. | PAN ZHIYUAN | 42110 |
| 24. | TAIPEI FUBON COMMERCIAL BANK CO. LTD, HK BRANCH - CHEN CHING HUAI | 42096 |
| 25. | TAIPEI FUBON COMMERCIAL BANK CO. LTD, HK BRANCH - LARNDIE DEVELOPMENT LTD. | 42095 |
| 26. | TAIPEI FUBON COMMERCIAL BANK CO. LTD, HK BRANCH – VONMAX INDUSTRIAL (HK) CO. LTD. | 42092 |
| 27. | TAIPEI FUBON COMMERCIAL BANK CO. LTD, HK BRANCH - WANG WAN CHU | 42093 |
| 28. | TAIPEI FUBON COMMERCIAL BANK CO. LTD, HK BRANCH - WANG WAN CHU | 42094 |
| 29. | YING WING CHEUNG | 42111 |