# Exhibit 1

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 110: EXHIBIT 1 – NO LIABILITY PENSION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | PHILLIPS, DORIS M<br>374 HAMILTON ROAD<br>RIDGEWOOD, NJ 07450 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31702 | Undetermined | No Liability--Pension Claim |
| | | | | | **TOTAL** | **Undetermined** | |