# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 271: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-BC3 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14578 | Undetermined | No Liability Claim |
| 2 | COUNTRYWIDE ALTERNATIVE LOAN TRUST, SERIES 2006-OC5N THE BANK OF NEW YORK MELLON, CORRIDOR CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14481 | Undetermined | No Liability Claim |
| 3 | COUNTRYWIDE ALTERNATIVE LOAN TRUST, SERIES 2006-OC5N THE BANK OF NEW YORK MELLON, CORRIDOR CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14485 | Undetermined | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 271: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS SERIES 2001-38-PT CTLA STRUCTURED FINANCE ATTN: CHI S. LE 10 EAST 40TH ST 14TH FLOOOR NEW YORK, NY 10016 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 28789 | Undetermined | No Liability Claim |
| 5 | VIATHON CAPITAL MASTER FUND, L.P. DOUGLAS HIRSCH, ESQ. SADIS & GOLDBERG, LLP 551 5TH AVE 21ST FL NEW YORK, NY 10176 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33681 | $37,371,560.00 | No Liability Claim |
| 6 | ZEELAND ALUMINUM COMPANY AG BAARERSTRASSE 63 ZUG, 6300 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25380 | $81,705,458.43 | No Liability Claim |
| 7 | ZEELAND ALUMINUM COMPANY AG BAARERSTRASSE 63 ZUG, 6300 SWITZERLAND | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25381 | $81,705,458.43 | No Liability Claim |
| | | | | | TOTAL | $200,782,476.86 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts