# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 274: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BANK OF NOVA SCOTIA, THE<br>BRADLEY TATE, LL.B<br>40 KING STREET WEST<br>SCOTIA PLAZA 8TH FLOOR<br>TORONTO, ON M5H 1H1<br>CANADA | 09/04/2009 | 08-13555 (JMP) | 10402 | $131,795,492.00* | BANK OF NOVA SCOTIA, THE<br>BRADLEY TATE, LL.B.<br>40 KING STREET WEST<br>SCOTIA PLAZA 8TH FLOOR<br>TORONTO, ON M5H 1H1<br>CANADA | 02/28/2012 | 08-13555 (JMP) | 67931 | $131,667,013.00 |
| 2 | BNP PARIBAS ARBITRAGE<br>8 RUE DE SOFIA<br>ATTN: FRANCOIS ARTIGALA<br>PARIS, 75018<br>FRANCE | 01/11/2012 | 08-13555 (JMP) | 67841 | $1,047,074.96* | BNP PARIBAS ARBITRAGE<br>ATTN: FRANCOIS ARTIGALA<br>8, RUE DE SOFIA<br>PARIS, 75018<br>FRANCE | 02/13/2012 | 08-13555 (JMP) | 67891 | $4,659,162.00* |
| 3 | FORTIS BANK<br>WARANDEBERG 3<br>1000 BRUSSEL, 1000<br>BELGIUM | 09/18/2009 | 08-13885 (JMP) | 16063 | $8,609,430.00* | FORTIS BANK NV/SA<br>ATTN: HILDE VAN VERRE/REGINE OUYANG<br>MONTAGNE DU PARC, 3<br>BRUSSELS,<br>BELGIUM | 02/13/2012 | 08-13885 (JMP) | 67887 | $8,609,430.00* |
| 4 | FORTIS BANK<br>WARANDEBERG 3<br>1000 BRUSSEL, 1000<br>BELGIUM | 09/18/2009 | 08-13555 (JMP) | 16064 | $8,609,430.00* | FORTIS BANK NV/SA<br>ATTN: HILDE VAN VERRE/REGINE OUYANG<br>MONTAGNE DU PARC, 3<br>BRUSSELS,<br>BELGIUM | 02/13/2012 | 08-13555 (JMP) | 67886 | $8,609,430.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

### IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 274: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | FORTIS BANK NV WARANDEBERG 3 1000 BRUSSEL, BELGIUM | 09/18/2009 | 08-13888 (JMP) | 16065 | $99,491,693.00* | FORTIS BANK NV/SA ATTN: HILDE VAN VERRE/REGINE OUYANG MONTAGNE DU PARC, 3 BRUSSELS, BELGIUM | 02/13/2012 | 08-13888 (JMP) | 67888 | $99,491,693.00* |
| 6 | FORTIS BANK NV WARANDEBERG 3 1000 BRUSSEL, BELGIUM | 09/18/2009 | 08-13555 (JMP) | 16066 | $99,491,693.00* | FORTIS BANK NV/SA ATTN: HILDE VAN VERRE/REGINE OUYANG MONTAGNE DU PARC, 3 BRUSSELS, BELGIUM | 02/13/2012 | 08-13555 (JMP) | 67889 | $99,491,693.00* |
| 7 | FORTIS BANK NV/SA ATTN: ANNEMARIE JUNG AND PHILIP STEEGMANS MONTAGNE DE PARC, 3 BRUSSELS, BELGIUM | 09/22/2009 | 08-13555 (JMP) | 26438 | $4,471,257.00* | FORTIS BANK NV/SA MONTAGNE DU PARC, 3 ATTN HILDE VAN VERRE & MARC GALLET BRUSSELS, BELGIUM | 02/01/2012 | 08-13555 (JMP) | 67875 | $2,502,020.49* |
| 8 | FORTIS BANK NV/SA ANNMERIE JUNG AND PHILIP STEEGMANS MONTAGNE DE PARC, 3 BRUSSELS, BELGIUM | 09/22/2009 | 08-13555 (JMP) | 26444 | $3,189,947.35* | FORTIS BANK NV/SA MONTAGNE DU PARC 3 ATTN HILDE VAN VERRE & MARC GALLET BRUSSELS, BELGIUM | 02/01/2012 | 08-13555 (JMP) | 67874 | $8,522,649.41* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 274: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 9 | FORTIS BANK NV/SA ANNMERIE JUNG AND PHILIP STEEGMANS MONTAGNE DE PARC, 3 BRUSSELS, BELGIUM | 09/22/2009 | 08-13555 (JMP) | 26445 | $4,211,503.00* | FORTIS BANK NV/SA MONTAGNE DU PARC, 3 BRUSSELS, BELGIUM | 02/01/2012 | 08-13555 (JMP) | 67873 | $8,796,204.97* |
| 10 | FORTIS BANK NV/SA MONTAGNE DU PARC 3 ATTN HILDE VAN VERRE & MARC GALLET BRUSSELS, BELGIUM | 02/01/2012 | 08-13555 (JMP) | 67874 | $8,522,649.41* | FORTIS BANK NV/SA ATTN: HILDE VAN VERRE/REGINE OUYANG MONTAGNE DU PARC, 3 BRUSSELS, BELGIUM | 02/13/2012 | 08-13555 (JMP) | 67890 | $9,274,399.41* |
| 11 | INTERNATIONAL EQUITY INDEX FUND III ACCREDITED, LLLP ATTN: CHRIS JACOBY 6501 E. BELLEVIEW AVE, SUITE 400 ENGELWOOD, CO 80111 | 09/21/2009 | 08-13555 (JMP) | 21667 | $39,372,000.00* | INTERNATIONAL EQUITY INDEX FUND III ACCREDITED LLLP INTERNATIONAL EQUITY INDEX FUND III ACCREDITED, L.L.L.P. 6501 E BELLEVIEW AVE, SUITE 400 ENGELWOOD, CO 80111 | 01/30/2012 | 08-13555 (JMP) | 67865 | $28,332,204.07 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 274: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 12 | INTERNATIONAL EQUITY INDEX FUND III ACCREDITED, LLLP ATTN: CHRIS JACOBY 6501 E. BELLEVIEW AVE., SUITE 400 ENGELWOOD, CO 80111 | 09/21/2009 | 08-13893 (JMP) | 21668 | $39,372,000.00* | INTERNATIONAL EQUITY INDEX FUND III ACCREDITED LLLP INTERNATIONAL EQUITY INDEX FUND III ACCREDITED, L.L.L.P. 6501 E BELLEVIEW AVE, SUITE 400 ENGELWOOD, CO 80111 | 01/30/2012 | 08-13893 (JMP) | 67866 | $28,332,204.07 |
| 13 | LEXINGTON INSURANCE COMPANY ATTN: BILL FISH C/O AIG GLOBAL INVESTMENT CORP. 70 PINE STREET, 13TH FLOOR NEW YORK, NY 10270 | 09/21/2009 | 08-13555 (JMP) | 34193 | Undetermined | LEXINGTON INSURANCE COMPANY C/O AIG ASSET MANAGEMENT ATTN: OZZIE BAYAZITOGLU, ESQ. 2929 ALLEN PARKWAY, A36-01 HOUSTON, TX 77019 | 02/17/2012 | 08-13555 (JMP) | 67895 | $158,124.96* |
| 14 | LEXINGTON INSURANCE COMPANY C/O AIG GLOBAL INVESTMENT CORP ATTN: BILL FISH 70 PINE STREET, 13TH FLOOR NEW YORK, NY 10038 | 09/21/2009 | 08-13888 (JMP) | 34196 | Undetermined | LEXINGTON INSURANCE COMPANY C/O AIG ASSET MANAGEMENT ATTN: OZZIE BAYAZITOGLU, ESQ. 2929 ALLEN PARKWAY, A36-01 HOUSTON, TX 77019 | 02/17/2012 | 08-13888 (JMP) | 67896 | $158,124.96 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 274: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 15 | MACQUARIE BANK LIMITED ATTN: EXECUTIVE DIRECTOR, LEGAL RISK MANAGEMENT TREASURY AND COMMODITIES GROUP NO. 1 MARTIN PLACE SYDNEY, NSW2000 AUSTRALIA | 09/18/2009 | 08-13555 (JMP) | 18855 | $29,192,648.71 | MACQUARIE BANK LIMITED ATTN: EXECUTIVE DIRECTOR, LEGAL RISK MANAGEMENT TREASURY AND COMMODITIES GROUP NO. 1 MARTIN PLACE SYDNEY, NSW 2000 AUSTRALIA | 01/30/2012 | 08-13555 (JMP) | 67864 | $31,592,120.56 |
| 16 | SOCIETE GENERALE ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK, NY 10020 | 09/17/2009 | 08-13555 (JMP) | 15632 | $163,492,113.10* | SOCIETE GENERALE ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK, NY 10020 | 02/28/2012 | 08-13555 (JMP) | 67932 | $226,738,674.00* |
| 17 | SOCIETE GENERALE ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK, NY 10020 | 01/25/2012 | 08-13555 (JMP) | 67856 | $226,609,153.00* | SOCIETE GENERALE ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK, NY 10020 | 02/28/2012 | 08-13555 (JMP) | 67932 | $226,738,674.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 274: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 18 | SOCIETE GENERALE ASSET MANAGEMENT BANQUE<br>ATTN: CAROL MORRISON<br>C/O SOCIETE GENERALE<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | 09/22/2009 | 08-13555 (JMP) | 28253 | $1,651,906.39* | SOCIETE GENERALE, AS SUCESSOR IN INTEREST TO SOCIETE GENERALE ASSET MANAGEMENT BANQUE<br>ATTN: CAROL MORRISON<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | 01/26/2012 | 08-13555 (JMP) | 67861 | $1,748,852.14* |
| 19 | SOCIETE GENERALE ASSET MANAGEMENT BANQUE<br>ATTN: CAROL MORRISON<br>C/O SOCIETE GENERALE<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | 09/22/2009 | 08-13555 (JMP) | 28254 | $8,391,937.37* | SOCIETE GENERALE, AS SUCESSOR IN INTEREST TO SOCIETE GENERALE ASSET MANAGEMENT BANQUE<br>ATTN: CAROL MORRISON<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | 01/26/2012 | 08-13555 (JMP) | 67860 | $8,410,680.49* |
| 20 | SUMITOMO MITSUI BANKING CORPORATION<br>ATTN SCOTT DIAMOND, LEGAL<br>277 PARK AVENUE 6TH FLOOR<br>NEW YORK, NY 10172-0601 | 09/21/2009 | 08-13555 (JMP) | 26237 | $15,097,032.06* | SUMITOMO MITSUI BANKING CORPORATION<br>ATTN: SCOTT DIAMOND, LEGAL<br>277 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10172-0601 | 01/26/2012 | 08-13555 (JMP) | 67858 | $15,790,483.35* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 274: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 21 | SUMITOMO MITSUI BANKING CORPORATION ATTN SCOTT DIAMOND, LEGAL 277 PARK AVENUE NEW YORK, NY 10172-0601 | 09/21/2009 | 08-13888 (JMP) | 26238 | $15,097,032.06* | SUMITOMO MITSUI BANKING CORPORATION ATTN: SCOTT DIAMOND, LEGAL 277 PARK AVENUE, 6TH FLOOR NEW YORK, NY 10172-0601 | 01/26/2012 | 08-13888 (JMP) | 67859 | $15,790,483.35* |
| 22 | SUN HUNG KAI INVESTMENT SERVICES LIMITED ATTN: MS SYLVIA LAU 42/F THE LEE GARDENS 33 HYSAN AVE CAUSEWAY BAY HONG KONG, CHINA | 09/21/2009 | 08-13555 (JMP) | 22807 | Undetermined | SUN HUNG KAI INVESTMENT SERVICES LIMITED ATTN: SYLVIA LAU 42/F, THE LEE GARDENS 33 HYSAN AVENUE CAUSEWAY BAY, HONG KONG | 02/06/2012 | 08-13555 (JMP) | 67876 | $7,917,540.04* |
| | | | TOTAL | | $907,715,992.41 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts