# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 277: EXHIBIT 1 – NO GUARANTEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | NEW SOUTH FEDERAL SAVINGS BANK, F.S.B.<br>ATTN: BETSY REYNOLDS<br>1900 CRESTWOOD BLVD.<br>BIRMINGHAM, AL 35210 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29996 | $913,798.17* | No Guarantee |
| 2 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES<br>ATTN: TIMOTHY PILLAR, VP<br>EP-MN-WS1D, 60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32809 | $10,378.33* | No Guarantee |
| 3 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES<br>ATTN: TIMOTHY PILLAR, VP<br>EP-MN-WS1D, 60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32913 | $9,378.33* | No Guarantee |
| 4 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES<br>ATTN: TIMOTHY PILLAR, VP<br>EP-MN-WS 1D<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32980 | $12,378.33* | No Guarantee |
| | | | | | TOTAL | $945,933.16 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 277: EXHIBIT 2 – NO GUARANTEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BANCA ITALEASE S.P.A<br>C/O LOVELLS STUDIO LEGALE<br>ATTN: FEDERICO DEL MONTE<br>VIA SANTA MARIA ALLA PORTA 2<br>MILAN, 20123<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30708 | $5,163,384.15 | No Guarantee |
| | | | | | TOTAL | $5,163,384.15 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts