# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 269: EXHIBIT 1 – NO LIABILITY 401(k) CLAIMS

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ANDREWS, TAMATHA LEE<br>3030 S MACON CIR<br>AURORA, CO 80014-3053 | Lehman Brothers Holdings Inc. | 01/30/2009 | 2340 | $1,784.23 | No Liability |
| 2 | BAKER, CHRISTINE D.<br>9204 WEEPING WILLOW PLACE<br>LITTLETON, CO 80130 | Lehman Brothers Holdings Inc. | 01/29/2009 | 2328 | $28,385.89 | No Liability |
| 3 | BERCELLIE, PATRICIA M. V.<br>4259 E LARK SPARROW ST<br>HIGHLAND RANCH, CO 80126 | Lehman Brothers Holdings Inc. | 02/02/2009 | 2390 | $4,563.04 | No Liability |
| 4 | BIAMONTE, ANN M.<br>2132 RALEIGH STREET<br>DENVER, CO 80212 | Lehman Brothers Holdings Inc. | 01/30/2009 | 2544 | $9,354.49 | No Liability |
| 5 | BYERS, KIMBERLEE<br>10656 CEDARCREST CIRCLE<br>HIGHLANDS RANCH, CO 80130 | Lehman Brothers Holdings Inc. | 01/29/2009 | 2379 | $4,000.00 | No Liability |
| 6 | BYERS, LUCAS<br>10656 CEDARCREST CIRCLE<br>HIGHLANDS RANCH, CO 80130 | Lehman Brothers Holdings Inc. | 01/29/2009 | 2381 | $4,000.00 | No Liability |
| 7 | CANHEDO, DANIELLE<br>15230 SW 74TH CT<br>PALMETTO BAY, FL 33157-2494 | Lehman Brothers Holdings Inc. | 09/18/2009 | 18134 | $2,792.85 | No Liability |
| 8 | CHAN, MICHAEL H<br>4215 WESTMINSTER RD<br>GREAT NECK, NY 11020 | Lehman Brothers Holdings Inc. | 09/18/2009 | 18951 | $4,000.00 | No Liability |
| 9 | CHIN, NEVILLE<br>61 RIDGEWAY AVENUE<br>STATEN ISLAND, NY 10314 | Lehman Brothers Holdings Inc. | 09/10/2009 | 11321 | $4,000.00 | No Liability |
| 10 | DERIEG, MICAH<br>10233 URAVAN ST.<br>COMMERCE CITY, CO 80022 | Lehman Brothers Holdings Inc. | 01/29/2009 | 2386 | $4,000.00 | No Liability |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 269: EXHIBIT 1 – NO LIABILITY 401(k) CLAIMS

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 11 | DREYER, JERALD WAYNE<br>9797 MAYFAIR STREET #B<br>ENGLEWOOD, CO 80112 | Lehman Brothers Holdings Inc. | 01/29/2009 | 2362 | $4,000.00 | No Liability |
| 12 | FORD, KAREN POST<br>12202 SHORT COURT<br>CYPRESS, TX 7429 | Lehman Brothers Holdings Inc. | 7/23/2009 | 5972 | $7,192.56* | No Liability |
| 13 | GUERRA, ROBERTO<br>190 PARK AVENUE<br>HARRISON, NY 10528 | Lehman Brothers Holdings Inc. | 09/21/2009 | 23778 | Undetermined | No Liability |
| 14 | HAYNES, SUSAN M<br>108 SAGAMORE ROAD<br>3G<br>TUCKAHOE, NY 10707 | Lehman Brothers Holdings Inc. | 09/22/2009 | 28687 | $3,333.33 | No Liability |
| 15 | HOLLOWAY, ALEX B<br>3223 LEMMON AVE APT 5120<br>DALLAS, TX 75204-1879 | Lehman Brothers Holdings Inc. | 08/06/2009 | 7552 | $5,891.24 | No Liability |
| 16 | INGRAM, EARON M.<br>1455 S. IVY WAY<br>DENVER, CO 80224 | Lehman Brothers Holdings Inc. | 01/29/2009 | 2359 | $733.16 | No Liability |
| 17 | KAPLUN, ALEXANDER<br>45 RIDGE ROAD<br>NEWTON, MA 02468 | Lehman Brothers Holdings Inc. | 09/22/2009 | 29899 | $4,000.00 | No Liability |
| 18 | KARR, RAYMOND P.<br>16494 E. POWERS AVENUE<br>CENTENNIAL, CO 80015 | Lehman Brothers Holdings Inc. | 01/29/2009 | 2332 | $1,713.42 | No Liability |
| 19 | KASE, DAVID<br>305 W 50TH ST APT 10A<br>NEW YORK, NY 10019-8405 | Lehman No Case Asserted | 09/02/2009 | 10087 | $5,000.00 | No Liability |
| 20 | LENHART, DEBORAH A.<br>16494 E. POWERS AVENUE<br>CENTENNIAL, CO 80015 | Lehman Brothers Holdings Inc. | 01/29/2009 | 2370 | $1,829.52 | No Liability |

* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 269: EXHIBIT 1 – NO LIABILITY 401(k) CLAIMS

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 21 | LIU, TINA<br>56-15 206TH STREET<br>OAKLAND GARDENS, NY 11364 | Lehman Brothers Holdings Inc. | 09/22/2009 | 34215 | $4,000.00 | No Liability |
| 22 | LOOS, RICHARD JR.<br>129 CYPRESS DRIVE<br>NEWARK, DE 19713 | Lehman Brothers Holdings Inc. | 09/22/2009 | 31749 | $4,000.00 | No Liability |
| 23 | MALIZIA, ROSE M.<br>1109 BRASSIE AVENUE<br>FLOSSMOOR, IL 60422 | Lehman Brothers Holdings Inc. | 08/10/2009 | 7879 | $1,919.89* | No Liability |
| 24 | MALKANI, KUNAL<br>646 WARREN STREET<br>APT #3<br>BROOKLYN, NY 11217 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28672 | $7,581.58 | No Liability |
| 25 | MCGEE, JENNY M.<br>3 PENNY LANE<br>BEVERLY, MA 01915 | Lehman Brothers Holdings Inc. | 09/10/2009 | 11235 | $4,000.00 | No Liability |
| 26 | MERRIMAN, SHAWNDA D.<br>567 KRYPTONITE DR.<br>CASTLE ROCK, CO 80108 | Lehman Brothers Holdings Inc. | 01/29/2009 | 2358 | $4,000.00 | No Liability |
| 27 | MESTAS, JENNIFER<br>9263 E. OXFORD DRIVE<br>DENVER, CO 80237 | Lehman Brothers Holdings Inc. | 01/30/2009 | 2342 | $8,123.59 | No Liability |
| 28 | MOORMANN, DIANE KELLY<br>6612 W ELDORADO PLACE<br>DENVER, CO 80227 | Lehman Brothers Holdings Inc. | 01/29/2009 | 2366 | $4,000.00 | No Liability |
| 29 | MORRISON, E. VICTORIA<br>3912 ALCAZAR DR.<br>CASTLE ROCK, CO 80109 | Lehman Brothers Holdings Inc. | 01/29/2009 | 2371 | $4,000.00 | No Liability |
| 30 | NOVELLO, MICHAEL<br>511 WESTFIELD ROAD<br>SCOTCH PLAINS, NJ 07076 | Lehman Brothers Holdings Inc. | 09/21/2009 | 22993 | $4,000.00 | No Liability |

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 269: EXHIBIT 1 – NO LIABILITY 401(k) CLAIMS

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 31 | OLDS, MICHELE LYNN<br>8475 LIVERPOOL CIRCLE<br>LITTLETON, CO 80125 | Lehman Brothers Holdings Inc. | 01/29/2009 | 2383 | $4,000.00 | No Liability |
| 32 | ORLOWSKY, JOSEPH<br>5411 PINEHURST DRIVE<br>WILMINGTON, DE 19808 | Lehman Brothers Holdings Inc. | 09/22/2009 | 28088 | $4,000.00* | No Liability |
| 33 | PARK, JENNIFER<br>26 ALEXANDER DRIVE<br>SYOSSET, NY 11791 | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28677 | $4,000.00 | No Liability |
| 34 | SARDINA, LAUREN<br>880 LOMBARD STREET<br>SAN FRANCISCO, CA 94133 | Lehman Brothers Holdings Inc. | 09/22/2009 | 31089 | $3,372.43 | No Liability |
| 35 | SHERMAN, LINDA A.<br>8775 S. CRESTHILL LANE<br>HIGHLANDS RANCH, CO 80130 | Lehman Brothers Holdings Inc. | 02/02/2009 | 2421 | $4,000.00 | No Liability |
| 36 | SLATTERY, RYAN GORDON<br>5509 E BRIARWOOD CIRCLE<br>CENTENNIAL, CO 80122 | Lehman Brothers Holdings Inc. | 01/29/2009 | 2378 | $4,000.00 | No Liability |
| 37 | STANFIELD, EARLANE<br>118-82 METROPOLITAN AVE APT 7C<br>KEW GARDENS, NY 11415 | Lehman Brothers Holdings Inc. | 09/22/2009 | 29460 | Undetermined | No Liability |
| 38 | STEVENSON, AUTUMN LYN<br>11857 E. FAIR AVE.<br>GREENWOOD VILLAGE, CO 80111 | Lehman Brothers Holdings Inc. | 01/29/2009 | 2361 | $4,000.00 | No Liability |
| 39 | SZABO, ZOLTAN<br>9591 PEARL CIRCLE #104<br>PARKER, CO 80134 | Lehman Brothers Holdings Inc. | 02/02/2009 | 2391 | $184.60 | No Liability |
| 40 | TAKANO, NAO<br>8080 S. SAN JUAN RANGE RD.<br>LITTLETON, CO 80127 | Lehman Brothers Holdings Inc. | 01/30/2009 | 2541 | $3,352.01 | No Liability |

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 269: EXHIBIT 1 – NO LIABILITY 401(k) CLAIMS

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 41 | VAUGHN, ANNE M<br>1 CRESCENT PLACE<br>HO HO KUS, NJ 07423 | Lehman Brothers Holdings Inc. | 09/08/2009 | 10525 | $4,000.00 | No Liability |
| 42 | WENIG, BARBARA<br>24 RUTLEDGE ROAD<br>MARLBORO, NJ 07746 | Lehman Brothers Holdings Inc. | 09/21/2009 | 23732 | $28,334.60 | No Liability |
| 43 | WU, JASON<br>2134 EAST 19TH STREET<br>BROOKLYN, NY 11229 | Lehman Brothers Holdings Inc. | 07/21/2009 | 5824 | $4,000.00 | No Liability |
| | | | | TOTAL | $213,442.43 | |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 269: EXHIBIT 2 – NO LIABILITY 401(k) CLAIMS – ADJOURNED OBJECTIONS

| | NAME | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | METLITSKY, DMITRY<br>2469 65TH STREET<br>APT 6A<br>BROOKLYN, NY 11204 | Lehman Brothers Holdings Inc. | 07/13/2009 | 5258 | $6,545.00 | No Liability |
| 2 | TSEKOV, GEORGI I.<br>213 S. SCOTCH PLAINS AVE<br>WESTFIELD, NJ 07090 | Lehman Brothers Holdings Inc. | 12/31/2008 | 1525 | $2,268.51 | No Liability |
| | | | | TOTAL | $8,813.51 | |