# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 278: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALASKA PERMANENT FUND CORPORATION<br>C/O RICHARD CULL, LEGAL COUNSEL<br>AUGUSTUS ASSET MANAGERS LIMITED<br>12 ST. JAMES'S PLACE<br>LONDON, SW1A 1NX<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25885 | $19,349,834.00 | Settled Derivatives Claim |
| 2 | DIAMOND FINANCE PLC SERIES 2006-1H<br>C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH<br>ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17989 | Undetermined | Settled Derivatives Claim |
| 3 | DIAMOND FINANCE PLC SERIES 2006-1H<br>C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH<br>ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18001 | Undetermined | Settled Derivatives Claim |
| 4 | SUNTRUST BANK<br>ATTN: FRED D. WOOLF, DIRECTOR<br>FINANCIAL RISK MGMT OPERATIONS<br>MAIL CODE GA-ATL-3913<br>3333 PEACHTREE STREET, N.E.<br>ATLANTA, GA 30326 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22753 | $2,055,788.81* | Settled Derivatives Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 278: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | SUNTRUST BANK<br>ATTN: FRED D. WOOLF, DIRECTOR<br>FINANCIAL RISK MANAGEMENT OPERATIONS<br>MAIL CODE GA-ATL-3913<br>3333 PEACHTREE STREET, N.E.<br>ATLANTA, GA 30326 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26185 | $2,055,788.81* | Settled Derivatives Claim |
| | | | | | TOTAL | $23,461,411.62 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts