# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 275: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | DEUTSCHE BANK (OSTERREICH) AG (FKA SAL. OPPENHEIM JR. & CIE. (OSTERREICH) AG) STOCK IM EISEN-PLATZ 3 VIENNA, A-1010 AUSTRIA | 02/10/2012 | 08-13555 (JMP) | 67881 | Undetermined | SAL. OPPENHEIM JR. & CIE (OSTERREICH) AG STOCK IM-EISEN-PLATZ 3 VIENNA, A-1010 AUSTRIA | 10/30/2009 | 08-13555 (JMP) | 58689 | $2,065,960.13 |
| 2 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND LIMITED C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | 11/03/2010 | 08-13900 (JMP) | 67186 | $148,629.84 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LIMITED C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | 09/21/2009 | 08-13900 (JMP) | 22840 | $148,629.84 |
| 3 | DURR, MAX MOOSEWIESSTRASSE 84 GOSSAU, 9200 SWITZERLAND | 02/10/2012 | 08-13555 (JMP) | 67879 | $90,050.00 | DURR, MAX MOOSEWIESSTRASSE 84 GOSSAU SG, 9200 SWITZERLAND | 10/27/2009 | 08-13555 (JMP) | 48907 | $52,301.90 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 275: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | MORGAN STANLEY & CO. INTERNATIONAL PLC<br>TRANSFEROR: DELTA LLOYD N.V.<br>25, CABOT SQUARE<br>CANARY WHARF<br>LONDON, E14 4QA<br>UNITED KINGDOM | 01/12/2012 | 08-13555 (JMP) | 67842 | $9,323,107.88 | MORGAN STANLEY & CO. INTERNATIONAL PLC<br>TRANSFEROR: DELTA LLOYD LIFE NV<br>25, CABOT SQUARE<br>CANARY WHARF<br>LONDON, E14 4QA<br>UNITED KINGDOM | 10/30/2009 | 08-13555 (JMP) | 59315 | $9,323,107.88 |
| 5 | SRM GLOBAL MASTER FUND LIMITED PARTNERSHIP<br>C/O SRM ADVISERS (LONDON) LLP<br>ATTN: IAN BARCLAY<br>3 CADOGAN GATE<br>LONDON, SW1X 0AS<br>UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 21959 | $305,039,923.00* | SRM GLOBAL MASTER FUND LIMITED PARTNERSHIP<br>C/O SRM ADVISERS (LONDON) LLP<br>ATTN: IAN BARCLAY<br>3 CADOGAN GATE<br>LONDON, SW1X 0AS<br>UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 29606 | $305,039,923.00* |
| 6 | YIU YUEN ON PAUL<br>FLAT 7D WING ON COURT 24 HO MAN TIN HILL ROAD<br>KOWLOON,<br>HONG KONG | 02/17/2012 | 08-13555 (JMP) | 67897 | $500,000.00 | YIU YUEN ON PAUL<br>FLAT 7D WING ON COURT 24<br>HO MAN TIN HILL ROAD<br>KOWLOON,<br>HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64396 | $500,000.00 |
| | | | | TOTAL | $315,101,710.72 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts