# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 272: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | CALAFIORE, ANTHONY S.<br>56 RYAN PLACE<br>STATEN ISLAND, NY 10312 |  | No Case Asserted/All Cases Asserted | 02/10/2012 | 67878 | $20,000.00 |
| 2 | WOLFSOHN, SYDELLE<br>1712 OLD MILL RD<br>MERRICK, NY 11566-1506 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/01/2012 | 67872 | Undetermined |
|   |   |   |   |   | TOTAL | $20,000.00 |