# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## TWO HUNDRED SEVENTY-NINTH OMNIBUS OBJECTION: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AB SVENSK EXPORTKREDIT (PUBL) ATTN: CHIEF FINANCIAL OFFICER P.O. BOX 16368 VASTRA TRADGARDSGATAN 11B STOCKHOLM, SE 103 27 SWEDEN | 67682 | 10/11/2011 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $10,369,106.00* $10,369,106.00 | Unsecured | $10,369,106.00* |
| 2 | AXIS BROKERAGE, LP 19855 SOUTHWEST FREEWAY SUITE 250 SUGAR LAND, TX 77479 | 1491 | 12/29/2008 | Lehman Brothers Commodity Services Inc. | Priority | $3,670.00 | Unsecured | $3,670.00 |
| 3 | BENNETT, PAUL F 546 PACIFIC STREET # 2 BROOKLYN, NY 11217 | 13373 | 09/16/2009 | Lehman Brothers Holdings Inc. | Priority | $9,067.50 | Unsecured | $9,067.50 |
| 4 | DAI-ICHI LIFE INSURANCE COMPANY, LIMITED THE 13-1, YURAKUCHO 1 - CHOUME CHIYODA-KU, TOKYO, 100-8411 JAPAN | 67022 | 08/13/2010 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $5,191,608.91* $5,191,608.91 | Unsecured | $5,191,608.91* |
| 5 | DAV-EL RESERVATIONS SYSTEM, INC. 200 SECOND STREET CHELSEA, MA 02150-1802 | 24929 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative | $87,937.88 | Unsecured | $87,937.88 |
| 6 | DON PROHASKA & ASSOCIATES 3465 REGENT AVENUE EUSENE, OR 97401 | 5780 | 07/20/2009 | Lehman Brothers Holdings Inc. | Priority Unsecured Subtotal | $10,950.00 $42,854.48 $53,804.48 | Unsecured | $53,804.48 |
| 7 | ENAM SECURITIES PVT LTD. 109/112 DALAMAL TOWER NARIMAN POINT MUMBAI, 400021 INDIA | 25332 | 09/21/2009 | Lehman Brothers Holdings Inc. | Priority Unsecured Subtotal | $7,609.50 $7,609.50 $15,219.00 | Unsecured | $15,219.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

TWO HUNDRED SEVENTY-NINTH OMNIBUS OBJECTION: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | FINDLAY RSI<br>1210 DISTRIBUTION WAY<br>VISTA, CA 920818816 | 19834 | 09/21/2009 | Lehman Brothers Holdings Inc. | Priority<br>Unsecured<br><br>Subtotal | $258,186.64<br>$104,548.78<br><br>$362,735.42 | Unsecured | $362,735.42 |
| 9 | GRIFFITHS, HILDA A.<br>306 FLURRY LANE<br>WEST BABYLON, NY 11704 | 103 | 10/06/2008 | Lehman Brothers Holdings Inc. | Priority | $9,515.00 | Unsecured | $9,515.00 |
| 10 | HARRIS, ROTHENBERG INTERNATIONAL, LLC<br>99 WALL STREET<br>NEW YORK, NY 10005 | 106 | 10/06/2008 | Lehman Brothers Holdings Inc. | Priority | $86,125.40 | Unsecured | $86,125.40 |
| 11 | HARTMEIER, MICHAEL<br>706 LAUSANNE ROAD<br>LOS ANGELES, CA 90077 | 3168 | 03/02/2009 | Lehman Brothers Holdings Inc. | Priority<br>Unsecured<br><br>Subtotal | $10,950.00<br>$1,357.69<br><br>$12,307.69 | Unsecured | $12,307.69 |
| 12 | LEXINGTON INSURANCE COMPANY<br>C/O AIG ASSET MANAGEMENT<br>ATTN: OZZIE BAYAZITOGLU, ESQ.<br>2929 ALLEN PARKWAY, A36-01<br>HOUSTON, TX 77019 | 67895 | 02/17/2012 | Lehman Brothers Holdings Inc. | Secured | $158,124.96* | Unsecured | $158,124.96* |
| 13 | LEXINGTON INSURANCE COMPANY<br>C/O AIG ASSET MANAGEMENT<br>ATTN: OZZIE BAYAZITOGLU, ESQ.<br>2929 ALLEN PARKWAY, A36-01<br>HOUSTON, TX 77019 | 67896 | 02/17/2012 | Lehman Brothers Special Financing Inc. | Secured | $158,124.96* | Unsecured | $158,124.96* |
| 14 | PJM INTERCONNECTION, LLC<br>C/O NICHOLAS J. LEPORE, III<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>1600 MARKET STREET, STE 3600<br>PHILADELPHIA, PA 19103 | 25223 | 09/21/2009 | Lehman Brothers Commodity Services Inc. | Administrative<br>Unsecured<br><br>Subtotal | $18,063,731.74<br>$0.00<br><br>$18,063,731.74 | Unsecured | $18,063,731.74 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### TWO HUNDRED SEVENTY-NINTH OMNIBUS OBJECTION: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | SOLAR INVESTMENT GRADE CBO I, LTD<br>THE BANK OF NEW YORK TRUST COMPANY, AS TRUSTEE<br>ATTN: GLOBAL CORPORATE TRUST-SOLAR INVESTMENT GRADE CBO I, LTD<br>601 TRAVIS, 16TH FLOOR<br>HOUSTON, TX 77002 | 66917 | 07/02/2010 | Lehman Brothers Special Financing Inc. | Secured<br>Unsecured<br><br>Subtotal | $1,650,000.00<br>$8,525,302.66<br><br>$10,175,302.66 | Unsecured | $10,175,302.66 |
| 16 | SOLAR INVESTMENT GRADE CBO II, LTD<br>THE BANK OF NEW YORK TRUST COMPANY, AS TRUSTEE<br>ATTN: GLOBAL CORPORATE TRUST-SOLAR INVESTMENT GRADE CBO II, LTD<br>601 TRAVIS, 16TH FLOOR<br>HOUSTON, TX 77002 | 66915 | 07/02/2010 | Lehman Brothers Special Financing Inc. | Secured<br>Unsecured<br><br>Subtotal | $660,000.00<br>$3,405,113.62<br><br>$4,065,113.62 | Unsecured | $4,065,113.62 |
| 17 | SWIFT MASTER AUTO RECEIVABLES TRUST<br>C/O ALLY FINANCIAL INC.<br>ATTN: STEPHEN VAN DOLSEN<br>1185 AVENUE OF THE AMERICA,S 2ND FLOOR<br>NEW YORK, NY 10036 | 67867 | 01/30/2012 | Lehman Brothers Special Financing Inc. | Secured | $36,968,786.94* | Unsecured | $36,968,786.94* |
| 18 | WINNING MIND, LLC<br>1010 UNIVERSITY AVE., #265<br>SAN DIEGO, CA 92103 | 1428 | 12/23/2008 | Lehman Brothers Holdings Inc. | Priority<br>Unsecured<br><br>Subtotal | $10,950.00<br>$20,695.62<br><br>$31,645.62 | Unsecured | $31,645.62 |
| | | | | | TOTAL | $85,821,927.78 | TOTAL | $85,821,927.78 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit