**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

---------------------------------------------------------------x

### ORDER GRANTING TWO HUNDRED SEVENTY-THIRD
### OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)

Upon the two hundred seventy-third omnibus objection to claims, dated

March 12, 2012 (the "Two Hundred Seventy-Third Omnibus Objection to Claims"),[1] of Lehman

Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the

Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its

Affiliated Debtors (the "Plan"), in accordance with section 502(b) of title 11 of the United States

Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and

this Court's order approving procedures for the filing of omnibus objections to proofs of claim

[Docket No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the

Late-Filed Claims on the basis that they were filed after the General Bar Date or Securities

Programs Bar Date, as applicable, all as more fully described in the Two Hundred Seventy-Third

Omnibus Objection to Claims; and due and proper notice of the Two Hundred Seventy-Third

Omnibus Objection to Claims having been provided; and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief sought in the

Two Hundred Seventy-Third Omnibus Objection to Claims is in the best interests of the Chapter

11 Estates and their creditors, and that the legal and factual bases set forth in the Two Hundred

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Seventy-Third Omnibus Objection to Claims.

Seventy-Third Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

      ORDERED that the relief requested in the Two Hundred Seventy-Third Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

      ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "Late-Filed Claims") are disallowed and

expunged in their entirety with prejudice; and it is further

      ORDERED that this Order supersedes all previous orders regarding the

disposition of the Late-Filed Claims listed on Exhibit 1 annexed hereto; and it is further

      ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
      April 27, 2012


          *s/ James M. Peck*
          HONORABLE JAMES M. PECK
          UNITED STATES BANKRUPTCY JUDGE