# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 273: EXHIBIT 1- LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN 227 SUNSET AVE RIDGEWOOD, NJ 07450 | | | 02/21/2012 | 67905 | Undetermined | Late-Filed Claim |
| 2 | PARKHOUSE, RICHARD 9 BELGRAVE ROAD BARNES, SW13 9NS UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/10/2012 | 67882 | $486,889.00 | Late-Filed Claim |
| 3 | ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN 227 SUNSET AVE RIDGEWOOD, NJ 07450 | | | 02/21/2012 | 67904 | Undetermined | Late-Filed Claim |
| | | | | | TOTAL | $486,889.00 | |