# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 241: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | D&D SECURITIES INC<br>302 NORTH NASSAU AVENUE<br>MARGATE, NJ 08402 | | 07/20/2009 | 5637 | $141,306.75 | No Liability Claim |
| 2 | BLACKROCK FINANCIAL MANAGEMENT, INC.<br>ATTN: PETER VAUGHAN, ESQ.<br>40 EAST 52ND STREET<br>NEW YORK, NY 10022 | | 9/22/2009 | 28686 | $654,652.00* | No Liability Claim |
| | | | | TOTAL | $795,958.75 | |