UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| **Lehman Brothers Holdings Inc., et al.,** | 08-13555 |
| Debtors. | |

# FIRST POST-CONFIRMATION OPERATING REPORT

MARCH 2012
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS

DEBTORS' ADDRESS:    LEHMAN BROTHERS HOLDINGS INC.
c/o WILLIAM J. FOX
1271 AVENUE OF THE AMERICAS
40th FLOOR
NEW YORK, NY 10020

DEBTORS' ATTORNEYS:    WEIL, GOTSHAL & MANGES LLP
c/o HARVEY R. MILLER
767 FIFTH AVENUE
NEW YORK, NY 10153

REPORT PREPARER:    LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINISTRATOR

Date:  April 27, 2012

Indicate if this is an amended statement by checking here:    AMENDED STATEMENT ☐

**TABLE OF CONTENTS**

| | |
|---|---|
| Schedule of Debtors ………………………………………………………………………………………… | 3 |
| Lehman Brothers Holdings Inc. ("LBHI") and Other Debtors and Other Controlled Subsidiaries | |
|    Basis of Presentation — Schedule of Cash Receipts and Disbursements ……………………………………. | 4 |
|    Schedule of Cash Receipts and Disbursements ……………………………………………………..... | 5 |
| LBHI | |
|    Basis of Presentation – Schedule of Professional Fee and Expense Disbursements …………………………. | 9 |
|    Schedule of Professional Fee and Expense Disbursements …………………………………………….... | 10 |

**SCHEDULE OF DEBTORS**

The following entities (the "Debtors") filed for bankruptcy in the Southern District of New York. On December 6, 2011, the United States Bankruptcy Court (the "Bankruptcy Court") confirmed the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"). On March 6, 2012, the "Effective Date" (as defined in the Plan) occurred. The Debtors' Chapter 11 cases remain open as of the date hereof.

|  | Case No. | Date Filed |
|---|---|---|
| **Lead Debtor:** | | |
| Lehman Brothers Holdings Inc. ("LBHI") | 08-13555 | 9/15/2008 |
| **Related Debtors:** | | |
| LB 745 LLC | 08-13600 | 9/16/2008 |
| PAMI Statler Arms LLC | 08-13664 | 9/23/2008 |
| Lehman Brothers Commodity Services Inc. ("LBCS") | 08-13885 | 10/3/2008 |
| Lehman Brothers Special Financing Inc. ("LBSF") | 08-13888 | 10/3/2008 |
| Lehman Brothers OTC Derivatives Inc. ("LOTC") | 08-13893 | 10/3/2008 |
| Lehman Brothers Derivative Products Inc. ("LBDP") | 08-13899 | 10/5/2008 |
| Lehman Commercial Paper Inc. ("LCPI") | 08-13900 | 10/5/2008 |
| Lehman Brothers Commercial Corporation ("LBCC") | 08-13901 | 10/5/2008 |
| Lehman Brothers Financial Products Inc. ("LBFP") | 08-13902 | 10/5/2008 |
| Lehman Scottish Finance L.P. | 08-13904 | 10/5/2008 |
| CES Aviation LLC | 08-13905 | 10/5/2008 |
| CES Aviation V LLC | 08-13906 | 10/5/2008 |
| CES Aviation IX LLC | 08-13907 | 10/5/2008 |
| East Dover Limited | 08-13908 | 10/5/2008 |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 | 1/7/2009 |
| BNC Mortgage LLC | 09-10137 | 1/9/2009 |
| LB Rose Ranch LLC | 09-10560 | 2/9/2009 |
| Structured Asset Securities Corporation | 09-10558 | 2/9/2009 |
| LB 2080 Kalakaua Owners LLC | 09-12516 | 4/23/2009 |
| Merit LLC | 09-17331 | 12/14/2009 |
| LB Somerset LLC | 09-17503 | 12/22/2009 |
| LB Preferred Somerset LLC | 09-17505 | 12/22/2009 |

**LEHMAN BROTHERS HOLDINGS INC. ("LBHI") AND OTHER DEBTORS AND OTHER CONTROLLED ENTITIES**

**BASIS OF PRESENTATION**
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**MARCH 1, 2012 – MARCH, 31 2012**

The information and data included in this First Post-Confirmation Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. (as Plan Administrator) ("LBHI") and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad and excludes Aurora Bank FSB, which is indirectly controlled by LBHI. LBHI and certain of its Controlled Entities had filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. LBHI has prepared this Operating Report, which includes certain information as required by the Office of the US Trustee, based on the information available to LBHI at this time, but note that such information may be incomplete and may be materially deficient in certain respects. This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP). This report should be read in conjunction with previously filed Form 8-K reports as filed with the United States Securities Exchange Commission ("SEC").

2. This Operating Report is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

3. Beginning and ending balances include cash in demand-deposit accounts (DDA), money-market funds (MMF), treasury bills and other investments.

4. Beginning and ending cash balances are based on preliminary closing numbers and are subject to adjustment.

5. Beginning and ending cash and investment balances exclude the following:

   - Cash posted as collateral for hedging activity;
   - Cash related to LBHI's wholly-owned indirect subsidiary Aurora Bank FSB;
   - Cash held at real estate owned properties or at third party managers;
   - Cash transferred on or prior to September 15, 2008 by the Company in connection with certain requests by, and documents executed by, the Company and Citigroup Inc. and HSBC Bank PLC currently recorded at $2 billion and $30 million, respectively; and
   - Approximately $500 million of cash that was seized by Bank of America ("BOA") post-petition to offset derivative claims against certain Debtors and corresponding guarantee claims against LBHI. Per the Court-approved settlement agreement with BOA, BOA released approximately $356 million of these seized funds, including interest to LBHI in April 2012, net of approximately $145 million which was used to offset claims by BOA against LBHI.

6. Restricted cash balances are based on preliminary estimates of cash in co-mingled or segregated accounts associated with pledged assets, court ordered segregated accounts, funds administratively held by banks, funds reserved for certain tax claims and other identified funds which may not belong to the Debtors or other Controlled Entities.

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
**Summary Schedule of Cash Receipts and Disbursements**
**March 1, 2012 - March 31, 2012**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | Debtors | | | | | Other Controlled Entities | | | | Total Debtors and Other Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|
| | LBHI | LBSF | LCPI | Other | Total | LB1 Grp | PAMI | Other | Total | |
| **Beginning Free Cash and Investments (2/29/12)** | $ 6,299 | $ 9,538 | $ 4,503 | $ 3,704 | $ 24,044 | $ 566 | $ 3 | $ 1,912 | $ 2,481 | $ 26,525 |
| Restricted Cash | 1,643 | 731 | 28 | 59 | 2,462 | - | - | 525 | 525 | 2,986 |
| **Beginning Total Cash and Investments** | 7,942 | 10,270 | 4,531 | 3,763 | 26,506 | 566 | 3 | 2,437 | 3,006 | 29,512 |
| **Sources of Cash** | | | | | | | | | | |
| Derivatives | - | 194 | 5 | 45 | 243 | - | - | 2 | 2 | 245 |
| Loans | 10 | 1 | 228 | - | 239 | - | - | 1 | 1 | 240 |
| Private Equity / Principal Investing | 268 | - | 37 | - | 305 | 42 | - | 631 | 673 | 978 |
| Real Estate | 10 | - | 86 | - | 96 | 6 | 23 | 37 | 65 | 161 |
| Other | 1,722 | 4 | 4 | 39 | 1,769 | 2 | - | 35 | 36 | 1,806 |
| **Total Sources of Cash** | 2,010 | 198 | 360 | 83 | 2,651 | 49 | 23 | 706 | 778 | 3,429 |
| **Uses of Cash** | | | | | | | | | | |
| Non-Operating (Principally Preservation of Assets) | | | | | | | | | | |
| Derivatives | - | (21) | - | - | (21) | - | - | - | - | (21) |
| Loans | - | - | (77) | - | (77) | - | - | (3) | (3) | (80) |
| Private Equity / Principal Investing | (0) | - | - | - | (0) | (5) | - | - | (5) | (5) |
| Real Estate | (4) | - | (53) | - | (57) | - | (5) | (12) | (17) | (74) |
| Payments to Creditors | - | (651) | - | - | (651) | - | - | (0) | (0) | (651) |
| Other | (2) | - | (5) | - | (8) | - | (1) | (3) | (4) | (11) |
| Operating Expenses | (32) | (1) | (1) | - | (33) | - | (0) | (10) | (11) | (44) |
| **Total Uses of Cash** | (38) | (672) | (136) | - | (847) | (5) | (6) | (29) | (40) | (886) |
| **Net Cash Flow** | 1,972 | (474) | 224 | 83 | 1,804 | 44 | 17 | 677 | 739 | 2,543 |
| Inter-Company Transfers, Net | 424 | (243) | 955 | 5 | 1,141 | (346) | - | (795) | (1,141) | - |
| Transfers to/from Securitization Trustee | - | - | (41) | - | (41) | - | - | - | - | (41) |
| Loan Agencies, Net | - | - | 2 | - | 2 | - | - | - | - | 2 |
| FX Fluctuation | (0) | 0 | 0 | - | 0 | - | - | (3) | (3) | (3) |
| **Ending Total Cash and Investments** | 10,337 | 9,553 | 5,671 | 3,851 | 29,413 | 264 | 20 | 2,316 | 2,600 | 32,013 |
| Restricted Cash | (3,138) | (77) | (28) | (53) | (3,297) | - | - | (523) | (523) | (3,819) |
| **Ending Free Cash and Investments (3/31/12)** | $ 7,199 | $ 9,476 | $ 5,643 | $ 3,798 | $ 26,116 | $ 264 | $ 20 | $ 1,793 | $ 2,077 | $ 28,194 |

All values that are exactly zero are shown as "-". Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

5

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**March 1, 2012 - March 31, 2012**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | | Debtors | | | | | Other Controlled Entities | | | | | Total Debtors and Other Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LBHI | LBSF | LCPI | Other | Total | LB1 Grp | PAMI | Other (a) | | Total | |
| **Beginning Free Cash and Investments (3/1/12)** | | $ 6,299 | $ 9,538 | $ 4,503 | $ 3,704 | $ 24,044 | $ 566 | $ 3 | $ 1,912 | | $ 2,481 | $ 26,525 |
| Restricted Cash | | 1,643 | 731 | 28 | 59 | 2,462 | - | - | 525 | | 525 | 2,986 |
| **Beginning Total Cash and Investments** | | 7,942 | 10,270 | 4,531 | 3,763 | 26,506 | 566 | 3 | 2,437 | | 3,006 | 29,512 |
| **Sources of Cash** | | | | | | | | | | | | |
| Derivatives | | | | | | | | | | | | |
|   Return of Hedging Collateral | (b) | - | 10 | - | 3 | 13 | - | - | - | | - | 13 |
|   Collections from Live / Terminated Trades | (c) | - | 178 | 5 | 42 | 224 | - | - | - | | - | 224 |
|   Other | | - | 6 | - | - | 6 | - | - | 2 | | 2 | 8 |
| Loans | | | | | | | | | | | | |
|   Principal | (d) | 8 | 1 | 219 | - | 227 | - | - | 1 | | 1 | 228 |
|   Interest | | 2 | 0 | 10 | - | 11 | - | - | 0 | | 0 | 12 |
| Private Equity / Principal Investing | | | | | | | | | | | | |
|   Principal | (e) | 266 | - | 35 | - | 301 | 42 | - | 631 | | 673 | 974 |
|   Interest | | 2 | - | 2 | - | 4 | 0 | - | - | | 0 | 4 |
| Real Estate | | | | | | | | | | | | |
|   Principal | | 6 | - | 82 | - | 88 | 6 | 23 | 34 | | 63 | 150 |
|   Interest | | 4 | - | 4 | - | 8 | - | - | 3 | | 3 | 11 |
| Other | | | | | | | | | | | | |
|   Interest | (f) | 2 | 4 | 3 | 1 | 10 | (0) | - | (0) | | (0) | 10 |
|   Distributions from Non-Controlled Affiliates | (g) | 1,658 | - | - | 38 | 1,696 | - | - | 32 | | 32 | 1,728 |
|   Other | (h) | 62 | - | 1 | - | 63 | 2 | - | 3 | | 4 | 67 |
| **Total Sources of Cash** | | 2,010 | 198 | 360 | 83 | 2,651 | 49 | 23 | 706 | | 778 | 3,429 |

All values that are exactly zero are shown as "-".  Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

6

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
March 1, 2012 - March 31, 2012

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | | \<Debtors\> LBHI | LBSF | LCPI | Other | Total | \<Other Controlled Entities\> LB1 Grp | PAMI | Other | Total | Total Debtors and Other Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Uses of Cash** | | | | | | | | | | | |
| Non-Operating (Principally Preservation of Assets) | | | | | | | | | | | |
| Derivatives | | | | | | | | | | | |
| Payments on Live Trades | | - | (3) | - | - | **(3)** | - | - | - | **-** | **(3)** |
| Other | (i) | - | (18) | - | - | **(18)** | - | - | - | **-** | **(18)** |
| Loans | | | | | | | | | | | |
| Loan Fundings | (j) | - | - | (77) | - | **(77)** | - | - | (3) | **(3)** | **(80)** |
| Private Equity / Principal Investing | | | | | | | | | | | |
| Capital Calls | | (0) | - | - | - | **(0)** | (5) | - | - | **(5)** | **(5)** |
| Real Estate | | | | | | | | | | | |
| Preservation of Assets | | (4) | - | (53) | - | **(57)** | - | (5) | (12) | **(17)** | **(74)** |
| Payments to Creditors | | | | | | | | | | | |
| Non-Controlled Affiliates | (k) | - | (651) | - | - | **(651)** | - | - | (0) | **(0)** | **(651)** |
| Other | | | | | | | | | | | |
| Other | | (2) | - | (5) | - | **(8)** | - | (1) | (3) | **(4)** | **(11)** |
| Operating Expenses | (l) | | | | | | | | | | |
| Compensation and Benefits | (m) | (8) | - | - | - | **(8)** | - | - | (4) | **(4)** | **(13)** |
| Professional Fees | | (20) | (0) | - | - | **(20)** | - | - | (1) | **(1)** | **(21)** |
| Other | (n) | (4) | (0) | (1) | - | **(5)** | - | (0) | (5) | **(5)** | **(10)** |
| **Total Uses of Cash** | | **(38)** | **(672)** | **(136)** | **-** | **(847)** | **(5)** | **(6)** | **(29)** | **(40)** | **(886)** |
| **Net Cash Flow** | | **1,972** | **(474)** | **224** | **83** | **1,804** | **44** | **17** | **677** | **739** | **2,543** |
| Inter-Company Receipts | (o) | 1,825 | 61 | 1,320 | 33 | 3,239 | 34 | - | 199 | 233 | 3,472 |
| Inter-Company Disbursements | (o) | (1,402) | (303) | (366) | (27) | (2,098) | (380) | - | (994) | (1,374) | (3,472) |
| Transfers to/from Securitization Trustee | (p) | - | - | (41) | - | (41) | - | - | - | - | (41) |
| Loan Agencies, Net | | - | - | 2 | - | 2 | - | - | - | - | 2 |
| FX Fluctuation | (q) | (0) | 0 | 0 | - | 0 | - | - | (3) | (3) | (3) |
| **Ending Total Cash and Investments** | | **10,337** | **9,553** | **5,671** | **3,851** | **29,413** | **264** | **20** | **2,316** | **2,600** | **32,013** |
| Restricted Cash | (r) | (3,138) | (77) | (28) | (53) | (3,297) | - | - | (523) | (523) | (3,819) |
| **Ending Free Cash and Investments (3/31/12)** | | **$ 7,199** | **$ 9,476** | **$ 5,643** | **$ 3,798** | **$ 26,116** | **$ 264** | **$ 20** | **$ 1,793** | **$ 2,077** | **$ 28,194** |

All values that are exactly zero are shown as "-".  Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
March 1, 2012 - March 31, 2012

Unaudited (foreign currencies reflected in USD equivalents)

Notes:

(a) Other - Other Controlled Entities primarily includes ending cash balances at March 31, 2012 of (i) approximately $523 million related to both Woodlands Commercial Corporation and LB Bancorp (both included in Restricted Cash) and (ii) $1,174 million of cash balances at Controlled Entities in Asia.

(b) Reflects net return / (posting) of cash collateral from the hedging of various derivatives related risks. Other Debtors reflects $3 million for LBFP.

(c) Other Debtors reflects $24 million for LBFP, $11 million for LBCS and $7 million for LBCC.

(d) Primarily reflects cash received by LCPI from loan sales and principal paydowns on loan assets.

(e) Primarily reflects $851 million received from the redemption in full for the preferred equity in Neuberger Berman and a Special Return and accrued preferred return ($220 million at LBHI and $631 million in "Other Controlled Entities, Other"), and $29 million related to payment on the Kingfisher Class A Notes received by LBHI (in connection with the JPM CDA) which is restricted for the benefit of LCPI.

(f) Primarily reflects interest collected on short term investments of excess cash.

(g) Primarily includes distributions received from Lehman Brothers Asia Holdings, a Non-Controlled Affiliate.

(h) Primarily reflects the return of $52 million of HSBC cash collateral.

(i) Primarily reflects the purchase of SPV notes.

(j) Primarily reflects post-Effective Date fundings to cure assumed revolving loan credit agreements.

(k) Reflects $651 million secured claim payment by LBSF to LB Bankhaus related to collections on collateralized notes per settlement agreement with LB Bankhaus.

(l) A portion of the Operating Expenses paid by LBHI is subject to allocations to, and reimbursement from, various Lehman legal entities.

(m) Compensation and Benefits includes Lehman employees as well as fees paid to Alvarez & Marsal as interim management.

(n) Primarily reflects expenses related to outsourced services and IT, occupancy, taxes, insurance and other operating disbursements.

(o) Inflows to LBHI primarily reflects dividend distributions and partial repayment on pre-petition intercompany balances from Controlled Entities, settlement of administrative cash activity and transfers from certain Debtors and Controlled Entities related to cash reserves for certain priority tax claims. The $1.3 billion of inflows to LCPI primarily relates to $1.2 billion in cash collected by LBHI related to LCPI's securities which were part of the JPM CDA.

(p) Reflects cash outflows to the Spruce and Verano Securitization Trustee for proceeds received on underlying collateral, netted against any receipts for paydowns and interest on the Spruce and Verano notes (paid quarterly by the Trustee). Cash collections on the underlying collateral are presented in "Sources of Cash" in Loans.

(q) Reflects fluctuation in value of foreign currency bank accounts.

(r) The increase in restricted cash at LBHI of approximately $1.5 billion primarily relates to $2.8 billion in related tax reserves, offset by a release of cash to LCPI related to the JPM CDA. Restricted cash at LBSF decreased related to a secured claim payment. (see footnote (k))

**LEHMAN BROTHERS HOLDINGS INC. ("LBHI") AND OTHER DEBTORS AND OTHER CONTROLLED ENTITIES**

**BASIS OF PRESENTATION
SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS
FROM SEPTEMBER 15, 2008 TO MARCH 31, 2012**

The information and data included in this First Post-Confirmation Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. (as Plan Administrator) ("LBHI") and its Controlled Entities (collectively, the "Company").  The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad, and Aurora Bank FSB, which is indirectly controlled by LBHI. LBHI and certain of its Controlled Entities had filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors".  The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.  LBHI has prepared this Operating Report, including certain information as required by the Office of the United States Trustee, based on the information available to LBHI at this time, but note that such information may be incomplete and may be materially deficient in certain respects.  This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP).  This report should be read in conjunction with previously filed Form 8-K reports as filed with the United States Securities Exchange Commission ("SEC").

2. This Operating Report is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

3. The professional fee disbursements presented in this report reflect the date of actual cash payments to professional service providers.  The Debtors have incurred additional professional fee expenses during the reporting period that will be reflected in future Operating Reports as cash payments are made to providers.

4. The professional fee disbursements presented in this report have been paid by LBHI; however, a portion of these fees have been and will be allocated to Debtors and certain Controlled Entities based on the dedicated costs associated with each entity and an allocation methodology. The professional fees exclude certain services rendered on behalf of Controlled Entities which are invoiced separately.

5. Ordinary Course Professionals are being paid in compliance with the "Amended Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business" (the "Amended OCP Order").  Should a professional or firm exceed specified thresholds in the Amended OCP Order, prior to the Effective Date of the Plan, then they must file a retention application with the Court and receive payment in compliance with subsequent amended orders establishing procedures for interim monthly compensation and reimbursement of expenses of professionals. Professional fees incurred subsequent to the Effective Date will comply with the terms of the engagement as agreed to with LBHI, as Plan Administrator.

6. This Operating Report includes pre and post Effective Date disbursements for services rendered prior to the Effective Date.

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
Schedule of Professional Fee and Expense Disbursements
March 2012
Unaudited ($ in thousands)

| | | March-2012 | Sept-2008 Through Mar-2012 |
|---|---|---:|---:|
| **Debtors - Claims and Noticing Agent** | | | |
| Epiq Bankruptcy Solutions LLC | Claims Management and Noticing Agent | $ 1,345 | $ 25,979 |
| **Debtors - Section 363 Professionals** | | | |
| Alvarez & Marsal LLC | Interim Management | 7,833 | 526,853 |
| Kelly Matthew Wright | Art Consultant and Auctioneer | - | 91 |
| Natixis Capital Markets Inc. | Derivatives Consultant | - | 14,590 |
| **Debtors - Section 327 Professionals** | | | |
| Bingham McCutchen LLP | Special Counsel - Tax | 718 | 22,085 |
| Bortstein Legal LLC | Special Counsel - IT and Other Vendor Contracts | 11 | 4,108 |
| CB Richard Ellis | Real Estate Broker | - | 436 |
| Clyde Click, P.C. | Special Counsel - Real Estate | 27 | 294 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Special Counsel - Conflicts | 3,441 | 45,987 |
| Dechert LLP | Special Counsel - Real Estate | 447 | 6,337 |
| Deloitte LLP | Tax Services | 137 | 768 |
| Discover Ready LLC | eDiscovery Services | 136 | 14,714 |
| Ernst & Young LLP | Audit and Tax Services | - | 1,690 |
| Foster, Graham, Milstein & Calisher, LLP | Special Counsel - Mortgage Litigation and Claims | 73 | 584 |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Special Counsel - Real Estate | - | 239 |
| Gibson Dunn & Crutcher LLP | Special Counsel - Real Estate | 203 | 3,320 |
| Hardinger & Tenenholz LLP | Special Counsel - Discovery | 2 | 171 |
| Hudson Global Resources | Contract Attorneys | 60 | 11,703 |
| Huron Consulting | Tax Services | - | 2,145 |
| Jones Day | Special Counsel - Asia and Domestic Litigation | - | 64,266 |
| Kasowitz, Benson, Torres & Friedman | Special Counsel - Litigation | - | 2,222 |
| Kleyr Grasso Associes | Special Counsel - UK | 6 | 1,018 |
| Kramer Levin Naftalis and Frankel LLP | Special Counsel - Employee Matters | - | 151 |
| Krebsbach & Snyder, P.C. | Special Counsel - Litigation | 203 | 541 |
| Latham & Watkins LLP | Special Counsel - Real Estate | - | 591 |
| Lazard Freres & Co. | Investment Banking Advisor | 160 | 31,773 |
| Locke Lord Bissell & Liddell LLP | Special Counsel - Mortgage Litigation and Claims | 22 | 1,394 |
| McKenna Long & Aldridge LLP | Special Counsel - Commercial Real Estate Lending | 225 | 5,834 |
| MMOR Consulting | Tax Services | 44 | 929 |
| Momo-o, Matsuo & Namba | Special Counsel - Asia | 11 | 589 |
| Moulton Bellingham P. C. | Special Counsel - Mortgage Litigation and Claims | 84 | 480 |
| O'Neil Group | Tax Services | 36 | 3,032 |
| Pachulski Stang Ziehl & Jones | Special Counsel - Real Estate | 107 | 3,815 |
| Paul, Hastings, Janofsky & Walker LLP | Special Counsel - Real Estate | 37 | 3,380 |
| Pricewaterhouse Coopers LLP | Tax Services | 122 | 2,293 |
| Reed Smith LLP | Special Counsel - Insurance | 14 | 1,134 |
| Reilly Pozner LLP | Special Counsel - Mortgage Litigation and Claims | 346 | 8,528 |
| Simpson Thacher & Bartlett LLP | Special Counsel - SEC Reporting, Asset Sales, and Congressional Testimony | - | 2,712 |
| SNR Denton LLP | Special Counsel - Real Estate | 70 | 2,375 |
| Sutherland LLP | Special Counsel - Tax | 26 | 747 |
| Weil Gotshal & Manges LLP | Lead Counsel | 5,406 | 404,375 |
| Windels Marx Lane & Mittendorf, LLP | Special Counsel - Real Estate | 35 | 3,293 |
| Wollmuth Maher & Deutsch LLP | Special Counsel - Derivatives | - | 1,555 |
| **Creditors - Section 327 Professionals** | | | |
| FTI Consulting Inc. | Financial Advisor | 672 | 82,855 |
| Houlihan Lokey Howard & Zukin Capital Inc. | Investment Banking Advisor | 327 | 16,060 |
| Milbank Tweed Hadley & McCloy LLP | Lead Counsel | - | 133,657 |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | Special Counsel - Conflicts | 1,373 | 27,508 |
| Richard Sheldon, Q.C. | Special Counsel - UK | - | 326 |
| **Examiner - Section 327 Professionals** | | | |
| Duff & Phelps LLC | Financial Advisor | - | 43,210 |
| Jenner & Block LLP | Examiner | 46 | 58,490 |
| **Fee Examiner** | | | |
| Godfrey & Kahn, S.C. | Fee Examiner (Current) | 700 | 4,160 |
| Feinberg Rozen LLP | Fee Examiner (Previous) | - | 3,158 |
| Brown Greer Plc | Fee and Expense Analyst | 50 | 1,147 |
| **Total Non-Ordinary Course Professionals** | | **24,554** | **1,599,690** |
| **Debtors - Ordinary Course Professionals** | | **494** | **46,307** |
| **US Trustee Quarterly Fees** | | **-** | **1,793** |
| **Total Professional Fees and UST Fees** | | **$ 25,048** | **$ 1,647,791** |