April 17, 2012

Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges LLP
Attn: Robert J. Lemons
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee for Region 2
Attn: Tracy Hope David, Esq., Elisabetta Gasparini, Esq., and Endrea Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweek, Hadley and McCloy LLP
Attn:  Dennis F. Dunne, Esq.,  Dennis O'Donnell, Esq.,  and Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005


RE:     Lehman Brothers Bankruptcy – Chapter 11, Case No. 08-13555 (JMP) –
        Claim No. 10665 and 10656

This communication is to notify each party that effective with this communication the Law Office of Pasquale P. Caiazza, namely Pasquale P. Caiazza, no longer my attorney of record in the above reference case.  This change is being made as it has recently come to my attention that Mr. Caiazza no longer employee's an attorney with bankruptcy knowledge or experience and has not employed a bankruptcy attorney with this experience for over one year.  Therefore, until qualified legal representation can be obtained please direct all communications and correspondence to my attention at the address provided below.  In addition, I hereby authorize each party listed above to receive and convey information with my wife, Loree Littlefield.

With regards,

David A. Littlefield
81740 Camino Montevideo
Indio, CA 92203
760-863-8409

CC:    Law Office of Pasquale P. Caiazza
       Attention: Pasquale P. Caiazza
       606 East Chapman Avenue, Suite 201
       Orange, CA 92866-1601

RECEIVED
APR 2 3 2012
U.S. BANKRUPTCY COURT, SDNY
JMP