UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                    :
In re                                                               :    Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                    :
            Debtors.                                               :    (Jointly Administered)
                                                                    :
-----------------------------------------------------------------x

### DECLARATION OF STEVEN SILVERS IN SUPPORT OF THE TWO HUNDRED FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

I, Steven Silvers, make this declaration under 28 U.S.C. § 1746, and state:

1.  I am a Senior Vice President at Lehman Commercial Paper Inc. ("LCPI") currently working in connection with the above referenced chapter 11 cases (the "Chapter 11 Cases") of Lehman Brothers Holdings Inc. and certain of its affiliates (the "Debtors"). I make this declaration in support of the Debtors' Two Hundred Forty First Omnibus Objection To Claims (No Liability Claims).

2.  Attached to this declaration are two screen shots from the Debtors' records that indicate the location of the collateral referred to in Claim No. 27730 (the "Collateral"). Prior to the commencement of the Chapter 11 Cases, trades such as the one described in Claim No. 27730 were booked through the MTS system. The MTS system is no longer operational. However, the Debtors have access to a data depository that contains certain information previously stored in the MTS system. Attached hereto as Exhibit A is a screenshot of this data depository, that indicates that the Collateral was held in account G4SX on September 18, 2008. Account G4SX is an internal account in the MTS system where the trade described in Claim No. 27730 was booked. Account G4SX was an account of Lehman Brothers Inc. The screenshot

also indicates that the particular trade described in Claim No. 27730 was booked with company G.  Company G is the code used by the MTS system for trades with Lehman Brothers Inc.

      3.    Attached hereto as <u>Exhibit B</u> is a screen shot from the data depository from Pathfinder, a different system where all Lehman accounts were set up.  <u>Exhibit B</u> indicates that account G4SX is assigned to legal entity Lehman Brothers Inc.

      4.    These screenshots demonstrate that the transaction underlying Claim No. 27730 was with LBI.  Based on the foregoing, Claim No. 27730 should be either disallowed or withdrawn.

I declare under penalty of perjury that, to the best of my knowledge, and after reasonable inquiry, the foregoing is true and correct.

Dated: April 30, 2012
       New York, New York

                                    /s/ Steven Silvers
                                  Steven Silvers

# **EXHIBIT A**

**Screen Shots of Data Previously Stored in the MTS System**





2

# **EXHIBIT B**

**Screen Shot of Data Previously Stored in Pathfinder**

<A>
</A>

