Adam Brezine (NY State Bar #3922762)
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 268-2000
Facsimile:     (415) 268-1999
Email: adam.brezine@bryancave.com

Kerry Moynihan (admitted *pro hac vice,* CA SB# 250571)
BRYAN CAVE LLP
800 W. Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile:  (213) 572-4400
Email: kerry.moynihan@bryancave.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CHANGE OF FIRM NAME AND CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that effective January 1, 2012, substantially all of the lawyers of Holme Roberts & Owen LLP have joined Bryan Cave LLP, which also acquired substantially all HRO's assets and liabilities and is the continuing firm.  All future references and documents concerning this matter should be directed to Bryan Cave LLP.  The firm's and its lawyers'

#33101 v2 lax

addresses, phone numbers and fax numbers have not been affected by this change. Lawyers'

email addresses have changed to the form indicated in the caption block listed below.

Dated: April 30, 2012                               Respectfully submitted,

/s/ *Kerry Moynihane*
Kerry Moynihan (admitted *pro hac vice,* CA SB# 250571)
BRYAN CAVE LLP
800 W. Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile: (213) 572-4400
Email: kerry.moynihan@bryancave.com

*Counsel for Claimant, Millennium Marketing & Management Pty, Ltd.*

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Bryan Cave LLP, 800 West Olympic Boulevard, 4th Floor, Los Angeles, California 90015. On April 30, 2012, I caused the following document to be served by email:

- Notice of Change of Firm Name

to the parties listed below:

*Counsel for the Debtors*
Weil, Gotshal & Manges, LLP
Attn: Robert Lemons, Esq., Harvey R. Miller, Jacqueline Marcus and Shai Waisman
767 Fifth Avenue
New York, NY 10153

robert.lemons@weil.com
harvey.miller@weil.com
jacqueline.marcus@weil.com
shai.waisman@weil.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 30th day of April, 2012, at Los Angeles, California.

/s/ *Trisha Penn*
Trisha Penn

#33101 v2 lax