SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner
Fredric Sosnick

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                              :
                                              :
In re:                                        :    Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    Case No. 08 – 13555 (JMP)
                                              :
            Debtors.                          :    (Jointly Administered)
                                              :
                                              :
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )   ss.:
COUNTY OF NEW YORK       )

Alexa J. Loo, being duly sworn, deposes and says, under the penalty of perjury:

　　1. I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

　　2. On April 25, 2012 I caused to be served via hand delivery, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of the *Notice of Withdrawal of Response of Banco Itau Europa Luxembourg S.A. to Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim.*

NYDOCS03/915633.4

_[signature]_

Alexa J. Loo

SWORN TO AND SUBSCRIBED before me on this 1st day of May, 2012.

_[signature]_

TODD A. MATTHIAS
Notary Public, State of New York
No. 5006112
Qualified in Westchester County
Commission Expires Dec. 28, 20__

NYDOCS03/915633.4

## Exhibit A

Weil Gotshal & Manges LLP
Attn: Robert Lemons, and Mark Bernstein
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Dennis O'Donnell, and Evan Fleck
1 Chase Manhattan Plaza
New York, New York 10005

Office of the United States Trustee
Southern District of New York
Attn: Elisabeth Gasparini, Andrea Schwartz, and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004

NYDOCS03/915633.4