WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF TWO
# HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
# (ASSIGNED CONTRACT CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing without prejudice its Two Hundred Eighty-Sixth Omnibus Objection to Claims (Assigned Contract Claims) [ECF No. 27382] **solely as to the claim listed on Exhibit A attached hereto**. The Plan

Administrator reserves its rights to object to the claim listed on <u>Exhibit A</u> on any grounds in the future.

Dated:  May 1, 2012
      New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Lehman Brothers Holdings Inc.
                    and Certain of Its Affiliates

## Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| NEW YORK MERCANTILE EXCHANGE, INC. | 11304 |

US_ACTIVE:\43992055\01\58399.0008