UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                                     :
In re                                                                :    Chapter 11 Case No.
                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                             :    08-13555 (JMP)
                                                                     :    (Jointly Administered)
            Debtors.                                                 :
                                                                     :
---------------------------------------------------------------------x    Ref. Docket Nos. 27069, 27071,
                                                                          27138, 27139, 27243, 27265, 27277-
                                                                          27279, 27283-27285, 27307, 27364

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 17, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
1st day of May, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

08-13555-mg Doc 27674 Filed 05/01/12 Entered 05/01/12 18:25:22 Main Document Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CANTOR FITZGERALD SECURITIES
     TRANSFEROR: LEHWOOD HOLDING FRANCE SAS
     110 EAST 59TH STREET, 7TH FLOOR
     NEW YORK NY 10022
```

Please note that your claim # 17508 in the above referenced case and in the amount of $5,730,742.51  Unliquidated   has been transferred **(unless previously expunged by court order)**

```
BURLINGTON LOAN MANAGEMENT LIMITED
TRANSFEROR: CANTOR FITZGERALD SECURITIES
C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC
65 EAST 55TH STREET
NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 27138   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/17/2012                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 17, 2012.

# EXHIBIT B

TIME: 18:20:24
DATE: 04/17/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| BURLINGTON LOAN MANAGEMENT LIMITED | TRANSFEROR: CANTOR FITZGERALD SECURITIES C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET NEW YORK NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: LEHWOOD HOLDING FRANCE SAS 110 EAST 59TH STREET, 7TH FLOOR NEW YORK NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: LEHWOOD NICE SAS 110 EAST 59TH STREET, 7TH FLOOR NEW YORK NY 10022 |
| HABBEMA, D. | ELENOOR ROOSEVELTLAAN 189 AMSTELVEEN 1183 CH NETHERLANDS |
| LAM LAI, YING | FLAT E 23/F BLOCK 3 KAI TAK GARDEN 121 CHOI HUNG ROAD WONG TAI SIN   KLN HONG KONG |
| LEHWOOD HOLDING FRANCE SAS | (FORMERLY MERIDIEN HOLDING FRANCE SAS) 81, BOULEVARD GOUVION SAINT CYR PARIS 75017 FRANCE |
| LEHWOOD HOLDING FRANCE SAS | NICOLA BATTEN STARMAN UK SERVICES COMPANY LIMITED HESKETH HOUSE 43-45 PORTMAN SQUARE LONDON W1H 6HN UNITED KINGDOM |
| LEHWOOD NICE SAS | (FORMERLY SOCIETE D'EXPLOITATION DU MERIDIEN NICE SAS) 1 AVENUE GUSTAVE DE SUEDE NICE 06000 FRANCE |
| LEHWOOD NICE SAS | NICOLA BATTEN STARMAN UK SERVICES COMPANY LIMITED HESKETH HOUSE 43-45 PORTMAN SQUARE LONDON W1H 6HN UNITED KINGDOM |
| LEUNG KWOK KEE | RM 1110 LOW BLK SHEK CHUN HOUSE SHEK LEI ESTATE KWAI CHUNG NT   HONG KONG |
| LEUNG TONG CHING YEE REGINA | HOUSE 4 NO. 4 PEEL RISE THE PEAK HONG KONG, HK   HONG KONG |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: SPINNAKER GLOBAL EMERGING MARKETS FUND LTD. ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: SPINNAKER GLOBAL OPPORTUNITY FUND LTD ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: SPINNAKER GLOBAL STRATEGIC FUND LTD. ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MITSUBISHI UFJ SECURITIES HOLDINGS CO., LTD. | MORRISON & FOERSTER LLP ATTN: LARREN M. NASHELSKY, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MITSUBISHI UFJ SECURITIES HOLDINGS CO., LTD. | ATTN: MS. HISAKO KUBO & MS. KUMIKO MORITO; LEGAL GROUP, MGMT PLANNING MEJIRODAI BLDG 3-29-20 MEJIRODAI BUNKYO-KU TOKYO 112-8688 JAPAN |
| MORGAN STANLEY CREDIT PRODUCTS JAPAN CO, LTD | TRANSFEROR: MITSUBISHI UFJ SECURITIES HOLDINGS CO., LTD. ATTN: KIKUKO ITOH/KUMIKO TAKIGUCHI YEBISU GARDEN PLACE TOWER 4-20-3 EBISU, SHIBUYA-KU TOKYO 150-6008 JAPAN |
| SPINNAKER GLOBAL EMERGING MARKETS FUND LTD. | C/O SPINNAKER CAPITAL LIMITED ATTN: ALEXIS HABIB 6 GROSVENOR STREET LONDON W1K 4DJ UNITED KINGDOM |
| SPINNAKER GLOBAL EMERGING MARKETS FUND LTD. | IRENA GOLDSTEIN, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| SPINNAKER GLOBAL OPPORTUNITY FUND LTD | ATTN:ALEXIS HABIB C/O SPINNAKER CAPITAL LIMITED 6 GROSVENOR STREET LONDON W1K 4JD UNITED KINGDOM |
| SPINNAKER GLOBAL OPPORTUNITY FUND LTD | IRENA GOLDSTEIN, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| SPINNAKER GLOBAL STRATEGIC FUND LTD. | C/O SPINNAKER CAPITAL LIMITED ATTN: ALEXIS HABIB 6 GROSVENOR STREET LONDON W1K 4DJ UNITED KINGDOM |
| SPINNAKER GLOBAL STRATEGIC FUND LTD. | EILEEN BANNON, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NU 10019 |
| SPINNAKER GLOBAL STRATEGIC FUND LTD. | IRENA GOLDSTEIN, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAM LAI, YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG KWOK KEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG TONG CHING YEE REGINA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SUN, HONGLI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YUEN CHEUNG MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |
| SUN, HONGLI | C/O CIMC R G D CENTER NO.2 GANGWAN ROAD SHEKOU DISTRICT SHENZHEN GUANGDONG 51806 CHINA |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: HABBEMA, D. 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TOKYO SHINKIN BANK, THE | 1-12-5 HIGASHIIKEBUKURO TOSHIMA-KU TOKYO 170-0013 JAPAN |
| UBS SECURITIES JAPAN LIMITED | TRANSFEROR: TOKYO SHINKIN BANK, THE OTEMACHI FIRST SQUARE, 5-1, OTEMACHI I-CHOME, CHIYODA-KU TOKYO 100-0004 JAPAN |
| YORK CAPITAL FINANCE BDH, LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YUEN CHEUNG MING | FLAT A 47/F BLOCK 1 ISLAND RESORT 28 SIU SAI WAN ROAD SIU SAI WAN, HK   HONG KONG |

Total Number of Records Printed    35

EPIQ BANKRUPTCY SOLUTIONS, LLC