UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                              :
In re                                         :        **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :        **08-13555 (JMP)**
                                              :        **(Jointly Administered)**
                            **Debtors.**      :
                                              :
-------------------------------------------------------------------x   **Ref. Docket No. 27364**


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 19, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
1st day of May, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 27364_Aff 04-19-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | |
| | | (Jointly Administered) |
| Debtors. | | |

---

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    DU, LIHUA
              UNIT 3
              16 BONA VISTA AVE
              SURREY HILLS
              VIC 3127 AUSTRALIA


Additional:




Transferee:    STANDARD CHARTERED BANK (HONG KONG) LTD.
              21/F STANDARD CHARTERED TOWER
              388, KWUN TONG ROAD
              HONG KONG HONG KONG


**Your transfer    of claim #    39678    is defective for the reason(s) checked below:**




Docket Number 27364            Date 04/13/12

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2012.

# EXHIBIT B

TIME: 18:04:50
DATE: 04/19/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
| --- | --- |
| DU, LIHUA | UNIT 3 16 BONA VISTA AVE SURREY HILLS VIC  3127 AUSTRALIA |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |

Total Number of Records Printed        2

EPIQ BANKRUPTCY SOLUTIONS, LLC