UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
              Debtors.                                           :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 26073, 26096,
                                                                      26998-27000, 27009-27011, 27013,
                                                                      27014, 27018-27022, 27024, 27025
                                                                      27037, 27048, 27068, 27077, 27087,
                                                                      27120, 27185, 27211, 27222, 27223,
                                                                      27225-27230, 27244, 27250, 27255,
                                                                      27259, 27269, 27281, 27303, 27327,
                                                                      27330, 27348, 27349, 27364, 27369,
                                                                      27371, 27372, 27376, 27378, 27427-
                                                                      27430

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 19, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
1st day of May, 2012

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To: ALLIANCEBERNSTEIN
        ALLIANCEBERNSTEIN ENHANCED FI TRUST (EFITFI)
        ATTN MICHAEL SOHR, 38TH FL
        1345 AVENUE OF THE AMERICAS
        NEW YORK NY 10105

Please note that your claim # 63581 in the above referenced case and in the amount of
    $1,463,568.00   allowed at $1,462,988.45     has been transferred **(unless previously expunged by court order)**

        DEUTSCHE BANK AG, LONDON BRANCH
        TRANSFEROR: ALLIANCEBERNSTEIN
        C/O DEUTSCHE BANK AG, HONG KONG BRANCH
        ATTN: JACK TSAI
        60/F INTERNATIONAL COMMERCE CENTRE
        1 AUSTIN ROAD WEST, KOWLOON
        HONG KONG
        HONG KONG

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 27255    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2012                 Vito Genna, Clerk of Court

                                 /s/ Lauren Rodriguez
                                 _____
                                 By: Epiq Bankruptcy Solutions, LLC
                                     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 19, 2012.

**EXHIBIT B**

08-13555-mg    Doc 27676    Filed 05/01/12    Entered 05/01/12 20:17:31    Main Document
Pg 5 of 8

```
TIME: 18:06:40                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 04/19/12                                                   CREDITOR LISTING

Name                                              Address
ALLIANCEBERNSTEIN                                 ALLIANCEBERNSTEIN ENHANCED FI TRUST (EFITF1) ATTN MICHAEL SOHR, 38TH FL 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
BANCA POPOLARE DI SONDRIO SOC. COOP.              ATTN: GIANFRANCO PIRAINO PIAZZA GARIBALDI, N. 16 SONDRIO (SO) 23100 ITALY
 P.A.
BANCO SABADELL S.A.                               TRANSFEROR: MUTUA GENERAL DE SEGUROS PRINCIPE DE VERGARA 125 MADRID 28002 SPAIN
BANK OF AMERICA, NA, AS TRUSTEE                   TRANSFEROR: BARCLAYS BANCH C/O ROPES & GRAY LLP ATTN: CRAIG M PRICE CHAPMAN AND CUTLER LLP 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010
BANK OF AMERICA, NA, AS TRUSTEE                   TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: SACHIKO NISHIDA CORPORATE TRUST SERVICES 190 SOUTH LASALLE STREET
                                                  CHICAGO IL 60603
BANK OF AMERICA, NATIONAL ASSOCIATION             AS SUCCESSOR BY MERGER TO LASALLE BANK NA HUNTON & WILLIAMS LLP ATTN: J.R. SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER
                                                  951 E. BYRD STREET RICHMOND VA 23219
BARCLAYS BANK PLC                                 TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: GLOBAL WORLD INVESTMENT, S.L. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: UBS AG 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK, SA                                 TRANSFEROR: HERNANDEZ GONZALEZ, AGUSTIN ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID 28036 SPAIN
BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER          TRANSFEROR: BARCLAYS BANK PLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
 FUND, LP
BLUE MOUNTAIN DISTRESSED MASTER FUND, LP          TRANSFEROR: BARCLAYS BANK PLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUE MOUNTAIN LONG/SHORT CREDIT MASTER            TRANSFEROR: BARCLAYS BANK PLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
 FUND, LP
BLUE MOUNTAIN TIMBERLINE, LTD                     TRANSFEROR: BARCLAYS BANK PLC
CASSA RURALE ED ARTIGIANA DI CANTU                TRANSFEROR: BANCA POPOLARE DI SONDRIO SOC. COOP. P.A. ATTN: PAOLA MUTTON CORSO UNITA D' ITALIA 11 22063 CANTU  ITALY
 B.C.C. SOC. COOP.
CASTLESTONE MANAGEMENT PLC (IN VOLUNTARY          C/O PAUL MCCANN LIQUIDATOR 24-26 CITY QUAY DUBLIN 2  IRELAND
 LIQUIDATION)
CATURRA ASSOCIATES LLC                            TRANSFEROR: UBS AG, STAMFORD BRANCH C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
CATURRA ASSOCIATES, LLC                           TRANSFEROR: UBS AG, STAMFORD BANCH C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
CATURRA ASSOCIATES, LLC                           TRANSFEROR: UBS AG, STAMFORD BRANCH C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
CHIU, YUEN MUI (ANTONIA)                          FLT C 17/F EXCELSIOR CRT NO. 83 ROBINSON ROAD MID LEVELS HK  HONG KONG
CHU CHUN FA                                       HSE 2 G/F LOT 233 DD 233 HA YEUNG NEW VILLAGE CLEARWATER BAY ROAD SAI KUNG, KLN  HONG KONG
CVI GVF LUXEMBOURG TWELVE S.A.R.L.                TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY  KT112PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ALLIANCEBERNSTEIN C/O DEUTSCHE BANK AG, HONG KONG BRANCH ATTN: JACK TSAI 60/F INTERNATIONAL COMMERCE CENTRE
                                                  1 AUSTIN ROAD WEST, KOWLOON HONG KONG  HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: PERRY PRINCIPALS LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: PERRY PRINCIPALS, L.L.C. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: PERRY PRINCIPALS, L.L.C. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: RAB MARKET CYCLES (MASTER) FUND LIMITED ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON  EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019
FAIR HARBOR CAPITAL, LLC                          TRANSFEROR: STICHTING VRIENDEN VAN RADAR ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FAIR HARBOR CAPITAL, LLC                          TRANSFEROR: VAN DUINKERKEN, J. & VAN DUINKERKEN-PROPER, G. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FIR TREE CAPITAL OPPORTUNITY MASTER               TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
 FUND, LP
FIR TREE VALUE MASTER FUND, L.P.                  TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
GLOBAL WORLD INVESTMENT, S.L.                     CALLE MURCIA, 3 GUADALMINA BAJA SAN PEDRO DE ALCANTARA, MALAGA  29670 SPAIN
GOLDMAN, SACHS & CO.                              TRANSFEROR: BANCO SABADELL S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
HAIN CAPITAL HOLDINGS, LTD                        TRANSFEROR: CASTLESTONE MANAGEMENT PLC (IN VOLUNTARY LIQUIDATION) ATTN: RACHEL YAMNIK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HERNANDEZ GONZALEZ, AGUSTIN                       PZ SARDOYM, 9  3 B MURCIA  30003 SPAIN
IBIC CORPORATION                                  TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: AKIRA IMANISHI 1-11 KITA 10 HIGASHI 1 HIGASHI-KU, SAPPORO-SHI HOKKAIDO  065-0010 JAPAN
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                  NEW YORK NY 10005
KWAN ANNIE                                        31A BLOCK 2 SCENIC GARDEN 9 KOTEWALL ROAD HK  HONG KONG
KYLIN FUND LP                                     C/O KYLIN MANAGEMENT LLC 366 MADISON AVE, 16TH FLOOR ATTN: PAUL GUGGENHEIMER NEW YORK NY 10017
KYLIN OFFSHORE MASTER FUND LTD.                   FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN JEROME RANAWAKE & GAVIN WOODS 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022


                                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:06:40                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 04/19/12                                                   CREDITOR LISTING

Name                                              Address
KYLIN OFFSHORE MASTER FUND LTD.                   FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN JEROME RANAWAKE & HARVEY DYCHIAO 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022
KYLIN OFFSHORE MASTER FUND LTD.                   C/O KYLIN MANAGEMENT LLC 366 MADISON AVE, 16TH FLOOR ATTN: PAUL GUGGENHEIMER NEW YORK NY 10017
KYLIN OFFSHORE MASTER FUND LTD.                   C/O KYLIN MANAGEMENT LLC 366 MADISON AVE, 16TH FLOOR ATTN: PAUL GUGGENHEIMER NEW YORK NY 10017
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  LP
MACQUARIE BANK LIMITED                            TRANSFEROR: SECONDMARKET, INC. C/O MACQUARIE HOLDINGS (USA) INC. ATTN: FICC CREDIT SALES AND TRADING 125 WEST 55TH STREET
                                                  NEW YORK NY 10019
MASSACHUSETTS DEPARTMENT OF                       EDWARDS ANGELL PALMER & DODGE LLP ATTN: JOHN WHITLOCK, AMY ZUCCARELLO 111 HUNTINGTON AVENUE BOSTON MA 02199
  TRANSPORTATION, AS SUCCESSOR TO
MASSACHUSETTS DEPARTMENT OF                       MASSACHUSETTS TURNPIKE AUTHORITY ATTN: JOSEPH F. MCCANN 10 PARK PLAZA, SUITE 4160 BOSTON MA 02116
  TRANSPORTATION, AS SUCCESSOR TO
MEIHO CHEMICAL INDUSTRY CO., LTD.                 TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: TAMIE HIRANO 3-1-2 KAMIMINAMI, HIRANO-KU, OSAKA-SHI OSAKA  547-0003 JAPAN
MORGAN STANLEY SENIOR FUNDING, INC.               RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: MASSACHUSETTS DEPARTMENT OF TRANSPORTATION, AS SUCCESSOR TO THE MASSACHUSETTS TURNPIKE AUTHORITY 1585 BROADWAY
                                                  NEW YORK NY 10036
MUTUA GENERAL DE SEGUROS                          AVENIDA DIAGONAL, 543 BARCELONA  08029 SPAIN
NOMURA GLOBAL FINANCIAL PRODUCTS, INC.            DOUGLAS P BARTNER / SOLOMON J NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
NOMURA GLOBAL FINANCIAL PRODUCTS, INC.            THOMAS SALATTE, ESQ 2 WORLD FINANCIAL CENTER NEW YORK NY 10281
PERRY PRINCIPALS LLC                              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O PERRY CAPITAL ATTN: AARON ZELIG 767 FIFTH AVE, 19TH FLOOR NEW YORK NY 10153
PERRY PRINCIPALS, L.L.C.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
PERRY PRINCIPALS, L.L.C.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O PERRY CAPITAL ATTN: AARON ZELIG 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153
PERRY PRINCIPALS, L.L.C.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O PERRY CAPITAL / ATTN: AARON ZELIG 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153
RAB MARKET CYCLES (MASTER) FUND LIMITED           C/O PROSKAUER ROSE LLP ATTN: PAUL POSSINGER THREE FIRST NATIONAL PLAZA 70 WEST MADISON STREET, SUITE 3800 CHICAGO IL 60602
RESTORATION HOLDINGS LTD.                         325 GREENWICH AVE. - 3RD FLOOR GREENWICH CT 06830
RESTORATION HOLDINGS LTD.                         MICHAEL R. DAL LAGO, ESQ. MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022
SASAME HOOKS, LTD.                                TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: NOBUYOSHI SASAKORA 573-1 OKU SANNAN-CHO TANBA-CITY HYOGO  JAPAN
SEA PORT GROUP SECURITIES, LLC                    TRANSFEROR: RESTORATION HOLDINGS LTD. ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SECONDMARKET, INC.                                TRANSFEROR: TRUSTEES OF THE MARIST MISSIONS OF THE PACIFIC ATTN: ANDREW GOTTESMAN 26 BROADWAY, 12TH FLOOR NEW YORK NY 10004
SODRA KONCERNENS PENSIONSSTIFTELSE                SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C STOCKHOLM  SE-106 70 SWEDEN
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHIU, YUEN MUI (ANTONIA) 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHU CHUN FA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: KWAN ANNIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: TO TIN HOI RICHARD / KWOK PUI YIN BARBARA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STICHTING VRIENDEN VAN RADAR                      MAASBOULEVARD 1 MAASTRICHT  6211 JW NETHERLANDS
SWIRE HOLDINGS LIMITED                            SUITE 106, FIRST FLOOR, SHAM PENG TONG PLAZA PO BOX 1028 VICTORIA MAHE   SEYCHELLES
TAALERITEHDAS OY                                  TRANSFEROR: OY, KARIVI C/O TAALERITEHDAS KLUUVIKATU 3 HELSINKI  00100 FINLAND
TACONIC CAPITAL PARTNERS 1.5 L.P.                 TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
TO TIN HOI RICHARD / KWOK PUI YIN                 SECTION B 21 7TH STREET FAIRVIEW PARK YUEN LONG NT   HONG KONG
  BARBARA
TRUSTEES OF THE MARIST MISSIONS OF THE            PO BOX 1017 HUNTERS HILL NEW SOUTH WALES  2110 AUSTRALIA
  PACIFIC
TSO LLC                                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ASHURST LLP ATTN: AMANDA GOEHRING 7 TIMES SQUARE NEW YORK NY 10036
UBS AG                                            HUGO KOLLER, OQ9C/05GC PO BOX ZURICH  8098 SWITZERLAND
UBS AG                                            TRANSFEROR: ONRICH ENTERPRISES LIMITED BAHNHOFSTRASSE 45 ZURICH  8011 SWITZERLAND
UBS AG, LONDON BRANCH                             TRANSFEROR: IBIC CORPORATION 100 LIVERPOOL STREET LONDON   UNITED KINGDOM
UBS AG, LONDON BRANCH                             TRANSFEROR: MEIHO CHEMICAL INDUSTRY CO., LTD. 100 LIVERPOOL STREET LONDON   UNITED KINGDOM
UBS AG, LONDON BRANCH                             TRANSFEROR: SASAME HOOKS, LTD. 100 LIVERPOOL STREET LONDON   UNITED KINGDOM
UBS AG, STAMFORD BRANCH                           TRANSFEROR: BTR GLOBAL ARBITRAGE TRADING LIMITED ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                           TRANSFEROR: BTR GLOBAL GROWTH TRADING LIMITED ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD. STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                           TRANSFEROR: BTR GLOBAL OPPORTUNITY TRADING LIMITED ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                           TRANSFEROR: BTR GLOBAL PROSPECTOR II TRADING LIMITED ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                           TRANSFEROR: BTR GLOBAL PROSPECTOR TRADING LIMITED ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 18:06:40                                         LEHMAN BROTHERS HOLDING INC.                                                    PAGE:  3
DATE: 04/19/12                                              CREDITOR LISTING

Name                                              Address
UBS AG, STAMFORD BRANCH                           TRANSFEROR: KYLIN FUND LP ATTN: HOUSSEM DALY UBS LOAN SERVICING UNIT, BANKING PRODUCT SERVICES UBS AG, CENTER 1 677 WASHINGTON BLVD.
                                                  STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                           TRANSFEROR: KYLIN OFFSHORE MASTER FUND LTD. ATTN: HOUSSEM DALY UBS LOAN SERVICE UNIT, BANKING PRODUCT SERVICES UBS AG, CENTER 1
                                                  677 WASHINGTON BLVD. STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                           TRANSFEROR: KYLIN OFFSHORE MASTER FUND LTD. ATTN: HOUSSEM DALY UBS LOAN SERVICING UNIT, BANKING PRODUCT SERVICES UBS AG, CENTER 1
                                                  677 WASHINGTON BLVD. STAMFORD CT 06901
UBS SECURITIES JAPAN CO., LTD.                    TRANSFEROR: UBS SECURITIES JAPAN, LTD ATTN: KAZUYA ICHIKAWA/MARIE MIYAZAWA OTEMACHI FIRST SQUARE 5-1, OTEMACHI 1-CHOME CHIYODA-KU
                                                  TOKYO 100-0004 JAPAN
UBS SECURITIES JAPAN, LTD                         TRANSFEROR: UZUSHIO ELECTRIC CO.,LTD ATTN: KAZUYA ICHIKAWA; MARIE MIYAZAWA, OTEMACHI FIRST SQUARE 5-1, OTEMACHI 1-CHOME CHIYODA-KU
                                                  TOKYO 100-0004 JAPAN
UNITED MIZRAHI BANK (SWITZERLAND) LTD.            MICHAEL LEVIN ARNOLD & PORTER LLP 399 PARK AVE, 34TH FL NEW YORK NY 10022
UNITED MIZRAHI BANK (SWITZERLAND) LTD.            NUSCHELERSTRASSE 31 ZURICH CH-8021 SWITZERLAND
VAN DUINKERKEN, J. & VAN                          OUDE LAGEWEG 167 AMERSFOORT 3821 CG NETHERLANDS
 DUINKERKEN-PROPER, G.
VARDE FUND IX, L.P., THE                          TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A, L.P., THE                        TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A, L.P., THE                        TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER), L.P, THE                   TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
 MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.                   TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
WARWICKSHIRE HOLDINGS LLC                         TRANSFEROR: UBS AG, STAMFORD BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
YORVIK PARTNERS LLP                               TRANSFEROR: SODRA KONCERNENS PENSIONSSTIFTELSE 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: SWIRE HOLDINGS LIMITED ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: TAALERITEHDAS OY ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed            105
```