UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :    (Jointly Administered)
                    Debtors.                  :
                                              :
                                              :    Ref. Docket Nos. 26998, 27052,
---------------------------------------------------------------x    27053, 27093, 27192, 27251, 27314,
                                                   27316, 27317, 27322, 27324, 27346,
                                                   27359, 27360, 27402, 27405, 27407,
                                                   27410, 27413, 27415-27417, 27433,
                                                   27437

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 20, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Lauren Rodriguez
                                              Lauren Rodriguez

Sworn to before me this
1st day of May, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 26998, 27052, 27053...27417, 27433, 27437_AFF_04-20-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
| (Jointly Administered)
Debtors.

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER
     1177 AVENUE OF THE AMERICAS
     NEW YORK NY 10019

BANK HAPOALIM B.M.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

Please note that your claim # 55854-58 in the above referenced case and in the amount of $220,000.00  allowed at $222,666.67   has been transferred (**unless previously expunged by court order**)

ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN
TRANSFEROR: BANK HAPOALIM B.M.
ATTN: RICHARD FELS
227 SUNSET AVENUE
RIDGEWOOD NJ 07450

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 27052   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/20/2012                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 20, 2012.

# EXHIBIT B

08-13555-mg    Doc 27677    Filed 05/01/12    Entered 05/01/12 20:51:38    Main Document
Pg 4 of 6

```
TIME: 17:48:28                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 04/20/12                                        CREDITOR LISTING
```

| Name | Address |
|---|---|
| AEGIS VENTURES LTD | TRANSFEROR: BANK HAPOALIM B.M. C/O RBC WEALTH MANAGEMENT ATTN: EDUARDO BRENDER, FINANCIAL ADVISOR 801 BRICKELL AVE, SUITE 1500 MIAMI FL 33131 |
| AREA - SOCIETE DES AUTOROUTES RHONE ALPES | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| AREA - SOCIETE DES AUTOROUTES RHONE ALPES | ATTN: MR. VINCENT LANG, DIRECTEUR FINANCIER GROUPE 260 AVENUE JEAN MONNET BP 48 BRON CEDEX 696971 FRANCE |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BSOF MASTER FUND L.P. | BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 34 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF MASTER FUND L.P. | TRANSFEROR: MACQUARIE BANK LIMITED C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| BSOF MASTER FUND, L.P. | BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES, L.L.C. ATTN: ARTHUR LIAO 34 PARK AVENUE, 28TH FLOOR NEW YORK NY 10022 |
| BSOF MASTER FUND, L.P. | BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES, L.L.C. ATTN: ARTHUR LIAO 34 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| BSOF MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE NEW YORK NY 10022 |
| BSOF MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| BSOF MASTER FUND, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| CAI DISTRESSED DEBT OPPORTUNITY MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CITIGROUP ALTERNATIVE INVESTMENTS ATTN: JUDITH OTTENSOSER 399 PARK AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| CHENG, SUEN WA | FLAT 1213 12/F LEUNG CHUN HOUSE LEUNG KING ESTATE TUEN MUN HONG KONG |
| CITIC BANK INTERNATIONAL LIMITED (F/K/A CITIC KA WAH BANK LIMITED) | TRANSFEROR: CHENG, SUEN WA ATTN: FLORENCE CHEUNG/IRENE CHAN 18/F SOMERSET HOUSE, TAIKOO PLACE 979 KING'S ROAD, QUARRY BAY HONG KONG HONG KONG |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 1,L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 10, L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 2, L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 3, L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 4, L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 5, L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 6, L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 7,L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 8, L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 9, L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: ACE TEMPEST REINSURANCE, LTD ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: LEGG MASON AUSTRALIAN BOND TRUST ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: METLIFE DOMESTIC TRUST ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| D-STAR LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CITIGROUP ALTERNATIVE INVESTMENTS ATTN: JUDITH OTTENSOSER 399 PARK AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AREA - SOCIETE DES AUTOROUTES RHONE ALPES ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB ENGLAND |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CARLYLE HIGH YIELD PARTNERS IX, LTD ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND., L.P. ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIR TREE VALUE MASTER FUND LP ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HIGHLAND CRUSADER OFFSHORE PARTNERS LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOCIETE DES AUTOROUTES PARIS-RHIN-RHONE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB ENGLAND |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O EMPYREAN CAPITAL PARTNERS, L.P. ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 17:48:28                                       LEHMAN BROTHERS HOLDING INC.                                       PAGE:    2
DATE: 04/20/12                                             CREDITOR LISTING

Name                                              Address
EMPYREAN INVESTMENTS, LLC                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                  10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                  10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067
MACQUARIE BANK LIMITED                            TRANSFEROR: SECONDMARKET, INC. C/O MACQUARIE HOLDINGS (USA) INC. ATTN: FICC CREDIT SALES AND TRADING 125 WEST 55TH STREET
                                                  NEW YORK NY 10019
MPS CAPITAL SERVICES BANCA PER LE                 TRANSFEROR: QUADRIFOGLIO VITA S.P.A. ATTN: MR. ENTICO CARCANI VIALE MAZZINI 23 53100 SIENA   ITALY
  IMPRESE S.P.A.
NOMURA GLOBAL FINANCIAL PRODUCTS, INC.            DOUGLAS P BARTNER / SOLOMON J NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
NOMURA GLOBAL FINANCIAL PRODUCTS, INC.            THOMAS SALATTE, ESQ 2 WORLD FINANCIAL CENTER NEW YORK NY 10281
PICTET & CIE                                      60 ROUTE DES ACACIAS GENEVA 73 CH-1211 SWITZERLAND
QUADRIFOGLIO VITA S.P.A.                          N.K.A. AXA MPS ASSICURAZIONI VITA S.P.A. VIA ALDO FABRIZI, 9 ROME 00128 ITALY
RBS SECURITIES INC.                               TRANSFEROR: BANK HAPOALIM B.M. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
ROTH IRA FBO RICHARD FELS PERSHING LLC            TRANSFEROR: BANK HAPOALIM B.M. ATTN: RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450
  AS CUSTODIAN
SEAPORT GROUP EUROPE LLP, THE                     TRANSFEROR: STICHTING THE VALUE FOUNDATION ATTN: JAY CONKLIN GROUND FLOOR WEST ONE FINSBURY CIRCUS LONDON   EC2M 7EB UNITED KINGDOM
SOCIETE DES AUTOROUTES PARIS-RHIN-RHONE           CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019
SOCIETE DES AUTOROUTES PARIS-RHIN-RHONE           ATTN: MR. VINCENT LANG, DIRECTEUR FINANCIER GROUPE 36 RUE DU DOCTEUR SCHMITT ST. APOLLINAIRE   21850 FRANCE
SUNSET PARTNERS                                   TRANSFEROR: BANK HAPOALIM B.M. 227 SUNSET AVE RIDGEWOOD NJ 07450
TACONIC CAPITAL PARTNERS                          TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
UBS AG                                            TRANSFEROR: PICTET & CIE C/O THE FEDDER COMPANY 514 N RAIO HWY GLEN BURNIE MD 21061
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE
  MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD - SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINNA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD - SUITE 1500 MINNEAPOLIS MN 5543
  MASTER, L.P.

Total Number of Records Printed                   59
```