**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
:
In re                                                              :          **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :          **08-13555 (JMP)**
                                                                   :
         **Debtors.**                                     :          **(Jointly Administered)**
                                                                   :
------------------------------------------------------------------------x    **Ref. Docket No. 27453**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                                              ) ss.:
COUNTY OF NEW YORK      )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 18, 2012, I caused to be served the "Notice of Lehman Brothers Holdings Inc.'s Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for an Order Amending the Tier 2 Alternative Dispute Resolution Procedures Order for Affirmative Claims of Debtors Under Derivatives Contracts for Amounts Not More Than $1 Million," dated April 18, 2012, to which was attached the "Lehman Brothers Holdings Inc.'s Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for an Order Amending the Tier 2 Alternative Dispute Resolution Procedures Order for Affirmative Claims of Debtors Under Derivatives Contracts for Amounts Not More Than $1 Million" dated April 18, 2012 [Docket No. 27453], by causing true and correct copies to be:

     i.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

     ii.   delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>, and

     iii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*

Pete Caris

Sworn to before me this
20th day of April, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com

cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com

dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com

dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
econhen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com

gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net

| | | |
|---|---|---|
| jean-david.barnea@usdoj.gov | jmmurphy@stradley.com | kerry.moynihan@hro.com |
| jeanites@whiteandwilliams.com | jmr@msf-law.com | kgwynne@reedsmith.com |
| jeannette.boot@wilmerhale.com | jnadritch@olshanlaw.com | kiplok@hugheshubbard.com |
| jeff.wittig@coair.com | jnm@mccallaraymer.com | kjarashow@fklaw.com |
| jeffery.black@bingham.com | john.monaghan@hklaw.com | kkelly@ebglaw.com |
| jeffrey.sabin@bingham.com | john.rapisardi@cwt.com | kkolbig@mosessinger.com |
| jeldredge@velaw.com | jorbach@hahnhessen.com | klyman@irell.com |
| jen.premisler@cliffordchance.com | joseph.cordaro@usdoj.gov | klynch@formanlaw.com |
| jennifer.demarco@cliffordchance.com | joshua.dorchak@bingham.com | kmayer@mccarter.com |
| jennifer.gore@shell.com | jowen769@yahoo.com | kobak@hugheshubbard.com |
| jeremy.eiden@ag.state.mn.us | jowolf@law.nyc.gov | korr@orrick.com |
| jfalgowski@reedsmith.com | joy.mathias@dubaiic.com | kovskyd@pepperlaw.com |
| jflaxer@golenbock.com | jpintarelli@mofo.com | kpiper@steptoe.com |
| jfox@joefoxlaw.com | jporter@entwistle-law.com | kressk@pepperlaw.com |
| jfreeberg@wfw.com | jprol@lowenstein.com | kreynolds@mklawnyc.com |
| jg5786@att.com | jrabinowitz@rltlawfirm.com | krosen@lowenstein.com |
| jgenovese@gjb-law.com | jrsmith@hunton.com | kuehn@bragarwexler.com |
| jguy@orrick.com | jschwartz@hahnhessen.com | kurt.mayr@bgllp.com |
| jherzog@gklaw.com | jsheerin@mcguirewoods.com | lacyr@sullcrom.com |
| jhiggins@fdlaw.com | jshickich@riddellwilliams.com | landon@streusandlandon.com |
| jhorgan@phxa.com | jsmairo@pbnlaw.com | lapeterson@foley.com |
| jhuggett@margolisedelstein.com | jstoll@mayerbrown.com | lathompson@co.sanmateo.ca.us |
| jhuh@ffwplaw.com | jsullivan@mosessinger.com | lberkoff@moritthock.com |
| jim@atkinslawfirm.com | jteitelbaum@tblawllp.com | lee.stremba@troutmansanders.com |
| jjoyce@dresslerpeters.com | jtimko@shutts.com | lgotko@fklaw.com |
| jjtancredi@daypitney.com | jtougas@mayerbrown.com | lgranfield@cgsh.com |
| jjureller@klestadt.com | judy.morse@crowedunlevy.com | lhandelsman@stroock.com |
| jkehoe@btkmc.com | jvail@ssrl.com | linda.boyle@twtelecom.com |
| jlamar@maynardcooper.com | jwallack@goulstonstorrs.com | lisa.ewart@wilmerhale.com |
| jlawlor@wmd-law.com | jwang@sipc.org | lisa.kraidin@allenovery.com |
| jlee@foley.com | jwcohen@daypitney.com | ljkotler@duanemorris.com |
| jlevitin@cahill.com | jweiss@gibsondunn.com | lkatz@ltblaw.com |
| jlipson@crockerkuno.com | jwest@velaw.com | lmarinuzzi@mofo.com |
| jlovi@steptoe.com | jwh@njlawfirm.com | lmay@coleschotz.com |
| jlscott@reedsmith.com | kanema@formanlaw.com | lmcgowen@orrick.com |
| jmaddock@mcguirewoods.com | karen.wagner@dpw.com | lml@ppgms.com |
| jmakower@tnsj-law.com | kdwbankruptcydepartment@kelleydrye.com | lmshelsky@mofo.com |
| jmazermarino@msek.com | keckhardt@hunton.com | loizides@loizides.com |
| jmcginley@wilmingtontrust.com | keith.simon@lw.com | lromansic@steptoe.com |
| jmelko@gardere.com | ken.coleman@allenovery.com | lscarcella@farrellfritz.com |
| jmerva@fult.com | ken.higman@hp.com | lschweitzer@cgsh.com |

lsilverstein@potteranderson.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.sherrill@sutherland.com

martin.davis@ots.treas.gov

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

max.polonsky@skadden.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mccombst@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdahlman@kayescholer.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com

michael.mccrory@btlaw.com

michael.reilly@bingham.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpomerantz@julienandschlesinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

mschlesinger@julienandschlesinger.com

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

msiegel@brownrudnick.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

mwarren@mtb.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

newyork@sec.gov

nfurman@scottwoodcapital.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

rajohnson@akingump.com

ramona.neal@hp.com

ranjit.mather@bnymellon.com

raul.alcantar@ropesgray.com

rbeacher@pryorcashman.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

ritkin@steptoe.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rmcneill@potteranderson.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rqureshi@reedsmith.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rrigolosi@smsm.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sagolden@hhlaw.com

sally.henry@skadden.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

steven@blbglaw.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.wilamowsky@bingham.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

| | | |
|---|---|---|
| 1@1.com | john.meyer@53.com | testing@123.com |
| amanda.crowley@53.com | jon.fisher@53.com | 888@888.com |
| amy.clayton@53.com | kathleen.vogelsang@53.com | dsugimoto@1838.com |
| amy.denn@53.com | keith.behymer@53.com | emiller@1838.com |
| andrew.arton@53.com | ken.weddle@53.com | hvandenberg@1838.com |
| andrew.diebold@53.com | kevin.clements@53.com | jdoyle@1838.com |
| andrew.strickland@53.com | laura.coffey@53.com | jlisle@1838.com |
| angie.marlow@53.com | mahesh.sankaran@53.com | jmoore@1838.com |
| anthony.dagostino@53.com | mark.demos@53.com | mzercoe@1838.com |
| anthony.roberts@53.com | mark.fleming@53.com | rholt@1838.com |
| badams@53.com | mark.gargano@53.com | rmcnavish@1838.com |
| barbara.wylie@53.com | mark.graft@53.com | srobbins@1838.com |
| barry.smith@53.com | mark.laurent@53.com | alison.mainord@4086.com |
| bernd.klink@53.com | mark.long@53.com | allen.tso@4086.com |
| biff.black@53.com | marty.hargrave@53.com | brian.hamel@4086.com |
| bob.bradley@53.com | marvin.hartsfield@53.com | brian.milligan@4086.com |
| bob.luckey@53.com | matt.mcallister@53.com | bryan.higgins@4086.com |
| brenda.clem@53.com | matthew.cannan@53.com | chad.landrum@4086.com |
| brett.hofstrom@53.com | melissa.asfahl@53.com | charles.liao@4086.com |
| brian.bulger@53.com | michael.crinai@53.com | craig.lehman@4086.com |
| brian.finley@53.com | michael.gilmore@53.com | david.polson@4086.com |
| bryan.batory@53.com | michael.hidbrader@53.com | dean.ramsamooj@4086.com |
| carlos.gutierrez@53.com | michael.wayton@53.com | doug.fox@4086.com |
| carol.svihl@53.com | michaelj.martin@53.com | edwin.ferrell@4086.com |
| chie.nicholson@53.com | mirko.mikelic@53.com | eric.johnson@4086.com |
| chris.hagedorn@53.com | mitchell.stapely@53.com | james.klusmeier@4086.com |
| chris.marshall@53.com | nancy.infelise@53.com | jason.riehle@4086.com |
| chris.plageman@53.com | nancy.judy@53.com | jay.small@4086.com |
| chuck.zubek@53.com | nathan.bullock@53.com | jeffrey.cicirelli@4086.com |
| craig.reesey@53.com | nathan.steuber@53.com | jeffrey.hobbs@4086.com |
| dan.popowics@53.com | neal.arnold@53.com | jesse.horsfall@4086.com |
| dan.statsick@53.com | patty.younker@53.com | john.nasser@4086.com |
| dan.whitney@53.com | paul.cox@53.com | joseph.bargdill@4086.com |
| dave.withrow@53.com | peter.kwiatkowski@53.com | kathleen.thygesen@4086.com |
| david.byrns@53.com | richard.chin@53.com | keith.howard@4086.com |
| david.fissel@53.com | ronald.trubisky@53.com | kimberly.malik@4086.com |
| david.hammerly@53.com | ross.hazlett@53.com | kristen.walker@4086.com |
| david.luebke@53.com | ryan.english@53.com | kurt.williams@4086.com |
| david.mannarino@53.com | ryanj.haartman@53.com | laura.spinosa@4086.com |
| david.mason@53.com | sarah.quirk@53.com | mathew.anderson@4086.com |
| denise.rader@53.com | scott.billeadeau@53.com | matt.hall@4086.com |
| dennis.mullins@53.com | scott.brandt@53.com | michael.duncan@4086.com |
| dino.lucarelli@53.com | scott.bucker@53.com | michael.dunlop@4086.com |
| doug.macleod@53.com | scott.mlynek@53.com | mike.konrad@4086.com |
| geoffrey.zeller@53.com | scott.richter@53.com | nael.wahaidi@4086.com |
| gev.nentin@53.com | selwyn.crews@53.com | nick.detmer@4086.com |
| greg.vogele@53.com | shari.kempf@53.com | pangding.zhu@4086.com |
| herbert.huesman@53.com | stephen.johnson@53.com | patrick.hoehne@4086.com |
| jason.schwartz@53.com | steve.folker@53.com | richard.matas@4086.com |
| jeff.mcpeek@53.com | steven.capouch@53.com | richard.xie@4086.com |
| jeffrey.krumpelman@53.com | steven.thesing@53.com | robert.cook@4086.com |
| jennifer.trowbridge@53.com | sunil.reddy@53.com | ryan.avrett@4086.com |
| jennifera.johnson@53.com | tayfun.tuzun@53.com | ryan.jasper@4086.com |
| jeremy.scacco@53.com | terry.burns@53.com | stewart.day@4086.com |
| jilla.thompson@53.com | tim.kerr@53.com | tim.powell@4086.com |
| jim.chartrand@53.com | veronica.cobb@53.com | trey.harrison@4086.com |
| joel.ashman@53.com | veronica.hairston@53.com | tyler.gentry@4086.com |
| john.hancock@53.com | wendi.mcparland@53.com | vishal.mahajan@4086.com |
| john.hoeting@53.com | 111@111.com | willie.brown@4086.com |
| john.marian@53.com | 123@123.com | zackery.sizemore@4086.com |

zhangguoxing@95599.sh.cn
oliver.beckmann@apr.unicreditgroup.eu
a.chen@sun.com
andrea.williams@sun.com
brad.vollmer@sun.com
huijun.che@sun.com
matt.miller@sun.com
navneet.govil@sun.com
paul.ziots@sun.com
peter.bellia@sun.com
shanker.trivedi@corp.sun.com
siytangco@sun.com
umemoto@sun.com
harald.ruppelt@ hauck-aufhaeuser.de
rares@1stnatbank.com
bauerb@1stsource.com
bythrow@1stsource.com
giffordp@1stsource.com
jackson-j@1stsource.com
ribonib@1stsource.com
shive@1stsource.com
simont@1stsource.com
123@1x2y3z.cot
aguira@212ventures.com
d.baumgartner@3bg.at
d.krammer@3bg.at
dette_lazo@3com.com
kristin_stokan@3com.com
plorthioir@3suissesinternational.fr
chris.phalen@6thaveinvest.com
christi.fletcher@6thaveinvest.com
david.logeman@6thaveinvest.com
david.toussaint@6thaveinvest.com
elaine.miller@6thaveinvest.com
james.schmank@6thaveinvest.com
laurissa.palmberg@6thaveinvest.com
mark.lamb@6thaveinvest.com
rich.king@6thaveinvest.com
sara.gragg@6thaveinvest.com
steve.bowser@6thaveinvest.com
suchitra.ram@6thaveinvest.com
therese.metcalf@6thaveinvest.com
troy.mcmaster@6thaveinvest.com
krista@720capital.com
bruce.falbaum@7bridgescap.com
ian.johnston@7bridgescap.com
joy.belle@7bridgescap.com
n.a@n.a.com
aa@aa.ss
ajdennis@aa.com
eric.briggle@aa.com
erin.sistrunk@aa.com
geraldine.lim@aa.com
kenji.hashimoto@aa.com
michael.schafer@aa.com
mike.fields@aa.com
patrick.sporl@aa.com
peter.warlick@aa.com
sarah.heatley@aa.com
sharon.chandler@aa.com

222@aaa.com
aaaa@aaa.com
tcruise@aaa.com
dasarafian@aaamichigan.com
rcsaranen@aaamichigan.com
rdselvey@aaamichigan.com
christian_gresch@aaa-net.com
daniel.vock@aaa-net.com
philip_hjelmer@aaa-net.com
rene.kluser@aaa-net.com
rolf_angehrn@aaa-net.com
habdalla@aaib.com
araouf@aaibank.com
glen_vanic@aal.org
jerry_scheel@aal.org
joel_johnson@aal.org
john_fruit@aal.org
john_grelsch@aal.org
adrian.zbinden@aam.ch
aleksandra.prondzinsky@aam.de
andreas.giger@aam.ch
beat.diggelmann@aam.ch
benedikt.henne@aam.de
brigitte.denzel@aam.de
carina.zimmerman@aam.de
christian-wolf_schaefer@aam.de
claude_alain.berard@aam.ch
claudia-kristin.fortmann@aam.de
daniel.knuchel@aam.ch
ernst.lust@aam.de
gabriele.lauerer@aam.de
hans-fredo.list@aam.de
helmut.osterauer@aam.de
helmut.wenninger@aam.de
helmut.wimmer@aam.de
ilka.heckenmueller@aam.de
jean-claude.wolferstatter@aam.de
josef.helmes@aam.de
klaus.konrad@aam.de
markus.bill@aam.ch
martin.wuermli@aam.ch
matthias.geissbuehler@aam.ch
maxence-louis.mormede@aam.de
maximilian.zimmerer@aam.de
michael.seedorff@aam.de
norbert.faget@aam.de
pascal.hildbrand@aam.ch
rainer.duffner@aam.de
ralf.schiller@aam.de
richard.winkler@aam.ch
roland.bart@aam.ch
tatjana.schmied-woerle@aam.de
thierry.boutin@aam.de
thomas.guetle@aam.de
thomas.heinrich@aam.de
torsten.reich@aam.de
ursula.denzel@aam.de
werner.blank@aam.de
werner.huber@aam.ch
yoshiko.saba@aam.de

aaron.diefenthaler@aamcompany.com
bob.bennett@aamcompany.com
cpriebe@aamcompany.com
dan.byrnes@aamcompany.com
dogdon@aamcompany.com
ehenderson@aamcompany.com
greg.bell@aamcompany.com
hmccaffrey@aamcompany.com
hstarrett@aamcompany.com
jason.mcrae@aamcompany.com
jbonomo@aamcompany.com
jenny.campuzano@aamcompany.com
joel.cramer@aamcompany.com
john.mcelravey@aamcompany.com
jschaefer@aamcompany.com
jtay@aamcompany.com
kadams@aamcompany.com
ktracey@aamcompany.com
lladewski@aamcompany.com
lori.waite@aamcompany.com
mbravo@aamcompany.com
michael.ashley@aamcompany.com
michael.mclaughlin@aamcompany.com
mohammed.ahmed@aamcompany.com
mquinn@aamcompany.com
mshelstad@aamcompany.com
pat.mcgeever@aamcompany.com
rnuttall@aamcompany.com
robert.salzman@aamcompany.com
sedwards@aamcompany.com
stewart.foley@aamcompany.com
tkurisu@aamcompany.com
tom.carroll@aamcompany.com
tyra.lydon@aamcompany.com
albert.overbeck@aareal-bank.com
annette.keil@aareal-bank.com
bach.bernd@aareal-bank.com
dermot.hardy@aareal-bank.com
fexil.mellinger@aareal-bank.com
jonathan.arthurs@aareal-bank.com
jutta.friedrich@aareal-bank.com
marin.amrhein@aareal-bank.com
michael.hamp@aareal-bank.com
michael.schrimpf@aareal-bank.com
michaela.lorenz@aareal-bank.com
mohan.menon@aareal-bank.com
nastaran.samiee@aareal-bank.com
oliver.herzog@aareal-bank.com
pani.gunawardene@aareal-bank.com
patrick.trouet@aareal-bank.com
peter.schott@aareal-bank.com
ralf.dallendoerfer@aareal-bank.com
stanley.mathew@aareal-bank.com
stefan.gundlach@aareal-bank.com
tammo.diemer@aareal-bank.com
tanja.stephan@aareal-bank.com
thomas.zwilling@aareal-bank.com
tim.schmelzer@aareal-bank.com
tobias.engel@aareal-bank.com
jwong@aareal-capital.com

jc@abacuscapitalfund.com
barbaros.ozuyilmaz@abank.com.tr
murat.ozer@abank.com.tr
omer.gencal@abank.com.tr
sevgi.aytekin@abank.com.tr
ab1700@a-bank.co.jp
ab1947@a-bank.co.jp
ab2186@a-bank.co.jp
jpadilla@abasesores.es
alex.hall@ch.abb.com
alexis.owtscharov@ch.abb.com
andre.ersoy@ch.abb.com
ann.falken@se.abb.com
ann.larsson@ch.abb.com
ann-sofie.joensson@ch.abb.com
christer.x.eriksson@se.abb.com
christoph.avenarius@ch.abb.com
constantinos.tsolakas@ch.abb.com
daniel.dubach@ch.abb.com
daniel.hagmann@us.abb.com
even.bakke@ch.abb.com
henry.withinshaw@gb.abb.com
ian.keller@ch.abb.com
jan.westring@se.abb.com
joerg.hotz@ch.abb.com
johan.gunnarson@se.abb.com
john.krum@ch.abb.com
kaj.kvaavik@se.abb.com
kiran.dave@ch.abb.com
lorraine.schneider@ch.abb.com
marco.caderas@ch.abb.com
mario.stefania@ch.abb.com
markus.metzger@ch.abb.com
michael.johansson@se.abb.com
michel.gerber@ch.abb.com
mikael.karrsten@se.abb.com
nicole.seiler@ch.abb.com
nrupesh.mastakar@ch.abb.com
olivier.mathys@ch.abb.com
pawel.skala@ch.abb.com
philippe.agiman@ch.abb.com
robert.dufour@us.abb.com
thomas.krum@ch.abb.com
antonio.osorio@abbey.com
jhennessy@abbey.com
jonny.gordon@abbey.com
kevin.dorey@abbey.com
michael.odonnell@abbey.com
milen.mateev@abbey.com
mitchell.humphreys@abbey.com
rob.reid@abbey.com
roger.neath@abbey.com
ronny.maiti@abbey.comuk
sam.ingham@abbey.com
steve.moir@abbey.com
john.burgum@abbeylife.co.uk
matthew.robertson@abbeylife.com
barry.naisbitt@abbeynational.co.uk
john.reynolds@abbeynational.co.uk
rohith.chandra-rajan@abbeynational.co.uk

dan.potratz@abbott.com
natalie.szczerbak@abbott.com
randy.selgrad@abbott.com
robert.reiser@abbott.com
tina.ventura@abbott.com
abc@abc.com
philip@abc-capital.com
d.hoey@abc-arbitrage.com
j.delaire@abc-arbitrage.com
x.chauderlot@abc-arbitrage.fr
x.gille@abc-arbitrage.com
luyizhou@abcchina.com
chanowec@abchina.com.hk
fubingtao@abchina.com
funglail@abchina.com.hk
fupengyu@abchina.com
jiyanmin@abchina.com
kwokantc@abchina.com
kwokantc@abchina.com.hk
lamkook@abchina.com.hk
leedavid@abchina.com.hk
lilinn@abchina.com
limingg@abchina.com
luoxiaojinghan@abchina.com
mengyun@abchina.com
nganricl@abchina.com.hk
shining@abchina.com
smy@abchina.com.sg
tanshus@abchina.com.hk
wangxia@abchina.com
wongkak@abchina.com.hk
wuquoqiang@abchina.com
xiaojun@abchina.com.sg
yuxiaochen@abchina.com
zhangyun@abchina.com
zhouqianjbcq@abchina.com
zhubing@abchina.com
frankcao@abcnyoffice.com
cindyzy@abcsz.com.cn
tony.oregan@aberdeen.com.au
caroline.espinal@aberdeen-asset.com
michael.degernes@aberdeenasset.com
adam.hartley@aberdeen-asset.com
adithep.vanabriksha@aberdeen-asset.com.sg
adrienne.cryle@aberdeen-asset.com
alan.cockburn@aberdeen-asset.com
alex.calder@aberdeen-asset.com
alex.ross@aberdeen-asset.com
ali.bakar@aberdeen-asset.com
alistair.watson@aberdeen-asset.com
allen.ang@aberdeen-asset.com
alton.gwee@aberdeen-asset.com
amardeep.nahal@aberdeen-asset.com
ambrose.tan@aberdeen-asset.com
andrew.gillan@aberdeen-asset.com
andrew.norris@aberdeen-asset.com
andrew.preston@aberdeen-asset.com
andrew.stanners@aberdeen-asset.com
andrew.woo@aberdeen-asset.com
angus.kerr@aberdeen-asset.com

anna.rounsefell@aberdeen-asset.com
annette.fraser@aberdeen-asset.com
anthony.fletcher@aberdeen-asset.com
anthony.michael@aberdeen-asset.com
april.fraser@aberdeen-asset.com
arash.pezeshkpour@aberdeen-asset.com
barry.cohen@aberdeen-asset.com
ben.ritchie@aberdeen-asset.com
bertie.thomson@aberdeen-asset.com
bharat.joshi@aberdeen-asset.com
bill.bovingdon@aberdeen-asset.com
bill.greehalgh@aberdeen-asset.com
bradley.hounsom@aberdeen-asset.com
bradshaw.crombie@aberdeen-asset.com
brett.diment@aberdeen-asset.com
brian.marshall@aberdeen-asset.com
carmen.chang@aberdeen-asset.com
caroline.hayes@aberdeen-asset.com
charles.luke@aberdeen-asset.com
charles.tan@aberdeen-asset.com
chris.chapman@aberdeen-asset.com
chris.langford@aberdeen-asset.com
christopher.gagnier@aberdeen-asset.com
christopher.wong@aberdeen-asset.com
chua.chee-keong@aberdeen-asset.com
claire.wooldridge@aberdeen-asset.com
clare.denholm@aberdeen-asset.com
colin.crosby@aberdeen-asset.com
colm.mcdonagh@aberdeen-asset.com
craig.mcconnell@aberdeen-asset.com
curt.starer@aberdeen-asset.com
daniel.gilley@aberdeen-asset.com
daniel.lim@aberdeen-asset.com
daniel.taylor@aberdeen-asset.com
david.binnie@aberdeen-asset.com
david.boyle@aberdeen-asset.com
david.briggs@aberdeen-asset.com
david.brighouse@aberdeen-asset.com
david.lai@aberdeen-asset.com
david.michael@aberdeen-asset.com
david.mullock@aberdeen-asset.com
david.simmons@aberdeen-asset.com
david.todd@aberdeen-asset.com
david.watt@aberdeen-asset.com
david.yates@aberdeen-asset.com
deborah.gillam@aberdeen-asset.com
derek.fulton@aberdeen-asset.com
derek.mccole@aberdeen-asset.com
devan.kaloo@aberdeen-asset.com
dominic.delaforce@aberdeen-asset.com
donald.amstad@aberdeen-asset.com
doug.thomson@aberdeen-asset.com
dqm@aberdeen-asset.com
duncan.hayban@aberdeen-asset.com
edward.conroy@aberdeen-asset.com
edwin.gutierrez@aberdeen-asset.com
emdebt@aberdeen-asset.com
esther.chan@aberdeen-asset.com
euan.borland@aberdeen-asset.com
ewa.nicholls@aberdeen-asset.com

| | | |
|---|---|---|
| fabrice.connin@aberdeen-asset.com | leonardo.dacosta@aberdeen-asset.com | peter.matovu@aberdeen-asset.com |
| finoa.tidswell@aberdeen-asset.com | lesya.paisley@aberdeen-asset.com | peter.scottgraham@aberdeen-asset.com |
| flavia.cheong@aberdeen-asset.com | lisa.maclachlan@aberdeen-asset.com | phil.webster@aberdeen-asset.com |
| gareth.nicholson@aberdeen-asset.com | lorraine.dyer@aberdeen-asset.com | philip.payne@aberdeen-asset.com |
| gary.lequesne@aberdeen-asset.com | louw.mattheus@aberdeen-asset.com | pruksa.iamthongthong@aberdeen-asset.com |
| gavin.goodhand@aberdeen-asset.com | luis.lopez@aberdeen-asset.com | rahul.kalia@aberdeen-asset.com |
| geoff.burton@aberdeen-asset.com | mamoun.hussain@aberdeen-asset.com | ray.elston@aberdeen-asset.com |
| geoffrey.trzepacz@aberdeen-asset.com | mandy.pike@aberdeen-asset.com | rebecca.morris@aberdeen-asset.com |
| gillian.henderson@aberdeen-asset.com | marcus.watzlaff@aberdeen-asset.com | rich.smith@aberdeen-asset.com |
| graeme.arnold@aberdeen-asset.com | maria.papathanasiou@aberdeen-asset.com.au | richard.dyson@aberdeen-asset.com |
| graeme.sharp@aberdeen-asset.com | mark.butler@aberdeen-asset.com | richard.spalton@aberdeen-asset.com |
| hannah.winterhalder@aberdeen-asset.com | mark.gordon-james@aberdeen-asset.com | rita.mcavoy@aberdeen-asset.com |
| harry.melandri@aberdeen-asset.com | mark.khoo@aberdeen-asset.com | robert.guzman@aberdeen-asset.com |
| hayden.richmond@aberdeen-asset.com | mark.murray@aberdeen-asset.com | robert.minter@aberdeen-asset.com |
| hugh.young@aberdeen-asset.com | mark.wilson@aberdeen-asset.com | robert.penaloza@aberdeen-asset.com |
| humaira.sanders@aberdeen-asset.com | martin.connaghan@aberdeen-asset.com | rod.davidson@aberdeen-asset.com |
| humaira.sheikh@aberdeen-asset.com | martin.gilbert@aberdeen-asset.com | roger.curtis@aberdeen-asset.com |
| ian.winship@aberdeen-asset.com | martin.turnbull@aberdeen-asset.com | romney.fox@aberdeen-asset.com |
| investment_team@aberdeen-asset.com | masaru.ogawa@aberdeen-asset.com | rosie.mcmellin@aberdeen-asset.com |
| jack.fan@aberdeen-asset.com | matt.eva@aberdeen-asset.com | ross.martin@aberdeen-asset.com |
| james.athey@aberdeen-asset.com | matthew.cobon@aberdeen-asset.com | ross.watson@aberdeen-asset.com |
| james.gegg@aberdeen-asset.com | matthew.lynes@aberdeen-asset.com | roy.budge@aberdeen-asset.com |
| james.laing@aberdeen-asset.com | matthew.peters@aberdeen-asset.com | russell.clements@aberdeen-asset.com |
| james.thompson@aberdeen-asset.com | maureen.webb@aberdeen-asset.com | samuel.etheridge@aberdeen-asset.com |
| james.thorneley@aberdeen-asset.com | max.wolman@aberdeen-asset.com | sarah.shand@aberdeen-asset.com |
| james.wilson@aberdeen-asset.com | michael.degernes@aberdeen-asset.com | sarita.bajaj@aberdeen-asset.com |
| jamie.cumming@aberdeen-asset.com | michael.hall@aberdeen-asset.com | scott.bennett@aberdeen-asset.com |
| jamie.day@aberdeen-asset.com | michael.pike@aberdeen-asset.com | sharon.watson@aberdeen-asset.com |
| jane.shakespeare@aberdeen-asset.com | michael.siviter@aberdeen-asset.com | sheena.yellop@aberdeen-asset.com |
| jeremy.mercer@aberdeen-asset.com | michael.warren@aberdeen-asset.com | shelly.moledina@aberdeen-asset.com |
| jeremy.whitley@aberdeen-asset.com | michael.wilcox@aberdeen-asset.com | sheryl.harrison@aberdeen-asset.com |
| joanne.irvine@aberdeen-asset.com | michelle.calcutt@aberdeen-asset.com | simon.bell@aberdeen-asset.com |
| joel.karsch@aberdeen-asset.com | mikko.ala-ilomaki@aberdeen-asset.com | simon.hancock@aberdeen-asset.com |
| john.a.murphy@aberdeen-asset.com | monica.langa@aberdeen-asset.com | simon.kirton@aberdeen-asset.com |
| john.bocchino@aberdeen-asset.com | munib.madni@aberdeen-asset.com.au | simon.melville@aberdeen-asset.com |
| john.boyle@aberdeen-asset.com | natalie.tam@aberdeen-asset.com | stacey.seah@aberdeen-asset.com |
| john.conlon@aberdeen-asset.com | natalie.winter@aberdeen-asset.com | stefan.martin@aberdeen-asset.com |
| john.dolder@aberdeen-asset.com | nate.rupp@aberdeen-asset.com | stella.panu@aberdeen-asset.com |
| john.plumpton@aberdeen-asset.com | neil.horner@aberdeen-asset.com | stephen.docherty@aberdeen-asset.com |
| john.zembsch@aberdeen-asset.com | neil.steedman@aberdeen-asset.com | stephen.hobbis@aberdeen-asset.com |
| jonathan.allison@aberdeen-asset.com | neil.williamson@aberdeen-asset.com | stephen.morris@aberdeen-asset.com |
| jonathan.cocks@aberdeen-asset.com | niall.smith@aberdeen-asset.com | steve.robinson@aberdeen-asset.com.au |
| joseph.mcfadden@aberdeen-asset.com | nicholas.hornsby@aberdeen-asset.com | steven.frech@aberdeen-asset.com |
| judy.mathieson@aberdeen-asset.com | nicholas.yeo@aberdeen-asset.com | steven.kaye@aberdeen-asset.com |
| justin.tan@aberdeen-asset.com | nick.bishop@aberdeen-asset.com | stewart.methven@aberdeen-asset.com |
| kasarin.chakkaphak@aberdeen-asset.com.sg | nick.coombes@aberdeen-asset.com | stuart.campbell@aberdeen-asset.com |
| kathy.xu@aberdeen-asset.com | nick.laxton@aberdeen-asset.com | stuart.gray@aberdeen-asset.com |
| keith.patton@aberdeen-asset.com | nicola.mckenzie@aberdeen-asset.com | stuart.james@aberdeen-asset.com.au |
| ken.brown@aberdeen-asset.com | nicola.wimpory@aberdeen-asset.com | stuart.marshall@aberdeen-asset.com |
| kenneth.akintewe@aberdeen-asset.com | nik.hart@aberdeen-asset.com | stuart.overend@aberdeen-asset.com |
| kerry.ireland@aberdeen-asset.com | nima.tayebi@aberdeen-asset.com | susan.brewster@aberdeen-asset.com |
| kevin.daly@aberdeen-asset.com | nurain.mussani@aberdeen-asset.com | tan.chew-may@aberdeen-asset.com |
| kevin.magda@aberdeen-asset.com | pascal.masse@aberdeen-asset.com.sg | technology.research@aberdeen-asset.com |
| kristy.fong@aberdeen-asset.com | patrick.o'donnell@aberdeen-asset.com | ted.leschke@aberdeen-asset.com.au |
| kwok.chern-yeh@aberdeen-asset.com | paul.magura@aberdeen-asset.com | tessa.mondesir@aberdeen-asset.com |
| kyvan.tang@aberdeen-asset.com | paul.reed@aberdeen-asset.com | tessa.thostrup@aberdeen-asset.com |
| larry.dunne@aberdeen-asset.com | peter.becker@aberdeen-asset.com | tha.sisopha@aberdeen-asset.com |
| lauren.flett@aberdeen-asset.com | peter.birnie@aberdeen-asset.com | thomas.flaherty@aberdeen-asset.com |
| lee.dobinson@aberdeen-asset.com | peter.elston@aberdeen-asset.com | thu-ha.chow@aberdeen-asset.com |
| lei.keng@aberdeen-asset.com | peter.hames@aberdeen-asset.com | tom.hooper@aberdeen-asset.com |

| | | |
|---|---|---|
| tom.huelin@aberdeen-asset.com | arjen.soederhuizen@nl.abnamro.com | elio.fattorini@nl.abnamro.com |
| tony.dickin@aberdeen-asset.com | arjen.vanderlinden@abnamro.com | elizabeth.imrie@uk.abnamro.com |
| tracey.johnstone@aberdeen-asset.com | arjo.blok@nl.abnamro.com | emmanuel.vergeynst@lu.abnamro.com |
| tracy.reed@aberdeen-asset.com | armand.creemers@be.abnamro.com | eriko.okamota@jp.abnamro.com |
| trade.queries@aberdeen-asset.com | arnold.van.os@nl.abnamro.com | erin.palmer@nl.abnamro.com |
| trevor.chown@aberdeen-asset.com | astrid.smit@nl.abnamro.com | erwin.faas@nl.abnamro.com |
| uk.research@aberdeen-asset.com | aymeric.forest@uk.abnamro.com | fei.chen@nl.abnamro.com |
| usresearch@aberdeen-asset.com | azela.alfonso@nl.abnamro.com | fernando.losada@abnamro.com |
| victoria.brown@aberdeen-asset.com | bas.iserief@abnamro.com | fokke.de.vries@nl.abnamro.com |
| victoria.winckle@aberdeen-asset.com | beat.haller@ch.abnamro.com | frank-karel.snepvangers@uk.abnamro.com |
| warren.bates@aberdeen-asset.com | ben.callan@uk.abnamro.com | frans.bedaux@nl.abnamro.com |
| wendy.priest@aberdeen-asset.com | bernard.janssen@nl.abnamro.com | fred.weenig@nl.abnamro.com |
| winnie.man@aberdeen-asset.com | bert.oldenkamp@nl.abnamro.com | friso.rengers@nl.abnamro.com |
| wolfgang.kuhn@aberdeen-asset.com | bert.schouws@nl.abnamro.com | gary.smith@uk.abnamro.com |
| yoojeong.oh@aberdeen-asset.com | bert.van.den.berg@nl.abnamro.com | gary.southgate@uk.abnamro.com |
| yoon-chou.chong@aberdeen-asset.com.sg | bert-jan.de.ruiter@uk.abnamro.com | george.turner@uk.abnamro.com |
| yueh.ee-leen@aberdeen-asset.com | bertus.franssens@nl.abnamro.com | ger.leijs@nl.abnamro.com |
| yusof.shahreza@aberdeen-asset.com | boris.broeders@nl.abnamro.com | geraldien.leegwater@nl.abnamro.com |
| graeme.sinclair@aberdeen-asset.com | brad.wheatland@hk.abnamro.com | gerard.langerhorst@nl.abnamro.com |
| joel.cann@aberdeenpropertyinvestors.com | bruce.graham@uk.abnamro.com | gerard.peters@nl.abnamro.com |
| michael.winterburn@abfoods.com | bruce.lohman@abnamro.com | gerco.goote@nl.abnamro.com |
| arne.sunde@abgsc.no | bruno.de.scorbiac@fr.abnamro.com | gerrit.jan.ten.doesschate@nl.abnamro.com |
| eyvind.width@abgsc.no | can.kumru@nl.abnamro.com | gerrit.schuurman@nl.abnamro.com |
| jens.sefland@abgsc.no | carmelina.carluzzo@it.abnamro.com | gertjan.nijhuis@nl.abnamro.com |
| knut.steen@abgsc.no | carsten.nerge@de.abnamro.com | giles.fitpatrick@uk.abnamro.com |
| odd.gjerdsjo@abgsc.no | catherine.a.lewis@uk.abnamro.com | govert.eijsvoogel@nl.abnamro.com |
| ole.rustad@abgsc.no | cecile.roze@nl.abnamro.com | grace.kanzaki@abnamro.com |
| ove.lange@abgsc.no | charles.bourne@abnamro.com | greg.guthrie@uk.abnamro.com |
| tor.nygaard@abgsc.no | charles.ullerich@abnamro.com | guy.lutz@ch.abnamro.com |
| barnett@abimltd.com | chris.brils@uk.abnamro.com | habib.ferchichi@ch.abnamro.com |
| bgraney@abimltd.com | chris.elias@uk.abnamro.com | han.de.jong@nl.abnamro.com |
| dhiotis@abimltd.com | chris.sinclair@lu.abnamro.com | han.mesters@nl.abnamro.com |
| egordon@abimltd.com | christine.mcgoey@uk.abnamro.com | hans.oostindien@nl.abnamro.com |
| jquingert@abimltd.com | clayton.trible@abnamro.com | hatem.jerad@ae.abnamro.com |
| mbrown@abimltd.com | coleen.north@abnamro.com | heinz.giger@ch.abnamro.com |
| gerben.jorritsma@nl.abnamro.com | colin.gallagher@uk.abnamro.com | herman.barten@nl.abnamro.com |
| adi.sorber@nl.abnamro.com | cor.brinkers@be.abnamro.com | howard.burdett@uk.abnamro.com |
| adrian.mollison@uk.abnamro.com | daan.potjer@uk.abnamro.com | hp.van.asselt@abnamro.com |
| alan.barry@nl.abnamro.com | daniel.bley@uk.abnamro.com | hugh.scott-barrett@abnamro.com |
| alan.bridges@uk.abnamro.com | daniel.hemmant@uk.abnamro.com | hugo.westerink@nl.abnamro.com |
| alan.telford@abnamro.com | daniel.james@uk.abnamro.com | ian.duckworth@uk.abnamro.com |
| alec.anderson@uk.abnamro.com | daniel.roelfsema@nl.abnamro.com | ingmar.kaptein@nl.abnamro.com |
| alex.dacosta@uk.abnamro.com | daniel.strumphler@abnamro.com | isabelle.mayor@ch.abnamro.com |
| alex.khosrowpour@uk.abnamro.com | daniela.meier@uk.abnamro.com | ivo.klein@nl.abnamro.com |
| alexander.luehr@ch.abnamro.com | daniele.lombardo@ch.abnamro.com | jaap.veerman@nl.abnamro.com |
| alexandre.santos@nl.abnamro.com | daphne.chan@sg.abnamro.com | jack.kelly@uk.abnamro.com |
| amanda.pearson@au.abnamro.com | darren.ripton@uk.abnamro.com | jacques.de.marnix@fr.abnamro.com |
| amy.walkington@abnamro.com | david.catherall@uk.abnamro.com | james.hughes@uk.abnamro.com |
| andre.smits@lu.abnamro.com | david.kiddie@bg.abnamro.com | james.wagenhofer@abnamro.com |
| andrew.a.king@uk.abnamro.com | david.morrow@uk.abnamro.com | jan.harmsen@uk.abnamro.com |
| andrew.fleming@gb.abnamro.com | david.sullivan@uk.abnamro.com | jan.lamme@nl.abnamro.com |
| andrew.king@au.abnamro.com | davide.garulli@it.abnamro.com | jason.ng@abnamro.com |
| andy.booth@uk.abnamro.com | dean.neamos@abnamro.com | jason.walsh@abnamro.com |
| aneesh.menon@ae.abnamro.com | derek.ramage@lu.abnamro.com | jean.paul.van.straalen@nl.abnamro.com |
| anton.wouters@nl.abnamro.com | didier.duret@ch.abnamro.com | jean-marie.schmit@lu.abnamro.com |
| antonio.perez@ch.abnamro.com | diederik.kolfschoten@nl.abnamro.com | jeff.brown@uk.abnamro.com |
| arjan.palthe@nl.abnamro.com | donggeng.gong@abnamro.com | jeff.micallef@lu.abnamro.com |
| arjen.dibbets@nl.abnamro.com | edward.niehoff@nl.abnamro.com | jeffrey.fina@abnamro.com |
| arjen.pasma@nl.abnamro.com | edwin.simon@nl.abnamro.com | jeremy.tisdall@uk.abnamro.com |
| arjen.prinsen@nl.abnamro.com | eileen.mcguire@abnamro.com | jeroen.harderwijk@nl.abnamro.com |

| | | |
|---|---|---|
| jochem.in.t.velt@nl.abnamro.com | mesut.ellialtioglu@tr.abnamro.com | roy.smale@nl.abnamro.com |
| john.chozen@abnamro.com | michael.gasparac@abnamro.com | saaish.sukumaran@ae.abnamro.com |
| john.galakis@nl.abnamro.com | michael.gordon@au.abnamro.com | san.lie@nl.abnamro.com |
| john.oakes@abnamro.com | michael.victoros@uk.abnamro.com | sander.boelen@nl.abnamro.com |
| john.townley@uk.abnamro.com | michel.gely@ch.abnamro.com | sandra.tordin@ch.abnamro.com |
| jon.cunliffe@uk.abnamro.com | michiel.lodewijk@nl.abnamro.com | sarah.russell@nl.abnamro.com |
| jon.t.ender@abnamro.com | mika.nishimura@abnamro.com | sascha.wullschleger@abnamro.com |
| joost.bergsma@uk.abnamro.com | morris.disston@ae.abnamro.com | saurabh.singh@nl.abnamro.com |
| joost.strickx@lu.abnamro.com | nancy.droppelman@abnamro.com | scott.a.moore@nl.abnamro.com |
| joris.tolenaar@nl.abnamro.com | nanda.weeber@nl.abnamro.com | scott.newhall@abnamro.com |
| joseph.van.den.heuvel@nl.abnamro.com | nathalie.demirdjian@fr.abnamro.com | shabbir.rashid@nl.abnamro.com |
| kaj.martensen@nl.abnamro.com | nick.cannon@uk.abnamro.com | shweta.ahluwalia@uk.abnamro.com |
| kapui.cheung@uk.abnamro.com | nick.murphy@nl.abnamro.com | simon.ballard@uk.abnamro.com |
| karen.gillham@uk.abnamro.com | nicole.seed@uk.abnamro.com | simon.blundell@uk.abnamro.com |
| karl.guha@nl.abnamro.com | nigel.clarke@uk.abnamro.com | simon.forster@uk.abnamro.com |
| kazuya.ohmura@nl.abnamro.com | nils.lorenzen@abnamro.com | simon.meijlink@nl.abnamro.com |
| kees.van.den.berg@nl.abnamro.nl | nippi.kochhar@ch.abnamro.com | simon.newman@abnamro.com |
| kellie.lacey@uk.abnamro.com | nitin.phase@abnamro.com | siukee.chan@nl.abnamro.com |
| kenneth.leighton@abnamro.com | oscar.volder@jp.abnamro.com | sonia.bendt@nl.abnamro.com |
| kevin.n.smith@uk.abnamro.com | oskar.volder@nl.abnamro.com | specialsituations@uk.abnamro.com |
| khing-an.liem@nl.abnamro.com | paolo.braghieri@it.abnamro.com | stacey.gray@abnamro.com |
| kim.suchy@abnamro.com | paolo.danna@nl.abnamro.com | stephane.buricod@ch.abnamro.com |
| kirsi.hirvonen@nl.abnamro.com | patrick.ohara@abnamro.com | stephane.gutbub@fr.abnamro.com |
| kurt.baur@uk.abnamro.com | paul.abberley@uk.abnamro.com | steven.dryborough@nl.abnamro.com |
| lachlan.cooper@hk.abnamro.com | paul.groenewoud@nl.abnamro.com | steven.sherman@abnamro.com |
| lance.hill@uk.abnamro.com | paul.stilwell@uk.abnamro.com | steven.winpenny@uk.abnamro.com |
| laurence.hennico@lu.abnamro.com | paul.wojtyla@abnamro.com | stewart.fleming@abnamro.com |
| laurence.lefebure@fr.abnamro.com | pauline.marshall-lee@uk.abnamro.com | stewart.meijer@abnamro.com |
| leigh.gordon@abnamro.com | penelope.wordsworth@uk.abnamro.com | stratos.nikolakakis@nl.abnamro.com |
| lidy.knigge@nl.abnamro.com | peter.berg@nl.abnamro.com | swee.leong@uk.abnamro.com |
| loes.pals@nl.abnamro.com | peter.cole@uk.abnamro.com | sylvio.de.castro@nl.abnamro.com |
| lorenzo.moruzzi@uk.abnamro.com | peter.van.apeldoorn@nl.abnamro.com | tanneke.lyppens@nl.abnamro.com |
| lorna.matheson@nl.abnamro.com | peter.van.dashorst@nl.abnamro.com | theo.de.kort@nl.abnamro.com |
| louise.bulley@uk.abnamro.com | phillip.miller@abnamro.com | therese.collins@lu.abnamro.com |
| lucien.carton@nl.abnamro.com | piero.pinto@ch.abnamro.com | thomas.dolan@abnamro.com |
| luigi.leo@nl.abnamro.com | pierre.lequeux@uk.abnamro.com | thomas.vorlaufer@nl.abnamro.com |
| luiz.f.felix@nl.abnamro.com | pieter.maarten.mann@nl.abnamro.com | thomas.winkler@abnamro.com |
| maarten.roest@nl.abnamro.com | pim.van.mourik.broekman@nl.abnamro.com | tim.ball@abnamro.com |
| malcolm.david.smith@uk.abnamro.com | r.duncan@uk.abnamro.com | tim.olijerhoek@nl.abnamro.com |
| mami.tazaki@jp.abnamro.com | ragheed.moghrabi@ae.abnamro.com | timothy.stoll@abnamro.com |
| marc.borghans@abnamro.com | ralph.axford@uk.abnamro.com | tjemme.van.der.meer@nl.abnamro.com |
| marc.breij@nl.abnamro.com | raphael.kassin@uk.abnamro.com | toby.rackliff@uk.abnamro.com |
| marcel.dubbeld@nl.abnamro.com | ray.bell@uk.abnamro.com | tom.holland@abnamro.com |
| marcel.husmann@nl.abnamro.com | rayna.butler@uk.abnamro.com | tristan.hockin@uk.abnamro.com |
| marcos.nogues@abnamro.com | reine.gunnarsson@uk.abnamro.com | valentin.schmid@nl.abnamro.com |
| margaret.tan@nl.abnamro.com | richard.goddard@it.abnamro.com | vincent.mooijer@nl.abnamro.com |
| maria.coello.de.llobet@nl.abnamro.com | richard.murphy@ch.abnamro.com | walden.thompkins@uk.abnamro.com |
| maria.fregosi@abnamro.com | rishma.moennasing@nl.abnamro.com | walid.majdalani@nl.abnamro.com |
| marja.kooistra@lu.abnamro.com | rob.van.de.wijngaert@nl.abnamro.com | wietze.reehoorn@nl.abnamro.com |
| mark.carton@uk.abnamro.com | robert.mann@abnamro.com | wilfred.bakker@nl.abnamro.com |
| mark.olson@nl.abnamro.com | robert.napoli@abnamro.com | william.higgins@uk.abnamro.com |
| mark.p.sheppard@au.abnamro.com | robert.timmers@lu.abnamro.com | william.mcandrews@abnamro.com |
| martein.osch@nl.abnamro.com | robert.walker@abnamro.com | wouter.van.der.veen@nl.abnamro.com |
| martin.caramians@au.abnamro.com | robert.willemsen@nl.abnamro.com | yoko.katai@abnamro.com |
| mary.ras@abnamro.com | robin.savchuk@nl.abnamro.com | diederik.van.rappard@abnamrocapital.com |
| mathias.hultgren@uk.abnamro.com | roel.barnhoorn@ch.abnamro.com | ed.burmester@abnamromellon.com |
| matthew.auxier@abnamro.com | roger.groebli@sg.abnamro.com | kunj.shah@abnamromellon.com |
| matthew.grange@uk.abnamro.com | rolf.smit@nl.abnamro.com | mark.gjertsen@abnamromellon.com |
| melanie.splain@abnamro.com | ronald.van.loon@nl.abnamro.com | oliver.wootton@abnamromellon.com |
| menno.sloterdijk@nl.abnamro.com | rory.mason@uk.abnamro.com | paul.faulkner@abnamromellon.com |

ross.bayley@abnamromellon.com
smccullagh@abnamroprime.com
alek.gasiel@abnamrousa.com
chris.mika@abnamrousa.com
eric.nilles@abnamrousa.com
fred.engimann@abnamrousa.com
peter.fasone@abnamrousa.com
shaker_sundaram@abnamrousa.com
steve.smart@abnamrousa.com
roberto.lemple@abnanro.com
mkarnes@aboc.com
zh.chenhy@intl.abocn.com
zh.chugq@intl.abocn.com
zh.guishan@intl.abocn.com
zh.lirsh@intl.abocn.com
zh.makai@intl.abocn.com
zh.wanghy@intl.abocn.com
zh.yanch@intl.abocn.com
zh.zhangh@intl.abocn.com
zh.zhangzhj@abocn.com
zh.zlu@intl.abocn.com
zh.zzg@intl.abocn.com
zhbliu@intl.abocn.com
zhcy@intl.abocn.com
zhdb@intl.abocn.com
zhfm@intl.abocn.com
zhfz@intl.abocn.com
zhgndf@intl.abocn.com
zhhgf@intl.abocn.com
zhhrm@intl.abocn.com
zhihm@intl.abocn.com
zhliq@intl.abocn.com
zhliyj@intl.abocn.com
zhlqp@intl.abocn.com
zhlsq@intl.abocn.com
zhlxi@intl.abocn.com
zhmlq@intl.abocn.com
zhpxd@intl.abocn.com
zhqm@intl.abocn.com
zhsf@intl.abocn.com
zhsj@intl.abocn.com
zhwgs@intl.abocn.com
zhwv@intl.abocn.com
zhwxue@intl.abocn.com
zhwzk@intl.abocn.com
zhzq@intl.abocn.com
zhzxf@intl.abocn.com
feiyin@abocsz.com
b.van.poppen@abp.nl
c.pennekamp@abp.nl
f.van.weegberg@abp.nl
jwf.mingels@abp.nl
klaas.reedijk@abp.nl
klass.reedijk@abp.nl
m.lucas@abp.nl
m.pereboom@abp.nl
o.peters@abp.nl
otis.spencer@abp.nl
francijn.de.ruijter@abpinvestments.nl
frank.de.kleijn@abpinvestments.nl

frits.jetten@abpinvestments.nl
sjacco.schouten@abpinvestments.nl
tivan.bovington@abrir.ch
mpeden@absbc.org
maarvig@absig.com
clare_obrien@accelacommunications.com
jortega@accival.com.mx
jramirez@accival.com.mx
mgarciac@accival.com.mx
rcastelazo@accival.com.mx
anthony.pallier@accor.com
cohen_benjamin@accor.fr
daniel_philippe@accor.fr
drejeau_michele@accor.fr
eliane.rouyer@accor.com
espalioux_jean-marc@accor.fr
mabrut_jean-francois@accor.fr
martine.gadby@accor.com
pernot_eric@accor.fr
solene.zammito@accor.com
stern_jacques@accor.fr
tgaches@accor.fr
beaucamps_jacques@accor-hotels.com
karaoglanian_christian@accor-hotels.com
dstevens@accredohealth.com
lgrande@aceandcompany.com
tkrushman@acecapitalre.com
pbonner@aceguarantyre.com
andre.kleimeer@achmea.nl
dave.piguillet@achmea.com
eric.kok@achmea.nl
erik.prakken@achmea.nl
frank.smeltink@achmea.nl
gerard.bonekamp@achmea.nl
jan.grootendorst@achmea.nl
jan.maurits.de.vries@achmea.nl
marco.kemper@achmea.nl
marieke.van.kamp@achmea.nl
ralph.hardenberg@achmea.com
roger.somers@achmea.nl
rudi.kramer@achmea.nl
ruud.van.gogh@achmea.nl
sander.van.riel@achmea.nl
wouter.de.bever@achmea.nl
david@ackermancapital.com
andreas.keck@acm-adam.de
volker.blau@acm-adam.de
aaron.hoffman@acml.com
alan_horowitz@acml.com
albert_degulis@acml.com
aleksandr_yesilevich@acml.com
alex_van_voorhees@acml.com
alfred_harrison@acml.com
algis_remeza@acml.com
alison_martier@acml.com
althea_stewart@acml.com
amit_deshpande@acml.com
ana_faircloth@acml.com
ana_lanzana@acml.com
andrew_horoszczak@acml.com

angel_fernandez-ruiz@acml.com
angel_salazar@acml.com
angelo_lovallo@acml.com
anna_tsu@acml.com
anthony_tammaro@acml.com
anthony_xuereb@acml.com
anton_tabakh@acml.com
arif_husain@acml.com
armando_velasquez@acml.com
aryeh_glatter@acml.com
barry_levine@acml.com
ben_ghalmi@acml.com
benjamin_wang@acml.com
bill_oliver@acml.com
brad.gustafson@acml.com
brad_gustafson@acml.com
brian_phillips@acml.com
cara_hourican@acml.com
carmine_soldiviero@acml.com
charles_kim@acml.com
charles_southgate@acml.com
charlie_nanick@acml.com
chima_joseph@acml.com
chris_kligopoulos@acml.com
chris_nikolich@acml.com
chris_sebolt@acml.com
chris_verlingo@acml.com
christian_diclementi@acml.com
christine_aurelio@acml.com
christine_kopelman@acml.com
clifton_grant@acml.com
connie_moscon@acml.com
corinne_hill@acml.com
corinne_perkins@acml.com
cort_ingram@acml.com
cosmo_valente@acml.com
cristina_fernandez-alepuz@acml.com
damian.barrera@acml.com
dan_nordby@acml.com
daniel_loughney@acml.com
daniel_robbins@acml.com
daniel_rudnitsky@acml.com
daniella_gordon@acml.com
darren_williams@acml.com
dave_frederick@acml.com
david_goss@acml.com
david_jerome@acml.com
david_tarifi@acml.com
david_wolfson@acml.com
deirdre_kehoe@acml.com
demi_psyllos@acml.com
donna_podd@acml.com
donna_strick@acml.com
douglas_peebles@acml.com
dutch_handke@acml.com
ed_baker@acml.com
edward_rayner@acml.com
elba_maldonado@acml.com
elizabeth_zimler@acml.com
elvin_santiago@acml.com

emily_wiener@acml.com
erika_hibino@acml.com
fabrice_pellous@acml.com
fernando.grisales@acml.com
firstname_surname@acml.com
fortuna_disanto@acml.com
frances_dunn@acml.com
gaiti_ali@acml.com
geoffrey_hauck@acml.com
george_king@acml.com
george_vatore@acml.com
gershon_distenfeld@acml.com
gina_griffin@acml.com
gina_toth@acml.com
gregory_gaare@acml.com
guy_davidson@acml.com
haji_young@acml.com
henry_lee@acml.com
hiroyo_tanuki@acml.com
holly_sze@acml.com
ian_chitterer@acml.com
ilya_figelman@acml.com
ilya_siegelman@acml.com
ira_nicholson@acml.com
jacinta_saldanah@acml.com
jack_koltes@acml.com
jack_plym@acml.com
james_conner@acml.com
james_macri@acml.com
james_menapace@acml.com
jamie_kiggen@acml.com
janet_walsh@acml.com
jasmine_ng@acml.com
jason_goldstein@acml.com
jason_ley@acml.com
jason_moshos@acml.com
jason_pappalardi@acml.com
jdicapua@acml.com
jean_vandewalle@acml.com
jennifer_mui@acml.com
jenny_wong@acml.com
jeremy_alford@acml.com
jill_iannetta@acml.com
jim_kennedy@acml.com
jim_pendergast@acml.com
jim_reilly@acml.com
jj_mckoan@acml.com
joe_mantineo@acml.com
joe_rice@acml.com
joel_serebransky@acml.com
joelle_boucher@acml.com
john_bergia@acml.com
john_chiodi@acml.com
john_giaquinta@acml.com
john_granholm@acml.com
john_huang@acml.com
john_tylor@acml.com
jon_thiel@acml.com
jonathan_nye@acml.com
jonnathan_wong@acml.com

joran_laird@acml.com
joseph_laspina@acml.com
joseph_rosenblum@acml.com
josh_lisser@acml.com
jovany_larroche@acml.com
jsmith@acml.com
judi_devivo@acml.com
judy_eng@acml.com
julia_igoshin@acml.com
justin_egan@acml.com
jvandewalle@acml.com
kaivan_gill@acml.com
karen_sesin@acml.com
kathleen_corbet@acml.com
kathy_d'ornellas@acml.com
kdunlap@acml.com
kenneth_diaz@acml.com
krisha_rangarajan@acml.com
lauren_kelly@acml.com
lawrence_kreicher@acml.com
lawrence_shaw@acml.com
li_ying_lu@acml.com
liliana_dearth@acml.com
lisa_wagemann@acml.com
loesch_matthew@acml.com
loretta_roland@acml.com
lorna_schmidt@acml.com
marcin_zdunek@acml.com
maria_cona@acml.com
marion_nankin@acml.com
mark_chui@acml.com
mark_gordon@acml.com
mark_hamilton@acml.com
mark_howard@acml.com
mark_pease@acml.com
marlin_goldstein@acml.com
martin_reeves@acml.com
martin_scott@acml.com
mary_hishke@acml.com
matthew_droessler@acml.com
matthew_kennedy@acml.com
matthew_minnetian@acml.com
matthew_murray@acml.com
matthew_sheridan@acml.com
maureen_halasz@acml.com
may_lawyer@acml.com
mdigiacomo@acml.com
megan_mosher@acml.com
michael_b_lee@acml.com
michael_davis@acml.com
michael_depalma@acml.com
michael_mon@acml.com
michael_ning@acml.com
michael_o'brien@acml.com
michael_reilly@acml.com
mink_uaamnuichai@acml.com
minneapolis_reception@acml.com
myles_glaser@acml.com
nagaraj.katti@acml.com
nancy_northrop@acml.com

natalie_hahn@acml.com
nazmi_ressas@acml.com
neil_mack@acml.com
nelson_jantzen@acml.com
nils_mellquist@acml.com
nina_tannebaum@acml.com
noam_lefkovitz@acml.com
pamela.maharaj@acml.com
pamella_maharaj@acml.com
panniballe@acml.com
paola_bonoldi@acml.com
patrick_condello@acml.com
paul_denoon@acml.com
paul_gulberg@acml.com
paul_jenkel@acml.com
paul_zoschke@acml.com
peter_cornax@acml.com
peter_zhang@acml.com
phuong_pham@acml.com
polina_kurdiavko@acml.com
rahul_patel@acml.com
rajen_jadav@acml.com
ranji_nagaswami@acml.com
raymond_papera@acml.com
richard_newitter@acml.com
richard_ronan@acml.com
richard_taylor@acml.com
rmassenberg@acml.com
robert_felvinci@acml.com
robert_feng@acml.com
robert_haynes@acml.com
robert_heisterberg@acml.com
robert_joseph@acml.com
robert_schick@acml.com
ron_diamond@acml.com
russell_brody@acml.com
sabya_roy@acml.com
samantha_foster@acml.com
samantha_lau@acml.com
sarah_dimling@acml.com
sarah_percy-dove@acml.com
sarah_ringle@acml.com
saurin_shah@acml.com
scott_dimaggio@acml.com
scott_wallace@acml.com
scott_weiner@acml.com
sharon_wizik@acml.com
shawn_keegan@acml.com
shawna_millman@acml.com
sheila_davies@acml.com
shirley_lam@acml.com
shoshana_zysberg@acml.com
shrut_vakil@acml.com
simon_liu@acml.com
soyoung_lee@acml.com
stacey_rubin@acml.com
stephanie_simon@acml.com
stephen_pelensky@acml.com
steve_hussey@acml.com
steven_miller@acml.com

steven_phillips@acml.com
steven_zhu@acml.com
su-ho_lee@acml.com
sunhee_oh@acml.com
susan_zelmanovich@acml.com
su-tung_lee@acml.com
tamara_molinary@acml.com
tdiller@acml.com
terence_cuddihy@acml.com
terry_hults@acml.com
theodore_kuck@acml.com
tim_i_murphy@acml.com
tom_kamp@acml.com
tyler_smith@acml.com
vicki_fuller@acml.com
vicky_hughes@acml.com
viktoria_grinberg@acml.com
vladimir_vladimirov@acml.com
vladislav_iordanov@acml.com
walid_khalfallah@acml.com
wayne_oliver@acml.com
william_lee@acml.com
xiaowei_jiang@acml.com
yeonkyoung_kwon@acml.com
yeonyoung_kwon@acml.com
zoila_serrano@acml.com
camundsen@acorncapitalmgt.com
stewart@acorncapitalmgt.com
walker@acorncapitalmgt.com
research.wolfman@acqcap.com
fmaybank@acsinc.net
alexandra.reiter@activest.de
andreas.fehrenbach@activest.de
andreas.koenig@activest.de
andreas.marcinkowski@activest.de
andreas.schaefer@activest.de
anja.seyfried@activest.de
armin.lang@activest.de
bojka.nikolic@activest.de
bruno.tretter@activest.de
carolin.gerstmayer@activest.de
conrad.mattern@activest.de
daniel.kerbach@activest.de
dieter.volk@activest.de
dorothea.mueller@activest.de
elke.luger@activest.de
frank.grehl@activest.de
frank.sauer@activest.de
frank.wolfert@activest.de
guido.graupner@activest.de
herbert.ruf@activest.de
holger.schick@activest.de
ina.riskin@activest.de
joerg.dehning@activest.de
juergen.euba@activest.de
juergen.rauhaus@activest.de
karl.thiele@activest.de
kathrin.sick@activest.de
klaus.mutzl@activest.de
kristina.mimietz-paul@activest.de

maike.metzner@activest.de
marc.maenner@activest.de
marcin.fieika@activest.de
marco.salaarno@activest.de
martin.demmel@activest.de
matthias.mirwald@activest.de
michael.schmid@activest.de
natalie.schmutte@activest.de
peter.raab@activest.de
peter.winzinger@activest.de
reinhard.huber@activest.de
simone.kerbach@activest.de
stefan.amenda@activest.de
stefan.mueller@activest.de
susanne.hagen@activest.de
ulla.peplinsky@activest.de
wolfgang.kirschner@activest.de
ptures@acuity.com
ryan.degnitz@acuity.com
wendy.schuler@acuity.com
matthias.teig@adam-global.com
bridgeman@adamsexpress.com
chmn@adamsexpress.com
church@adamsexpress.com
hooper@adamsexpress.com
kohler@adamsexpress.com
prue@adamsexpress.com
schiminger@adamsexpress.com
stonesifer@adamsexpress.com
swindell@adamsexpress.com
truta@adamsexpress.com
weaver@adamsexpress.com
lb_global_daily@adam-us.com
lb_global_weekly@adam-us.com
michael.neary@adam-us.com
bngwe@adb.org
bylim@adb.org
cbobin@adb.org
chundu@adb.org
dcsotelo@adb.org
echen@adb.org
hjdelacruz@adb.org
ihaley@adb.org
jianzhuang@adb.org
jmann@adb.org
kandes@adb.org
ktayman@adb.org
mdelosreyes@adb.org
mhowe@adb.org
mirazal@adb.org
mjordan@adb.org
mmanrique@adb.org
mpajarillo@adb.org
mtang@adb.org
nllave@adb.org
perquiaga@adb.org
rberjamin@adb.org
ssm@adb.org
vavante@adb.org
wschang@adb.org

ynishimiya@adb.org
ahashimoto@adbi.org
hmontgomery@adbl.org
adrian.hodges@adcb.com
alaa@adcb.com
rohan.ketkar@adcb.com
shaima.a@adcb.com
vikas.vijayan@adcb.com
walter.pompliano@adcb.com
okuttiamu@adcouncil.ae
ch.haechler@adelga.ch
ecorey@adelphia.net
jberlinger@adelphia.net
jcbeard@adelphia.net
alder@adelphi-capital.com
burke-smith@adelphi-capital.com
dollmann@adelphi-capital.com
guest@adelphi-capital.com
hakan@adelphi-capital.com
henderling@adelphi-capital.com
hogstrom@adelphi-capital.com
jack@adelphi-capital.com
jongen@adelphi-capital.com
licence@adelphi-capital.com
malde@adelphi-capital.com
nicolson@adelphi-capital.com
talbot@adelphi-capital.com
tyler@adelphi-capital.com
winssinger@adelphi-capital.com
zekany@adelphi-capital.com
sfds@adfsd.com
aak.na@adia.ae
aak.pr@adia.ae
aam.na@adia.ae
aar.na@adia.ae
abh.pr@adia.ae
abt.eu@adia.ae
aby.pr@adia.ae
ade.na@adia.ae
adr.tr@adia.ae
afg.ia@adia.ae
age.na@adia.ae
ahm.tr@adia.ae
als.em@adia.ae
ama.cdu@adia.ae
ama.pd@adia.ae
ameeriabdulla@adia.ae
amu.na@adia.ae
amu.pr@adia.ae
and.eu@adia.ae
ans.it@adia.ae
aot.tr@adia.ae
arb.em@adia.ae
arq.na@adia.ae
ash.na@adia.ae
ash.tr@adia.ae
auc.eu@adia.ae
aya.na@adia.ae
bcr.eu@adia.ae
bfd.ie@adia.ae

| | | |
|---|---|---|
| bharat@adia.co.uk | jwi.pr@adia.ae | nha.pr@adia.ae |
| brp.ad@adia.ae | kak.pr@adia.ae | nicholas@adia.co.uk |
| bxu.em@adia.ae | kan.eu@adia.ae | nid.tu@adia.ae |
| carey@adia.co.uk | kaq.pr@adia.ae | nwd.tr@adia.ae |
| chr.pr@adia.ae | kar.eu@adia.ae | ofa.eu@adia.ae |
| cjf.tr@adia.ae | kha.eu@adia.ae | pal.na@adia.ae |
| claude@adia.co.uk | khalifa@adia.co.uk | paz.na@adia.ae |
| cyw.em@adia.ae | khm.na@adia.ae | pjk.tu@adia.ae |
| dac.tr@adia.ae | khu.eu@adia.ae | pog.cdu@adia.ae |
| dag.em@adia.ae | kjb.ex@adia.ae | rab.na@adia.ae |
| dah.pd@adia.ae | kmo.eu@adia.ae | rah.cdu@adia.ae |
| daw.ia@adia.ae | kpa.tr@adia.ae | rak.tr@adia.ae |
| dbm.cdu@adia.ae | kra.tr@adia.ae | ray.it@adia.ae |
| dds.eu@adia.ae | ksm.eu@adia.ae | raz.cdu@adia.ae |
| dhh.tr@adia.ae | kss.ex@adia.ae | rbk.tr@adia.ae |
| dkg.tr@adia.ae | lag.cdu@adia.ae | rgn.tr@adia.ae |
| dkp.em@adia.ae | lbs.eu@adia.ae | ril.tr@adia.ae |
| dma.em@adia.ae | lis.tr@adia.ae | rjh.eu@adia.ae |
| dmh.na@adia.ae | ljm.eu@adia.ae | rmd.tr@adia.ae |
| dob.em@adia.ae | mab.eu@adia.ae | rnh.eu@adia.ae |
| fab.tr@adia.ae | mab.ie@adia.ae | ruj.tr@adia.ae |
| fak.cdu@adia.ae | mab.na@adia.ae | rwk.cdu@adia.ae |
| fba.tr@adia.ae | mae.tr@adia.ae | sag.em@adia.ae |
| fjr.tr@adia.ae | maf.na@adia.ae | sah.eu@adia.ae |
| fkm.tr@adia.ae | mah.tr@adia.ae | sakis@adia.co.uk |
| fmk.tr@adia.ae | mah.tr@adia.tr | san.eu@adia.ae |
| gah.na@adia.ae | maj.cdu@adia.ae | sar.em@adia.ae |
| gfw.tr@adia.ae | maj.ef@adia.ae | saz.tr@adia.ae |
| gk@adia.ae | malkhoori@adia.co.uk | sba.cdu@adia.ae |
| gph.ie@adia.ae | mam.na@adia.ae | sdo.em@adia.ae |
| has.eu@adia.ae | map.tr@adia.ae | shb.pr@adia.ae |
| hek.cdu@adia.ae | mbe.tr@adia.ae | shd.ex@adia.ae |
| hma.eu@adia.ae | mbq.pr@adia.ae | sma.pr@adia.ae |
| hma.na@adia.ae | mda.eu@adia.ae | smh.eu@adia.ae |
| hmd.pe@adia.ae | mdk.pr@adia.ae | smm.ef@adia.ae |
| hmm.em@adia.ae | mfe.tr@adia.ae | smm.tr@adia.ae |
| hom.tu@adia.ae | mgk.tr@adia.ae | smp.ia@adia.ae |
| hsb.tr@adia.ae | mhd.tr@adia.ae | sms.eu@adia.ae |
| hsd.eu@adia.ae | mic.tr@adia.ae | smz.tr@adia.ae |
| hum.eu@adia.ae | mii.na@adia.ae | squ.tr@adia.ae |
| iac.tr@adia.ae | mjr.it@adia.ae | squ.tr@adia.co.ae |
| ian@adia.co.uk | mjs.eu@adia.ae | sri.cdu@adia.ae |
| ihs.na@adia.ae | mkl.em@adia.ae | sud.ad@adia.ae |
| ika.na@adia.ae | mko.eu@adia.ae | sum.pr@adia.ae |
| iman@adia.co.uk | mmm.em@adia.ae | syr.na@adia.ae |
| ivs.tr@adia.ae | mmm.pr@adia.ae | tar.pr@adia.co.ae |
| jag.em@adia.ae | mob.tr@adia.ae | tbc@adia.ae |
| jag.ie@adia.ae | mot.eu@adia.ae | thh.tr@adia.ae |
| james@adia.co.uk | mrk.ad@adia.ae | thv.na@adia.ae |
| jar.ef@adia.ae | msh.ef@adia.ae | tnw.tr@adia.ae |
| jbr.na@adia.ae | msh.tr@adia.ae | tok.pr@adia.ae |
| jbs.tr@adia.ae | mss.tr@adia.ae | vim.tr@adia.ae |
| jki.na@adia.ae | mth.tr@adia.ae | wak.ef@adia.ae |
| jkk.na@adia.ae | mtl.tr@adia.ae | yab.tr@adia.ae |
| jpv.ef@adia.ae | mts.tr@adia.ae | zoa.tr@adia.ae |
| jpv.tu@adia.ae | mut.tr@adia.ae | amalik@adib.co.ae |
| jsb.eu@adia.ae | nas.ex@adia.ae | peter@adib.co.ae |
| jsd.eu@adia.ae | ncp.cdu@adia.ae | abbas@adic.co.ae |
| jsm.tr@adia.ae | neil@adia.co.uk | agarwal@adic.co.ae |
| jth.na@adia.ae | nem.ef@adia.ae | alfaheem@adic.co.ae |

asifali@adic.co.ae
atrinkl@adic.co.ae
george@adic.co.ae
gopinath@adic.co.ae
i.alqubaisi@adic.ae
jassem@adic.co.ae
m.wiggins@adic.ae
n.azar@adic.ae
nmclouglin@adic.co.ae
perihanss@adic.co.ae
rrasheed@adic.co.ae
zayedalmansoori@adic.co.ae
zidany@adic.ae
friedrich.meierjohann@adidas.de
herbert.hainer@adidas.de
klaus.koehler@adidas.de
natalie.knight@adidas.de
robin.stalker@adidas.de
dennis.weber@adidas-group.com
hendric.junker@adidas-group.com
john-paul.omeara@adidas-group.com
andrea.thielen@adig.lu
cord.rodewald@adig.lu
hans-peter.rathjens@adig.de
stephan.christmann@adig.lu
thomas.nummer@adig.lu
lfaurie@adi-gestion.com
n86025@adk.jp
oshimo@adk.jp
ta99018@adk.jp
christoph.hegglin@adlerbank.ch
harry.kohli@adlerbank.ch
arnie.combe@admin.utah.edu
dphillips@admin.rochester.edu
bill_krause@adp.com
chris_backer@adp.com
doug_deschutter@adp.com
fran_migliocco@adp.com
oconnorj@adpomr.com
silversd@adpomr.com
sloand@adpomr.com
itri.u@adr.it
nboure@adriatica.com.ve
cfo@advancefinancial.com
ldickson@advanta.com
mcoco@advanta.com
andrew.schleiger@advantuscapital.com
annmarie.stanina@advantuscapital.com
christopher.sebald@advantuscapital.com
corinne.whelan@advantuscapital.com
craig.stapleton@advantuscapital.com
dale.berg@advantuscapital.com
dave.kuplic@advantuscapital.com
david.graetzer@advantuscapital.com
david.land@advantuscapital.com
dean.dibias@advantuscapital.com
james.ziegler@advantuscapital.com
janahan.rajaratnam@advantuscapital.com
jen.oconnor@advantuscapital.com
jennifer.defiebre@advantuscapital.com

jim.kragenbring@advantuscapital.com
joe.gogola@advantuscapital.com
johanna.denboer@advantuscapital.com
johanna.e.anderson@advantuscapital.com
jon.thompson@advantuscapital.com
jorja.iwaszko@advantuscapital.com
joseph.betlej@advantuscapital.com
joseph.scanlan@advantuscapital.com
joshua.klaetsch@advantuscapital.com
karen.maw@advantuscapital.com
kathleen.parker@advantuscapital.com
kathleen.posus@advantuscapital.com
kaycee.brookshaw@advantuscapital.com
kenneth.dicke@advantuscapital.com
lena.harhaj@advantuscapital.com
lisa.perrin@advantuscapital.com
lowell.bolken@advantuscapital.com
lynne.mill@advantuscapital.com
merlin.erickson@advantuscapital.com
michael.andersonadvantus@advantuscapital.com
nathan.ellsworth@advantuscapital.com
phillip.brown@advantuscapital.com
robb.phillips@advantuscapital.com
robert.diedrich@advantuscapital.com
robert.phillips@advantuscapital.com
robert.thompson@advantuscapital.com
sean.timonen@advantuscapital.com
shannon.willenbring@advantuscapital.com
shawn.anderson@advantuscapital.com
steve.ross@advantuscapital.com
steven.lane@advantuscapital.com
terri.jonesadvantus@advantuscapital.com
thomas.houghton@advantuscapital.com
brian.goldstein@advest.com
george.kirkwood@advest.com
joseph.blair@advest.com
michael.schwager@advest.com
nicole.payne@advest.com
rkmann@advisorscap.com
alcober@ae-gis.com
daly@ae-gis.com
ortega@ae-gis.com
research@ae-gis.com
stow@ae-gis.com
mbrizee@aego.nl
abani@aegon.nl
abby.glennie@aegon.co.uk
alastair.campbell@aegon.co.uk
alastair.duffy@aegon.co.uk
alistair.byrne@aegon.co.uk
alistair.haig@aegon.co.uk
amaatman@aegon.nl
ameinema2@aegon.nl
amentink@aegon.nl
andrew.dove@aegon.co.uk
andrew.fleming@aegon.com
andrew.gibb@aegon.co.uk
andrew.mckaig@aegon.co.uk
andrew.munro@aegon.co.uk
aocko@aegon.nl

awidyoko@aegon.nl
awynaendts@aegon.nl
bbolk@aegon.nl
ben.mills@aegon.co.uk
bettina.roster@aegon.co.uk
brendan.mcfadyen@aegon.co.uk
bruce.naysmith@aegon.co.uk
bsnijders@aegon.nl
btimmerman@aegon.nl
carol.thomson@aegon.co.uk
charles.henderson@aegon.co.uk
chris.madsen@aegon.com
christophe.ferrand@aegon.co.uk
christopher.maginnis@aegon.co.uk
chuegen@aegon.nl
cmmurison@aegon.co.uk
colette.clements@aegon.co.uk
colette.walker@aegon.co.uk
colin.black@aegon.co.uk
colin.finlayson@aegon.co.uk
colin.graham@aegon.co.uk
colin.purdie@aegon.co.uk
corrie.lough@aegon.co.uk
daniel.mckernan@aegon.co.uk
darragh.lenihan@aegon.co.uk
david.griffiths@aegon.co.uk
david.pringle@aegon.co.uk
david.roberts@aegon.co.uk
david.sheasby@aegon.co.uk
ddiepbrink@aegon.nl
dmilner@aegon.nl
donald.phillips@aegon.co.uk
doudenhoven@aegon.nl
douglas.jones@aegon.co.uk
douglas.scott@aegon.co.uk
dstraker@aegon.co.uk
dvdmars@aegon.nl
ebeije@aegon.nl
ebogaard@aegon.nl
ebracke@aegon.nl
edreus@aegon.nl
ehylarides@aegon.nl
elaine.crichton@aegon.co.uk
elaine.morgan@aegon.co.uk
elarson@aegon.nl
eleseman@aegon.nl
emassie@aegon.nl
enapel@aegon.nl
erinlu@aegon.com.tw
euan.mcneil@aegon.co.uk
fbortst@aegon.nl
fmeijer@aegon.nl
gareth.hewie@aegon.co.uk
gareth.turtle@aegon.co.uk
gligtenberg@aegon.nl
gmoerman@aegon.nl
gordon.happell@aegon.co.uk
gregory.turnbullschwartz@aegon.co.uk
heggens@aegon.nl
helen.webster@aegon.co.uk

| | | |
|---|---|---|
| hfigee@aegon.nl | name.surname@aegon.nl | abrumm@aegon.com |
| hvbeek@aegon.nl | nicola.brown@aegon.co.uk | abuss@aegonusa.com |
| iain.buckle@aegon.co.uk | norman.dalgleish@aegon.co.uk | achawla@aegonusa.com |
| iain.fulton@aegon.co.uk | nschuitmaker@aegon.nl | ahazen@aegonusa.com |
| iain.wells@aegon.co.uk | nswagers@aegon.nl | akanduri@aegonusa.com |
| ian.wagstaff@aegon.co.uk | pamela.kerkhoff@aegon.co.uk | aklocke@aegonusa.com |
| indra.tan@aegon.com | paul.roberts@aegon.co.uk | amarcus@aegonusa.com |
| ivanderveen@aegon.nl | pauline.stewart@aegon.co.uk | amcintos@aegonusa.com |
| jamie.murdoch@aegon.co.uk | pbajema@aegon.nl | awillian@aegonusa.com |
| jboers@aegon.nl | pblange@aegon.nl | awirtz@aegonusa.com |
| jbouterse@aegon.nl | perea.ignacio@aegon.es | awolfe@aegonusa.com |
| jcoene@aegon.nl | peter.hadden@aegon.co.uk | bbarnhart@aegonusa.com |
| jhawillemsen@aegon.nl | peter.pih@aegon.com | bbeman@aegonusa.com |
| jheyns@aegon.nl | phborghuis@aegon.nl | bcox@aegonusa.com |
| jkohler@aegon.nl | philip.haworth@aegon.co.uk | bddoyle@aegonusa.com |
| jmlaidlaw@aegon.co.uk | philip.milburn@aegon.co.uk | belliott@aegonusa.com |
| john.kirchin@aegon.co.uk | philippa.matthews@aegon.co.uk | bgiles@aegonusa.com |
| john.mcneill@aegon.co.uk | pjansen@aegon.nl | bgoddard@aegonusa.com |
| jpoot@aegon.nl | plaar@aegon.nl | bgray@aegonusa.com |
| jrol@aegon.nl | rboersma@aegon.nl | bhansen@aegonusa.com |
| jslijkerman@aegon.nl | rbosch@aegon.nl | bhenricksen@aegonusa.com |
| june.walker@aegon.co.uk | rcroonen@aegon.nl | bherman@aegonusa.com |
| jvijverberg@aegon.nl | rhona.stewart@aegon.co.uk | bkies@aegonusa.com |
| jweemhoff@aegon.nl | rkouwenberg@aegon.nl | bko@aegonusa.com |
| jwilkinson@aegon.nl | rmlukassen@aegon.nl | bkramer@aegonusa.com |
| kerry.logan@aegon.co.uk | robert.cecchi@aegon.co.uk | bmcantrell@aegonusa.com |
| kevin.lyster@aegon.co.uk | ross.bradley@aegon.co.uk | bmiller@aegonusa.com |
| kevin.telfer@aegon.co.uk | rpriestly@aegon.co.uk | bmorris@aegonusa.com |
| kirsten.stirling@aegon.co.uk | rruijter@aegon.nl | bmurphy@aegonusa.com |
| krigter@aegon.nl | rschapers@aegon.nl | broby@aegonusa.com |
| laura.gallacher@aegon.co.uk | russell.hogan@aegon.co.uk | bscoles@aegonusa.com |
| ljousma@aegon.nl | rvanaart@aegon.nl | bscook@aegonusa.com |
| louise.smith@aegon.co.uk | rvandermark@aegon.nl | bsmedley@aegonusa.com |
| lynsey.selkirk@aegon.co.uk | rwolters@aegon.nl | bstertzbach@aegonusa.com |
| mahnaz.sharif@aegon.co.uk | ryan.smith@aegon.co.uk | btong@aegonusa.com |
| manso.alfonso@aegon.es | sandyshiau@aegon.com.tw | btvedt@aegonusa.com |
| mario.matkovic@aegon.com | scott.jamieson@aegon.co.uk | ccovington@aegonusa.com |
| mark.kedar@aegon.co.uk | simon.cairns@aegon.co.uk | cfagenbaum@aegonusa.com |
| mark.love@aegon.co.uk | simon.carter@aegon.co.uk | cfong@aegonusa.com |
| mark.peden@aegon.co.uk | simon.holman@aegon.co.uk | cfoster@aegonusa.com |
| martin.gibson@aegon.co.uk | stephen.adams@aegon.co.uk | cfowler@aegonusa.com |
| masmoredjo@aegon.nl | stephen.jones@aegon.co.uk | chaker@aegonusa.com |
| matthijs.pinxteren@aegon.com | thoefakker@aegon.nl | chjohnso@aegonusa.com |
| maweede@aegon.nl | tom.copeland@aegon.co.uk | cjperry@aegonusa.com |
| mboom@aegon.nl | tom.crombie@aegon.co.uk | cleung@aegonusa.com |
| mbottenberg@aegon.nl | tom.robertson@aegon.co.uk | clthompson@aegonusa.com |
| mcombe@aegon.nl | tsmid@aegon.nl | cnorris@aegonusa.com |
| mdavidse@aegon.nl | walmeloo@aegon.nl | cnyedlik@aegonusa.com |
| melanie.mitchell@aegon.co.uk | wendy.hay@aegon.co.uk | cschadt@aegonusa.com |
| mentzinger@aegon.nl | wildeboerschut@aegon.nl | cwinkler@aegonusa.com |
| mheemelaar@aegon.nl | william.dinning@aegon.co.uk | cyeary@aegonusa.com |
| mhoefnagel@aegon.nl | wschouten@aegon.nl | dcambridge@aegonusa.com |
| michael.bach.nielsen@aegon.co.uk | ykeuter@aegon.nl | dcfoster@aegonusa.com |
| michael.barrett@aegon.co.uk | yvonne.christie@aegon.co.uk | dguarino@aegonusa.com |
| michiel.vankatwijk@aegon.com | gracegao@aegon-cnooc.com | dhalfpap@aegonusa.com |
| mlansink@aegon.nl | hectorxu@aegon-cnooc.com | dhopewell@aegonusa.com |
| mnaaktgeboren@aegon.nl | jennieyang@aegon-cnooc.com | djuvane@aegonusa.com |
| mregnault-stoel@aegon.nl | seanliu@aegon-cnooc.com | dkolsrud@aegonusa.com |
| mswaak@aegon.nl | dhayes@aegonglobal.com | dlanghoff@aegonusa.com |
| mvdheide@aegon.nl | aaalderks@aegonusa.com | dlevans@aegonusa.com |

| | | |
|---|---|---|
| dlindaue@aegonusa.com | jrabineau@aegonusa.com | mpgilbert@aegonusa.com |
| dludke@aegonusa.com | jrank@aegonusa.com | mradke@aegonusa.com |
| dmdurbin@aegonusa.com | jrdemoss@aegonusa.com | mreilly@aegonusa.com |
| dmenge@aegonusa.com | jrickels@aegonusa.com | msimpson@aegonusa.com |
| dpfox@aegonusa.com | jschaeffer@aegonusa.com | murban@aegonusa.com |
| drthompson@aegonusa.com | jschloss@aegonusa.com | mwoode@aegonusa.com |
| dslade@aegonusa.com | jsong@aegonusa.com | mzinkula@aegonusa.com |
| dvolz@aegonusa.com | jsrosen@aegonusa.com | njoss@aegonusa.com |
| dvorwald@aegonusa.com | jtchong@aegonusa.com | nkangpan@aegonusa.com |
| dweih@aegonusa.com | jthurm@aegonusa.com | nliang@aegonusa.com |
| dwirtjes@aegonusa.com | kbakker@aegonusa.com | nmadsen@aegonusa.com |
| eberberich@aegonusa.com | kbeaman@aegonusa.com | nrahman@aegonusa.com |
| edaniell@aegonusa.com | kbormann@aegonusa.com | opina@aegonusa.com |
| eeden@aegonusa.com | kbuese@aegonusa.com | pgilman@aegonusa.com |
| efurnish@aegonusa.com | kcasey@aegonusa.com | pnims@aegonusa.com |
| egoodman@aegonusa.com | kedgarton@aegonusa.com | rbansal@aegonusa.com |
| epeters@aegonusa.com | kfoss@aegonusa.com | rbiesiot@aegonusa.com |
| eroeder@aegonusa.com | kgesling@aegonusa.com | rchandran@aegonusa.com |
| esandberg@aegonusa.com | kgiles@aegonusa.com | rdscott@aegonusa.com |
| evining@aegonusa.com | khalvorson@aegonusa.com | rflugum@aegonusa.com |
| fcollecchia@aegonusa.com | kjlewis@aegonusa.com | rfrazier@aegonusa.com |
| fcollechia@aegonusa.com | kjsmith@aegonusa.com | rgoel@aegonusa.com |
| fhoward@aegonusa.com | kkrousie@aegonusa.com | rjmurphy@aegonusa.com |
| fpires@aegonusa.com | kpatrick@aegonusa.com | rmann@aegonusa.com |
| frybinski@aegonusa.com | kpurnell@aegonusa.com | rmelcher@aegonusa.com |
| gcamburn@aegonusa.com | krwright@aegonusa.com | rmeyer@aegonusa.com |
| gcreed@aegonusa.com | kstrobel@aegonusa.com | rperry@aegonusa.com |
| gdryden@aegonusa.com | kturnquist@aegonusa.com | rseifert@aegonusa.com |
| gklein@aegonusa.com | kvanourny@aegonusa.com | sgilkes@aegonusa.com |
| gkneeland@aegonusa.com | kwbuese@aegonusa.com | sgoedkin@aegonusa.com |
| gpodhajs@aegonusa.com | kweigel@aegonusa.com | sgutke@aegonusa.com |
| hcburnett@aegonusa.com | lfindlay-mittan@aegonusa.com | shassenstab@aegonusa.com |
| hschaefer@aegonusa.com | litang@aegonusa.com | sinagarajan@aegonusa.com |
| ir@aegonusa.com | lksmith@aegonusa.com | sjohanse@aegonusa.com |
| jarich@aegonusa.com | llayman@aegonusa.com | skapuganti@aegonusa.com |
| jbailey@aegonusa.com | lmcdonald@aegonusa.com | skassev@aegonusa.com |
| jbaskin@aegonusa.com | lolds@aegonusa.com | slange@aegonusa.com |
| jbaylor@aegonusa.com | lpapkin@aegonusa.com | sledger@aegonusa.com |
| jbraverman@aegonusa.com | lschumac@aegonusa.com | smukhopadhyaya@aegonusa.com |
| jbreaux@aegonusa.com | lstarr@aegonusa.com | sopp@aegonusa.com |
| jbrown@aegonusa.com | lstomp@aegonusa.com | sperchik@aegonusa.com |
| jdeans@aegonusa.com | lswantz@aegonusa.com | ssidhu@aegonusa.com |
| jdeverell@aegonusa.com | ltan@aegonusa.com | stenley@aegonusa.com |
| jemoore@aegonusa.com | mcoppens@aegonusa.com | ststone@aegonusa.com |
| jerb@aegonusa.com | mdunn@aegonusa.com | tfranklin@aegonusa.com |
| jewhitehead@aegonusa.com | mevans@aegonusa.com | tfuhs@aegonusa.com |
| jfelderman@aegonusa.com | mfeitz@aegonusa.com | thartlage@aegonusa.com |
| jfergus@aegonusa.com | mfloyd@aegonusa.com | tkellenberger@aegonusa.com |
| jfrey@aegonusa.com | mfuller@aegonusa.com | tknight@aegonusa.com |
| jhamilto@aegonusa.com | mherp@aegonusa.com | tljohnson@aegonusa.com |
| jjohanse@aegonusa.com | milerisoy@aegonusa.com | tmanthe@aegonusa.com |
| jkcameron@aegonusa.com | mimurray@aegonusa.com | troetlin@aegonusa.com |
| jkuhn@aegonusa.com | mjheenan@aegonusa.com | twerner@aegonusa.com |
| jlcoleman@aegonusa.com | mldoyle@aegonusa.com | wpattison@aegonusa.com |
| jlemke@aegonusa.com | mleonberger@aegonusa.com | xuwang@aegonusa.com |
| jmccloud@aegonusa.com | mlodh@aegonusa.com | xye@aegonusa.com |
| jmccorkle@aegonusa.com | mmgallagher@aegonusa.com | yfeng@aegonusa.com |
| jmcglaun@aegonusa.com | mmonson@aegonusa.com | yxiong@aegonusa.com |
| jmead@aegonusa.com | mmorell@aegonusa.com | zhussain@aegonusa.com |
| jnosek@aegonusa.com | mparrish@aegonusa.com | bakerc@aeltus.com |

barnesp1@aeltus.com
burdeshawj@aeltus.com
burroughsc@aeltus.com
coted@aeltus.com
cubbagek@aeltus.com
fernandezm@aeltus.com
grangerh@aeltus.com
irvingz@aeltus.com
jensena@aeltus.com
jjkrementowski@aeltus.com
kochenn@aeltus.com
martine@aeltus.com
meyerl@aeltus.com
migliorej@aeltus.com
o'neill@aeltus.com
pihls@aeltus.com
pincherak@aeltus.com
powellk@aeltus.com
raimundik@aeltus.com
richardj@aeltus.com
royr@aeltus.com
swankp@aeltus.com
taylorr@aeltus.com
tenbroecka@aeltus.com
whitney@aeltus.com
zarwanskim@aeltus.com
benoit.debains@onair.aero
tstress@aesb.net
alexanderm@aetna.com
antonellip@aetna.com
bakere@aetna.com
barrassof@aetna.com
bitela@aetna.com
bjl@aetna.com
bouchardj@aetna.com
callawayt@aetna.com
cardonepl@aetna.com
caseykj@aetna.com
chirichellala@aetna.com
coyner@aetna.com
diaza@aetna.com
donahuemj@aetna.com
fairchildt@aetna.com
fisherm4@aetna.com
gagnesl@aetna.com
garberm@aetna.com
glynnj1@aetna.com
gruessnerjc@aetna.com
hendersontd@aetna.com
holtta@aetna.com
holttg@aetna.com
jamiesont@aetna.com
jenkinsonje@aetna.com
kulasgf@aetna.com
larryr@aetna.com
latorrej@aetna.com
lawtonth@aetna.com
lloydj@aetna.com
luke.smith@aetna.com
maslind@aetna.com

mccarthysd@aetna.com
mehtahv@aetna.com
notarok@aetna.com
oadespr@aetna.com
ostashenta@aetna.com
pappasd@aetna.com
paquettehc@aetna.com
paskiewiczse@aetna.com
petersena@aetna.com
pottert@aetna.com
ricciot@aetna.com
rosadom@aetna.com
rowlandj1@aetna.com
saltzmangk@aetna.com
schulerg@aetna.com
scotts@aetna.com
stricklandss@aetna.com
thibodeaub@aetna.com
trimania@aetna.com
vartelasaj@aetna.com
velascodj@aetna.com
vittnergg@aetna.com
winfield.bell@aetna.com
albert.t.chang@aexp.com
arnaud.j.heymann@aexp.com
arthur.h.berman@aexp.com
babar.m.mufti@aexp.com
beryl.c.lee@aexp.com
betty.p.wee@aexp.com
biswaroop.t.baura@aexp.com
carol.schwartz@aexp.com
charles.w.johnson@aexp.com
christopher.j.hall@aexp.com
christopher.palazzolo@aexp.com
corinna.yau@aexp.com
daniel.o.mosca@aexp.com
david.a.allright@aexp.com
david.l.yowan@aexp.com
dennis.a.harhalakis@aexp.com
ershad.e.hossain@aexp.com
hk.treasury@aexp.com
hockchan.h.sen@aexp.com
james.c.chu@aexp.com
jorge.c.alvarez@aexp.com
liana.s.ho@aexp.com
lilian.l.ting@aexp.com
maureen.ryan@aexp.com
miquel.n.alonso@aexp.com
nicolas.w.roth@aexp.com
paul.r.cannon@aexp.com
raymond.b.seymour@aexp.com
ringo.r.leo@aexp.com
samuel.perruchoud@aexp.com
simon.b.byrne@aexp.com
solon.b.saoulis@aexp.com
stephane.m.varin@aexp.com
tanny.t.sethi@aexp.com
warren.w.yang@aexp.com
wendy.k.tsang@aexp.com
anders.algotsson@afa.se.

bengt.kileus@afa.se
carina.swerin@afa.se
dan.bergman@afa.se
fredrik.bergvall@afa.se
fredrik.nilert2@afa.se
jonas.nilsson@afa.se
krister.jorneskog@afa.se
owen.winrow@afa.se
peter.nygren@afa.se
stefan.guter@afa.se
torsten.gyllensvard@afa.se
bengt.eke@afaforsakring.se
fi@afaforsakring.se
per.svensson@afaforsakring.se
mwm@afcmb.com
roystontan@afcmerchantbank.com
a.osakwe@afdb.org
a.oteh@afdb.org
f.mwase@afdb.org
g.henricksen@afdb.org
j.dicoum@afdb.org
j.nguessan@afdb.org
l.borji@afdb.org
o.carrolaggi@afdb.org
o.eweck@afdb.org
s.nalletamby@afdb.org
s.sekioua@afdb.org
t.julin@afdb.org
y.abdoulaye@afdb.org
y.hassan@afdb.org
neerajsehgal@uae.afh.com.sg
pallavsinha@uae.afh.com.sg
adobson@aflac.com
ccampbell@aflac.com
ccoakley@aflac.com
cgeeslin@aflac.com
cmckinney@aflac.com
dharris@aflac.com
dyoung@aflac.com
ggantt@aflac.com
jharris@aflac.com
jhill4@aflac.com
jjeffery@aflac.com
kjanke@aflac.com
mandrews@aflac.com
mchapman@aflac.com
mkeim@aflac.com
msmith@aflac.com
rdruica@aflac.com
rmullens@aflac.com
sclemmons@aflac.com
swoods@aflac.com
ngaffney@aflic.com
jinguji@afz.crane.jal.co.jp
ulf.steinborn@ag.man.de
amargolius@ag-am.com
bdeitelzweig@ag-am.com
bzimmerman@ag-am.com
cchang@ag-am.com
cfasciano@ag-am.com

| | | |
|---|---|---|
| cjoei@ag-am.com | chrishu@agf.com | david_tooley@agfg.com |
| cmarino@ag-am.com | cindy.gedney@agf.com | david_wagenseller@agfg.com |
| crupinski@ag-am.com | coulter.wright@agf.com | diana_brockman@agfg.com |
| dbalsan@ag-am.com | dalia.stanikaite@agf.fr | don_paullo@agfg.com |
| dbrown@ag-am.com | duvall@agf.fr | douglas_allen@agfg.com |
| dbuono@ag-am.com | enghockong@agf.com.sg | evelyn_williams@agfg.com |
| dmacmillan@ag-am.com | eric.gibouleau@agf.com | gordon_massie@agfg.com |
| dtroxell@ag-am.com | erik.olesen@agf.com | james_roth@agfg.com |
| edonovan@ag-am.com | eunice.dong@agf.com | john_fleming@agfg.com |
| ftaveras@ag-am.com | grayma@agf.fr | judy_cao@agfg.com |
| gscacco@ag-am.com | imhoff@agf.fr | julia_tucker@agfg.com |
| jflomenhaft@ag-am.com | irina.chistyakova@agf.com | julie_cowart@agfg.com |
| jgould@ag-am.com | jamie.horvat@agf.com | karen_green@agfg.com |
| jrhodes@ag-am.com | jean.charbonneau@agf.com | kathy_gentry@agfg.com |
| jseveral@ag-am.com | jean_marc.cornet@agf.be | leon_olver@agfg.com |
| knelson@ag-am.com | jeff.corbett@agf.com | lisa_sacerdote@agfg.com |
| lchai@ag-am.com | jiri.baert@agf.be | lorri_white@agfg.com |
| lkagan@ag-am.com | kathleen.coussement@agf.be | mark_pauly@agfg.com |
| mbergen@ag-am.com | koeke@agf.fr | mei_markentell@agfg.com |
| mcook@ag-am.com | koenraad.goethals@agf.be | mei_merkentell@agfg.com |
| mevans@ag-am.com | laurie.kozlan@agf.com | mistura_longe@agfg.com |
| modonnell@ag-am.com | lehman@agf.fr | rey_stroube@agfg.com |
| mrivera@ag-am.com | lloyd.goldstein@agf.com | rick_conway@agfg.com |
| ncharran@ag-am.com | luco@agf.fr | scott_dunglinson@agfg.com |
| omorgan@ag-am.com | martin.hubbes@agf.com | scott_inglis@agfg.com |
| phermann@ag-am.com | michel.leroy@agf.be | scott_platzer@agfg.com |
| psheehy@ag-am.com | natasha.trainor@agf.com | ted_etlinger@agfg.com |
| pwen@ag-am.com | nicole.demaeghdt@agf.be | tom_schlotzhauer@agfg.com |
| rlewis@ag-am.com | pascal.michez@agf.be | victoria_franklin@agfg.com |
| seames@ag-am.com | patricia.perez-coutts@agf.com | bbinyon@agfinance.com |
| shager@ag-am.com | patrizia.fiorino@agf.com | bgoff@agfirst.com |
| slee@ag-am.com | phil.stafford@agf.com | dkirkpatrick@agfirst.com |
| slurito@ag-am.com | philiju@agf.fr | fmorant@agfirst.com |
| soh@ag-am.com | pier.riches@agf.fr | jlay@agfirst.com |
| tbuckley@ag-am.com | pierre_alain.rucquois@agf.be | maddy@agfirst.com |
| wpotter@ag-am.com | prohin@agf.fr | mmcdermott@agfirst.com |
| martin.kelly@agamwestfcb.com | richard.dolhun@agf.com | rarnold@agfirst.com |
| russell.booth@agamwestfcb.com | robert.armstrong@agf.com | tskipper@agfirst.com |
| barry_nielson@agc.com | ronald.tsang@agf.com | claudio.capsoni@agip.it |
| collin_chance@agc.com | rosh.panesar@agf.com | mauro.risi@agippetroli.eni.it |
| david_medrano@agc.com | sharina.sanny@agf.com | anna.kincannon@agribank.com |
| james_lee@agc.com | stephane.willem@agf.be | azhang@agribank.com |
| judith_gullota@agc.com | stephanie.maher@agf.com | dberdah@agribank.com |
| kathryn_spicker@agc.com | stephen.way@agf.com | kevin.rust@agribank.com |
| michael_bubnis@agc.com | steve.rogers@agf.com | juhan.sartor@aguil.se |
| michelle_amrine@agc.com | stijn.vanvuchelen@agf.be | g.torchio@it.agusta.com |
| mike_obley@agc.com | tanya.peterson@agf.com | l.luzi@it.agusta.com |
| neal_waggoner@agc.com | terry.chong@agf.com | l.orlando@it.agusta.com |
| robert_kase@agc.com | tony.genua@agf.com | musserjj@ah.org |
| stephanie.goldman@agc.com | toutaio@agf.fr | h-ggrossmann@ahb-ag.de |
| susan_hendrix@agc.com | tristan.sones@agf.com | mgajdic@ahb-ag.de |
| alice.popescu@agf.com | viald@agf.fr | wbledau@ahb-ag.de |
| alpha.ba@agf.com | wai.tong@agf.com | andreas.wuermeling@ahbr.de |
| ani.markova@agf.com | xccobn@agf.be | anja.hohaus@ahbr.de |
| annie.liu@agf.com | zoran.vojvodic@agf.com | guido.damian@ahbr.de |
| becky.tsang@agf.com | andrew_kandolha@agfg.com | heinz-rudolf.sabel@ahbr.de |
| bob.lyon@agf.com | april_norris@agfg.com | jana.ritter@ahbr.de |
| caterina.prato@agf.com | betsy_taylor@agfg.com | klaus.winde@ahbr.de |
| charleso@agf.com | brian_fox@agfg.com | leo.cremer@ahbr.de |
| chrisb@agf.com | cochs@agfg.com | mustafa.sari@ahbr.de |

peter.liwowski@ahbr.de
stephan.welfonder@ahbr.de
susanne.jakob@ahbr.de
susanne.noetling@ahbr.de
werner.lorentz@ahbr.de
wernher.e.kielmann@ahbr.de
james.forster@ahliunited.com
tim.clemmey@ahliunited.com
huib.wurfbain@corp.ahold.nl
aalvarez@ahorro.com
agarcia@ahorro.com
aojinaga@ahorro.com
aojinaga@bcn.ahorro.com
edlopez@ahorro.com
emartinez@ahorro.com
emeijide@ahorro.com
epardo@ahorro.com
fnavarro@ahorro.com
fsainz@ahorro.com
jclaveria@ahorro.com
jgarcia@bcn.ahorro.com
jgarciac@ahorro.com
jpc@ahorro.com
jrguerra@ahorro.com
jruz@ahorro.com
jtruzman@ahorro.com
mamorales@ahorro.com
mbasurte@ahorro.com
msanchez@ahorro.com
msierra@ahorro.com
nconesa@bcn.ahorro.com
parranz@ahorro.com
pgarcia@ahorro.com
sascha@ahorro.com
slibkind@ahorro.com
znodal@ahorro.com
ablanco@ahorrocorporacion.com
asanchez@ahorrocorporacion.com
asanchezp@ahorrocorporacion.com
emestre@ahorrocorporacion.com
jcpernas@ahorrocorporacion.com
jflowy@ahorrocorporacion.es
jnavarra@ahorrocorporacion.com
jsolis@ahorrocorporacion.com
mdmanterola@ahorrocorporacion.com
nangulo@ahorrocorporacion.com
nmanon@ahorrocorporacion.com
paldaya@ahorrocorporacion.com
david.martin@ahss.org
gary.skilton@ahss.org
jeff.pearson@ahss.org
adrienne.m.gaynor@aib.ie
aidan.j.donnelly@aib.ie
aine.j.shannon@aib.ie
alan.f.burke@aib.ie
alex.m.mcknight@aib.ie
amanda.j.tinney@aib.ie
andrew.m.whelan@aib.ie
andrew.r.clark-hutchison@aib.ie
annemarie.flynn@aib.ie

annette.m.croke@aib.ie
arnaud.x.heck@aib.ie
barbara.a.sorohan@aib.ie
barry.j.ahearne@aib.ie
barry.j.o'dwyer@aib.ie
barry.w.pitcher@aib.ie
bernard.p.killelea@aib.ie
brendan.h.lynch@aib.ie
brian.a.hand@aib.ie
brian.g.holohan@aib.ie
brian.g.muldoon@aib.ie
brian.g.o'kelly@aib.ie
brian.p.mcgirr@aib.ie
bryan.p.maher@aib.ie
caitriona.a.seery@aib.ie
caroline.j.molloy@aib.ie
cathal.b.mcardle@aib.ie
catherine.a.flavin@aib.ie
chris.a.curley@aib.ie
chris.curley@aib.ie
christopher.palmer@aib.ie
ciaran.p.mccarron@aib.ie
cj.berry@aib.ie
cliona.brennock@aib.ie
conor.j.byrne@aib.ie
conor.l.mallen@aib.ie
conor.m.martin@aib.ie
conor.p.o'donovan@aib.ie
cormac.t.treanor@aib.ie
cormac.w.heffernan@aib.ie
craig.z.lynch@aib.ie
dara.m.mckenna@aib.ie
dara.r.marnell@aib.ie
darragh.p.crowley@aib.ie
dave.b.mcevoy@aib.ie
david.e.love@aib.ie
david.j.lock@aib.ie
david.j.o'neill@aib.ie
david.m.burns@aib.ie
david.p.coyne@aib.ie
david.p.mcguinness@aib.ie
declan.a.mullen@aib.ie
declan.j.cooling@aib.ie
declan.j.fitzgerald@aib.ie
deirdre.m.breheny@aib.ie
denis.murphy@aib.ie
denis.r.culligan@aib.ie
denise.brown@aib.ie
desmond.k.bevan@aib.ie
donal.f.murphy@aib.ie
duncan.k.farquhar@aib.ie
dwayne.p.mcnicholas@aib.ie
eamon.b.brennan@aib.ie
eamonn.c.hackett@aib.ie
eamonn.s.boylan@aib.ie
eavan.k.o'connell@aib.ie
eddie.h.o'neill@aib.ie
emer.m.murphy@aib.ie
eoin.m.maher@aib.ie
eric.k.blake@aib.ie

eugene.j.kelly@aib.ie
finbar.m.dowling@aib.ie
frank.j.o'kennedy@aib.ie
frank.oconner@aib.ie
frank.p.mcardle@aib.ie
gabrielle.g.croke@aib.ie
gary.p.phelan@aib.ie
gavan.m.barlow@aib.ie
gavin.m.barlow@aib.ie
gerard.t.o'brien@aib.ie
gerrard.j.buckley@aib.ie
gerry.g.gleeson@aib.ie
glenn.n.clarke@aib.ie
glynis.s.webb@aib.ie
graham.m.fagan@aib.ie
grainne.m.o'brien@aib.ie
helen.m.shaughnessy@aib.ie
ian.f.cooke@aib.ie
imelda.s.sexton@aib.ie
ingrid.lacey@aib.ie
jacqui.m.gleeson@aib.ie
james.r.mckeever@aib.ie
jeff.c.kay@aib.ie
jim.p.arigho@aib.ie
jj.walsh@aib.ie
joe.a.naughton@aib.ie
joe.p.simpson@aib.ie
johanne.s.fagan@aib.ie
john.b.hynes@aib.ie
john.d.foy@aib.ie
john.g.lowry@aib.ie
john.s.mccarthy@aib.ie
joseph.m.harrigan@aib.ie
joseph.naughton@aib.ie
karen.j.birt@aib.ie
karl.j.cooke@aib.ie
keith.w.grehan@aib.ie
ken.j.rouse@aib.ie
ken.v.murnaghan@aib.ie
kerry.m.maccarthy@aib.ie
kim.r.martin@aib.ie
lance.r.graham@aib.ie
laurence.c.endersen@aib.ie
leanna.m.larkin@aib.ie
lee.p.o'halloran@aib.ie
linda.m.buckley@aib.ie
lore.a.hayes@aib.ie
lorraine.murphy@aib.ie
louisa.a.kinirons@aib.ie
louise.a.frazer@aib.ie
louise.m.mcguigan@aib.ie
malcolm.macdonald@aib.ie
margaret.g.donnellon@aib.ie
mark.j.tuite@aib.be
mark.r.seavers@aib.ie
martin.j.edmonds@aib.ie
mary.f.daly@aib.ie
mary.j.moloney@aib.ie
matthew.c.baker@aib.ie
michael.a.lanning@aib.ie

| | | |
|---|---|---|
| michael.h.ryan@aib.ie | triona.m.o'mahony@aib.ie | john.j.griffiths@aibbny.ie |
| michael.j.hegarty@aib.ie | vinny.a.butler@aib.ie | john.k.griffith@aibbny.ie |
| michael.j.mchale@aib.ie | yann.l.mitchell@aib.ie | kevin.j.tuite@aibbny.ie |
| michael.t.grace@aib.ie | aidan.g.egan@aibbny.ie | leo.m.donegan@aibbny.ie |
| michael.v.morris@aib.ie | aidan.m.hickey@aibbny.ie | lisa.a.byrne@aibbny.ie |
| michelle.m.mcgreal@aib.ie | aisling.t.kelly@aibbny.ie | lisa.c.walkin@aibbny.ie |
| niall.m.monks@aib.ie | alan.p.mccormick@aibbny.ie | lisa.m.wren@aibbny.ie |
| niall.p.fitzpatrick@aib.be | alan.p.raftery@aibbny.ie | louise.d.milner@aibbny.ie |
| niamh.o'neill@aib.ie | alison.j.harris@aibbny.ie | luke.d.thomas@aibbny.ie |
| nick.j.treble@aib.ie | anna.e.szklarczyk@aibbny.ie | margaret.m.mulhall@aibbny.ie |
| oihana.g.gotxi@aib.ie | aoife.m.doyle@aibbny.ie | marian.w.dennigan@aibbny.ie |
| padraig.j.odalaigh@aib.ie | aoife.m.naughton@aibbny.ie | mark.p.levins@aibbny.ie |
| padraig.m.oconnell@aib.ie | aoife.m.rooney@aibbny.ie | martin.j.thompson@aibbny.ie |
| pat.o'connor@aib.ie | audrey.m.oconnell@aibbny.ie | maura.n.fenton@aibbny.ie |
| patrick.d.drurybyrne@aib.ie | avril.t.waldie@aibbny.ie | maurice.tracey@aibbny.ie |
| patrick.k.cunneen@aib.ie | barbara.a.sorohan@aibbny.ie | michael.a.donohoe@aibbny.ie |
| patrick.l.barry@aib.ie | brian.t.duffy@aibbny.ie | michelle.c.moroney@aibbny.ie |
| paul.a.brophy@aib.ie | caroline.j.edge@aibbny.ie | michelle.c.nugent@aibbny.ie |
| paul.a.gallagher@aib.ie | caroline.m.delaney@aibbny.ie | neil.m.browne@aibbny.ie |
| paul.a.mclaughlan@aib.ie | cathal.p.o'leidhin@aibbny.ie | niall.g.o'brien@aibbny.ie |
| paul.f.cahill@aib.ie | ceri.b.burchell@aibbny.ie | niamh.m.morrissey@aibbny.ie |
| paul.g.doorley@aib.ie | charlotte.m.oleary@aibbny.ie | oisin.p.tracey@aibbny.ie |
| paul.lovett@aib.ie | ciaran.e.roche@aibbny.ie | olivia.m.tracey@aibbny.ie |
| paula.m.dowdall@aib.ie | claire.c.dorris@aibbny.ie | padraig.t.hogan@aibbny.ie |
| pedro.a.yaguez@aib.ie | clare-anne.a.white@aibbny.ie | paul.a.mclaughlin@aibbny.ie |
| peter.j.shortt@aib.ie | clodagh.m.mcclean@aibbny.ie | paul.a.sheehan@aibbny.ie |
| philip.p.ashbrook@aib.ie | colin.d.o'connor@aibbny.ie | paul.o.morley@aibbny.ie |
| rachel.f.naughton@aib.ie | colm.a.ryan@aibbny.ie | robert.d.blake@aibbny.ie |
| ray.g.fitzpatrick@aib.ie | corrado.j.morellicarroll@aibbny.ie | robert.d.mcdonnell@aibbny.ie |
| ray.m.o'neill@aib.ie | cynthia.r.bell@aibbny.ie | ruth.m.mcnamara@aibbny.ie |
| raymond.g.tierney@aib.ie | darryl.e.bannon@aibbny.ie | sinead.a.fennell@aibbny.ie |
| richard.j.wall@aib.ie | deirdre.c.hanlon@aibbny.ie | sinead.b.dunne@aibbny.ie |
| robert.j.maunsell@aib.ie | deirdre.m.gallagher@aibbny.ie | sinead.m.tynan@aibbny.ie |
| robert.m.gallagher@aib.ie | della.v.kilduff@aibbny.ie | siobhan.a.broderick@aibbny.ie |
| rod.j.mckenzie@aib.ie | denise.d.flynn@aibbny.ie | sonia.m.carey@aibbny.ie |
| roisin.a.magee@aib.ie | diane.k.keane@aibbny.ie | sophia.m.long@aibbny.ie |
| roland.j.emmans@aib.ie | edel.m.downey@aibbny.ie | stephen.a.bennett@aibbny.ie |
| rosalind.j.jones@aib.ie | elaine.a.bryan@aibbny.ie | stephen.a.boyle@aibbny.ie |
| russell.j.lee@aib.ie | elaine.m.crehan@aibbny.ie | stephen.m.quinn@aibbny.ie |
| ruth.m.hogan@aib.ie | elias.a.salami@aibbny.ie | stephen.r.carey@aibbny.ie |
| samantha.m.cunningham@aib.ie | emily.m.o'connell@aibbny.ie | suzanne.mccarthy@aibbny.ie |
| scott.p.townsend@aib.ie | enda.c.sheridan@aibbny.ie | thomas.w.cotter@aibbny.ie |
| sean.c.callanan@aib.ie | eoin.j.edwards@aibbny.ie | trevor.j.cobbe@aibbny.ie |
| shane.a.gargan@aib.ie | eoin.p.o'connor@aibbny.ie | una.m.kane@aibbny.ie |
| shane.forster@aib.ie | eugene.a.ferriss@aibbny.ie | william.e.greene@aibbny.ie |
| shane.o'neill@aib.ie | evonne.p.kelly@aibbny.ie | isabelle.m.monahan@aibbyn.ie |
| sinead.m.neeson@aib.ie | fiona.a.lavelle@aibbny.ie | julian.cooke@aibgovett.co.uk |
| siobhan.m.tuite@aib.ie | fiona.e.foley@aibbny.ie | nadine.salkeld@aibgovett.co.uk |
| stuart.a.norman@aib.ie | garret.m.mcginley@aibbny.ie | philip.letts@aibgovett.co.uk |
| sue.p.bowley@aib.ie | geraldine.m.green@aibbny.ie | john.farrace@aibla.com |
| suzanne.m.doyle@aib.ie | glg.partners.aibbny@aibbny.ie | allen.klein@aibny.com |
| terry.a.mccabe@aib.ie | graham.m.fagan@aibbny.ie | antonio.nevada@aibny.com |
| tim.j.emmott@aib.ie | ian.b.fagan@aibbny.ie | hilary.c.patterson@aibny.com |
| tim.m.cahill@aib.ie | ian.c.mcdonald@aibbny.ie | keith.e.hamilton@aibny.com |
| tim.t.bennett@aib.ie | james.a.murphy@aibbny.ie | marcia.meeker@aibny.com |
| tom.c.lynch@aib.ie | james.c.dunne@aibbny.ie | rima.terradista@aibny.com |
| tom.l.maginn@aib.ie | jd.d.dwane@aibbny.ie | dthompson@aicm.com |
| tony.p.gargan@aib.ie | jennifer.m.o'loughlin@aibbny.ie | gcopeland@aicm.com |
| tony.t.farrell@aib.ie | jim.p.o'neill@aibbny.ie | jmurray@aicm.com |
| trevor.a.courtney@aib.ie | john.d.mulligan@aibbny.ie | jreddy@aicm.com |

| | | |
|---|---|---|
| aaron.gold@aig.com | chris.coffman@aig.com | fouad.hashem@aig.com |
| adam.chu@aig.com | chris.eger@aig.com | frank.hochheimer@aig.com |
| adam.siper@aig.com | chris.harner@aig.com | gary.sparago@aig.com |
| adeel.shafiqullah@aig.com | christian.manni@aig.com | geoffrey.cornell@aig.com |
| adrian.slaughter@aig.com | christina-sm.fung@aig.com | george.coheleach@aig.com |
| alan.pryor@aig.com | christine.dziadul@aig.com | george.colwell@aig.com |
| alessia.falsarone@aig.com | christine.onyung@aig.com | gerald.herman@aig.com |
| alex.piccolo@aig.com | christopher.cramer@aig.com | graeme.bencke@aig.com |
| alex_chen@aig.com | christopher.lui@aig.com | greg.braun@aig.com |
| alexandra.passy@aig.com | christopher.malfant@aig.com | greg.matthews@aig.com |
| alexis.taylor@aig.com | christopher.young@aig.com | greg.spilberg@aig.com |
| alison.brown@aig.com | corinne.conry@aig.com | gregg.hammer@aig.com |
| alison.odornan@aig.com | craig.mitchell@aig.com | guillermo.donadini@aig.com |
| allison.emmert2@aig.com | cynthia-xx.chen@aig.com | gus.robertson@aig.com |
| alyson.holsclaw@aig.com | damian.geistkemper@aig.com | guy.antonelli@aig.com |
| amanda.andersen@aig.com | dan.koontz@aig.com | hachidai.ueda@aig.com |
| amir.debourou@aig.com | dan.neuger@aig.com | hans.danielsson@aig.com |
| amir.isufi@aig.com | dan.purser@aig.com | hao.wu@aig.com |
| amit.agrawal@aig.com | dan.pursur@aig.com | harold.singleton@aig.com |
| amit.mahajan@aig.com | dana.burns@aig.com | harry.carrel@aig.com |
| anders.faergemann@aig.com | daniel.fernandez-cos@aig.com | helen.lee@aig.com |
| andre.minassian@aig.com | daniel.hung@aig.com | hutch.bryan@aig.com |
| andressa.tezine@aig.com | danielcozzi@aig.com | indraneel.karlekar@aig.com |
| andrew.bouffard@aig.com | danielle.ferry@aig.com | irem.sukan@aig.com |
| andrew.lewis@aig.com | danny.zoba@aig.com | irina.bogatcheva@aig.com |
| andrew.parower@aig.com | david.ladue@aig.com | iris.clay@aig.com |
| andrew-db.chan@aig.com | david.molnar@aig.com | isaac-ww.lo@aig.com |
| anik.sen@aig.com | david.murray@aig.com | j.chan@aig.com |
| anna.lunden@aig.com | david.nordin@aig.com | jaclyn.roster@aig.com |
| anthony.king@aig.com | david.oldow@aig.com | jacob.mase@aig.com |
| anthony.luu@aig.com | david.warshawsky@aig.com | james.dowling@aig.com |
| anu.sachdeva@aig.com | deb.gellman@aig.com | james.tsang@aig.com |
| ardavan.mobasheri@aig.com | debbie.adami@aig.com | jamie.tucker@aig.com |
| art.jameison@aig.com | deborah.medenica@aig.com | janine.miller@aig.com |
| asel.delgado@aig.com | deepak.seeburrun@aig.com | jason.dangelo@aig.com |
| benjamin.tell@aig.com | dennis.diraffaele@aig.com | jason.d'angelo@aig.com |
| benjamin-ts.wong@aig.com | derek.yeung@aig.com | jasona.weiss@aig.com |
| billw.fish@aig.com | dianne.reed@aig.com | jayne.winthrop@aig.com |
| bradley.schwab@aig.com | dinah.brown@aig.com | jdavid.moore@aig.com |
| brady.mcloone@aig.com | dmitri.savin@aig.com | jeff.agne@aig.com |
| brendan.buckley@aig.com | domenick.fumai@aig.com | jeff.swiatek@aig.com |
| brett.bonet@aig.com | don.mcclatchy@aig.com | jeffrey.smart@aig.com |
| brian.mok@aig.com | donj.mchugh@aig.com | jennifer.brown3@aig.com |
| brian.pollak@aig.com | doug.erwin@aig.com | jenny.tung@aig.com |
| brian.schreiber@aig.com | doug.kocis@aig.com | jeremy.baldwin@aig.com |
| brian.sikkenga@aig.com | doug.lee@aig.com | jeremy.burton@aig.com |
| bryan.petermann@aig.com | douglas.jones@aig.com | jermey.baldwin@aig.com |
| bryan-cm.wong@aig.com | duncan.vise@aig.com | jerome.muldowney@aig.com |
| carla.cantreva@aig.com | dusty.granet@aig.com | jerry.mccarron@aig.com |
| carlissa.li@aig.com | edward-cp.fang@aig.com | jihui.zhang@aig.com |
| catherine_barnett@aig.com | eileen.casey@aig.com | jim.ferguson@aig.com |
| cathy.mannarino@aig.com | eileen-sh.pang@aig.com | jim.hentges@aig.com |
| catrin.gustafsson@aig.com | email@aig.com | jim.kurtz@aig.com |
| chantal.brennan@aig.com | emilie.sumera@aig.com | jimmy.ng@aig.com |
| charlene.hamrah@aig.com | eric.alani@aig.com | jing.ning@aig.com |
| charlie.carlton@aig.com | eric.alfuth@aig.com | jk.kang@aig.com |
| cheri-sk.wong@aig.com | fidelma.mcmahon@aig.com | joanna.awad@aig.com |
| cheryl.mcdermott@aig.com | filippo.arcieri@aig.com | joanna.moon@aig.com |
| chiara.mastrodomenico@aig.com | florence.wong@aig.com | joe.zaid@aig.com |
| chris.casey@aig.com | florent.vallespir@aig.com | joey.javier@aig.com |

| | | |
|---|---|---|
| johanna.brodbeck@aig.com | marlene.mora@aig.com | qasim.ahmedbhai@aig.com |
| john.barden@aig.com | marlys.appleton@aig.com | quan.wen@aig.com |
| john.brandon@aig.com | matt.meyer@aig.com | rachel.kolsky@aig.com |
| john.dunlevy@aig.com | matthew.buhse@aig.com | rajeev.mittal@aig.com |
| john.king@aig.com | matthew.dahlman@aig.com | ralph.green@aig.com |
| john.pollock@aig.com | matthew.hendricksen@aig.com | randy.o'toole@aig.com |
| john.toohey@aig.com | matthew.lo@aig.com | raphael.castellanos@aig.com |
| john.yovanovic@aig.com | matthew.loftus@aig.com | raphael.davis@aig.com |
| jorge.perez@aig.com | matthew.mcloughlin@aig.com | ravi.kamath@aig.com |
| jose.aragon@aig.com | matthew.walsh@aig.com | raymond-mf.lau@aig.com |
| joseph.hartswell@aig.com | matthew.walton@aig.com | rebecca.coulson@aig.com |
| joseph.myers@aig.com | meg.sullivan@aig.com | rebecca.todd@aig.com |
| joseph.philips@aig.com | melanie.davis@aig.com | regina.harrington@aig.com |
| joshua.gatmaitan@aig.com | michael.baek@aig.com | renee.chrostowski@aig.com |
| julia.dorn@aig.com | michael.butche@aig.com | rich.mercante@aig.com |
| julian.maizels@aig.com | michael.buthe@aig.com | richard.biegen@aig.com |
| julian.temes@aig.com | michael.chua@aig.com | richard.greenwood@aig.com |
| justin.kim@aig.com | michael.emechebo@aig.com | richard.scott@aig.com |
| kaitlin.yount@aig.com | michael.fara@aig.com | richard.thompson@aig.com |
| kan.zheng@aig.com | michael.fioribello@aig.com | rick.scott@aig.com |
| karyn.baumeister@aig.com | michael.hennessy@aig.com | rita.osea@aig.com |
| kate.faraday@aig.com | michael.kloss@aig.com | rob.vandenassem@aig.com |
| kaye.handley@aig.com | michael.kolster@aig.com | robert.emes@aig.com |
| kei.sasaki@aig.com | michael.lanier@aig.com | robert.hinchliffe@aig.com |
| keisha.graham@aig.com | michael.rieger@aig.com | robert.mcdonald@aig.com |
| keith.chen@aig.com | michael.rimell@aig.com | robert.morello@aig.com |
| keith.dionis@aig.com | michael.rinell@aig.com | robert.torretti@aig.com |
| keithd.duffy@aig.com | michael.thorp@aig.com | robin.thorn@aig.com |
| kelly.hubert@aig.com | michael.yang@aig.com | robin.weise@aig.com |
| kenneth.lo@aig.com | michaelj.kelly@aig.com | rocky.mould@aig.com |
| kenneth.weliczka@aig.com | michele.varvaro@aig.com | roger.gorham@aig.com |
| kevin.fernandez@aig.com | michelle.delrosario@aig.com | ronald.anderson@aig.com |
| kevin.taylor@aig.com | michelle.hennigar@aig.com | ronald.joe@aig.com |
| kirstine.mcmillan@aig.com | michelle.murrin-johns@aig.com | rosemarie.seery@aig.com |
| krassimir.katev@aig.com | mikhail.samonov@aig.com | russell.taylor@aig.com |
| kurt.daum@aig.com | mohammad.shah@aig.com | ryan.fulmer@aig.com |
| kurt.fredland@aig.com | mohit.marria@aig.com | sally.ritter@aig.com |
| kwee-peng.ong@aig.com | monika.machon@aig.com | sara.grohl@aig.com |
| lan.cai@aig.com | nancy.mariani@aig.com | sarah.collett@aig.com |
| laura.ortiz@aig.com | nanette.johnson@aig.com | scott.foushee@aig.com |
| lei.jing@aig.com | natasha.smirnova@aig.com | scott.kruger@aig.com |
| lewis.gibofsky@aig.com | nathan.margolis@aig.com | scott.nielsen3@aig.com |
| lila.jordan@aig.com | nellie.wong@aig.com | scott.storey@aig.com |
| lin.shi@aig.com | nick-hy.wan@aig.com | sean.lyng@aig.com |
| loc.mcnew@aig.com | nicole.lemmo@aig.com | sharonm.smith@aig.com |
| lori.cinciva@aig.com | nikos.ermorfopoulos@aig.com | shawn.parry@aig.com |
| lorri.white@aig.com | nikos.evmorfopoulos@aig.com | shawn.perry@aig.com |
| louis.messina@aig.com | nixon.mak@aig.com | sheedsa.ali@aig.com |
| magali.azemabarac@aig.com | owen.carter@aig.com | shintaro.yoshida@aig.com |
| marc.kasher@aig.com | paolo.zapparoli@aig.com | shirley.loh@aig.com |
| marco.nascimento@aig.com | patrick.mcginnis@aig.com | siang.tan@aig.com |
| margaret.wasnak@aig.com | patrick.pace@aig.com | silke.halvorson@aig.com |
| maria.berenguer@aig.com | paul.gately@aig.com | simon.hillard@aig.com |
| maria.giannitelli@aig.com | paul.narayanan@aig.com | sita.japsi@aig.com |
| marieline.carter@aig.com | peter.adamczyk@aig.com | sonia.hamstra@aig.com |
| mark.girolamo2@aig.com | peter.defazio@aig.com | soo-feng.lee@aig.com |
| mark.gross@aig.com | peter.hu2@aig.com | soo-thiam.tan@aig.com |
| mark.hutchings@aig.com | peter.soo@aig.com | sophia.zhao@aig.com |
| markus.schoemer@aig.com | peter.stevenson@aig.com | stacy.curtin@aig.com |
| markus.schomer@aig.com | poh-kin.cheong@aig.com | stella.magklivera@aig.com |

stella.yukhaev@aig.com
stephen.detommaso@aig.com
stephen.mathai-davis@aig.com
stephen.webster@aig.com
steven.cook@aig.com
steven.palmer@aig.com
steven.rosen@aig.com
stewart-kc.thong@aig.com
stuartc.beharry@aig.com
sudarshan.rajan@aig.com
sudhir.sharma@aig.com
suzannah.grady@aig.com
tara.innes@aig.com
tara.waterhouse@aig.com
tatiana.iliczewa@aig.com
ted.holliday@aig.com
terence-cm.shiu@aig.com
tetsuaki.kajitani@aig.com
thomas.craven@aig.com
thomas.marx@aig.com
tiffany.tian@aig.com
tim.campion@aig.com
tim.grant@aig.com
tim.lindvall@aig.com
tim.tucker@aig.com
tom.denkler@aig.com
tom.okeefe@aig.com
tom.o'keeffe@aig.com
travis.white@aig.com
trevor.cox@aig.com
urs.gisiger@aig.com
victor.kolvites@aig.com
victoriay.chin@aig.com
vincent.chun@aig.com
vinti.khanna@aig.com
vivian-pt.tsai@aig.com
vladimir.karlov@aig.com
walter.josiah@aig.com
warren.geiger@aig.com
wasan.alsaleh@aig.com
wayne.klein@aig.com
wilbur.matthews@aig.com
william.dooley@aig.com
william.mills2@aig.com
win.neuger@aig.com
yuki.matsumura@aig.com
yunkyung.kim@aig.com
zhan.liu@aig.com
zishan.cheema@aig.com
brian_steinbrueck@aigag.com
andersen@aigfpc.com
assets@aigfpc.com
benson@aigfpc.com
clayton@aigfpc.com
dring@aigfpc.com
evelyn@aigfpc.com
fewings@aigfpc.com
forster@aigfpc.com
frost@aigfpc.com
goodwin@aigfpc.com

hildyard@aigfpc.com
hishikawa@aigfpc.com
homscheid@aigfpc.com
jacobs@aigfpc.com
jim.haas@aigfpc.com
ka@aigfpc.com
kanaan@aigfpc.com
kissina@aigfpc.com
kowalishin@aigfpc.com
maclean@aigfpc.com
martin@aigfpc.com
mccormack@aigfpc.com
meir@aigfpc.com
oliveira@aigfpc.com
phil.kassin@aigfpc.com
portugal@aigfpc.com
ptrager@aigfpc.com
robinson@aigfpc.com
ryan@aigfpc.com
steele@aigfpc.com
stonebraker@aigfpc.com
taylor@aigfpc.com
teasel@aigfpc.com
ward@aigfpc.com
wayne@aigfpc.com
whelan@aigfpc.com
wilkinson@aigfpc.com
jack.lee@aig-huatai.com
ppancholi@aigi.com
steve_richardson@aigi.com
b.zimmermann@aigpb.com
christian.mueri@aigpb.com
claude.blank@aigpb.com
daniel.nikolovski@aigpb.com
daniel.weber@aigpb.com
david.hanschke@aigpb.com
diego.camossi@aigpb.com
dieter.buchholz@aigpb.com
ernesa.skenderi@aigpb.com
fabian.baumann@aigpb.com
forex@aigpb.com
gerard.cella@aigpb.com
gerold.wirth@aigpb.com
gertrud.furrer@aigpb.com
guido.kruedenscheidt@aigpb.com
heiner.speich@aigpb.com
inicolay@aigpb.com
jan.sommerhalder@aigpb.com
juerg.bollinger@aigpb.com
julia.balandina@aigpb.com
lawrence.sautter@aigpb.com
luzia.raffainer@aigpb.com
monica.tschannen-hug@aigpb.com
orun.palit@aigpb.com
p.schaad@aigpb.com
patricia.manente@aigpb.com
r.pfyl@aigpb.com
roman.petix@aigpb.com
s.belser@aigpb.com
sales.bischofberger@aigpb.com

sebastian.miele@aigpb.com
simon.maeder@aigpb.com
werner.huerlimann@aigpb.com
andreas.keller@aigprivatebank.com
gerdalois.schaedler@aigprivatebank.com
msteinberg@aigtc.com
daniel_siegel@aimcapital.com
dietmar.sollbach@aimco.ab.ca
adrienne_evans@aimfunds.com
amy_pitts@aimfunds.com
betty_eng@aimfunds.com
borge_endresen@aimfunds.com
brad_warden@aimfunds.com
christopher_lee@aimfunds.com
david_bass@aimfunds.com
dean_pancoast@aimfunds.com
emily_abernethy@aimfunds.com
eric_lane@aimfunds.com
franklin_rubin@aimfunds.com
gary_beauchamp@aimfunds.com
gerrian_neeley@aimfunds.com
hal_barr@aimfunds.com
harry_breda@aimfunds.com
jason.holzer@aimfunds.com
jason_mclean@aimfunds.com
jennifer_sloan@aimfunds.com
joe_hagler@aimfunds.com
julia_nolen@aimfunds.com
kelley_welch@aimfunds.com
linda_rodriguez@aimfunds.com
luann_katz@aimfunds.com
lynn_bernard@aimfunds.com
marie_jordon@aimfunds.com
mark_mcmeans@aimfunds.com
mark_wehring@aimfunds.com
marko_zrno@aimfunds.com
mason_winfield@aimfunds.com
matt_dennis@aimfunds.com
michael_marek@aimfunds.com
muri_sadler@aimfunds.com
nick_white@aimfunds.com
patty_hoopes@aimfunds.com
philip.ferguson@aimfunds.com
samuel_murray@aimfunds.com
sara_mcclelland@aimfunds.com
scott_pierce@aimfunds.com
shannon_harkins@aimfunds.com
sharon_copper@aimfunds.com
steve_cao@aimfunds.com
steve_mahan@aimfunds.com
susan_drake@aimfunds.com
susan_smith@aimfunds.com
gary.russell@aiminvestment.com
john.segner@aiminvestment.com
abel.garcia@aiminvestments.com
alex.qian@aiminvestments.com
ali.siddiqui@aiminvestments.com
amy.earle@aiminvestments.com
andres.cook@aiminvestments.com
andrew.lees@aiminvestments.com

angelica.wilson@aiminvestments.com
angie.wilson@aiminvestments.com
ann.srubar@aiminvestments.com
barrett.sides@aiminvestments.com
bart.glenn@aiminvestments.com
ben.hock@aiminvestments.com
blake.cmajdalka@aiminvestments.com
bob.alley@aiminvestments.com
brenda.hanson@aiminvestments.com
brendang@aiminvestments.com
brent.lium@aiminvestments.com
brently.bates@aiminvestments.com
bret.stanley@aiminvestments.com
brian.jurkash@aiminvestments.com
brian.nelson@aiminvestments.com
canon.coleman@aiminvestments.com
carolyn.gibbs@aiminvestments.com
cecelia.figueroa@aiminvestments.com
charles.grob@aiminvestments.com
charles.hebert@aiminvestments.com
christian.remmert@aiminvestments.com
christopher.calton@aiminvestments.com
christopher.lee@aiminvestments.com
cindy.brien@aiminvestments.com
clarissa.perez-machado@aiminvestments.com
clas.olsson@aiminvestments.com
clay.manley@aiminvestments.com
clint.dudley@aiminvestments.com
colleen.ziegler@aiminvestments.com
damon.hall@aiminvestments.com
daniel.seigle@aiminvestments.com
danny.harvey@aiminvestments.com
darren.hughes@aiminvestments.com
dat.nguyen@aiminvestments.com
david.gluch@aiminvestments.com
davis.paddock@aiminvestments.com
dean.dillard@aiminvestments.com
derek.izuel@aiminvestments.com
derek.taner@aiminvestments.com
donna.anderson@aiminvestments.com
doug.asiello@aiminvestments.com
doug.grant@aiminvestments.com
duy.nguyen@aiminvestments.com
dwane.bacak@aiminvestments.com
edward.kolczynski@aiminvestments.com
eric.reed@aiminvestments.com
esther.chance@aiminvestments.com
evan.snyder@aiminvestments.com
fritz.meyer@aiminvestments.com
geoffrey.keeling@aiminvestments.com
glen.hayashi@aiminvestments.com
glen.hilton@aiminvestments.com
hal.clark@aiminvestments.com
hau.pham@aiminvestments.com
henry.wu@aiminvestments.com
jake.borbridge@aiminvestments.com
james.jacoby@aiminvestments.com
jan.friedli@aiminvestments.com
jay.cunningham@aiminvestments.com

jean.onken@aiminvestments.com
jeff.reed@aiminvestments.com
jeffrey.galloway@aiminvestments.com
jerry.chao@aiminvestments.com
jim.colquitt@aiminvestments.com
joel.soroos@aiminvestments.com
john.kim@aiminvestments.com
john.schoel@aiminvestments.com
john.thornton@aiminvestments.com
jonathan.edwards@aiminvestments.com
jonathan.harrington@aiminvestments.com
jonathan.mcadams@aiminvestments.com
jonathan.mueller@aiminvestments.com
jonathan.sellers@aiminvestments.com
joshua.goldstein@aiminvestments.com
juan.hartsfield@aiminvestments.com
juliet.ellis@aiminvestments.com
karen.hunter@aiminvestments.com
karen.kelley@aiminvestments.com
karoline.carlson@aiminvestments.com
kathleen.roberts@aiminvestments.com
kellie.veazey@aiminvestments.com
ken.oberg@aiminvestments.com
kenneth.zinner@aiminvestments.com
kevin.cronin@aiminvestments.com
kristina.junco@aiminvestments.com
larry.billimek@aiminvestments.com
latricia.dickson@aiminvestments.com
laurie.brignac@aiminvestments.com
leslie.mclain@aiminvestments.com
leslie.reyes@aiminvestments.com
linda.tagen@aiminvestments.com
linda.tran@aiminvestments.com
linn.wright@aiminvestments.com
lyman.missimer@aiminvestments.com
maria.escamilla@aiminvestments.com
mark.gilley@aiminvestments.com
mark.jason@aiminvestments.com
mark.mcdonnell@aiminvestments.com
mark.williamson@aiminvestments.com
marques.mercier@aiminvestments.com
marty.flanagan@aiminvestments.com
mary.cunningham@aiminvestments.com
matthew.seinsheimer@aiminvestments.com
meggan.walsh@aiminvestments.com
mia.hosty@aiminvestments.com
michael.chapman@aiminvestments.com
michael.dominey@aiminvestments.com
michael.morris1@aiminvestments.com
michael.simon@aiminvestments.com
michael.yellen@aiminvestments.com
michaele.brown@aiminvestments.com
mike.cole@aiminvestments.com
monika.degan@aiminvestments.com
nakia.brown@aiminvestments.com
nancy.hamrick@aiminvestments.com
nitin.vaidya@aiminvestments.com
patrick.lewis@aiminvestments.com
paul.rasplicka@aiminvestments.com
pei.weng@aiminvestments.com

peter.ehret@aiminvestments.com
phil.taylor@aiminvestments.com
rachel.bruner@aiminvestments.com
richard.nield@aiminvestments.com
robert.graham@aiminvestments.com
robert.lee@aiminvestments.com
robert.lloyd@aiminvestments.com
robert.shelton@aiminvestments.com
robert.shoss@aiminvestments.com
roberta.tucker@aiminvestments.com
ronald.sloan@aiminvestments.com
roseanne.dillon@aiminvestments.com
ryan.amerman@aiminvestments.com
scot.johnson@aiminvestments.com
scott.roberts@aiminvestments.com
scott.zuehlke@aiminvestments.com
stephen.satter@aiminvestments.com
stuart.coco@aiminvestments.com
sunaina.murthy@aiminvestments.com
susan.pawlak.olson@aiminvestments.com
teresam.perez@aiminvestments.com
tien.sanlucas@aiminvestments.com
tim.beyer@aiminvestments.com
tim.moore@aiminvestments.com
tonya.kiel@aiminvestments.com
traci.andress@aiminvestments.com
tyler.dann@aiminvestments.com
warren.tennant@aiminvestments.com
william.oneil@aiminvestments.com
yvonne.pennock@aiminvestments.com
andreas.sperl@airbus.com
arthur.gazarian@airbus.fr
christian.streiff@airbus.com
claude-henri.hereus@airbus.com
dana.lockhart@airbus.com
derek.davies@airbus.com
etienne.de-coninck@airbus.fr
glen.fukushima@airbus.com
gustav.humbert@airbus.com
harald.wilhelm@airbus.com
john.leahy@airbus.com
jurgen.thomas@airbus.fr
laurent.rouaud@airbus.com
martina.fricke@airbus.com
michel.guerard@airbus.com
noel.forgeard@airbus.fr
paul.mason@airbus.fr
philippe.delmas@airbus.com
philippe.gossard@airbus.com
philippe.jarry@airbus.com
yann.ballet@airbus.fr
chris.christensen@airtouch.com
tetsuo_akaike@aizawa.co.jp
asmith@aj.co.nz
jmorrow@aj.co.nz
ssolly@aj.co.nz
kouichi_okamoto@ajinomoto.com
ryou_sugie@ajinomoto.com
andreas.muehlemann@akb.ch
andreas.zollinger@akb.ch

baotoan.tran@akb.ch
beat.zihnder@akb.ch
christian.gwerder@akb.ch
daniel.buser@akb.ch
dieter.widmer@akb.ch
hernani.defaria@akb.ch
kurt.baer@akb.ch
liana.steinmann@akb.ch
markus.bucher@akb.ch
peter.pastor@akb.ch
raphael.donati@akb.ch
regula.simsalazic@akb.ch
robert.baumann@akb.ch
ronald.born@akb.ch
sascha.haudenschild@akb.ch
stefan.pluess@akb.ch
ahmet.yavuz@akbank.com
bahadir.cakmakli@akbank.com
burak.suren@akbank.com
eyup.engin@akbank.com
ibrahim.toprak@akbank.com
muammer.cakir@akbank.com
murat.ural@akbank.com
rtoygar@akbank.com.tr
andre.kuehni@akbprivatbank.ch
orelj@akk.hu
andreas.bergman@aktia.fi
antti.rikka@aktia.fi
jani.laitinen@aktia.fi
johan.hamstrom@aktia.fi
john.juslin@aktia.fi
jonne.sandstrom@aktia.fi
juuso.rantala@aktia.fi
lars.grandell@aktia.fi
marco.granskog@aktia.fi
maria.tuomolin@aktia.fi
mikael.westerlund@aktia.fi
miska.kuhalampi@aktia.fi
saku.santavirta@aktia.fi
satu.linden@aktia.fi
tom.lehto@aktia.fi
bastiaan.vanderheyden@akzonobel.com
bob.puijin@akzonobel.com
ellen.aberson@akzonobel.com
frits.wielaard@akzonobel.com
investor.relations@akzonobel.com
rob.horlings@akzonobel.com
robert.gray@akzonobel.com
roderick.ritchie@akzonobel.com
wendy.bruns@akzonobel.com
rhare@alabamafuel.com
a.alsharief@alahli.com
a.baaghil@alahli.com
a.elkhraijy@alahli.com
a.farid@alahli.com
a.gusti@alahli.com
h.attar@alahli.com
h.bafaqeeh@alahli.com
h.fairag@alahli.com
kh.alamoudi@alahli.com

m.aijazi@alahli.com
p.peters@alahli.com
r.darwish@alahli.com
s.abdowaise@alahli.com
s.alshamlan@alahli.com
t.alkhereiji@alahli.com
t.khoujah@alahli.com
apcm@alaska.net
cjhodel@alaska.com
aloney@alaskapermfund.com
bjohnson@alaskapermfund.com
blow@alaskapermfund.com
ccummins@alaskapermfund.com
clavallee@alaskapermfund.com
cphillips@alaskapermfund.com
erichter@alaskapermfund.com
jburger@alaskapermfund.com
jma@alaskapermfund.com
jparise@alaskapermfund.com
kbuckland@alaskapermfund.com
kemberton@alaskapermfund.com
kganapuram@alaskapermfund.com
lflores@alaskapermfund.com
mbell@alaskapermfund.com
mtsu@alaskapermfund.com
mwood@alaskapermfund.com
phendry@alaskapermfund.com
rshafer@alaskapermfund.com
season@alaskapermfund.com
tputman@alaskapermfund.com
n.lowe@alaskausa.org
n.west@alaskausa.org
s.swanson@alaskausatrust.com
bjarne.kogut@al-bank.dk
jan.andersen@al-bank.dk
cpetrolati@albertinisim.it
smaltese@albertinisim.it
wdavidson@alberto.com
claire.pedini@alcatel.com
constant.van_aerschot@alcatel.fr
daniel.geistodt-kiener@alcatel.fr
david.lequain@alcatel.fr
eric.gaillard@alcatel.fr
frederic.doucet@alcatel.fr
jacques.molgo@alcatel.fr
jean-francois.pigeon@alcatel.com.cn
jean-michel.gagnier@alcatel.fr
marc.de_font-reaulx@alcatel.fr
nelly.surriah@alcatel.fr
ottomane@alcatel.fr
patrick.lepvrier@alcatel.fr
philippe.barberot@alcatel.fr
raphael.fabre@alcatel.fr
serge.tchuruk@alcatel.fr
thierry.albrand@alcatel.fr
arhenderson@alcatel-lucent.com
christophe.weiss@alcatel-lucent.com
francois.brun@alcatel-lucent.com
jdebono@alcatel-lucent.com
maria.alcon@alcatel-lucent.com

mitta.men_sam@alcatel-lucent.com
andrew.logsdon@alcoa.com
cynthia.holloway@alcoa.com
david.deloub@alcoa.com
fred.lamberth@alcoa.com
margaret.aupke@alcoa.com
paula.werner@alcoa.com
ricardo.sayao@alcoa.com
ron.barin@alcoa.com
susan.atkins@alcoa.com
william.oplinger@alcoa.com
william.plummer@alcoa.com
bruce.chin@aldenglobal.com
anders.bjorklund@alecta.com
bo.selling@alecta.com
erik.callert@alecta.com
erik.sprinchorn@alecta.com
johan.staff@alecta.com
john.esk@alecta.com
leif.tornvall@alecta.com
liselott.ledin@alecta.com
marcus.luttgen@alecta.com
martin.nilsson@alecta.com
mikael.wiberg@alecta.com
olof.grenmark@alecta.com
paul.klinkert@alecta.com
per.frennberg@alecta.com
per.frenneberg@alecta.com
peter.van.berlekom@alecta.com
petra.klaffert@alecta.com
robert.runge@alecta.com
rosemarie.westman@alecta.com
staffan.rasjo@alecta.com
tomas.persson@alecta.com
tony.persson@alecta.com
torbjorn.arenbo@alecta.com
ulrika.torell@alecta.com
gzappa@alenia.finmeccanica.it
leopoldo.avesani@alettibank.it
bill.lynch@alexanderkey.com
bob.priddy@alexanderkey.com
bruce.arnett@alexanderkey.com
chris.lynch@alexanderkey.com
david.lanshe@alexanderkey.com
dianna.bruce@alexanderkey.com
garry.clay@alexanderkey.com
george.turner@alexanderkey.com
georgia.pitts@alexanderkey.com
jennie.edlin@alexanderkey.com
joseph.gallivan@alexanderkey.com
keith.dull@alexanderkey.com
kyndra.chaffin@alexanderkey.com
lisa.gamble@alexanderkey.com
lisa.rose@alexanderkey.com
rhett.lambert@alexanderkey.com
stokes.grymes@alexanderkey.com
susan.stevens@alexanderkey.com
tammy.wright@alexanderkey.com
tracy.rosson@alexanderkey.com
will.o'rielly@alexanderkey.com

jane@alfacapital.co.uk
jekstrom@alfacapital.ru
ron@alfacapital.co.uk
ldavis@alfains.com
mwilber@alfains.com
srutledge@alfains.com
rirani@alfransi.com.sa
andreas.hansen@alfredberg.se
dan.falkeborn@alfredberg.se
fredrik.kallstrom@alfredberg.se
gabriel.wetter@alfredberg.se
hartvig.rygaard@alfredberg.se
henrik.segerberg@alfredberg.se
mattias.larsson@alfredberg.se
niklas.bergstrom@alfredberg.se
olof.gabrils@alfredberg.se
staffan.fredholm@alfredberg.se
stefan.gothenby@alfredberg.se
achu@alger.com
acrawford@alger.com
ajaveri@alger.com
akim@alger.com
asilverberg@alger.com
bcostello@alger.com
bschulz@alger.com
cbonello@alger.com
cwalsh@alger.com
dahnow@alger.com
dchung@alger.com
df@alger.com
dkilpatrick@alger.com
dmeythaler@alger.com
erichards@alger.com
fhernandez@alger.com
gadams@alger.com
gregoryp@alger.com
hliebes@alger.com
hyarbrough@alger.com
jcurry@alger.com
jkiang@alger.com
jmcpeake@alger.com
kchen@alger.com
kcollins@alger.com
kcurtis@alger.com
kgluckman@alger.com
kmartens@alger.com
lvigus@alger.com
mdenny@alger.com
mdimeglio@alger.com
mhersom@alger.com
mherson@alger.com
mmelnyk@alger.com
pferguson@alger.com
ppirsch@alger.com
rkerr@alger.com
rott@alger.com
rtanuku@alger.com
schawla@alger.com
spatel@alger.com
spavone@alger.com

sstroud@alger.com
sthumm@alger.com
syang@alger.com
tkontos@alger.com
udahl@alger.com
udyal@alger.com
jgreenwald@alger-ny.com
jlisiewski@alger-ny.com
nhoang@alger-ny.com
pkelly@alger-ny.com
zkarabell@alger-ny.com
diego.alvarez@alico.com.ar
kassandra.wipf@alinpa.com
robert.karas@alinpa.com
ciamei.maria.adelaide@alitalia.it
de_metrio_giulio@alitalia.it
ghellini.sargenti.barbara@alitalia.it
pellas_roberto@alitalia.it
pocobelli.fabrizio@alitalia.it
tolloni.francesca@alitalia.it
voinich.vladimiro@alitalia.it
rswidey@allamerica.com
horvathj@allampapir.hu
alberto.maturi@mail.alleanza.it
alberto.santoro@alleanza.it
gianluca.sanmartino@alleanza.it
gianluca.serafini@alleanza.it
ludovico.beretta@alleanza.it
stefano.negri@alleanza.it
lucadivenosa@mail.alleanzaassicurazioni.it
mario.basciani@mail.alleanzaassicurazioni.it
tiziana.nart@mail.alleanzaassicurazioni.i
amawhorter@allegiancecapital.com
azimmerman@allegiancecapital.com
cgunster@allegiancecapital.com
dhewlett@allegiancecapital.com
efrei@allegiancecapital.com
iondan@allegiancecapital.com
jbroscius@allegiancecapital.com
jdemichele@allegiancecapital.com
jpattalino@allegiancecapital.com
jyang@allegiancecapital.com
jyoung@allegiancecapital.com
klam@allegiancecapital.com
lbenedetto@allegiancecapital.com
mspitler@allegiancecapital.com
mstandish@allegiancecapital.com
mtorline@allegiancecapital.com
nmegli@allegiancecapital.com
rmestaz@allegiancecapital.com
snguyen@allegiancecapital.com
ssegesser@allegiancecapital.com
sshukr@allegiancecapital.com
wmawhorter@allegiancecapital.com
xwang@allegiancecapital.com
alex.vallecillo@allegiantgroup.com
andrew.shipman@allegiantgroup.com
aneet.deshpande@allegiantgroup.com
benita.smith@allegiantgroup.com
calvin.zhang@allegiantgroup.com

chen.chen@allegiantgroup.com
cynthia.cole@allegiantgroup.com
ed.johnson@allegiantgroup.com
hitesh.patel@allegiantgroup.com
jacky.chow@allegiantgroup.com
jeff.hertel@allegiantgroup.com
joe.famoso@allegiantgroup.com
john.abunassar@allegiantgroup.com
julie.liu@allegiantgroup.com
kathleen.olesinski@allegiantgroup.com
keith.erwin@allegiantgroup.com
kevin.crotty@allegiantgroup.com
larry.eakin@allegiantgroup.com
lijun.shi@allegiantgroup.com
margaret.krebs@allegiantgroup.com
martin.schulz@allegiantgroup.com
michael.halloran@allegiantgroup.com
michael.santelli@allegiantgroup.com
mike.rawson@allegiantgroup.com
ori.elan@allegiantgroup.com
patty.giudice@allegiantgroup.com
patty.mullen@allegiantgroup.com
paul.hayes@allegiantgroup.com
paul.kleinaitis@allegiantgroup.com
rebecca.berridge@allegiantgroup.com
richard.stevenson@allegiantgroup.com
rob.roquitte@allegiantgroup.com
scott.camp@allegiantgroup.com
steve.greiner@allegiantgroup.com
tarik.adam@allegiantgroup.com
dausman@allete.com
pcutshall@allete.com
theofana.weinreich@allfonds.de
thomas.kolle@allfonds.de
andreas.menke@allfonds-bkg.de
frederik.mehlitz@allfonds-bkg.de
gerd.rendenbach@allfonds-bkg.de
herwig.maertel@allfonds-bkg.de
martin.hinkofer@allfonds-bkg.de
oliver.schlick@allfonds-bkg.de
peter.sedlmeier@allfonds-bkg.de
thomas.leopold@allfonds-bkg.de
uwe.ehrismann@allfonds-bkg.de
wilfried.hauck@allfonds-bkg.de
wolfgang.gzuk@allfonds-bkg.de
dburns@alliance.com
aadithya_thayyar@alliancebernstein.com
abhay.joshi@alliancebernstein.com
adegoke.adediran@alliancebernstein.com
adorno.raina@alliancebernstein.com
ajit.ramachandran@alliancebernstein.com
aku.patel@alliancebernstein.com
alan.connery@alliancebernstein.com
alan.levi@alliancebernstein.com
alex.chang@alliancebernstein.com
alexander.moseley@alliancebernstein.com
allison.boxer@alliancebernstein.com
amanda.kraus@alliancebernstein.com
amy.boothe@alliancebernstein.com
amy.judd@alliancebernstein.com

amy.raskin@alliancebernstein.com
andrew.kehnle@alliancebernstein.com
andrew.potter@alliancebernstein.com
andrew.reiss@alliancebernstein.com
annie.tsao@alliancebernstein.com
anthony.chan@alliancebernstein.com
anupam.sanyal@alliancebernstein.com
aolivares@alliancebernstein.com
artem.staviskiy@alliancebernstein.com
aslihan.denizkurdu@alliancebernstein.com
avien.pillay@alliancebernstein.com
ben.buchan@alliancebernstein.com
benjamin.sklar@alliancebernstein.com
bernice.adorno@alliancebernstein.com
bill.baird@alliancebernstein.com
bin.sun@alliancebernstein.com
blindenbaum@alliancebernstein.com
brett.winton@alliancebernstein.com
brian.brugman@alliancebernstein.com
brian.maguire@alliancebernstein.com
brian.mullen@alliancebernstein.com
brian.peters@alliancebernstein.com
brian.rasizer@alliancebernstein.com
bruce.aronow@alliancebernstein.com
bruce.calvert@alliancebernstein.com
bruegsegger@alliancebernstein.com
bryan.sullivan@alliancebernstein.com
bryan.tucker@alliancebernstein.com
byran.cass@alliancebernstein.com
byron.smith@alliancebernstein.com
candice.reddan@alliancebernstein.com
carey.toh@alliancebernstein.com
carl.sells@alliancebernstein.com
carol.davis@alliancebernstein.com
caroline.galligan@alliancebernstein.com
catherine.wood@alliancebernstein.com
cesar.cotillo@alliancebernstein.com
chad.fisher@alliancebernstein.com
charles.duddy@alliancebernstein.com
chris.noone@alliancebernstein.com
chris.wilson@alliancebernstein.com
christopher.carter@alliancebernstein.com
christopher.costanza@alliancebernstein.com
christopher.farina@alliancebernstein.com
christopher.kotowicz@alliancebernstein.com
christopher.toub@alliancebernstein.com
cindy.frick@alliancebernstein.com
clarie.luk@alliancebernstein.com
clive.burstow@alliancebernstein.com
coreen.simonowicz@alliancebernstein.com
court.ingraham@alliancebernstein.com
craig.ayers@alliancebernstein.com
damian.barrera@alliancebernstein.com
dane.leone@alliancebernstein.com
daniel.bloomgarden@alliancebernstein.com
daniel.hewitt@alliancebernstein.com
daria.k@alliancebernstein.com
daryl.clements@alliancebernstein.com
david.condon@alliancebernstein.com
david.drishpon@alliancebernstein.com

david.lynch@alliancebernstein.com
david.randell@alliancebernstein.com
david.robinson@alliancebernstein.com
david.steigerwald@alliancebernstein.com
david.weingast@alliancebernstein.com
david.wheeler@alliancebernstein.com
day.bishop@alliancebernstein.com
debra.ackerman@alliancebernstein.com
dennis.shen@alliancebernstein.com
diana.warren@alliancebernstein.com
dinesha.vittaldas@alliancebernstein.com
dinnie.andrew@alliancebernstein.com
dmitry.rakhlin@alliancebernstein.com
dokyoung.lee@alliancebernstein.com
dora.mintz@alliancebernstein.com
doug.wilson@alliancebernstein.com
douglas.keller@alliancebernstein.com
douglas.wagner@alliancebernstein.com
dounia.elias@alliancebernstein.com
dustin.margolis@alliancebernstein.com
dyan.lelo-schwartz@alliancebernstein.com
edward.dombrowski@alliancebernstein.com
edward.lupo@alliancebernstein.com
ehab.amiri@alliancebernstein.com
eli.casdin@alliancebernstein.com
elizabeth.alvarez@alliancebernstein.com
elizabeth.armstrong@alliancebernstein.com
elizabeth.bakarich@alliancebernstein.com
elke.beigel@alliancebernstein.com
eric.glass@alliancebernstein.com
eric.goldstein@alliancebernstein.com
eric.hewitt@alliancebernstein.com
eric.rosenberg@alliancebernstein.com
eric.traugott@alliancebernstein.com
erik.lam@alliancebernstein.com
erin.fuller@alliancebernstein.com
evan.sauer@alliancebernstein.com
feng.sha@alliancebernstein.com
filomena.cambareri@alliancebernstein.com
frank.accovelli@alliancebernstein.com
frank.arlia@alliancebernstein.com
frank.caruso@alliancebernstein.com
frank.suozzo@alliancebernstein.com
fred.cohen@alliancebernstein.com
gaetano.dimicelli@alliancebernstein.com
gareth.jenkins@alliancebernstein.com
gary.johnson@alliancebernstein.com
gaurav.bana@alliancebernstein.com
ge.zhang@alliancebernstein.com
gehan.wanduragala@alliancebernstein.com
gian.kull@alliancebernstein.com
gino.boscutti@alliancebernstein.com
girish.jain@alliancebernstein.com
greg.eckersley@alliancebernstein.com
greg.raskin@alliancebernstein.com
greg.rosenberg@alliancebernstein.com
gtomlinson@alliancebernstein.com
guy.thornewill@alliancebernstein.com
haibo.chen@alliancebernstein.com
hanh.huynh@alliancebernstein.com

harel.sender@alliancebernstein.com
harry.sun@alliancebernstein.com
heath.bogin@alliancebernstein.com
heather.hurley@alliancebernstein.com
helen.davies@alliancebernstein.com
ian.gordon@alliancebernstein.com
ian.kirwan@alliancebernstein.com
ioulia.vorona@alliancebernstein.com
irma.tome@alliancebernstein.com
isabel.buccatelli@alliancebernstein.com
izak.swanepoel@alliancebernstein.com
jack.kelley@alliancebernstein.com
jacqueline.wilhelmy@alliancebernstein.com
jade.mondschein@alliancebernstein.com
jake.pham@alliancebernstein.com
james.barrineau@alliancebernstein.com
james.devins@alliancebernstein.com
james.grigg@alliancebernstein.com
james.russo@alliancebernstein.com
james.wallin@alliancebernstein.com
jamie.carter@alliancebernstein.com
jane.schneirov@alliancebernstein.com
jaroslaw.morawiec@alliancebernstein.com
jason.appleson@alliancebernstein.com
jeffery.zieba@alliancebernstein.com
jeffrey.bencik@alliancebernstein.com
jeffrey.phlegar@alliancebernstein.com
jeffrey.stakel@alliancebernstein.com
jenna.lee@alliancebernstein.com
jennie.nilsson@alliancebernstein.com
jennie.phelon@alliancebernstein.com
jennifer.swanson@alliancebernstein.com
jenny.norris@alliancebernstein.com
jenny.solis@alliancebernstein.com
jeremy.hyatt@alliancebernstein.com
jeremy.sterngold@alliancebernstein.com
jessica.lee@alliancebernstein.com
jiong.yu@alliancebernstein.com
joe.carson@alliancebernstein.com
joe.huang@alliancebernstein.com
john.colan@alliancebernstein.com
john.detweiler@alliancebernstein.com
john.downey@alliancebernstein.com
john.fogarty@alliancebernstein.com
john.hart@alliancebernstein.com
john.marino@alliancebernstein.com
john.schiavetta@alliancebernstein.com
john.talbert@alliancebernstein.com
john.taylor@alliancebernstein.com
jon.denfeld@alliancebernstein.com
jonathon.hansson@alliancebernstein.com
jorge.puente@alliancebernstein.com
jorgen.kjaersgaard@alliancebernstein.com
josee.kui@alliancebernstein.com
joseph.brennan@alliancebernstein.com
joseph.dona@alliancebernstein.com
joseph.elegante@alliancebernstein.com
joseph.ferretti@alliancebernstein.com
joseph.fersedi@alliancebernstein.com
joseph.grisejr@alliancebernstein.com

| | | |
|---|---|---|
| joseph.hayek@alliancebernstein.com | matthew.trapasso@alliancebernstein.com | rajat.ahuja@alliancebernstein.com |
| joseph.logiudice@alliancebernstein.com | maxwell.burns@alliancebernstein.com | rajen.jadav@alliancebernstein.com |
| judah.rifkin@alliancebernstein.com | maxwell.mcalister@alliancebernstein.com | rajesh.agarwal@alliancebernstein.com |
| judy.yu@alliancebernstein.com | mdaley-smith@alliancebernstein.com | randi.abada@alliancebernstein.com |
| julia.laskaris@alliancebernstein.com | megumi.noguchi@alliancebernstein.com | raymond.napolitano@alliancebernstein.com |
| julia.truong@alliancebernstein.com | melissa.kurtz@alliancebernstein.com | regina.circosta@alliancebernstein.com |
| kailun.zhou@alliancebernstein.com | michael.canter@alliancebernstein.com | research.vadim@alliancebernstein.com |
| karen.hales@alliancebernstein.com | michael.cetta@alliancebernstein.com | richard.brink@alliancebernstein.com |
| katerina.alexandraki@alliancebernstein.com | michael.coffee@alliancebernstein.com | richard.derose@alliancebernstein.com |
| katherine.boening@alliancebernstein.com | michael.curcio@alliancebernstein.com | richard.mercier@alliancebernstein.com |
| katie.horne@alliancebernstein.com | michael.depalma@alliancebernstein.com | richard.troyer@alliancebernstein.com |
| kcolangelo@alliancebernstein.com | michael.doherty@alliancebernstein.com | richard.weiss@alliancebernstein.com |
| keith.chan@alliancebernstein.com | michael.genovese@alliancebernstein.com | rick.vallieres@alliancebernstein.com |
| keith_gertsen@alliancebernstein.com | michael.herskovitz@alliancebernstein.com | rie.shibuya@alliancebernstein.com |
| kevin.chen@alliancebernstein.com | michael.j.coe@alliancebernstein.com | rishi.sadarangani@alliancebernstein.com |
| kevin.huttner@alliancebernstein.com | michael.jin@alliancebernstein.com | robert.absey@alliancebernstein.com |
| kevin.klare@alliancebernstein.com | michael.levy1@alliancebernstein.com | robert.alster@alliancebernstein.com |
| kewjin.yuoh@alliancebernstein.com | michael.sohr@alliancebernstein.com | robert.ardente@alliancebernstein.com |
| kim.williams@alliancebernstein.com | michael.valentino@alliancebernstein.com | robert.ashton@alliancebernstein.com |
| kirstie.mcdonald@alliancebernstein.com | michele.patri@alliancebernstein.com | robert.dickerson@alliancebernstein.com |
| komal.misra@alliancebernstein.com | michelle.chan@alliancebernstein.com | robert.felvinci@alliancebernstein.com |
| kumar.kirpalani@alliancebernstein.com | michelle.davis@alliancebernstein.com | robert.ginsberg@alliancebernstein.com |
| kyu.chay@alliancebernstein.com | mie.koshiishi@alliancebernstein.com | robert.marcus@alliancebernstein.com |
| larry.bertan@alliancebernstein.com | mike.chen@alliancebernstein.com | rohit.pandey@alliancebernstein.com |
| larry.lubitz@alliancebernstein.com | monika.nalewajko@alliancebernstein.com | roland.spurr@alliancebernstein.com |
| lauren.knight@alliancebernstein.com | nabeel.chohan@alliancebernstein.com | ronald.clark@alliancebernstein.com |
| laurent.douillet@alliancebernstein.com | nagaraj.katti@alliancebernstein.com | rosanna.castro@alliancebernstein.com |
| leon.zhu@alliancebernstein.com | nancy.talt@alliancebernstein.com | rustem.shaikhutdinov@alliancebernstein.com |
| lewis.sanders@alliancebernstein.com | nantha.suppiah@alliancebernstein.com | ryan.foster@alliancebernstein.com |
| lida.eslami@alliancebernstein.com | natalie.lyon@alliancebernstein.com | samantha.bacon@alliancebernstein.com |
| linda.giuliano@alliancebernstein.com | nathan.dupree@alliancebernstein.com | samuel.atanasio@alliancebernstein.com |
| lindsay_weinschenk@alliancebernstein.com | nermis.rosario@alliancebernstein.com | samuel.wilamowsky@alliancebernstein.com |
| lipkee.lu@alliancebernstein.com | nghi.pham@alliancebernstein.com | sandra.curtis@alliancebernstein.com |
| lisa.elm@alliancebernstein.com | nicholas.chan@alliancebernstein.com | sanem.bilgin@alliancebernstein.com |
| lisa.lau@alliancebernstein.com | nicholas.thompson@alliancebernstein.com | sanjeev.shah@alliancebernstein.com |
| lisa.shalett@alliancebernstein.com | nickeel.shah@alliancebernstein.com | sanjiv.tumkur@alliancebernstein.com |
| liyu.li@alliancebernstein.com | nilakshi.ambekar@alliancebernstein.com | sara.kellersman@alliancebernstein.com |
| louiza.ferrara@alliancebernstein.com | nita.patel@alliancebernstein.com | scampbell-reid@alliancebernstein.com |
| luke.lyons@alliancebernstein.com | nmanolakakis@alliancebernstein.com | scott.bryant@alliancebernstein.com |
| madhusudan.bagree@alliancebernstein.com | noreen.cahalan@alliancebernstein.com | scott.mcelroy@alliancebernstein.com |
| malcolm.lochhead@alliancebernstein.com | norman.fidel@alliancebernstein.com | scott.schweizer@alliancebernstein.com |
| manasa.rao@alliancebernstein.com | olalekan.akinyanmi@alliancebernstein.com | sean.foley@alliancebernstein.com |
| mandy.lam@alliancebernstein.com | oren.isacoff@alliancebernstein.com | selamawit.thomas@alliancebernstein.com |
| marc.coumeri@alliancebernstein.com | owen.beelders@alliancebernstein.com | shahnawaz.buch@alliancebernstein.com |
| mariko.iwabe@alliancebernstein.com | pamela.tublin@alliancebernstein.com | shigeki.abe@alliancebernstein.com |
| marisa.grant@alliancebernstein.com | pankaj.nevatia@alliancebernstein.com | shigeki_katoh@alliancebernstein.com |
| mark.attalienti@alliancebernstein.com | patrick.baumann@alliancebernstein.com | shoshana.zysberg@alliancebernstein.com |
| mark.chandros@alliancebernstein.com | patrick.mcdonough@alliancebernstein.com | song.li@alliancebernstein.com |
| mark.lawrence@alliancebernstein.com | paul.jo@alliancebernstein.com | spasupuleti@alliancebernstein.com |
| mark.mackenzie@alliancebernstein.com | paul.read@alliancebernstein.com | stephanie.foster@alliancebernstein.com |
| mark.polidore@alliancebernstein.com | paul.rissman@alliancebernstein.com | stephen.flynn@alliancebernstein.com |
| mark.rule@alliancebernstein.com | paul.sullivan@alliancebernstein.com | stephen.lee@alliancebernstein.com |
| mary.chase@alliancebernstein.com | paul.vogel@alliancebernstein.com | stephen.tong@alliancebernstein.com |
| mathew.bate@alliancebernstein.com | perri.henderson@alliancebernstein.com | steve.beinhacker@alliancebernstein.com |
| matt.loesch@alliancebernstein.com | peter.eliot@alliancebernstein.com | steven.chubak@alliancebernstein.com |
| matthew.bloom@alliancebernstein.com | petter.stensland@alliancebernstein.com | steven.nussbaum@alliancebernstein.com |
| matthew.bray@alliancebernstein.com | pujan.amin@alliancebernstein.com | suhas.ghorpadkar@alliancebernstein.com |
| matthew.rothschild@alliancebernstein.com | qaisar.hasan@alliancebernstein.com | surakij.saengtawesin@alliancebernstein.com |
| matthew.scott@alliancebernstein.com | rachel.campbell@alliancebernstein.com | susan.buchsbaum@alliancebernstein.com |
| matthew.sigel@alliancebernstein.com | rafael.bernal@alliancebernstein.com | sweta.asnotkar@alliancebernstein.com |

swetha.ramachandran@alliancebernstein.com
syed.hasnain@alliancebernstein.com
tanya.odom@alliancebernstein.com
tassos.los@alliancebernstein.com
tassos.stassopoulos@alliancebernstein.com
terence.chang@alliancebernstein.com
terence.cordner@alliancebernstein.com
theresa.pope@alliancebernstein.com
thomas.sabram@alliancebernstein.com
thomas.zottner@alliancebernstein.com
tiffany.hewlin@alliancebernstein.com
tilak.silva@alliancebernstein.com
tim.mccarthy@alliancebernstein.com
timothy.bacik@alliancebernstein.com
timothy.moss@alliancebernstein.com
tom.schmitt@alliancebernstein.com
tommy.bardong@alliancebernstein.com
tony.su@alliancebernstein.com
tracy.calev@alliancebernstein.com
uto.shinohara@alliancebernstein.com
valli.srikanthapalan@alliancebernstein.com
venita.olson@alliancebernstein.com
victor.baghat@alliancebernstein.com
victor.bhagat@alliancebernstein.com
vidya.rajappa@alliancebernstein.com
vik.chopra@alliancebernstein.com
vincent.dupont@alliancebernstein.com
vincent.fannon@alliancebernstein.com
vivian.lee@alliancebernstein.com
waitak.wong@alliancebernstein.com
walter.vester@alliancebernstein.com
way.king@alliancebernstein.com
wen-tse.tseng@alliancebernstein.com
william.johnston@alliancebernstein.com
william.parker@alliancebernstein.com
william.perkins@alliancebernstein.com
william.sidford@alliancebernstein.com
wim.steemers@alliancebernstein.com
winnie.choi@alliancebernstein.com
wonie.leong@alliancebernstein.com
xihua.chen@alliancebernstein.com
yan.vinokur@alliancebernstein.com
yong.chang@alliancebernstein.com
yoshiki.takeda@alliancebernstein.com
yun.chen@alliancebernstein.com
yvette.elliott@alliancebernstein.com
zafrin.rahman@alliancebernstein.com
zev.halstuch@alliancebernstein.com
zoe.goodman@alliancebernstein.com
frank.bruttomesso@alliancebernstein.com
thomas.socha@alliancecapital.com
philip.hemsley@alliance-leicester.co.uk
stuart.dawkins@alliance-leicester.co.uk
mkoster@alliance-mortgage.com
rpolatty@alliance-mortgage.com
geoff_cooper@alliance-unichem.com
agnieszka.kulinska@ids.allianz.com
albrecht.duernhoefer@allianz.de
andreas.gruber@allianz.de
anja.bickert@allianz.com

apolitis@allianz.gr
birgit.brenninger-dofczek@ids.allianz.com
carsten.renner@ids.allianz.com
christian.lamprecht@allianz.de
christian.mayert@allianz.de
christian.willinsky@allianz.com
claus.gramlich@allianz.es
clemens.weichs@allianz.de
cornelia.demirel@ids.allianz.com
cornelia.paape@ids.allianz.com
cothe@allianz.gr
dieter.klose@allianz.de
dieter.ross@ids.allianz.com
dirk.diederich@allianz.com
elke.pfeiffer@allianz.de
emmanuelle.bressier@ids.allianz.com
evelin.skultety@allianz.de
extern.barta@allianz.de
extern.kroll_tobias@allianz.de
felix.streitferdt@allianz.de
fernanda.ojea@allianz.es
financial-risk@allianz.com
fmichali@allianz.gr
george.chrissikos@allianz.gr
gunther.hahn@ids.allianz.com
hank.boot@allianz.de
hans-ronald.schieb@ids.allianz.com
ioannis.capras@allianz.de
jaime.moreno@allianz.es
james.conrad@allianz.de
jochen.hausmann@allianz.de
joerg.baldauf@allianz.com
joerg.biebel@allianz.de
joerg.ladwein@allianz.de
joseph.emgelhart@allianz.de
juergen.maier@allianz.de
juergen.voss@allianz.de
jurij.ovsepyan@ids.allianz.com
karin.deiser@allianz.com
katya.dimova@ids.allianz.com
kees.van.der.pot@allianz.nl
lisa.kotschi@allianz.de
margareta.balser@ids.allianz.com
martin.opfermann@allianz.de
martin.zimmermann@ids.allianz.com
martina.nebelung@ids.allianz.com
masha.delgoshaei@allianz.com
matthias.raab@allianz.de
meinrad.ege@allianz.com
michael.flad@allianz.de
michael.greser@allianz.de
michael.hehn@allianz.de
michael.kolbeck@allianz.de
michaela.gerl@ids.allianz.com
monica.aguilar@allianz.de
nadja.heiden@ids.allianz.com
oliver.schmidt@allianz.de
paul.achleitner@allianz.com
peter.widmann@allianz.de
reiner.laakmann@ids.allianz.com

roland.spaeth@allianz.de
rolf.klubmann@allianz.de
rolf.klussmann@allianz.de
roman.hederer@allianz.de
roswitha.radke@ids.allianz.com
sandra.kehrmann@allianz.de
sigrid.koller-savir@ids.allianz.com
skoutoumanos@allianz.gr
slavomir.nagy@ids.allianz.com
sotirios.koutoumanos@allianz.gr
stefan.sanne@allianz.de
stefanie.lehner@allianz.de
stephan.simonidis@ids.allianz.com
stephan.theissing@allianz.de
susanne.reis@ids.allianz.com
susanne.wild@allianz.de
sylvia@allianz.de
theodoros.gikos@allianz.gr
thomas.kirchherr@ids.allianz.com
thomas.krotz@ids.allianz.com
thomas.puetter@allianz.de
thomas.vogg@ids.allianz.com
thomas.weigl@ids.allianz.com
tuantu.schmucker@allianz.de
udo.riese@allianz.de
ulrich.gauss@allianz.de
ulrich.sperber@ids.allianz.com
ulrike.kohlmann-kreutz@allianz.de
ute.hildebrand@ids.allianz.com
ute.zeptner@ids.allianz.com
veit.trunk@ids.allianz.com
vnikiforakis@allianz.gr
volker.neuhaus@allianz.de
wigbert.boehm@allianz.com
wojciech.zawada@allianz.com
wolfgang.dietl@ids.allianz.com
robert.frost@allianzcapitalpartners.com
alan.rowe@allianzcornhill.co.uk
forough.long@allianzcornhill.co.uk
sean.molony@allianzcornhill.co.uk
tim.burge@allianzcornhill.co.uk
andreas.fruschki@allianzgi.de
andreas.schroeter@allianzgi.de
andreas.schulze@allianzgi.de
andreas.seitz@allianzgi.de
armin.kayser@allianzgi.de
astrid.weigl@allianzgi.de
bernd.vonwahlert@allianzgi.de
bianca.schnieder@allianzgi.de
bianca.wolf@allianzgi.de
bjoern.mehrmann@allianzgi.de
boesseri@allianzgi.de
christian.schlimm@allianzgi.de
christian.schneider@allianzgi.de
christina.weiss@allianzgi.com
christoph.mast@allianzgi.de
connie.schuemann@allianzgi.de
daniele.patti@allianzgi.de
dirk.martin@allianzgi.de
eva-ulrike.feldkord@allianzgi.de

| | | |
|---|---|---|
| felix.schnella@allianzgi.de | hstcyr@allmerica.com | csylla@allstate.com |
| frank.hansen@allianzgi.de | jkavanaugh@allmerica.com | dabbs@allstate.com |
| gunnar.miller@allianzgi.de | jnunley@allmerica.com | dan.zaldivar@allstate.com |
| harald.sporleder@allianzgi.de | jocdonohue@allmerica.com | david.xia@allstate.com |
| heike.unger@allianzgi.de | jomdyer@allmerica.com | dbrown03@allstate.com |
| heinrich.ey@allianzgi.de | kwambach@allmerica.com | dbusiel@allstate.com |
| ioannis.papassavvas@allianzgi.de | llibby@allmerica.com | dcarnes@allstate.com |
| isabell.albus@allianzgi.de | pkane@allmerica.com | ddupont@allstate.com |
| jan.faltin@allianzgi.de | rboateng@allmerica.com | deven@allstate.com |
| javier.latorre@allianzgi.de | rlitchfield@allmerica.com | dgoacher@allstate.com |
| joerg.devries-hippen@allianzgi.de | thardy@allmerica.com | dhong@allstate.com |
| joerg.herlan@allianzgi.de | trobey@allmerica.com | dlaskows@allstate.com |
| johannes.reinhard@allianzgi.de | aanand@allstate.com | dlisi@allstate.com |
| juergen.hawlitzky@allianzgi.de | ablaker@allstate.com | dmainka@allstate.com |
| juergen.hildebrand@allianzgi.de | abobe@allstate.com | dmeacock@allstate.com |
| lutz.kalthoff@allianzgi.de | achung@allstate.com | dobrien@allstate.com |
| mahnaz.rashidi@allianzgi.com | adick@allstate.com | dpuckett@allstate.com |
| marcel.preisach@allianzgi.de | agallow@allstate.com | drivera1@allstate.com |
| marie.rupp@allianzgi.de | ageryol@allstate.com | dseevers@allstate.com |
| markus.golinski@allianzgi.de | agoody@allstate.com | dsirovy@allstate.com |
| marzena.lange@allianzgi.de | alimbach@allstate.com | dtang@allstate.com |
| matthias.born@allianzgi.de | alippitt@allstate.com | dwalsh@allstate.com |
| michael.heldmann@allianzgi.de | anthony.scalfani@allstate.com | dwebb@allstate.com |
| michael.konstantinov@allianzgi.de | anthony.sclafani@allstate.com | dwelch@allstate.com |
| michael.puhle@allianzgi.de | aparthas@allstate.com | dyang1@allstate.com |
| michael.stamos@allianzgi.de | arei2@allstate.com | dzang@allstate.com |
| michael.verhofen@allianzgi.de | asawhney@allstate.com | ealvarad@allstate.com |
| natalyia.shevchenko@allianzgi.de | ashiliwa@allstate.com | ecook@allstate.com |
| oliver.flade@allianzgi.de | aurganus@allstate.com | ekogan@allstate.com |
| pascal.traccucci@allianzgi.com | basher@allstate.com | evasilie@allstate.com |
| patrick.fuchs@allianzgi.de | bbodett@allstate.com | gadashek@allstate.com |
| petra.kuehl@allianzgi.de | bbrown1@allstate.com | ggurl@allstate.com |
| philipp.federspieler@allianzgi.de | bchaltas@allstate.com | gkalchev@allstate.com |
| rainer.muench@allianzgi.de | bchi4@allstate.com | gkalmano@allstate.com |
| ralf.stromeyer@allianzgi.de | bealey@allstate.com | gkopacz@allstate.com |
| reinhold.gerbig@allianzgi.de | bfarrell@allstate.com | gmitkoe@allstate.com |
| robert.hofmann@allianzgi.de | bgedemer@allstate.com | gmitkove@allstate.com |
| sascha.becker@allianzgi.de | bhartig@allstate.com | gragusa@allstate.com |
| stefan.hofrichter@allianzgi.de | bharvey@allstate.com | gshaner@allstate.com |
| stefan.liebl@allianzgi.de | blockhar@allstate.com | gsvoboda@allstate.com |
| stephanie.schmueck@allianzgi.de | blockwoo@allstate.com | hfields@allstate.com |
| stev.zaumseil@allianzgi.de | brho3@allstate.com | hmck3@allstate.com |
| tbc@allianzgi.com | bschmidt@allstate.com | htan@allstate.com |
| thomas.kurzmann@allianzgi.de | bsmith7@allstate.com | jason.weinberg@allstate.com |
| thomas.sprey@allianzgi.de | bviscuso@allstate.com | jbaumsta@allstate.com |
| thomas.voges@allianzgi.de | bwydick@allstate.com | jbrinati@allstate.com |
| thorsten.winkelmann@allianzgi.de | cachtel@allstate.com | jcannon@allstate.com |
| ulrich.lind@allianzgi.de | cballing@allstate.com | jcicirel@allstate.com |
| wilhelm.heinrichs@allianzgi.de | ccazolas@allstate.com | jdavid@allstate.com |
| michael.allen@allianzgi-us.com | cfeijoo@allstate.com | jfitzpat@allstate.com |
| xiao.zhang@allianzhfp.com | cfiorito@allstate.com | jglacy@allstate.com |
| clark.biggers@allianzinvestors.com | cgoergen@allstate.com | jgos1@allstate.com |
| david.frederick@allianzinvestors.com | ckiel@allstate.com | jgreffin@allstate.com |
| kevin.curtiss@allianzinvestors.com | ckrak@allstate.com | jhughes@allstate.com |
| renee.hui@allianzinvestors.com | cmeier@allstate.com | jkunkle@allstate.com |
| gakins@alliedcapital.com | cmires@allstate.com | jlee@allstate.com |
| rcorry@alliedcapital.com | cpncomb@allstate.com | jmallory@allstate.com |
| cauger@allmerica.com | csarna@allstate.com | jschleif@allstate.com |
| ecapellari@allmerica.com | csmith4@allstate.com | jwalker@allstate.com |
| ehiatt@allmerica.com | cstrack@allstate.com | jwinter1@allstate.com |

jzinkula@allstate.com
kbivens@allstate.com
kchung1@allstate.com
kdrza@allstate.com
kheard@allstate.com
kkuag@allstate.com
kmullark@allstate.com
kodom@allstate.com
kpatel2@allstate.com
kroth@allstate.com
kseiler@allstate.com
kszersze@allstate.com
kurt.rust@allstate.com
lahrens@allstate.com
ldewine@allstate.com
ljhangia@allstate.com
lkendzer@allstate.com
lmoews@allstate.com
lskiera@allstate.com
matthew.peters@allstate.com
mblankfi@allstate.com
mbubnis@allstate.com
mcloghes@allstate.com
mfiocchi@allstate.com
mhanu@allstate.com
mhawley@allstate.com
mjanik@allstate.com
mkelley1@allstate.com
mkobs@allstate.com
mlopes@allstate.com
mlutz@allstate.com
mmoran1@allstate.com
mpalermo@allstate.com
mpittman@allstate.com
mprindiv@allstate.com
mquilico@allstate.com
mschulz@allstate.com
mvarner@allstate.com
mvicik@allstate.com
mvitek@allstate.com
mzeifert@allstate.com
nbailey@allstate.com
nidhi.bhatia@allstate.com
npeplins@allstate.com
npetrie@allstate.com
pamos@allstate.com
pbrill@allstate.com
pchrist1@allstate.com
pfaustma@allstate.com
phecht@allstate.com
phoros@allstate.com
pkroger@allstate.com
pwilson@allstate.com
randers1@allstate.com
rblock@allstate.com
rfischer@allstate.com
rhopps@allstate.com
rjostes@allstate.com
rlehnher@allstate.com
rmartin@allstate.com

rmendel@allstate.com
rob.ipsen@allstate.com
robyn.richards@allstate.com
rpullie@allstate.com
rscheun@allstate.com
rsimonso@allstate.com
rzhab@allstate.com
rzubak@allstate.com
sboyina@allstate.com
scoulter@allstate.com
sflahert@allstate.com
sfollmer@allstate.com
sfrenkel@allstate.com
shanifor@allstate.com
she@allstate.com
skarasic@allstate.com
skensing@allstate.com
skolderu@allstate.com
sluaa@allstate.com
smallman@allstate.com
smarron@allstate.com
smcguinn@allstate.com
spe12@allstate.com
ssmith10@allstate.com
svbalach@allstate.com
tjensen@allstate.com
tmullen@allstate.com
tnapholtz@allstate.com
tnapholz@allstate.com
tokes@allstate.com
tzellmer@allstate.com
vhitchco@allstate.com
wgrady@allstate.com
woconnor@allstate.com
wwu@allstate.com
zfuchs@allstate.com
zkecm@allstate.com
zmian@allstate.com
mhayat@almal.com.kw
capitalmarket@alpha.gr
capitalmarkets@alpha.gr
currencymarkets@alpha.gr
dpapaioannou@alpha.gr
earzinos@alpha.gr
ekatopodi@alpha.gr
gfarmaki@alpha.gr
ggeorgiou@alpha.gr
gmichalopoulos@alpha.gr
kkostoulas@alpha.gr
marketanalysis@alpha.gr
mchatzi@alpha.gr
myannopoulos@alpha.gr
nparliaris@alpha.gr
psgardelis@alpha.gr
sbranis@alpha.gr
straka@alpha.gr
structuredproducts@alpha.gr
syndications@alpha.gr
vpsaltis@alpha.gr
dimitrsi.kakounis@alphabank.gr

nrodgers@alphacapinc.com
d.dalipis@alphatrust.gr
e.ontopoulou@alphatrust.gr
gerald.chaney@alpinvest.com
jason.block@alpinvest.com
ivan.marabotto@alpitour.it
marco.perucca@alpitour.it
maurizio.d'accardi@alpitour.it
stefano.bianchi@alpitour.it
tiziana.costa@alpitour.it
jchan@alpshk.com
paul.chan@alpshk.com
alkhudairy@alrajhibank.com.sa
asalrajhi@alrajhibank.com.sa
cedrick.cornec@chq.alstom.com
etienne.demoulin@chq.alstom.com
hunter.jamieson@chq.alstom.com
kylie.blackwood@chq.alstom.com
milagros.battle@chq.alstom.com
sandra.oliveira@chq.alstom.com
vanessa.marom@chq.alstom.com
zhong.zheng@power.alstom.com
cla@alternative-assets.com
amway butch steffes (butch.steffes@alticor.com)
angela.r.thompson@altria.com
barry.hammond@eu.altria.com
debbie.grillo@altria.com
gerald.filippone@altria.com
maria.blitz@eu.altria.com
mark.werner@altria.com
peter.brunner@eu.altria.com
sandra.hind@altria.com
victor.pena@altria.com
will.graves@altria.com
ssheen@alum.wellesley.edu
whu@alum.mit.edu
acheh91@alumni.gsb.columbia.edu
cbergmann01@alumni.gsb.columbia.com
michaeldevlin@alumni.haas.org
akane-sekiya@am.mufg.jp
akio_ichikawa@am.sumitomolife.co.jp
akio-kajita@am.mufg.jp
akira_hurugoori@am.sumitomolife.co.jp
atsuo-kamitsuji@am.mufg.jp
atusi_matuura@am.sumitomolife.co.jp
ayako-mizuno@am.mufg.jp
aya-yamazaki@am.mufg.jp
daisuke-nakamura@am.mufg.jp
eiiti_yamamoto@am.sumitomolife.co.jp
eizaburou_konisi@am.sumitomolife.co.jp
eizirou_ueno@am.sumitomolife.co.jp
eturou_yamamoto@am.sumitomolife.co.jp
fumihito-iwabuchi@am.mufg.jp
fumio-motokawa@am.mufg.jp
hajime-nozaki@am.mufg.jp
hazime_isii@am.sumitomolife.co.jp
hideaki_sugita@am.sumitomolife.co.jp
hidekazu_kimura@am.sumitomolife.co.jp
hideki_teranishi@am.sumitomolife.co.jp
hidenobu_takiguti@am.sumitomolife.co.jp

hideo-namiki@am.mufg.jp
hideo-shimomura@am.mufg.jp
hirohiko-sato@am.mufg.jp
hirohumi_miyahara@am.sumitomolife.co.jp
hirohumi-yagi@am.mufg.jp
hiroko_muramatu@am.sumitomolife.co.jp
hiromi_nisino@am.sumitomolife.co.jp
hiromichi-tsuyukubo@am.mufg.jp
hiromi-kitamura@am.mufg.jp
hiroo_huzita@am.sumitomolife.co.jp
hiroshi-hayashi@am.mufg.jp
hiroshi-miyamoto@am.mufg.jp
hiroshi-morohoshi@am.mufg.jp
hirosi_nagai@am.sumitomolife.co.jp
hiroyasu_nakano@am.sumitomolife.co.jp
hiroyuki_suetugu@am.sumitomolife.co.jp
hiroyuki_tomiyama@am.sumitomolife.co.jp
hiroyuki-kajii@am.mufg.jp
hisanori_sugahara@am.sumitomolife.co.jp
hisato_doi@am.sumitomolife.co.jp
hitoshi-kawamura@am.mufg.jp
ichitaro-akita@am.mufg.jp
ituo_wakao@am.sumitomolife.co.jp
iwao_matsumoto@am.sumitomolife.co.jp
junichi-ito@am.mufg.jp
junya-ota@am.mufg.jp
kaoru_kinouti@am.sumitomolife.co.jp
katsushi-ishikawa@am.mufg.jp
kayo-yoshinaga@am.mufg.jp
kazuharu-konishi@am.mufg.jp
kazuhiko_hirohasi@am.sumitomolife.co.jp
kazuhiro_wada@am.sumitomolife.co.jp
kazuhisa-yanagawa@am.mufg.jp
kazuko_iwai@am.sumitomolife.co.jp
kazuya_oomura@am.sumitomolife.co.jp
kazuyoshi-fukushima@am.mufg.jp
kazuyuki_yamasina@am.sumitomolife.co.jp
kazuyuki-terao@am.mufg.jp
keisuke_utiyama@am.sumitomolife.co.jp
keisuke-fujii@am.mufg.jp
keisuke-shirasuka@am.mufg.jp
keita_itou@am.sumitomolife.co.jp
keitaro-irie@am.mufg.jp
ken_yamaguti@am.sumitomolife.co.jp
kenichi-katsumata@am.mufg.jp
kenji-hama@am.mufg.jp
kenji-nishikawa@am.mufg.jp
kenji-sekiguchi@am.mufg.jp
kenshi-kuraya@am.mufg.jp
ken-yamauchi@am.mufg.jp
kimiko-kurosu@am.mufg.jp
kiyoshi-ishigane@am.mufg.jp
kiyosi_matumoto@am.sumitomolife.co.jp
koh-hatazawa@am.mufg.jp
koji-uchida@am.mufg.jp
kosuke-kitamura@am.mufg.jp
kosuke-tsuchida@am.mufg.jp
kouhei_hasimoto@am.sumitomolife.co.jp
kouhei_satou@am.sumitomolife.co.jp
kouiti_hukuzumi@am.sumitomolife.co.jp

kouta_kanno@am.sumitomolife.co.jp
maki-iijima@am.mufg.jp
makoto-ito@am.mufg.jp
mamoru-oizumi@am.mufg.jp
masaaki_katou@am.sumitomolife.co.jp
masaaki_yoshimura@am.sumitomolife.co.jp
masahiko_okada@am.sumitomolife.co.jp
masahiko_tazima@am.sumitomolife.co.jp
masahiro_hagiwara@am.sumitomolife.co.jp
masahiro_koseki@am.sumitomolife.co.jp
masakazu_simoyama@am.sumitomolife.co.jp
masamichi-takigawa@am.mufg.jp
masanori-iijima@am.mufg.jp
masao-tsuji@am.mufg.jp
masaru_hitotuya@am.sumitomolife.co.jp
masaru_onodera@am.sumitomolife.co.jp
masaru-myojin@am.mufg.jp
masaru-shibuta@am.mufg.jp
masaya_honziyou@am.sumitomolife.co.jp
masayuki_hori@am.sumitomolife.co.jp
masayuki_murata@am.sumitomolife.co.jp
masayuki_yoshihara@am.sumitomolife.co.jp
masayuki-umetani@am.mufg.jp
mayumi-okutani@am.mufg.jp
miho-mochizuki@am.mufg.jp
mikio_sugisaki@am.mufg.jp
minako-shibata@am.mufg.jp
minoru-takata@am.mufg.jp
mitihisa_tanimoto@am.sumitomolife.co.jp
mituo_masuda@am.sumitomolife.co.jp
muneo_morita@am.sumitomolife.co.jp
nao_okamoto@am.sumitomolife.co.jp
naoki_adati@am.sumitomolife.co.jp
naoki-nagata@am.mufg.jp
naoki-shoji@am.mufg.jp
naoki-todo@am.mufg.jp
naoto_kashiyama@am.sumitomolife.co.jp
naoto-kojima@am.mufg.jp
naoyoshi-sato@am.mufj.jp
nobuki_yasuda@am.sumitomolife.co.jp
nobuo_kawamura@am.sumitomolife.co.jp
nobusige_tanaka@am.sumitomolife.co.jp
nobuyuki-kobayashi@am.mufg.jp
norihiro-aonuma@am.mufg.jp
norihiro-takada@am.mufg.jp
norio_kisimoto@am.sumitomolife.co.jp
osamu_kosaka@am.sumitomolife.co.jp
osamu_seki@am.sumitomolife.co.jp
osamu_takimura@am.sumitomolife.co.jp
rie-katoh@am.mufg.jp
rieko-mino@am.mufg.jp
riyouta_inami@am.sumitomolife.co.jp
ryo_tanigawa@am.sumitomolife.co.jp
ryosuke-tanaka@am.mufg.jp
satoru-takano@am.mufg.jp
satoshi-kamata@am.mufg.jp
satoshi-suzuki@am.mufg.jp
satosi_oohara@am.sumitomolife.co.jp
shingo-takenaga@am.mufg.jp
shinichiro-hidaka@am.mufg.jp

shinji-nishiyama@am.mufg.jp
shinya-suzuki@am.mufg.jp
shohei_hara@am.sumitomolife.co.jp
shuichi-wada@am.mufg.jp
shunsuke-imai@am.mufg.jp
singo_tahara@am.sumitomolife.co.jp
siniti_kawaguti@am.sumitomolife.co.jp
sinzi_hikiti@am.sumitomolife.co.jp
sinzi_imamura@am.sumitomolife.co.jp
sinzi_masad@am.sumitomolife.jp
sinzou_kouno@am.sumitomolife.co.jp
sumiyoshi-matsuzaki@am.mufg.jp
sunao-yokokawa@am.mufg.jp
suntarou_tanaka@am.sumitomolife.co.jp
susumu_aramaki@am.sumitomolife.co.jp
tadakazu_izumi@am.sumitomolife.co.jp
tadashi-uchida@am.mufg.jp
tadato-sekine@am.mufg.jp
taiyo-ogino@am.mufg.jp
takahiro_mori@am.sumitomolife.co.jp
takahiro-furusato@am.mufg.jp
takahito_hukui@am.sumitomolife.co.jp
takao_akaogi@am.sumitomolife.co.jp
takao_yosimoto@am.sumitomolife.co.jp
takao-suzuki@am.mufg.jp
takao-uotani@am.mufg.jp
takashi-fujimaki@am.mufg.jp
takashi-miyazaki@am.mufg.jp
takasi_sakanoue@am.sumitomolife.co.jp
takatoshi-itoshima@am.mufg.jp
takato-yoshida@am.mufg.jp
takayuki-akiyama@am.mufg.jp
takehiro_hamada@am.sumitomolife.co.jp
takeshi_nagai@am.sumitomolife.co.jp
takeshi-hanai@am.mufg.jp
takeshi-iwakata@am.mufg.jp
takeshi-nakamura@am.mufg.jp
takeshi-nishioka@am.mufg.jp
takeshi-watanabe@am.mufg.jp
takesi_kasimura@am.sumitomolife.co.jp
takesi_kasiwara@am.sumitomolife.co.jp
takesi_oosaki@am.sumitomolife.co.jp
takeyoshi-suzuki@am.mufg.jp
takumi-morita@am.mufg.jp
takurou_kurumisawa@am.sumitomolife.co.jp
taro-iida@am.mufg.jp
tetupei_kanehiro@am.sumitomolife.co.jp
tihiro_uematu@am.sumitomolife.co.jp
tohru-hashizume@am.mufg.jp
tomoaki-kota@am.mufg.jp
tomohiro_kunisue@am.sumitomolife.co.jp
tomokazu-kojima@am.mufg.jp
tomonaga_hama@am.sumitomolife.co.jp
tomonari_kadoumi@am.sumitomolife.co.jp
tomonobu-gotouda@am.mufg.jp
toshihisa_itinose@am.sumitomolife.co.jp
toshiro_ohchi@am.sumitomolife.co.jp
toshiyuki-kurabayashi@am.mufg.jp
toshiyuki-sato@am.mufg.jp
tosio_huzimura@am.sumitomolife.co.jp

tosio_kobayasi@am.sumitomolife.co.jp
voicemail@am.com
wataru-fukumoto@am.mufg.jp
yasuaki-sumimoto@am.mufg.jp
yasuhiro_nonaka@am.sumitomolife.co.jp
yasuhiro_saitou@am.sumitomolife.co.jp
yasuhiro-tabei@am.mufg.jp
yasuhito_inukai@am.sumitomolife.co.jp
yasuko-tada@am.mufg.jp
yasunori_murakami@am.sumitomolife.co.jp
yasuo-sasai@am.mufg.jp
yasutaka_kouti@am.sumitomolife.co.jp
yasutaka-inoue@am.mufg.jp
yasuyuki-ochi@am.mufg.jp
yoichiro-higasa@am.mufg.jp
yoichiro-yasui@am.mufg.jp
yoshinobu-kanda@am.mufg.jp
yoshitomo_baba@am.sumitomolife.co.jp
yoshiyuki-sato@am.mufg.jp
yoshiyuki-tsuruoka@am.mufg.jp
yosihiro_gake@am.sumitomolife.co.jp
yosihisa_inoue@am.sumitomolife.co.jp
yosimiti_takahasi@am.sumitomolife.co.jp
yosinobu_douzono@am.sumitomolife.co.jp
yosiomi_nanba@am.sumitomolife.co.jp
yositeru_hata@am.sumitomolife.co.jp
yosuke-kushiki@am.mufg.jp
yousuke_mitomori@am.sumitomolife.co.jp
yuichi-muraki@am.mufg.jp
yuichi-sano@am.mufg.jp
yuji-maeda@am.mufg.jp
yuji-sujino@am.mufg.jp
yukie-osagawa@am.mufg.jp
yukiko-sano@am.mufg.jp
yuki-sogo@am.mufg.jp
yu-nishikawa@am.mufg.jp
yusuke-akashi@am.mufg.jp
yuuitirou_katou@am.sumitomolife.co.jp
yuuya_kurihara@am.sumitomolife.co.jp
ziyun_nakazima@am.sumitomolife.co.jp
ziyuniti_suzuki@am.sumitomolife.co.jp
joachim.rahbek@amagerbanken.dk
mads.simonsen@amagerbanken.dk
michael.baagoee@amagerbanken.dk
michael.seilund@amagerbanken.dk
mikael.ludvigsen@amagerbanken.dk
niels.pryts@amagerbanken.dk
poul.bentsen@amagerbanken.dk
lawrenceadolf@amalgamatedbank.com
michellefrazier@amalgamatedbank.com
vincentsalerno@amalgamatedbank.com
hidetoshi.kawamoto@amashin.co.jp
hirotaka.yamashita@amashin.co.jp
kokusai@amashin.co.jp
masaji.kurihara@amashin.co.jp
mark_friedrich@amat.com
meyer_alec@amat.com
ping_pw_wu@amat.com
randy_banes@amat.com
randy_webb@amat.com

robert_c_chen@amat.com
robert_friess@amat.com
ansgar.puellen@amb.de
ludger.buesken@amb.de
manfred.oedingen@amb.de
oliver.weiler@amb.de
acaine@ambac.com
akrasniqi@ambac.com
akung@ambac.com
amerenyi@ambac.com
bhu@ambac.com
bschofield@ambac.com
clachnicht@ambac.com
dadams@ambac.com
dbarlow@ambac.com
dgleeson@ambac.com
drubin@ambac.com
dsalz@ambac.com
ffong-lopez@ambac.com
ggal@ambac.com
gmoy@ambac.com
hamemiya@ambac.com
ibruce@ambac.com
jlam@ambac.com
jnabi@ambac.com
jramos@ambac.com
jwen@ambac.com
maspinelli@ambac.com
mcush@ambac.com
mgerity@ambac.com
mshtilman@ambac.com
naloe@ambac.com
plivingstone@ambac.com
pmccormick@ambac.com
puebel@ambac.com
rdonovan@ambac.com
rkumasaki@ambac.com
rpersaud@ambac.com
rselvaggio@ambac.com
sgordon@ambac.com
tgandolfo@ambac.com
tstevens@ambac.com
ttravers@ambac.com
yikeda@ambac.com
yliu@ambac.com
drenfield-miller@amback.com
cparker@ambac-uk.com
avinashl@ambaresearch.com
mallikarjunh@ambaresearch.com
pradeepak@ambaresearch.com
rashik@ambaresearch.com
darryl.graham@ambeacon.com
mylinh.tran@ambeacon.com
dr.claus.braeutigam@amb-generali.de
dr.markus.schmidt@amb-generali.de
frederic.poizat@amb-generali.de
katja.segbers@amb-generali.de
peregrin.ward@amb-generali.de
jeremy.gutbrod@ambgf.de
markus.irngartinger@ambgf.de

michael.winker@ambgf.de
stephan.stockert@ambgf.de
ggallo@notes.ambro.it
benson_ao@amcm.gov.mo
cesar_i@amcm.gov.mo
eric_leong@amcm.gov.mo
silva_noruega@amcm.gov.mo
stanley_tang@amcm.gov.mo
veronica_kuan@amcm.gov.mo
wineo_lam@amcm.gov.mo
winnie_ian@amcm.gov.mo
jeff.lorenzen@amcore.com
alice.xu@amd.com
ugur.guner@amd.com
yvonne_garza@amdahl.com
dwilliams@amec1.com
mgerber@amec1.com
gerred_howe@americancentrury.com
a3a@americancentury.com
ab8@americancentury.com
alex_tedder@americancentury.com
alia_rasheed@americancentury.com
alk@americancentury.com
andrew_weinman@americancentury.com
angie_halteman@americancentury.com
anthony_han@americancentury.com
arnie_douville@americancentury.com
atteberry_chris@americancentury.com
b3m@americancentury.com
bart_wyrick@americancentury.com
bbg@americancentury.com
ben_giele@americancentury.com
bill_koeler@americancentury.com
bla@americancentury.com
bob_puff@americancentury.com
brad_eixmann@americancentury.com
brad_jackson@americancentury.com
brendan_healy@americancentury.com
brent_puff@americancentury.com
brian_brady@americancentury.com
brian_ertley@americancentury.com.
brian_woglom@americancentury.com
bryan_unterhalter@americancentury.com
c2k@americancentury.com
c3k@americancentury.com
c9a@americancentury.com
c9p@americancentury.com
cgb@americancentury.com
chad_baumler@americancentury.com
chris_bouffar@americancentury.com
chris_brown@americancentury.com
chris_schaefer@americancentury.com
christine_chien@americancentury.com
christine_silman@americancentury.com
christy_turner@americancentury.com
cm@americancentury.com
cmv@americancentury.com
connie_song@americancentury.com
cr8@americancentury.com
cv2@americancentury.com

d2a@americancentury.com
d2u@americancentury.com
daniel_baker@americancentury.com
david_hollond@americancentury.com
david_ledgerwood@americancentury.com
dgr@americancentury.com
diw@americancentury.com
dri@americancentury.com
dyl@americancentury.com
eff@americancentury.com
emw@americancentury.com
enrique_chang@americancentury.com
f2l@americancentury.com
fei_zou@americancentury.com
francisco_bido@americancentury.com
fred_mohl@americancentury.com
g3n@americancentury.com
ga3@americancentury.com
gavin_fleischman@americancentury.com
gdm@americancentury.com
geoff_burger@americancentury.com
geoff_wise@americancentury.com
ghb@americancentury.com
gina_sanchez@americancentury.com
glenn_fogle@americancentury.com
grace_huang@americancentury.com
greg_walsh@americancentury.com
greg_woodhams@americancentury.com
h2c@americancentury.com
hannah_chiang@americancentury.com
hln@americancentury.com
ht@americancentury.com
indraneel_das@americancentury.com
irina_torelli@americancentury.com
j2z@americancentury.com
j5p@americancentury.com
james_pitman@americancentury.com
janan_boehme@americancentury.com
je1@americancentury.com
jeff_bourke@americancentury.com
jeff_brewer@americancentury.com
jeff_john@americancentury.com
jeff_otto@americancentury.com
jeff_tyler@americancentury.com
jennifer_anastasia@americancentury.com
jesse_singh@americancentury.com
jill_mcknight@americancentury.com
jim_doran@americancentury.com
jim_stowers@americancentury.com
jkn@americancentury.com
joe_kong@americancentury.com
joe_reiland@americancentury.com
joe_sterling@americancentury.com
john_rabroker@americancentury.com
john_small@americancentury.com
john_sykora@americancentury.com
jon_brickman@americancentury.com
jon_lewis@americancentury.com
jpx@americancentury.com
js5@americancentury.com

jtg@americancentury.com
judy_bustamante_beard@americancentury.com
justin_brown@americancentury.com
jw1@americancentury.com
jxk@americancentury.com
kan@americancentury.com
kct@americancentury.com
keith_creveling@americancentury.com
keith_lee@americancentury.com
kevin_sid@americancentury.com
ks4@americancentury.com
kurt_borgwardt@americancentury.com
kurt_stalzer@americancentury.com
l5b@americancentury.com
lcs@americancentury.com
ld4@americancentury.com
lisa_banhart@americancentury.com
lisa_quan@americancentury.com
lmx@americancentury.com
lon_west@americancentury.com
lt5@americancentury.com
lynette_pang@americancentury.com
m1b@americancentury.com
m2p@americancentury.com
m8m@americancentury.com
marc_scott@americancentury.com
maria_eaton@americancentury.com
marilyn_castro@americancentury.com
mark_kopinski@americancentury.com
mark_mallon@americancentury.com
matt_dennis@americancentury.com
matt_ferretti@americancentury.com
matt_ison@americancentury.com
matt_spain@americancentury.com
matt_titus@americancentury.com
matt_weight@americancentury.com
matthew_hurni@americancentury.com
mdy@americancentury.com
melissa_fong@americancentury.com
mhk@americancentury.com
mho@americancentury.com
mht@americancentury.com
michael_keyser@americancentury.com
michael_li@americancentury.com
michael_liss@americancentury.com
michael_mow@americancentury.com
michael_orndorff@americancentury.com
michelle_werth@americancentury.com
miguel_castillo@americancentury.com
mt7@americancentury.com
nathan_maccombs@americancentury.com
nymorningmail@americancentury.com
p2h@americancentury.com
pam_godwin@americancentury.com
paras_shah@americancentury.com
pat_srinivas@americancentury.com
pg4@americancentury.com
phil_davidson@americancentury.com
philip_sundell@americancentury.com
pierson_cheng@americancentury.com

pl4@americancentury.com
prabha_ramakrishnan@americancentury.com
preeti_chadha@americancentury.com
prescott_legard@americancentury.com
rajesh_gandhi@americancentury.com
randy_merk@americancentury.com
raymond_kong@americancentury.com
rob_bove@americancentury.com
rob_wilson@americancentury.com
rvg@americancentury.com
s3f@americancentury.com
s5c@americancentury.com
s7m@americancentury.com
sbp@americancentury.com
scott_marolf@americancentury.com
scott_moore@americancentury.com
scott_renze@americancentury.com
spl@americancentury.com
spt@americancentury.com
sr2@americancentury.com
stafford_southwick@americancentury.com
steve_lurito@americancentury.com
steve_roth@americancentury.com
ted_harlan@americancentury.com
terry_foster@americancentury.com
thomas_telford@americancentury.com
thomas_vaiana@americancentury.com
thp@americancentury.com
tim_miller@americancentury.com
toby_markes@americancentury.com
todd_peters@americancentury.com
trevor_gurwich@americancentury.com
vdd@americancentury.com
vinay_thapar@americancentury.com
vivenne_hsu@americancentury.com
wade_slome@americancentury.com
zili_zhang@americancentury.com
aspahr@americanexpress.com
marc@americanfundadvisors.com
rleavitt@americanfundadvisors.com
nicholas.ramussen@americangeneral.com
wpatenaude@americansb.com
craig.smyth@americo.com
daniel.skelton@americo.com
eric.petersen@americo.com
eric.swearingen@americo.com
greg.hamilton@americo.com
mark.fallon@americo.com
mark.rooney@americo.com
rob.tilton@americo.com
roxanne.newman@americo.com
steve.myers@americo.com
todd.myers@americo.com
troy.peterson@americo.com
dgraf@amerisure.com
kclement@amerisure.com
mlong@amerisure.com
aiaequity@ameritas.com
awhite@ameritas.com
bfmorrow@ameritas.com

czehr@ameritas.com
gina.simpson@ameritas.com
jmikus@ameritas.com
jthompson@ameritas.com
marterburn@ameritas.com
phenry@ameritas.com
tudell@ameritas.com
jbruce@ameritech.net
peter.loescher@amersham.com
pang.yang@amerus.com
bkrasnojenov@amervest.com
buybonds@amervest.com
sskim@amervest.com
bkepley@amfam.com
cbreunig@amfam.com
dsebald@amfam.com
hraymond@amfam.com
jjohns13@amfam.com
jsalzwed@amfam.com
phannifa@amfam.com
pnelso3@amfam.com
pschoenh@amfam.com
rvoge@amfam.com
beffler@amfin.com
bhogan@amfin.com
ceng@amfin.com
ddickman@amfin.com
dmarcian@amfin.com
dmeyer@amfin.com
dvanderh@amfin.com
dvonderh@amfin.com
jagruber@amfin.com
jberding@amfin.com
jmaney@amfin.com
jschuber@amfin.com
kdragan@amfin.com
pbyrne@amfin.com
rmiller@amfin.com
sgroves@amfin.com
tdattilo@amfin.com
tkeitel@amfin.com
tshipp@amfin.com
anders.fagerlund@amfpension.se
anders.ljungqvist@amfpension.se
bengt.bjorken@amfpension.se
bjorn.bargholtz@amfpension.se
bo.johansson@amfpension.se
christer.alteskog@amfpension.se
christian.brunlid@amfpension.se
fredrik.lindstedt@amfpension.se
fredrik.nordtrom@amfpension.se
fredrik.thor@amfpension.se
helena.nordell@amfpension.se
henrik.oh@amfpension.se
jens.barnevik@amfpension.se
john.hernander@amfpension.se
jonas.romlin@amfpension.se
lars.aberg@amfpension.se
lars.bokenberger@amfpension.se
magnus.rostlund@amfpension.se

magnus.sjoberg@amfpension.se
mats.guldbrand@amfpension.se
peder.hasslev@amfpension.se
rickard.alte@amfpension.se
sten.lengroth@amfpension.se
stephanie.gabrielsson@amfpension.se
susan.karlfeldt@amfpension.se
ulf.alexandersson@amfpension.se
ulf.arvidsson@amfpension.se
ulf.forsberg@amfpension.se
urban.persson@amfpension.se
stefan.nydahl@amfpensions.se
bernhard.leitner@amg.co.at
christina.stimac@amg.co.at
clemens.aschenbrenner@amg.co.at
gerald.fuchs@amg.co.at
hannes.roubik@amg.co.at
joerg.moshuber@amg.co.at
josef.kerschbaumer@amg.co.at
martin.mayer@amg.co.at
oliver.prinz@amg.co.at
ronald.huebler@amg.co.at
stephan.lukesch@amg.co.at
thomas.rosenmayr@amg.co.at
walter.hausner@amg.co.at
anne.marks@amgam.de
birgitte.olsen@amgam.de
dana.deusing@amgam.de
hartmut.wagener@amgam.de
heinz-josef.stenten@amgam.de
herbert.wertz@amgam.de
johannes.braun@amgam.de
kai.teschner@amgam.de
klaus.wiener@amgam.de
manfred.skibowski@amgam.de
marianna.gurmann@amgam.de
ralf.wieseler@amgam.de
sascha.mergner@amgam.de
thorsten.runde@amgam.de
matt.gale@amgcapitalpartners.com
andreas.marz@amg-invest.de
gabi.eckard@amg-invest.de
heinz.gawlak@amg-invest.de
martin.chapman@amg-invest.de
susanne.didas@amg-invest.de
susanne.ward@amg-invest.de
andreas.voss@am-gruppe.de
britta.lindhorst@am-gruppe.de
mwolburg@am-gruppe.de
rleon@am-gruppe.de
moschitzki@am-gruppo.de
gregg@amherstsecurities.com
lindae@amherstsecurities.com
stevea@amherstsecurities.com
bbenson@amica.com
bpacheco@amica.com
jburke@amica.com
mmedeiros@amica.com
pmoonan@amica.com
pruggieri@amica.com

srush@amica.com
vbenson@amica.com
dicksonj@amiam.amigroup.com
alevy@amip.com
methompson@amoco.com
mldamsma@amoco.com
carsten.hagedorn@ampega.de
andreas.bayer@ampegagerling.de
eberhard.massenbach@ampegagerling.de
ignacio.carnicero@ampegagerling.de
marco.neuhaus@ampegagerling.de
michael.kebbel@ampegagerling.de
norbert.frei@ampegagerling.de
oliver.jepsen@ampegagerling.de
oliver.kroll@ampegagerling.de
peter.hielscher@ampegagerling.de
stefan.heinemann@ampegagerling.de
stefan.thiel@ampegagerling.de
thorsten.woelbern@ampegagerling.de
cbrown@amph.com
kjaskol@amph.com
nat.vallabh@amphenderson.co.nz
nigel.croke@amphenderson.co.nz
jmercadante@amphenol.com
gyeong_kim@amrcorp.com
mike_lenz@amrcorp.com
patricia_delgadillo@amrcorp.com
samuel_silver@amrcorp.com
t_f_bacon@amrcorp.com
jpangallozzi@amre.com
sweng@amre.com
tharrigan@amresco.com
nancy.eckl@amrinvest.com
david_sharman@ams.com
cbersanetti@amsjv.it
l.mastrodomenico@amsjv.it
adonatelli@amtrust.com
elasota@amtrust.com
kzaverdinos@amtrust.com
opolishchuk@amtrust.com
tatanosoff@amtrust.com
vrai@amtrust.com
gert_fricke@amwestka.de
s_moeckel@amwestka.de
shimon@analyst.co.il
casnis@analyticasset.com
tsantiago@analyticasset.com
vraby@analyticasset.com
akahmed@anb.com.sa
arahmed@anb.com.sa
brian.wood@anb.com
cjagdish@anb.com.sa
faltarouti@anb.com.sa
krashad@anb.com.sa
maylen@anb.com.sa
saleem@anb.com.sa
fayoub@anblondon.com
mbrisbourne@anblondon.com
cowlescm@ci.anchorage.ak.us
priceta@ci.anchorage.ak.us

| | | |
|---|---|---|
| brice@anchorcapital.com | wmack3@anfis.co.uk | mmcnamara@angelogordon.com |
| bscuzarella@anchorcapital.com | acox@angelogordon.com | mnelson@angelogordon.com |
| cpohl@anchorcapital.com | aelliott@angelogordon.com | mprince@angelogordon.com |
| dwatson@anchorcapital.com | aong@angelogordon.com | mroth@angelogordon.com |
| jnuzzo@anchorcapital.com | aroulac@angelogordon.com | msheerin@angelogordon.com |
| smeade@anchorcapital.com | asolomon@angelogordon.com | mswotes@angelogordon.com |
| ssiegfriedt@anchorcapital.com | bmartin@angelogordon.com | mtzavelis@angelogordon.com |
| thollingworth@anchorcapital.com | bpattelli@angelogordon.com | mwojtusiak@angelogordon.com |
| whickey@anchorcapital.com | brush@angelogordon.com | nfreilich@angelogordon.com |
| alexandra.beisiegel@andbanc.com | cbrescio@angelogordon.com | nfriedlich@angelogordon.com |
| andres.pomar@andbanc.com | cbrunn@angelogordon.com | onunez@angelogordon.com |
| antoni.banon@andbanc.com | cfong@angelogordon.com | pavellone@angelogordon.com |
| antonio.melero@andbanc.com | chwang@angelogordon.com | plewis@angelogordon.com |
| carles.lluch@andbanc.com | cperilman@angelogordon.com | plissman@angelogordon.com |
| guillermo.carrascosa@andbanc.com | cshelton@angelogordon.com | rjaffe@angelogordon.com |
| javier.uriguen@andbanc.com | csweat@angelogordon.com | sbekele@angelogordon.com |
| jessica.morillon@andbanc.com | dbajpai@angelogordon.com | sbertner@angelogordon.com |
| jordi.martret@andbanc.com | dhonovich@angelogordon.com | sehrlich@angelogordon.com |
| jordi.riera@andbanc.com | dhowe@angelogordon.com | sgupte@angelogordon.com |
| josepantoni.cerdan@andbanc.com | dkamin@angelogordon.com | sheanly@angelogordon.com |
| miquel.noguer@andbanc.com | dleone@angelogordon.com | skalra@angelogordon.com |
| oscar.gelabert@andbanc.com | dlieber@angelogordon.com | ssaabneh@angelogordon.com |
| pere.riba@andbanc.com | dpound@angelogordon.com | tarden@angelogordon.com |
| santiago.mora@andbanc.com | droberts@angelogordon.com | tboyce@angelogordon.com |
| sergi.aguado@andbanc.com | dstohr@angelogordon.com | tdurkin@angelogordon.com |
| sonia.vidal@andbanc.com | dtroxell@angelogordon.com | tfuller@angelogordon.com |
| thais.carne@andbanc.com | ekressler@angelogordon.com | thutfilz@angelogordon.con |
| sebastian.edwards@anderson.ucla.edu | gbaiera@angelogordon.com | tmilovanov@angelogordon.com |
| jcodina@andornet.ad | gfink@angelogordon.com | tpulver@angelogordon.com |
| gczamara@andrew.cmu.edu | ggeorgalas@angelogordon.com | pwhitcutt@angloamerican.co.uk |
| lsoucy@androscogginbank.com | grepace@angelogordon.com | sinnell@angloamerican.co.uk |
| mleavitt@androscogginbank.com | gschultz@angelogordon.com | tredman@angloamerican.co.za |
| motterson@androscogginbank.com | gwolf@angelogordon.com | alandillon@angloirishbank.ie |
| adrian.bradshaw@anfis.co.uk | jahern@angelogordon.com | alanhenry@angloirishbank.ie |
| alison.kennedy@anfis.co.uk | jangelo@angelogordon.com | alanmaher@angloirishbank.ie |
| andrew.fraser@anfis.co.uk | jcarmel@angelogordon.com | amandacullen@angloirishbank.ie |
| anne.nelson@anfis.co.uk | jcaylo@angelogordon.com | andrewcurtin@angloirishbank.ie |
| bill.bulloch@anfis.co.uk | jfraser@angelogordon.com | andrewodonohoe@angloirishbank.ie |
| brian.adamson@anfis.co.uk | jlieberman@angelogordon.com | bernarddaly@angloirishbank.ie |
| carolan.dobson@anfis.co.uk | jmalley@angelogordon.com | brianhanrahan@angloirishbank.ie |
| clare.williams@anfis.co.uk | jrorke@angelogordon.com | brianlynch@angloirishbank.ie |
| david.smith@anfis.co.uk | jwekselblatt@angelogordon.com | briano'leary@angloirishbank.ie |
| dmacn1@anfis.co.uk | kbarket@angelogordon.com | carmelphelan@angloirishbank.ie |
| euan.matheson@anfis.co.uk | kconcannon@angelogordon.com | ciarankelleher@angloirishbank.ie |
| gillian.bailey@anfis.co.uk | kfarina@angelogordon.com | ciaranmcardle@angloirishbank.com |
| gillian.mccall@anfis.co.uk | klally@angelogordon.com | colinclarke@angloirishbank.ie |
| gordon.bennett@anfis.co.uk | ktse@angelogordon.com | colmo'neill@angloirishbank.ie |
| judith.childerstone@anfis.co.uk | lvaidya@angelogordon.com | conorhorgan@angloirishbank.ie |
| judith.mercer@anfis.co.uk | mchuong@angelogordon.com | conormckeating@angloirishbank.ie |
| kenneth.macpherson@anfis.co.uk | mdalleva@angelogordon.com | conorspencer@angloirishbank.ie |
| kenneth.wood@anfis.co.uk | mfrazier@angelogordon.com | dannyryan@angloirishbank.ie |
| lynne.provan@anfis.co.uk | mgroves@angelogordon.com | davidbradley@angloirishbank.ie |
| marie.louise.boyle@anfis.co.uk | mhaggar@angelogordon.com | davidconlon@angloirishbank.ie |
| matt.fletcher@anfis.co.uk | michaelgordon@angelogordon.com | davidhanley@angloirishbank.ie |
| morven.beattie@anfis.co.uk | mkanner@angelogordon.com | davidjobling@angloirishbank.co.uk |
| nick.cox-johnson@anfis.co.uk | mkutzin@angelogordon.com | davidmcevoy@angloirishbank.ie |
| scott.love@anfis.co.uk | mlewin@angelogordon.com | davidrussell@angloirishbank.ie |
| stephen.porteous@anfis.co.uk | mloigman@angelogordon.com | deirdreceannt@angloirishbank.com |
| steven.barton@anfis.co.uk | mmalbari@angelogordon.com | deniseholmes@angloirishbank.ie |
| tony.p.irwin@anfis.co.uk | mmanzolillo@angelogordon.com | dermotkieran@angloirishbank.ie |

desnolan@angloirishbank.ie
donalquaid@angloirishbank.ie
eamonnreilly@angloirishbank.ie
emmagrist@angloirishbank.ie
frankwall@angloirishbank.ie
jasondrennan@angloirishbank.ie
jimbarry@angloirishbank.ie
johnbowe@angloirishbank.ie
keithcox@angloirishbank.ie
maevemoran@angloirishbank.ie
mariadunphy@angloirishbank.ie
mietheresegibson@angloirishbank.ie
markmahony@angloirishbank.ie
matthewcullen@angloirishbank.com
mattmoran@angloirishbank.ie
mauraoneill@angloirishbank.ie
mauriceharty@angloirishbank.ie
michaelmcloughlin@angloirishbank.ie
mikedarcy@angloirishbank.ie
niall.tuite@angloirishbank.ie
nicholafarrell@angloirishbank.ie
ornagleeson@angloirishbank.ie
pathinkson@angloirishbank.ie
patrickgleeson@angloirishbank.ie
paulinemccabe@angloirishbank.ie
peterwalsh@angloirishbank.ie
ray.lennon@angloirishbank.ie
risteardbrennan@angloirishbank.ie
robskelly@angloirishbank.ie
ronancostello@angloirishbank.ie
ronanwhite@angloirishbank.ie
roryoconnor@angloirishbank.ie
rowanomahony@angloirishbank.ie
shanebuckley@angloirishbank.ie
simonbyrne@angloirishbank.ie
stevelowe@angloirishbank.ie
chetan.goyal@anheuser-busch.com
david.marlette@anheuser-busch.com
john.einwalter@anheuser-busch.com
lisa.thibodeau@anheuser-busch.com
monika.patel@anheuser-busch.com
lvanuffe@anhyp.be
fabrizio.mancini@ankerbank.ch
dipaolol@ansaldo.com
peranzonib@ansaldo.com
michael.allen@ansbachermm.com
ignacio.portillo@antar.es
josemario.dominguezoutomuro@antar.es
baird.blake@anthem.com
david.cooper@anthem.com
francois.otieno@anthem.com
joe.eppers@anthem.com
michael.koetters@anthem.com
michael.tushan@anthem.com
mike.hall@anthem.com
wgust@anthemcapital.com
dvprooije@anthos.nl
ftenbrink@anthos.nl
hkiekens@anthos.nl
rhelderman@anthos.nl

rjschreuder@anthos.nl
rscholman@anthos.nl
stolboom@anthos.nl
alessandro.laveder@antonveneta.it
alessandro.mileto@antonveneta.it
andrea.dardi@antonveneta.it
cinzia.iacobone@antonveneta.it
cristiano.casini@antonveneta.it
distribuzione.pd@antonveneta.it
enrico.vagnoni@antonveneta.it
fabiano.fossali@antonveneta.it
fabio.bencich@antonveneta.it
flavio.borghese@antonveneta.it
francesco.ceci@antonveneta.it
francesco.tam@antonveneta.it
gennaro.vicidomini@antonveneta.it
gianluca.caniato@antonveneta.it
gianluca.demarchi@antonveneta.it
giorgio.grossi@antonveneta.it
giuseppe.semerano@antonveneta.it
lorenzo.denovellis@antonveneta.it
luca.quivelli@antonveneta.it
luca.triani@antonveneta.it
manlio.liprino@antonveneta.it
marivi.mellina.bares@antonveneta.it
massimo.carducci@antonveneta.it
maurizio.spadaccino@antonveneta.it
paolo.lodi@antonveneta.it
pasquale.galassi@antonveneta.it
pierluigi.benettin@antonveneta.it
pietro.lai@antonveneta.it
rita.boscolo@antonveneta.it
salvatore.liprino@antonveneta.it
stefano.tommasi@antonveneta.it
philip.mcduell@ants.co.uk
adamsm@anz.com
andrew.waller@anz.com
branstong@anz.com
brenton.smith@anz.com
christian.hains@anz.com
coughlas@anz.com
croyd@anz.com
david.leadsom@anz.com
david.roughley@anz.com
david.wilkinson@anz.com
ellism1@anz.com
fiddamam@anz.com
georgeg2@anz.com
glenn.mackersy@anz.com
irvingt@anz.com
jarvisj@anz.com
ming.wo@anz.com
newburyj@anz.com
nunnj@anz.com
pjm1@anz.com
powells@anz.com
smithpe@anz.com
stewart.morton@anz.com
tim.everist@anz.com
tony.allen@anz.com

woodl@anz.com
yiannisa@anz.com
lindberg.mike@aoins.com
ward.ian@aoins.com
aanisa@aol.com
adoley7@aol.com
agavilan10@aol.com
ajsteamboat@aol.com
amsllc55@aol.com
awwray@aol.com
banknegara@aol.com
bdoby1013@aol.com
bdrchjb@aol.com
berkbowen@aol.com
bethbyrnes@aol.com
bijutsu@aol.com
blindtner@aol.com
bnmnyro@aol.com
bodiva@aol.com
bonbish@aol.com
botnewyork@aol.com
bronnenbergj@aol.com
chakoeller@aol.com
chantigny@aol.com
cjbrandon1@aol.com
clehman990@aol.com
ctbnya@aol.com
danireda@aol.com
davecole7@aol.com
davidnic@aol.com
dbmbla2@aol.com
deatherly@aol.com
drurgento@aol.com
drx17@aol.com
edoganton@aol.com
egbandceb@aol.com
ekass73388@aol.com
ellmacc@aol.com
eppy211@aol.com
erichaussman@aol.com
fdsfdsaf@aol.com
fparkes704@aol.com
fyicgopc@aol.com
gannong@aol.com
gennellj@aol.com
gikamran@aol.com
gkdimit@aol.com
gkoltek@aol.com
gpalmieri9@aol.com
gregfort@aol.com
gwagmbh@aol.com
hagstromr@aol.com
hanilbk@aol.com
hdoley@aol.com
home@aol.com
huananbkny@aol.com
ianarnof@aol.com
jbernardo111@aol.com
jeffperry45@aol.com
jfhedgefund@aol.com

jimkoulos@aol.com
jmnjm@aol.com
joneshenrylee@aol.com
jpccfa@aol.com
jphcpa@aol.com
karkruger@aol.com
kellym1536@aol.com
lava285@aol.com
lbotla@aol.com
lisa@aol.com
lisap@aol.com
lpcgsi@aol.com
marko379@aol.com
mc2401@aol.com
mccluj@aol.com
mikemclare@aol.com
mkmartino@aol.com
pabornstein@aol.com
paullundmark@aol.com
pbabyak002@aol.com
philyang@aol.com
piyaratana@aol.com
pkhatau@aol.com
prtmaletta@aol.com
pspessoa@aol.com
rstew10446@aol.com
salbashir@aol.com
samho@aol.com
saz16@aol.com
sconnery@aol.com
seabirdiv@aol.com
serpiccioli@aol.com
shochfam@aol.com
slbus@aol.com
smoojoy@aol.com
snewland6@aol.com
ssmith7731@aol.com
steve@aol.com
tinireen@aol.com
vmaultsby@aol.com
wbest768@aol.com
weisowl4@aol.com
wmtramirez@aol.com
wpan562118@aol.com
mackereth.ruckman@aoltw.com
andrew_ward@aon.com
brian.lawrence@aon.com
chi_man_wong@aon.nl
clare.hennings@aon.co.uk
greg_r_briskey@aon.com
john.griffiths@aon.co.uk
john_lagedrost@aon.com
keith_c_lemmer@aon.com
nigel.sedgwick@aon.co.uk
robert.jurkowski@aon.co.uk
robert_johnigan@aon.com
tiffany_rockette@asc.aon.com
william_r_anderson@aon.com
michaelcheung@aozora-apf.com
a.iisaka@aozorabank.co.jp

a.kawase@aozorabank.co.jp
a.morishima@aozorabank.co.jp
a.nitabaru@aozorabank.co.jp
a.pui@aozorabank.co.jp
a.sakai@aozorabank.co.jp
a1.satou@aozorabank.co.jp
a2.nakajima@aozorabank.co.jp
azbk001@aozorabank.co.jp
c.iida@aozorabank.co.jp
e.kobayashi@aozorabank.co.jp
f.hiura@aozorabank.co.jp
f.smyth@aozorabank.co.jp
h.funatsu@aozorabank.co.jp
h.kajitani@aozorabank.co.jp
h.kuroda@aozorabank.co.jp
h.mizukami@aozorabank.co.jp
h.nakaya@aozorabank.co.jp
h2.kinoshita@aozorabank.co.jp
j.fiorello@aozorabank.co.jp
j.hata@aozorabank.co.jp
j.mccloskey@aozorabank.co.jp
j.mudie@aozorabank.co.jp
k.furuta@aozorabank.co.jp
k.horikawa@aozorabank.co.jp
k.hosono@aozorabank.co.jp
k.otake@aozorabank.co.jp
k.ozaki@aozorabank.co.jp
k.yamakoshi@aozorabank.co.jp
k2.ono@aozorabank.co.jp
k3.nomura@aozorabank.co.jp
k4.tanaka@aozorabank.co.jp
l.millstein@aozorabank.co.jp
m.horiba@aozorabank.co.jp
m.kakuchi@aozorabank.co.jp
m.matsuura@aozorabank.co.jp
m.nagatomi@aozorabank.co.jp
m.nirei@aozorabank.co.jp
m.noguchi@aozorabank.co.jp
m.ohara@aozorabank.co.jp
m.segawa@aozorabank.co.jp
m.takada@aozorabank.co.jp
m.yanagi@aozorabank.co.jp
m1.harada@aozorabank.co.jp
n.terashima@aozorabank.co.jp
n.tokuda@aozorabank.co.jp
n1.sugimoto@aozorabank.co.jp
r.abe@aozorabank.co.jp
r4.tanaka@aozorabank.co.jp
refd@aozorabank.co.jp
s.hashiguchi@aozorabank.co.jp
s.hosobuchi@aozorabank.co.jp
s.kyoutaki@aozorabank.co.jp
s1.tanaka@aozorabank.co.jp
s2.yamaguchi@aozorabank.co.jp
s4.nakamura@aozorabank.co.jp
t.amano@aozorabank.co.jp
t.inaba@aozorabank.co.jp
t.okuda@aozorabank.co.jp
t.osawa@aozorabank.co.jp
t.oyama@aozorabank.co.jp

t.umino@aozorabank.co.jp
t.uzawa@aozorabank.co.jp
t.yamada@aozorabank.co.jp
t.yanagiya@aozorabank.co.jp
t1.hasegawa@aozorabank.co.jp
t1.katou@aozorabank.co.jp
t1.murakami@aozorabank.co.jp
t1.takeuchi@aozorabank.co.jp
t2.takahashi@aozorabank.co.jp
t3.matsui@aozorabank.co.jp
y.hanayama@aozorabank.co.jp
y.hijikata@aozorabank.co.jp
y.inagaki@aozorabank.co.jp
y.kashiwagi@aozorabank.co.jp
y.kuroda@aozorabank.co.jp
y.nishio@aozorabank.co.jp
y1.hamada@aozorabank.co.jp
y1.matsuura@aozorabank.co.jp
y1.sugimoto@aozorabank.co.jp
a.pui@aozora-invmgmt.com
h.noeding@aozora-invmgmt.com
m.vasilache@aozora-invmgmt.com
f.sacasa@aozorabank.co.jp
anders.palmer@ap1.se
andreas.wollheim@ap1.se
anna-lena.winberg@ap1.se
carin.mansson@ap1.se
carl.lundstromer@ap1.se
carlfredrik.karner@ap1.se
cecilia.thomasson-blomquist@ap1.se
claes.nordengren@ap1.se
daniel.chapuis@ap1.se
elisabeth.kruth@ap1.se
erik.akesson@ap1.se
fredrik.aglo@ap1.se
gunnel.lindkvist@ap1.se
gustaf.hagerud@ap1.se
hans.gustafson@ap1.se
helena.kardell@ap1.se
jesper.sandin@ap1.se
johan.setterblad@ap1.se
jonas.jansson@ap1.se
juan.suarez@ap1.se
maria.hedin@ap1.se
mats.larsson@ap1.se
olof.jonasson@ap1.se
ossian.ekdahl@ap1.se
patrik.nyman@ap1.se
patrik.onnerdal@ap1.se
per.lundborg@ap1.se
per.snarberg@ap1.se
richard.koch@ap1.se
sofi.eriksson@ap1.se
stefan.bergsten@ap1.se
tony.karlsson@ap1.se
ac.hormgard@ap3.se
anders.augusen@ap3.se
anette.hellstom@ap3.se
bengt.hansson@ap3.se
bengt.hellstrom@ap3.se

claudia.stanghellini@ap3.se
david.stillberger@ap3.se
eskil.svensson@ap3.se
hans.ericsson@ap3.se
hans.lindberg@ap3.se
inge.andersson@ap3.se
jannis.asdres@ap3.se
jerk.matero@ap3.se
kerim.kaskal@ap3.se
klas.akerback@ap3.se
lars.orest@ap3.se
lena.djurberg@ap3.se
magnus.eriksson@ap3.se
matthias.buhr-berg@ap3.se
nalini.bonnier@ap3.se
olle.bastmark@ap3.se
per.colleen@ap3.se
peter.lundkvist@ap3.se
sofie.emilsson-nilvall@ap3.se
stig.jonsson@ap3.se
ulrica.slane-sens@ap3.se
urban.eriksson@ap3.se
leif.hassel@ap4.se
jonathan@apam.com
steveg@apam.com
trent@apam.com
bert@apcm.net
bill@apcm.net
chris@apcm.net
julee@apcm.net
randy@apcm.net
dave@apexfcu.com
steve@apexfcu.com
michael.crilley@apfs.com
mats.wallander@apfund1-3.se
nicolas.pernet@apicil.com
patrick.delestra@apicil.com
dmoretto@apicorp-arabia.com
hfarid@apicorp-arabia.com
zraja@apicorp-arabia.com
a.canestrelli@apioil.com
c.capizzi@apioil.com
f.ambrogi@apioil.com
f.nico@apioil.com
l.valeri@apioil.com
m.sigismondi@apioil.com
s.asta@apioil.com
s.cardello@apioil.com
t.rea@apioil.com
alfred.ungerboeck@apk.at
christian.boehm@apk.at
gerhard.neustaedter@apk.at
guenther.schiendl@apk.at
katharina.leeb@apk.at
rochard.kock@apl.se
lance@aplusmgmt.com
a.backhaus@apoasset.de
a.dittmer@apoasset.de
a.tansley@apoasset.de
a.weber@apoasset.de

f.jansen@apoasset.de
k.kricks-brunnlieb@apoasset.de
m.hoppe@apoasset.de
m.momberg@apoasset.de
m.tetzlaff@apoasset.de
r.heussen@apoasset.de
u.noetges@apoasset.de
w.valder@apoasset.de
andrea.schubert@apobank.de
andreas.wengler@apobank.de
bjoern.magnussen@apobank.de
boris.hussmann@apobank.de
christian.riedel@apobank.de
claus.wilsing@apobank.de
elke.frevert@apobank.de
ferenc.schmidt@apobank.de
frank.altrock@apobank.de
frank.kaup@apobank.de
frank.roggow@apobank.de
frank.schubert@apobank.de
guenter.nieden@apobank.de
horst.luszczyk@apobank.de
ines.rueberg@apobank.de
iven.gernetzke@apobank.de
joerg-peter.cauko@apobank.de
lothar.schroeder@apobank.de
marckai.freitag@apobank.de
martin.sachs@apobank.de
michael.franz@apobank.de
michael.grimm@apobank.de
mirko.engels@apobank.de
oliver.may@apobank.de
peter.nowaczyk@apobank.de
peter.staehler@apobank.de
rainald.brune@apobank.de
ralf.hoss@apobank.de
richard.ipesch@apobank.de
simon.piel@apobank.de
thorsten.hotz@apobank.de
ute.rehwald@apobank.de
uwe.krause@apobank.de
uwe.zeidler@apobank.de
viktor.heese@apobank.de
andre.krzyzowski@apoireland.com
aschweibold@apollocapital.com
berry@apollocapital.com
fzappaterra@apollocapital.com
jfrank@apollocapital.com
jperri@apollocapital.com
jrochwerg@apollocapital.com
jscheir@apollocapital.com
jvanek@apollocapital.com
kpicache@apollocapital.com
mclellan@apollocapital.com
rbittencourt@apollocapital.com
rdennis@apollocapital.com
shines@apollocapital.com
sjoshi@apollocapital.com
slunat@apollocapital.com
tfuzesi@apollocapital.com

jcoccaro@apollodif.com
jkorval@apollodif.com
kang@apollodif.com
katz@apollodif.com
manglani@apollodif.com
mtu@apollodif.com
schneider@apollodif.com
abehrman@apolloic.com
aburke@apolloic.com
adelia@apolloic.com
bagaria@apolloic.com
bkatz@apolloic.com
dalton@apolloic.com
evelazquez@apolloic.com
hosseinzadeh@apolloic.com
imazzella@apolloic.com
jbriones@apolloic.com
jmann@apolloic.com
reynolds@apolloic.com
ruberton@apolloic.com
sack@apolloic.com
taker@apolloic.com
tpowell@apolloic.com
africk@nyc.apollolp.com
ament@nyc.apollolp.com
benjamin@nyc.apollolp.com
bpatel@apollolp.com
constantino@apollolp.com
dbellissimo@apollolp.com
dennis@apollolp.com
ejohnson@apollolp.com
gklavdianos@apollolp.com
katz@co.apollolp.com
kcrowe@apollolp.com
parker@apollolp.com
penn@nyc.apollolp.com
pentikis@nyc.apollolp.com
ppawlowski@apollolp.com
press@apollolp.com
rowan@nyc.apollolp.com
seminara@apollolp.com
tstromstedt@apollolp.com
wildauer@nyc.apollolp.com
jbeaman@apollorealestate.com
jkelley@apollorealestate.com
jmoy@apollorealestate.com
mcosgrove@apollorealestate.com
wurwarg@apollorealestate.com
jimd@apollotrust.com
isender@aposcapital.com
alan@apothcap.com
jerel@apothcap.com
kari@apothcap.com
mike@apothcap.com
rick@apothcap.com
ryan@apothcap.com
tom@apothcap.com
aya@apple.com
jkurniawan@apple.com
millerm@apple.com

| | | |
|---|---|---|
| mshapiro@apple.com | thomas.pergande@aramea-ag.de | roberto.occhipinti@arcafondi.it |
| todorov@apple.com | kevin.drew@arbella.com | settimio.stigliano@arcafondi.it |
| tomei@apple.com | safsd@arbor.com | simone.binismaghi@arcafondi.it |
| dvanhorne@apple-bank.com | cbick@arborcapital.com | simone.facchinato@arcafondi.it |
| sfriedman@apple-bank.com | cronan@arborcapital.com | stefano.ghetti@arcafondi.it |
| aclough@appletonpartners.com | charles.carmody@arborresearch.com | theresa.liu@arcafondi.it |
| btracy@appletonpartners.com | tmilani@arborresearch.com | tiziana.rossi@arcafondi.it |
| jladge@appletonpartners.com | alessandra.casati@arcafondi.it | valter.nosenzo@arcafondi.it |
| jnoonan@appletonpartners.com | amelia.benevento@arcafondi.it | f.marcon@arcasim.it |
| paula.bujia@ar.schroders.combb | andrea.dalsanto@arcafondi.it | f.pozzoli@arcasim.it |
| amer.matar@arabbank.co.uk | andrea.zavolta@arcafondi.it | christopher.palm@archipel.se |
| andrew.simmons@arabbank.co.uk | angelo.vanelli@arcafondi.it | claes-erik.rydberg@archipel.se |
| angela.al-alaiwat@arabbank.com.bh | attilio.ferrari@arcafondi.it | keith.goodman@archipel.se |
| barry.jaggs@arabbank.co.uk | benedetta.rospigliosi@arcafondi.it | caspar.rock@architas-mm.com |
| bryan.goh@arabbank.co.uk | carlo.mogni@arcafondi.it | janderson@arco.com |
| christopher.cheong@arabbank.com.sg | cinzia.pedemonte@arcafondi.it | jmiller@arco.com |
| colin.couchman@arabbank.co.uk | daniele.savare@arcafondi.it | nreynol@mail.arco.com |
| david.wyatt@arabbank.co.uk | daniele.zujani@arcafondi.it | jcanto@arcocapital.com |
| diana.lim@arabbank.com.sg | davide.digioia@arcafondi.it | andrea@ardsley.com |
| ggattiker@arabbank.ch | davide.guglielminotti@arcafondi.it | aneta@ardsley.com |
| ian.greenwood@arabbank.co.uk | dennis.montagna@arcafondi.it | anne@ardsley.com |
| john.tan@arabbank.com.sg | diego.dargenio@arcafondi.it | ben@ardsley.com |
| karim.dashti@arabbank.com | elena.daverio@arcafondi.it | bob@ardsley.com |
| kheiry.amr@arabbank.co.uk | enzo.salvati@arcafondi.it | charlie@ardsley.com |
| lynette.boey@arabbank.com.sg | fabrizio.petrineschi@arcafondi.it | dot@ardsley.com |
| mcchee@arabbank.com.sg | federico.mosca@arcafondi.it | george@ardsley.com |
| stuart.davies@arabbank.co.uk | franca.ruta@arcafondi.it | james@ardsley.com |
| vlehmann@arabbank.ch | francesco.cordua@arcafondi.it | jan@ardsley.com |
| abdelrahman.tarzi@arabbanking.com | francesco.merli@arcafondi.it | jeffk@ardsley.com |
| ahmed.abbas@arabbanking.com | giada.vello@arcafondi.it | joe@ardsley.com |
| akeel.ghaith@arabbanking.com | giampaolo.novelli@arcafondi.it | kirk@ardsley.com |
| amitabh.arolkar@arabbanking.com | giovanni.radicella@arcafondi.it | michael@ardsley.com |
| amr.ghadallah@arabbanking.com | giuliano.palumbo@arcafondi.it | noel@ardsley.com |
| aref.barbeer@arabbanking.com | giuseppe.novelli@arcafondi.it | pam@ardsley.com |
| arif.mumtaz@arabbanking.com | laura.cereda@arcafondi.it | phil@ardsley.com |
| ayman.zaidan@arabbanking.com | laura.gabaglio@arcafondi.it | robyn@ardsley.com |
| bill.harrington@arabbanking.com | linda.trovato@arcafondi.it | sharon@ardsley.com |
| david.siegel@arabbanking.com | lorenzo.foroni@arcafondi.it | spencer@ardsley.com |
| emad.alsaudi@arabbanking.com | luca.piano@arcafondi.it | steve@ardsley.com |
| essam.elwakil@arabbanking.com | luca.soria@arcafondi.it | todd@ardsley.com |
| faris.hayek@arabbanking.com | marco.cassani@arcafondi.it | tom@ardsley.com |
| grant.mcdonald@arabbanking.com | marco.mauri@arcafondi.it | claudio.arenas@aresiaavc.fr |
| ian.wright@arabbanking.com | marco.migliorin@arcafondi.it | g.sandovala@argentaria.es |
| karim.dashti@arabbanking.com | marco.pellini@arcafondi.it | panabitarte@argentaria.es |
| mahmood.zewam@arabbanking.com | marco.vicinanza@arcafondi.it | marcfreeman@argyle-investment.com |
| mohsin.qassim@arabbanking.com | marina.leone@arcafondi.it | robing@argyle-investment.com |
| mujeebu.rahman@arabbanking.com | marisa.pastore@arcafondi.it | tonym@argyle-investment.com |
| mukund.ballal@arabbanking.com | maristella.savino@arcafondi.it | arogers@ariel.com |
| na@arabbanking.com | marzio.lanzoni@arcafondi.it | cwatters@arielcapital.com |
| osama.mohamed@arabbanking.com | massimiliano.fumagalli@arcafondi.it | gleong@arielcapital.com |
| pradeep.mehra@arabbanking.com | massimiliano.liberatore@arcafondi.it | mmcguire@arielcapital.com |
| robert.fitzsimons@arabbanking.com | massimo.bigoni@arcafondi.it | aparikh@arielinvestments.com |
| saamer.azzuz@arabbanking.com | miranda.agosti@arcafondi.it | atodd@arielinvestments.com |
| talal.alghalib@arabbanking.com | paola.spinella@arcafondi.it | aweitz@arielinvestments.com |
| talha.karim@arabbanking.com | paolo.guglielmini@arcafondi.it | cbobrinskoy@arielinvestments.com |
| ecaravanos@arabbankusa.com | paolo.mazzocca@arcafondi.it | ccargie@arielinvestments.com |
| wghazar@arabbankusa.com | patrizia.bianchi@arcafondi.it | cmccann@arielinvestments.com |
| ahahnel@aragon.se | pierluigi.spagnolo@arcafondi.it | emojica@arielinvestments.com |
| eheneskog@aragon.se | raffaele.medugno@arcafondi.it | jalletto@arielinvestments.com |
| mlarsson@aragon.se | roberta.marconcini@arcafondi.it | jmiller@arielinvestments.com |

jtyler@arielinvestments.com
kkuhrt@arielinvestments.com
lwyatt@arielinvestments.com
mdonelson@arielinvestments.com
mhobson@arielinvestments.com
msauer@arielinvestments.com
rgoldsborough@arielinvestments.com
rkohn@arielinvestments.com
scarollo@arielinvestments.com
tfidler@arielinvestments.com
devanand.t@arig.com.bh
tholoor.t@arig.com.bh
maxwell@eller.arizona.edu
eg@ark.demon.co.uk
jh@ark.demon.co.uk
pete.iaconis@ark.com
paul_lafleche@arkwright.com
toconnor@armfinancial.com
alessandro.censi@arnerbank.ch
domenico.fazio@arnerbank.ch
giacomo.picchetto@arnerbank.ch
gianmarco.mondani@arnerbank.ch
marco.accorroni@arnerbank.ch
maura.bettosini@arnerbank.ch
michael.tornese@arnerbank.ch
mirko.borghi@arnerbank.ch
niccolo.badoglio@arnerbank.ch
nico.cacciabue@arnerbank.ch
nicola.bravetti@arnerbank.ch
nicola.senni@arnerbank.ch
stefano.dedola@arnerbank.ch
tristan.brenner@arnerbank.ch
christer.backstrom@arosmaizels.com
daniel.kyritsis@arrowpointcap.com
keping.liu@arrowpointcap.com
bernhard.arbogast@art-allianz.ch
jflynn@art-allianz.com
pbarnaby@art-allianz.com
thomas.schatzmann@art-allianz.ch
tlamb@art-allianz.com
wseery@art-allianz.com
jac@artemisinvest.com
jci@artemisinvest.com
jit@artemisinvest.com
llm@artemisinvest.com
rsg@artemisinvest.com
sjb@artemisinvest.com
alain_engel@artesia.be
koen_godfried@artesia.be
wim_melyn@artesia.be
jeffrey.van.impe@artesiabc.be
kathleen.de.boever@artesiabc.be
peter.grijseels@artesiabc.be
propequities@artesiabc.be
roger.osullivan@artesiabc.be
peterb@artesiamortgage.com
adriane.collimore@artisanpartners.com
jim.kieffer@artisanpartners.com
bakers@arvest.com
jcalvin@arvest.com

jcornett@arvest.com
sphillips@arvest.com
d0143@asagu-life.co.jp
d0132@asahi-life.co.jp
d0137@asahi-life.co.jp
d0138@asahi-life.co.jp
d0139@asahi-life.co.jp
d0141@asahi-life.co.jp
d0203@asahi-life.co.jp
d0309@asahi-life.co.jp
hosoi_koutarou@mail.asahi-life.co.jp
hotta_koji@mail.asahi-life.co.jp
inoue_yoshihisa@mail.asahi-life.co.jp
kaga_ichio@mail.asahi-life.co.jp
karukomi_kazutaka@mail.asahi-life.co.jp
kawakami_kazuhiro@mail.asahi-life.co.jp
kikuchi_hirofumi@mail.asahi-life.co.jp
masuda_kaoru@mail.asahi-life.co.jp
mori_hideaki@emai.asahi-life.co.jp
murata_toshiaki@mail.asahi-life.co.jp
saitou_toshikazu@mail.asahi-life.co.jp
sekiguchi_hiroshi@mail.asahi-life.co.jp
tamaru_manabu@mail.asahi-life.co.jp
toki_shinichi@mail.asahi-life.co.jp
tsuji_masanao@mail.asahi-life.co.jp
uchimura_nobuaki@mail.asahi-life.co.jp
yokoyama_makoto@mail.asahi-life.co.jp
n173224@asatsu-dk.co.jp
aaron.mo@asbai.com
abhay.deshpande@asbai.com
alan.barr@asbai.com
alan.sista@asbai.com
alana.baldassari@asbai.com
allen.sista@asbai.com
andrew.gundlach@asbai.com
anita.krishnamoorthy@asbai.com
bethany.klein@asbai.com
bridget.gagen@asbai.com
charles.devaulx@asbai.com
debbie.lusman@asbai.com
edgardo.khafif@asbai.com
edward.dwek@asbai.com
george.ross@asbai.com
ian.mcgonigle@asbai.com
ira.gorsky@asbai.com
jason.dahl@asbai.com
john.napolitano@asbai.com
jonathan.spitzer@asbai.com
kerry.byrne@asbai.com
kevin.mcgovern@asbai.com
kim.silberman@asbai.com
kimberly.greene@asbai.com
larry.ioffredo@asbai.com
mark.wright@asbai.com
matt.lamphier@asbai.com
maureen.maydick@asbai.com
oanh.nguyen@asbai.com
paul.dowicz@asbai.com
phillip.marriott@asbai.com
rachel.benepe@asbai.com

reginald.luly@asbai.com
ren.richmond@asbai.com
robert.folino@asbai.com
robert.hordon@asbai.com
sheryl.finch@asbai.com
sibel.karantay@asbai.com
thibaut.pizenberg@asbai.com
vinodh.nalluri@asbai.com
akennedy@asbcm.com
akowell@asbcm.com
bcharles@asbcm.com
bwasilewski@asbcm.com
dmulvey@asbcm.com
dritt@asbcm.com
eodonoghue@asbcm.com
herrigo@asbcm.com
hfoster@asbcm.com
jedwards@asbcm.com
lballard@asbcm.com
lburleigh@asbcm.com
llocher@asbcm.com
shudson@asbcm.com
srichey@asbcm.com
tmccubbin@asbcm.com
charles.edward@asbinc.com
colin.morris@asbinc.com
despende.abhey@asbinc.com
edward.charles@asbinc.com
frank.woglam@asbinc.com
leslie.teicholz@asbinc.com
meghan.horrigan@asbinc.com
robert.hordon@asbinc.com
ccontreras@asbnet.com
pschwob@asbnet.com
ptravezan@asbnet.com
mepps@asbonline.com
robert.mcwilliam@asda.co.uk
asdasda@asdas.com
wtang@aseansec.og
agilbert@asglp.com
bblodgett@asglp.com
dmitry@asglp.com
twitt@asglp.com
treasuryinvestments@ashland.com
eclopes@ashmorebrazil.com.br
tcjacinto@ashmorebrazil.com.br
alex.cawley@ashmoregroup.com
andrew.edmonson@ashmoregroup.com
andrew.grijns@ashmoregroup.com
brent.dejong@ashmoregroup.com
bronwyn.hill@ashmoregroup.com
cathy.campbell@ashmoregroup.com
cemil.urganci@ashmoregroup.com
claire.sowry@ashmoregroup.com
dawn.porter@ashmoregroup.com
edward.cole@ashmoregroup.com
fernando.assad@ashmoregroup.com
graham.pearse@ashmoregroup.com
herbert.saller@ashmoregroup.com
irfan.janmohamed@ashmoregroup.com

jan.dehn@ashmoregroup.com
jerome.booth@ashmoregroup.com
joanna.kalmer@ashmoregroup.com
joanne.baxter@ashmoregroup.com
jules.green@ashmoregroup.com
ousmene.mandeng@ashmoregroup.com
peter.drew@ashmoregroup.com
ricardo.xavier@ashmoregroup.com
robin.forrest@ashmoregroup.com
seumas.dawes@ashmoregroup.com
sheena.popat@ashmoregroup.com
sue.smith@ashmoregroup.com
ihaley@mail.asiandevbank.org
jlimandibrata@mail.asiandevbank.org
mkubota@mail.asiandevbank.org
sdkang@asiaonline.net
swee-chiew.tan@asiaparibas.com
adelk@asrs.state.az.us
johnld@asrs.state.az.us
michaelv@asrs.state.az.us
gvera@assegurances.sanostra.es
jgomezd@assegurances.sanostra.es
mfleixac@assegurances.sanostra.es
ann.dewar@aberdeen.asset.com
daniel.gloor@assetmanagement.za.ch
francisca.riederer@assetmanagement.zh.ch
jacques.gerbi@magdebourg.asso.fr
allen.larson@associatedbank.com
annette.guyekordus@associatedbank.com
bob.nuthals@associatedbank.com
chan.barden@associatedbank.com
dave.fisher@associatedbank.com
david.hoff@associatedbank.com
deborah.hoeft@associatedbank.com
dennis.olsta@associatedbank.com
diane.lightfield@associatedbank.com
greg.dahlman@associatedbank.com
jason.herried@associatedbank.com
jennifer.nixon@associatedbank.com
joe.selner@associatedbank.com
john.thayer@associatedbank.com
joseph.dutkiewicz@associatedbank.com
kim.hilgers@associatedbank.com
kristen.oxenford@associatedbank.com
lloyd.francis@associatedbank.com
mark.heaselden@associatedbank.com
mark.hilgendorf@associatedbank.com
mark.tumpach@associatedbank.com
michael.mahlik@associatedbank.com
mike.hochholzer@associatedbank.com
mike.spalding@associatedbank.com
pat.fry@associatedbank.com
pat.hogan@associatedbank.com
patricia.baker@associatedbank.com
steve.hoffman@associatedbank.com
steve.pipp@associatedbank.com
susan.farrell@associatedbank.com
susie.anderson@associatedbank.com
thomas.toerpe@associatedbank.com
val.glytas@associatedbank.com

cindy.landreth@assurant.com
a.gentili@astonbank.com
g.supino@astonbank.com
l.serra@astonbank.com
r.colangelo@astonbank.com
s.rivellini@astonbank.com
a.fabiani@aston-bond.com
c.costa@aston-bond.com
c.negro@aston-bond.com
f.guffanti@aston-bond.com
l.bruni@aston-bond.com
l.schettino@aston-bond.com
m.gualdani@aston-bond.com
m.pecchi@aston-bond.com
s.vigoni@aston-bond.com
vcosta@aston-bond.com
ffusco@astoriafederal.com
lharper@astoriafederal.com
tlucifero@astoriafederal.com
rina.andriani@ai.astra.co.id
awiele@asv.de
baumannp@atag.com
maderb@atag.com
weibeld@atag.com
baruch@atalanta.com
agm@atalantasosnoff.com
asn@atalantasosnoff.com
cbs@atalantasosnoff.com
cg@atalantasosnoff.com
dts@atalantasosnoff.com
gmk@atalantasosnoff.com
jpm@atalantasosnoff.com
jvs@atalantasosnoff.com
kwn@atalantasosnoff.com
mgm@atalantasosnoff.com
mts@atalantasosnoff.com
pak@atalantasosnoff..com
rfr@atalantasosnoff.com
rma@atalantasosnoff.com
rn@atalantasosnoff.com
sgd@atalantasosnoff.com
wmk@atalantasosnoff.com
jspagoletti@atgsystems.com
ntritton@atgsystems.com
atlanti@atlanti.ch
acheng@atlanticasset.com
amoran@atlanticasset.com
apellicci@atlanticasset.com
bbayer@atlanticasset.com
bschmauch@atlanticasset.com
bsegura@atlanticasset.com
ccole@atlanticasset.com
ccomito@atlanticasset.com
dmcmillan@atlanticasset.com
dtrotter@atlanticasset.com
ehunt@atlanticasset.com
fsheikh@atlanticasset.com
gcapasso@atlanticasset.com
jpratt@atlanticasset.com
jsellers@atlanticasset.com

mdineen@atlanticasset.com
mmogavero@atlanticasset.com
sarnone@atlanticasset.com
ssaurack@atlanticasset.com
berson@atlanticinvestment.net
brenner@atlanticinvestment.net
canaan@atlanticinvestment.net
capasso@atlanticinvestment.net
carlson@atlanticinvestment.net
chang@atlanticinvestment.net
gevert@atlanticinvestment.net
graziosa@atlanticinvestment.net
hanford@atlanticinvestment.net
hardwick@atlanticinvestment.net
huey@atlanticinvestment.net
ivanova@atlanticinvestment.net
jenckes@atlanticinvestment.net
kobuse@atlanticinvestment.net
krasne@atlanticinvestment.net
meek@atlanticinvestment.net
orourke@atlanticinvestment.net
roepers@atlanticinvestment.net
sawwan@atlanticinvestment.net
siddiqui@atlanticinvestment.net
vanpraagh@atlanticinvestment.net
yamada@atlanticinvestment.net
mito@atlanticinvestments.net
moy@atlanticinvestments.net
jcabanas@atlantico.com
erik.johnsen@se.atlascopco.com
hans.ola.meyer@atlascopco.se
mattias.olsson@atlascopco.com
jbesse@atlasventure.fr
stephane.everaerts@atofina.com
wayne.greathouse@atrs.state.ar.us
akondo@yhc.att.ne.jp
carol.gould@att.com
cmlockhart@att.com
jsboyd-secu@att.net
ktakashi@cba.att.ne.jp
leskarpru@att.net
lightninglou@worldnet.att.net
normkurland@att.net
ozawa@tkg.att.ne.jp
rangelica@ems.att.com
rochelle@att.com
sskell@att.blackberry.net
w.bethke@worldnet.att.net
bbtracy@attbi.com
istewart@westpac.au.com
fritz.ott@aua.com
harold.weilbold@aua.com
moorec5@mail.auburn.edu
adrian.owens@augustus.co.uk
alex.mcknight@augustus.co.uk
andrew.bourke@augustus.co.uk
andrew.snowball@augustus.co.uk
ben.helm@augustus.co.uk
chris.hood@augustus.co.uk
clare.hepburn@augustus.co.uk

daniel.sheard@augustus.co.uk
edward.dove@augustus.co.uk
haroon.shaikh@augustus.co.uk
james.mcalevey@augustus.co.uk
johannes.wagner@augustus.co.uk
kelly.shea@augustus.co.uk
marcus.norwood@augustus.co.uk
mark.banford-lawrence@augustus.co.uk
mark.dragten@augustus.co.uk
michael.allen@augustus.co.uk
michael.hepburn@augustus.co.uk
paul.mcnamara@augustus.co.uk
steven.wright@augustus.co.uk
tim.haywood@augustus.co.uk
victoria.friend@augustus.co.uk
william.wallis@augustus.co.uk
thomas.oshea@augutus.co.uk
chris.pahlke@aul.com
dave_sapp@aul.com
jason_w_bear@aul.com
kent_adams@aul.com
kristin_n_bevington@aul.com
maryann_kriener@aul.com
rodolfo.martin@auna.es
avatankha@auscal.com
cfox@auscal.com
alberto.de-vecchi@autogrill.net
claudio.demolli@autogrill.net
nicola.toffolatti@autogrill.net
rocco.caruso@autogrill.net
atschopp@autostrade.it
eangrisani@autostrade.it
gcastellucci@autostrade.it
msonego@autostrade.it
pcordova@autostrade.it
vgamberale@autostrade.it
andrepeter.horovitz@erstebank.av
not@available.com
ceddy@avatar-associates.com
fbrimberg@avatar-associates.com
lseibert@avatar-associates.com
nbendig@avatar-associates.com
nepstein@avatar-associates.com
ttheodore@avatar-associates.com
peter.ramsay@avenir.fi
chrispaul@averagp.com
alain_grandjean@aviva.fr
alban_tourrade@aviva.fr
andrew.moss@aviva.com
bernard_guillaume@aviva.fr
charles_afriat@aviva.fr
christine_mithouard@aviva.fr
daphne_heinz@aviva.fr
david_butler@aviva.com
denis_lehman@aviva.fr
fernley.dyson@aviva.com
francoise_labbe@aviva.fr
frederic_tassin@aviva.fr
gordon.harpin@aviva.com
jean.francois_boulier@aviva.fr

jean-pierre_salles@aviva.fr
john_westby@aviva.com
jonathan.macdonald@aviva.com
laurence_aubin@aviva.fr
laurent_bellity@aviva.fr
marc_lecointe@aviva.fr
neil.macguire@aviva.com
olivier_riottot@aviva.fr
pascal_heurtault@aviva.fr
paul_gagey@aviva.fr
philippe_vibertguigue@aviva.fr
stephane_echardour@aviva.fr
susan_sharrockyates@aviva.com
xavier_nicolas@aviva.fr
andrew.white@avmltd.com
angela.hillebrand@avmltd.com
baldemar.mejia@avmltd.com
bill.kantor@avmltd.com
bill.mccauley@avmltd.com
bob.hart@avmltd.com
bob.koets@avmltd.com
brandon.pellegrino@avmltd.com
brian.arsenault@avmltd.com
cameron.cohen@avmltd.com
cbenso@avmltd.com
chad.hladik@avmltd.com
chris.hite@avmltd.com
chris.matchett@avmltd.com
collateral@avmltd.com
daniel.dow@avmltd.com
dave.vealey@avmltd.com
david.allen@avmltd.com
david.mauroner@avmltd.com
david.sukoff@avmltd.com
deep.kumar@avmltd.com
eugenio.perez@avmltd.com
fowler.hatley@avmltd.com
gabe.anuar@avmltd.com
gail.schaumann@avmltd.com
garth.friesen@avmltd.com
greg.babij@avmltd.com
heather.mendenhall@avmltd.com
hiroshi.utsumi@avmltd.com
isaac.gamble@avmltd.com
jack.lin@avmltd.com
jason.prest@avmltd.com
jerry.dupont@avmltd.com
jim.sherman@avmltd.com
joey.boaen@avmltd.com
john.cieslowski@avmltd.com
john.johnson@avmltd.com
karim.basta@avmltd.com
kathleen.williams@avmltd.com
lester.coyle@avmltd.com
lincoln.power@avmltd.com
lisa.wu@avmltd.com
luis.cota@avmltd.com
matt.rhodes@avmltd.com
michelle.habyan@avmltd.com
monty.agarwal@avmltd.com

mreger@avmltd.com
pat.doyle@avmltd.com
paul.kanitra@avmltd.com
paulina.czabaj@avmltd.com
priya.ramanathan@avmltd.com
raymond.wong@avmltd.com
robert.arnold@avmltd.com
ron.tagoff@avmltd.com
rose.siciliano@avmltd.com
sabita.kumar@avmltd.com
sam.pearlman@avmltd.com
sanjiv@avmltd.com
sara.alexander@avmltd.com
scott.schneider@avmltd.com
scott.wyler@avmltd.com
sophie.bakalar@avmltd.com
terri.jackson@avmltd.com
treasuries@avmltd.com
trent.redman@avmltd.com
frank.sassano@avon.com
irene.moshouris@avon.com
suzanna.quinn@avon.com
dkelleher@awbank.net
akihiro.matsuyama@axa.co.jp
akira.saida@axa.co.jp
blaise.bourgeois@axa.com
boris.moutier@axa.co.jp
christophe.demain@axa.be
christophe.lambert@axa.be
denis.vanbauwel@axa.be
eddy.vansantvoort@axa.be
elizabeth.baker@axa.co.jp
erik.maes@axa.be
etienne.bouaslaurent@axa.com
hidemasa.funada@axa.co.jp
hiroshi.yokouchi@axa.com
izumi.uematsu@axa.co.jp
jean.sorasio@axa.co.jp
jun.onuma@axa.co.jp
junichi.saito@axa.co.jp
katsuaki.oshima@axa.co.jp
katsuhiko.oka@axa.co.jp
katsuhiro.egi@axa.co.jp
kazuya.sato@axa.co.jp
kenichiro.watanabe@axa.co.jp
kristel.devos@axa.be
kyoko.tominaga@axa.co.jp
laurent.cezard@axa.com
lieven.goosens@axa.be
lionel.derome@axa.be
martine.magnee@axa.be
masahiko.saito@axa.co.jp
michael.short@axa.co.jp
michael.vandenbroeck@axa.be
minoru.watanabe@axa.co.jp
moriyuki.ito@axa.co.jp
nadine.soetaert@axa.be
naoki.katsuta@axa.co.jp
naoto.nakagawa@axa.co.jp
nobuyuki.sekioka@axa.co.jp

paul.sampson@axa.co.jp
paul.schonen@axa.be
perrine.debellefroid@axa.be
peter.strobl@axa.at
rebecca.antoniou@axa.com
rodolphe.sagehomme@axa.be
satoshi.morita@axa.co.jp
serge.vandeuren@axa.be
serge.wibaut@axa.be
shin.futamata@axa.co.jp
takashi.fujimoto@axa.co.jp
tetsuomi.kawabuchi@axa.co.jp
tomokata.nakaoji@axa.co.jp
tomokazu.yoshida@axa.co.jp
tomoko.matsuda@axa.co.jp
ton.kennedie@axa.be
toshiyuki.murakami@axa.co.jp
toyokuni.tanaka@axa.co.jp
tskeshi.sugaya@axa.co.jp
veronique.limpens@axa.be
virginie.cayatte@axa.com
wim.malyster@axa.be
yoichiro.fukuro@axa.co.jp
yoshio.ito@axa.co.jp
yu.yanagisawa@axa.co.jp
yuko.nobuhara@axa.co.jp
yumi.igarashi@axa.co.jp
caroline.portel@axacs.com
jane.graham@axacs.com
jennifer.lawn@axacs.com
kevin.max@axacs.com
maud.suarez@axacs.com
robert.walsh@axacs.com
brian.firstman@axa-financial.com
nicholas.liolis@axa-financial.com
william.goodwin@axa-financial.com
amanda.prince@axaframlington.com
andy.smith@axaframlington.com
anu.narula@axaframlington.com
caroline.wingfield@axaframlington.com
gemma.game@axaframlington.com
jeremy.gleeson@axaframlington.com
lesley.couzens@axaframlington.com
mark.tinker@axaframlington.com
matthew.lovatt@axaframlington.com
maura.brady@axaframlington.com
mauro.cecchi@axaframlington.com
nathalie.mbwaki@axaframlington.com
neil.denman@axaframlington.com
paul.middleton@axaframlington.com
stephen.kelly@axaframlington.com
tim.short@axaframlington.com
alexandra.handjian@axa-franceassurance.fr
elisabeth.thiolas@axa-franceassurance.fr
vincent.godemel@axa-franceassurance.fr
aarnout.snouck@axa-im.com
abdou.tall@axa-im.com
adam.ward@axa-im.com
adrian.wallwork@axa-im.com
ahmed.eltobgui@axa-im.com

alain.robert@axa-im.com
alex.lloyd@axa-im.com
alexandre.lacote@axa-im.com
alexandre.menendez@axa-im.com
alexandre.thierry@axa-im.com
alexis.andrieu@axa-im.com
alison.hockley@axa-im.com
amane.zouhairi@axa-im.com
amaury.boyenval@axa-im.com
anas.elmaizi@axa-im.com
ando.rakotobe@axa-im.com
andrea.dacquin@axa-im.com
andrea.stanton@axa-im.com
andrew.dales@axa-im.com
andrew.rydon@axa-im.com
andrew.wilmont@axa-im.com
andy.wace@axa-im.com
angela.oosterling@axa-im.com
anita.barczewski@axa-im.com
anita.barjenvski@axa-im.com
anna.stephan@axa-im.com
anne.gagliardini@axa-im.com
anne.ollier@axa-im.com
anne.rainguez@axa-im.com
annelise.lengrand@axa-im.com
annemarie.eckart@axa-im.com
antoine.beaugendre@axa-im.com
antoine.decrepy@axa-im.com
antoine.esposito-morrone@axa-im.com
antoine.josserand@axa-im.com
antoine.massoud@axa-im.com
arnaud.bourgoin@axa-im.com
arnaud.maricourt@axa-im.com
arnaud.mounier@axa-im.com
arnaud.sankou@axa-im.com
arnault.manuel@axa-im.com
ashley.goldblatt@axa-im.com
aurelien.billard@axa-im.com
aurelien.lafaye@axa-im.com
aurore.martin@axa-im.com
aurore.wannesson-raynaud@axa-im.com
axel.botte@axa-im.com
axelle.favre@axa-im.com
barbara.atlas@axa-im.com
benjamin.komarnicki@axa-im.com
benoit.robaux@axa-im.com
benoit.soler@axa-im.com
benoit.trioux@axa-im.com
berenger.joseph@axa-im.com
bertrand.frehel@axa-im.com
bill.roden@axa-im.com
boutaina.zangui@axa-im.com
brenda.clarke@axa-im.com
brian.kirkland@axa-im.com
brian.mcmillan@axa-im.com
bruce.davidson@axa-im.com
bruno.guiot@axa-im.com
bruno.nierat@axa-im.com
camille.leguelvont@axa-im.com
camille.leguelvout@axa-im.com

caroline.tixier@axa-im.com
catherine.ancel@axa-im.com
chandima.mendis@axa-im.com
charles.carey@axa.com
charles.dautresme@axa-im.com
charlotte.brettel@axa-im.com
chris.ford@axa-im.com
christelle.curt@axa-im.com
christine.linxe@axa-im.com
christoph.fritsch@axa-im.com
christoph.metz@axa-im.com
christophe.bessagnet@axa-im.com
christophe.duverger@axa-im.com
christophe.florin@axa-im.com
christophe.herpet@axa-im.com
christophe.roupie@axa-im.com
christopher.iggo@axa-im.com
chrysoula.zervoudakis@axa-im.com
claire.doreau@axa-im.com
claire.jiang@axa-im.com
corinne.gaborieau@axa-im.com
cynthia.voorhees@axa-im.com
cyril.benier@axa-im.com
cyril.mace@axa-im.com
damien.maisonniac@axa-im.com
daniel.benin@axa-im.com
daniel.cohen@axa-im.com
daniel.dewar@axa-im.com
daniel.leon@axa-im.com
daniel.mouen@axa-im.co.uk
daniel.pailler@axa-im.com
daniel.stegmeier@axa-im.com
daniele.chekroun@axa-im.com
david.benarous@axa-im.com
david.boutrou@axa-im.com
david.dyer@axa-im.com
david.finch@axa-im.com
david.sebanjeantet@axa-im.com
dean.batley@axa-im.com
deborah.shire@axa-im.com
delphine.delaveau@axa-im.com
denis.gould@axa-im.com
denis.znamenskiy@axa-im.com
diane.bruno@axa-im.com
didier.boublil@axa-im.com
didier.simonetti@axa-im.com
dominique.carrel-billiard@axa-im.com
donald.brydon@axa-im.com
duncan.archer@axa-im.com
duncan.freestone@axa-im.com
edward.robinet@axa-im.com
ekaterina.findlow@axa-im.com
elaine.dunne@axa-im.com
elena.harder@axa-im.com
eleonore.bunel@axa-im.com
elie.illouz@axa-im.com
emile.gosset@axa-im.com
emma.blundell@axa-im.com
emmanuel.bulle@axa-im.com
emmanuel.philis@axa-im.com

emmanuel@axa-im.com
eric.havard-duclos@axa-im.com
erwan.boscher@axa-im.com
eva.mulder@axa-im.com
farah.bouzida@axa-im.com
faycal.haddad@axa-im.com
firstname.surname@axa-im.com
florent.deixonne@axa-im.com
florian.grandcolas@axa-im.com
florina.minciu@axa-im.com
foule.diabiancel@axa-im.com
franck.mongison@axa-im.com
francois.brochard@axa-im.com
francois.klitting@axa-im.com
francois.touati@axa-im.com
francoisxavier.aubry@axa-im.com
francoisxavier.foucault@axa-im.com
franz.wenzel@axa-im.com
frederic.atlan@axa-im.com
frederic.bach@axa-im.com
frederic.bonard@axa-im.com
frederic.goudonneix@axa-im.com
frederic.suhit@axa-im.com
frederic.tempel@axa-im.com
gaelle.philippe@axa-im.com
gautier.bonnecuelle@axa-im.com
ghita.biaz@axa-im.com
gilles.dauphine@axa-im.com
gilles.guibout@axa-im.com
gordon.calver@axa-im.com
greg.wilks@axa-im.com
gregory.chemama@axa-im.com
guillaume.boulanger@axa-im.com
guillaume.dambrine@axa-im.com
guillaume.defrance@axa-im.com
guillaume.legal@axa-im.com
guillaume.pothier@axa-im.com
guillaume.robiolle@axa-im.com
hadiza.lair@axa-im.com
harinder.dhillon@axa-im.com
heras.mendaza@axa-im.com
herve.aubree@axa-im.com
herve.lievore@axa-im.com
herve.mangin@axa-im.com
ian.stephenson@axa-im.com
idir.louadj@axa-im.com
igrassin@axa-im.co.uk
ines.prevot-leygonie@axa-im.com
irina.topa-serry@axa-im.com
isabelle.pajot@axa-im.com
isabelle.philippon@axa-im.com
isabelle.tufenkjian@axa-im.com
iva.alexandrova@axa-im.com
jalel.kallel@axa-im.com
jamal.benerroua@axa-im.com
james.ogilvy@axa-im.com
james.pitt@axa-im.com
jamie.grant@axa-im.com
jasper.hennessey@axa-im.com
javier.carrallo@axa-im.co.uk

jayne.forbes@axa-im.com
jeanlouis.laforge@axa-im.com
jeanmarc.buis@axa-im.com
jeanmarc.maringe@axa-im.com
jeanmarc.piques@axa-im.com
jean-michel.tricot@axa-im.com
jeanne.follet@axa-im.com
jeanphilippe.levilain@axa-im.com
jeanpierre.hellebuyck@axa-im.com
jeanpierre.leoni@axa-im.com
jenny.keeling@axa-im.com
jerome.broustra@axa-im.com
jerome.buret@axa-im.com
jerome.gaidet@axa-im.com
jerome.vierling@axa-im.com
jessica.matheron@axa-im.com
jim.goudie@axa-im.com
jim.stride@axa-im.com
joanna.munro@axa-im.com
joanna.turner@axa-im.com
joelle.selmer@axa-im.com
john.coultrap@axa-im.com
john.devlin@axa-im.com
john.madziyire@axa-im.com
jonathan.newman@axa-im.com
jong.frochaux@axa-im.com
julia.roulet@axa-im.com
julian.harris@axa-im.com
julian.webber@axa-im.com
julie.lamirel@axa-im.com
julien.creismeas@axa-im.com
julien.fourtou@axa-im.com
julien.petitpas@axa-im.com
kais.marrakchi@axa-im.com
karim.flitti@axa-im.com
kathy.nelson@axa-im.com
katia.giraud@axa-im.com
keith.robinson@axa-im.com
khiem.le@axa-im.com
kostas.nicolaou@axa-im.com
lars.meisinger@axa-im.com
laurence.devivier@axa-im.com
laurent.gaetani@axa-im.com
laurent.gueunier@axa-im.com
laurent.jacquemin@axa-im.com
laurent.riera@axa-im.com
laurent.talon@axa-im.com
lee.sanders@axa-im.com
lee.shepherd@axa-im.com
leila.bouraoui@axa-im.com
lenaig.pichavant@axa-im.com
lionel.cohen@axa-im.com
lionel.pernias@axa-im.com
lise.fauconnier@axa-im.com
lorraine.zafrani@axa-im.com
louis.dupouy@axa-im.com
lucio.sarno@axa-im.com
lucy.bonmartel@axa-im.com
lysiane.azizian@axa-im.com
magda.branet@axa-im.com

malick.niang@axa-im.com
malika.kourdi@axa-im.com
marc.basselier@axa-im.com
marie.chaperon@axa-im.com
marie.zedda@axa-im.com
mariefrance.boucher@axa-im.com
marion.lemorhedec@axa-im.com
mark.benstead@axa-im.com
martin.deux@axa-im.com
martine.legal@axa-im.com
mathieu.cranz@axa-im.com
matthew.fosterjohn@axa-im.com
matthew.huddart@axa-im.com
matthieu.bonte@axa-im.com
matthieu.declermont@axa-im.com
matthieu.guignard@axa-im.com
matthieu.martinmevel@axa-im.com
matthieu.stanic@axa-im.com
matthieu.tonneau@axa-im.com
matthieuemmanuel.levilion@axa-im.com
maud.chevroton@axa-im.com
maud.debreuil@axa-im.com
maud.klemberg@axa-im.com
maurizio.carulli@axa-im.com
megan.sobr@axa-im.com
mehdi.benjelloun@axa-im.com
melissa.mcdonald@axa-im.com
michael.aflalo@axa-im.com
michael.victoros@axa-im.com
michel.aubenas@axa-im.com
michel.fryszman@axa-im.com
michel.vannier@axa-im.com
mikael.pacot@axa-im.com
milan.stupar@axa-im.com
mohamed.darrazi@axa-im.com
mohamed.maalej@axa-im.com
mohamed.sellami@axa-im.com
myriam.elhachadi@axa-im.com
nadege.arbez@axa-im.com
nadine.tremollieres@axa-im.com
natasha.eagleton@axa-im.com
natasja.huysmans@axa-im.com
nathalie.frizzole@axa-im.com
nathalie.hirsbein@axa-im.com
nathalie.retif@axa-im.com
nathalie.savey@axa-im.com
neil.sutherland@axa-im.com
nick.murphy@axa-im.com
nick.waters@axa-im.com
nicolas.moreau@axa-im.com
nicole.montoya@axa-im.com
nora.zamit@axa-im.com
olaf.k.toelke@axa-im.com
olive.mccarron@axa-im.com
olivier.caillaux@axa-im.com
olivier.cotelli@axa-im.com
olivier.delamotte@axa-im.com
olivier.dieudonne@axa-im.com
olivier.eugene@axa-im.com
olivier.levrier@axa-im.com

olivier.mouton@axa-im.com
othman.elmaoula@axa-im.com
parcdoinvest@axa-im.com
pascal.christory@axa-im.com
pascale.sagnier@axa-im.com
patrick.mabille@axa-im.com
paul.squires@axa-im.com
paul.vickars@axa-im.com
paula.jouandet-dahlen@axa-im.com
peggy.pirson@axa-im.com
perry.beaumont@axa-im.com
peter.andres@axa-im.com
philippe.argou@axa-im.com
philippe.berthelot@axa-im.com
philippe.descheemaeker@axa-im.com
philippe.oizon@axa-im.com
philippe.ruffat@axa-im.com
philippe.zhang@axa-im.com
pierre.biscay@axa-im.com
pierre.dallemagne@axa-im.com
pierreemmanuel.juillard@axa-im.com
pierrefrancois.demontserrat@axa-im.com
pierreyves.gauthier@axa-im.com
raphael.gallardo@axa-im.com
renaud.champion@axa-im.com
renaud.desferet@axa-im.com
renaudlatreille@axa-im.com
richard.fry@axa-im.com
richard.marwood@axa-im.com
robert.deguigne@axa-im.com
robert.kyprianou@axa-im.com
robert.tramonti@axa-im.com
rolando.rodrigues@axa-im.com
romain.larreur@axa-im.com
romain.riegert@axa-im.com
roy.dosramos@axa-im.com
russell.penn@axa-im.com
said.oumar@axa-im.com
salma.baho@axa-im.com
sam.chantana@axa-im.com
samer.helou@axa-im.com
samir.essafri@axa-im.com
sanda.molotcovroustel@axa-im.com
sandrine.richard@axa-im.com
sanjay.chawla@axa-im.com
sarah.lu@axa-im.com
sebastian.parishorvitz@axa-im.com
sebastien.lagarde@axa-im.com
sebastien.lecorrs@axa-im.com
sebastien.maillard@axa-im.com
serge.pizem@axa-im.com
shawn.france@axa-im.com
sheryl.asch@axa-im.com
simon.rechatin@axa-im.com
sophie.lemenestrel@axa-im.com
sophie.munier@axa-im.com
stefan.wolpert@axa-im.com
stellos.pantelitdakis@axa-im.com
stephane.boussidan@axa-im.com
stephane.jourdan@axa-im.com

stephane.lepriol@axa-im.com
stephane.ferrieu@axa-im.com
stephanie.timsit@axa-im.com
steve.chapman@axa-im.com
stuart.talliss@axa-im.com
sunjay.mulot@axa-im.com
sylvain.desouza@axa-im.com
sylvie.lecomte@axa-im.com
tamsin.barth@axa-im.com
thedora.zemek@axa-im.com
thibaud.devitry@axa-im.com
thibaut.ferret@axa-im.com
thierry.vidal@axa-im.com
thomas.coudert@axa-im.com
thomas.jondeau@axa-im.com
tim.smith@axa-im.com
tim.withey@axa-im.com
timothe.rauly@axa-im.com
tina.heath@axa-im.com
tina.jeffery-heath@axa-im.com
tony.bauchet@axa-im.com
tony.lee@axa-im.com
tony.lockwood@axa-im.com
tony.smith@axa-im.com
tracy.small@axa-im.com
valerie.nannettedan@axa-im.com
van.dupuy@axa-im.com
victor.donev@axa-im.com
vincent.berrada@axa-im.com
vincent.demartel@axa-im.com
vincent.megard@axa-im.com
vincent.solnik@axa-im.com
virginie.derue@axa-im.com
vivienne.blackwell@axa-im.com
warren.stock@axa-im.com
william.sebban@axa-im.com
williams.riveramontalban@axa-im.com
xavier.galiez@axa-im.com
xavier.hoche@axa-im.com
yann.cordier@axa-im.com
yann.couellan@axa-im.com
yannick.leserviget@axa-im.com
simon.reynolds@axa-multimanager.com
gerald.servais@axa-pm.be
alison.bradley@axa-slim.co.uk
jason_maud@axa-slim.co.uk
loretta.allen@axa-slim.co.uk
mark.harvey@axa-slim.co.uk
muriel.l'homme@axa-slim.co.uk
stuart.fowler@axa-slim.co.uk
vantil.charles@axa-slim.co.uk
jean.drouffe@axa-uk.co.uk
steven.kaufmann@axa-winterthur.ch
judit.nemenyi@axelero.hu
frank.ecker@axelspringer.de
ute.schweizer@axelspringer.de
dbonnier@axia-advisors.com
dglaymon@axia-advisors.com
grozenberg@axia-advisors.com
mmonnelly@axia-advisors.com

mwallis@axia-advisors.com
skleinwort@axia-advisors.com
ysiew@axia-advisors.com
harada_yasushi@ay.smbc.co.jp
katsurada_hiroshige@ay.smbc.co.jp
komatsu_shin@ay.smbc.co.jp
matsumoto_naohiro@ay.smbc.co.jp
kgrimmer@ayco.com
scutting@ayco.com
danielk@azasrs.gov
daveu@azasrs.gov
ericr@azasrs.gov
garyd@azasrs.gov
lupitab@azasrs.gov
mattd@azasrs.gov
sarahw@azasrs.gov
n.craven@azemos.ch
andrea.chiappini@azfund.com
andrea.ciaccio@azfund.com
claudio.basso@azfund.com
ivan.migliozzi@azfund.com
massimo.guiati@azfund.com
matteo.solfanelli@azfund.com
raffaella.sommariva@azfund.com
saverio.papagno@azfund.com
stefano.delpapa@azfund.com
patrick.ruoss@azgrp.ch
alessandro.capeccia@azimut.it
alessandro.tonni@azimut.it
andrea.aliberti@azimut.it
chiara.roccaro@azimut.it
cinzia.peccenati@azimut.it
claudio.milito@azimut.it
fausto.artoni@azimut.it
gherardo.spinola@azimut.it
giorgio.frattini@azimut.it
giuseppe.pastorelli@azimut.it
guido.casella@azimut.it
luca.ottolini@azimut.it
marco.bellini@azimut.it
maria.grazia.filippi@azimut.it
ms@azimut.it
pietro.belotti@azimut.it
pietro.giuliani@azimut.it
roberto.bolgiani@azimut.it
sergio.gambazza@azimut.it
stefano.piloni@azimut.it
angelique.palmen@azl-group.com
dave.persoon@azl-group.com
dick.veldman@azl-group.com
henry.reynders@azl-group.com
j.muyrers@azl-group.com
john.van.den.berg@azl-group.com
marton.bloemer@azl-group.com
ralph.poulssen@azl-group.com
sander.huizinga@azl-group.com
acameron@azoa.com
afinucane@azoa.com
bcoley@azoa.com
cb@azoa.com

cdudley@azoa.com
edimiceli@azoa.com
gbrown@azoa.com
gtall@azoa.com
jdulude@azoa.com
jfields@azoa.com
jweber@azoa.com
ljtyler@azoa.com
markdoehla@azoa.com
pcornell@azoa.com
rclark@azoa.com
schevalier@azoa.com
sueg@azoa.com
tkellis@azoa.com
wkurtz@azoa.com
cpetkiewicz@aztreasury.gov
dales@aztreasury.gov
phumbert@aztreasury.gov
a@b.com
ian.howick@ba.com
karen.schoenig@ba.com
alun_thomas@baa.co.uk
marcela_zeman@baa.co.uk
maureen_spence@baa.co.uk
russell_walls@baa.co.uk
aberman@babsoncapital.com
adasgupta@babsoncapital.com
adurland@babsoncapital.com
aforcier@babsoncapital.com
agibeau@babsoncapital.com
ajaiswal@babsoncapital.com
akleeman@babsoncapital.com
akulig@babsoncapital.com
alampert@babsoncapital.com
amees@babsoncapital.com
amusgnug@babsoncapital.com
apriljones@babsoncapital.com
bctieste@babsoncapital.com
bfitzgerald@babsoncapital.com
bgearing@babsoncapital.com
bjefferis@babsoncapital.com
bpeachey@babsoncapital.com
bsylvester@babsoncapital.com
caustin@babsoncapital.com
cbailey@babsoncapital.com
ccampbell@babsoncapital.com
cconsedine@babsoncapital.com
ccorley@babsoncapital.com
clombardi@babsoncapital.com
cnoreen@babsoncapital.com
croberts@babsoncapital.com
csanford@babsoncapital.com
dainsworth@babsoncapital.com
dbradin@babsoncapital.com
dcanuel@babsoncapital.com
dcoutu@babsoncapital.com
ddavis@babsoncapital.com
ddickey@babsoncapital.com
decheverria@babsoncapital.com
dhill@babsoncapital.com

dnagle@babsoncapital.com
dquirk@babsoncapital.com
dscaletta@babsoncapital.com
dschwartz@babsoncapital.com
dsecrest@babsoncapital.com
dstevenson@babsoncapital.com
dtrevallion@babsoncapital.com
echang@babsoncapital.com
ejan@babsoncapital.com
ekung@babsoncapital.com
emarder@babsoncapital.com
emast@babsoncapital.com
eonukwugha@babsoncapital.com
epartlan@babsoncapital.com
eward@babsoncapital.com
fma@babsoncapital.com
fmason@babsoncapital.com
gbuchanan@babsoncapital.com
gtakacs@babsoncapital.com
hhill@babsoncapital.com
hkumar@babsoncapital.com
hmccrystal@babsoncapital.com
hodgett@babsoncapital.com
hpatel@babsoncapital.com
hyates@babsoncapital.com
idalton@babsoncapital.com
ihu@babsoncapital.com
jainsworth@babsoncapital.com
jbanas@babsoncapital.com
jbosworth@babsoncapital.com
jcaggiano@babsoncapital.com
jdepalma@babsoncapital.com
jdominick@babsoncapital.com
jfields@babsoncapital.com
jgallic@babsoncapital.com
jgebhard@babsoncapital.com
jgurski@babsoncapital.com
jkeers@babsoncapital.com
jkim@babsoncapital.com
jlohman@babsoncapital.com
jlonski@babsoncapital.com
jmccolley@babsoncapital.com
jmeehan@babsoncapital.com
jnolan@babsoncapital.com
jpedro@babsoncapital.com
jpowell@babsoncapital.com
jprince@babsoncapital.com
jrazzano@babsoncapital.com
jreddick@babsoncapital.com
jsamuel@babsoncapital.com
jsanford@babsoncapital.com
jshannon@babsoncapital.com
jtaber@babsoncapital.com
jwallis@babsoncapital.com
jwheeler@babsoncapital.com
jwillard@babsoncapital.com
kjames@babsoncapital.com
kmauer@babsoncapital.com
kwoytowicz@babsoncapital.com
kylemorin@babsoncapital.com

lcampbell@babsoncapital.com
lkomanduri@babsoncapital.com
llamoureux@babsoncapital.com
lmaro@babsoncapital.com
lmoynihan@babsoncapital.com
lnicaretta@babsoncapital.com
lrichards@babsoncapital.com
lsavard@babsoncapital.com
mackerman@babsoncapital.com
marcabraham@babsoncapital.com
marclevine@babsoncapital.com
maudino@babsoncapital.com
mfarrell@babsoncapital.com
mfreno@babsoncapital.com
mhermsen@babsoncapital.com
mnatcharian@babsoncapital.com
mpatel@babsoncapital.com
mricco@babsoncapital.com
msiegel@babsoncapital.com
mswanson@babsoncapital.com
mturner@babsoncapital.com
nbarker@babsoncapital.com
nellestad@babsoncapital.com
pboehm@babsoncapital.com
pbogle@babsoncapital.com
pdaryani@babsoncapital.com
philipshea@babsoncapital.com
pjoyce@babsoncapital.com
pkenna@babsoncapital.com
pkirk@babsoncapital.com
ppolny@babsoncapital.com
pszczygiel2@babsoncapital.com
rbaumbach@babsoncapital.com
rbirla@babsoncapital.com
rchullani@babsoncapital.com
rcourtemanche@babsoncapital.com
rcrandall@babsoncapital.com
rfaulkner@babsoncapital.com
rgallagher@babsoncapital.com
rgonzalez@babsoncapital.com
rkathuria@babsoncapital.com
rogums@babsoncapital.com
rtaylor@babsoncapital.com
sboxer@babsoncapital.com
sehrenberg@babsoncapital.com
shale@babsoncapital.com
skwon@babsoncapital.com
slibera@babsoncapital.com
smontagna@babsoncapital.com
srivers@babsoncapital.com
ssnyder@babsoncapital.com
tdias2@babsoncapital.com
tduski@babsoncapital.com
tgore@babsoncapital.com
tli@babsoncapital.com
tmcdonnell@babsoncapital.com
tpiacentini@babsoncapital.com
tschulze@babsoncapital.com
tsnipe@babsoncapital.com
tzatko@babsoncapital.com

vgallagher@babsoncapital.com
vladyzhets@babsoncapital.com
vmuscolino@babsoncapital.com
vsoo@babsoncapital.com
wweiner@babsoncapital.com
yshen@babsoncapital.com
zoemcke@babsoncapital.com
zsummerscale@babsoncapital.com
alexander.merwart@ba-ca.group-treasury.co.at
amandus.pernold@ba-ca.com
andrea.vaz-koenig@ba-ca.com
andreas.fleischmann@ba-ca.grou
andreas.madl@ba-ca.com
andreas.moran@ba-ca.com
andrew.hopson@ba-ca.com
bettina.janoschek@ba-ca.com
brigitte.pewal@ba-ca.com
bruno.einheimler@ba-ca.group-treasury.co.at
christian.karall@ba-ca.com
christian.rakos@ba-ca.com
christine.gruber@ba-ca.com
christine.tilscher@ba-ca.com
christoph.pfeiffer@ba-ca.com
daniel.probst@ba-ca.com
david.penstone@ba-ca.com
dieter.market@ba-ca.com
dominik.stepan@ba-ca.com
edoardo.fugini@ba-ca.com
eva.maerzendorfer@ba-ca.group-treasury.co.at
felix.dornaus@ba-ca.com
franz.fuxa@ba-ca.com
franz.gruber@ba-ca.com
franz.madl@ba-ca.com
franz.teizer@ba-ca.com
fridrich.galavics@ba-ca.group-treasury.co.at
gerald.podhorsky@ba-ca.com
gottfried.ransmayr@ba-ca.group-treasury.co.at
guido.schaffarik@ba-ca.com
gunter.schnaitt@ba-ca.com
hanne.moesenbacher@ba-ca.com
harald.kreuzmair@ba-ca.group-treasury.co.at
heikki.valli@ba-ca.com
heinz.meidlinger@ba-ca.com
herbert.pauritsch@ba-ca.com
hugo.neuhold@ba-ca.com
johannes.voelkl@ba-ca.com
juergen.sattler@ba-ca.com
karl.gorbach@ba-ca.com
karlheinz.mistlbachner@ba-ca.com
katrin.pranckl@ba-ca.com
ludwig.fischer@ba-ca.com
marco.roemer@ba-ca.com
mario.castellitz@ba-ca.com
martin.ligezinski@ba-ca.com
martin.neuhold@ba-ca.com
mathias.freistetter@ba-ca.com
matthias.gorisek@ba-ca.com
michael.aschauer@ba-ca.com
michael.eichelberger@ba-ca.com
michael.greilinger@ba-ca.com

michael.kastner@ba-ca.com
michael.meyer@ba-ca.com
michael.schneider@ba-ca.com
nikolas.besemer@ba-ca.com
oliver.dittrich@ba-ca.com
patrick.pfleger@ba-ca.com
peter.scherhammer@ba-ca.com
peter.schuster@ba-ca.com
peter-m.weber@ba-ca.com
renate.kienbacher@ba-ca.com
robert.bruckner@ba-ca.com
robertoliver.fuerst@ba-ca.group-treasury.co.at
roman.samer@ba-ca.com
rudolf.sellinger@ba-ca.group-treasury.co.at
sharif.el-hamalawi@ba-ca.group-treasury.co.at
silvia.lafer-stuppnig@ba-ca.com
stefan.mandl@ba-ca.com
stephan.hans@ba-ca.com
sven.trahan@ba-ca.com
thomas.benesch@ba-ca.com
thomas.burian@ba-ca.com
thomas.kundegraber@ba-ca.com
thomas.rauch@ba-ca.com
thomas.rosmanitz@ba-ca.com
uwe.schluetter@ba-ca.group-treasury.co.at
werner.mueller@ba-ca.group-treasury.co.at
wilhelm.holzer@ba-ca.com
wojciech.mazurkiewicz@ba-ca.com
wolfgang.rattay@ba-ca.com
andrew.russell@us.bacai.com
bob.biringer@us.bacai.com
christina.schoen@us.bacai.com
dave.harnish@us.bacai.com
david.yewer@us.bacai.com
ernst .rumpf@at.bacai.com
eva .mayr@at.bacai.com
gary.kearns@us.bacai.com
gerald .gabriel@at.bacai.com
hans.liska@at.bacai.com
markus.holzer@at.bacai.com
patrick.oneil@us.bacai.com
steve.kalin@us.bacai.com
thomas.sommer@at.bacai.com
tyler.mccarthy@us.bacai.com
ulf.lichtenberg@at.bacai.com
warren.seidel@us.bacai.com
wayne.gladen@uk.bacai.com
treed@backbayadvisors.com
rbarnes@backbaymgmt.com
diane.misra@baclaysglobal.com
julian.donlad@bae.co.uk
esther.bruessow@baerbms.com
andrew.wrathall@baesystems.com
andy.mann@baesystems.com
clare.freeman@baesystems.com
david.adam2@baesystems.com
david.brent@baesystems.com
david.cryer@baesystems.com
gareth.j.edwards@baesystems.com
george.rose@baesystems.com

helen.cottrell@baesystems.com
keith.shapley@baesystems.com
latha.visvendran@baesystems.com
lee.bambridge@baesystems.com
louise.desouza@baesystems.com
mark.venner@baesystems.com
martin.leonard@baesystems.com
neil.easterbrook@baesystems.com
paul.allison@baesystems.com
raj.patara@baesystems.com
roger.wiltshire@baesystems.com
sejal.jobanputra@baesystems.com
simon.davis@baesystems.com
steve.pardoe@baesystems.com
victoria.todd@baesystems.com
annette.goeke@bahn.de
hartwig.schneidereit@bahn.de
swetlana.laube@bahn.de
alistair.smith@bailliegifford.com
alistair.way@bailliegifford.com
amy.dymock@bailliegifford.com
andrew.millington@bailliegifford.com
andrew.stobart@bailliegifford.com
andrew.strathdee@bailliegifford.com
andrew.telfer@bailliegifford.com
angela.kail@bailliegifford.com
angus.franklin@bailliegifford.com
anna.sloan@bailliegifford.com
anzelm.cydzic@bailliegifford.com
atait@bailliegifford.co.uk
ben.griffiths@bailliegifford.co.uk
ben.lloyd@bailliegifford.com
ben.thompson@bailliegifford.com
brian.lum@bailliegifford.com
brokernotes@bailliegifford.com
cara.fairgrieve@bailliegifford.com
catrina.jack@bailliegifford.com
cave.zigaroudinia@bailliegifford.com
charles.plowden@bailliegifford.com
chris.barker@bailliegifford.com
chris.huckle@bailliegifford.com
christina.bloor@bailliegifford.com
christophe.liegeois-williams@bailliegifford
christopher.mcgoldrick@bailliegifford.com
claire.paterson@bailliegifford.com
clare.macdonald@bailliegifford.com
craig.collins@bailliegifford.com
craig.irving@bailliegifford.com
daryl.salmon@bailliegifford.com
david.clarke@bailliegifford.com
david.henderson@bailliegifford.com
david.walton@bailliegifford.com
derek.martin@bailliegifford.com
donald.farquharson@bailliegifford.com
douglas.brodie@bailliegifford.com
ecocomments@bailliegifford.com
elaine.morrison@bailliegifford.com
emacdonald@bailliegifford.co.uk
ewan.maclean@bailliegifford.com
firstname.surname@bailliegifford.com

franklin.adatsi@bailliegifford.com
gareth.roberts@bailliegifford.com
gary.robinson@bailliegifford.com
gary.summers@bailliegifford.com
george.gray@bailliegifford.com
gerard.callahan@bailliegifford.com
gordon.brown@bailliegifford.com
gordon.drysdale@bailliegifford.com
graham.black@bailliegifford.com
gsmith@bailliegifford.co.uk
guy.cameron@bailliegifford.com
hamish.dingwall@bailliegifford.com
harvey.hammonds@bailliegifford.com
iain.campbell@bailliegifford.com
imccombie@bailliegifford.co.uk
james.dow@bailliegifford.com
james.squires@bailliegifford.com
janderson@bailliegifford.co.uk
joe.faraday@bailliegifford.com
john.bates@bailliegifford.com
john.burke@bailliegifford.com
john.macdougall@bailliegifford.com
julian.goldberg@bailliegifford.com
kate.leggate@bailliegifford.com
kate.speakman@bailliegifford.com
kave.sigaroudinia@bailliegifford.com
kenneth.barker@bailliegifford.com
kirsteen.lothian@bailliegifford.com
lee.curtis@bailliegifford.com
lee.demarco@bailliegifford.com
linda.ward@bailliegifford.com
mark.hunter@bailliegifford.com
market.data@bailliegifford.com
martin.o'brien@bailliegifford.com
matsue.williams@bailliegifford.com
matthew.brett@bailliegifford.com
mbrewis@bailliegifford.co.uk
michael.donlevy@bailliegifford.com
michael.gallagher@bailliegifford.com
michael.gush@bailliegifford.com
michael.macphee@bailliegifford.com
mike.brooks@bailliegifford.com
mleeming@bailliegifford.com
mmaccoll@bailliegifford.co.uk
mrobertson@bailliegifford.co.uk
murqyhart@bailliegifford.com
nell.opel@bailliegifford.com
nicholas.thomas@bailliegifford.com
olaf.meier@bailliegifford.com
paul.faulkner@bailliegifford.com
pglasgow@bailliegifford.co.uk
philip.annen@bailliegifford.com
phollis@bailliegifford.co.uk
researchreports@bailliegifford.com
robert.baltzer@bailliegifford.com
robert.blaikie@bailliegifford.com
robert.fullerton@bailliegifford.com
roderick.snell@bailliegifford.com
roldfield@bailliegifford.co.uk
rosemary.quinn@bailliegifford.com

rsneller@bailliegifford.co.uk
sally.greig@bailliegifford.com
sarah.mcqueen@bailliegifford.com
sarah.whitley@bailliegifford.com
scott.nisbet@bailliegifford.com
sonia.kowal@bailliegifford.com
spencer.adair@bailliegifford.com
srodger@bailliegifford.co.uk
stephen.paice@bailliegifford.com
steven.dutaut@bailliegifford.com
steven.galbraith@bailliegifford.com
steven.hay@bailliegifford.com
susan.thomson@bailliegifford.com
tamas.bakacs@bailliegifford.com
thomas.cotts@bailliegifford.com
thomas.coutts@bailliegifford.com
thomas.slater@bailliegifford.com
tim.campbell@bailliegifford.com
tim.george@bailliegifford.com
toby.ross@bailliegifford.com
tom.record@bailliegifford.com
uk@bailliegifford.com
william.sutcliffe@bailliegifford.com
yang.gao@bailliegifford.com
zaki.sabir@bailliegifford.com
andre@bakerinvest.com
rnye@bakernye.com
sschmidt@bakernye.com
tamato@bakernye.com
bstuelpnagel@balbny.com
jutta.schaetzle-schmidt@baloise.ch
marco.di_liberto@baloise.ch
stephan.gamper@baloise.ch
thomas.leitner@baloise.ch
tina.wegmueller@baloise.ch
giorgio.flego@bamcaimi.it
amcnee@baminvest.com.u
sdickson@baminvest.co.uk
abrachet@banamex.com
adrian.garza@banamex.com
afont@banamex.com
agcastrore@banamex.com
bnaskerianzrod@banamex.com
dgarduno@banamex.com
frjcastabar@banamex.com
gsantos@banamex.com
jaleman@banamex.com
jmdelave@banamex.com
jorvananos@banamex.com
josalaza@banamex.com
kwilliam@banamex.com
pamacunatam@banamex.com
perla.pulido@banamex.com
pnewman@banamex.com
rgonzalez@banamex.com
rgonzalezba@banamex.com
alberto.gianfala@banca.mps.it
antonio.cesarano@banca.mps.it
armando.dantonio@banca.mps.it
barbara.favoro@banca.mps.it

bertholdt.biehler@banca.mps.it
calldesk@banca.mps.it
candy.leung@banca.mps.it
chiara.gallo@banca.mps.it
claudia.benci@banca.mps.it
claudio.calusi@banca.mps.it
claudio.giannoni@banca.mps.it
daniele.pirondini@banca.mps.it
doriana.fragnelli@banca.mps.it
enrico.vignoli@banca.mps.it
fabrizio.delongis@banca.mps.it
francesca.assi@banca.mps.it
gennaro.miccoli@banca.mps.it
gherardo.divaira@banca.mps.it
giancarlo.pompei@banca.mps.it
gianfranco.bassi@banca.mps.it
gianluca.baldassarri@banca.mps.it
gianluca.sanna@banca.mps.it
gianni.contenta@banca.mps.it
giovanni.fulci@banca.mps.it
giuseppe.migliorati@banca.mps.it
giuseppe.toscani@banca.mps.it
jason.cheng@banca.mps.it
loredana.pecchiai@banca.mps.it
luca.pesaro@banca.mps.it
luca.sabetta@banca.mps.it
lucio.pensatori@banca.mps.it
luigi.cammilli@banca.mps.it
mara.nardi@banca.mps.it
marcello.deluca@banca.mps.it
marcello.vitale@banca.mps.it
marialuisa.delfavero@banca.mps.it
mario.fabiani@banca.mps.it
massimo.molinari@banca.mps.it
massimo.petricci@banca.mps.it
maurizio.ravezzi@banca.mps.it
michele.dimarco@banca.mps.it
monica.porcari@banca.mps.it
nicolas.kanaris@banca.mps.it
nicoletta.geremia@banca.mps.it
paolo.perego@banca.mps.it
patrick.cheung@banca.mps.it
riccardo.tomasi@banca.mps.it
roberto.desiderio@banca.mps.it
roberto.menchetti@banca.mps.it
serge.sondak@banca.mps.it
simone.freschi@banca.mps.it
stefano.alliata@banca.mps.it
victor.diiorio@banca.mps.it
alberto.bassani@bancaakros.it
alberto.modorati@bancaakros.it
alberto.poretti@bancaakros.it
alessandro.sidoti@bancaakros.it
alfredo.larghi@bancaakros.it
andrea.accarisi@bancaakros.it
andrea.lucini@bancaakros.it
claudio.zanoli@bancaakros.it
domenico.petrillo@bancaakros.it
duccio.galletti@bancaakros.it
elisabetta.priano@bancaakros.it

emanuela.carpita@bancaakros.it
enzo.chiesa@bancaakros.it
fabio.cardona@bancaakros.it
fabrizio.caputi@bancaakros.it
filippo.zamparelli@bancaakros.it
forex@bancaakros.it
franco.autizi@bancaakros.it
giuseppina.torno@bancaakros.it
gualtiero.castiglioni@bancaakros.it
laura.altamura@bancaakros.it
laura.bisconcin@bancaakros.it
lavinia.delvecchio@bancaakros.it
luciano.vailati@bancaakros.it
luigi.capone@bancaakros.it
marcello.cerati@bancaakros.it
marco.accorsi@bancaakros.it
marco.re@bancaakros.it
marco.turrina@bancaakros.it
marta.canesi@bancaakros.it
massimo.lomonte@bancaakros.it
matteo.colombo@bancaakros.it
maurizio.morini@bancaakros.it
nicolo.braendli@bancaakros.it
orlando.cappello@bancaakros.it
paolo.tradati@bancaakros.it
piero.grilli@bancaakros.it
pierpaolo.rossi@bancaakros.it
pippo.ghezzi@bancaakros.it
ramzi.bouzayane@bancaakros.it
raul.dani@bancaakros.it
rocco.zoccali@bancaakros.it
rosemary.maltus-smith@bancaakros.it
salvatore.fruscione@bancaakros.it
sara.caselunghe@bancaakros.it
silvia.baroncini@bancaakros.it
silvia.gambarini@bancaakros.it
silvia.zitolo@bancaakros.it
stefano.canepa@bancaakros.it
tiziano.bregagnollo@bancaakros.it
tranquillo.capozzoli@bancaakros.it
tullio.grilli@bancaakros.it
vaifro.zullato@bancaakros.it
valentina.vicinanza@bancaakros.it
fabrizio.carbone@bancacrasti.it
lina.spensatellu@bancacrasti.it
salvatore.aliotta@bancacrasti.it
stefania.goggiano@bancacrasti.it
mdoniselli@bancadellarete.it
pgnemmi@bancadellarete.it
finance.dep@bancadipiacenza.it
filippo.giovannelli@bancaditalia.it
franco.panfili@bancaditalia.it
gerardo.palazzo@bancaditalia.it
gioia.guarini@bancaditalia.it
marco.fattore@bancaditalia.it
maurilio.pantaloni@bancaditalia.it
maurizio.cassi@bancaditalia.it
valentina.maddalena@bancaditalia.it
danilo.grossi@bancaetruria.it
martina.dellemonache@bancaetruria.it

augusto.coen@bancaeuromobiliare.it
piero.serafini@bancaeuromobiliare.it
abagella@bancafideuram.it
abrusa@bancafideuram.it
amaturi@bancafideuram.it
avacca@bancafideuram.it
dalbani@bancafideuram.it
dcurti@bancafideuram.it
dgobbetti@bancafideuram.it
dmiano@bancafideuram.it
fcolombo@bancafideuram.it
gserafini@bancafideuram.it
mcuccia@bancafideuram.it
mmantelli@bancafideuram.it
rmodafferi@bancafideuram.it
ssiano@consulenti.bancafideuram.it
alessandro.surian@bancagenerali.it
carlo.talpo@bancagenerali.it
erbi.giuseppe@bancagenerali.it
giorgio.girelli@bancagenerali.it
gregorio.milanesi@bancagenerali.it
massimiliano.vlacci@bancagenerali.it
massimo.gois@bancagenerali.it
maurizio.gasparri@bancagenerali.it
patrizia.masutti@bancagenerali.it
pierpaolo.franca@bancagenerali.it
stefano.furlanich@bancagenerali.it
andrea.sigon@bancagesfid.com
carlo.gallina@bancagesfid.com
graziano.deli@bancagesfid.com
fixedincome@banc-agricol.ad
amorosoj@bancaimius.com
adimaggio@bancaintesa.us
alanza@bancaintesa.us
alberto.gallati@bancaintesa.it
alessandro.d'agata@bancaintesa.it
alessandro.danna@bancaintesa.it
alessiagiorgiasisti@bancaintesa.it
alessio.garbella@bancaintesa.it
andrea.bianchi@bancaintesa.co.uk
andrea.galeandro@bancaintesa.it
anna.peluso@bancaintesa.it
anna.viviani@bancaintesa.it
antonella.pesatori@bancaintesa.it
antonio.granito@bancaintesa.it
arnaud.deblay@bancaintesa.co.uk
aurelio.caldarola@bancaintesa.it
bali.kochar@bancaintesa.it
barbara.annibaldi@bancaintesa.it
carlo.antonioli@bancaintesa.co.uk
carlo.ghiardelli@bancaintesa.it
carlo.messina@bancaintesa.it
claudio.marazzi@bancaintesa.it
cristiana.corno@bancaintesa.it
cristina.cattaneo@bancaintesa.it
daniele.cassarino@bancaintesa.it
darren.phillips@bancaintesa.co.uk
david.pasi@bancaintesa.it
davide.bevilacqua@bancaintesa.it
davide.stegani@bancaintesa.it

dleung@bancaintesa.com.hk
elena.giannini@bancaintesa.it
elisabetta.pellichero@bancaintesa.it
elisabetta.valentino@bancaintesa.it
emanuele.ceruti@bancaintesa.it
fangeletti@bancaintesa.com.hk
federico.viola@bancaintesa.it
gcorrias@bancaintesa.us
george.brown@bancaintesa.it
gianni.movia@bancaintesa.it
giuseppe.floreno@bancaintesa.it
gregorio.defelice@bancaintesa.it
hctang@bancaintesa.com.hk
james.wohler@bancaintesa.us
jchisholm@bancaintesa.us
jmctague@bancaintesa.us
jtout@bancaintesa.us
lcupido@bancaintesa.us
lodovico.pignatti@bancaintesa.co.uk
lprotto@bancaintesa.us
luca.facchiniprovera@bancaintesa.it
luca.magnani@bancaintesa.it
lucia.buelloni@bancaintesa.it
luciano.fusi@bancaintesa.it
mailto:henry@bancaintesa.com.hk
marcello.bertoldi1@bancaintesa.it
marco.gastoni@bancaintesa.it
marco.passafiume@bancaintesa.it
marcodelfrate@bancaintesa.it
margherita.martelli@bancaintesa.it
marialuisa.fascendini@bancaintesa.it
mario.proverbio@bancaintesa.it
mario.recchia@bancaintesa.it
mario.vaccarino@bancaintesa.it
massimo.ciampolini@bancaintesa.it
mauro.pernigo@bancaintesa.it
mcastagna@bancaintesa.us
mchrist@bancaintesa.us
michele.fassio@bancaintesa.it
noemi.oslo@bancaintesa.co.uk
paola.giudici@bancaintesa.it
paola.pietrasanta@bancaintesa.it
paolo.comboni@bancaintesa.co.uk
paolo.magri@bancaintesa.it
paolo.taranta@bancaintesa.it
pier.satta@bancaintesa.it
pierluigi.ricchiuti@bancaintesa.it
piero.maiocchi@bancaintesa.it
ppastorino@bancaintesa.us
renato.demarchi@bancaintesa.it
riccardo.lugli@bancaintesa.co.uk
riccardo.mazzi@bancaintesa.it
riccardo.parasporo@bancaintesa.it
roberto.puggioni@bancaintesa.it
roberto.sandei@bancaintesa.it
roberto.villa@bancaintesa.it
robertoranieri@bancaintesa.it
rony.hamaui@bancaintesa.it
rossella.merciai@bancaintesa.it
samuelearico@bancaintesa.it

sebastiano.chiarantano@bancaintesa.it
serena.turrisi@bancaintesa.it
sergio.moro@bancaintesa.it
silvio.sganzerla@bancaintesa.it
stefania.bolis@bancaintesa.it .
stefania.cantatore2@bancaintesa.it
stefania.forti@bancaintesa.it
stefano.burani@bancaintesa.co.uk
stefano.calderano@bancaintesa.it
stefano.didomizio@bancaintesa.it
stefano.gambaro@bancaintesa.it
stefano.risi@bancaintesa.it
susanna.cinelli@bancaintesa.it
tchun@bancaintesa.us
teresa.carelli@bancaintesa.it
thomas.shine@bancaintesa.it
valentina.carluccio@bancaintesa.it
valerio.romano@bancaintesa.it
valerio.zuccolo@bancaintesa.it
vincenzo.zappia@bancaintesa.it
vittorio.maggiolini@bancaintesa.it
walter.ambrogi@bancaintesa.co.uk
zachary.barton@bancaintesa.co.uk
giuseppe.botto@bancaintesa.it
bcastillo@bancaja.es
alfonso.gasparini@bancalombarda.it
alistair.newell@bancalombarda.it
andrea.riva@bancalombarda.it
angelantonio.reale@bancalombarda.it
angelo.cardone@bancalombarda.it
antonio.bovo@bancalombarda.it
bruno.durbano@bancalombarda.it
catherine.bertrand@bancalombarda.it
cristian.terri@bancalombarda.it
dario_giorgi@bancalombarda.it
egidio_boni@bancalombarda.it
elisabetta.grassi@bancalombarda.it
enzo.maggiolini@bancalombarda.it
ettore_bianchi@bancalombarda.it
francesco.bugini@bancalombarda.it
giuseppe.palmieri@bancalombarda.it
guglielmo.paolo.morini@bancalombarda.it
lorenzo_demedici@bancalombarda.it
miriam.pola@bancalombarda.it
raffaello.soardi@bancalombarda.it
riccardo.zucchini@bancalombarda.it
rosetta_rosati@bancalombarda.it
stefano.poli@bancalombarda.it
acid@bancamarch.es
bmontesinos@bancamarch.es
bripoll@bancamarch.es
frcardona@bancamarch.es
jdelpalacio@bancamarch.es
mribot@bancamarch.es
rciruelos@bancamarch.es
rgasco@bancamarch.es
rjuan@bancamarch.es
rpalou@bancamarch.es
rperaza@bancamarch.es
tbermejo@bancamarch.es

andrea.angeli@bancamarche.it
andrea.castellani@bancamarche.it
cecilia.benvenuto@bancamarche.it
fabrizio.sperandini@bancamarche.it
francesco.serpilli@bancamarche.it
gianluigi.damone@bancamarche.it
giuliano.balducci@bancamarche.it
katia.strappa@bancamarche.it
massimiliano.benedetto@bancamarche.it
maurizio.bocchini@bancamarche.it
pierfranco.giorgi@bancamarche.it
pierluigi.biondi@bancamarche.it
simone.soldini@bancamarche.it
tesoreria.gruppo@bancamarche.it
lucio.nocerino@bancamps.it
maurizio.garrone@bancamps.it
stephen.shea@bancamps.it
alessandro.gandola@bancaprofilo.it
alessandro.pastres@bancaprofilo.it
andrea.prampolini@bancaprofilo.it
arnaldo.grimaldi@bancaprofilo.it
christoph.krucken@bancaprofilo.it
corrado.pachera@bancaprofilo.it
daniele.caroni@bancaprofilo.it
daniele.grimaldi@bancaprofilo.it
enrico.marchiori@bancaprofilo.it
enrico.michelotti@bancaprofilo.it
esedra.chiacchella@bancaprofilo.it
fabio.cantatore@bancaprofilo.it
francesco.donato@bancaprofilo.it
gianluca.tonon@bancaprofilo.it
giuseppe.agogliati@bancaprofilo.it
giuseppe.distefano@bancaprofilo.it
guido.pardini@bancaprofilo.it
ignino.napoli@bancaprofilo.it
laura.angioni@bancaprofilo.it
lorenzo.romano@bancaprofilo.it
luca.ratti@bancaprofilo.it
mario.bozzano@bancaprofilo.it
maurizio.lojacono@bancaprofilo.it
nicoletta.garola@bancaprofilo.it
nicolo.nunziata@bancaprofilo.it
pietro.tenuta@bancaprofilo.it
rachele.dellera@bancaprofilo.it
raffaele.lovero@bancaprofilo.it
riccardo.grimaldi@bancaprofilo.it
riccardo.lagorio@bancaprofilo.it
riccardo.nembri@bancaprofilo.it
riccardo.ratti@bancaprofilo.it
roberto.petz@bancaprofilo.it
sabrina.girelli@bancaprofilo.it
walter.azzurro@bancaprofilo.it
igor.calcio@bancareale.it
umberto.brinatti@bancareale.it
24055@bancaroma.it
26356@bancaroma.it
32355@bancaroma.it
32386@bancaroma.it
arcadio.pasqual@bancaroma.it
cassanelli@bancaroma.it

credit@bancaroma.co.uk
giovanni.camerota@bancaroma.it
guglielmo.mazzarino@bancaroma.it
luca.manzoni@bancaroma.it
romano.razzi@bancaroma.it
romeo.collina@bancaroma.it
spina@bancaroma.it
stefano.migliore@bancaroma.it
tamara.haegi@bancaroma.it
alberto.crespi@bancasara.it
marco.riva@bancasara.it
acremonini@bancasempione.ch
awalter@bancasempione.ch
csartori@bancasempione.ch
fcasari@bancasempione.ch
gbianchi@bancasempione.ch
gbortone@bancasempione.ch
gnadalin@bancasempione.ch
llepori@bancasempione.ch
mlepori@bancasempione.ch
mmaetzler@bancasempione.ch
mvalsangiacomo@bancasempione.ch
ptomasina@bancasempione.ch
rbracchi@bancasempione.ch
sbertoldo@bancasempione.ch
skever@bancasempione.ch
risk.management@banchemarche.it
hans.lofgreen@banco.se
jonas.lindstrom@banco.se
antonio.alberto.camboa@bancobpi.pt
antonio.domingues.catana@bancobpi.pt
carla.brito.fonseca@bancobpi.pt
dirint@bancobpi.pt
francisco.magalhaes.carneiro@bancobpi.pt
goncalo.jose.santos@bancobpi.pt
isabel.castelo.branco@bancobpi.com
joao.antas.martins@bancobpi.pt
jorge.filipe.nunes@bancobpi.pt
jose.luis.borges@bancobpi.pt
luis.camara.pestana@bancobpi.pt
nuno.costa.antunes@bancobpi.pt
pedro.noronha.camara@bancobpi.pt
tiago.miguel.santos@bancobpi.pt
vanda.alves.oliveira@bancobpi.pt
c.paone@bancodinapoli.it
g.mimms@bancodinapoli.it
g.quercioli@bancodinapoli.it
m.depasca@bancodinapoli.it
v.rippa@bancodinapoli.it
astella@bancodisicilia.it
avirga@bancodisicilia.it
dandria@bancodisicilia.it
gsimone@bancodisicilia.it
investment.it@bancodisicilia.it
lgugliara@bancodisicilia.it
lvinci@bancodisicilia.it
mbiondo@bancodisicilia.it
origination@bancodisicilia.it
rcorona@bancodisicilia.it
sfontana@bancodisicilia.it

tbc@bancodisicilia.it
vtumminello@bancodisicilia.it
charles.kinsky@bancogalicia.co
daniel.llambias@bancogalicia.com.ar
diego.rivas@bancogalicia.com.ar
luis.m.ribaya@bancogalicia.com
pablo.caputto@bancogalicia.com.ar
pablo.leon@bancogalicia.com.ar
pablo.magnanini@bancogalicia.com
aaguirre@bancogui.com
abastarr@bancogui.com
aeuba@bancogui.es
aeuba@bg.bancogui.es
aurrutia@bancogui.com
dtorress@bancogui.com
elarroque@bancogui.com
igoyeneche@bancogui.com
mgurrutx@bancogui.com
pmarazue@bancogui.com
secheber@bancogui.com
aeg@bancoinversion.es
afg@bancoinversion.es
asg@bancoinversion.es
bfm@bancoinversion.es
ccf@bancoinversion.es
era@bancoinversion.es
fcs@bancoinversion.es
gcc@bancoinversion.es
gvg@bancoinversion.es
jpe@bancoinversion.es
rpm@bancoinversion.es
cpulido@bancomadrid.com
dpurena@bancomadrid.com
lregalado@bancomadrid.com
elramel@bancomello.pt
fbicho@bancomello.pt
ralvarez@bancomercantilny.com
asosa@bancomext.gob.mx
cdesenti@bancomext.gob.mx
esalgado@bancomext.gob.mx
frodrigv@bancomext.gob.mx
mrodrigs@bancomext.gob.mx
msiliceo@bancomext.gob.mx
dave_sivinski@bancone.com
franklin_ayers@bancone.com
john.d.hines@bancone.com
mona_roberts@bancone.com
rick_smith@bancone.com
aburgazj@bancopastor.es
amunozc@bancopastor.es
bmartineza@bancopastor.es
fbotellap@bancopastor.es
fdurantep@bancopastor.es
fosterloh@bancopastor.es
fromero@bancopastor.es
ghernandezg@bancopastor.es
jmmajadass@bancopastor.es
jmpernas@bancopastor.es
lesteban@bancopastor.es
mlrodriguezt@bancopastor.es

mmelcona@bancopastor.es
mtcalderonc@bancopastor.es
osolanillas@bancopastor.es
purrutiaj@bancopastor.es
rmartosl@bancopastor.es
tbradshaw@bancopastor.es
tcalzadas@bancopastor.es
soulsbyp@bancopopolare.it
acordeiro@banco-privado.pt
agaribaldi@banco-privado.pt
cosorio@banco-privado.pt
cpunto@banco-privado.pt
fgoncalves@banco-privado.pt
fsoares@banco-privado.pt
gpestana@banco-privado.pt
jleite@banco-privado.pt
jperalta@banco-privado.pt
jquadrado@banco-privado.pt
mptrindade@banco-privado.pt
nparames@banco-privado.pt
pcgomes@banco-privado.pt
plopes@banco-privado.pt
pribeiro@banco-privado.pt
rbarbara@banco-privado.pt
matteo.michelazzi@bancoprofilo.it
dagarcia@bancorio.com.ar
eallen@bancorio.com.ar
fsaraniti@bancorio.com.ar
ptorretta@bancorio.com.ar
spalacio@bancosantander.com.com
luca_giovanni_fort@bancosardegna.it
mario_santagostino_bietti@bancosardegna.it
virginio_codegoni@bancosardegna.it
arroyovalentin@bancourquijo.com
belmontejc@bancourquijo.com
benguriag@bancourquijo.com
bergazcristina@bancourquijo.com
corderorebeca@bancourquijo.com
i_romero@bancourquijo.es
j_guiroga@bancourquijo.es
jc_sanchez@bancourquijo.es
l_rquejido@bancourquijo.es
l_ussia@bancourquijo.es
m_beato@bancourquijo.es
m_novoa@bancourquijo.es
m_sainz@bancourquijo.es
martinezsylvia@bancourquijo.com
merinocarlos@bancourquijo.com
p_hernandez@bancourquijo.es
pernasmonica@bancourquijo.com
r_parra@bancourquijo.com
r_portillo@bancourquijo.es
s_leon@bancourquijo.es
y_ussia@bancourquijo.es
zamoraantonio@bancourquijo.com
clara.laguna@bancoval.es
federico.vries@bancoval.es
ignacio.diaz@bancoval.es
julian.denicolas@bancoval.es
roberto.ambres@bancoval.es

roberto.hauyon@bancoval.es
victor.macein@bancoval.es
fgomez@bancozaragozano.es
flozano@bancozaragozano.es
fperez@bancozaragozano.es
igarrido@bancozaragozano.es
tornos@bancozaragozano.es
ajramjacinto@bancsabadell.com
andreujordi@bancsabadell.com
balcellsa@bancsabadell.com
banyeres@bancsabadell.com
bentuej@bancsabadell.com
cervantesanna@bancsabadell.com
delgadoe@bancsabadell.com
dominguezjosemaria@bancsabadell.com
fernandezbravoangel@bancsabadell.com
fernandezcastanonana@bancsabadell.com
houghton@bancsabadell.com
iglesiasc@bancsabadell.com
iglesiasjordi@bancsabadell.com
latre@bancsabadell.com
lletjosr@bancsabadell.com
lopezcorcueracristina@bancsabadell.com
lopezvallefranciscojavier@bancsabadell.com
martijai@bancsabadell.com
martrats@mail.bancsabadell.com
maymusa@bancsabadell.com
navalon@bancsabadell.com
palavecinos@bancsabadell.com
pascualj@bancsabadell.com
perezj@mail.bancsabadell.com
portilloramonmaria@bancsabadell.com
puigd@bancsabadell.com
rodriguezso@bancsabadell.com
serranoe@bancsabadell.com
serranos@bancsabadell.com
serrap@bancsabadell.com
serretx@bancsabadell.com
suarezj@bancsabadell.com
suauf@bancsabadell.com
tortp@bancsabadell.com
trujillanojaime@bancsabadell.com
vadjaraganian@mail.bancsabadell.es
valenzuelaj@bancsabadell.com
vicentemariasalud@bancsabadell.com
vilam@bancsabadell.com
aalfonso@notes.banesto.es
ablancoc@notes.banesto.es
acervanm@notes.banesto.es
aescolar@notes.banesto.es
afernandez@notes.banesto.es
agarciac@notes.banesto.es
agmujic@notes.banesto.es
aguitian@notes.banesto.es
ajimeneb@notes.banesto.es
ajuarros@notes.banesto.es
alazaroc@notes.banesto.es
amercado@notes.banesto.es
aperezma@notes.banesto.es
apozasco@notes.banesto.es

| | | |
|---|---|---|
| aromeros@notes.banesto.es | lrequejo@notes.banesto.es | bhorton@bankatlantic.com |
| atorresb@notes.banesto.es | lutrerai@notes.banesto.es | fdiaz@bankatlantic.com |
| bgimenez@notes.banesto.es | lvelasco@notes.banesto.es | gmartone@bankatlantic.com |
| c.ruiz@bfondos.banesto.es | m.sanchez@bfondos.banesto.es | lguary@bankatlantic.com |
| carodrig@notes.banesto.es | malcaide@notes.banesto.es | lsarrica@bankatlantic.com |
| catetiwa@notes.banesto.es | mcorralm@notes.banesto.es | mufen@bankatlantic.com |
| ccaminom@notes.banesto.es | mdiazgan@notes.banesto.es | rlang@bankatlantic.com |
| ccervera@notes.banesto.es | mestebaran@notes.banesto.es | rwatson@bankatlantic.com |
| cgilcapa@notes.banesto.es | mfcorral@notes.banesto.es | d_morand@bankaudi.ch |
| dmarting@notes.banesto.es | mmenensa@notes.banesto.es | m_rastaldi@bankaudi.ch |
| dpineiro@notes.banesto.es | mperezar@notes.banesto.es | o_gugi@bankaudi.ch |
| earrimad@notes.banesto.es | mradar@notes.banesto.es | t_kienler@bankaudi.ch |
| ebarreda@notes.banesto.es | msanchez@notes.banesto.es | investor.relations@bankaustria.com |
| ecamacod@notes.banesto.es | msandar@notes.banesto.es | perry.lok@hk.bankaustria.com |
| erigolro@notes.banesto.es | msantiaa@notes.banesto.es | aandree@bank-banque-canada.ca |
| esaiz@notes.banesto.es | ogalbisb@notes.banesto.es | ffurlan@bank-banque-canada.ca |
| etusetmo@notes.banesto.es | omartinr@notes.banesto.es | isemerdjiev@bank-banque-canada.ca |
| fbarranc@notes.banesto.es | pgomezca@notes.banesto.es | jdeleon@bank-banque-canada.ca |
| fcarrets@notes.banesto.es | plamasle@notes.banesto.es | jkiff@bank-banque-canada.ca |
| fdiezcal@notes.banesto.es | psanfeli@notes.banesto.es | mschuster@bank-banque-canada.ca |
| fjimenez@notes.banesto.es | rcubashu@notes.banesto.es | mwhittingham@bank-banque-canada.ca |
| fleyungo@notes.banesto.es | rdepablo@notes.banesto.es | pdemerse@bank-banque-canada.ca |
| fmorosan@notes.banesto.es | rdevegar@notes.banesto.es | pfarahmand@bank-banque-canada.ca |
| fsimpson@notes.banesto.es | rpicardo@notes.banesto.es | sbordeleau@bank-banque-canada.ca |
| gbarquin@notes.banesto.es | sboubran@notes.banesto.es | sguilbault@bank-banque-canada.ca |
| giucarna@notes.banesto.es | sgamezma@notes.banesto.es | tmacklem@bank-banque-canada.ca |
| gmadrazo@notes.banesto.es | slopezsa@notes.banesto.es | wspeckert@bank-banque-canada.ca |
| gperezri@notes.banesto.es | smarquez@notes.banesto.es | zawodskyc@bank-bgld.at |
| gvaquell@notes.banesto.es | tgarciaf@notes.banesto.es | arrachman@bankbii.com |
| igarciag@notes.banesto.es | tlangela@notes.banesto.es | bkurniawan@bankbii.com |
| ipindado@notes.banesto.es | tmelguiz@notes.banesto.es | bnawangsidi@bankbii.com |
| isisogar@notes.banesto.es | tvillanu@notes.banesto.es | edij@bankbii.com |
| iturmcgl@notes.banesto.es | vramirez@notes.banesto.es | fhmuhsinin@bankbii.com |
| iurquiza@notes.banesto.es | chiban2@banet.net | fnirawan@bankbii.com |
| ivazquez@notes.banesto.es | aigars.egle@bank.lv | rchandra@bankbii.com |
| iylleraa@notes.banesto.es | daira.brunere@bank.lv | rdwi@bankbii.com |
| jaltitis@notes.banesto.es | ilmars@bank.lv | smurti@bankbii.com |
| jasenjoh@notes.banesto.es | karlis@bank.lv | swsukianto@bankbii.com |
| jbertolo@notes.banesto.es | michael.bauernfeind@bhf.bank.com | mpeterson@bankcalumet.com |
| jblancod@notes.banesto.es | roberts.grava@bank.lv | tquinn@bankcalumet.com |
| jcampilb@notes.banesto.es | toms.silins@bank.lv | jbower@bankcnb.com |
| jcantera@notes.banesto.es | vadims.zaicevs@bank.lv | andreas.hinck@bankcoop.ch |
| jcarrion@notes.banesto.es | vilnis.barons@bank.lv | esther.eglin@bankcoop.ch |
| jdelibes@notes.banesto.es | bill.holmes@bankamerica.com | gregory.wyss@bankcoop.ch |
| jdezagor@notes.banesto.es | blanton.y.keh@bankamerica.com | luciano.danninger@bankcoop.ch |
| jdomingu@notes.banesto.es | david.b.gebler@bankamerica.com | martin.voelkle@bankcoop.ch |
| jechaide@notes.banesto.es | elsie.fletcher@bankamerica.com | sacha.vicente@bankcoop.ch |
| jexposit@notes.banesto.es | elzie.h.whitlow_jr@bankamerica.com | stephan.schwarz@bankcoop.ch |
| jgarita@notes.banesto.es | gonzalo.santillan@bankamerica.com | lhelligrath@bankersbank.com |
| jgonzare@notes.banesto.es | gracie.c.matsuda@bankamerica.com | inv@bankersbankusa.com |
| jhoyosoc@notes.banesto.es | kimberlee.h.kelly@bankamerica.com | sdevine@bankersbankusa.com |
| jjohanss@notes.banesto.es | rick.i.davis@bankamerica.com | elena.a.matthews@bankerstrust.com |
| jlgarcia@notes.banesto.es | sean.epp@bankamerica.com | joann.fisher@bankerstrust.com |
| jmartins@notes.banesto.es | stephen.p.scharre@bankamerica.com | kbeyer@bankerstrust.com |
| jovillan@notes.banesto.es | steve.l.vielhaber@bankamerica.com | takeshi.fukushima@bankerstrust.com |
| jsantmar@notes.banesto.es | wendy.e.norman@bankamerica.com | peter.c.barcia@bankerstust.com |
| justogomez@notes.banesto.es | william.a.sellier@bankamerica.com | eferguson@bankfinancial.com |
| jvildoso@notes.banesto.es | akoymen@bankatlantic.com | andreas.wein@ib.bankgesellscaft.de |
| jvillaro@notes.banesto.es | aleibman@bankatlantic.com | alexander.plenk@ib.bankgesellschaft.de |
| lostolaz@notes.banesto.es | amitchell@bankatlantic.com | andreas.pehla@bankgesellschaft.de |

| | | |
|---|---|---|
| arnd.muehle@ib.bankgesellschaft.de | diego.viviani@bankhaus-loebbecke.de | dad@bankinvest.dk |
| avallone@ibuk.bankgesellschaft.de | hans.jakob@bankhaus-loebbecke.de | dbr@bankinvest.dk |
| britta.nitze@ib.bankgesellschaft.de | horst.buschmann@bankhaus-loebbecke.de | dfn@bankinvest.dk |
| ccollins@ibuk.bankgesellschaft.de | johannes.ciesla@bankhaus-loebbecke.de | ers@bankinvest.dk |
| christian.markwart@ib.bankgesellschaft.de | jcarpenter@bankhnb.com | evk@bankinvest.dk |
| christian.orquera@ib.bankgesellschaft.de | abejarb@bankinter.es | fmb@bankinvest.dk |
| christine.schulz@ib.bankgesellschaft.de | ajschez@bankinter.es | fp@bankinvest.dk |
| conny.ricklemoser@ib.bankgesellschaft.de | amadariaga@bankinter.es | heo@bankinvest.dk |
| daniel.schmidt@bankgesellschaft.de | amsaez@bankinter.es | hgr@bankinvest.dk |
| david.youle@ib.bankgesellschaft.de | apedrosl@bankinter.es | hhs@bankinvest.dk |
| dirk.brauers@ib.bankgesellschaft.de | apier@bankinter.es | hlh@bankinvest.dk |
| dirk.kipp@ib.bankgesellschaft.de | bkrf@bankinter.es | idb@bankinvest.dk |
| dirk.scheunemann@bankgesellschaft.de | brguez@bankinter.es | jab@bankinvest.dk |
| dkolter@ibuk.bankgesellschaft.de | buriartev@bankinter.es | jfn@bankinvest.dk |
| franz.muehl@bankgesellschaft.de | cencinas@bankinter.es | jht@bankinvest.dk |
| gerald.klein@ib.bankgesellschaft.de | cglezgc@bankinter.es | jlh@bankinvest.dk |
| guenter.senftleben@ib.bankgesellschaft.de | clastrag@bankinter.es | jrh@bankinvest.com |
| hagen.sinodoru@ib.bankgesellschaft.de | dblancom@bankinter.es | jrn@bankinvest.dk |
| hans.huff@ib.bankgesellschaft.de | ddiez@bankinter.es | jwk@bankinvest.dk |
| ir@bankgesellschaft.de | dperez@bankinter.es | jz@bankinvest.dk |
| jan.bockelmann@bankgesellschaft.de | eeorellana@bankinter.es | kan@bankinvest.dk |
| jens.hoffmann@bankgesellschaft.de | elinos@bankinter.es | keg@bankinvest.dk |
| joerg.wenz@ib.bankgesellschaft.de | epalomarma@bankinter.es | kel@bankinvest.dk |
| kathrin.eichmann@bankgesellschaft.de | ezaldiva@bankinter.es | kin@bankinvest.dk |
| kerstin.junker@ib.bankgesellschaft.de | fcasas@bankinter.es | kjh@bankinvest.dk |
| lilie.hesse@ib.bankgesellschaft.de | fra@bankinter.es | lav@bankinvest.dk |
| lothar.falk@bankgesellschaft.de | fsalido@bankinter.es | ljk@bankinvest.dk |
| markus.papenroth@ib.bankgesellschaft.de | ialonso@bankinter.es | lrr@bankinvest.dk |
| martin.mueller@bankgesellschaft.de | iblanco@bankinter.es | lsj@bankinvest.dk |
| matthias.drescher@ib.bankgesellschaft.de | jaramirez@bankinter.es | mam@bankinvest.dk |
| matthias.rapp@bankgesellschaft.lu | javas@bankinter.es | mh@bankinvest.dk |
| michael.anschuetz@ib.bankgesellschaft.de | jbcollado@bankinter.es | mha@bankinvest.dk |
| michael.riedel@bankgesellschaft.de | jflopez@bankinter.es | mhc@bankinvest.dk |
| michael.schickling@bankgesellschaft.de | jgalindoh@bankinter.es | nbt@bankinvest.dk |
| mjacoby@ibuk.bankgesellschaft.de | jjprietoa@bankinter.es | ngp@bankinvest.dk |
| nathan.kohlhoff@ib.bankgesellschaft.de | jperalgu@bankinter.es | nln@bankinvest.dk |
| niels.mogensen@bankgesellschaft.de | lmartinma@bankinter.es | nmv@bankinvest.dk |
| nils.weber@ib.bankgesellschaft.de | martola@bankinter.es | pam@bankinvest.dk |
| norbert.wieneke@ib.bankgesellschaft.de | mhpascual@bankinter.es | pch@bankinvest.dk |
| olaf.krueger@bankgesellschaft.de | mlopezso@bankinter.es | pha@bankinvest.com |
| oliver.guenter@ib.bankgesellschaft.de | na@bankinter.com | plc@bankinvest.dk |
| phanrott@ibuk.bankgesellschaft.de | rbrenes@bankinter.es | ran@bankinvest.dk |
| ralf.hallmann@ib.bankgesellschaft.de | rmorenom@bankinter.es | rha@bankinvest.dk |
| reinout.schalkwijk@ib.bankgesellschaft.de | savilespa@bankinter.es | rol@bankinvest.dk |
| renee.boukhelf@ib.bankgesellschaft.de | sguerrerog@bankinter.es | sb@bankinvest.dk |
| ronald.borowski@ib.bankgesellschaft.de | stapia@bankinter.es | sbe@bankinvest.dk |
| sborg@ibuk.bankgesellschaft.de | aa@bankinvest.dk | shr@bankinvest.dk |
| sebastian.doering@ib.bankgesellschaft.de | ada@bankinvest.dk | smc@bankinvest.dk |
| sebastian.stein@ib.bankgesellschaft.de | afv@bankinvest.dk | smo@bankinvest.dk |
| simon.scholes@ib.bankgesellschaft.de | anc@bankinvest.dk | spo@bankinvest.dk |
| skopf@ib.bankgesellschaft.de | ap@bankinvest.dk | sti@bankinvest.dk |
| sminzlaff@ibuk.bankgesellschaft.de | arb@bankinvest.dk | thp@bankinvest.dk |
| sstuart-smith@ibuk.bankgesellschaft.de | bde@bankinvest.dk | ths@bankinvest.dk |
| stefan.kind@bankgesellschaft.lu | bjt@bankinvest.dk | tht@bankinvest.dk |
| uneuhauss@ibuk.bankgesellschaft.de | cgt@bankinvest.dk | thv@bankinvest.dk |
| uwe.jech@ib.bankgesellschaft.de | chh@bankinvest.dk | tos@bankinvest.dk |
| viktor.schneider@ib.bankgesellschaft.de | chs@bankinvest.dk | tsc@bankinvest.dk |
| volker.hergert@ib.bankgesellschaft.de | cm@bankinvest.dk | tt@bankinvest.dk |
| xenia.loesch@ib.bankgesellschaft.de | cohn@bankinvest.dk | andrew@bankisrael.gov.il |
| bernard.debecker@ib.bankgesselscaft.de | cs@bankinvest.dk | barrytp@bankisrael.gov.il |

davidhof@bankisrael.gov.il
eranf@bankisrael.gov.il
janet_as@bankisrael.gov.il
kettyc@bankisrael.gov.il
meravp@bankisrael.gov.il
oleg@bankisrael.gov.il
sylviap@bankisrael.gov.il
talbiber@bankisrael.gov.il
arthur.rosenbach2@bankleumi.co.il
ayelet.shabat@bankleumi.co.il
dgabb@bankleumi.co.uk
haimabraham@bankleumi.co.il
herb.small@bankleumi.co.il
itai.ben-zeev@bankleumi.co.il
jcousins@bankleumi.co.uk
lexcell@bankleumi.co.uk
liora.caplan@bankleumi.co.il
mleslie@bankleumi.co.uk
gbucher@bankleumiusa.com
treasury@bankleumiusa.com
deepak@bankmuscat.com
ganeshs@bankmuscat.com
krishnans@bankmuscat.com
jgallastegui@bankoa.es
jhoyos@bankoa.es
palcorta@bankoa.es
katherine.p.orrell@bankofameirca.com
adam.g.florence@bankofamerica.com
adam.r.bailey@bankofamerica.com
adrian.hyde@bankofamerica.com
alain.louissaint@bankofamerica.com
alan.h.johnson@bankofamerica.com
alberto.boquin@bankofamerica.com
alex.j.mason@bankofamerica.com
alex.jarrett@bankofamerica.com
alexandra.i.tyson@bankofamerica.com
alisa.chintakananda@bankofamerica.com
alison.l.warren@bankofamerica.com
allen.cheng@bankofamerica.com
amanda.clarke@bankofamerica.com
amit.k.jain@bankofamerica.com
amy.clay@bankofamerica.com
andrei.pastor@bankofamerica.com
andrew.l.brunson@bankofamerica.com
andrew.rudolph@bankofamerica.com
andrew.sarnie@bankofamerica.com
angela.c.jones@bankofamerica.com
aninda.mitra@bankofamerica.com
anna.aroutiounova@bankofamerica.com
anthony.p.paquette@bankofamerica.com
anusha.prasad@bankofamerica.com
april.haley@bankofamerica.com
bartlomiej.pastwa@bankofamerica.com
ben.ford@bankofamerica.com
ben.james@bankofamerica.com
bernadette.mazzella@bankofamerica.com
beth.harris@bankofamerica.com
bill.brown@bankofamerica.com
bob.davee@bankofamerica.com
bob.farzin@bankofamerica.com

bob.j.debenedet@bankofamerica.com
bob.voreyer@bankofamerica.com
brad.owensby@bankofamerica.com
bradley.j.brown@bankofamerica.com
brendan.d.connaughton@bankofamerica.com
brendan.sullivan@bankofamerica.com
brent.dellinger@bankofamerica.com
brian.j.smith@bankofamerica.com
brian.lyszczarz@bankofamerica.com
brian.r.whitaker@bankofamerica.com
brian.staunton@bankofamerica.com
brian.zwerner@bankofamerica.com
camille.zerbinos@bankofamerica.com
carl.w.wong@bankofamerica.com
chandrak.x.katuri@bankofamerica.com
charels.welch@bankofamerica.com
charles.fletcher@bankofamerica.com
charles.law@bankofamerica.com
charles.pelham@bankofamerica.com
charles.r.bingham@bankofamerica.com
chi.ly@bankofamerica.com
chin-chun.lai@bankofamerica.com
chirag.hansjee@bankofamerica.com
chitt.swamidasan@bankofamerica.com
christian.romon@bankofamerica.com
christine.l.sustakowsky@bankofamerica.com
christopher.m.slattery@bankofamerica.com
christopher.rulla@bankofamerica.com
chuck.fletcher@bankofamerica.com
claire.gasperetti@bankofamerica.com
claire.m.croft@bankofamerica.com
clare.c.jansson@bankofamerica.com
claudia.zaffaroni@bankofamerica.com
clinton.eubanks@bankofamerica.com
colin.y.kim@bankofamerica.com
conrad.j.lautenbacher@bankofamerica.com
cristy.barton@bankofamerica.com
dan.lane@bankofamerica.com
dan.malouff@bankofamerica.com
dan.w.caldwell@bankofamerica.com
daniel.b.boorstein@bankofamerica.com
daniel.holtzman@bankofamerica.com
dave.m.metzger@bankofamerica.com
david.berry@bankofamerica.com
david.kagno@bankofamerica.com
david.n.joffe@bankofamerica.com
david.oakley@bankofamerica.com
david.powell.osborn@bankofamerica.com
derek.m.power@bankofamerica.com
desiree.lucic@bankofamerica.com
dewitt.w.king@bankofamerica.com
dominic.malleo@bankofamerica.com
donald.canfield@bankofamerica.com
dong.li@bankofamerica.com
dorothy.halsey@bankofamerica.com
doug.maxham@bankofamerica.com
douglas.redmond@bankofamerica.com
duncan.king@bankofamerica.com
edward.brunni@bankofamerica.com
edward.yu@bankofamerica.com

eileen.perrin@bankofamerica.com
elaine.gehnich@bankofamerica.com
elizabeth.k.verell@bankofamerica.com
eric.borden@bankofamerica.com
eric.burgess@bankofamerica.com
eric.fales@bankofamerica.com
eric.g.clause@bankofamerica.com
eric.hiller@bankofamerica.com
eric.rizza@bankofamerica.com
eric.williamson@bankofamerica.com
ermina.latic-selimagic@bankofamerica.com
eynour.boutia@bankofamerica.com
farah.zakir@bankofamerica.com
felicia.f.ofori@bankofamerica.com
frank.abraham@bankofamerica.com
gareth.coombs@bankofamerica.com
garfield.johnson@bankofamerica.com
georgia.raphael@bankofamerica.com
gerhard.seebacher@bankofamerica.com
giles.crosthwaite@bankofamerica.com
greg.hackworth@bankofamerica.com
greg.mellone@bankofamerica.com
greg.rickards@bankofamerica.com
gregory.m.towner@bankofamerica.com
grey.duddleston@bankofamerica.com
guy.berger@bankofamerica.com
han.wang@bankofamerica.com
hank.j.delvecchio@bankofamerica.com
hanying.ye@bankofamerica.com
harvey.hirschhorn@bankofamerica.com
helen.odomirok@bankofamerica.com
henry.d.kirkland@bankofamerica.com
hiroki.gomi@bankofamerica.com
hitesh.k.mistry@bankofamerica.com
ian.banwell@bankofamerica.com
ian.d.cassese@bankofamerica.com
iftikhar.ali@bankofamerica.com
indhira.urrutia@bankofamerica.com
jacob.dowden@bankofamerica.com
james.b.freeze@bankofamerica.com
james.carey@bankofamerica.com
james.e.cook@bankofamerica.com
james.j.hollis@bankofamerica.com
jameson.r.miller@bankofamerica.com
jamie.pasterick@bankofamerica.com
janet.mullen@bankofamerica.com
janice.r.piggee@bankofamerica.com
janine.hofer@bankofamerica.com
jeff.brown@bankofamerica.com
jeff.t.willoughby@bankofamerica.com
jeffrey.alvino@bankofamerica.com
jeffrey.l.moering@bankofamerica.com
jeffrey.roach@bankofamerica.com
jennifer.helle@bankofamerica.com
jeremy.d.preddy@bankofamerica.com
jim.e.michaels@bankofamerica.com
jo.parker@bankofamerica.com
jo_anne.maarten@bankofamerica.com
joesepha.s.chong@bankofamerica.com
john.birnstengel@bankofamerica.com

| | | |
|---|---|---|
| john.d.lutkehaus@bankofamerica.com | maciej.ombach@bankofamerica.com | richard.s.cohen@bankofamerica.com |
| john.desroches@bankofamerica.com | mandy.norton@bankofamerica.com | rinesh.mehta@bankofamerica.com |
| john.j.regan@bankofamerica.com | marc.abraham@bankofamerica.com | rob.rivest@bankofamerica.com |
| john.kapustiak@bankofamerica.com | maria.s.massetti@bankofamerica.com | robb.staszewski@bankofamerica.com |
| john.lake@bankofamerica.com | marika.d.economos@bankofamerica.com | robert.d.mclaughlin@bankofamerica.com |
| john.muller@bankofamerica.com | mark.cauthen@bankofamerica.com | robert.d.reeves@bankofamerica.com |
| john.p.sargent@bankofamerica.com | mark.kehe@bankofamerica.com | robert.e.stilwell@bankofamerica.com |
| john.philbin@bankofamerica.com | mark.raskopf@bankofamerica.com | robert.lucenti@bankofamerica.com |
| jon.barnes@bankofamerica.com | mark.supert@bankofamerica.com | robert.miller@bankofamerica.com |
| jon.centurino@bankofamerica.com | marshall.stuckey@bankofamerica.com | robert.scillwell@bankofamerica.com |
| jonathan.eckersley@bankofamerica.com | matt.antunes@bankofamerica.com | rohinton.karanjia@bankofamerica.com |
| jonathan.moulds@bankofamerica.com | matt.dellabitta@bankofamerica.com | rolf.johansen@bankofamerica.com |
| jonathan.noonan@bankofamerica.com | matthew.a.wilson@bankofamerica.com | roy.s.kim@bankofamerica.com |
| joseph.d.cauthen@bankofamerica.com | matthew.alder@bankofamerica.com | rupal.mehta@bankofamerica.com |
| joseph.igoe@bankofamerica.com | matthew.bellucci@bankofamerica.com | russell.condrich@bankofamerica.com |
| joseph.ofei@bankofamerica.com | matthew.brennan@bankofamerica.com | ryan.c.karaian@bankofamerica.com |
| joyce.ollunga@bankofamerica.com | matthew.l.lemere@bankofamerica.com | ryan.m.metcalf@bankofamerica.com |
| joyce.r.starks@bankofamerica.com | matthew.moore@bankofamerica.com | ryan.t.monahan@bankofamerica.com |
| julie.a.hansen@bankofamerica.com | meghan.a.nagle-peterson@bankofamerica.com | sal.mirran@bankofamerica.com |
| julie.r.bean@bankofamerica.com | melinda.crosby@bankofamerica.com | samantha.abner-wallace@bankofamerica.com |
| kareena.sweat@bankofamerica.com | meredith.burns@bankofamerica.com | samuel.burick@bankofamerica.com |
| kathleen.a.o'hara-maddox@bankofamerica.com | michael.brosnan@bankofamerica.com | sara.shea@bankofamerica.com |
| keith.wright@bankofamerica.com | michael.fulginiti@bankofamerica.com | sarah.l.mcavoy@bankofamerica.com |
| kelly.evans@bankofamerica.com | michael.n.duignan@bankofamerica.com | scott.e.ross@bankofamerica.com |
| kelly.shephard@bankofamerica.com | michael.p.nichols@bankofamerica.com | scott.terada@bankofamerica.com |
| kevin.b.choi@bankofamerica.com | michelle.cherry@bankofamerica.com | sean.p.kelly@bankofamerica.com |
| kevin.c.walsh@bankofamerica.com | mickey.l.nguyen@bankofamerica.com | shane.brashears@bankofamerica.com |
| kevin.d.burns@bankofamerica.com | mike.allison@bankofamerica.com | shannon.ackermann@bankofamerica.com |
| kevin.m.young@bankofamerica.com | mike.dillon@bankofamerica.com | sharada.kalanidhi@bankofamerica.com |
| kevin.stitt@bankofamerica.com | mike.vandenberg@bankofamerica.com | sharon.herrmann@bankofamerica.com |
| kimberlee.h.kelly@bankofamerica.com | mitch.nadel@bankofamerica.com | shelly.bansal@bankofamerica.com |
| kip.constantinou@bankofamerica.com | monica.g.maguire@bankofamerica.com | shirley.heller@bankofamerica.com |
| kit.x.lam@bankofamerica.com | mtietz@bankofamerica.com | simon.bruce@bankofamerica.com |
| konstantin.tcherepachenets@bankofamerica.com | natacha.moreau@bankofamerica.com | simon.c.wilcox@bankofamerica.com |
| krishan.grover@bankofamerica.com | nate.negrin@bankofamerica.com | simon.park@bankofamerica.com |
| kristin.young@bankofamerica.com | neal.jordan@bankofamerica.com | simon.shephard@bankofamerica.com |
| kristofer.ostberg@bankofamerica.com | nicole.s.guest@bankofamerica.com | simon.yee@bankofamerica.com |
| kurtis.kimmerling@bankofamerica.com | nikhil.shah@bankofamerica.com | sohail.gani@bankofamerica.com |
| lane.herrington@bankofamerica.com | nima.pirzadeh@bankofamerica.com | srinivas.preethi@bankofamerica.com |
| laurence.coley@bankofamerica.co.uk | nobuaki.tanabe@bankofamerica.com | stacey.a.almond@bankofamerica.com |
| laurie.cang@bankofamerica.com | norman.lovitch@bankofamerica.com | stanton.vandenberg@bankofamerica.com |
| lawrence.morgenthal@bankofamerica.com | patrick.j.grune@bankofamerica.com | steph.allen@bankofamerica.com |
| lee.d.turner@bankofamerica.com | patrick.s.bright@bankofamerica.com | stephen.campisi@bankofamerica.com |
| lee.mcentire@bankofamerica.com | patrick.wang@bankofamerica.com | stephen.j.salmon@bankofamerica.com |
| lee.stafford@bankofamerica.com | paul.d.rivers@bankofamerica.com | steven.beck@bankofamerica.com |
| leo.mizuhara@bankofamerica.com | peter.d.clapham@bankofamerica.com | steven.l.randall@bankofamerica.com |
| letitia.c.lai@bankofamerica.com | peter.g.hammersley@bankofamerica.com | sudhanshu.x.khandelwal@bankofamerica.com |
| leyla.pakzad@bankofamerica.com | peter.young@bankofamerica.com | susan.chevalier@bankofamerica.com |
| li.zhang@bankofamerica.com | phillip.edwards@bankofamerica.com | susan.h.quigley@bankofamerica.com |
| lily.lai@bankofamerica.com | pkruger@bankofamerica.com | suzie.demer@bankofamerica.com |
| linus.wright@bankofamerica.com | premdulari.thakkar@bankofamerica.com | svetlana.bukharina@bankofamerica.com |
| lisa.margosian@bankofamerica.com | qfmodel@bankofamerica.com | tendayi.kapfidze@bankofamerica.com |
| liz.hamilton@bankofamerica.com | qiufang.cao@bankofamerica.com | terence.p.dillon@bankofamerica.com |
| lorraine.elliot@bankofamerica.com | rafael.e.amoros@bankofamerica.com | teresa.g.bowlin@bankofamerica.com |
| louisa.sans@bankofamerica.com | rafael.silveira@bankofamerica.com | teresa.g.jones@bankofamerica.com |
| ltuyau@bankofamerica.com | ravi.mudan@bankofamerica.com | tim.li@bankofamerica.com |
| lynda.holmes@bankofamerica.com | reg.brown@bankofamerica.com | timothy.martin@bankofamerica.com |
| lynn.baldwin@bankofamerica.com | richard.gibson@bankofamerica.com | tom.avazian@bankofamerica.com |
| Lynn.M.Lauderdale@Bankofamerica.com | richard.honeck@bankofamerica.com | tony.hamer@bankofamerica.com |
| lynn.reaser@bankofamerica.com | richard.p.grammer@bankofamerica.com | tsuyoshi.takara@bankofamerica.com |

| | | |
|---|---|---|
| vanessa.a.cesario@bankofamerica.com | agamemnon.loutsios@cy.bankofcyprus.com | melanie.lund@bankofengland.co.uk |
| vladimir.valenta@bankofamerica.com | akefalea@bankofcyprus.gr | mervyn.king@bankofengland.co.uk |
| walter.j.muller@bankofamerica.com | demetris.papallis@cy.bankofcyprus.com | michael.cross@bankofengland.co.uk |
| waseem.b.abourjeili@bankofamerica.com | theodoros.alepis@cy.bankofcyprus.com | michelle.morris@bankofengland.co.uk |
| wayne.rosenwinkel@bankofamerica.com | adam.fitzjohn@bankofengland.co.uk | misa.tanaka@bankofengland.co.uk |
| weijiang.gu@bankofamerica.com | alex.brazier@bankofengland.co.uk | neal.hatch@bankofengland.co.uk |
| wendy.j.gorman@bankofamerica.com | amit.kara@bankofengland.co.uk | neil.george@bankofengland.co.uk |
| william.bishop@bankofamerica.com | andrew.bailey@bankofengland.co.uk | neil.rossiter@bankofengland.co.uk |
| william.bogolin@bankofamerica.com | andrew.harley@bankofengland.co.uk | nicholas.vause@bankofengland.co.uk |
| william.wrest@bankofamerica.com | andrew.hauser@bankofengland.co.uk | nicola.stead@bankofengland.co.uk |
| yan.jan@bankofamerica.com | andrew.shankland@bankofengland.co.uk | nigel.jenkinson@bankofengland.co.uk |
| yassir.benjelloun@bankofamerica.com | ben.may@bankofengland.co.uk | olaf.weeken@bankofengland.co.uk |
| yoshihiko.asano@bankofamerica.com | benjamin.martin@bankofengland.co.uk | ole.rummel@bankofengland.co.uk |
| yumiko.kawahara@bankofamerica.com | bjorn-erik.orskaug@bankofengland.co.uk | paul.fisher@bankofengland.co.uk |
| zach.wagner@bankofamerica.com | charles.bean@bankofengland.co.uk | paul.mikhailoff@bankofengland.co.uk |
| zachary.harl@bankofamerica.com | chris.salmon@bankofengland.co.uk | paul.tucker@bankofengland.co.uk |
| zahid.mustafa@bankofamerica.com | chris.yeates@bankofengland.co.uk | peter.andrews@bankofengland.co.uk |
| krishna.m.mangallampalli@bankofamierca.com | chris.young@bankofengland.co.uk | peter.brierley@bankofengland.co.uk |
| amethyst.farier@bankofbermuda.com | christopher.hackworth@bankofengland.co.uk | peter.westaway@bankofengland.co.uk |
| caroline.wilks@bankofbermuda.com | colin.miles@bankofengland.co.uk | philip.thomas@bankofengland.co.uk |
| claire.donaldson@bankofbermuda.com | craig.shute@bankofengland.co.uk | richard.lambert@bankofengland.co.uk |
| david.senogles@bankofbermuda.com | crispin.ovenden@bankofengland.co.uk | richard.wellington@bankofengland.co.uk |
| derek.cauldwell@bankofbermuda.com | danny.smith@bankofengland.co.uk | rishi.kansagra@bankofengland.co.uk |
| diazfm@bankofbermuda.com | dave.barley@bankofengland.co.uk | rob.wood@bankofengland.co.uk |
| francois.vandermerwe@bankofbermuda.com | david.rule@bankofengland.co.uk | ronald.johannes@bankofengland.co.uk |
| frosth@bankofbermuda.com | david.wall@bankofengland.co.uk | sarah.stevens@bankofengland.co.uk |
| hugh.burnaby@bankofbermuda.com | dominic.bryant@bankofengland.co.uk | simon.wells@bankofengland.co.uk |
| iris.chau@bankofbermuda.com | duncan.reid@bankofengland.co.uk | simon.whitaker@bankofengland.co.uk |
| jerry.hsieh@bankofbermuda.com | enzo.cassino@bankofengland.co.uk | stuart.cole@bankofengland.co.uk |
| john.monaghan@bankofbermuda.com | fabio.cortes@bankofengland.co.uk | stuart.davies@bankofengland.co.uk |
| kerry.davison@bankofbermuda.com | firstname.surname@bankofengland.co.uk | sumita.ghosh@bankofengland.co.uk |
| klivancm@bankofbermuda.com | frances.hill@bankofengland.co.uk | thomas.belsham@bankofengland.co.uk |
| laura.lake@bankofbermuda.com | george.speight@bankofengland.co.uk | thomas.smith@bankofengland.co.uk |
| michael.davidson@bankofbermuda.com | glenn.hoggarth@bankofengland.co.uk | tim.taylor@bankofengland.co.uk |
| natasha.sideris@bankofbermuda.com | guillermo.felices@bankofengland.co.uk | tim.young@bankofengland.co.uk |
| neil.hossack@bankofbermuda.com | hammer@bankofengland.co.uk | trevor.baxter@bankofengland.co.uk |
| pangvl@bankofbermuda.com | howard.jones@bankofengland.co.uk | ukteam@bankofengland.co.uk |
| rasheed.boykin@bankofbermuda.com | iain.de.weymarn@bankofengland.co.uk | ursel.baumann@bankofengland.co.uk |
| scottl@bankofbermuda.com | information.manager@bankofengland.co.uk | vicky.read@bankofengland.co.uk |
| sebastian.dunn@bankofbermuda.com | james.o'connor@bankofengland.co.uk | vincenzo.cassino@bankofengland.co.uk |
| tanisha.augustus@bankofbermuda.com | james.proudman@bankofengland.co.uk | pharikishan@bankofindia.com |
| triblecj@bankofbermuda.com | james.talbot@bankofengland.co.uk | chavir@bankofisrael.gov.il |
| tsaimy@bankofbermuda.com | jan.groen@bankofengland.co.uk | doesnthaveone@bankofisrael.com |
| weltonwh@bankofbermuda.com | janette.parry@bankofengland.co.uk | aal-khatib@bankofjordan.com.jo |
| gding@bankofcanada.ca | jennifer.greenslade@bankofengland.co.uk | bnedzi@bankofnewyork.com |
| jandreou@bankofcanada.ca | joanne.cutler@bankofengland.co.uk | danlong@bankofnewyork.com |
| kinn@bankofcanada.ca | joanne.perez@bankofengland.co.uk | roderick_p._abad@lnotes5.bankofnewyork.com |
| morr@bankofcanada.ca | joe.ganley@bankofengland.co.uk | aaiello@bankofny.com |
| nlafhel@bankofcanada.ca | john.henderson@bankofengland.co.uk | aedinmcgowan@bankofny.com |
| rhannah@bankofcanada.ca | jonathan.rand@bankofengland.co.uk | afroede@bankofny.com |
| rmiller@bankofcanada.ca | kate.barker@bankofengland.co.uk | agould@bankofny.com |
| wbarker@bankofcanada.ca | katie.farrant@bankofengland.co.uk | aguity@bankofny.com |
| zantia@bankofcanada.ca | laura.piscitelli@bankofengland.co.uk | ahauser@bankofny.com |
| rsnyder@bankofcanton.com | m.bell@bankofengland.co.uk | ajmoses@bankofny.com |
| dpassmore@bank-of-china.com | marilyne.tolle@bankofengland.co.uk | alhernandez@bankofny.com |
| heguangbei@bank-of-china.com | mark.cornelius@bankofengland.co.uk | allanmurphy@bankofny.com |
| rloewy@bank-of-china.com | martin.brooke@bankofengland.co.uk | alun.k.evans@bankofny.com |
| stanley.cheang@bank-of-china.com | martin.hammer@bankofengland.co.uk | amschwartz@bankofny.com |
| wangzeyu@bank-of-china.com | mary.harris@bankofengland.co.uk | andrew_demko@lnotes3.bankofny.com |
| yangzhiming@bank-of-china.com | matthew.tong@bankofengland.co.uk | andymcintosh@bankofny.com |

anwalker@bankofny.com
aschaeffer@bankofny.com
astepanoffdargery@bankofny.com
ayuen@bankofny.com
bgtan@bankofny.com
bliechmann@bankofny.com
bmckenna@bankofny.com
bmschmidt@bankofny.com
bocallaghan@bankofny.com
borben@bankofny.com
brallen@bankofny.com
brian.c.dignam@bankofny.com
brigit.ryan@bankofny.com
bruane@bankofny.com
bschoenfeld@bankofny.com
btong@bankofny.com
bwiese@bankofny.com
carrie.a.grant@bankofny.com
catherine.e.white@bankofny.com
cdudley@bankofny.com
celciahe@bankofny.com
cercolano@bankofny.com
cert@bankofny.com
cfelix@bankofny.com
chlee@bankofny.com
chouston@bankofny.com
cimoy@bankofny.com
ckolanovic@bankofny.com
claire.a.healy@bankofny.com
cliona.okeefe@bankofny.com
cmcdonnell@bankofny.com
cneill@bankofny.com
colano.claudio@bankofny.com
crenaut@bankofny.com
csearle@bankofny.com
csmart@bankofny.com
ctwohig@bankofny.com
dannytsui@bankofny.com
darena@bankofny.com
davechan@bankofny.com
david_moffat@lnotes3.bankofny.com
dcoluccio@bankofny.com
dcooper@bankofny.com
dcrimmins@bankofny.com
ddivietri@bankofny.com
deanne_steele@lnotes5.bankofny.com
delchaar@bankofny.com
dgeraghty@bankofny.com
dgiglio@bankofny.com
dgrandison@bankofny.com
dgranelli@bankofny.com
dgross@bankofny.com
dhewitson@bankofny.com
dhquinn@bankofny.com
dkhare@bankofny.com
dkrisko@bankofny.com
dlocricchio@bankofny.com
dosullivan@bankofny.com
dpinnella@bankofny.com
drooney@bankofny.com

dsauber@bankofny.com
dstephan@bankofny.com
dzaman@bankofny.com
e.siano@bankofny.com
eamills@bankofny.com
ebadger@bankofny.com
edesalvio@bankofny.com
ehamley@bankofny.com
elmartinez@bankofny.com
emooney@bankofny.com
eoconnell@bankofny.com
euwright@bankofny.com
evonsauers@bankofny.com
faustin@bankofny.com
fbarnao@bankofny.com
fionnan.d.o'sullivan@bankofny.com
flilly@bankofny.com
fmonasterio@bankofny.com
fpolito@bankofny.com
fryan@bankofny.com
fvasta@bankofny.com
gabrielle.a.o'sullivan@bankofny.com
gbarry@bankofny.com
gclunie@bankofny.com
gcolaluca@bankofny.com
gcolonias@bankofny.com
geraldine.m.kidney@bankofny.com
gfabrizio@bankofny.com
gmalanga@bankofny.com
gmannes@bankofny.com
goodfellow@bankofny.com
gosborne@bankofny.com
gslotosch@bankofny.com
gtollinchi@bankofny.com
gvalentine@bankofny.com
gvellahn@bankofny.com
gwarnke@bankofny.com
himre@bankofny.com
hochen@bankofny.com
hrauser@bankofny.com
hsamuel@bankofny.com
hsingh@bankofny.com
iclanford@bankofny.com
ifinnegan@bankofny.com
io'neill@bankofny.com
iwilkins@bankofny.com
janetlawlor@bankofny.com
jasonchiu@bankofny.com
jbarbera@bankofny.com
jboffa@bankofny.com
jcadunzi@bankofny.com
jciacciarelli@bankofny.com
jcipriani@bankofny.com
jducey@bankofny.com
jefoley@bankofny.com
jfarr@bankofny.com
jfollosco@bankofny.com
jfoote@bankofny.com
jgrosse@bankofny.com
jisherwood@bankofny.com

jkblair@bankofny.com
jkeenan@bankofny.com
jlandau@bankofny.com
jleinberger@bankofny.com
jlmera@bankofny.com
jlrogers@bankofny.com
jluster@bankofny.com
jlwolf@bankofny.com
jmcauliffe@bankofny.com
jmulchy@bankofny.com
jmurphy@bankofny.com
jnajar@bankofny.com
jnoss@bankofny.com
joan.e.blume@bankofny.com
jonathanjones@bankofny.com
josefpitera@bankofny.com
joywong@bankofny.com
jpeck@bankofny.com
jpobrien@bankofny.com
jquinn@bankofny.com
jrejas@bankofny.com
jrgannon@bankofny.com
jrgonzalez@bankofny.com
jrhodes@bankofny.com
jrusso@bankofny.com
jschnorr@bankofny.com
jscordia@bankofny.com
jspirgel@bankofny.com
jswatkins@bankofny.com
jtempleton@bankofny.com
jtessler@bankofny.com
jthompson@bankofny.com
juday@bankofny.com
julie.m.coleman@bankofny.com
jungkyunghan@bankofny.com
jvaitukaitis@bankofny.com
jvricella@bankofny.com
jwilkinson@bankofny.com
katarzyna.traczynska@bankofny.com
kbannon@bankofny.com
kboulmetis@bankofny.com
kcorrado@bankofny.com
kdean@bankofny.com
kdobaczewska@bankofny.com
kelvinlim@bankofny.com
kevbrennan@bankofny.com
kevwells@bankofny.com
khickman@bankofny.com
khrogers@bankofny.com
kkent@bankofny.com
klau@bankofny.com
klopian@bankofny.com
klshaw@bankofny.com
kmcdermott@bankofny.com
kpeetz@bankofny.com
kradigan@bankofny.com
kshen@bankofny.com
ksprauer@bankofny.com
kteng@bankofny.com
kurtwilliamson@bankofny.com

| | | |
|---|---|---|
| kzyla@bankofny.com | oowersgibbs@bankofny.com | sparkes@bankofny.com |
| ldato@bankofny.com | owright@bankofny.com | spegram@bankofny.com |
| ldunn@bankofny.com | ozhilaev@bankofny.com | srobinson@bankofny.com |
| llavalle@bankofny.com | pabplanalp@bankofny.com | ssahgal@bankofny.com |
| llocke@bankofny.com | patrickbyrne@bankofny.com | sswitzer@bankofny.com |
| lmannix@bankofny.com | pbianco@bankofny.com | stephen_conlon@lnotes3.bankofny.com |
| loverby@bankofny.com | pcasey@bankofny.com | strusso@bankofny.com |
| lrhi@bankofny.com | pdanderson@bankofny.com | swadams@bankofny.com |
| ltemsic@bankofny.com | pharland@bankofny.com | swetter@bankofny.com |
| lynda.m.finn@bankofny.com | phew@bankofny.com | tbd@bankofny.com |
| lzhang@bankofny.com | phillord@bankofny.com | tberntsen@bankofny.com |
| macook@bankofny.com | pleung@bankofny.com | tbosh@bankofny.com |
| mailto:cfai@bankofny.com | ppereira@bankofny.com | tbrobbey@bankofny.com |
| makong@bankofny.com | psaitta@bankofny.com | tbulitt@bankofny.com |
| maprahamian@bankofny.com | pstack@bankofny.com | tbullitt@bankofny.com |
| mark.l.nugent@bankofny.com | ptadie@bankofny.com | tbuthorn@bankofny.com |
| markreed@bankofny.com | pwilson@bankofny.com | tconnolly@bankofny.com |
| martigas@bankofny.com | qlei@bankofny.com | tegan@bankofny.com |
| martinsmith@bankofny.com | rbattle@bankofny.com | tford@bankofny.com |
| mbice@bankofny.com | rbhasin@bankofny.com | tfrangione@bankofny.com |
| mcocanougher@bankofny.com | rchan@bankofny.com | tgibbons@bankofny.com |
| mcranwell@bankofny.com | rfronapfel@bankofny.com | thomaslee@bankofny.com |
| mdas@bankofny.com | rgeorge@bankofny.com | tkane@bankofny.com |
| mepstein@bankofny.com | rgill@bankofny.com | tkeaney@bankofny.com |
| mespinosa@bankofny.com | rgoldstein@bankofny.com | tmccormick@bankofny.com |
| messman@bankofny.com | rherr@bankofny.com | tnobile@bankofny.com |
| mfenner@bankofny.com | richardbarns@bankofny.com | tprice@bankofny.com |
| michelesmith@bankofny.com | riesposito@bankofny.com | tprose@bankofny.com |
| michellewong@bankofny.com | rkehoe@bankofny.com | tskim@bankofny.com |
| mimasters@bankofny.com | rklingman@bankofny.com | tszczesny@bankofny.com |
| miriam.e.mccann@bankofny.com | rmattessich@bankofny.com | tthresher@bankofny.com |
| mkessler@bankofny.com | rmclawrence@bankofny.com | vecamp@bankofny.com |
| mlaboy@bankofny.com | rmcwalters@bankofny.com | vfitzpatrick@bankofny.com |
| mlancaster@bankofny.com | rmignemi@bankofny.com | viannone@bankofny.com |
| mleeman@bankofny.com | rmulligan@bankofny.com | waiyeung@bankofny.com |
| mmccabe@bankofny.com | rnelson@bankofny.com | wambrosia@bankofny.com |
| mmcgrane@bankofny.com | rpierson@bankofny.com | wambrosio@bankofny.com |
| mmcmorrow@bankofny.com | rrinaudo@bankofny.com | wbaird@bankofny.com |
| mmekolites@bankofny.com | rtweed@bankofny.com | wbwelch@bankofny.com |
| moloughlin@bankofny.com | rwang@bankofny.com | william_blank@lnotes5.bankofny.com |
| mpacifico@bankofny.com | rzayas@bankofny.com | williamklam@bankofny.com |
| mparekh@bankofny.com | sahlner@bankofny.com | wlemberg@bankofny.com |
| mrusseljones@bankofny.com | samahogg@bankofny.com | wpkelly@bankofny.com |
| msabino@bankofny.com | sbrennan@bankofny.com | ytheis@bankofny.com |
| mscaduto@bankofny.com | schr@bankofny.com | yyeong@bankofny.com |
| msheehy@bankofny.com | scotanderson@bankofny.com | andrew_hodder@bankofscotland.co.uk |
| mshmleva@bankofny.com | sdetraglia@bankofny.com | bill_boland@bankofscotland.com |
| msmolinsky@bankofny.com | sdtorgeson@bankofny.com | brian_watters@bankofscotland.com |
| mswintek@bankofny.com | sgrace@bankofny.com | catherine_more@bankofscotland.co.uk |
| munger@bankofny.com | shammond@bankofny.com | colin_mackie@bankofscotland.co.uk |
| mweisbuch@bankofny.com | shchen@bankofny.com | colin_swanson@bankofscotland.co.uk |
| mworos@bankofny.com | sheath@bankofny.com | ian_crowther@bankofscotland.co.uk |
| mwrigley@bankofny.com | shreenapatel@bankofny.com | ian_macdonald@bankofscotland.co.uk |
| ncalvert@bankofny.com | sjoseph@bankofny.com | jacky_ah_fong@bankofscotland.co.uk |
| nikkybeatty@bankofny.com | skline@bankofny.com | joelle_antmann@bankofscotland.co.uk |
| nkane@bankofny.com | slawler@bankofny.com | john_carlson@bankofscotland.co |
| nlaidlaw@bankofny.com | slistor@bankofny.com | josephine_sullivan@bankofscotland.co.uk |
| nradia@bankofny.com | smilazzo@bankofny.com | kristin_yeatman@bankofscotland.co.uk |
| nramsey@bankofny.com | smost@bankofny.com | martin_davidson-gay@bankofscotland.co.uk |
| nyan@bankofny.com | soolee@bankofny.com | martyn_drake@bankofscotland.co.uk |

neil_r_forest@bankofscotland.co.uk
steve_morrison@bankofscotland.co.uk
stuart_gibson@bankofscotland.co.uk
tom_raeside@bankofscotland.co.uk
michaelelwell@bankofscotlandusa.com
alexandra.linden@bankofthewest.com
cfernandes@bankofthewest.com
cvuong@bankofthewest.com
david.lockwood@bankofthewest.com
david.sway@bankofthewest.com
dmallone@bankofthewest.com
gary.tichota@bankofthewest.com
jdworak@bankofthewest.com
jfield@bankofthewest.com
jho@bankofthewest.com
jim.tyler@bankofthewest.com
jsteinkirchner@bankofthewest.com
kto@bankofthewest.com
maria.bagley@bankofthewest.com
matt.carvalho@bankofthewest.com
peter.guastamachio@bankofthewest.com
richard.aubrey@bankofthewest.com
rick.yee@bankofthewest.com
tani.girton@bankofthewest.com
teaira.adams@bankofthewest.com
alan_turner@bankone.com
alison_sites@mail.bankone.com
amy_m_miller@bankone.com
andrea_kantor@bankone.com
anita_glencoe@bankone.com
arthur_apodaca@bankone.com
barb_glenn@bankone.com
barb_miller@bankone.com
barbara_browning@bankone.com
beth_a_harp@bankone.com
brad_r_stauffer@bankone.com
brent_brendle@bankone.com
brett_keske@bankone.com
brian_bergere@bankone.com
brian_jordan@bankone.com
chris_s_page@bankone.com
christopher_e_parr@bankone.com
christopher_mercy@bankone.com
christopher_nauseda@bankone.com
chuck_grebus@bankone.com
clark_pleiss@bankone.com
clifford_hayden@bankone.com
daniel_f_gibbons@bankone.com
darryl_jenkins@bankone.com
dave_farrell@bankone.com
david_e_charlesworth@bankone.com
david_j_espinoza@bankone.com
denise_r_farnum@bankone.com
donald_g_clark@bankone.com
donald_moore@bankone.com
douglas_goodwin@bankone.com
douglas_s_swanson@bankone.com
duane_r_huff@bankone.com
elizabeth_roche@bankone.com
erin_aland@bankone.com

eve_l_benton@bankone.com
francine_atiyeh@bankone.com
gary_s_gage@bankone.com
gerard_lewis@bankone.com
gregory_e_reed@bankone.com
howard_c_hunt@bankone.com
ingrid_thomas@bankone.com
iris_foster-denieuwe@bankone.com
jack_lanphar@bankone.com
jeff_starrick@bankone.com
jeffrey_p_hatton@bankone.com
jennifer_m_anderson@bankone.com
jennifer_tabak@bankone.com
jeryne_a_peterson@mail.bankone.com
jimmie_irby@bankone.com
joel_c_seiboldt@bankone.com
john_d_nicely@mail.bankone.com
john_i_blakely@mail.bankone.co
john_keisler@bankone.com
john_s_jenkins@bankone.com
john_sajdak@bankone.com
john_ward@bankone.com
joseph_m_szabo@bankone.com
joycelyn_byers@bankone.com
karen_t_montgomery@bankone.com
kathleen_laird@bankone.com
kelly_m_mercy@bankone.com
ken_selle@bankone.com
kent_wentworth@bankone.com
kevin_mortimer@bankone.com
kimberly_a_bingle@bankone.com
ku_shin@bankone.com
kwang_lee@bankone.com
larry_a_lonis@bankone.com
leonidas_mata@bankone.com
les_dixon@bankone.com
lisa_tesarik@bankone.com
lynn_yturri@bankone.com
malinda_h_distefano@bankone.com
mark_beeson@bankone.com
mark_d_wheeler@bankone.com
mark_e_davis@bankone.com
mark_hurrelbrink@bankone.com
mark_j_degrazia@bankone.com
mark_jackson@bankone.com
mary.a.downing@bankone.com
mary_f_willcox@bankone.com
mary_grant@bankone.com
matt_kelbick@bankone.com
matt_quagliara@bankone.com
matthew_constancio@bankone.com
michael_j_jarvis@bankone.com
michael_sais@bankone.com
michael_stoffregen@bankone.com
michael_w_davis@bankone.com
mike_mcclinchie@bankone.com
mounir_mikhail@bankone.com
myra_a_almase@bankone.com
nahrain_yacoub@bankone.com
nelson_ho@bankone.com

oliver_glenn@bankone.com
paddy_clerkin@bankone.com
paige_h_kurtz@bankone.com
patrick_keedy@bankone.com
patrick_morrissey@bankone.com
patrick_watson@bankone.com
paul_j_martinez@bankone.com
paul_j_nolte@bankone.com
paul_swoboda@bankone.com
peter_d_simons@bankone.com
peter_donofrio@bankone.com
randy_nemecek@bankone.com
rene_noel@bankone.com
ricardo_cipicchio@bankone.com
robert_bodenlos@bankone.com
robert_f_manning@bankone.com
robert_l_haworth@bankone.com
roger_craig@bankone.com
roger_hale@mail.bankone.com
rose_czerny@bankone.com
ross_galitsky@bankone.com
sandra_ballard@bankone.co
scott_grimshaw@bankone.com
scott_j_thomas@bankone.com
seth_r_cochran@bankone.com
sherry_wentworth@mail.bankone.com
shudong_huang@bankone.com
spencer_l_klein@bankone.com
stanley_a_kaniecki@bankone.com
stephen_deibel@bankone.com
stephen_k_mayes@bankone.com
steve_gowsoski@bankone.com
steve_w_bright@bankone.com
steven_cutler@bankone.com
sue_arnold@bankone.com
susan_parekh@bankone.com
suzanne_knox@bankone.com
thad_paskell@bankone.com
thomas_a_benson@bankone.com
thomas_i_poz@bankone.com
tim_holihen@mail.bankone.com
tim_thiebout@bankone.com
tim_w_bond@bankone.com
timothy_w_eisel@mail.bankone.com
tj_kravits@bankone.com
toby_maczka@bankone.com
tom_donne@bankone.com
tom_h_cartwright@bankone.com
ward_highstone@bankone.com
wendy_fletcher@mail.bankone.co
william_k_lynch@bankone.com
william_lafferty@bankone.com
william_t_norris@bankone.com
emonge@bankpime.es
esalles@bankpime.es
esoler@bankpime.es
pdelafuente@bankpime.es
apatrick@bankpng.gov.pg
fburgues@bankpyme.es
isust@bankpyme.es

jnin@bankpyme.es
lporrata@bankpyme.es
mramos@bankpyme.es
rafael.rabat@bankpyme.es
xdorca@bankpyme.es
chip.kiesewetter@banksterling.com
poakes@banksterling.com
raffaele@banksterling.com
ria.sugay@banksterling.com
ccarpenter@bank-trust.com
etz@bank-von-ernst.ch
gerald.siegmund@bankwinter.com
charles.khairallah@banqueaudi.com
jean.cheval@banqueaudi.com
bmillet@banque-bpsd.fr
gaelle.saintdrenant@banque-bpsd.fr
jerome.tavernier@banque-bpsd.fr
philippe.perrody@banque-bpsd.fr
sandrine.bastide@banque-bpsd.fr
thierry.rigaudiere@banque-bpsd.fr
patrick.denhiere@banquecial.fr
alain.sierro@banquecramer.ch
francoise.maret@banquecramer.ch
jacques.fedorowsky@banquecramer.ch
janine.belahbib@banquecramer.ch
jose.persoz@banquecramer.ch
christophe.clabots@banque-diamantaire.ch
fabrice.bock@banque-diamantaire.ch
flavien.giacometti@banque-diamantaire.ch
joakim.bunzli@banque-diamantaire.ch
philippe.gross@banque-diamantaire.ch
alternative@banquedorsay.fr
arnaud.delatour@banquedorsay.fr
bo_derivatives@banquedorsay.fr
bo_treasury@banquedorsay.fr
brice.moucheboeuf@banquedorsay.fr
carole.muhlbach@banquedorsay.fr
celine.cabanac@banquedorsay.fr
cfleury.westam@banquedorsay.fr
eric.duhamel@banquedorsay.fr
fgirard.westam@banquedorsay.fr
frederic.guesnerot@banquedorsay.fr
gdetanquedec.westam@banquedorsay.fr
georges.culino@banquedorsay.fr
guillaume.chieusse@banquedorsay.fr
gwenael.lecarvennec@banquedorsay.fr
jean-philippe.marchand@banquedorsay.fr
laurent.viegnes@banquedorsay.fr
monique.tin@banquedorsay.fr
olivier.combescure@banquedorsay.fr
olivier.mulin@banquedorsay.fr
philippe.andrieu@banquedorsay.fr
philippe.martin@banquedorsay.fr
pierre.toussain@banquedorsay.fr
rozanne.moraux@banquedorsay.fr
spance.westam@banquedorsay.fr
xsimler.westam@banquedorsay.fr
yannick.gounon@banquedorsay.fr
yannig.pariset@banquedorsay.fr
aattie@banque-france.fr

abdel.benzerroug@banque-france.fr
alain.gueritee@banque-france.fr
alexandre.chailloux@banque-france.fr
annabel.chevalier@banque-france.fr
anne-marie.rieu@banque-france.fr
arnaud.dirassen@banque-france.fr
arthur.divisia@banque-france.fr
benoit.mojon@banque-france.fr
bruno.deborne@banque-france.fr
bruno.estecahandy@banque-france.fr
christian.nesi@banque-france.fr
claire.decrevoisier@banque-france.fr
david.olivan@banque-france.fr
denis.jourde@banque-france.fr
didier.leroi@banque-france.fr
edouard.vidon@banque-france.fr
elewi@banque-france.fr
elisabeth.pauly@banque-france.fr
emmanuelle.assouan@banque-france.fr
emmanuelle.olleon@banque-france.fr
florent.lecinq@banque-france.fr
georges.choisi@banque-france.fr
georges.nguyen@banque-france.fr
guy.levy-rueff@banque-france.fr
herve.gonsard@banque-france.fr
herve.thoumiand@banque-france.fr
imene.rahmouni@banque-france.fr
jean-matthieu.vermosen@banque-france.fr
lionel.pawlak@banque-france.fr
luc.riedweg@banque-france.fr
marie.prouille@banque-france.fr
natacha.isslame-rocher@banque-france.fr
nathalie.klein@banque-france.fr
nathalie.rouille@banque-france.fr
olivier.debandt@banque-france.fr
philippe.mongars@banque-france.fr
pierre.cousseran@banque-france.fr
pierre.jaillet@banque-france.fr
remy.lecat@banque-france.fr
sebastien.levy@banque-france.fr
valerie.bour@banque-france.fr
vincent.legroux@banque-france.fr
alexandre.villey@banque-hervet.fr
dominique.serrault@banque-hervet.fr
pierre.diot@banque-hervet.fr
mmenoud@banquepiguet.com
damien.martin@sudouest.banquepopulaire.fr
martinfk@banquetransatlantique.com
mmoinoin@banque-vernes.fr
ogasquet@banque-vernes-artesia.fr
johann.ropers@banque-worms.fr
acabrale@banrep.gov.co
calvargu@banrep.gov.co
ccamergo@banrep.gov.co
dcifuepa@banrep.gov.co
djarapin@banrep.gov.co
frontbdlr@banrep.gov.co
jbohmsil@banrep.gov.co
juribees@banrep.gov.co
mrochaco@banrep.gov.co

mruizgil@banrep.gov.co
sclavive@banrep.gov.co
sgalvema@banrep.gov.co
franquescarlos@bansabadell.com
dario.esposito@int.bansel.it
info@bansel.it
daniel_lens@banvenez.com
richard_kemp@banvenez.com
adominguez@banxico.org.mx
aehernandeza@banxico.org.mx
aesparza@banxico.org.mx
alejandro_aguilar@banxico.org.mx
alfonso_martin@banxico.org.mx
amartina@banxico.org.mx
apalerm@banxico.org.mx
asordo@banxico.org.mx
atarassiouk@banxico.org.mx
avinieg@banxico.org.mx
cesar_espinosa@banxico.org.mx
csamano@banxico.org.mx
dmargoli@banxico.org.mx
ecampos@banxico.org.mx
elobato@banxico.org.mx
frubli@banxico.org.mx
gcasillas@banxico.org.mx
gerardo.garcia@banxico.org.mx
gguemez@banxico.org.mx
glozano@banxico.org.mx
gschuster@banxico.org.mx
hvaldes@banxico.org.mx
iperalta@banxico.org.mx
jarroyo@banxico.org.mx
jcarrera@banxico.org.mx
jduclaud@banxico.org.mex
jking@banxico.org.mx
jmurillo@banxico.org.mx
jrgarcia@banxico.org.mx
lajimene@banxico.org.mx
larias@banxico.org.mx
ldiez-canedo@banxico.org.mx
lprieto@banxico.org.mx
mbarbere@banxico.org.mx
mherrera@banxico.org.mx
mjimenez@banxico.org.mx
mrico@banxico.org.mx
mzarur@banxico.org.mx
ncastro@banxico.org.mx
rfuente@banxico.org.mx
rgoldberg@banxico.org.mx
rmedinaa@banxico.org.mx
rodrigo.velasco@banxico.org.mx
rogelio_arellano@banxico.org.mx
rorozco@banxico.org.mx
rramired@banxico.org.mx
rvelascol@banxico.org.mx
vmartine@banxico.org.mx
angela.bishop@bapensions.com
caroline.heagney@bapensions.com
graham.kirk@bapensions.com
henrik.munk-nielsen@bapensions.com

| | | |
|---|---|---|
| joanne.melville@bapensions.com | mcha@barbnet.com | john.kerslake@barcap.com |
| john.matthews@bapensions.com | mchambers@barbnet.com | john.mahon@barcap.com |
| justin.hatch@bapensions.com | mpitts@barbnet.com | john.porter@barcap.com |
| max.irwin@bapensions.co.uk | ncouch@barbnet.com | jon.gresham@barcap.com |
| michelle.m-smith@bapensions.com | psmith@barbnet.com | joshi.dhiren@barcap.com |
| peter.hill@bapensions.com | rsharp@barbnet.com | joshua.farber@barcap.com |
| rebecca.stokes@bapensions.co.uk | sdale@barbnet.com | k.richards@barcap.com |
| sonal.kothari@bapensions.com | sgupta@barbnet.com | karam.deol@barcap.com |
| stephen.taylor@bapensions.co.uk | slking@barbnet.com | karl.nolson@barcap.com |
| thomas.keir@bapensions.com | swoods@barbnet.com | katja.werner@barcap.com |
| vincent.au@bapensions.com | swoolf@barbnet.com | keith.davies@barcap.com |
| yuen.lo@bapensions.com | tchristman@barbnet.com | kenneth.baynes@barcap.com |
| glencora.senior@bapfim.co.uk | tguylay@barbnet.com | kevin.aepli@barcap.com |
| paulaprice@bapfim.co.uk | tmajors@barbnet.com | kevin.thompson@barcap.com |
| richard.morgan@bapfim.co.uk | vscarola@barbnet.com | kirk.harrison@barcap.com |
| simongordon@bapfim.co.uk | warnold@barbnet.com | laurent.fransolet@barcap.com |
| firstnamesurname@bapfin.co.uk | wrutkoske@barbnet.com | leanne.rouse@barcap.com |
| guyhayes@bapfin.co.uk | aaron.chilton@barcap.com | lina.taher@barcap.com |
| eugenio.mantello@bapr.it | abhinandan.deb@barcap.com | luc.paillard@barcap.com |
| giuseppe.ini@bapr.it | alexander.kretschmann@barcap.com | malika.muhammad@barcap.com |
| nicola.cosola@bapr.it | alison.gent@barcap.com | marc.aylett@barcap.com |
| ajesse@barbnet.com | alison.mcguigan@barcap.com | marc.slakmon@barcap.com |
| astevens@barbnet.com | andrea.decarolis@barcap.com | martin.juillard@barcap.com |
| atanna@barbnet.com | andrew.wise@barcap.com | matthew.hegarty@barcap.com |
| balsikafi@barbnet.com | andrew.yuen@barcap.com | matthieu.chauvel@barcap.com |
| bdonley@barbnet.com | andy.cope@barcap.com | maurizio.alfano@barcap.com |
| beasterling@barbnet.com | andy.payne@barcap.com | melissa.curry@barcap.com |
| bmcveigh@barbnet.com | asim.gunduz@barcap.com | michael.stanley@barcap.com |
| boleary@barbnet.com | barry.cole@barcap.com | michele.yap@barcap.com |
| breimann@barbnet.com | barry.mitchinson@barcap.com | mike.wojtowicz@barcap.com |
| bwanger@barbnet.com | bill.hughes@barcap.com | mirko.milojevic@barcap.com |
| cbode@barbnet.com | boris.tadic@barcap.com | nagi.bedawi@barcap.com |
| cchapple@barbnet.com | brand.richey@barcap.com | nathaly.molle@barcap.com |
| crobertson@barbnet.com | carol.bradshaw@barcap.com | nick.leyhane@barcap.com |
| dchochrek@barbnet.com | caroline.searles@barcap.com | oban.breathnach@barcap.com |
| dflowers@barbnet.com | catherine.mcclen@barcap.com | oliva.stefania@barcap.com |
| dhampton@barbnet.com | christoph.schon@barcap.com | oscar.wu@barcap.com |
| dking@barbnet.com | colin.bermingham@barcap.com | panayiotis.teklos@barcap.com |
| dsparks@barbnet.com | daniel.brookman@barcap.com | pat.quilty@barcap.com |
| dstackpole@barbnet.com | david.head@barcap.com | patricia.jamal@barcap.com |
| dsun@barbnet.com | edward.kyritz@barcap.com | patricia.moore@barcap.com |
| dwilson@barbnet.com | eric.jaeger@barcap.com | paul.smith3@barcap.com |
| eray@barbnet.com | geir.espeskog@barcap.com | peter.kaufmann@barcap.com |
| fbadini@barbnet.com | george.karvounis@barcap.com | peter.lindstrom@barcap.com |
| gbrown@barbnet.com | gleb.sandmann@barcap.com | peter.spence@barcap.com |
| gimbruce@barbnet.com | glenda.kao@barcap.com | phil.sheridan@barcap.com |
| gsiegfried@barbnet.com | graham.rainbow@barcap.com | philip.rosenstrach@barcap.com |
| guylay@barbnet.com | herleif.haavik@barcap.com | phyllis.chang@barcap.com |
| jasher@barbnet.com | hughes.geslin@barcap.com | quan.lee@barcap.com |
| jdefrino@barbnet.com | ian.hunter@barcap.com | ramal.chatterjee@barcap.com |
| jesquibel@barbnet.com | jackie.reid@barcap.com | ravin.onakan@barcap.com |
| jford@barbnet.com | jae.ahn@barcap.com | regis.loeb@barcap.com |
| jmarion@barbnet.com | jason.kastner@barcap.com | richard.hughes4@barcap.com |
| jolesky@barbnet.com | jean.chan@barcap.com | robert.white@barcap.com |
| jreed@barbnet.com | jenny.chung@barcap.com | rupesh.tailor@barcap.com |
| jweiser@barbnet.com | jerry.williams@barcap.com | sarah.mcgill@barcap.com |
| kcoe@barbnet.com | jesse.mcdougall@barcap.com | scott.tindle@barcap.com |
| kketner@barbnet.com | jim.murphy@barcap.com | sean.hodgson@barcap.com |
| kmccarty@barbnet.com | jinki.hong@barcap.com | sebastien.dimeo@barcap.com |
| mcaufield@barbnet.com | john.hopper@barcap.com | silvia.suarez@barcap.com |

simon.long@barcap.com
stephen.stretton@barcap.com
stuart.urquhart@barcap.com
sudeep.sarma@barcap.com
theresa.martino@barcap.com
thorsten.knoth@barcap.com
thorsten.polleit@barcap.com
tim.spencer@barcap.com
tim.stephens@barcap.com
trevor.mundt@barcap.com
vincent.dumontoy@barcap.com
wing.chau@barcap.com
zhiwei.feng@barcap.com
zulekha.lakhani@barcap.com
paul.harrison@barclayglobal.com
bbolen@barclayi.com
cbeal@barclayi.com
jeckert@barclayi.com
tbattle@barclayi.com
alain.pavan@bpb.barclays.com
alessio.falino@barclays.co.uk
almudena.benedit@barclays.com
ana.damaia@barclays.co.uk
andrew.fisher@barclays.co.uk
andrew.k.reid@barclays.com
anne-cecile.de-laulanie@barclays.co.uk
anthony.brooks@barclays.co.uk
arnab.roychowdhury@barclays.com
ayesha.akbar@barclays.co.uk
ben.gee@barclays.com
carlos.perez.parada@barclays.com
chantal.dubo@barclays.co.uk
christophe.servoin@barclays.fr
claire.bennison@barclays.co.uk
colin.lunnon@barclays.co.uk
daniel.krimholtz@barclays.co.uk
david.breach@barclays.co.uk
david.ferguson@barclays.co.uk
david.harbage@barclays.co.uk
david.liston@barclays.com
debbie.cozens@barclays.co.uk
debbie.sager@barclays.com
dimitrios.tzililis@barclays.co.uk
doug.challis@barclays.co.uk
eduardo.ratier@barclays.co.uk
eleanore.dachicourt@barclays.co.uk
frederic.isaac@barclays.fr
gael.dalpan@bpb.barclays.com
gary.kelly@barclays.co.uk
harriet.phillips@barclays.co.uk
helen.eydens@barclays.co.uk
henri.riey@barclays.co.uk
howard.wimpory@barclays.co.uk
hugh.graham@barclays.co.uk
ian.hodges@barclays.co.uk
jacobo.penaranda@barclays.co.uk
jaime.amselem@barclays.com
james.cure@barclays.co.uk
jean-marc.divoux@barclays.co.uk
jean-paul.trotet@barclays.co.uk

jean-philippe.scholler@barclays.fr
jeremy.wilson@barclays.co.uk
jerry.stock@barclays.co.uk
jim.kean@barclays.co.uk
jim.wood-smith@barclays.co.uk
john.hopper@barclays.com
john.young@barclays.com
jon.lowes@barclays.co.uk
jose.castellon@barclays.co.uk
jose-manuel.uribarren@barclays.co.uk
justin.simler@barclays.co.uk
karen.aubouy@bpb.barclays.com
luan.huynh@barclays.com
manuel.pareja@barclays.co.uk
mark.santall@barclays.co.uk
mark.winter@barclays.com
marta.de.juan@barclays.com
martin.kensett@barclays.com
max.zaltsman@barclays.com
melanie.brown@barclays.co.uk
michael.green@barclays.co.uk
nassim.cheurfi@barclays.fr
olivier.stul@barclays.fr
patrick.buxton@barclays.co.uk
paul.beach@barclays.co.uk
peter.goshawk@barclays.co.uk
peter.hanlon@barclays.co.uk
philippe.lencou@barclays.co.uk
pierre.bose@barclays.co.uk
polin.foo@barclays.com
rachid.jdidi@barclays.com
richard.o'connell@barclays.co.uk
richard.schreuder@barclays.co.uk
richard.taylor1@barclays.co.uk
roberto.protei@barclays.co.uk
robin.perry@barclays.com
roland.brunner@bpb.barclays.com
romaine.tavernier@bpb.barclays.com
ross.ferguson@barclays.co.uk
scott.goodfellow@barclays.co.uk
sid.malik@bpb.barclays.com
simon.cawdery@barclays.co.uk
simon.chatterton@barclays.co.uk
simon.clark@barclays.co.uk
simon.clark@barclays.com
simon.gunning@barclays.co.uk
stephane.zeisel@barclays.com
steven.moss@barclays.co.uk
stuart.taylor1@barclays.co.uk
william.hughes@barclays.co.uk
darren.tong@barclaysasia.com
jason.tang@barclaysasia.com
aisling.coleman@barclayscapital.com
albert.desclee@barclayscapital.com
andrew.day@barclayscapital.com
andy.cope@barclayscapital.com
anil.saddi@barclayscapital.com
arpan.patel@barclayscapital.com
arup.ghosh@barclayscapital.com
bcsa-research@barclayscapital.com

ben.murison@barclayscapital.com
benedict.redmond@barclayscapital.com
cabot.henderson@barclayscapital.com
candy.baffour-awuah@barclayscapital.com
cave.montazeri@barclayscapital.com
christophe.thomas@barclayscapital.com
clarke.smith@barclayscapital.com
david.tattan@barclayscapital.com
dhvani.gupta@barclayscapital.com
dominick.emmanuelli@barclayscapital.com
eamonn.long@barclayscapital.com
fabrizio.boaron@barclayscapital.com
francis.liwanag@barclayscapital.com
franck.lacour@barclayscapital.com
gianmarco.cappellari@barclayscapital.com
graham.rennison@barclayscapital.com
jan.wassenaar@barclayscapital.com
jason.rogers@barclayscapital.com
jasper.boersma@barclayscapital.com
jeffrey.marcus@barclayscapital.com
jesse.mcdougall@barclayscapital.com
jim.adkin@barclayscapital.com
johan.lindqvist@barclayscapital.com
john.cahill@barclayscapital.com
john.wake@barclayscapital.com
joseph.bechara@barclayscapital.com
khenghoe.ng@barclayscapital.com
kristof.kaldau@barclayscapital.com
laurent.barocas@barclayscapital.com
laurent.perriat@barclayscapital.com
lee.phillips2@barclayscapital.com
marc.ohayon@barclayscapital.com
mark.dearlove@barclayscapital.com
mark.merzon@barclayscapital.com
martin.lewis@barclayscapital.com
massimo.todaro@barclayscapital.com
michael.nelson2@barclayscapital.com
miguel.bacal@barclayscapital.com
natasha.jhunjhunwala@barclayscapital.com
nathan.bance@barclayscapital.com
navneet.kaur@barclayscapital.com
nick.parkhouse@barclayscapital.com
oscarhuettner@barclayscapital.com
paul.pollington@barclayscapital.com
philippe.henry@barclayscapital.com
ralf.kalt@barclayscapital.com
rene.casis@barclayscapital.com
robert.bradbury@barclayscapital.com
rohan.tawadey@barclayscapital.com
shunsuke.kabaya@barclayscapital.com
simon.polbennikov@barclayscapital.com
smadar.mishan@barclayscapital.com
stefan.schmid@barclayscapital.com
szeyee.chan@barclayscapital.com
tadashi.tago@barclayscapital.com
thomas.pietrobelli@barclayscapital.com
thomas.tan@barclayscapital.com
timothy.keenan@barclayscapital.com
tom.kellet@barclayscapital.com
victoria.chittock@barclayscapital.com

victoria.sharpe@barclayscapital.com
vijay.s.chauhan@barclayscapital.com
vladimir.portnykh@barclayscapital.com
wim.boekema@barclayscapital.com
tony.kemp@barclayscorporate.com
adam.levi@barclaysglobal.com
adam.townsend@barclaysglobal.com
adi.behari@barclaysglobal.com
adil.syed@barclaysglobal.com
agnes.hong@barclaysglobal.com
ahmed.talhaoui@barclaysglobal.com
akhlaq.chowdhury@barclaysglobal.com
alan.hall@barclaysglobal.com
alan.stuart-grant@barclaysglobal.com
alex.claringbull@barclaysglobal.com
alex.dale@barclaysglobal.com
alex.kown@barclaysglobal.com
alex.lanwarne@barclaysglobal.com
alex.rivera@barclaysglobal.com
alexandra.sheridan@barclaysglobal.com
alexandre.germak@barclaysglobal.com
ali.almufti@barclaysglobal.com
ali.jahansouz@barclaysglobal.com
alice.keegan@barclaysglobal.com
alistair.harding-smith@barclaysglobal.com
allan.lane@barclaysglobal.com
almond.goduti@barclaysglobal.com
amanda.cox@barclaysglobal.com
amy.ho@barclaysglobal.com
amy.sakaldasis@barclaysglobal.com
amy.whitelaw@barclaysglobal.com
amy@barclaysglobal.com
anand.iyer@barclaysglobal.com
anand.sinha@barclaysglobal.com
ananth.madhavan@barclaysglobal.com
andrea.dericcardis@barclaysglobal.com
andrea.wastell@barclaysglobal.com
andrew.berry@barclaysglobal.com
andrew.dales@barclaysglobal.com
andrew.dalgleish@barclaysglobal.com
andrew.essig@barclaysglobal.com
andrew.harrison@barclaysglobal.com
andrew.spencer@barclaysglobal.com
andrew.wealls@barclaysglobal.com
andrew.widdows@barclaysglobal.com
andrew.winn@barclaysglobal.com
andy.burrell@barclaysglobal.com
andy.hartley@barclaysglobal.com
andy.hunt@barclaysglobal.com
angie.au-yeung@barclaysglobal.com
anisha.hirani@barclaysglobal.com
ann.liu@barclaysglobal.com
anna.hawley@barclaysglobal.com
anne.matlock@barclaysglobal.com
anthony.eggington@barclaysglobal.com
anthony.fashana@barclaysglobal.com
anthony.liu@barclaysglobal.com
anthony.panter@barclaysglobal.com
anthony.pryor@barclaysglobal.com
armen.anjargholi@barclaysglobal.com

arvind.bhandari@barclaysglobal.com
aubrey.basdeo@barclaysglobal.com
audrey.leeman@barclaysglobal.com
axel.lomholt@barclaysglobal.com
aydin.uysal@barclaysglobal.com
barry.widdows@barclaysglobal.com
ben.meng@barclaysglobal.com
ben.ming@barclaysglobal.com
benjamin.brodsky@barclaysglobal.com
benjamin.imelhaine@barclaysglobal.com
benoy.thomas@barclaysglobal.com
bernie.tew@barclaysglobal.com
bgi.firesearch@barclaysglobal.com
bgikm.operations@barclaysglobal.com
bin.zeng@barclaysglobal.com
bing.yan@barclaysglobal.com
binu.george@barclaysglobal.com
blake@barclaysglobal.com
brandi.gaudet@barclaysglobal.com
brenda.vales@barclaysglobal.com
brendan.galloway@barclaysglobal.com
brent.canada@barclaysglobal.com
brent.hicks@barclaysglobal.com
brett.sadler@barclaysglobal.com
brian.crane@barclaysglobal.com
brian.lysiak@barclaysglobal.com
brian.zalaznick@barclaysglobal.com
bruce.lavine@barclaysglobal.com
bryan.cameron@barclaysglobal.com
bryan.jacobi@barclaysglobal.com
bryan.smith@barclaysglobal.com
burke.treidler@barclaysglobal.com
calvin.huang@barclaysglobal.com
calvin.lee@barclaysglobal.com
carl.gilchrist@barclaysglobal.com
carla.monge@barclaysglobal.com
carmen.turner@barclaysglobal.com
carol.lee@barclaysglobal.com
carolyn.lantz@barclaysglobal.com
carter.lyons@barclaysglobal.com
cayman.seacrest@barclaysglobal.com
celeste.wong@barclaysglobal.com
chad.jacobs@barclaysglobal.com
chad.meuse@barclaysglobal.com
chad.reed@barclaysglobal.com
chalida.meas@barclaysglobal.com
changhwan.sung@barclaysglobal.com
charles.griffith@barclaysglobal.com
charles.lee@barclaysglobal.com
charles.lenfest@barclaysglobal.com
charles.xie@barclaysglobal.com
chinte.liu@barclaysglobal.com
chip.stevens@barclaysglobal.com
chris.barr@barclaysglobal.com
chris.bliss@barclaysglobal.com
chris.brown2@barclaysglobal.com
chris.sutton@barclaysglobal.com
christian.willard@barclaysglobal.com
christina.polischuk@barclaysglobal.com
christoffer.jonsson@barclaysglobal.com

christopher.muth@barclaysglobal.com
christopher.shayne@barclaysglobal.com
christopher.stevenson@barclaysglobal.com
cindy.andresen@barclaysglobal.com
cindy.bernhardt@barclaysglobal.com
claire.simpson@barclaysglobal.com
clay.armistead@barclaysglobal.com
cliff.wood@barclaysglobal.com
clinton.newman@barclaysglobal.com
cole.feinberg@barclaysglobal.com
connie.fischer@barclaysglobal.com
corby.robinson@barclaysglobal.com
corin.frost@barclaysglobal.com
craig.peters@barclaysglobal.com
creighton.jue@barclaysglobal.com
crystal.kwok@barclaysglobal.com
curtis.ruoff@barclaysglobal.com
dagmar.nikles@barclaysglobal.com
dale.hogan@barclaysglobal.com
dan.ransenberg@barclaysglobal.com
dan.rosenbaum@barclaysglobal.com
dana.jensen@barclaysglobal.com
daniel.bergstresser@barclaysglobal.com
daniel.gallegos@barclaysglobal.com
daniel.mayston@barclaysglobal.com
daniel.morillo@barclaysglobal.com
daniel.saieh@barclaysglobal.com
daniel.simpson@barclaysglobal.com
daniel.veiner@barclaysglobal.com
danny.meidan@barclaysglobal.com
darren.wills@barclaysglobal.com
darren.winstone@barclaysglobal.com
david.buttle@barclaysglobal.com
david.campbell@barclaysglobal.com
david.castellanos@barclaysglobal.com
david.chapman@barclaysglobal.com
david.clark@barclaysglobal.com
david.geffen@barclaysglobal.com
david.lahorgue@barclaysglobal.com
david.lonergan@barclaysglobal.com
david.piazza@barclaysglobal.com
david.semaya@barclaysglobal.com
david.webb@barclaysglobal.com
dean.shenton@barclaysglobal.com
debbie.mah@barclaysglobal.com
denise.olding@barclaysglobal.com
derek.walker@barclaysglobal.com
dhruv.mallick@barclaysglobal.com
diane.hsiung@barclaysglobal.com
diane.shew@barclaysglobal.com
dina.ting@barclaysglobal.com
dion.roseman@barclaysglobal.com
dominic.constanza@barclaysglobal.com
dominic.pegler@barclaysglobal.com
donal.o'neill@barclaysglobal.com
donny.tjandra@barclaysglobal.com
douglas.graham@barclaysglobal.com
downchr@barclaysglobal.com
duncan.fergusson@barclaysglobal.com
duncan.fraser@barclaysglobal.com

duncan.smith@barclaysglobal.com
dylan.hughes@barclaysglobal.com
eben.vanwyk@barclaysglobal.com
ed.corallo@barclaysglobal.com
ed.oetinger@barclaysglobal.com
eddy.vataru@barclaysglobal.com
edric.saito@barclaysglobal.com
edward.wandasiewicz@barclaysglobal.com
edward.wright@barclaysglobal.com
eleanor.defreitas@barclaysglobal.com
eloy.prieto@barclaysglobal.com
emma.ritchie@barclaysglobal.com
eri.ito@barclaysglobal.com
eric.bak@barclaysglobal.com
eric.clothier@barclaysglobal.com
eric.fifer@barclaysglobal.com
eric.kisslinger@barclaysglobal.com
eric.neis@barclaysglobal.com
eric.steffen@barclaysglobal.com
eric.wong@barclaysglobal.com
ernie.chow@barclaysglobal.com
evariste.verchere@barclaysglobal.com
eve.scrivener@barclaysglobal.com
extella.jones@barclaysglobal.com
ferian.juwano@barclaysglobal.com
ferian.juwono@barclaysglobal.com
fernando.cabrales@barclaysglobal.com
fiona.colley@barclaysglobal.com
Fiona.Harrington@barclaysglobal.com
fixincome.bgieurope@barclaysglobal.com
florian.bardong@barclaysglobal.com
frank.yu@barclaysglobal.com
frank.zhang@barclaysglobal.com
fred.dopfel@barclaysglobal.com
fred.goetzke@barclaysglobal.com
freddy.huynh@barclaysglobal.com
frederic.favre@barclaysglobal.com
fredrik.axsater@barclaysglobal.com
garth.flannery@barclaysglobal.com
gary.clark@barclaysglobal.com
gary.downie@barclaysglobal.com
gearoid.neligan@barclaysglobal.com
geoff.keith@barclaysglobal.com
george.madrigal@barclaysglobal.com
george.oconnor@barclaysglobal.com
george.poyiadjis@barclaysglobal.com
gerald.garvey@barclaysglobal.com
gerard.vanleusden@barclaysglobal.com
giancarlo.agurto@barclaysglobal.com
glenn.smith@barclaysglobal.com
gordon.readey@barclaysglobal.com
grace.zhang@barclaysglobal.com
graeme.carnochan@barclaysglobal.com
graeme.dewar@barclaysglobal.com
graham.dewar@barclaysglobal.com
graham.hepher@barclaysglobal.com
grainne.carey@barclaysglobal.com
greg.asher@barclaysglobal.com
gregg.murrell@barclaysglobal.com
gregory.nutt@barclaysglobal.mg

gregory.savage@barclaysglobal.com
haiwei.li@barclaysglobal.com
hannah.skeates@barclaysglobal.com
hanqing.tian@barclaysglobal.com
haydn.davies@barclaysglobal.com
heather.degarmo@barclaysglobal.com
heather.rooke@barclaysglobal.com
hedi.katz@barclaysglobal.com
heidi.dallamore@barclaysglobal.com
helen.eun@barclaysglobal.com
helen.zha@barclaysglobal.com
helena.kent@barclaysglobal.com
henrietta.pacquement@barclaysglobal.com
holly.smith@barclaysglobal.com
hongleng.chuah@barclaysglobal.com
howard.wu@barclaysglobal.com
howe.ng@barclaysglobal.com
hubert.dejesus@barclaysglobal.com
hubert.lee@barclaysglobal.com
hugh.cutler@barclaysglobal.com
hussein.safa@barclaysglobal.com
ian.williams@barclaysglobal.com
ignacio.blanch@barclaysglobal.com
indranil.barari@barclaysglobal.com
inma.pena@barclaysglobal.com
ittiphan.jearkjirm@barclaysglobal.com
ivania.dobles@barclaysglobal.com
jabaz.mathai@barclaysglobal.com
jaime.lee@barclaysglobal.com
jalal.akhavein@barclaysglobal.com
james.attwell@barclaysglobal.com
james.galliland@barclaysglobal.com
james.lim@barclaysglobal.com
james.middleton@barclaysglobal.com
james.pomery@barclaysglobal.com
james.templeman@barclaysglobal.com
jamie.gurton@barclaysglobal.com
jane.leung@barclaysglobal.com
jane.montana@barclaysglobal.com
janet.chow@barclaysglobal.com
janet.oram@barclaysglobal.com
janine.guillot@barclaysglobal.com
jason.draut@barclaysglobal.com
jason.gordon@barclaysglobal.com
jason.lamacchia@barclaysglobal.com
jason.strofs@barclaysglobal.com
jatin.vara@barclaysglobal.com
javier.rodriguez@barclaysglobal.com
jay.vyas@barclaysglobal.com
jayesh.patel@barclaysglobal.com
jeff.clapp@barclaysglobal.com
jeff.geib@barclaysglobal.com
jeff.hilton@barclaysglobal.com
jeff.hord@barclaysglobal.com
jeff.lenamon@barclaysglobal.com
jeff.shen@barclaysglobal.com
jenelle.dito@barclaysglobal.com
jennifer.barker@barclaysglobal.com
jennifer.gurr@barclaysglobal.com
jennifer.hole@barclaysglobal.com

jennifer.hsui@barclaysglobal.com
jennifer.kwai@barclaysglobal.com
jenny.bright@barclaysglobal.com
jenny.murkes@barclaysglobal.com
jermaine.pierre@barclaysglobal.com
jerry.millendorf@barclaysglobal.com
jesper.madsen@barclaysglobal.com
jess.nuttridge@barclaysglobal.com
jesse.cox@barclaysglobal.com
jianming.kou@barclaysglobal.com
jihwan.choi@barclaysglobal.com
jim.amorella@barclaysglobal.com
jim.chan@barclaysglobal.com
jim.chin@barclaysglobal.com
jim.gilliland@barclaysglobal.com
jim.hwang@barclaysglobal.com
jim.keagy@barclaysglobal.com
jim.lewis@barclaysglobal.com
jim.millard@barclaysglobal.com
jim.wang@barclaysglobal.com
jimmy.huang@barclaysglobal.com
jiten.samani@barclaysglobal.com
joanne.edwards@barclaysglobal.com
joel.silva@barclaysglobal.com
johannes.pretorius@barclaysglobal.com
john.blackmoresquires@barclaysglobal.com
john.buck@barclaysglobal.com
john.cheng@barclaysglobal.com
john.dewey@barclaysglobal.com
john.ho@barclaysglobal.com
john.maskell@barclaysglobal.com
john.pirone@barclaysglobal.com
john.ricci@barclaysglobal.com
john.schardin@barclaysglobal.com
john.scruggs@barclaysglobal.com
john.simpson@barclaysglobal.com
john.sulski@barclaysglobal.com
jonathan.baker@barclaysglobal.com
jonathan.burrows@barclaysglobal.com
jonathan.cohen@barclaysglobal.com
jonathan.curry@barclaysglobal.com
jonathan.graves@barclaysglobal.com
jonathan.howe@barclaysglobal.com
jonathan.lamb@barclaysglobal.com
jonathan.lansing@barclaysglobal.com
jonathan.ligon@barclaysglobal.com
jonathan.masse@barclaysglobal.com
jonathan.morgan@barclaysglobal.com
jonathan.mundy@barclaysglobal.com
jonathan.pye@barclaysglobal.com
jonathan.sissen@barclaysglobal.com
jonathan.willis@barclaysglobal.com
joselle.duncan@barclaysglobal.com
joseph.caminiti@barclaysglobal.com
joseph.kippels@barclaysglobal.com
joseph.linhares@barclaysglobal.com
josephine.chu@barclaysglobal.com
josh.taft@barclaysglobal.com
joshua.margulies@barclaysglobal.com
juan.medina-mora@barclaysglobal.com

judy.wong@barclaysglobal.com
juhee.khetrapal@barclaysglobal.com
julia.belford@barclaysglobal.com
julia.wu@barclaysglobal.com
julian.fischer@barclaysglobal.com
julian.marks@barclaysglobal.com
juliana.hastings@barclaysglobal.com
julie.hillier@barclaysglobal.com
julie.winterburn@barclaysglobal.com
jung.cho@barclaysglobal.com
junmin.hu@barclaysglobal.com
justin.herlihy@barclaysglobal.com
justin.louis@barclaysglobal.com
justin.rozek@barclaysglobal.com
kalpana.bhat@barclaysglobal.com
kaori.ono@barclaysglobal.com
karen.chaltikian@barclaysglobal.com
karen.temple@barclaysglobal.com
kari.sigurdsson@barclaysglobal.com
karim.khiar@barclaysglobal.com
karl.cheng@barclaysglobal.com
kasey.tu@barclaysglobal.com
kate.jones@barclaysglobal.com
kathy.taylor@barclaysglobal.com
katrina.gil@barclaysglobal.com
kaushal.shah@barclaysglobal.com
kaushik.saha@barclaysglobal.com
kayma.croker-liburd@barclaysglobal.com
ked.hogan@barclaysglobal.com
keiko.kimura@barclaysglobal.com
keith.berry@barclaysglobal.com
keith.kelsall@barclaysglobal.com
kelly.torok@barclaysglobal.com
ken.kroner@barclaysglobal.com
ken.millman@barclaysglobal.com
ken.zhu@barclaysglobal.com
keshava.shastry@barclaysglobal.com
ketan.gada@barclaysglobal.com
kevin.franklin@barclaysglobal.com
kevin.kneafsey@barclaysglobal.com
kevin.koch@barclaysglobal.com
kevin.mcnulty@barclaysglobal.com
kevin@barclaysglobal.com
khanh.nguyen@barclaysglobal.com
khoabane.phoofolo@barclaysglobal.com
kimia.zabetian@barclaysglobal.com
kirk.leung@barclaysglobal.com
konstantin.nemnov@barclaysglobal.com
krishan.gopaul@barclaysglobal.com
kristin.bradbury@barclaysglobal.com
kristopher.heck@barclaysglobal.com
kunal.ghosh@barclaysglobal.com
kurt.klimenko@barclaysglobal.com
kurt.won@barclaysglobal.com
kyo.koyama@barclaysglobal.com
lachlan.french@barclaysglobal.com
larry.zhang@barclaysglobal.com
lathrus@barclaysglobal.com
laura.algera@barclaysglobal.com
laura.gill@barclaysglobal.com

laura.henderson-leather@barclaysglobal.com
laura.nemeth@barclaysglobal.com
laura.peres@barclaysglobal.com
laura.woo@barclaysglobal.com
lauritz.ringdal@barclaysglobal.com
lech.panowicz@barclaysglobal.com
lee.sterne@barclaysglobal.com
leeann.auer@barclaysglobal.com
lei.fu@barclaysglobal.com
leland.clemons@barclaysglobal.com
leon.barzman@barclaysglobal.com
leslie.gambon@barclaysglobal.com
li.huang@barclaysglobal.com
liang.qiao@barclaysglobal.com
lilian.wan@barclaysglobal.com
lin.cui@barclaysglobal.com
linus.svensson@barclaysglobal.com
lise-lotte.smith@barclaysglobal.com
lorna.potts@barclaysglobal.com
lotta.smith@barclaysglobal.com
louise.holmes@barclaysglobal.com
lu.dalessandro@barclaysglobal.com
lucy.charmeton@barclaysglobal.com
lucy.thompson@barclaysglobal.com
lucy.watts@barclaysglobal.com
luke.squires@barclaysglobal.com
luke.tieman@barclaysglobal.com
lysa.nickels@barclaysglobal.com
lysa.nicklas@barclaysglobal.com
malcolm.smith@barclaysglobal.com
manjunath.boraiah@barclaysglobal.com
manus.stapleton@barclaysglobal.com
manvendra.gupta@barclaysglobal.com
marc.knowles@barclaysglobal.com
marc.mander@barclaysglobal.com
marcel.bahoshy@barclaysglobal.com
marco.merz@barclaysglobal.com
marcus.rudler@barclaysglobal.com
marcus.tom@barclaysglobal.com
mariana.egan@barclaysglobal.com
mariela.jobson@barclaysglobal.com
mark.brandreth@barclaysglobal.com
mark.britten-jones@barclaysglobal.com
mark.butterworth@barclaysglobal.com
mark.coppejans@barclaysglobal.com
mark.easterbrook@barclaysglobal.com
mark.ferrari@barclaysglobal.com
mark.finley@barclaysglobal.com
mark.fitzgerald@barclaysglobal.com
mark.friebel@barclaysglobal.com
mark.haberecht@barclaysglobal.com
mark.khalil@barclaysglobal.com
mark.nordio@barclaysglobal.com
mark.r.fitzgerald@barclaysglobal.com
mark.reshke@barclaysglobal.com
mark.sodergren@barclaysglobal.com
mark.stephenson@barclaysglobal.com
mark.talbot@barclaysglobal.com
mark.taylor@barclaysglobal.com
mark.taylor2@barclaysglobal.com

marsha.jong@barclaysglobal.com
martin.humphries@barclaysglobal.com
martin.white@barclaysglobal.com
masaru.yamazaki@barclaysglobal.com
matt.timm@barclaysglobal.com
matt.tucker@barclaysglobal.com
matthew.annable@barclaysglobal.com
matthew.cramer@barclaysglobal.com
matthew.crawford@barclaysglobal.com
matthew.farrar@barclaysglobal.com
matthew.hurd@barclaysglobal.com
matthew.lau@barclaysglobal.com
matthew.lee@barclaysglobal.com
matthew.o'hara@barclaysglobal.com
matthew.potts@barclaysglobal.com
matthew.scanlan@barclaysglobal.com
max.kozlov@barclaysglobal.com
meiliu.nystedt@barclaysglobal.com
michael.a.clark@barclaysglobal.com
michael.chong@barclaysglobal.com
michael.evan@barclaysglobal.com
michael.gallagher@barclaysglobal.com
michael.gates@barclaysglobal.com
michael.harper@barclaysglobal.com
michael.korzeniowski@barclaysglobal.com
michael.melvin@barclaysglobal.com
michael.sobel@barclaysglobal.com
michael.sullivan@barclaysglobal.com
michael.wong@barclaysglobal.com
michael.woodward@barclaysglobal.com
michael@barclaysglobal.com
michele.patron@barclaysglobal.com
michelle.tran@barclaysglobal.com
mike.andrews@barclaysglobal.com
mike.kleyn@barclaysglobal.com
mike.lee@barclaysglobal.com
mike.rawson@barclaysglobal.com
mike.rierson@barclaysglobal.com
mike.shearer@barclaysglobal.com
minder.cheng@barclaysglobal.com
ming.chow@barclaysglobal.com
minhton.ha@barclaysglobal.com
miriam.bilekova@barclaysglobal.com
mital.bhayani@barclaysglobal.com
mohan.subbiah@barclaysglobal.com
moises.silva@barclaysglobal.com
monika.garcia@barclaysglobal.com
monika.lindeman@barclaysglobal.com
monir.ahmad@barclaysglobal.com
morgan.lee@barclaysglobal.com
morrine.thompson@barclaysglobal.com
mustufa.khan@barclaysglobal.com
muzahir.degani@barclaysglobal.com
naozer.dadachanji@barclaysglobal.com
natalie.pickering@barclaysglobal.com
navneet.arora@barclaysglobal.com
neil.ambler@barclaysglobal.com
neil.vassar@barclaysglobal.com
neill.carter@barclaysglobal.com
nelson.ramos@barclaysglobal.com

nicholas.craze@barclaysglobal.com
nicholas.du.cros@barclaysglobal.com
nick.baturin@barclaysglobal.com
nick.cherney@barclaysglobal.com
nick.cox@barclaysglobal.com
nick.pierce@barclaysglobal.com
nicolaas.marais@barclaysglobal.com
nicole.tranmer@barclaysglobal.com
niels.johnson@barclaysglobal.com
nil.barari@barclaysglobal.com
norman.lee@barclaysglobal.com
oleg.puzyrko@barclaysglobal.com
olena.datsenko@barclaysglobal.com
olessia.burner@barclaysglobal.com
oliver.mcmahon@barclaysglobal.com
olivia-leslie.loubiere@barclaysglobal.com
orlando.montalvo@barclaysglobal.com
pamela.young@barclaysglobal.com
pankaj.shah@barclaysglobal.com
paras.fancy@barclaysglobal.com
parul.shah@barclaysglobal.com
patricia.keogh@barclaysglobal.com
patrick.dunne@barclaysglobal.com
patrick.hoban@barclaysglobal.com
patrick.leung@barclaysglobal.com
patrick.oconnor@barclaysglobal.com
paul.battams@barclaysglobal.com
paul.chin@barclaysglobal.com
paul.cummins@barclaysglobal.com
paul.ebner@barclaysglobal.com
paul.henderson@barclaysglobal.com
paul.lacoursiere@barclaysglobal.com
paul.leonard@barclaysglobal.com
paul.saks@barclaysglobal.com
paul.wallace@barclaysglobal.com
paul.whitehead@barclaysglobal.com
peter.christiansen@barclaysglobal.com
peter.cramer@barclaysglobal.com
peter.dabrowski@barclaysglobal.com
peter.day@barclaysglobal.com
peter.knez@barclaysglobal.com
peter.stanfield@barclaysglobal.com
peter.tsang@barclaysglobal.com
peter.wilson@barclaysglobal.com
peter.wood@barclaysglobal.com
phil.schade@barclaysglobal.com
philip.chen@barclaysglobal.com
philip.hsin@barclaysglobal.com
philip.lawson@barclaysglobal.com
philip.westpfel@barclaysglobal.com
phillip.boustridge@barclaysglobal.com
phillip.chen@barclaysglobal.com
pooja.malik@barclaysglobal.com
prashant.gupta@barclaysglobal.com
rachel.baratiak@barclaysglobal.com
ralph.smith@barclaysglobal.com
randall.malcolm@barclaysglobal.com
ranjit.attalia@barclaysglobal.com
ravi.goutam@barclaysglobal.com
reiko.tokukatsu@barclaysglobal.com

rene.casis@barclaysglobal.com
rhonda.vitanye@barclaysglobal.com
richard.brightman@barclaysglobal.com
richard.chen@barclaysglobal.com
richard.flint@barclaysglobal.com
richard.may@barclaysglobal.com
richard.meese@barclaysglobal.com
richard.sloan@barclaysglobal.com
richard.tsai@barclaysglobal.com
richard@barclaysglobal.com
rick.castro@barclaysglobal.com
rima.el-kawa@barclaysglobal.com
rob.bechard@barclaysglobal.com
rob.buckmaster@barclaysglobal.com
rob.gulden@barclaysglobal.com
robert.broadwell@barclaysglobal.com
robert.cosgrove@barclaysglobal.com
robert.fishbach@barclaysglobal.com
robert.fisher@barclaysglobal.com
robert.ginis@barclaysglobal.com
robert.shackleton@barclaysglobal.com
robert.shimell@barclaysglobal.com
rodolfo.martell@barclaysglobal.com
roger.lynch@barclaysglobal.com
roman.gutkovich@barclaysglobal.com
roman.swaton@barclaysglobal.com
ron.kahn@barclaysglobal.com
ronald.ratcliffe@barclaysglobal.com
rory.tobin@barclaysglobal.com
ross.james@barclaysglobal.com
rowman.caguyong@barclaysglobal.com
rupert.lescott@barclaysglobal.com
russ.koesterich@barclaysglobal.com
russell.graham@barclaysglobal.com
russell.vernick@barclaysglobal.com
ryan.braniff@barclaysglobal.com
ryan.burkett@barclaysglobal.com
ryan.kim@barclaysglobal.com
ryan.martin@barclaysglobal.com
ryu.tsujikawa@barclaysglobal.com
sally.yu@barclaysglobal.com
salvatore.zeolla@barclaysglobal.com
sam.lloyd@barclaysglobal.com
sam.patel@barclaysglobal.com
sam.pulsford@barclaysglobal.com
samantha.bartlett@barclaysglobal.com
sameer.jain@barclaysglobal.com
sameer.parab@barclaysglobal.com
sami.mesrour@barclaysglobal.com
samuel.tung@barclaysglobal.com
sandra.guerrero@barclaysglobal.com
sanjay.soni@barclaysglobal.com
sanjay.yadav@barclaysglobal.com
sarah.curry@barclaysglobal.com
savio.rodrigues@barclaysglobal.com
scott.clifford@barclaysglobal.com
scott.cowling@barclaysglobal.com
scott.dohemann@barclaysglobal.com
scott.evans@barclaysglobal.com
scott.ireland@barclaysglobal.com

scott.radell@barclaysglobal.com
scott.richardson@barclaysglobal.com
scott.williamson@barclaysglobal.com
sean.hanley@barclaysglobal.com
sean.wills@barclaysglobal.com
seanna.johnson@barclaysglobal.com
sebastien.betermier@barclaysglobal.com
sebastien.guglietta@barclaysglobal.com
seth.weingram@barclaysglobal.com
shannon.vigil@barclaysglobal.com
shaun.ong@barclaysglobal.com
shawn.steel@barclaysglobal.com
sheila.cullinane@barclaysglobal.com
sherri.shaffer@barclaysglobal.com
sherry.ly@barclaysglobal.com
sid.swaminathan@barclaysglobal.com
simon.brailey@barclaysglobal.com
simon.huang@barclaysglobal.com
simon.martin@barclaysglobal.com
simon.morley@barclaysglobal.com
simon.n.williams@barclaysglobal.com
simon.pottinger@barclaysglobal.com
siva.sivasubramaniam@barclaysglobal.com
sonia.valencia@barclaysglobal.com
spencer.lee@barclaysglobal.com
spyros.skoulakis@barclaysglobal.com
sriram.reddy@barclaysglobal.com
stan.beckers@barclaysglobal.com
stefan.wills@barclaysglobal.com
stephanie.selinger@barclaysglobal.com
stephanie.yardley@barclaysglobal.com
stephen.bozeman@barclaysglobal.com
stephen.corliss@barclaysglobal.com
stephen.kim@barclaysglobal.com
stephen.lee@barclaysglobal.com
stephen.rafferty@barclaysglobal.com
stephen.rogers@barclaysglobal.com
stephen.schumm@barclaysglobal.com
steve.barrilleaux@barclaysglobal.com
steve.carnaby@barclaysglobal.com
steven.angelich@barclaysglobal.com
steven.cornew@barclaysglobal.com
steven.schoenfeld@barclaysglobal.com
steven.tze@barclaysglobal.com
stuart.burrows@barclaysglobal.com
stuart.doyle@barclaysglobal.com
stuart.forsyth@barclaysglobal.com
stuart.jarvis@barclaysglobal.com
stuart.owen@barclaysglobal.com
surj.sandher@barclaysglobal.com
susanna.jacob@barclaysglobal.com
suzy.ramos@barclaysglobal.com
tamzin.dossantos@barclaysglobal.com
tarik.ben-saud@barclaysglobal.com
ted.chen@barclaysglobal.com
teresa.kong@barclaysglobal.com
teresa.tan@barclaysglobal.com
terry.nercessian@barclaysglobal.com
thomas.burroughs@barclaysglobal.com
thomas.mcfarren@barclaysglobal.com

| | | |
|---|---|---|
| thomas.sponholtz@barclaysglobal.com | alain.casiraghi@barep.com | atsushi.yamazaki@barings.com |
| tibor.szikszai@barclaysglobal.com | brice.tropper@barep.com | john-paul.burke@barings.com |
| tim.foord@barclaysglobal.com | cedric.chone@barep.com | joji.maki@barings.com |
| tim.mcleod@barclaysglobal.com | cyril.furtak@barep.com | manabu.tamaru@barings.com |
| tim.webb@barclaysglobal.com | cyril.lesmier@barep.com | mariko.isonuma@barings.com |
| tim.wong@barclaysglobal.com | daniel.pyc@barep.com | shunji.ochiai@barings.com |
| timothy.murray@barclaysglobal.com | edouard.gomis@barep.com | susan.o'brien@barings.com |
| timothy.welch@barclaysglobal.com | eric.laplagne@barep.com | toyokazu.kaneko@barings.com |
| tina.chen@barclaysglobal.com | gilles.barret@barep.com | wataru.nishimura@barings.com |
| ting.so@barclaysglobal.com | irene.luu@barep.com | gregg.murrell@barlcaysglobal.com |
| toby.warburton@barclaysglobal.com | ishay.emkies@barep.com | bishwa.limbu@barlcyas.co.uk |
| tom.mccutchen@barclaysglobal.com | jamil.hallak@barep.com | frank.sievert@barmenia.de |
| tom.mccuthen@barclaysglobal.com | kristell.agaesse@barep.com | petra.nithammer@barmenia.de |
| tom.mcutchen@barclaysglobal.com | laurent.kenigswald@barep.com | rvoccolai@barrettassociates.com |
| tom.nicholas@barclaysglobal.com | loic.henry@barep.com | zturnage@barrow.com |
| tom.parker@barclaysglobal.com | marc.serafini@barep.com | amcgowan@barrowhanley.com |
| tom.stephens@barclaysglobal.com | nathalie.mariel@barep.com | askipwith@barrowhanley.com |
| tracy.clark@barclaysglobal.com | nicolas-t.robin@barep.com | bchambers@barrowhanley.com |
| trent.larcombe@barclaysglobal.com | ollivier.courcier@barep.com | bquinn@barrowhanley.com |
| trevor.oliver@barclaysglobal.com | pierre.court@barep.com | cmartin@barrowhanley.com |
| trevor.whelan@barclaysglobal.com | romain.feraud@barep.com | dganucheau@barrowhanley.com |
| trisha.fitzpatrick@barclaysglobal.com | sami.kermiche@barep.com | dhardin@barrowhanley.com |
| u-wen.kok@barclaysglobal.com | thierry.de-rycke@barep.com | dhodges@barrowhanley.com |
| vicky.eatwell@barclaysglobal.com | wei.sun@barep.com | dpetruzzelli@barrowhanley.com |
| victor.wong@barclaysglobal.com | a.colferai@barilla.it | eolson@barrowhanley.com |
| vijay.rao@barclaysglobal.com | c.mora@barilla.it | firesearch@barrowhanley.com |
| vincent.demartel@barclaysglobal.com | d.zoni@barilla.it | jbarrow@barrowhanley.com |
| vincent.zhao@barclaysglobal.com | e.x@mail.barilla.it | jfahrenbruch@barrowhanley.com |
| vinod.chandrashekaran@barclaysglobal.com | e.zambini@barilla.it | jgilday@barrowhanley.com |
| vishal.gupta@barclaysglobal.com | f.barigazzi@barilla.it | jharloe@barrowhanley.com |
| vishal.patel@barclaysglobal.com | f.poschi@barilla.it | jskinner@barrowhanley.com |
| vivian.wong@barclaysglobal.com | l.russo@barilla.it | lropp@barrowhanley.com |
| vroy@barclaysglobal.com | n.marcheselli@barilla.it | megenes@barrowhanley.com |
| wei.li@barclaysglobal.com | p.testi@barilla.it | mgiambrone@barrowhanley.com |
| wendy.beller@barclaysglobal.com | v.ogliengo@barilla.it | mluchsinger@barrowhanley.com |
| wendy.elwell@barclaysglobal.com | alan.leung@baring-asset.com | mwetherington@barrowhanley.com |
| will.tanaka@barclaysglobal.com | bob.cecere@baring-asset.com | pandrews@barrowhanley.com |
| william.barnes@barclaysglobal.com | chris.lees@baring-asset.com | rengland@barrowhanley.com |
| william.flanagan@barclaysglobal.com | crispin.cripwell@baring-asset.com | rnixon@barrowhanley.com |
| william.riley@barclaysglobal.com | dan.savyckyj@baring-asset.com | rwrighton@barrowhanley.com |
| william.stumpf@barclaysglobal.com | jessica.lawrence@baring-asset.com | slantis@barrowhanley.com |
| win.robbins@barclaysglobal.com | kazuhiro.okamura@baring-asset.com | smcdonald@barrowhanley.com |
| xiaoli.dang@barclaysglobal.com | kenji.hoki@baring-asset.com | tculler@barrowhanley.com |
| xiaowei.li@barclaysglobal.com | kristina.burkey@baring-asset.com | catherine@barrpart.com |
| yan.du@barclaysglobal.com | maki.ohnuma@baring-asset.com | sschroe@bart.gov |
| yan.ge@barclaysglobal.com | maria.perrone@baring-asset.com | clenihan@bartlett1898.com |
| yang.chen@barclaysglobal.com | mary.dunbrack@baring-asset.com | dfrancis@bartlett1898.com |
| yared.woudneh@barclaysglobal.com | mieko.oketa@baring-asset.com | eprofancik@bartlett1898.com |
| yasuhide.ogata@barclaysglobal.com | misako.yamashita@baring-asset.com | jdowden@bartlett1898.com |
| yoko.kondo@barclaysglobal.com | nabil.hamadeh@baring-asset.com | jkiss@bartlett1898.com |
| york.deavers@barclaysglobal.com | nobufusa.nabeshima@baring-asset.com | jwalburg@bartlett1898.com |
| youngju.lee@barclaysglobal.com | rosaly.lentini@baring-asset.com | kdowning@bartlett1898.com |
| zachary.moore@barclaysglobal.com | thomas.melvin@baring-asset.com | kschlachter@bartlett1898.com |
| zifan.tang@barclaysglobal.com | tim.dowd@baring-asset.com | mmellis@bartlett1898.com |
| zlatko.martinic@barclaysglobal.com | timothy.malloy@baring-asset.com | tsteele@bartlett1898.com |
| bpb.gardanow@barclaysmail.com | tsutomu.iwasawa@baring-asset.com | jim@bartlettinvestors.com |
| bonnie.smith@barclayswealth.com | urban.larson@baring-asset.com | joachim.gauglitz@basf.com |
| paul.singer@barclayswealth.com | yoko.yoshimoto@baring-asset.com | ute.kaller@basf.com |
| paul.stappard@barclayswealth.com | andrew.lamb@barings.com | klaus.jessen@basf-ag.de |
| thuyquynh.dang@barclayswealth.com | arisa.hata@barings.com | klaus-j.boehm@basf-ag.de |

| | | |
|---|---|---|
| beat.wernli@basler.ch | lag@baupost.com | frank.rittgen.fr@bayer-ag.de |
| pascal.netz@basler.ch | lsvetlana@baupost.com | gabriele.horst.gh@bayer-ag.de |
| sylvia.foerster@basler.ch | mck@baupost.com | marc-oliver.klemm@bayer-ag.de |
| bbarrett@bass-net.com | mf@baupost.com | markus.ritzauer.mr@bayer-ag.de |
| clundy@bass-net.com | mfd@baupost.com | michael.kaltenborn.mk@bayer-ag.de |
| dcarrell@bass-net.com | mj@baupost.com | ralph-froehlich.rf@bayer-ag.de |
| kiverson@bass-net.com | rab@baupost.com | roland.backes.rb@bayer-ag.de |
| ldafoe@bass-net.com | rcarona@baupost.com | stephan.schneider.ss1@bayer-ag.de |
| learle@bass-net.com | richard@baupost.com | stephanie.kroesche.sk@bayer-ag.de |
| mcross@bass-net.com | rmunger@baupost.com | verena-jeanette.fister-rech.vf@bayer-ag.de |
| phudson@bass-net.com | sam@baupost.com | jutta.merzdorf@bayerhealthcare.com |
| charlotte_fink@bat.com | scd@baupost.com | martinbeuck@bayerhealthcare.com |
| daniel_lui@bat.com | snathan@baupost.com | agostino_galvagni@bayerischerueck.com |
| david_booth@bat.com | sth@baupost.com | claudia_weir@bayerischerueck.com |
| david_swann@bat.com | tcm@baupost.com | stefan_bulla@bayerischerueck.com |
| edwin_koeckhoven@bat.com | vpa@baupost.com | udo_martinsohn@bayerischerueck.com |
| elizabeth_carlson@bat.com | wagner@baupost.com | mario.seesko@bayermaterialscience.com |
| gemma_hewitt@bat.com | alexandra.primetzhofer@bawag.com | thomas.binz@bayermaterialscience.com |
| leonardo_senra@bat.com | alfred.mittermann@bawag.com | bschinabeck@bayernhb.de |
| michael_prideaux@bat.com | anna-katharina.zimmel@bawag.com | mwenzel@bayernhb.de |
| nina_bainbridge@bat.com | christian.buettner@bawag.com | rudolf.hanisch@bayernib.de |
| paresh_aatkar@bat.com | christina.stauber@bawag.com | andreas.kampe@bayerninvest.de |
| paul_harrison@bat.com | d.balaz@bawag.com | christian.weber@bayerninvest.de |
| paul_rhodes@bat.com | daniel.jakowitsch@bawag.com | dominik.jahnke@bayerninvest.de |
| rachael_brierley@bat.com | elisabeth.kaufmann@bawag.com | frank.hermann@bayerninvest.de |
| ralph_edmondson@bat.com | helmut.flieh@bawag.com | helmut.schmitt@bayerninvest.de |
| sarah_youngson@bat.com | horst.lechner@bawag.com | holger.kammel@bayerninvest.de |
| sean_whelan@bat.com | ig@bawag.com | joerg.marienhagen@bayerninvest.de |
| sharon_woodcock@bat.com | invest@bawag.com | juergen.geib@bayerninvest.de |
| ndhanky@batelco.com.bh | johannes.nagy@bawag.com | narciso.quijano@bayerninvest.de |
| taictwo@batelco.com.bh | johannes.stattmann@bawag.com | tom.heineke@bayerninvest.de |
| agfatlant.lgonzalez@batlantico.es | klaus.peternell@bawag.com | azak@bayern-invest.de |
| jesus.asenjo@batlantico.es | manfred.heller@bawag.com | christian.mardeck@bayern-invest.de |
| jorge.martin@batlantico.es | manfred.rack@bawag.com | gcordon@bayern-invest.de |
| luis.navia@batlantico.es | mariko.bamer@bawag.com | hboscheinen@bayern-invest.de |
| mcampanario@batlantico.es | peter.muellauer@bawag.com | ilocher@bayern-invest.de |
| abeer@baupost.com | reno.kroboth@bawag.com | mjust@bayern-invest.de |
| bspector@baupost.com | thomas.hackl@bawag.com | peer.emmrich@bayern-invest.de |
| byh@baupost.com | thomas.kraus@bawag.com | rainer.schoellkopf@bayern-invest.de |
| cab@baupost.com | thomas.ruthner@bawag.com | robert.grund@bayern-invest.de |
| cnelson@baupost.com | ulrike.kunz@bawag.com | sdavid@bayern-invest.de |
| cnn@baupost.com | ursula.federsel@bawag.com | ssteiger@bayern-invest.de |
| dan@baupost.com | walter.windt@bawag.com | ssteiner@bayern-invest.de |
| distressed@baupost.com | andrea.haberl@bawagpsk.com | werner.mueller@bayern-invest.de |
| dlr@baupost.com | bernhard.herzig@bawagpsk.com | alexander.berger@bayernlb.de |
| dmn@baupost.com | harald.raffay@bawagpsk.com | alexander.hill@bayernlb.de |
| dtn@baupost.com | michael.kastner@bawagpsk.com | alexander.krebs@bayernlb.de |
| esp@baupost.com | philip.reading@bawagpsk.com | alfred.anner@bayernlb.de |
| fks@baupost.com | regina.oppitz-pfannhauser@bawagpsk.com | alfred.mundner@bayernlb.de |
| gac@baupost.com | tamara.albrecht@bawagpsk.com | andreas.engesser@bayernlb.de |
| hsp@baupost.com | wolfgang.buresch@bawagpsk.com | andreas.h.schmidt@bayernlb.de |
| jaf@baupost.com | daniel.stoessl@bawagpskfonds.at | andreas.vambrie@bayernlb.de |
| jag@baupost.com | gerhard.andert@bawagpskfonds.at | antoine.caudrillier@bayernlb.de |
| jcc@baupost.com | silvia.cova@bawagpskfonds.at | assem.el-alami@bayernlb.de |
| jdf@baupost.com | christian.koellich@bawgpsk.com | beate.schuster@bayernlb.de |
| jfm@baupost.com | cecilia.scully.b@bayer.com | bernhard.birgmann@bayernlb.de |
| jhd@baupost.com | christian.sarto.b@bayer.com | bernhard.lehner@bayernlb.de |
| jlc@baupost.com | john.aratruda.b@bayer.com | bernhard.steege@bayernlb.de |
| kcr@baupost.com | robert.schoenleber@bayer.com | christian.fuechsl@bayernlb.de |
| ket@baupost.com | christian.held.ch@bayer-ag.de | christian.trost@bayernlb.com |

| | | |
|---|---|---|
| christiane.hoppe-oehl@bayernlb.com | winfried.freygang@bayernlb.de | eraymond@bbandt.com |
| claus-peter.deglmann@bayernlb.com | bvonstuelpnagel@bayernlbny.com | fmaybank@bbandt.com |
| conrad.clarke@bayernlb.co.uk | canderson@bayernlbny.com | geoff.williams@bbandt.com |
| emmanuel.ballande@bayernlb.com | cdowd@bayernlbny.com | ggore@bbandt.com |
| ernst.wittmann@bayernlb.de | gstampfel@bayernlbny.com | gguess@bbandt.com |
| florian.dittmer@bayernlb.de | jalbeck@bayernlbny.com | gmckenzie@bbandt.com |
| florian.drexler@bayernlb.com | jcampagna@bayernlbny.com | gtowner@bbandt.com |
| frank.burschel@bayernlb.de | jlafronz@bayernlbny.com | iflores@bbandt.com |
| frank.greisel@bayernlb.com | jlopez@bayernlbny.com | jbnicholson@bbandt.com |
| georg.haas@bayernlb.de | mtorres@bayernlbny.com | jbresnahan@bbandt.com |
| georg.huber1@bayernlb.com | phealy@bayernlbny.com | jcallahan@bbandt.com |
| gerhard.gribkowsky@bayernlb.de | rsauer@bayernlbny.com | jclancy@bbandt.com |
| hans-christoph.groscurth@bayernlb.de | sfielitz@bayernlbny.com | jcwillis@bbandt.com |
| harald.kaiser@bayernlb.de | sschulman@bayernlbny.com | jellington@bbandt.com |
| harald.tanzer@bayernlb.de | tagbabiaka@bayernlbny.com | jfoltz@bbandt.com |
| hartmut.deglmann@bayernlb.de | twoodmaska@bayernlbny.com | jforeman@bbandt.com |
| herbert.marxen@bayernlb.com | uvonwietersheim@bayernlbny.com | jkvantas@bbandt.com |
| holger.fertig@bayernlb.de | amorro@bayharbour.com | jlowden@bbandt.com |
| iris.kaltenhaeuser@bayernlb.de | jrevitz@bayharbour.com | jlowry@bbandt.com |
| irmin.haucke@bayernlb.de | jstout@bayharbour.com | jluke@bbandt.com |
| irmin.hauke@bayernlb.com | kcellar@bayharbour.com | jmcclung@bbandt.com |
| jens.hennesser@bayernlb.de | mfang@bayharbour.com | jschappe@bbandt.com |
| jochen.geus@bayernlb.de | mherring@bayharbour.com | kkapoor@bbandt.com |
| joerg.angele@bayernlb.de | mthompson@bayharbour.com | kkarlawish@bbandt.com |
| joerg.babelotzky@bayernlb.de | pwainman@bayharbour.com | kmcnair@bbandt.com |
| johann.geiginger@bayernlb.de | sgreenwald@bayharbour.com | ko'hara@bbandt.com |
| john.lam@bayernlb.de | sjain@bayharbour.com | lfalchetta@bbandt.com |
| john-douglas.shires@bayernlb.de | smayse@bayharbour.com | lgarland@bbandt.com |
| josef.gruber@bayernlb.de | ssanchez@bayharbour.com | ljennette@bbandt.com |
| juergen.adamitza@bayernlb.de | ssozio@bayharbour.com | llamonica@bbandt.com |
| juergen.wollitzer@bayernlb.de | svandyke@bayharbour.com | lrallen@bbandt.com |
| klaus.wrobel@bayernlb.de | thughes@bayharbour.com | lthaxton@bbandt.com |
| marius.bergander@bayernlb.com | tkovalsky@bayharbour.com | marian.lane@bbandt.com |
| markus.gaugenrieder@bayernlb.de | wleamon@bayharbour.com | mary.turner@bbandt.com |
| markus.steilen@bayernlb.com | espinosa@baylbny.com | mbfisher@bbandt.com |
| martin.blasi@bayernlb.com | pobermann@baylbny.com | mbond@bbandt.com |
| martina.steinberg@bayernlb.de | rgregory@baylbny.com | mbrowning@bbandt.com |
| michael.hoffmann@bayernlb.de | apulliam@bbandt.com | mgarey@bbandt.com |
| nathan.evans@bayernlb.de | bbaker@bbandt.com | mmarley@bbandt.com |
| nicholas.atkinson@bayernlb.de | bboughner@bbandt.com | mskorich@bbandt.com |
| peter.posch@bayernlb.de | bcarl@bbandt.com | mvandyke@bbandt.com |
| petra.friedrich@bayernlb.com | beppard@bbandt.com | psorento@bbandt.com |
| philip.chu@bayernlb.de | bfolger@bbandt.com | rhughes@bbandt.com |
| reiner.gesellmann@bayernlb.de | bgressette@bbandt.com | rlwilson@bbandt.com |
| reiner.grupp@bayernlb.com | bguyler@bbandt.com | rmann@bbandt.com |
| richarda.heubisch@bayernlb.de | bmillikan@bbandt.com | rrimkus@bbandt.com |
| rolf.maier@bayernlb.com | cbreswitz@bbandt.com | rsong@bbandt.com |
| ronald.striegl@bayernlb.de | ccampbell@bbandt.com | ryan.bierds@bbandt.com |
| roswitha.droeber@bayernlb.de | ckard@bbandt.com | scislo@bbandt.com |
| rudolf.hofbauer@bayernlb.de | crogers@bbandt.com | shawn.gibson@bbandt.com |
| stefan.magerl@bayernlb.de | cwoschenko@bbandt.com | siannini@bbandt.com |
| susanne.cubera@bayernlb.com | darthur@bbandt.com | sowens@bbandt.com |
| tanja.wienckol@bayernlb.com | dharrell-cayton@bbandt.com | speterfy@bbandt.com |
| thomas.brenner@bayernlb.de | dishee@bbandt.com | srjohnson@bbandt.com |
| thomas.thieken@bayernlb.com | dlburnette@bbandt.com | stephen.morgan@bbandt.com |
| till.menges@bayernlb.de | dmaness@bbandt.com | tbehl@bbandt.com |
| timothy.tan@bayernlb.de | dnolan@bbandt.com | tcliborne@bbandt.com |
| tobias.strelow@bayernlb.de | dtjohnson@bbandt.com | tcrawford@bbandt.com |
| ulrike.brocke@bayernlb.de | efarls@bbandt.com | tnicholson@bbandt.com |
| volker.karioth@bayernlb.com | enell@bbandt.com | tpollack@bbandt.com |

| | | |
|---|---|---|
| wbrundige@bbandt.com | cherie.jeffries@bbh.com | john.ackler@bbh.com |
| yonjae.kwon@bbandt.com | chris.romaglino@bbh.com | john.brownlie@bbh.com |
| jezell@bbandtcm.com | christian.bolanos@bbh.com | john.driscoll@bbh.com |
| nfitzgerald@bbandtcm.com | christine.donovan@bbh.com | john.herdje@bbh.com |
| rlambert@bbandtcm.com | christoph.krey@bbh.com | john.mcdevitt@bbh.com |
| detlef.lang@bbbank.de | christopher.benedict@bbh.com | john.neff@bbh.com |
| markus.merkel@bbbank.de | christopher.elias@bbh.com | john.nelson@bbh.com |
| a.oddin@bbbsa.ch | christopher.kinney@bbh.com | johnpaul.drew@bbh.com |
| b.desgardins@bbbsa.ch | craig.knocke@bbh.com | jonathan.adams@bbh.com |
| e.vanraes@bbbsa.ch | cynthia.racine@bbh.com | jorge.ibarra-rivera@bbh.com |
| g.grospierre@bbbsa.ch | daniel.andrade@bbh.com | joseph.mirsky@bbh.com |
| invest@bbbsa.ch | daniel.montoya@bbh.com | joseph.panchamsingh@bbh.com |
| jp.burki@bbbsa.ch | daniel.silver@bbh.com | judith.pressat@bbh.com |
| p.chandon-moet@bbbsa.ch | daniel.tse@bbh.com | julie.anderson@bbh.com |
| p.honegger@bbbsa.ch | daryl.armstrong@bbh.com | justin.cleator@bbh.com |
| p.kopitz@bbbsa.ch | david.goggins@bbh.com | karen.bottar@bbh.com |
| charlotte.lancaster@bbc.co.uk | david.gorski@bbh.com | kate.fuller@bbh.com |
| clare.davidson@bbc.co.uk | david.lee@bbh.com | katrina.lee@bbh.com |
| dharshini.david@bbc.co.uk | david.weibe@bbh.com | kay.strozewski@bbh.com |
| emily.young@bbc.co.uk | douglas.mark@bbh.com | keith.becconsall@bbh.com |
| evan.davis@bbc.co.uk | ellen.morton@bbh.com | ken.lynch@bbh.com |
| hannah.thomson@bbc.co.uk | emlen.harmon@bbh.com | kevin.hardage@bbh.com |
| jenny.scott@bbc.co.uk | eric.szostek@bbh.com | kim.sarmotta@bbh.com |
| jonty.bloom@bbc.co.uk | evan.siamantouras@bbh.com | kirk.belinfanti@bbh.com |
| paul.mason.01@bbc.co.uk | fanie.gouws@bbh.com | kristen.hayes@bbh.com |
| stephanie.flanders@bbc.co.uk | fergal.delaney@bbh.com | larry.stein@bbh.com |
| steve.schifferes@bbc.co.uk | francois.marlier@bbh.com | laurent.dorleac@bbh.com |
| howard.atkinson@bbg.co.uk | frank.votta@bbh.com | lawrence.reis@bbh.com |
| jadwiga.bialkowska@bbg.co.uk | galen.lockwood@bbh.com | leighton.waters@bbh.com |
| jaswinder.sandher@bbg.co.uk | gary.simonelli@bbh.com | li.lei@bbh.com |
| jessica.robinson@bbg.co.uk | gfa.dublin-boston@bbh.com | lisa.snider@bbh.com |
| kevin.burley@bbg.co.uk | glen.mceachern@bbh.com | lori.guenther@bbh.com |
| mark.winter@bbg.co.uk | glenn.baker@bbh.com | lucien.norbrun@bbh.com |
| peter.j.green@bbg.co.uk | gloria.wong@bbh.com | lucy.west@bbh.com |
| rosemary.thorne@bbg.co.uk | gordon.wan@bbh.com | luke.mccabe@bbh.com |
| tim.bending@bbg.co.uk | gregory.steier@bbh.com | luke.morosanu@bbh.com |
| tony.cowley@bbg.co.uk | guillaume.engles@bbh.com | madison.tse@bbh.com |
| tristan.allen@bbg.co.uk | hadley.clark@bbh.com | maria.di.vito@bbh.com |
| andrew.myerson@bbh.com | harry.martin@bbh.com | marina.yu@bbh.com |
| andrew.randak@bbh.com | hayley.xuereb@bbh.com | mark.curnin@bbh.com |
| andrew.schonfeld@bbh.com | henry.blagden@bbh.com | mark.emrich@bbh.com |
| andrew.tucker@bbh.com | j.vonsceiver@bbh.com | mark.payson@bbh.com |
| andy.denham@bbh.com | jake.a.gehret@bbh.com | marla.sims@bbh.com |
| aneta.manceva@bbh.com | james.evans@bbh.com | mary.messner@bbh.com |
| angela.uttaro@bbh.com | james.naklicki@bbh.com | matthew.erlich@bbh.com |
| annie.yip@bbh.com | james.strecker@bbh.com | matthew.hyman@bbh.com |
| antoine.dieulot@bbh.com | james.tsang@bbh.com | matthew.olivo@bbh.com |
| arlene.chua@bbh.com | jason.crawford@bbh.com | maureen.kelly@bbh.com |
| ates.civitci@bbh.com | jason.hutt@bbh.com | medeya.benidze@bbh.com |
| ben.neumann@bbh.com | jason.markowitz@bbh.com | meg.browne@bbh.com |
| bill.buchanan@bbh.com | jay.vansciver@bbh.com | melissa.correia@bbh.com |
| bill.vautin@bbh.com | jeff.barry@bbh.com | michael.beckerman@bbh.com |
| bob.obrien@bbh.com | jeff.idler@bbh.com | michael.carbery@bbh.com |
| bradley.mitchell@bbh.com | jeff.oneill@bbh.com | michael.keller@bbh.com |
| brian.fox@bbh.com | jeffrey.adams@bbh.com | michael.kenneally@bbh.com |
| brian.ventura@bbh.com | jerry.cubbin@bbh.com | michael.liberti@bbh.com |
| caitlin.mckillop@bbh.com | jim.bertles@bbh.com | michael.meehan@bbh.com |
| carlos.deleon@bbh.com | jim.heizer@bbh.com | michael.perkons@bbh.com |
| charles.izard@bbh.com | jim.phillips@bbh.com | michael.r.keller@bbh.com |
| charles.miller@bbh.com | jingbo.zhang@bbh.com | michael.ryan@bbh.com |

michael.schuster@bbh.com
michael.townson@bbh.com
michael.walsh@bbh.com
mlgsfa@bbh.com
mortimer.kelly@bbh.com
nathaniel.lee@bbh.com
neel.panchal@bbh.com
neil.hohmann@bbh.com
nick.bennenbraek@bbh.com
omar.ahmedgas@bbh.com
pascal.felici@bbh.com
paul.huang@bbh.com
pearse.mcdowell@bbh.com
philip.dipaolo@bbh.com
philippe.eger@bbh.com
ray.reid@bbh.com
raymond.humphrey@bbh.com
regina.lombardi@bbh.com
richard.marshall@bbh.com
richard.meek@bbh.com
richard.wilmarth@bbh.com
robert.bakanauskas@bbh.com
robert.dunlap@bbh.com
robert.matayev@bbh.com
roger.binggeli@bbh.com
ron.habakus@bbh.com
sabine.weiler@bbh.com
salim.khanachet@bbh.com
sally-ann.dunphy@bbh.com
sarah.shoukimas@bbh.com
scott.clemons@bbh.com
scott.hill@bbh.com
scott.schultz@bbh.com
scott.winslow@bbh.com
shane.cook@bbh.com
shane.rein@bbh.com
sk.shin@bbh.com
stela.sejdini@bbh.com
stephen.nazzaro@bbh.com
stephen.whitman@bbh.com
teresa.tupper@bbh.com
thomas.murphy@bbh.com
thomas.stawicki@bbh.com
thomas.waters@bbh.com
tim.harth@bbh.com
todd.woodacre@bbh.com
tommy.pace@bbh.com
tripp.blum@bbh.com
vadim.mezrin@bbh.com
valerie.beale@bbh.com
vincent.tedaldi@bbh.com
vineet.theodore@bbh.com
rwitmer@bbhc.com
juergen.wetzel@bb-invest.de
kathrin.spanek@bb-invest.de
matthias.reichenbach@bb-invest.de
oliver.borgis@bb-invest.de
sven.krause@bb-invest.de
felixbaker@bbinvestments.com
graskin@bbinvestments.com

julianbaker@bbinvestments.com
afuenteb@bbk.es
imartinm@bbk.es
jrobredo@bbk.es
fatimab@bbkonline.com
hussain_albanna@bbkonline.com
jalal@bbkonline.com
rohit.chawdhry@bbkonline.com
sathar@bbkonline.com
hans-helmut.kotz@bbk-zentrale.de
anne.gruz@bbl.fr
brian.haeck@bbl.be
david.goldenberg@bbl.be
elisabeth.jonlet@bbl.be
equity.research@bbl.br
eric.vidal@bbl.fr
frank.fogiel@bbl.be
gaetan.couvreur@bbl.be
gilles.carlier@bbl.be
gunter.klaffke@bbl.be
gwenaelle.vanhoutte@bbl.be
ilya.de-smet@bbl.be
jeanmarie.louis@bbl.be
kevin.o'connell@bbl.be
lasusulu-teresa.peters@bbl.be
marc.eichinger@bbl.fr
patrick.gerard@bbl.fr
peter.zerhouni@bbl.be
phillipe.gilson@bbl.be
raymond.reece@bbl.fr
sandy.schoemaker@bbl.be
severine.delen@bbl.be
tamar.joulia@bbl.be
fabien.madar@bblam.fr
annika.cortellini@bbls.ch
anthony.cohen@bbls.ch
arno.dursel@bbls.ch
christian.borga@bbls.ch
franco.diguardo@bbls.ch
gabriele.odone@bbls.ch
josette.tapponier@bbls.ch
koen.vanderbracht@bbls.ch
matthias.kortmoller@bbls.ch
mervyn.putz@bbls.ch
valerie.schneider@bbls.ch
victor.kaelin@bbls.ch
cwhelan@bblusa.com
luisg@bbmbank.com.br
lgockley@bbnb.com
ck.cheam@bbva.com.hk
david.sasson@bbva.com.mx
j.davila3@gfbemail.bbva.bancomer.com
jeffrey.chu@bbva.com.hk
jblanco@bbvany.com
pedro.canamera@bbvapartners.com
anido@bbvapr.com
marizmen@bbvapr.com
riccolon@bbvapr.com
tania.middelhof@bbvapr.com
ana.corvalan@bbvauk.com

herky.dialdas@bbvauk.com
luis.azofra@bbvauk.com
rafael.canada@bbvauk.com
jregueiro@bbvnet.com
bosco.eguilior@bbvsecurities.com
lmartin@bbwest.com
amarsh@bc.pitt.edu
egavin@bc.pitt.edu
plawrence@bc.pitt.edu
sgilbert@bc.pitt.edu
vince_hannity@bc.com
afonso.barros@bcb.gov.br
alexandre.mendes@bcb.gov.br
antonio.francisco@bcb.gov.br
armando.amaral@bcb.gov.br
aroldo.junior@bcb.gov.br
benjamin.tabak@bcb.gov.br
candiota@bcb.gov.br
carolina.cascelli@bcb.gov.br
conrado.costa@bcb.gov.br
danielle.nunes@bcb.gov.br
dineuzita.souza@bcb.gov.br
emanuel.werner@bcb.gov.br
fabia.carvalho@bcb.gov.br
fabio.andaku@bcb.gov.br
felipe.ribeiro@bcb.gov.br
fernando.cavalcanti@bcb.gov.br
fernando.gomes@bcb.gov.br
francisco.pinto@bcb.gov.br
gleizer@bcb.gov.br
gustavo.bussinger@bcb.gov.br
gustavo.ottoni@bcb.gov.br
isabela.maia@bcb.gov.br
jluiz.fernandes@bcb.gov.br
jose.barros@bcb.gov.br
julio.kumai@bcb.gov.br
junia.oliveira@bcb.gov.br
lffigueiredo@bcb.gov.br
linaldo@bcb.gov.br
lucia.pinheiro@bcb.gov.br
luis.pontes@bcb.gov.br
marcelo.martinelli@bcb.gov.br
marcio.ayrosa@bcb.gov.br
marcio.mattos@bcb.gov.br
max.meira@bcb.gov.br
michel.gomes@bcb.gov.br
nazim@bcb.com.my
nicolau.arbex@bcb.gov.br
otto.lobo@bcb.gov.br
paulo.cacella@bcb.gov.br
regis.salgado@bcb.gov.br
regis.varao@bcb.gov.br
renato.jansson@bcb.gov.be
renato.jansson@bcb.gov.br
ricardo.martinelli@bcb.gov.br
ricardo.mesquita@bcb.gov.br
ricardo.moura@bcb.gov.br
rizal@bcb.com.my
sara.gomes@bcb.gov.br
sergio.goldenstein@bcb.gov.br

simone.burello@bcb.gov.br
suzana.simasmachado@bcb.gov.b
vanessa.simbalista@bcb.gov.br
veronica.marino@bcb.gov.br
vinicius.silva@bcb.gov.br
frederick.briggs@bcbsfl.com
joseph.janocko@bcbsfl.com
lisa.ermin@bcbsfl.com
quent.herring@bcbsfl.com
sara.johnson@bcbsfl.com
drummel@bcbsm.com
jkearney@bcbsm.com
nlaurin@bcbsm.com
promano@bcbsm.com
elizabeth.cohen@bcbsma.com
john.mohr@bcbsma.com
steve.cherrier@bcbsnc.com
quirosaa@bccr.fi.cr
a.crochet@bcee.lu
a.forman@bcee.lu
a.kohll@bcee.lu
h.thome@bcee.lu
investment.fim@bcee.lu
josney@bcee.lu
m.baily@bcee.lu
m.morth@bcee.lu
m.polfer@bcee.lu
p.vinciarelli@bcee.lu
r.dejulian@bcee.lu
r.werdel@bcee.lu
repodesk.fim@bcee.lu
srv.cam@bcee.lu
srv.cri@bcee.lu
structuredfinance.fim@bcee.lu
y.bodson@bcee.lu
arado@bcentral.cl
jlizana@bcentral.cl
jmeyer@bcentral.cl
jureta@bcentral.cl
lcaviere@bcentral.cl
mreyes@bcentral.cl
psmartin@bcentral.cl
rfaulkner@bcentral.cl
rfernand@bcentral.cl
rgomez@bcentral.cl
isaura.costa@bcf.pt
cedric.goris@bcge.ch
daniel.hostettler@bcge.cg
francois.julia@bcge.ch
marc.hollistein@bcge.ch
neil.carnegie@bcge.ch
ozren.bakaric@bcge.ch
pascal.devanthery@bcge.ch
renato.tondina@bcge.ch
thierry.deslarzes@bcge.ch
acohen@bci.it
agiangregorio@bci.it
buzzi@bci.it
bvalbuzzi@bci.it
bzittucro@bci.it

camitie@bci.it
cmarchiori@bci.it
cpalmieri@bci.it
ddegliesposti@bci.it
ebermant@bci.it
esaldarini@bci.it
fmanna@bci.it
fmoglia@bci.it
fnassetti@bci.it
gcaprini@bci.it
gcoladangelo@bci.it
gdainotto@bci.it
gdisalvo@bci.it
gmaselli@bci.it
jamagsila@bci.it
jdickerhof@bci.it
jparascandola@bci.it
kleung@bci.it
lsteve@bci.it
ltruflandier@bci.it
marnaboldi@bci.it
mbonelli@bci.it
mcerrina@bci.it
msantini@bci.it
mtrevisan@bci.it
nrossano@bci.it
pagani@bci.ch
pbattistella@bci.it
qfu@bci.it
sbonanomi@bci.it
securities@bci.ch
tferrazzo@bci.it
vconti@bci.it
vdelucia@bci.it
vwolflercalvo@bci.it
ysakurai@bci.it
adupeloux@bcif.fr
dalleaume@bcif.fr
info@bcihongkong.com.hk
sbertasi@bcihongkong.com
francesca.barberis@bcl.ch
mattia.agostinetti@bcl.ch
dnilkodem@bcml.com
balk@bcmnet.nl
boelen@bcmnet.nl
dekrijger@bcmnet.nl
tol@bcmnet.nl
wolters@bcmnet.nl
adangelo@bcp.it
antonio.pintocoelho@bcp.pt
cmeglio@bcp.it
cpalomba@bcp.it
dario.soarez@bcp.it
diogo.lacerda@bcp.pt
flamanna@bcp.it
joao.cunhamartins@bcp.pt
jose.pereirasilva@bcp.pt
lcruz@bcp.pt
lgallifuoco@bcp.it
luis.piteira@bcp.pt

mafalda.oliveira@bcp.pt
maria.monteiroalmeida@bcp.pt
mario.afonso@bcp.pt
miguel.duarte@bcp.pt
nuno.almeidaalves@bcp.pt
rcapasso@bcp.it
rciotola@bcp.it
susana.teixeira@bcp.pt
amadeo.cubeles@bcp-bank.com
atalay.kendirli@bcp-bank.com
cengiz.akandil@bcp-bank.com
davut.celik@bcp-bank.com
francois.nordhof@bcp-bank.com
kerrar.kulak@bcp-bank.com
ozlem.ustundag@bcp-bank.com
sergey.reynov@bcp-bank.com
apratgay@bcra.gov.ar
rmare@bcra.gov.ar
dgfpe.dfe@bct.gov.tn
ad@bcv.ch
agim.xhaja@bcv.ch
alexandre.zannoni@bcv.ch
andi.kabili@bcv.ch
andre.zumwald@bcv.ch
andreas.wismer@bcv.ch
beat.rohner@bcv.ch
benoit.berger@bcv.ch
bernard.ravussin@bcv.ch
bertrand.joel.sager@bcv.ch
bogdan.velickovic@bcv.ch
cedric.hefti@bcv.ch
charles-andre.castella@bcv.ch
christel.clapasson@bcv.ch
christian.protti@bcv.ch
christian.zanone@bcv.ch
claudio.bernasconi@bcv.ch
daniel.isler@bcv.ch
david.martinella@bcv.ch
david.sueur@bcv.ch
dominique.marguet@bcv.ch
dominique.tschanz@bcv.ch
eric.jolliet@bcv.ch
eric.vauthey@bcv.ch
etienne.weber@bcv.ch
fernando.martins.da.silva@bcv.ch
florence.rochat@bcv.ch
francois.simond@bcv.ch
frederic.nicola@bcv.ch
frederic.sonney@bcv.ch
fund.selection@bcv.ch
funda.savci@bcv.ch
gerard.doerr@bcv.ch
gilbert.rod@bcv.ch
gilles.corbel@bcv.ch
gregory.priolo@bcv.ch
hassan.zein@bcv.ch
isabelle-caroline.weber@bcv.ch
jean.chevalley@bcv.ch
jean-luc.maillard@bcv.ch
jean-marie.coquoz@bcv.ch

jean-philippe.barras@bcv.ch
jessica.guignard@bcv.ch
johan.pea@bcv.ch
jonas.enstrom@bcv.ch
jose.antonio.galeano@bcv.ch
josianne.nanchen@bcv.ch
julie.mardelle@bcv.ch
krystian.laszewski@bcv.ch
laurent.mauron@bcv.ch
laurent.mudry@bcv.ch
lsparra@bcv.org.ve
luc.byrde@bcv.ch
marc.aellen@bcv.ch
marco.pasquali@bcv.ch
marion.buchel@bcv.ch
martine.rognon@bcv.ch
max.roth@bcv.ch
michel.aubry@bcv.ch
michel.cachin@bcv.ch
michel.grimaldi@bcv.ch
mlago@bcv.org.ve
nadine.donze.jobin@bcv.ch
nicolas.burki@bcv.ch
nicolas.di.maggio@bcv.ch
nicolas.tissot@bcv.ch
nils.tuchschmid@bcv.ch
olivier.balsiger@bcv.ch
olivier.cavaleri@bcv.ch
olivier.gisimondo@bcv.ch
olivier.groux@bcv.ch
olivier.matter@bcv.ch
pablo.orgeira@bcv.ch
pascal.dux@bcv.ch
patricia.bochud@bcv.ch
philippe.besson@bcv.ch
philippe.gabella@bcv.ch
philippe.zufferey@bcv.ch
pierre.delaly@bcv.ch
pierre-antoine.bellon@bcv.ch
pierre-yves.piccand@bcv.ch
rafael.fucinos@bcv.ch
raphael.motta@bcv.ch
raphael.schindelholz@bcv.ch
rene-pierre.giavina@bcv.ch
richard.christinat@bcv.ch
richardo.rodriques@bcv.ch
sacha.mingard@bcv.ch
sandra.pernet@bcv.ch
santo.di.pollina@bcv.ch
serge.lignot@bcv.ch
sergio.del.gottardo@bcv.ch
settlement.securities.lending@bcv.ch
sonia.pernot@bcv.ch
sylvain.bornand@bcv.ch
taner.alicehic@bcv.ch
thierry.favre@bcv.ch
thierry.lambert@bcv.ch
thierry.reymond@bcv.ch
ulrich.luthy@bcv.ch
valentin.burki@bcv.ch

veronique.haefliger@bcv.ch
vincent.mottier@bcv.ch
vincent.servan@bcv.ch
yann.rossier@bcv.ch
yves.chappuis@bcv.ch
yves.crausaz@bcv.ch
didier.rion@bcvs.ch
fabrice.constantin@bcvs.ch
nizam.broachi@bd.com
clement.albert@bdc.ca
acollantes@bde.es
afranzoni@bde.es
alberola@bde.es
ameson@bde.es
buisan@bde.es
cesar.roa@bde.es
cjimenez@bde.es
dgsupof4glam@bde.es
frestoy@bde.es
jccaballero@bde.es
jose.garcia@bde.ed
jose.jimenez@bde.es
jsaurina@bde.es
juan_luis.vega@bde.es
maria.nieto@bde.es
martinez@bde.es
mesa.operaciones@bde.es
msainz@bde.es
santiago.fernandez-de-lis@bde.es
faubin@bdf-gestion.com
daniele.falck@bdg.ch
doris.pittet@bdg.ch
marc.gemoets@bdg.ch
martina.burysek@bdg.ch
astrid.moll@bdl.lu
benoit.elvinger@bdl.lu
claude.dionysius@bdl.lu
franck.heinen@bdl.lu
georges.engel@bdl.lu
guy.wagner@bdl.lu
helene.duchatellier@bdl.lu
ivan.bouillotmontero@bdl.lu
joel.reuland@bdl.lu
leon.kirch@bdl.lu
marc.guiot@bdl.lu
olivier.valentin@bdl.lu
pierre.stoll@bdl.lu
roger.diedenhofen@bdl.lu
sammy.skovronek@bdl.lu
theo.meder@bdl.lu
alessandro.paoli@us.bdroma.com
claudio.perna@uk.bdroma.com
g.orgera@hk.bdroma.com
jonathan.bloom@us.bdroma.com
margaret.delay@us.bdroma.com
peter.scharf@uk.bdroma.com
terence.ip@hk.bdroma.com
tradingroom@us.bdroma.com
vincent.wright@uk.bdroma.com
tr@bea.com

aalbert@bear.com
aantonelli@bear.com
achiesi@bear.com
aheadley@bear.com
aherr@bear.com
ahsieh@bear.com
akoul@bear.com
amoolji@bear.com
amoyer@bear.com
anath@bear.com
asenapaty@bear.com
ashaw@bear.com
bass@bear.com
bemorris@bear.com
besterson@bear.com
bgrossman@bear.com
bng@bear.com
bosman@bear.com
bschmidt@bear.com
bslater@bear.com
carroyo@bear.com
cgordon@bear.com
cjsmith@bear.com
claporta@bear.com
dadler@bear.com
david.cook@bear.com
dbyatt@bear.com
dchiesi@bear.com
ddelgado1@bear.com
ddunne@bear.com
ddwu@bear.com
dfreedman@bear.com
dleccese@bear.com
doh1@bear.com
drudnitsky@bear.com
dsteiker@bear.com
dwoodwar@bear.com
dworth@bear.com
esimonova@bear.com
fgaldi@bear.com
fteitscheid@bear.com
gbetts@bear.com
gcorona@bear.com
gjones@bear.com
gkarkambasis@bear.com
gkulaligil@bear.com
gmiller@bear.com
gramadi@bear.com
gwilliams@bear.com
hcohen@bear.com
hzhou@bear.com
ibitner@bear.com
iedelblum@bear.com
jacobsen@bear.com
jalexander@bear.com
jasimon@bear.com
jbagaglio@bear.com
jberg@bear.com
jbogen@bear.com
jdifucci@bear.com

| | | |
|---|---|---|
| jdorfman@bear.com | pramakrishnan@bear.com | steve.van.reempts@belga.be |
| jdowd@bear.com | rbrown@bear.com | benny.loix@belgacom.be |
| jdreyes@bear.com | rbuch@bear.com | bernard.caroyez@belgacom.be |
| jdriscoll@bear.com | rcasey1@bear.com | christine.carbonez@is.belgacom.be |
| jgarrett@bear.com | rfeldmann@bear.com | christophe.cogels@belgacom.be |
| jgeissinger@bear.com | rgbrown@bear.com | christophe.van.nevel@belgacom.be |
| jgraves@bear.com | rklein@bear.com | delphine.hochstrass@belgacom.be |
| jkamil@bear.com | rkurtz@bear.com | frank.claus@belgacom.be |
| jli5@bear.com | rmeeker@bear.com | ingvild.van.lysebetten@belgacom.be |
| jlopez@bear.com | rnatale@bear.com | john.goossens@belgacom.be |
| jmassey@bear.com | rojones@bear.com | kamran.ghassempour@belgacom.be |
| jmccluskey@bear.com | rreitzes@bear.com | koen.d.hauwe@belgacom.be |
| jmcginley@bear.com | rrosenthal@bear.com | luc.rooms@belgacom.be |
| jpatel@bear.com | rskloff@bear.com | marc.paquot@is.belgacom.be |
| jpetrides@bear.com | schoi@bear.com | marc.speeckaert@is.belgacom.be |
| jprin@bear.com | sdelle@bear.com | mark.rigolle@belgacom.be |
| jqiao@bear.com | sdoherty@bear.com | marleen.deloof@belgacom.be |
| jquinn1@bear.com | sfarneti@bear.com | nancy.goossens@belgacom.be |
| jriccardo@bear.com | sfriscia@bear.com | nicolas.bonheure@belgacom.be |
| jschori@bear.com | sgayle@bear.com | peter.berrie@belgacom.be |
| jshi@bear.com | sgroban@bear.com | pierre.henin@belgacom.be |
| jtuck@bear.com | skhanna1@bear.com | ray.stewart@belgacom.be |
| kcavazzi@bear.com | smerves@bear.com | raymonde.jacobs@belgacom.be |
| kluyombya@bear.com | smiller3@bear.com | sandra.lievens@belgacom.be |
| knguyentaylor@bear.com | sneller@bear.com | scott.alcott@belgacom.be |
| ksharkey@bear.com | spark@bear.com | soo.lim.goh@belgacom.be |
| ktimony@bear.com | sriccio@bear.com | valerie.kibieta@belgacom.be |
| lcastagna@bear.com | ssill@bear.com | barney.fox@bellatlantic.com |
| lferreira@bear.com | tgalbraith@bear.com | bblfbal@bellatlantic.com |
| lfields@bear.com | thad.davis@bear.com | iacovacc@bellatlantic.net |
| lhoughton@bear.com | thuang@bear.com | bm@bellevue.ch |
| lridley@bear.com | tlord@bear.com | bteta@bellevue.ch |
| lwasserman@bear.com | tsycoff@bear.com | larpino@bellevue.ch |
| maria.napoli@bear.com | tzaldivar@bear.com | obenz@bellevue.ch |
| mbelani@bear.com | umoran@bear.com | randeregg@bellevue.ch |
| mferguson@bear.com | vbaliga@bear.com | rrudin@bellevue.ch |
| mfong1@bear.com | vdeswal@bear.com | sanderwald@bellevue.ch |
| mgilfillan@bear.com | vfeygin1@bear.com | trath@bellmortgage.net |
| mgomez2@bear.com | vpacillo@bear.com | allison.mitchamore@bellsouth.com |
| mguarasci@bear.com | wmachol@bear.com | arlene.yokley@bellsouth.com |
| mhiggins@bear.com | ychang@bear.com | arnald.capriles@bellsouth.com |
| mkurland@bear.com | ygrant@bear.com | barry.boniface@bellsouth.com |
| mlupin@bear.com | ylee3@bear.com | brett.lokhorst@bellsouth.com |
| mnapoli@bear.com | d.casai@bearbull.ch | cash.investments@bellsouth.com |
| mnervi@bear.com | jb@bearbull.ch | ganttw@bellsouth.net |
| mreidlinger@bear.com | nk@bearbull.ch | gareth.young@bellsouth.com |
| mrosen@bear.com | twong@bearmeasurisk.com | gkschaefer@bellsouth.net |
| mschneider@bear.com | ddelahanty@bearstearns.com | kdannell@bellsouth.net |
| mshin@bear.com | tsable@bearstearns.com | keith.cornelius@bellsouth.com |
| msosland@bear.com | pplaia@beazer.com | keith.cowan@bellsouth.com |
| mstpierre@bear.com | dguthrie@bechtel.com | kevin.mccormack@bellsouth.com |
| myuan@bear.com | jbennett@bechtel.com | paige.mckinley@bellsouth.com |
| npostyn@bear.com | jxseto@bechtel.com | steve.carmichael@bellsouth.com |
| nrosenzweig@bear.com | nlee@bechtel.com | steve.trabucco@bellsouth.com |
| pclark@bear.com | pfmurph1@bechtel.com | watsonfl@bellsouth.net |
| peter.wong@bear.com | sjeung@bechtel.com | lobrien@bellsouthtips.com |
| phamptian@bear.com | kthurman@becu.org | mpandya@belvederetrust.com |
| pkapoor@bear.com | torstein.moland@bedrift.telenor.no | mhoben@bencap.com |
| pkazlowski@bear.com | tbeebout@beeboutconsulting.com | kmousu@benchmark.at |
| plinekin@bear.com | john@befreeinvestments.com | mueller@benchmark.at |

jconners@beneficialsavingsbank.com
jmccauley@beneficialsavingsbank.com
mdigiovanni@beneficialsavingsbank.com
rquintiliana@beneficialsavingsbank.com
csoligo@benetton.it
mborelli@benetton.it
mpasin@benetton.it
mspadott@benetton.it
pier.francesco.facchini@benetton.it
scunei@benetton.it
gerry.lee@benfinancial.com
jason.miller@benfinancial.com
matt.willes@benlife.com
sterling.russell@benlife.com
gvadasdi@bennettmgmt.com
jbennett@bennettmgmt.com
sdonahue@bennettmgmt.com
hwp@berbens.nl
debi.gold@bergenbrunswig.won
dennis@bergencapital.com
roh2@ci.berkeley.ca.us
bbrewington@berkeleycm.com
jpmarion@berkeleycm.com
bcullen@berkeleydelta.com
cgoldsmith@berkeleydelta.com
dgarza@berkeleydelta.com
ialperstein@berkeleydelta.com
mryan@berkeleydelta.com
bcox@berkeleyvc.com
jencinger@berkeleyvc.com
jlandau@berkeleyvc.com
kcolotla@berkeleyvc.com
rgrimm@berkeleyvc.com
martin.rottmann@berliner.volksbank.de
alexander.braune@berliner-volksbank.de
alexander.stuwe@berliner-volksbank.de
herr.meisner@berliner-volksbank.de
ibcr@berliner.volksbank.de
markus.becker@berliner-volksbank.de
martin.locke@berliner-volksbank.de
martin.rottmann@berliner-volksbank.de
slatter@bermuda.sl.slb.com
ajit.ketkar@bernstein.com
al.caesar@bernstein.com
alit@bernstein.com
allen.hunt@bernstein.com
andrew.chin@bernstein.com
andrew.hong@bernstein.com
angie.brudevold@alliance.bernstein.com
anish.tawakley@bernstein.com
anthony.chung@bernstein.com
antonyshynkg@bernstein.com
asotz@bernstein.com
atsushi.horikawa@bernstein.com
avinash.agarwal@bernstein.com
bakalb@bernstein.com
baricauarc@bernstein.com
bartletttb@bernstein.com
behzad@bernstein.com
belova@bernstein.com

benjamin.gigot@bernstein.com
bgrand@bernstein.com
boreenka@bernstein.com
boyles@bernstein.com
brewerc@bernstein.com
bryan.wolff@bernstein.com
camerons@bernstein.com
chiangwh@bernstein.com
christopherdh@bernstein.com
clementsja@bernstein.com
cohenfs@bernstein.com
connollyck@bernstein.com
correnzar@bernstein.com
coyleme@bernstein.com
crhis.braendli@bernstein.com
daniel.grasman@bernstein.com
davisem@bernstein.com
dawsonpm@bernstein.com
diane.won@bernstein.com
djl@bernstein.com
dunstanm@bernstein.com
engmc@bernstein.com
evanst@bernstein.com
fays@bernstein.com
feeneyp@bernstein.com
felix.malpartida@bernstein.com
findleys@bernstein.com
frithp@bernstein.com
fuminori.asaki@bernstein.com
gerberjm@bernstein.com
girodt@bernstein.com
gokhan.ates@bernstein.com
gpaul@bernstein.com
gregory@bernstein.com
gyimesisj@bernstein.com
hamish.fitzsimons@bernstein.com
harry.hummel@bernstein.com
hejz@bernstein.com
hiranotz@bernstein.com
hudsonmj@bernstein.com
huttonpw@bernstein.com
ian.martin@bernstein.com
inagakimz@bernstein.com
inalkc@bernstein.com
ishigatz@bernstein.com
itay.moshenberg@bernstein.com
jacksonjz@bernstein.com
jesse.liu@bernstein.com
joe.nastasi@bernstein.com
john.lin@bernstein.com
john.mahedy@bernstein.com
john_pagliuca@bernstein.com
johnsonra@bernstein.com
johnsonsl@bernstein.com
joneshr@bernstein.com
joshua.duhl@bernstein.com
kakyz@bernstein.com
kameyamadz@bernstein.com
kapoorak@bernstein.com
katerina.alexandraki@bernstein.com

katzcs@bernstein.com
kenneallys@bernstein.com
kent_hargis@bernstein.com
kingnj@bernstein.com
kranzs@bernstein.com
larsondc@bernstein.com
lavia@bernstein.com
levinemd@bernstein.com
lilian.quah@bernstein.com
littletc@bernstein.com
lomaxb@bernstein.com
loughlinfa@bernstein.com
macgregorjw@bernstein.com
macs@bernstein.com
mandelljr@bernstein.com
marisga@bernstein.com
martini@bernstein.com
marxcw@bernstein.com
marzianotc@bernstein.com
mcisaacg@bernstein.com
mckinleycs@bernstein.com
mcmanussf@bernstein.com
meyncl@bernstein.com
mfedak@bernstein.com
mistryd@bernstein.com
molinahz@bernstein.com
moloffn@bernstein.com
mylnikova@bernstein.com
neil.abraham@bernstein.com
nelson@bernstein.com
newkirkrd@bernstein.com
nicoll@bernstein.com
ogatakz@bernstein.com
oharakz@bernstein.com
paul@bernstein.com
pauljg@bernstein.com
pearcesd@bernstein.com
philippidespz@bernstein.com
phillipsjd@bernstein.com
powellgl@bernstein.com
prasad.inampudi@bernstein.com
rajeev.eyunni@bernstein.com
raphael.fiorentino@bernstein.com
rastogirk@bernstein.com
reisja@bernstein.com
reissja@bernstein.com
richard.bei@bernstein.com
richard.weaver@bernstein.com
robert.ryman@bernstein.com
robertsonpl@bernstein.com
romualdo@bernstein.com
rosemary.candido@bernstein.com
rossjm@bernstein.com
rscetlin@bernstein.com
sarah.jones@bernstein.com
scaliapd@bernstein.com
schlusslerdc@bernstein.com
schorrc@bernstein.com
sejase@bernstein.com
sellersml@bernstein.com

| | | |
|---|---|---|
| servoy@bernstein.com | aw@bessemer.com | qed@best.com |
| sheenaw@bernstein.com | barkus@bessemer.com | pbruneau@besv.fr |
| shri.singhvi@bernstein.com | bradshaw-mack@bessemer.com | bfl@betafundsltd.co.uk |
| simmskf@bernstein.com | bryan-levin@bessemer.com | plee@bethlehem.com |
| smithja@bernstein.com | callies@bessemer.com | bclarke@bethpagefcu.com |
| spencergt@bernstein.com | campanile@bessemer.com | a_sweeney@beutel-can.com |
| steven.malin@bernstein.com | cave@bessemer.com | c_weisberg@beutel-can.com |
| strugazowaz@bernstein.com | chen@bessemer.com | d_gregoris@beutel-can.com |
| stuart.rae@bernstein.com | christie@bessemer.com | amorgan@beutelgoodman.com |
| stuart.robinson@bernstein.com | comunale@bessemer.com | botton@beutelgoodman.com |
| susrut.kesari@bernstein.com | craik@bessemer.com | emendum@beutelgoodman.com |
| suzukis@bernstein.com | davies@bessemer.com | gfortin@beutelgoodman.com |
| sveta.obin@bernstein.com | derose@bessemer.com | givory@beutelgoodman.com |
| tanakatz@bernstein.com | desaintphalle@bessemer.com | glatremoille@beutelgoodman.com |
| tariq.hilaly@bernstein.com | dornick@bessemer.com | jblack@beutelgoodman.com |
| taylorj@bernstein.com | eilenberg@bessemer.com | kcparker@beutelgoodman.com |
| testanisa@bernstein.com | ferris@bessemer.com | mthomson@beutelgoodman.com |
| tewarip@bernstein.com | gabriel@bessemer.com | ppalozzi@beutelgoodman.com |
| tomaror@bernstein.com | hagey@bessemer.com | sarpin@beutelgoodman.com |
| tothgm@bernstein.com | hall@bessemer.com | sclements@beutelgoodman.com |
| townsendjc@bernstein.com | hayesh@bessemer.com | smcnamara@beutelgoodman.com |
| turenchalkea@bernstein.com | healyt@bessemer.com | james.rich@beverlynational.com |
| tzewai.yiu@bernstein.com | hoo@bessemer.com | lisa.austin@beverlynational.com |
| underwoodm@bernstein.com | koh@bessemer.com | alan@bezeq.co.il |
| valerie.brown@bernstein.com | lauber@bessemer.com | aribr@bezeq.com |
| venkataramanaz@bernstein.com | lester@bessemer.com | ir@bezeq.com |
| vidulichbz@bernstein.com | liss@bessemer.com | shimonse@bezeq.com |
| viral.patel@bernstein.com | luk@bessemer.com | tobifi@bezeq.com |
| vlad.byalik@bernstein.com | mandrekar@bessemer.com | andercr@bfcm.creditmutuel.fr |
| vnair@bernstein.com | message@bessemer.com | caosacsa@bfcm.creditmutuel.fr |
| wallack@bernstein.com | miller@bessemer.com | stephan.bingold@bfg-bank.lu |
| warnersd@bernstein.com | misrahi@bessemer.com | dieter.koch@bfg-hyp.de |
| weineraj@bernstein.com | morrisroe@bessemer.com | drew.patrick@bfg-hyp.de |
| westobya@bernstein.com | nebus@bessemer.com | edmund.kunnen@bfg-hyp.de |
| wilenskygj@bernstein.com | okeeffe@bessemer.com | ludger.vossenberg@bfg-invest.de |
| wongsk@bernstein.com | parker@bessemer.com | martin.hochstein@bfg-invest.de |
| wrightd@bernstein.com | parkerg@bessemer.com | jcucunato@bfm.com |
| yuendz@bernstein.com | ritter@bessemer.com | jfigurel@bfm.com |
| yuet@bernstein.com | roman@bessemer.com | ben.morris@bfsinvest.co.uk |
| yunn@bernstein.com | rutledge@bessemer.com | abonningues@bft.fr |
| andradeem@berstein.com | sanders@bessemer.com | aduplan@bft.fr |
| dauriahs@berstein.com | scullyp@bessemer.com | bnicolai@bft.fr |
| gonzalo.mahou@bertelsmann.de | shaw@bessemer.com | brousseau@bft.fr |
| matthias.ritter@bertelsmann.de | shelly@bessemer.com | cclavieras@bft.fr |
| oliver.herrgesell@bertelsmann.de | shore@bessemer.com | ccrozat@bft.fr |
| roger.schweitzer@bertelsmann.de | sicignano@bessemer.com | cdecourcel@bft.fr |
| stefan.glaeser@bertelsmann.de | sledge@bessemer.com | clegroux@bft.fr |
| stephan.scheller@bertelsmann.de | stahl@bessemer.com | clepic@bft.fr |
| stephanie.staar@bertelsmann.de | stern@bessemer.com | cmagnier@bft.fr |
| thomas.hesse@bertelsmann.de | stjohn@bessemer.com | drager@bft.fr |
| verena.volpert@bertelsmann.de | tang@bessemer.com | dtoledano@bft.fr |
| gimbert@bertrandfaure.com | thomas@bessemer.com | epierrot@bft.fr |
| ricardo.pires@besci.co.uk | tobin@bessemer.com | fmasson@bft.fr |
| fabrizia.capurro@bescl.co.uk | tolentino@bessemer.com | fmichel@bft.fr |
| gavin.ramsden@bescl.co.uk | tremblay@bessemer.com | gaubry@bft.fr |
| guy.harris@bescl.co.uk | waters@bessemer.com | ggeloen@bft.fr |
| malcolm.morris@bescl.co.uk | whiteford@bessemer.com | gmanseau@bft.fr |
| steve.holley@bescl.co.uk | wilcox@bessemer.com | hdoumenc@bft.fr |
| aird@bessemer.com | woolley@bessemer.com | ibeyer@bft.fr |
| andrews@bessemer.com | yearty@bessemer.com | ilazarov@bft.fr |

imarquine@bft.fr
jlevy@bft.fr
ldeleotard@bft.fr
mzatarain@bft.fr
ndelabie@bft.fr
odorgeval@bft.fr
pjpalaysi@bft.fr
sbouras@bft.fr
skrall@bft.fr
sreveau@bft.fr
swapsvaluation@bft.fr
vformery@bft.fr
wbuntrock@bft.fr
wgueriri@bft.fr
wlyons@bft.fr
cak@bftx.org
kellyjack@bfusa.com
avi@bgbank.dk
cmf@bgbank.dk
cwil@bgbank.dk
erje@bgbank.dk
lhas@bgbank.dk
pigl@bgbank.dk
stefan.bungarten@bgbank.bk
tti@bgbank.dk
agadd@bgcfx.com
iwilk@bgcfx.com
ktaylor@bgcfx.com
lknight@bgcfx.com
lmoncur@bgcfx.com
mgoater@bgcfx.com
mlockey@bgcfx.com
spryor@bgcfx.com
walsford@bgcfx.com
jmullings@bgcpartners.com
ralec@bgcpartners.com
adalberto.a.gonzalez@bgf.gobierno.pr
anibal.rivera@bgf.gobierno.pr
emilio.torres@bgf.gobierno.pr
gabriel.torres@bgf.gobierno.pr
iraida.l.figueroa@bgf.gobierno.pr
jennifer.perez@bgf.gobierno.pr
omar.alvarez@bgf.gobierno.pr
rafael.a.martinez@bgf.gobierno.pr
rafael.rodriquez@bgf.gobierno.pr
amyc@bgfoods.com
stacied@bgfoods.com
andrew.bonfield@bg-group.com
becky.biddulph@bg-group.com
david.black@bg-group.com
david.boyd@bg-group.com
denise.wilson@bg-group.com
eloise.southward@bg-group.com
frank.chapman@bg-group.com
henry.coolidge@bg-group.com
kathie.cox@bg-group.com
kim.howell@bg-group.com
marcy.emerton@bg-group.com
martin.houston@bg-group.com
michael.hollewand@bg-group.com

michael.sellers@bg-group.com
rachel.english@bg-group.com
ritu.dattani@bg-group.com
sally.williams@bg-group.com
sylvia.radbourn@bg-group.com
tim.ashley@bg-group.com
katiek@bgi.com
paul.bottoms@bgi.com
aimeeg@bgi-group.com
alanh@bgi-group.com
allysonr@bgi-group.com
amandab@bgi-group.com
benx@bgi-group.com
billt@bgi-group.com
bryong@bgi-group.com
dariou@bgi-group.com
deana@bgi-group.com
dorrisek@bgi-group.com
erinb@bgi-group.com
grega@bgi-group.com
gregk@bgi-group.com
irenam@bgi-group.com
jamiec@bgi-group.com
jasonb@bgi-group.com
johno@bgi-group.com
justinh@bgi-group.com
karenw@bgi-group.com
keitht@bgi-group.com
kristinh@bgi-group.com
martyn@bgi-group.com
mattb@bgi-group.com
michaelc@bgi-group.com
michellew@bgi-group.com
nickiw@bgi-group.com
patrickm@bgi-group.com
paulv@bgi-group.com
randyj@bgi-group.com
robertt@bgi-group.com
ronj@bgi-group.com
ryanm@bgi-group.com
stacyy@bgi-group.com
timh@bgi-group.com
xiaofeiy@bgi-group.com
yvonne.barton@bg-int.com
marco.scardovi@bginvestment.lu
alain.jemming@bgl.lu
andres.feal@bgl.lu
anthony.smith-meyer@bgl.lu
audrey.rossi@bgl.lu
emmanuel.grimee@bgl.lu
isabelle.chalon@bgl.lu
jacques.bofferding@bgl.lu
laurent.kremer@bgl.lu
laurent.terrens@bgl.lu
marc.rollmann@bgl.lu
pierre.harpes@bgl.lu
raphael.krings@bgl.lu
robert.scharfe@bgl.lu
yvon.antoni@bgl.lu
alain.cubeles@bglobal.com

anita.higgins@bglobal.com
judith.robertson@bglobal.com
leona.bridges@bglobal.com
mike.williams@bglobal.com
dschancy@bgm.com
elizabeth.spomer@bg-northamerica.com
arnaud.boualet@bgpi.com
boris.marchand@bgpi.com
emmanuel.lanos@bgpi.com
gael.desprezdelamorlais@bgpi.com
gilles.raynaud@bgpi.com
guila.israel@bgpi.com
jeancharles.delaire@bgpi.com
jerome.fourtanier@bgpi.com
lionel.daguzan@bgpi.com
marieaude.montegon@bgpi.com
marieeve.poulain@bgpi.com
normand.allaire@bgpi.com
sarah.beraud@bgpi.com
sebastien.vernhes@bgpi.com
stephane.delacotardiere@bgpi.com
tristan.blondel@bgpi.com
corrado.cominotto@bgsgr.it
donatella.pianciamore@bgsgr.it
elena.leonardi@bgsgr.it
elisabetta.rubino@bgsgr.it
francesca.battistelli@bgsgr.it
gianluigi.costanzo@bgsgr.it
marcello.civitella@bgsgr.it
marco.cappelleri@bgsgr.it
marino.dolfini@bgsgr.it
sverre.schaanning@bgu.lu
dwzjdzi@bh.com.pl
bhc@bh-corp.com
eva.spitzlay@bhf.com
sven.marzahn@bhf.com
ann.castro@bhf-bank.com
annett.solty@bhf-bank.com
antje.fricke@bhf-bank.com
anuschka.prokot@bhf-bank.com
astrid.doerr@bhf-bank.com
christian.lueer@bhf-bank.com
christine.hanser@bhf-bank.com
christine.schweikert@bhf-bank.com
claudia.himmelreich@bhf-bank.com
dagmar.brosch@bhf-bank.com
detlef.kosior@bhf-bank.com
dirk.schmidtmann@bhf-bank.com
dirk.werthmann@bhf-bank.com
erik.niehus@bhf-bank.com
esther.hontke@bhf-bank.com
esther.kuna@bhf-bank.com
frank.oberhoff@bhf-bank.com
fx-derivatives@bhf-bank.com
gerd.mueller@bhf-bank.com
gregor.bruckner@bhf-bank.com
gregor.kott@bhf-bank.com
holger.schmidt@bhf-bank.com
holger.seib@bhf-bank.com
ingo.schneider@bhf-bank.com

| | | |
|---|---|---|
| isabelle.sutter@bhf-bank.com | suhari@bi.go.id | hillel.d@bimcor.ca |
| joachim.maedler@bhf-bank.com | t_ameriana@bi.go.id | kousinioris.g@bimcor.ca |
| josef.holzer@bhf-bank.com | tavianto@bi.go.id | sutherland.b@bimcor.ca |
| juergen.schmidt@bhf-bank.com | timbul_budi@bi.go.id | toner.m@bimcor.ca |
| juergen_paul.frank@bhf-bank.com | titierni@bi.go.id | a.midolo@bimsgr.it |
| karl-heinrich.mengel@bhf-bank.com | wahyu_tl@bi.go.id | c.vanzan@bimsgr.it |
| klaus-dieter.stassen@bhf-bank.com | y.maris@bi.go.id | fdagostino@bimsgr.it |
| lars.rickert@bhf-bank.com | yan_haikal@bi.go.id | m.villani@bimsgr.it |
| martin.eisele@bhf-bank.com | zainal@bi.go.id | p.boretto@bimsgr.it |
| martina.schroeder@bhf-bank.com | amarni.kamaruddin@bia.com.bn | john.king@biomail.com |
| matthias.grabbe@bhf-bank.com | azmi.rahman@bia.com.bn | padraic.walsh@biomail.com |
| michael.mueller-bishop@bhf-bank.com | don.hamid@bia.com.bn | olivier.meyers@bip.lu |
| michaela.loew@bhf-bank.com | hashnann.rahman@bia.com.bn | a.chiappa@bipielle.it |
| nadja.guillaume@bhf-bank.com | hazlina.abdullah@bia.com.bn | a.foffano@bipielle.it |
| rick.marquez@bhf-bank.com | khairuddin.abdulhami@bia.com.bn | a.gasparri@bipielle.it |
| roger.princelle@bhf-bank.com | khairul.omar@bia.com.bn | a.invernizzi@bipielle.it |
| roland.ziegler@bhf-bank.com | marzdiah.abubakar@bia.com.bn | a.luciani@bipielle.it |
| sabine.koenig@bhf-bank.com | matusin.apong@bia.com.bn | a.rovelli@bipielle.it |
| sandra.panzner@bhf-bank.com | mokhzani.abubakar@bia.com.bn | an.susani@bipielle.it |
| sigrid.assmann@bhf-bank.com | mozart.brahim@bia.com.bn | b.guiney@bipielle.co.uk |
| stephanie.heinrichs@bhf-bank.com | noorsurainah.tengah@bia.com.bn | b.marrazzo@bipielle.it |
| thomas.andreas@bhf-bank.com | noorul.julaihi@bia.com.bn | c.speziali@bipielle.it |
| thomas.dzaack@bhf-bank.com | rossthenee.nendaroh@bia.com.bn | d.darbisi@bipielle.it |
| thomas.etzel@bhf-bank.com | sofian.jani@bia.com.bn | d.mcelroy@bipielle.co.uk |
| thomas.heil@bhf-bank.com | syukri.jais@bia.com.bn | e.provenzano@bipielle.it |
| thomas.schroe06@bhf-bank.com | nabilah.abdullah@bialondon.co.uk | f.dalcerri@bipielle.it |
| thomas.wintertoller@bhf-bank.com | zaliha.morshidi@bialondon.co.uk | g.debattista@bipielle.it |
| thorsten.mehltretter@bhf-bank.com | edhannon@bigfoot.com | g.favero@bipielle.it |
| till.schneider@bhf-bank.com | paul_touradji@bigfoot.com | g.fratti@bipielle.it |
| ursula.prior@bhf-bank.com | daishiniigata@msi.biglobe.ne.jp | g.garrone@bipielle.it |
| cheitzman@bhf-us.com | yb-mmd@msa.biglobe.ne.jp | g.malerbi@bipielle.it |
| brigitte.fotsch@bhimail.ch | shizuokala@bigplanet.com | k.royer@bipielle.co.uk |
| ruedi.brunner@bhimail.ch | indecs@bigpond.com | l.dellatorrepuliga@bipielle.it |
| bernd.begemann@bhw.de | gerardo.arcos@biharko.es | l.segala@bipielle.it |
| ibertomeuyca@bhw.de | anapangestu@bii.co.id | m.bottoni@bipielle.it |
| igerland@bhw.de | alain.billo@bil-dexia.com | m.giavardi@bipielle.it |
| a_suhendar@bi.go.id | antoine-pierre.degrammont@bil-dexia.com | m.macor@bipielle.it |
| achmadrayadi@bi.co.id | claude.schettgen@bil-dexia.com | m.santonocito@bipielle.it |
| agustina@bi.go.id | frederic.flament@bil-dexia.com | m.vaniglia@bipielle.it |
| ardhayadi@bi.go.id | henry.munster@bil-dexia.com | p.lucchini@bipielle.it |
| dalia@bi.go.id | luc.hernoux@bil-dexia.com | p.monti@bipielle.it |
| delfianto@bi.go.id | romain.grethen@bil-dexia.com | r.biffi@bipielle.it |
| donny@bi.go.id | agolding@billiton.com | r.paghini@bipielle.it |
| dzulverdi@bi.go.id | a.beatrici@bimbank.it | rpedrazzini@bipielle.it |
| ediana@bi.go.id | a.dolsa@bimbank.it | s.bernardinello@bipielle.it |
| esusianto@bi.go.id | c.pepino@bimbank.it | s.canova@bipielle.it |
| halamsyah@bi.go.id | f.bosazzo@bimbank.it | u.bernardini@bipielle.it |
| hariyadi@bi.go.id | f.martina@bimbank.it | u.colombo@bipielle.it |
| hartadi@bi.go.id | f.paggi@bimbank.it | v.folli@bipielle.it |
| hendy_s@bi.go.id | m.abate@bimbank.it | antonio.bergamasco@bipiemmesgr.com |
| hjmm@bi.go.id | m.covelli@bimbank.it | jim.valencia@bipiemmesgr.com |
| m.suharnanto@bi.go.id | m.pugnaloni@bimbank.it | jstiles@birchhilladvisors.com |
| marwoto@bi.go.id | p.piazzolla@bimbank.it | alex.joia@bis.org |
| narendra@bi.go.id | r.giancola@bimbank.it | andrea.foresti@bis.org |
| pjacobs@bi.go.id | w.tisi@bimbank.it | andrew.jameson@bis.org |
| rkusumastuti@bi.go.id | aubry.l@bimcor.ca | andy.lui@bis.org |
| ronald_dp@bi.go.id | bascunan.m@bimcor.ca | anna.cobau@bis.org |
| ruth_c@bi.go.id | davis.r@bimcor.ca | bruce.bowlin@bis.org |
| safarina@bi.go.id | destounis.s@bimcor.ca | bruno.tissot@bis.org |
| stigor@bi.go.id | gagnon.h@bimcor.ca | charlotte.devoise-lambert@bis.org |

| | | |
|---|---|---|
| chris.aylmer@bis.org | vandermeulen@bis.org | robert_grillo@black-river.com |
| david.archer@bis.org | wolfgang.gehlen@bis.org | wally.cisewski@black-river.com |
| david.bolder@bis.org | xinyi.li@bis.org | wei.guo@black-river.com |
| dietrich.domanski@bis.org | yuichi.shigeno@bis.org | a_cohen@blackrock.com |
| dimitrios.karampatos@bis.org | chung.yu@bisys.com | aaron.halfacre@blackrock.com |
| dirk.baumesiter@bis.org | ron.helm@bisys.com | aaron.kohli@blackrock.com |
| eli.remolona@bis.org | salamercati@biver.it | adam.avigdori@blackrock.com |
| eriko.kawai@bis.org | gabjurman@bjurman.com | adam.bowman@blackrock.com |
| feng.zhu@bis.org | otbarry@bjurman.com | adam.ryan@blackrock.com |
| frank.packer@bis.org | ptbradford@bjurman.com | adrian.tovar@blackrock.com |
| fxg@bis.org | alfred.ritter@bkb.ch | adrian.wooldridge@blackrock.com |
| gabriele.galati@bis.org | amh@bkb.ch | adrian_woodridge@blackrock.com |
| greg.sutton@bis.org | andrea.guth@bkb.ch | aesserian@blackrock.com |
| henri.bernard@bis.org | anja.lange@bkb.ch | agolbin@blackrock.com |
| ingo.fender@bis.org | bbyi@bkb.com | aimee.kaiser@blackrock.com |
| jacob.gyntelberg@bis.org | bfshannahan@bkb.com | ajones@blackrock.com |
| jacob.nelson@bis.org | cae@bkb.ch | akrol@blackrock.com |
| jayesh.odedra@bis.org | cdr@bkb.ch | alain.bourrier@blackrock.com |
| jean-francois.rigaudy@bis.org | elmar.sieber@bkb.ch | alan.fegan@blackrock.com |
| jeffery.amato@bis.org | enrico.bastianon@bkb.ch | alasdair.riach@blackrock.com |
| jesper.wormstrup@bis.org | gabriel.degen@bkb.ch | albert.cheung@blackrock.com |
| jhuvesh.sobrun@bis.org | hans-peter.kellenberger@bkb.ch | aldo.roldan@blackrock.com |
| joachim.coche@bis.org | konstantin.katsalis@bkb.ch | alethea.leung@blackrock.com |
| jonine.mostert@bis.org | ktz@bkb.ch | alex.bates@blackrock.com |
| laurent.franquet@bis.org | mwmcguirk@bkb.com | alex.brown@blackrock.com |
| luis.bengoechea@bis.org | oliver.tschan@bkb.ch | alex.mcdougall@blackrock.com |
| madhusudan.mohanty@bis.org | peter.amport@bkb.ch | alex.shehovsov@blackrock.com |
| marc.bentin@bis.org | ralph.blickisdorf@bkb.ch | alex.zabik@blackrock.com |
| marc.henrard@bis.org | rchilson@bkb.com | alex_popplewell@blackrock.com |
| maria.caspar@bis.org | roger.sitzler@bkb.ch | alexander.reiss@blackrock.com |
| maurizio.luisi@bis.org | roland.king@bkb.ch | alexis.demones@blackrock.com |
| melissa.fiorelli@bis.org | sfrois@bkb.com | alice.gaskell@blackrock.com |
| michael.chiun@bis.org | silke.waterstraat@bkb.ch | alina.ulkina@blackrock.com |
| michael.chui@bis.org | skrishnaswamy@bkb.com | alister_vandermaas@blackrock.com |
| mikael.charoze@bis.org | stefan.kunzmann@bkb.ch | alvaro.ramirez@blackrock.com |
| miklos.endreffy@bis.org | stefan.schmeling@bkb.ch | amanda.forrest@blackrock.com |
| miranda.tam@bis.org | tjkennelly@bkb.com | amar.bashir@blackrock.com |
| naohiko.baba@bis.org | urs.wiesendanger@bkb.ch | amit.j.patel@blackrock.com |
| nicole.scherrer@bis.org | vikas.sharma@bkb.ch | amol.pinge@blackrock.com |
| oliver.schmidt@bis.org | wolgang.jakob@bkb.ch | ana.boksay@blackrock.com |
| palle.andersen@bis.org | dieter.dreier@bks.at | anders_hansen@blackrock.com |
| patricia.coghlan@bis.org | robert.krassnig@bks.at | andrea.hawkins@blackrock.com |
| patrick.mcguire@bis.org | gill.andrerson@bof.blabal.com | andreas.zoellinger@blackrock.com |
| patrizia.baudino@bis.org | charn@blabla.com | andres_balcazar@blackrock.com |
| peter.hoerdahl@bis.org | erosemary@blabla.com | andrew.beashel@blackrock.com |
| philip.wooldridge@bis.org | katerina@blabla.com | andrew.defino@blackrock.com |
| prakash@bis.org | patricia@blabla.com | andrew.gordon@blackrock.com |
| rafael.garza@bis.org | cfarrell@blackcanyoncapital.com | andrew.greenby@blackrock.com |
| rafael.schmidt@bis.org | pshields@blackcanyoncapital.com | andrew.jones@blackrock.com |
| ramon.moreno@bis.org | bbuilder@blackndecker.com | andrew.kaufman@blackrock.com |
| robert.scott@bis.org | alan.rodhouse@black-river.com | andrew.krull@blackrock.com |
| roland.sehmke@bis.org | chris.goodwin@black-river.com | andrew.leger@blackrock.com |
| serge.jeanneau@bis.org | gary.jarrett@black-river.com | andrew.mckinlay@blackrock.com |
| service.creditresearch@bis.org | gavin.kaparis@black-river.com | andrew.singer@blackrock.com |
| susanne.kaufmann@bis.org | james.clifford@black-river.com | andrew.thut@blackrock.com |
| sweta.saxena@bis.org | keita.miyamoto@black-river.com | andrew.ulland@blackrock.com |
| tanguy.saure-jarrosson@bis.org | lance.wolkow@black-river.com | andrew.warwick@blackrock.com |
| thomas.liu@bis.org | mark.mitchell@black-river.com | andrew.wessel@blackrock.com |
| tim.salter@bis.org | peter.doyle@black-river.com | andrew.williamson-jones@blackrock.com |
| tomasz.jakubczyk@bis.org | peter.james@black-river.com | andrew.wilton@blackrock.com |

| | | |
|---|---|---|
| andrew_belshaw@blackrock.com | bryan.krause@blackrock.com | dan.chamby@blackrock.com |
| andrew_bolton@blackrock.com | bweinste@blackrock.com | dan.hanson@blackrock.com |
| andrew_dyson@blackrock.com | caitlin.esterbrook@blackrock.com | dan.mcauley@blackrock.com |
| andrew_oliver@blackrock.com | cameron.watt@blackrock.com | dan.rice@blackrock.com |
| andrew_robbins@blackrock.com | carl.lee@blackrock.com | daniel.chen@blackrock.com |
| andy.chang@blackrock.com | carmen.appel@blackrock.com | daniel.fleishman@blackrock.com |
| andy.damm@blackrock.com | carol.stoliar@blackrock.com | daniel.hanson@blackrock.com |
| andy_warwick@blackrock.com | carol_greenwood@blackrock.com | daniel.mckernan@blackrock.com |
| angela.yu@blackrock.com | caroline_wild@blackrock.com | daniel.neumann@blackrock.com |
| ann.repke@blackrock.com | carrie.king@blackrock.com | daniel.shannon@blackrock.com |
| anne.osborne@blackrock.com | catherine_hockings@blackrock.com | daniel.shaykevich@blackrock.com |
| annette.morales@blackrock.com | cathryn_tracy@blackrock.com | daniel.tubbs@blackrock.com |
| anthony.forcione@blackrock.com | cfofana@blackrock.com | danna_achour@blackrock.com |
| anthony.heyman@blackrock.com | charles_prideaux@blackrock.com | danny.arnouk@blackrock.com |
| anthony_lee@blackrock.com | charlotte.mills@blackrock.com | dapeng.hu@blackrock.com |
| antonia.lloyd@blackrock.com | cheryl.deguzman@blackrock.com | darren.mazzuca@blackrock.com |
| aphillips@blackrock.com | chiafen.yeh@blackrock.com | darrin.sanfillippo@blackrock.com |
| arpita_bose@blackrock.com | chirayu.patel@blackrock.com | dausten@blackrock.com |
| ashley_neal@blackrock.com | chorvath@blackrock.com | david.antonelli@blackrock.com |
| ashum@blackrock.com | chris.doty@blackrock.com | david.bai@blackrock.com |
| atif_malik@blackrock.com | chris.greener@blackrock.com | david.barenborg@blackrock.com |
| austin.park@blackrock.com | chris.mecray@blackrock.com | david.burt@blackrock.com |
| awizon@blackrock.com | chris.milner@blackrock.com | david.byrket@blackrock.com |
| ayorks@blackrock.com | chris.morahan@blackrock.com | david.curtin@blackrock.com |
| aziz.bakar@blackrock.com | chris.parliman@blackrock.com | david.dalzell@blackrock.com |
| barbara.frankowicz@blackrock.com | chris.rhine@blackrock.com | david.delbos@blackrock.com |
| barbara.stolting@blackrock.com | chris_littlejohns@blackrock.com | david.gardner@blackrock.com |
| bbattista@blackrock.com | chris_turner@blackrock.com | david.goldman@blackrock.com |
| becky_chan@blackrock.com | christian.holder@blackrock.com | david.hudson@blackrock.com |
| benaifer_patell@blackrock.com | christine.garvey@blackrock.com | david.midura@blackrock.com |
| benjamin.freeburg@blackrock.com | christine.jurinich@blackrock.com | david.reed@blackrock.com |
| benjamin.moyer@blackrock.com | christopher.allen@blackrock.com | david.reid@blackrock.com |
| bennett.golub@blackrock.com | christopher.coolidge@blackrock.com | david.rogal@blackrock.com |
| bernard.frojmovich@blackrock.com | christopher.leddy@blackrock.com | david.sayles@blackrock.com |
| bethany.angeles@blackrock.com | christopher.linsky@blackrock.com | david.shaw@blackrock.com |
| betty.williams@blackrock.com | christopher.stavrakos@blackrock.com | david.taerstein@blackrock.com |
| biju.thuruthimattam@blackrock.com | christopher.strickland@blackrock.com | david.watson@blackrock.com |
| bill.zola@blackrock.com | christopher_wray@blackrock.com | david_buckle@blackrock.com |
| bob.doll@blackrock.com | cindy.librera@blackrock.com | david_tovey@blackrock.com |
| bob.hodgson@blackrock.com | clare.ormerod@blackrock.com | ddonahue@blackrock.com |
| bob.shearer@blackrock.com | clare_wheeler@blackrock.com | denis.walsh@blackrock.com |
| boris.paucinac@blackrock.com | claude.blocry@blackrock.com | denise.darling@blackrock.com |
| bradley.snyder@blackrock.com | claude_tache@blackrock.com | dennis.stattman@blackrock.com |
| brenda.su@blackrock.com | clinsky@blackrock.com | desmond.cheung@blackrock.com |
| brendan.connaughton@blackrock.com | clinton.soose@blackrock.com | devan.marshall@blackrock.com |
| brepasy@blackrock.com | cmarshal@blackrock.com | dfearins@blackrock.com |
| brett.buchness@blackrock.com | cmejia@blackrock.com | dforan@blackrock.com |
| brett.shaver@blackrock.com | coldren@blackrock.com | dheike@blackrock.com |
| brian.beades@blackrock.com | colin.graham@blackrock.com | dhiren.shah@blackrock.com |
| brian.hall@blackrock.com | corey.benjamin@blackrock.com | diane.litwin@blackrock.com |
| brian.hird@blackrock.com | cpatel@blackrock.com | diane.newman@blackrock.com |
| brian.smith@blackrock.com | craig.tavender@blackrock.com | dkrohnert@blackrock.com |
| brian.woo@blackrock.com | cristina.barish@blackrock.com | dnichola@blackrock.com |
| brian.yang@blackrock.com | croson@blackrock.com | doare@blackrock.com |
| brian_murdoch@blackrock.com | csylwest@blackrock.com | dominic_herbert@blackrock.com |
| brita.steffelin@blackrock.com | curt.engler@blackrock.com | dongchan.lee@blackrock.com |
| brogers@blackrock.com | curtis.arledge@blackrock.com | doug_shaw@blackrock.com |
| brooke.williams@blackrock.com | cvoelker@blackrock.com | douglas.whang@blackrock.com |
| bruce_hamilton@blackrock.com | cyanoshi@blackrock.com | dparish@blackrock.com |
| bryan.burrough@blackrock.com | cynthia_wu@blackrock.com | dschoenhofen@blackrock.com |

dsefcik@blackrock.com
ebergman@blackrock.com
ebisso@blackrock.com
ed.donofrio@blackrock.com
edgar.allen@blackrock.com
edward.andrews@blackrock.com
edward.booth@blackrock.com
edward.dowd@blackrock.com
edward.rzeszowski@blackrock.com
edward_green@blackrock.com
edwin.davison@blackrock.com
eileen.leary@blackrock.com
eileen.mulcaire@blackrock.com
eingold@blackrock.com
ekincaid@blackrock.com
elena.georgiades@blackrock.com
elise.baum@blackrock.com
emily.clarke@blackrock.com
emmanuel_raymond@blackrock.com
epellicciaro@blackrock.com
eric.alarcon@blackrock.com
eric.gold@blackrock.com
eric.mimeault@blackrock.com
eric.mitofsky@blackrock.com
eric.sontag@blackrock.com
eric.stern@blackrock.com
eric.trepanier@blackrock.com
erik.moss@blackrock.com
erin.xie@blackrock.com
esherman@blackrock.com
estevens@blackrock.com
evans@blackrock.com
evy_hambro@blackrock.com
ewen.cameron-watt@blackrock.com
felix_mason@blackrock.com
fergie.may@blackrock.com
filip.polasz@blackrock.com
fiona.bensusan@blackrock.com
fiona_ellard@blackrock.com
firstname_lastname@blackrock.com
francesca.lograsso@blackrock.com
francine.perrone@blackrock.com
fred.herrmann@blackrock.com
fred.lieblich@blackrock.com
fred.weinberger@blackrock.com
gabriel.rivera@blackrock.com
gareth.williams@blackrock.com
garo.norian@blackrock.com
garrett.falzone@blackrock.com
gary.low@blackrock.com
gary_chappenden@blackrock.com
gavin.quinn@blackrock.com
gemma_schirrmacher@blackrock.com
geoff_campbell@blackrock.com
george.eckerd@blackrock.com
george.ferguson@blackrock.com
george.mishkin@blackrock.com
georgia.lygerakis@blackrock.com
geraldine.gunn@blackrock.com
gheineke@blackrock.com

ghena_zhang@blackrock.com
golbie.kamarei@blackrock.com
gordon.fraser@blackrock.com
gperillo@blackrock.com
gpucci@blackrock.com
grace.gu@blackrock.com
graham.birch@blackrock.com
graham.radford@blackrock.com
gregory.basil@blackrock.com
griff.noble@blackrock.com
guy.lakonishok@blackrock.com
guy.wynter@blackrock.com
h.brian.diener@blackrock.com
habtamu.bekele@blackrock.com
halsey.morris@blackrock.com
hampus.lundh@blackrock.com
hans.kamminga@blackrock.com
harry.radovich@blackrock.com
heena_patel@blackrock.com
heidi.laukkanen@blackrock.com
helen.chan@blackrock.com
helen_hope@blackrock.com
hoerner@blackrock.com
holly.abitz@blackrock.com
howard.berkowitz@blackrock.com
howard.downs@blackrock.com
hugo.tudor@blackrock.com
hutch@blackrock.com
ian.cowan@blackrock.com
ian.jamieson@blackrock.com
ian_frost@blackrock.com
ihussain@blackrock.com
ila.eckhoff@blackrock.com
imittet@blackrock.com
imran.sattar@blackrock.com
irene.yip@blackrock.com
ivan.larin@blackrock.com
jabari.magnus@blackrock.com
jack.hattem@blackrock.com
jacob.silady@blackrock.com
jacqueline.jacques@blackrock.com
james.bristow@blackrock.com
james.keenan@blackrock.com
james.kumpf@blackrock.com
james.mclaren@blackrock.com
james_macmillan@blackrock.com
james_macpherson@blackrock.com
james_tomlins@blackrock.com
janak.patel@blackrock.com
jason.feinstein@blackrock.com
jason.kritzer@blackrock.com
jason.lewis@blackrock.com
jason.smith@blackrock.com
jason.stuart@blackrock.com
jason_byrom@blackrock.com
javier.revelo@blackrock.com
jay.buckley@blackrock.com
jbaumgar@blackrock.com
jbeil@blackrock.com
jdemarco@blackrock.com

jdorgan@blackrock.com
jean.rosenbaum@blackrock.com
jeff.gary@blackrock.com
jeffrey.berman@blackrock.com
jeffrey.lindsey@blackrock.com
jeffrey.russo@blackrock.com
jennie_nilsson@blackrock.com
jennifer.driscoll@blackrock.com
jennifer.ibrahim@blackrock.com
jennifer.ni@blackrock.com
jeremy.medland@blackrock.com
jeremy_cunningham@blackrock.com
jhoffman@blackrock.com
jill.giovanello@blackrock.com
jing.zhou@blackrock.com
jjacobs@blackrock.com
jkeenan@blackrock.com
jlott@blackrock.com
jmarkows@blackrock.com
jmcginle@blackrock.com
jmoreno@blackrock.com
jo_howley@blackrock.com
joan_nimon@blackrock.com
jody@blackrock.com
joe.plonski@blackrock.com
joel.heymsfeld@blackrock.com
john.basler@blackrock.com
john.burger@blackrock.com
john.c.hamilton@blackrock.com
john.coyle@blackrock.com
john.davis@blackrock.com
john.gallagher@blackrock.com
john.lee@blackrock.com
john.ng@blackrock.com
john.stefanelli@blackrock.com
john.vibert@blackrock.com
john_leonard@blackrock.com
john_morcombe@blackrock.com
john_powell@blackrock.com
jon.gilman@blackrock.com
jonathan_eng@blackrock.com
jonathan_harris@blackrock.com
jonathan_mackay@blackrock.com
jonathon_green@blackrock.com
jordan.schreiber@blackrock.com
joseph.rodgers@blackrock.com
joseph.yallop@blackrock.com
joshua.friedberg@blackrock.com
joshua.zwick@blackrock.com
jpruskowski@blackrock.com
jsweeney@blackrock.com
jswu@blackrock.com
jtillman@blackrock.com
juan.vasquez@blackrock.com
judy.rice@blackrock.com
juliana.garbalinska@blackrock.com
julien_reynolds@blackrock.com
justine.anderson@blackrock.com
jwells@blackrock.com
jwing@blackrock.com

jypark@blackrock.com
karen.boka@blackrock.com
karen.e.hogan@blackrock.com
karen.morely@blackrock.com
karen.uzzolino@blackrock.com
karina.saade@blackrock.com
karol.chrystowski@blackrock.com
kashif.riaz@blackrock.com
kate.brady@blackrock.com
kate.oconnor@blackrock.com
katharine_dryer@blackrock.com
kathleen.anderson@blackrock.com
kathleen.baum@blackrock.com
kathleen.mckenzie@blackrock.com
katie.ng@blackrock.com
kbannon@blackrock.com
kbouchard@blackrock.com
keating.hagmann@blackrock.com
keith.meixell@blackrock.com
keith@blackrock.com
kelli.joyce@blackrock.com
kelly.campbell@blackrock.com
kelvin.sze@blackrock.com
kenichi_yoshida@blackrock.com
kenny.chow@blackrock.com
kent.hogshire@blackrock.com
kenzy.haslam@blackrock.com
kevin.holt@blackrock.com
kevin.rendino@blackrock.com
kevin.schiatta@blackrock.com
kevin_ironmonger@blackrock.com
khill@blackrock.com
kim.fahey@blackrock.com
kim.moore@blackrock.com
kim.zapata@blackrock.com
kim_simmonds@blackrock.com
kirincic@blackrock.com
kishore.yalamanchili@blackrock.com
kjonas@blackrock.com
klingert@blackrock.com
kmaloney@blackrock.com
kmooney@blackrock.com
kochansk@blackrock.com
kolsen@blackrock.com
konrad.ledochowski@blackrock.com
kristina.koutrakos@blackrock.com
kurt.dodds@blackrock.com
kurt.schansinger@blackrock.com
kurtis.stein@blackrock.com
kyle.barden@blackrock.com
kyle.johnston@blackrock.com
kyle.macmillens@blackrock.com
kyle.mcclements@blackrock.com
kyle_mallen@blackrock.com
lance.deluca@blackrock.com
lauren.gallagher@blackrock.com
laurent_ducoin@blackrock.com
lawrence.kissko@blackrock.com
lee_alexander@blackrock.com
leon.roisenberg@blackrock.com

leonard.fabiano@blackrock.com
lfink@blackrock.com
liliana_colla@blackrock.com
linda.gardner@blackrock.com
linda.hastings@blackrock.com
linda.zhang@blackrock.com
lindsay.campbell@blackrock.com
lindsay.watson@blackrock.com
lingxiao.zhang@blackrock.com
lisa.gill@blackrock.com
lisa.odonnell@blackrock.com
lisa.walker@blackrock.com
lleskosk@blackrock.com
lorna_wace@blackrock.com
lorraine.hopkins@blackrock.com
lou.gill@blackrock.com
louise_a_taylor@blackrock.com
louise_murray@blackrock.com
luca.simoncelli@blackrock.com
lucy.hill@blackrock.com
luis.yance@blackrock.com
luke_chappell@blackrock.com
luke_hodges@blackrock.com
lutz-peter.wilke@blackrock.com
lydia_vitalis@blackrock.com
madeline_dobson@blackrock.com
malcolm.mcdonald@blackrock.com
manavy@blackrock.com
marc.beale@blackrock.com
marc.rovers@blackrock.com
marco.carraro@blackrock.com
marcus_chandler@blackrock.com
margaret.dannunzio@blackrock.com
margaret_leontopoulou@blackrock.com
maria.gentilucci@blackrock.com
marie.sheehan@blackrock.com
mark.goodwin@blackrock.com
mark.lyttleton@blackrock.com
mark.marinella@blackrock.com
mark.schnell@blackrock.com
mark.stubbelfield@blackrock.com
mark.williams@blackrock.com
mark_rimmer@blackrock.com
marta.edmonds@blackrock.com
martha.gonzalez@blackrock.com
martin.fransson@blackrock.com
martin_ohare@blackrock.com
mary.stepnowski@blackrock.com
mary.warner@blackrock.com
maryann.sonnenfeld@blackrock.com
mason.woodworth@blackrock.com
matt.litwin@blackrock.com
matthew.jessel@blackrock.com
matthew.massimi@blackrock.com
matthew.mcneely@blackrock.com
matthew.rodriguez@blackrock.com
matthew.weinstein@blackrock.com
matthew_renirie@blackrock.com
maureen.kolodziej@blackrock.com
mbkelly@blackrock.com

mccabe@blackrock.com
mdichek@blackrock.com
medgington@blackrock.com
megan.gaul@blackrock.com
melanie.rotunno@blackrock.com
melissa.dunn@blackrock.com
melvin.rosa@blackrock.com
mgarfin@blackrock.com
mgriffin@blackrock.com
mhuebsch@blackrock.com
michael.carey@blackrock.com
michael.constantis@blackrock.com
michael.gargano@blackrock.com
michael.heilbronn@blackrock.com
michael.jarzyna@blackrock.com
michael.khankin@blackrock.com
michael.kim@blackrock.com
michael.mesard@blackrock.com
michael.ridloff@blackrock.com
michael_krautzberger@blackrock.com
michel.vandersanden@blackrock.com
michelle.dressel@blackrock.com
michelle.hall@blackrock.com
michelle.lynch@blackrock.com
michelle.mustafa@blackrock.com
michelle.zhang@blackrock.com
michelle_scrimgeour@blackrock.com
mike.oberdorf@blackrock.com
mikyung.kim@blackrock.com
mitchell.mcdermott@blackrock.com
mitesh.patel@blackrock.com
mkotecha@blackrock.com
mkotecha2@blackrock.com
mkraeger@blackrock.com
mluongo@blackrock.com
mlustig@blackrock.com
mmacelhi@blackrock.com
mmagerman@blackrock.com
mmarra@blackrock.com
morten_andersen@blackrock.com
mreilly@blackrock.com
murali.balaraman@blackrock.com
mwarner@blackrock.com
narayan.gopalon@blackrock.com
nathalie.esposito@blackrock.com
navann.ty@blackrock.com
ndenny@blackrock.com
neal.lofthouse@blackrock.com
ned.hole@blackrock.com
neil.kothari@blackrock.com
neil_lupton@blackrock.com
neil_weller@blackrock.com
nelson.flores@blackrock.com
nicholas.denny@blackrock.com
nicholas.mcleod-clarke@blackrock.com
nicholas.zamarelli@blackrock.com
nicholas.zamparelli@blackrock.com
nick.osborne@blackrock.com
nick_coats@blackrock.com
nick_little@blackrock.com

| | | |
|---|---|---|
| nick_moakes@blackrock.com | rajah.menon@blackrock.com | salvatore.parascandola@blackrock.com |
| nicola.muirhead@blackrock.com | rajiv.lapasia@blackrock.com | sam.bapasola@blackrock.com |
| nicole.everett@blackrock.com | ralph.cox@blackrock.com | sam.riter@blackrock.com |
| nigel.drake@blackrock.com | ralph.divino@blackrock.com | samantha.burden@blackrock.com |
| nigel.foster@blackrock.com | rbrown@blackrock.com | samuel.kidston@blackrock.com |
| nigel_ridge@blackrock.com | reginald.leese@blackrock.com | sandra.borland@blackrock.com |
| nigel_tupper@blackrock.com | renee.eick@blackrock.com | sandra.sullivan@blackrock.com |
| nikhil.uppal@blackrock.com | ren-raw.chen@blackrock.com | sandy.christie@blackrock.com |
| noel_montaigue@blackrock.com | rfriedbe@blackrock.com | sanjay.roy@blackrock.com |
| noriaki_matsui@blackrock.com | rganesh@blackrock.com | sarah.melvin@blackrock.com |
| nugzari.jakobishvili@blackrock.com | rhallisey@blackrock.com | sarah_coole@blackrock.com |
| nweiner@blackrock.com | richard.hoerner@blackrock.com | sberkley@blackrock.com |
| oded.levin@blackrock.com | richard.mejzak@blackrock.com | scott.amero@blackrock.com |
| oliver_ruppert@blackrock.com | richard.urwin@blackrock.com | scott.bluth@blackrock.com |
| oona.elliott@blackrock.com | richard.williams@blackrock.com | scott.condron@blackrock.com |
| owen_murfin@blackrock.com | richard_dell@blackrock.com | scott.skowronski@blackrock.com |
| pablo_delamata@blackrock.com | richard_plackett@blackrock.com | scott.thiel@blackrock.com |
| pacosta@blackrock.com | richard_pooley@blackrock.com | scott.wetzel@blackrock.com |
| panos_ferendinos@blackrock.com | richard_turnill@blackrock.com | scott_e_barber@blackrock.com |
| paola.mejia@blackrock.com | riginos_dimitriou@blackrock.com | sdalal@blackrock.com |
| patrick.dolan@blackrock.com | rking@blackrock.com | sean.carney@blackrock.com |
| patrick.donnelly@blackrock.com | rkushel@blackrock.com | selig.sechzer@blackrock.com |
| patrick.edelmann@blackrock.com | rmiron@blackrock.com | sfamilet@blackrock.com |
| paudet@blackrock.com | rmollett@blackrock.com | sfleming@blackrock.com |
| paul.clarke@blackrock.com | rmorgan@blackrock.com | shane.jackson@blackrock.com |
| paul.donohoe@blackrock.com | rmowrer@blackrock.com | shaun.jamieson@blackrock.com |
| paul.etheridge@blackrock.com | rnewsome@blackrock.com | shawn.tesoro@blackrock.com |
| paul.rudland@blackrock.com | robert.burns@blackrock.com | shea.harvey@blackrock.com |
| paul.shuttleworth@blackrock.com | robert.capaldi@blackrock.com | sheide@blackrock.com |
| paul_clifton@blackrock.com | robert.cobb@blackrock.com | shirley.yu@blackrock.com |
| paul_hauff@blackrock.com | robert.daly@blackrock.com | simon.young@blackrock.com |
| paul_walker-duncalf@blackrock.com | robert.degennaro@blackrock.com | simon_clements@blackrock.com |
| paul_walton@blackrock.com | robert.iverson@blackrock.com | simon_flood@blackrock.com |
| paula.croson@blackrock.com | robert.kapito@blackrock.com | simon_mcclure@blackrock.com |
| pcroson@blackrock.com | robert.macarthur@blackrock.com | skunt@blackrock.com |
| peter.carragher@blackrock.com | robert.martorelli@blackrock.com | smanning@blackrock.com |
| peter.chan@blackrock.com | robert_fairbairn@blackrock.com | smehta@blackrock.com |
| peter.gailliot@blackrock.com | robert_willsdon@blackrock.com | smmannin@blackrock.com |
| peter.hayes@blackrock.com | robin_batchelor@blackrock.com | smoeller@blackrock.com |
| peter.leffler@blackrock.com | roderick.mckenzie@blackrock.com | sochong.yi@blackrock.com |
| peter.mathern@blackrock.com | roland_arnold@blackrock.com | sophia.zhao@blackrock.com |
| peter.sanderson@blackrock.com | rolanda.raichel@blackrock.com | sorin.roibu@blackrock.com |
| peter.wong@blackrock.com | ron.cheng@blackrock.com | sriram.sumaithangi@blackrock.com |
| peter_gibbs@blackrock.com | ron.dvari@blackrock.com | sspodek@blackrock.com |
| pfisher@blackrock.com | ronan_connolly@blackrock.com | sswitzky@blackrock.com |
| phil_doherty@blackrock.com | rory_hill@blackrock.com | stacy.turnof@blackrock.com |
| philip.brides@blackrock.com | rory_verenicoll@blackrock.com | stephan.bassas@blackrock.com |
| philip.chew@blackrock.com | rpaul@blackrock.com | stephanie.limond@blackrock.com |
| philip.wan@blackrock.com | rschlosst@blackrock.com | stephen.meschenmoser@blackrock.com |
| phillip.soccio@blackrock.com | rshea@blackrock.com | stephen.miller@blackrock.com |
| pierre_sarrau@blackrock.com | rsion@blackrock.com | stephen.scinicariello@blackrock.com |
| pjuran@blackrock.com | rui.zhao@blackrock.com | stephen_jury@blackrock.com |
| plamen.monovski@blackrock.com | russell.maddox@blackrock.com | stephen_penfold@blackrock.com |
| pmccabe@blackrock.com | ruth.fitter@blackrock.com | stepnauski@blackrock.com |
| poppy.allonby@blackrock.com | rvillacorta@blackrock.com | steve_yardley@blackrock.com |
| priya.malhotra@blackrock.com | rwartell@blackrock.com | steven.dalzell@blackrock.com |
| pschwartzman@blackrock.com | ryan.szakacs@blackrock.com | steven.goulden@blackrock.com |
| quintin.price@blackrock.com | ryan.witko@blackrock.com | steven.kleiman@blackrock.com |
| rachel.kinney@blackrock.com | sacha.bacro@blackrock.com | steven.siem@blackrock.com |
| rahn@blackrock.com | saiyi_he@blackrock.com | stewart_edginton@blackrock.com |

stuart.reeve@blackrock.com
stuart_meldrum@blackrock.com
stuart_niman@blackrock.com
suemeng.chan@blackrock.com
sukhbir.gill@blackrock.com
sunil.krishnan@blackrock.com
suraj.kripalani@blackrock.com
susan.wagner@blackrock.com
swalker@blackrock.com
swigmore@blackrock.com
syeo@blackrock.com
tallal.malik@blackrock.com
tasos.bouloutas@blackrock.com
tate_josserand@blackrock.com
tatiana.spineanu@blackrock.com
tcolwell@blackrock.com
terry.bray@blackrock.com
tharris@blackrock.com
thomas.biscardi@blackrock.com
thomas.callan@blackrock.com
thomas.downey@blackrock.com
thomas.holl@blackrock.com
thomas.kolimago@blackrock.com
thomas.musmanno@blackrock.com
thomas.orourke@blackrock.com
thomas.steffens@blackrock.com
tim.martin@blackrock.com
tim_aylott@blackrock.com
timothy.johnson@blackrock.com
timothy.noonan@blackrock.com
timothy.rezvan@blackrock.com
timothy.routledge@blackrock.com
tkieran@blackrock.com
tobias_astor@blackrock.com
todd.bocabella@blackrock.com
todd.burnside@blackrock.com
todd.hurtubise@blackrock.com
tom.burke@blackrock.com
tom.cullen@blackrock.com
tom.mayo@blackrock.com
tom.mondelaers@blackrock.com
tony.hubbard@blackrock.com
tony_stenning@blackrock.com
tracy.lau@blackrock.com
tracy.ossowski@blackrock.com
travis.stevenson@blackrock.com
tricia.ho@blackrock.com
trina_yeung@blackrock.com
tucker.morrissey@blackrock.com
tunde.bey@blackrock.com
unnati.patel@blackrock.com
v_cooney@blackrock.com
vashik_vajner@blackrock.com
vikas.goyal@blackrock.com
vikram_lunavat@blackrock.com
viola.dunne@blackrock.com
vish.acharya@blackrock.com
vivek.gupta@blackrock.com
vsantiago@blackrock.com
vvairavamurthy@blackrock.com

w_lavelle@blackrock.com
walter.mello@blackrock.com
warren.chang@blackrock.com
wayne.archambo@blackrock.com
wayne.kircher@blackrock.com
wendy.held@blackrock.com
wesley.dearsley@blackrock.com
wfrey@blackrock.com
whenderson@blackrock.com
whitney.wright@blackrock.com
will.landers@blackrock.com
william.degale@blackrock.com
william.moore@blackrock.com
willie.hartleyrussell@blackrock.com
winnie.pun@blackrock.com
wkwong@blackrock.com
wmcfarla@blackrock.com
xavier.goss@blackrock.com
xiang.liu@blackrock.com
xlchen@blackrock.com
ychaudhary@blackrock.com
yevgeny.gelfand@blackrock.com
ygeyman@blackrock.com
yingchu.ni@blackrock.com
yookan.lee@blackrock.com
young_yoo@blackrock.com
ytong@blackrock.com
yudhveer.chaudhry@blackrock.com
yuri.rios@blackrock.com
yzhong@blackrock.com
zachary.alpern@blackrock.com
mbl@blackrockkelso.com
sun@blackrockkelso.com
pfranke@blair.com
drj@blaylicklp.com
cplouche@blaylockabacus.com
jmartin@blaylockabacus.com
nharris@blaylockabacus.com
slockman@blaylockabacus.com
dogrady@blaylockco.com
tdevane@blaylockco.com
asiegel@blaylocklp.com
cplister@blaylocklp.com
cwoolridge@blaylocklp.com
dkraebel@blaylocklp.com
dutter@blaylocklp.com
emac@blaylocklp.com
gswenson@blaylocklp.com
jdmoitra@blaylocklp.com
jwakim@blaylocklp.com
lbuckland@blaylocklp.com
pdecat@blaylocklp.com
r@blaylocklp.com
snusim@blaylocklp.com
andrea.mueller@blb.de
andreas.hannappel@blb.de
andreas.martin@blb.de
barbara.dietrich@blb.de
bernhard.kriwanek@blb.de
carsten.raun@blb.de

christian.gastager@blb.de
dieter.brugmer@blb.de
elaine.murphy@blb.de
gerold.brandt@blb.de
gottfried.scheer@blb.de
hans-peter.goth@blb.de
hartmant@blb.de
heimo.scherer@blb.de
helmut.fause@blb.de
ines.schmid@blb.de
jean-francois.bouglon@blb.de
jeanie.auyeung@blb.de
jochen.lueck@blb.de
joerg.lappoehn@blb.de
johannes.geiginger@blb.de
juergen.rothhammer@blb.de
kelvin.lee@blb.de
marco.raffaelli@blb.de
martin.hindelang@blb.de
martin.rost@blb.de
martin.schmucker@blb.de
michael.pietzek@blb.de
monika.wollensak@blb.de
nadine.hengmigh@blb.de
ngci@blb.be
nicolas.queme@blb.de
richard.neuner@blb.de
robert.schoetz@blb.de
roberto.falaschi@blb.de
roland.schneiter@blb.ch
rolf.shaefer@blb.co.uk
silvia.chin@blb.de
simone.schmid@blb.de
stefan.strassburg@blb.de
stephan.schmidbauer@blb.de
thomas.bachmeier@blb.de
thomas.fischer@blb.de
thomas.hartmann@blb.de
thomas.werkle@blb.de
ulrich.mattonet@blb.de
uwe.flossmann@blb.de
yon.ibrahim@blb.de
yusuf.bilgic@blb.de
rabel@blbabson.com
rbarbosa@blbarg.com
bernhard.russ@blblon.co.uk
russell.williams@blblon.co.uk
simon.whitfield@blblon.co.uk
abrahama@blcvm.com
brichardson@blenheiminv.com
cakins@blenheiminv.com
gpark@blenheiminv.com
hsardanis@blenheiminv.com
jgazzini@blenheiminv.com
jliu@blenheiminv.com
jwohlmacher@blenheiminv.com
kfallon@blenheiminv.com
kmag@blenheiminv.com
lfucha@blenheiminv.com
mgriffin@blenheiminv.com

| | | |
|---|---|---|
| ppuglisi@blenheiminv.com | 7584@bloomberg.net | advstef@bloomberg.net |
| rbiswas@blenheiminv.com | a.blazquez@bloomberg.net | aecon@bloomberg.net |
| sengstrom@blenheiminv.com | a.hepper@bloomberg.net | aeggler@bloomberg.net |
| sgao@blenheiminv.com | a.lau@bloomberg.net | aelman@bloomberg.net |
| sklein@blenheiminv.com | a.p.mills@bloomberg.net | aezra@bloomberg.net |
| tkooyker@blenheiminv.com | a_zahrani@bloomberg.net | afahlen1@bloomberg.net |
| tomk@blenheiminv.com | a026824@bloomberg.net | afarina1@bloomberg.net |
| tross@blenheiminv.com | a142158@bloomberg.net | afdlr2@bloomberg.net |
| ivan.bouillot@blfram.lu | a377388@bloomberg.net | afell4@bloomberg.net |
| luc.bauler@blfram.lu | aaigprop@bloomberg.net | aferoze1@bloomberg.net |
| beat.vonwyl@blkb.inet.ch | aajawi@bloomberg.net | aferrari6@bloomberg.net |
| ives.kupferschmid@blkb.inet.ch | aaldakheel@bloomberg.net | afischer@bloomberg.net |
| lukas.ladner@blkb.inet.ch | aal-rabaian@bloomberg.net | afitzpatrick@bloomberg.net |
| patrick.greiner@blkb.inet.ch | aalvarez9@bloomberg.net | afornoni@bloomberg.net |
| patrick.schneeberger@blkb.inet.ch | aamiludin@bloomberg.net | agaddi1@bloomberg.net |
| rolf.rudin@blkb.inet.ch | aarondavison@bloomberg.net | agamba3@bloomberg.net |
| adaw@bll.co.il | aavigliano@bloomberg.net | agartner@bloomberg.net |
| bibi@bll.co.il | aawny@bloomberg.net | agauzia@bloomberg.net |
| boazg@bll.co.il | abaiona1@bloomberg.net | ageel@bloomberg.net |
| carinew@bll.co.il | abances@bloomberg.net | agies@bloomberg.net |
| cedricj@bll.co.il | abaraviera@bloomberg.net | aglossop2@bloomberg.net |
| chaim_f@bll.co.il | abarbieri@bloomberg.net | agonzales@bloomberg.net |
| chemik@bll.co.il | abezzetto@bloomberg.net | agurski@bloomberg.net |
| einats@bll.co.il | abianco1@bloomberg.net | ahansen1@bloomberg.net |
| eitanr@bll.co.il | abidin@bloomberg.net | ahauser@bloomberg.net |
| eyalr@bll.co.il | abk@bloomberg.net | ahuegli@bloomberg.net |
| galiam@bll.co.il | aboutry@bloomberg.net | aiscoleman@bloomberg.net |
| gilbu@bll.co.il | abouwman@bloomberg.net | ajardon.bbl@bloomberg.net |
| grosman@bll.co.il | aboychuk@bloomberg.net | ajolliffe@bloomberg.net |
| hagit@bll.co.il | abraga@bloomberg.net | ajoseph1@bloomberg.net |
| hanochf@bll.co.il | abroderick@bloomberg.net | akamm@bloomberg.net |
| ilanv@bll.co.il | abtahir@bloomberg.net | akeirle1@bloomberg.net |
| inbalb@bll.co.il | abutt@bloomberg.net | akemp5@bloomberg.net |
| int.deals@bll.co.il | acarrasco@bloomberg.net | akfischer1@bloomberg.net |
| israel_s@bll.co.il | acatignani@bloomberg.net | akg@bloomberg.net |
| itaif@bll.co.il | acecconi@bloomberg.net | akhalid@bloomberg.net |
| jennifer@bll.co.il | achamberlain@bloomberg.net | aklinger1@bloomberg.net |
| lironr@bll.co.il | acimoli@bloomberg.net | akluge@bloomberg.net |
| menaheme@bll.co.il | aconroy@bloomberg.net | akohashi@bloomberg.net |
| michelmi@bll.co.il | acorso1@bloomberg.net | akorsgaard@bloomberg.net |
| nuritk@bll.co.il | adalloglio@bloomberg.net | akousteni1@bloomberg.net |
| oferhi@bll.co.il | adam24@bloomberg.net | alacourciere@bloomberg.net |
| ofern@bll.co.il | adarbari@bloomberg.net | alain.muller@bloomberg.net |
| ronyy@bll.co.il | adasilva74@bloomberg.net | alanna@bloomberg.net |
| sandrap@bll.co.il | adaugherty3@bloomberg.net | aleeming2@bloomberg.net |
| yosefl@bll.co.il | adavies@bloomberg.net | alegere@bloomberg.net |
| yosig@bll.co.il | adecaro3@bloomberg.net | alesniewski@bloomberg.net |
| zeevn@bll.co.il | adeflandre@bloomberg.net | alexkrol@bloomberg.net |
| dwoolaghan@bllomberg.net | adellaflora@bloomberg.net | alexmendes@bloomberg.net |
| ptschaar@bllomberg.net | ademarco@bloomberg.net | alexmoiseev@bloomberg.net |
| james_lenton@blockrock.com | adenis1@bloomberg.net | alexopo@bloomberg.net |
| foog@blomberg.net | ades@bloomberg.net | alfcan@bloomberg.net |
| henning@blomberg.net | adimo@bloomberg.net | alfedu@bloomberg.net |
| olange@blomberg.net | adivot@bloomberg.net | aliman@bloomberg.net |
| dcezd@blommberg.net | adixon@bloomberg.net | alismith@bloomberg.net |
| rwonghk@bloombeg.net | adjebsen@bloomberg.net | alle@bloomberg.net |
| p.bronzi5@bloomber.net | adonnelly4@bloomberg.net | alm4113@bloomberg.net |
| 02dw@bloomber.net | adromer1@bloomberg.net | al-mutaweh@bloomberg.net |
| 3310430@bloomberg.net | adsilver1031@bloomberg.net | alopeza@bloomberg.net |
| 38linares@bloomberg.net | advisser@bloomberg.net | alorusso@bloomberg.net |

alqua@bloomberg.net
alyusuf@bloomberg.net
alzahrani@bloomberg.net
am16@bloomberg.net
ama02@bloomberg.net
ama0911ny@bloomberg.net
amainord@bloomberg.net
amajekod@bloomberg.net
amalacchia@bloomberg.net
amansour@bloomberg.net
amarquardt7@bloomberg.net
amarsh@bloomberg.net
amatsuya@bloomberg.net
amazzoleni@bloomberg.net
ambri@bloomberg.net
amckay1@bloomberg.net
amerville@bloomberg.net
amesser1@bloomberg.net
ametzger@bloomberg.net
amikhailov@bloomberg.net
amills@bloomberg.net
aminassian@bloomberg.net
amitus@bloomberg.net
amn002@bloomberg.net
amoffat2@bloomberg.net
amoolji3@bloomberg.net
amor@bloomberg.net
amousny@bloomberg.net
amunoz@bloomberg.net
anassira@bloomberg.net
anazmi@bloomberg.net
andebe@bloomberg.net
andream@bloomberg.net
andrejs@bloomberg.net
andrevh@bloomberg.net
andyofee@bloomberg.net
angulez@bloomberg.net
anguscrozier@bloomberg.net
angushui@bloomberg.net
anhsu@bloomberg.net
annearend@bloomberg.net
ansteven@bloomberg.net
anupch@bloomberg.net
aobrien@bloomberg.net
aolegario@bloomberg.net
aorr8@bloomberg.net
apagnoni@bloomberg.net
apatel2@bloomberg.net
apeat@bloomberg.net
apenbrin@bloomberg.net
apexmom@bloomberg.net
apiozzi@bloomberg.com
apoestges1@bloomberg.net
arangaraj@bloomberg.net
arfas@bloomberg.net
arielj@bloomberg.net
arisj@bloomberg.net
armin.seng@bloomberg.net
arnbourdon@bloomberg.net
arnie@bloomberg.net

aroberts@bloomberg.net
arosenbach@bloomberg.net
arossi75@bloomberg.net
arthurm@bloomberg.net
arusso14@bloomberg.net
aryan7@bloomberg.net
asacre@bloomberg.net
asahi06@bloomberg.net
asakurai@bloomberg.net
asanchezbalc@bloomberg.net
asanotakuya@bloomberg.net
asc@bloomberg.net
ascherd@bloomberg.net
aschmitt@bloomberg.net
aschneider1@bloomberg.net
askayer@bloomberg.net
aslk@bloomberg.net
asma@bloomberg.net
asouter3@bloomberg.net
asp23@bloomberg.net
aspanish@bloomberg.net
aspriggs@bloomberg.net
astatti1@bloomberg.net
asteele@bloomberg.net
asten@bloomberg.net
astoria1@bloomberg.net
asultan@bloomberg.net
atalanta@bloomberg.net
atantazzi@bloomberg.net
athorsson@bloomberg.net
atruppia1@bloomberg.net
atrzepala@bloomberg.net
atters@bloomberg.net
attila@bloomberg.net
atuazon@bloomberg.net
atunzi@bloomberg.net
ausland@bloomberg.net
aval@bloomberg.net
avalsensi@bloomberg.net
avanloo1@bloomberg.net
avanotti@bloomberg.net
avondale@bloomberg.net
avonderrecke@bloomberg.net
avu2@bloomberg.net
awebb12@bloomberg.net
awebb123@bloomberg.net
awhite1@bloomberg.net
awoods4@bloomberg.net
aza@bloomberg.net
azimmermann3@bloomberg.net
azizaziz@bloomberg.net
b.roma@bloomberg.net
babd@bloomberg.net
bagger91@bloomberg.net
bahmann@bloomberg.net
baldrich@bloomberg.net
banai@bloomberg.net
bang@bloomberg.net
baohochang@bloomberg.net
baprg@bloomberg.net

barkerm@bloomberg.net
barretst@bloomberg.net
basterra@bloomberg.net
batiyyah1@bloomberg.net
battili@bloomberg.net
baumgs@bloomberg.net
baunaz@bloomberg.net
bbajic@bloomberg.net
bbarry2@bloomberg.net
bbeck@bloomberg.net
bblbprtf@bloomberg.net
bbogers1@bloomberg.net
bborander@bloomberg.net
bbowden@bloomberg.net
bbwhite@bloomberg.net
bcervin@bloomberg.net
bchoo3@bloomberg.net
bcimc@bloomberg.net
bclouser1@bloomberg.net
bcmccarthy1@bloomberg.net
bcole7@bloomberg.net
bcpi@bloomberg.net
bdecker4@bloomberg.net
bdelcour.bbl@bloomberg.net
bdmts@bloomberg.net
bdoran@bloomberg.net
bdurnez@bloomberg.net
beard@bloomberg.net
beckmann@bloomberg.net
bedwial.tods@bloomberg.net
befitzy@bloomberg.net
behling@bloomberg.net
belenminayo@bloomberg.net
benjamin_ng@bloomberg.net
benjaminlu@bloomberg.net
benmalone@bloomberg.net
bentonj@bloomberg.net
berryd@bloomberg.net
bettencourt@bloomberg.net
bfahy@bloomberg.net
bfalk2@bloomberg.net
bfarquhar@bloomberg.net
bfeldst@bloomberg.net
bfinnerty@bloomberg.net
bgaines@bloomberg.net
bgaither2@bloomberg.net
bgiordano@bloomberg.net
bgordon@bloomberg.net
bgray5@bloomberg.net
bgumprecht@bloomberg.net
bhellen@bloomberg.net
bhfgruppe@bloomberg.net
bhoaire@bloomberg.net
biallas@bloomberg.net
biancullip@bloomberg.net
bichisao@bloomberg.net
biddi@bloomberg.net
bigmacneil@bloomberg.net
billobrien@bloomberg.net
billwan@bloomberg.net

bimicheal@bloomberg.net
binarellip@bloomberg.net
binkert@bloomberg.net
biqwa@bloomberg.net
bisik@bloomberg.net
bittch.lndb@bloomberg.net
bives@bloomberg.net
bjun@bloomberg.net
bkellaway@bloomberg.net
bkelly15@bloomberg.net
bkok@bloomberg.net
bkonig@bloomberg.net
bkshah@bloomberg.net
blairlog@bloomberg.net
blamonda@bloomberg.net
blawson3@bloomberg.net
bleidich@bloomberg.net
blieberman@bloomberg.net
blud@bloomberg.net
blumenthal@bloomberg.net
bmaher@bloomberg.net
bmalone@bloomberg.net
bmcg1@bloomberg.net
bmeaden@bloomberg.net
bmiller@bloomberg.net
bmiller7@bloomberg.net
bmorton@bloomberg.net
bnangle@bloomberg.net
boc.tse@bloomberg.net
bodo@bloomberg.net
boeseler@bloomberg.net
bohringer@bloomberg.net
bojan@bloomberg.net
bokobu@bloomberg.net
bokok@bloomberg.net
bolesn@bloomberg.net
boln@bloomberg.net
bondb@bloomberg.net
bondsales@bloomberg.net
bop@bloomberg.net
botard@bloomberg.net
bpanganiban@bloomberg.net
bpapa1@bloomberg.net
bpineau@bloomberg.net
bpizlm@bloomberg.net
bpp@bloomberg.net
bradyb@bloomberg.net
brandy99@bloomberg.net
branis@bloomberg.net
bria@bloomberg.net
brianlinde@bloomberg.net
brkandjoe@bloomberg.net
brobertson2@bloomberg.net
brossak@bloomberg.net
brunetti@bloomberg.net
bsanders@bloomberg.net
bsargent1@bloomberg.net
bsarmago@bloomberg.net
bschotanus@bloomberg.net
bschulz2@bloomberg.net

bshah@bloomberg.net
bshanahan1@bloomberg.net
bshigezawa@bloomberg.net
bshirley1@bloomberg.net
bsmith@bloomberg.net
bsnyder@bloomberg.net
bstaub1@bloomberg.net
bsudameris@bloomberg.net
bterlesky1@bloomberg.net
btpbull@bloomberg.net
bubbabutt@bloomberg.net
buchanan1@bloomberg.net
buhlen@bloomberg.net
bullrun@bloomberg.net
bvanbuuren@bloomberg.net
bwahlig@bloomberg.net
bwann@bloomberg.net
bwkjr@bloomberg.net
bwong8@bloomberg.net
bxorourke@bloomberg.net
byusof@bloomberg.net
bzachhuber@bloomberg.net
c.behrens@bloomberg.net
c.kipfer@bloomberg.net
caezar@bloomberg.net
cahills2@bloomberg.net
caitrionam@bloomberg.net
cala@bloomberg.net
camjim@bloomberg.net
campana2@bloomberg.net
camtom@bloomberg.net
cannavaro@bloomberg.net
cansell1@bloomberg.net
cantputt@bloomberg.net
capecchi@bloomberg.net
capex@bloomberg.net
carberry@bloomberg.net
carcoraci@bloomberg.net
caris_cheung@bloomberg.net
carolinne.mueller@bloomberg.net
caron@bloomberg.net
caseri.lndb@bloomberg.net
casmith@bloomberg.net
castler@bloomberg.net
cater@bloomberg.net
catf@bloomberg.net
catfood@bloomberg.net
catmou@bloomberg.net
cazpaul@bloomberg.net
cbaldoni@bloomberg.net
cbbaer@bloomberg.net
cbergel@bloomberg.net
cbierbaum2@bloomberg.net
cbolger@bloomberg.net
cbreman2@bloomberg.net
ccaringer1@bloomberg.net
ccbidanne@bloomberg.net
cceresa1@bloomberg.net
cclemente@bloomberg.net
ccleuty@bloomberg.net

ccoenegracht@bloomberg.net
ccyoung@bloomberg.net
cdambrosio@bloomberg.net
cdangerf1@bloomberg.net
cday6@bloomberg.net
cdec82@bloomberg.net
cdemonte@bloomberg.net
cdinsmore@bloomberg.net
cdouple@bloomberg.net
cdquigley@bloomberg.net
ceca1@bloomberg.net
cecho@bloomberg.net
cen1@bloomberg.net
ceresio@bloomberg.net
cfloristan@bloomberg.net
cfloros@bloomberg.net
cgigante@bloomberg.net
cgorman10@bloomberg.net
cgorman99@bloomberg.net
cgranger@bloomberg.net
cguilherme@bloomberg.net
champton7@bloomberg.net
changg@bloomberg.net
chanover1@bloomberg.net
chardie@bloomberg.net
charris8@bloomberg.net
chbn@bloomberg.net
chicagobear@bloomberg.net
chiew@bloomberg.net
chigman@bloomberg.net
chipbailey@bloomberg.net
chi-ster@bloomberg.net
chkun@bloomberg.net
chomann@bloomberg.net
choprak75@bloomberg.net
chrisrooke@bloomberg.net
chrisspencer@bloomberg.net
chsia1@bloomberg.net
chwicki@bloomberg.net
chyang@bloomberg.net
cianmurphy@bloomberg.net
citaku@bloomberg.net
ckamm@bloomberg.net
ckandimaa1@bloomberg.net
ckelley14@bloomberg.net
ckuan@bloomberg.net
clandolt@bloomberg.net
claud@bloomberg.net
cldorsch@bloomberg.net
clerch@bloomberg.net
clm@bloomberg.net
clmartin@bloomberg.net
clmmsm@bloomberg.net
cloew@bloomberg.net
cloy@bloomberg.net
cm@bloomberg.net
cmaccettella@bloomberg.net
cmadden3@bloomberg.net
cmanning@bloomberg.net
cmartini@bloomberg.net

cmays@bloomberg.net
cmcbride@bloomberg.net
cmoleux@bloomberg.net
cmurtagh@bloomberg.net
cmuth1@bloomberg.net
cnapoliello@bloomberg.net
cnbeur@bloomberg.net
cnolan3@bloomberg.net
coadp@bloomberg.net
coastal@bloomberg.net
colemano@bloomberg.net
comericabill@bloomberg.net
compt2@bloomberg.net
comsecurity@bloomberg.net
conelius@bloomberg.net
conorc@bloomberg.net
corbinpd@bloomberg.net
cosmo@bloomberg.net
coster@bloomberg.net
cpbergel@bloomberg.net
cpengel@bloomberg.net
cpezzini@bloomberg.net
cpickering@bloomberg.net
cpmccue@bloomberg.net
cquallen2@bloomberg.net
creardon@bloomberg.net
creedie2@bloomberg.net
crichens2@bloomberg.net
crodrig.bbl@bloomberg.net
csalomon@bloomberg.net
csammons@bloomberg.net
csanford@bloomberg.net
csawneyj@bloomberg.net
cschidlo@bloomberg.net
cseip@bloomberg.net
cseregni@bloomberg.net
cshilling@bloomberg.net
csitu2@bloomberg.net
csmckane@bloomberg.net
csosey@bloomberg.net
cstavrakos@bloomberg.net
csterling3@bloomberg.net
csupadulya@bloomberg.net
csweeney1@bloomberg.net
ctegan@bloomberg.net
ctomassini@bloomberg.net
ctuffy1@bloomberg.net
cuar@bloomberg.net
cuniberti@bloomberg.net
cvalentini@bloomberg.net
cvechhi@bloomberg.net
cviner@bloomberg.net
cviscardi@bloomberg.net
cvonroten@bloomberg.net
cvorobieff2@bloomberg.net
cwalker@bloomberg.net
cwarren2@bloomberg.net
cwilmot@bloomberg.net
cwolfenden2@bloomberg.net

cyn@bloomberg.net
czagler@bloomberg.net
czobbi@bloomberg.net
d.fowler1@bloomberg.net
d.kitayama@bloomberg.net
d.rino@bloomberg.net
dabbott@bloomberg.net
dabees@bloomberg.net
daberius@bloomberg.net
daehong@bloomberg.net
dainav@bloomberg.net
dallen15@bloomberg.net
danclose@bloomberg.net
danielchoy@bloomberg.net
daniellzw@bloomberg.net
danmurphy78@bloomberg.net
darongreene@bloomberg.net
darren@bloomberg.net
darynf@bloomberg.net
dasc@bloomberg.net
datack@bloomberg.net
daudley@bloomberg.net
davchoy@bloomberg.net
davejsy@bloomberg.net
daventf@bloomberg.net
davesand@bloomberg.net
david.w@bloomberg.net
davidbarron1@bloomberg.net
davidcox007@bloomberg.net
dbalas@bloomberg.net
dball1@bloomberg.net
dbarnao@bloomberg.net
dbarnes4@bloomberg.net
dbender3@bloomberg.net
dbernz@bloomberg.net
dbevan1@bloomberg.net
dbianchi@bloomberg.net
dbigelow4@bloomberg.net
dbilley@bloomberg.net
dboccardi@bloomberg.net
dbrennand2@bloomberg.net
dbrezzo@bloomberg.net
dbriand1@bloomberg.net
dbruneau@bloomberg.net
dbsg@bloomberg.net
dcaderas@bloomberg.net
dcantania@bloomberg.net
dcapeloto@bloomberg.net
dcascio@bloomberg.net
dcbpl@bloomberg.net
dchang2005@bloomberg.net
dchesir@bloomberg.net
dcomerford1@bloomberg.net
dcoombs@bloomberg.net
dcoratti1@bloomberg.net
ddb21150@bloomberg.net
ddb26146@bloomberg.net
ddb41432@bloomberg.net
ddb46456@bloomberg.net
ddb61475@bloomberg.net

ddb65018@bloomberg.net
ddb65440@bloomberg.net
ddb70078@bloomberg.net
ddeacon@bloomberg.net
ddelechat1@bloomberg.net
ddepner@bloomberg.net
ddesaul@bloomberg.net
ddevaraj@bloomberg.net
ddichio2@bloomberg.net
ddijkstaal@bloomberg.net
ddipierro@bloomberg.net
ddocanto1@bloomberg.net
ddurbin@bloomberg.net
deanlane@bloomberg.net
deanna@bloomberg.net
debon@bloomberg.net
debourbon@bloomberg.net
debrauwer@bloomberg.net
debykanner@bloomberg.net
dejerez@bloomberg.net
deknoppper@bloomberg.net
delalu@bloomberg.net
demarsin@bloomberg.net
demchenko@bloomberg.net
demetrick@bloomberg.net
demrick@bloomberg.net
denisebrowne@bloomberg.net
denks@bloomberg.net
denniswong@bloomberg.net
derivati@bloomberg.net
desmetv@bloomberg.net
desouter@bloomberg.net
dfedynak@bloomberg.net
dfinazzi@bloomberg.net
dfinn7@bloomberg.net
dfitzpat@bloomberg.net
dfont1@bloomberg.net
dfox5@bloomberg.net
dfswazey@bloomberg.net
dgenovese@bloomberg.net
dgps@bloomberg.net
dgruwez.bbl@bloomberg.net
dhill2@bloomberg.net
dhobart@bloomberg.net
dianev@bloomberg.net
didikaki@bloomberg.net
dilbar@bloomberg.net
dipole@bloomberg.net
dischoenfeld@bloomberg.net
diwinet@bloomberg.net
djager@bloomberg.net
djarnot1@bloomberg.net
djetten@bloomberg.net
djohnston@bloomberg.net
djsanford@bloomberg.net
dkbarnes@bloomberg.net
dkelly@bloomberg.net
dkersch@bloomberg.net
d-kimoto@bloomberg.net
dkopp@bloomberg.net

dkroeger@bloomberg.net
dkurfess@bloomberg.net
dl2005@bloomberg.net
dlkendall@bloomberg.net
dloudon@bloomberg.net
dm@bloomberg.net
dmagnetto@bloomberg.net
dmalick@bloomberg.net
dmangone2@bloomberg.net
dmanoux1@bloomberg.net
dmarsh1@bloomberg.net
dmatthius1@bloomberg.net
dmcmahon5@bloomberg.net
dmgreenhalgh@bloomberg.net
dmike1@bloomberg.net
dmoix@bloomberg.net
dmulroy@bloomberg.net
dnah@bloomberg.net
dnb2dr@bloomberg.net
dnjr@bloomberg.net
dnout@bloomberg.net
dogren@bloomberg.net
dohanlon@bloomberg.net
doma@bloomberg.net
domocats@bloomberg.net
donjr@bloomberg.net
donmccabe@bloomberg.net
donovan3@bloomberg.net
dooleyco@bloomberg.net
doreendlg@bloomberg.net
dorisyu@bloomberg.net
dosh@bloomberg.net
dpaleokr@bloomberg.net
dpalicki@bloomberg.net
dpalin1@bloomberg.net
dparra@bloomberg.net
dpierce@bloomberg.net
dplynch@bloomberg.net
draburn@bloomberg.net
drader1@bloomberg.com
dreed@bloomberg.net
dreister@bloomberg.net
drej@bloomberg.net
drichter2@bloomberg.net
drosenfelder@bloomberg.net
drovelli2@bloomberg.net
drub@bloomberg.net
dsalomon@bloomberg.net
dschiff1@bloomberg.net
dschimizzi@bloomberg.net
dserio1@bloomberg.net
dsitzer@bloomberg.net
dsmith1978@bloomberg.net
dss6@bloomberg.net
dstarr1@bloomberg.net
dtconnor@bloomberg.net
dtoy3@bloomberg.net
dudley@bloomberg.net
dullman@bloomberg.net
duncanmeares@bloomberg.net

dupree@bloomberg.net
dushuyi@bloomberg.net
duyx@bloomberg.net
dvillani@bloomberg.net
dw1@bloomberg.net
dwgilbert@bloomberg.net
dwhitmore@bloomberg.net
dyhe@bloomberg.net
dynamike1@bloomberg.net
dzuccariello@bloomberg.net
e.malik@bloomberg.net
e.stecher@bloomberg.net
eanderhub@bloomberg.net
earfvidsson@bloomberg.net
eawatt@bloomberg.net
ebague@bloomberg.net
ebarca@bloomberg.net
ebernhardt31@bloomberg.net
eblee2@bloomberg.net
ebr@bloomberg.net
ebrandt1@bloomberg.net
ebryce@bloomberg.net
ebuck@bloomberg.net
ecesari@bloomberg.net
eceynar@bloomberg.net
echele@bloomberg.net
echiu6@bloomberg.net
eckertj@bloomberg.net
eckhoff@bloomberg.net smtp eck
edbevin@bloomberg.ne
eddd@bloomberg.net
edeka@bloomberg.net
edereus@bloomberg.net
edobbinscm@bloomberg.net
edoherty1@bloomberg.net
edonald2@bloomberg.net
eemmer@bloomberg.net
eenglberger@bloomberg.net
egbersd@bloomberg.net
eggqiang@bloomberg.net
egraham4@bloomberg.net
ehampton@bloomberg.net
eharty1@bloomberg.net
eherc@bloomberg.net
ehuq@bloomberg.net
eimfeld@bloomberg.net
eitan@bloomberg.net
eitan-m@bloomberg.net
ejfraser@bloomberg.net
elaveggi@bloomberg.net
elazcano@bloomberg.net
elinasunan@bloomberg.net
elisan@bloomberg.net
ellaluo@bloomberg.net
elwood@bloomberg.net
emacdonald@bloomberg.net
emartinez@bloomberg.net
emcelvaney@bloomberg.net
emcmillan@bloomberg.net
emilykramer@bloomberg.net

emmaward@bloomberg.net
emoretti1@bloomberg.net
emosca71@bloomberg.net
emw@bloomberg.net
endress@bloomberg.net
eobrien4@bloomberg.net
epr@bloomberg.net
epremiani@bloomberg.net
eragnini@bloomberg.net
erappa1@bloomberg.net
erbend@bloomberg.net
ereidy@bloomberg.net
erempicci@bloomberg.net
ericchw@bloomberg.net
erikzak@bloomberg.net
erose@bloomberg.net
eryan@bloomberg.net
esaul@bloomberg.net
eschmitt002@bloomberg.net
eschmitz@bloomberg.net
estahr@bloomberg.net
estanis@bloomberg.net
estowell@bloomberg.net
estrahl@bloomberg.net
etang@bloomberg.net
etic@bloomberg.net
etournier@bloomberg.net
eugenesg@bloomberg.net
ev1@bloomberg.net
evstan@bloomberg.net
eward5@bloomberg.net
ewoodland@bloomberg.net
exped@bloomberg.net
eyeoh2@bloomberg.net
ezral@bloomberg.net
ezuaiter@bloomberg.net
f.b.petersen@bloomberg.net
f.gianatasio@bloomberg.net
f_ferrario@bloomberg.net
faahant@bloomberg.net
fabrizioc@bloomberg.net
faith.liu@bloomberg.net
falsallal@bloomberg.net
fantoni@bloomberg.net
farel@bloomberg.net
farisnab@bloomberg.net
farook@bloomberg.net
fatb@bloomberg.net
fateh@bloomberg.net
fazi@bloomberg.net
fbailey@bloomberg.net
fbaldan@bloomberg.net
fbarreto@bloomberg.net
fbelak1@bloomberg.net
fbento7@bloomberg.net
fberg1@bloomberg.net
fbosazzi@bloomberg.net
fcapanna@bloomberg.net
fcappelli@bloomberg.net
fciarniello1@bloomberg.net

fciut@bloomberg.net
fcontarin@bloomberg.net
fcoraggio@bloomberg.net
fcorti1@bloomberg.net
fcuito@bloomberg.net
fdaini@bloomberg.net
fdiaz@bloomberg.net
felefante@bloomberg.net
felli@bloomberg.net
ffloren@bloomberg.net
fharleman1@bloomberg.net
fhatt1@bloomberg.net
fhjones1@bloomberg.net
fhusken@bloomberg.net
ficig@bloomberg.net
filpil@bloomberg.net
fimktg2@bloomberg.net
finch@bloomberg.net
finddbpjc@bloomberg.net
fiorentino9@bloomberg.net
fjansen3@bloomberg.net
fjungbluth@bloomberg.net
flafortezza@bloomberg.net
fleuriet@bloomberg.net
fmach@bloomberg.net
fmach1@bloomberg.net
fmamc@bloomberg.net
fmanzanilla@bloomberg.net
fmertens3@bloomberg.net
fmonterisi@bloomberg.net
folksam@bloomberg.net
fondicri@bloomberg.net
fondsdipo@bloomberg.net
fong10@bloomberg.net
fongma@bloomberg.net
forget@bloomberg.net
forsterr@bloomberg.net
forza@bloomberg.net
fourhands@bloomberg.net
foxdavid@bloomberg.net
fpanelli@bloomberg.net
fpitts@bloomberg.net
fpotente@bloomberg.net
fqueguineur@bloomberg.net
francesb@bloomberg.net
frandim.lndb@bloomberg.net
frang@bloomberg.net
frankieboy@bloomberg.net
frankteri@bloomberg.net
fredac@bloomberg.net
fredkutten@bloomberg.net
frepoe@bloomberg.net
frmdpt@bloomberg.net
frmhorgen@bloomberg.net
frocca3@bloomberg.net
fruehn@bloomberg.net
fsocoloff@bloomberg.net
fsoriano@bloomberg.net
fthach@bloomberg.net
fting3@bloomberg.net

ftl@bloomberg.net
fufei@bloomberg.net
fujicap02@bloomberg.net
fundsop@bloomberg.net
furbinati@bloomberg.net
gabegoh@bloomberg.net
galferez@bloomberg.net
gallagm@bloomberg.net
galmaller@bloomberg.net
gamackay1@bloomberg.net
ganderko@bloomberg.net
ganghu@bloomberg.net
gantly@bloomberg.net
garoffe@bloomberg.net
gashton1@bloomberg.net
gastonasa@bloomberg.net
gates@bloomberg.net
gaubeccr@bloomberg.net
gawad@bloomberg.net
gbanbury@bloomberg.net
gbiro@bloomberg.net
gbruzzi1@bloomberg.net
gbuechler@bloomberg.net
gc001@bloomberg.net
gcg@bloomberg.net
gcianci3@bloomberg.net
gcollett1@bloomberg.net
gcolonna@bloomberg.net
gcowie@bloomberg.net
gcristini@bloomberg.net
gcrofton1@bloomberg.net
gdefrutos@bloomberg.net
gdellerba@bloomberg.net
gdevoeght1@bloomberg.net
geissmann@bloomberg.net
genejets@bloomberg.net
genep@bloomberg.net
georgek@bloomberg.net
geppley@bloomberg.net
gerejoh.lndb@bloomberg.net
germain1@bloomberg.net
gerri@bloomberg.net
gesmadrid1@bloomberg.net
gexton@bloomberg.net
gezichella@bloomberg.net
gfluyt.bbl@bloomberg.net
gfm@bloomberg.net
ggrassi@bloomberg.net
ggrim1@bloomberg.net
ggrogan1@bloomberg.net
gguerisoli@bloomberg.net
ghanot@bloomberg.net
ghara@bloomberg.net
ghaviv@bloomberg.net
gheher3@bloomberg.net
ghsu@bloomberg.net
gianni1@bloomberg.net
giglig@bloomberg.net
gilf@bloomberg.net
gillespie@bloomberg.net

gioner@bloomberg.net
giorgiov@bloomberg.net
giri@bloomberg.net
gjallott@bloomberg.net
gjames4@bloomberg.net
gjerzyk@bloomberg.net
gjunesch@bloomberg.net
gjupp1@bloomberg.net
gkimmes@bloomberg.net
gklement@bloomberg.net
gkuchinski@bloomberg.net
gladysl@bloomberg.net
glambrin1@bloomberg.net
glassandro@bloomberg.net
glevante@bloomberg.net
glr@bloomberg.net
gluca@bloomberg.net
gmaiatsky@bloomberg.net
gmarquardt@bloomberg.net
gmcconnell2@bloomberg.net
gmcdon@bloomberg.net
gmillar@bloomberg.net
gmilone@bloomberg.net
gmolina@bloomberg.net
gn55@bloomberg.net
gniemczyk@bloomberg.net
gnnietode@bloomberg.net
golablue@bloomberg.net
gonzas@bloomberg.net
gonzfit@bloomberg.net
gopalakm@bloomberg.net
gordonr1@bloomberg.net
gorham@bloomberg.net
gormic@bloomberg.net
gospel@bloomberg.net
goulden@bloomberg.net
goutmezguine@bloomberg.net
govie@bloomberg.net
gpetruzelli@bloomberg.net
gpisano@bloomberg.net
gpoesger@bloomberg.net
gpostic2@bloomberg.net
gpuricelli@bloomberg.net
gradym@bloomberg.net
graghuraman3@bloomberg.net
graimundo@bloomberg.net
gregd@bloomberg.net
griffin21@bloomberg.net
grigg_j@bloomberg.net
grosello1@bloomberg.net
grosenbauer@bloomberg.net
grosetti@bloomberg.net
grossi5@bloomberg.net
gsccir@bloomberg.net
gstamnos@bloomberg.net
gstiel1@bloomberg.net
gtmcgraw@bloomberg.net
gtom@bloomberg.net
gtomolillo@bloomberg.net
gtranchik@bloomberg.net

guding@bloomberg.net
gunsbourg@bloomberg.net
gutblas@bloomberg.net
guyvcraene@bloomberg.net
gvaneeten1@bloomberg.net
gvouters1@bloomberg.net
gwafford@bloomberg.net
gwanningen@bloomberg.net
gwisbey1@bloomberg.net
gwuelser@bloomberg.net
gyang@bloomberg.net
gylow@bloomberg.net
h1.watanabe@bloomberg.net
hackett@bloomberg.net
hagenp@bloomberg.net
haigka.lndb@bloomberg.net
haileyferg@bloomberg.net
halek@bloomberg.net
hallerph@bloomberg.net
hanauerjbh@bloomberg.net
hanzawah@bloomberg.net
harijs@bloomberg.net
harriscd@bloomberg.net
hartk@bloomberg.net
haselhoff@bloomberg.net
hasnal@bloomberg.net
hayata@bloomberg.net
hbachman2@bloomberg.net
hbadawy@bloomberg.net
hbaensch@bloomberg.net
hbrans@bloomberg.net
hbrueren@bloomberg.net
hdana@bloomberg.net
hdepree@bloomberg.net
heffernanm@bloomberg.net
heilert@bloomberg.net
heins1@bloomberg.net
heischmann@bloomberg.net
hermiek@bloomberg.net
hfallegger@bloomberg.net
hgeron@bloomberg.net
hgloor@bloomberg.net
hhknudsen@bloomberg.net
highbury@bloomberg.net
hillocks@bloomberg.net
hirano@bloomberg.net
hiromasu@bloomberg.net
hkanda@bloomberg.net
hkfundho@bloomberg.net
hkusumoto1@bloomberg.net
hlair@bloomberg.net
hlbdesa@bloomberg.net
hlbjbart@bloomberg.net
hlbjwend@bloomberg.net
hlbjwhit@bloomberg.net
hlbmschw@bloomberg.net
hlbscho@bloomberg.net
hleung3@bloomberg.net
hmatch@bloomberg.net
hmatsubara@bloomberg.net

hmavis@bloomberg.net
hmessiter1@bloomberg.net
hmizukaki@bloomberg.net
hmyers1@bloomberg.net
hnancy@bloomberg.net
hnobuyuki@bloomberg.net
hon-wai.wong@bloomberg.net
hoorn@bloomberg.net
hotntot@bloomberg.net
hourfali@bloomberg.net
howardj22@bloomberg.net
hpeterson@bloomberg.net
hprielipp1@bloomberg.net
hprose2@bloomberg.net
hsauve1@bloomberg.net
hsbcmyp@bloomberg.net;
yuen.peng.mok@hsbcpb.com
hschreider1@bloomberg.net
hseun@bloomberg.net
hsinyiw@bloomberg.net
hspencer@bloomberg.net
hsteindorfer@bloomberg.net
htat@bloomberg.net
hthirumalai@bloomberg.net
htomita1@bloomberg.net
huaruor@bloomberg.net
hubbard1@bloomberg.net
huber2u@bloomberg.net
hueifung@bloomberg.net
hufner@bloomberg.net
hughes@bloomberg.net
hugop@bloomberg.net
hugues@bloomberg.net
humaidan@bloomberg.net
huntg@bloomberg.net
huntjr@bloomberg.net
hunzikst@bloomberg.net
hussmann@bloomberg.net
hutta@bloomberg.net
hvliu@bloomberg.net
hvoelker@bloomberg.net
hwangcs@bloomberg.net
hwiegmann@bloomberg.net
i.rigo@bloomberg.net
ianctaylor@bloomberg.net
iansilva@bloomberg.net
ibetz@bloomberg.net
ibjhattori@bloomberg.net
ibkny@bloomberg.net
iblanco@bloomberg.net
ibmc@bloomberg.net
icbctky@bloomberg.net
icolquhoun2@bloomberg.net
idotan@bloomberg.net
igribbin1@bloomberg.net
iiandiorio@bloomberg.net
ijimenez@bloomberg.net
ikbtrading3@bloomberg.net
ikebk@bloomberg.net
ikim12@bloomberg.net

ikook@bloomberg.net
ilubelza@bloomberg.net
imccann3@bloomberg.net
immerzeel@bloomberg.net
imunoz@bloomberg.net
ingaalam@bloomberg.net
ingbakker@bloomberg.net
ingsveldt@bloomberg.net
investcash@bloomberg.net
ipedersen@bloomberg.net
irene.koh@bloomberg.net
irishs@bloomberg.net
ishikure@bloomberg.net
ismas@bloomberg.net
istubbe@bloomberg.net
iturkington@bloomberg.net
ivandijk@bloomberg.net
ivy@bloomberg.net
j.hodgkins@bloomberg.net
j.koestle@bloomberg.net
j.litschke@bloomberg.net
jabaldwin@bloomberg.net
jackaman@bloomberg.net
jackchen67@bloomberg.net
jacooper@bloomberg.net
jacquerioz@bloomberg.net
jagudo@bloomberg.net
jakewill75@bloomberg.net
jalvarado@bloomberg.ne
jamarke@bloomberg.net
james.pennell@bloomberg.com
jamescap@bloomberg.net
jamesk08@bloomberg.net
jameswhite@bloomberg.net
janders2@bloomberg.net
jandrews2@bloomberg.net
jant@bloomberg.net
jarechederra@bloomberg.net
jarmita@bloomberg.net
jarocki@bloomberg.net
jas.mahil@bloomberg.net
jas192bv@bloomberg.net
jax@bloomberg.net
jaydawgz@bloomberg.net
jayn@bloomberg.net
jba1@bloomberg.net
jba53@bloomberg.net
jbadwan@bloomberg.net
jbaik3@bloomberg.net
jbarak@bloomberg.net
jbarbollag@bloomberg.net
jbarnea@bloomberg.net
jbaumhoegger@bloomberg.net
jbelbeck1@bloomberg.net
jbj@bloomberg.net
jblackin@bloomberg.net
jbonatucci@bloomberg.net
jbradshaw3@bloomberg.net
jbrown35@bloomberg.net
jburellseb@bloomberg.net

jburke@bloomberg.net
jburke83@bloomberg.net
jbyron2@bloomberg.net
jcadogan@bloomberg.net
jcanman@bloomberg.net
jcantrell2@bloomberg.net
jcantwell2@bloomberg.net
jcao11@bloomberg.net
jcha@bloomberg.net
jchan21@bloomberg.net
jchang3@bloomberg.net
jchap@bloomberg.net
jchen154@bloomberg.net
jchyde@bloomberg.net
jcolbert@bloomberg.net
jcoyle007@bloomberg.net
jcparsons@bloomberg.net
jcrone3@bloomberg.net
jdaniels1@bloomberg.net
jdearce@bloomberg.net
jdsimon@bloomberg.net
jepp@bloomberg.net
jerometeo@bloomberg.net
jess@bloomberg.net
jessiem@bloomberg.net
jewong@bloomberg.net
jfeaster@bloomberg.net
jfeeley2@bloomberg.net
jferriero@bloomberg.net
jfhowell@bloomberg.net
jfina@bloomberg.net
jfinkler1@bloomberg.net
jfitzpatri11@bloomberg.net
jforbes1@bloomberg.net
jforde@bloomberg.net
jfrankel@bloomberg.net
jgallop@bloomberg.net
jgent@bloomberg.net
jgilmore6@bloomberg.net
jgiro@bloomberg.net
jgoglia@bloomberg.net
jgould@bloomberg.net
jgovender@bloomberg.net
jggpjr@bloomberg.net
jgrott@bloomberg.net
jgruvel@bloomberg.net
jhackstein@bloomberg.net
jhakansson1@bloomberg.net
jhazarika@bloomberg.net
jheffernan2@bloomberg.net
jhgrossman@bloomberg.net
jhuther@bloomberg.net
jif@bloomberg.net
jillmahon@bloomberg.net
jilvento@bloomberg.net
jimgilmartin@bloomberg.net
jimgreek@bloomberg.net
jimlin@bloomberg.net
jingminl@bloomberg.net
jitu@bloomberg.net

jiunn@bloomberg.net
jjacks@bloomberg.net
jjahn@bloomberg.net
jjansen7@bloomberg.net
jjara@bloomberg.net
jjbc@bloomberg.net
jjcardello@bloomberg.net
jjsullivan@bloomberg.net
jjuara1@bloomberg.net
jjwalshboi@bloomberg.net
jkabel2@bloomberg.net
jkapadia@bloomberg.net
jkarr1@bloomberg.net
jkeuppens@bloomberg.net
jkhuang@bloomberg.net
jkirshbaum2@bloomberg.net
jkkang@bloomberg.net
jkok@bloomberg.net
jkopensky1@bloomberg.net
jkosaka@bloomberg.net
jkox@bloomberg.net
jkruni@bloomberg.net
jlabusch@bloomberg.net
jlalex@bloomberg.net
jlanigan@bloomberg.net
jlantz7@bloomberg.net
jlarizza@bloomberg.net
jlarregola@bloomberg.net
jlarroche@bloomberg.net
jleberon@bloomberg.net
jlee126@bloomberg.net
jlee254@bloomberg.net
jleitch@bloomberg.net
jlemchak@bloomberg.net
jlernercig@bloomberg.net
jlombardero@bloomberg.net
jltartack@bloomberg.net
jltissot@bloomberg.net
jmahoney9@bloomberg.net
jmandrews@bloomberg.net
jmandy@bloomberg.net
jmangion@bloomberg.net
jmann1@bloomberg.net
jmardon@bloomberg.net
jmarrone@bloomberg.net
jmartinriva@bloomberg.net
jmas@bloomberg.net
jmbbt@bloomberg.net
jmcarthy@bloomberg.net
jmcdonald@bloomberg.net
jmcdonnell5@bloomberg.net
jmiller49@bloomberg.net
jmilton@bloomberg.net
jmonahan@bloomberg.net
jmoroney5@bloomberg.net
jmueller6@bloomberg.net
jmuench1@bloomberg.net
jnadler1@bloomberg.net
jnash2@bloomberg.net
jnewman14@bloomberg.net

jnjuni@bloomberg.net
jnmbs@bloomberg.net
jnward@bloomberg.net
jochi9@bloomberg.net
joedoherty@bloomberg.net
joegolf@bloomberg.net
joehong320@bloomberg.net
joelkim@bloomberg.net
joemueller@bloomberg.net
joerg2@bloomberg.net
joergstumpf@bloomberg.net
johar@bloomberg.net
johnkennedy1@bloomberg.net
johnniep@bloomberg.net
johnnyluga@bloomberg.net
jokrings@bloomberg.net
jolintang@bloomberg.net
jom@bloomberg.net
jomah@bloomberg.net
jomatha@bloomberg.net
jonallen@bloomberg.net
jonesd@bloomberg.net
joostdegraaf@bloomberg.net
jorleans2@bloomberg.net
jorvre@bloomberg.net
joyli@bloomberg.net
jpankratz@bloomberg.net
jparker2@bloomberg.net
jparsons@bloomberg.net
jpeterson5@bloomberg.net
jpickens@bloomberg.net
jpotgieter2@bloomberg.net
jpt1@bloomberg.net
jpxhonneux@bloomberg.net
jramirez7@bloomberg.net
jreitler@bloomberg.net
jricome@bloomberg.net
jrlh@bloomberg.net
jrmac@bloomberg.net
jrmahoney@bloomberg.net
jrmyers@bloomberg.net
jrolander@bloomberg.net
jroth@bloomberg.net
jrpercival@bloomberg.net
jrugen@bloomberg.net
jrutig@bloomberg.net
jsanderson2@bloomberg.net
jsankovic@bloomberg.net
jsauvez@bloomberg.net
jsaz@bloomberg.net
jschoenmaker@bloomberg.net
jschouwey@bloomberg.net
jschultz14@bloomberg.net
jsivigny2@bloomberg.net
jslankas@bloomberg.net
jsmith58@bloomberg.net
jsoutter@bloomberg.net
jstebner@bloomberg.net
jsteeds@bloomberg.net
jstanguis@bloomberg.net

jtattwood@bloomberg.net
jtavolieri@bloomberg.net
jtighe@bloomberg.net
jtoda@bloomberg.net
jtroiano@bloomberg.net
jtyler1@bloomberg.net
judicwk@bloomberg.net
judysun8@bloomberg.net
juiying@bloomberg.net
jukoh@bloomberg.net
jukuntz@bloomberg.net
julia26@bloomberg.net
juline@bloomberg.net
julirch@bloomberg.net
jullrich1@bloomberg.net
justinhill@bloomberg.net
jvanderbom1@bloomberg.net
jvega1@bloomberg.net
jvelazquez@bloomberg.net
jvhbxl@bloomberg.net
jvhuni@bloomberg.net
jvinchur4@bloomberg.net
jwaghorn1@bloomberg.net
jwagner@bloomberg.net
jweidman@bloomberg.net
jwells10@bloomberg.net
jwinderl@bloomberg.net
jwiviott@bloomberg.net
jwong102@bloomberg.net
jwooley@bloomberg.net
jwreisert@bloomberg.net
jyoung777@bloomberg.net
jyounglee@bloomberg.net
k.adachi@bloomberg.net
k.hasukawa@bloomberg.net
k.hirn@bloomberg.net
k.rogers@bloomberg.net
kabdulaziz@bloomberg.net
kaburakimcb@bloomberg.net
kagobank2@bloomberg.net
kagobank3@bloomberg.net
kagobank4@bloomberg.net
kainala@bloomberg.net
kakichi@bloomberg.net
kalee@bloomberg.net
kalmgren2@bloomberg.net
kandrade2@bloomberg.net
kapbhogaita@bloomberg.net
karene@bloomberg.net
karmstrong4@bloomberg.net
karolya@bloomberg.net
karonsen@bloomberg.net
kathy.wang@bloomberg.net
kavindi@bloomberg.net
kazfujita5@bloomberg.net
kbabuji@bloomberg.net
kbalt@bloomberg.net
kbermudez@bloomberg.net
kcangemi1@bloomberg.net
kchandler5@bloomberg.net

kcronin1@bloomberg.net
kcunningham3@bloomberg.net
kdahlgren@bloomberg.net
kdbasia@bloomberg.net
kdirussa2@bloomberg.net
kdolan@bloomberg.net
kebldn@bloomberg.net
keesvandena@bloomberg.net
kefalonia@bloomberg.net
kelli.coster@bloomberg.net
kellygolds@bloomberg.net
kenley@bloomberg.net
kenli@bloomberg.net
kenwong@bloomberg.net
kerg@bloomberg.net
kersch@bloomberg.net
kessig@bloomberg.net
kevinccb@bloomberg.net
kevingaffney@bloomberg.net
kevinmaher@bloomberg.net
kfitz2@bloomberg.net
kfritscher@bloomberg.net
kfujii@bloomberg.net
kgouka@bloomberg.net
kh1hall@bloomberg.net
khairuzin@bloomberg.net
khayashi55@bloomberg.net
khazell@bloomberg.net
khcheong@bloomberg.net
khochwald@bloomberg.net
khopkins@bloomberg.net
khorsley1@bloomberg.net
kic@bloomberg.net
kikogol@bloomberg.net
kim-jee@bloomberg.net
kingdm@bloomberg.net
kishy@bloomberg.net
kitou1@bloomberg.net
kjaco@bloomberg.net
kjeld10@bloomberg.net
kjohnston2@bloomberg.net
kjwhite@bloomberg.net
kkaplony@bloomberg.net
kkara@bloomberg.net
kkaretnick@bloomberg.net
kkashimoto@bloomberg.net
klausnaefken@bloomberg.net
klf@bloomberg.net
kljubina@bloomberg.net
klmcgrath@bloomberg.net
klosken@bloomberg.net
klpatric@bloomberg.net
kmarcus2@bloomberg.net
kmarmara@bloomberg.net
kmaynard@bloomberg.net
kmcgovern3@bloomberg.net
kmosako@bloomberg.net
kmurray@bloomberg.net
kmyler@bloomberg.net
k-nakagawa@bloomberg.net

knaoshi@bloomberg.net
kobake@bloomberg.net
kochs@bloomberg.net
koe1@bloomberg.net
komatsui@bloomberg.net
koopse@bloomberg.net
kordasstef@bloomberg.net
kosako@bloomberg.net
kosc0016@bloomberg.net
koshimizuibj@bloomberg.net
kousa@bloomberg.net
kperschetz@bloomberg.net
krantz@bloomberg.net
kroney@bloomberg.net
krueger@bloomberg.net
krupaco@bloomberg.net
ksawa@bloomberg.net
ksbb@bloomberg.net
ksheffield1@bloomberg.net
kshinsaka@bloomberg.net
kslade@bloomberg.net
ksmith214@bloomberg.net
ksmolanoff@bloomberg.net
kstangberg@bloomberg.net
kstrobl@bloomberg.net
ktjon@bloomberg.net
kuchiyama2@bloomberg.net
kuc-krueger@bloomberg.net
kwaldmann@bloomberg.net
kwenberg@bloomberg.net
kwest2@bloomberg.net
kwhitney1@bloomberg.net
kwosepka@bloomberg.net
kxburke@bloomberg.net
kyaguchi@bloomberg.net
kyano@bloomberg.net
kyoshin@bloomberg.net
labdelli@bloomberg.net
labinet@bloomberg.net
labow@bloomberg.net
lajeunesse@bloomberg.net
lambski@bloomberg.net
l-aoyama@bloomberg.net
larryfeig@bloomberg.net
lasmond@bloomberg.net
lauer@bloomberg.net
lawrence@bloomberg.net
lazard123@bloomberg.net
lbbw-options@bloomberg.net
lberg@bloomberg.net
lbeuzit1@bloomberg.net
lbonhomme2@bloomberg.net
lbonofiel4@bloomberg.net
lbuhain1@bloomberg.net
lcrowe@bloomberg.net
ldavis14@bloomberg.net
ldeclerck@bloomberg.net
ldevito@bloomberg.net
ldibernardo@bloomberg.net
ldimanche@bloomberg.net

leder2@bloomberg.net
ledgerbond@bloomberg.net
leestak@bloomberg.net
leestep@bloomberg.net
leeweesim@bloomberg.net
leftie@bloomberg.net
lehmanns@bloomberg.net
leowge@bloomberg.net
leroberts@bloomberg.net
lewbund@bloomberg.net
lewislau@bloomberg.net
lfilidi@bloomberg.net
lfung7@bloomberg.net
lgarcia7@bloomberg.net
lgaskins@bloomberg.net
lgiacomini@bloomberg.net
lgianola@bloomberg.net
lgiovannone@bloomberg.net
lgq@bloomberg.net
lgrassol@bloomberg.net
lh16@bloomberg.net
lhammouche@bloomberg.net
lhawk@bloomberg.net
lheaney@bloomberg.net
lheylinbb@bloomberg.net
liciwu@bloomberg.net
lilei@bloomberg.net
lilia@bloomberg.net
limcs1@bloomberg.net
linge@bloomberg.net
linnemeyer@bloomberg.net
lisalin@bloomberg.net
lisao@bloomberg.net
littlefield@bloomberg.net
liujia@bloomberg.net
liun6@bloomberg.net
lixinli@bloomberg.net
lkerr2@bloomberg.net
llu888@bloomberg.net
llunab@bloomberg.net
lmartinsson1@bloomberg.net
lmikkel@bloomberg.net
lnicholson@bloomberg.net
lnitsch@bloomberg.net
lnoto2@bloomberg.net
loic.rougier@bloomberg.net
longueville@bloomberg.net
loschiavo@bloomberg.net
lousarno@bloomberg.net
lpaolone2@bloomberg.net
lpapso@bloomberg.net
lpauly@bloomberg.net
lpendic@bloomberg.net
lplavigne@bloomberg.net
lquijano1@bloomberg.net
lroberi@bloomberg.net
lrong@bloomberg.net
lsalvatico@bloomberg.net
lschroeder@bloomberg.net
lschroeter@bloomberg.net

lschwa@bloomberg.net
lsimoncini2@bloomberg.net
lslechta@bloomberg.net
lsottile@bloomberg.net
ltornetta@bloomberg.net
luderosa@bloomberg.net
lugraziani@bloomberg.net
lwargo@bloomberg.net
lwells4@bloomberg.net
lwilliams11@bloomberg.net
lyon75@bloomberg.net
lyongc@bloomberg.net
lyonsb@bloomberg.net
m.colombo.71@bloomberg.net
m.naka@bloomberg.net
m.salden@bloomberg.net
m.vantol@bloomberg.net
m_bouriss@bloomberg.net
m6byrne@bloomberg.net
macnultya@bloomberg.ne
mad1@bloomberg.net
magazzotti@bloomberg.net
magtan@bloomberg.net
mahtani@bloomberg.net
maiqbal@bloomberg.net
mak3rd@bloomberg.net
makasaka@bloomberg.net
malene@bloomberg.net
mally@bloomberg.net
mamato1@bloomberg.net
mamooney@bloomberg.net
mancio@bloomberg.net
mandreas@bloomberg.net
manfred@bloomberg.net
marchant@bloomberg.net
marchlon@bloomberg.net
marcussenp@bloomberg.net
mardini@bloomberg.net
marinuccim@bloomberg.net
markacox@bloomberg.net
markjr@bloomberg.net
markjw74@bloomberg.net
markmueller@bloomberg.net
markyang@bloomberg.net
maroun@bloomberg.net
marting@bloomberg.net
martinka@bloomberg.net
maryho@bloomberg.net
masaton@bloomberg.net
mastromarchi@bloomberg.net
matcohen@bloomberg.net
mateos@bloomberg.net
matsou@bloomberg.net
matthieu@bloomberg.net
matwill@bloomberg.net
matza@bloomberg.net
mauromi@bloomberg.net
max.casella@bloomberg.net
maxdemori@bloomberg.net
maxim.tishin@bloomberg.net

maxwell@bloomberg.net
maynat@bloomberg.net
mazanoni@bloomberg.net
mazzillim@bloomberg.net
mazzoni@bloomberg.net
mbaggiani1@bloomberg.net
mbaker4@bloomberg.net
mbarnes7@bloomberg.net
mbartos1@bloomberg.net
mbenson3@bloomberg.net
mbertrand3@bloomberg.net
mbholloway@bloomberg.net
mbittle@bloomberg.net
mbocchi@bloomberg.net
mbok2@bloomberg.net
mbottenberg@bloomberg.net
mboulade@bloomberg.net
mboyadj@bloomberg.net
mbrennan@bloomberg.net
mbronner1@bloomberg.net
mbudenz1@bloomberg.net
mburlison@bloomberg.net
mburrello@bloomberg.net
mcardieri@bloomberg.net
mcassia1@bloomberg.net
mcastenr@bloomberg.net
mcc@bloomberg.net
mcgorrianc@bloomberg.net
mcgovernm@bloomberg.net
mcimperman@bloomberg.net
mcipriano1@bloomberg.net
mcleand@bloomberg.net
mcmanusl@bloomberg.net
mcollard@bloomberg.net
mconner@bloomberg.net
mcontini@bloomberg.net
mcroad@bloomberg.net
mcwhirtt@bloomberg.net
mddl@bloomberg.net
mdebellis@bloomberg.net
mdellovio@bloomberg.net
mdwek@bloomberg.net
mdz@bloomberg.net
medgington@bloomberg.net
meganmc@bloomberg.net
mehale2@bloomberg.net
melfver1@bloomberg.net
mellosales@bloomberg.net
meln@bloomberg.net
melodyh@bloomberg.net
melvin1@bloomberg.net
memcgloin@bloomberg.net
mennellaf@bloomberg.net
menoud@bloomberg.net
mercerj2@bloomberg.net
meru@bloomberg.net
metezade@bloomberg.net
metzgerd@bloomberg.net
mezzaale@bloomberg.net
mfanari@bloomberg.net

mfancett@bloomberg.net
mfelix1@bloomberg.net
mflanner@bloomberg.net
mfraser4@bloomberg.net
mfroio@bloomberg.net
mfuchs2@bloomberg.net
mgatherer@bloomberg.net
mghirga@bloomberg.net
mgodsey@bloomberg.net
mgrohovaz@bloomberg.net
mguggemos@bloomberg.net
mgulisano1@bloomberg.net
mgunawardana@bloomberg.net
mgunn4@bloomberg.net
mguzman-quin@bloomberg.net
mhaddad5@bloomberg.net
m-hager@bloomberg.net
mharding@bloomberg.net
mhayes11@bloomberg.net
mhcbca@bloomberg.net
mhchang@bloomberg.net
mhdhi@bloomberg.net
mhigashiura1@bloomberg.net
mholliday1@bloomberg.net
mhori1@bloomberg.net
mhsu2@bloomberg.net
michaelgros@bloomberg.net
michaelos@bloomberg.net
michem@bloomberg.net
micjam@bloomberg.net
mielert@bloomberg.net
mifferrer@bloomberg.net
migliano@bloomberg.net
mike.srba@bloomberg.net
mikeburns@bloomberg.net
mike-lupin@bloomberg.net
mikeprendi@bloomberg.net
miketcnj@bloomberg.net
milaine@bloomberg.net
miltonh@bloomberg.net
mimaier@bloomberg.net
minako@bloomberg.net
minghsu@bloomberg.net
minsel@bloomberg.net
mirat@bloomberg.net
mischneider@bloomberg.net
mitter@bloomberg.net
miyatakemcb@bloomberg.net
mjackson6@bloomberg.net
mjakelich@bloomberg.net
mjf@bloomberg.net
mjpgreen@bloomberg.net
mkaal@bloomberg.net
mkapnick3@bloomberg.net
mkassimir@bloomberg.net
mkemer@bloomberg.net
mkirkwood@bloomberg.net
mkonishi1@bloomberg.net
mkraeger@bloomberg.net
mkreer@bloomberg.net

mkruemmel@bloomberg.net
mkrzyzanska@bloomberg.net
mkwek2@bloomberg.net
mlantz@bloomberg.net
mlarsson8@bloomberg.net
mlclending@bloomberg.net
mldad1@bloomberg.net
mlee11@bloomberg.net
mleininger@bloomberg.net
mleonori@bloomberg.net
mlevine@bloomberg.net
mlevy32@bloomberg.net
mlin8@bloomberg.net
mlindberg3@bloomberg.net
mlupin3@bloomberg.net
mmbal@bloomberg.net
mmcginnity@bloomberg.net
mmegret@bloomberg.net
mmelson@bloomberg.net
mmeyer20@bloomberg.net
mmiah@bloomberg.net
mminogue4@bloomberg.net
mminovi@bloomberg.net
mmiranda6@bloomberg.net
mmitchell@bloomberg.net
mmoore15@bloomberg.net
mmoore45@bloomberg.net
mmorandi1@bloomberg.net
mmoulin@bloomberg.net
mmurrone@bloomberg.net
mmusso@bloomberg.net
mnahari@bloomberg.net
mnapp@bloomberg.net
mneyland@bloomberg.net
mnorman3@bloomberg.net
mnovo@bloomberg.net
moaoki@bloomberg.net
moatj@bloomberg.net
mockard@bloomberg.net
mohdr@bloomberg.net
mohdtariq@bloomberg.net
momer@bloomberg.net
monk1@bloomberg.net
monks@bloomberg.net
montalto@bloomberg.net
moonstar@bloomberg.net
morava@bloomberg.net
morrissbrian@bloomberg.net
morrock@bloomberg.net
morte@bloomberg.net
mortenroed@bloomberg.net
moschb@bloomberg.net
moseltin@bloomberg.net
mosti@bloomberg.net
mpadhy1@bloomberg.net
mpellemeier@bloomberg.net
mpicozzi@bloomberg.net
mpietronico@bloomberg.net
mplage1@bloomberg.net
mpolcari@bloomberg.net

mprice1@bloomberg.net
mproche@bloomberg.net
mrackham2@bloomberg.net
mracz@bloomberg.net
mreutter@bloomberg.net
mrgossel@bloomberg.net
mriordan@bloomberg.net
mrissanen1@bloomberg.net
mrobinson13@bloomberg.net
mrodrig23@bloomberg.net
mrubashkin@bloomberg.net
mrudler@bloomberg.net
msadow@bloomberg.net
msalamone@bloomberg.net
msample@bloomberg.net
msaurino@bloomberg.net
mschramm4@bloomberg.net
mschuepbach@bloomberg.net
mschuessler@bloomberg.net
mscorpio@bloomberg.net
msi3@bloomberg.net
msimeoni@bloomberg.net
mskinner1@bloomberg.net
msledge@bloomberg.net
msobolewski1@bloomberg.net
msowell@bloomberg.net
mspecht@bloomberg.net
mstephens@bloomberg.net
msundberg3@bloomberg.net
mswezey@bloomberg.net
msyp@bloomberg.net
mtafur@bloomberg.net
mtaliercio@bloomberg.net
mtassinari@bloomberg.net
mteichmann@bloomberg.net
mtmorrissey@bloomberg.net
mtphillips@bloomberg.net
mtsui@bloomberg.net
mtunno@bloomberg.net
muerto@bloomberg.net
muhl@bloomberg.net
muldall@bloomberg.net
mumemoto@bloomberg.net
mvc1@bloomberg.net
mvreeland@bloomberg.net
mwaghe1@bloomberg.net
mwakida@bloomberg.net
mwallacerepo@bloomberg.net
mwalz1@bloomberg.net
mweeks@bloomberg.net
mweilheimer@bloomberg.net
mwendorf@bloomberg.net
mwhigham@bloomberg.net
mwil@bloomberg.net
mwiniarczyk@bloomberg.net
mwinkelman@bloomberg.net
mwmo@bloomberg.net
mwpowell@bloomberg.net
myeo6@bloomberg.net
myoshimoto@bloomberg.net

n.ivanov@bloomberg.net
nabbott@bloomberg.net
naka@bloomberg.net
nakagawaumd@bloomberg.net
nakazeki@bloomberg.net
nakhoul@bloomberg.net
naldridge2@bloomberg.net
nalgiero@bloomberg.net
nal-rifai@bloomberg.net
nanisimov@bloomberg.net
nascar@bloomberg.net
naveen@bloomberg.net
navity@bloomberg.net
nbb@bloomberg.net
nbca@bloomberg.net
nbcbond@bloomberg.net
nbehbehani22@bloomberg.net
nbonus@bloomberg.net
nbromley@bloomberg.net
nchapman5@bloomberg.net
ncogswel@bloomberg.net
ndey2@bloomberg.net
ndusart@bloomberg.net
nealquinn@bloomberg.net
nedpascual@bloomberg.net
nedwards6@bloomberg.net
nedwardz@bloomberg.net
negsofidsim@bloomberg.net
newcombm@bloomberg.net
newlann@bloomberg.net
nfistarol@bloomberg.net
ngray@bloomberg.net
nharris1@bloomberg.net
nicholasdyte@bloomberg.com
nick.bundy@bloomberg.net
nickhay@bloomberg.net
nickrja@bloomberg.net
nicomancini@bloomberg.net
nicwilliams3@bloomberg.net
nigelr@bloomberg.net
nije@bloomberg.net
nirajpshah@bloomberg.net
nishinon@bloomberg.net
nitamizu@bloomberg.net
niwamatsu@bloomberg.net
njones16@bloomberg.net
nkimmel@bloomberg.net
nkinas7@bloomberg.net
nluccioni@bloomberg.net
nmeek2@bloomberg.net
nod008@bloomberg.net
nong1@bloomberg.net
nooza@bloomberg.net
norai@bloomberg.net
nordlblux1@bloomberg.net
normanm@bloomberg.net
norrisha@bloomberg.net
npaul@bloomberg.net
npavlidis@bloomberg.net
npegoraro@bloomberg.net

npilgrim@bloomberg.net
npn@bloomberg.net
nprazeres@bloomberg.net
npuetz@bloomberg.net
nroberson@bloomberg.net
nsequeira@bloomberg.net
nshibata@bloomberg.net
n-shito@bloomberg.net
nsimar@bloomberg.net
nsoderstrom1@bloomberg.net
nsomich1@bloomberg.net
nspiezio4@bloomberg.net
nsulikow@bloomberg.net
ntesta@bloomberg.net
nthibault@bloomberg.net
ntsi@bloomberg.net
nupton@bloomberg.net
nwakabayashi@bloomberg.net
nwenger@bloomberg.net
nwilkes@bloomberg.net
nyang8@bloomberg.net
nyf@bloomberg.net
o.david@bloomberg.net
oadams1@bloomberg.net
oalharbi@bloomberg.net
oambrosetti@bloomberg.net
obetz@bloomberg.net
obirch@bloomberg.net
obutt@bloomberg.net
ochiai@bloomberg.net
ochsners@bloomberg.net
ockerhausen@bloomberg.net
oclementin@bloomberg.net
ocon@bloomberg.net
odahan@bloomberg.net
odaiuto@bloomberg.net
oecevit@bloomberg.net
ofavell@bloomberg.net
ofouchet1@bloomberg.net
ofredon@bloomberg.net
ogood@bloomberg.net
okojvk@bloomberg.net
oku@bloomberg.net
oliverhill@bloomberg.net
omoeller@bloomberg.net
onohid@bloomberg.net
onslow@bloomberg.net
openninga@bloomberg.net
orenart@bloomberg.net
origerc1@bloomberg.net
oscare@bloomberg.net
osiniakov@bloomberg.net
othioune@bloomberg.net
ovdheuvel@bloomberg.net
p.maggi@bloomberg.net
p.mann@bloomberg.net
pacheco@bloomberg.net
palegre1@bloomberg.net
palgreen@bloomberg.net
palmewar@bloomberg.net

paltichieri@bloomberg.net
panquetil@bloomberg.net
paolop@bloomberg.net
paoreilly@bloomberg.net
parchment@bloomberg.net
parens@bloomberg.net
parlavecchia@bloomberg.net
parrotdad@bloomberg.net
paslos3@bloomberg.net
passar@bloomberg.net
pastres@bloomberg.net
pathurley@bloomberg.net
patrikh@bloomberg.net
patty13@bloomberg.net
paulc@bloomberg.net
paulcallan@bloomberg.net
paulfuji@bloomberg.net
paulzack@bloomberg.net
pavitabile@bloomberg.net
pbalakrishna@bloomberg.net
pbbgl@bloomberg.net
pberg3@bloomberg.net
pbolovis@bloomberg.net
pbrain1@bloomberg.net
pbrunell@bloomberg.net
pbsabo@bloomberg.net
pburge@bloomberg.net
pbush@bloomberg.net
pcardon@bloomberg.net
pcarlsen@bloomberg.net
pcasati@bloomberg.net
pcastellano@bloomberg.net
pcolaco1@bloomberg.net
pcollins11@bloomberg.net
pcolwell@bloomberg.net
pcunningham1@bloomberg.net
pdalzell@bloomberg.net
pdearce@bloomberg.net
pdeazambuja@bloomberg.net
pdebraine1@bloomberg.net
pdesury@bloomberg.net
pdf77@bloomberg.net
pdifiore@bloomberg.net
pdillinger@bloomberg.net
pdolci@bloomberg.net
pduddy@bloomberg.net
pecc1@bloomberg.net
pechon@bloomberg.net
perttuh@bloomberg.net
petad@bloomberg.net
peterjan.de.koning@bloomberg.net
peterkelly@bloomberg.net
peterrot@bloomberg.net
petrounakou@bloomberg.net
pfewell@bloomberg.net
pfullerton@bloomberg.net
pgieren@bloomberg.net
pgoodman@bloomberg.net
pgorman4@bloomberg.net
pgorman9@bloomberg.net

pgpking@bloomberg.net
pgrice1@bloomberg.net
pgu1@bloomberg.net
phenry@bloomberg.net
phermann3@bloomberg.net
phguan@bloomberg.net
phillipphil@bloomberg.net
phommeyer3@bloomberg.net
phong7@bloomberg.net
phsaini@bloomberg.net
pibor@bloomberg.net
pic1@bloomberg.net
pieper@bloomberg.net
piergiova@bloomberg.net
piffaretti@bloomberg.net
pillions@bloomberg.net
piqbal@bloomberg.net
pirro@bloomberg.net
piyushg@bloomberg.net
pjn@bloomberg.net
pjvdlinden@bloomberg.net
pkeogan@bloomberg.net
pkruis@bloomberg.net
pkvarn@bloomberg.net
pkz@bloomberg.net
plarkin@bloomberg.net
plebois@bloomberg.net
plecocq@bloomberg.net
plepetit@bloomberg.net
ploffredi@bloomberg.net
ploux@bloomberg.net
plyons2@bloomberg.net
pmaccrone@bloomberg.net
pmagida@bloomberg.net
pmaiorana@bloomberg.net
pmattocks@bloomberg.net
pmatzelle2@bloomberg.net
pmc1111@bloomberg.net
pmeritt@bloomberg.net
pmilora@bloomberg.net
pmortg@bloomberg.net
pnoel@bloomberg.net
ppafort@bloomberg.net
ppalfrey@bloomberg.net
pperrott1@bloomberg.net
ppertusi3@bloomberg.net
pphilen@bloomberg.net
ppillmore@bloomberg.net
ppuig@bloomberg.net
ppv@bloomberg.net
prealdeasua@bloomberg.net
preite@bloomberg.net
priveebond@bloomberg.net
pro9@bloomberg.net
prolt@bloomberg.net
prook@bloomberg.net
prusso@bloomberg.net
pscalisi@bloomberg.net
pschleiffer@bloomberg.net
pschmidt10@bloomberg.net

pschulten2@bloomberg.net
pschulze8@bloomberg.net
psjarvis@bloomberg.net
pstern1@bloomberg.net
pstern2@bloomberg.net
pstoll1@bloomberg.net
psullivan18@bloomberg.net
pthacker@bloomberg.net
ptschuetsche@bloomberg.net
pulin@bloomberg.net
punt@bloomberg.net
puraye@bloomberg.net
pvanderelst@bloomberg.net
pvkane@bloomberg.net
pwhelan1@bloomberg.net
pwilshin@bloomberg.net
pwinfield@bloomberg.net
pwirrer@bloomberg.net
pwynn@bloomberg.net
pyrsch@bloomberg.net
pzlatkovic@bloomberg.net
pzywot@bloomberg.net
qiansheng@bloomberg.net
qnb@bloomberg.net
quekmm@bloomberg.net
qwu@bloomberg.net
qzhang8@bloomberg.net
r.carroll-freile@bloomberg.net
r.scholten@bloomberg.net
r.temperley@bloomberg.net
r.verhoeven@bloomberg.net
r1champion@bloomberg.net
rach@bloomberg.net
rafalinde@bloomberg.net
rafzac@bloomberg.net
ragrimonti@bloomberg.net
rahman@bloomberg.net
rahmanm@bloomberg.net
rainman@bloomberg.net
raivo@bloomberg.net
ramm58@bloomberg.net
ramzans@bloomberg.net
ranastas@bloomberg.net
rangehrn@bloomberg.net
rapper@bloomberg.net
raroberson@bloomberg.net
raschini@bloomberg.net
ravasi@bloomberg.net
ravi.i@bloomberg.net
rbafx@bloomberg.net
rbecker2@bloomberg.net
rbourgeois@bloomberg.net
rcamponovo@bloomberg.net
rcasey1@bloomberg.net
rcordier@bloomberg.net
rcoyle1@bloomberg.net
rcuomo1@bloomberg.net
rcuta1@bloomberg.net
rdauria@bloomberg.it
rdeustachio@bloomberg.net

redli@bloomberg.net
reeve1@bloomberg.net
reiji@bloomberg.net
reim@bloomberg.net
reimmat.ffdb@bloomberg.net
reinhardt44@bloomberg.net
remo.caderas@bloomberg.net
retaildwr@bloomberg.net
reynote@bloomberg.net
rfeiss@bloomberg.net
rferber@bloomberg.net
rfolmer@bloomberg.net
rfornes@bloomberg.net
rfrederes@bloomberg.net
rgadala@bloomberg.net
rgatten1@bloomberg.net
rgengelb@bloomberg.net
rgiliberti1@bloomberg.net
rgiudice4@bloomberg.net
rgomes1@bloomberg.net
rguimara@bloomberg.net
rhabursky@bloomberg.net
rharvey1@bloomberg.net
rhenderson12@bloomberg.net
rhimmo@bloomberg.net
rhofmann@bloomberg.net
rhossli2@bloomberg.net
rhowells@bloomberg.net
richarda@bloomberg.net
richardhill@bloomberg.net
rickboesch@bloomberg.net
rickp@bloomberg.net
rickylaw@bloomberg.net
riskbotm@bloomberg.net
riva@bloomberg.net
rjaamereno@bloomberg.net
rjameson@bloomberg.net
rjandrasits@bloomberg.net
rjensen3@bloomberg.net
rjrpng@bloomberg.net
rkalra@bloomberg.net
rkamali@bloomberg.net
rkaneko@bloomberg.net
rkarlsson1@bloomberg.net
rkazemi@bloomberg.net
rkoop@bloomberg.net
rkusmierski@bloomberg.net
rkuze@bloomberg.net
rlangston@bloomberg.net
rleonard3@bloomberg.net
rlindberg@bloomberg.net
rllewellin@bloomberg.net
rlowe@bloomberg.net
rmahmud@bloomberg.net
rmaura@bloomberg.net
rmediobanca@bloomberg.net
rmirco@bloomberg.net
rn02472@bloomberg.net
rnegi@bloomberg.net
rnoel@bloomberg.net

robbid@bloomberg.net
robbins@bloomberg.net
robbishop@bloomberg.net
roberttw@bloomberg.net
rodrigues@bloomberg.net
rogsuen@bloomberg.net
rohmann@bloomberg.net
roja@bloomberg.net
romanenko.i@bloomberg.net
ronan1@bloomberg.net
ronbrandon@bloomberg.net
rory1@bloomberg.net
roscroft@bloomberg.net
rosenga@bloomberg.net
rosminah@bloomberg.net
rostern@bloomberg.net
rotert@bloomberg.net
rothwep@bloomberg.net
rowedon@bloomberg.net
rpalliser1@bloomberg.net
rpaschke@bloomberg.net
rperfetto@bloomberg.net
rpettafor@bloomberg.net
rpettifour@bloomberg.net
rpotito@bloomberg.net
rppalang@bloomberg.net
rreisenbuechler@bloomberg.net
rrscholl@bloomberg.net
rsach@bloomberg.net
rsajkoski@bloomberg.net
rsandbergen2@bloomberg.net
rsaper@bloomberg.net
rsaussier1@bloomberg.net
rsharp3@bloomberg.net
rshawger@bloomberg.net
rshea3@bloomberg.net
rshep@bloomberg.net
rshino@bloomberg.net
rsora@bloomberg.net
rstarr4@bloomberg.net
rstiles3@bloomberg.net
rstopiak@bloomberg.net
rtfernandez@bloomberg.net
ruizdan@bloomberg.net
rumit@bloomberg.net
rurso1@bloomberg.net
russenberger@bloomberg.net
ruyalves@bloomberg.net
rvaldivia@bloomberg.net
rvannoort1@bloomberg.net
rvrodrigo@bloomberg.net
rvturner@bloomberg.net
rward7@bloomberg.net
rwendt@bloomberg.net
rwijgerse@bloomberg.net
rwilliams@bloomberg.net
rwindle@bloomberg.net
rwoodard11@bloomberg.net
ryandan@bloomberg.net
ryanpowers@bloomberg.net

ryhanen@bloomberg.net
ryiu1@bloomberg.net
ryugin@bloomberg.net
s.bandini@bloomberg.net
s.banerjee@bloomberg.net
s.diop@bloomberg.net
saad@bloomberg.net
saeedmirza@bloomberg.net
safra@bloomberg.net
sagabond@bloomberg.net
sahn7@bloomberg.net
saiz@bloomberg.net
sajjad@bloomberg.net
sakeda@bloomberg.net
saksak1@bloomberg.net
saku1@bloomberg.net
sakumi@bloomberg.net
sal.esposito@bloomberg.net
salawwad@bloomberg.net
salbert@bloomberg.net
salbrecht1@bloomberg.net
salesservi1@bloomberg.net
salesservi2@bloomberg.net
sallang@bloomberg.net
salwabil1@bloomberg.et
sambrogi1@bloomberg.net
samhopkins@bloomberg.net
sandysm@bloomberg.net
sansman.hkdb@bloomberg.net
santamrm@bloomberg.net
sarah.garvan@bloomberg.net
sartigaud@bloomberg.net
sartorim@bloomberg.net
sattpy@bloomberg.net
saurabhsinha@bloomberg.net
saurav@bloomberg.net
saxelsson1@bloomberg.net
sayac@bloomberg.net
sbastien1@bloomberg.net
sbauer@bloomberg.net
sbeck4@bloomberg.net
sbeirne@bloomberg.net
sbkelly@bloomberg.net
sbrambilla@bloomberg.net
sburge2@bloomberg.net
sbuschmann1@bloomberg.net
scalnan@bloomberg.net
scarlsson1@bloomberg.net
scfried@bloomberg.net
schorng@bloomberg.net
schuepbach@bloomberg.net
schung16@bloomberg.net
schurch1@bloomberg.net
schuthel@bloomberg.net
scollett@bloomberg.net
sconaghan1@bloomberg.net
scs3@bloomberg.net
scullen@bloomberg.net
sdabbah@bloomberg.net
sdandrea@bloomberg.net

sdangoor1@bloomberg.net
sdewhurst@bloomberg.net
sdigiorgi1@bloomberg.net
sdilbone@bloomberg.net
sdob1@bloomberg.net
sdonaghue@bloomberg.net
sdroyles@bloomberg.net
sdupslaff@bloomberg.net
sdwang1@bloomberg.net
seamus78@bloomberg.net
seanmac8@bloomberg.net
sebryant@bloomberg.net
sebtrading@bloomberg.net
sebusby@bloomberg.net
seifried.s@bloomberg.net
selfd@bloomberg.net
sengleong@bloomberg.net
sfdd@bloomberg.net
sfillaut@bloomberg.net
sfiresto1@bloomberg.net
sfoley3@bloomberg.net
sforde@bloomberg.net
sgarton@bloomberg.net
sgiacchini1@bloomberg.net
sginsbach@bloomberg.net
sginzburg1@bloomberg.net
sgordon32@bloomberg.net
sgriggs1@bloomberg.net
sguihan@bloomberg.net
sguinoiseau@bloomberg.net
shaggerty19@bloomberg.net
shags@bloomberg.net
shall3@bloomberg.net
shanna2@bloomberg.net
shansen5@bloomberg.net
sharonbell@bloomberg.net
shaunl@bloomberg.net
shd_stef@bloomberg.net
sheekeen@bloomberg.net
sheky@bloomberg.net
shelms@bloomberg.net
shenkar@bloomberg.net
sheps@bloomberg.net
shimamimcb@bloomberg.net
shimizut1@bloomberg.net
shinton2@bloomberg.net
shinyat@bloomberg.net
shizintl@bloomberg.net
shochu02@bloomberg.net
shoconnell@bloomberg.net
sholt1@bloomberg.net
shong8@bloomberg.net
shoufu@bloomberg.net
sicdb@bloomberg.net
sicpl@bloomberg.net
sidi@bloomberg.net
sieder@bloomberg.net
silkcut@bloomberg.net
simma.lndb@bloomberg.net
sinirene@bloomberg.net

sionoid@bloomberg.net
sisaacsl@bloomberg.net
sit3@bloomberg.net
sjagst@bloomberg.net
sjlake@bloomberg.net
sjmiller@bloomberg.net
sjmonissen@bloomberg.net
sjs1@bloomberg.net
sjs53@bloomberg.net
skatz2@bloomberg.net
skawabe@bloomberg.net
skayser@bloomberg.net
skhatri@bloomberg.net
skippyc@bloomberg.net
skmjapan@bloomberg.net
sknapp@bloomberg.net
sknappe@bloomberg.net
skoeckerling@bloomberg.net
skofol.lndb@bloomberg.net
skoga@bloomberg.net
skorn@bloomberg.net
skowronski.d@bloomberg.net
skrilcic@bloomberg.net
skyhawk@bloomberg.net
slampman@bloomberg.net
slawekp@bloomberg.net
slawry@bloomberg.net
slbeuro@bloomberg.net
slbond@bloomberg.net
slcasey@bloomberg.net
sleguti@bloomberg.net
slesieur@bloomberg.net
slfoo@bloomberg.net
slolli@bloomberg.net
smatsuno@bloomberg.net
smayor1@bloomberg.net
smcbeth@bloomberg.net
smcdowell@bloomberg.net
smcfeely@bloomberg.net
smelluish2@bloomberg.net
smelzer@bloomberg.net
smessina@bloomberg.net
smezic@bloomberg.net
smiserey@bloomberg.net
smithandy@bloomberg.net
smithbb1@bloomberg.net
smithgary@bloomberg.net
smontobbio@bloomberg.net
smorley@bloomberg.net
smuspratt1@bloomberg.net
smyojin@bloomberg.net
snarui@bloomberg.net
snjnara@bloomberg.net
snlnxn@bloomberg.net
snoss1@bloomberg.net
snowbond@bloomberg.net
soccer5@bloomberg.net
someya1@bloomberg.net
sondrioev@bloomberg.net
sondriolb@bloomberg.net

songjinzhi@bloomberg.net
songjo@bloomberg.net
sophied@bloomberg.net
spalmer7@bloomberg.net
spar1@bloomberg.net
spei1@bloomberg.net
spena@bloomberg.net
spencert@bloomberg.net
speng7@bloomberg.net
sperotto@bloomberg.net
spersico@bloomberg.com
spham1@bloomberg.net
sphilebrown@bloomberg.net
spmmam@bloomberg.net
spr1@bloomberg.net
srad@bloomberg.net
srock@bloomberg.net
srodgers3@bloomberg.net
srossi@bloomberg.net
srossi5@bloomberg.net
srudland2@bloomberg.net
ssabbagh4@bloomberg.net
ssampaoli@bloomberg.net
ssanders@bloomberg.net
ssangiovann1@bloomberg.net
ssanny@bloomberg.net
sschmidt14@bloomberg.net
sschumm@bloomberg.net
sseaby@bloomberg.net
ssheng@bloomberg.net
ssimmons15@bloomberg.net
ssjoholm@bloomberg.net
sspada@bloomberg.net
ssutton@bloomberg.net
sszorzoli@bloomberg.net
standardfed@bloomberg.net
st-antoine@bloomberg.net
stavri@bloomberg.net
stcmmuni@bloomberg.net
stephensm@bloomberg.net
sternda@bloomberg.net
sterneagee@bloomberg.net
steshigawara@bloomberg.net
stevencario@bloomberg.net
stigfal@bloomberg.net
stodagishi@bloomberg.net
stopyra@bloomberg.net
stpang@bloomberg.net
str@bloomberg.net
stricknerg@bloomberg.net
stripsbob@bloomberg.net
strueber@bloomberg.net
stuarta@bloomberg.net
studee@bloomberg.net
stufi@bloomberg.net
suchun.ma@bloomberg.net
suezz@bloomberg.net
sugarkit@bloomberg.net
suikboon@bloomberg.net
sulbrich@bloomberg.net

sunlu@bloomberg.net
supportfi@bloomberg.net
surline@bloomberg.net
svalverde@bloomberg.net
svkwok@bloomberg.net
swangseb@bloomberg.net
swicken@bloomberg.net
swillmes@bloomberg.net
swpark@bloomberg.net
swsi@bloomberg.net
swteo@bloomberg.net
sxrogers@bloomberg.net
syafiq@bloomberg.net
sysun@bloomberg.net
szauske@bloomberg.net
szmidt@bloomberg.net
t.hempel@bloomberg.net
t.leonard@bloomberg.net
t.miyazaki@bloomberg.net
t318142@bloomberg.net
t320781@bloomberg.net
tacrr@bloomberg.net
tada.ino@bloomberg.net
tadams2@bloomberg.net
tafat@bloomberg.net
taic@bloomberg.net
taitjam@bloomberg.net
takumatsuda@bloomberg.net
tamyg@bloomberg.net
tanaken@bloomberg.net
tandersen@bloomberg.net
tandl@bloomberg.net
tartwell@bloomberg.net
tata1@bloomberg.net
tb2@bloomberg.net
tbc2@bloomberg.net
tbeben@bloomberg.net
tblack@bloomberg.net
tboettger1@bloomberg.net
tbouchard1@bloomberg.net
tboy1@bloomberg.net
tbruseh@bloomberg.net
tcampbell14@bloomberg.net
tcappella@bloomberg.net
tchester@bloomberg.net
tchrestman@bloomberg.net
tcon@bloomberg.net
tcquek@bloomberg.net
tcurrier2@bloomberg.net
tdemeyer@bloomberg.net
tdesouza@bloomberg.net
tdickin@bloomberg.net
tdjones@bloomberg.net
tedfarrell@bloomberg.net
tegreen5@bloomberg.net
templetonrio@bloomberg.net
temurray1@bloomberg.net
tenomoto2@bloomberg.net
tepper@bloomberg.net
terraze@bloomberg.net

terrymorgan@bloomberg.net
tetdan@bloomberg.net
tfarm@bloomberg.net
tfelker@bloomberg.net
tferrer@bloomberg.net
tfukushima3@bloomberg.net
tgaylord1@bloomberg.net
thaiss@bloomberg.net
thannafin@bloomberg.net
thayere@bloomberg.net
thefriedster@bloomberg.net
theokraan@bloomberg.net
thias@bloomberg.net
thierrydiana@bloomberg.net
thoffmann@bloomberg.net
thomas_mann@bloomberg.net
thowes@bloomberg.net
thschneider@bloomberg.net
thutchinson@bloomberg.net
thyge@bloomberg.net
tiend@bloomberg.net
tifkuo1@bloomberg.net
tilsond@bloomberg.net
tim1@bloomberg.net
timalb@bloomberg.net
timbsi@bloomberg.net
timothys@bloomberg.net
tironi@bloomberg.net
tisch@bloomberg.net
titoli1@bloomberg.net
titschrivero@bloomberg.net
tiwamoto@bloomberg.net
tjab@bloomberg.net
tjester@bloomberg.net
tjones8@bloomberg.net
tjthomas@bloomberg.net
tkcho@bloomberg.net
tkearney4@bloomberg.net
tkihara@bloomberg.net
tklingman@bloomberg.net
tlamar@bloomberg.net
tlindemann@bloomberg.net
tlunde2@bloomberg.net
tlynch12@bloomberg.net
tmcginnis@bloomberg.net
tmckee@bloomberg.net
tmeichl1@bloomberg.net
tmermagen@bloomberg.net
tmomose@bloomberg.net
tmorgan55@bloomberg.net
tmueller8@bloomberg.net
tmullin1@bloomberg.net
tmurphy01@bloomberg.net
tnak@bloomberg.net
tobruns@bloomberg.net
tohnakamura@bloomberg.net
tohpat@bloomberg.net
tokaigolf@bloomberg.net
tokugin@bloomberg.net
tomaszp@bloomberg.net

tomaszw@bloomberg.net
tomin@bloomberg.net
tomin2@bloomberg.net
tomin4@bloomberg.net
tomriva@bloomberg.net
t-onaka@bloomberg.net
tonychan07@bloomberg.net
tonydoyle@bloomberg.net
took@bloomberg.net
topfund@bloomberg.net
toronia@bloomberg.com
torresmi@bloomberg.net
tosato@bloomberg.net
towerdoug@bloomberg.net
tpalumbo@bloomberg.net
tpantas1@bloomberg.net
tpastorello@bloomberg.net
tperez5@bloomberg.net
tperman@bloomberg.net
tradetower@bloomberg.net
treasurytop@bloomberg.net
trekatz@bloomberg.net
tribs@bloomberg.net
tridgway@bloomberg.net
trjv@bloomberg.net
trkevhan@bloomberg.net
tromanow@bloomberg.net
trossano@bloomberg.net
trothe@bloomberg.net
trotte@bloomberg.net
trussardi@bloomberg.net
tsabu@bloomberg.net
tshishido@bloomberg.net
tsidorenko@bloomberg.net
tsikora2@bloomberg.net
tsilva1@bloomberg.net
tstudds4@bloomberg.net
tsullivan6@bloomberg.net
tsutsui@bloomberg.net
tswadling@bloomberg.net
tswift@bloomberg.net
tsygl3@bloomberg.net
ttatekawa@bloomberg.net
ttokita@bloomberg.net
ttomizzi2@bloomberg.net
ttresigne1@bloomberg.net
ttsyjm5@bloomberg.net
tullke.lndb@bloomberg.net
tune@bloomberg.net
turner8@bloomberg.net
twain@bloomberg.net
twania@bloomberg.net
twinklmann@bloomberg.net
tzh@bloomberg.net
tzul@bloomberg.net
u.gormanns@bloomberg.net smtp
u22863cgak@bloomberg.net
uberner@bloomberg.net
ubk@bloomberg.net
ubpce@bloomberg.net

uebepa.ffdb@bloomberg.net
uebrva@bloomberg.net
uecgto@bloomberg.net
uechve@bloomberg.net
ufugmann@bloomberg.net
ujsung@bloomberg.net
ulriksenh@bloomberg.net
v2@bloomberg.net
valbano@bloomberg.net
valcourthere@bloomberg.net
vanreeth@bloomberg.net
varnold@bloomberg.net
vbonte1@bloomberg.net
vbosch@bloomberg.net
vboukhantsev@bloomberg.net
vchiu2@bloomberg.net
veehoo@bloomberg.net
velasco@bloomberg.net
vfumagalli@bloomberg.net
vgor1@bloomberg.net
vhouxelle@bloomberg.com
vicknesan@bloomberg.net
victor.koh@bloomberg.net
virwin@bloomberg.net
visser81@bloomberg.net
vittof@bloomberg.net
vmat@bloomberg.net
vmilev@bloomberg.net
vmurray48@bloomberg.net
vnatu@bloomberg.net
vocfra@bloomberg.net
volkanarslan@bloomberg.net
vols1@bloomberg.net
voutlaw1@bloomberg.net
vpanteri@bloomberg.net
vpb-weh@bloomberg.net
vtanqueray@bloomberg.net
vtlux1@bloomberg.net
vwillard@bloomberg.net
w090689@bloomberg.net
waelchli@bloomberg.net
wakeup@bloomberg.net
wallaby@bloomberg.net
walshkm@bloomberg.net
walter7557@bloomberg.net
walzak@bloomberg.net
wang.hoimin@bloomberg.net
wangtong@bloomberg.net
wangyanboc@bloomberg.net
wareshmd@bloomberg.net
wassup@bloomberg.net
wasylnbpp@bloomberg.net
wawalker@bloomberg.net
waynef@bloomberg.net
wboustead1@bloomberg.net
wby@bloomberg.net
wchambers@bloomberg.net
wcheng4@bloomberg.net
wchun1@bloomberg.net
wdenehy1@bloomberg.net

| | | |
|---|---|---|
| wdnewby@bloomberg.net | yam.r@bloomberg.net | ramon.tol@blueskygroup.nl |
| wdunbar@bloomberg.net | yanan@bloomberg.net | claude.braginsky@bluevalor.com |
| websterh@bloomberg.net | yariv@bloomberg.net | arne@bluewin.ch |
| weemeng1@bloomberg.net | yasinleen@bloomberg.net | h.j.baumann@bluewin.ch |
| weidenbach@bloomberg.net | yastakeda@bloomberg.net | martin.klement@bluewin.ch |
| weigelt@bloomberg.net | yasugi@bloomberg.net | rolf.biland.abpk@bluewin.ch |
| well3@bloomberg.net | yati@bloomberg.net | sun7@bluewin.ch |
| wellerwu@bloomberg.net | ybierre@bloomberg.net | valcourt@bluewin.ch |
| wells@bloomberg.net | ycb0142@bloomberg.net | laurent.dutoit@blvk.ch |
| wernerc@bloomberg.net | ydenisov@bloomberg.net | margrit.teuscher@blvk.ch |
| wfowler4@bloomberg.net | yeisen@bloomberg.net | martin.willi@blvk.ch |
| wfrazier2@bloomberg.net | yfairouz@bloomberg.net | theo.tillmann@blvk.ch |
| wgilder1@bloomberg.net | yfujimoto@bloomberg.net | atmendez@blx.com |
| wgzmarkets@bloomberg.net | yichou@bloomberg.net | eho@blx.com |
| whalas@bloomberg.net | yingdai@bloomberg.net | jcadley@blx.com |
| whartford@bloomberg.net | yjyoon55@bloomberg.net | mmejia@blx.com |
| whbivs@bloomberg.net | ykonishi3@bloomberg.net | schen@blx.com |
| willow2@bloomberg.net | ykuru1@bloomberg.net | ubidkar@blx.com |
| wilson.wong@bloomberg.net | ymarhic2@bloomberg.net | vmojica@blx.com |
| winkworthg@bloomberg.net | ymbk2@bloomberg.net | bahar@bma.gov.bh |
| winstar@bloomberg.net | ymiteva2@bloomberg.net | buhijji@bma.gov.bh |
| winstonlu@bloomberg.net | ynwen@bloomberg.net | albert.kittaneh@bmb.com.bh |
| wispy@bloomberg.net | yoelm@bloomberg.net | mahran.najeeb@bmb.com.bh |
| wjf3@bloomberg.net | yoni.s@bloomberg.net | brian_huddleston@bmc.com |
| wkasmc@bloomberg.net | yozaki2@bloomberg.net | chet_fenner@bmc.com |
| wkuan1@bloomberg.net | yravai-mans@bloomberg.net | corey_walsh@bmc.com |
| wlan@bloomberg.net | yshilo@bloomberg.net | derrick_vializ@bmc.com |
| wlee20@bloomberg.net | yting@bloomberg.net | kip_noser@bmc.com |
| wmaloney@bloomberg.net | ytomballe@bloomberg.net | al.abusharif@bmo.com |
| wmccleary1@bloomberg.net | yuanchen@bloomberg.net | alan.mcintyre@bmo.com |
| wmendes@bloomberg.net | zaccaro1@bloomberg.net | amanda.bernhard@bmo.com |
| wobrien9@bloomberg.net | zafarkhan@bloomberg.net | andrew.jones2@bmo.com |
| wongvicky@bloomberg.net | zapin@bloomberg.net | andy.kanfer@bmo.com |
| woschenko@bloomberg.net | zc@bloomberg.net | annmarie.brown@bmo.com |
| wpace1@bloomberg.net | zdalloul@bloomberg.net | anthony.zarmakoupis@bmo.com |
| wpaul@bloomberg.net | zdichynec@bloomberg.net | barney.bonekamp@bmo.com |
| wpaulini@bloomberg.net | zeevdani@bloomberg.net | barry.monks@bmo.com |
| wplei@bloomberg.net | zeidan1@bloomberg.net | bart.gromada@bmo.com |
| wramette@bloomberg.net | zenaya.lndb@bloomberg.net | bart.steenbergen@bmo.com |
| wrighte@bloomberg.net | zorrozoe@bloomberg.net | ben.carter@bmo.com |
| wsadozai@bloomberg.net | zshao@bloomberg.net | besnik.skenderi@bmo.com |
| wsalvage@bloomberg.net | ztsong@bloomberg.net | betty.au@bmo.com |
| wshare1@bloomberg.net | zubeldia@bloomberg.net | brad.reid@bmo.com |
| wusaibbrun@bloomberg.net | zweverink@bloomberg.net | bret.blanton@bmo.com |
| wweibel@bloomberg.net | zwojczakowsk@bloomberg.net | bryan.wilson@bmo.com |
| wwindy@bloomberg.net | zwokczakowsk@bloomberg.net | charles.horn@bmo.com |
| wwong81@bloomberg.net | scaruso@bloombet.net | chris.luke@bmo.com |
| wzbkih@bloomberg.net | bseton@bloomerg.net | christine.tekker@bmo.com |
| wzbpzf@bloomberg.net | rmr@bloomerg.net | christophe.campagne@bmo.com |
| xanthopoulos@bloomberg.net | tgraffeo@bloomerg.net | christopher.currer@bmo.com |
| xbmarvin@bloomberg.net | r.weiss@blpk.ch | craig.ingram@bmo.com |
| xhzhao@bloomberg.net | sstuckey@blubonnetsavings.com | craig.leveille@bmo.com |
| xiaojian@bloomberg.net | chollon@bluebonnetsavings.com | dale.richardson@bmo.com |
| xmeng@bloomberg.net | cratliff@bluebonnetsavings.com | dan.atack@bmo.com |
| xqyuan@bloomberg.net | kthiebaud@bluebonnetsavings.com | dave.gaudette@bmo.com |
| xxu15@bloomberg.net | ssmith@bluebonnetsavings.com | david.binning@bmo.com |
| xyli@bloomberg.net | mike@bluefintrading.com | david.mansfield@bmo.com |
| yab2@bloomberg.net | marcel.blom@blueskygroup.nl | david.oelke@bmo.com |
| yabing@bloomberg.net | mark.geene@blueskygroup.nl | derek.shewring@bmo.com |
| yal-hassawi@bloomberg.net | peter.bajema@blueskygroup.nl | donna.morlock@bmo.com |

| | | |
|---|---|---|
| douglas.blythe@bmo.com | martin.deschenes@bmo.com | uri.snir@bmo.com |
| ed.solari@bmo.com | mel.mistry@bmo.com | valentine.dsouza@bmo.com |
| edward.harvey@bmo.com | michael.rowe@bmo.com | vipul.kadakia@bmo.com |
| elena.perez@bmo.com | mike.fisher@bmo.com | walt.ebner@bmo.com |
| elie.azar@bmo.com | mike.leong@bmo.com | wei.he@bmo.com |
| eric.bergstrom@bmo.com | monica.bonar@bmo.com | abid.chaudry@bmonb.com |
| eric.lindstrom@bmo.com | monique.srivastava@bmo.com | alan.stoddart@bmonb.com |
| ernie.porchetta@bmo.com | mukesh.sharma@bmo.com | amanda.lickorish@bmonb.com |
| ezio.dadalt@bmo.com | naeff.waqar@bmo.com | anthony.harris@bmonb.com |
| farhad.shishbiradaran@bmo.com | nancy.braun@bmo.com | bish.koziol@bmonb.com |
| finbarr.farrell@bmo.com | nicholas.chan@bmo.com | bob.galvin@bmonb.com |
| firas.askari@bmo.com | nicholas.neary@bmo.com | bob.nguyen@bmonb.com |
| florence.chen@bmo.com | nick.howell@bmo.com | brian.archdekin@bmonb.com |
| francis.kestler@bmo.com | ovidiu.sandu@bmo.com | carmine.difederico@bmonb.com |
| frank.jones@bmo.com | owen.oneill@bmo.com | darren.campbell@bmonb.com |
| frankie.li@bmo.com | paul.knobl@bmo.com | dave.kucera@bmonb.com |
| gary.lipinski@bmo.com | paul.secchia@bmo.com | david.leschied@bmonb.com |
| geethan.rayan@bmo.com | peter.kruslak@bmo.com | david.sloper@bmonb.com |
| gene.jong@bmo.com | philippe.sarfati@bmo.com | dennis.foley@bmonb.com |
| geoffrey.mcconnell@bmo.com | piper.kerr@bmo.com | desmond.solomon@bmonb.com |
| gerald.moore@bmo.com | prudy.lo@bmo.com | divyesh.chotalia@bmonb.com |
| greg.walker@bmo.com | radu.tunaru@bmo.com | doris.lem@bmonb.com |
| henry.sanchez@bmo.com | rahul.garga@bmo.com | franco.carelli@bmonb.com |
| hitesh.dharamshi@bmo.com | rajeev.patil@bmo.com | fundingdesk@bmonb.com |
| ian.clare@bmo.com | raymond.fung@bmo.com | gary.bramfitt@bmonb.com |
| ian.jones@bmo.com | rebecca.scharffe@bmo.com | gary.hulbert@bmonb.com |
| ilona.nichols@bmo.com | rejeev.patel@bmo.com | godefroy.tessier@bmonb.com |
| jack.kane@bmo.com | richard.mcclorey@bmo.com | greg.zaludek@bmonb.com |
| jackie.morris@bmo.com | richard.moreland@bmo.com | helen.corbett@bmonb.com |
| james.schuler@bmo.com | richard.muruve@bmo.com | james.kent@bmonb.com |
| jason.park@bmo.com | rick.brown@bmo.com | james.wong@bmonb.com |
| jean.gagnon@bmo.com | rina.yoo@bmo.com | jamie.weiss@bmonb.com |
| jeanne.mancheff@bmo.com | rob.johnston@bmo.com | jamie.wise@bmonb.com |
| jennifer.richards@bmo.com | rob.white@bmo.com | jim.halliday@bmonb.com |
| jerry.connor@bmo.com | robert.digangi@bmo.com | joanne.newman@bmonb.com |
| jo.carral@bmo.com | robert.kaplan@bmo.com | katrina.rempel@bmonb.com |
| joanne.wright@bmo.com | robert.nigro@bmo.com | keith.edwards@bmonb.com |
| joel.prussky@bmo.com | robin.das@bmo.com | kevin.fong@bmonb.com |
| joel.salloum@bmo.com | rod.wilmer@bmo.com | kyle.macgregor@bmonb.com |
| john.kaslyn@bmo.com | rohit.kapur@bmo.com | lino.morra@bmonb.com |
| john.kwan@bmo.com | ron.bailey@bmo.com | lou.galassini@bmonb.com |
| john.mcauliffe@bmo.com | sam.chui@bmo.com | mark.geller@bmonb.com |
| jolway.li@bmo.com | scott.purdy@bmo.com | nels.anderson@bmonb.com |
| jonathan.jacob@bmo.com | shawn.robb@bmo.com | nick.linder@bmonb.com |
| jordon.lupu@bmo.com | simon.gellett@bmo.com | omerdugas@bmonb.com |
| joseph.tamboli@bmo.com | simon.watkins@bmo.com | pacronin@bmonb.com |
| jude.swampilli@bmo.com | simon_broxham@bmo.com | pam.gilkes@bmonb.com |
| justin.london@bmo.com | snehal.pathak@bmo.com | patrick.kearns@bmonb.com |
| karin.walchshofer@bmo.com | soren.christensen@bmo.com | paul.rhude@bmonb.com |
| kolin.mccarter@bmo.com | stevan.maglic@bmo.com | peter.marchant@bmonb.com |
| kulvinder.sindhu@bmo.com | steve.matsuo@bmo.com | puneet.kohli@bmonb.com |
| leilani.rutherford@bmo.com | steve.santa-maria@bmo.com | rick.bryan@bmonb.com |
| lem.seabrook@bmo.com | steve.turley@bmo.com | shael.kalef@bmonb.com |
| linda.park@bmo.com | sue.devereux@bmo.com | sonnie.ayere@bmonb.com |
| linda.watts@bmo.com | susan.chang-hong@bmo.com | spencer.pitcher@bmonb.com |
| lori.marchildon@bmo.com | sylvain.fritsch@bmo.com | stephen.church@bmonb.com |
| lorne.gavsie@bmo.com | thomas.dzakowic@bmo.com | steveproctor@bmonb.com |
| lovisa.mccallum@bmo.com | timothy.dorey@bmo.com | stuart.kraft@bmonb.com |
| manuel.delossantos@bmo.com | timothy.hanson@bmo.com | tim.wong@bmonb.com |
| mark.tuite@bmo.com | tom.kotsopoulos@bmo.com | todd.houghton@bmonb.com |

tom.ormesher@bmonb.com
tony.decrescentiis@bmonb.com
tony.sevsek@bmonb.com
martin.davies@bmond.com
anup.marda@bms.com
bruce.wendel@bms.com
carly.ferraro@bms.com
darren.alkins@bms.com
dima.sakkab@bms.com
gladys.fung@bms.com
graham.brazier@bms.com
jack.geltosky@bms.com
james.foley@bms.com
jason.woerz@bms.com
jeffrey.ives@bms.com
john.beecham@bms.com
kate.pingitore@bms.com
kathleen.semet@bms.com
kristen.vonseggern@bms.com
lorraine.neabor@bms.com
lynn.lewis@bms.com
lynne.croucher@bms.com
mark.rothwell@bms.com
mathieu.aussermeier@bms.com
michael.meebus@bms.com
pierluigi.antonelli@bms.com
rajiv.dave@bms.com
robert.ewers@bms.com
sujinta.lin@bms.com
tamar.howson@bms.com
terry.lo@bms.com
tod.fairbanks@bms.com
valerie.brown@bms.com
vassili.kotlov@bms.com
vlad.kolpakov@bms.com
yi-mei.lu@bms.com
apilch@bmtc.com
ulrich.seldeslachts@bmv.be
christian.feilmeier@bmw.de
dagobert.autering@bmw.de
elmar.steurer@bmw.de
harald.undis@bmw.de
karl.ertl@bmw.de
mariejeanne.kerschkamp@bmw.de
martin.nellen@bmw.de
mirjam.scherle@bmw.de
peter.studtrucker@bmw.de
peter.wagenhaeuser@bmw.de
ralf.edelmann@bmw.de
torsten.schuessler@bmw.de
thomas.rentschler@bmwgroup.com
barbara.boucher@tres.bnc.ca
benoit.desbiens@tres.bnc.ca
chris.farah@tres.bnc.ca
daniel.baillet@tres.bnc.ca
dave.hand@tres.bnc.ca
david.mcauliffe@tres.bnc.ca
denis.parisien@tres.bnc.ca
dominic.dion@tres.bnc.ca
etienne.dubuc@tres.bnc.ca

francis.marois@tres.bnc.ca
jean.baram@tres.bnc.ca
jean-francois.ipwan@tres.bnc.ca
jeanpatrick.poulin@tres.bnc.ca
john.martin@tres.bnc.ca
leila.khessairi@tres.bnc.ca
manoj.karia@tres.bnc.ca
martin.gagnon@tres.bnc.ca
martin.ouellet@tres.bnc.ca
mathieu.germain@tres.bnc.ca
michael.lee@tres.bnc.ca
nbc-corp@tres.bnc.ca
olivier.tripard@tres.bnc.ca
pierre.delisle@tres.bnc.ca
puneet.kohli@tres.bnc.ca
robert.hesselbo@tres.bnc.ca
samir.bentekaya@tres.bnc.ca
stephane.dupuis@tres.bnc.ca
stephanie.scott@tres.bnc.ca
william.bonnell@tres.bnc.ca
boutros.klink@bncga.com
alex.wilson@bng.nl
capital.markets@bng.nl
freek.bravenboer@bng.nl
hans.moerman@bng.nl
john.reichardt@bng.nl
tiemo.wesseling@bng.nl
tim.segboer@bng.nl
uden@bng.nl
aviva.amrami@bnhp.co.il
eli.yones@bnhp.co.il
yosef.yarom@bnhp.co.il
andi.rachmarelawandi@bni.co.id
evita.kusumawati@bni.co.id
fayadri@bni.co.id
hendri.wijaya@bni.co.id
hindria.listyadi@bni.co.id
idham.runizam@bni.co.id
iwan.kurniawan@bni.co.id
octhan.akbar@bni.co.id
santosa@bni.co.id
sigit.pramono@bni.co.id
tauhidin.ananda@bni.co.id
trspmd03@bni.co.id
yulies.kanti@bni.co.id
trs@bnihk.com
colin.hall@bnl.com
marino.cucca@bnl.com
adapuzzo@bnlmail.com
alan.seacombe@bnlmail.com
albert.bove@bnlmail.com
alessandra.mastrota@bnlmail.com
alessandra.rossato@bnlmail.com
alessandro.cataldi@bnlmail.com
alessandro.discala@bnlmail.com
alessandro.napolitano@bnlmail.com
andrea.pomes@bnlmail.com
anna.rosati@bnlmail.com
annarita.consalvi@bnlmail.com
antonio.anselmi@bnlmail.com

antonio.colavolpe@bnlmail.com
antonio.saolini@bnlmail.com
cantarini.marco@bnlmail.com
carlo.micarelli@bnlmail.com
ciro.parisi@bnlmail.com
claudia.tempesta@bnlmail.com
cristiano.castellani@bnlmail.com
daniele.caporaletti@bnlmail.com
david.willmer@bnlmail.com
domenico.bellocco@bnlmail.com
donna.laspina@bnlmail.com
eduardo.palazzo@bnlmail.com
emanuele.bertotto@bnlmail.com
eugenio.cerioni@bnlmail.com
fabrizia.semboloni@bnlmail.com
fabrizio.vallone@bnlmail.com
federico.cornelli@bnlmail.com
flora.giovannetti@bnlmail.com
francesco.giovagnoni@bnlmail.com
franco.autizi@bnlmail.com
franco.dimario@bnlmail.com
gennaro.viscusi@bnlmail.it
giada.sonego@bnlmail.com
gianluca.almi@bnlmail.com
gianluca.magnocavallo@bnlmail.com
gianluca.moltoni@bnlmail.com
gino.rubbi@bnlmail.com
giovanni.chiovini@bnlmail.com
giulia.billard@bnlmail.com
giuliana.giorgio@bnlmail.com
giuliana.luzi@bnlmail.com
giuseppe.canzoneri@bnlmail.com
guido.grossi@bnlmail.com
james.dolby@bnlmail.com
jennine.sogluizzo@bnlmail.com
jesse.torres@bnlmail.com
juan.cortes@bnlmail.com
laura.compagnoni@bnlmail.com
loredana.tarsia@bnlmail.com
luca.albanesi@bnlmail.com
luca.arcangeli@bnlmail.com
lucio.conti@bnlmail.com
massimo.celi@bnlmail.com
massimo.giocondi@bnlmail.com
massimo.massaro@bnlmail.com
mauro.parisse@bnlmail.com
milena.biasini@bnlmail.com
paolo.baeli@bnlmail.com
paolo.tesoro@bnlmail.com
patrick.corkery@bnlmail.com
pierfranco.dimuro@bnlmail.com
robert.lisi@bnlmail.com
samuela.sacchi@bnlmail.com
silvia.guerriero@bnlmail.com
simona.delgreco@bnlmail.com
simone.francazi@bnlmail.com
stephen.byrne@bnlmail.com
tony.scrimali@bnlmail.com
aashah@bnm.gov.my
adam@bnm.gov.my

| | | |
|---|---|---|
| adnan@bnm.gov.my | shasha@bnm.gov.my | alexandre.bernard@bnpparibas.com |
| adrian@bnm.gov.my | sofia@bnm.gov.my | alexandre.deruaz@bnpparibas.com |
| adrienne@bnm.gov.my | soo@bnm.gov.my | alexandre.horiszny@bnpparibas.com |
| afaizal@bnm.gov.my | sujay@bnm.gov.my | alexandre.roques@bnpparibas.com |
| aimran@bnm.gov.my | syafiq@bnm.gov.my | alexandre.vigier@bnpparibas.com |
| alexteoh@bnm.gov.my | sygoh@bnm.gov.my | alham.abakhti@bnpparibas.com |
| alma@bnm.gov.my | teychunmaw@bnm.gov.my | ali.bissat@bnpparibas.com |
| amycheng@bnm.gov.my | tohsengg@bnm.gov.my | ali.hobballah@bnpparibas.com |
| anazmi@bnm.gov.my | vikram@bnm.gov.my | alice.jyichampenois@bnpparibas.com |
| anuar@bnm.gov.my | virginie@bnm.gov.my | alkesh.patel@bnpparibas.com |
| ariani@bnm.gov.my | wailocke@bnm.gov.my | amandine.ecobichon@bnpparibas.com |
| arwina@bnm.gov.my | ynmooi@bnm.gov.my | amaury.deternay@bnpparibas.com |
| ashraf@bnm.gov.my | yusof@bnm.gov.my | amel.berkane@bnpparibas.com |
| audrey@bnm.gov.my | zaff@bnm.gov.my | amine.drhimeur@bnpparibas.com |
| azam@bnm.gov.my | zani@bnm.gov.my | andrea.rutigliani@bnpparibas.com |
| azmanali@bnm.gov.my | zulfadzlie@bnm.gov.my | andrew.freris@bnpparibas.com |
| azzahir@bnm.gov.my | zulfiqar@bnm.gov.my | andrew.mcconnell@bnpparibas.com |
| bkisma@bnm.gov.my | clafrogne@bnp.fr | andy.gabor@americas.bnpparibas.com |
| bknasr@bnm.gov.my | ewomansson@bnp.fr | angela.billick@bnpparibas.com |
| bylee@bnm.gov.my | jtereshenko@bnp.com | angelika.molak@americas.bnpparibas.com |
| chiew@bnm.gov.my | pmarchessaux@bnp.fr | angus.duncan@americas.bnpparibas.com |
| chowts@bnm.gov.my | serge.desrayaud@americas.bnpparibas.com | ann.chuang@asia.bnpparibas.com |
| cksee@bnm.gov.my | bernard.dennery@bnpfp.com | anna.badura@bnpparibas.com |
| dalila@bnm.gov.my | agnes.pfertzel@bnpgroup.com | anna.noonan@bnpparibas.com |
| dave@bnm.gov.my | alain.poirson@bnpgroup.com | anna.simons@bnpparibas.com |
| durai@bnm.gov.my | brigitte.o"loghen@bnpgroup.com | annabelle.libeau@bnpparibas.com |
| farahhanim@bnm.gov.my | chantal.amant@bnpgroup.com | anne.demontrond@bnpparibas.com |
| hafizul@bnm.gov.my | christophe.gouelo@bnpgroup.co | anne.froideval@bnpparibas.com |
| haliza@bnm.gov.my | claire.pereira@bnpgroup.com | anne.wong@asia.bnpparibas.com |
| hamid@bnm.gov.my | daniel.grnier@bnpgroup.com | anne-selime.demurard@bnpparibas.com |
| hangtuah@bnm.gov.my | emmanuel.heurtierr@bnpgroup.com | annie-claude.horvilleur@bnpparibas.com |
| harrish@bnm.gov.my | laurant.attali@bnpgroup.com | anthony.finan@bnpparibas.com |
| haszeri@bnm.gov.my | laurent.dulout@bnpgroup.com | anthony.hayot@uk.bnpparibas.com |
| hazimi@bnm.gov.my | marc.campi@bnpgroup.com | anthony.shrubb@bnpparibas.com |
| idham@bnm.gov.my | martin.robins@bnpgroup.com | antoine.chausson@bnpparibas.com |
| iqbal@bnm.gov.my | maurice.bennett@bnpgroup.com | antoine.furcy@bnpparibas.com |
| jamil@bnm.gov.my | paul.forestier@bnpgroup.com | antonio.bertone@bnpparibas.com |
| julian@bnm.gov.my | philippe.meurice@bnpgroup.com | ariel.blumencwejg@americas.bnpparibas.com |
| julinda@bnm.gov.my | pierre.fourrier@bnpgroup.com | arnaud.lacroix@bnpparibas.com |
| kamil@bnm.gov.my | pierre.mathieu@bnpgroup.com | arnaud.musy@bnpparibas.com |
| khai@bnm.gov.my | pierre.nguyen@bnpgroup.com | ashid.mahmood@bnpparibas.com |
| lal@bnm.gov.my | sarah.hollands@bnpgroup.com | ashleyjayne.turns@uk.bnpparibas.com |
| lokman@bnm.gov.my | simon.coates@bnpgroup.com | ashok.outtandy@bnpparibas.com |
| mahen@bnm.gov.my | yves.fournier@bnpgroup.com | atul.patel@americas.bnpparibas.com |
| mashraf@bnm.gov.my | lloyd.plenty@bnp.com | ayal.cohen@bnpparibas.com |
| mdhafiz@bnm.gov.my | mike.weinberg@americas.bnppari | barbara.cohen@bnpparibas.com |
| mdnazri@bnm.gov.my | adam.albin@americas.bnpparibas.com | barbara.emmerson@bnpparibas.com |
| mfairuz@bnm.gov.my | adam.gage@bnpparibas.com | baudouin.prot@bnpparibas.com |
| muhaizam@bnm.gov.my | adina.grigoriu@bnpparibas.com | beatrice.belorgey@bnpparibas.com |
| muizz@bnm.gov.my | agnes.desruelle@bnpparibas.com | beatrice.mignard@bnpparibas.com |
| nazrul@bnm.gov.my | ajay.jani@americas.bnpparibas.com | ben.boudraf@bnpparibas.com |
| nirashiny@bnm.gov.my | alain.deforge@bnpparibas.com | benjamin.todres@americas.bnpparibas.com |
| norasalleh@bnm.gov.my | alain.jaques@bnpparibas.com | benoit.dauchez@bnpparibas.com |
| onglm@bnm.gov.my | alain.krief@bnpparibas.com | benoit.juin@bnpparibas.com |
| reza@bnm.gov.my | alain.papiasse@bnpparibas.com | benoit.mathey@bnpparibas.com |
| salina@bnm.gov.my | alex.bedwell@uk.bnpparibas.com | benoit.nansot@bnpparibas.com |
| satvin@bnm.gov.my | alexander.bauer@bnpparibas.com | benoit.picard@bnpparibas.com |
| shah@bnm.gov.my | alexander.ivanovitch@bnpparibas.com | bernard.coupez@bnpparibas.com |
| shahredza@bnm.gov.my | alexander.koerner@bnpparibas.com | bernard.j.masse@bnpparibas.com |
| shariramir@bnm.gov.my | alexandre.benech@bnpparibas.com | bernard.sandberg@bnpparibas.com |

bolyvann.ngauv@bnpparibas.com
boris.demonet@bnpparibas.com
brendan.lee@asia.bnpparibas.com
brian.reilly@americas.bnpparibas.com
brigitte.denis@bnpparibas.com
brigitte.gagnon@bnpparibas.com
bruno.bancal@bnpparibas.com
bruno.candini@bnpparibas.com
bruno.crinon@bnpparibas.com
bruno.lebeda@asia.bnpparibas.com
butler@americas.bnpparibas.com
camille.demarliave@bnpparibas.com
carlos.rodriguez@americas.bnpparibas.com
carlotta.martoglio@bnpparibas.com
carole.perraud@bnpparibas.com
caroline.debourleuf@bnpparibas.com
caroline.lambert@bnpparibas.com
carolle.lemarchand@bnpparibas.com
catherine.bahl@bnpparibas.com
catherine.berjal@bnpparibas.com
catherine.leodegourville@bnpparibas.com
catherine.oconnell@bnpparibas.com
cathy.lam@bnpparibas.com
cecile.daudet@bnpparibas.com
cecile.marechal@bnpparibas.com
cecile.noguier@bnpparibas.com
cecilia.jacquerioz@bnpparibas.com
cedric.chavot@bnpparibas.com
cedric.dalloglio@bnpparibas.com
celine.gillet@bnpparibas.com
chantal.peyredefabregues@bnpparibas.com
charles.abelsmith@bnpparibas.com
charles.cock@bnpparibas.com
charles.cresteil@bnpparibas.com
charles.mangin@bnpparibas.com
charles.yang@americas.bnpparibas.com
charlotte.conlan@bnpparibas.com
charlotte.dennery@bnpparibas.com
chris.bickley@bnpparibas.com
chris.rowland@bnpparibas.com
chris.samara@bnpparibas.com
chris.tolkin@americas.bnpparibas.com
christian.dargnat@bnpparibas.com
christian.heyden@bnpparibas.com
christian.valette@bnpparibas.com
christina.chan@asia.bnpparibas.com
christina.feicht@americas.bnpparibas.com
christine.ferraresi@bnpparibas.com
christophe.auvity@bnpparibas.com
christophe.berguerand@bnpparibas.com
christophe.bourgeois@bnpparibas.com
christophe.issenhuth@bnpparibas.com
christophe.karpiel@bnpparibas.com
christophe.mounier@bnpparibas.com
christophe.p.moulin@bnpparibas.com
christophe.papereux@bnpparibas.com
christophe.ponette@bnpparibas.com
christophe.reynier@bnpparibas.com
claire.coquard@bnpparibas.com
claire.toulouze-fiastre@bnpparibas.com

clarisse.breynaert-mauvage@bnpparibas.com
claude.c.guerin@bnpparibas.com
claude.guillaume@bnpparibas.com
claude.haberer@asia.bnpparibas.com
claude.tiramani@bnpparibas.com
colin.sze@asia.bnpparibas.com
corine.blanc@bnpparibas.com
corinne.chaslin@bnpparibas.com
corinne.parlier@bnpparibas.com
corinne.robusion@bnpparibas.com
cormac.billings@bnpparibas.com
cornelia.raif@bnpparibas.com
corynne.roux-buisson@bnpparibas.com
craig.engwert@americas.bnpparibas.com
craig.young@bnpparibas.com
curtis.deane@americas.bnpparibas.com
cyril.geada@bnpparibas.com
damien.kohler@bnpparibas.com
daniel.bruesch@bnpparibas.com
daniel.laguibre@bnpparibas.com
daniel.ng@bnpparibas.com
david.amasio@bnpparibas.com
david.brunner@americas.bnpparibas.com
david.favier@bnpparibas.com
david.gosselin@bnpparibas.com
david.kreidler@americas.bnpparibas.com
david.lonsdale@bnpparibas.com
david.randle@bnpparibas.com
david.seaman@americas.bnpparibas.com
debbie.cotman@bnpparibas.com
deborah.mcneill@bnpparibas.com
debrah.okelly@bnpparibas.com
delphine.arrighi@bnpparibas.com
delphine.padovani@bnpparibas.com
denis.autier@bnpparibas.com
denis.bertin@bnpparibas.com
denis.panel@bnpparibas.com
denis.wallerich@bnpparibas.com
didier.margetyal@bnpparibas.com
diego.rodriguez@bnpparibas.com
dimitri.lamarlere@asia.bnpparibas.com
dirk.dudman@bnpparibas.com
dominique.dequidt@bnpparibas.com
dominique.h.leroy@bnpparibas.com
dominique.hoenn@bnpparibas.com
dominique.iroz@bnpparibas.com
dominique.mousset@bnpparibas.com
dominique.reliquet@bnpparibas.com
dominique.schulthess@bnpparibas.com
dorian.raimond@bnpparibas.com
dorothea.goedkoop@bnpparibas.com
duane.helkowski@americas.bnpparibas.com
eddy.tsoi@asia.bnpparibas.com
eder.lam@asia.bnpparibas.com
edith.yue@asia.bnpparibas.com
eduardo.garcia@bnpparibas.com
edward.laming@bnpparibas.com
edward.liem@asia.bnpparibas.com
edward.lim@asia.bnpparibas.com
edward.werder@bnpparibas.com

egmont.schaefer@bnpparibas.com
eid.fadi@bnpparibas.com
elaine.lorimer@uk.bnpparibas.com
eliane.devillaines@bnpparibas.com
elizabeth.harvey@bnpparibas.com
elodie.solaret@bnpparibas.com
emmanuel.bellegarde@bnpparibas.com
englibert.lequangchieu@bnpparibas.com
eric.borremans@bnpparibas.com
eric.bouthillier@bnpparibas.com
eric.cardona@bnpparibas.com
eric.coinde@bnpparibas.com
eric.doisteau@bnpparibas.com
eric.lepage@bnpparibas.com
eric.levy@bnpparibas.com
eric.plantier@bnpparibas.com
eric.renard@bnpparibas.com
eric.vergnaud@bnpparibas.com
eric_trouslard@bnpparibas.com
erkan.yilmaz@bnpparibas.com
ernst.hagmann@bnpparibas.com
estelle.adam@bnpparibas.com
eve.bouard@bnpparibas.com
everett.schenk@americas.bnpparibas.com
fabien.savonitto@bnpparibas.com
fabrice.loho@bnpparibas.com
fabrice.susini@bnpparibas.com
fadi.berbari@bnpparibas.com
farid.issaelkhoury@bnpparibas.com
fiona.wills@bnpparibas.com
florence.bonnevay@bnpparibas.com
florian.castel@bnpparibas.com
florine.chua@asia.bnpparibas.com
franck.monier@bnpparibas.com
francois.artignan@uk.bnpparibas.com
francois.faure@bnpparibas.com
francois.haitaian@bnpparibas.com
francois.ruiz@bnpparibas.com
francois.valette@bnpparibas.com
francoise.dugas-lamotte@bnpparibas.com
francois-xavier.chevallier@bnpparibas.com
frank.chiofalo@americas.bnpparibas.com
frank.diop@bnpparibas.com
frank.schultz@americas.bnpparibas.com
frank.sodano@americas.bnpparibas.com
frederic.janbon@bnpparibas.com
frederic.juvy@bnpparibas.com
frederic.staub@bnpparibas.com
frederic.surry@bnpparibas.com
frederic.x.thomas@bnpparibas.com
gabriel.tissot@bnpparibas.com
gael.gauthier@bnpparibas.com
gaetan.obert@bnpparibas.com
gail.lecoz@bnpparibas.com
gale.gerrier@bnpparibas.com
garrick.smith@bnpparibas.com
georges.karam@bnpparibas.com
georges.sanches@bnpparibas.com
georges.skouvaklis@bnpparibas.com
georgie.rabelle@bnpparibas.com

gerald.noltsch@bnpparibas.com
geraud.desaint-vincent@bnpparibas.com
gilles.alfonse@bnpparibas.com
gilles.benhamou@bnpparibas.com
gilles.d.david@bnpparibas.com
gilles.devaugrigneuse@bnpparibas.com
gilles.glicenstein@bnpparibas.com
gilles.leroy@bnpparibas.com
gregg.bonardi@americas.bnpparibas.com
gregori.tchouboukoff@bnpparibas.com
gregory.martory@uk.bnpparibas.com
guillaume.bellin@bnpparibas.com
guillaume.cendrier@americas.bnpparibas.com
guillaume.hollier-larousse@bnpparibas.com
guillaume.kovarcik@bnpparibas.com
guy.longueville@bnpparibas.com
harpal.maini@americas.bnpparibas.com
helen.guillemot@bnpparibas.com
helene.j.nottin@bnpparibas.com
hermann.rangamana@bnpparibas.com
herve.besnard@bnpparibas.com
herve.duteil@americas.bnpparibas.com
herve.loup@bnpparibas.com
hubert.goye@bnpparibas.com
hubert.rotivel@bnpparibas.com
ian.hooker@bnpparibas.com
ida.farina@uk.bnpparibas.com
idriss.tchapdadjamen@bnpparibas.com
ignacio.garciallacerbort@bnpparibas.com
ihab.saidi@bnpparibas.com
ingrid.binet-tarbe@bnpparibas.com
ioana.mihut@bnpparibas.com
jack.waters@bnpparibas.com
jacky.prudhomme@bnpparibas.com
jacqueline.vide@bnpparibas.com
jacques.cacheux@bnpparibas.com
jacques.d'hondt@bnpparibas.com
james.ruskin@us.bnpparibas.com
janice.s.ho@americas.bnpparibas.com
jason.moggeridge@uk.bnpparibas.com
jasvinder.mahil@bnpparibas.com
javier.gonzalezhelly@bnpparibas.com
jayesh.patel@uk.bnpparibas.com
jean.bergeret@bnpparibas.com
jean.brady@uk.bnpparibas.com
jean.darsses@americas.bnpparibas.com
jean.dominjon@bnpparibas.com
jean-baptiste.teissier@bnpparibas.com
jean-christophe.guillou@bnpparibas.com
jeanchristophe.reocreux@bnpparibas.com
jean-claude.langer@bnpparibas.com
jean-claude.wilfrid@bnpparibas.com
jean-francois.gagneux@bnpparibas.com
jean-luc.alexandre@bnpparibas.com
jean-marc.devolder@bnpparibas.com
jeanmarc.magner@bnpparibas.com
jean-marc.pasquet@bnpparibas.com
jean-mark.lueder@bnpparibas.com
jeanphilippe.chabanel@bnpparibas.com
jean-pierre.gaillard@bnpparibas.com

jean-yves.dumontier@bnpparibas.com
jean-yves.fillion@americas.bnpparibas.com
jeff.delcaire@bnpparibas.com
jennifer.fleming@uk.bnpparibas.com
jennifer.saper@americas.bnpparibas.com
jeremie.honvault@uk.bnpparibas.com
jeremy.humphreys-davies@bnpparibas.com
jeremy.rosen@americas.bnpparibas.com
jerome.lemue@bnpparibas.com
jerome.taravella@bnpparibas.com
jl.chicha@americas.bnpparibas.com
joao.amaral@bnpparibas.com
joceyln.debourmont@bnpparibas.com
joelle.viatte@bnpparibas.com
john.skelly@bnpparibas.com
john.woods@bnpparibas.com
john.x.williams@uk.bnpparibas.com
jon.lloyd@bnpparibas.com
jonathan.faulkner@uk.bnpparibas.com
jose-luis.bilbao@bnpparibas.com
joseph.seo@americas.bnpparibas.com
josselin.lecuyer@bnpparibas.com
joy.kiely@bnpparibas.com
jpmarson@bnpparibas.com
juan.dasilva@bnpparibas.com
juan.hernandez@americas.bnpparibas.com
julie.mcnamara@bnpparibas.com
julien.bordeaux@bnpparibas.com
julien.carmona@bnpparibas.com
julien.pincet@bnpparibas.com
karim.derrough@americas.bnpparibas.com
karine.juvin@bnpparibas.com
karsten.kaas@bnpparibas.com
kate.bible@bnpparibas.com
kay.hayre@bnpparibas.com
kerri.russell@uk.bnpparibas.com
kevin.burns@bnpparibas.com
kirsten.brown@uk.bnpparibas.com
laetitia.jamme@bnpparibas.com
laila.kollmorgen@bnpparibas.com
laurence.lemonnier@bnpparibas.com
laurence-elisabeth.hovine@bnpparibas.com
laurent.leclercq@uk.bnpparibas.com
laurent.louvrier@bnpparibas.com
laurent.quignon@bnpparibas.com
laurent.revil@bnpparibas.com
laurent.samama@bnpparibas.com
laurent.soubirou-pouey@bnpparibas.com
li.tao@bnpparibas.com
li-jun.cao@bnpparibas.com
liliane.gauffre@bnpparibas.com
lionel.goepfert@bnpparibas.com
lionel.sequier@bnpparibas.com
lisa.suen@asia.bnpparibas.com
lloyd.baron@americas.bnpparibas.com
louis.chollet@bnpparibas.com
luc.lefer@bnpparibas.com
ludivine.politano@bnpparibas.com
luigi.apollonio@bnpparibas.com
lynsey.mcdonald@uk.bnpparibas.com

mael.nagat@externe.bnpparibas.com
malgorzata.cisek@uk.bnpparibas.com
manuel.blanco@bnpparibas.com
manuela.maccia@bnpparibas.com
marc.aubert@bnpparibas.com
marc.descamps@bnpparibas.com
marc.desligneris@bnpparibas.com
marc.grouvel@bnpparibas.com
marcelo.castro@br.bnpparibas.com
marcelo.guifrida@br.bnpparibas.com
marcia.rothschild@americas.bnpparibas.com
marco.murgida@bnpparibas.com
marco.peyron@bnpparibas.com
marco.zanoni@uk.bnpparibas.com
marc-olivier.lebeau@bnpparibas.com
marialuz.diazblanco@bnpparibas.com
mariasoledad.carrasco@bnpparibas.com
marie-edmee.demontsdesavasse@bnpparibas.com
marie-laure.rene@bnpparibas.com
marie-pierre.dalisson@bnpparibas.com
marie-valerie.texier@bnpparibas.com
mario.dumont@bnpparibas.com
marion.redel@bnpparibas.com
marisa.flood@americas.bnpparibas.com
mark.hind@bnpparibas.com
mark.kinsella@bnpparibas.com
mark.waters@bnpparibas.com
maroulla.sullivan@uk.bnpparibas.com
martial.godet@bnpparibas.com
martin.grolimund@bnpparibas.com
massimo.talia@bnpparibas.com
matt.devaney@bnpparibas.com
matteo.cassina@bnpparibas.com
matteo.mazzocchi@bnpparibas.com
matthew.barnes@bnpparibas.com
matthew.bermel@uk.bnpparibas.com
matthieu.p.paquier@bnpparibas.com
meg.dillon@bnpparibas.com
melanie.birdsall@uk.bnpparibas.com
melony.heh@americas.bnpparibas.com
meno.stavrakellis@bnpparibas.com
michael.flynn@americas.bnpparibas.com
michael.good@bnpparibas.com
michael.lee@americas.bnpparibas.com
michael.morley@americas.bnpparibas.com
michael.pyatski@americas.bnpparibas.com
michael.sabbah@bnpparibas.com
michel.doulcet@bnpparibas.com
michel.falvert@bnpparibas.com
michel.jreige@bnpparibas.com
michel.laversanne@bnpparibas.com
michel.p.laurent@bnpparibas.com
michel.perrin@bnpparibas.com
michel.pesci@bnpparibas.com
mick.ford@bnpparibas.com
miki.endo@japan.bnpparibas.com
mireille.loizeau@bnpparibas.com
mitsuo.fukuda@japan.bnpparibas.com
molby.lim@bnpparibas.com
mouad.boutaour@bnpparibas.com

mourad.tahiri@bnpparibas.com
mylene.karch@bnpparibas.com
myriam.frileux-gaussier@bnpparibas.com
nabil.ouddane@bnpparibas.com
nadine.higgins@uk.bnpparibas.com
narjess.benhadjyahia@uk.bnpparibas.com
natasha.cowie@bnpparibas.com
nathalie.benatia@bnpparibas.com
nathalie.prunier@bnpparibas.com
neal.parker@bnpparibas.com
neil.collins@bnpparibas.com
nelson.lopez.alves@bnpparibas.com
nicola.elshaw@bnpparibas.com
nicola.germano@bnpparibas.com
nicolas.blanc@bnpparibas.com
nicolas.boutar@bnpparibas.com
nicolas.chaput@bnpparibas.com
nicolas.gaultier@bnpparibas.com
nicolas.gazin@bnpparibas.com
nicolas.neurdin@bnpparibas.com
nicole.mitchell@americas.bnpparibas.com
nina.mahdavi@bnpparibas.com
ola.anderssen@americas.bnpparibas.com
olga.simoncelli@americas.bnpparibas.com
olivia.raadgraccodelay@bnpparibas.com
olivier.abihssira@bnpparibas.com
olivier.ahhot@bnpparibas.com
olivier.boutoille@bnpparibas.com
olivier.chermette@bnpparibas.com
olivier.fabas@bnpparibas.com
olivier.fevre@bnpparibas.com
olivier.laplenie@bnpparibas.com
olivier.retiere@bnpparibas.com
olivier.rudez@bnpparibas.com
olivier.rudigoz@bnpparibas.com
olivier.suter@bnpparibas.com
olivier.vella@bnpparibas.com
olivier.vigneron@bnpparibas.com
omar.mezalek@bnpparibas.com
otto.nilssen@bnpparibas.com
pascal.gandrille@bnpparibas.com
pascale.benguigui@bnpparibas.com
pascale.fargnier@bnpparibas.com
patrice.truffer@bnpparibas.com
patricia.donnelly@bnpparibas.com
patrick.barbe@bnpparibas.com
patrick.biver@bnpparibas.com
patrick.d'herouville@bnpparibas.com
patrick.fisch@bnpparibas.com
patrick.leconte@bnpparibas.com
patrick.mange@bnpparibas.com
patrick.widmer@bnpparibas.com
patrick.zoro@americas.bnpparibas.com
paul.dockeray@uk.bnpparibas.com
paul.guilbert@bnpparibas.com
paul.hearn@bnpparibas.com
paul.presinzano@americas.bnpparibas.com
pauline.deseauve@bnpparibas.com
peter.bainlardi@americas.bnpparibas.com
peter.butler@bnpparibas.com

peter.kjaergaard@bnpparibas.com
peter.lueck@bnpparibas.com
peter.nowell@uk.bnpparibas.com
philip.ghosn@bnpparibas.com
philippe.blavier@bnpparibas.com
philippe.bordenave@bnpparibas.com
philippe.debreu@bnpparibas.com
philippe.kellerhals@bnpparibas.com
philippe.renaudin@bnpparibas.com
phillip.lamerton@bnpparibas.com
pierre.capsie@bnpparibas.com
pierre.dubernard-laurent@bnpparibas.com
pierre.moulin@bnpparibas.com
pierre.p.picard@bnpparibas.com
pierre.pincemaille@bnpparibas.com
pierre.pinel@bnpparibas.com
pierre-antoine.cousin@bnpparibas.com
pierre-marie.piquet@bnpparibas.com
pierre-yves.guillo@americas.bnpparibas.com
pius.boeswald@bnpparibas.com
prop@bnpparibas.com
rami.tabbara@bnpparibas.com
raul.leotedecarvalho@bnpparibas.com
raymond.sze@asia.bnpparibas.com
recherchecreditbnppam@bnpparibas.com
remy.naturkrejt@bnpparibas.com
renee.chatoux@bnpparibas.com
research.bnppam@bnpparibas.com
resit.talimcioglut@bnpparibas.com
richard.hoss@bnpparibas.com
richard.thompson@bnpparibas.com
richard.ungaro@americas.bnpparibas.com
richard.wittesaele@bnpparibas.com
rim.tehraoui@bnpparibas.com
robert.brogan@bnpparibas.com
robert.cazes@bnpparibas.com
robert.farley@americas.bnpparibas.com
robert.mchugh@americas.bnpparibas.com
rodolphe.chilewicz@bnpparibas.com
rodrigue.antoun@bnpparibas.com
romain.perchet@bnpparibas.com
ronald.grenacher@bnpparibas.com
roseann.burke@americas.bnpparibas.com
roula.rouphael@bnpparibas.com
ruth.johnstone@uk.bnpparibas.com
s.vranken@bnpparibas.com
sabrina.meyer@bnpparibas.com
sadok.moussa-djarrara@bnpparibas.com
salah.amraoui@bnpparibas.com
salvatore.leanza@bnpparibas.com
sam.mcgairl@uk.bnpparibas.com
samira.clair@bnpparibas.com
sarah.a.smith@bnpparibas.com
sarah.fotsch@bnpparibas.com
sarah.lamb@bnpparibas.com
sarah.mcdonald@uk.bnpparibas.com
sarfaraz.yousaf@uk.bnpparibas.com
satish.selvanathan@bnpparibas.com
scott.dickinson@uk.bnpparibas.com
scott.r.shapiro@americas.bnpparibas.com

scott.x.brown@uk.bnpparibas.com
sebastien.figue@bnpparibas.com
segolene.mathis@bnpparibas.com
serge.guerineau@bnpparibas.com
severine.kettels@bnpparibas.com
shane.thornhill@uk.bnpparibas.com
shirley.remy@americas.bnpparibas.com
silvia.gomez@bnpparibas.com
simon.allocca@bnpparibas.com
simon.fricker@bnpparibas.com
simon.reed@bnpparibas.com
siobhan.hicks@bnpparibas.com
soledad.lecube@bnpparibas.com
soohwan.kim@americas.bnpparibas.com
sophie.fournier@bnpparibas.com
sophie.gautie@bnpparibas.com
sophie.rouillon@bnpparibas.com
stefano.galli@bnpparibas.com
stella.ng@asia.bnpparibas.com
stephane.baverez@bnpparibas.com
stephane.blanchoz@bnpparibas.com
stephane.carregues@bnpparibas.com
stephane.castillo-soler@bnpparibas.com
stephane.denise@bnpparibas.com
stephane.duperray@bnpparibas.com
stephane.eglizeau@bnpparibas.com
stephane.geny@bnpparibas.com
stephane.lavaud@bnpparibas.com
stephanie.hiddinga-marelle@bnpparibas.com
stephanie.marelle@bnpparibas.com
stephanie.pavillon@bnpparibas.com
stephanie.rogers@americas.bnpparibas.com
steve.chew@uk.bnpparibas.com
stewart.davies@uk.bnpparibas.com
sudhir.bhat@americas.bnpparibas.com
sue.lawrence@bnpparibas.com
sunny.pang@asia.bnpparibas.com
susan.gray@uk.bnpparibas.com
susannah.bourke@bnpparibas.com
suzanne.cartan@bnpparibas.com
suzanne.sharp@bnpparibas.com
sven.helsen@bnpparibas.com
sylvain.dupuis@bnpparibas.com
ted.koerner@americas.bnpparibas.com
teurquetil@bnpparibas.com
thibaud.gogny-goubert@bnpparibas.com
thibaut.declerck@bnpparibas.com
thierry.creno@bnpparibas.com
thierry.malka@bnpparibas.com
thierry.rojat@bnpparibas.com
thomas.alamalhoda@bnpparibas.com
thomas.heckel@bnpparibas.com
thomas.poullaouec@bnpparibas.com
thomas.to@asia.bnpparibas.com
thuy.doan@uk.bnpparibas.com
thymis.carolides@bnpparibas.com
tony.blanchard@uk.bnpparibas.com
tony.bulcaen@bnpparibas.com
tony.dunoyer@americas.bnpparibas.com
tony.solway@bnpparibas.com

tracey.telfer@uk.bnpparibas.com
tricia.hacioglu@us.bnpparibas.com
tristan.larrue@bnpparibas.com
ulysse.buonomo@bnpparibas.com
valerie.henon@bnpparibas.com
valerie.nicolas@bnpparibas.com
vanina.babbini@bnpparibas.com
veeral.shah@us.bnpparibas.com
veronique.barenne@bnpparibas.com
veronique.floxoli@bnpparibas.com
veronique.geronde@bnpparibas.com
veronique.ormezzano@bnpparibas.com
vincent.boyer@uk.bnpparibas.com
vincent.perrot@bnpparibas.com
vincent.rappo@bnpparibas.com
virginie.badozober@bnpparibas.com
virginie.dedriche@bnpparibas.com
virginie.dessertenne@bnpparibas.com
wendy.scott@uk.bnpparibas.com
william.brunet@bnpparibas.com
william.mandaro@americas.bnpparibas.com
xavier.belligon@bnpparibas.com
xavier.burtschell@bnpparibas.com
xavier.coste@bnpparibas.com
xavier.frelat@bnpparibas.com
xavier.garcia@bnpparibas.com
xavier.hovass@bnpparibas.com
xavier.mathieu@bnpparibas.com
xavier.sement@bnpparibas.com
yann.corbino@bnpparibas.com
yann.quatannens@bnpparibas.com
yannick.ouaknine@bnpparibas.com
yassamine.abid@bnpparibas.com
youssef.azami@bnpparibas.com
yuet.wong@asia.bnpparibas.com
yung.wu@americas.bnpparibas.com
yvette.lam@asia.bnpparibas.com
zsolt.banky@bnpparibas.com
boris.pascal@bnpparibus.co
christian.champenois@bnpparis.com
joe.toh@bns.com.sg
casey.gourley@bnsf.com
david.burr@bnsf.com
investor.relations@bnsf.com
marsha.morgan@bnsf.com
karenfranklin@bntb.bm
alla.azarova@bnymellon.com
andy.clark@bnymellon.com
anita.mcdermot@bnymellon.com
anthony.koon@bnymellon.com
bob.pomeroy@bnymellon.com
carol.mcdermott@bnymellon.com
catherine.rooney@bnymellon.com
christine.abramo@bnymellon.com
christopher.nicholl@bnymellon.com
christopher.nylen@bnymellon.com
claudio.ercolano@bnymellon.com
colin.j.garde@bnymellon.com
cory.cronin@bnymellon.com
cynthia.m.brown@bnymellon.com

daniel.gallagher@bnymellon.com
daniel.gebhart@bnymellon.com
d'arcy.minehane@bnymellon.com
david.aldrich@bnymellon.com
david.judge@bnymellon.com
david.pierce@bnymellon.com
dennis.mcclellan@bnymellon.com
dennis.murray@bnymellon.com
dmccabe@bnymellon.com
edward.morgan@bnymellon.com
gerard.nolan@bnymellon.com
james.hallisey@bnymellon.com
james.malgier@bnymellon.com
james.mcgovern@bnymellon.com
jason.audette@bnymellon.com
jason.zollinger@bnymellon.com
jeremy.moss@bnymellon.com
jonny.browne@bnymellon.com
julie.leahy@bnymellon.com
kai.wong@bnymellon.com
kevin.buhse@bnymellon.com
kshitij.mittal@bnymellon.com
lucy.t.boyle@bnymellon.com
makenasdteam@bnymellon.com
mary.ann.fusco@bnymellon.com
maura.o'sullivan@bnymellon.com
mcisari@bnymellon.com
michael.yachimski@bnymellon.com
michael.yoon@bnymellon.com
nancy.sullivan@bnymellon.com
nicholas.tosi@bnymellon.com
olivier.ruff@bnymellon.com
patricia.schneider@bnymellon.com
peter.seelig@bnymellon.com
robert.brady@bnymellon.com
robert.j.martin@bnymellon.com
robert.m.mcgrath@bnymellon.com
robert.mccormack@bnymellon.com
robert.rupp@bnymellon.com
ryder.donahue@bnymellon.com
seema.maru@bnymellon.com
sharon.o'mahony@bnymellon.com
steve.shingiro@bnymellon.com
terence.law@bnymellon.com
theresa.mcmanus@bnymellon.com
thomas.nugent@bnymellon.com
troy.wilson@bnymellon.com
vince.borjas@bnymellon.com
wilson.mastrandrea@bnymellon.com
brendan_marsh@bnz.co.nz
errol_mccutcheon@bnz.co.nz
greg.cotterrell@bnz.co.nz
jason_dwen@bnz.co.nz
lachlan_griffiths@bnz.co.nz
larry_kirwan@bnz.co.nz
mark_o'reilly@bnz.co.nz
michael_jamed@bnz.co.nz
patrick_mullins@bnz.co.nz
rodney_knight@bnz.co.nz
stephen_hong@bnz.co.nz

valerie_michael@bnz.co.nz
vivienne_rooney@bnz.co.nz
mindy.z.shea@bnzif.co.uk
modisao@bob.bw
mosekic@bob.bw
motsumig@bob.bw
motswagaep@bob.bw
sealetsas@bob.bw
andrew@boc.or.kr
louis-philippe.muller@boccard.ch
marcel.dousse@boccard.ch
gaojinyue@bocgroup.com
sonny_wong@bocgroup.com
wangbo@bocgroup.com
zhangjy@bocgroup.com
agnes_wong@bochk.com
chenying@bochk.com
christang@bochk.com
ckfu@bochk.com
cpleung@bochk.com
cpto@bochk.com
daiying@bochk.com
fenghao@bochk.com
francisli@bochk.com
howingwong@bochk.com
hqiang@bochk.com
kfwong@bochk.com
kwli@bochk.com
kwtse@bochk.com
lchen@bochk.com
lr@bochk.com
lui_chiuming@bochk.com
meiyeecheung@bochk.com
mlchanbtc@bochk.com
mmchiu@bochk.com
smkwong@bochk.com
twso@bochk.com
vincent_lui@bochk.com
wilkielai@bochk.com
wllau@bochk.com
wytse@bochk.com
ycheungbtc@bochk.com
ynyuen@bochk.com
dhoang@bocusa.com
ekatz@bocusa.com
hzhuo@bocusa.com
jhan@bocusa.com
jzeng@bocusa.com
ksin@bocusa.com
lyochiu@bocusa.com
qyliu@bocusa.com
qzhu@bocusa.com
tfu@bocusa.com
tfung@bocusa.com
wsmith@bocusa.com
xjhuang@bocusa.com
xliu@bocusa.com
yeqiu@bocusa.com
yqin@bocusa.com
gary.d.lee2@boeing.com

antti.nurminen@bof.fi
jani.lindholm@bof.fi
jarno.ilves@bof.fi
kai.sotamaa@bof.fi
katja.taipalus@bof.fi
markus.fogelholm@bof.fi
outi.helenius@bof.fi
pentii.pikkarainen@bof.fl
risto.peltokangas@bof.fi
tommi.moilanen@bof.fi
veikko.kantola@bof.fi
jrossi@bofa.com
jstella@bofa.com
vavena@bofa.com
adan.rendon@bofasecurities.com
ali.sufyan@bofasecurities.com
canderson@bofasecurities.com
christopher.j.chiles@bofasecurities.com
daniel.j.ziluca@bofasecurities.com
ivan.m.gjaja@bofasecurities.com
jodi.furman@bofasecurities.com
ken.tuchman@bofasecurities.com
kurt.b.harrison@bofasecurities.com
leo.livolsi@bofasecurities.com
leon.h.tatevossian@bofasecurities.com
matthew.vandyne@bofasecurities.com
michael.hecht@bofasecurities.com
michelle.d.bacal@bofasecurities.com
nicholas.peterfy@bofasecurities.com
susan.m.vansciver@bofasecurities.com
mkellen@bogusmail.com
bopendack@boh.com
cwyrick@boh.com
daniel.stevens@boh.com
denis.massey@boh.com
dhoule@boh.com
dshigemura@boh.com
ehaik@boh.com
gsumner@boh.com
jige@boh.com
jkatakur@boh.com
kelly.fong@boh.com
kkatsube@boh.com
lbryant@boh.com
lianglee@boh.com
ltiongco@boh.com
mmccamley@boh.com
ndang@boh.com
osaikevych@boh.com
piwamoto@boh.com
pnishiki@boh.com
rcrowell@boh.com
rkhlopin@boh.com
rmui@boh.com
robert.wheeler@boh.com
vb@bohler.co.uk
aileen.wilson@biam.boi.ie
aisling.carvill@biam.boi.ie
andrew.hay@biam.boi.ie
anne.golden@biam.boi.ie

barry.glavin@biam.boi.ie
behana@biam.boi.ie
beirnee@biam.boi.ie
brendan.owens@biam.boi.ie
brendanm.lardner@biam.boi.ie
brian.routledge@biam.boi.ie
carthyp@biam.boi.ie
cathy.gibson@biam.boi.ie
ce@boi.com.sg
chris.johns@biam.boi.ie
cian.obrien@biam.boi.ie
con.english@boi.ie
cora.hughes@biam.boi.ie
david.furey@biam.boi.ie
david.thompson@biam.boi.ie
david.white@biam.boi.ie
deirdrem.kennedy@biam.boi.ie
deirdrem.oleary@biam.boi.ie
desj.flood@biam.boi.ie
elaine.mulcahy@biam.boi.ie
elaine.ryan@boi.ie
floridesa@biam.boi.ie
frank.connaughton@boiss.boi.ie
gueniade@boi.gov.il
imelda.orange@boiss.boi.ie
jamiep.wood@biam.boi.ie
jane.neill@biam.boi.ie
jimmy.furlong@biam.boi.ie
joe.lawlor@biam.boi.ie
john.mcellin@boiss.boi.ie
katrina.strecher@boi.ie
kevin.lohan@biam.boi.ie
kevinm.walsh@biam.boi.ie
killeenw@biam.boi.ie
lacyp@biam.boi.ie
lahariap@biam.boi.ie
lindsay.mcmillan@biam.boi.ie
lisa.murnin@biam.boi.ie
liudmila.sorgassi@boiss.boi.ie
maryb.mcnulty@biam.boi.ie
matthew.beale@biam.boi.ie
maurice.fitzgerald@boi.ie
mccarthyb@biam.boi.ie
michael.cosgrave@boi.ie
mick.sweeney@biam.boi.ie
morrisal@boiss.boi.ie
name.surname@biam.boi.ie
niall.oleary@biam.boi.ie
niamh.mcgowan@biam.boi.ie
orla.mellett@biam.boi.ie
osullivanes@biam.boi.ie
patrickj.cunningham@biam.boi.ie
paul.dalton@boi.ie
peter.odonoghue@biam.boi.ie
philip.duggan@biam.boi.ie
raymond.murray@boiss.boi.ie
richard.kelly@biam.boi.ie
ronan.burke@biam.boi.ie
ronan.crosson@biam.boi.ie
ronan.mcmahon@biam.boi.ie

ronan.odonoghue@biam.boi.ie
ruvenh@boi.gov.il
sarac@boi.gov.il
sean.crowe@boi.ie
shirleyba@boi.gov.il
siobhan.carolan@boiss.boi.ie
tony.mcintyre@boiss.boi.ie
adrian.o'sullivan@boigm.com
andy@boigm.com
barry.mcloughlin@boigm.com
barry.moran@boigm.com
barryt.murphy@boigm.com
chris.case@boigm.com
cliona.coakley@boigm.com
conor.rooney@boigm.com
david.neary@boigm.com
david.rickard@boigm.com
david.tilson@boigm.com
dean.berry@boigm.com
deborah.oneill@boigm.com
derek.doody@boigm.com
earnen.fitzpatrick@boigm.com
edward.preston@boigm.com
eimear.turley@boigm.com
finbarr.quirke@boigm.com
graham.crawford@boigm.com
john.barry@boigm.com
john.brennan@boigm.com
john.o'mahony@boigm.com
john.reen@boigm.com
jose.ruiz@boigm.com
kai.fisher@boigm.com
kevin.twomey@boigm.com
matthew.galligan@boigm.com
monty.mackenzie@boigm.com
niall.osullivan@boigm.com
patrick.byrne@boigm.com
paul.dillon@boigm.com
paul.greer@boigm.com
pearse.conaty@boigm.com
peter.butler@boigm.com
redmond.oleary@boigm.com
richard.casey@boigm.com
sean.mcbrien@boigm.com
thomas.farrell@boigm.com
tom.turney@boigm.com
trevor.cowan@boigm.com
adrian.behan@boigm.com
annette.o'reilly@boimail.com
brendan.mcloughlin@boimail.com
brian.kealy@boimail.com
brian.lillis@boimail.com
carl.andresen@boimail.com
cathal.gilmartin@boimail.com
conor.linehan@boimail.com
david.walsh@boimail.com
deirdre.m.hogan@boimail.com
eoghan.doyle@boimail.com
fergus.mcguinn@boimail.com
fiona.smith@boimail.com

frank.schmitt@boimail.com
geraldine.hannon@boimail.com
gerry.gillespie@boimail.com
gwen.evans@boimail.com
iain.donovan@boimail.com
joseph.hughes@boimail.com
katherina.bennett@boimail.com
kevin.holden@boimail.com
kieran.rockett@boimail.com
mary.gaffney@boimail.com
michael.mahar@boimail.com
niamh.o'flynn@boimail.com
pat.mcbride@boimail.com
paul.kulkarni@boimail.com
philip.allen@boimail.com
ray.wyer@boimail.com
ronan.gately@boimail.com
sinead.eaton@boimail.com
tom.hayes@boimail.com
alan.hartley@boitib.com
bryan.conway@boitib.com
catherine.keane@boitib.com
liam.whelan@boitib.com
paul.flynn@boitib.com
paul.mcenroe@boitib.com
rosalind.torney@boitib.com
sheila.kerins@boitib.com
simon.barry@boitib.com
vincent.digby@boitib.com
brendan.gilmore@boiuk.com
joerg.bachtler@boiuk.com
peter.mullen@boiuk.com
will.haywood@boiuk.com
ford.young@boius.com
akinari.horii@boj.or.jp
atsushi.miyanoya@boj.or.jp
atsushi.samitsu@boj.or.jp
atsushi.takeuchi@boj.or.jp
atsushi.ueno@boj.or.jp
eiji.maeda@boj.or.jp
hara@boj.co.uk
haruyuki.toyama@boj.or.jp
hirofumi.kouda@boj.or.jp
hiroki.inaba@boj.or.jp
hiroo.mizuno@boj.or.jp
hiroshi.nakaso@boj.or.jp
hirotaka.inoue@boj.or.jp
hiroto.uehara@boj.or.jp
hiroyasu.andou@boj.or.jp
hitoshi.mio@boj.or.jp
ichirou.mutou@boj.or.jp
isao.hishikawa@boj.or.jp
izumi.yamashtia@boj.or.jp
jouji.ishikawa@boj.or.jp
jun.iwasaki@boj.or.jp
junko.ishikawa@boj.or.jp
junko.tanigawa@boj.or.jp
kameda@boj.co.uk
katsuhiko.aiba@boj.or.jp
kawakami@boj.co.uk

ken.chikada@boj.or.jp
kiyoshi.watanabe@boj.or.jp
kiyoto.ido@boj.or.jp
kunimasa.antoku@boj.or.jp
kyousuke.shiotani@boj.or.jp
makoto.saitou-3@boj.or.jp
masafumi.miya@boj.or.jp
masao.yamada-1@boj.or.jp
masayoshi.amamiya@boj.or.jp
mizuki.yanagisawa@boj.or.jp
nami.numoto@boj.or.jp
naomi.komori@boj.or.jp
naoya.okada@boj.or.jp
naoyuki.suzuki@boj.or.jp
nobukazu.ono@boj.or.jp
nozomi.kakinuma@boj.or.jp
omoi@boj.co.uk
ono@boj.co.uk
rieko.matsuzawa@boj.or.jp
rieko.tsuchiya@boj.or.jp
rnishi@boj.co.uk
satoe.aoki@boj.or.jp
satoshi.heike@boj.or.jp
satoshi.nagano@boj.or.jp
sayako.konno@boj.or.jp
shimizu@boj.co.uk
shin.nakahara-0035@boj.or.jp
shinichirou.kawano@boj.or.jp
shinobu.nakagawa@boj.or.jp
shinsuke.ohyama@boj.or.jp
shiori.kitamura@boj.or.jp
tadashi.nunami@boj.or.jp
tai.terada@boj.or.jp
takashi.yagi@boj.or.jp
takei@boj.co.uk
taku.onodera@boj.or.jp
takurou.kouno@boj.or.jp
takuya.shibayama@boj.or.jp
tanemura@boj.co.uk
teizo.taya@boj.or.jp
tokiko.shimizu@boj.or.jp
tomonori.yuyama@boj.or.jp
toru.tokoyoda@boj.or.jp
toshiaki.kamijyou@boj.or.jp
toshikazu.sasaki@boj.or.jp
toshio.idesawa@boj.or.jp
toshio.tsuiki@boj.or.jp
wataru.takahashi@boj.or.jp
yamashita@boj.org.hk
yashiki@boj.co.uk
yasuaki.amatatsu@boj.or.jp
yoshihiro.takada-1@boj.or.jp
yoshiki.kokubo@boj.or.jp
yoshiyuki.fukuda@boj.or.jp
yosikuni@boj.co.uk
youichi.ueno@boj.or.jp
youko.takeda@boj.or.jp
yousuke.yasui@boj.or.jp
yukiko.kurachi@boj.or.jp
yumi.suzuki@boj.or.jp

yuuji.yokobori@boj.or.jp
yuuki.shimizu@boj.or.jp
yuusuke.ootsubo@boj.or.jp
yuusuke.oozeki@boj.or.jp
fujiwara@bojny.com
ryoji.koike@bojny.com
shigemoto@bojny.com
tetsuro.hanajiri@bojny.com
andrew@bok.or.kr
baek@bok.or.kr
baeklee@bok.or.kr
bhbaek@bok.or.kr
bokmpat@bok.or.kr
boram@bok.or.kr
bpetit@bok.or.kr
brlee@bok.or.kr
bwjung@bok.or.kr
chang_cs@bok.or.kr
changmin@bok.or.kr
chcheon@bok.or.kr
choich@bok.or.kr
choish@bok.or.kr
chyoo@bok.or.kr
cider1977@bok.or.kr
cjlim@bok.or.kr
cks@bok.or.kr
coolpark@bok.or.kr
csi@bok.or.kr
djyang@bok.or.kr
dongchoi@bok.or.kr
dshong@bok.or.kr
eesh@bok.or.kr
eggjieun@bok.or.kr
ghyim@bok.or.kr
gkwnchoi@bok.or.kr
hanskim@bok.or.kr
hansungkim@bok.or.kr
heedonkang@bok.or.kr
hihikss@bok.or.kr
hkims@bok.or.kr
hkrhu@bok.or.kr
holim@bok.or.kr
hoon@bok.or.kr
hrkim@bok.or.kr
hschoo@bok.or.kr
hslee@bok.or.kr
hsshin@bok.or.kr
htk@bok.or.kr
huhjinho@bok.or.kr
hyuk@bok.or.kr
hyunchang78@bok.or.kr
idjung@bok.or.kr
irobot@bok.or.kr
itkim@bok.or.kr
jakoh@bok.or.kr
jeanchang@mail.bok.com.tw
jetkang@bok.or.kr
jhchung@bok.or.kr
jhhuh@bok.or.kr
jhjoo@bok.or.kr

| | | |
|---|---|---|
| jhkim@bok.or.kr | park78@bok.or.kr | jwcraig@bondinvestor.com |
| jiminpark@bok.or.kr | pkchu@bok.or.kr | lwinslow@bondinvestor.com |
| jjinpark@bok.or.kr | repo1@bok.or.kr | mbuscone@bondinvestor.com |
| jjyoung@bok.or.kr | samuelkim@bok.or.kr | mhaley@bondinvestor.com |
| jkwang@bok.or.kr | sbchae@bok.or.kr | mhodgman@bondinvestor.com |
| jminpark@bok.or.kr | sbn@bok.or.kr | pcoffin@bondinvestor.com |
| jmseo@bok.or.kr | scipio21@bok.or.kr | pnewell@bondinvestor.com |
| joongsiklee@bok.or.kr | sdchung@bok.or.kr | smooney@bondinvestor.com |
| jpark@bok.or.kr | seyoon@bok.or.kr | mtreter@bondwave.com |
| jscha@bok.or.kr | sgkang@bok.or.kr | rgraham@bondwave.com |
| jswon@bok.or.kr | sgyoon@bok.or.kr | gabriel.maeder@bonusplus.ch |
| juneau@bok.or.kr | shark@bok.or.kr | cdienno@bony.com |
| junseo@bok.or.kr | shinsy@bok.or.kr | dsteele@bony.com |
| justti@bok.or.kr | shkim21@bok.or.kr | gmartino@bony.com |
| juylee@bok.or.kr | shoch@bok.or.kr | lbuchanon@bony.com |
| jwk@bok.or.kr | sjyang@bok.or.kr | pcrowe@bony.com |
| jychoi@bok.or.kr | skk@bok.or.kr | sgreer@bony.com |
| kb1516@bok.or.kr | smjang@bok.or.kr | vbalouzian@bony.com |
| kbchoe@bok.or.kr | song@bok.or.kr | carole.dickinson@boots-plc.com |
| kbkim@bok.or.kr | soowon@bok.or.kr | chris.laud@boots-plc.com |
| kcahn@bok.or.kr | style1@bok.or.kr | howard.dodd@boots-plc.com |
| kckuo@mail.bok.com.tw | suhmg@bok.or.kr | peter.baguley@boots-plc.com |
| kdh@bok.or.kr | sukjunyang@bok.or.kr | carlo.delgrosso@bopso.ch |
| keumjm@bok.or.kr | sungwon@bok.or.kr | baddi@bordier.com |
| kig@bok.or.kr | sws@bok.or.kr | bhend@bordier.com |
| kijeun@bok.or.kr | swsuh@bok.or.kr | boyer@bordier.com |
| killer@bok.or.kr | sympool@bok.or.kr | chardier@bordier.com |
| kimds@bok.or.kr | syonglee@bok.or.kr | dietrich@bordier.com |
| kimhoon@bok.or.kr | taekwon@bok.org.uk | ducommun@bordier.com |
| kimsw@bok.or.kr | therese@bok.or.kr | girod@bordier.com |
| kjhang@bok.or.kr | tjnam@bok.or.kr | juvet@bordier.com |
| kjs6010@bok.or.kr | topchung@bok.or.kr | laborde@bordier.com |
| kmsbok@bok.or.kr | tulturi2@bok.or.kr | leclerc@bordier.com |
| kmyook@bok.or.kr | vincent@bok.or.kr | natalini@bordier.com |
| ksw@bok.or.kr | wanochoi@bok.or.kr | pellet@bordier.com |
| kth@bok.or.kr | wshong@bok.or.kr | perret@bordier.com |
| kumhawoh@bok.or.kr | yjyoon@bok.or.kr | rosanoff@bordier.com |
| kyo@bok.or.kr | ykh102@bok.or.kr | statkow@bordier.com |
| lawlee@bok.or.kr | ykrhee@bok.or.kr | tinguely@bordier.com |
| lch1028@bok.or.kr | yonghooni@bok.or.kr | wiederkehr@bordier.com |
| leeshng@bok.or.kr | youngkim@bok.or.kr | zancanella@bordier.com |
| leeys@bok.or.kr | youngseok@bok.or.kr | rfick@borel.com |
| lmoon@bok.or.kr | youngsuli@bok.or.kr | boris.gleissner@de.bosch.com |
| lollol@bok.or.kr | yspark@bok.or.kr | hans.ruebel2@de.bosch.com |
| mayking@bok.or.kr | bbenanzer@bokf.com | henk.becker@de.bosch.com |
| mijoolee@bok.or.kr | bemmons@bokf.com | klaus.albeck@de.bosch.com |
| mildruby@bok.or.kr | bhenderson@bokf.com | marco.rasch@de.bosch.com |
| minjang@bok.or.kr | jcapps@bokf.com | martin.joos@de.bosch.com |
| monitoring@bok.or.kr | jcoffman@bokf.com | misoon.shin@de.bosch.com |
| mpdept@bok.or.kr | jholloman@bokf.com | sabine.sekutor@de.bosch.com |
| mzrk1@bok.or.kr | jhuntzinger@bokf.com | stefan.lauinger@de.bosch.com |
| namhyun@bok.or.kr | jsanders@bokf.com | wolfgang.stein@de.bosch.com |
| namyi.kang@bok.or.kr | lallen@bokf.com | andrea.giacalone@bostonadvisors.com |
| ngchoi@bok.or.kr | lgrim@bokf.com | chris.zani@bostonadvisors.com |
| ninaas@bok.or.kr | maharris@bokf.com | david.hanna@bostonadvisors.com |
| nirvana@bok.or.kr | mciabocchi@bokf.com | james.gaul@bostonadvisors.com |
| ohyg@bok.or.kr | tferguson@bokf.com | lisa.sebesta@bostonadvisors.com |
| ornge@bok.or.kr | spiracom@boltblue.com | mike.vogelzang@bostonadvisors.com |
| overseas@bok.or.kr | agreco@bondinvestor.com | robyn.misiano@bostonadvisors.com |
| park425@bok.or.kr | dmadigan@bondinvestor.com | shakeel.dewji@bostonadvisors.com |

tanya.kerrigan@bostonadvisors.com
jcrangle@bostonis.com
ebuckley@bostonprivatebank.com
gkrejmas@bostonprivatebank.com
gschwartz@bostonprivatebank.com
jenglund@bostonprivatebank.com
joconnell@bostonprivatebank.com
kablondi@bostonprivatebank.com
kgentile@bostonprivatebank.com
kpapson@bostonprivatebank.com
lames@bostonprivatebank.com
rhines@bostonprivatebank.com
rsipley@bostonprivatebank.com
rwannop@bostonprivatebank.com
ssainju@bostonprivatebank.com
tjohansen@bostonprobes.com
041779@mail.bot.com.tw
047775@mail.bot.com.tw
081975@mail.bot.com.tw
082116@mail.bot.com.tw
088932@mail.bot.com.tw
099602@mail.bot.com.tw
101218@mail.bot.com.tw
110287@mail.bot.com.tw
achavapc@bot.or.th
adulsaka@bot.or.th
alisaras@bot.or.th
amornt@bot.or.th
ampors@bot.or.th
aroonsrt@bot.or.th
arunratn@bot.or.th
bot069@mail.bot.com.tw
bot12502@mail.bot.com.tw
botevp06@mail.bot.com.tw
burina@bot.or.th
bussarpa@bot.or.th
charnchail@bot.or.th
choteaps@bot.or.th
chotibhj@bot.or.th
danaiar@bot.or.th
darapad@bot.or.th
duangjas@bot.or.th
ekonk@bot.or.th
fasapp@bot.or.th
garykao@mail.bot.com.tw
george@mail.bot.com.tw
huohlynn@mail.bot.com.tw
isarap@bot.or.th
jarumanr@bot.or.th
jarumant@bot.or.th
jasonho@mail.bot.com.tw
kanockck@bot.or.th
khwankaj@bot.or.th
kittipaj@bot.or.th
kittipom@bot.or.th
krisanas@bot.or.th
marywang@mail.bot.com.tw
may.chen@mail.bot.com.tw
melanie@mail.bot.com.tw
nalink@bot.or.th

nhuo@bot.or.th
noppuny@bot.or.th
nujchanp@bot.or.th
nuttl@bot.or.th
ongartp@bot.or.th
passarac@bot.or.th
patrick@mail.bot.com.tw
phurichr@bot.or.th
pimpanc@bot.or.th
ponladep@bot.or.th
poonsroc@bot.or.th
prasongw@bot.or.th
prisadej@bot.or.th
rattanad@bot.or.th
raychen@mail.bot.com.tw
ronadoln@bot.or.th
santir@bot.or.th
saranunp@bot.or.th
sarayutc@bot.or.th
smiths@bot.or.th
subinl@bot.or.th
sudawanr@bot.or.th
sudpreel@bot.or.th
sunthart@bot.or.th
suparatt@bot.or.th
supawadp@bot.or.th
supotek@bot.or.th
suppachc@bot.or.th
supreeyp@bot.or.th
swisaa@bot.or.th
teerayak@bot.or.th
thammarm@bot.or.th
tharithp@bot.or.th
theeraph@bot.or.th
thirachp@bot.or.th
trini@bot.or.th
umpaii@bot.or.th
vachiraa@bot.or.th
vanaporl@bot.or.th
varinp@bot.or.th
vasuvir@bot.or.th
visras@bot.or.th
wenaril@bot.or.th
wikrann@bot.or.th
wongjans@bot.or.th
wongwatp@bot.or.th
woramonk@bot.or.th
yootk@bot.or.th
carol@botsg.com
d.acker@bouwfonds.nl
h.kroon@bouwfonds.nl
j.thompson@bouwfonds.nl
l.muller@bouwfonds.nl
m.arnoldy@bouwfonds.nl
m.dubois@bouwfonds.nl
o.hoogeveen@bouwfonds.nl
eforest@bouyguestelecom.fr
ehaentje@bouyguestelecom.fe
aldo.scardino@bov.com
bernard.cassar@bov.com

david.darmanin@bov.com
david.paceross@bov.com
dorianne.cassar@bov.com
joanne.grech@bov.com
johann.ferrando@bov.com
mark.scicluna@bov.com
mvella.vfm@bov.com
omar.ellul@bov.com
admansga@bp.com
bob.moore@bp.com
byeg@bp.com
colemagw@bp.com
fergusmacleod@bp.com
hallpm@bp.com
hewinsrr@bp.com
huckje@bp.com
isabelle.schirmer@uk.bp.com
keith.westhead@bp.com
lamoretf@bp.com
peattidk@bp.com
sloughp@bp.com
taylord13@bp.com
tba@bp.com
trols1@bp.com
maurizio.amaglio@bpb.it
stefania.morotti@bpb.it
francesco.filacchioni@bpbassicurazioni.it
marco.aliprandi@bpbassicurazioni.it
d.roncaglio@bpbfinance.com
r.gervasoni@bpbfinance.com
s.acquaroli@bpbfinance.com
rchaulman@bpbt.com
arandall@bpbtc.com
bcummings@bpbtc.com
ccasey@bpbtc.com
dbarrie@bpbtc.com
dcunningham@bpbtc.com
dglen@bpbtc.com
eburkhalter@bpbtc.com
gpapin@bpbtc.com
gschwartz@bpbtc.com
jparker@bpbtc.com
jravida@bpbtc.com
jwailes@bpbtc.com
lchauncey@bpbtc.com
mhoyt@bpbtc.com
mthompson@bpbtc.com
pokeefe@bpbtc.com
reverett@bpbtc.com
rhenderson@bpbtc.com
rkjellman@bpbtc.com
rquinn@bpbtc.com
tvaill@bpbtc.com
wpressey@bpbtc.com
e.deacal@bpci.it
m.villa@bpci.it
me.gatti@bpci.it
pe.pelizzari@bpci.it
james.sharer@bpd.treas.gov
fporta@bpdbank.com

ajans@bper.ch
alessandro.brizzi@bper.it
alessandro.zini@bper.it
andrea.campagnoli@bper.it
andrea.manzini@bper.it
bjacquier@bper.ch
bmeier@bper.ch
ccouyoumtzelis@bper.ch
crohrbasser@bper.ch
daniela.serra@bper.it
davide.fantoni@bper.it
dengel@bper.ch
diego.baroncini@bper.it
elena.fava@bper.it
erika.furno@bper.it
eroeder@bper.ch
federica.ferrari@bper.it
framza@bper.ch
francesco.altilia@bper.it
franza@bper.ch
gabriele.ugolini@bper.it
gguyon@bper.ch
gilberto.borghi@bper.it
guido.fabbri@bper.it
intmobiliare@bper.it
jpbruhin@bper.ch
jvallade@bper.ch
lbacci@bper.ch
lcf-rotschild-funds@bper.ch
llemke@bper.ch
lorenzo.batacchi@bper.it
lxu@bper.ch
marco.parravicini@bper.it
marco.righinicli@bper.it
massimo.bonisoli@bper.it
matteo.cavedoni@bper.it
matteo.malmusi@bper.it
mbruderer@bper.ch
mcurty@bper.ch
mlagier@bper.ch
mreinhardt@bper.ch
mstrauss@bper.ch
paolo.panini@bper.it
pchollet@bper.ch
plederrey@bper.ch
privee-bourse@bper.ch
pscherrer@bper.ch
psegal@bper.ch
pvasas@bper.ch
pybrack@bper.ch
rebecca.bianconi@bper.it
roberto.benatti@bper.it
roberto.panini@bper.it
romeo.orlandi@bper.it
skostenbaum@bper.ch
stefano.montorsi@bper.it
tiziano.fantozzi@bper.it
tommaso.perrone@bper.it
ivano.masiero@bpf.com
renato.calabretto@bpf.com

andrzej.krzeminski@bph.pl
arkadiusz.gwozdz@bph.pl
grzegorz.bialobrzeski@bph.pl
izabela.klejnowska@bph.pl
jacek.jurczynski@bph.pl
jacek.ostas@bph.pl
jakub.koscielski@bph.pl
magdalena.machura@bph.pl
marcin.mrowiec@bph.pl
mateusz.swierczewski@bph.pl
piotr.mielus@bph.pl
ryszard.petru@bph.pl
tomasz.mironczuk@bph.pl
159700@bpi.pt
abc@bpi.pt
aca@bpi.pt
alf@bpi.pt
amv@bpi.pt
bas@bpi.pt
cpp@bpi.pt
cs@bpi.pt
eduardo.monteiro@bpi.pt
f.cirignano@bpi.it
fcr@bpi.pt
fu@bpi.pt
fxa@bpi.pt
icb@bpi.pt
jba@bpi.pt
jcb@bpi.pt
jcr@bpi.pt
jmst@bpi.pt
joao.aleixo.silveira@bpi.pt
jqm@bpi.pt
lbx@bpi.pt
maj@bpi.pt
mjgb@bpi.pt
mpc@bpi.pt
psa@bpi.pt
pso@bpi.pt
rac@bpi.pt
rta@bpi.pt
sdm@bpi.pt
ssl@bpi.pt
vitor.hugo.pires@bpi.pt
vmg@bpi.pt
vst@bpi.pt
bpetrozzi@bpi-gruposantander.com
tfernandez@bpi-gruposantander.com
barberis@bpintra.it
budelli@bpintra.it
caputo@bpintra.it
federici@bpintra.it
guzzo@bpintra.it
marcello@bpintra.it
mercuri@bpintra.it
pisoni@bpintra.it
reho@bpintra.it
romano@bpintra.it
santoro@bpintra.it
secomandi@bpintra.it

somaschini@bpintra.it
tudisco@bpintra.it
vairetti@bpintra.it
froidevaux.jean-pierre@bpk.ch
wiedmer.hanspeter@bpk.ch
c.tarenzi@bpl.gruppobipielle.it
g.boni@bpl.gruppobipielle.it
o.brunetti@bpl.gruppobipielle.it
t.bianchi@bpl.gruppobipielle.it
adam.white@bpm.it
andrea.ferrari@bpm.it
andrew.law@bpm.it
arne.riscassi@bpm.it
barbara.bocchio@bpm.it
beverley.dyson@bpm.it
daniela.finocchio@bpm.it
emanuela.galbiati@bpm.it
enzo.bergamini@bpm.it
enzo.chiesa@bpm.it
fabio.faina@bpm.it
francesca.fiorita@bpm.it
giacomo.fumu@guest.bpm.it
giorgio.pellagatti@bpm.it
giovanni.prati.de.pellati@bpm.it
giuseppe.marcato@bpm.it
graham.dudden@bpm.it
jeremy.spain@bpm.it
lucia.casoli@bpm.it
luigi.fulgosi@bpm.it
marco.colautto@bpm.it
marco.ferrario@bpm.it
oscar.cipelli@bpm.it
renzo.tarantino@bpm.it
roberto.peronaglio@bpm.it
rosa.gisini@bpm.it
rosamaria.colicchia@bpm.it
salvatore.di.vincenzo@bpm.it
sean.martin@bpm.it
stefano.panerai@bpm.it
valerio.piacentini@bpm.it
valter.apostolo@bpm.it
walter.apostolo@bpm.it
antonio_prosdocimo@bpmarostica.it
francesco_brotto@bpmarostica.it
aprofita@bpmny.com
jchatman@bpmny.com
rcruz@bpmny.com
rdesantes@bpmny.com
tfitzherbert@bpmny.com
andrea.bergamaschi@bpmsgr.it
andrea.mancadori@bpmsgr.it
armando.carcaterra@bpmsgr.it
carla.scarano@bpmsgr.it
emilia.colombo@bpmsgr.com
fabrizio.viola@bpmsgr.it
gianluca.follador@bpmsgr.it
giuseppe.sarti@bpmsgr.it
lucia.frazzon@bpmsgr.it
manuela.novati@bpmsgr.it
marco.seveso@bpmsgr.it

mary.thomson@bpmsgr.it
piero.cirenei@bpmsgr.com
francesco.campominosi@bpmvita.it
giulio.delsante@bpmvita.it
giuseppe.giusto@bpmvita.it
marta.calisse@bpmvita.it
maurizio.bellini@bpmvita.it
maurizio.cavirani@bpmvita.it
bertolottil@bpn.it
leoa@bpn.it
lovetereg@bpn.it
maggiolie@bpn.it
roccamenaa@bpn.it
zemeg@bpn.it
emeah@bpop.com
hrams@bpop.com
khenniga@bpop.com
rmcgill@bpop.com
chribeiro@bportugal.pt
jmalves@bportugal.pt
jorge.eduardo.marcal@bportugal.pt
jpsbraga@bportugal.pt
ljeronimo@bportugal.pt
lmsousa@bportugal.pt
mcandeias@bportugal.pt
pdias@bportugal.pt
passuncao@bpp.pt
pmorais@bpp.pt
angelriverag@bppr.com
eaguilar@bppr.com
elhernandez@bppr.com
jblasini@bppr.com
jsoroeta@bppr.com
llastra@bppr.com
rbarrios@bppr.com
liverani.alfredo@bpr.it
crooney@bpscapital.com
gwahlen@bpscapital.com
jjohnson@bpscapital.com
pknapp@bpscapital.com
gudika@bpsd.fr
v.nocton@bpsd.fr
antoine.demenibus@bp-sd.com
berthod.becam@bp-sd.com
ragioneria@bpservizi.it
claudio.soranzo@bpubanca.it
ezio.castagna@bpubanca.it
giorgio.erasmi@bpubanca.it
giorgio.masoero@bpubanca.it
laura.giannotti@bpubanca.it
luca.pavesi@bpubanca.it
luigi.dimartino@bpubanca.it
riccardo.magni@bpubanca.it
roberto.bini@bpubanca.it
rossella.leidi@bpubanca.it
alustig@bpuinvestments.com
dcheswick@bpuinvestments.com
mbfeduska@bpuinvestments.com
alessandro.stangalini@bpv.it
ammtit@bpv.it

amtit@bpv.it
cambrianid@bpv.it
esterovr@bpv.it
finanza@bpv.it
fondimo@bpv.it
franco.fieni@bpv.it
giorgio.scognamillo@bpv.it
luigi.sartini@bpv.lu
maurizio.galli@bpv.it
silvia.demase@bpv.it
spuntatitolimo@bpv.it
vito.macchia@bpv.it
gzucchini@bpvifondi.it
lmascheroni@bpvifondi.it
lpardini@bpvifondi.it
spuppini@bpvifondi.it
brenda@bpviinc.com
deno@bpviinc.com
don@bpviinc.com
egoldberg@bpviinc.com
jim@bpviinc.com
ken@bpviinc.com
mary@bpviinc.com
morgan@bpviinc.com
mtimm@bpviinc.com
rachel@bpviinc.com
ryan@bpviinc.com
steve@bpviinc.com
tim@bpviinc.com
timd@bpviinc.com
woody@bpviinc.com
jorge.cunha@bpvn.lu
steve.tonizzo@bpvn.lu
abond@bradfordmarzec.com
bkang@bradfordmarzec.com
ccoleman@bradfordmarzec.com
chrisb@bradfordmarzec.com
clin@bradfordmarzec.com
dianeb@bradfordmarzec.com
dlopez@bradfordmarzec.com
gallen@bradfordmarzec.com
hclifford@bradfordmarzec.com
imarsee@bradfordmarzec.com
jbrothers@bradfordmarzec.com
jcheng@bradfordmarzec.com
jgibbons@bradfordmarzec.com
jheitkemper@bradfordmarzec.com
jmoore@bradfordmarzec.com
jremillard@bradfordmarzec.com
jsafran@bradfordmarzec.com
jwlodek@bradfordmarzec.com
kparker@bradfordmarzec.com
mkaton@bradfordmarzec.com
mkiani@bradfordmarzec.com
mwalsh@bradfordmarzec.com
nalhadeff@bradfordmarzec.com
rkoh@bradfordmarzec.com
seanc@bradfordmarzec.com
snguyen@bradfordmarzec.com
tbradford@bradfordmarzec.com

terryr@bradfordmarzec.com
zmarzec@bradfordmarzec.com
johnson@braeburncapital.com
rhys@braeburncapital.com
tmulvaney@braeburncapital.com
valentine@braverstern.com
alain.behar@bred.fr
alain.ouzou@bred.fr
albert.elfassy@bred.fr
alexandre.kubiak@bred.fr
anne-laure.bronstein@bred.fr
bernard.gadelle@bred.fr
catherine.caballero@bred.fr
catherine.salducci@bred.fr
christine.mahamba@bred.fr
d_roguet@bred.fr
daniel.aidan@bred.fr
emmanuel.bechet@bred.fr
ethel.salducci@bred.fr
fabrice.houze@bred.fr
frederic.jallet@bred.fr
frederic.philippe@bred.fr
guillaume.de-lafarge@bred.fr
guillaume.jamain@bred.fr
guillaume.perret@bred.fr
jean-philippe.foucher@bred.fr
jerome.guiot-dorel@bred.fr
jerome.olivier@bred.fr
karine.ferrer@bred.fr
marc.ryszfeld@bred.fr
olivier.deneuville@bred.fr
olivier.sauvage@bred.fr
pascal.marionneau@bred.fr
pierre.masliah@bred.fr
quang-vinh.le@bred.fr
rodolphe.bailleuil@bred.fr
sdm003@bred.fr
sdm004@bred.fr
sdm006@bred.fr
sdm013@bred.fr
sebastien.delage@bred.fr
stephane.cuartero@bred.fr
thierry.le-gall@bred.fr
info@brederode.be
karl-heinz.burmester@sparkasse.bremen.de
bkstousland@bremer.com
cmmanfred@bremer.com
crfreiberg@bremer.com
djerickson@bremer.com
djmelroe@bremer.com
djpetersen@bremer.com
jbmccourtney@bremer.com
rbbuck@bremer.com
srmcfarlane@bremer.com
trfinnerty@bremer.com
cora.bernecker@bremerlandesbank.de
elke.heinig@bremerlandesbank.de
fred.walther@bremerlandesbank.de
guido.schlichting@bremerlandesbank.de
kirsten.discher@bremerlandesbank.de

maria-luisa.deli@bremerlandesbank.de
rainer.punke@bremerlandesbank.de
tanja.hornburg@bremerlandesbank.de
brad.cunningham@brentonbank.com
kevin.mcentee@brfinancialgroup.com
azilberberg@brgco.com
bdelaet@brgco.com
dschroyen@brgco.com
dwi@brgco.com
ead@brgco.com
fle@brgco.com
jtheunissen@brgco.com
pst@brgco.com
sbe@brgco.com
svc@brgco.com
brian.mccormack@brhlp.com
david.doherty@brhlp.com
ken.richard@brhlp.com
rudjito@bri.co.id
kawashima.kazuhito@bridgestone.co.jp
dehartog@bridport.ch
giannuzzo@bridport.ch
stojanovic@bridport.ch
thiebaud@bridport.ch
bell@bridportjersey.net
jones@bridportjersey.net
vetier@bridportjersey.net
adamsd@brinson.com
burkec@brinson.com
clarker@brinson.com
cummingn@brinson.com
dellaquilaf@brinson.com
engwellv@brinson.com
grahams@brinson.com
hallg@brinson.com
humphriesm@brinson.com
lambm@brinson.com
liny@brinson.com
provinceg@brinson.com
sheehyb@brinson.com
smidchense@brinson.com
smithte@brinson.com
strahlh@brinson.com
wozniakg@brinson.com
yeadona@brinson.com
andrew_cripps@britamtob.com
mike_hall@britamtob.com
patrick_aylmer@britamtob.com
andrew.beech@britannia.co.uk
andrew.donnelly@britannia.co.uk
andrew.roberts@britannia.co.uk
christopher.gardner@britannia.co.uk
clair.taylor-henshall@britannia.co.uk
elaine.fox@britannia.co.uk
elaine.mahoney@britannia.co.uk
gemma.jones@britannia.co.uk
graham.jones@britannia.co.uk
jeremy.helme@britannia.co.uk
jon.katovsky@britannia.co.uk
laura.shaw@britannia.co.uk

paul.fergusson@britannia.co.uk
spencer.ashby@britannia.co.uk
steve.nichols@britannia.co.uk
steven.morris@britannia.co.uk
tony.hubbard@britannia.co.uk
afield@britannicasset.com
amccreaddie@britannicasset.com
asinclair@britannicasset.com
awporter@britannicasset.com
bpaterson@britannicasset.com
cgray@britannicasset.com
chay@britannicasset.com
cpaton@britannicasset.com
dhaxton@britannicasset.com
dlee@britannicasset.com
dmcewan@britannicasset.com
dphillips@britannicasset.com
emackenzie@britannicasset.com
emcguire@britannicasset.com
emiddleton@britannicasset.com
fpage@britannicasset.com
gjohnston@britannicasset.com
gmcintosh@britannicasset.com
hfallow@britannicasset.com
initialsurname@britannicasset.com
jmccartney@britannicasset.com
jmckenna@britannicasset.com
kburden@britannicasset.com
kfenelon@britannicasset.com
kmclardy@britannicasset.com
lmcgregor@britannicasset.com
phughes@britannicasset.com
rbenson@britannicasset.com
rcrawford@britannicasset.com
rdavidson@britannicasset.com
rjack@britannicasset.com
rmcallister@britannicasset.com
scusack@britannicasset.com
sjohnstone@britannicasset.com
tchigariro@britannicasset.com
mike.chambers@britinsurance.com
mike.sibthorpe@britinsurance.com
george.h.stinnes@british-airways.com
dg@broadwaybankchicago.com
kpancholi@broadwaybankchicago.com
bbehrens@brownadvisory.com
bfinnell@brownadvisory.com
cberrier@brownadvisory.com
creid@brownadvisory.com
deisenberg@brownadvisory.com
doliver@brownadvisory.com
dpowell@brownadvisory.com
dschuster@brownadvisory.com
echa@brownadvisory.com
efinney@brownadvisory.com
fmerserve@brownadvisory.com
gcarey@brownadvisory.com
gdavidson@brownadvisory.com
hbuppert@brownadvisory.com
hvernon@brownadvisory.com

jkorhonen@brownadvisory.com
jvlosich@brownadvisory.com
ken.stuzin@brownadvisory.com
lfitzwilliams@brownadvisory.com
lowen@brownadvisory.com
lrich@brownadvisory.com
lruther@brownadvisory.com
mbajaj@brownadvisory.com
mfoss@brownadvisory.com
mhausner@brownadvisory.com
mpoggi@brownadvisory.com
ncoutros@brownadvisory.com
nyudell@brownadvisory.com
pchew@brownadvisory.com
pcorbin@brownadvisory.com
pli@brownadvisory.com
pobrien@brownadvisory.com
rbernstein@brownadvisory.com
rpalmer@brownadvisory.com
scohn@brownadvisory.com
spark@brownadvisory.com
thathaway@brownadvisory.com
wmorrill@brownadvisory.com
wwhilden@brownadvisory.com
dbrown@brownadvisroy.com
azhang@browncapital.com
cbaker@browncapital.com
ckraw@browncapital.com
dblakeney@browncapital.com
ebrown@browncapital.com
elugo@browncapital.com
eramos@browncapital.com
jbutler@browncapital.com
kempton@browncapital.com
kkratz@browncapital.com
klee@browncapital.com
mhaywood@browncapital.com
msteinik@browncapital.com
pflaherty@browncapital.com
sgronek@browncapital.com
wpearson@browncapital.com
kathy.wicker@brownia.com
bo.bortemark@brummer.se
caroline.mitteregger@brummer.se
carsten.ruge@brummer.se
dag.martensson@brummer.se
eija.mutkala@brummer.se
erik.thedeen@brummer.se
fredrik.attefall@brummer.se
fredrik.malmen@brummer.se
fredrik.wallman@brummer.se
gustaf.frithz@brummer.se
hans.ulinder@brummer.se
henrik.johansson@brummer.se
it-support@brummer.se
jerry.anderson@brummer.se
johan.grabe@brummer.se
johan.grip@brummer.se
johan.kinannder@brummer.se
johan.sidenmark@brummer.se

| | | |
|---|---|---|
| jonas.erikson@brummer.se | antonio.ligori@bsibank.com | lorena.cedillo@bsibank.com |
| kerim.kaskal@brummer.se | banci.osvaldo@bsibank.com | luca.luisoni@bsibank.com |
| klaus.jantti@brummer.se | barbara.andreoli@bsibank.com | luca.maddalon@bsibank.com |
| magnus.angenfelt@brummer.se | barbara.tunesi@bsibank.com | luca.orelli@bsibank.com |
| magnus.hillerstrom@brummer.se | carlo.broggi@bsibank.com | manuel.pellanda@bsibank.com |
| magnus.soderblom@brummer.se | carmine.russo@bsibank.com | manuela.sulmoni@bsibank.com |
| mans.carlson@brummer.se | chiara.canellini@bsibank.com | mara.morandi@bsibank.com |
| martin.jonsson@brummer.se | chris.biedermann@bsibank.com | marcel.luechinger@bsibank.com |
| martin.larsen@brummer.se | christian.bernasconi@bsibank.com | marco.boldrin@bsibank.com |
| mats.hyden@brummer.se | christian.ferry@bsibank.com | marco.bottinelli@bsibank.com |
| mattias.lundgren@brummer.se | christian.moser@bsibank.com | marco.campana@bsibank.com |
| michael.hemph@brummer.se | christian.rizzi@bsibank.com | marco.casartelli@bsibank.com |
| patrik.brummer@brummer.se | christoph.bieri@bsibank.com | marco.dolci@bsibank.com |
| paul.meyer@brummer.se | claudio.caiata@bsibank.com | marco.ferrari@bsibank.com |
| per.josefsson@brummer.se | claudio.camplani@bsibank.com | marco.foglia@bsibank.com |
| per.norling@brummer.se | claudio.mattaidelmoro@bsibank.com | marco.melis@bsibank.com |
| per.sundstrom@brummer.se | claudio.meroni@bsibank.com | marco.nebiker@bsibank.com |
| peter.thelin@brummer.se | claudio.sala@bsibank.com | marco.panzeri@bsibank.com |
| peter.vanberlekom@brummer.com | corina.galli@bsibank.com | marco.resinelli@bsibank.com |
| robert.slorach@brummer.se | corrado.varisco@bsibank.com | marco.rinaldi@bsibank.com |
| stefan.jarudd@brummer.se | cristophe.schaer@bsibank.com | marco.valerio@bsibank.com |
| stefan.lohr@brummer.se | daniel.cavargna@bsibank.com | margrethe.rokkum-testi@bsibank.com |
| svante.elfving@brummer.se | danila.kelly@bsibank.com | mariachiara.zanotta@bsibank.com |
| svante.elving@brummer.se | dario.meroni@bsibank.com | marialuisa.parodi@bsibank.com |
| thomas.andersson@brummer.se | dario.milani@bsibank.com | marialuisa.siccardi@bsibank.com |
| thomas.nilsson@brummer.se | diego.gadient@bsibank.com | mario.canepa@bsibank.com |
| hafidzyakob@brunet.bn | edy.bernasconi@bsibank.com | mario.cribari@bsibank.com |
| cvandervinne@brusselsairlines.com | emilio.casati@bsibank.com | marzio.martinelli@bsibank.com |
| rjacoud@brusselsairlines.com | enrico.carbonelli@bsibank.com | massimo.fini@bsibank.com |
| rmceldowney@brv-llc.com | enzo.mombelli@bsibank.com | matteo.bossi@bsibank.com |
| grevenu@bryangarnier.fr | eros.lupi@bsibank.com | matteo.monzeglio@bsibank.com |
| pbleier@bryangarnier.ch | eugenio.giacopini@bsibank.com | maurizio.moranzoni@bsibank.com |
| beat.bommer@bs.ch | fabrizio.graziani@bsibank.com | mauro.casalini@bsibank.com |
| christian.schaerz@bs.ch | felice.giuggioli@bsibank.com | michel.bassi@bsibank.com |
| max-eric.laubscher@bs.ch | fioravante.lombardo@bsibank.com | michele.argenta@bsibank.com |
| dflores@bsantander.com.mx | flavio.testi@bsibank.com | michele.cutruneo@bsibank.com |
| contatto@bsct.ch | francesco.badaracco@bsibank.com | michele.malingamba@bsibank.com |
| cpisoni@bsct.ch | franco.montano@bsibank.com | mitri.bustros@bsibank.com |
| ctomasini@bsct.ch | fulgenzio.jorio@bsibank.com | nadia.ceresa@bsibank.com |
| dbarbuscia@bsct.ch | gabriele.bedolla@bsibank.com | nicola.carcano@bsibank.com |
| mscaromella@bsct.ch | georges.khneysser@bsibank.com | nicola.marelli@bsibank.com |
| rspigolon@bsct.ch | giancarlo.prada@bsibank.com | nicola.tamburini@bsibank.com |
| matteo.canali@bsi.it | giancarlo.preda@bsibank.com | nicola.versi@bsibank.com |
| moetaz.soliman@bsi.it | gianluca.pea@bsibank.com | olivier.baggi@bsibank.com |
| aat@bsibank.com | giordano.battaini@bsibank.com | paola.bernardinello@bsibank.com |
| alberto.zanzi@bsibank.com | giordano.giuxe@bsibank.com | paola.angioletti@bsibank.com |
| aldo.visani@bsibank.com | giorgio.radaelli@bsibank.com | paolo.guggiari@bsibank.com |
| alen.vukic@bsibank.com | giorgio.sala@bsibank.com | patricia.berger@bsibank.com |
| alessandra.nani@bsibank.com | grazia.cozzi@bsibank.com | patrick.cecconi@bsibank.com |
| alex.merla@bsibank.com | gregor.mueller@bsibank.com | patrick.keller@bsibank.com |
| andre.forster@bsibank.com | gregory.kettelhack@bsibank.com | patrick.tschupp@bsibank.com |
| andrea.appiani@bsibank.com | grosso.francesco@bsibank.com | patrik.pizzali@bsibank.com |
| andrea.giusto@bsibank.com | iequities@bsibank.com | patrizia.dellatorre@bsibank.com |
| andrea.laurent@bsibank.com | jacek.treter@bsibank.com | paulo.angeletti@bsibank.com |
| andrea.pantellini@bsibank.com | jacqueline.ponti@bsibank.com | pierluigi.pasotti@bsibank.com |
| andrea.solari@bsibank.com | jeanpierre.abdalian-sireki@bsibank.com | raffaele.derosa@bsibank.com |
| andrea.zanoccoli@bsibank.com | jole.tabacchi@bsibank.com | ralf.wuerker@bsibank.com |
| andri.cantieni@bsibank.com | juanluis.mallo@bsibank.com | raoul.paglia@bsibank.com |
| antonio.bianchi@bsibank.com | julien.stouff@bsibank.com | regina.reinert@bsibank.com |
| antonio.casuscelli@bsibank.mg | karen.sabti@bsibank.com | renato.rezzonico@bsibank.com |

reto.weber@bsibank.com
rinaldo.rusca@bsibank.com
roberto.cerratti@bsibank.com
roberto.eggmann@bsibank.com
rodolfo.pusterla@bsibank.com
rolando.hepp@bsibank.com
romano.costa@bsibank.com
ronald.ogna@bsibank.com
sacha.demicheli@bsibank.com
salvatore.cordaro@bsibank.com
samuele.rudelli@bsibank.com
sandro.canuti@bsibank.com
sandro.monti@bsibank.com
sebastian.canepa@bsibank.com
sergei.mancastroppa@bsibank.com
sergio.cola@bsibank.com
sergio.nacci@bsibank.com
simone.pinelli@bsibank.com
stefanie.wright@bsibank.com
stefano.cividini@bsibank.com
stefano.fiala@bsibank.com
stefano.jermini@bsibank.com
stefano.melera@bsibank.com
stefano.passera@bsibank.com
sylvia.strausz@bsibank.com
tbc@bsibank.com
thea.ivanisevic@bsibank.com
tino.sarantis@bsibank.com
urs.pfister@bsibank.com
valeria.zanon@bsibank.com
vittorio.treichler@bsibank.com
vittoriotreichler@bsibank.com
yvan.chevrette@bsibank.com
jvc@bsiifabanque.com
v.jenkinsrhea@bsiifabanque.com
rosanna.marcionelli@london.bsipb.com
alexandra.brandao@bsnp.pt
andre.leite@bsnp.pt
bernardo.pereira@bsnp.pt
cunha.leal@bsnp.pt
fernando.vicente@bsnp.pt
francisco.cruz@bsnp.pt
humberto.pinto@bsnp.pt
luis.martins@bsnp.pt
luis.silva@bsnp.pt
manuel.preto@bsnp.pt
marisa.esteves@bsnp.pt
nuno.godinho@bsnp.pt
pedro.bastos@bsnp.pt
sandra.baltazar@bsnp.pt
rhernandez@bsp.gov.ph
c.gibbon@bspf.co.uk
d.newlands@bspf.co.uk
d.rollier@bspf.co.uk
f.mcgarrity@bspf.co.uk
h.smart@bspf.co.uk
j.wright@bspf.co.uk
k.yarwood@bspf.co.uk
m.buntrock@bspf.co.uk
r.sharpe@bspf.co.uk

s.white@bspf.co.uk
t.brown@bspf.co.uk
fbruno@bspr.com
glenda.gonzalez@bspr.com
jperez1@bspr.com
lal@bspr.com
sarai.montes@bspr.com
victor.feliciano@bspr.com
adam.machin@bt.com
adrian.b.smith@bt.com
andrew.levy@bt.com
christopher.2.bell@bt.com
colin.brown@bt.com
damian.oreilly@bt.com
dave.n.smith@bt.com
emma.jamieson@bt.com
francesco.compostella@bt.com
gary.botterill@im.bt.com
george.pickvance@bt.com
hayley.ormrod@bt.com
howard.ford@bt.com
john.brougham@bt.com
mark.d.smith@bt.com
peter.3.cross@bt.com
peter.bonfield@bt.com
peter.roe@bt.com
sally.2.davis@bt.com
sebastian.wood@bt.com
tariq.2.malik@bt.com
terry.hutson@bt.com
name.surname@btal.com.au
bilondon@btclick.com
abocld@btconnect.com
hakki.arslan@btconnect.com
ken_forman@btconnect.com
adrian.richardson@btfinancialgroup.com
andrew.blackler@btfinancialgroup.com
andrew.south@btfinancialgroup.com
andrew.waddington@btfinancialgroup.com.au
ben.squire@btfinancialgroup.com
craig.stobo@btfinancialgroup.com
crispin.murray@btfinancialgroup.com
david.maywald@btfinancialgroup.com
dirk.morris@btfinancialgroup.com
gill.graham@btfinancialgroup.com
greg.fraser@btfinancialgroup.com
ileria.chan@btfinancialgroup.com.au
joe.bracken@btfinancialgroup.com
john.sorrell@btfinancialgroup.com
linda.bakhshian@btfinancialgroup.com
peter.farac@btfinancialgroup.com
scott.osborne@btfinancialgroup.com.au
sidney.chong@btfinancialgroup.com
stephen.hunt@btfinancialgroup.com
tim.edmonstone@btfinancialgroup.com
vivien.ronnebeck@btfinancialgroup.com
george.bishay@btim.com.au
amwynn@btinternet.com
ccuny@btinternet.com
charlesawood@btinternet.com

jonathan.hoffman@btinternet.com
masahiko_iwata@btm.co.jp
sladjevardi@btm.co.uk
tnakauchi@btm.co.uk
anthony.e.brown@uk.btbeurope.com
james.nisbet@uk.btmeurope.com
jeetendra.solanki@uk.btmeurope.com
ken_ichi.yoshida@uk.btmeurope.com
oliver.j.seitz@uk.btmeurope.com
seiji.nakao@uk.btmeurope.com
takashi.kimouri@uk.btmeurope.com
yuko.uchida@uk.btmeurope.com
aamo@btmna.com
abernstein@btmna.com
abezdenezhnykh@btmna.com
agreen@btmna.com
akolesnikov@btmna.com
atoyoshima@btmna.com
brhodes@btmna.com
brose@btmna.com
ccarney@btmna.com
cdroussiotis@btmna.com
cgiordano@btmna.com
cpemba@btmna.com
crietscha@btmna.com
cstanton@btmna.com
cstewart@btmna.com
ctsang@btmna.com
dwang@btmna.com
eabello@btmna.com
ehorrnick@btmna.com
eplaney@btmna.com
greyes@btmna.com
gstewart@btmna.com
htajima@btmna.com
hzimmermann@btmna.com
jdarling@btmna.com
jdennehy@btmna.com
jjeffers@btmna.com
jlee@btmna.com
jmasuda@btmna.com
jmillar@btmna.com
jreid@btmna.com
jstill@btmna.com
kbrinkman@btmna.com
khirashima@btmna.com
kkoumoulis@btmna.com
kmatsumoto@btmna.com
kmcgroary@btmna.com
knishii@btmna.com
kossolinski@btmna.com
kotani@btmna.com
kwallace@btmna.com
lalee@btmna.com
lbarbosa@btmna.com
lkawahara@btmna.com
lkim@btmna.com
ltam@btmna.com
mhughes@btmna.com
mrini@btmna.com

| | | |
|---|---|---|
| mzion@btmna.com | volker.schieck@bundesbank.de | josh.bouchard@bwater.com |
| nbattista@btmna.com | willy.friedmann@bundesbank.de | julia.domoradzka@bwater.com |
| nsaffra@btmna.com | christophe.darbord@bunge.com | justin.young@bwater.com |
| pfiguracio@btmna.com | jean-eudes.gautrot@bunge.com | karen.karniol-tambour@bwater.com |
| plarusso@btmna.com | mark.bickler@bunge.com | kelly.roberts@bwater.com |
| preidy@btmna.com | daviesc@bupa.com | kerry.reilly@bwater.com |
| pshah@btmna.com | mcgurkk@bupa.com | kevin.brennan@bwater.com |
| rkay@btmna.com | warrens@bupa.com | kevin.duffy@bwater.com |
| rmasucci@btmna.com | jjamal@burgan.com | latronica@bwater.com |
| rvandeberghe@btmna.com | wb@butlercapitalpartners.com | lawrence.minicone@bwater.com |
| sakita@btmna.com | mark.dowell@butterfieldprivatebank.co.uk | len.marmitt@bwater.com |
| sgeesey@btmna.com | marcel.bartholdi@bve.ch | lester.bourne@bwater.com |
| shughes@btmna.com | marcello.solida@bve.ch | lloyd.gregory@bwater.com |
| simbrosciano@btmna.com | reto.heldstab@bve.ch | mario.schlosser@bwater.com |
| snogaki@btmna.com | thomas.flothen@bve.ch | mark.salzman@bwater.com |
| taoyama@btmna.com | b.siegismund@bvv-vers.de | matt.rabuse@bwater.com |
| tfennessey@btmna.com | f.egermann@bvv-vers.de | matt.rubino@bwater.com |
| tfukutani@btmna.com | r.dieckvoss@bvv-vers.de | matthew.singer@bwater.com |
| tkatsumi@btmna.com | u.hermann@bvv-vers.de | michael.johnson@bwater.com |
| tminami@btmna.com | aaron.seymour@bwater.com | michael.srihari@bwater.com |
| wmanning@btmna.com | alex.vayner@bwater.com | nate.polachek@bwater.com |
| wilkens@btmsha.com.cn | alex.vengerovsky@bwater.com | nick.reber@bwater.com |
| cn.morrison@btopenworld.com | alexander.valdes@bwater.com | noah.yechiely@bwater.com |
| ianharviewatt@btopenworld.com | ambreen.brown@bwater.com | nunu.chen@bwater.com |
| joeboorman@btopenworld.com | amit.srivastava@bwater.com | paul.ross@bwater.com |
| richard.altstaetter@btv.at | avraam.sidiropoulos@bwater.com | paul.swartz@bwater.com |
| dealing@buc.ch | benjamin.ford@bwater.com | ray.dalio@bwater.com |
| titoli@buc.ch | birnbaum@bwater.com | rick.bookstaber@bwater.com |
| geller.a@buckconsultants.com | bob.elliott@bwater.com | rob.krasko@bwater.com |
| ndonelan@buckconsultants.com | bob.prince@bwater.com | robert.guelich@bwater.com |
| paul@buenavistapartners.com | courtney.harmer@bwater.com | robert.mpuku@bwater.com |
| ahancock@buffalofunds.com | daniel.rasmussen@bwater.com | ron.pinsky@bwater.com |
| bkornitzer@buffalofunds.com | derrick.howard@bwater.com | saidman@bwater.com |
| clay@buffalofunds.com | ed.calejesan-reyes@bwater.com | sandler@bwater.com |
| dcarlsen@buffalofunds.com | eric.califano@bwater.com | svilen.ivanov@bwater.com |
| jdeardorff@buffalofunds.com | eric.nishiyama@bwater.com | taylor.brown@bwater.com |
| jjohn@buffalofunds.com | ernesto.florio@bwater.com | tracy.vonick@bwater.com |
| john@buffalofunds.com | everett.grant@bwater.com | tyler.pinkernell@bwater.com |
| jsitzmann@buffalofunds.com | execution_equities@bwater.com | verushka.ramirez@bwater.com |
| kent@buffalofunds.com | ferguson@bwater.com | winston.rains@bwater.com |
| nkornitzer@buffalofunds.com | ferrizz@bwater.com | woolbert@bwater.com |
| pcubbage@buffalofunds.com | fred.post@bwater.com | zach.ingraham@bwater.com |
| pdlugosch@buffalofunds.com | gardner@bwater.com | alankelly@bwbank.com |
| polly@buffalofunds.com | glenn.kinen@bwater.com | butlero@bwbank.ie |
| robertm@buffalofunds.com | greg.tanner@bwater.com | conorirwin@bwbank.ie |
| smoore@buffalofunds.com | haroonor.rashid@bwater.com | cullenh@bwbank.ie |
| wlynch@buffalofunds.com | hilary.devendorf@bwater.com | donnellyb@bwbank.ie |
| daniel.ravizza@bull.net | hill@bwater.com | dowlings@bwbank.ie |
| axel.weber@bundesbank.de | hope.woodhouse@bwater.com | griffinj@bwbank.ie |
| elisabeth.volk@bundesbank.de | jared.kutner@bwater.com | lachenmayerb@bwbank.ie |
| ellen.guba@bundesbank.de | jason.conlin@bwater.com | quinnm@bwbank.ie |
| hans.reckers@bundesbank.de | jason.rotenberg@bwater.com | sineadohara@bwbank.ie |
| jens.ulbrich@bundesbank.de | jason.woerz@bwater.com | turnerb@bwbank.ie |
| katja.hofmann@bundesbank.de | jeff.pinals@bwater.com | annabell.annoff@bw-bank.de |
| klaus.stamm@bundesbank.de | jensen@bwater.com | armin.wenninger@bw-bank.de |
| martin.lindner@bundesbank.de | joe.norena@bwater.com | bernhard.goderbauer@bw-bank.de |
| martin.wieland@bundesbank.de | joe.sondheimer@bwater.com | dirk.brodowski@bw-bank.de |
| rick.burmeister@bundesbank.de | john.sorbo@bwater.com | frank.biller@bw-bank.de |
| siegbert.eschenbacher@bundesbank.de | jon.behar@bwater.com | frank.kaufmann@bw-bank.de |
| thomas.morck@bundesbank.de | jon.hantler@bwater.com | guenther.diewald@bw-bank.de |

heiko.lang@bw-bank.de
jan.fischer@bw-bank.de
karl.steinhart@bw-bank.de
mark.mueller@bw-bank.de
nicolai.schill@bw-bank.de
norbert.hirschberg@bw-bank.de
odilo.mandel@bw-bank.de
oliver.brunner@bw-bank.de
peter.gaessler@bw-bank.de
rainer.kienzle@bw-bank.de
ralf.schmidgall@bw-bank.de
sergius.storfer@bw-bank.de
thomas.herrmann@bw-bank.de
timo.kuerschner@bw-bank.de
volker.stoll@bw-bank.de
winfried.schiefelbein@bw-bank.de
kbrowndorf@bwfund.org
gerhard.ruehle@bwinvest.de
peter.hohler@bwinvest.de
rolf.boesenberg@bwinvest.de
uwe.voshage@bwinvest.de
trauth@bwk.de
voshage@bwk.de
galfaro@bym.es
david.barcus@ca-aipg.com
erica.king@ca-aipg.com
kara.miller@ca-aipg.com
maritza.magana@ca-aipg.com
matt.wooster@ca-aipg.com
patrick.brankin@ca-aipg.com
shannon.doherty@ca-aipg.com
agnes.pennanech@caam.com
alain.baron@caam.com
alain.schlosser@caam.com
alessandro.guazzotti@caam.com
alessandro.russo@caam.com
alexandra.vangyseghem@caam.com
alexandre.blein@caam.com
alexandre.burgues@caam.com
alexandre.perricard@caam.com
alexis.picasso@caam.com
alexis.scouarnec@caam.com
ali.moaven-nasri@caam.com
amelie.derambure@caam.com
amine.benghabrit@caam.com
andrew.gibbins@caam.com
andrew.hwang@caam.com
anh.mai@caam.com
anna.chenye@hk.caam.com
anne.beaudu@caam.com
anne.rodi@caam.com
anne.ruffin@caam.com
anne-francoise.doosthove@caam.com
anne-francoise.sorasio@caam.com
annemarie.dumas@caam.com
antoine.mathon@caam.com
ari.ezra@caam.com
arlette.gailhard@caam.com
arnaud.bourgoin@caam.com
arnaud.de-la-houpliere@caam.com

arnaud.gamain@caam.com
arnaud.vergonjeanne@caam.com
ayaaz.allymun@caam.com
beatrice.brunet@caam.com
benoit.fort@caam.com
benoit.houzelle@caam.com
benoit.palliez@caam.com
benoit.plumel@caam.com
bernard.nexon@caam.com
bernard.simon-barboux@caam.com
bertrand.boucheron@caam.com
bertrand.penverne@caam.com
brice.blanchet@caam.com
brigitte.carriere@caam.com
bruno.gandjee@caam.com
bruno.kratz@caam.com
bruno.laborie@caam.com
bruno.saugnac@caam.com
carine.nikolov@caam.com
catherine.bouremani@caam.com
catherine.clausse@caam.com
catherine.delibata@caam.com
catherine.lebougre@caam.com
catherine.seropian@caam.com
cecilia.mouille@caam.com
cedric.chavot@caam.com
cedric.pierre@caam.com
cedric.tixier@caam.com
celine.valentin@caam.com
christian.ghandour@caam.com
christian.lerider@caam.com
christian.perrin@caam.com
christiane.novais@caam.com
christine.degeorge@caam.com
christophe.buret@caam.com
christophe.champion@caam.com
christophe.garon@caam.com
christophe.kieffer@caam.com
christophe.lemarie@caam.com
christophe.romero@caam.com
claude.guillou@caam.com
claude.rosenfeld@caam.com
clement.boisson@caam.com
clementine.boris@caam.com
corinne.baudeloche@caam.com
corinne.herledan@caam.com
corinne.martin@caam.com
cyril.colmont@caam.com
daniel.pagnon@caam.com
dave.benichou@caam.com
david.heard@caam.com
david.miflin@caam.com
david.rapanoel@caam.com
david.taieb@caam.com
delphine.georges@caam.com
delphine.tiger@caam.com
diane.logros@caam.com
dominique.mallard@caam.com
dominique.moisy@caam.com
dominique.ould-ferhat@caam.com

dunganh.pham@caam.com
edmond.lezmi@caam.com
edouard.darwiche@caam.com
edouard.knockaert@caam.com
emmanuel.martin@caam.com
emmanuel.simonetto@caam.com
emmanuelle.bourboulon@caam.com
eric.hermitte@caam.com
eric.osswald@caam.com
eric.stazzu@caam.com
eric.taze-bernard@caam.com
estelle.menard@caam.com
evillain4@caam.com
fabien.bourguignon@caam.com
fabien.delaunay@caam.com
fabrice.alvaro@caam.com
fabrice.renaut@caam.com
fanny.jacquemont@caam.com
firstname.surname@caam.com
florence.nicholas@caam.com
francine.lenoir@caam.com
franck.simonnet@caam.com
francois.dhautefeuille@caam.com
francoise.leroy@caam.com
francoise.prats@caam.com
frederic.destor@caam.com
frederic.fretard@caam.com
frederic.labia@caam.com
frederic.laurent@caam.com
frederic.lemeaux@caam.com
frederic.pascal@caam.com
frederic.rosamond@caam.com
frederik.ducrozet@caam.com
frederique.lavolte@caam.com
gaelle.mansard@caam.com
genevieve.gelin@caam.com
georgina.zervudachi@caam.com
gerard.bailly@caam.com
gerard.deplinval@caam.com
gerard.martin@caam.com
gerard.sagnier@caam.com
gerrard.bailly@caam.com
ghislaine.orsinet@caam.com
gilbert.keskin@caam.com
gilbert.soubie@caam.com
gilles.lecorsu@caam.com
gisele.perreault@caam.com
gregory.claeys@caam.com
guillaume.jeanroy@caam.com
guillaume.thiolon@caam.com
guillaume.trentin@caam.com
gwenaelle.balcon@caam.com
helene.baudchon@caam.com
helene.ecalle@caam.com
herve.boiral@caam.com
hicham.lahbabi@caam.com
hien.delestrange@caam.com
hubert.vannier@caam.com
ian.lubelsky@caam.com
ingrid.allemand@caam.com

| | | |
|---|---|---|
| isabelle.boussiquet@caam.com | lionel.bernard@caam.com | ombretta.signori@caam.com |
| isabelle.erimo@caam.com | lionel.lepinois@caam.com | pascal.dessaux@caam.com |
| isabelle.horen-lestang@caam.com | loic.becue@caam.com | pascal.dubreuil@sg.caam.com |
| isabelle.jarry@caam.com | luc.martin@caam.com | pascal.paunovic@caam.com |
| isabelle.job@caam.com | luc.mouzon@caam.com | pascal.poupelle@caam.com |
| isabelle.lafargue@caam.com | lucette.shirai@caam.com | pascal.vernerie@caam.com |
| isabelle.leguay@caam.com | lucile.brossier@caam.com | patrice.allart@caam.com |
| isabelle.vic-philippe@caam.com | mai.vo@caam.com | patrice.degris@caam.com |
| ismael.miled@caam.com | maimouna.nda-amoikon@caam.com | patrice.delarrard@caam.com |
| isolde.kreissig@caam.com | marc.andral@caam.com | patrice.piade@caam.com |
| jacqueline.lambert@caam.com | marc.romano@caam.com | patricia.bouchard@caam.com |
| jacques.chazelle@caam.com | marc-ali.benabdallah@caam.com | patrick.defraguier@caam.com |
| jacques.rachi@caam.com | marco.piersimoni@caam.com | patrick.gueguen@caam.com |
| jacques.werenn@caam.com | margaret.poigny@caam.com | patrick.guivarch@caam.com |
| jean.dumas@caam.com | maria.louis@caam.com | patrick.matagne@caam.com |
| jean.mouroukian@caam.com | marianne.kahn@caam.com | patrick.simeon@caam.com |
| jean.picon@caam.com | marie.briere@caam.com | paul.demey@caam.com |
| jean.rousselot@caam.com | marie-anne.khan@caam.com | paul-hen.delaportedutheil@caam.com |
| jean-baptiste.degorostarzu@caam.com | marie-helene.leopold@caam.com | pgmoucan@caam.com |
| jean-claude.attar@caam.com | marie-pascale.bonhomme@caam.com | philippe.busetta@caam.com |
| jean-claude.kaltenbach@caam.com | marie-therese.barrera@caam.com | philippe.gaspard@caam.com |
| jean-louis.lacoux@caam.com | marlene.blot@caam.com | philippe.guigny@caam.com |
| jean-louis.tissot@caam.com | martha.travers-veress@caam.com | philippe.klaskala@caam.com |
| jean-luc.paraire@caam.com | mary-line.haussy@caam.com | philippe.mahe@caam.com |
| jean-luc.thomas@caam.com | mary-sol.michel@caam.com | philippe.rousseau@caam.com |
| jean-marc.bohl@caam.com | matthieu.caillou@caam.com | pierre.boulic@caam.com |
| jean-max.rouchon@caam.com | matthieu.huet@caam.com | pierre.escande@caam.com |
| jean-michel.bourgoin@caam.com | matthieu.romefort@caam.com | pierre.py@caam.com |
| jean-michel.paul@caam.com | matthieu.ullmann@caam.com | pierre.savarzeix@caam.com |
| jean-philippe.hervieu@caam.com | maxime.royet@caam.com | pierre.thomir@caam.com |
| jean-philippe.vernier@caam.com | melchior.dechelette@caam.com | przemyslaw.sitarz@caam.com |
| jean-pierre.mounho@caam.com | michel.poret@caam.com | qian.jiang@caam.com |
| jean-renaud.viala@caam.com | michel.portal@caam.com | reine.haslay@caam.com |
| jens.birkmann@caam.com | mickael.juvenelle@caam.com | remy.marcel@caam.com |
| jerome.barkate@caam.com | mickael.tricot@caam.com | richard.butler@caam.com |
| jerome.gunther@caam.com | mm.jardin@caam.com | richard.lefebvre@caam.com |
| josiane.bonnet@caam.com | mohamed.dohni@caam.com | richard.lepere@caam.com |
| jovan.avramovic@caam.com | mouha.ait-el-ghachi@caam.com | rodolphe.leleu@caam.com |
| j-p.bry@caam.com | muriel.pitner@caam.com | roland.coulon@caam.com |
| julien.bonnin@caam.com | mxime.ruyet@caam.com | romain.munera@caam.com |
| julien.haddad@caam.com | nathalie.coffre@caam.com | rozenn.le-cainec@caam.com |
| jung-eun.kim@caam.com | nathalie.monnoyeur@caam.com | samuel.naccache@caam.com |
| justin.kim@hk.caam.com | nathalie.quinqueneau@caam.com | sandra.lourenco@caam.com |
| karima.ghoul@caam.com | nicolas.dujols@caam.com | sandrine.levallegan@caam.com |
| karine.nicolov@caam.com | nicolas.grondin@caam.com | sbouchet@caam.com |
| khalid.chaneb@caam.com | nicolas.walewski@caam.com | sebastien.morin@caam.com |
| khalid.ghallali@caam.com | nima.habibollahi@caam.com | severine.delahaye@caam.com |
| khiem.le@caam.com | nima.habibulahi@caam.com | severine.deval@caam.com |
| kokou.topeglo@caam.com | nolwenn.leroux@caam.com | sidharth.mahapatra@hk.caam.com |
| laetitia.perron@caam.com | olivia.asseo@caam.com | silvia.bocchiotti@caam.com |
| laurence.benichouaboudaram@caam.com | olivier.baduel@caam.com | sophie.nicolas@caam.com |
| laurence.taliercio@caam.com | olivier.bizimana@caam.com | stephane.de-saint-hilaire@caam.com |
| laurence.vignes@caam.com | olivier.chatelot@caam.com | stephane.desvernay@caam.com |
| laurent.crosnier@caam.com | olivier.desnos@caam.com | stephane.dubost@caam.com |
| laurent.deponteves@caam.com | olivier.eluere@caam.com | stephane.dutrey@caam.com |
| laurent.fumeron@caam.com | olivier.hache@caam.com | stephane.taillepied@caam.com |
| laurent.gonon@caam.com | olivier.lebrun@caam.com | stephane.villarme@caam.com |
| laurent.paris@caam.com | olivier.leconte@caam.com | stephanie.floquet@caam.com |
| laurent.rieu@caam.com | olivier.renard@caam.com | stephanie.pless@caam.com |
| laurent.trottier@caam.com | olivier.tailleur@caam.com | sudeshna.andre@caam.com |

sylvie.delaguiche@caam.com
sylvie.gros@caam.com
tanguy.de-la-tullaye@caam.com
tarek.issaoui@caam.com
theodore.dalberti@caam.com
thierry.coste@caam.com
thierry.darmon@caam.com
thierry.ormiere@caam.com
thierry.plaine@caam.com
thomas.gilotte@caam.com
thomas.giquel@caam.com
thomas.lapeyre@caam.com
thomas.yeung@hk.caam.com
turpin.senou@caam.com
ugo.domange@caam.com
valentine.ainouz@caam.com
valerie.bardou@caam.com
valerie.phillips@caam.com
valerie.seror@caam.com
vincent.breton@caam.com
vincent.haderer@caam.com
vincent.laguerre@caam.com
vincent.masson@caam.com
viviane.ting@hk.caam.com
xavier.got@caam.com
yacine.benamida@caam.com
yacine.benhamida@caam.com
yannick.quenehen@caam.com
yasmine.debray@caam.com
yves.hausmann@caam.com
yves.kaeppelin@caam.com
yves.perrier@caam.com
nicolas.simon@caam-re.com
patrick.delataillade@caam-re.com
luca.libralato@caamsgr.it
tomaso.corsini@caamsgr.it
anthony.chan@hk.ca-assetmanagement.com
antoine.laurent@ca-assetmanagement.fr
basil.masters@jp.ca-assetmanagement.com
benjamin.scialom@ca-assetmanagement.com
catherine.mehu@ca-assetmanagement.fr
cecile.philipot@ca-assetmanagement.fr
david.chen@hk.ca-assetmanagement.com
denys.decampigneulles@hk.ca-
assetmanagement.com
didier.valade@ca-assetmanagement.fr
emmanuel.bourdeix@ca-assetmanagement.fr
emmanuelle.chastenet@ca-assetmanagement.fr
felix.tan@sg.ca-assetmanagement.com
ibra.wane@ca-assetmanagement.fr
ines.prevot-leygonie@ca-assetmanagement.fr
jerome.antonini@ca-assetmanagement.fr
kwok-on.fung@hk.ca-assetmanagement.com
lionel.lefebvre@ca-assetmanagement.fr
nolwenn.leroux@ca-assetmanagement.fr
pascal.blanque@ca-assetmanagement.fr
patrice.lemonnier@ca-assetmanagement.fr
patrick.carletto@ca-assetmanagement.fr
ray.jovanovich@hk.ca-assetmanagement.com
raymond.chan@hk.ca-assetmanagement.com

sandrine.beyaert@ca-assetmanagement.fr
simon.cao@hk.ca-assetmanagement.com
valerie.bureau@ca-assetmanagement.fr
vincent.bourdarie@hk.ca-assetmanagement.com
william.chu@hk.ca-assetmanagement.com
chiara.fornarola@caboto.it
cristina.castagner@caboto.it
donatella.selva@caboto.it
fabio.ferrando@caboto.it
l.cigognini@caboto.it
mauro.bigotti@caboto.it
valeria.anzoino@caboto.it
hmcneill@cabotsquare.com
jclark@cabotsquare.com
rduff@cabotsquare.com
bdavis@cadence.com
cutright@cadence.com
eldredge@cadence.com
tram@cadence.com
christophe.frankel@cades.fr
eric.ralaimiadana@cades.fr
philippe.noel@cades.com
pierre.hainry@cades.com
s-hebd@cafe.tc.umn.edu
lbrooke@cahners.com
bmaitland@caicheuvreux.com
pwald@caicheuvreux.com
alexandra.dimitrijevic@cail.lu
bernadette.alexander@cail.lu
caroles.wijstma@cail.lu
charles.emond@cail.lu
elie.flatters@cail.lu
gerard.olivier@cail.lu
lin.chen@cail.lu
maxime.bianconi@cail.lu
pierre.louppe@cail.lu
pilippe.delles@cail.lu
roberto.vogrig@cail.lu
sabine.baton@cail.lu
sylviane.fuzewski@cail.lu
thierry.logier@cail.lu
bplank@cainbrothers.com
cbeith@cainbrothers.com
ceverett@cainbrothers.com
jcain@cainbrothers.com
rwang@cainbrothers.com
tsheehan@cainbrothers.com
abrady@us.ca-indosuez.com
antoine.walter@ca-indosuez.com
benard.steinberg@uk.ca-indosuez.com
bgrabows@us.ca-indosuez.com
dsmith@us.ca-indosuez.com
garry.khasidy@uk.ca-indosuez.com
grussell@us.ca-indosuez.com
gvsanjay@us.ca-indosuez.com
jerome.attali@uk.ca-indosuez.com
jhenry@us.ca-indosuez.com
jramey@us.ca-indosuez.com
jzupan@us.ca-indosuez.com
lmateri@us.ca-indosuez.com

lmercado@us.ca-indosuez.com
lvonreissig@us.ca-indosuez.com
mkalifa@us.ca-indosuez.com
mkogler@us.ca-indosuez.com
mong@us.ca-indosuez.com
pxstone@us.ca-indosuez.com
rhom@ca-indosuez.com
rmanix@us.ca-indosuez.com
rpoushan@us.ca-indosuez.com
sbalakri@us.ca-indosuez.com
tcunning@us.ca-indosuez.com
thasse@us.ca-indosuez.com
thomas.spitz@ca-indosuez.com
vincent.thebault@jp.ca-indosuez.com
brice.benaben@ca-indusuez.com
patrick.lemuet@eu.ca-investorservices.com
bokny@cais.com
bokny5@cais.com
gerard.cancelier@car.caissedesdepots.fr
antoine.demiramon@cnce.caisse-epargne.fr
arnaud.queffeulou@ceidfp.caisse-epargne.fr
aurelien.labonne@cnce.caisse-epargne.fr
bertrand.faivre@cnce.caisse-epargne.fr
bertrand.tamarelle@cnce.caisse-epargne.fr
cedrik.stoissich@ceral.caisse-epargne.fr
christian.jimenez@ecuvie.caisse-epargne.fr
christiane.marcellier@cnce.caisse-epargne.fr
christophe.lebrun@cnce.caisse-epargne.fr
damien.pommier@cnce.caisse-epargne.fr
didier.ferrand@ceidfp.caisse-epargne.fr
emmanuel.desinety@cnce.caisse-epargne.fr
eric.malard@cepacr.caisse-epargne.fr
fabien.frappart@ceidfp.caisse-epargne.fr
florence.poncharal@cnce.caisse-epargne.fr
francois.chauveau@cnce.caisse-epargne.fr
frederic.goupy@cnce.caisse-epargne.fr
frederic.michelet@ceifo.caisse-epargne.fr
hassan.esper@picardie.caisse-epargne.fr
helene.falchier@ecuvie.caisse-epargne.fr
herve.de-bonduwe@ceidfp.caisse-epargne.fr
herve.garnier@cnce.caisse-epargne.fr
isabelle.gaudrat@ceidfp.caisse-epargne.fr
jean-eudes.leleu@ecuvie.caisse-epargne.fr
jean-francois.saudrais@cnce.caisse-epargne.fr
karine.dombre@ceifo.caisse-epargne.fr
laurent.sacksteder@cepacr.caisse-epargne.fr
marc.bounini@cnce.caisse-epargne.fr
nicolas.merindol@cnce.caisse-epargne.fr
olivier.bertin@ceifo.caisse-epargne.fr
patrice.harouimi@cepacr.caisse-epargne.fr
sebastien.didier@picardie.caisse-epargne.fr
selvaggi@cccep.caisse-epargne.fr
stephane.caminati@cnce.caisse-epargne.fr
sylvain.petit@cnce.caisse-epargne.fr
sylvie.bratel@cnce.caisse-epargne.fr
valerie.chevallier-chantepie@ceral.caisse-epargne.fr
vincent.fedelich@picardie.caisse-epargne.fr
vincent.marioni@cnce.caisse-epargne.fr
p.w.haasbroek@caiway.nl
charles-eric.bauer@caixabank.fr

felipe.clara@caixabank.fr
jfjammes@caixabank.ad
daniel.amaral@caixabi.pt
ines.chaves@caixabi.pt
paulo.pinto@caixabi.pt
ferran.scott@caixacat.es
josep-ramon.aixela@caixacat.es
pascal.wojtaszczyk@caixacat.es
albert.punti@caixacatalunya.es
alex.zanfano@caixacatalunya.es
alfons.pilan@caixacatalunya.es
ana.alcover@caixacatalunya.es
ana-belen.olaya@caixacatalunya.es
angel.tello@caixacatalunya.es
carles.guimera@caixacatalunya.es
casimir.ferrer@caixacatalunya.es
eduard.cuito@caixacatalunya.es
eduard.guito@caixacatalunya.es
gasull.moros@caixacatalunya.es
ivan.comerma@caixacatalunya.es
jacob.albo@caixacatalunya.es
josep.garcia@caixacatalunya.es
lidia.godoy@caixacatalunya.es
lluisgasull@caixacatalunya.es
marta.figuerola@caixacatalunya.es
matias.torrellas@caixacatalunya.es
nuria.cervello@caixacatalunya.es
oriol.marquina@caixacatalunya.es
xavier.alsina@caixacatalunya.es
xavier.marti@caixacatalunya.es
jvasconceldos@caixa-geral.pt
tribunal@caixa-geral.pt
oriol.dalmau@caixamanresa.es
dgarciaconde@caixatarragona.es
jmmartin@caixatarragona.es
jrnogues@caixatarragona.es
csalvadm@cajaamadrid.es
alopezpi@cajadeavila.es
jronda@cajadeburgos.es
rrey@cajadeburgos.es
tesoreria@cajadeburgos.es
antonio.antoniles@cajaduero.es
josefrancisco.diaz@cajaduero.es
ainhoa.gallastegui@cajalaboral.es
gaizka.arrazola@cajalaboral.es
inaki.sanjuan@cajalaboral.es
javier.gorronogoitia@cajalaboral.es
joseignacio.uriarte@cajalaboral.es
juanfco.garcia@cajalaboral.es
acaroher@cajamadrid.es
acifueng@cajamadrid.es
afernanq@cajamadrid.es
ahidalgl@cajamadrid.es
alopezma@cajamadrid.es
amarti03@cajamadrid.es
amartinl@cajamadrid.es
apedroal@cajamadrid.es
aperezla@cajamadrid.es
aubedafd@cajamadrid.es
avigilga@cajamadrid.es

balvareo@cajamadrid.es
bizquier@cajamadrid.es
bperezro@cajamadrid.es
bsanchef@cajamadrid.es
calonso@cajamadrid.es
cbarcelm@cajamadrid.es
cbarriel@cajamadrid.es
cbravohe@cajamadrid.es
ccubillm@cajamadrid.es
choyosru@cajamadrid.es
cmarti03@cajamadrid.es
cragozzi@cajamadrid.es
cstilian@cajamadrid.es
dcastrog@cajamadrid.es
dflormul@cajamadrid.es
eariasro@cajamadrid.es
eaugusts@cajamadrid.es
fariasgo@cajamadrid.es
fcuestab@cajamadrid.es
fhernang@cajamadrid.es
fllorenf@cajamadrid.es
fmagneto@cajamadrid.es
fsilvala@cajamadrid.es
fvicolop@cajamadrid.es
gjimenel@cajamadrid.es
glopezgr@cajamadrid.es
gvalencv@cajamadrid.es
irenartg@cajamadrid.es
isaezgar@cajamadrid.es
isainzar@cajamadrid.es
jarcosar@cajamadrid.es
jartiedg@cajamadrid.es
jbonmato@cajamadrid.es
jcomunia@cajamadrid.es
jcontreg@cajamadrid.es
jdomings@cajamadrid.es
jferna07@cajamadrid.es
jfernanj@cajamadrid.es
jgarci40@cajamadrid.es
jgarciap@cajamadrid.es
jgilsanu@cajamadrid.es
jgonzall@cajamadrid.es
jhernanm@cajamadrid.es
jhinojot@cajamadrid.es
jjimeneu@cajamadrid.es
jknight@cajamadrid.es
jlopez@cajamadrid.es
jlopezdi@cajamadrid.es
jlopezru@cajamadrid.es
jminuesa@cajamadrid.es
jpobletm@cajamadrid.es
jquirosm@cajamadrid.es
lcotillp@cajamadrid.es
lgilgome@cajamadrid.es
lgonzalm@cajamadrid.es
lrodrigs@cajamadrid.es
lsazpena@cajamadrid.es
mamat@cajamadrid.es
marenalb@cajamadrid.es
mbarcenf@cajamadrid.es

mcarocci@cajamadrid.es
mcubill@cajamadrid.es
mdiazele@cajamadrid.es
mferrerr@cajamadrid.es
mgarci10@cajamadrid.es
mgonzalv@cajamadrid.es
mherrerg@cajamadrid.es
mpozoloz@cajamadrid.es
mrodri01@cajamadrid.es
mromeroc@cajamadrid.es
nbrown@cajamadrid.es
nramosbe@cajamadrid.es
ogarciap@cajamadrid.es
onunezmo@cajamadrid.es
pbarrabb@cajamadrid.es
pjacostg@cajamadrid.es
ptorreso@cajamadrid.es
purrutij@cajamadrid.es
rgarcesb@cajamadrid.es
rleongar@cajamadrid.es
rmartine@cajamadrid.es
rmartins@cajamadrid.es
rporrasl@cajamadrid.es
rrodrigc@cajamadrid.es
rtorioma@cajamadrid.es
salluemi@cajamadrid.es
scamarea@cajamadrid.es
segrasso@cajamadrid.es
sgallego@cajamadrid.es
sgurich@cajamadrid.es
sredondj@cajamadrid.es
ssanch01@cajamadrid.es
sseoanev@cajamadrid.es
xgonzalc@cajamadrid.es
fvegadia@cajamdrid.es
joaquinmario.oloriz@cajanavarra.es
natalia.rodriguez@cajanavarra.es
alfonso.guitian@cajarural.com
asier_diez_bce@cajarural.com
gcolino.bce@cajarural.com
ignacio_benlloch_bce@cajarural.com
ignacio_rojas_bce@cajarural.com
jose_garzon_bce@cajarural.com
lvitores.bce@cajarural.com
nidia_murhib_bce@cajarural.com
pablo_lago_bce@cajarural.com
pilar_villaseca_bce@cajarural.com
jdiezfer@cajastur.es
kimj@calbt.com
autumn.mosteller@calfed.com
bloper@calfed.com
dcomanda@calfed.com
luhler@calfed.com
mwalker@calfed.com
rmcarthy@calfed.com
rterzian@calfed.com
sgivans@calfed.com
sliu@calfed.com
btrujillo@calnational.com
lalexander@calnationalbank.com

al_fernandez@calpers.ca.gov
alonzo_white@calpers.ca.gov
andy_drol@calpers.ca.gov
angela_lyons@calpers.ca.gov
anne_boschert@calpers.ca.gov
anny_chen@calpers.ca.gov
arnie_phillips@calpers.ca.gov
arnold_phillips@calpers.ca.gov
arthur_han@calpers.ca.gov
bashar_zacharia@calpers.ca.gov
bashar_zakaria@calpers.ca.gov
brad_stevens@calpers.ca.gov
bridgette_butler@calpers.ca.gov
carl_guidi@calpers.ca.gov
chris_doffing@calpers.ca.gov
chris_gray@calpers.ca.gov
chris_owen@calpers.ca.gov
chuck_lindholm@calpers.ca.gov
chung_wang@calpers.ca.gov
craig_dandurand@calpers.ca.gov
craig_rhines@calpers.ca.gov
cristina_cam@calpers.ca.gov
curtis@calpers.ca.gov
dale_johnson@calpers.ca.gov
dallas_stone@calpers.ca.gov
dan_bienvenue@calpers.ca.gov
dan_kiefer@calpers.ca.gov
david_bach@calpers.ca.gov
david_merwin@calpers.ca.gov
david_schmidt@calpers.ca.gov
dennis_harbison@calpers.ca.gov
derek_hayamizu@calpers.ca.gov
derek_niu@calpers.ca.gov
dianne_sandoval@calpers.ca.gov
don_pontes@calpers.ca.gov
eric_bassesen@calpers.ca.gov
eric_busay@calpers.ca.gov
farouki_majeed@calpers.ca.gov
geraldine_jimenez@calpers.ca.gov
ho_ho@calpers.ca.gov
ian_carew@calpers.ca.gov
ike_michaels@calpers.ca.gov
james_chang@calpers.ca.gov
jay_jeong@calpers.ca.gov
jean_hsu@calpers.ca.gov
jeffrey_jaro@calpers.ca.gov
jerry_graber@calpers.ca.gov
jesus_arguelles@calpers.ca.gov
jim_kourkoulakos@calpers.ca.gov
jj@calpers.ca.gov
john_kowalik@calpers.ca.gov
jonathon_o'donnell@calpers.ca.gov
joncarlo_mark@calpers.ca.gov
joseph_jelincic@calpers.ca.gov
joyce_rowan@calpers.ca.gov
justin_scripps@calpers.ca.gov
kelly_forrest@calpers.ca.gov
kevin_winter@calpers.ca.gov
leon_shahinian@calpers.ca.gov
louis_zahorak@calpers.ca.gov

marina_kong@calpers.ca.gov
marina_sun@calpers.ca.gov
mark_yelavich@calpers.ca.gov
mary_cottrill@calpers.ca.gov
mary_low@calpers.ca.gov
mary_nobbe@calpers.ca.gov
melody_wilcox@calpers.ca.gov
michael_dutton@calpers.ca.gov
mike_claybar@calpers.ca.gov
mike_johnson@calpers.ca.gov
nitin_doke@calpers.ca.gov
omid_rezania@calpers.ca.gov
patricia_pinkos@calpers.ca.gov
paul_kramer@calpers.ca.gov
peter_nguyen@calpers.ca.gov
racel_ochoa@calpers.ca.gov
racel_sy@calpers.ca.gov
raymond_venner@calpers.ca.gov
rhonda_webb@calpers.ca.gov
richard_duffy@calpers.ca.gov
rob_grady@calpers.ca.gov
robert_booker@calpers.ca.gov
robert_perez@calpers.ca.gov
russell_read@calpers.ca.gov
scott_whelan@calpers.ca.gov
simiso_nzima@calpers.ca.gov
simon_lim@calpers.ca.gov
stacy_guidry@calpers.ca.gov
steven_carden@calpers.ca.gov
thomas_mcdonagh@calpers.ca.gov
todd_smith@calpers.ca.gov
tom_baker@calpers.ca.gov
tony_lo@calpers.ca.gov
uyen_nguyen@calpers.ca.gov
van_banh@calpers.ca.gov
warren_trepeta@calpers.ca.gov
wilson_fong@calpers.ca.gov
yingru_li@calpers.ca.gov
jgala@calsavings.com
aiseri@calstrs.com
akhan@calstrs.com
brice@calstrs.com
cailman@calstrs.com
cdisalvo@calstrs.com
cmerlini@calstrs.com
ctyler@calstrs.com
dbergquist@calstrs.com
dcontini@calstrs.com
dng@calstrs.com
ehoyt@calstrs.com
ekwong@calstrs.com
garani@calstrs.com
ghosokawa@calstrs.com
imccarty@calstrs.com
jccrawford@calstrs.com
jcolville@calstrs.com
jdeluca@calstrs.com
jdiedesch@calstrs.com
jhamey@calstrs.com
jperez@calstrs.com

jpetzold@calstrs.com
ksano@calstrs.com
mcunningham@calstrs.com
mmorris@calstrs.com
myager@calstrs.com
oswanigan@calstrs.com
pat_mitchell@calstrs.com
plarrieu@calstrs.com
pshantic@calstrs.com
rlucchesini@calstrs.com
sdhillon@calstrs.com
shussey@calstrs.com
sreichenberg@calstrs.com
stong@calstrs.com
tcutter@calstrs.com
wyee@calstrs.com
yyevsyukova@calstrs.com
cbrown@caltrust.com
jswain@caltrust.com
cathy.roy@calvert.com
chris.santos@calvert.com
chris.will@calvert.com
dan.hayes@calvert.com
eric.elg@calvert.com
eugene.chen@calvert.com
fatima.batalvi@calvert.com
gregory.habeeb@calvert.com
jodi.vanvoorhis@calvert.com
john.nichols@calvert.com
josh.evans@calvert.com
matt.nottingham@calvert.com
matthew.duch@calvert.com
mauricio.agudelo@calvert.com
sam.jones@calvert.com
steve.matosziuk@calvert.com
steven.hale@calvert.com
suzanne.tosini@calvert.com
tracy.shafer@calvert.com
carmen.reid@calvertgroup.com
michael.abramo@calvertgroup.com
patrick.faul@calvertgroup.com
tom.dailey@calvertgroup.com
tracy.knight@calvertgroup.com
a.delazardiere@calyon.com
alan.reynolds@uk.calyon.com
alison.richardson@uk.calyon.com
andrew.watson@calyon.com
antoine.bedin@calyon.com
antoine.chardonduranquet@calyon.com
armand.castiel@calyon.com
athanasios.samaras@calyon.com
aurel.lavedrine@hk.calyon.com
benjamin.jacquard@uk.calyon.com
benoit.delmas@calyon.com
bernard.carayon@calyon.com
bertrand.sentenac@calyon.com
carl.iovine@us.calyon.com
carole.miller@calyon.com
charles.moran@calyon.com
claire.valvona@uk.calyon.com

claude.brassens@calyon.com
cpmtransactions@calyon.com
cyril.louchtchay@calyon.com
cyril.regnat@calyon.com
cyrille.strugarek@calyon.com
david.djipi@calyon.com
david.sinclair@calyon.com
dawn.simes@uk.calyon.com
dominique.blanchard@jp.calyon.com
dominique.fournier@calyon.com
don.peduzzi@uk.calyon.com
edouard.bremond@calyon.com
edouard.esteve@calyon.com
elodie.avarguez@calyon.com
emmanuel.raffner@calyon.com
eric.chevre@calyon.com
eric.gerner@calyon.com
eric.hottelart@calyon.com
erik.bogros@uk.calyon.com
fabienne.zamfiresco@calyon.com
gilles.pradere@uk.calyon.com
guillaume.courtines@calyon.com
guillaume.di-paolantonio@calyon.com
guillaume.dupin@calyon.com
guillaume.lattaignant@uk.calyon.com
helene.carregenoud@calyon.com
henri.kuppers@calyon.com
hertam@calyon.com
herve.decampigneulles@calyon.com
isabelle.danet@calyon.com
ishan.kapur@calyon.com
jason.hsiao@us.calyon.com
jean-louis.angelini@calyon.com
jeanluc.lamarque@calyon.com
jean-marc.pinaud@calyon.com
jean-marc.vichard@uk.calyon.com
jeanphilippe.guillerault@calyon.com
jerome.lejamtel@us.calyon.com
julien.petit@uk.calyon.com
kenro.arimoto@jp.calyon.com
laurence.dudon-barbery@calyon.com
lise.kessler@uk.calyon.com
luc.viennet@calyon.com
manish.peshawaria@uk.calyon.com
marc.litzler@calyon.com
marc.reboule@calyon.com
marcus.asante@us.calyon.com
marienoelle.jabain@calyon.com
matthias.kaufling@calyon.com
mauro.calderon@us.calyon.com
michael.fought@uk.calyon.com
michael.sheren@uk.calyon.com
michel.anastassiades@calyon.com
michel.bilger@calyon.com
michel.lefort@calyon.com
michel.robert@calyon.com
michele.fargues@calyon.com
monique.veillerobe@calyon.com
mounir.meslem@calyon.com
nathalie.esnault@calyon.com

olivier.belorgey@calyon.com
olivier.moranduval@calyon.com
olivier.nobile@calyon.com
paolo.torti@us.calyon.com
patrick.couque@calyon.com
patrick.josse@calyon.com
patrick.sarfati@calyon.com
paul.bearman@uk.calyon.com
pauline.carlotti@uk.calyon.com
phil.muldoon@uk.calyon.com
phil.scott@us.calyon.com
philippe.madar@calyon.com
pierre.harang@calyon.com
pierre.martineu@calyon.com
pierrecyril.calandreau@calyon.com
pierrehenri.floquet@calyon.com
ram.sabri@uk.calyon.com
regis.monfront@uk.calyon.com
rene.mouchotte@calyon.com
robert.wallin@calyon.com
samantha.stephenson@uk.calyon.com
sebastian.hagman@uk.calyon.com
sebastien.monnerotdumaine@it.calyon.com
simon.picard@calyon.com
snehashis.das@hk.calyon.com
soeren.moerch@uk.calyon.com
stanley.chan@hk.calyon.com
stephane.occhipinti@calyon.com
stephanie.bonder@calyon.com
steve.tubb@uk.calyon.com
suicheng.wang@calyon.com
susumu.kato@jp.calyon.com
thierry.sebton@uk.calyon.com
thomas.gadenne@calyon.com
valerie.kuotsingjen@calyon.com
vincent.caillon@calyon.com
virginie.vermeersch@calyon.com
wertheim@us.calyon.com
yedau.ogoundele@calyon.com
zouhair.bechchar@calyon.com
aepedros@cam.es
dtjmramos@cam.es
fov6173@red.cam.es
iabellan@cam.es
jcanavatec@gestimed.cam.es
jhn6184@red.cam.es
jlsabatern@cam.es
jsempere@cam.es
jsv6173@red.cam.es
msg6166@red.cam.es
pmm6192@red.cam.es
rma6109@red.cam.es
rmartineza@cam.es
szb6192@red.cam.es
malonsog@camamadrid.es
bennspiers@camarguecapital.com
lucas_yeoh@camasia.com.sg
afinnegan@cambinv.com
courtney@cambinv.com
hthunt@cambinv.com

jamie@cambinv.com
cmencer@cambonds.com
cmeng@cambonds.com
dkarpa@cambonds.com
rgardner@cambonds.com
rhale@cambonds.com
rschneider@cambonds.com
wsloneker@cambonds.com
meg.wilson@cambridgeantibody.com
cturner@cambridgeassociates.com
adolfo_jimenez@campbellsoup.com
ashok_madhavan@campbellsoup.com
christine_senopoulos@campbellsoup.com
robert_schifner@campbellsoup.com
tim_murphy@campbellsoup.com
stefano.veneziani@campisisim.com
cvillazon@campus.uoc.es
felipe.izpura@delfos.can.es
adrian_croft@canadalife.com
andrew_smith@canadalife.com
bill.harer@canadalife.co.uk
bob_morrison@canadalife.com
chandra_mickle@canadalife.com
craig.mcdougall@canadalife.co.uk
david.bradbury@canadalife.co.uk
eleni.poullides@canadalife.co.uk
george_isaac@canadalife.com
graham.taylor@canadalife.co.uk
harold.snow@canadalife.co.uk
jack_alvo@canadalife.com
joseph_morano@canadalife.com
mark.bon@canadalife.co.uk
michael.count@canadalife.co.uk
michael.wosner@canadalife.co.uk
mike.willans@canadalife.co.jp
patricia_noga@canadalife.com
paul.jay@canadalife.co.uk
penny.kemp@canadalife.co.uk
rishul.shah@canadalife.co.uk
roger.dawes@canadalife.co.uk
sunny.vachhani@canadalife.co.uk
tom_drake@canadalife.com
christine.ponelle.studio@canal-plus.com
edith.seingier@canal-plus.com
fcarayol@canal-plus.fr
frederic.dossantos@canal-plus.com
michel.campioni@canal-plus.fr
ochassea@canal-plus.com
xpetit@canal-plus.com
oam@candw.ky
achang@cantor.com
alopchinsky@cantor.com
cdrabin@cantor.com
jadams@cantor.com
jallan@cantor.com
jrandolph@cantor.com
jregan@cantor.com
mbonitto@cantor.com
pvolino@cantor.com
sbischoff@cantor.com

| | | |
|---|---|---|
| sgolden@cantor.com | lsan@canyonpartners.com | aama@capgroup.com |
| sweinand@cantor.com | lsilva@canyonpartners.com | abbj@capgroup.com |
| wcleary@cantor.com | mgreen@canyonpartners.com | abv@capgroup.com |
| phauser@canyonpartenors.com | mhall@canyonpartners.com | acp@capgroup.com |
| khrstich@canyonparters.com | mikekao@canyonpartners.com | adg@capgroup.com |
| aba@canyonpartners.com | mjulis@canyonpartners.com | adk@capgroup.com |
| agoldman@canyonpartners.com | mleyland@canyonpartners.com | admm@capgroup.com |
| ajray@canyonpartners.com | mmendo@canyonpartners.com | ado@capgroup.com |
| akawalski@canyonpartners.com | mprinn@canyonpartners.com | adrd@capgroup.com |
| akawalsky@canyonpartners.com | mpuleo@canyonpartners.com | aeed@capgroup.com |
| akay@canyonpartners.com | mramirez@canyonpartners.com | afb@capgroup.com |
| aklaber@canyonpartners.com | msiddiqui@canyonpartners.com | agab@capgroup.com |
| asistos@canyonpartners.com | mstroyman@canyonpartners.com | aggs@capgroup.com |
| bamatthews@canyonpartners.com | mvalenzano@canyonpartners.com | aih@capgroup.com |
| bfaderrattner@canyonpartners.com | mwong@canyonpartners.com | ajg@capgroup.com |
| bmatthews@canyonpartners.com | nsandler@canyonpartners.com | ajw@capgroup.com |
| cbarrow@canyonpartners.com | pbae@canyonpartners.com | aki@capgroup.com |
| cburke@canyonpartners.com | pdooley@canyonpartners.com | aks@capgroup.com |
| ccourtney@canyonpartners.com | pheckman@canyonpartners.com | akt@capgroup.com |
| cheine@canyonpartners.com | pshah@canyonpartners.com | akw@capgroup.com |
| csheffield@canyonpartners.com | rcbe@canyonpartners.com | al_ali@capgroup.com |
| dcontes@canyonpartners.com | rdryden@canyonpartners.com | ala@capgroup.com |
| djung@canyonpartners.com | rforgues@canyonpartners.com | alb@capgroup.com |
| dlynch@canyonpartners.com | rguha@canyonpartners.com | albl@capgroup.com |
| dmartin@canyonpartners.com | riyer@canyonpartners.com | alex_commissaris@capgroup.com |
| dmielle@canyonpartners.com | rle@canyonpartners.com | alexi_maravel@capgroup.com |
| dwang@canyonpartners.com | rmyers@canyonpartners.com | alrf@capgroup.com |
| ecohen@canyonpartners.com | rpeirce@canyonpartners.com | alw@capgroup.com |
| ekestenberg@canyonpartners.com | rstarling@canyonpartners.com | alxn@capgroup.com |
| ekim@canyonpartners.com | rviyer@canyonpartners.com | alz@capgroup.com |
| emiller@canyonpartners.com | sbadlani@canyonpartners.com | am@capgroup.com |
| epae@canyonpartners.com | sbardack@canyonpartners.com | ampm@capgroup.com |
| fkim@canyonpartners.com | sfarsi@canyonpartners.com | amyr@capgroup.com |
| gjikovski@canyonpartners.com | spho@canyonpartners.com | andd@capgroup.com |
| gserrano@canyonpartners.com | sreid@canyonpartners.com | andg@capgroup.com |
| hchyung@canyonpartners.com | tkim@canyonpartners.com | anne_durgavich@capgroup.com |
| hkim@canyonpartners.com | tlemkin@canyonpartners.com | antb@capgroup.com |
| hsachs@canyonpartners.com | tmo@canyonpartners.com | aprs@capgroup.com |
| iklinger@canyonpartners.com | twirkus@canyonpartners.com | ar@capgroup.com |
| iklingler@canyonpartners.com | tylin@canyonpartners.com | arthur_caye@capgroup.com |
| iweil@canyonpartners.com | uyurday@canyonpartners.com | asb@capgroup.com |
| jbarzideh@canyonpartners.com | wdahl@canyonpartners.com | ashk@capgroup.com |
| jdavis@canyonpartners.com | xwong@canyonpartners.com | bah@capgroup.com |
| jdonfeld@canyonpartners.com | yyoo@canyonpartners.com | bcb@capgroup.com |
| jfetterman@canyonpartners.com | cburt@cap.com | bco@capgroup.com |
| jfriedman@canyonpartners.com | pkelley@cap.com | betc@capgroup.com |
| jhersch@canyonpartners.com | didier.leboeuf@ca-paris.fr | bgg@capgroup.com |
| jloccisano@canyonpartners.com | dominique.chupin@ca-paris.fr | bjk@capgroup.com |
| jplaga@canyonpartners.com | francoise.debrus@ca-paris.fr | blp@capgroup.com |
| jrhee@canyonpartners.com | laurent.cajgfinger@ca-paris.fr | bmk@capgroup.com |
| jsimpson@canyonpartners.com | olivier.rabaux@ca-paris.fr | bnd@capgroup.com |
| jsingson@canyonpartners.com | jeremy.vessels@capassurance.com | boris_petersik@capgroup.com |
| jsmith@canyonpartners.com | ronny.cosijns@capco.com | brae@capgroup.com |
| kchellapa@canyonpartners.com | jimm@capelcuresharp.co.uk | brrb@capgroup.com |
| kchellappa@canyonpartners.com | jdicus@capfed.com | brs@capgroup.com |
| kfrazeur@canyonpartners.com | joliver@capfed.com | bse@capgroup.com |
| kfurutani@canyonpartners.com | ktownsend@capfed.com | bwk@capgroup.com |
| kwheeler@canyonpartners.com | rjackson@capfed.com | cads@capgroup.com |
| lgarshofsky@canyonpartners.com | aag@capgroup.com | capc@capgroup.com |
| lmcduffee@canyonpartners.com | aah@capgroup.com | cars@capgroup.com |

catherine_lord@capgroup.com
cecilia_tjokrosetyo@capgroup.com
cef@capgroup.com
ch@capgroup.com
chapman_taylor@capgroup.com
charles_cymbor@capgroup.com
chf@capgroup.com
chig@capgroup.com
chir@capgroup.com
chm@capgroup.com
christina_xanthos@capgroup.com
christine_hathaway@capgroup.com
cht@capgroup.com
ciya@capgroup.com
ckc@capgroup.com
claire_cui@capgroup.com
claudia.rathgeb@capgroup.com
clh@capgroup.com
cljh@capgroup.com
clvo@capgroup.com
cmr@capgroup.com
cnm@capgroup.com
cojs@capgroup.com
colk@capgroup.com
conkkf@capgroup.com
cph@capgroup.com
cr@capgroup.com
ct@capgroup.com
ctm@capgroup.com
cvc@capgroup.com
cxi@capgroup.com
cxxs@capgroup.com
da@capgroup.com
daas@capgroup.com
dad@capgroup.com
dah@capgroup.com
daryl_gomez@capgroup.com
dasl@capgroup.com
david_kang@capgroup.com
davidbetanzos@capgroup.com
ddo@capgroup.com
del@capgroup.com
delb@capgroup.com
dis@capgroup.com
dpa@capgroup.com
dsb@capgroup.com
dts@capgroup.com
dvm@capgroup.com
dxb@capgroup.com
dxjm@capgroup.com
dxp@capgroup.com
eafm@capgroup.com
ebn@capgroup.com
ebr@capgroup.com
ecj@capgroup.com
ecs@capgroup.com
eexb@capgroup.com
egn@capgroup.com
egs@capgroup.com
ejk@capgroup.com

ejo@capgroup.com
elt@capgroup.com
emo@capgroup.com
enk@capgroup.com
eoc@capgroup.com
epk@capgroup.com
epp@capgroup.com
eps@capgroup.com
es@capgroup.com
ett@capgroup.com
euc@capgroup.com
evelyne_dennijanto@capgroup.com
evmd@capgroup.com
ey@capgroup.com
fab@capgroup.com
fabc@capgroup.com
fad@capgroup.com
fiw@capgroup.com
fixedincomefails@capgroup.com
fjw@capgroup.com
fmh@capgroup.com
fnm@capgroup.com
frankcst@capgroup.com
fras@capgroup.com
frt@capgroup.com
gc@capgroup.com
gcd@capgroup.com
gd@capgroup.com
gdj@capgroup.com
gei@capgroup.com
ggjm@capgroup.com
gho@capgroup.com
gimd@capgroup.com
gl@capgroup.com
glb@capgroup.com
glp@capgroup.com
gm@capgroup.com
gr@capgroup.com
gww@capgroup.com
gxn@capgroup.com
gzzs@capgroup.com
habib_annous@capgroup.com
hchm@capgroup.com
hit@capgroup.com
hmb@capgroup.com
hmo@capgroup.com
hweber@capgroup.com
id@capgroup.com
idl@capgroup.com
ids@capgroup.com
ilw@capgroup.com
initials@capgroup.com
irf@capgroup.com
irina_goedemans@capgroup.com
is@capgroup.com
jahh@capgroup.com
jasb@capgroup.com
jast@capgroup.com
jay_mortenson@capgroup.com
jbb@capgroup.com

jbbf@capgroup.com
jcfm@capgroup.com
jed@capgroup.com
jeeg@capgroup.com
jeetu_panjabi@capgroup.com
jeg@capgroup.com
jennifer_hinman@capgroup.com
jer@capgroup.com
jess@capgroup.com
jett@capgroup.com
jey@capgroup.com
jeyb@capgroup.com
jfr@capgroup.com
jimh@capgroup.com
jinl@capgroup.com
jkd@capgroup.com
jld@capgroup.com
jlf@capgroup.com
jlnc@capgroup.com
jlpo@capgroup.com
jmah@capgroup.am
jmkb@capgroup.com
jmp@capgroup.com
jn@capgroup.com
jnlh@capgroup.com
jny@capgroup.com
joanne_stewart@capgroup.com
joem@capgroup.com
john_smet@capgroup.com
jojs@capgroup.com
jom@capgroup.com
joyce_gallie@capgroup.com
joyp@capgroup.com
jpxw@capgroup.com
jql@capgroup.com
jqx@capgroup.com
jrav@capgroup.com
jrm@capgroup.com
jsb@capgroup.com
jsk@capgroup.com
juaa@capgroup.com
jxw@capgroup.com
jzzg@capgroup.com
kaas@capgroup.com
kar@capgroup.com
kd@capgroup.com
kf@capgroup.com
kfh@capgroup.com
khd@capgroup.com
kima@capgroup.com
kirstie_mcandrew@capgroup.com
kis@capgroup.com
kju@capgroup.com
kjz@capgroup.com
kkc@capgroup.com
kll@capgroup.com
kmct@capgroup.com
kmp@capgroup.com
krm@capgroup.com
krr@capgroup.com

| | | |
|---|---|---|
| ktts@capgroup.com | nll@capgroup.com | sn@capgroup.com |
| kw@capgroup.com | nmw@capgroup.com | snst@capgroup.com |
| kxk@capgroup.com | np@capgroup.com | spes@capgroup.com |
| kxt@capgroup.com | ns@capgroup.com | spst@capgroup.com |
| kyy@capgroup.com | nsdl@capgroup.com | srw@capgroup.com |
| laam@capgroup.com | nuk@capgroup.com | ssy@capgroup.com |
| lajk@capgroup.com | nzk@capgroup.com | st@capgroup.com |
| lar@capgroup.com | oliver_edmonds@capgroup.com | stb@capgroup.com |
| laurentius_harrer@capgroup.com | pa@capgroup.com | stc@capgroup.com |
| lbt@capgroup.com | pam@capgroup.com | stck@capgroup.com |
| leaa@capgroup.com | patonia_wong@capgroup.com | steven_lotwin@capgroup.com |
| leeb@capgroup.com | paul_survilla@capgroup.com | stmh@capgroup.com |
| lfo@capgroup.com | paum@capgroup.com | suehyun.kim@capgroup.com |
| lhh@capgroup.com | paus@capgroup.com | sulp@capgroup.com |
| lms@capgroup.com | pcs@capgroup.com | syd@capgroup.com |
| lnk@capgroup.com | per@capgroup.com | t2t@capgroup.com |
| lom@capgroup.com | pfg@capgroup.com | taah@capgroup.com |
| lrs@capgroup.com | philip_scully@capgroup.com | takumi_naito@capgroup.com |
| luke_farrell@capgroup.com | pjh@capgroup.com | tara_torrens@capgroup.com |
| lwn@capgroup.com | plm@capgroup.com | taralynn_torrens@capgroup.com |
| madl@capgroup.com | pmm@capgroup.com | tb@capgroup.com |
| majw@capgroup.com | pna@capgroup.com | tc@capgroup.com |
| malb@capgroup.com | pov@capgroup.com | tda@capgroup.com |
| manami_kondo@capgroup.com | ptag@capgroup.com | tgn@capgroup.com |
| mark_macdonald@capgroup.com | rdw@capgroup.com | thb@capgroup.com |
| masashi_yamamoto@capgroup.com | rebecca_king@capgroup.com | thh@capgroup.com |
| masm@capgroup.com | relk@capgroup.com | tim_binks@capgroup.com |
| matc@capgroup.com | rgc@capgroup.com | tim_stark@capgroup.com |
| mbl@capgroup.com | rgk@capgroup.com | tjjb@capgroup.com |
| mch@capgroup.com | rgm@capgroup.com | tkk@capgroup.com |
| mcy@capgroup.com | rhl@capgroup.com | tls@capgroup.com |
| mddh@capgroup.com | rhn@capgroup.com | tmm@capgroup.com |
| mdp@capgroup.com | rhs@capgroup.com | tn@capgroup.com |
| mgy@capgroup.com | ri@capgroup.com | todd_james@capgroup.com |
| mhd@capgroup.com | richard_bridges@capgroup.com | tom_chang@capgroup.com |
| michael_shanahan@capgroup.com | rklm@capgroup.com | toml@capgroup.com |
| mics@capgroup.com | rnh@capgroup.com | tomoya_aoki@capgroup.com |
| midk@capgroup.com | rnl@capgroup.com | tony_ho@capgroup.com |
| miet@capgroup.com | rr@capgroup.com | tracy_li@capgroup.com |
| mijb@capgroup.com | rt@capgroup.com | tristan_reid@capgroup.com |
| mikm@capgroup.com | rtt@capgroup.com | trs@capgroup.com |
| miv@capgroup.com | rus@capgroup.com | ts@capgroup.com |
| mixh@capgroup.com | rysc@capgroup.com | tsc@capgroup.com |
| mk@capgroup.com | sajl@capgroup.com | tsw@capgroup.com |
| mlfr@capgroup.com | sauj@capgroup.com | ttdd@capgroup.com |
| monica_nagami@capgroup.com | sazs@capgroup.com | tus@capgroup.com |
| mqb@capgroup.com | sb@capgroup.com | tw@capgroup.com |
| mre@capgroup.com | sbcw@capgroup.com | twt@capgroup.com |
| mrm@capgroup.com | scott_sykes@capgroup.com | usg@capgroup.com |
| mssp@capgroup.com | sekk@capgroup.com | uva@capgroup.com |
| mtll@capgroup.com | sheila_ecaille@capgroup.com | vdk@capgroup.com |
| mu@capgroup.com | shfh@capgroup.com | veron_tan@capgroup.com |
| mvf@capgroup.com | shgg@capgroup.com | vickie.taylor@capgroup.com |
| mvl@capgroup.com | shxc@capgroup.com | vk@capgroup.com |
| naq@capgroup.com | simon_steward@capgroup.com | vl@capgroup.com |
| nas@capgroup.com | sjs@capgroup.com | vp@capgroup.com |
| ncw@capgroup.com | sjwm@capgroup.com | wem@capgroup.com |
| ndw@capgroup.com | slr@capgroup.com | wjg@capgroup.com |
| neil_campbell@capgroup.com | smmh@capgroup.com | wkp@capgroup.com |
| nick_chen@capgroup.com | smt@capgroup.com | wlr@capgroup.com |

wps@capgroup.com
yunguang_li@capgroup.com
zac@capgroup.com
zeg@capgroup.com
zsanae_givens@capgroup.com
ccolumb@capgrowthmgt.com
ebragnun@capgrowthmgt.com
eschaefer@capgrowthmgt.com
kenheebner@capgrowthmgt.com
rkemp@capgrowthmgt.com
ssmall@capgrowthmgt.com
micy@capgrp.com
tamh@capgrp.com
jmoeller@capis.com
kdevlin@capis.com
mmolho@capis.com
ndecker@capis.com
rpacheco@capis.com
slamandola@capis.com
wdailey@capis.com
dipasquale@capitagest.it
csmith@capitaladv.com
jwilson@capitaladv.com
kgoddard@capitaladv.com
mbutts@capitaladv.com
rlofgren@capitaladv.com
twallach@capitalcambridge.com
rogert@capitalconsultantsinc.com
jeff@capitalgateway.com
ken@capitalgateway.com
agodi@capitalgest.it
bargiano@capitalgest.it
basile@capitalgest.it
bertinelli@capitalgest.it
calzoni@capitalgest.it
cinosi@capitalgest.it
cioffi@capitalgest.it
faroni@capitalgest.it
ferri@capitalgest.it
fontana@capitalgest.it
gallina@capitalgest.it
loi@capitalgest.it
maurelli@capitalgest.it
nelli@capitalgest.it
noventa@capitalgest.it
palandi@capitalgest.it
pellegrinelli@capitalgest.it
perazzolo@capitalgest.it
pontoglio@capitalgest.it
porcella@capitalgest.it
titoli@capitalgest.it
tonoli@capitalgest.it
valeri@capitalgest.it
alex.popa@capitalglobal.com
czb@capitalglobal.com
ellen.choi@capitalglobal.com
frank.ding@capitalglobal.com
harold.la@capitalglobal.com
johnny.chan@capitalglobal.com
katherine.wee@capitalglobal.com

ken.kojima@capitalglobal.com
kimiko.yamamoto@capitalglobal.com
krmb@capitalglobal.com
paul.li@capitalglobal.com
sung.lee@capitalglobal.com
takanori.nagatomo@capitalglobal.com
taylor.hinshaw@capitalglobal.com
winnie.kwan@capitalglobal.com
dkrause@capitalgrwothmgt.com
a.leccisotti@capitalia.it
luigia.campagna@capitalia.it
maddalena.citterio@capitalia.it
alberto.alliney@capitalia-am.com
alberto.castelli@capitalia-am.com
alberto.paccotto@capitalia-am.com
alessandra.drago@capitalia-am.com
alessandra.minghetti@capitalia-am.com
alessandro.castoldi@capitalia-am.com
alessandro.caviglia@capitalia-am.com
alfredo.granata@capitalia-am.com
andrea.bertes@capitalia-am.com
andrea.martinello@capitalia-am.com
andrea.palma@capitalia-am.com
andrea.zaralli@capitalia-am.com
angelo.brizi@capitalia-am.com
angelo.trementozzi@capitalia-am.com
augusto.aggio@capitalia-am.com
bruno.putorti@capitalia-am.com
claudio.canale@capitalia-am.com
corrado.bei@capitalia-am.com
davide.digirolamo@capitalia-am.com
domenico.pirovine@capitalia-am.com
elena.lizzoli@capitalia-am.com
elster.flore@capitalia-am.com
enrico.piccari@capitalia-am.com
fabio.carpentieri@capitalia-am.com
fabio.stolfa@capitalia-am.com
fabrizio.tavernari@capitalia-am.com
francesco.ferrario@capitalia-am.com
franco.ravaglia@capitalia-am.com
g.isolani@capitalia-am.com
gianluca.calvi@capitalia-am.com
gianluca.guidi@capitalia-am.com
gianpaolo.isolani@capitalia-am.com
ginaluca.piacenti@capitalia-am.com
giulio.zaccagnini@capitalia-am.com
giuseppe.perrucci@capitalia-am.com
guido.guzzetti@capitalia-am.com
guido.sibilia@capitalia-am.com
ivan.franceschi@capitalia-am.com
l.tajana@capitalia-am.com
laura.tortosa@capitalia-am.com
leonardo.limiti@capitalia-am.com
licia.bodanzal@capitalia-am.com
lorenzo.cella@capitalia-am.com
lorenzo.tajana@capitalia-am.com
luca.massironi@capitalia-am.com
luca.pepe@capitalia-am.com
lucio.galati@capitalia-am.com
manfredi.senni@capitalia-am.com

manfredo.volterra@capitalia-am.com
manuela.sassoli@capitalia-am.com
marco.cabrini@capitalia-am.com
marco.morcello@capitalia-am.com
marco.morello@capitalia-am.com
mario.seghelini@capitalia-am.com
mark.pinckney@capitalia-am.com
massimiliano.guttadauro@capitalia-am.com
massimiliano.micheli@capitalia-am.com
matteo.solbiati@capitalia-am.com
maurizio.bucchi@capitalia-am.com
maurizio.cozzolini@capitalia-am.com
maurizio.profeta@capitalia-am.com
paola.latorre@capitalia-am.com
paola.vicari@capitalia-am.com
paolo.adoncecchi@capitalia-am.com
paolo.caruso@capitalia-am.com
pasquale.cattani@capitalia-am.com
pasquale.tripaldi@capitalia-am.com
piermario.cambula@capitalia-am.com
pino.mattioli@capitalia-am.com
raffaele.savi@capitalia-am.com
roberto.mini@capitalia-am.com
roberto.moscone@capitalia-am.com
sandro.volpe@capitalia-am.com
sara.marrocu@capitalia-am.com
sergio.locatelli@capitalia-am.com
sertac.yeltekin@capitalia-am.com
silvia.ciabuschi@capitalia-am.com
suzan.dorul@capitalia-am.com
tilde.tosetti@capitalia-am.com
tiziana.palladini@capitalia-am.com
umberto.crespi@capitalia-am.com
valeria.penco@capitalia-am.com
virginio.nottola@capitalia-am.com
alessandro.dall'oglio@capitali-am.com
mariano.gambero@capitali-am.com
nicola.farina@capitali-am.com
james.accurso@capitalmanagmentcorp.com
capital@capitalmgt.com
barry.lai@capitalone.com
dave.willey@capitalone.com
craig.kercho@capitalonebank.com
dina.mabasa@capitalonebank.com
francis.coker@capitalonebank.com
kirk.jackson@capitalonebank.com
laura.watts@capitalonebank.com
richard.chauvin@capitalonebank.com
ross.wales@capitalonebank.com
skip.moeller@capitalonebank.com
bgoodwin@capitalresearch.com
george@capitaltrustltd.com
olga.aburdene@capitaltrustltd.com
dina.perry@capitalworld.com
jfj@capitalworld.com
rwl@capitalworld.com
yoko.nakayama@capitalworld.com
ross.sappenfield@capitglobal.com
bhlong@capmgcp.com
mcfadden@capmgcp.com

mom@cappgroup.com
aarons@capraasset.com
guyh@capraasset.com
nilsn@capraasset.com
research@capraasset.com
susanb@capraasset.com
dwatson@capstonefinancial.com
jwolf@capstonefinancial.com
ptownsen@capstonefinancial.com
sseverson@capstonefinancial.com
rlf@caqpgroup.com
avalimamode@carac.fr
cvialonga@carac.fr
jmstraus@carac.fr
rgravil@carac.fr
kgray@cardcap.com
bruno.ducros@cardif.fr
david.boutrou@cardif.fr
didier.federle@cardif.fr
eric.bernard@cardif.fr
fabrice.romano@cardif.fr
fabrice.taravant@cardif.fr
gregor.jourdin@cardif.fr
jean-francois.ruggieri@cardif.fr
jean-paul.cheve@cardif.fr
marie.sorlin@cardif.fr
olivier.hereil@cardif.fr
pascal.perrier@cardif.fr
pascal.wolljung@cardif.fr
thomas.blondel@cardif.fr
vincent.salle@cardif.fr
amanda_higgins@cargill.com
andrew_holdsworth@cargill.com
andrew_mack@cargill.com
andy_reul@cargill.com
betsy_horton@cargill.com
brad_smith@cargill.com
brian_bajema@cargill.com
daniel_mauer@cargill.com
darrick_ginkel@cargill.com
david_whitcomb@cargill.com
derek_pitt@cargill.com
greg_trebil@cargill.com
gregory_belonogoff@cargill.com
guilherme_schmidt@cargill.com
guillermo_saenger@cargill.com
heather_margolies@cargill.com
ian_lokkerbol@cargill.com
jack_bohn@cargill.com
jamie_colvin@cargill.com
jayolson@cargill.com
jeremy_llewelyn@cargill.com
john_brice@cargill.com
josh_taylor@cargill.com
karlo_ortiz@cargill.com
kelly_burns@cargill.com
kirk_ogren@cargill.com
kristi_richard@cargill.com
lesley_doehr@cargill.com
lesley_phillips@cargill.com

liane_wesson@cargill.com
maria_carolina_amaral@cargill.com
mark_guidinger@cargill.com
martin_smith@cargill.com
miho_yokoyama@cargill.com
nancy_killpatrick@cargill.com
neil_birnie@cargill.com
nicholas_weber1@cargill.com
octavio_garcia@cargill.com
olga_kouznetsova@cargill.com
paul_mullaney@cargill.com
paul_richardson@cargill.com
phyllis_daisey@cargill.com
rory_oneill@cargill.com
sam_essling@cargill.com
samuel_albert@cargill.com
serdar_rebis@cargill.com
stephanie_turner@cargill.com
steven_pumilia@cargill.com
tembora_kardanov@cargill.com
terry_ruppe@cargill.com
todd_urbon@cargill.com
tom_serie@cargill.com
yonghoi_koo@cargill.com
alberto.soffritti@carife.it
fabrizio_farinatti@carife.it
luricc@carife.it
stefano.baldazzi@carife.it
alberto.tarani@carifirenze.it
alessandra.pucci@carifirenze.it
claudio.andretti@carifirenze.it
consulen@carifirenze.it
cristina.pezzati@carifirenze.it
fulvio.innella@carifirenze.it
gp.carifirenze@carifirenze.it
lorenzo.ronchi@carifirenze.it
luciano.tortoli@carifirenze.it
martina.biancardi@carifirenze.it
paolo.bucciarelli@carifirenze.it
paolo.gambassini@carifirenze.it
raoul.maddaleni@carifirenze.it
emanuela.sessare@carige.it
ennio.lamonica@carige.it
enrico.cardani@carige.it
finanza@carige.it
giacomo.burro@carige.it
giambattista.pesce@carige.it
gianbattista.pesce@carige.it
maurizio.maoramarco@carige.it
paolo.boretti@carige.it
pventuri@carigesgr.it
charlie@carinalli.com
basil.cassini@cariplo.com
riccardodirenzo@cariplo.it
elisabetta.parlanti@caript.it
gianfranco.niccolai@caript.it
daniele.carabini@carisp.sm
federico.micheloni@carisp.sm
giuseppe.buoncompagni@carisp.sm
info@carisp.sm

luca.faggian@carisp.sm
luca.simoni@carisp.sm
maurizio.morolli@carisp.sm
amancini@carispcesena.it
giuseppe_mignogna@cariverona.it
guiseppe_franceschetti@cariverona.it
massimo_franco_andreoli@cariverona.it
fredrik.aberg@carlsberg.com
investor.relations@carlsberg.com
jorn.p.jensen@carlsberg.com
mikael.bolarsen@carlsberg.com
nils.anderson@carlsberg.com
paul.berquist@carlsberg.com
cliff.hide@carlton.com
gabywilliams@carlton.com
anders.borchsenius@carnegie.dk
brask@carnegie.dk
christian.sibbesen@carnegie.dk
henrik.muthel@carnegie.dk
kristian.greisen@carnegie.dk
ricsun@carnegie.se
ulftos@carnegie.se
bk@carnegieam.dk
bs@carnegieam.dk
hah@carnegieam.dk
hb@carnegieam.dk
hbg@carnegieam.dk
hh@carnegieam.dk
kaj@carnegieam.dk
kkn@carnegieam.dk
lw@carnegieam.dk
mgm@carnegieam.dk
mk@carnegieam.dk
mpl@carnegieam.dk
mr@carnegieam.dk
ms@carnegieam.dk
mw@carnegieam.dk
pg@carnegieam.dk
rd@carnegieam.dk
tk@carnegieam.dk
broberts@carnival.com
jborder@carnival.com
lfreedman@carnival.com
canderson@carol.net
ben.toole@carolinafirst.com
dcrawfor@carolinafirst.com
james.monroe@carolinafirst.com
jonathan.taylor@carolinafirst.com
matthew.jaeggli@carolinafirst.com
peter.stoffelen@carolinafirst.com
selena.given@carolinafirst.com
alessandra_girolami@carrefour.com
claire_lise_berger@carrefour.com
jean_michel_garrigue@carrefour.com
jose_louis_duran@carrefour.com
matthieu_de_bergeyck@carrefour.com
patrice_moulin@carrefour.com
pierre_mainoldi@carrefour.com
reginald_gillet@carrefour.fr
vincent_barucq@carrefour.com

virginie_blin@carrefour.com
wreisner@carret.com
paulinel@carson.com.hk
christopher.lyche@carval.com
isabel.luo@carval.com
jan.peters@carval.com
maciej.woznica@carval.com
mrk.sorensen@carval.com
sean.goudy@carval.com
vinh-tuan.ngo@carval.com
gcasgrain@casgrain.ca
andrea.personeni@cassalombarda.it
c.terzano@cassalombarda.it
d.carettoni@cassalombarda.it
f.rossetti@cassalombarda.it
f.scala@cassalombarda.it
f.vezzani@cassalombarda.it
g.colacicco@cassalombarda.it
g.lucchelli@cassalombarda.it
m.ragni@cassalombarda.it
m.saurgnani@cassalombarda.it
m.trabaldo@cassalombarda.it
mattia.donadeospada@cassalombarda.it
p.ricci@cassalombarda.it
r.pedon@cassalombarda.it
anders.stang@castberg.com
alessandro.conrad@ca-suisse.com
alexander.shargorodsky@ca-suisse.com
antonia.morgan@ca-suisse.com
brigitte.turin@ca-suisse.com
christian.evain@ca-suisse.com
daniel.fontannaz@ca-suisse.com
davis.hall@ca-suisse.com
emanuela.caruzzofeijoo@ca-suisse.com
fremond@ca-suisse.com
georges.spirig@ca-suisse.com
jarka.saidi@ca-suisse.com
jean-marc.montlahuc@ca-suisse.com
jose.gonzalez@ca-suisse.com
karim.derleth@ca-suisse.com
marc.libourel@ca-suisse.com
olivier.passeri@ca-suisse.com
olivier.tempia-caliera@ca-suisse.com
paolo.lampugnani@ca-suisse.com
patrice.morin@ca-suisse.com
paul.bawab@ca-suisse.com
pcornet@ca-suisse.com
portfolio.management@ca-suisse.com
rani.jabban@ca-suisse.com
reto.jaeggli@ca-suisse.com
roberto.brero@ca-suisse.com
shannon.jaggi@ca-suisse.com
simon.vallotto@ca-suisse.com
suzanne.kitscha-lambillon@ca-suisse.com
sylveline.besson@ca-suisse.com
ute.schulthess@ca-suisse.com
yacine.zarrouk@ca-suisse.com
banks_steven_m@cat.com
bomberger_david_l@cat.com
cara_vlad@cat.com

howard_damian@cat.com
kaczmarek_bryce_e@cat.com
urban_charles_t@cat.com
yoder_keith_d@cat.com
gustaf.sjogren@catella.se
jesper.bo@catella.dk
mikael.haneli@catella.se
morten.gustafson@catella.dk
alexs@cater-allen.co.uk
paul.berry@cater-allen.co.uk
paulb@cater-allen.co.uk
pauls@cater-allen.co.uk
phillip_gottlick@cater-allen.co.uk
richardc@cater-allen.co.uk
stevel@cater-allen.co.uk
andyfinks@caterpillar.com
info@catfinance.ch
dennis_kwok@cathaybank.com
eva_chan@cathaybank.com
javier_otoya@cathaybank.com
joyce_kuo@cathaybank.com
maureen_wong@cathaybank.com
louis.yang@cathaybk.com.tw
industry@cathayconsult.com.tw
suspeed@cathayconsult.com.tw
chialig@cathay-ins.com.tw
3200102@cathaylife.com.tw
allenchen@cathaylife.com.tw
allenlee@cathaylife.com.tw
andrewhuang@cathaylife.com.tw
andyhung@cathaylife.com.tw
andytsai@cathaylife.com.tw
cc11018@cathaylife.com.tw
ccchiang@cathaylife.com.tw
changyau@cathaylife.com.tw
chenms@cathaylife.com.tw
chian@cathaylife.com.tw
chinglan@cathaylife.com.tw
chiyahua@cathaylife.com.tw
chunanlin@cathaylife.com.tw
cindytseng@cathaylife.com.tw
claireteng@cathaylife.com.tw
clchang@cathaylife.com.tw
cyl@cathaylife.com.tw
daryl@cathaylife.com.tw
derrickyang@cathaylife.com.tw
doris_sh_wang@cathaylife.com.tw
eric_chao@cathaylife.com.tw
ericshih0621@cathaylife.com.tw
erictsai@cathaylife.com.tw
ethanchao@cathaylife.com.tw
ethanhuang@cathaylife.com.tw
euphoria@cathaylife.com.tw
g8852014@cathaylife.com.tw
howardtsai@cathaylife.com.tw
hschang@cathaylife.com.tw
hsenyehwu@cathaylife.com.tw
hugh@cathaylife.com.tw
ib@cathaylife.com.tw
ivan.lin@cathaylife.com.tw

ivanwang@cathaylife.com.tw
jameshsueh@cathaylife.com.tw
jasontsai@cathaylife.com.tw
jeffyu@cathaylife.com.tw
jerry_hsin@cathaylife.com.tw
jimyang@cathaylife.com.tw
joelin@cathaylife.com.tw
joycelee@cathaylife.com.tw
kai@cathaylife.com.tw
karenhsu@cathaylife.com.tw
kenwang@cathaylife.com.tw
laida620@cathaylife.com.tw
leowu@cathaylife.com.tw
lisa_lin@cathaylife.com.tw
maggieyc@cathaylife.com.tw
markhsu@cathaylife.com.tw
meganhuang@cathaylife.com.tw
mia0621@cathaylife.com.tw
mirogoya@cathaylife.com.tw
nevalin@cathaylife.com.tw
ninafeng@cathaylife.com.tw
oscar_huang@cathaylife.com.tw
owenchang@cathaylife.com.tw
owenkuo@cathaylife.com.tw
paulachen@cathaylife.com.tw
ping_lin@cathaylife.com.tw
pyopyo@cathaylife.com.tw
rebecca_chu@cathaylife.com.tw
rebekah@cathaylife.com.tw
rhn49225@cathaylife.com.tw
rodney@cathaylife.com.tw
ruping@cathaylife.com.tw
sophiawang@cathaylife.com.tw
stsai1@cathaylife.com.tw
sychuang@cathaylife.com.tw
thomasliao@cathaylife.com.tw
tongli@cathaylife.com.tw
tt@cathaylife.com.tw
vader@cathaylife.com.tw
vickie@cathaylife.com.tw
vincent_yu@cathaylife.com.tw
viviku@cathaylife.com.tw
wayc2k@cathaylife.com.tw
wenlee@cathaylife.com.tw
williamchung@cathaylife.com.tw
wushuying@cathaylife.com.tw
ylw@cathaylife.com.tw
vincent@cathaysite.com.tw
5100000@cathlife.com.tw
6700000@cathlife.com.tw
russ@catholicknights.com
adriano.castagnetti@cattolicaassicurazioni.it
alberto.zoico@cattolicaassicurazioni.it
alessandro.menegus@cattolicaassicurazioni.it
andrea.bombieri@cattolicaassicurazioni.it
andrea.lisi@cattolicaassicurazioni.it
antonio.crisafulli@cattolicaassicurazioni.it
chiara.adria@cattolicaassicurazioni.it
damiano.fusina@cattolicaassicurazioni.it
emmanuel.meyer@cattolicaassicurazioni.it

francesca.tonegato@cattolicaassicurazioni.it
giovanni.berti@cattolicaassicurazioni.it
mario.cavaggioni@cattolicaassicurazioni.it
mattia.calzolari@cattolicaassicurazioni.it
piero.gavazzi@cattolicaassicurazioni.it
eloi@cavanalhill.com
mkitchen@cavanalhill.com
mmaurer@cavanalhill.com
probertson@cavanalhill.com
rwilliams@cavanalhill.com
jmdugan@cavcap.com
mbrune@cavcap.com
sshutz@cavcap.com
tgraff@cavcap.com
aangeles@caxton.com
abrehm@caxton.com
aciocon@caxton.com
acottone@caxton.com
adelrio@caxton.com
agurevich@caxton.com
akassan@caxton.com
akrok@caxton.com
amenson@caxton.com
ametzger@caxton.com
anappo@caxton.com
aradick@caxton.com
arennert@caxton.com
asacher@caxton.com
aschlesinger@caxton.com
aschlessinger@caxton.com
awilliams@caxton.com
bbinder@caxton.com
bboral@caxton.com
bbrill@caxton.com
bcumiskey@caxton.com
bernagozzi@caxton.com
bgibson@caxton.com
blwong@caxton.com
bmccoy@caxton.com
boswald@caxton.com
bpopadiuk@caxton.com
braithd@caxton.com
brutkowsky@caxton.com
bschell@caxton.com
bturney@caxton.com
bvallely@caxton.com
cardis@caxton.com
cdavis@caxton.com
cgeraci@caxton.com
charris@caxton.com
chart@caxton.com
cjacobson@caxton.com
clloyd@caxton.com
clocastro@caxton.com
cmetz@caxton.com
cmosquera@caxton.com
codonnell@caxton.com
cschiavone@caxton.com
csiegel@caxton.com
dchan@caxton.com

ddownes@caxton.com
dgouchoe@caxton.com
dlascano@caxton.com
dmcmurry@caxton.com
edabora@caxton.com
ehedenburg@caxton.com
ehilzenrath@caxton.com
eklodnicki@caxton.com
ekopera@caxton.com
em@caxton.com
escheyer@caxton.com
ffisher@caxton.com
fhalili@caxton.com
gfung@caxton.com
gglasser@caxton.com
gmoser@caxton.com
gsherry@caxton.com
hlehr@caxton.com
id@caxton.com
iepstein@caxton.com
igoicochea@caxton.com
itousignant@caxton.com
jbeloin@caxton.com
jbiggs@caxton.com
jcecil@caxton.com
jchanis@caxton.com
jcoirollo@caxton.com
jdenci@caxton.com
jenslin@caxton.com
jforbes@caxton.com
jleale@caxton.com
jmakin@caxton.com
jmartin@caxton.com
jmccarthy@caxton.com
jmcfadden@caxton.com
jnoto@caxton.com
jrieger@caxton.com
jrubenstein@caxton.com
jscharf@caxton.com
jsmith@caxton.com
jwolfe@caxton.com
jyang@caxton.com
jyatsko@caxton.com
kbarry@caxton.com
kbridgers@caxton.com
kcross@caxton.com
kevina@caxton.com
kfeuerman@caxton.com
kjanetzko@caxton.com
kjoseph@caxton.com
kpiznak@caxton.com
krader@caxton.com
ksinha@caxton.com
larpaia@caxton.com
lcardonick@caxton.com
ldeyoe@caxton.com
lengelhardt@caxton.com
ljohnson@caxton.com
lsperling@caxton.com
luhl@caxton.com

lvozza@caxton.com
mbellini@caxton.com
mbenaviv@caxton.com
mcohen@caxton.com
mcooke@caxton.com
mdelucia@caxton.com
melgawly@caxton.com
mfemia@caxton.com
mhaddad@caxton.com
mhoffman@caxton.com
mlabisi@caxton.com
mlaflamme@caxton.com
mmaffattone@caxton.com
mmckenna@caxton.com
mmiller@caxton.com
mnisimov@caxton.com
mpark@caxton.com
mpeck@caxton.com
mpresto@caxton.com
mrietbrock@caxton.com
mschrage@caxton.com
msparks@caxton.com
mstasik@caxton.com
myoung@caxton.com
nmarzella@caxton.com
nrusso@caxton.com
nsherron@caxton.com
nyang@caxton.com
pbarno@caxton.com
pchakany@caxton.com
pdangelo@caxton.com
pdegreeve@caxton.com
plin@caxton.com
pmurray@caxton.com
psmith@caxton.com
pstubbs@caxton.com
pyepes@caxton.com
rarendt@caxton.com
rbansal@caxton.com
rbrown@caxton.com
rcolicchio@caxton.com
rdamato@caxton.com
rferraioli@caxton.com
rfrancello@caxton.com
rfrangella@caxton.com
rlatour@caxton.com
rlennox@caxton.com
rmarks@caxton.com
rmcintosh@caxton.com
rmorino@caxton.com
rmueller@caxton.com
rpreston@caxton.com
rshalhoub@caxton.com
rtaylor@caxton.com
rwedeking@caxton.com
sachse@caxton.com
schacko@caxton.com
schen@caxton.com
sfinley@caxton.com
sgrossman@caxton.com

| | | |
|---|---|---|
| sherrera@caxton.com | james.downey@cazenove.com | chiang@mail.cbc.gov.tw |
| siscovick@caxton.com | jdean@cazenove.com | chihping@mail.cbc.gov.tw |
| skappagoda@caxton.com | koen.molineaux@cazenove.com | chingsu@mail.cbc.gov.tw |
| skiernan@caxton.com | macollins@cazenove.com | chingtai@mail.cbc.gov.tw |
| smalik@caxton.com | martin.day@cazenove.com | chkuan@mail.cbc.gov.tw |
| sosullivan@caxton.com | mhudson@cazenove.com | chlei@mail.cbc.gov.tw |
| spetras@caxton.com | mlangmead@cazenove.com | chou@mail.cbc.gov.tw |
| spratsides@caxton.com | mtimmins@cazenove.com | cmtsai@mail.cbc.gov.tw |
| sproffitt@caxton.com | simon.somerville@cazenove.com | c-sophie@mail.cbc.gov.tw |
| spurushothman@caxton.com | stephen.nash@cazenove.com | cyang1301@mail.cbc.gov.tw |
| srobbins@caxton.com | trussell@cazenove.com | fengyuan@mail.cbc.gov.tw |
| ssegarra@caxton.com | twaters@cazenove.com | fnperng@mail.cbc.gov.tw |
| ssiegal@caxton.com | arvind.sabharwal@cazenovecapital.com | franktsai@mail.cbc.gov.tw |
| tcostello@caxton.com | christopher.greaves@cazenovecapital.com | fx@cbc.gov.tw |
| tferris@caxton.com | melanie.jenkins@cazenovecapital.com | graceliu65@mail.cbc.gov.tw |
| tjackson@caxton.com | morten.herholdt@cazenovecapital.com | hortense@mail.cbc.gov.tw |
| tklimes@caxton.com | peter.harvey@cazenovecapital.com | hsiam@mail.cbc.gov.tw |
| tkoether@caxton.com | thant.han@cazenovecapital.com | hyen@mail.cbc.gov.tw |
| tmoore@caxton.com | wade.pollard@cazenovecapital.com | ichun@mail.cbc.gov.tw |
| tnavasardian@caxton.com | basil.stefanidis@cba.com.au | ishuans@mail.cbc.gov.tw |
| tostlund@caxton.com | bryan.lynskey@cba.com.au | jackchen@mail.cbc.gov.tw |
| tstrom@caxton.com | clare.lewis@cba.com.au | jacklin@mail.cbc.gov.tw |
| ttoth@caxton.com | clayton.watt@cba.com.au | jj_shan@mail.cbc.gov.tw |
| twilson@caxton.com | corsoj@cba.com.au | johnyu@mail.cbc.gov.tw |
| vborue@caxton.com | coxad@cba.com.au | judie@mail.cbc.gov.tw |
| vgallo@caxton.com | daryl.mcclure@cba.com.au | jychen@mail.cbc.gov.tw |
| vmeschoulam@caxton.com | deadmaga@cba.com.au | katylin@mail.cbc.gov.tw |
| vpalumbo@caxton.com | emma.kober@cba.com.au | kuoeric@mail.cbc.gov.tw |
| vpande@caxton.com | garfield.lee@cba.com.au | lcho@mail.cbc.gov.tw |
| vvarma@caxton.com | gavin.stacey@cba.com.au | mengtze@mai.cbc.gov.tw |
| wgadsden@caxton.com | graham.raward@cba.com.au | miao@mail.cbc.gov.tw |
| whill@caxton.com | heejin.baek@cba.com.au | michael.yhy@mail.cbc.gov.tw |
| ykuru@caxton.com | james.connell@cba.com.au | michelle@mail.cbc.gov.tw |
| ysasaki@caxton.com | james.lin@cba.com.au | morihuang@mail.cbc.gov.tw |
| ywan@caxton.com | james.scott@cba.com.au | myeh@mail.cbc.gov.tw |
| ztucker@caxton.com | joelle.mekers@cba.com.au | pei0426@mail.cbc.gov.tw |
| eroberts@caxtonadvantage.com | kippinb@cba.com.au | serena@mail.cbc.gov.tw |
| rleheny@caxtonadvantage.com | linda.smith@cba.com.au | shuchen@mail.cbc.gov.tw |
| smorenstein@caxtonadvantage.com | marcus.grimm@cba.com.au | sinclairkung@mail.cbc.gov.tw |
| bbooth@caxtonhealth.com | matthew.bacon-hall@cba.com.au | square@mail.cbc.gov.tw |
| jrao@caxtonhealth.com | michael.cook@cba.com.au | sslu@mail.cbc.gov.tw |
| lscott@caxtonhealth.com | mike.moran@cba.com.au | stevenliu@mail.cbc.gov.tw |
| rchristie@caxtonhealth.com | nicky.parsons@cba.com.au | sylvia@mail.cbc.gov.tw |
| rfoster@caxtonhealth.com | nicollsi@cba.com.au | tinalin@mail.cbc.gov.tw |
| rraval@caxton-iseman.com | oflynnan@cba.com.au | websterhung@mail.cbc.gov.tw |
| slefkowitz@caxton-iseman.com | philip.christie@cba.com.au | wei106@mail.cbc.gov.tw |
| avi@caxtonrvh.com | philip.rands@cba.com.au | wpeishan@mail.cbc.gov.tw |
| james@caxtonrvh.com | richard.kassaby@cba.com.au | yawlee@mail.cbc.gov.tw |
| jiang@caxtonrvh.com | stuart.grimshaw@cba.com.au | joseph.swanson@cbcf.com |
| jimmy@caxtonrvh.com | thomas.agus@cba.com.au | bob.strasz@cbcf-net.com |
| josh@caxtonrvh.com | tony.butera@cba.com.au | cathy.lancaster@cbcf-net.com |
| tiffany@caxtonrvh.com | brian.stivers@cbandt.com | charlie.christy@cbcf-net.com |
| jean-marc.vichard@caylon.com | abukhowa@cbb.gov.bh | chris.wheeler@cbcf-net.com |
| schluraff@us.caylon.com | ahmedalsomaim@cbb.gov.bh | dan.czmer@cbcf-net.com |
| bdholcombe@cazenove.com | acctfx@mail.cbc.gov.tw | martin.grunst@cbcf-net.com |
| chris.rice@cazenove.com | cbc08208@mail.cbc.gov.tw | steve.schlott@cbcf-net.com |
| ddocherty@cazenove.com | cbc10177@mail.cbc.gov.tw | adam_katz@cbcm.com |
| eaccottrell@cazenove.com | cbc11235@mail.cbc.gov.tw | alexander_shklyarevsky@cbcm.com |
| firstinitialsurname@cazenove.com | cbc12348@mail.cbc.gov.tw | bill_kavaler@cbcm.com |
| gary.friend@cazenove.com | chesterh@mail.cbc.gov.tw | carmine_urciuoli@cbcm.com |

christine_martins@cbcm.com
david_knesich@cbcm.com
david_madon@cbcm.com
eric_langille@cbcm.com
george_steelman@cbcm.com
gretchen_rodkey@cbcm.com
matthew_walczuk@cbcm.com
monty_gandhi@cbcm.com
naresh.malhotra@cbcm.com
paul_shottes@cbcm.com
phoebe_yen@cbcm.com
raj_dave@cbcm.com
alanh@cbd.ae
deepak@cbd.ae
faiselq@cbd.ae
matassi@cbd.ae
ramani@cbd.ae
ramezm@cbd.ae
john.marshall@cbimd.co.uk
davis@cbk.com
kkulanghat@cbk.com
maymudhaf@cbk.com
christopherp@cbnm.com
davidb@cbnm.com
scott@cbnm.com
alkitany@cbo-oman.org
trabelsi@cbt.com
davidthompson@cbt-alabama.com
andreas.brogle@cbve.com
bernhard.maendli@cbve.com
bernhard.studer@cbve.com
daniel.steiner@cbve.com
evangelos.ioannides@cbve.com
joerg.lehmann@cbve.com
john.jemielewski@cbve.com
martin.allenbach@cbve.com
nicole.suter@cbve.com
nina.kupferschmied@cbve.com
oliver.naas@cbve.com
pascal.hotz@cbve.com
peter.krismer@cbve.com
philipp.ulrich@cbve.com
rene.halter@cbve.com
stephan.brunner@cbve.com
thomas.schmidt@cbve.com
trivan.mathur@cbve.com
urs.schwarz@cbve.com
walo.meyer@cbve.com
walter.reger@cbve.com
jake.abry@ccastrategies.com
rick.grossman@ccastrategies.com
scott.lorang@ccastrategies.com
frankc@woodstock.cccall.com
curetmf@cccm.creditmutuel.fr
aleleux@ccf.com
llogi@ccf.com
melina.androutsopoulou@cchbc.com
john.benevides@ccoinvest.com
berengere.carmenen@ccr.fr
emarty@ccr.fr

gerard.boulier@ccr.fr
pcoumes@ccr.fr
ebourguignon@ccrgestion.fr
jfcleren@ccrgestion.fr
ab@cd.com
kwest@cdcixis-amau.com
aschmidt@cdcixis-ccm.com
cimmel@cdcixis-cm.com
oferial@cdcixis-cm.com
skleeberg@cdcixis-cm.com
tlay@cdcixis-cm.com
yneto@cdcixis-cm.com
kelba@cdcna.com
daniel.vert@cdn.fr
jeff.miller@cdrfp.com
scotts@cdrfp.com
abravoji@ceca.es
alechuga@ceca.es
arodrima@ceca.es
eserra@ceca.es
evelasco@ceca.es
fmata@ceca.es
jbonet@ceca.es
jdecarlo@ceca.es
jdisanto@ceca.es
jgomezg@ceca.es
jhiguera@ceca.es
jmarabar@ceca.es
jpedrero@ceca.es
jvelamaz@ceca.es
jverdugo@ceca.es
marranz@ceca.es
mbadia@ceca.es
mferser@ceca.es
mmurrayc@ceca.es
rpinedo@ceca.es
jgalowski@cedarbarn.com
andy.brown@cedarrockcapital.com
mark.husson@cedarrockcapital.com
nicholas.tingley@cedarrockcapital.com
tom.wilkins@cedarrockcapital.com
yavuz.arikan@cedarrockcapital.com
lgassen@cencorpcu.com
rchase@cencorpcu.com
bud.ryan@cendantmortgage.com
dave.giancoli@cendantmortgage.com
sanjay.dhawan@cendantmortgage.com
gtornquist@cenlar.com
plebas@cenlar.com
swilliamson@cenlar.com
claire@centaurus-capital.com
vroberts@centex.com
klemley@centrabank.com
bsd@centralbank.ie
don_perdue@centralbank.net
leanne_kampeter@centralbank.net
marlambr@centralbank.gov.cy
mike_mccoy@centralbank.net
phylos_sandison@centralbank.net
syrichas@centralbank.gov.cy

will_white@centralbank.net
rbishop@central-bank.org.tt
d.zampar@centrobanca.it
m.motta@centrobanca.it
m.uboldi@centrobanca.it
o.rossini@centrobanca.it
rodolfo_liccione@centroleasing.it
a.braga@centrosim.it
c.belotti@centrosim.it
c.bernasconi@centrosim.it
c.capotorti@centrosim.it
f.abbattista@centrosim.it
g.caramia@centrosim.it
m.calzolari@centrosim.it
bruno.huwyler@centrumbank.li
dieter.musielak@centrumbank.com
hdl@centrumbank.li
heino.hoch@centrumbank.com
hermann.neusuess@centrumbank.li
matthias.troesch@centrumbank.li
patricia.zechner@centrumbank.com
peter.metzler@centrumbank.com
philip.wright@centrumbank.com
rino.cantele@centrumbank.li
stefan.laternser@centrumbank.com
jsloane@century-bank.com
kmartin@century-bank.com
whornby@century-bank.com
brett.barner@ceredexvalue.com
charlie.carter@ceredexvalue.com
cody.smith@ceredexvalue.com
don.wordell@ceredexvalue.com
hein.hanekom@ceredexvalue.com
jennifer.graff@ceredexvalue.com
michael.gaudio@ceredexvalue.com
mills.riddick@ceredexvalue.com
nickie.guidry@ceredexvalue.com
rohit.dewan@ceredexvalue.com
sarah.thompson@ceredexvalue.com
boris.bizzozero@ceresiobank.com
borsa@ceresiobank.com
christian.weiz@ceresiobank.com
giacomo.foglia@ceresiobank.com
mail@ceresiobank.com
orfeo.mazzella@ceresiobank.com
tiziano.brianza@ceresiobank.com
uge@ceresiobank.com
anne.g.kominek@ceridian.com
carrie.cray@ceridian.com
james.rochat@ceridian.com
john.street@ceridian.com
maggie.nguyen@ceridian.com
nancy.a.stewart@ceridian.com
treasuryresearch@ceridian.com
chad.deakins@certiumllc.com
ctowne@certusmgt.com
dsoldatis@certusmgt.com
jaiello@certusmgt.com
jmiles@certusmgt.com
pmaher@certusmgt.com

carol@cfam.com
joseph@cfam.com
patricia@cfam.com
kelley.walker@cfgcustomers.com
michael.fosbury@cfglife.com
sebastian.skoda@cfh.de
ebergstrom@cfindustries.com
aarini@cfm.mc
agabus@cfm.mc
akoning@cfm.mc
apoucuturi@cfm.mc
cbetti@cfm.mc
cfmsatmmarche@cfm.mc
cmarciano@cfm.mc
cranc@cfm.mc
gdreksler@cfm.mc
gilbert.buzzi@cfm.mc
gilles.guesdon@cfm.mc
karine.bernard@cfm.mc
laurent.fradin@cfm.mc
laurent.jeannel@cfm.mc
marie.rebiere@cfm.mc
nicolas.jugniot@cfm.mc
tarek.rekik@cfm.mc
thierry.soma@cfm.mc
americo.abrantes@cgd.pt
ana.diniz@cgd.pt
antonio.vaz@cgd.pt
cristina.brizido@cgd.pt
filipa.andre.caixagest@cgd.pt
filipe.amado@cgd.pt
joao.marques.caixagest@cgd.pt
jose.rodrigues@cgd.pt
lsmartins@cgd.pt
luis.alvarenga@cgd.pt
luis.carvalho@cgd.pt
manuel.filipe.silva@cgd.pt
maria.canha@cgd.pt
miguel.silva@cgd.pt
p.santos@cgd.pt
paula.mateus@cgd.pt
ricardo.calico@cgd.pt
rui.manuel@cgd.pt
sandra.bagulho@cgd.fr
sofia.heredia@cgd.pt
tiago.santos@cgd.pt
hubertus.vonblomberg@cgi.de
detlev.dietz@cgi-gmbh.de
anfb@cgii.com
ardw@cgii.com
bev.mitchell@cgii.com
brant.thompson@cgii.com
caz@cgii.com
cja@cgii.com
cl@cgii.com
corrina.lim@cgii.com
dcec@cgii.com
eeb@cgii.com
eliza.lee@cgii.com
elizabeth.ramm@cgii.com

gene.barron@cgii.com
georges.lambert@cgii.com
hk@cgii.com
jane.henderson@cgii.com
ka@cgii.com
keag@cgii.com
khr@cgii.com
ks@cgii.com
liza.morley@cgii.com
louise.smith@cgii.com
mccm@cgii.com
michael.cox@cgii.com
mixh@cgii.com
nwh@cgii.com
patrick.grenham@cgii.com
philip.chitty@cgii.com
philip.winston@cgii.com
robin.zakoor@cgii.com
sophia.hartley@cgii.com
sthb@cgii.com
sue.abdullah@cgii.com
suzanne.rogers@cgii.com
thl@cgii.com
tl@cgii.com
wh@cgii.com
yoshiko.motoyama@cgii.com
jane_sibley@cgnu.net
john_easter@cgnu.net
mark_dearsley@cgnu.net
paul_lumbis@cgnu.net
steve_riley@cgnu.net
cyrus_linscott@cguusa.com
ingrid_nowak@cguusa.com
jeff_slater@cguusa.com
peter_antos@cguusa.com
dan_rich@championsaysyes.com
jayson@chandlerasset.com
kate@chandlerasset.com
kay@chandlerasset.com
marco@chandlerasset.com
martin@chandlerasset.com
nicole@chandlerasset.com
ted@chandlerasset.com
dogfish@chapcap.com
cpothier@chargeurs.fr
emalone@chargeurs.fr
dwilson@charles-stanley.co.uk
jrobinson@charles-stanley.co.uk
pnathan@charles-stanley.co.uk
stephen.peters@charles-stanley.co.uk
wbarratt@charles-stanley.co.uk
blayne22@charter.net
bkoch@charteronebank.com
bpawloski@charteronebank.com
dfernald@charteronebank.com
jared.harsha@charteronebank.com
jay.plum@charteronebank.com
jdkoch@charteronebank.com
kcrump@chartertrust.com
alain.nkontchou@chase.com

andrew.g.newman@chase.com
ann.hunt@chase.com
annalise.tapia@chase.com
anthony.isola@chase.com
anthony.pedone@chase.com
anthony.rotondi@chase.com
asha.cryan@chase.com
audrey.codrington@chase.com
barrie.lieb@chase.com
brandon.gill@chase.com
brian.blakey@chase.com
brian.walp@chase.com
carl.a.danauski@chase.com
carl.flatau@chase.com
carlos.a.dominguez@chase.com
carlos.a.dominquez@chase.com
carolyn.gill@chase.com
chantelle.c.ware@chase.com
charles.ceisel@chase.com
charles.montford@chase.com
charlie.c.lu@chase.com
chris.davies@chase.com
chris.moroney@chase.com
claude.koontz@chase.com
clay.hancock@chase.com
cmurray@chase.com
daisy.collazo@chase.com
damian.voulo@chase.com
daniel.tm.green@chase.com
daniel.uk.robinson@chase.com
darren.chan@chase.com
david.durkac@chase.com
denise.joseph@chase.com
dennis.oakley@chase.com
dimitrios.kritikos@chase.com
doug.potolsky@chase.com
douglas.e.anderson@chase.com
edward.l.santiago@chase.com
emerson.a.leacock@chase.com
eva.borowski@chase.com
fran.sheridan@chase.com
frances.dixon@chase.com
francesco.cirieco@chase.com
frank.pascarella@chase.com
gabe.thornhill@chase.com
garry.a.cipponeri@chase.com
gary.franklin@chase.com
gary.roos@chase.com
george.j.luo@chase.com
glodine.jourdan@chase.com
greg.harrington@chase.com
greg.kisiel@chase.com
guy.barba@chase.com
hannah.shaw@chase.com
helen.taylor@chase.com
hugh.rainey@chase.com
inna.y.berrue@chase.com
jack.cunha@chase.com
james.bailey-house@chase.com
james.y.wu@chase.com

jamie.mcconnachie@chase.com
jane.s.scott@chase.com
jeff.williams@chase.com
jim.chassen@chase.com
jocelyn.d.wright@chase.com
joel.smalley@chase.com
john.a.allen@chase.com
john.bradley@chase.com
john.d.naud@chase.com
john.kowalski@chase.com
john.rochford@chase.com
john.shellard@chase.com
john.tirone@chase.com
john.updegraff@chase.com
john.wilmot@chase.com
jolanta.skevington@chase.com
jon.goldberg@chase.com
joseph.wong@chase.com
jules.copson@chase.com
karen.i.taylor@chase.com
karen.r.walker@chase.com
karstein.bjastad@chase.com
kathy.selinka@chase.com
keith.a.condie@chase.com
kristen.weber@chase.com
kwadwo.a.kwakwa@chase.com
kym.wilson@chase.com
larry.williamson@chase.com
lesa.mclean@chase.com
lisa.bryant@chase.com
lisa.shirvinski@chase.com
lyndon.westerberg@chase.com
maeve.obrien@chase.com
maria.e.alvarez@chase.com
marisol.cartagena@chase.com
mark.c.kemmerer@chase.com
mark.d.miller@chase.com
mark.tesoriero@chase.com
martha.beard@chase.com
maryvel.gonzalez@chase.com
maxwell.m.zhu@chase.com
melissa.wayte@chase.com
michael.browne@chase.com
michael.c.maynard@chase.com
michael.denoriscia@chase.com
michael.t.ross@chase.com
michelle.phillips@chase.com
mike.braezeal@chase.com
monica.berbif@chase.com
myra.bauza@chase.com
neil.roberts@chase.com
nicholas.hendy@chase.com
nicholas.j.gray@chase.com
nick.s.davis@chase.com
pamela.hunter@chase.com
pandora.setian@chase.com
patricia.tracy@chase.com
paul.mullings@chase.com
peggy.palos@chase.com
performance@chase.com

peter.j.wasserman@chase.com
peter.moffatt@chase.com
portal@chase.com
richard.f.jordan@chase.com
richard.hetherington@chase.com
rob.orahilly@chase.com
robert.b.miller@chase.com
robert.j.eschweiler@chase.com
shannon.hernandez@chase.com
shannon.mcadams@chase.com
sharon.brett-smith@chase.com
shravan.sood@chase.com
simon.thorpe@chase.com
simon.warner@chase.com
simon-uk.lee@chase.com
stephen.frost@chase.com
stephen.schaller@chase.com
steve.frost@chase.com
steve.hall@chase.com
steve.simpers@chase.com
steven.cowcher@chase.com
steven.silbermann@chase.com
susan.johnson@chase.com
susan.troia@chase.com
susanna.ould@chase.com
swain@chase.com
takeshi.shintani@chase.com
thomas.d.novak@chase.com
thomas.hoare@chase.com
timothy.pihl@chase.com
tom.a.ahern@chase.com
willard.c.butcher@chase.com
william.harrison@chase.com
william.krohn@chase.com
william.morgan@chase.com
youyi.chen@chase.com
zuzana.hurych@chase.com
amy.yu@ms3.chb.com.tw
arranger@chb.co.kr
bckwon@chb.co.kr
bev@ms1.chb.com.tw
bondfx@ms1.chb.com.tw
bonds@chb.com.hk
bslee@chb.co.kr
chb141013@ms4.chb.com.tw
chb141763@ms1.chb.com.tw
chb150672@ms3.chb.com.tw
chb153562@ms1.chb.com.tw
chbhk@chb.com.hk
cklin@ms1.chb.com.tw
dslee27@chb.co.kr
ekkwak@chb.co.kr
emme@ms1.chb.com.tw
hyunduks@chb.co.kr
jef989@ms1.chb.com.tw
jimmykuo@ms1.chb.com.tw
krlee@chb.co.kr
kthan@chb.co.kr
loans@chb.com.hk
nchen4@ms2.chb.com.tw

parkhs@chb.co.kr
peter0404@ms1.chb.com.tw
pms0123@chb.co.kr
samlee@chb.co.kr
sbwee@chb.co.kr
soan0115@chb.co.kr
sskang@chb.co.kr
sukkim@chb.co.kr
sung913@chb.co.kr
sylvia.chung@ms3.chb.com.tw
teayon@chb.co.kr
yoosung@chb.co.kr
daikim123@chbi.co.kr
bsmoon@chbny.com
jwoh@chbny.com
amar.patel@checmail.com
jay.bray@checmail.com
jay.simons@checmail.com
shawn.stone@checmail.com
tony.barone@checmail.com
john.janney@chelanpud.org
kevink@chelanpud.org
test@chemical.co.jp
twirth@chemungcanal.com
ecaralp@chevreux.com
akkn@chevron.com
bruceboer@chevron.com
channak@chevron.com
edgardhabib@chevron.com
holly.shen@chevron.com
jaku@chevron.com
jmau@chevron.com
katrina.kaufman@chevron.com
mdel@chevron.com
mjantz@chevron.com
mjoe@chevron.com
mrosauro@chevron.com
pirb@chevron.com
ptru@chevron.com
roger.haley@chevron.com
ryan.popple@chevron.com
troythompson@chevron.com
tucd@chevron.com
butlejj@chevrontexaco.com
cbew@chevrontexaco.com
e.robinson@chevrontexaco.com
fanjc@chevrontexaco.com
faya@chevrontexaco.com
gregorymassaro@chevrontexaco.com
hsheppard@chevrontexaco.com
lbrm@chevrontexaco.com
matthew.steele@chevrontexaco.com
mngn@chevrontexaco.com
mysh@chevrontexaco.com
rgordan@chevrontexaco.com
rpenny@chevrontexaco.com
sgoodman@chevrontexaco.com
vanvoja@chevrontexaco.com
wilc@chevrontexaco.com
amwestland@chevychasebank.net

cjcusack@chevychasebank.net
drjagow@chevychasebank.net
jafriedman@chevychasebank.net
maholles@chevychasebank.net
mxkelly-kearsley@chevychasebank.net
pckendall@chevychasebank.net
rbmeyer@chevychasebank.net
tdfitzsimmons@chevychasebank.net
ekraus@chevychasetrust
smansukhani@chevychasetrust.com
boba@chgroup.com
filipw@chgroup.com
jackb@chgroup.com
jwj@chgroup.com
michaels@chgroup.com
timl@chgroup.com
chb141763@ms3.chib.com.tw
takehiro_tanaka@chibakogyo-bank.co.jp
frank.holsteen@chicagoasset.com
gary.dhein@chicagoasset.com
jon.holsteen@chicagoasset.com
peter.goldman@chicagoasset.com
scott.sindelar@chicagoasset.com
william.zimmer@chicagoasset.com
nancy.leslie@chicagocapital.com
tkmiotek@chicagocapital.com
tmarthaler@chicagocapital.com
asharma@chicagoequity.com
cmitchell@chicagoequity.com
dcoughenour@chicagoequity.com
djohnsen@chicagoequity.com
dkolasinski@chicagoequity.com
dxystus@chicagoequity.com
james.dezellar@chicagoequity.com
jferguson@chicagoequity.com
jmiller@chicagoequity.com
jpalermo@chicagoequity.com
kgustafson@chicagoequity.com
kliu@chicagoequity.com
mbudd@chicagoequity.com
mlawrence@chicagoequity.com
mmorris@chicagoequity.com
patrick.morris@chicagoequity.com
pfitzgerald@chicagoequity.com
pwilliams@chicagoequity.com
rkramer@chicagoequity.com
tfares@chicagoequity.com
wbarrett@chicagoequity.com
wmurray@chicagoequity.com
anil.kashyap@chicagogsb.edu
lpasquale@chicago-trust.com
dschulte@chilmarkpartners.com
benhung@chinalife.com.tw
chinglin@chinalife.com.tw
kuoyuling@chinalife.com.tw
laurenhsieh@chinalife.co.tw
susi@chinalife.com.tw
winnie0527@chinalife.com.tw
cng@chinarockcapital.com
hchi@chinarockcapital.com

albert.kuo@chinatrust.com.tw
alice.sang@email.chinatrust.com.tw
amy.hsu@chinatrust.com.tw
andrea.chang@email.chinatrust.com.tw
andy.yu@chinatrust.com.tw
angel.chen@email.chinatrust.com.tw
angela.chen@chinatrust.com.tw
arthur.wang@email.chinatrust.com.tw
beatrice.chang@chinatrust.com.tw
beverly.chen@email.chinatrust.com.tw
bey.yen@chinatrust.com.tw
carol.ph.huang@email.chinatrust.com.tw
celine.chen@chinatrust.com.tw
chihhong.huang@email.chinatrust.com.tw
clement.lee@email.chinatrust.com.tw
connyn.chang@email.chinatrust.com.tw
cy.chen@email.chinatrust.com.tw
diva.yu@email.chinatrust.com.tw
eddie.fu@email.chinatrust.com.tw
edison.lai@email.chinatrust.com.tw
elsa.chang@email.chinatrust.com.tw
emily.twu@chinatrust.com.tw
eric.kw.wu@chinatrust.com.tw
gary.lin@chinatrust.com.tw
hades.liang@email.chinatrust.com.tw
howard.liang@chinatrust.com.tw
hsiuping.tu@email.chinatrust.com.tw
ibg.obu@mail.chinatrust.com.tw
ibing.moor@email.chinatrust.com.tw
irene.lai@email.chinatrust.com.tw
jack.pai@email.chinatrust.com.tw
jack.tsai@email.chinatrust.com.tw
james.tsai@chinatrust.com.tw
janice.tsai@chinatrust.com.tw
jason.tseng@email.chinatrust.com.tw
jennifer.chao@email.chinatrust.com.tw
jimmy.ch.wang@email.chinatrust.com.tw
joe.chien@chinatrust.com.tw
joe.ren@email.chinatrust.com.tw
johnny.ht.lee@email.chinatrust.com.tw
joice.shih@email.chinatrust.com.tw
josh.kao@chinatrust.com.tw
julie.chen@email.chinatrust.com.tw
june.soo@email.chinatrust.com.tw
karry.tsai@email.chinatrust.com.tw
kelly.chen@email.chinatrust.com.tw
kevin.niu@email.chinatrust.com.tw
kira.tsai@chinatrust.com.tw
ko.tseng@email.chinatrust.com.tw
larry.hsu@email.chinatrust.com.tw
luan.wen@email.chinatrust.com.tw
mahavira.chang@email.chinatrust.com.tw
mark.yang@email.chinatrust.com.tw
michelle.chang@email.chinatrust.com.tw
moore.lin@email.chinatrust.com.tw
morris.li@email.chinatrust.com.tw
nickie.hsu@email.chinatrust.com.tw
patrick.huang@email.chinatrust.com.tw
peter.liu@email.chinatrust.com.tw
philip.jao@email.chinatrust.com.tw

ricky.liu@email.chinatrust.com.tw
rita.hsiao@email.chinatrust.com.tw
sammi.teng@chinatrust.com.tw
sean.hsueh@email.chinatrust.com.tw
selina.lu@email.chinatrust.com.tw
sharon.wang@chinatrust.com.tw
shawn.yee@email.chinatrust.com.tw
shirley.cheng@email.chinatrust.com.tw
silvia.pai@email.chinatrust.com.tw
steve.tsai@email.chinatrust.com.tw
sue.juan@email.chinatrust.com.tw
sylvia.wu@chinatrust.com.tw
terresa.tu@email.chinatrust.com.tw
tina.huang@email.chinatrust.com.tw
ting.chen@email.chinatrust.com.tw
valen.tsai@email.chinatrust.com.tw
victor.lin@email.chinatrust.com.tw
victoria.wang@email.chinatrust.com.tw
wayne.yu@email.chinatrust.com.tw
webin.chuang@chinatrust.com.tw
webster.kiang@chinatrust.com.tw
weichen.wang@email.chinatrust.com.tw
weitzu.chao@eamil.chinatrust.com.tw
wenchi.chen@email.chinatrust.com.tw
wenhuei.cheng@email.chinatrust.com.tw
wisely.liu@email.chinatrust.com.tw
wuby.chang@email.chinatrust.com.tw
yalan.chang@email.chinatrust.com.tw
yifang.wang@chinatrust.com.tw
yijen.chen@email.chinatrust.com.tw
yiyu.chang@email.chinatrust.com.tw
yufen.lee@email.chinatrust.com.tw
z07779@email.chinatrust.com.tw
frank.huang@chinatrustusa.com
thomasread@chinatrustusa.com
ylau@chinatrustusa.com
charles_ng@chiron.com
jan_elberse@chiron.com
adeitrich@chittenden.com
ballbee@chittenden.com
cbenjamin@chittenden.com
jfrost@chittenden.com
jimbrown@chittenden.com
kwalters@chittenden.com
msheehy@chittenden.com
rsmith@chittenden.com
sboyce@chittenden.com
tgray@chittenden.com
tsmith@chittenden.com
robert.young@chl.org.uk
lbraford@choiceone.com
phs@choiceonemail.com
h8515@chol.net
johnnam@chol.com
fabricecholet@cholet-dupont.fr
g.dhalluin@cholet-dupont.fr
g.hery@cholet-dupont.fr
h.bodenez@cholet-dupont.fr
p.delamorandiere@cholet-dupont.fr
p.vieville@cholet-dupont.fr

s.brunel@cholet-dupont.fr
connie71@chollian.net
simonpar@chollian.net
jpeaslee@chotin.com
jeff@chotingroup.com
jgrant@chotingroup.com
rschotin@chotingroup.com
mdibie@chreveux.com
bclarkson@chubb.com
bgingrich@chubb.com
dnordstrom@chubb.com
eosborne@chubb.com
jfinnegan@chubb.com
laschmidt@chubb.com
lpeoples@chubb.com
lsalerno@chubb.com
moreilly@chubb.com
mraines@chubb.com
ngerstman@chubb.com
pgeyer@chubb.com
pljohnson@chubb.com
rbrookhouse@chubb.com
rmwitkoff@chubb.com
smoore@chubb.com
tgaglia@chubb.com
tswartz@chubb.com
tvispoli@chubb.com
vtirupattur@chubb.com
whicks@chubb.com
shikin00@chugin.jp
siei_syo@chukyo-bank.co.jp
aoki@chuomitsui-spr.com.sg
margaret@chuomitsui-spr.com.sg
stephanie@chuomitsui-spr.com.sg
umeda@chuomitsui-spr.com.sg
agalloway@ci.com
awojcik@ci.com
bchim@ci.com
bill.cardneaux@ci.shreveport.la.us
bill.franz@ci.denver.co.us
ble@ci.escondido.ca.us
clee@ci.com
dbrodeur@ci.com
ddorman@ci.fremont.ca.us
denise.blohm@ci.hayward.ca.us
dthurman@ci.portland.or.us
gcoleman@ci.com
gmarshall@ci.com
gwen_woodson@ci.richmond.ca.us
james_groins@ci.richmond.ca.us
jdutkiewicz@ci.com
jim.rolfs@ci.shreveport.la.us
jspice@ci.com
katie.jensen@ci.denver.co.us
katrina.laudeman@ci.orlando.fl.us
latha_ravinder@ci.richmond.ca.us
mcoghill.com@ci.com
nmandery@ci.chula-vista.ca.us
panderson@ci.com
pdiorio@ci.com

rdurfy@ci.com
sjenkens@ci.com
stacie_plummer@ci.richmond.ca.us
susan_segovia@ci.richmond.ca.us
tjeffrey@ci.palm-desert.ca.us
tracey_lovely@ci.richmond.ca.us
amaralje@cial.ch
daniel.widmer@cial.ch
david.jermann@cial.ch
deckerni@cial.cic.fr
deconija@cial.cic.fr
doussoma@cial.cic.fr
forex@cial.ch
frederic.wuethrich@cial.ch
gamaurcl@cial.cic.fr
girodfe@cial.cic.fr
grenetst@cial.cic.fr
gruborst@cial.cic.fr
herbert.kumbartzki@cial.ch
homefr@cial.cic.fr
jean-claude.amstutz@cial.ch
kuballth@cial.cic.fr
lamberbr@cial.cic.fr
lionel.oeuvray@cial.ch
lubranth@cial.cic.fr
marco.bider@cial.ch
markus.steger@cial.ch
patrik.janovjak@cial.ch
remyje@cial.cic.fr
rene.bachmann@cial.ch
rohfrida@cial.cic.fr
schencch@cial.cic.fr
sst@cial.ch
wolerju@cial.cic.fr
beat.borer@cibasc.com
christoph.gschwend@cibasc.com
harry.mueller@cibasc.com
jean-claude-1.stadelmann@cibasc.com
pia.senn@cibasc.com
reto.wolf@cibasc.com
stefan.eckert@cibasc.com
adam.bulley@cibc.ca
alex.prole@cibc.co.uk
angelo.gasparotto@cibc.ca
ashif.jiwani@cibc.ca
barry.garner@us.cibc.com
c.a.ablett@cibc.ca
craig.lindsay@cibc.ca
dan.murphy@us.cibc.com
david.j.pugliese@cibc.ca
david.knapp@cibc.com
donald.lim@cibc.ca
edwin.yoshawirja@cibc.com.sg
evelyn.ong@cibc.com.sg
ishani.dezoysa@cibc.ca
janus.yeo@cibc.com.sg
jason.adams@us.cibc.com
jeffrey.wong@cibc.com.sg
john.lie@cibc.com.sg
john.orr@cibc.com

john.ovens@cibc.ca
john.paterson@cibc.com
john.penhale@cibc.ca
kenneth.worthington@us.cibc.com
laurence.verghese@cibc.co.uk
meena.tanna@cibc.ca
meighlal@cibc.ca
michael.choi@cibc.ca
patti.perras.shugart@cibc.ca
paul.stanaitis@cibc.ca
peter.mcgloughlin@cibc.co.uk
pilar.guzman@cibc.co.uk
pui.leng.fong@cibc.com.sg
rohan.desilva@cibc.com
simon.fallon@cibc.com
thomas.frost@cibc.co.uk
toni.lobo@cibc.ca
vie.ming.tan@cibc.com.sg
bhughs@cibcmellon.com
ctigert@cibcmellon.com
james_slater@cibcmellon.com
lloyd_sebastian@cibcmellon.com
robert_chiuch@cibcmellon.com
tom_macmillan@cibcmellon.com
ahmed.issa@cibeg.com
mostafa.gamal@cibeg.com
sameh.khalil@cibeg.com
bardouan@cic.fr
brunetla@cic.fr
carole.frelechoux@cic.ch
claudio.meiger@cic.ch
daniel.meyer@cic.ch
dizierca@cic.fr
giuseppe.paone@cic.ch
johnjames.bayer@cic.ch
juerg.wilden@cic.ch
luca.pertoldi@cic.ch
mario.geniale@cic.ch
medward@cic.com
mike.billich@cic.ch
oscar.alberte@cic.ch
reto.fuenfgeld@cic.ch
stefan.daetwyler@cic.ch
rmoone@ciceuro.com
elefevre@cicfg.com
pguyonvarch@cicfg.com
gail@cicinvestments.com
amarcantetti@cicny.com
boleary@cicny.com
dforbes@cicny.com
dhyduk@cicny.com
edulot@cicny.com
elonguet@cicny.com
khalligan@cicny.com
maltman@cicny.com
medward@cicny.com
mhoeh@cicny.com
rpearsall@cicny.com
slaurans@cicny.com
smounier@cicny.com

| | | |
|---|---|---|
| trock@cicny.com | gbrombe@cisco.com | avram.perlmuter@citadelgroup.com |
| urangarajan@cicny.com | imsingh@cisco.com | avrum.lamet@citadelgroup.com |
| ylomakina@cicny.com | jchambers@cisco.com | bala.ragothaman@citadelgroup.com |
| gcoxon@ci-collins-stewart.com | kturner@cisco.com | barry.catezone@citadelgroup.com |
| blebigot@cicparis.com | lcarter@cisco.com | barry.leipsic@citadelgroup.com |
| nmagendie@cicparis.com | mtheurber@cisco.com | becket.wolf@citadelgroup.com |
| ochaixdelavarene@cicparis.com | nandros@cisco.com | becky.mcquillan@citadelgroup.com |
| pmarcaillou@cicparis.com | nhooper@cisco.com | benjamin.cahill@citadelgroup.com |
| pierre.curtis@cic-ue.fr | nkotkovs@cisco.com | benjamin.samim@citadelgroup.com |
| gita.suneja@cidatelgroup.com | phschmit@cisco.com | bin.mu@citadelgroup.com |
| jennifer.oldham@cidatelgroup.com | ravchopr@cisco.com | boney.poovan@citadelgroup.com |
| thomas.pozios@cidatelgroup.com | rbiscay@cisco.com | bonnie.sebby@citadelgroup.com |
| jconcepcion@cifunds.com | rfeign@cisco.com | boris.gelfand@citadelgroup.com |
| andreas.heinsius@cigna.com | sfolan@cisco.com | boris.kozintsev@citadelgroup.com |
| john.likos@cigna.com | sohallor@cisco.com | brad.baumgarten@citadelgroup.com |
| eddie@cihc.com.tw | stejames@cisco.com | brad.begle@citadelgroup.com |
| mihse@cihc.com.tw | tbandoni@cisco.com | brad.couri@citadelgroup.com |
| eyal.rosenthal@cii.co.il | wsuper@cisco.com | brad.mann@citadelgroup.com |
| gonenb@cii.co.il | jrosenberg@citadel.com | brad.mitchell@citadelgroup.com |
| andreas.jonson@cim.se | msteffy@citadelfcu.org | brandon.haley@citadelgroup.com |
| capitanio@cimbanque.ch | aaron.eagerman@citadelgroup.com | brent.engel@citadelgroup.com |
| fischbacher@cimbanque.ch | aaron.moatz@citadelgroup.com | brian.boots@citadelgroup.com |
| ruffa@cimbanque.ch | abigail.purcell@citadelgroup.com | brian.conn@citadelgroup.com |
| jcopsidas@cimfra.com | abrinar.guerra@citadelgroup.com | brian.eskoff@citadelgroup.com |
| pbreton@cimfra.com | adam.cooper@citadelgroup.com | brian.herward@citadelgroup.com |
| rbouille@cimfra.com | adam.kahn@citadelgroup.com | brian.lalonde@citadelgroup.com |
| douardar@cin.cic.fr | adrian.redlich@citadelgroup.com | brian.pang@citadelgroup.com |
| vivierpa@cin.cic.fr | adrian.weller@citadelgroup.com | brian.weigus@citadelgroup.com |
| andy_temming@cinfin.com | adriana.weber@citadelgroup.com | bruce.emery@citadelgroup.com |
| brandon_copeland@cinfin.com | adrienne.wang@citadelgroup.com | bruno.yang@citadelgroup.com |
| brian_huwel@cinfin.com | agam.jain@citadelgroup.com | cameron.khajavi@citadelgroup.com |
| greg_depew@cinfin.com | alaina.lawson@citadelgroup.com | camilla.burraston@citadelgroup.com |
| jeff_riechman@cinfin.com | alan.gu@citadelgroup.com | campbell.morgan@citadelgroup.com |
| ken_miller@cinfin.com | alan.liu@citadelgroup.com | candace.singh@citadelgroup.com |
| marty_hollenbeck@cinfin.com | alejandro.brockmann@citadelgroup.com | carl.simon@citadelgroup.com |
| michael_abrams@cinfin.com | alex.lipton@citadelgroup.com | carla.owens@citadelgroup.com |
| mick_o'connor@cinfin.com | alexander.dias@citadelgroup.com | carlo.portes@citadelgroup.com |
| molly_lee@cinfin.com | alexis.tessier@citadelgroup.com | carlos.guajardo@citadelgroup.com |
| patrick_loftis@cinfin.com | alina.hamza@citadelgroup.com | catharine.seward@citadelgroup.com |
| richard_balestra@cinfin.com | alison.blankenbiller@citadelgroup.com | chace.brundige@citadelgroup.com |
| steve_luehrmann@cinfin.com | allison.walker@citadelgroup.com | chandler.paris@citadelgroup.com |
| steve_soloria@cinfin.com | aloke.agarwal@citadelgroup.com | chao.chen@citadelgroup.com |
| taki-s@circlepointfunds.com | amaya.ochoa@citadelgroup.com | charles.jordan@citadelgroup.com |
| gcecchini@cirgroup.it | amy.mulderry@citadelgroup.com | chris.bair@citadelgroup.com |
| rdebenedetti@cirgroup.it | andrei.paraschivescu@citadelgroup.com | chris.boas@citadelgroup.com |
| c.gentile@cirio.it | andrew.biggs@citadelgroup.com | chris.dimitropoulos@citadelgroup.com |
| filippo.fucile@cirio.it | andrew.sewell@citadelgroup.com | chris.keennan@citadelgroup.com |
| andrew.forshaw@cis.co.uk | aneesh.partap@citadelgroup.com | christine.zarkovich@citadelgroup.com |
| andrew.moffat@cis.co.uk | anish.parvataneni@citadelgroup.com | christopher.patrick@citadelgroup.com |
| daniel.palmer@cis.co.uk | ann.davis@citadelgroup.com | christopher.vaswani@citadelgroup.com |
| jamie.bebb@cis.co.uk | anna.gomez@citadelgroup.com | claire.grandpierre@citadelgroup.com |
| mark.hogg@cis.co.uk | anne.renna@citadelgroup.com | colleen.hickey@citadelgroup.com |
| mark.mcbride@cis.co.uk | annette.weir@citadelgroup.com | corrin.drowica@citadelgroup.com |
| neal.foundly@cis.co.uk | anthony.greep@citadelgroup.com | costin.bontas@citadelgroup.com |
| neil.blower@cis.co.uk | anthony.terrano@citadelgroup.com | craig.paton@citadelgroup.com |
| paul.mcginnis@cis.co.uk | arpan.shah@citadelgroup.com | damon.kanakis@citadelgroup.com |
| simon.rubingh@cis.co.uk | arthur.delnegro@citadelgroup.com | dan.bunnell@citadelgroup.com |
| zack.hocking@cis.co.uk | ashok.vasvani@citadelgroup.com | dan.fein@citadelgroup.com |
| danlynch@cisco.com | audrey.bruchner@citadelgroup.com | dan.johnson@citadelgroup.com |
| eforstall@cisco.com | avi.weiss@citadelgroup.com | dan.urchell@citadelgroup.com |

daniel.barrett@citadelgroup.com
daniel.dufresne@citadelgroup.com
daniel.lawrence@citadelgroup.com
daniel.lynch@citadelgroup.com
daniel.mattio@citadelgroup.com
daniel.philips@citadelgroup.com
darin.sadow@citadelgroup.com
darius.brawn@citadelgroup.com
dave.grossman@citadelgroup.com
dave@citadelgroup.com
david.burnett@citadelgroup.com
david.chang@citadelgroup.com
david.fulrin@citadelgroup.com
david.hensle@citadelgroup.com
david.houten@citadelgroup.com
david.kalish@citadelgroup.com
david.richards@citadelgroup.com
david.walker@citadelgroup.com
dean.vasilakos@citadelgroup.com
deb.leclair@citadelgroup.com
demian.pons@citadelgroup.com
dennis.ouma@citadelgroup.com
derek.ingram@citadelgroup.com
derek.janssen@citadelgroup.com
derek.kaufman@citadelgroup.com
derek.toross@citadelgroup.com
devin.dallaire@citadelgroup.com
dhruv.agrawal@citadelgroup.com
dietmar.baum@citadelgroup.com
dimitry.balzac@citadelgroup.com
dmitry.balzac@citadelgroup.com
don.muller@citadelgroup.com
donald.mason@citadelgroup.com
doug.stamps@citadelgroup.com
drina.loncar@citadelgroup.com
edward.browne@citadelgroup.com
edward.galbally@citadelgroup.com
elehmann@citadelgroup.com
elizabeth.dabbelt@citadelgroup.com
elizabeth.henne@citadelgroup.com
elizabeth.johnson@citadelgroup.com
elizabeth.kason@citadelgroup.com
elsasser@citadelgroup.com
erdem.kiciman@citadelgroup.com
eric.cunningham@citadelgroup.com
eric.kang@citadelgroup.com
eric.lambrecht@citadelgroup.com
eric.meizlish@citadelgroup.com
eric.watson@citadelgroup.com
eriin.clark@citadelgroup.com
erin.duggan@citadelgroup.com
erin.lemberg@citadelgroup.com
eyouderia@citadelgroup.com
fan.wu@citadelgroup.com
fan.zhang@citadelgroup.com
feng.wang@citadelgroup.com
fidata@citadelgroup.com
financials@citadelgroup.com
francois.drouin@citadelgroup.com
frederic.boyer@citadelgroup.mg

gabriel.cochmer@citadelgroup.com
gabriel.kochmer@citadelgroup.com
gang.chang@citadelgroup.com
gauhar.wadhera@citadelgroup.com
gaurav.shah@citadelgroup.com
gene.davolio@citadelgroup.com
genevieve.cooper@citadelgroup.com
geoffrey.liu@citadelgroup.com
george.hartman@citadelgroup.com
george.malikov@citadelgroup.com
george.michalopoulos@citadelgroup.com
gerald.beeson@citadelgroup.com
gina.leach@citadelgroup.com
gita.suneja@citadelgroup.com
gregg.colburn@citadelgroup.com
gregory.donohue@citadelgroup.com
gregory.feinberg@citadelgroup.com
hannah.reeves@citadelgroup.com
harry.barman@citadelgroup.com
hedi.kallal@citadelgroup.com
hence.orme@citadelgroup.com
hil.davis@citadelgroup.com
hilary.moffett@citadelgroup.com
howard.goodwin@citadelgroup.com
hua.chen@citadelgroup.com
irene.costello@citadelgroup.com
isaac.tak@citadelgroup.com
ishmael.mcghee@citadelgroup.com
ivan.dong@citadelgroup.com
jackson.kwan@citadelgroup.com
jaimi.goodfriend@citadelgroup.com
jakub.crhonek@citadelgroup.com
jamal.barnes@citadelgroup.com
james.farrell@citadelgroup.com
james.gildersleeve@citadelgroup.com
james@citadelgroup.com
jamey.thompson@citadelgroup.com
jason.baichtal@citadelgroup.com
jason.lehman@citadelgroup.com
jason.morris@citadelgroup.com
jason.sensat@citadelgroup.com
jason.tsadilas@citadelgroup.com
jason.wu@citadelgroup.com
jay.novatney@citadelgroup.com
jdapietro@citadelgroup.com
jeff.machaj@citadelgroup.com
jeffrey.holman@citadelgroup.com
jeffrey.myres@citadelgroup.com
jennifer.grabowski@citadelgroup.com
jennifer.hong@citadelgroup.com
jennifer.paulson@citadelgroup.com
jeremy.sitruk@citadelgroup.com
jill.sanderson@citadelgroup.com
jim.hoeg@citadelgroup.com
jimmy.karalis@citadelgroup.com
jimmy.rizos@citadelgroup.com
jj.berney@citadelgroup.com
jodi.chase@citadelgroup.com
joe.russell@citadelgroup.com
john.barber@citadelgroup.com

john.baylis@citadelgroup.com
john.dirocco@citadelgroup.com
john.gu@citadelgroup.com
john.ho@citadelgroup.com
john.kogel@citadelgroup.com
john.lingbeck@citadelgroup.com
john.macmahon@citadelgroup.com
john.nagel@citadelgroup.com
john.rountree@citadelgroup.com
john.tompkins@citadelgroup.com
johnna.perko@citadelgroup.com
jonah.jiang@citadelgroup.com
jonas.diedrich@citadelgroup.com
jonathan.anderson@citadelgroup.com
jonathan.berger@citadelgroup.com
jonathan.gauntt@citadelgroup.com
jonathan.hart2@citadelgroup.com
jonathan.ledden@citadelgroup.com
joon.chang@citadelgroup.com
joon.park@citadelgroup.com
joseph.donner@citadelgroup.com
joseph.rotter@citadelgroup.com
josette.nowicki@citadelgroup.com
josh.passman@citadelgroup.com
joshua.white@citadelgroup.com
jsun@citadelgroup.com
juan.parra@citadelgroup.com
judith.anderson@citadelgroup.com
judson.baskfield@citadelgroup.com
juha.korpela@citadelgroup.com
kai.fang@citadelgroup.com
kaitlin.godfrey@citadelgroup.com
kalidoss.sivasamy@citadelgroup.com
kaoru.nishiura@citadelgroup.com
kara.arnaudy@citadelgroup.com
karl.ellensohn@citadelgroup.com
karl.kroeker@citadelgroup.com
karl.robijns@citadelgroup.com
kathleen.brenneck@citadelgroup.com
katie.rollins@citadelgroup.com
ken.kishimoto@citadelgroup.com
ken@citadelgroup.com
kenneth.chang@citadelgroup.com
kenneth.kosman@citadelgroup.com
kevin.comprelli@citadelgroup.com
kevin.merritt@citadelgroup.com
kevin.patula@citadelgroup.com
kevin.rogers@citadelgroup.com
knute.ohman@citadelgroup.com
kunal.bhatia@citadelgroup.com
laurie.latourette@citadelgroup.com
lee.maude@citadelgroup.com
levoyd.robinson@citadelgroup.com
linda.lazarus@citadelgroup.com
lisa.firlus@citadelgroup.com
lisa.neri@citadelgroup.com
lisa.pickup@citadelgroup.com
lkang@citadelgroup.com
louis.conrad@citadelgroup.com
lynette.goldstein@citadelgroup.com

| | | |
|---|---|---|
| lynn.chan@citadelgroup.com | nikita.turik@citadelgroup.com | sea-jin.huh@citadelgroup.com |
| mallory.middaugh@citadelgroup.com | oren.shaked@citadelgroup.com | sean.hurley@citadelgroup.com |
| manda.messing@citadelgroup.com | oscar.chow@citadelgroup.com | sean.salji@citadelgroup.com |
| marc.scanlon@citadelgroup.com | paritosh.batra@citadelgroup.com | sharif.siddiqui@citadelgroup.com |
| marc.serafin@citadelgroup.com | paul.kehoe@citadelgroup.com | sharon.ng@citadelgroup.com |
| marc.vesecky@citadelgroup.com | paul.kowalow@citadelgroup.com | shaun.o'donnell@citadelgroup.com |
| marcel.bessent@citadelgroup.com | paul.santucci@citadelgroup.com | shellane.quinn@citadelgroup.com |
| marcello.bartucci@citadelgroup.com | pbinfo@citadelgroup.com | shuaib.siddiqui@citadelgroup.com |
| marcia.banks@citadelgroup.com | peter.jenson@citadelgroup.com | solomon.barnett@citadelgroup.com |
| marco.minonne@citadelgroup.com | peter.myran@citadelgroup.com | soo.cao@citadelgroup.com |
| margarita.savitskaya@citadelgroup.com | peter.redward@citadelgroup.com | soo-jin.lee@citadelgroup.com |
| maria.arcos@citadelgroup.com | peter.sanchez@citadelgroup.com | soukup.kurt@citadelgroup.com |
| maria.lam@citadelgroup.com | philip.boyce@citadelgroup.com | spencer.hallarn@citadelgroup.com |
| maribel.flores@citadelgroup.com | philip.vandermause@citadelgroup.com | stephanie.davis@citadelgroup.com |
| mark.gabhart@citadelgroup.com | psgresearch@citadelgroup.com | stephanie.dusinski@citadelgroup.com |
| mark.menapace@citadelgroup.com | psubrama@citadelgroup.com | stephanie.landry@citadelgroup.com |
| mark.miller@citadelgroup.com | raj.hathiramani@citadelgroup.com | stephen.chiu@citadelgroup.com |
| mark.wendland@citadelgroup.com | rajesh.vasireddy@citadelgroup.com | stephen.parlett@citadelgroup.com |
| maruthy.ragothaman@citadelgroup.com | raul.espejel@citadelgroup.com | steve.edney@citadelgroup.com |
| matt.reinbold@citadelgroup.com | ravi.mattu@citadelgroup.com | steve.weller@citadelgroup.com |
| matt.weir@citadelgroup.com | ren.wu@citadelgroup.com | steven.belluardo@citadelgroup.com |
| matthew.andresen@citadelgroup.com | rich.dabrowski@citadelgroup.com | steven.boyd@citadelgroup.com |
| matthew.calner@citadelgroup.com | richard.farmer@citadelgroup.com | steven.rosenberg@citadelgroup.com |
| matthew.coleman@citadelgroup.com | richard.harjes@citadelgroup.com | sue.dolan@citadelgroup.com |
| matthew.crossland@citaddel.group.com | richard.lee@citadelgroup.com | sumner.anderson@citadelgroup.com |
| matthew.hooker@citadelgroup.com | richard.wegener@citadelgroup.com | sunil.annapareddy@citadelgroup.com |
| matthew.roux@citadelgroup.com | richard.wertheimer@citadelgroup.com | suraj.chopra@citadelgroup.com |
| matthew.simon@citadelgroup.com | ricky.sun@citadelgroup.com | susanna.jacob@citadelgroup.com |
| matthew.starick@citadelgroup.com | rob.donath@citadelgroup.com | suzy.hinds@citadelgroup.com |
| megan.ehrle@citadelgroup.com | rob.polak@citadelgroup.com | taimur.hassan@citadelgroup.com |
| melissa.omalley@citadelgroup.com | rob.timmons@citadelgroup.com | takuya.sakamoto@citadelgroup.com |
| melissa.stitts@citadelgroup.com | robert.doherty@citadelgroup.com | ted.hollander@citadelgroup.com |
| michael.dinapoli@citadelgroup.com | robert.polachek@citadelgroup.com | ted.lu@citadelgroup.com |
| michael.felty@citadelgroup.com | robert.schwartz@citadelgroup.com | thanassis.tjavaras@citadelgroup.com |
| michael.forsyth@citadelgroup.com | robert.wildeman@citadelgroup.com | thomas.hayes@citadelgroup.com |
| michael.gavin@citadelgroup.com | rod.chay@citadelgroup.com | thomas.stephens@citadelgroup.com |
| michael.kaplanis@citadelgroup.com | roderick.stephan@citadelgroup.com | thomas.twiggs@citadelgroup.com |
| michael.murawczyk@citadelgroup.com | rohit.gupta@citadelgroup.com | tim.bailey@citadelgroup.com |
| michael.romero@citadelgroup.com | ron.klipstein@citadelgroup.com | tim.gill@citadelgroup.com |
| michael.towarek@citadelgroup.com | ron.wexler@citadelgroup.com | timothy.lyons@citadelgroup.com |
| michael.walker@citadelgroup.com | ronda.craft@citadelgroup.com | titus.liu@citadelgroup.com |
| michelle.george@citadelgroup.com | rory.murphy@citadelgroup.com | todd.barker@citadelgroup.com |
| michelle.mayes@citadelgroup.com | roy.thomas@citadelgroup.com | todd.gjervold@citadelgroup.com |
| michelle.spellman@citadelgroup.com | ruth.rayner@citadelgroup.com | todd.glick@citadelgroup.com |
| miguel.ferreira@citadelgroup.com | ryan.garino@citadelgroup.com | todd.schroeder@citadelgroup.com |
| mihir.shah@citadelgroup.com | ryan.osullivan@citadelgroup.com | tom.denniston@citadelgroup.com |
| mike.newton@citadelgroup.com | ryan.sheftel@citadelgroup.com | tom.doyle@citadelgroup.com |
| mitch.cone@citadelgroup.com | ryan.valente@citadelgroup.com | tom.rowland@citadelgroup.com |
| mridul.mehta@citadelgroup.com | sairam.muthialu@citadelgroup.com | tonya.gross@citadelgroup.com |
| namiho.koyama@citadelgroup.com | sally.mellon@citadelgroup.com | trent.ward@citadelgroup.com |
| natasha.jones@citadelgroup.com | sam.assamongkol@citadelgroup.com | udara.fernando@citadelgroup.com |
| nathaniel.macadams@citadelgroup.com | samuel.kim@citadelgroup.com | vayoula.georgakopoulos@citadelgroup.com |
| neil.choi@citadelgroup.com | sasi.digavalli@citadelgroup.com | vince.gubitosi@citadelgroup.com |
| neil.patel@citadelgroup.com | savo.bakrac@citadelgroup.com | vinod.rajakumar@citadelgroup.com |
| nicholas.patrick@citadelgroup.com | sayan.ghosh@citadelgroup.com | vivek.sadanand@citadelgroup.com |
| nick.stukas@citadelgroup.com | scott.frymoyer@citadelgroup.com | vladimir.novakovski@citadelgroup.com |
| nicole.borovicka@citadelgroup.com | scott.hoffman@citadelgroup.com | wayne.yu@citadelgroup.com |
| nicole.ruddock@citadelgroup.com | scott.pool.@citadelgroup.com | wilhelm.walke@citadelgroup.com |
| nidhi.gupta@citadelgroup.com | scott.rafferty@citadelgroup.com | william.magee@citadelgroup.com |
| nikhil.gupta@citadelgroup.com | scott.wendt@citadelgroup.com | xudong.wang@citadelgroup.com |

yannick.mathieu@citadelgroup.com
yong.lu@citadelgroup.com
yusef.elfiki@citadelgroup.com
bao.nguyen@citadelsolutions.com
christopher.dvorak@citadelsolutions.com
katy.phoun@citadelsolutions.com
laurence.chan@citadelsolutions.com
lucy.cruz@citadelsolutions.com
michael.etzkorn@citadelsolutions.com
mike.gregory@citadelsolutions.com
cheth@citco.com
jmeusen@citco.com
mmcleod@citco.com
nfinley@citco.com
sokeeffe@citco.com
ubsops@citco.com
adam.cf.li@citi.com
angelina.tchang@citi.com
barry.winter@citi.com
boris.jin@citi.com
breid.boyle@citi.com
charles.h.silverstein@citi.com
cheryl.gan@citi.com
cormac.obrien@citi.com
cornelia.raif@citi.com
david.cui@citi.com
ebru.gonenc@citi.com
elina.ribakova@citi.com
emily.oconnell@citi.com
esteban.liguori@citi.com
filiberto.villani@citi.com
gilbert.ojeda@citi.com
james.w.king@citi.com
jamie.klatsky@citi.com
jason.gruhot@citi.com
jennifer.ray@citi.com
jervis.smith@citi.com
joseph.castanza@citi.com
kathy.el.ong@citi.com
keith.fortune@citi.com
kevin.j.murray@citi.com
kim.steven.chaffart@citi.com
linda.moses@citi.com
lisa.a.thomas@citi.com
mark.lawrence@citi.com
mathias.reichelsdorfer@citi.com
matthew.j.mcinerny@citi.com
melanie.e.hanlon@citi.com
muska.chiu@citi.com
nick.wallum@citi.com
paul.e.jablansky@citi.com
richard.e.john@citi.com
rishi.kakati@citi.com
robert.valoroso@citi.com
rolland.yingmiao.chen@citi.com
shalom.chen@citi.com
shariq.khan@citi.com
steven.a.rosen@citi.com
sylvia.wm.woo@citi.com
thomas.leah@citi.com

victoria.thompson@citi.com
achille.d'antoni@citibank.com
cparso@citibank.com
pasquale.sala@citibank.com
kongdan@citic.com
zhangdm@citic.com
gianoy@citic.com.cn
chenchao@citicbank.com
cuishuang@citicbank.com
fanzhiqiang@citicbank.com
gaofeng@citicbank.com
jinzhushi@citicbank.com
liangxin@citicbank.com
ljh@citicbank.com
lvjing@citicbank.com
mengxiangbin@citicbank.com
quanjunjie@citicbank.com
sunyi@citicbank.com
xianghui@citicbank.com
yangyibo@citicbank.com
yecan@citicbank.com
zhangquilin@citicbank.com
zhaomei@citicbank.com
zhouhongbo@citicbank.com
zhouyunying@citicbank.com
chenshouli@citicib.com.cn
cy@citicib.com.cn
daijianchun@citicib.com.cn
gaofeng@citicib.com.cn
guyu@citicib.com.cn
hwb@citicib.com.cn
jiazhimin@citicib.com.cn
khy@citicib.com.cn
laidesheng@citicib.com.cn
liuwl@citicib.com.cn
lrh@citicib.com.cn
mengchao@citicib.com.cn
mn@citicib.com.cn
panfeng@citicib.com.cn
pangaihua@citicib.com.cn
sjg@citicib.com.cn
sunjinli@citicib.com.cn
sunwei@citicib.com.cn
wusenlin@citicib.com.cn
wuyang@citicib.com.cn
wwh@citicib.com.cn
xjx@citicib.com.cn
yeqing@citicib.com.cn
yf@citicib.com.cn
ysk@citicib.com.cn
zhangjie@citicib.com.cn
zhaojingliang@citicib.com.cn
zhuhong@citicib.com.cn
zhuyang@citicib.com.cn
alaa.al-amoudi@citicorp.com
aldus.chapin@citicorp.com
alex.patelis@citicorp.com
ana.diez-fontana@citicorp.com
andrew.black@citicorp.com
ashley.hancock@citicorp.com

ashok.talukdar@citicorp.com
barry.munson@citicorp.com
bernard.hanratty@citicorp.com
caroline.edmondson@citicorp.com
catherine.lau@citicorp.com
charles.fellowes@citicorp.com
ching-chi.hsia@citicorp.com
clement.li@citicorp.com
derek.kwong@citicorp.com
eric.chin@citicorp.com
francesco.rustici@citicorp.com
fuad.elmani@citicorp.com
giorgio.costa@citicorp.com
gregory.rodeheaver@citicorp.com
gwenny.tse@citicorp.com
haggi@citicorp.com
haydn.moth@citicorp.com
hee-seok.oh@citicorp.com
himanshu.lukha@citicorp.com
huay-imm.poh@citicorp.com
irene.yc.chen@citicorp.com
jackson.yu@citicorp.com
james.leighton@citicorp.com
jane.attwell@citicorp.com
jason.doctor@citicorp.com
jonathan.adams@citicorp.com
kevin.strauss@citicorp.com
kibum.kim@citicorp.com
lisa.capuano@citicorp.com
lisa.dao@citicorp.com
livia.meszaros@citicorp.com
mailto: albert.ip@citicorp. com
mandeep.sachdeva@citicorp.com
martin.s.c.lee@citicorp.com
mary.fleming@citicorp.com
michael.t.nugent@citicorp.com
natalia.morgunova@citicorp.com
nigel.chapman@citicorp.com
paul.goody@citicorp.com
peter.fegelman@citicorp.com
peter.grigory@citicorp.com
peter.litvin@citicorp.com
pierre.miguel@citicorp.com
polly.chow@citicorp.com
rafael.gonzalez_aller@citicorp.com
ramiro.antezana@citicorp.com
richard.burwood@citicorp.com
robert.cox@citicorp.com
robin.lenna@citicorp.com
rona.silverio@citicorp.com
ros.stripe@citicorp.com
rosamunde.price@citicorp.com
sarah.merefield@citicorp.com
sergey.korotkov@citicorp.com
soumilya@citicorp.com
tammy.battersby@citicorp.com
thierry.misson@citicorp.com
ahmad.kreydieh@citigroup.com
albert.vanness@citigroup.com
alex.romeo@citigroup.com

| | | |
|---|---|---|
| alexandros.garias@citigroup.com | james3.nolan@citigroup.com | philip.j.foronda@citigroup.com |
| amir.karimi@citigroup.com | jason.doiron@citigroup.com | polina.bogdanova@citigroup.com |
| andrew.cheung@citigroup.com | jasper.jan.meijerink@citigroup.com | pracheesh.mishra@citigroup.com |
| andrew.j.harris@citigroup.com | jenny.vasconez@citigroup.com | rachel.speirs@citigroup.com |
| andrew.kerridge@citigroup.com | jie.wan@citigroup.com | rahul.sharma@citigroup.com |
| andy.wong@citigroup.com | jinhei.park@citigroup.com | rajeev.eyunni@citigroup.com |
| angela.p.degis@citigroup.com | joerg.sittmann@citigroup.com | reece.birtles@citigroup.com |
| annie.hsieh@citigroup.com | john.f.burke@citigroup.com | richard.brown@citigroup.com |
| anthony.tutrone@citigroup.com | john.lau@citigroup.com | richard.m.twomey@citigroup.com |
| antoine.pain@citigroup.com | john.w.ingraham@citigroup.com | richard.r.davis@citigroup.com |
| ardavan.nozari@citigroup.com | jonathan.rotenstreich@citigroup.com | richard.v.annunziato@citigroup.com |
| arijana.samsoniene@citigroup.com | jonathan.wilson@citigroup.com | richard.warr@citigroup.com |
| arkady.m.bernard@citigroup.com | joseph.nestor@citigroup.com | robert.c.melillo@citigroup.com |
| arnaud.saintsauveur@citigroup.com | kamran.shafqat@citigroup.com | robert.j.obrien@citigroup.com |
| benjamin.garrity@citigroup.com | karen.bale@citigroup.com | robert.simmons@citigroup.com |
| benoit.ghiezen@citigroup.com | kathy.el.ong@citigroup.com | ronald.p.checkley@citigroup.com |
| beth.bartz@citigroup.com | katya.novikova@citigroup.com | rowena.romulo@citigroup.com |
| brian.holland@citigroup.com | kevin.starrett@citigroup.com | sameera.waheed@citigroup.com |
| bruce.e.fox@citigroup.com | kimerly.guerrero@citigroup.com | sandip.taylor@citigroup.com |
| carole.dargnies@citigroup.com | kimie.sekine@citigroup.com | scott.j.odonnell@citigroup.com |
| cathal.goodman@citigroup.com | kristel.adler@citigroup.com | scott.mccrossin@citigroup.com |
| catherine.lapadula@citigroup.com | lalitha.shivaswamy@citigroup.com | shayne.elliott@citigroup.com |
| christophe.cornet@citigroup.com | larry.reitman@citigroup.com | simon.fallon@citigroup.com |
| christopher.d.potter@citigroup.com | lloyd.whitworth@citigroup.com | stephen.kauke@citigroup.com |
| christopher.m.meyers@citigroup.com | lok.yim@citigroup.com | stephen.m.williams@citigroup.com |
| clayton.nolde@citigroup.com | lucas.velleley@citigroup.com | steven.d.woolford@citigroup.com |
| craig.mcgeeney@citigroup.com | marcin.drohomirecki@citigroup.com | stuart.ames@citigroup.com |
| daniel.willey@citigroup.com | mario.spreafico@citigroup.com | stuart.crouch@citigroup.com |
| david.a.nadeau@citigroup.com | marjorie.motch@citigroup.com | susan.marron@citigroup.com |
| david.depaepe@citigroup.com | mark.manigault@citigroup.com | svein.stokke@citigroup.com |
| david.e.scholl@citigroup.com | mark.margiotta@citigroup.com | theresa.boffa@citigroup.com |
| david.fare@citigroup.com | matthew.hayek@citigroup.com | thomas.dachille@citigroup.com |
| david.lew@citigroup.com | matthew.j.robinson@citigroup.com | thomas.doerner@citigroup.com |
| david.loo@citigroup.com | michael.dombrowski@citigroup.com | thomas.m.jadlos@citigroup.com |
| david.nardiello@citigroup.com | michael.j.hickey.jr@citigroup.com | thomas.perrera@citigroup.com |
| debra.witkowsky@citigroup.com | michael.r.plage@citigroup.com | thomas.w.aust@citigroup.com |
| denise.t.duffee@citigroup.com | michael.r.plage@citigroup.com | tim.slotover@citigroup.com |
| dorota.sadowska@citigroup.com | michael.sleightholme@citigroup.com | tom.mcaleavy@citigroup.com |
| edward.tappan@citigroup.com | michal.zaleski@citigroup.com | tomasz.grajewski@citigroup.com |
| elizabeth.yum@citigroup.com | michel.martin@citigroup.com | tsz.lung.lau@citigroup.com |
| eric.senft@citigroup.com | mike.robinson@citigroup.com | victoria.rock@citigroup.com |
| erik.vanbergen@citigroup.com | misbah.r.shah@citigroup.com | vikram.raju@citigroup.com |
| f.denney.voss@citigroup.com | monica.kelly@citigroup.com | vincent.laudati@citigroup.com |
| fabrice.castelein@citigroup.com | munir.dean@citigroup.com | virgenmina.nieves@citigroup.com |
| felix.lempert@citigroup.com | niall.hornett@citigroup.com | william.hamlyn@citigroup.com |
| first.surname@citigroup.com | niamh.gaffney@citigroup.com | william.m.gardner@citigroup.com |
| frances.wong@citigroup.com | nigel.atha@citigroup.com | yo.shibuya@citigroup.com |
| gary.madia@citigroup.com | nina.kleinbongartz@citigroup.com | manuel.wegmann@citigroupo.com |
| gene.c.collins@citigroup.com | norah.walsh@citigroup.com | randlee@citinational.com |
| gianfranco.bartellino@citigroup.com | olga.bogush@citigroup.com | edward.m.dugan@cititgroup.com |
| greg.harris@citigroup.com | patrick.peppard@citigroup.com | bennett.singer@citizensbank.com |
| gregory.g.chu@citigroup.com | patrick.tsang@citigroup.com | bill.corbet@citizensbank.com |
| harle.mossman@citigroup.com | paul.a.mataras@citigroup.com | brad.kopp@citizensbank.com |
| helen.kim@citigroup.com | paul.cangro@citigroup.com | brian.bickford@citizensbank.com |
| hikaru.kozuki@citigroup.com | paul.egan@citigroup.com | charles.m.sullivan@citizensbank.com |
| hunter.schwartz@citigroup.com | pavel.sool@citigroup.com | charles.mathews@citizensbank.com |
| ian.burns@citigroup.com | peter.coffey@citigroup.com | christoffer.eriksson@citizensbank.com |
| ian.r.barnes@citigroup.com | peter.devine@citigroup.com | cuneyt.ispir@citizensbank.com |
| james.broderick@citigroup.com | peter.jerauld@citigroup.com | david.c.lindenauer@citizensbank.com |
| james.conroy@citigroup.com | peter.robert@citigroup.com | david.cushing@citizensbank.com |

don.gaiter@citizensbank.com
evan.kantor@citizensbank.com
gene.mccabe@citizensbank.com
handan.fahmy@citizensbank.com
james.fitzgerald@citizensbank.com
james.j.hollis@citizensbank.com
jason.hamilton@citizensbank.com
jeff.hanna@citizensbank.com
john.biasuzzi@citizensbank.com
joseph.r.dewhirst@citizensbank.com
kent.gladding@citizensbank.com
kim.magruder@citizensbank.com
kristen.silva@citizensbank.com
matt.blank@citizensbank.com
matthew.guleserian@citizensbank.com
matthew.murphy@citizensbank.com
maureen.kelliher@citizensbank.com
mike.edwards@citizensbank.com
mike.lindley@citizensbank.com
nate.webb@citizensbank.com
patricia.galuska@citizensbank.com
peter.iversen@citizensbank.com
sarah.pereschino@citizensbank.com
steve.steinour@citizensbank.com
vikram.dasgupta@citizensbank.com
chad.baehr@citizensbanking.com
conniewilliams@citizensfirst-rome.com
kbingham@citynpl.com
aremedio@cityntl.com
ghayrape@cityntl.com
pcaruso@cityntl.com
plisda@cityntl.com
dhoto@cityoftampa.gov
bstewart@citysecurities.com
jfranz@citysecurities.com
mgeraty@citysecurities.com
pturner@citysecurities.com
toddj@citysummit.com
eshinaul@cityutil.com
westhyp3@cityweb.de
higashi_shuntaro@ck.smbc.co.jp
kawai_toshiaki@ck.smbc.co.jp
murase_mitsuhiro@ck.smbc.co.jp
ochiai_takabumi@ck.smbc.co.jp
john.behar@claf.com
ronenp@clal-fin.co.il
saritg@clal-fin.co.il
sergiow@clal-fin.co.il
nirdo@clal-ins.co.il
alex.kramer@clamericas.com
anggelos.skutaris@clamericas.com
anh.dung.nguyen@clamericas.com
asad.khan@clamericas.com
brian.walsh@clamericas.com
bruce.yeager@clamericas.com
christophe.ciarlet@clamericas.com
claudia.kalle@clamericas.com
david.cegle@clamericas.com
jacques.busquet@clamericas.com
janice.turek@clamericas.com

kenneth.ricciardi@clamericas.com
kristina.jobson@clamericas.com
laiyan.wong@clamericas.com
nicolas.renvoize@clamericas.com
pereon@clamericas.com
pmccarthy@clamericas.com
rasmussen@clamericas.com
richard.mcbride@clamericas.com
shymanski@clamericas.com
soustra@clamericas.com
stephane.cadoch@clamericas.com
stephen.schofield@clamericas.com
steve.wilson@clamericas.com
tavangar@clamericas.com
tgrant@clamericas.com
tom.randolph@clamericas.com
walter.cegarra@clamericas.com
linda@clara.net
allen.olsen@clarica.com
connie.keller@clarica.com
tom.howse@clarica.com
tom.westrup@clarica.com
david.steiger@clariden.com
tanja.lenger@clariden.com
ady.steinbeck@claridenleu.com
alain.chiolero@claridenleu.com
alex.hinder@claridenleu.com
alexander.kaiser@claridenleu.com
andi.wuethrich@claridenleu.com
andrea.liebich@claridenleu.com
andreas.kappeler@claridenleu.com
andreas.kappler@claridenleu.com
andreas.keller@claridenleu.com
andreas.roca@claridenleu.com
andrew.yong@claridenleu.com
anja.moesli@claridenleu.com
anne.bourgeois@claridenleu.com
antonio.mantarro@claridenleu.com
antonio.oro@claridenleu.com
armando.beer@claridenleu.com
arzu.koc@claridenleu.com
aveline.chan@claridenleu.com
barbara.hauser@claridenleu.com
beat.troehler@claridenleu.com
beatrice.kunz@claridenleu.com
ben.giles@claridenleu.com
benjamin.brauchli@claridenleu.com
benjamin.knecht@claridenleu.com
bernard.stadler@claridenleu.com
bernhard.pfenninger@claridenleu.com
brigitte.hefti@claridenleu.com
camil.ghantous@claridenleu.com
carla.barella@claridenleu.com
caspar.ruetz@claridenleu.com
chenghin.saw@claridenleu.com
christian.bruns@claridenleu.com
christian.eckenberg@claridenleu.com
christian.froehlich@claridenleu.com
christian.grob@claridenleu.com
christoph.peter.3@claridenleu.com

christoph.peter@claridenleu.com
christoph.schmich@claridenleu.com
christoph.schmid@claridenleu.com
clare.cuddigan@claridenleu.com
claude.birkenmaier@claridenleu.com
claudine.sydler@claridenleu.com
claudio.mazzoni@claridenleu.com
cornel.bruhin@claridenleu.com
daniel.blesi@claridenleu.com
daniel.egger.2@claridenleu.com
daniel.grau@claridenleu.com
daniel.jeseneg@claridenleu.com
daniel.rueedi@claridenleu.com
david.schmid@claridenleu.com
david.sigg@claridenleu.com
david.steiger@claridenleu.com
dieter.hoefert@claridenleu.com
dimitar.pashev@claridenleu.com
dominik.scheck@claridenleu.com
dominique.voegelin@claridenleu.com
edouard.dubuis@claridenleu.com
eleonore.charrez@claridenleu.com
elisabeth.bossard@claridenleu.com
elisabeth.garcia@claridenleu.com
erwin.hefti@claridenleu.com
fabio.depaoli@claridenleu.com
fabrice.vallat@claridenleu.com
felix.csajka@claridenleu.com
fernando.defrutos@claridenleu.com
filomeno.calabretto@claridenleu.com
franz.sturzenegger@claridenleu.com
franziska.liebich@claridenleu.com
gerhard.hofer@claridenleu.com
ghassan.elsaleh@claridenleu.com
gianni.lavigna@claridenleu.com
giovanni.miccoli@claridenleu.com
giuseppe.caltabiano@claridenleu.com
gonzalo.borja@claridenleu.com
goran.jauk@claridenleu.com
gustav.hail@claridenleu.com
guy.scheiwiller@claridenleu.com
gzime.hidiasani@claridenleu.com
hannes.david@claridenleu.com
hansjoerg.luethi@claridenleu.com
heinz.leibbrand@claridenleu.com
hilary.paul@claridenleu.com
irene.b.puettner@claridenleu.com
jakob.schoechli@claridenleu.com
joerg.ganter@claridenleu.com
juan.mendoza@claridenleu.com
juerg.kramis@claridenleu.com
juerg.wiederkehr@claridenleu.com
juri.sarbach@claridenleu.com
kaspar.boehni@claridenleu.com
kevin.sullivan@claridenleu.com
lorenz.kiener@claridenleu.com
luc.mathys@claridenleu.com
lucia.wuermli@claridenleu.com
luis.correia@claridenleu.com
luke.dyer-smith@claridenleu.com

makiko.zuercher@claridenleu.com
manuel.ritter@claridenleu.com
marc.eggler@claridenleu.com
marc.granjean@claridenleu.com
marc.kaenzig@claridenleu.com
marc.schuerer@claridenleu.com
marcel.keller@claridenleu.com
marcel.wyss@claridenleu.com
marco.barreca@claridenleu.com
marco.bartolucci@claridenleu.com
marco.botta@claridenleu.com
marco.gabriel@claridenleu.com
marco.ruefenacht@claridenleu.com
marietta.k.stieger@claridenleu.com
marion.feisthammel@claridenleu.com
marion.struber@claridenleu.com
mark.schindler@claridenleu.com
markus.baechtold@claridenleu.com
markus.furrer@claridenleu.com
markus.koch@claridenleu.com
markus.lang@claridenleu.com
martial.balbinot@claridenleu.com
martin.flueckiger@claridenleu.com
martin.hueppi@claridenleu.com
martin.scheel.2@claridenleu.com
martin.schlatter@claridenleu.com
mathias.rieben@claridenleu.com
matthias.ahrens@claridenleu.com
matthias.fankhauser@claridenleu.com
matthias.seger@claridenleu.com
michael.foo@claridenleu.com
michael.haeusler.3@claridenleu.com
michael.schneider.2@claridenleu.com
michael.stahel@claridenleu.com
michel.tanner@claridenleu.com
mirko.frapolli@claridenleu.com
natalia.outecheva@claridenleu.com
nicholas.arthur.2@claridenleu.com
nicole.schleuniger@claridenleu.com
noel.craven@claridenleu.com
paola.tognala@claridenleu.com
pascal.fischer@claridenleu.com
patricia.fonjad@claridenleu.com
patrick.d.businger@claridenleu.com
patrick.estermann@claridenleu.com
patrick.meier@claridenleu.com
patrick.meyer@claridenleu.com
patrick.uelfeti@claridenleu.com
peter.aebischer@claridenleu.com
peter.gnehm@claridenleu.com
peter.labhart@claridenleu.com
peter.white@claridenleu.com
philip.m.salvisberg@claridenleu.com
philippe.martin@claridenleu.com
phillip.sundquist@claridenleu.com
plinio.zanetti@claridenleu.com
raffael.weidmann@claridenleu.com
ralph.laeuppi@claridenleu.com
ralph.weber@claridenleu.com
raphael.weber@claridenleu.com

regina.reinert@claridenleu.com
rene.michel.2@claridenleu.com
rene.wagner@claridenleu.com
rino.miraglia@claridenleu.com
robert.hardmeier@claridenleu.com
robert.wenk@claridenleu.com
roger.bischof@claridenleu.com
roger.fischer@claridenleu.com
roger.kernbach@claridenleu.com
roger.kunz@claridenleu.com
roger.schmid@claridenleu.com
roland.dornbierer@claridenleu.com
rolf.weiss@claridenleu.com
roman.walter@claridenleu.com
roman.wyss@claridenleu.com
romeo.sakac@claridenleu.com
sandra.sorg@claridenleu.com
sandra.stahel@claridenleu.com
sandro.baechli@claridenleu.com
sandro.rosa@claridenleu.com
sarah.wahby@claridenleu.com
sebastian.epp.2@claridenleu.com
sebastian.epp@claridenleu.com
sergio.esteban@claridenleu.com
silvia.marengo@claridenleu.com
simon.frick@claridenleu.com
simon.krieger@claridenleu.com
stefan.k.kraeuchi@claridenleu.com
stefan.kloeti@claridenleu.com
stefan.muheim@claridenleu.com
stefan.wick@claridenleu.com
stephan.huebner@claridenleu.com
stephane.barthassat@claridenleu.com
stephane.cuerel@claridenleu.com
stephen.hughes.3@claridenleu.com
thomas.bauer@claridenleu.com
thomas.faeh@claridenleu.com
thomas.frei@claridenleu.com
thomas.frischknecht@claridenleu.com
thomas.liebi@claridenleu.com
thomas.maier@claridenleu.com
thomas.schmidlin@claridenleu.com
thomas.schudel@claridenleu.com
thomas.stoeckli@claridenleu.com
thomas.unterberger@claridenleu.com
tobias.wyss@claridenleu.com
uwe.guenther.2@claridenleu.com
vaia.tzokas@claridenleu.com
vangelis.bratsikas@claridenleu.com
vera.dianova@claridenleu.com
vincenzo.calia@claridenleu.com
walter.thoma@claridenleu.com
yvan.meier@claridenleu.com
zeljko.korica@claridenleu.com
zina.psiola@claridenleu.com
giovanni.elia@clarima.unicredit.it
jack.rasmusson@clark.wa.gov
clafayette@clarkest.com
kgibson@clarkest.com
schristel@clarkest.com

sduff@clarkest.com
tmiller@clarkest.com
gcastagneto@class.it
s-haneda@clcm.co.jp
s-tsuchimoto@clcm.co.jp
aborisenko@clearbridgeadvisors.com
ccoleman@clearbridgeadvisors.com
clist@clearbridgeadvisors.com
kgmccann@clearbridgeadvisors.com
pemiller@clearbridgeadvisors.com
olivier.tallon@clfbanque-dexia.com
pierre.barre@clfbanque-dexia.com
abdelhalim.fadil@clf-dexia.com
abdessamad.elbabsiri@clf-dexia.com
amine.boureghda@clf-dexia.com
anais.koskas@clf-dexia.com
angela.garay@clf-dexia.com
brendan.owens@clf-dexia.com
christophe.boucher@clf-dexia.com
cyrille.robic@clf-dexia.com
daragh.clune@clf-dexia.com
david.benhamou@clf-dexia.com
david.raynaud@clf-dexia.com
david.widart@clf-dexia.com
denis.constantin@clf-dexia.com
edouard.daryabegui@clf-dexia.com
fergal.mcgrath@clf-dexia.com
francois.duruy@clf-dexia.com
gilles.hannoun@clf-dexia.com
guillaume.quibel@clf-dexia.com
jean-luc.petitpont@clf-dexia.com
jean-marie.boudet@clf-dexia.com
lai.ly@clf-dexia.com
laurence.picand@clf-dexia.com
lionel.benzekri@clf-dexia.com
martin.mcgovern@clf-dexia.com
melanie.kalifat@clf-dexia.com
olivier.eudes@clf-dexia.com
olivier.leroy@clf-dexia.com
olivier.lionnard@clf-dexia.com
olivier.robert@clf-dexia.com
olivier.stoband@clf-dexia.com
patrick.swiderski@clf-dexia.com
rene.kassis@clf-dexia.com
ricardo.pedro@clf-dexia.com
robert.benayoun@clf-dexia.com
robert.boublil@clf-dexia.com
tarek.belkahia@clf-dexia.com
vincent.treillet@clf-dexia.com
yael.kabla@clf-dexia.com
ajung@clinton.com
alexi.yannas@clinton.com
alla@clinton.com
amattone@clinton.com
amr@clinton.com
ben.finger@clinton.com
billc@clinton.com
billf@clinton.com
bobw@clinton.com
brian.choe@clinton.com

brian.gibson@clinton.com
cgt@clinton.com
chad.carta@clinton.com
cpeters@clinton.com
darrell@clinton.com
das@clinton.com
david.spring@clinton.com
derek.bandler@clinton.com
dvignone@clinton.com
ellen@clinton.com
eric@clinton.com
flawless@clinton.com
franruch@clinton.com
gary.rugendorf@clinton.com
gdrenn@clinton.com
geh@clinton.com
georgene.huang@clinton.com
gmr@clinton.com
hamecs@clinton.com
jmf@clinton.com
jmg@clinton.com
john.freda@clinton.com
johnh@clinton.com
joseph.deperio@clinton.com
joseph.jiang@clinton.com
josephsheer@clinton.com
kathy.starrs@clinton.com
kevin@clinton.com
lauren@clinton.com
lfherk@clinton.com
marion.soper@clinton.com
mark.pibl@clinton.com
mav@clinton.com
mfb@clinton.com
mhannafey@clinton.com
mkahne@clinton.com
mouldst@clinton.com
nblas@clinton.com
nick@clinton.com
noel.heavey@clinton.com
ojcheevers@clinton.com
patrick.dote@clinton.com
pek@clinton.com
ptr@clinton.com
pvankud@clinton.com
rcohen@clinton.com
robert.roman@clinton.com
romeara@clinton.com
scott.arnold@clinton.com
sgrier@clinton.com
shafla@clinton.com
sko@clinton.com
stephen.dirkes@clinton.com
svc@clinton.com
tobin.kim@clinton.com
tom.jackson@clinton.com
vdarp@clinton.com
vincent.darpino@clinton.com
vvarghese@clinton.com
yong.lu@clinton.com

yyc@clinton.com
yannis@clintongrp.com
chris.stephens@closepb.com
julian.chorley@closewealth.co.uk
repulsebay@clubaa.com
ccr_acts@club-internet.fr
gtagi@cmb.mc
mceruti@cmb.mc
zhangwenjun2@cmbc.com.cn
00103@oa.cmbchina.com
00257@oa.cmbchina.com
00270@oa.cmbchina.com
00436@oa.cmbchina.com
00662@oa.cmbchina.com
00664@oa.cmbchina.com
00675@oa.cmbchina.com
00717@oa.cmbchina.com
00748@oa.cmbchina.com
28205@oa.cmbchina.com
28231@oa.cmbchina.com
97079@oa.cmbchina.com
97100@oa.cmbchina.com
97109@oa.cmbchina.com
alan@cmbchina.com
alexis@cmbchina.com
andyqu@cmbchina.com
chen_ping@cmbchina.com
denglongheng@cmbchina.com
dongfang@cmbchina.com
evahe@cmbchina.com
hj_yin@cmbchina.com
hj5288@cmbchina.com
larry@oa.cmbchina.com
lili@oa.cmbchina.com
liudongliang@cmbchina.com
mrfei@cmbchina.com
nibin@cmbchina.com
qian_yang@cmbchina.com
qinlong@cmbchina.com
renyg@cmbchina.com
ryan_liu@cmbchina.com
sagalyt@cmbchina.com
thonychen@cmbchina.com
wanghch@cmbchina.com
yanliguo@cmbchina.com
zhangxiaowei@cmbchina.com
zmjcmb@cmbchina.com
bonnaicr@cmcee.creditmutuel.fr
aboucamk@cmcic.fr
baguetje@cmcic.fr
broumejo@cmcic.fr
capetdo@cmcic.fr
carlesch@cmcic.fr
chartist@cmcic.fr
chauviea@cmcic.fr
christce@cmcic.fr
clammefa@cmcic.fr
cordieal@cmcic.fr
delreegu@cmcic.fr
dupontca@cmcic.fr

fauregi@cmcic.fr
gramlira@cmcic.fr
jurepa@cmcic.fr
kessouli@cmcic.fr
kuyperm@cmcic.fr
levyol@cmcic.fr
michalro@cmcic.fr
moltenma@cmcic.fr
paresyma@cmcic.fr
pasquije@cmcic.fr
percheni@cmcic.fr
reichstadtl@cmcic.fr
schneiec@cmcic.fr
spiesst@cmcic.fr
sudriepi@cmcic.fr
vanderge@cmcic.fr
vargasju@cmcic.fr
volantpa@cmcic.fr
weylanda@cmcic.fr
yangefr@cmcic.fr
yvertol@cmcic.fr
bourboan@cmcic-sdm.fr
leminoda@cmcic-sdm.fr
merotyo@cmcic-sdm.fr
narcyel@cmcic-sdm.fr
pennanph@cmcic-sdm.fr
robinnc@cmcic-sdm.fr
tornadma@cmcic-sdm.fr
bobwong@cmcnet.com.tw
maggietu@cmcnet.com.tw
franciskoo@cmfchina.com
liangpingxin@cmhk.com
name.surname@cmim.co.uk
peter.worn@cmim.co.uk
jmartin@cminvest.com
alan.wright@cmsenergy.com
bernice.cail@cna.com
christopher.dvorak@cna.com
gregory.mcclain@cna.com
john.psoklas@cna.com
lisheng.su@cna.com
marilou.mcgirr@cna.com
meghan.johnson@cna.com
pamela.dempsey@cna.com
ryan.kelly@cna.com
sarah.simmons@cna.com
adam.phillips@cnb.com
bmiller@cnb.com
cary.walker@cnb.com
dana.smidova@cnb.cz
don.riechel@cnb.com
frydrych@cnb.cz
greg.kaplan@cnb.com
hcyang@cnb.co.kr
jean-paul.anoh@cnb.com
joe.morgan@cnb.com
john.coscia@cnb.com
karel.bauer@cnb.cz
kathleen.meyer@cnb.com
lenka.klcova@cnb.cz

marek.sestak@cnb.cz
martin.schimek@cnb.cz
mary.lamb@cnb.com
michael.melisik@cnb.cz
michael.taila@cnb.com
ondrej.stradal@cnb.cz
otis.heald@cnb.com
paul.single@cnb.com
pavlina.novakova@cnb.cz
peter.ro@cnb.com
robert.harder@cnb.com
rod.olea@cnb.com
sean.johnson@cnb.com
spencer.ludgate@cnb.com
terry.loughran@cnb.com
vladimir.mrazek@cnb.cz
zuzana.patrakova@cnb.cz
bhubard@cnbeurope.com
tderbyshire@cnbelkins.com
tdougherty@cnbsnet.com
greg.hebard@cnh.com
anne.sikora@cnp.fr
annette.lobotzki@cnp.fr
antoine.devaublanc@cnp.fr
antoine.fromenteze@cnp.fr
antoine.lissowski@cnp.fr
antoine.maffre@cnp.fr
emmanuel.delaveau@cnp.fr
emmanuel.perrin@cnp.fr
eric.meunier@cnp.fr
florent.lecam@cnp.fr
frederic.mary@cnp.fr
gabrielle.adam@cnp.fr
gilles.benoist@cnp.fr
guy.combot@cnp.fr
ismael.lourabi@cnp.fr
ivan.delloye@cnp.fr
jean-daniel.muon@cnp.fr
jean-louis.kandala@cnp.fr
jean-luc.guillermou@cnp.fr
manuel.courau@cnp.fr
martial.lasfargues@cnp.fr
michael.migus@cnp.fr
nicolas.monnier@cnp.fr
olivier.guichard@cnp.fr
olivier.mareuse@cnp.fr
patrick.bouvier2@cnp.fr
philippe.joly@cnp.fr
pierre.dury@cnp.fr
pierre.ogier@cnp.fr
sebastien.daguenet@cnp.fr
stephane.trarieux@cnp.fr
veronique.brunel@cnp.fr
veronique.leroybouille@cnp.fr
xavier.lambert@cnp.fr
yann.didou@cnp.fr
acade@co.fresno.ca.us
bkellyac@co.san-diego.ca.us
david.lawless@co.hennepin.mn.us
david.zweig@co.santa-cruz.ca.us

david_mcelwain@co.harris.tx.us
dialg@co.stanislaus.ca.us
dkent@co.riverside.ca.us
dsato@co.la.ca.us
gg6@co.miami-dade.fl.us
jkern@co.sarasota.fl.us
joann_ingalls@co.harris.tx.us
lkellrac@co.san-diego.ca.us
mfriedtr@co.san-diego.ca.us
portegl@co.mecklenburg.nc.us
timothy.m.johnson@co.hennepin.mn.us
tmason@co.la.ca.us
ttc001@co.santa-cruz.ca.us
ttc003@co.santa-cruz.ca.us
dgabel@coair.com
jcompt@coair.com
jeff.smisek@coair.com
joe.cue@coair.com
jraine@coair.com
lkelln@coair.com
marcus.pullicino@coair.com
reid.pennebaker@coair.com
rick.pressly@coair.com
zane.rowe@coair.com
ken.johnson@coastalcorp.com
roy.gates@coastalcorp.com
cmj@coastalsecurites.com
cac@coastalsecurities.com
eaj@coastalsecurities.com
hgm@coastalsecurities.com
kengl@coastasset.com
jwogram@coatesvillesavings.com
agoldberg@cobank.com
bboushele@cobank.com
gcosgrove@cobank.com
jbezon@cobank.com
milheij@cobank.com
smahler@cobank.com
smcfadden@cobank.com
tsteidle@cobank.com
mgokhman@coefficientglobal.com
benoit_claire@coface.fr
bernard_benisti@coface.com
bertrand_bouchonnet@coface.com
christophe_derouen@coface.com
fabien_conderanne@coface.com
franck_morel@coface.com
marc_dupuy@coface.com
pierre_fournel@coface.com
abarbieri@cofimo.it
fgarzilli@cofimo.it
mauro.desiderio@cofimo.it
f.beccali@cofiri.it
g.conti@cofiri.it
r.stazi@cofiri.it
c.nourissat@cogefi.fr
c.pigasse@cogefi.fr
g.joncheres@cogefi.fr
g.texier@cogefi.fr
h.aurousseau@cogefi.fr

jl.chenut@cogefi.fr
lucile.combe@cogefi.fr
m.fetrossi@cogefi.fr
p.desaintmartin@cogefi.fr
jduvignaux@cogema.fr
cplummer@coj.net
richardd@coj.net
jgoebeler@na.cokecce.com
jkinglavinder@na.cokecce.com
spetrey@na.cokecce.com
vadim.shteyn@colimbiamanagement.com
dnagy@collegesavings.com
gjohnson@collegesavings.com
panagiota.vergini@collineo-am.com
sandra.wawrzyniak@collineo-am.com
arstuart@collins-stewart.com
jbryan@collins-stewart.com
jplasco@collins-stewart.com
mpiper@ci.collins-stewart.com
rlarner@ci.collins-stewart.com
eskibo@collinsstewartllc.com
gpowell@collinsstewartllc.com
mbranca@collinsstewartllc.com
evolkeni@colognere.com
heinen@colognere.com
hey@colognere.com
isringh@colognere.com
kuon@colognere.com
leffelee@colognere.com
meindl@colognere.com
quick@colognere.com
ruetterm@colognere.com
sfromme@colognere.com
swoppow@colognere.com
ashwin_kakani@colonialbank.com
brent_sloman@colonialbank.com
brian_glenn@colonialbank.com
debbie_diboll@colonialbank.com
glenda_allred@colonialbank.com
kamal_hosein@colonialbank.com
lisa_free@colonialbank.com
marylou_bathen@colonialbank.com
michael_peters@colonialbank.com
rob_bonds@colonialbank.com
robert_lowder@colonialbank.com
rodney_lewis@colonialbank.com
sarah_moore@colonialbank.com
scott_robicheaux@colonialbank.com
walter_hargrove@colonialbank.com
jbishop@colonialfiststate.co.uk
james.cooke@colonialfs.co.uk
karen.jones@colonialfs.co.uk
connie@colonialsavings.com
deborah_miller@colpal.com
marco_paracciani@colpal.com
anwiti.bahuguna@columbia.com
cwh8@columbia.edu
mz2015@columbia.edu
thomsent@columbiafunds.com
abdul.a.alhedaib@columbiamanagement.com

abdullah.m.aldekheel@columbiamanagement.com
adeem.fenster@columbiamanagement.com
alan.erickson@columbiamanagement.com
alex.powers@columbiamanagement.com
alexander.wilkinson@columbiamanagement.com
alexis.addrisi@columbiamanagement.com
alfred.f.alley@columbiamanagement.com
alice.whitney@columbiamanagement.com
allen.bond@columbiamanagement.com
allyn.seymour@columbiamanagement.com
amy.neberieza@columbiamanagement.com
andrew.russ@columbiamanagement.com
angela.streur@columbiamanagement.com
ann.peterson@columbiamanagement.com
anthony.d.dixon@columbiamanagement.com
anthony.purcell@columbiamanagement.com
arlen.wiley@columbiamanagement.com
arlene.jackson@columbiamanagement.com
arthur.j.hurley@columbiamanagement.com
asta.a.vaichys@columbiamanagement.com
barry.connolly@columbiamanagement.com
bart.hellwig@columbiamanagement.com
betsy.coyne@columbiamanagement.com
bimal.patel@columbiamanagement.com
bradley.komenda@columbiamanagement.com
brenda.m.coffield@columbiamanagement.com
brenda.sampson@columbiamanagement.com
brian.aronson@columbiamanagement.com
brian.c.pringle@columbiamanagement.com
brian.condon@columbiamanagement.com
brian.d.neigut@columbiamanagement.com
brian.e.kelly@columbiamanagement.com
brian.mcgreevy@columbiamanagement.com
brian.pringle@columbiamanagement.com
brian.waldner@columbiamanagement.com
bruce.warren@columbiamanagement.com
bryan.cline@columbiamanagement.com
bryan.knepper@columbiamanagement.com
c.richard.lucy@columbiamanagement.com
carl.pappo@columbiamanagement.com
carmen.s.diaz@columbiamanagement.com
cary.denson@columbiamanagement.com
catherine.black-
gallivan@columbiamanagement.com
catherine.nelson@columbiamanagement.com
chad.fleischman@columbiamanagement.com
chaim.kurlandski@columbiamanagement.com
char.bauman@columbiamanagement.com
charles.borgioli@columbiamanagement.com
charles.mann@columbiamanagement.com
charlotte.cheim@columbiamanagement.com
cheryl.ip@columbiamanagement.com
christian.champ@columbiamanagement.com
christian.pineno@columbiamanagement.com

christian.stadlinger@columbiamanagement.com
christopher.l.parrish@columbiamanagement.com
christy.kim@columbiamanagement.com
claire.mccarthy@columbiamanagement.com
clifford.siverd@columbiamanagement.com
colin.moore@columbiamanagement.com
colin.trovato@columbiamanagement.com
courtney.concannon@columbiamanagement.com
craig.j.weisenberger@columbiamanagement.com
craig.leopold@columbiamanagement.com
daisuke.nomoto@columbiamanagement.com
dale.albright@columbiamanagement.com
dan.o'connell@columbiamanagement.com
dana.wing@columbiamanagement.com
daniel.cole@columbiamanagement.com
daniel.l.boncarosky@columbiamanagement.com
daniele.donahoe@columbiamanagement.com
dara.j.white@columbiamanagement.com
dave.egan@columbiamanagement.com
david.brecht@columbiamanagement.com
david.hall@columbiamanagement.com
david.hoffman@columbiamanagement.com
david.j2.williams@columbiamanagement.com
david.jellison@columbiamanagement.com
david.obrien@columbiamanagement.com
david.s.kennedy@columbiamanagement.com
deb.vargo@columbiamanagement.com
deb.wolfe@columbiamanagement.com
denise.keegan@columbiamanagement.com
deniz.savas@columbiamanagement.com
diane.sobin@columbiamanagement.com
donald.robinson@columbiamanagement.com
donna.h.nicosia@columbiamanagement.com
dori.aleksandrowicz@columbiamanagement.com
edward.hickey@columbiamanagement.com
elise.bisio@columbiamanagement.com
elizabeth.garside@columbiamanagement.com
emil.gjester@columbiamanagement.com
emma.yan@columbiamanagement.com
eric.hamilton@columbiamanagement.com
erica.l.turner@columbiamanagement.com
faisal.butt@columbiamanagement.com
fan.hu@columbiamanagement.com
frank.salem@columbiamanagement.com
frank.w.hemeter@columbiamanagement.com
fred.copper@columbiamanagement.com
garth.nisbet@columbiamanagement.com
george.kimball@columbiamanagement.com
george.luo@columbiamanagement.com
george.maris@columbiamanagement.com
george.mix@columbiamanagement.com
george.myers@columbiamanagement.com
greg.shell@columbiamanagement.com
gregg.smalley@columbiamanagement.com
gregory.m.miller@columbiamanagement.com
gregory.s.liechty@columbiamanagement.com
greta.clapp@columbiamanagement.com
guy.holbrook@columbiamanagement.com
guy.pope@columbiamanagement.com
hansethb@columbiamanagement.com

harlan.sonderling@columbiamanagement.com
hasmik.vardanyan@columbiamanagement.com
heidi.stephens@columbiamanagement.com
holly.s.thompson@columbiamanagement.com
howard.kaplan@columbiamanagement.com
ida.thorbek@columbiamanagement.com
jack.g.barlage@columbiamanagement.com
james.d'arcy@columbiamanagement.com
james.depierre@columbiamanagement.com
james.fellows@columbiamanagement.com
jarl.ginsberg@columbiamanagement.com
jasmine.huang@columbiamanagement.com
jason.montecucco@columbiamanagement.com
jeffrey.buell@columbiamanagement.com
jeffrey.burger@columbiamanagement.com
jeffrey.hibbeler@columbiamanagement.com
jeffrey.huffman@columbiamanagement.com
jeffrey.shepard@columbiamanagement.com
jeffrey.wantman@columbiamanagement.com
jennifer.avara@columbiamanagement.com
jennifer.lukas@columbiamanagement.com
jennifer.wacker@columbiamanagement.com
jens.leerssen@columbiamanagement.com
jeremy.javidi@columbiamanagement.com
jim.claire@columbiamanagement.com
jnicholas.smith@columbiamanagement.com
joe.tannehill@columbiamanagement.com
john.barrett@columbiamanagement.com
john.maack@columbiamanagement.com
john.s.pau@columbiamanagement.com
john.sullivan@columbiamanagement.com
john.swaim@columbiamanagement.com
john.teague@columbiamanagement.com
john.wilson@columbiamanagement.com
jon.m.morgan@columbiamanagement.com
jon.metcalf@columbiamanagement.com
jon.perregaux@columbiamanagement.com
jonas.patrikson@columbiamanagement.com
jonathan.mckenzie@columbiamanagement.com
jonathan.p.carlson@columbiamanagement.com
jones.michael@columbiamanagement.com
joong.kang@columbiamanagement.com
joseph.marini@columbiamanagement.com
joseph.markovich@columbiamanagement.com
josh.kapp@columbiamanagement.com
julio.fuentes@columbiamanagement.com
june.giroux@columbiamanagement.com
justin.h.garrison@columbiamanagement.com
karen.arneil@columbiamanagement.com
karen.covey@columbiamanagement.com
karen.mccoll@columbiamanagement.com
karl.chang@columbiamanagement.com
karl.henning@columbiamanagement.com
karyn.corridan@columbiamanagement.com
kay.lang@columbiamanagement.com
keith.banks@columbiamanagement.com
kenneth.korngiebel@columbiamanagement.com
kevin.cronk@columbiamanagement.com
kevin.lema@columbiamanagement.com
kim.i.michalski@columbiamanagement.com

kimberly.campbell@columbiamanagement.com
kristi.sontag@columbiamanagement.com
kristine.kitts@columbiamanagement.com
kurt.havnaer@columbiamanagement.com
larry.israel@columbiamanagement.com
laura.l.boring@columbiamanagement.com
laura.ostrander@columbiamanagement.com
laura.pittman@columbiamanagement.com
lawrence.w.lin@columbiamanagement.com
lee.reddin@columbiamanagement.com
leigh.drake@columbiamanagement.com
leonard.aplet@columbiamanagement.com
leonard.keyser@columbiamanagement.com
leslie.rich@columbiamanagement.com
lester.duke@columbiamanagement.com
levence.s.eutsay@columbiamanagement.com
linda.blankenship@columbiamanagement.com
linda.bounds@columbiamanagement.com
linda.solarek@columbiamanagement.com
lori.ensinger@columbiamanagement.com
luke.hagopian@columbiamanagement.com
macharva.t.lucas@columbiamanagement.com
marci.steinberg@columbiamanagement.com
mari.goldenberg@columbiamanagement.com
mark.ingram@columbiamanagement.com
mark.t.rasimas@columbiamanagement.com
martha.childs@columbiamanagement.com
mary.blust@columbiamanagement.com
mary.werler@columbiamanagement.com
mary-ann.ward@columbiamanagement.com
matt.m.waldner@columbiamanagement.com
matthew.dunn@columbiamanagement.com
matthew.kennedy@columbiamanagement.com
meg.littlewood@columbiamanagement.com
melda.mergen@columbiamanagement.com
melody.ikemura@columbiamanagement.com
michael.conerly@columbiamanagement.com
michael.gnadinger@columbiamanagement.com
michael.graham@columbiamanagement.com
michael.hoover@columbiamanagement.com
michael.kennedy@columbiamanagement.com
michael.kirkbride@columbiamanagement.com
michael.s.barclay@columbiamanagement.com
michael.seelen@columbiamanagement.com
michael.welter@columbiamanagement.com
michael.zazzarino@columbiamanagement.com
michael1.t.smith@columbiamanagement.com
michele.basilici@columbiamanagement.com
michelle.bellizzi@columbiamanagement.com
michelle.m.moller@columbiamanagement.com
mike.matthews@columbiamanagement.com
mike.young@columbiamanagement.com
monica.g.maguire@columbiamanagement.com
monika.garg@columbiamanagement.com
murdoch.m.johnson@columbiamanagement.com
nicholas.f.stark@columbiamanagement.com
nicholas.stiggers@columbiamanagement.com
nicolas.janvier@columbiamanagement.com
nicole.o'connell@columbiamanagement.com
nikos.vasilakos@columbiamanagement.com

ning.sun@columbiamanagement.com
nischal.pai@columbiamanagement.com
noah.petrucci@columbiamanagement.com
normand.desrosiers@columbiamanagement.com
paige.e.jennings@columbiamanagement.com
pamela.hunter@columbiamanagement.com
pamella.kempen@columbiamanagement.com
patricia.winiarczyk@columbiamanagement.com
patrick.donohue@columbiamanagement.com
patrick.graham@columbiamanagement.com
patrick.j.ford@columbiamanagement.com
paul.aston@columbiamanagement.com
paul.berlinguet@columbiamanagement.com
paul.denninger@columbiamanagement.com
paul.fuchs@columbiamanagement.com
paul.j.digiacomo@columbiamanagement.com
paul.qiuistberg@columbiamanagement.com
paul.quistberg@columbiamanagement.com
paul.rocheleau@columbiamanagement.com
peter.deininger@columbiamanagement.com
peter.s.joo@columbiamanagement.com
peter.santoro@columbiamanagement.com
peter.schroeder@columbiamanagement.com
phil.carty@columbiamanagement.com
randy.royther@columbiamanagement.com
renee.paysour@columbiamanagement.com
richard.caro@columbiamanagement.com
richard.cutts@columbiamanagement.com
richard.dahlberg@columbiamanagement.com
richard.hegwood@columbiamanagement.com
richard.mettler@columbiamanagement.com
richard.pettino@columbiamanagement.com
richard.tauber@columbiamanagement.com
richard.turner@columbiamanagement.com
rick.pitten@columbiamanagement.com
rob.rigg@columbiamanagement.com
robert.brinker@columbiamanagement.com
robert.edelson@columbiamanagement.com
robert.hale@columbiamanagement.com
robert.m.corbett@columbiamanagement.com
robert.mcconnaughey@columbiamanagement.com
robert.stephenson@columbiamanagement.com
roger.sullivan@columbiamanagement.com
ronald.coleman@columbiamanagement.com
ronald.k.chan@columbiamanagement.com
ronald.stahl@columbiamanagement.com
rosa.e.velasquez@columbiamanagement.com
russ.ewing@columbiamanagement.com
russell.bloomfield@columbiamanagement.com
ryan.johnson@columbiamanagement.com
ryan.mccann@columbiamanagement.com
sabya.sinha@columbiamanagement.com
samuel.epee-bounya@columbiamanagement.com
sandy.panetta@columbiamanagement.com
sara.obrien@columbiamanagement.com
sarah.cheung@columbiamanagement.com
scott.davis@columbiamanagement.com
scott.moore@columbiamanagement.com
shane.merriweather@columbiamanagement.com
shelley.yang@columbiamanagement.com

shirley.s.wang@columbiamanagement.com
stanley.ouyang@columbiamanagement.com
stephanie.s.schneider@columbiamanagement.com
stephen.harasimowicz@columbiamanagement.com
stephen.peacher@columbiamanagement.com
steven.lilly@columbiamanagement.com
steven.luetger@columbiamanagement.com
steven.theby@columbiamanagement.com
susan.dushock@columbiamanagement.com
susan.sanderson@columbiamanagement.com
swapnil.karnik@columbiamanagement.com
tami.arbogast@columbiamanagement.com
tammi.ortega@columbiamanagement.com
tanya.ferguson@columbiamanagement.com
tchintcia.s.barros@columbiamanagement.com
ted.paluszek@columbiamanagement.com
thomas.gaylord@columbiamanagement.com
thomas.lettenberger@columbiamanagement.com
thomas.west@columbiamanagement.com
tiffany.zahas@columbiamanagement.com
tim.anderson@columbiamanagement.com
timothy.cronin@columbiamanagement.com
timothy.m.weber@columbiamanagement.com
tisha.jackson@columbiamanagement.com
tj.brannon@columbiamanagement.com
todd.herget@columbiamanagement.com
todd.mick@columbiamanagement.com
tom.abrams@columbiamanagement.com
tom.galvin@columbiamanagement.com
tom.lapointe@columbiamanagement.com
travis.j.bates@columbiamanagement.com
vanessa.galvan@columbiamanagement.com
vesta.m.foster@columbiamanagement.com
vikram.j.kuriyan@columbiamanagement.com
walter.h.colsman@columbiamanagement.com
walter.tate@columbiamanagement.com
wayne.collette@columbiamanagement.com
wayne.fitzgerald@columbiamanagement.com
wendy.e.norman@columbiamanagement.com
william.chamberlain@columbiamanagement.com
william.e.oliver@columbiamanagement.com
william.goldthwait@columbiamanagement.com
william.j.wallace@columbiamanagement.com
william.obrien@columbiamanagement.com
william.peishoff@columbiamanagement.com
winnie.w.cheng@columbiamanagement.com
yan.jin@columbiamanagement.com
akt@columbus.com
amd@columbus.com
ame@columbus.com
awo@columbus.com
axr@columbus.com
axs@columbus.com
bta@columbus.com
cac@columbus.com
cgf@columbus.com
clc@columbus.com
cmc@columbus.com
ctc@columbus.com
cxc@columbus.com

ddd@columbus.com
djc@columbus.com
dln@columbus.com
dmg@columbus.com
dxd@columbus.com
elr@columbus.com
fac@columbus.com
gfh@columbus.com
jac@columbus.com
jas@columbus.com
jay@columbus.com
jms@columbus.com
jrr@columbus.com
jxd@columbus.com
kxw@columbus.com
mbf@columbus.com
mds@columbus.com
mjg@columbus.com
mrs@columbus.com
mxi@columbus.com
oam@columbus.com
rsw@columbus.com
spf@columbus.com
sxj@columbus.com
tjb@columbus.com
shawnredmon@columbusbankandtrust.com
stefopoulou.i@combank.gr
stefopoulou.i@combank.gr
rkowalchik@combk.com
apkfma@comcast.net
bmoore225@comcast.net
davidpchu@comcast.net
jerry.hartzog@comcast.net
matt.premier@comcast.net
mwaterhouse@comcast.net
nordea@comcast.net
rcleslie@comcast.net
setangreg@comcast.net
tjn610@comcast.net
bkribbs@comdata.com
lpemberton@comdata.com
anthony_j_magdowski@comerica.com
austin_r_holm@comerica.com
caeckstrom@comerica.com
caruben@comerica.com
cindy_j_higgins@comerica.com
d_king@comerica.com
dan_j_clarke@comerica.com
dennis_janowski@comerica.com
ernest_m_zarb@comerica.com
gyovan@comerica.com
hclight@comerica.com
henry_j_hajdas@comerica.com
james_k_pollock@comerica.com
jjtrentacoste@comerica.com
john_w_sandrock@comerica.com
jpkalia@comerica.com
lawrence_a_sharley@comerica.com
michael_d_burck@comerica.com
peburdiss@comerica.com

smfontana@comerica.com
phili.graves@resolutionasset.comet.com
andreas.lorenz@cominvest.de
arian.raoufi@cominvest.de
carmen.torrescampuzano@cominvest.de
christian.subbe@cominvest.de
elena.oblinger@cominvest.de
hans-guenter.schmidt@cominvest.de
ingo.mainert@cominvest.de
juergen.homola@cominvest.de
markus.baer@cominvest.de
martina.kocksch@cominvest.de
nico.scheller@cominvest.de
peter.schottmueller@cominvest.de
thomas.adler@cominvest.de
tobias.geyer@cominvest.de
tobias.windmeier@cominvest.de
ulrich.teutsch@cominvest.de
wolfgang.zecha@cominvest.de
alice.kytka@cominvest-am.com
andreas.burth@cominvest-am.com
andreas.lohmann@cominvest-am.com
andreas.weicherding@cominvest-am.lu
axel.riedel@cominvest-am.com
barbara.hain@cominvest-am.com
bernd.hannaske@cominvest-am.com
bernhard.schill@cominvest-am.com
bodo.zimmermann@cominvest-am.com
christoph.berger@cominvest-am.com
cordula.bauss@cominvest-am.com
daniel.briesemann@cominvest-am.com
dennis.tapp@cominvest-am.com
dirk.bartsch@cominvest-am.com
dirk.voigtlaender@cominvest-am.com
douglas.cunningham@cominvest-am.com
eckhard.ulbrich@cominvest-am.com
elmar.dumke@cominvest-am.com
felix.adrian@cominvest-am.com
frank.arnold@cominvest-am.com
frank.braeunig@cominvest-am.com
frank.gaensch@cominvest-am.com
frank.walhoefer@cominvest-am.com
frederik.wemhoener@cominvest-am.com
giovanni.trombello@cominvest-am.com
guido.goretti@cominvest-am.com
hannelore.kazek@cominvest-am.com
hans-andre.koenigs@cominvest-am.com
heidi.hoeppner@cominvest-am.com
heidrun.heutzenroeder@cominvest-am.com
heike.mueller@cominvest-am.com
heinz-guenter.wickenhaeuser@cominvest-am.com
henning.kelch@cominvest-am.com
ingrid.burkardt@cominvest-am.com
jens.kummer@cominvest-am.com
jochen.hannemann@cominvest-am.com
joerg.fiebiger@cominvest-am.com
joerg.schlinghoff@cominvest-am.com
johannes.ries@cominvest-am.com
juergen.seitz@cominvest-am.com
jutta.schneider@cominvest-am.com

karin.peters@cominvest-am.com
klaus.breil@cominvest-am.com
klaus.reimer@cominvest-am.com
klaus.roettger@cominvest-am.com
klaus.werner-link@cominvest-am.lu
kornel.schweers@cominvest-am.com
manuela.thies@cominvest-am.com
margarita_guillermo@cominvest-am.com
margit.dennerlein@cominvest-am.com
markus.engels@cominvest-am.com
matthias.wilpert@cominvest-am.com
melanie.radu@cominvest-am.com
michael.fiedler@cominvest-am.com
michael.goerg@cominvest-am.com
milos.komnenov@cominvest-am.com
miriam.uebel@cominvest-am.com
oliver.scheu@cominvest-am.com
oliver.stoenner@cominvest-am.com
oliver.stonner-venkatarama@cominvest-am.com
patrick.belger@cominvest-am.com
patrick.conteh@cominvest-am.com
patrick.schmidtke@cominvest-am.com
patrick.schneider@cominvest-am.com
peter.braun@cominvest-am.com
ralf.juelichmanns@cominvest-am.com
ralf.walter@cominvest-am.com
rene.christoffersen@cominvest-am.com
richard.hinz@cominvest-am.com
roland.ruebesam@cominvest-am.com
sandra.duncan@cominvest-am.com
sebastian.klein@cominvest-am.com
sebastian.wandtke@cominvest-am.com
stefan.guenther@cominvest-am.com
stefan.klein@cominvest-am.com
stefan.lachhammer@cominvest-am.com
stefan.pelgrim@cominvest-am.com
steffen.schaefer@cominvest-am.com
susan.spinner@cominvest-am.com
teija.buenting@cominvest-am.com
theo.kempf@cominvest-am.com
thomas.fleckenstein@cominvest-am.com
thomas.gerber@cominvest-am.com
thomas.handte@cominvest-am.com
thomas.heib@cominvest-am.com
thomas.lange@cominvest-am.com
thomas.tilse@cominvest-am.com
tobias.windmeier@cominvest-am.com
torsten.gruendel@cominvest-am.com
ulf.plesmann@cominvest-am.com
ute.speidel@cominvest-am.com
virginie.jouhaud@cominvest-am.com
volker.marnet-islinger@cominvest-am.com
werner.kraft@cominvest-am.com
wolfgang.jurowski@cominvest-am.com
wolfram.eichner@cominvest-am.com
xiaohu.zhou@cominvest-am.com
paul.donovan@commercebank.com
cindy.johnson@commerce.com
mark.perry@commerce.com
adam.west@commercebank.com

| | | |
|---|---|---|
| amy.dilorenzo@commercebank.com | william.sheffey@commercebank.com | frederik.wemhoener@commerzbank.com |
| amy.schaff@commercebank.com | andrew.fent@commercebankc.com | georg.winkel@commerzbank.com |
| arnold.beevers@commercebank.com | cgagnon@commercebankfl.com | gernot.kleckner@commerzbank.com |
| bill.reisner@commercebank.com | jzambrano@commercebankfl.com | gerrit.weber@commerzbank.com |
| bill.welch@commercebank.com | rsucre@commercebankfl.com | guybeeston@commerzbank.com |
| brad.scott@commercebank.com | jasonproctor@commercialfed.com | h.goetz@commerzbank.com |
| bradley.dieck@commercebank.com | jonathangaiser@commercialfed.com | hans-georg.otten@commerzbank.com |
| brent.creach@commercebank.com | judyruff@commercialfed.com | harald.schmidlin@commerzbank.com |
| brent.schowe@commercebank.com | staceychristianson@commercialfed.com | hasso.rahmsdorf@commerzbank.com |
| brian.musielak@commercebank.com | sabine.gast@commerzbanib.com | helen_pulm@commerzbank.com |
| brian.perott@commercebank.com | aare.rafi@commerzbank.com | helmut.risel@commerzbank.com |
| carl.tegtmeier@commercebank.com | abraham.eghujovbo@commerzbank.com | ikram.yaya@commerzbank.com |
| carol.clifton@commercebank.com | achim.baumgartner@commerzbank.com | jan.kraemer@commerzbank.com |
| cathy.doyle@commercebank.com | alan.butler@commerzbank.com | jenna_beazley@commerzbank.com |
| christie.cody@commercebank.com | alan.roth@commerzbank.co.uk | jens.kirchof@commerzbank.com |
| christie.francis@commercebank.com | alastair.johnstone@commerzbank.com | jens.stuehmeier@commerzbank.com |
| christine.cotton@commercebank.com | alexander.greyer@commerzbank.com | jens-georg.nawrath@commerzbank.com |
| cindy.rapponotti@commercebank.com | alexander.turnsek@commerzbank.com | jochen.cerny@commerzbank.com |
| corey.means@commercebank.com | alexandra.lecher-knappe@commerzbank.com | jochen.guessow@commerzbank.com |
| dane.kamin@commercebank.com | andrea.siebel@commerzbank.com | joerg.geissler@commerzbank.com |
| daniel.callahan@commercebank.com | andreas.krebs@commerzbank.com | joerg.ruehmann@commerzbank.com |
| david.sederholm@commercebank.com | andreas.mosimann@commerzbank.ch | joerg.weirich@commerzbank.com |
| david.wynn@commercebank.com | andrew_tay@commerzbank.com.sg | jorg.motel@commerzbank.com |
| denise.macy@commercebank.com | arnaud_raimon@commerzbank.com | joyce_sin@commerzbank.com.sg |
| don.mcarthur@commercebank.com | arnd.sieben@commerzbank.com | julian.kox@commerzbank.com |
| donald.sullivan@commercebank.com | bernd.optenkamp@commerzbank.com | juliette.auboin@commerzbank.com |
| douglas.koester@commercebank.com | bernd.ullrich@commerzbank.com | k.hoffmann@commerzbank.com |
| douglas.laitner@commercebank.com | brian_mcbeth@commerzbank.co.uk | karl.mayr@commerzbank.com |
| elizabeth.lewis@commercebank.com | carsten.heymann@commerzbank.com | karl-heinz.raschtuttis@commerzbank.ce |
| eric.wynkoop@commercebank.com | christian.daynes@commerzbank.com | katie.hostalier@commerzbank.com |
| greg.sonderman@commercebank.com | christian.henkel@commerzbank.com | katrin.stark@commerzbank.com |
| gustav.krantz@commercebank.com | christian.hoppe@commerzbank.com | klaus.patig@commerzbank.com |
| harold.nachtrieb@commercebank.com | christian.schenk@commerzbank.com | klaus-peter.mueller@commerzbank.com |
| james.dykstal@commercebank.com | christine.schwab@commerzbank.com | koen.verbraeken@commerzbank.com |
| jason.fields@commercebank.com | christof.maetze@commerzbank.com | laragh.murphy@commerzbank.com |
| jim.brownfieldjr@commercebank.com | christoph.riniker@commerzbank.ch | lars.gedlich@commerzbank.com |
| joe.williamsiii@commercebank.com | christopher.jackson@commerzbank.co.uk | lars.hermann@commerzbank.com |
| john.graves@commercebank.com | claudia.graebner-heeg@commerzbank.com | laura.gill@commerzbank.com |
| john.maurer@commercebank.com | cormac.taggart@commerzbank.com | laurent.guyard@commerzbank.com |
| justin.shelman2@commercebank.com | cornelius.bresser@commerzbank.lu | lisa.taylor@commerzbank.com |
| kathryn.bingham@commercebank.com | craig.templer@commerzbank.co.uk | luc.martin-siegfried@commerzbank.fr |
| kent.mitchell@commercebank.com | dan.mcginn@commerzbank.com | manfred.bier@commerzbank.com |
| kevin.westerheide@commercebank.com | daniel.kums@commerzbank.com | marcus.merz@commerzbank.com |
| landers.carnal@commercebank.com | daniel.schwaab@commerzbank.com | maria.sokolova@commerzbank.com |
| michael.cody@commercebank.com | daniel.weisskopf@commerzbank.ch | mariano.riestra@commerzbank.com |
| michael.marks@commercebank.com | david.chan@commerzbank.com.hk | martin.blessing@commerzbank.com |
| nick.burroughs@commercebank.com | debbie.day@commerzbank.com | martin.lawrence@commerzbank.com |
| oliver.helfrey@commercebank.com | devlin.li@commerzbank.com.hk | michael.capitain@commerzbank.com |
| pam.larocca@commercebank.com | dirich.kolbeck@commerzbank.com | michael.gerlach@commerzbank.com |
| pat.wilkes@commercebank.com | dirk.rhode@commerzbank.com | michael_hyde@commerzbank.com.sg |
| paul.kirk@commercebank.com | dominic.kraetzig@commerzbank.com | michael_seelhof@commerzbank.com |
| peter.mchugh@commercebank.com | elise.coole@commerzbank.com | michele.larkin@commerzbank.com |
| rich.shulusky@commercebank.com | elke.fick@commerzbank.com | michelle.ryan@commerzbank.com |
| rosa.gillis@commercebank.com | elmar.arbert@commerzbank.com | mike.schmidt@commerzbank.com |
| scott.colbert@commercebank.com | emanuele.rodilossi@commerzbank.ch | moritz.mielke@commerzbank.com |
| scott.stephenson@commercebank.com | eric.michel@commerzbank.com | mourad.berrahoui@commerzbank.com |
| tara.mcconkey@commercebank.com | evert.goossens2@commerzbank.com | na@commerzbank.com |
| thomas.sandbulte@commercebank.com | francis_everington@commerzbank.com | nicolas.natsis@commerzbank.com |
| tom.weiford@commercebank.com | frank.bickel@commerzbank.com | oliver.hamann@commerzbank.com |
| walt.czaicki@commercebank.com | fred.just@commerzbank.com | oliver.kaufmann@commerzbank.com |

| | | |
|---|---|---|
| oliver.reitz@commerzbank.com | mark.bowater@commerzbank.com | cs3@compassbnk.com |
| orla.mchenry@commerzbank.com | michael.wahl@commerzbankib.com | drew.hanson@compassbnk.com |
| paul.suter@commerzbank.com | nicolas.samaran@commerzbankib.com | e5s@compassbnk.com |
| peter.helbling@commerzbank.ch | patrick.felgenhauer@commerzbankib.com | ed.bilek@compassbnk.com |
| peter.hennig@commerzbank.com | peter.corner@commerzbankib.com | marc.dobson@compassbnk.com |
| peter.tvrdy@commerzbank.com | richard.cumbley@commerzbankib.com | mark.hemby@compassbnk.com |
| petra.gerlach@commerzbank.com | richard.woodhouse@commerzbankib.com | patrick.ahearn@compassbnk.com |
| philippe.alexandre@commerzbank.com | rupert.kay@commerzbankib.com | rachael.downey@compassbnk.com |
| ralf.steinert@commerzbank.com | salim.saab@commerzbankib.com | roh@compassbnk.com |
| reinhard_furthmayr@commerzbank.com | scott.elliott@commerzbankib.com | sharon.clift@compassbnk.com |
| rene.reisshauer@commerzbank.com | simon.kemp@commerzbankib.com | thomas.block@compassbnk.com |
| robert.shi@commerzbank.com | stefan.wurm@commerzbankib.com | tlj@compassbnk.com |
| robin.simpson@commerzbank.com | stefka.tcherneva@commerzbank.com | rehhcsb@compserve.com |
| sandy.bruce@commerzbank.com | stephen.kyle-binkley@commerzbankib.com | llent@comptroller.nyc.gov |
| stefan.kempf@commerzbank.com | tatiana.bruegelmann@commerzbankib.com | svelori@comptroller.nyc.gov |
| stefan.lewitus@commerzbank.com | thilo.schwiezer@commerzbankib.com | gezard@compuserve.com |
| stefan_gotsche@commerzbank.com | thomas.gispert@commerzbankib.com | gpac@compuserve.com |
| steffen.jaspers@commerzbank.com | thorre.sauer@commerzbankib.com | jonasf@compuserve.com |
| stephane.parlebas@commerzbank.fr | tim.lueninghoener@commerzbankib.com | kchay@compuserve.com |
| stephen.hartnett@commerzbank.com | tom.cook@commerzbankib.com | lesleyelves@compuserve.com |
| thiel.richard@commerzbank.com | david.griggths@commerzbanklb.com | magnuskjellin@compuserve.com |
| thilo.siekmann@commerzbank.com | ludger.kill@commerzleasing.de | mloeffle@compuserve.com |
| thomas.friedrichs@commerzbank.com | koloughlin@commonwealth | msclark@compuserve.com |
| thomas.luthardt@commerzbank.com | scott.kingsley@communitybankna.com | yuanchang@compuserve.com |
| thorben.hakanson@commerzbank.com | lwebb@communitybankpkbg.com | crrgen45@comune.roma.it |
| thorsten.heidt@commerzbank.com | davide.tinelli@compagnia.torino.it | f.ghisellini@comune.roma.it |
| tobias.neppl@commerzbank.com | giulio.casuccio@compagnia.torino.it | m.causi@comune.roma.it |
| ullrich.quenzer@commerzbank.com | antoniogarciauser@company.com | m.lopomo@comune.roma.it |
| urs.meili@commerzbank.ch | boroughstimuser@company.com | billy.maxwell@conagrafoods.com |
| uwe.loose@commerzbank.com | ferranricartuser@company.com | chris.klinefelter@conagrafoods.com |
| wolf.delius@commerzbank.com | harrisonmichaeluser@company.com | jerry.altilio@conagrafoods.com |
| wolfgang.hartmann@commerzbank.com | higashirayujiuser@company.com | kevin.grady@conagrafoods.com |
| wolfgang_lang@commerzbank.com | itoigawatetsushiuser@company.com | robert.hodson@conagrafoods.com |
| ahmed.saleh@commerzbankib.com | josesanchezuser@company.com | robert.wagner@conagrafoods.com |
| axel.hotze@commerzbankib.com | juan-antoniosebastianuser@company.com | scott.schneider@conagrafoods.com |
| balraj.khagram@commerzbankib.com | klastermicheluser@company.com | henning.mettler@concordia.com |
| brian.okeefe@commerzbankib.com | knorzerandreasuser@company.com | manfred.teige@concordia.de |
| chedi.boujellabia@commerzbankib.com | lawrencemannauser@company.com | vasant.mistry@concordiabus.com |
| chetan.pugalia@commerzbankib.com | listermartinuser@company.com | agao@concordiafunds.com |
| christiane.heineke@commerzbankib.com | lourdessampelayouser@company.com | basil@concordiafunds.com |
| eberherd.dilger@commerzbankib.com | moraissantosfernandouser@company.com | blord@concordiafunds.com |
| emma.giles@commerzbankib.com | patridgeianuser@company.com | derivatives@concordiafunds.com |
| evamaria.meese@commerzbankib.com | reinermatthiasuser@company.com | drath@concordiafunds.com |
| frank.mayer@commerzbankib.com | stilwellbrianuser@company.com | gschupak@concordiafunds.com |
| george.verghese@commerzbankib.com | tonyarnolduser@company.com | hpatel@concordiafunds.com |
| gerd.sperfeldt@commerzbankib.com | user@company.com | jpalumbo@concordiafunds.com |
| hannah.beacon@commerzbankib.com | zaheealwadiuser@company.com | jren@concordiafunds.com |
| harald.lohr@commerzbankib.com | brett.lancaster@compassbank.com | kpope@concordiafunds.com |
| iviza.orsolic@commerzbankib.com | david.bruington@compassbank.com | lperiti@concordiafunds.com |
| james.keen@commerzbankib.com | jcasey@compassbank.com | mcushman@concordiafunds.com |
| jamie.cox@commerzbankib.com | jo.paley@compassbank.com | mgnesi@concordiafunds.com |
| jason.mcdonald@commerzbankib.com | joe.bond@compassbank.com | mkushino@concordiafunds.com |
| jemma.malster@commerzbankib.com | marcel.derushe@compassbank.com | nwelch@concordiafunds.com |
| jens.ebert@commerzbankib.com | roberta.tucker@compassbank.com | smody@concordiafunds.com |
| juergen.mahler@commerzbankib.com | abbie.strong@compassbnk.com | tshafer@concordiafunds.com |
| julie.owen@commerzbankib.com | ashley.cave@compassbnk.com | aramirez@condor.bcentral.cl |
| kellie.neuman@commerzbankib.com | brad.lee@compassbnk.com | jan.oertzen@condor-versicherungsgruppe.de |
| lucy.gray@commerzbankib.com | brett.falkenhagen@compassbnk.com | frostt@coned.com |
| mags.arrow@commerzbankib.com | charlie.hoke@compassbnk.com | alagan@congressasset.com |
| mark.askew@commerzbankib.com | christy.wilson@compassbnk.com | anoyes@congressasset.com |

bdurkin@congressasset.com
bguild@congressasset.com
clagan@congressasset.com
clanouette@congressasset.com
dlagan@congressasset.com
eshaver@congressasset.com
gokeefe@congressasset.com
gshaver@congressasset.com
jamand@congressasset.com
jbeaver@congressasset.com
jfausto@congressasset.com
joreilly@congressasset.com
lferrao@congressasset.com
lward@congressasset.com
melie@congressasset.com
mlagan@congressasset.com
mleahy@congressasset.com
mlong@congressasset.com
nblair@congressasset.com
nhuynh@congressasset.com
panderson@congressasset.com
rtumbry@congressasset.com
sdesmond@congressasset.com
tmurphy@congressasset.com
tsolomon@congressasset.com
twalsh@congressasset.com
agnes_curry@conning.com
alan_hickey@conning.com
allen_mossien@conning.com
amber_natlo@conning.com
andrew_pace@conning.com
andrewb_brown@conning.com
bill_frields@conning.com
christie_bull@conning.com
dan_isaac@conning.com
dan_mainolfi@conning.com
danuta_wolklaniewski@conning.com
darren_getek@conning.com
david_amaral@conning.com
david_chellgren@conning.com
david_clayton@conning.com
david_greene@conning.com
deborah_smith@conning.com
frank_cataldo@conning.com
garett_plona@conning.com
guy_yeakley@conning.com
henri_proutt@conning.com
igor_tesinsky@conning.com
jason_jarema@conning.com
jason_murray@conning.com
john_gauthier@conning.com
john_murphy@conning.com
john_peterson@conning.com
john_scanlon@conning.com
joseph_mayo@conning.com
julie_richard@conning.com
karen_kelleher@conning.com
ken_griffin@conning.com
kevin_antaya@conning.com
kevin_hennessey@conning.com

larry_cook@conning.com
len_carlson@conning.com
louise_down@conning.com
marcus_mcgregor@conning.com
mary_fellows@conning.com
matt_daly@conning.com
michael_mcclellan@conning.com
michael_mix@conning.com
michael_rogers@conning.com
michael_stafford@conning.com
michael_vogel@conning.com
mike_gibbons@conning.com
mike_reed@conning.com
patrick_macary@conning.com
paul_sellier@conning.com
paul_sprinsky@conning.com
peter_marshall@conning.com
phil_spak@conning.com
raymond_crosby@conning.com
rich_sega@conning.com
robert_barnum@conning.com
robert_jandreau@conning.com
robert_mills@conning.com
sean_hughes@conning.com
stephen_puglisi@conning.com
stephen_searl@conning.com
susan_royles@conning.com
todd_finkelstein@conning.com
todd_macijauskas@conning.com
walter_blasberg@conning.com
william_hamilton@conning.com
william_liebler@conning.com
daniel_conroy@conningcapital.com
chris.w.conway@usa.conoco.com
jose.j.sifontes@conoco.com
anita.k.rogers@conocophillips.com
ashley.hall@conocophillips.com
chuck.h.mcclain@conocophillips.com
cynthia.j.akagi@conocophillips.com
deanne.smith@conocophillips.com
eric.m.lindsey@conocophillips.com
gary.d.russell@conocophillips.com
gerald.j.jefferson@conocophillips.com
harold.troxel@conocophillips.com
james.r.knudsen@conocophillips.com
jason.m.george@conocophillips.com
jill.petersen@conocophillips.com
john.holmes@conocophillips.com
karen.h.arsola@conocophillips.com
larry.b.mori@conocophillips.com
marianne.s.kah@conocophillips.com
mark.e.mcculloch@conocophillips.com
mark.k.kelley@conocophillips.com
matt.evans@conocophillips.com
matthew.c.evans@conocophillips.com
mike.e.allen@conocophillips.com
mike.matthews@conocophillips.com
patrick.s.hayes@conocophillips.com
rex.w.bennett@conocophillips.com
roger.a.shirley@conocophillips.com

sid.bassett@conocophillips.com
stephen.donovan@conocophillips.com
steve.h.western@conocophillips.com
stuart.dalgleish@conocophillips.com
trease@conocophillips.com
willie.chiang@conocophillips.com
ahmed_moustafa@conseco.com
ajith_balannair@conseco.com
brian_clark@conseco.com
daniel_murphy@conseco.com
david_tankin@conseco.com
eric_fritzche@conseco.com
eric_lutton@conseco.com
guanghi_peng@conseco.com
jalil_patel@conseco.com
jason_toussaint@conseco.com
jeremy_keller@conseco.com
jerimy_horner@conseco.com
link_leatherman@conseco.com
matthew_boice@conseco.com
michael_glickman@conseco.com
michael_whitlock@conseco.com
mohammed_alhaffar@conseco.com
monti_mace@conseco.com
nancy_mckendry@conseco.com
paula_baker@conseco.com
rick_richmond@conseco.com
ryan_white@conseco.com
sara_earle@conseco.com
scott_clancy@conseco.com
shawn_ardizone@conseco.com
shilpa_kadam@conseco.com
tami_babcook@conseco.com
thomas_davis@conseco.com
tim_jacobson@consecofinance.com
camco@consistenasset.com
camco@consistentasset.com
danielh@constitutioncorp.org
jeffn@constitutioncorp.org
jenniferb@constitutioncorp.org
stefan.rueter@conti.de
jorg@continuum.bm
jf@continuumgrp.com
lsithivong@convexitycapital.com
meeheev@cook-inlet.com
isabel.vilela@cookson.co.uk
lisa_williams@cookson.co.uk
mike.butterworth@cookson.co.uk
chris.wild@co-operativebank.co.uk
ddonald@co-operativebank.co.uk
ebridge@co-operativebank.co.uk
jmoule@co-operativebank.co.uk
matthew.bryant@co-operativebank.co.uk
mcrump@co-operativebank.co.uk
neil.mcloughlin@co-operativebank.co.uk
hachigian@cooperindustries.com
hilla@cooperindustries.com
kadar@cooperindustries.com
leightma@cooperindustries.com
safran@cooperindustries.com

| | | |
|---|---|---|
| terry.klebe@cooperindustries.com | ajl76@cornell.edu | hld39@cornell.edu |
| tom.ogrady@cooperindustries.com | ak444@cornell.edu | hs267@cornell.edu |
| tyler.johnson@cooperindustries.com | ak445@cornell.edu | hsl3@cornell.edu |
| schung@cooperneff.com | akh8@cornell.edu | hy223@cornell.edu |
| stephane.hamel@cooperneff-am.com | als76@cornell.edu | hz54@cornell.edu |
| anorton@copera.org | anj1@cornell.edu | ia37@cornell.edu |
| bconty@copera.org | as2248@cornell.edu | ird2@cornell.edu |
| bkoski@copera.org | asd46@cornell.edu | isn2@cornell.edu |
| bpiersma@copera.org | asn28@cornell.edu | ja256@cornell.edu |
| cbaca@copera.org | asu1@cornell.edu | jae83@cornell.edu |
| cdunmall@copera.org | ata25@cornell.edu | james.walsh@cornell.edu |
| crenna@copera.org | avb8@cornell.edu | jap234@cornell.edu |
| djensen@copera.org | avk35@cornell.edu | jas384@cornell.edu |
| dlukkes@copera.org | bac55@cornell.edu | jc495@cornell.edu |
| dlynch@copera.org | bac78@cornell.edu | jcp68@cornell.edu |
| gbender@copera.org | bb75@cornell.edu | jdf222@cornell.edu |
| jbendt@copera.org | bct43@cornell.edu | jdp228@cornell.edu |
| jechols@copera.org | bi25@cornell.edu | jeh27@cornell.edu |
| jliptak@copera.org | bk229@cornell.edu | jew24@cornell.edu |
| jmestek@copera.org | bs439@cornell.edu | jh432@cornell.edu |
| jpaquette@copera.org | bsf22@cornell.edu | jhc237@cornell.edu |
| jwidhalm@copera.org | bt49@cornell.edu | jhl46@cornell.edu |
| kevans@copera.org | cc457@cornell.edu | jhn24@cornell.edu |
| ktayman@copera.org | cee24@cornell.edu | jk739@cornell.edu |
| lbennett@copera.org | cg336@cornell.edu | jk947@cornell.edu |
| ldumler@copera.org | cjs273@cornell.edu | jl888@cornell.edu |
| lenger@copera.org | cms238@cornell.edu | jm744@cornell.edu |
| margo@copera.org | cpd38@cornell.edu | jma87@cornell.edu |
| mmore@copera.org | crs63@cornell.edu | jmb329@cornell.edu |
| mmorrison@copera.org | cs585@cornell.edu | jmd347@cornell.edu |
| mmoyer@copera.org | das10@cornell.edu | joo6@cornell.edu |
| nablicki@copera.org | das247@cornell.edu | jqh3@cornell.edu |
| nbenedict@copera.org | dhf9@cornell.edu | jsb92@cornell.edu |
| pwerner@copera.org | dhs4@cornell.edu | jtk28@cornell.edu |
| rhinderlie@copera.org | djb@cornell.edu | jv228@cornell.edu |
| sputnam@copera.org | dl255@cornell.edu | jys22@cornell.edu |
| stroge@copera.org | dm273@cornell.edu | jyw26@cornell.edu |
| tauer@copera.org | dpc28@cornell.edu | jz242@cornell.edu |
| tmeirink@copera.org | dpp22@cornell.edu | kaw242@cornell.edu |
| wrempel@copera.org | dq22@cornell.edu | kc346@cornell.edu |
| ftbmw@coralwave.com | drc32@cornell.edu | kdh42@cornell.edu |
| kmagner@cordillera.com | drh38@cornell.edu | kgj2@cornell.edu |
| gevbugge@cordius.be | dsh39@cornell.edu | kgk36@cornell.edu |
| javholsb@cordius.be | dtn4@cornell.edu | khg22@cornell.edu |
| soboucka@cordius.be | dw326@cornell.edu | knb242@cornell.edu |
| stvanacker@cordius.be | dws2@cornell.edu | krl23@cornell.edu |
| albilge@cordius .be | erm37@cornell.edu | ks657@cornell.edu |
| arnd.stricker@corealcredit.de | evm26@cornell.edu | ktb23@cornell.edu |
| thomas.arendt@corealcredit.de | far26@cornell.edu | ktb4@cornell.edu |
| aac57@cornell.edu | fg62@cornell.edu | kwc26@cornell.edu |
| aah7@cornell.edu | ft53@cornell.edu | kww8@cornell.edu |
| aas56@cornell.edu | ge33@cornell.edu | law53@cornell.edu |
| abb39@cornell.edu | gfh3@cornell.edu | ljb99@cornell.edu |
| ac439@cornell.edu | gh98@cornell.edu | lld43@cornell.edu |
| acf33@cornell.edu | gl78@cornell.edu | lmc57@cornell.edu |
| ag299@cornell.edu | gwl1@cornell.edu | lob2@cornell.edu |
| ag498@cornell.edu | gy25@cornell.edu | lr10@cornell.edu |
| agp49@cornell.edu | hd35@cornell.edu | lz56@cornell.edu |
| ahl36@cornell.edu | hl366@cornell.edu | lz89@cornell.edu |
| ajb62@cornell.edu | hl377@cornell.edu | mak333@cornell.edu |

| | | |
|---|---|---|
| mcc59@cornell.edu | sjk47@cornell.edu | rpost@corporateone.coop |
| md292@cornell.edu | sjs5@cornell.edu | tcantrell@corporateone.coop |
| meg72@cornell.edu | sjs92@cornell.edu | tthomas@corporateone.coop |
| mev28@cornell.edu | sk2232@cornell.edu | dsemenak@corusbank.com |
| mfp39@cornell.edu | sk795@cornell.edu | rkoretz@corusbank.com |
| mg344@cornell.edu | sl945@cornell.edu | ttaylor@corusbank.com |
| mgtref@cornell.edu | sl952@cornell.edu | kees.vanardenne@corusgroup.com |
| mh565@cornell.edu | smc338@cornell.edu | madams@countryclubbank.com |
| mh599@cornell.edu | sp433@cornell.edu | raplinger@countryclubbank.com |
| mhc67@cornell.edu | spm36@cornell.edu | simming@countryclubbank.com |
| mis28@cornell.edu | ss522@cornell.edu | avi_patel@countrywide.com |
| mkp23@cornell.edu | ssl38@cornell.edu | brian_doolittle@countrywide.com |
| mm355@cornell.edu | ssr72@cornell.edu | brian_mckee@countrywide.com |
| mml46@cornell.edu | stg8@cornell.edu | grant_couch@countrywide.com |
| mms286@cornell.edu | stl29@cornell.edu | hicham_hajhamou@countrywide.com |
| mns22@cornell.edu | sva6@cornell.edu | jacob_williams@countrywide.com |
| mrm253@cornell.edu | sx33@cornell.edu | joshua_brenner@countrywide.com |
| mw333@cornell.edu | tl337@cornell.edu | joshua_holden@countrywide.com |
| mz224@cornell.edu | tt333@cornell.edu | juan_puigdevall@countrywide.com |
| mz75@cornell.edu | tv44@cornell.edu | kenneth_liu@countrywide.com |
| nac47@cornell.edu | tw227@cornell.edu | kevin_flynn@countrywide.com |
| ncs66@cornell.edu | ub24@cornell.edu | kevin_john@countrywide.com |
| njz3@cornell.edu | vlb23@cornell.edu | kevin_mahon@countrywide.com |
| nm86@cornell.edu | vlt7@cornell.edu | mark_hill@countrywide.com |
| ns439@cornell.edu | vyc3@cornell.edu | michael_sanchez@countrywide.com |
| ns532@cornell.edu | vza1@cornell.edu | mike_sorensen@countrywide.com |
| nt243@cornell.edu | wf39@cornell.edu | newton_yeo@countrywide.com |
| nv82@cornell.edu | ww242@cornell.edu | nishant_pathela@countrywide.com |
| nz44@cornell.edu | xc45@cornell.edu | robert_farrell@countrywide.com |
| pdp5@cornell.edu | xf26@cornell.edu | tieu-my_nguyen@countrywide.com |
| ph99@cornell.edu | xl285@cornell.edu | william_stenson@countrywide.com |
| pjm43@cornell.edu | xz277@cornell.edu | markus.husy@coutts.com |
| pk334@cornell.edu | yak2@cornell.edu | mitesh.patel@coutts.com |
| pkp27@cornell.edu | ybp2@cornell.edu | dknorowski@covad.net |
| pl333@cornell.edu | yx36@cornell.edu | aoreilly@coventrybuildingsociety.co.uk |
| pln23@cornell.edu | zc17@cornell.edu | kwall@coventrybuildingsociety.co.uk |
| pm327@cornell.edu | zjs2@cornell.edu | lwilliams@coventrybuildingsociety.co.uk |
| pmb9@cornell.edu | alessandro.bieri@corner.ch | mchowdhury@cox.net |
| pr96@cornell.edu | azzi@corner.ch | tjohnson63@cox.net |
| pz35@cornell.edu | cand@corner.ch | brandon.duck@cpa.state.tx.us |
| ql43@cornell.edu | cliv@corner.ch | corbin.chaffin@cpa.state.tx.us |
| rg369@cornell.edu | emmanuele.martino@corner.ch | dave.dabney@cpa.state.tx.us |
| rgw23@cornell.edu | eros.butti@corner.ch | eddie.willis@cpa.state.tx.us |
| rjr242@cornell.edu | fabio.mossi@corner.ch | eduardo.lalo.torres@cpa.state.tx.us |
| rk275@cornell.edu | lorena.fregosi@corner.ch | kelly.tomkinson@cpa.state.tx.us |
| rmk59@cornell.edu | marc.oehen@corner.ch | kristi.fisher@cpa.state.tx.us |
| rr388@cornell.edu | marco.campana@corner.ch | michael.leifeste@cpa.state.tx.us |
| rts27@cornell.edu | nicola.lafranchi@corner.ch | mike.samples@cpa.state.tx.us |
| sap39@cornell.edu | sandro.dellasala@corner.ch | robert.tijerina@cpa.state.tx.us |
| sb235@cornell.edu | stefano.cei@corner.ch | scott.scarborough@cpa.state.tx.us |
| sc433@cornell.edu | stefano.gianinazzi@corner.ch | tim.nguyen@cpa.state.tx.us |
| sc469@cornell.edu | dwharmby@cornerstoneadvisers.com | james_li@cpf-aa.com |
| sc475@cornell.edu | wgustafson@cornerstoneadvisers.com | jason.wang@cpic-ing.com.cn |
| sc536@cornell.edu | sofiokc@corning.com | philips.mao@cpic-ing.com.cn |
| sc938@cornell.edu | jhs11@cornll.edu | bjacquard@cpr.fr |
| ser43@cornell.edu | johnny.heng@cornucopia-capital.com | fpisani@cpr.fr |
| sfk23@cornell.edu | cschneider@corpone.org | plelievre@cpr.fr |
| shm32@cornell.edu | jghammashi@corpone.org | pvanacker@cpr.fr |
| sii3@cornell.edu | lbutke@corpone.org | sgoupil@cpr.fr |
| sim8@cornell.edu | relger@corpone.org | sharvard@cpr.fr |

vquesada@cpr.fr
xlazarus@cpr.fr
afaller@cpr-am.fr
alexandra.barradas@cpr-am.fr
apchoquenet@cpr-am.fr
arnaud.colombel@cpr-am.fr
arnaud.dazat@cpr-am.fr
arnaud.neris@cpr-am.fr
arthur.guerin@cpr-am.fr
asalle@cpr-am.fr
aude.guillere@cpr-am.fr
caroline.canard@cpr-am.fr
cbourgin@cpr-am.fr
christian.lopez@cpr-am.fr
christophe.dehondt@cpr-am.fr
clement.maclou@cpr-am.fr
cyrille.collet@cpr-am.fr
didier.venet@cpr-am.fr
ebertrand@cpr-am.fr
edreyfuss@cpr-am.fr
ehenri@cpr-am.fr
eric.labbe@cpr-am.fr
fabienne.evrard@cpr-am.fr
fcalais@cpr-am.fr
gregory.molinaro@cpr-am.fr
hpagazani@cpr-am.fr
iguenard@cpr-am.fr
isabelle.colombo@cpr-am.fr
jack.lequertier@cpr-am.fr
jdaire@cpr-am.fr
julien.levykern@cpr-am.fr
karim.mzoughi@cpr-am.fr
laurence.metayer@cpr-am.fr
lclement@cpr-am.fr
lschwartz@cpr-am.fr
michael.sourp@cpr-am.fr
migra20.2003@cpr-am.fr
nelkhoury@cpr-am.fr
nicolas.johnson@cpr-am.fr
noemie.hadjadj@cpr-am.fr
nordine.ouchelli@cpr-am.fr
npicard@cpr-am.fr
ohuby@cpr-am.fr
patrice.ribault@cpr-am.fr
phabert@cpr-am.fr
philippe.weber@cpr-am.fr
ppenet@cpr-am.fr
rdecavele@cpr-am.fr
regis.bruley@cpr-am.fr
rodolphe.taquet@cpr-am.fr
salima.gebleux@cpr-am.fr
sandra.bernard@cpr-am.fr
sbourmaud@cpr-am.fr
scordebar@cpr-am.com
sophie.cloux@cpr-am.fr
stephane.marie-francoise@cpr-am.fr
sylvain.bruley@cpr-am.fr
tdekerviler@cpr-am.fr
thierry.sarles@cpr-am.fr
tjabez@cpr-am.fr

trascoll@cpr-am.fr
vafa.ahmadi@cpr-am.fr
yannick.lopez@cpr-am.fr
clacarriere@cprus.com
gtauber@cprus.com
koneil@cprus.com
lregina@cprus.com
narevalo@cprus.com
rmeckler@cprus.com
clevert@cps.k12.il.us
sdbiedermann@cps.k12.il.us
rivierep@cpw.co.uk
agatha.wong@cpy.com.hk
jeanchang@cpy.com.hk
pascale.kerviel@cr29.credit-agricole.fr
mvertova@cracantu.it
plentz@crain.com
bdenihan@crawfordinvestment.com
bkuzmin@crawfordinvestment.com
dcrawford@crawfordinvestment.com
ddisimone@crawfordinvestment.com
gdelong@crawfordinvestment.com
j4crawford@crawfordinvestment.com
jmorgan@crawfordinvestment.com
lkrone@crawfordinvestment.com
mwilliams@crawfordinvestment.com
pbecht@crawfordinvestment.com
sbarth@crawfordinvestment.com
tbuehler@crawfordinvestment.com
c.conti@creberg.it
m.faroni@creberg.it
m.nicoli@creberg.it
nmarchesii@creberg.it
r.zanetti@creberg.it
agioia@credem.it
anilo@credem.it
baleotti@credem.it
cgrasselli@credem.it
cpizzigoni@credem.it
cvuolo@credem.it
ebergonzini@credem.it
fbesutti@credem.it
gmarzano@credem.it
gminotti@credem.it
gsalone@credem.it
imontepietra@credem.it
mcalzolari@credem.it
mcambi@credem.it
mcavedoni@credem.it
pevangelista@credem.it
ppanciroli@credem.it
psganzerla@credem.it
rmanfredi@credem.it
rreggiani@credem.it
smalagoli@credem.it
vcasolo@credem.it
bghio@credicorpsec.com
drabella@crediinvest.ad
icanabate@crediinvest.ad
smarti@crediinvest.ad

xbernat@crediinvest.ad
francesco.de@crediop.it
guiseppe.condello@credi-suisse.com
dewilde@credit.fr
agnes.declermont@credit-agricole-sa.fr
annabelle.wiriath@credit-agricole-sa.fr
brigitte.lefebvre-hebert@credit-agricole-sa.fr
claude.grandfils@credit-agricole-sa.fr
denis.kleiber@credit-agricole-sa.fr
eric.vandamme@credit-agricole-sa.fr
frederic.braun@credit-agricole-sa.fr
georges.pauget@credit-agricole-sa.fr
gilles.demargerie@credit-agricole-sa.fr
henri.tran@credit-agricole-sa.fr
jerome.karkulowski@credit-agricole-sa.fr
laurent.billecoq@credit-agricole-sa.fr
olivier.nicolas@credit-agricole-sa.fr
omar.ismaelaguirre@credit-agricole-sa.co.uk
patrick.mavro@credit-agricole-sa.fr
philippe.dore@credit-agricole-sa.fr
philippe.poeydomengedebettignies@credit-agricole-sa.fr
yoann.cohen@credit-agricole-sa.fr
amelsio@creditandorra.ad
bcollado@creditandorra.ad
csanchez@creditandorra.ad
cvazquez@creditandorra.ad
dmacia@creditandorra.ad
earrebola@creditandorra.ad
efarras@creditandorra.ad
egalceran@creditandorra.ad
jcanals@creditandorra.ad
jkitovitz@creditandorra.ad
jnin@creditandorra.ad
jsanchez@creditandorra.ad
jtico@creditandorra.ad
lgris@creditandorra.ad
mpons@creditandorra.ad
npovedano@creditandorra.ad
oros@creditandorra.ad
ralfonso@creditandorra.ad
rrabat@creditandorra.ad
smartin@creditandorra.ad
storrentn@creditandorra.ad
svilardell@creditandorra.ad
xcornellac@creditandorra.ad
cem.kurdoglu@crediteuope.ch
laurent.tresch@crediteurop.lu
maria.klesper@crediteurop.lu
marina.longhino@crediteurop.lu
olivier.roussel@crediteurop.lu
philippe.colin@crediteurop.lu
sarah.dirn@crediteurop.lu
treasury@crediteurop.lu
ceyhun.zihna@crediteurope.ch
alain.carron@creditfoncier.fr
benoit.demol@creditfoncier.fr
dauphou.edi@creditfoncier.fr
emmanuel.bardeur@creditfoncier.fr
erik.lemaire@creditfoncier.fr

frederic.chassot@creditfoncier.fr
gregory.rousseau@creditfoncier.fr
iris.tuil@creditfoncier.fr
jacques.souquieres@creditfoncier.fr
jean-marie.garreau@creditfoncier.fr
jerome.garnache@creditfoncier.fr
laurent.giraud@creditfoncier.fr
lydie.coarer@creditfoncier.fr
maurice.boukobza@creditfoncier.fr
nathalie.michel@creditfoncier.fr
paul.dudouit@creditfoncier.fr
pierrelouis.baslez@creditfoncier.fr
sandrine.guerin@creditfoncier.fr
thibaut.federici@creditfoncier.fr
thierry.dufour@creditfoncier.fr
veronique.akoun@creditfoncier.fr
alexandre.varenne@creditlyonnais.fr
anthony.wilson@creditlyonnais.co.uk
christophe.havret@creditlyonnais.ch
eva.luke@creditlyonnais.ch
francine.perdu@creditlyonnais.fr
francois.licoppe@creditlyonnais.lu
geraldine.bouvet@creditlyonnais.ch
jacques.hautefeuille@creditlyonnais.fr
jay.kanani@creditlyonnais.co.uk
jean-christophe.bonassies@creditlyonnais.fr
jean-patrick.marquet@creditlyonnais.co.uk
olivier.godfriend@creditlyonnais.lu
pablo.gonzalez@creditlyonnais.co.uk
patrick.dhondt@creditlyonnais.lu
patrick.petit@creditlyonnais.lu
paul.ainsworth@creditlyonnais.co.uk
pm@creditlyonnais.ch
simon.brooks@creditlyonnais.co.uk
sonia.lee@creditlyonnais.fr
stephane.guillaume@creditlyonnais.lu
thierry.simon@creditlyonnais.fr
yves.petit@creditlyonnais.fr
ldemolin@creditlyonnaisyn.comb
aousticl@creditmutuel.fr
bousseva@creditmutuel.fr
gewaunknown@creditorrelations.com1@handelsba
nken.s
gohounknown@creditorrelations.com4@handelsban
ken.s
unknown@creditorrelations.com
christoph.merz@credit-suisse.com
francois.rossier@credit-suiss.com
andreas.speer@creditsuisse.com
howard.wu@creditsuisse.com
wilson.yang@coitsuisse.com
aaron.joyce@credit-suisse.com
adam.betteridge@credit-suisse.com
adam.kaplan@credit-suisse.com
adam.mika@credit-suisse.com
adam.scheiner@credit-suisse.com
adrian.zuercher@credit-suisse.com
agostino.miele@credit-suisse.com
aidan.kearney@credit-suisse.com
alain.pointet@credit-suisse.com

aleksander.pfajfer@credit-suisse.com
alex.guggisberg@credit-suisse.com
alex.peter@credit-suisse.com
alexander.buerger@credit-suisse.com
alexander.burger@credit-suisse.com
alexander.froschauer@credit-suisse.com
alexander.schnell@credit-suisse.com
alexander.schwiersch@credit-suisse.com
alexandre.bruhin@credit-suisse.com
alexandre.vuilleumier@credit-suisse.com
alfons.simonius@credit-suisse.com
alfred.johnstone@credit-suisse.com
alida.carcani@credit-suisse.com
alisdair.mitchell@credit-suisse.com
alison.lepavoux@credit-suisse.com
allyson.alimansky@credit-suisse.com
alois.bischofberger@credit-suisse.com
alois.mannhart@credit-suisse.com
amanda.hanks@credit-suisse.com
anders.vik@credit-suisse.com
andre.frick@credit-suisse.com
andre.guentert.2@credit-suisse.com
andre.mannhart@credit-suisse.com
andrea.cortesi@credit-suisse.com
andrea.ehinger@credit-suisse.com
andrea.guzzi@credit-suisse.com
andrea.haenel@credit-suisse.com
andrea.raedler@credit-suisse.com
andrea.roner@credit-suisse.com
andreas.frey@credit-suisse.com
andreas.herth@credit-suisse.com
andreas.hollenstein@credit-suisse.com
andreas.mueller.6@credit-suisse.com
andreas.nedoma@credit-suisse.com
andreas.spring@credit-suisse.com
andres.allende@credit-suisse.com
andrew.bartlett@credit-suisse.com
andrew.beresford-davies@credit-suisse.com
andrew.lenskold@credit-suisse.com
andrew.marshak@credit-suisse.com
andrew.renouf@credit-suisse.com
angelina.chang@credit-suisse.com
anja.hochberg@credit-suisse.com
anke.m.haux@credit-suisse.com
anna.schneebeli@credit-suisse.com
annabel.betz@credit-suisse.com
annelise.eschmann@credit-suisse.com
anthony.deluise@credit-suisse.com
anton.sussland@credit-suisse.com
antonio.aprea@credit-suisse.com
antonios.koutsoukis@credit-suisse.com
apostolos.thimianakis@credit-suisse.com
arjuna.mahendran@credit-suisse.com
arun.ratra@credit-suisse.com
aude.scheuer.2@credit-suisse.com
august.hatecke@credit-suisse.com
beat.alpiger@credit-suisse.com
beat.grunder@credit-suisse.com
beat.ruegg@credit-suisse.com
beat.ruffieux@credit-suisse.com

beat.schumacher@credit-suisse.com
ben.goodsell@credit-suisse.com
benjamin.meier@credit-suisse.com
benjy.cuby@credit-suisse.com
bernd.hofmann.2@credit-suisse.com
bernhard.hauschild@credit-suisse.de
bernhard.p.felder@credit-suisse.com
bernhard.tschanz@credit-suisse.com
bernie.mahon@credit-suisse.com
bertrand.beney@credit-suisse.com
bettina.boehm.2@credit-suisse.de
bill.cirocco@credit-suisse.com
bill.giannousis@credit-suisse.com
bin.wu@credit-suisse.com
bixio.farei-campagna@credit-suisse.com
blain.berhanu@credit-suisse.com
boris.boskovic@credit-suisse.com
brendan.whitely@credit-suisse.com
brian.herr@credit-suisse.com
bruno.langfritz@credit-suisse.com
burkhard.varnholt@credit-suisse.com
burnett.hansen@credit-suisse.com
carmelo.basile@credit-suisse.com
carmen.schriber@credit-suisse.com
caroline.wirth@credit-suisse.com
carri.duncan@credit-suisse.ch
carsten.kroeger@credit-suisse.com
cedric.spahr@credit-suisse.com
charles.traband@credit-suisse.com
chirag.shah@credit-suisse.com
chris.trudgeon@credit-suisse.com
christian.arnold@credit-suisse.com
christian.bauer@credit-suisse.com
christian.bluhm@credit-suisse.com
christian.dick@credit-suisse.com
christian.double@credit-suisse.com
christian.gell@credit-suisse.com
christian.luchsinger@credit-suisse.com
christian.morresi@credit-suisse.com
christian.schmid.5@credit-suisse.com
christian.schuepbach@credit-suisse.com
christian.schulte@credit-suisse.com
christian.senn.2@credit-suisse.com
christine.schmid@credit-suisse.com
christoph.fehr@credit-suisse.com
christoph.mueller.12@credit-suisse.com
christoph.peter@credit-suisse.com
christoph.r.sieger@credit-suisse.com
christoph.stelzer@credit-suisse.com
christopher.burton@credit-suisse.com
christopher.mahoney@credit-suisse.com
cindy.morales@credit-suisse.com
claude.duperret@credit-suisse.com
claude.merki@credit-suisse.com
claude.vautier@credit-suisse.com
claudio.lepore@credit-suisse.com
clemens.mueller@credit-suisse.com
coley.jellinghaus@credit-suisse.com
colin.nutt@credit-suisse.com
constantin.filitti@credit-suisse.com

curzio.copis@credit-suisse.com
cyril.notz@credit-suisse.com
daniel.aregger@credit-suisse.com
daniel.brem@credit-suisse.com
daniel.brupbacher@credit-suisse.com
daniel.fabry@credit-suisse.com
daniel.gaechter@credit-suisse.com
daniel.gasser@credit-suisse.com
daniel.mathis@credit-suisse.com
daniel.mezenen@credit-suisse.com
daniel.schefer@credit-suisse.com
daniel.schmitt@credit-suisse.com
daniel.shashoua@credit-suisse.com
daniel.stampfli@credit-suisse.com
daniel.stuber@credit-suisse.com
daniela.brechtel@credit-suisse.com
daniela.gili@credit-suisse.com
daragh.murphy@credit-suisse.com
david.blumer@credit-suisse.com
david.broennimann@credit-suisse.com
david.chambovey@credit-suisse.com
david.clarkson@credit-suisse.com
david.dunkleman@credit-suisse.com
david.engel@credit-suisse.com
david.hobson@credit-suisse.com
david.kershaw@credit-suisse.com
david.shiau@credit-suisse.com
david.williamson@credit-suisse.com
david.zejda@credit-suisse.com
davide.mellini@credit-suisse.com
denise.fries@credit-suisse.com
diane.mole@credit-suisse.com
diane.stingo@credit-suisse.com
dietmar.peetz@credit-suisse.com
dirk.jung@credit-suisse.com
dirk.wieringa@credit-suisse.com
dmitry.novitsky@credit-suisse.com
domenico.bonatesta@credit-suisse.com
dominik.bloch@credit-suisse.com
dominik.buesser@credit-suisse.com
dominik.c.mueller@credit-suisse.com
dominik.ulrich@credit-suisse.com
dominique.buemi@credit-suisse.com
dominique.deleze@credit-suisse.com
dominique.demaddalena@credit-suisse.com
dominique.kohler@credit-suisse.com
dominique.schwab@credit-suisse.com
douglas.rothstein@credit-suisse.com
dragan.kostic@credit-suisse.com
duncan.thomas@credit-suisse.com
edward.atkins@credit-suisse.com
edward.zaledonis@credit-suisse.com
ee-yung.yip@credit-suisse.com
elena.gounakis@credit-suisse.com
elena.guglielmin@credit-suisse.com
elijah.brice@credit-suisse.com
elizabeth.challenor@credit-suisse.com
elizabeth.eaton@credit-suisse.com
emma.cook@credit-suisse.com
endre.kovacs@credit-suisse.com

enrico.debattista@credit-suisse.com
enrico.zanollo@credit-suisse.com
eric.gueller@credit-suisse.com
eric.wiegand@credit-suisse.com
erik.muller@credit-suisse.com
erika.rajman@credit-suisse.com
ernesto.turnes@credit-suisse.com
ernst.zbinden@credit-suisse.com
ester.marte@credit-suisse.com
etrita.ibroci@credit-suisse.com
fabrizio.bolognini@credit-suisse.com
fabrizio.lemme@credit-suisse.it
felix.maag@credit-suisse.com
felix.tan@credit-suisse.com
fidel.kasikci@credit-suisse.com
filip.sarovic@credit-suisse.com
filippo.rima@credit-suisse.com
florence.schnydrig@credit-suisse.com
francesco.faraci@credit-suisse.com
francesco.fonzi@credit-suisse.com
francesco.luraschi@credit-suisse.com
francesco.perissin@credit-suisse.com
frank.burri@credit-suisse.com
frank.huber@credit-suisse.com
frank.nyffenegger@credit-suisse.com
frederic.anken@credit-suisse.com
frederic.methlow@credit-suisse.ch
frederic.testi@credit-suisse.com
frederik.deblock@credit-suisse.com
fredrik.akesson.2@credit-suisse.com
gabriel.degen@credit-suisse.com
gemma.burke@credit-suisse.com
george.challenor@credit-suisse.com
georgios.mouskoundi@credit-suisse.com
gerald.jordan@credit-suisse.com
gerard.sheehan@credit-suisse.com
germain.maillard@credit-suisse.com
giacomo.marzotto@credit-suisse.com
gian-luca.giuntini@credit-suisse.com
gianluca.pecoraro.2@credit-suisse.com
giles.keating@credit-suisse.com
giovanni.fedrigoli@credit-suisse.com
giuseppe.giase@credit-suisse.com
graham.duce@credit-suisse.com
greg.cox@credit-suisse.com
greg.rye@credit-suisse.com
gregg.bridger@credit-suisse.com
gregoire.biollaz@credit-suisse.com
gregor.cantieni@credit-suisse.com
gregor.trachsel@credit-suisse.com
gregory.diche@credit-suisse.com
gregory.siegel@credit-suisse.com
grey.harris@credit-suisse.com
gupta.siddharth@credit-suisse.com
gustav.inglin@credit-suisse.com
gustavo.salomao@credit-suisse.com
han.li@credit-suisse.com
hans.boije@credit-suisse.com
hans-georg.vetterlin@credit-suisse.com
hansjoerg.b.germann@credit-suisse.com

heinz.tschabold@credit-suisse.com
herbert.naef@credit-suisse.com
herbert.steiner@credit-suisse.com
hergo.bhangal@credit-suisse.com
herve.prettre@credit-suisse.com
hilary.park@credit-suisse.com
himanshu.lukha@credit-suisse.com
holger.schulz@credit-suisse.de
holger.seib@credit-suisse.com
hueseyin.ordu@credit-suisse.com
ian.wood@credit-suisse.com
igor.socchi@credit-suisse.com
ilan.friedman@credit-suisse.com
illya.lebedynets@credit-suisse.com
ipo.desk@credit-suisse.com
isiah.zhang@credit-suisse.com
ivan.marinkovic@credit-suisse.com
jack.lee@credit-suisse.com
jacky.cheung@credit-suisse.com
jacqueline.ledergerber@credit-suisse.com
jacqueline.schimenti@credit-suisse.com
jacques.vallon@credit-suisse.com
jake.hindelong@credit-suisse.com
jakob.vonkalckreuth@credit-suisse.com
jakob.zgraggen@credit-suisse.com
james.chandler@credit-suisse.com
james.joicey-cecil@credit-suisse.com
james.potesky@credit-suisse.com
james.wipf@credit-suisse.com
jamie.ferbrache@credit-suisse.com
jan.berg@credit-suisse.com
jana.petrovcic@credit-suisse.com
javier.lamelas@credit-suisse.com
jay.r.goldenstein@credit-suisse.com
jean-claude.coulima-sammouill@credit-suisse.com
jeaninne.ballabio@credit-suisse.com
jean-marc.martin@credit-suisse.com
jean-philippe.pfulg@credit-suisse.com
jennifer.huang@credit-suisse.com
jens.erler@credit-suisse.com
jeremy.baker.2@credit-suisse.com
jeremy.j.field@credit-suisse.com
jiyoung.kim@credit-suisse.com
joe.capone@credit-suisse.com
joel.kohli@credit-suisse.com
joelle.crugnola@credit-suisse.com
joerg.heierli@credit-suisse.com
johan.rydqvist@credit-suisse.com
john.feigl@credit-suisse.com
john.g.popp@credit-suisse.com
john.howard@credit-suisse.com
johnson.guo@credit-suisse.com
joost.bilkes@credit-suisse.com
jordan.low@credit-suisse.com
jordan.miller@credit-suisse.com
jose.a.ellenberger@credit-suisse.ch
jose.arcilla@credit-suisse.com
jose.michan@credit-suisse.com
joseph.a.vicich@credit-suisse.com
joseph.d'abruzzo@credit-suisse.com

| | | |
|---|---|---|
| joshua.vollertsen@credit-suisse.com | marc.zieger@credit-suisse.de | michael.pinggera@credit-suisse.com |
| judy.gau@credit-suisse.com | marc-antoine.haudenschild@credit-suisse.com | michael.rauch@credit-suisse.com |
| juerg.stadelmann@credit-suisse.com | marcel.lutz@credit-suisse.com | michael.scali@credit-suisse.com |
| juerg.syz@credit-suisse.com | marcel.thieliant@credit-suisse.com | michael.shackelford@credit-suisse.com |
| juergen.tetzlaff@credit-suisse.com | marcel.wittwer@credit-suisse.com | michael.zemp.2@credit-suisse.com |
| julian.beard@credit-suisse.com | marco.freihofer@credit-suisse.com | michael.zimmermann@credit-suisse.com |
| julien.gueissaz@credit-suisse.com | marco.jenny@credit-suisse.com | michael.zobrist.2@credit-suisse.com |
| julien.lippmann@credit-suisse.ch | marco.koepfli@credit-suisse.com | michel.businger@credit-suisse.com |
| juliette.lim-fat@credit-suisse.com | marco.meier@credit-suisse.com | michel.coussaert@credit-suisse.com |
| justin.jones@credit-suisse.com | marco.tinessa@credit-suisse.com | michel.degen@credit-suisse.com |
| justin.jordan@credit-suisse.com | marcus.hettinger@credit-suisse.com | michel.venanzi@credit-suisse.com |
| kai.drewe@credit-suisse.de | maria.madats@credit-suisse.com | mike.eng@credit-suisse.com |
| kai.rudolph@credit-suisse.com | marie-elise.curty@credit-suisse.com | mira.bhogaita@credit-suisse.com |
| kam.poon@credit-suisse.com | marilyn.boorman@credit-suisse.com | mirco.tieppo@credit-suisse.com |
| kamran.butt@credit-suisse.com | maritza.ribeiro@credit-suisse.com | mirko.ballmer@credit-suisse.com |
| karim.p.jabri@credit-suisse.com | mark.barres@credit-suisse.com | miroslav.durana@credit-suisse.com |
| karin.hennecke@credit-suisse.com | mark.reeves@credit-suisse.com | moez.jamal@credit-suisse.ch |
| karl.aziz@credit-suisse.com | mark.rudin@credit-suisse.com | mog.chu-yang-heu@credit-suisse.com |
| karl.barrow@credit-suisse.com | markus.helfenstein@credit-suisse.com | monica.mastroberardino@credit-suisse.com |
| karolina.nowicka@credit-suisse.com | markus.liechti@credit-suisse.com | monika.tschudi@credit-suisse.com |
| karsten.linowsky@credit-suisse.com | markus.maechler@credit-suisse.com | montserrat.gomez@credit-suisse.com |
| karsten.steinberg@credit-suisse.com | markus.pfister@credit-suisse.com | nancy.nierman@credit-suisse.com |
| keith.devito@credit-suisse.com | markus.solenthaler@credit-suisse.com | nannette.hechler-fayd'herbe@credit-suisse.com |
| kevin.barry@credit-suisse.com | markus.unterhofer@credit-suisse.com | natalia.correa@credit-suisse.com |
| kim.fox-moertl@credit-suisse.com | markus.zipperer@credit-suisse.com | niall.buggy@credit-suisse.com |
| kimura.tomonari@credit-suisse.com | martin.froeschl@credit-suisse.com | nick.davis@credit-suisse.com |
| knut.mueller@credit-suisse.com | martin.isler@credit-suisse.com | nicola.ballabio@credit-suisse.com |
| kurt.baer.3@credit-suisse.com | martin.janser@credit-suisse.com | nicola.nole@credit-suisse.com |
| kurt.oberhaensli@credit-suisse.com | martin.kobler@credit-suisse.com | nicolas.blatti@credit-suisse.com |
| kwame.gadsby@credit-suisse.com | martin.mcmahon@credit-suisse.com | nicolas.pellicer@credit-suisse.com |
| lara.schlegelmilch@credit-suisse.com | martin.zimmer@credit-suisse.de | nicole.habegger@credit-suisse.com |
| lars.kalbreier@credit-suisse.com | martino.perkmann@credit-suisse.com | nicole.rhodes@credit-suisse.com |
| laura.friedman@credit-suisse.com | massimo.pedrazzini@credit-suisse.com | nigel.coleman@credit-suisse.com |
| laura.granger@credit-suisse.com | matthew.dembski@credit-suisse.com | niklaus.wernli@credit-suisse.com |
| laura.slater@credit-suisse.com | matthias.bender@credit-suisse.de | nikolaus.schaefer@credit-suisse.com |
| laurent.studer@credit-suisse.com | matthias.gehrig@credit-suisse.com | ninocarlo.flueckiger@credit-suisse.com |
| lawrence.raiman@credit-suisse.com | matthias.rutschi@credit-suisse.com | norbert.stahl@credit-suisse.com |
| leo.raymann@credit-suisse.com | maureen.grover@credit-suisse.com | oliver.baumann@credit-suisse.com |
| leopoldo.reanocostales@credit-suisse.com | mauriz.lang@credit-suisse.com | oliver.gasser@credit-suisse.com |
| liora.kleinman@credit-suisse.com | maurizio.rossi@credit-suisse.com | oliver.heinzelmann@credit-suisse.com |
| liu.yang@credit-suisse.com | mauro.barloggio@credit-suisse.com | oliver.kanner@credit-suisse.com |
| lorenzo.dellovo@credit-suisse.com | mauro.pedrazzoli@credit-suisse.com | oliver.mader@credit-suisse.com |
| lothar.cerjak@credit-suisse.com | mauro.pennati@credit-suisse.com | olivier.baechler@credit-suisse.com |
| luba.schoenig@credit-suisse.com | mauro.tonini@credit-suisse.com | olivier.gamrasniahlen@credit-suisse.com |
| luca.martina@credit-suisse.com | meiliang.wu@credit-suisse.com | olivier.p.mueller@credit-suisse.com |
| luciano.lanza@credit-suisse.com | melanie.lenherr@credit-suisse.com | olivier.steimer@credit-suisse.com |
| luis.castro@credit-suisse.com | mensur.pocinci.2@credit-suisse.com | othmar.kueng@credit-suisse.com |
| luis.kendall@credit-suisse.com | michael.chaisanguanthum@credit-suisse.com | pascal.hungerbuehler@credit-suisse.com |
| lynda.fiuza@credit-suisse.com | michael.dodgson@credit-suisse.com | pascal.koeppel@credit-suisse.com |
| lynne.duequemin@credit-suisse.com | michael.gaehler@credit-suisse.com | pascal.pernet@credit-suisse.com |
| maggie.yeo@credit-suisse.com | michael.gretener@credit-suisse.com | pascal.ramseier@credit-suisse.com |
| maja.sieber@credit-suisse.com | michael.haene@credit-suisse.com | pascal.rohner.3@credit-suisse.com |
| malgorzata.kaminski@credit-suisse.com | michael.j.o'riordan@credit-suisse.com | patrick.berther@credit-suisse.com |
| manfred.bohn@credit-suisse.de | michael.klonsky@credit-suisse.com | patrick.blauth@credit-suisse.com |
| manfred.buechler@credit-suisse.com | michael.kruse@credit-suisse.com | patrick.ehrsam@credit-suisse.com |
| manish.rachhoya@credit-suisse.com | michael.leonard.2@credit-suisse.com | patrick.fehr@credit-suisse.com |
| marc.arnold@credit-suisse.com | michael.maennlin@credit-suisse.com | patrick.huisstein@credit-suisse.com |
| marc.norden@credit-suisse.com | michael.matt@credit-suisse.com | patrick.ingold@credit-suisse.com |
| marc.velan@credit-suisse.com | michael.meier@credit-suisse.com | patrick.koepfli@credit-suisse.com |
| marc.wasserfallen@credit-suisse.com | michael.o'sullivan@credit-suisse.com | patrick.kolb@credit-suisse.com |

| | | |
|---|---|---|
| patrick.maniciati@credit-suisse.com | renata.klita@credit-suisse.com | scott.pangbourne@credit-suisse.com |
| patrick.reichenbach@credit-suisse.com | rene.blanc@credit-suisse.com | scott.spencer@credit-suisse.com |
| patrick.schopfer@credit-suisse.com | rene.freiermuth@credit-suisse.com | sebastian.muff@credit-suisse.com |
| patrick.soucas@credit-suisse.com | rene.merz@credit-suisse.com | serge.kuenzler@credit-suisse.com |
| patrik.kuster@credit-suisse.com | rene.vongunten@credit-suisse.com | serge.kunzler@credit-suisse.com |
| paul.bourdon@credit-suisse.com | renzo.bagorda@credit-suisse.com | sergio.cinti@credit-suisse.com |
| paul.durdin@credit-suisse.com | reto.hess@credit-suisse.com | sergio.delgado@credit-suisse.com |
| pedro.mora@credit-suisse.com | reto.meneghetti@credit-suisse.com | sharon.egilinsky@credit-suisse.com |
| pete.galliers@credit-suisse.com | reto.wiget@credit-suisse.com | shaun.lemessurier@credit-suisse.com |
| peter.attiger@credit-suisse.com | riccardo.masotti@credit-suisse.com | shawn.deng@credit-suisse.com |
| peter.bachmann.2@credit-suisse.com | richard.dryer@credit-suisse.com | sibylle.kirstein@credit-suisse.com |
| peter.buckendahl@credit-suisse.de | richard.hodson@credit-suisse.com | siegfried.cordes@credit-suisse.com |
| peter.dellsperger@credit-suisse.com | richard.leite@credit-suisse.com | siegfried.kaeser@credit-suisse.com |
| peter.g.wehrmann@credit-suisse.com | richard.list@credit-suisse.com | sigisbert.koch@credit-suisse.com |
| peter.hagemann@credit-suisse.com | richard.tan@credit-suisse.com | silvan.noetzli@credit-suisse.com |
| peter.herrmann.3@credit-suisse.com | richard.warne@credit-suisse.com | silvio.giovannini@credit-suisse.com |
| peter.hoffmann@credit-suisse.com | richard.zechmeister@credit-suisse.com | silvio.pestalozzi@credit-suisse.com |
| peter.poenitzsch@credit-suisse.com | rita-marie.giudice@credit-suisse.com | simon.barnard@credit-suisse.com |
| peter.tobler@credit-suisse.com | robert.bowie@credit-suisse.com | simon.mauger@credit-suisse.com |
| peter.vonmoos@credit-suisse.com | robert.cronan@credit-suisse.com | simon.steiner@credit-suisse.com |
| peter.wetter@credit-suisse.com | robert.moreth@credit-suisse.com | simone.sabbadini@credit-suisse.com |
| philipp.burger@credit-suisse.com | robert.ruttmann@credit-suisse.com | sino.stalbne@credit-suisse.com |
| philipp.frank@credit-suisse.com | robert.thomas@credit-suisse.com | soekching.kum@credit-suisse.com |
| philipp.kastner@credit-suisse.com | robert.tombolini@credit-suisse.com | soma.ghosal@credit-suisse.com |
| philipp.kuchen@credit-suisse.com | roberto.parente@credit-suisse.com | sonya.sheehy@credit-suisse.com |
| philipp.lisibach@credit-suisse.com | roberto.prizzi@credit-suisse.com | stefan.benvegnu@credit-suisse.com |
| philipp.schmidmeister@credit-suisse.com | robin.seydoux@credit-suisse.com | stefan.collaud@credit-suisse.com |
| philippe.carey@credit-suisse.com | roger.buzas@credit-suisse.com | stefan.dudler@credit-suisse.com |
| philippe.jotterand@credit-suisse.com | roger.meier@credit-suisse.com | stefan.froehlich@credit-suisse.com |
| philippe.kretz@credit-suisse.com | roger.moh@credit-suisse.com | stefan.gasser.2@credit-suisse.com |
| philippe.preite@credit-suisse.com | roger.mueller@credit-suisse.com | stefan.lutz@credit-suisse.com |
| piero.isabella-valenzi@credit-suisse.com | roger.rimann@credit-suisse.com | stefan.reist@credit-suisse.com |
| pierre-alain.sieber@credit-suisse.com | roger.signer@credit-suisse.com | stefan.stucki@credit-suisse.com |
| pieter.strobos@credit-suisse.com | roger.tschantre@credit-suisse.com | stefano.mussati@credit-suisse.com |
| pietro.giuliani@credit-suisse.com | roland.baumann.3@credit-suisse.com | stephan.braendle@credit-suisse.com |
| prakash.shirke@credit-suisse.com | roland.stettler@credit-suisse.com | stephan.elmenhorst@credit-suisse.com |
| pratik.vazir@credit-suisse.com | roland.zanini@credit-suisse.com | stephan.hug@credit-suisse.com |
| qing.wang@credit-suisse.com | rolf.bertschi@credit-suisse.com | stephan.uebersax@credit-suisse.com |
| rachel.haefliger@credit-suisse.com | rolf.steinmann@credit-suisse.com | stephanie.favre@credit-suisse.com |
| radovan.milanovic@credit-suisse.com | roman.gysler@credit-suisse.com | stephen.clout@credit-suisse.com |
| rafael.chang@credit-suisse.com | roman.salvi@credit-suisse.com | stephen.j.garibaldi@credit-suisse.com |
| raffael.furrer@credit-suisse.com | romano.piffaretti@credit-suisse.com | stephen.kaszynski@credit-suisse.com |
| rainer.spitznagel@credit-suisse.com | ross.campbell@credit-suisse.com | stephen.parr@credit-suisse.com |
| ralf.krings@credit-suisse.com | ruchi.gupta@credit-suisse.com | steven.m.peras@credit-suisse.com |
| ralf.seschek@credit-suisse.com | russell.beer@credit-suisse.com | steven.soranno@credit-suisse.com |
| ralph.bloch@credit-suisse.com | sacha.devittori@credit-suisse.com | stuart.rosenthal@credit-suisse.com |
| ralph.haefliger@credit-suisse.com | sacha.fischer@credit-suisse.com | susanne.battegay@credit-suisse.ch |
| ralph.lehnis@credit-suisse.com | sacha.haymoz@credit-suisse.com | suzana.zankova@credit-suisse.com |
| ralph.maurer@credit-suisse.com | sacha.widin@credit-suisse.com | sven.corsenca@credit-suisse.com |
| ramy.sukarieh@credit-suisse.com | sameer.kero@credit-suisse.com | sven.schubert@credit-suisse.com |
| raphael.robas@credit-suisse.com | samia.behbehani@credit-suisse.com | sven.seeber@credit-suisse.de |
| raphael.wilhelm@credit-suisse.com | samuel.baumann@credit-suisse.com | sven.sommer@credit-suisse.com |
| raphaelle.champion@credit-suisse.com | sandra.trino@credit-suisse.com | sybril.lau@credit-suisse.com |
| raphi.savitz@credit-suisse.com | sandro.campanile@credit-suisse.com | sylvie.golay@credit-suisse.com |
| rasmus.rousing@credit-suisse.com | sandro.mattle@credit-suisse.com | tamar.hamlyn@credit-suisse.com |
| raymond.monney@credit-suisse.com | sascha.banz@credit-suisse.com | tamas.korchmaros@credit-suisse.com |
| realestate.hedgefund@credit-suisse.com | sascha.dilly@credit-suisse.com | tania.dimitrova@credit-suisse.com |
| rebecca.zeder@credit-suisse.com | sascha.hilber@credit-suisse.com | tatjana.michel@credit-suisse.com |
| regina.webster@credit-suisse.com | sascha.kaelin@credit-suisse.com | thien-bac.tu@credit-suisse.com |
| remo.quadroni@credit-suisse.com | satir.sinan@credit-suisse.com | thierry.levrat@credit-suisse.com |

thomas.amrein@credit-suisse.com
thomas.c.kaufmann@credit-suisse.com
thomas.flannery@credit-suisse.com
thomas.herrmann@credit-suisse.com
thomas.jucker@credit-suisse.com
thomas.leidenroth@credit-suisse.de
thomas.schaniel@credit-suisse.com
thomas.trauth@credit-suisse.com
thomas.vestweber@credit-suisse.com
thomas.waehli@credit-suisse.com
thong.nguyen@credit-suisse.com
tim.cooke@credit-suisse.com
timothy.hellmann@credit-suisse.com
tobias.bettkober@credit-suisse.com
tobias.merath@credit-suisse.com
tobias.wuertzl@credit-suisse.de
todd.buchner@credit-suisse.com
todor.todorov@credit-suisse.com
tonia.r.fischer@credit-suisse.com
tony.patti@credit-suisse.com
toral.munshi@credit-suisse.com
ulrich.braun@credit-suisse.com
ulrich.kaiser@credit-suisse.com
ulrich.roth@credit-suisse.com
urs.guthmann@credit-suisse.com
urs.j.gallmann@credit-suisse.com
ursula.neumann@credit-suisse.com
ursula.speich@credit-suisse.com
uwe.neumann@credit-suisse.com
uwe.schertel@credit-suisse.de
valerie.schneitter@credit-suisse.com
veronika.kuenzler@credit-suisse.com
vicki.gedge@credit-suisse.com
vince.fiso@credit-suisse.com
vinzenz.nef@credit-suisse.com
vipin.ahuja@credit-suisse.com
volker.sachs@credit-suisse.com
walter.berchtold@credit-suisse.com
walter.mitchell@credit-suisse.com
werner.richli@credit-suisse.com
william.nunez@credit-suisse.com
wing.chan@credit-suisse.com
wolfgang.wiehe@credit-suisse.com
xiangheng.liu@credit-suisse.com
yann.mocellin@credit-suisse.com
yirong.li@credit-suisse.com
yoshiteru.nishimoto@credit-suisse.com
yusuf.randera-rees@credit-suisse.com
yves.hauser@credit-suisse.com
yves.landry@credit-suisse.com
yves.luescher@credit-suisse.com
yves.monnat@credit-suisse.com
yves.robert-charue@credit-suisse.com
yvonne.baumeler@credit-suisse.com
zoltan.szelyes@credit-suisse.com
zoran.mitrovski@credit-suisse.com
myemini@cref.com
mcmillianh@cres-cap.com
christine.stumbo@crestar.com
colli.umberto@creval.it

mehretab.tesfamicael@creval.it
scarafoni.giuseppina@creval.it
sega.luca@creval.it
klueken@crewsassoc.com
marnone@crewsassoc.com
rowens@crewsassoc.com
spulley@crewsassoc.com
aedwards@crewsfs.com
jburrow@crewsfs.com
lplummer@crewsfs.com
barbara.avalle@crg.it
maria.depaola@crg.it
maurizio_rivola@crimola.it
mauro_ruggeri@crimola.it
dave.smith@criterion.com
fred.robertson@criterion.com
ken.johnson@criterion.com
scott.brecher@criterion.com
teresa.kudrle@criterion.com
john.rhee@crlykor.co.kr
dhunter@croftleo.com
gvalentine@croftleo.com
kcroft@croftleo.com
pvong@croftleo.com
rcroft@croftleo.com
research@croftleo.com
tdickson@croftleo.com
dougj@cronincoinc.com
jkoegel@crownbank.com
a.ballerini@crsm.it
f.soldi@crsm.it
investimenti@crsm.it
l.terreni@crsm.it
s.benvenuti@crsm.it
l.malatesta@crt.com
margek@crt.com
seand@crt.com
jbrook@crtllc.com
jharrington@crtllc.com
mfarkas@crtllc.com
maurizio.coseani@crup.it
esilvergold@cs.com
fmaitre@cs.hottinger.fr
marcel.kunzler@cs.com
marco.engesser@cs.com
nadja.francesco@cs.com
prgrsshm@cs.com
thomas.schuss@cs.com
yazid.sabeg@c-s.fr
alberto.tavecchio@csadvisorypartners.com
angela.krebs@csadvisorypartners.com
jorge.torea@csadvisorypartners.com
patrick.blattmann@csadvisorypartners.com
sebastian.grawert@csadvisorypartners.com
thorsten.dueser@csadvisorypartners.com
zlata.gagarina@csadvisorypartners.com
akua.duffuor@csam.com
alan.trigle@csam.com
alexander.mueller@csam.com
alexandre.bouchardy@csam.com

allyn.arden@csam.com
amy.brown@csam.com
anas.elmaizi@csam.com
anders.lundgren@csam.com
andreas.jost@csam.com
andreas.maechler@csam.com
andreas.mueller.7@csam.com
andreas.schmidt@csam.com
andrew.dickinson@csam.com
andy.kastner@csam.com
anna.guglielmetti@csam.com
anne.ezendam@csam.com
anne.montfort@csam.com
anthony.vandaalen@csam.com
april.sommese@csam.com
barbara.duberstein@csam.com
barry.hughes@csam.com
belinda.otruba@csam.com
bernard.possa@csam.com
bernhard.maeder@csam.com
bernhard.rufli@csam.com
beth.dater@csam.com
betty.c.defranco@csam.com
beverly.davis@csam.com
bhavani.shah@csam.com
bill.mott@csam.com
boris.arabadjiev@csam.com
bruce.glensky@csam.com
bruce.theuerkauf@csam.com
bryan.wallace@csam.com
burnett.hansen@csam.com
caroline.bauert@csam.com
cesar.perez@csam.com
charles.c.vanvleet@csam.com
charles.shaeffer@csam.com
charles.vanvleet@csam.com
chenye.bao@csam.com
chris.hughes@csam.com
christian.hoffmann@csam.com
christian.t.lee@csam.com
christiane.malchow@csam.com
christine.gaelzer@csam.com
christoph.gisler@csam.com
christoph.knecht@csam.com
christopher.blay@csam.com
christopher.mullett@csam.com
claudio.ercolano@csam.com
colleen.jones@csam.com
crispin.finn@csam.com
damien.buggy@csam.com
daniel.hines@csam.com
daniel.utiger@csam.com
daniele.paglia@csam.com
david.b.walsh@csam.com
david.chan.2@csam.com
david.h.lerner@csam.com
david.johnson@csam.com
david.k.chin@csam.com
david.syriani@csam.com
denis.chan@csam.com

| | | |
|---|---|---|
| denise.fleming@csam.com | karen.e.driscoll@csam.com | nelson.mesa@csam.com |
| derek.man@csam.com | karen.roberts@csam.com | nicholas.milovich@csam.com |
| didier.boeckli@csam.com | karen.rustman@csam.com | nicolo.foscari@csam.com |
| dilip.rasgotra@csam.com | karin.vrang@csam.com | nigel.dooley@csam.com |
| dominic.jackson@csam.com | kate.wilkie@csam.com | nik.persic@csam.com |
| dominique.staehlin@csam.com | katerina.valka@csam.com | oliver.federer@csam.com |
| ella.brown@csam.com | katharine.odonovan@csam.com | oliver.williams@csam.com |
| eric.lowman@csam.com | kathleen.camilli@csam.com | osamu.kato@csam.com |
| eric.suter@csam.com | kathryn.neff@csam.com | paola.brunelli@csam.com |
| eric.wiegand@csam.com | ken.m.wallace@csam.com | patrik.carisch@csam.com |
| erik.brovig@csam.com | kevin.etzel@csam.com | peter.anderson@csam.com |
| ernst.riegel@csam.com | khanhngoc.tran@csam.com | peter.brown.3@csam.com |
| esther.schreiber@csam.com | khurram.chaudhry@csam.com | philip.harris@csam.com |
| etel.harris@csam.com | kim.goodwin@csam.com | philip.schantz@csam.com |
| felix.meier@csam.com | kristin.moschos@csam.com | philip.true@csam.com |
| frank.biondo@csam.com | kurt.spiess@csam.com | philip.wubbena@csam.com |
| garland.hansmann@csam.com | laura.gill@csam.com | philipp.buechler@csam.com |
| gene.fudge@csam.com | lee.tristram@csam.com | philipp.inderbitzin@csam.com |
| georg.furger@csam.com | leland.crabbe@csam.com | philipp.vorndran@csam.com |
| george.vassiliadis@csam.com | lilly.se@csam.com | phurbu.darpoling@csam.com |
| gerhard.werginz@csam.com | lingyan.zeng@csam.com | pierre-henri.demonts@csam.com |
| giuseppe.quartodipalo@csam.com | luisa.b.gallardo@csam.com | rachel.muscatt@csam.com |
| glenn.wellman@csam.com | marc.rose@csam.com | raffaelle.berchtold@csam.com |
| gordon.schonfeld@csam.com | marcel.schibli@csam.com | raimund.nierop@csam.com |
| gregg.m.diliberto@csam.com | marcia.michitsch@csam.com | rajesh.tanna@csam.com |
| gregor.hirt@csam.com | mariusz.blachut@csam.com | rania.alkhalifa@csam.com |
| guy.stern@csam.com | mark.k.silverstein@csam.com | raoul.rayos@csam.com |
| haiwen.hsu@csam.com | mark.spring@csam.com | reto.seiler@csam.com |
| harald.brandl@csam.com | markus.gremminger@csam.com | richard.a.hoffman@csam.com |
| harjeet.heer@csam.com | markus.huebscher@csam.com | richard.annunziato@csam.com |
| heini.sutter@csam.com | markus.rogger@csam.com | richard.avidon@csam.com |
| helen.hotis@csam.com | martha.metcalf@csam.com | richard.balfour@csam.com |
| himanshu.patel@csam.com | martin.schwarb@csam.com | richard.brumby@csam.com |
| isaac.demming@csam.com | maryann.labella@csam.com | richard.colwell@csam.com |
| isabel.knight@csam.com | matthew.rajpolt@csam.com | richard.hill@csam.com |
| j.steven.evans@csam.com | matthias.dueggelin@csam.com | richard.m.white@csam.com |
| jake.nartey@csam.com | maurizio.pedrini@csam.com | richard.quin@csam.com |
| james.wipf@csam.com | mauro.bergstein@csam.com | richard.rochat@csam.com |
| jane.collins@csam.com | melissa.sanandres@csam.com | rico.bopp@csam.com |
| janina.macswayed@csam.com | michael.dugan@csam.com | rob.shafir@csam.com |
| javier.gozalo@csam.com | michael.gray@csam.com | rob.stewart@csam.com |
| jeff.alexander@csam.com | michael.kenneally@csam.com | robert.janis@csam.com |
| jeff.currington@csam.com | michael.schmid.2@csam.com | robert.mitchelson@csam.com |
| jeffrey.m.engelhardt@csam.com | michael.schwerzmann@csam.com | robert.sullivan@csam.com |
| jeffrey.seifert@csam.com | michael.strebel@csam.com | robert.thomas@csam.com |
| jennifer.l.ferguson@csam.com | michael.syring@csam.com | roger.inglin@csam.com |
| jim.mccaughan@csam.com | michal.wozniak@csam.com | roger.lewis@csam.com |
| jim.vos@csam.com | michel.jacquemai@csam.com | roger.wehrli@csam.com |
| joanne.gilbert@csam.com | michele.m.walsh@csam.com | rolf.elmer@csam.com |
| joern.steuernagel@csam.com | michele.porro@csam.com | ronald.bloomer@csam.com |
| john.bolton@csam.com | michele.rizzuto@csam.com | ruchi.patel@csam.com |
| john.davis.2@csam.com | michelle.fleck@csam.com | sabine.staeuble@csam.com |
| john.degaris@csam.com | michelle.tse@csam.com | sara.meier@csam.com |
| john.lindars@csam.com | minerva.hernandez@csam.com | sarah.doenni@csam.com |
| john.sue@csam.com | mitch.b.grabel@csam.com | sarah.dyer@csam.com |
| jose.rodriguez@csam.com | mitchell.freedman@csam.com | sarah.emberson@csam.com |
| joseph.baumeler@csam.com | naganath.sundaresan@csam.com | sarah.green@csam.com |
| joseph.r.butler@csam.com | neil.brown@csam.com | scott.lewis@csam.com |
| kai.leifert@csam.com | neil.gregson@csam.com | scott.merkel@csam.com |
| kambiz.pouya-majd@csam.com | nelson.louie@csam.com | sharon.oneil@csam.com |

| | | |
|---|---|---|
| shashi.srikantan@csam.com | zelcah.farsijany@csam.com | alexandra.meier@csfides.ch |
| sheryl.hempel@csam.com | dnavratil@csas.cz | max.rueegg@csfides.ch |
| silvia.schaak@csam.com | dvaskovic@csas.cz | nicole.aeschlimann@csfides.ch |
| simone.staeuble@csam.com | jstack@csas.cz | reto.antonietti@csfides.ch |
| sonja.demann@csam.com | khanek@csas.cz | scott.kramer@csfp.co |
| staci.z.lombard@csam.com | lvosicky@csas.cz | alan.bottoli@csfs.com |
| stefan.illmer@csam.com | pcetkovsky@csas.cz | francois.luisoni@csfs.com |
| stefan.novak@csam.com | pdedecek@csas.cz | rodolphe.larque@csfs.com |
| stefan.zuber@csam.com | pkaspar@csas.cz | thomas.imhasly@csfs.com |
| stephan.scharrer@csam.com | plojka@csas.cz | yves.martin@csfs.com |
| stephane.casagrande@csam.com | raprokop@csas.cz | nbki_marketing@csi.com |
| stephanie.howard@csam.com | rchupik@csas.cz | hans.vanerp@csm.nl |
| stephen.hargreaves@csam.com | vkotlan@csas.cz | amaury.godron@cso.dwts.co.uk |
| steve.goldman@csam.com | vmikulecky@csas.cz | dkrejci@csob.cz |
| steve.putnam@csam.com | dbryant@csc.cps.k12.il.us | flesch@csob.cz |
| stuart.harris@csam.com | lnakamin@csc.com | jperina@csob.cz |
| stuart.young@csam.com | ptucker@csc.com | tnantell@csom.umn.edu |
| susan.everly@csam.com | jeffn@csccu.com | andrew.hadley-grave@cspb.com |
| susanna.binkert@csam.com | joec@csccu.com | babak.dastmalpschi@cspb.com |
| susanne.zech@csam.com | larryr@csccu.com | basil.sohrmann@cspb.com |
| suzanne.e.moran@csam.com | madhavir@csccu.com | catherina.tobia@cspb.com |
| suzie.kemp@csam.com | paulm@csccu.com | christian.vonballmoos@cspb.com |
| tatsuro.koyama@csam.com | quianag@csccu.com | ewa.froidevaux@cspb.com |
| terry.pavlopoulos@csam.com | lnakamin@cse.com | fabio.barbato@cspb.com |
| thomas.albrecht@csam.com | andre.rheinberger@csfb.com | giorgio.arfaras@cspb.com |
| thomas.b.white@csam.com | andrew.boshoff@csfb.com | huifang.liu@cspb.com |
| thomas.berger@csam.com | angela.lockhart@csfb.com | lynne.roberts@cspb.com |
| thomas.flannery@csam.com | barry.zamore@csfb.com | michael.sullivan@cspb.com |
| thomas.perez@csam.com | carmen.beck@csfb.com | topi.jokiranta@csplc.com |
| thomas.walser@csam.com | chieh.cheung@csfb.com | ivo.kaufmann@csprivateadvisors.com |
| timos.daskalopoulos@csam.com | chris.zimmermann@csfb.com | marc.sauter@csprivateadvisors.com |
| todd.jablonski@csam.com | claudia.beffa@csfb.com | michael.zimmer@csprivateadvisors.com |
| tom.mann@csam.com | daniel.franc@csfb.com | chris.jennings@csresearch.us |
| tomasz.stadnik@csam.com | david.freddi@csfb.com | etrita.ibroci@csresearch.us |
| toni.roesti@csam.com | david.schweigman@csfb.com | huong.belpedio@csresearch.us |
| tony.roesti@csam.com | edward.debruyn@csfb.com | leo.bernstein@csresearch.us |
| tracey.nicholls@csam.com | ethan.garber@csfb.com | monika.lynch@csresearch.us |
| tracy.cherrington@csam.com | filomena.villanova@csfb.com | philipp.kruetli@csresearch.us |
| ukequity.fundmanagers@csam.com | glenn.clarke@csfb.com | david_baggs@csx.com |
| urs.haberthuer@csam.com | hans-andrea.disch@csfb.com | david_bowling@csx.com |
| urs.hiller@csam.com | heather.ibrahim@csfb.com | frank_atkins@csx.com |
| urs.kunz@csam.com | helen.xing@csfb.com | helen_rowan@csx.com |
| urs.ramseier@csam.com | jack.mcnally@csfb.com | kathryn_sharpe@csx.com |
| use.brueggendieck@csam.com | jeffrey.peek@csfb.com | srisimovic@ctbr.ch |
| valerio.schmitz-esser@csam.com | jennifer.chin@csfb.com | chiefrep@ctcb.co.uk |
| vicky.simonds@csam.com | kareem.serageldin@csfb.com | aotomo@ctcbjp.com |
| victor.rodriguez@csam.com | linda.r.karn@csfb.com | cmhsiao@ctcbjp.com |
| vince.salvato@csam.com | lucas.brunner@csfb.com | hmaeda@ctcbjp.com |
| vincent.grieco@csam.com | marks.bailey@csfb.com | ksleung@ctcbny.com |
| vincent.pons@csam.com | matthew.abbott@csfb.com | fgninv@ctclife.com.tw |
| vivian.chen@csam.com | matthew.koop@csfb.com | pochih@ctclife.com.tw |
| wai.lee@csam.com | matthew.zames@csfb.com | vangs@ctclife.com.tw |
| waiman.leung@csam.com | michael.cash@csfb.com | willie@cthusa.com |
| walter.sperb@csam.com | patrick.durkin@csfb.com | herman@ctnbank.com.tw |
| wendy.cogdell@csam.com | philippe.bernard@csfb.com | jack95@ctnbank.com.tw |
| william.h.jeffress@csam.com | richard.small@csfb.com | jessie@ctnbank.com.tw |
| william.patterson@csam.com | ryan.lim@csfb.com | ctc21101@ctoc.com.tw |
| wolfgang.j.marty@csam.com | stuart.firth@csfb.com | ctc21201@ctoc.com.tw |
| wyn.ellis@csam.com | tanja.hauenstein@csfb.com | ctc21202@ctoc.com.tw |
| xiaomeng.yang@csam.com | vance.shaw@csfb.com | fan@ctoc.com.tw |

aaron.loyd@ctxmort.com
amanda.fagala@ctxmort.com
amanda_fagala@ctxmort.com
diane.anderson@ctxmort.com
duane_homan@ctxmort.com
jeff_upperman@ctxmort.com
jesse.garza@ctxmort.com
kerry_dannenberg@ctxmort.com
steven_chiou@ctxmort.com
tim_bartosh@ctxmort.com
twalsh@cubb.com
jennifer.stone@cubist.com
praveen.tipirneni@cubist.com
tracy.sanderson@cubist.com
blafavor@cu-isi.org
degbert@cu-isi.org
mjackson@cu-isi.org
dkendrick@cumb.com
jfarrell@cumb.com
amy.moore@cumber.com
john.mousseau@cumber.com
awallach@cumberassoc.com
bfrank@cumberassoc.com
bgendell@cumberassoc.com
bwilcox@cumberassoc.com
dglickman@cumberassoc.com
dpatel@cumberassoc.com
gchan@cumberassoc.com
gklauer@cumberassoc.com
jchen@cumberassoc.com
pradicchi@cumberassoc.com
rchaabra@cumberassoc.com
rwall@cumberassoc.com
smorrow@cumberassoc.com
spark@cumberassoc.com
ta@cumberassoc.com
wreiners@cumberassoc.com
christopher.copeland@cunamutual.com
emily.olson@cunamutual.com
john.halter@cunamutual.com
kurt.lin@cunamutual.com
leslie_ferris@cundill.com
jmeyer@cuprum.cl
psolis@cuprum.cl
steve.young@curian.com
afuad@cutterassociates.com
mrosenstein@cutterassociates.com
jmason@cvcap.com
pglieze@cvceruope.com
mboughton@cvceurope.com
mgrizzelle@cvceurope.com
slaffin@cvceurope.com
andrew.woods@cw.com
joe.oneill@cw.com
katharine.king@cw.com
richard.irons@cw.com
samantha.ashworth@cwcom.co.uk
vani.gupta@cwcom.co.uk
chenderson@cwhenderson.com
cretrum@cwhenderson.com

cyorke@cwhenderson.com
dbeck@cwhenderson.com
jhoffman@cwhenderson.com
kaudley@cwhenderson.com
kkluender@cwhenderson.com
mandrews@cwhenderson.com
mbhasin@cwhenderson.com
tmallman@cwhenderson.com
chris.tyler@plc.cwplc.com
marie.durston@plc.cwplc.com
robert.lerwill@plc.cwplc.com
virginia.porter@cwmsg.cwplc.com
charlotte.nottingham@cwusa.com
chugokuny@cybercap.com
bjones@cybertrader.com
jkupfer@cybertrader.com
nbarazal@cyrilfinance.com
nonado@cyrilfinance.com
tghorayeb@cyrilfinance.com
lbruna@cyrte.com
bhoule@dadco.com
cblackwood@dadco.com
cjohns@dadco.com
dwestcott@dadco.com
fdickson@dadco.com
jrice@dadco.com
mhurley@dadco.com
pcondrat@dadco.com
pwoolridge@dadco.com
rstohr@dadco.com
swalton@dadco.com
alexbraun@dahsing.com
alvinchan@dahsing.com
carloswong@dahsing.com
dantreechow@dahsing.com
dwong@dahsing.com
frankfong@dahsing.com
frankieho@dahsing.com
garywang@dahsing.com
kevinlam@dahsing.com
kingcheung@dahsing.com
lokmak@dahsing.com
nmayhew@dahsing.com
raymondchan@dahsing.com
winniechu@dahsing.com
anndou.mei@daido-life.co.jp
asano.kouji@daido-life.co.jp
gatayama.minoru@daido-life.co.jp
hara.masahide@daido-life.co.jp
ikawa.akira@daido-life.co.jp
kamada.jiyuun@daido-life.co.jp
koizumi.takeshi@daido-life.co.jp
miyamura.tooru@daido-life.co.jp
morita.kazunori@daido-life.co.jp
murata.mitsuaki@daido-life.co.jp
nagai.takahiro@daido-life.co.jp
nishioka.minoru@daido-life.co.jp
oda.shinnsuke@daido-life.co.jp
ogashira.namiko@daido-life.co.jp
onnsenn.yuuichi@daido-life.co.jp

oosawa.kayoko@daido-life.co.jp
sano.masaki@daido-life.co.jp
shimada.manabu@daido-life.co.jp
shiratsuki.tadaaki@daido-life.co.jp
suzuki.masaaki@daido-life.co.jp
takayanagi.hiroshi@daido-life.co.jp
teraoka.yasuo@daido-life.co.jp
tominaga.yoshikazu@daido-life.co.jp
torai.tooru@daido-life.co.jp
tsuchiya.takashi@daido-life.co.jp
ueno.tetsuo@daido-life.co.jp
wakasa.hitoshi@daido-life.co.jp
yamagami.daisuke@daido-life.co.jp
yano.teiji@daido-life.co.jp
abeken@dl.dai-ichi-life.co.jp
akaoyagi@dl.dai-ichi-life.co.jp
asakura@dl.dai-ichi-life.co.jp
atsuro@dl.dai-ichi-life.co.jp
daijyu@dl.dai-ichi-life.co.jp
dueda@dl.dai-ichi-life.co.jp
emura613@dl.dai-ichi-life.co.jp
fkondo@dl.dai-ichi-life.co.jp
fujii@dl.dai-ichi-life.co.jp
fujisan@dl.dai-ichi-life.co.jp
furuya833@dl.dai-ichi-life.co.jp
guchi@dl.dai-ichi-life.co.jp
h77haya@dl.dai-ichi-life.co.jp
hh@dl.dai-ichi-life.co.jp
hidetom@dl.dai-ichi-life.co.jp
hiraokar@dl.dai-ichi-life.co.jp
hitomis@dl.dai-ichi-life.co.jp
hiwatasi@dl.dai-ichi-life.co.jp
hkanai@dl.dai-ichi-life.co.jp
hkiguchi@dl.dai-ichi-life.co.jp
hmasaki@dl.dai-ichi-life.co.jp
hnakao@dl.dai-ichi-life.co.jp
hohashi@dl.dai-ichi-life.co.jp
honda460@dl.dai-ichi-life.co.jp
horikawa@dl.dai-ichi-life.co.jp
hotsuchi689@dl.dai-ichi-life.co.jp
hsakuma@dl.dai-ichi-life.co.jp
ichi@dl.dai-ichi-life.co.jp
ichiba673@dl.dai-ichi-life.co.jp
ihideko@dl.dai-ichi-life.co.jp
iida522@dl.dai-ichi-life.co.jp
ikikoich@dl.dai-ichi-life.co.jp
inagaki@dl.dai-ichi-life.co.jp
ishii008@dl.dai-ichi-life.co.jp
ishii772@dl.dai-ichi-life.co.jp
isida@dl.dai-ichi-life.co.jp
ito@dl.dai-ichi-life.co.jp
itou159@dl.dai-ichi-life.co.jp
iwashina037@dl.dai-ichi-life.co.jp
jumezu@dl.dai-ichi-life.co.jp
juntate@dl.dai-ichi-life.co.jp
jyoshii@dl.dai-ichi-life.co.jp
katayori@dl.dai-ichi-life.co.jp
katou580@dl.dai-ichi-life.co.jp
katsukura@dl.dai-ichi-life.co.jp

kenichi@dl.dai-ichi-life.co.jp
kikuta@dl.dai-ichi-life.co.jp
kin833@dl.dai-ichi-life.co.jp
kmaki@dl.dai-ichi-life.co.jp
knaka@dl.dai-ichi-life.co.jp
kohashi@dl.dai-ichi-life.co.jp
kontani@dl.dai-ichi-life.co.jp
kubo4616@dl.dai-ichi-life.co.jp
kujira@dl.dai-ichi-life.co.jp
kunihiro@dl.dai-ichi-life.co.jp
kuno@hby.dai-ichi-life.co.jp
kurot@dl.dai-ichi-life.co.jp
mahara@dl.dai-ichi-life.co.jp
mankatsu@dl.dai-ichi-life.co.jp
masamura@dl.dai-ichi-life.co.jp
matsumoto886@dl.dai-ichi-life.co.jp
minoura279@dl.dai-ichi-life.co.jp
miyama176@dl.dai-ichi-life.co.jp
miyauchi837@dl.dai-ichi-life.co.jp
mizukami@dl.dai-ichi-life.co.jp
mizunami@dl.dai-ichi-life.co.jp
morikami@dl.dai-ichi-life.co.jp
mtsuchi@dl.dai-ichi-life.co.jp
myama@dl.dai-ichi-life.co.jp
naizawa@dl.dai-ichi-life.co.jp
naka@dl.dai-ichi-life.co.jp
nakami2@dl.dai-ichi-life.co.jp
nakane889@dl.dai-ichi-life.co.jp
nakao994@dl.dai-ichi-life.co.jp
nanbu721@dl.dai-ichi-life.co.jp
narikiyo@dl.dai-ichi-life.co.jp
nishio462@dl.dai-ichi-life.co.jp
nkkawa@dl.dai-ichi-life.co.jp
nmatsuda@dl.dai-ichi-life.co.jp
nomura147@dl.dai-ichi-life.co.jp
ochida@dl.dai-ichi-life.co.jp
oguchi381@dl.dai-ichi-life.co.jp
okamotoi@dl.dai-ichi-life.co.jp
okazaki658@dl.dai-ichi-life.co.jp
okuyama933@dl.dai-ichi-life.co.jp
omasashi@dl.dai-ichi-life.co.jp
ootake@dl.dai-ichi-life.co.jp
otsuki@dl.dai-ichi-life.co.jp
rie0429@dl.dai-ichi-life.co.jp
risaueda@dl.dai-ichi-life.co.jp
riyuu824@dl.dai-ichi-life.co.jp
rmiki@dl.dai-ichi-life.co.jp
ryuichi@dl.dai-ichi-life.co.jp
ryuichis@dl.dai-ichi-life.co.jp
sabe@dl.dai-ichi-life.co.jp
saka@dl.dai-ichi-life.co.jp
sakamoto723@dl.dai-ichi-life.co.jp
satokazu@dl.dai-ichi-life.co.jp
satou962@dl.dai-ichi-life.co.jp
shi766@dl.dai-ichi-life.co.jp
shigemoto054@dl.dai-ichi-life.co.jp
shimizu@dl.dai-ichi-life.co.jp
shinichi@dl.dai-ichi-life.co.jp
shinna@dl.dai-ichi-life.co.jp
skuro@dl.dai-ichi-life.co.jp

soda@dl.dai-ichi-life.co.jp
sogabe@dl.dai-ichi-life.co.jp
ssaeki@hby.dai-ichi-life.co.jp
ssuzuki@dl.dai-ichi-life.co.jp
sudo@dl.dai-ichi-life.co.jp
sugauchi@dl.dai-ichi-life.co.jp
sugizaki@dl.dai-ichi-life.co.jp
sumitani@dl.dai-ichi-life.co.jp
suzuka@dl.dai-ichi-life.co.jp
takayama@dl.dai-ichi-life.co.jp
takayama656@dl.dai-ichi-life.co.jp
taketomi@dl.dai-ichi-life.co.jp
takeuchi457@dl.dai-ichi-life.co.jp
takeyuki@dl.dai-ichi-life.co.jp
tasano@dl.dai-ichi-life.co.jp
tateishi@hby.dai-ichi-life.co.jp
tatsuno@dl.dai-ichi-life.co.jp
tatsuya@dl.dai-ichi-life.co.jp
tfuruya@dl.dai-ichi-life.co.jp
tg@dl.dai-ichi-life.co.jp
thara@dl.dai-ichi-life.co.jp
thiguchi@dl.dai-ichi-life.co.jp
tkoba@dl.dai-ichi-life.co.jp
tkono@dl.dai-ichi-life.co.jp
toda@dl.dai-ichi-life.co.jp
tono@dl.dai-ichi-life.co.jp
tonosima@dl.dai-ichi-life.co.jp
tsuda111@dl.dai-ichi-life.co.jp
tsuna@dl.dai-ichi-life.co.jp
tsuyuki@hby.dai-ichi-life.co.jp
uchida226@dl.dai-ichi-life.co.jp
udou@dl.dai-ichi-life.co.jp
uehira974@dl.dai-ichi-life.co.jp
ueshiman@dl.dai-ichi-life.co.jp
watayasu@dl.dai-ichi-life.co.jp
yagura663@dl.dai-ichi-life.co.jp
yamada316@dl.dai-ichi-life.co.jp
yamadat@dl.dai-ichi-life.co.jp
yamashit@dl.dai-ichi-life.co.jp
yarita@dl.dai-ichi-life.co.jp
yashima@dl.dai-ichi-life.co.jp
yasushia@dl.dai-ichi-life.co.jp
yatsuhashi686@dl.dai-ichi-life.co.jp
yhirai@dl.dai-ichi-life.co.jp
ykunii@dl.dai-ichi-life.co.jp
ymiyata@dl.dai-ichi-life.co.jp
ynakada@dl.dai-ichi-life.co.jp
ynoburu@dl.dai-ichi-life.co.jp
yokoyama@dl.dai-ichi-life.co.jp
yoshito@dl.dai-ichi-life.co.jp
yosikazu@dl.dai-ichi-life.co.jp
yuarima@dl.dai-ichi-life.co.jp
yuka1979@dl.dai-ichi-life.co.jp
yukok@dl.dai-ichi-life.co.jp
yyamada@dl.dai-ichi-life.co.jp
zama@dl.dai-ichi-life.co.jp
makino@dl.dai-ichi-liife.co.jp
miyagk88@daiichipharm.co.jp
harada.michiko.hn@daiichisankyo.co.jp
kondo.shigemichi.a2@daiichisankyo.co.jp

dgv@daimlerchrysler.com
dlh12@daimlerchrysler.com
jtj3@daimlerchrysler.com
mrf8@daimlerchrysler.com
g157001@daishi-bank.jp
g157002@daishi-bank.jp
g157004@daishi-bank.jp
g811004@daishi-bank.jp
g811006@daishi-bank.jp
fumihiko.takahashi@daiwa.co.jp
hajime.sato@daiwa.co.jp
shinya.ota@daiwa.co.jp
akakura@daiwa-am.co.jp
akutsu.k@daiwa-am.co.jp
arai.m@daiwa-am.co.jp
araiso@daiwa-am.co.jp
britneylee@daiwa-am.com.hk
chiba@daiwa-am.co.jp
chida.h@daiwa-am.com.hk
dannylai@daiwa-am.com.hk
demura@daiwa-am.co.jp
eguchi@daiwa-am.co.jp
fujii.h@daiwa-am.co.jp
fujimoto.t@daiwa-am.co.jp
fujioka.k@daiwa-am.co.jp
fujiwara@daiwa-am.co.jp
fumei@daiwa-am.co.jp
furukawa@daiwa-am.co.jp
hamada@daiwa-am.co.jp
harada.k@daiwa-am.co.jp
hasegawa@daiwa-am.co.jp
hasenaka.n@daiwa-am.co.jp
hashiguchi@daiwa-am.co.jp
hashimoto.a@daiwa-am.co.jp
hatano.h@daiwa-am.co.jp
hatano.m@daiwa-am.co.jp
hattori.t@daiwa-am.co.jp
hayashi.k@daiwa-am.co.jp
hideo_hasegawa@daiwa-am.co.jp
hirai@daiwa-am.co.jp
hizuka@daiwa-am.co.jp
hokao@daiwa-am.co.jp
hori@daiwa-am.co.jp
horiuchi.t@daiwa-am.co.jp
hoshi@daiwa-am.co.jp
hotchi@daiwa-am.co.jp
hotchi@daiwa-am.cp.jp
igarashi@daiwa-am.co.jp
imachi.m@daiwa-am.co.jp
inatomi@daiwa-am.co.jp
ishimaru@daiwa-am.co.jp
ito.h@daiwa-am.co.jp
ito.m@daiwa-am.co.jp
iwabuchi.r@daiwa-am.co.jp
iwasaki.h@daiwa-am.co.jp
iwasaki.o@daiwa-am.co.jp
iwata@daiwa-am.co.jp
jennyszeto@daiwa-am.com.hk
jogo@daiwa-am.co.jp
johnkoh@daiwa-am.com.hk

kado@daiwa-am.co.jp
kadokura@daiwa-am.co.jp
kamimura.y@daiwa-am.co.jp
kamino@daiwa-am.co.jp
kanai@daiwa-am.co.jp
karasawa@daiwa-am.co.jp
katagiri.y@daiwa-am.co.jp
kawamoto.t@daiwa-am.co.jp
kawasaki.k@daiwa-am.co.jp
kawase@daiwa-am.co.jp
kawata.s@daiwa-am.co.jp
kawazu@daiwa-am.co.jp
kentan@daiwa-am.com.sg
kikuchi.k@daiwa-am.co.jp
kira@daiwa-am.co.jp
kishikawa@daiwa-am.co.jp
kitahara@daiwa-am.co.jp
kobayashi.a@daiwa-am.co.jp
kobayashi.k@daiwa-am.co.jp
komiya@daiwa-am.co.jp
komura@daiwa-am.co.jp
kotera@daiwa-am.co.jp
kounishi@daiwa-am.co.jp
koushasai@daiwa-am.co.jp
kubo@daiwa-am.co.jp
kumagai.y@daiwa-am.co.jp
kumahara@daiwa-am.co.jp
kurihara.h@daiwa-am.co.jp
kurita@daiwa-am.co.jp
kuroki.a@daiwa-am.co.jp
kuroki@daiwa-am.co.jp
linda-liu@daiwa-am.com.hk
masuzawa@daiwa-am.co.jp
matsuba@daiwa-am.co.jp
matsubara@daiwa-am.co.jp
matsuda.c@daiwa-am.co.jp
matsuda@daiwa-am.co.jp
matsui.s@daiwa-am.co.jp
matsumoto.j@daiwa-am.co.jp
matsumoto.ju@daiwa-am.co.jp
matsunaga@daiwa-am.co.jp
matsuoka.n@daiwa-am.co.jp
matsuzaki@daiwa-am.co.jp
michaelwan@daiwa-am.com.hk
mino@daiwa-am.co.jp
mitsui@daiwa-am.co.jp
mizobuchi@daiwa-am.co.jp
monachung@daiwa-am.com.hk
mori.e@daiwa-am.co.jp
mori.k@daiwa-am.co.jp
mori.y@daiwa-am.co.jp
morioka@daiwa-am.co.jp
nagai.k@daiwa-am.co.jp
nagano@daiwa-am.co.jp
nagao@daiwa-am.co.jp
nakaaze@daiwa-am.co.jp
nakagawa.m@daiwa-am.co.jp
nakasho.i@daiwa-am.co.jp
nakatani@daiwa-am.co.jp
narita.y@daiwa-am.co.jp

niki.d@daiwa-am.co.jp
nishimoto@daiwa-am.co.jp
nitanai@daiwa-am.co.jp
nitta.r@daiwa-am.co.jp
nunomura@daiwa-am.co.jp
oe@daiwa-am.co.jp
ohhata@daiwa-am.co.jp
ohwada@daiwa-am.co.jp
okada.m@daiwa-am.co.jp
okamoto@daiwa-am.co.jp
okano.y@daiwa-am.co.jp
okazaki@daiwa-am.co.jp
oki.s@daiwa-am.co.jp
omata@daiwa-am.co.jp
onishi@daiwa-am.co.jp
ozaki.m@daiwa-am.co.jp
paul.chew@daiwa-am.com.sg
saito.shigeru@daiwa-am.co.jp
sakae@daiwa-am.co.jp
sakamoto@daiwa-am.co.jp
sakata@daiwa-am.co.jp
sakurai@daiwa-am.co.jp
sasa@daiwa-am.co.jp
sasaki.k@daiwa-am.co.jp
sballal@daiwa-am.com.sg
seki.y@daiwa-am.co.jp
sharda@daiwa-am.com.sg
shibata.s@daiwa-am.co.jp
shima.m@daiwa-am.co.jp
shimada.y@daiwa-am.co.jp
shinsa@daiwa-am.co.jp
shiomi.s@daiwa-am.co.jp
shiroo.s@daiwa-am.co.jp
sou.s@daiwa-am.co.jp
sugimoto.t@daiwa-am.co.jp
suzuki.hide@daiwa-am.co.jp
suzuki.s@daiwa-am.co.jp
tada@daiwa-am.co.jp
taguchi@daiwa-am.co.jp
tahara@daiwa-am.com.hk
takahashi.t@daiwa-am.co.jp
takamori@daiwa-am.co.jp
takamura@daiwa-am.co.jp
takao@daiwa-am.co.jp
takaoka@daiwa-am.co.jp
takayama@daiwa-am.co.jp
takebayashi@daiwa-am.co.jp
tanaka.j@daiwa-am.co.jp
tane@daiwa-am.co.jp
taniguchi@daiwa-am.co.jp
tanou@daiwa-am.co.jp
terada.m@daiwa-am.co.jp
terashima@daiwa-am.co.jp
togashi@daiwa-am.co.jp
tokuhara.m@daiwa-am.co.jp
tone@daiwa-am.co.jp
tsuchiya@daiwa-am.co.jp
tsuno.h@daiwa-am.co.jp
uchida@daiwa-am.co.jp
uematsu@daiwa-am.co.jp

ueno.y@daiwa-am.co.jp
uesugi@daiwa-am.co.jp
uno@daiwa-am.co.jp
victortse@daiwa-am.com.hk
wada@daiwa-am.co.jp
watanabe.d@daiwa-am.co.jp
watanabe.kazu@daiwa-am.co.jp
watanabe.s@daiwa-am.co.jp
watanabe.w@daiwa-am.co.jp
watanabe.y@daiwa-am.co.jp
yamaguchi.h@daiwa-am.co.jp
yamaguchi@daiwa-am.co.jp
yamamoto.h@daiwa-am.co.jp
yamamoto.n@daiwa-am.co.jp
yamamoto.s@daiwa-am.co.jp
yamanoi@daiwa-am.co.jp
yao@daiwa-am.co.jp
yasui@daiwa-am.co.jp
yoden@daiwa-am.co.jp
yoneyama@daiwa-am.co.jp
yoshida.s@daiwa-am.co.jp
yoshihara@daiwa-am.co.jp
yoshimura.n@daiwa-am.co.jp
acampbell@daiwa-ny.com
chen@daiwa-ny.com
chua@daiwa-ny.com
imai@daiwa-ny.com
matsumoto@daiwa-ny.com
mizobuchi@daiwa-ny.com
shi@daiwa-ny.com
thompson@daiwa-ny.com
aikawa@daiwasbi.co.jp
ambchang@daiwasbi.com.hk
ando-y@daiwasbi.co.jp
anil@daiwasbi.com.sg
anthony.hart@daiwasbi.co.uk
ariga-mi@daiwasbi.co.jp
arikawa@daiwasbi.co.jp
asada@daiwasbi.co.jp
aso@daiwasbi.co.jp
churei@daiwasbi.co.jp
duncan.sanford@daiwasbi.co.uk
eisoda@daiwasbi.co.jp
fkurosawa@daiwasbi.co.jp
fujita@daiwasbi.co.jp
fujiwara-hi@daiwasbi.co.jp
fukuda-t@daiwasbi.co.jp
fukui@daiwasbi.co.jp
furuichi@daiwasbi.co.jp
hanao@daiwasbi.co.jp
harada-h@daiwasbi.co.jp
harie@daiwasbi.co.jp
hashino@daiwasbi.co.jp
hfujiwara@daiwasbi.co.jp
hiranaka@daiwasbi.co.jp
hmatsu@daiwasbi.co.jp
horie@daiwasbi.co.jp
hosaka-y@daiwasbi.co.jp
hyashiro@daiwasbi.co.jp
inaba@daiwasbi.co.jp

| | | |
|---|---|---|
| inoue-n@daiwasbi.co.jp | nakashima@daiwasbi.co.jp | brian.kennedy@daiwasectab.ie |
| ishide@daiwasbi.co.jp | nakata@daiwasbi.co.jp | corinna.dixon@daiwasectab.ie |
| isono@daiwasbi.co.jp | nara@daiwasbi.co.jp | darragh.egan@daiwasectab.ie |
| ito-s@daiwasbi.co.jp | nigauri@daiwasbi.co.jp | dylan.waldron@daiwasectab.ie |
| ito-ta@daiwasbi.co.jp | nishimoto@daiwasbi.co.jp | edward.kelly@daiwasectab.ie |
| iwama@daiwasbi.co.jp | nishimura@daiwasbi.co.jp | eimear.forde@daiwasectab.ie |
| k_yamashita@daiwasbi.com.hk | nishino@daiwasbi.co.jp | jill.ocleary@daiwasectab.ie |
| kagiwada@daiwasbi.co.jp | niwashita@daiwasbi.co.jp | johnathan.prest@daiwasectab.ie |
| kakinuma@daiwasbi.co.jp | oda-s@daiwasbi.co.jp | peter.rogan@daiwasectab.ie |
| kamano@daiwasbi.co.jp | okabe-y@daiwasbi.co.jp | seonan.ward@daiwasectab.ie |
| kamei@daiwasbi.co.jp | okada@daiwasbi.co.jp | garry.dreher@daiwasmbc.co.uk |
| kami@daiwasbi.co.jp | okamura@daiwasbi.co.jp | luis.muscatt@daiwasmbc.co.uk |
| kanamori@daiwasbi.co.jp | okoide@daiwasbi.co.jp | nobuaki.omura@daiwasmbc.co.uk |
| kaneko-m@daiwasbi.co.jp | okuhara@daiwasbi.co.jp | aleksandr.bayevskiy@daiwausa.com |
| kaneoka@daiwasbi.co.jp | omura@daiwasbi.co.jp | anders.toftgaard@daiwausa.com |
| kasai@daiwasbi.co.jp | onakado@daiwasbi.co.jp | anibal.taymes@daiwausa.com |
| kashiwazaki@daiwasbi.co.jp | ozawa-a@daiwasbi.co.jp | anthony.stewart@daiwausa.com |
| katayama@daiwasbi.co.jp | philip.watkins@daiwasbi.co.jp | anthony.yong@daiwausa.com |
| kato@daiwasbi.co.jp | research@daiwasbi.co.jp | ashok.brito@daiwausa.com |
| kawaberi@daiwasbi.co.jp | saito-s@daiwasbi.co.jp | brendan.harney@daiwausa.com |
| kawanobe@daiwasbi.co.jp | sakurai@daiwasbi.co.jp | carol.auguste@daiwausa.com |
| kawasaki@daiwasbi.co.jp | shibuya@daiwasbi.co.jp | christopher.mcguire@daiwausa.com |
| kenlau@daiwasbi.com.hk | shimizu-sa@daiwasbi.co.jp | christopher.nichol@daiwausa.com |
| kikezawa@daiwasbi.co.jp | shiraki@daiwasbi.co.jp | connor.guinan@daiwausa.com |
| kimishima@daiwasbi.co.jp | shoji-m@daiwasbi.co.jp | dave.jacobus@daiwausa.com |
| kimura@daiwasbi.co.jp | smonji@daiwasbi.co.jp | david.bialer@daiwausa.com |
| kinoshita@daiwasbi.co.jp | snakamura@daiwasbi.co.jp | david.parks@daiwausa.com |
| kito@daiwasbi.co.jp | sshimo@daiwasbi.co.jp | dawn.murray@daiwausa.com |
| knoguchi@daiwasbi.co.jp | sshoji@daiwasbi.co.jp | dennis.manelski@daiwausa.com |
| kohashi-y@daiwasbi.co.jp | sugimura@daiwasbi.co.jp | edmund.towers@daiwausa.com |
| koizumi@daiwasbi.co.jp | takahashi-ma@daiwasbi.co.jp | elliott.solomon@daiwausa.com |
| ktakao@daiwasbi.co.jp | takahashi-to@daiwasbi.co.jp | frank.bambace@daiwausa.com |
| kubota@daiwasbi.co.jp | takahashi-y@daiwasbi.co.jp | frank.conti@daiwausa.com |
| kuramoto@daiwasbi.co.jp | takahashi-ya@daiwasbi.co.jp | gabriel.ng@daiwausa.com |
| kurisaki@daiwasbi.co.jp | takano@daiwasbi.co.jp | gary.linn@daiwausa.com |
| kuriyama@daiwasbi.co.jp | takei@daiwasbi.co.jp | hasmet.akgun@daiwausa.com |
| maejima@daiwasbi.co.jp | takeinoue@daiwasbi.co.jp | hayatullah.sadiq@daiwausa.com |
| maekawa@daiwasbi.co.jp | tamura@daiwasbi.co.jp | inessa.grinn@daiwausa.com |
| masuda@daiwasbi.co.jp | tanda@daiwasbi.co.jp | jack.weiner@daiwausa.com |
| matsumura-y@daiwasbi.co.jp | tange@daiwasbi.co.jp | james.denton@daiwausa.com |
| matsushita@daiwasbi.co.jp | taniuchi@daiwasbi.co.jp | john.belbol@daiwausa.com |
| mfujiwara@daiwasbi.co.jp | tdoumen@daiwasbi.co.jp | john.perlmutter@daiwausa.com |
| michaelmak@daiwasbi.com.hk | terashima@daiwasbi.co.jp | john.soper@daiwausa.com |
| mizuno@daiwasbi.co.jp | tinomata@daiwasbi.co.jp | john.wong@daiwausa.com |
| mkamohara@daiwasbi.co.jp | tokoro@daiwasbi.co.jp | joni.jones@daiwausa.com |
| mochinaga@daiwasbi.co.jp | tomimatsu@daiwasbi.co.jp | joseph.saberito@daiwausa.com |
| mochizuki@daiwasbi.co.jp | tomioka@daiwasbi.co.jp | karthik.murali@daiwausa.com |
| mori-ka@daiwasbi.co.jp | tsuchiya@daiwasbi.co.jp | katsumi.iwase@daiwausa.com |
| mori-ko@daiwasbi.co.jp | ttsuji@daiwasbi.co.jp | kenichi.ueda@daiwausa.com |
| mtakahashi@daiwasbi.com.hk | ueno@daiwasbi.co.jp | kent.shibata@daiwausa.com |
| muramatsu@daiwasbi.co.jp | utsunomiya@daiwasbi.co.jp | kevin.mcgrath@daiwausa.com |
| murata-k@daiwasbi.co.jp | watanabe@daiwasbi.co.jp | luis.nieves@daiwausa.com |
| nabeta@daiwasbi.co.jp | williammak@daiwasbi.com.hk | mai.kitakaze@daiwausa.com |
| nagai@daiwasbi.co.jp | xxx@daiwasbi.co.jp | michelle.harlan@daiwausa.com |
| nagaishi@daiwasbi.co.jp | y_dezawa@daiwasbi.co.jp | michelle.smith@daiwausa.com |
| nagata@daiwasbi.co.jp | yamada@daiwasbi.co.jp | neal.brauweiler@daiwausa.com |
| nakajima@daiwasbi.co.jp | yamamoto@daiwasbi.co.jp | nicholas.diolosa@daiwausa.com |
| nakamura@daiwasbi.co.jp | yano@daiwasbi.co.jp | nick.nubino@daiwausa.com |
| nakamura-t@daiwasbi.co.jp | yokouchi@daiwasbi.co.jp | richard.esterly@daiwausa.com |
| nakamura-y@daiwasbi.co.jp | yoshida-h@daiwasbi.co.jp | roger.wong@daiwausa.com |

| | | |
|---|---|---|
| roman.frenkel@daiwausa.com | cape@danskebank.dk | latr@danskebank.dk |
| salvatore.difrancesco@daiwausa.com | carol.powell@uk.danskebank.com | laube@danskebank.dk |
| samir.patel@daiwausa.com | cb@danskebank.dk | lbu@danskebank.dk |
| sergio.leon@daiwausa.com | cho@danskebank.dk | lfos@danskebank.dk |
| srihari.angara@daiwausa.com | christian.kirk@lu.danskebank.com | lgu@danskebank.dk |
| steven.burke@daiwausa.com | christian.myhre@danskebank.com | lma@danskebank.dk |
| takayuki.sawano@daiwausa.com | chve@danskebank.dk | mads.jacobsen@danskebank.dk |
| thomas.skrapits@daiwausa.com | claus.boje@danskebank.dk | maxp@danskebank.dk |
| thomas.spiegel@daiwausa.com | clausb@danskebank.dk | mbil@uk.danskebank.com |
| timothy.deegan@daiwausa.com | daki@uk.danskebank.com | mcg@danskebank.dk |
| tom.pantelleria@daiwausa.com | dan.jexin@danskebank.se | mfal@danskebank.dk |
| toru.yamamoto@daiwausa.com | david.allen@uk.danskebank.com | mg@danskebank.dk |
| william.dickesheid@daiwausa.com | elim@danskebank.dk | mgot@danskebank.dk |
| william.gonser@daiwausa.com | elisabeth.andreew@danskebank.dk | mgr@danskebank.dk |
| yash.misra@daiwausa.com | flemming.nielsen@danskebank.dk | mgy@danskebank.dk |
| rpa@dalmine.it | flml@uk.danskebank.com | micail.johansson@danskebank.dk |
| stefania.dimauro@dalmineenergie.it | franj@danskebank.dk | mikael.nyqvist@danskebank.se |
| stefano.pedrini@dalmineenergie.it | gms@uk.danskebank.com | mipa@danskebank.dk |
| udo.goebel@dam.lu | hans.obel@danskebank.dk | mlind@danskebank.dk |
| gregor.smith@damel.co.uk | heikki.ruoppa@danskebank.com | mmot@danskebank.dk |
| joe.kaemper@damel.co.uk | hennie@danskebank.dk | mmu@danskebank.dk |
| masahide.ito@damel.co.uk | henrik.hoffmann@uk.danskebank.com | mpla@danskebank.com |
| michael.hosken@damel.co.uk | henrik.normann@danskebank.dk | naah@danskebank.dk |
| misaki.kelly@damel.co.uk | hphu@danskebank.dk | nbje@uk.danskebank.com |
| misaki.shida@damel.co.uk | hscha@danskebank.dk | ne@danskebank.dk |
| oskar.stachowiak@damel.co.uk | hvan@danskebank.dk | nicla@danskebank.dk |
| paul.lockey@damel.co.uk | ian.rosenthal@uk.danskebank.com | nka@danskebank.dk |
| simon.kirton@damel.co.uk | ibej@danskebank.dk | nsnd@danskebank.dk |
| tadayuki.ozaki@damel.co.uk | jacla@danskebank.dk | olar@danskebank.dk |
| droberts@dana.com | jacques.skovgaard@danskebank.dk | ole.christensen@danskebank.dk |
| david@danainvestment.com | jakbe@danskebank.dk | ole.skov@lu.danskebank.com |
| joe@danainvestment.com | jakob.norgaard@danskebank.dk | one@us.danskebank.com |
| mark@danainvestment.com | jan.vedersoe@danskebank.dk | pa@danskebank.dk |
| mikeh@danainvestment.com | jeca@danskebank.dk | peh@danskebank.dk |
| robl@danainvestment.com | jepete@danskebank.dk | pehu@uk.danskebank.com |
| andytha.soemitro@danamon.co.id | jerf@uk.danskebank.com | per.asbjorn.nielsen@danskebank.dk |
| abri@danicapension.dk | jesp@danskebank.dk | per.hoegh@danskebank.dk |
| jale@danicapension.dk | jesper.hansen@danskebank.dk | per.regnarsson@uk.danskebank.com |
| a.zampa@danieli.it | jfj@danskebank.dk | perttu.tuomi@danskebank.com |
| c.borghese@danieli.it | jj@danskebank.dk | peter.preisler@lu.danskebank.com |
| m.battistella@danieli.it | jmo@danskebank.dk | prasm@danskebank.dk |
| m.mian@danieli.it | joakim.gaverstrom@danskebank.se | preben.rosenberg@danskebank.dk |
| r.grosso@danieli.it | jobru@us.danskebank.com | ps@danskebank.dk |
| harg@us.danske.com | johb@uk.danskebank.com | rahe@danskebank.dk |
| peter.herrlin@uk.danske.com | john.l.nielsen@lu.danskebank.com | rg@us.danskebank.com |
| abg@danskebank.dk | jp.darque@uk.danskebank.com | richard.griffiths@uk.danskebank.com |
| abre@uk.danskebank.com | jrha@danskebank.dk | ronald.bullock@danskebank.de |
| aher@danskebank.dk | jrp@danskebank.dk | roni.gani@danskebank.se |
| anco@danskebank.dk | jsch@danskebank.dk | ruhe@uk.danskebank.com |
| andi@uk.danskebank.com | jspi@uk.danskebank.com | samir.charif@danskebank.dk |
| andreas.kronblad@danskebank.se | jste@us.danskebank.com | sander.fynboe@uk.danskebank.com |
| andsv@danskebank.dk | jtor@danskebank.dk | sani@us.danskebank.com |
| andth@uk.danskebank.com | juho.tiri@danskebank.com | sanne.sylvest@danskebank.dk |
| anl@danskebank.dk | karsten.knudsen@danskebank.dk | sedm@uk.danskebank.com |
| asuj@danskebank.com | kely@danskebank.dk | siho@us.danskebank.com |
| ayo@danskebank.dk | kim.berman@danskebank.dk | srand@danskebank.dk |
| b.hy@danskebank.com | kmd@us.danskebank.com | srnie@danskebank.dk |
| bjst@danskebank.dk | knm@danskebank.dk | steen.blaafalk@danskebank.dk |
| c.heckmann@danskebank.dk | kokf@danskebank.dk | stjae@danskebank.dk |
| cafi@danskebank.dk | lars.norup@danskebank.dk | sujr@danskebank.dk |

taru.kosonen@danskebank.com
thjr@danskebank.dk
thomas.lonnerstam@danskebank.com
tiki@uk.danskebank.com
tman@danskebank.dk
tomi.einesalo@danskebank.com
twh@danskebank.com
ubr@danskebank.lu
ulla.hoyer@danskebank.dk
wiveka.burvall@danskebank.se
allan.moller@danskecapital.com
athi@danskecapital.com
bebr@danskecapital.com
bgje@danskecapital.com
cci@danskecapital.com
erre@danskecapital.com
ffa@danskecapital.com
hjg@danskecapital.com
jah@danskecapital.com
jenla@danskecapital.com
jens.moos@danskecapital.com
joei@danskecapital.com
jsr@danskecapital.com
kholm@danskecapital.com
kimth@danskecapital.com
lam@danskecapital.com
lard@danskecapital.com
maco@danskecapital.com
marti@danskecapital.com
miek@danskecapital.com
mihee@danskecapital.com
mikla@danskecapital.com
moch@danskecapital.com
mohp@danskecapital.com
nihan@danskecapital.com
pch@danskecapital.com
thb@danskecapital.com
thsc@danskecapital.com
ufr@danskecapital.com
ull@danskecapital.com
ville.rouvila@danskecapital.fi
thet@danskeinvest.com
cth@danskesecurities.com
janepia.andersen@danskesecurities.com
roland.goetz@danzas.com
alexander.felix@dartmouth.edu
alexander.j.cook@dartmouth.edu
alexander.t.martinian@dartmouth.edu
andrew.e.dete@dartmouth.edu
aneesa.agha@dartmouth.edu
anh.b.le@dartmouth.edu
anne.esler@dartmouth.edu
annie.rittgers@dartmouth.edu
aravind.reddy@dartmouth.edu
ashley.e.perkins@dartmouth.edu
aurelien.pichon@tuck.dartmouth.edu
avnish@dartmouth.edu
berk.ozturk@dartmouth.edu
blair.a.randall@dartmouth.edu
brendan.j.hart@dartmouth.edu

brian.a.smith@dartmouth.edu
bruce.i.sacerdote@dartmouth.edu
bzm@dartmouth.edu
carter.s.gray@dartmouth.edu
catharina.zuber@tuck.dartmouth.edu
cathy.wu@dartmouth.edu
cc9@dartmouth.edu
charles.a.quincy@dartmouth.edu
charles.a.toye@tuck.dartmouth.edu
chelsea.jia@dartmouth.edu
chetan.mehta@dartmouth.edu
christian.d.steuart@dartmouth.edu
christina.tjahjana@dartmouth.edu
christine.souffrant@dartmouth.edu
colyn@dartmouth.edu
daniel.gomez.09@dartmouth.edu
daniel.j.egan@dartmouth.edu
daniel.t.lynch@dartmouth.edu
david.c.cong@dartmouth.edu
david.gong@dartmouth.edu
david.h.russ@dartmouth.edu
ebm@dartmouth.edu
edise.g.schmitz@dartmouth.edu
elizabeth.a.wai@dartmouth.edu
elva.l.fan@dartmouth.edu
eng.han.ng@dartmouth.edu
eric.a.crawford@dartmouth.edu
erica.r.hoffmaster@dartmouth.edu
esther.ha@dartmouth.edu
fernando.orta@dartmouth.edu
fred.wainwright@tuck.dartmouth.edu
gregg.m.rubin@dartmouth.edu
hanna.bobyk@dartmouth.edu
harrison.j.davies@dartmouth.edu
hinerleamons@dartmouth.edu
hing.cheng@dartmouth.edu
inna.etinberg@dartmouth.edu
isabel.t.curatolo@dartmouth.edu
jack.m.mcneily@dartmouth.edu
james.r.fries@dartmouth.edu
jemma.cho@dartmouth.edu
jerry.guo@dartmouth.edu
jimmy.ren@dartmouth.edu
jin.yan@dartmouth.edu
joey@dartmouth.edu
joseph.h.huston@dartmouth.edu
julio.o.gil@dartmouth.edu
justin.griggs@tuck.dartmouth.edu
kaitlyn.j.sheehan@dartmouth.edu
kalyan.kuchimanchi@dartmouth.edu
karen.l.sluzenski@dartmouth.edu
karin.s.thorburn@tuck.dartmouth.edu
katerina.v.simons@dartmouth.edu
kayte@dartmouth.edu
kelsey.a.byrne@dartmouth.edu
kent.l.womack@tuck.dartmouth.edu
ki.s.jung@dartmouth.edu
kimberly.c.harris@dartmouth.edu
l.kendrick.li@dartmouth.edu
lei.qi@dartmouth.edu

lily.he@dartmouth.edu
lokesh.bidhan@tuck.dartmouth.edu
long.sha@dartmouth.edu
mahesh.murarka@tuck.dartmouth.edu
mark.mounts@dartmouth.edu
mezae@dartmouth.edu
mgelb@dartmouth.edu
michael.belinsky@dartmouth.edu
michael.parker@tuck.dartmouth.edu
mitchell.d.mcintyre@dartmouth.edu
muhammad.s.elatab@dartmouth.edu
nate.servis@dartmouth.edu
peter.chau@dartmouth.edu
prabhav.rakhra@dartmouth.edu
ramesh.karpagavinayagam@tuck.dartmouth.edu
rer09@dartmouth.edu
rfh@dartmouth.edu
richard.cummings@dartmouth.edu
richard.j.rogalski@tuck.dartmouth.edu
richard.w.berger@dartmouth.edu
richard.w.sunderland.iii@dartmouth.edu
rubin.srimal@dartmouth.edu
rufaro.makanda@dartmouth.edu
rxn@dartmouth.edu
ryan.h.yuk@dartmouth.edu
ryan.w.j.choi@dartmouth.edu
samuel.e.belk@dartmouth.edu
sbucky@dartmouth.edu
shivam.rajdev@tuck.dartmouth.edu
siddhartha.s.panda@tuck.dartmouth.edu
spr@dartmouth.edu
stan.pyc@dartmouth.edu
steve.pan@dartmouth.edu
tarang.agarwal@dartmouth.edu
thomas.b.sheridan@dartmouth.edu
tiffany.w.tai@dartmouth.edu
ting.cui@dartmouth.edu
tyler.a.young@dartmouth.edu
valentin.yanev@dartmouth.edu
vivienne.zhao@dartmouth.edu
vlad.d.dobru@dartmouth.edu
w.y.andrea.choi@dartmouth.edu
yan.fan@dartmouth.edu
yi.nok.chan@dartmouth.edu
yvonne.l.pop@dartmouth.edu
zachary.z.lim@dartmouth.edu
zc@dartmouth.edu
zhe.liu@dartmouth.edu
zhebin.qian@dartmouth.edu
ksees@dasny.org
jean-francois.laudet@dassault.fr
alain.girardeau-montaut@dassault-aviation.fr
brigitte.legrand@dassault-aviation.fr
jean.touyet@dassault-aviation.fr
bgiles@davenportllc.com
dadams@davenportllc.com
dcampbell@davenportllc.com
djohnstone@davenportllc.com
dmclamb@davenportllc.com
dwest@davenportllc.com

gallen@davenportllc.com
jackerly@davenportllc.com
jbailey@davenportllc.com
kreece@davenportllc.com
mlevin@davenportllc.com
ndeal@davenportllc.com
lanse@daviscapitalpartners.com
jsarff@davisham.com
alan.guy@davy.ie
barbara.turley@davy.ie
donal.omahony@davy.ie
fran.oconnor@davy.ie
john.gleeson@davy.ie
matt.fitzpatrick@davy.ie
michelle.okeefe@davy.ie
paul.fogarty@davy.ie
paul.giblin@davy.ie
roc.mehigan@davy.ie
stephen.church@davy.ie
tony.morley@davy.ie
abdoulaye.thiam@db.com
abha.shakya@db.com
abhijit.sahay@db.com
abhiroop.lal@db.com
adam.gelder@db.com
adam.lucuk@db.com
adam.seitchik@db.com
adrian.daniel@db.com
adrian.schmidt@db.com
afraz.ahmed@db.com
ahmet.temuer@db.com
aimad.taleb@db.com
aisling.twomey@db.com
ajinder.banns@db.com
akira.tsuboi@db.com
alae.chouaibi@db.com
alessandro.amari@db.com
alessandro.rovelli@db.com
alex.graham@db.com
alex.grinberg@db.com
alex.wagner@db.com
alexa.digiorgio@db.com
alexander.cellarius@db.com
alexander.f.lepinsky@db.com
alexander.kraft@db.com
alexander.nagel@db.com
alexander.preininger@db.com
alexander.trentin@db.com
alexandra.downing@db.com
alexandre.lalot@db.com
alexis.tsatsaris@db.com
alice.acaron@db.com
aline.thiel@db.com
alistair.ling@db.com
allison.salas@db.com
alvin.burgos@db.com
alwyn-r.silva@db.com
amanda.m.cahill@db.com
amelia.l.mendoza@db.com
amin.qazi@db.com

amir.gharagozlou@db.com
amir.oveissi@db.com
amit.jain@db.com
amy.carratt@db.com
amy.hamma@db.com
amy.l.stewart@db.com
amy.ravindran@db.com
ana.martin-de-sta-olalla@db.com
anabel.francos@db.com
anastasia.beliak@db.com
anastasios.astyfidis@db.com
anatoly.nakum@db.com
andre.crawford-brunt@db.com
andrea.long@db.com
andrea.mottarelli@db.com
andreas.boeger@db.com
andreas.burhoi@db.com
andreas.chwalek@db.com
andreas.denger@db.com
andreas.doerrenhaus@db.com
andreas.duerkes@db.com
andreas.koukorinis@db.com
andreas.wendelken@db.com
andrew.brodie@db.com
andrew.johnston@db.com
andrew.maschhoff@db.com
andrew.ness@db.com
andrew.pratt@db.com
andrew.rand@db.com
andrew.tusa@db.com
andrew-gcd.smith@db.com
andy.taylor@db.com
angela.conti@db.com
angie.salam@db.com
anh.h.parisi@db.com
anita.mucha@db.com
anita.ramnarain@db.com
anita.springer@db.com
anja.beschorner@db.com
anna.wallentin@db.com
anne.aguilar@db.com
anne-claire.petit@db.com
annett.wiedemann@db.com
annette.klein@db.com
annette.lebaron@db.com
annmarie.ryan@db.com
anthony.burrell@db.com
anthony.corbett@db.com
anthony.creighton@db.com
anthony.luu@db.com
anthony.santostefano@db.com
anthony.vanimpe@db.com
antje.braun@db.com
antoaneta.zaharieva@db.com
antonio.catanese@db.com
arie.boleslawski@db.com
armin.schmalz@db.com
arnim.holzer@db.com
arno.puskar@db.com
art.lauer@db.com

asad.mawjee@db.com
ashton.goodfield@db.com
aswini.anand@db.com
atsuo.yoshino@db.com
augustine.claudio@db.com
austin.mayberry@db.com
awatif.galdass@db.com
azeem.akhtar@db.com
barbara.portenkirchner@db.com
barry.friedson@db.com
bart.grenier@db.com
barton.holl@db.com
beat.widmer@db.com
beate.huge@db.com
beate.simon@db.com
becky.mammen@db.com
belinda.chow@db.com
ben.hollis@db.com
ben.woodcock@db.com
benjamin.baldwin@db.com
benjamin.hsu@db.com
benjamin.leveque@db.com
benjamin.lippke@db.com
benjamin.pace@db.com
benny.bruno@db.com
bernd.waizenhoefer@db.com
bernhard.freis@db.com
bernice.stein@db.com
bernie.ryan@db.com
bert.dhollander@db.com
betsy.smith@db.com
betty.wu@db.com
bhagwan.rajput@db.com
bill.chepolis@db.com
bill.engmann@db.com
bill.shiebler@db.com
birgit.berg@db.com
bjoern.seemann@db.com
blair.ridley@db.com
blanton.neill@db.com
boaz.weinstein@db.com
bobby.aulak@db.com
brad.berberian@db.com
brad.dyslin@db.com
brad.eilert@db.com
brad.perkins@db.com
brenda.rosin@db.com
brendan.carpenter@db.com
brendan.connaughton@db.com
brendan.oneill@db.com
brent.cook@db.com
brent.hixon@db.com
brent.merlis@db.com
brett.gorman@db.com
brett.nunziata@db.com
brian.firstman@db.com
brian.h.hellmann@db.com
brian.lantier@db.com
brian.mckeon@db.com
brian.navarro@db.com

| | | |
|---|---|---|
| brian.p.spellman@db.com | christine.haddad@db.com | daniela.martin@db.com |
| brian.rebello@db.com | christine.niedtner@db.com | danny-x.wang@db.com |
| brian.shiau@db.com | christine.pignon@db.com | danyelle.guyatt@db.com |
| brian-c.oleary@db.com | christine.sharaf@db.com | daphne.adams@db.com |
| bridget.fallon@db.com | christoph.klein@db.com | darlene.rasel@db.com |
| brigitte.dutoit-cornet@db.com | christophe.bernard@db.com | darren.adamchak@db.com |
| brijesh.parmar@db.com | christopher.abel@db.com | darren.curtis@db.com |
| britta.weidenbach@db.com | christopher.burnham@db.com | darwei.kung@db.com |
| brooke.kane@db.com | christopher.k.carroll@db.com | dave.barretta@db.com |
| brown.ronald@db.com | christopher.koslowski@db.com | david.a.johnson@db.com |
| bruce.alpern@db.com | christopher.pariseault@db.com | david.a.mchugh@db.com |
| bruce.dell@db.com | christopher.parisi@db.com | david.bate@db.com |
| bruce.rodio@db.com | christopher.park@db.com | david.berg@db.com |
| bryan.collings@db.com | christopher.rulewich@db.com | david.d.jumper@db.com |
| bryan-j.ray@db.com | christopher.schoewe@db.com | david.daum@db.com |
| camas.hunter@db.com | chung-chui.wan@db.com | david.f.hone@db.com |
| carin.l.ganjon@db.com | cindy.lorenzo@db.com | david.g.sandelovsky@db.com |
| carlo.pirzio-biroli@db.com | claire.benham@db.com | david.gallers@db.com |
| carol.franklin@db.com | claire.leadbeater@db.com | david.gary@db.com |
| carol.mills@db.com | claire.sowden@db.com | david.haysey@db.com |
| carol.roe@db.com | claire.wooldridge@db.com | david.heape@db.com |
| caroline.altmann@db.com | clare.flynn@db.com | david.j.ryan@db.com |
| cassie.barrett@db.com | clare.gray@db.com | david.k.moser@db.com |
| catharine.peppiatt@db.com | clark.chang@db.com | david.m.friedman@db.com |
| catherine.chu@db.com | claudia.bommersheim@db.com | david.petch@db.com |
| catherine.dick@db.com | claudia.friebertshaeuser@db.com | david.rhydderch@db.com |
| catherine.e.napolitano@db.com | claudia.roering@db.com | david.rossmiller@db.com |
| catherine.m.oconnor@db.com | claudio.irigoyen@db.com | david.stark@db.com |
| catherine.shaw@db.com | claudio.rotundo@db.com | david.yu@db.com |
| catherine.y.chen@db.com | clemens.mueller@db.com | david-a.lane@db.com |
| cedric.vankerrebroeck@db.com | clive.dennis@db.com | david-m.lane@db.com |
| cesar.gomez@db.com | clotilde.wang@db.com | david-mg.murphy@db.com |
| chander.bishnoi@db.com | colin.weatherup@db.com | david-n.thomas@db.com |
| charles.angelini@db.com | colleen.cunniffe@db.com | davina.rich@db.com |
| charles.ekins@db.com | connie.leear@db.com | davina.walter@db.com |
| charles.kohler@db.com | connie.lee-ar@db.com | dawn.albano@db.com |
| charles.wang@db.com | connie.leelar@db.com | dawn.underwood@db.com |
| charles.wike@db.com | cornelia.koellmann@db.com | dean.barber@db.com |
| charlotte.masquelier@db.com | costa.petrunoff@db.com | dean.benner@db.com |
| chien-chung.chen@db.com | craig.deadman@db.com | dean.meddaugh@db.com |
| chris.belknap@db.com | craig.russell@db.com | debbie.fleet@db.com |
| chris.fuchs@db.com | craig.sulzburgh@db.com | debbie.kavanagh@db.com |
| chris.lajaunie@db.com | c-steven.park@db.com | debbie.moses@db.com |
| chris.munshower@db.com | cynthia.bow@db.com | deborah.j.jaffe@db.com |
| chris.pariseault@db.com | cynthia.corrigan@db.com | debra.chin@db.com |
| chris.whitaker@db.com | dagmar.baumer@db.con | debra.hamilton@db.com |
| christa.fusco@db.com | damir.poje@db.com | debra.jennings@db.com |
| christa.tarcea@db.com | dan.gold@db.com | delphine.dalu@db.com |
| christian.happ@db.com | dan.green@db.com | denise.burton@db.com |
| christian.lecointe@db.com | dan.manghirmalani@db.com | denise.lindsay@db.com |
| christian.reiter@db.com | daniel.acevedo@db.com | dennis.haensel@db.com |
| christian.sauter@db.com | daniel.barkan@db.com | desmond.kappaun@db.com |
| christian.schiweck@db.com | daniel.escobar@db.com | detlef.hempel@db.com |
| christian.schulze@db.com | daniel.hardt@db.com | dhaneesh.kumbhani@db.com |
| christian.schwehm@db.com | daniel.holman@db.com | dianne.heuser@db.com |
| christian-b.adler@db.com | daniel.holtz@db.com | dick.goers@db.com |
| christiane.wenzel@db.com | daniel.pietrzak@db.com | dieter.warzecha@db.com |
| christina.klein@db.com | daniel.salter@db.com | dietmar.hitzemann@db.com |
| christina.m.houk@db.com | daniel.sheppard@db.com | dirk.aufderheide@db.com |
| christine.frank@db.com | daniel.y.sohng@db.com | dirk.bruckmann@db.com |

| | | |
|---|---|---|
| dirk.filice@db.lu | feng.guo@db.com | gwest.saltonstall@db.com |
| dirk.hastenrath@db.com | fiona.badian@db.com | hans.krajewski@db.com |
| dirk.junker@db.com | fiona.morrison@db.com | harald.fuerst@db.com |
| dirk.schiefer@db.com | firstname.surname@db.com | hareesh.jayanthi@db.com |
| don.deutsche@db.com | florian.tanzer@db.com | harold.holding@db.com |
| don.petrow@db.com | foster.j.mccoy@db.com | haroon.iqbal@db.com |
| donna.marsella@db.com | francis.maclean@db.com | harry.epstein@db.com |
| dorthia.brown@db.com | frank.desharnais@db.com | hayley.williams@db.com |
| doug.l.scipione@db.com | frank.gambino@db.com | heathcliffe.burrough@db.com |
| douglas.nardi@db.com | frank.kuemmet@db.com | heike.vogeler@db.com |
| dr-bob.froehlich@db.com | frank.mcdonnell@db.com | heiko.mayer@db.com |
| d-richard.smith@db.com | frank.messina@db.com | helen.aitchison@db.com |
| ed.gonzalez@db.com | frank.schwarz@db.com | helen.archer@db.com |
| edgar.rojas@db.com | franklin.leong@db.com | helen-x.wang@db.com |
| eduard.keller@db.com | franziska-julia.loehmann@db.com | helmut.kaiser@db.com |
| edward.aw@db.com | fraser.brown@db.com | henning.potstada@db.com |
| edward.barrett@db.com | fred.massey@db.com | henry.kenner@db.com |
| edward.bliss@db.com | fred.peemoller@db.com | herman.daley@db.com |
| edward.chai@db.com | frederic.de-benoist@db.com | herman.santiago@db.com |
| eileen.mckenna@db.com | friedrich-a.driftmann@db.com | hilary.p.donegan@db.com |
| eladio.martinez@db.com | gallahue@db.com | hiroaki.mohri@db.com |
| elena.alvarez@db.com | gary.r.pollack@db.com | hiroshi.matsumoto@db.com |
| elena.kostova@db.com | gary.sullivan@db.com | hisao.chida@db.com |
| elizabeth.allan@db.com | gem.de.matas@db.com | hitoshi.nishiyama@db.com |
| elizabeth.b.walton@db.com | gene.caponi@db.com | holger.fitzke@db.com |
| elizabeth.zieglmeier@db.com | gene.chin@db.com | holger.geissler@db.com |
| elke.gruenewald@db.com | geoffrey.gibbs@db.com | honyee.wu@db.com |
| ellen.tesler@db.com | georg.schuh@db.com | horst.reichert@db.com |
| ellie.lynch@db.com | george.redfern@db.com | howard.breyerman@db.com |
| ellie_brennan@db.com | george.terizakis@db.com | hubert.allemani@db.com |
| elliot.delgado@db.com | george.wu@db.com | hugh.male@db.com |
| emelyne.uchiyama@db.com | georgie.skillett@db.com | hugo.banziger@db.com |
| emiko.sakai@db.com | gerald.larr@db.com | ian.am.clarke@db.com |
| emily.parker@db.com | gerald.morgan@db.com | ian.campbell-laing@db.com |
| emma.harding@db.com | gero.olbertz@db.com | ian.trundle@db.com |
| emmanuel.morano@db.com | gerold.koch@db.com | indexpet@db.com |
| encarnacion.ramos@db.com | gerrit.rohleder@db.com | inge-lise.mackaay@db.com |
| eng-hock.ong@db.com | giuseppe.quadri@db.com | ingo.gefeke@db.com |
| enid.ellis@db.com | glenn.degenaars@db.com | ingo.kuerpick@db.com |
| enrico.biglino@db.com | glenn.koenig@db.com | ingo.molitor@db.com |
| eric.de-sangues@db.com | goetz.haue@db.com | inna.okounkova@db.com |
| eric.hinz@db.com | grace.ansani@db.com | inna_okounkova@db.com |
| eric.kirsch@db.com | grace.rutigliano@db.com | irene.lisyansky@db.com |
| eric.lobben@db.com | graham.ashby@db.com | irina.valcheva@db.com |
| eric.m.weinstein@db.com | graham.forster@db.com | isabelle.brancart@db.com |
| eric.w.mchose@db.com | graham.jefferson@db.com | ivan.capriello@db.com |
| erick.sooy@db.com | graham.r.lamb@db.com | ivo.westera@db.com |
| erika.a.lawrence@db.com | greg.croll@db.com | j?rg.sittner@db.com |
| erin.doyle@db.com | greg.fuss@db.com | jack.zehner@db.com |
| erin.st.john@db.com | greg.thompson@db.com | jaga.bukowska@db.com |
| ermes.caramaschi@db.com | gregory.bilse@db.com | jagdip.gill@db.com |
| ernest.maul@db.com | gregory.lewis@db.com | jaime.vieser@db.com |
| esmiralda.konyuchova@db.com | gregory.p.whitby@db.com | jaiwish.nolan@db.com |
| eugene.bidchenco@db.com | gregory.staples@db.com | jake.sudbery@db.com |
| eugene.shuster@db.com | gregory-s.adams@db.com | james.anglin@db.com |
| eva.m.rahmanides@db.com | grigore.ciorchina@db.com | james.arnold@db.com |
| fabian.degen@db.com | guenter.dieterich@db.com | james.creighton@db.com |
| federico.hausler@db.com | gunnar.friede@db.com | james.d.richard@db.com |
| felicia.richardson@db.com | gunther.schmigalle@db.com | james.darch@db.com |
| felix.walther@db.com | guy.parent@db.com | james.davidson@db.com |

james.g.faunce@db.com
james.grady@db.com
james.grigg-euro@db.com
james.jordan@db.com
james.pulsford@db.com
james-db.henderson@db.com
james-mg.patterson@db.com
james-y.lee@db.com
jamie.a.baum@db.com
jamie.guenther@db.com
jamie.pratt@db.com
jamil.hamdan@db.com
jan.olsson@db.com
jan.treuren@db.com
jan.winnefeld@db.com
jan-christoph.breiter@db.com
jane.brown@db.com
jasmine.n.beharry@db.com
jason.collins@db.com
jason.l.babb@db.com
jason.regalado@db.com
jason.vassil@db.com
jay.nakahara@db.com
jean-michel.starck@db.com
jeanne.gribbin@db.com
jean-paul.paradis@db.com
jeff.polakow@db.com
jeff.reback-d@db.com
jeffrey.essam@db.com
jeffrey.pond@db.com
jeffrey.saeger@db.com
jen.piettsch@db.com
jenni.hunter@db.com
jennifer.gaulrapp@db.com
jennifer.peters@db.com
jennifer.phillippe@db.com
jenny.r.waychoff@db.com
jeremy.hughes@db.com
ji.chung@db.com
jia.fu@db.com
jigisha.patel@db.com
jill.reisner@db.com
jim.francis@db.com
jin.chen@db.com
joachim.klaehn@db.com
joachim.pflaumer@db.com
joan.anglione@db.com
joan.bonet@db.com
joan.malcolm@db.com
joann.barry@db.com
joanna.e.girardin@db.com
joanne-a.smith@db.com
joaquin-a.gonzalez@db.com
joe.benevento@db.com
joe.hall@db.com
joe.kowal@db.com
joe.wong@db.com
joel.karsch@db.com
joerg.breedveld@db.com

joerg.triesch@db.com
joergen.hartmann@db.com
joerg-peter.mueller@db.com
joern.felgendreher@db.com
joern.steuernagel@db.com
johann.p.hartmann@db.com
john.axtell@db.com
john.bethell@db.com
john.brennan@db.com
john.callaghan@db.com
john.cassedy@db.com
john.demastri@db.com
john.dibenedetto@db.com
john.domingues@db.com
john.duarte@db.com
john.estrada@db.com
john.hatch@db.com
john.heldman@db.com
john.kenyon@db.com
john.mariano@db.com
john.melvin@db.com
john.rebuth@db.com
john.stipanovich@db.com
john.taphorn@db.com
john.thierfelder@db.com
john.v.reilly@db.com
john-bosco.walsh@db.com
john-d.willis@db.com
john-e.ford@db.com
john-f.moody@db.com
jon.dwiar@db.com
jonathan.morford@db.com
jonathan.sweeney@db.com
jonathan.treat@db.com
jon-paul.viviani@db.com
jorg.wenzel@db.com
jorge.otero@db.com
josefa.llinares@db.com
joseph.axtell@db.com
joseph.carvin@db.com
joseph.f.nevins@db.com
joseph.geronimo@db.com
joseph.kim@db.com
joseph.kung@db.com
joseph.lavorgna@db.com
joseph.zimbalist@db.com
josephine.martinez@db.com
josh.blacher@db.com
joshua.galaun@db.com
joshua.wilkes@db.com
jude.volcy@db.com
judith.irish@db.com
juergen.dreier@db.com
juergen.fitschen@db.com
juergen.foerster@db.com
juergen.muser@db.com
juergen.rautenberg@db.de
julia.ollig@db.com
julian.barrell@db.com
julian.evans@db.com

julian.murray@db.com
julie.abbett@db.com
julie.cataldo@db.com
julie.ng@db.com
julie.sheehan@db.com
julie.vancleave@db.com
julien.marie@db.com
june.kim@db.com
jurgen.druckner@db.com
justin.j.eagan@db.com
justin.mckie@db.com
justin-y.tan@db.com
kai.strothmann@db.com
kamal.fayad@db.com
kamran.sadr@db.com
karen.halliday@db.com
karen.stewart@db.com
karim.ayad@db.com
karin.hillmer@db.com
karin.hilmer@db.com
karl.kyriss@db.com
karl.massey@db.com
karl.sternberg@db.com
karl-detlev.gerke@db.com
karsten.bielig@db.com
karsten.rosenkilde@db.com
kaspar.hense@db.com
katharine.bullock@db.com
katherine.j.stanley@db.com
katherine.woodrow@db.com
kathleen.bowers@db.com
kathleen.bradford@db.com
kathy.giove@db.com
katie.savage@db.com
katrina.batchelor@db.com
katrina.mitchell@db.com
kazuichi.mihara@db.com
keith.bachman@db.com
kelly.chin@db.com
kelly.douglas@db.com
kelly.l.beam@db.com
kelly.p.davis@db.com
kelly.phillips@db.com
ken.bowling@db.com
kenjiro.ichiju@db.com
kenneth.flaherty@db.com
kerry.wann@db.com
kersten.kaden@db.com
kerstin.suwald@db.com
kesi.gibson@db.com
kevin.arnold@db.com
kevin.bliss@db.com
kevin.brodbeck@db.com
kevin.chin@db.com
kevin.flood@db.com
kevin.m.evans@db.com
kevin.m.pleasant@db.com
kevin.mccoy@db.com
kevin.parker@db.com
kevin.r.carey@db.com

kit.yee.martin@db.com
klaus.timpel@db.com
klaus.wodsak@db.com
ko.akiyama@db.com
konrad.aigner@db.com
krishna.memani@db.com
kristopher.carney@db.com
kristy.wierczorek@db.com
kumar.vemuri@db.com
kyle.fox@db.com
laila.gheith@db.com
larry.mcadoo@db.com
larry.v.adam@db.com
laura.alcabes@db.com
laura.schneider@db.com
laurence.fisher@db.com
laurence.oneill@db.com
laurence.porteu@db.com
lee.robertson@db.com
lee.rodon@db.com
leefin.lai@db.com
lenny.zephirin@db.com
leo.grohowski@db.com
leonard.dolan@db.com
leonel.guarneros@db.com
leonie.hirst@db.com
leslie.boland@db.com
lia.levenson@db.com
liana.zhitomirsky@db.com
lien.von@db.com
linda.james@db.com
lingzhu.yu-steiner@db.com
lisa.carson@db.com
lisa.m.keating@db.com
lisa.mowbray@db.com
lisa-r.liu@db.com
liz.chong@db.com
lonnie.fox@db.com
louis.green@db.com
louis.puglisi@db.com
louis.rodriguez@db.com
louise.kernohan@db.com
louise.randall@db.com
lu.wang@db.com
lucia.weiss@db.com
lucille.douglas@db.com
luke.duggan@db.com
lutz.neumann@db.com
luzie.wenzel@db.com
lynne.jimenez@db.com
madelene.pegrari@db.com
maher.mansour@db.com
maida.lagmay-polanco@db.com
maki.kamiya@db.com
makis.ktetsis@db.com
makis.maketsis@db.com
malcolm.pratt@db.com
mandeep.manku@db.com
manfred.bauer@db.com
manfred.erne@db.com

mangala.prakash@db.com
manuel.seifert@db.com
manuel.tenekedshijew@db.com
marc.ahrens@db.com
marc.b.sprung@db.com
marc.gorr@db.com
marc.griesche@db.com
marc.mcdonald@db.com
marc.p.miller@db.com
marc.salant@db.com
marc.weibel@db.com
marcel.cassard@db.com
marco.bense@db.com
marco.neto@db.com
marco.ravagli@db.com
marco.scherer@db.com
marcus.herbig@db.com
marcus.mehlinger@bku.db.de
marcus.niethammer@db.com
marcus-michael.hofmann@db.com
marga.del-pilar@db.com
margaret.platt@db.com
maria.gatt@db.com
maria.mastrogiacomo@db.com
maria-jose.sainz@db.com
maria-pilar.colino@db.com
marielena.glassman@db.com
marie-lou.funk@db.com
marie-sibylle.de-la-faire@db.com
marina.lund@db.com
marion.c.hogan@db.com
marion.krimmel@db.com
marion-e.schwarz@db.com
mark.bolton@db.com
mark.crawford@db.com
mark.degaetano@db.com
mark.fulwood@db.com
mark.griffin@db.com
mark.hirchon@db.com
mark.hutchinson@db.com
mark.jackson@db.com
mark.keane@db.com
mark.kinsky@db.com
mark.lane@db.com
mark.lovatt@db.com
mark.mcgowan@db.com
mark.norman@db.com
mark.probst@db.com
mark.rigazio@db.com
mark.schumann@db.com
mark.sibley@db.com
mark.small@db.com
mark.v.appadoo@db.com
markus.klingler@db.com
markus.kugele@db.com
marlene.bennett@db.com
marta.didoni@db.com
martin.berberich@db.com
martin.cornell@db.com
martin.fechtner@db.com

martin.kember@db.com
martin.kesper@db.com
martin.loesser@db.com
martin.rother@db.com
martin.sanderson@db.com
martin.thiesen@db.com
martin.tschirky@db.com
martin.tschunko@db.com
martine.francoual@db.com
martin-h.schneider@db.com
martyn.surguy@db.com
maruf.siddiquee@db.com
mary.c.keaveney@db.com
mary.yucedal@db.com
maryellen.higgins@db.com
masaaki.kadota@db.com
masaaki.wakai@db.com
mason-a.tilden@db.com
massimo.aglietti@db.com
matt.tuck@db.com
matthew.caggiano@db.com
matthew.gormley@db.com
matthew.macdonald@db.com
matthew.rajpolt@db.com
matthew.rogers@db.com
matthew.santiago@db.com
matthias.dux@db.com
matthias.egger@db.com
matthias.josek@db.com
matthias.knerr@db.com
matthias.loehle@db.com
matthias.paetzel@db.com
matthias.wolf@db.com
matthijs.de-bruijn@db.com
mauro.baccaini@db.com
max.beinhofer@db.com
meenakshi.pursnani@db.com
meike.schmidt@db.com
melissa.hall@db.com
melissa.hieger@db.com
mervyn.thomas@db.com
meryem.tuerkekul@db.com
meryll.sands@db.com
michael.bernadiner@db.com
michael.bertram@db.com
michael.broome-euro@db.com
michael.collins@db.com
michael.degernes@db.com
michael.fuss@db.com
michael.gangemi@db.com
michael.gedigk@db.com
michael.generazo@db.com
michael.hess@db.com
michael.j.morrell@db.com
michael.kaletsch@db.com
michael.krenn@db.com
michael.kullmann@db.com
michael.labella@db.com
michael.mccune@db.com
michael.mirabito@db.com

| | | |
|---|---|---|
| michael.o.clark@db.com | neil.tranter@db.com | paul.liu@db.com |
| michael.rhorer@db.com | nicholas.daft@db.com | paul.nolle@db.com |
| michael.ripper@db.com | nick.evans@db.com | paul.schibli@db.com |
| michael.rolnick@db.com | nicola.walker@db.com | paul.wild@db.com |
| michael.seiman@db.com | nicolas.robertson@db.com | paul-a.buchwitz@db.com |
| michael.shields@db.com | nicolas.schlotthauer@db.com | paul-j.flynn@db.com |
| michael.sieghart@db.com | nicole.henning@db.com | paul-johannes.altmann@db.com |
| michael.silk@db.com | nicole.im@db.com | pawel.mosakowski@db.com |
| michael.slater@db.com | nicole.leblang@db.com | pedro.danobeitia@db.com |
| michael.south@db.com | nicole.thie@db.com | peggy.mac@db.com |
| michael.speni@db.com | nicole.young@db.com | peggy.mak@db.com |
| michael.staude@db.com | nicoletta.commellato@db.com | per.wehrmann@db.com |
| michael.straka@db.com | nigel.chapman@db.com | peter.barsa@db.com |
| michael.theel@db.com | nils.ernst@db.com | peter.crays@db.com |
| michael.wagg@db.com | nils.thewes@db.com | peter.dowling@db.com |
| michael.warzinek@db.com | nils.wittenhagen@db.com | peter.e.haagensen@db.com |
| michael.wu@db.com | nitza.berkowitz@db.com | peter.ellis@db.com |
| michaela.keusch@db.com | nn@db.com | peter.guschov@db.com |
| michael-j.reilly@db.com | nolan.wapenaar@db.com | peter.harrison@db.com |
| michael-o.schmidt@db.com | nora.heaton@db.com | peter.i.lehrer@db.com |
| michael-p.doherty@db.com | norbert.auer@db.com | peter.maguire@db.com |
| michael-sa.sanderson@db.com | nuria.roda-aguilera@db.com | peter.olsen@db.com |
| michelle.huang@db.com | ohn.choe@db.com | peter.platzer@db.com |
| michelle.radman@db.com | olaf.eulitz@db.com | peter.r.duffy@db.com |
| michelle.smith@db.com | ole.birkeland@db.com | peter.rutter@db.com |
| michelle.strianse@db.com | oliver.kratz@db.com | peter.s.fortunato@db.com |
| michelle.waters@db.com | oliver.krenn@db.com | peter.saganski@db.com |
| mike.bellaro@db.com | oliver.krueger@db.com | peter.sass@db.com |
| mike.berry@db.com | oliver.pfeil@db.com | peter.schranz@db.com |
| mike.earley@db.com | oliver.plein@db.com | peter.tils@db.com |
| mike.tattersall@db.com | oliver.schebel@db.com | peter.vogel@db.com |
| mike-mg.clarke@db.com | olivier.delfosse@db.com | peter.westlake@db.com |
| mimi.thai@db.com | oniel.morgan@db.com | peter.wirtz@db.com |
| minako.nomoto@db.com | orges.llupa@db.com | peter.zwerenz@db.com |
| minoru.kimura@db.com | oscar.gaddy@db.com | peter-s.mccarthy@db.com |
| mireille.urbani@db.com | owen.b.fitzpatrick@db.com | petra.milbrath@db.com |
| mohit.pandya@db.com | owen.campbell-barr@db.com | petra.pflaum@db.com |
| moinoor.choudhury@db.com | pamela.quintiliano@db.com | phil.langfelder@db.com |
| monika.panger@db.com | paras.anand@db.com | philip.g.condon@db.com |
| morgan.o-donovan@db.com | pascal.boiteau@db.com | philip-max.meier@db.com |
| moritz.klussmann@db.com | patricia.pan@db.com | philipp.rottwilm@db.com |
| moritz.rieper@db.com | patrick.brenner@db.com | philipp.schmid@db.com |
| mortiz.rieper@db.com | patrick.o'rourke@db.com | philippe.darbellay@db.com |
| munish.r.varma@db.com | patrick.rahal@db.com | phillip.young@db.com |
| nada.farina@db.com | patrick.sheehan@db.com | phoung.le@db.com |
| nadia.ali@db.com | patrick.tao@db.com | phuong.t.le@db.com |
| naeem.khalid@db.com | patrick-c.vogel@db.com | pierre.de-weck@db.com |
| nagesh.ramachandrappa@db.com | paul.a.sassa@db.com | piers.hillier@db.com |
| nanci.anderson@db.com | paul.berriman@db.com | piyanit.photchanatarm@db.com |
| nancy.jones@db.com | paul.bromley@db.com | piyush.srivastava@db.com |
| naohiko.saida@db.com | paul.buckley@db.com | qing.sheng@db.com |
| naohisa.morita@db.com | paul.caldwell@db.com | rachel.jordan@db.com |
| naomi.fann@db.com | paul.chappell@db.com | rafael.rico@db.com |
| nataly.yackanich@db.com | paul.copeman@db.com | rafaelina.lee@db.com |
| natasha.chinapen@db.com | paul.davis@db.com | rainer.haerle@db.com |
| necati.surmeli@db.com | paul.g.daggy@db.com | rajyashree.jalan@db.com |
| neeraj-x.kumar@db.com | paul.hunter@db.com | ralf.oberbannscheidt@db.com |
| neil.forsyth@db.com | paul.j.benziger@db.com | ralf.rueller@db.com |
| neil.leonard@db.com | paul.kelly-euro@db.com | ralf.rybarczyk@db.com |
| neil.summers@db.com | paul.kunz@db.com | ralf-botho.grupe@db.com |

| | | |
|---|---|---|
| ralph.striglia@db.com | robert-s.king@db.com | sean.p.mccaffrey@db.com |
| ramin.yasseri@db.com | robyn.y.choe@db.com | sebastian.naumann@db.com |
| randal.a.smith@db.com | rocco.scali@db.com | seong-rak.kim@db.com |
| randy.brown@db.com | roger.keusch@db.com | sergey.losyev@db.com |
| raymond.folmer@db.com | roland.gabert@db.com | serguei.nemtsev@db.com |
| rebecca.flinn@db.com | romane.somaroo@db.com | shameem.r.kathiwalla@db.com |
| rebecca_wilson@db.com | ron.bates@db.com | shanming.shi@db.com |
| rebekah.chow@db.com | ron.schachter@db.com | shaun.mcdonnell@db.com |
| renato.luethhold@db.com | ronald.f.martin@db.com | shelly.deitert@db.com |
| renato.von-allmen@db.com | ronald.koelsch@db.com | shelly.kelly@db.com |
| renato-von-allmen@db.com | ronald.mercado@db.com | shermaine.s.lee@db.com |
| rene.penzler@db.com | ronghui.tao@db.com | shiho.takashima@db.com |
| riccardo.vanoli@db.com | roni.pond@db.com | shilpa.lakhani@db.com |
| rich.kelly@db.com | rosemarie.licastri@db.com | shinichi.tanaka@db.com |
| richard.avidon@db.com | rosemary.fairhead@db.com | shohei.miura@db.com |
| richard.booth@db.com | rosemary.winkworth@db.com | shreyash.gupta@db.com |
| richard.byrnes@db.com | ross.seebalack@db.com | sid.henderson@db.com |
| richard.chung@db.com | rotraut.schmid@db.com | siddharth.sahoo@db.com |
| richard.curling@db.com | roxanne.scott@db.com | sigrid.focke@db.com |
| richard.drason@db.com | ruben.marciano@db.com | sigrid.zecha@db.com |
| richard.edelman@db.com | rupert.balfour@db.com | silvia.wagner@db.com |
| richard.ferguson@db.com | rupert.limentani@db.com | simon.chennell@db.com |
| richard.goldsmith@db.com | russell.driver@db.com | simon.kempton@db.com |
| richard.kennaugh@db.com | russell.schtern@db.com | simon.macdonald@db.com |
| richard.larner@db.com | russell.shtern@db.com | sinead.murphy@db.com |
| richard.major@db.com | ruth.greene@db.com | skander.chabbi@db.com |
| richard.mcbain@db.com | ryan.gelrod@db.com | sompoch.wongkittivatchakul@db.com |
| richard.robben@db.com | ryan.hutchinson@db.com | sonelius.kendrick-smith@db.com |
| richard.shepley@db.com | ryan.mcdonald@db.com | sonja.foerster@db.com |
| richard.stewart@db.com | ryan.mims@db.com | sonja.spielberger@db.com |
| richard.thieke@db.com | sabine.bollo@db.com | spencer.landau@db.com |
| richard.wigglesworth@db.com | saliha.garah-nielsen@db.com | spyridon.stefanou@db.com |
| richard-m.smith@db.com | sally.gilding@db.com | srikant.nagalapur@db.com |
| rich-mgam.wilson@db.com | salvatore.amorello@db.com | srinivas.namagiri@db.com |
| rick.palmon@db.com | salvatore.r.mule@db.com | stacey.lee@db.com |
| rob.denecker@db.com | salvatore.santostefano@db.com | stacy.jansz@db.com |
| rob.nagra@db.com | salvatore.stincone@db.com | stan.vasilev@db.com |
| rob.reiner@db.com | sam.gouch@db.com | stan.zlotsky@db.com |
| rob.taylor@db.com | sam.perry@db.com | stefan.dunatov@db.com |
| robert.bowers@db.com | samer.saleh@db.com | stefan.klee@db.com |
| robert.f.wiedemeier@db.com | samuel.lau@db.com | stefan.strugies@db.com |
| robert.glaeser@db.com | sana.ragbir@db.com | stefan-b.schauer@db.com |
| robert.laverty@db.com | sandra.schaufler@db.com | stefan-guenter.bauknecht@db.com |
| robert.lefkowitz@db.com | sandra.solange@db.com | stephan.scholl@db.com |
| robert.lopez@db.com | sara.gardiner-hill@db.com | stephan-c.schumann@db.com |
| robert.m.sellers@db.com | sara.weisser@db.com | stephanie.milby@db.com |
| robert.mccollum@db.com | sara.wigmore@db.com | stephen.bersey@db.com |
| robert.mclaughlin@db.com | sarah.luget@db.com | stephen.ficara@db.com |
| robert.oh@db.com | sarah.wild@db.com | stephen.j.park@db.com |
| robert.rubin@db.com | sargis.gevorgyan@db.com | stephen.johnson@db.com |
| robert.s.janis@db.com | sascha.halicki@db.com | stephen.kalajian@db.com |
| robert.schopen@db.com | satish.ramakrishna@db.com | stephen.kwa@db.com |
| robert.semple@db.com | scott.agi@db.com | stephen.lynch@db.com |
| robert.sergent@db.com | scott.brunenavs@db.com | stephen.r.scott@db.com |
| robert.venezia@db.com | scott.faithfull@db.com | stephen.r.sylvester@db.com |
| robert.wasserhess@db.com | sean.coleman@db.com | stephen.reedy@db.com |
| robert.weintraub@db.com | sean.conway@db.com | stephen.russell@db.com |
| roberta.faccio@db.com | sean.davy@db.com | stephene.e.doty@db.com |
| roberto.coronado@db.com | sean.kavanagh@db.com | stephen-w.barrow@db.com |
| roberto.morelli-euro@db.com | sean.onyett@db.com | steve.dembeck@db.com |

steve.doire@db.com
steve.everest@db.com
steve.nielander@db.com
steve.philebrown@db.com
steve.walt@db.com
steven.berrios@db.com
steven.frary@db.com
steven.madsen@db.com
steven.penn@db.com
steven.scrudato@db.com
steven.selerno@db.com
stine.pilegaard@db.com
stuart.landucci@db.com
stuart.mortimer-walker@db.com
supreo.ghosh@db.com
susan.kueper-roesnick@db.com
susan.levermann@db.com
susan.martland@db.com
susan.mydlach@db.com
susana.penarrubia@db.com
susanna.cefariello@db.com
susanne.lenz@db.com
sven.diehl@db.com
sven.olson@db.com
sven.rump@db.com
sven.steinberger@db.com
sylvain.afriat@db.com
sylvain.barrette@db.com
sylvia_kwong@db.com
syona.shingla@db.com
tad.fukushima@db.com
takayuki.yamada@db.com
tamas.gal@db.com
tamojit.dutta@db.com
taylor.mulherin@db.com
tba@db.com
terence.brennan@db.com
terrence.gray@db.com
terry.mcbride@db.com
terry.wood@db.com
teruhiko.hattori@db.com
tetsu.kasuga@db.com
thayalini.mohanavel@db.com
theresa.gusman@db.com
thibault.amand@db.com
tho.nguyen@db.com
thomas.boger@db.com
thomas.bucher@db.com
thomas.chu@db.com
thomas.dewner@db.com
thomas.farina@db.com
thomas.hoefer@db.com
thomas.hoo@db.com
thomas.hynes@db.com
thomas.m.hynes@db.com
thomas.o-keefe@db.com
thomas.petschnigg@db.com
thomas.picciochi@db.com
thomas.preite@db.com
thomas.seppi@db.com

thomas.soudan@db.com
thomas.stollenwerk@db.com
thomas.sweeney@db.com
thomas.tomchak@db.com
thomas.vanck@db.com
thomas.wieneke@db.com
thomas-c.boyle@db.com
thomas-j.davis@db.com
thorsten.nagel@db.com
thorsten.salmikeit@db.com
tiffany.stallings@db.com
tim.brown@db.com
tim.bruenjes@db.com
tim.friebertshaeuser@db.com
tim.harenberg@db.com
tim.sexton@db.com
tim.tomalin-reeves@db.com
timothy-t.ryan@db.com
tobias.spaeti@db.com
tom.hughes@db.com
tomislav.goles@db.com
tomoko.watanabe@db.com
toni.s.helton@db.com
tony.cantwell@db.com
tony.trinh@db.com
tony.wilkinson@db.com
torsten.haas@db.com
torsten.strohrmann@db.com
toshihide.morita@db.com
toshiya.kambayashi@db.com
tracy.fu@db.com
trevor.warne@db.com
ty.anderson@db.com
ulrich.althoff@db.com
ulrich.zwanzger@db.com
ulrike.loehr@db.com
umberto.orsenigo@db.com
uta.fehm@db.com
ute.hering@db.com
utter@db.com
uwe.bell@db.com
vadym.sliusar@db.com
valerie.schroeter@db.com
venu-madhav.bolisetty@db.com
verena-van.well@db.com
vic.khaitan@db.com
victor.bemmann@db.com
victor.rozenblits@db.com
victor.toro@db.com
vijay.chopra@db.com
vince.dicarlo@db.com
vincent.fea@db.com
vincent-j.esposito@db.com
virginia.gonzalez@db.com
virginia.boucher-ferte@db.com
vitaly.fiks-cdg@db.com
vivian.yip@db.com
vladislav.vassiliev@db.com
wai-shun.hung@db.com
wallace.yu@db.com

walt.holman@db.com
walter.heil@db.com
wanda.wu@db.com
wendy.procops@db.com
wen-lin.young@db.com
werner.kram2@db.com
will.sedden@db.com
william.barron@db.com
william.d.donnelly@db.com
william.j.constantine@db.com
william.l.davis@db.com
william.lissenden@db.com
william.lora@db.com
wilson.mui@db.com
winston.ouckama@db.com
wipot.daowprakaimongkol@db.com
wolfgang.helmet@db.com
yassine.laissaoui@db.com
ye-mei.ling@db.com
yfbrogard@db.com
yoshimasa.kato@db.com
yukari.mio@db.com
yvonne.li@db.com
yvonne.vogt@db.com
zoe.matthews@db.com
ogawa@dbcm.co.uk
doron.kohanan@dbfm.it
tiziana.bocus@dbfm.it
ayse.karan@dbi.de
kai.trinkies@dbi.de
stephan.schnell@dbi.de
thomas.knigge@dbi.de
burkhard.toedter@dbla.com
felix.krantz@dbla.com
hans.abate@dbla.com
stefan.jochum@dbla.com
tim.fritzenwalder@dbla.com
adityabhugtiar@dbs.com
adrianong@dbs.com
alextan@dbs.com
alextay@dbs.com
allanred@dbs.com
allinawang@dbs.com
alvinchu@dbs.com
alvintcl@dbs.com
alvintham@dbs.com
amielgaa@dbs.com
amitagarwala@dbs.com
andrewnwh@dbs.com
anthonycheng@dbs.com
audraseah@dbs.com
bedjotedja@dbs.com
bendavies@dbs.com
bengann@dbs.com
bobzhang@dbs.com
carinnneo@dbs.com.sg
charles@dbs.com
charncharn@dbs.com
chenggeok@dbs.com
chenghong@dbs.com

cherylklibbe@dbs.com
chincern@dbs.com
chinhwee@dbs.com.sg
chiteong@dbs.com
chonkiat@dbs.com
christopherang@dbs.com
christopherblack@dbs.com
cindy_hoh@dbs.com
clarenceleong@dbs.com
cliffordtan@dbs.com
colinong@dbs.com
conradkwok@dbs.com
cwteng@dbs.com
dakunwoo@dbs.com
davidlch@dbs.com
davidmak@dbs.com
dawu@dbs.com
eddiesim@dbs.com
edwinchansl@dbs.com
eeing@dbs.com
eepuay@dbs.com
efraimg@dbs.com
endre@dbs.com
engleong@dbs.com
gabrielneo@dbs.com
gavinwang@dbs.com
ginalim@dbs.com
harrytan@dbs.com
hautat@dbs.com
henrynguyen@dbs.com
heongchye@dbs.com
hoonhoontan@dbs.com
hweejoo@dbs.com
itay.stolovy@dbs.co.il
ivyong@dbs.com
jackson@dbs.com
jacquelinequek@dbs.com
jamestankh@dbs.com
janellecheng@dbs.com
janeyin@dbs.com
jenniewang@dbs.com
jeremykoh@dbs.com
jeremykok@dbs.com
jeremywong@dbs.com
jimmyaueong@dbs.com
joeong@dbs.com
johnlagman@dbs.com
johnsonwong@dbs.com
jonathanlau@dbs.com
josephyeh@dbs.com
josheffendi@dbs.com
jynnong@dbs.com
kaichuen@dbs.com
kanghui@dbs.com
kashao@dbs.com
kengsweekoh@dbs.com
kevinkct@dbs.com
kiaheong@dbs.com
kimsong@dbs.com
kumkong@dbs.com

kwonghong@dbs.com
lengkhiang@dbs.com
liangchoon@dbs.com
limweekian@dbs.com
lisashum@dbs.com
liwee@dbs.com
lukelee@dbs.com
marktay@dbs.com.sg
maxlim@dbs.com
mervynlim@dbs.com
michelletcl@dbs.com
munkit@dbs.com
nelsonpoh@dbs.com
normancheong@dbs.com
paullau@dbs.com
paumeng@dbs.com
peterchiang@dbs.com
petersoh@dbs.com
phickfui@dbs.com
philippedamay@dbs.com
phillipyeo@dbs.com
pkyip@dbs.com
rachaeltang@dbs.com
raymondhcting@dbs.com
rodneylim@dbs.com
ruiling@dbs.com
ryanyeo@dbs.com
sallychua@dbs.com
sarahlim@dbs.com.sg
senniang@dbs.com
sharonlml@dbs.com
shawnlin@dbs.com
shradhag@dbs.com
siautze@dbs.com
sierhan@dbs.com
simonyaptc@dbs.com
siowwei@dbs.com
srinivasramadas@dbs.com
stevenkoh@dbs.com
steventsui@dbs.com
teckhow@dbs.com
terencephang@dbs.com
teresaang@dbs.com
timothytan@dbs.com
tiongguan@dbs.com
tsprince@dbs.com
tzeyang@dbs.com
veuhuan@dbs.com
victorlai@dbs.com
waihoongleong@dbs.com
weechye@dbs.com
weeliat@dbs.com
weemeng@dbs.com
weesoonyeong@dbs.com
weichieh@dbs.com
wenjingzhou@dbs.com
whyemeng@dbs.com
williamtan@dbs.com
woeikyet@dbs.com
woongek@dbs.com

yeo.weechye@dbs.com
zeitsch@dbs.com
zhijian@dbs.com
zhulei@dbs.com
a.valori@dbsa.lu
c.babel@dbtc.ch
jl.jacquinod@dbtc.ch
r.mozzetti@dbtc.ch
s.theus@dbtc.ch
j.hoogeveen@dbv.nl
r.koole@dbv.nl
t.tang@dbv.nl
christoph.jurecka@dbv-winterthur.de
frank.thoeren@dbv-winterthur.de
jan.wicke@dbv-winterthur.de
peter.nies@dbv-winterthur.de
rainer.keidel@dbv-winterthur.de
simone.vetter-fohr@dbv-winterthur.de
wp.173@dbv-winterthur.de
cherrera@dbzco.com
dkhouri@dbzco.com
dmurphy@dbzco.com
dzwirn@dbzco.com
edwin.greenberg@dbzco.com
mmacleod@dbzco.com
rchan@dbzco.com
rflowers@dbzco.com
rgromko@dbzco.com
erd@dcalp.com
dchan@dcccd.edu
robb.dean@dcccd.edu
oornelas@dcf_pemex.com
dagrawal@dcinv.com
amirault@dcmc.creditlyonnais.fr
arnaud.serougne@dcmc.creditlyonnais.fr
corinne.drogrey@dcmc.creditlyonnais.fr
denize@dcmc.creditlyonnais.fr
emmanuel.lion@dcmc.creditlyonnais.fr
gregory.perrin@dcmc.creditlyonnais.fr
gros@dcmc.creditlyonnais.fr
mouradian@dcmc.creditlyonnais.fr
olivier.dzik@dcmc.creditlyonnais.fr
schumann@dcmc.creditlyonnais.f
silvana.pisoni@dcmc.creditlyonnais.fr
urquijo@dcmc.creditlyonnais.fr
caschultz@dcmiglobal.com
kkillmaster@dcmiglobal.com
mvpisarczyk@dcmiglobal.com
wwlynch@dcmiglobal.com
ab59@dcx.com
bmr9@dcx.com
bpj1@dcx.com
cac@dcx.com
dac7@dcx.com
dh127@dcx.com
djb30@dcx.com
fz5@dcx.com
gt7@dcx.com
jls24@dcx.com
rcd1@dcx.com

rlw12@dcx.com
sh9@dcx.com
tal8@dcx.com
dlamadue@dcxcapital.com
pseidenwar@dcxcaptial.com
ee@dd.com
fujimori_seiya@dd.smbc.co.jp
kono_shigeyoshi@dd.smbc.co.jp
yamaguchi_takayasu@dd.smbc.co.jp
marcuspoon@dds.com
anna.koeppel@rwe.dea.com
jim@dearden.com
woydich@debank.com
juergen.blesius@debeka.de
im47909@deere.com
ajacobs@deerfieldcapital.com
alevy@deerfieldcapital.com
apeck@deerfieldcapital.com
apennetti@deerfieldcapital.com
bdillon@deerfieldcapital.com
bfroysht@deerfieldcapital.com
cbrewer@deerfieldcapital.com
cchen@deerfieldcapital.com
cfrye@deerfieldcapital.com
cgilski@deerfieldcapital.com
cself@deerfieldcapital.com
dbrown@deerfieldcapital.com
dburrow@deerfieldcapital.com
dgritzek@deerfieldcapital.com
dhattori@deerfieldcapital.com
dnatale@deerfieldcapital.com
emuehlhauser@deerfieldcapital.com
erapp@deerfieldcapital.com
ezenner@deerfieldcapital.com
ganderson@deerfieldcapital.com
gregg@deerfieldcapital.com
gsaltzberg@deerfieldcapital.com
hbishai@deerfieldcapital.com
jbrinckerhoff@deerfieldcapital.com
jcarlson@deerfieldcapital.com
jcharles@deerfieldcapital.com
jdonohue@deerfieldcapital.com
jhaleen@deerfieldcapital.com
jleonard@deerfieldcapital.com
jmarquez@deerfieldcapital.com
jmessina@deerfieldcapital.com
jphelan@deerfieldcapital.com
jrosner@deerfieldcapital.com
jsnyder@deerfieldcapital.com
jthom@deerfieldcapital.com
jtigerman@deerfieldcapital.com
jtrutter@deerfieldcapital.com
krichardson@deerfieldcapital.com
kselle@deerfieldcapital.com
lcanet@deerfieldcapital.com
lknecht@deerfieldcapital.com
llu@deerfieldcapital.com
lmerta@deerfieldcapital.com
manderson@deerfieldcapital.com
mkruyswyk@deerfieldcapital.com

mmcmanus@deerfieldcapital.com
mredlinski@deerfieldcapital.com
msomerman@deerfieldcapital.com
mstouffer@deerfieldcapital.com
mweith@deerfieldcapital.com
mwittnebel@deerfieldcapital.com
nstudenroth@deerfieldcapital.com
phorn@deerfieldcapital.com
pmaley@deerfieldcapital.com
psakon@deerfieldcapital.com
rbilcox@deerfieldcapital.com
rcontreras@deerfieldcapital.com
rhervas@deerfieldcapital.com
rmahjoory@deerfieldcapital.com
rperez@deerfieldcapital.com
rwaterhouse@deerfieldcapital.com
slopez@deerfieldcapital.com
smorrison@deerfieldcapital.com
sroberts@deerfieldcapital.com
teddins@deerfieldcapital.com
tjohnson@deerfieldcapital.com
tradtke@deerfieldcapital.com
ttruitt@deerfieldcapital.com
wmoy@deerfieldcapital.com
alain.leonard@degroof.be
alain.olbrechts@degroof.be
alain.strapart@degroof.be
anne-catherine.volders@degroof.lu
christophe.lambert@degroof.lu
claire.kaeckenbeeck@degroof.be
cynthia.radelet@degroof.be
damien.petit@degroof.lu
didier.laloux@degroof.lu
donald.villeneuve@degroof.lu
eric.debeaud@degroof.lu
eric.lobet@degroof.lu
frederic.adam@degroof.lu
frederic.lebrun@degroof.be
geert.debruyne@degroof.lu
gunter.vanrossem@degroof.be
herman.vanderloos@degroof.be
jan.longeval@degroof.lu
jean.dewinter@degroof.lu
jean-marc.smal@degroof.lu
joel.crevecoeur@degroof.be
johan.cok@degroof.lu
john.paladino@degroof.be
laurent.coppieters@degroof.be
laurent.delante@degroof.be
martine.vermersch@degroof.lu
nicolas.christmann@degroof.lu
pascale.libouton@degroof.lu
patrick.nisot@degroof.be
peter.rysselaere@degroof.be
philippe.denef@degroof.be
regis.leoni@degroof.lu
robin.podevyn@degroof.be
ronald.vansteenweghen@degroof.be
sophie.dewachter@degroof.be
steph.cremer@degroof.lu

stephane.cremer@degroof.lu
stephane.vannimmen@degroof.be
vincent.rufo@degroof.lu
vincenzo.dangelo@degroof.be
virginie.dascenzio@degroof.lu
yves.cochez@degroof.be
koelbel@dehaw.com
peter.skau@dehaw.com
anastasia.fedotova@deka.de
andrea.nardon@deka.de
andreas.gerlicher@deka.de
andreas.velten@deka.de
andreas.wenzek@deka.de
anja.rolf@deka.de
antje.hargarter@deka.de
bernd.volk@deka.de
bianca.scior@deka.de
christian.schwaar@deka.de
christof.breuer@deka.de
christof.schlueter@deka.de
constantin.brunn@deka.de
detlef.hannemann@deka.de
eike-gerald.goedel@deka.de
felix.fischer@deka.de
frank.hartmann@deka.de
frank.rust@deka.de
frank.scherpeltz@deka.de
frank.zschau@deka.de
gaele.buffard@deka.de
gerald.weinhold@deka.de
gudrun.schartner@deka.de
hans.nowusch@deka.de
harald.helbing@deka.de
helmut.possienke@deka.de
hilmar.baumann@deka.de
holger.sepp@deka.de
holger.tober@deka.de
holger.wasem@deka.de
ireneus.wenzel@deka.de
jan.kennedy@deka.de
jelena.schmidt@deka.de
jens-friedrich.schneider@deka.de
juergen.wunner@deka.de
karsten.naumann@deka.de
klaus.eberle@deka.de
lars.bender@deka.de
lauris.fischer-erlach@deka.de
leighann.kittell@deka.de
lutz.schleidt@deka.de
manfred.guth@deka.de
martina.sossenheimer@deka.de
matthias.both@deka.de
matthias.eizenhoefer@deka.de
maximilian.baer@deka.de
michael.wirtz@deka.de
michaela.huettig@deka.de
nina-maria.uhle-fall@deka.de
oliver.kastner@deka.de
pascal.latrouite@deka.de
patrick.hussy@deka.de

peter.kapfelsperger@deka.de
peter.kolb@deka.de
peter.simons@deka.de
ralf.wachler@deka.de
ronald.spekking@deka.de
samy.ibrahim@deka.de
senta.wenke@deka.de
susanne.wedig@deka.de
sven.thoma@deka.de
thomas.dzaack@deka.de
thomas.humml@deka.de
thomas.neisse@deka.de
thorsten.kuechler@deka.de
thorsten.malter@deka.de
thorsten.ruehl@deka.de
timo.schild@deka.de
udo.schmidt-mohr@deka.de
ulf.fuellgraf@deka.de
ulrich.zorn@deka.de
volker.heisig@deka.de
werner.bartels@deka.de
achim.hartmann@dekabank.de
achim.tenschert@dekabank.de
alexander.jung@dekabank.de
andreas.roehrscheid@dekabank.de
andreas.weis@dekabank.de
andreas.zerssen@dekabank.de
aren.wegner@dekabank.de
arndt.fassbender@dekabank.de
beate.thielcke@dekabank.de
boris.pluemecke@dekabank.de
burkhard.egbers@dekabank.de
burkhard.mau@dekabank.de
carsten.luedemann@dekabank.de
carsten.spengemann@dekabank.de
christine.joerges@dekabank.de
christoph.arzt@dekabank.de
daniel.jorge@dekabank.de
dieter.poyck@dekabank.de
dietmar.klein@dekabank.de
dirk.buss@dekabank.de
ernst.pullmann@dekabank.de
frank.schuster@dekabank.de
holger.feegel@dekabank.de
jens.ebinger@dekabank.de
jens-uwe.wachter@dekabank.de
jiyeon.eppler-kim@dekabank.de
jochem.bassin@dekabank.de
joerg.willig@dekabank.de
juergen.baer@dekabank.de
karsten.asch@dekabank.de
kathrin.dassel@dekabank.de
klaus.junker@dekabank.de
klaus.weiland@dekabank.de
manuela.woletz@dekabank.de
maria.garripoli@dekabank.de
martin.gelzenleuchter@dekabank.de
martin.pracht@dekabank.de
martina.jurczyk@dekabank.de
matthias.korn@dekabank.de

melanie.wirges@dekabank.de
merten.stoepel@dekabank.de
michael.uhl@dekabank.de
mikhail.serebrine@dekabank.de
norbert.fuehrer@dekabank.de
oliver.falk@dekabank.de
paola.petillo@dekabank.de
patrick.widmayer@dekabank.de
peter.sauerbier@dekabank.de
peter.stiasny@dekabank.de
peter.voitl@dekabank.de
rainer.gehler@dekabank.de
ralf.paulsen@dekabank.de
roland.rausch@dekabank.de
roland.schulz@dekabank.de
sabine.krueger@dekabank.de
sabine.mueller@dekabank.de
sabine.schrafl@dekabank.de
sikandar.siddiqui@dekabank.de
silvio.lenk@dekabank.de
sophie-von.bila@dekabank.de
stefan.baatz@dekabank.de
stefan.karolewicz@dekabank.de
stefan.wittig@dekabank.de
stephan.wagner@dekabank.de
sven.bartel@dekabank.de
thomas.christian.schulz@dekabank.de
thomas.troeger@dekabank.de
thomas.werndl@dekabank.de
tillmann.fabry@dekabank.de
ulrich.john@dekabank.de
ursula.sahrhage@dekabank.de
viktoria.gerling@dekabank.de
volker.lenhard@dekabank.de
walter.groll@dekabank.de
walter.kraushaar@dekabank.de
werner.brockel@dekabank.de
wolfgang.reminger@dekabank.de
barwickf@delaware.co.uk
batesj@delaware.co.uk
blissn@delaware.co.uk
gildayr@delaware.co.uk
gilmorec@delaware.co.uk
hussaind@delaware.co.uk
kirkj@delaware.co.uk
krishnano@delaware.co.uk
morganh@delaware.co.uk
mothc@delaware.co.uk
patiencea@delaware.co.uk
peterss@delaware.co.uk
soylub@delaware.co.uk
christian.callens@delen.be
f.rigo@delen.lu
gs@delen.be
jean.louis.de.hasque@delen.be
philippe.loock@delen.be
research@delen.be
gdoultremont@delhaize-le-lion.be
aadowner@delinvest.com
aalombardi@delinvest.com

aeiremo@delinvest.com
akothari@delinvest.com
alicari@delinvest.com
amccullaghjr@delinvest.com
andavis@delinvest.com
arparson@delinvest.com
asmith@delinvest.com
awwei@delinvest.com
bgillespie@delinvest.com
bhamlet@delinvest.com
bjcline@delinvest.com
bmcdonnell@delinvest.com
bschoenfeld@delinvest.com
bscotto@delinvest.com
bsgladstein@delinvest.com
bsritter@delinvest.com
bzenouzi@delinvest.com
ccdembek@delinvest.com
cefish@delinvest.com
cemabry@delinvest.com
cgowlland@delinvest.com
chowt1@delinvest.com
chsia@delinvest.com
ciisom@delinvest.com
cjnelson@delinvest.com
clnagele@delinvest.com
cmdevereux@delinvest.com
cmfisher@delinvest.com
cmholland@delinvest.com
cpiper@delinvest.com
csadams@delinvest.com
csanford@delinvest.com
csbeck@delinvest.com
cschaffer@delinvest.com
csremsen@delinvest.com
ctangjaitrong@delinvest.com
dafranchetti@delinvest.com
dandres@delinvest.com
dasabo@delinvest.com
dehullhorst@delinvest.com
desulpizi@delinvest.com
dewestrick@delinvest.com
dgpadilla@delinvest.com
dhamilton@delinvest.com
dhewlett@delinvest.com
dhillmeyer@delinvest.com
dkeverhart@delinvest.com
doleary@delinvest.com
dpbradford@delinvest.com
dpharmelin@delinvest.com
dssheusi@delinvest.com
dzinser@delinvest.com
eestanfield@delinvest.com
ejbrennan@delinvest.com
ekomla-adzimahe@delinvest.com
erivera@delinvest.com
eromyn@delinvest.com
fmccarthy@delinvest.com
fpmagee@delinvest.com
fstrenger@delinvest.com

| | | |
|---|---|---|
| fxmorris@delinvest.com | mcfanandakis@delinvest.com | vmostrowski@delinvest.com |
| gabrams@delinvest.com | mcollins@delinvest.com | waanglace@delinvest.com |
| gdeascanis@delinvest.com | mcostanzo@delinvest.com | warrel1@delinvest.com |
| gebert@delinvest.com | mding@delinvest.com | wchen@delinvest.com |
| ggizzi@delinvest.com | mehughes@delinvest.com | wfkeelan@delinvest.com |
| ggrzegorski@delinvest.com | metinucci@delinvest.com | whreid@delinvest.com |
| gjgola@delinvest.com | mgwildstein@delinvest.com | wlin@delinvest.com |
| gmbagnoli@delinvest.com | mjstephens@delinvest.com | wmagee@delinvest.com |
| gni@delinvest.com | mkinosian@delinvest.com | wmroehr@delinvest.com |
| gregan@delinvest.com | mkschlicher@delinvest.com | wstitzer@delinvest.com |
| gzhang@delinvest.com | mmansaray@delinvest.com | wtatge@delinvest.com |
| hecole@delinvest.com | mmastrogiovanni@delinvest.com | wyi@delinvest.com |
| hzhu@delinvest.com | mmchwaleba@delinvest.com | zneale@delinvest.com |
| jafiorilla@delinvest.com | mmorris@delinvest.com | ztanaka@delinvest.com |
| jazelten@delinvest.com | mpowers@delinvest.com | andre_medeiros@dell.com |
| jbennick@delinvest.com | mscala@delinvest.com | christopher_adams@dell.com |
| jbfields@delinvest.com | mstung@delinvest.com | cindy_zhang@dell.com |
| jbronchetti@delinvest.com | nagray@delinvest.com | david_oatley@dell.com |
| jdriscoll@delinvest.com | nhwahaidi@delinvest.com | dwight_hood@dell.com |
| jfung@delinvest.com | nlalvani@delinvest.com | foreign_exchange@dell.com |
| jgallagher@delinvest.com | nwynn@delinvest.com | gary_bischoping@dell.com |
| jhhill@delinvest.com | pashah@delinvest.com | girish_murthy@dell.com |
| jhshin@delinvest.com | pgrillo@delinvest.com | john_hart@dell.com |
| jlcraney-reppert@delinvest.com | pnoel@delinvest.com | lisa_terrazas@dell.com |
| jlindholm@delinvest.com | poobazee@delinvest.com | mandy_lai@dell.com |
| jlirving@delinvest.com | ppcoyne@delinvest.com | meiching_chou@dell.com |
| jmclane@delinvest.com | ppowers@delinvest.com | michael_hubick@dell.com |
| jpanastasia@delinvest.com | prperkins@delinvest.com | nathan_brunner@dell.com |
| jpmccarthy@delinvest.com | raearly@delinvest.com | patti_brown@dell.com |
| jrbaxter@delinvest.com | ravogel@delinvest.com | ratna_ray@dell.com |
| jswong@delinvest.com | ravrett@delinvest.com | steve_t_smith@dell.com |
| jtantorres@delinvest.com | rbiester@delinvest.com | tracey_shahan@dell.com |
| jtrogina@delinvest.com | rdtorrijos@delinvest.com | tyler_w_johnson@dell.com |
| jvanroden@delinvest.com | rfcollins@delinvest.com | ursula_brenner@dell.com |
| jwang@delinvest.com | rfleimkuhler@delinvest.com | yoel_prasetyo@dell.com |
| jwkenefic@delinvest.com | rjfilip@delinvest.com | jwilloughby@deloitte.co.uk |
| jwrexford@delinvest.com | rlkropp@delinvest.com | ksabir@deloitte.co.uk |
| jxu@delinvest.com | roger.kramer@delinvest.com | marilee@deloitte.co.uk |
| kebartholdson@delinvest.com | rpeterkin@delinvest.com | boesman@delphifinanz.com |
| khendrickson@delinvest.com | schilk1@delinvest.com | hjonsson@delphifinanz.com |
| kishaq@delinvest.com | sgcatricks@delinvest.com | al.meilus@delta.com |
| kjackson@delinvest.com | sgeorge@delinvest.com | alec.kuo@delta.com |
| klackner@delinvest.com | shmoradi@delinvest.com | athlag@delta.gr |
| kmckee@delinvest.com | smjuszczyszyn@delinvest.com | brad.strother@delta.com |
| kmkelly@delinvest.com | sowade@delinvest.com | chris.campisano@delta.com |
| kploome@delinvest.com | spbrooks@delinvest.com | eli.niepoky@delta.com |
| kpmadden@delinvest.com | sphastings@delinvest.com | evimik@delta.gr |
| lawagner@delinvest.com | spriyadarshi@delinvest.com | gail.grimmett@corp.delta.com |
| lbowie@delinvest.com | ssimonns@delinvest.com | harlan.bennett@delta.com |
| lchen@delinvest.com | stlampe@delinvest.com | jill.pemberton@delta.com |
| lchin@delinvest.com | sxhill@delinvest.com | jon.karcsh@delta.com |
| ldeutsch@delinvest.com | syquek@delinvest.com | joshua.denham@delta.com |
| ldisantis@delinvest.com | tbassion@delinvest.com | kenneth.morge@delta.com |
| lfranko@delinvest.com | tlbearman@delinvest.com | michael.preissler@delta.com |
| lgiannone@delinvest.com | tmobrien@delinvest.com | michael.randolfi@delta.com |
| lljillard@delinvest.com | tnutt@delinvest.com | neil.russell@delta.com |
| lmurphy@delinvest.com | upuramsetti@delinvest.com | paneco@delta.gr |
| lpwachs@delinvest.com | vabrancaccio@delinvest.com | paul.jacobson@delta.com |
| mbassett@delinvest.com | vbwarren@delinvest.com | scott.ashley@delta.com |
| mbischoff@delinvest.com | vgulati@delinvest.com | sofkos@delta.gr |

david.stowe@delta-air.com
marie.fields@delta-air.com
steve.zaubi@delta-air.com
abdel_ait_hadj_brahim@deltalloyd.nl
ad_schellen@deltalloyd.nl
alex_otto@deltalloyd.nl
angus_steel@deltalloyd.nl
aniel_chandrikasingh@deltalloyd.nl
arnold_gast@deltalloyd.nl
arnoud_krom@deltalloyd.nl
cees_prins@deltalloyd.nl
charles_de_kock@deltalloyd.nl
chris_lam@deltalloyd.nl
clemens_braams@deltalloyd.nl
cyril_meijers@deltalloyd.nl
dirkjan_dirksen@deltalloyd.nl
ed_posthumus@deltalloyd.nl
edwin_slaghekke@deltalloyd.nl
ellen_blakborn@deltalloyd.nl
frans_de_jong@deltalloyd.nl
gerben_cuiper@deltalloyd.nl
gillian_wu@deltalloyd.nl
grazia_mariani@deltalloyd.nl
ina_goedhart@deltalloyd.nl
ingmar_schaefer@deltalloyd.nl
jack_jonk@deltalloyd.nl
jeffrey_mulder@deltalloyd.nl
joop_bresser@deltalloyd.nl
jurrien_de_boer@deltalloyd.nl
leo_goes@deltalloyd.nl
liesbeth_venendaal@deltalloyd.nl
marc_van_der_maale@deltalloyd.nl
marco_verheijen@deltalloyd.nl
maren_klap@deltalloyd.nl
melanie_graswinckel@deltalloyd.nl
nicole_van_schie@deltalloyd.nl
nita_studen_kiliaan@deltalloyd.nl
paul_van_der_meer@deltalloyd.nl
peter_visser@deltalloyd.nl
rene_de_bray@deltalloyd.nl
roy_van_wechem@deltalloyd.nl
sander_vijselaar@deltalloyd.nl
sandor_steverink@deltalloyd.nl
sandra_de_brouwer@deltalloyd.nl
sarju_hindocha@deltalloyd.nl
sharon_oosterveld@deltalloyd.nl
shengsheng_zhang@deltalloyd.nl
stefan_verkroost@deltalloyd.nl
steven_van_de_wall@deltalloyd.nl
tom_paap@deltalloyd.nl
wee_mien_cheung@deltalloyd.nl
erik.bomans@deminor.com
pierre.nothomb@deminor.com
leo.yde@dendanske.dk
app@dendanskebank.dk
claua@dendanskebank.dk
lal@dendanskebank.dk
leka@dendanskebank.dk
bakir.melik@denizbank.com
basak.denizci@denizbank.com

bora.tanoren@denizbank.com
cem.koksal@denizbank.com
cenk.topaloglu@denizbank.com
cumhur.ornek@denizbank.com
mehmet.artuk@denizbank.com.tr
okan.aksu@denizbank.com
dallen@denver.k12.co.us
abliss@denveria.com
alock@denveria.com
bfitzsimons@denveria.com
bstafford@denveria.com
calexander@denveria.com
cbouma@denveria.com
cgates@denveria.com
cjuran@denveria.com
cpetersen@denveria.com
cwood@denveria.com
danguilm@denveria.com
dhewitson@denveria.com
dmartinez@denveria.com
dscarth@denveria.com
dstarke@denveria.com
gfox@denveria.com
gpedrie@denveria.com
gshea@denveria.com
jduhon@denveria.com
jeffp@denveria.com
jfairchild@denveria.com
jfruin@denveria.com
jherndon@denveria.com
jloehr@denveria.com
jmanz@denveria.com
jpowers@denveria.com
kbeck@denveria.com
kharris@denveria.com
kherrick@denveria.com
lramirez@denveria.com
lsnyder@denveria.com
lstevens@denveria.com
madelmann@denveria.com
mbegun@denveria.com
mecox@denveria.com
mmckissick@denveria.com
mschulhof@denveria.com
mtruelsen@denveria.com
ojpertuit@denveria.com
parmenta@denveria.com
ross@denveria.com
saybar@denveria.com
squam@denveria.com
tanderson@denveria.com
tdayton@denveria.com
tjohnson@denveria.com
tstevens@denveria.com
vderryberry@denveria.com
wchester@denveria.com
wreed@denveria.com
wtownsend@denveria.com
andrew.cree@depfa.com
anne.butler@depfa.ie

brian.egan@depfa.com
brian.farrell@depfa.ie
caroline.carr@depfa.com
carsten.samusch@depfa.com
catherine.hayes@depfa.com
christian.maurer@depfa.com
conall.kennedy@depfa.com
costantino.peiser@depfa.com
david.geoghegan@depfa.com
deirdre.farrell@depfa.ie
dermot.cahillane@depfa.com
dermot.golden@depfa.ie
elise.desmet@depfa.ie
fiona.flannery@depfa.ie
garret.tynan@depfa.com
gary.sheils@depfa.ie
giulia.perenzin@depfa.com
guido.schulte@depfa.com
jim.ryan@depfa.ie
joe.huesman@depfa.com
joseph.hughes@depfa.com
juergen.karcher@depfa.com
marco.bargel@depfa.com
marcus.holschuh@depfa.com
mark.erler@depfa.com
mauro.ferone@depfa.com
michael.breyl@depfa.com
michael.cummins@depfa.com
michael.deeny@depfa.ie
michael.reuhl@depfa.com
nadia.landmann@depfa.com
nicola.cummins@depfa.com
pat.coleman@depfa.com
ralf.loewe@depfa.com
ravi.gidoomal@depfa.com
shane.hughes@depfa.com
thomas.obrien@depfa.com
wally.hoefer-neder@depfa.com
rjachim@desaricap.com
martineaulk@deserettrust.com
adam.zipkin@deshaw.com
ajay.mantha@deshaw.com
ajeeta.anand@deshaw.com
alexis.halaby@deshaw.com
ali.abdulmajid@deshaw.com
amanda.jones@deshaw.com
andrew.lin@deshaw.com
andrew.soffler@deshaw.com
anna_hahn@deshaw.com
anne.farrelly@deshaw.com
anthony.ko@deshaw.com
belma.osmanagich@deshaw.com
ben.hall@deshaw.com
benjamin.snedeker@deshaw.com
brad.parish@deshaw.com
brandon-baer@deshaw.com
bryan.anderson@deshaw.com
bryan.dougherty@deshaw.com
burseth@deshaw.com
cameron.wald@deshaw.com

cassp@deshaw.com
charles.silio@deshaw.com
chefern@deshaw.com
chris.ader@deshaw.com
christa.punturieri@deshaw.com
cj.steffen@deshaw.com
cropext@nyc.deshaw.com
crowleym@deshaw.com
damian.stamnes@deshaw.com
damien-stamnes@deshaw.com
daniel.michalow@deshaw.com
daniel.posner@deshaw.com
daniel.ting@deshaw.com
dashr@deshaw.com
david.quint@deshaw.com
david.shainok@deshaw.com
david.sweet@deshaw.com
david.zwillinger@deshaw.com
david-gibson@deshaw.com
deatona@deshaw.com
devin.talbott@deshaw.com
dirk.fole@deshaw.com
ed.sporn@deshaw.com
eddyj@deshaw.com
edwardsm@deshaw.com
eric.engler@deshaw.com
erik.simpson@deshaw.com
erin.palian@deshaw.com
ewepsic@deshaw.com
feng-shi@deshaw.com
fixed-prices@deshaw.com
gabriela.ursea@deshaw.com
gakin@deshaw.com
gaudio@deshaw.com
gavin.roseman@deshaw.com
gbo@deshaw.com
geoffroy.moreau@deshaw.com
glenn.shor@deshaw.com
gosule@deshaw.com
graham.stafford@deshaw.com
greggy@deshaw.com
gregory.labuda@deshaw.com
hahn@deshaw.com
harrison@deshaw.com
hasem@deshaw.com
hendersonk@deshaw.com
hilario-ramos@deshaw.com
hvs-flow@deshaw.com
jain@deshaw.com
janos.csirik@deshaw.com
jayesh.mukundan@deshaw.com
jeff.rosenbaum@deshaw.com
jeff.sarrett@deshaw.com
ji.hua@deshaw.com
jigruksh.trivedi@deshaw.com
jim.mackey@deshaw.com
jneil@deshaw.com
joe.prior@deshaw.com
john.rustum@deshaw.com
jonathan.ching@deshaw.com

joseph.hong@deshaw.com
joshua.linder@deshaw.com
julia.gurke@deshaw.com
juliana.ferrell@deshaw.com
justin.boyer@deshaw.com
jyoti.diwan@deshaw.com
kai.huang@deshaw.com
kara.loe@deshaw.com
kaska.dratewska@deshaw.com
katherine.kym@deshaw.com
ken.visser@deshaw.com
kenneyp@deshaw.com
kerckhoc@deshaw.com
khemanin@deshaw.com
krista.young@deshaw.com
kwoks@deshaw.com
lallg@deshaw.com
laura.greiner@deshaw.com
laurel.hesch@deshaw.com
leigh.wang@deshaw.com
liang.meng@deshaw.com
ling.li@deshaw.com
linl@deshaw.com
liz.irwin@deshaw.com
lrobertsen@deshaw.com
manu.kumar@deshaw.com
mark.ipri@deshaw.com
martha.brantley@deshaw.com
martin.fong@deshaw.com
massimo.bianchi@deshaw.com
max.khavin@deshaw.com
michael.ashikhmin@deshaw.com
michael.crowley@deshaw.com
michael.zhu@deshaw.com
michael-vodola@deshaw.com
mikerin@deshaw.com
minhua.zhang@deshaw.com
nielsend@deshaw.com
omarym@deshaw.com
pany@deshaw.com
parikhc@deshaw.com
parkinsr@deshaw.com
patric@deshaw.com
patrick.kelly@deshaw.com
patrick.saunders@deshaw.com
peter.bernard@deshaw.com
peter.findley@deshaw.com
peter.kozak@deshaw.com
phelang@deshaw.com
phil.kearns@deshaw.com
phyllis.musoke@deshaw.com
posner@deshaw.com
pravir_bhatia@deshaw.com
priorj@deshaw.com
pwhite@deshaw.com
rajeshwar.singh@deshaw.com
rajiv.kacholia@deshaw.com
rashid@deshaw.com
richard.mckinney@deshaw.com
richarst@deshaw.com

rocky.kurita@deshaw.com
romanot@deshaw.com
ross.levinsky@deshaw.com
ruba.khoury@deshaw.com
rueven@deshaw.com
rui.dong@deshaw.com
safal.durg@deshaw.com
salima.remtulla@deshaw.com
scott.henkin@deshaw.com
sean.harrington@deshaw.com
seilenberg@deshaw.com
sellersj@deshaw.com
seth.charnow@deshaw.com
shahk@deshaw.com
shi.nisman@deshaw.com
snedekeb@deshaw.com
sondra.vitols@deshaw.com
sosyurad@deshaw.com
spenser@deshaw.com
srinivasan.sivasamy@deshaw.com
steinbaa@deshaw.com
stephen.bernier@deshaw.com
steve.eilenberg@deshaw.com
stewart.tanner@deshaw.com
stone.shi@deshaw.com
stone@deshaw.com
sunny.mehra@deshaw.com
swatland@deshaw.com
tanner.fahl@deshaw.com
ted.macdonald@deshaw.com
timothy.kleiman@deshaw.com
todd.huskinson@deshaw.com
toors@deshaw.com
trey.beck@deshaw.com
vaysburd@deshaw.com
vikram.modi@deshaw.com
virgy.quist@deshaw.com
vivek.shah@deshaw.com
weitznerd@deshaw.com
woleslagle@deshaw.com
wolfj@deshaw.com
wydena@deshaw.com
xuan.yong@deshaw.com
zhouj@deshaw.com
alfred.pfeiffer@ccd.desjardins.com
joerg.kerler@detecon.com
rebecca.neuwirth@detecon.com
sbroske@detschepost.de
rbrown@deutsche.com
griegerj@deutschehypo.de
hinzmanna@deutschehypo.de
rehfusa@deutschehypo.de
christian.fischer@deutsche-hypo.de
frederick.serck@deutsche-hypo.de
simone.wilhelms@deutsche-hypo.de
thomas.staats@deutsche-hypo.de
thorsteinn.jonsson@deutsche-hypo.de
treasury@deutsche-hypo.de
f.appel@deutschepost.de
f.schuhbauer@deutschepost.de

h.brackmann@deutschepost.de
h.brakmann@deutschepost.de
k.engelaender@deutschepost.de
bernd.langen@deutscherring.de
dr.helbing@deutscherring.de
martin.reisch@deutscherring.de
achim.philippus@devif.de
andrea.boelinger@devif.de
annette.bierweiler@devif.de
bernd.karstedt@devif.de
boris.tschakowski@devif.de
carl.p.fox@devif.de
carsten.paura@devif.de
christine.mueller@devif.de
claus.wagner@devif.de
friedrich.prasser@devif.de
georg.kainhuber@devif.de
harald.moog@devif.de
hartmut.gogol@devif.de
heribert.fromm@devif.de
holger.jensen@devif.de
jens.gottsman@devif.de
juergen.hagedorn@devif.de
matthias.frey@devif.de
olaf.stotz@devif.de
roland.schmidt@devif.de
stephan.mueller@devif.de
stephan.sewelies@devif.de
sven.falkenhagen@devif.de
thomas.ruf@devif.de
thomas.schmiegel@devif.de
thorsten.albrecht@devif.de
uwe.buertel@devif.de
alexander.stock@devk.de
bernd.zens@devk.de
gallus@devk.de
amadsen@deweysq.com
jleslie@deweysq.com
aezra@dexia.com
alesandre.suzzoni@dexia.be
alex.bram@dexia.be
alex.vantuykom@dexia.be
annette.krause@dexia.de
antonella.michelino@dexia.com
antonino.patrone@dexia.be
arnold.sedlmayr@dexia.de
aurelie.ribeiro@dexia.com
axel.tavernier@dexia.be
bart.paredis@dexia.com
bart.vanderveken@dexia.be
bart.vanhaverbeke@dexia.be
benjamin.vierendeel@dexia.be
bernard.cappellari@dexia.be
bert.lemmens@dexia.be
bruno.dedecker@dexia.be
catherine.hoenig@dexia.be
celine.deroux@dexia.be
celine.dosiere@dexia.be
cindy.kis-gado@dexia.com
claire.mahieux@dexia.be

claude.hertveldt@dexia.be
claude.njikam@dexia.be
cyrielle.peres@dexia.be
daria.iourtchenko@dexia.com
didier.corin@dexia.be
dieter.baelden@dexia.be
dirk.bruneel@dexia.be
dominique.manderlier@dexia.be
eckl@dexia.de
edouard.davaux@dexia.com
eric.decooman@dexia.be
erik.vandamme@dexia.be
filip.lambrechts@dexia.be
filip.saffer@dexia.be
frank.euvrard@dexia.com
frank.mertens@dexia.be
frank.persyn@dexia.be
frederic.vanderschueren@dexia.be
frederik.bourgeois@dexia.be
geert.gielens@dexia.be
geert.gv.vandenbroeck@dexia.be
geert.junius@dexia.be
gilles.fabri@dexia.com
gregory.chauviaux@dexia.com
guillaume.duthu@dexia.com
guy.busain@dexia.be
guy.raeves@dexia.be
guy.vandeneynde@dexia.be
guy.vandereecken@dexia.be
heidi.wynants@dexia.be
honore.kouam@dexia.com
inge.hofman@dexia.be
isabelle.rome@dexia.com
jacques.vandenbossche@dexia.be
jan.daems@dexia.be
jan.smedts@dexia.com
janina.groschupp@dexia.de
jean.plas@dexia.be
jean-francois.masure@dexia.be
joaobatista.crispinianogarcia@dexia.com
johan.blyweert@dexia.be
johan.evenepoel@dexia.com
johan.vankelecom@dexia.com
julie.noel@dexia.be
karl.thirion@dexia.be
koen.brouckaert@dexia.be
koen.ceulemans@dexia.be
koen.debelder@dexia.be
koen.ghijs@dexia.com
kraemer@dexia.de
laurent.gilson@dexia.com
leen.verriest@dexia.be
luc.obbers@dexia.be
lucvan.reeth@dexia.be
ludovic.lanthier@dexia.be
lutgarde.maesfranckx@dexia.be
maarten.cleppe@dexia.be
malte.wurm@dexia.de
mariarosa.sciarratta@dexia.be
marina.cartondetournai@dexia.be

marius.post@dexia.be
mark.garofalo@dexia.be
martine.demets@dexia.be
mathieu.schmitz@dexia.com
merkel@dexia.de
michael.magermans@dexia.com
michel.speltens@dexia.be
nadege.dufosse@dexia.com
nadia.verbanck@dexia.be
nico.demuijnck@dexia.be
nicolas.simon@dexia.be
olivier.robin@dexia.com
ousmane.diouf@dexia.be
pascale.wera@dexia.be
patrick.vandenhoutte@dexia.be
paul.heyman@dexia.be
paul.tessens@dexia.be
paul.vangeert@dexia.be
paul.vrints@dexia.be
peter.audoore@dexia.be
peter.debaere@dexia.be
peter.depoorter@dexia.be
peter.geens@dexia.be
peter.luypaert@dexia.be
peter.ryckeboer@dexia.com
philip.tortelboom@dexia.be
philippe.bourgault@dexia.be
philippe.dehoux@dexia.com
philippe.ducos@dexia.com
raphael.verellen@dexia.be
regina.spierings@dexia.be
roger.pairoux@dexia.be
sebastien.compere@dexia.com
sebastien.gothier@dexia.com
serge.ivlef@dexia.be
serge.vandevelde@dexia.be
serge.vanhalme@dexia.be
sophie.lados@dexia.com
staf.deplecker@dexia.be
stephan.piron@dexia.be
stijn.huysentruyt@dexia.be
tanguy.devillenfagne@dexia.com
thomas.deprez@dexia.be
tim.rovekamp@dexia.be
valerie.vigin@dexia.be
vincent.aubras@dexia.com
vincent.sneyers@dexia.be
wilfried.wouters@dexia.de
yves.bavre@dexia.be
yvonne.sigrist@dexia.be
alain.debleecker@dexia-am.com
alain.peters@dexia-am.com
alexandre.banneux@dexia-am.com
alexandre.meyer@dexia-am.com
amir.bouyahi@dexia-am.com
andre-xavier.fougerat@dexia-am.com
anh.nguyen@dexia-am.com
anne-catherine.delaye@dexia-am.com
antoine.hamoir@dexia-am.com
arnaud.stenuit@dexia-am.com

aurelie.faure@dexia-am.com
bart.bc.claeys@dexia-am.com
bart.decock@dexia-am.com
bart.desaeger@dexia-am.com
bart.goosens@dexia-am.com
bavo.jacobs@dexia-am.com
bruno.vancrombrugge@dexia-am.com
caroline.detoyer@dexia-am.com
caroline.detroyer@dexia-am.com
catherine.danse@dexia-am.com
cecile.bernaux@dexia-am.com
christian.sole@dexia-am.com
christian.somers@dexia-am.com
christophe.agopian@dexia-am.com
christophe.comoy@dexia-am.com
clara.franse@dexia-am.com
claude.steegmann@dexia-am.com
daniele.barthelemy@dexia-am.com
denis.servaes@dexia-am.com
denis.vallier@dexia-am.com
didier.depireux@dexia-am.com
dorian.jacob@dexia-am.com
dries.janssens@dexia-am.com
edouard.petitcollot@dexia-am.com
emmanuel.vanderelst@dexia-am.com
eric.domergue@dexia-am.com
erwin.dewinter@dexia-am.com
eveline.van.de.velde@dexia-am.com
fabien.dersy@dexia-am.com
fabrice.cuchet@dexia-am.com
fabrice.lombardo@dexia-am.com
filip.corten@dexia-am.com
fixedincome.be@dexia-am.com
freddy.desquenne@dexia-am.com
freddy.susanto@dexia-am.com
frederic.devalkeneer@dexia-am.com
frederique.bette@dexia-am.com
gabriel.andraos@dexia-am.com
gaetan.herinckx@dexia-am.com
genevieve.hamende@dexia-am.com
geoffrey.therville@dexia-am.com
geoffroy.goenen@dexia-am.com
georges.farre@dexia-am.com
gert.demaeyer@dexia-am.com
gregoire.delouche@dexia-am.com
helena.clijsters@dexia-am.com
helpdesk.be@dexia-am.com
herve.dejonghe@dexia-am.com
hm.tranchimand@dexia-am.com
inge.anno@dexia-am.com
ivo.de.bondt@dexia-am.com
ivo.dierick@dexia-am.com
jacques.sterck@dexia-am.com
jan.boudewijns@dexia-am.com
jean-yves.dumont@dexia-am.com
jehanne.dewalque@dexia-am.com
jessica.younes@dexia-am.com
joelle.harb@dexia-am.com
johan.reybroeck@dexia-am.com
johan.vanderbiest@dexia-am.com

jonathan.dalle@dexia-am.com
koen.popleu@dexia-am.com
koen.vandemaele@dexia-am.com
kris.temmerman@dexia-am.com
laurent.chebanier@dexia-am.com
laurent.fobe@dexia-am.com
laurent.zeimes@dexia-am.com
lisbeth.peeters@dexia-am.com
luc.dhooge@dexia-am.com
luigi.pignatelli@dexia-am.com
magali.matagne@dexia-am.com
marc.bolle@dexia-am.com
marc.truyts@dexia-am.com
marcel.vanschelvergem@dexia-am.com
myriam.guervin@dexia-am.com
nabil.ouajjane@dexia-am.com
nicolas.cleris@dexia-am.com
nicolas.cremieux@dexia-am.com
nicolas.rutsaert@dexia-am.com
olivier.baccam@dexia-am.com
olivier.genest@dexia-am.com
olivier.streichenberger@dexia-am.com
pascal.dequenne@dexia-am.com
pascal.mathieu@dexia-am.com
patrice.gensse@dexia-am.com
patrick.vandenhaute@dexia-am.com
patrick.zeenni@dexia-am.com
philippe.hijazin@dexia-am.com
philippe.noyard@dexia-am.com
philippe.screve@dexia-am.com
pierre.carotti@dexia-am.com
pierre.lamboray@dexia-am.com
remy.ferraretto@dexia-am.com
rene.clerix@dexia-am.com
roman.demeyer@dexia-am.com
rudi.vandeneynde@dexia-am.com
rudy.vermeersch@dexia-am.com
sabine.depauw@dexia-am.com
sandy.issanchou@dexia-am.com
sebastien.baltzer@dexia-am.com
serge.monseu@dexia-am.com
sophie.elkrief@dexia-am.com
stephane.parent@dexia-am.com
steve.philips@dexia-am.com
sven.craeynest@dexia-am.com
sylvain.debus@dexia-am.com
tanguy.cornet@dexia-am.com
thibaut.rutsaert@dexia-am.com
thiery.borstlap@dexia-am.com
vincent.baron@dexia-am.com
wajihjoseph.accary@dexia-am.com
wim.vanhyfte@dexia-am.com
wim.vermeir@dexia-am.com
xavier.robinson@dexia-am.com
yvan.staelens@dexia-am.com
yves.roquet@dexia-am.com
yvonne.ahn@dexia-am.com
zouheir.bentamarout@dexia-am.com
alex.hornung@dexia-bil.com
andre.lecoq@dexia-bil.com

bruno.biordi@dexia-bil.com
cherif.boumedine@dexia-bil.com
christian.schmitz@dexia-bil.com
christian.vogel@dexia-bil.com
christophe.agopian@dexia-bil.com
david.widart@dexia-bil.com
eric.huyberechts@dexia-bil.com
franck.luxembourger@dexia-bil.com
gaetan.laroche@dexia-bil.com
georges.ganuchaud@dexia-bil.com
goran.maelfeyt@dexia-bil.com
guy.gd.delandsheer@dexia-bil.com
jacques.reich@dexia-bil.com
jean-charles.grezault@dexia-bil.com
jette.holm.jensen@dexia-bil.com
joseph.hensen@dexia-bil.com
karin.lambotte@dexia-bil.com
kelly.kong@dexia-bil.com
klaus.michaelsen@dexia-bil.com
liyen.quek@dexia-bil.com
louis.macalli@dexia-bil.com
luc.dondelinger@dexia-bil.com
mauro.russo@dexia-bil.com
michele.merk@dexia-bil.com
nello.monacelli@dexia-bil.com
ntoudi.mouyelo@dexia-bil.com
olivier.habay@dexia-bil.com
patricia.knapp@dexia-bil.com
patrick.casters@dexia-bil.com
philippe.devaujuas-langan@dexia-bil.com
philippe.malteste@dexia-bil.com
ralph.diseviscourt@dexia-bil.com
raphael.daune@dexia-bil.com
raphael.eber@dexia-bil.com
roland.schaus@dexia-bil.com
sakari.saro@dexia-bil.com
sarah.kern@dexia-bil.com
serge.fournier@dexia-bil.com
serge.sv.vandevelde@dexia-bil.com
serge.vandevelde@dexia-bil.com
simon.hauxwell@dexia-bil.com
stephane.sc.capette@dexia-bil.com
tino.spina@dexia-bil.com
veronique.dimaria@dexia-bil.com
william.desmet@dexia-bil.com
wolfgang.stemper@dexia-bil.com
michel.delatullaye@dexia-bill.com
bertrand.chassereau@dexia-crediop.it
claudia.pieroni@dexia-crediop.it
daniele.albarin@dexia-crediop.it
david.tintinago@dexia-crediop.it
grazia.gulluni@dexia-crediop.it
isabella.marani@dexia-crediop.it
maurizio.razze@dexia-crediop.it
raffaella.piva@dexia-crediop.it
roberta.romaldi@dexia-crediop.it
samir.belarbi@dexia-crediop.it
stefano.catalano@dexia-crediop.it
muriel.bonnet@dexiafr-dexia.com
aymeric.forest@dexiam.lu

christian@dexiam.lu
christian.serre@dexiamfr-dexia.com
gilles.frisch@dexiamfr-dexia.com
highyield@dexiamfr-dexia.com
jean.nicolet@dexiamfr-dexia.com
manuel.prenant@dexiamfr-dexia.com
nagi.nasr@dexiamfr-dexia.com
naim.abou-jaoud@dexiamfr-dexia.com
nicolas.gomart@dexiamfr-dexia.com
sophie.ellkrief@dexiamfr-dexia.com
stephan.bruch@dexiamfr-dexia.com
thomas.combarel@dexiamfr-dexia.com
ludo.schockaert@dexia-pf.ch
laurence.pauly@dexia-us.com
olivier.causse@dexia-us.com
smagnan@dexia-us.com
tom.ceusters@dexia-us.com
pascal.becker@dexint-dexia.com
akbar.ali@dfafunds.com
apu@dfafunds.com
blake.tatsuta@dfafunds.com
carl.snyder@dfafunds.com
christian.gunther@dfafunds.com
daniel.ong@dfafunds.com
dave.plecha@dfafunds.com
david.booth@dfafunds.com
david.salisbury@dfafunds.com
eduardo.repetto@dfafunds.com
erhan.oktay@dfafunds.com
evan.pan@dfafunds.com
gerard.oreilly@dfafunds.com
grady.smith@dfafunds.com
henry.gray@dfafunds.com
jed.fogdall@dfafunds.com
joe.kolerich@dfafunds.com
joseph.chi@dfafunds.com
kevin.hight@dfafunds.com
matthew.fuentes@dfafunds.com
michael.scardina@dfafunds.com
paul.wise@dfafunds.com
rex.sinquefield@dfafunds.com
rob.fezekas@dfafunds.com
ryan.wiley@dfafunds.com
steve.clark@dfafunds.com
sue.enay@dfafunds.com
wazhma.noorzayee@dfafunds.com
zahir.lalani@dfait-maeci.gc.ca
jeffriesc@dfs.state.fl.us
mccaskillm@dfs.state.fl.us
astrid_fiebiger@dgbank.de
fgrunow@dgbank.de
heiko_goetz@dgbank.de
helen_jones@dgbank.de
jens_linder@dgbank.de
joerg_huber@dgbank.de
jose_de_leon@dgbank.de
ralfthomas_decker@dgbank.de
reiner.hauenstein@dgbank.de
lars.carlsen@dgbank-dip.de
michael.siebertz@dgbank-dip.de

mueller.michael@dgbank-dip.de
peter.sziklai@dgbank-dip.de
delder@dg-g.com
gguard@dg-g.com
scrank@dg-g.com
andreas.jantzen@dghyp.de
anja.klockow@dghyp.de
bjoern.schwarten@dghyp.de
christian.buelau@dghyp.de
christian.scherf@dghyp.de
christian.voss@dghyp.de
dagmar.kugler@dghyp.de
dirk.brandes@dghyp.de
dorthe.petersen@dghyp.de
erik.wallenius@dghyp.de
frank.stoefer@dghyp.de
friedrich.piaskowski@dghyp.de
harald.buchholz@dghyp.de
heinz.jaeger@dghyp.de
henning.eckhof@dghyp.de
jens.meyer@dghyp.de
joachim.gielens@dghyp.de
kerstin.ohle@dghyp.de
kevin.oconnell@dghyp.de
kolwja.alexander.zimmer@dghyp.de
marco.gluehmann@dghyp.de
marian.klemm@dghyp.de
mark.pries@dghyp.de
markus.bolder@dghyp.de
michael.sohler@dghyp.de
nicola.rieger@dghyp.de
nicole.john@dghyp.de
patrick.ernst@dghyp.de
rainer.sievers@dghyp.de
roland.barz@dghyp.de
sabine.rahn@dghyp.de
thorben.sangkuhl@dghyp.de
ute.wriedt@dghyp.de
werner.langmaak@dghyp.de
winfried.kolln@dghyp.de
gerald.roessel@dgpanagora.de
norman.lins@dgpanagora.de
ralf.flad@dgpanagora.de
francisco.ramalho@dgpatr.pt
andreas.bamberg@dgzbank.de
axel.rosenberger@dgzbank.de
hans-albert.eberhard@dgzbank.de
joachim.fuelber@dgzbank.de
kurt.pongratz@dgzbank.de
marco.poerschke@dgzbank.de
werner.diekoetter@dgzbank.de
armin.schueler@dgz-dekabank.de
beate.doerschmidt@dgz-dekabank.de
beatrix.poth@dgz-dekabank.de
chrisofer.rathke@dgz-dekabank.de
dieter.sewing@dgz-dekabank.de
nicole.kalb@dgz-dekabank.de
a.sag@dhbbank.com
i.cetiner@dhbbank.com
l.rd@dhbbank.com

bob@dhja.com
bsimon@dhja.com
curtrohrman@dhja.com
cwoodruff@dhja.com
daniel@dhja.com
ggarcia@dhja.com
jlohman@dhja.com
nholt@dhja.com
nrodriquez@dhja.com
rd@dhja.com
tmurao@dia-lease.co.jp
hiramine@diam.co.jp
laurent.goffinet@diam.be
benoit.dereme@dib.be
dang@dicksteinlp.com
jeff@dicksteinlp.com
dpapaioan@diethniki.nbg.gr
gsatlas@diethniki.nbg.gr
pathanas@diethniki.nbg.gr
alan.leiderman@dillonread.com
amit.sippy@dillonread.com
balazs.foldvari@dillonread.com
bret.sherak@dillonread.com
brian.cohane@dillonread.com
charles.lerner@dillonread.com
christopher.ng@dillonread.com
collette.dow@dillonread.com
damian.dwan@dillonread.com
edward.berman@dillonread.com
jamie.matlack@dillonread.com
jeffrey.ross@dillonread.com
john.costas@dillonread.com
john.deacon@dillonread.com
john.niblo@dillonread.com
mary.davis@dillonread.com
michael.hutchins@dillonread.com
michael.malan@dillonread.com
rachel.barnard@dillonread.com
richard.homan@dillonread.com
rishi.bali@dillonread.com
robert.carpenter@dillonread.com
roberto.davola@dillonread.com
sandra.chow@dillonread.com
sean.lawler@dillonread.com
stefan.tsonev@dillonread.com
steven.bulko@dillonread.com
todd.meadow@dillonread.com
yi.shi@dillonread.com
darasj@dime.com
paternok@dime.com
schmidtk@dime.com
slumpr@dime.com
tayyarif@dime.com
yehy@dime.com
alex.yaftali@dimensional.com
darren.white@dimensional.com
iwona.cholewa@dimensional.com
john.surridge@dimensional.com.au
joseph.chi@dimensional.com
peter.dillard@dimensional.com

pnoble@dimensional.com
stephen.hughes@dimensional.com
alper.kara@disbank.com.tr
burak.iyigun@disbank.com.tr
goker.orhan@disbank.com.tr
guldal.secener@disbank.com.tr
haluk.burumcekci@disbank.com.tr
kemal.keskin@disbank.com.tr
tayfun.bayazit@disbank.com.tr
avi.kweller@discountbank.co.il
avishay.bardayan@discountbank.co.
avner.hoffenbratel@discountbank.co.il
ethan.etzioni@discountbank.co.il
fxmm@discountbank.co.il
fxmm@discountbank.net
hagit.feldman@discountbank.co.il
inon.dafni@discountbank.co.il
intidb@discountbank.co.il
intidb@discountbank.net
michael.rabinowitz@discountbank.co.il
nadia.davison@discountbank.co.il
ron.bedny@discountbank.co.il
tsairi.kobi@discountbank.co.il
bonnie.liu@disney.com
carina.coleman@disney.com
david.a.fernandez@disney.com
david.fields@disney.com
gina.parizek@disney.com
gregory.belzer@disney.com
helene.dina@disney.com
jayesh.shah@disney.com
jennifer.jue@disney.com
kevin.riley@disney.com
lowell.singer@disney.com
marc.e.goldberg@disney.com
michael.i.young@disney.com
mitch.polon@disney.com
paul.meier@disney.com
peter.murphy@disney.com
tamara.benefield@disney.com
teresa.kastl@disney.com
tracy.lum@disney.com
alexander.birmili@dit.de
andrea.rockermeier@dit.de
andreas.anschperger@dit.de
andreas.kotzem@dit.de
anne.barker@dit.de
annick.santerre@dit.de
baerbel.roczinski@dit.de
belinda.peltz@dit.de
benedikt.henne@dit.de
chrisitne.hock@dit.de
christian.amplatz@dit.de
christian.drevenstedt@dit.de
christian.sperschneider@dit.de
cinzia.pedrotti@dit.de
cornelia.hahner@dit.de
cornelia.mimietz@dit.de
daniel.ziegler@dit.de
david.finger@dit.de

dietricht@dit.de
dirk.friedrich@dit.de
ekaterina.svetlova@dit.de
elisabeth.worsching@dit.de
elke.tillmann@dit.de
eric.barthalon@dit.de
eva.kleeberg@dit.de
frank.eckhardt@dit.de
frank.vanselow@dit.de
franz.hoebel@dit.de
frederic.merz@dit.de
gerrit.meder@dit.de
gondesen@dit.de
hajnalka.gaal@dit.de
hans-christian.juergensen@dit.de
heike.gregorzewski@dit.de
heike.otten@dit.de
heiko.schnitgerhans@dit.de
henrik.buescher@dit.de
herold.rohweder@dit.de
ina.meyer@dit.de
ines.moeller@dit.de
ines.raessler@dit.de
ingolf.starke@dit.de
jan.wiessner@dit.de
jan-willem.verhulst@dit.de
jasmin.weg@dit.de
jens.bernhardt@dit.de
jens.deidersen@dit.de
joachim.preusker@dit.de
juergen.jann@dit.de
kai-uwe.pohl@dit.de
karl-hermann.hammel@dit.de
karsten.blumenthal@dit.de
karsten.niemann@dit.de
kathrin.stoess@dit.de
kerstin.landau@dit.de
klaus.mehling@dit.de
malgorzata.piekarska@dit.de
marcus.stahlhacke@dit.de
marianne.heidt@dit.de
martin.lonsdorfer@dit.de
matthias.kerling@dit.de
matthias.rueffer@dit.de
michael.heldmann@dit.de
michael.knies@dit.de
michael.neppert@dit.de
michael.seyda@dit.de
monika.schnatterer@dit.de
norbert.kaldun@dit.de
oberdorf@dit.de
peter.kraus@dit.de
peter.lang@dit.de
peter.mueller@dit.de
pierfranco.malpenga@dit.de
rainer.scharf@dit.de
rainer.tafelmayer@dit.de
ralf.euler@dit.de
ralph.hessler@dit.de
roberto.izzo@dit.de

rudi.fechter@dit.de
schmidth@dit.de
solveig.stroeer@dit.de
stefan.kloss@dit.de
stefan.nixel@dit.de
stefan.raetzer@dit.de
stefan.schandert@dit.de
susanne.mauss@dit.de
tanja.schnepp@dit.de
thomas.stephan@dit.de
thomas.zimmerer@dit.de
tobias.kohls@dit.de
tobias.windecker@dit.de
udo.reimann@dit.de
ulrich.katz@dit.de
ulrike.katheder@dit.de
volker.beck@dit.de
wilda.oberacker@dit.de
wilhelm.gold@dit.de
wilhelm.schorn@dit.de
wolfgang.puetz@dit.de
bcary@divinv.net
dharoz@divinv.net
dseahorn@divinv.net
gklingler@divinv.net
jberk@divinv.net
jgivens@divinv.net
jlevan@divinv.net
jwbalsley@divinv.net
kchrisman@divinv.net
lalderman@divinv.net
mchristy@divinv.net
mconnelly@divinv.net
mleong@divinv.net
mmajure@divinv.net
mmattke@divinv.net
mwolfersberger@divinv.net
nboedy@divinv.net
rbatiste@divinv.net
skakar@divinv.net
skinsey@divinv.net
squarello@divinv.net
ssimpson@divinv.net
swiedemann@divinv.net
thorkan@divinv.net
tpowers@divinv.net
wfeng@divinv.net
adamsj@divinvest.com
david.lloyd-seed@dixons.co.uk
giles.newell@dixons.co.uk
jeremy.darroch@dixons.co.uk
lesley.smith@dixons.co.uk
matthew.hurn@dixons.co.uk
apanteli@dkb.com
brian.schneider@dkb.com
kyoshikawa@dkb.com
ltien@dkb.com
pmgt@dkb.ch
rwolinsky@dkb.com
alexander.vavalidis@dkib.com

alison.cairns-scott@dkib.com
christof-werner.anstett@dkib.com
edward.selby@dkib.com
elena.dion@dkib.com
james.moi@dkib.com
julian.moore@dkib.com
karl.hamilton@dkib.com
ken.fan@dkib.com
leago.papo@dkib.com
lee.ropelato@dkib.com
mark.andryeyev@dkib.com
michael.coats@dkib.com
michael.summerhayes@dkib.com
nick.watterson@dkib.com
olivier.staub@dkib.com
omar.dessouky@dkib.com
philip.jamison@dkib.com
richard.springate@dkib.com
robert.boelstler@dkib.com
robert.costello@dkib.com
sabine.otto@dkib.com
tanya.lincevski@dkib.com
zubair.ghouse@dkib.com
abillings@dkpartners.com
adonohoe@dkpartners.com
asawtell@dkpartners.com
astearns@dkpartners.com
asuslavich@dkpartners.com
awatson@dkpartners.com
cbastable@dkpartners.com
ccantalupo@dkpartners.com
cgex@dkpartners.com
ckrishanthan@dkpartners.com
clee@dkpartners.com
cmcgrath@dkpartners.com
dcurtiss@dkpartners.com
dsheets@dkpartners.com
ecooper@dkpartners.com
farratia@dkpartners.com
gbalasingam@dkpartners.com
icapriello@dkpartners.com
idelevska@dkpartners.com
jhirschtritt@dkpartners.com
jlanktree@dkpartners.com
jmorris@dkpartners.com
jschimmer@dkpartners.com
jwachter@dkpartners.com
kbiobaku@dkpartners.com
mbergen@dkpartners.com
mherzog@dkpartners.com
minsel@dkpartners.com
mlevine@dkpartners.com
msodergren@dkpartners.com
nyalamanchi@dkpartners.com
rwong@dkpartners.com
scalidas@dkpartners.com
skincaid@dkpartners.com
svogel@dkpartners.com
tjaron@dkpartners.com
tkempner@dkpartners.com

tyoseloff@dkpartners.com
yblechner@dkpartners.com
ygrill@dkpartners.com
zgozali@dkpartners.com
gpostel@dkpostel.com
mark.pettit@dkrw.com
tim.smollen@dkrw.com
christian.deiters@dlb.de
aberman@dlbabson.com
acompton@dlbabson.com
adjang@dlbabson.com
alampert@dlbabson.com
bhettinger@dlbabson.com
bjefferis@dlbabson.com
bkim@dlbabson.com
bstanforth@dlbabson.com
bstgeorge@dlbabson.com
btoth@dlbabson.com
cchichirau@dlbabson.com
davidwells@dlbabson.com
dechevarria@dlbabson.com
djnorton@dlbabson.com
dsujat@dlbabson.com
dyaworsky@dlbabson.com
etai@dlbabson.com
gemanuel@dlbabson.com
jbirchall@dlbabson.com
jkeller@dlbabson.com
jmaurer@dlbabson.com
jnolan@dlbabson.com
jstelwagon@dlbabson.com
jtaillie@dlbabson.com
kcollier@dlbabson.com
kfife@dlbabson.com
kkraez@dlbabson.com
lgrant@dlbabson.com
lzepke@dlbabson.com
mastone@dlbabson.com
menglish@dlbabson.com
mgalaydh@dlbabson.com
mhays@dlbabson.com
mkibbe@dlbabson.com
mkim@dlbabson.com
mlaw@dlbabson.com
msylvestri@dlbabson.com
pdias@dlbabson.com
plenkeit@dlbabson.com
rabel@dlbabson.com
rcrandall@dlbabson.com
rdesaultels@dlbabson.com
rdesautels@dlbabson.com
rfeingold@dlbabson.com
rkapur@dlbabson.com
rlittle@dlbabson.com
rlyons@dlbabson.com
rmckeever@dlbabson.com
rmorrison@dlbabson.com
rroberge@dlbabson.com
rsingh2@dlbabson.com
rspencer@dlbabson.com

sblouin@dlbabson.com
sfeeley@dlbabson.com
sgaston@dlbabson.com
slibera@dlbabson.com
sroth@dlbabson.com
sstaggs@dlbabson.com
sstecher@dlbabson.com
svilarindo@dlbabson.com
tbolduc@dlbabson.com
tfinke@dlbabson.com
tkelley@dlbabson.com
tpshea@dlbabson.com
tvien@dlbabson.com
vshinsky@dlbabson.com
wdwyer@dlbabson.com
zperry@dlbabson.com
asalgado@dlfi.com
rick-waldis@dlfi.com
trish-delaney@dlfi.com
xavier.gudefin@dlgpartners.com
andrea.heinen@dlh.de
bernhard.wiezorek@dlh.de
hamhedging.mt@dlh.de
karin.trautwein@dlh.de
markus.ott@dlh.de
martin.kirchner@dlh.de
matthias.detjen@dlh.de
neil.moyes@dlh.de
peter.czichowski@dlh.de
peter.lennartz@dlh.de
ralph.link@dlh.de
torsten.kohrs@dlh.de
vicente.alava-pons@dlh.de
walter.gehl@dlh.de
walter.schmitz-cording@dlh.de
epetillo@dlj.com
jcallen@dlj.com
jfevola@dlj.com
mminogue@dlj.com
admin@dlusa.com
akari@dlusa.com
fujimaru@dlusa.com
hmatsumoto@dlusa.com
ishii@dlusa.com
kawasaki@dlusa.com
nishio@dlusa.com
numata@dlusa.com
owada@dlusa.com
soraoka@dlusa.com
tatsuno@dlusa.com
tsato@dlusa.com
yinoue@dlusa.com
yoriko@dlusa.com
brianis@dmba.com
shakak@dmba.com
nick.jennings@dmgt.co.uk
peter.williams@dmgt.co.uk
kevinbilyard@d-m-r.co.uk
mike@dmtc.com
fredrik.altman@dmw.de

| | | |
|---|---|---|
| ando_takashi@dn.smbc.co.jp | erik.sylvertsen@dnb.no | william.barlow@dnb.se |
| aoki_yoshifumi@dn.smbc.co.jp | fm.fixedincome.dollar@dnb.nl | kcollins@dnb4you.com |
| aoyama_satoshi@dn.smbc.co.jp | fm.forecast@dnb.nl | abhishek.thepade@dnbnor.com |
| fujii_makoto@dn.smbc.co.jp | fredrik.hedstrom@dnb.se | alexander.kleiven@dnbnor.no |
| fujinaga_masashi@dn.smbc.co.jp | gaute.eie@dnb.no | andrea.croner@dnbnor.com |
| fujiwara_nobutomo@dn.smbc.co.jp | gunnar.blix@dnb.se | bard.sm.johannessen@dnbnor.com |
| gotou_gen@dn.smbc.co.jp | gunnar.dahlfors@dnb.se | benjamin.werber@dnbnor.com |
| gotou_kenichirou@dn.smbc.co.jp | h.g.schokker@dnb.nl | benjamin.werber@dnbnor.com |
| iguchi_fumio@dn.smbc.co.jp | h.h.j.van.der.hoorn@dnb.nl | bente.hoem@dnbnor.no |
| imanari_akira@dn.smbc.co.jp | h.jager@dnb.nl | berit.henriksen@dnbnor.no |
| inoue_kazuo@dn.smbc.co.jp | hans.gannestad@dnb.no | bjorn.borander@dnbnor.no |
| inoue_tsutomu@dn.smbc.co.jp | hans.johnsson@dnb.se | bjorn.kvarnskog@dnbnor.com |
| ishikawa_hirofumi@dn.smbc.co.jp | i.r.y.van.herpt@dnb.nl | christer.westberg@dnbnor.com |
| jinbo_shuhei@dn.smbc.co.jp | j.e.berndsen@dnb.nl | christian.ramm@dnbnor.no |
| koyanagi_yoshifumi@dn.smbc.co.jp | j.m.thoolen@dnb.nl | dag.linskog@dnbnor.no |
| kubo_tetsuya@dn.smbc.co.jp | j.meesters@dnb.nl | daniel.dahlin@dnbnor.com |
| miyagaki_naoya@dn.smbc.co.jp | jan.kolstad@dnb.no | david.demartino@dnbnor.com |
| miyamoto_akiho@dn.smbc.co.jp | jann.molnes@dnb.no | david.martino@dnbnor.com |
| morioka_ryo@dn.smbc.co.jp | jeanette.hauff@dnb.se | filip.boman@dnbnor.com |
| nagata_koichi@dn.smbc.co.jp | jeremy.brown@dnb.no | fredrik.martenson@dnbnor.com |
| nakahara_kenji@dn.smbc.co.jp | joakim.oskarsson@dnb.se | fredrik.oberg@dnbnor.com |
| nakajima_masashige@dn.smbc.co.jp | k.a.van.dijkhuizen@dnb.nl | gary.twell@dnbnor.no |
| ochiai_koji@dn.smbc.co.jp | k.j.van.paddenburg@dnb.nl | geir.bergvoll@dnbnor.no |
| oka_ryoichiro@dn.smbc.co.jp | knut-arne.alsaker@dnb.no | goran.wall@dnbnor.com |
| oka_toshifumi@dn.smbc.co.jp | lars.lovgren@dnb.se | hans-martin.presterud@dnbnor.no |
| okubo_satoshi@dn.smbc.co.jp | lars.sundberg@dnb.se | helge.forfang@dnbnor.no |
| ouchiyama_atsushi@dn.smbc.co.jp | lena.ober@dnb.se | henrik.asland@dnbnor.no |
| saeki_hiroaki@dn.smbc.co.jp | lena.oberg@dnb.se | henrik.johansson@dnbnor.com |
| sasai_masaki@dn.smbc.co.jp | m.a.schrijvers@dnb.nl | jan.ivar.klausen@dnbnor.no |
| sasaki_akira@dn.smbc.co.jp | m.l.hezemans@dnb.nl | jan.vennemo@dnbnor.no |
| sasaki_toyofumi@dn.smbc.co.jp | magnus.froblom@dnb.se | joachim.skorge@dnbnor.no |
| shibata_kouji@dn.smbc.co.jp | magnus.karlsson@dnb.se | johan.erikson@dnbnor.se |
| shimodoi_toshihide@dn.smbc.co.jp | marcus.wiberg@dnb.se | johan.garmann@dnbnor.com |
| sugawara_masaki@dn.smbc.co.jp | mattias.thollin@dnb.se | john.vonheim@dnbnor.no |
| taguchi_takayuki@dn.smbc.co.jp | morten.kreutz@dnb.no | kalapi.darmeci@dnbnor.com |
| tamura_masayuki@dn.smbc.co.jp | narve.bjordal@dnb.no | kenneth.hage@dnbnor.no |
| tamura_taishi@dn.smbc.co.jp | niklas.hoglund@dnb.se | kristofer.lind@dnbnor.com |
| tani_kazunobu@dn.smbc.co.jp | nikolai.nashamkin@dnb.no | lars.kristian.feste@dnbnor.no |
| todoroki_yoshitaka@dn.smbc.co.jp | nils.gunnar.brattlie@dnb.no | larserik.aarstad@dnbnor.no |
| tomura_shigetaka@dn.smbc.co.jp | p.j.buijs@dnb.nl | magnus.harju@dnbnor.com |
| yamamoto_taro@dn.smbc.co.jp | per.h.brinch@dnb.no | marten.lindeborg@dnbnor.com |
| anders.ahl@dnb.se | per.liljestrand@dnb.se | matthew.bloch@dnbnor.no |
| anders.ekberg@dnb.se | r.c.coppes@dnb.nl | maud.ljungqvist@dnbnor.com |
| angel.olofson@dnb.se | r.pauli@dnb.nl | mikael.persson@dnbnor.com |
| anna.nordin@dnb.se | r.vermeulen@dnb.nl | morten.madsen@dnbnor.no |
| b.t.jansen@dnb.nl | rickard.warnelid@dnb.se | nicholas.salbu@dnbnor.no |
| berge.ofstad@dnb.no | rune.talberg@dnb.no | niklas.lundquist@dnbnor.com |
| berit.henrickson@dnb.no | stefan.kopperud@dnb.se | olav.bo@dnbnor.no |
| brian.hesbrouk@dnb.no | stefan.lundbergh@dnb.se | olav.gunnes@dnbnor.no |
| c.m.n.pieterse@dnb.nl | steinulf.literud@dnb.no | oystein.dorum@dnbnor.no |
| c.p.m.van.oorschot@dnb.nl | sveinivar.mossige@dnb.no | pablo.bernengo@dnbnor.com |
| carolineafugglas@dnb.se | t.m.de.bie@dnb.nl | patrik.rundin@dnbnor.com |
| christer.kack@dnb.se | torbjorn.hamnmark@dnb.se | patrik.safvenblad@dnbnor.com |
| d.ottens@dnb.nl | torbjorn.segerstedt@dnb.se | paul.klinkert@dnbnor.com |
| dag.lindskog@dnb.se | tord.andersson@dnb.se | peter.vonsivers@dnbnor.com |
| e.a.verhoef@dnb.nl | torgeir.storo@dnb.no | phil.kurpiewski@dnbnor.com |
| e.w.lindeijer@dnb.nl | trygve.young@dnb.no | reidar.bolme@dnbnor.no |
| elaine.christiansen@dnb.no | v.j.ter.morsche@dnb.nl | rolf.palmer@dnbnor.no |
| erik.brakke@dnb.no | w.elsenburg@dnb.nl | rolfnagel.dahl@dnbnor.no |
| erik.sjostrom@dnb.se | w.th.a.van.veen@dnb.nl | siew.hoon.ong@dnbnor.no |

| | | |
|---|---|---|
| stefan.andersson@dnbnor.com | jpm@dodgeandcox.com | dkothari@dohabank.com.qa |
| stefan.asbrink@dnbnor.com | jrb@dodgeandcox.com | rmoukarim@dohabank.com.qa |
| stian.solberg@dnbnor.no | jrm@dodgeandcox.com | sathyamurthy@dohabank.com.sg |
| svein.aage.aanes@dnbnor.com | jtb@dodgeandcox.com | snbandara@dohabank.com.qa |
| sven.elowson@dnbnor.com | jty@dodgeandcox.com | jsullivan@doil.com |
| thomas.mckeon@dnbnor.com | kdj@dodgeandcox.com | crobert@doley.com |
| thomas.tangen@dnbnor.no | keo@dodgeandcox.com | jwhalen@dol-fin.com |
| tom.olsson@dnbnor.com | ker@dodgeandcox.com | bbrubaker@dollarbank.com |
| truls.nergaard@dnbnor.no | kf@dodgeandcox.com | dsjoberg902@dollarbank.com |
| vibeke.pentzen@dnbnor.no | kgm@dodgeandcox.com | dale_e_hinson@dom.com |
| anders.v.johansson@dnd.se | kh@dodgeandcox.com | donald_w_borneman@dom.com |
| austin.hong@do.treas.gov | khd@dodgeandcox.com | james_carney@dom.com |
| brian.roseboro@do.treas.gov | km@dodgeandcox.com | rhonda_boggs@dom.com |
| cm.ludwick@do.treas.gov | kmw@dodgeandcox.com | jjt@domcap.com |
| everett.reveley@do.treas.gov | kof@dodgeandcox.com | kap49@domcap.com |
| fred.pietrangeli@do.treas.gov | ky@dodgeandcox.com | egelman@dominickanddominick.com |
| garret.overlock@do.treas.gov | lab@dodgeandcox.com | elee@dominickanddominick.com |
| jasper.hoek@do.treas.gov | lai@dodgeandcox.com | jperry@dominickanddominick.com |
| jeff.huther@do.treas.gov | lap@dodgeandcox.com | lmasi@dominickanddominick.com |
| jill.cetina@do.treas.gov | lkc@dodgeandcox.com | mcampbell@dominickanddominick.com |
| kathleen.byrne@do.treas.gov | lmr@dodgeandcox.com | kmckay@dominickandominick.com |
| marketroom@do.treas.gov | lsb@dodgeandcox.com | hallw@domres.com |
| michael.schetzel@do.treas.gov | mas@dodgeandcox.com | robertsonl@domres.com |
| mojgan.jian@do.treas.gov | maz@dodgeandcox.com | wilsonp@domres.com |
| my.caohuy@do.treas.gov | mcd@dodgeandcox.com | m.kiknadze@donau-bank.at |
| nathan.struemph@do.treas.gov | mk@dodgeandcox.com | a.gussmann@donner.de |
| neel.kashkari@do.treas.gov | mlc@dodgeandcox.com | b.ronfeld@donner.de |
| rob.hill@do.treas.gov | mmt@dodgeandcox.com | d.hupfer@donner.de |
| seth.wheeler@do.treas.gov | mni@dodgeandcox.com | h.leifeld@donner.de |
| steve.berardi@do.treas.gov | ms@dodgeandcox.com | r.oehr@donner.de |
| tim.dulaney@do.treas.gov | nco@dodgeandcox.com | noemail@donotsend.com |
| acf@dodgeandcox.com | nla@dodgeandcox.com | afarre@dow.com |
| agg@dodgeandcox.com | nmr@dodgeandcox.com | agokcen@dow.com |
| ahc@dodgeandcox.com | nvl@dodgeandcox.com | bebruce@dow.com |
| ahs@dodgeandcox.com | op@dodgeandcox.com | bpwentworth@dow.com |
| ajb@dodgeandcox.com | pb@dodgeandcox.com | bschmid@dow.com |
| aln@dodgeandcox.com | pbm@dodgeandcox.com | cfloristan@dow.com |
| ap@dodgeandcox.com | pcl@dodgeandcox.com | ckay@dow.com |
| asr@dodgeandcox.com | ps@dodgeandcox.com | ckendall@dow.com |
| ay@dodgeandcox.com | rak@dodgeandcox.com | ckli@dow.com |
| bjh@dodgeandcox.com | rgk@dodgeandcox.com | dfrey@dow.com |
| cbc@dodgeandcox.com | rjm@dodgeandcox.com | drwisniewski@dow.com |
| cfp@dodgeandcox.com | rsy@dodgeandcox.com | ebmartins@dow.com |
| cvq@dodgeandcox.com | rtc@dodgeandcox.com | egil@dow.com |
| dch@dodgeandcox.com | scv@dodgeandcox.com | flopez@dow.com |
| dfc@dodgeandcox.com | sdc@dodgeandcox.com | gng@dow.com |
| dme@dodgeandcox.com | shc@dodgeandcox.com | gvandrunen@dow.com |
| dss@dodgeandcox.com | sjn@dodgeandcox.com | jcschmidt@dow.com |
| dtb@dodgeandcox.com | srn@dodgeandcox.com | jfrisch@dow.com |
| ejt@dodgeandcox.com | sss@dodgeandcox.com | jhaan@dow.com |
| esp@dodgeandcox.com | tmm@dodgeandcox.com | kvanheel@dow.com |
| etb@dodgeandcox.com | tms@dodgeandcox.com | lcsiemen@dow.com |
| grs@dodgeandcox.com | tp@dodgeandcox.com | malanbay@dow.com |
| hmw@dodgeandcox.com | tsd@dodgeandcox.com | mmartinezelecea@dow.com |
| hrh@dodgeandcox.com | tvl@dodgeandcox.com | msato@dow.com |
| jag@dodgeandcox.com | twp@dodgeandcox.com | msun@dow.com |
| jbj@dodgeandcox.com | tya@dodgeandcox.com | mwalker@dow.com |
| jhd@dodgeandcox.com | wwb@dodgeandcox.com | nwillemsen@dow.com |
| jjs@dodgeandcox.com | xxx@dodgeandcox.com | pablosilveri@dow.com |
| jni@dodgeandcox.com | yg@dodgeandcox.com | psmanchiraju@dow.com |

pstafford@dow.com
ramachr@dow.com
rgthompson@dow.com
rmsparling@dow.com
rremijsen@dow.com
rsteijn@dow.com
schawla@dow.com
smausolf@dow.com
spriante@dow.com
tarnaud@dow.com
thaug@dow.com
utorresan@dow.com
vpitt@dow.com
vricci@dow.com
vroane@dow.com
vshaw@dow.com
wpcho@dow.com
brad.sauve@dowcorning.com
h.szafranski@dowcorning.com
j.tobin@dowcorning.com
karen.clapp@dowcorning.com
marcus.worsley@dowcorning.com
bcote@downeysavings.com
drosenthal@downeysavings.com
fmcgill@downeysavings.com
jjui@downeysavings.com
ronross@downeysavings.com
tprince@downeysavings.com
hejg@dpbank.dk
holt@dpbank.dk
mbor@dpbank.dk
most@dpbank.dk
tbo@dpbank.dk
c.kool@dpfs.nl
h.vanginneken@dpfs.nl
h.vanneerbos@dpfs.nl
i.valke@dpfs.nl
jw.baan@dpfs.nl
l.ravensbergen@dpfs.nl
m.wu@dpfs.nl
n.vanwonderen@dpfs.nl
p.bleeker@dpfs.nl
s.demaar@dpfs.nl
jobelius@dpg.de
alan_meder@dpimc.com
brian_vandermeulen@dpimc.com
brooks_beittel@dpimc.com
connie_luecke@dpimc.com
dan_petrisko@dpimc.com
dave.krause@dpimc.com
deborah_jansen@dpimc.com
eden_levinson@dpimc.com
eric_elvekrog@dpimc.com
eric_vetsch@dpimc.com
frank_haggerty@dpimc.com
geoffrey_dybas@dpimc.com
joyolin_brown@dpimc.com
kelly_bruner@dpimc.com
krishna_soma@dpimc.com
mark_porrell@dpimc.com

michael_schatt@dpimc.com
nathan_partain@dpimc.com
peg_fritz@dpimc.com
randle_smith@dpimc.com
ron.she@dpimc.com
shalini_sharma@dpimc.com
suzanne.karpick@dpimc.com
teresa_poyner@dpimc.com
thomas_lefebvre@dpimc.com
tim_fitzgerald@dpimc.com
abp@dpmmellon.com
al_thomas@dpsk12.org
gary_ratliff@dpsk12.org
david@dptco.net
jim_d_mitchell@dlc.dqe.com
info@dqwest.com
b.b.dijkman@dr.utc.rabobank.com
h.dijkstra@dr.utc.rabobank.com
r.muller@dr.utc.rabobank.com
hsjunghs@dreamwiz.com
ibeeseo@dreamwiz.com
jbeaudou@dresdner.com
jthieme@dresdner.com
kovachs@dresdner.com
mslentz@dresdner.com
w.lambert@dresdner.com
alan.harley@dresdner-bank.com
andre.sadowsky@dresdner-bank.com
andrea.herz@dresdner-bank.com
andreas.bode@dresdner-bank.lu
andreas.riedel@dresdner-bank.ch
andreas.ritter2@dresdner-bank.com
andreas.wex@dresdner-bank.com
anika.mueller@dresdner-bank.com
antonio.fananas-ramiro@dresdner-bank.ch
armin.frehsner@dresdner-bank.ch
armin.kurt@dresdner-bank.lu
arnaud.deplasse@dresdner-bank.com
beat.jakob@dresdner-bank.ch
bjoern.esser@dresdner-bank.com
bjoern.grob@dresdner-bank.ch
chris-oliver.schickentanz@dresdner-bank.com
christa.graber@dresdner-bank.ch
christa.pletscher@dresdner-bank.ch
christian.fraipont@dresdner-bank.ch
donat.wild@dresdner-bank.ch
fabian.herzog@dresdner-bank.ch
falk.jesse@dresdner-bank.com
frank.waldhaus@dresdner-bank.com
frank.willmann@dresdner-bank.com
franz.zlamal@dresdner-bank.com
gerd.haeusler@dresdner-bank.com
hans-peter.kolb@dresdner-bank.com
helge.lange@dresdner-bank.com
herbert.berger@dresdner-bank.de
holger.basler@dresdner-bank.com
jochen.moeller@dresdner-bank.lu
joerg.krollmann@dresdner-bank.com
joern.heidrich@dresdner-bank.com
joern.lange@dresdner-bank.com

johann.gaber@dresdner-bank.com
josefine.tuppeck@dresdner-bank.com
juergen.borcherdt@dresdner-bank.com
juergen.jh.huber@dresdner-bank.com
juergen.thode@dresdner-bank.com
karl.grutschnig@dresdner-bank.com
karsten.eberle@dresdner-bank.com
katharina.hock@dresdner-bank.lu
klaus.tappolet@dresdner-bank.ch
luigi.pescia@dresdner-bank.com
marianne.kuster@dresdner-bank.ch
mark.waldmann@dresdner-bank.com
martin.hartmann@dresdner-bank.com
michael.burg@dresdner-bank.lu
michael.cloth@dresdner-bank.com
michael.daniel@dresdner-bank.lu
michael.hofmann@dresdner-bank.com
michael.korn@dresdner-bank.com
michael.mw.wolf@dresdner-bank.com
nigel.tyler@dresdner-bank.com
patrick.berset@dresdner-bank.ch
paul.clarke@dresdner-bank.com
peter.bossart@dresdner-bank.ch
peter.koerndl@dresdner-bank.com
peter.lugauer@dresdner-bank.com
peter.reese@dresdner-bank.com
peter.wilhelm@dresdner-bank.com
reto.buehler@dresdner-bank.ch
reto.buesser@dresdner-bank.ch
robert.mori@dresdner-bank.ch
roberto.prizzi@dresdner-bank.ch
roland.oehler@dresdner-bank.ch
rolf.krahe@dresdner-bank.com
rolf.piepenburg@dresdner-bank.com
ruediger.weber@dresdner-bank.com
sabine.hubler-guy@dresdner-bank.ch
stefan.brunn@dresdner-bank.com
stefan.hintermann@dresdner-bank.com
stefan.hirter@dresdner-bank.com
stefan.schoeppner@dresdner-bank.com
stefan.schoppner@dresdner-bank.com
stefan.wick@dresdner-bank.com
steffen.tolzien@dresdner-bank.com
stephen.lomas@dresdner-bank.com
sven.luebs@dresdner-bank.com
thibault.deletraz@dresdner-bank.ch
thomas.hanzel@dresdner-bank.com
thomas.koller@dresdner-bank.com
thomas.langer@dresdner-bank.lu
thomas.liskamm@dresdner-bank.com
thomas.mittag@dresdner-bank.com
thomas.schultz@dresdner-bank.lu
thomas.weckemann@dresdner-bank.ch
uwe.trackmann@dresdner-bank.com
uwe.treckmann@dresdner-bank.com
uwe.truppel@dresdner-bank.lu
volker.kempf@dresdner-bank.com
volker.korella@dresdner-bank.com
volker.schupp@dresdner-bank.com
paul.freeman@dresdnerkb.com

| | | |
|---|---|---|
| sciresearch@dresdnerkb.com | sattaye.gc@dreyfus.com | kguest@drkw.com |
| tim.skeet@dresdnerkb.com | shipman.se@dreyfus.com | kris.desmedt@drkw.com |
| ana.quaas@dresdnerkleinwort.com | shkreli.g@dreyfus.com | kurt.jarnagin@drkw.com |
| michael.english@dresdnerkleinwort.com | slover.e@dreyfus.com | laurent.chardon@drkw.com |
| michael.popkin@dresdnerkleinwort.com | smaltz@dreyfus.com | leland.abrams@drkw.com |
| richard.bertoni@dresdnerkleinwort.com | sprauer.s@dreyfus.com | lissa.szymonowicz@drkw.com |
| brian.urey@dresdnerrcm.com | thunelius.j@dreyfus.com | loren.remetta@drkw.com |
| david.hollis@dresdnerrcm.co.uk | tom.riordan@dreyfus.com | mandy.lehto@drkw.com |
| jack.bernard@dresdnerrcm.com | vasiliou.b@dreyfus.com | markus.schulz@drkw.com |
| linda.beck@dresdnerrcm.com | wieboldt.ms@dreyfus.com | martha.hamel@drkw.com |
| marianne.o@dresdnerrcm.com | alexis.blum@dreyfusbank.ch | mauricio.reyes@drkw.com |
| randolph.chapman@dresdnerrcm.com | francescantonio.candio@dreyfusbank.ch | michael.cyrus@drkw.com |
| steve.kim@dresdnerrcm.com | pascal.brasey@dreyfusbank.ch | michael.leffler@drkw.com |
| wang.rosa@dresdnerrcm.com.hk | thierry.bloch@dreyfusbank.ch | michael.neumann@drkw.com |
| awadella.c@dreyfus.com | adam.berry@drkw.com | neal.karnovsky@drkw.com |
| browne.wh@dreyfus.com | alexander.schaefer@drkw.com | nicolas.hernout@drkw.com |
| canter.se@dreyfus.com | amer.abbasi@drkw.com | oliver.crame@drkw.com |
| chris.knipe@dreyfus.com | anthony.toscano@drkw.com | paul.collard@drkw.com |
| darcy.jp@dreyfus.com | ashley.klein@drkw.com | paul.devilleneuve@drkw.com |
| demicco.me@dreyfus.com | bertrand.pinel@drkw.com | paul.newmark@drkw.com |
| deonarain.r@dreyfus.com | brendan.ruddle@drkw.com | paul.smith2@drkw.com |
| diane.poulos@dreyfus.com | bryan.seyfried@drkw.com | pedro.porfirio@drkw.com |
| disdier.p@dreyfus.com | chris.parry@drkw.com | peter.miller@drkw.com |
| doria.r@dreyfus.com | christian.iveson@drkw.com | peter.o'sullivan@drkw.com |
| friedman.jf@dreyfus.com | christoph.geck-schlich@drkw.com | peter.rouhi@drkw.com |
| geser.lh@dreyfus.com | christoph.schon@drkw.com | philippe.rousseau@drkw.com |
| gillespie.ka@dreyfus.com | coshea@drkw.com | pk.sinha@drkw.com |
| gurry.rn@dreyfus.com | craig.schiffer@drkw.com | richard.huston@drkw.com |
| hoey.rb@dreyfus.com | curt.beaudouin@drkw.com | robert.boyd@drkw.com |
| hopkins.ta@dreyfus.com | dana.nason@drkw.com | robert.noveski@drkw.com |
| irace.ja@dreyfus.com | darren.morton@drkw.com | ronnie.dick@drkw.com |
| jeisenstadt@dreyfus.com | david.goldenberg@drkw.com | rsweeney@drkw.com |
| keriotis.cf@dreyfus.com | dean.light@drkw.com | ryan.fitzsimon@drkw.com |
| ko.wk@dreyfus.com | dirk.deboeck@drkw.com | sarah.christian@drkw.com |
| leong.km@dreyfus.com | eleanor.weille@drkw.com | sascha.gaurilavas@drkw.com |
| livesay.m@dreyfus.com | femi.adewale@drkw.com | sean.park@drkw.com |
| maher.z@dreyfus.com | gauthier.ferret@drkw.com | serena.tiong@drkw.com |
| marsch.a@dreyfus.com | geoffrey.prent@drkw.com | serge.blommaert@drkw.com |
| meehan.c@dreyfus.com | giulio.beretti@drkw.com | shadi.shahin@drkw.com |
| meyers.a@dreyfus.com | grant.saunders@drkw.com | stefan.ullrich@drkw.com |
| mike.mckieghan@dreyfus.com | gunther.kruse@drkw.com | stefan.wetterlin@drkw.com |
| mixon.ja@dreyfus.com | henrik.adam@drkw.com | stephan.schimberg@drkw.com |
| mojica.be@dreyfus.com | holger.genuneit@drkw.com | steven.cassidy@drkw.com |
| moses.ck@dreyfus.com | holly.cook@drkw.com | stuart.clarke@drkw.com |
| moynihan.r@dreyfus.com | jacques.lucciani@drkw.com | stuart.moon@drkw.com |
| nguyen.k@dreyfus.com | james.gallagher@drkw.com | sylvia.beck@drkw.com |
| noble.jp@dreyfus.com | jan.muench@drkw.com | thomas.brady@drkw.com |
| oconnor.j@dreyfus.com | jay.schreyer@drkw.com | thorsten.ruelle@drkw.com |
| oh.a@dreyfus.com | jimmy.poh@drkw.com | tom.johannessen@drkw.com |
| olivero.jc@dreyfus.com | joel.stainton@drkw.com | tyron.eng@drkw.com |
| pantalena.p@dreyfus.com | johannes.winkler@drkw.com | ulrich.gerza@drkw.com |
| petty.mw@dreyfus.com | john.cinelli@drkw.com | volker.honisch@drkw.com |
| piez.j@dreyfus.com | jorge.larangeira@drkw.com | william.fish@drkw.com |
| platt.es@dreyfus.com | joyce.manalo@drkw.com | roger.a.richards@dryden.com |
| purdy.t@dreyfus.com | julian.marks@drkw.com | tom.williams@dryden.com |
| ramos.dd@dreyfus.com | kelly.staines@drkw.com | adavis@dsaco.com |
| rees.e@dreyfus.com | kenny.klein@drkw.com | aourusoff@dsaco.com |
| rking@dreyfus.com | kevin.bridger@drkw.com | ccavanaugh@dsaco.com |
| ron.chapman@dreyfus.com | kevin.mclaughlin@drkw.com | cfriedlander@dsaco.com |
| ruskin.jp@dreyfus.com | kevin.norris@drkw.com | chris@dsaco.com |

| | | |
|---|---|---|
| cking@dsaco.com | bjoern.faulmann@dta.de | erica.beswick@usa.dupont.com |
| ctucker@dsaco.com | marc.foss@dubaiic.com | erik.e.zipf@usa.dupont.com |
| dblazin@dsaco.com | dhorstmann@dubuquebank.com | gerald.chopard@che.dupont.com |
| dgoei@dsaco.com | kgrant@dubuquebank.com | harris.r.arch@usa.dupont.com |
| dkle@dsaco.com | mlink@dubuquebank.com | holly.a.lissner@usa.dupont.com |
| dneenan@dsaco.com | sreicks@dubuquebank.com | howard.f.searing@usa.dupont.com |
| dprozes@dsaco.com | tpeckosh@dubuquebank.com | janet.a.bushick@usa.dupont.com |
| fkunik@dsaco.com | wcallahan@dubuquebank.com | jessie.pang@sgp.dupont.com |
| jchen@dsaco.com | andreas.wodara@duesshyp.de | john.m.scukas@usa.dupont.com |
| jchung@dsaco.com | arnold.sedlmayr@duesshyp.de | jordan.d.culp@usa.dupont.com |
| jdetmer@dsaco.com | christoph.schulte-kemper@duesshyp.de | joseph.b.tully@usa.dupont.com |
| jdriscoll@dsaco.com | friedrich.munsberg@duesshyp.de | juncai.yang@usa.dupont.com |
| jgutierrez@dsaco.com | goetz.richter@duesshyp.de | karlis.r.ulmanis@usa.dupont.com |
| jperez@dsaco.com | herbert.weimer@duesshyp.de | kathy.weaver@usa.dupont.com |
| jsinger@dsaco.com | joerg.linda@duesshyp.de | kenneth.j.carey@usa.dupont.com |
| jtesta@dsaco.com | markus.rose@duesshyp.de | kenneth.j.libert@usa.dupont.com |
| jvoss@dsaco.com | michael.kosche@duesshyp.de | kevin.g.goodwin@usa.dupont.com |
| kcharles@dsaco.com | cbmcdonough@duke_energy.com | kevin.m.fogarty@usa.dupont.com |
| kfeinberg@dsaco.com | hazelton@dukecap.co.uk | kimberly.k.kwak@usa.dupont.com |
| kronstadt@dsaco.com | fjfowler@duke-energy.com | kraig.s.struglia@usa.dupont.com |
| kryan@dsaco.com | ktmatthews@duke-energy.com | kris.kowal@usa.dupont.com |
| ksabol@dsaco.com | sbecht@duke-energy.com | latanya.savage@usa.dupont.com |
| ldiehl@dsaco.com | smtrabucco@duke-energy.com | luis.a.rivera-hopkins@usa.dupont.com |
| llaux@dsaco.com | twhasket@duke-energy.com | maneesh.jain@usa.dupont.com |
| lrana@dsaco.com | wjmaniscalco@duke-energy.com | margaret.e.moore@usa.dupont.com |
| mbowen@dsaco.com | horne@dukestreetcapital.com | marianne.e.stratton@usa.dupont.com |
| mchellis@dsaco.com | mathieson@dukestreetcapital.com | mark.e.fischer@usa.dupont.com |
| mparker@dsaco.com | ahall@dumac.duke.edu | matthew.considine@usa.dupont.com |
| mwhite@dsaco.com | bmanchen@dumac.duke.edu | michael.t.campbell@usa.dupont.com |
| pcrosbie@dsaco.com | cwilson@dumac.duke.edu | michael.t.moughan@usa.dupont.com |
| rwright@dsaco.com | mcorigliano@dumac.duke.edu | mshao@usa.dupont.com |
| schen@dsaco.com | ntriplett@dumac.duke.edu | murat.korkmaz@usa.dupont.com |
| shelby@dsaco.com | jfenn@dummy.com | nikki.a.snyder@usa.dupont.com |
| smarkowitz@dsaco.com | atooley@duncanw.com | nimrit.k.kang@usa.dupont.com |
| smercado@dsaco.com | d_clanton@duncanw.com | patrick.a.tucci@usa.dupont.com |
| smoon@dsaco.com | mdriscoll@duncanw.com | patrick.r.whalen@usa.dupont.com |
| sralff@dsaco.com | ragnelli@duncanw.com | paul.a.lloyd@usa.dupont.com |
| theysse@dsaco.com | abattista@duomo.it | paul.sakaguchi@usa.dupont.com |
| tl@dsaco.com | a.mistras@usa.dupont.com | r.fedorak@usa.dupont.com |
| tpouschine@dsaco.com | aaron.j.wilson@usa.dupont.com | rafi.u.zaman@usa.dupont.com |
| wlawlor@dsaco.com | andrew.l.royle@usa.dupont.com | rajesh.shrivastava@usa.dupont.com |
| m_haggerty@dsbiusa.net | barbara.b.harkins@usa.dupont.com | raoul.h.rayos@usa.dupont.com |
| juliette_laquerriere@ds-fr.com | beth.m.lowe@usa.dupont.com | richard.k.driscoll@usa.dupont.com |
| naomi.payne@dsgiplc.com | bi-zhen.lai@usa.dupont.com | robert.adriaanse@usa.dupont.com |
| george.rooney@dsiim.com | brett.f.sumsion@usa.dupont.com | robert.pari@usa.dupont.com |
| takanori.oki@dsiim.com | c.perrone@usa.dupont.com | robin.p.sachs@usa.dupont.com |
| takaomi.fujiwara@dsiim.com | carmen.g.gigliotti@usa.dupont.com | sahiba.chadha@usa.dupont.com |
| frank.haering@dsl-bank.de | charlotte.murphy@usa.dupont.com | sandra.l.yeager@usa.dupont.com |
| monika.dahlmeyer@dsl-bank.de | chris.watson@usa.dupont.com | stephanie.h.decrevecoeur@usa.dupont.com |
| ad.sleeuwen-van@dsm.com | dan.collins@usa.dupont.com | steven.m.wilson@usa.dupont.com |
| daniel.rijs@dsm.com | dan.e.weber@usa.dupont.com | stuart.r.davies@usa.dupont.com |
| ewout.gillissen@dsm.com | daniel.a.moore@usa.dupont.com | ted.hu@usa.dupont.com |
| geert.nijssen@dsm.com | daniel.m.petruzzi@usa.dupont.com | valerie.j.sill@usa.dupont.com |
| johan.mendels@dsm.com | daryl.h.brown-1@usa.dupont.com | wendy.s.wyatt@usa.dupont.com |
| monique.rooij-van@dsm.com | david.a.kline@usa.dupont.com | weston.t.dinsel@usa.dupont.com |
| nick.nifterick-van@dsm.com | david.k.osberg@usa.dupont.com | xun.sun@usa.dupont.com |
| nico.rieske@dsm.com | david.m.bruns@usa.dupont.com | yong.zhu@usa.dupont.com |
| raymond-r.smeets@dsm.com | david.w.julier@usa.dupont.com | mdragoo@dupree-funds.com |
| roy.koolen@dsm.com | donald.j.pepin@usa.dupont.com | dbordo@duqlight.com |
| damian@dsquaretrading.com | douglas.w.henderson@usa.dupont.com | jmilligan@duqlight.com |

mkaplan@duqlight.com
mwebler@duqlight.com
bleikerm@dussel-hypo.de
fietzp@dussel-hypo.de
alex.legler@dvbbank.com
sylvie.morvan@dvbbank.com
adam.choragwicki@dws.com
alan.crutchett@dws.de
alexander.banik@dws.com
alexander.cotar@dws.com
alexander.horn@dws.com
alexander.kuppler@dws.de
andrea.ueberschaer@dws.com
andreas.feick@dws.com
andreas.roemer@dws.com
ansgar.klatte@dws.com
antje.lechner@dws.com
asoka.woehrmann@dws.de
axel.scheithauer@dws.com
aye.mader@dws.de
barbara.rega@dws.de
bernhard.zahel@dws.com
bettina-x.mueller@dws.de
bianka.arens@dws.com
birgit.haas@dws.de
bjoern.pietsch@dws.de
carmen.weber@dws.de
caroline.hammes@dws.com
carsten.weins@dws.com
christian.schoeppe@dws.com
christian.ullrich@dws.com
christiane.hinkelmann@dws.com
christof.richter@dws.com
christoph.ohme@dws.com
claus.meyer-cording@dws.de
dalibor.jarnevic@dws.com
daniel.endrikat@dws.de
daniel.kramer@dws.com
edward.wijnveen@dws.de
elmar.zurek@dws.de
eugen.minkin@dws.de
fabrice.bay@dws.com
falk.solbrig@dws.com
ferdinand.verweyen@dws.de
frederic.fayolle@dws.de
gerhard.seifried@dws.de
grace.giselle@dws.de
guenter.graw@dws.com
hansjoerg.pack@dws.de
harm.carstens@dws.com
heike.fornefett@dws.de
heinz-wilhelm.fesser@dws.de
helmut.kiener@dws.com
henning.gebhardt@dws.de
holger.kindsgrab@dws.com
huey.peuttman@dws.de
irmgard.soeder@dws.de
jan.viebig@dws.de
jan-erik.schulien@dws.de
jens.lindhout@dws.de

jerry.steiinger@dws.de
joachim.spehr@dws.de
joern.wasmund@dws.de
johannes.mueller@dws.de
juan.barriobero@dws.com
juergen.nott@dws.de
julia.klein@dws.com
karsten.witte@dws.com
katharina.seiler@dws.com
klaus.hahn@dws.com
klaus.kaldemorgen@dws.de
klaus.oster@dws.com
klaus-p.schmitz@dws.de
kyle.kloc@dws.de
lars.ziehn@dws.com
leif.bjurstroem@dws.de
lilian.haag@dws.de
marc.boettinger@dws.com
marc.kersten@dws.com
marc-alexander.kniess@dws.de
marco.cortes-borgmeyer@dws.com
maren.pesarini@dws.de
marita.barth@dws.de
maritta.kanerva@dws.com
markus.hammes@dws.de
markus.kohlenbach@dws.de
markus.peil@dws.com
markus.wiedemann@dws.de
martin.marinov@dws.com
maryline.jarnoux-sorin@dws.com
matthias.hanske@dws.com
michael.altinzoglou@dws.com
michael.boehm@dws.com
michael.frankenstein@dws.com
michael.koschatzki@dws.com
michael.liller@dws.com
michael.sieghart@dws.com
michael-a.richter@dws.com
monika.roeske@dws.de
nancy.herring@dws.de
nektarios.kessidis@dws.com
nicolas.huber@dws.de
nicoletta.carlomagno@dws.com
niklas.seifert@dws.com
nikolaus.poehlmann@dws.de
nina.knecht@dws.com
nina.ruethel@dws.de
noushin.irani@dws.com
odeniyaz.dzhaparov@dws.com
oliver.dutt@dws.com
oliver.eichmann@dws.com
patrick.nese@dws.de
peter.walburg@dws.de
peter-a.steffen@dws.com
philipp.brugger@dws.com
pierre.martin@dws.de
pierre.saulnier@dws.com
raik.hoffmann@dws.com
rainer.vermehren@dws.de
ralf.rybarczyk@dws.com

ralf.schreyer@dws.de
ralph.roelke@dws.com
robert.kalin@dws.de
robert.wachtel@dws.com
roman.swaton@dws.com
sabine.fruehn@dws.com
sebastian.kahlfeld@dws.com
silke.herrmann@dws.de
silke.kettermann@dws.com
stefan.heinzerling@dws.com
stefan.kreuzkamp@dws.com
stefan.muth@dws.de
stephan.werner@dws.de
steve.duncan@dws.com
sui-ping.yuen@dws.com
susann.moldenhauer@dws.com
thomas.gerhardt@dws.com
thomas-p.schuessler@dws.de
thorsten.engelmann@dws.com
tim.freuer-junghans@dws.com
torsten.beer@dws.com
tsenov.nikolai@dws.de
udo.rosendahl@dws.de
ulrich.willeitner@dws.de
valerie.schroeter@dws.com
volker.dosch@dws.com
walter.holick@dws.com
werner.eppacher@dws.com
xueming.song@dws.de
alf.alviniussen@hfi.dydro.com
benedetti@dynexcapital.com
brockwell@dynexcapital.com
nilson@dynexcapital.com
parrish@dynexcapital.com
werner@dynexcapital.com
aikkiong.yeo@dzbank.de
alan.canavan@dzbank.ie
albrecht.hartmann@dzbank.de
alexander.schaefer@dzbank.de
alexander.von.gilsa@dzbank.de
andrea.aiello@dzbank.de
andreas.neugebauer@dzbank.de
andreas.urban@dzbank.de
anke.pelz-michel@dzbank.de
annette.mueller@dzbank.de
armin.kalisch@dzbank.de
arno.wenzel@dzbank.de
arnold.fohler@dzbank.de
arnold.lim@dzbank.de
axel.gerling@dzbank.de
axel.thomas@dzbank.de
barbara.schulz@dzbank.de
beatrice.lamour@dzbank.de
belina.dreessen@dzbank.de
benjamin.yeo@dzbank.com.sg
bernd.hillingshaeuser@dzbank.de
bernd.rohleder@dzbank.de
bernhard.panzenell@dzbank.de
bernhard.ritzdorf@dzbank.de
bettina.rosenberger@dzbank.de

birgit.figge@dzbank.de
bodo.gauer@dzbank.de
boris.saborrosch@dzbank.de
carl.amendola@dzbank.de
carsten.boehm@dzbank.de
celeste.kearney@dzbank.ie
christian.berger@dzbank.de
christian.calkosz@dzbank.de
christian.englert@dzbank.de
christian.klocke@dzbank.de
christian.wilfing@dzbank.de
christoph.alenfeld@dzbank.de
christoph.poth@dzbank.de
christopher.schumann@dzbank.de
corinna.droese@dzbank.de
credit@dzbank.ie
dagmar.mueller@dzbank.de
david.dijorio@dzbank.de
detlef.giebe@dzbank.de
detlev.peters@dzbank.de
dieter.veith@dzbank.de
dieter_joetten@dzbank.de
dietmar.sticksel@dzbank.de
dimitri.gorochowski@dzbank.de
dirk.busch@dzbank.de
dirk.gradehand@dzbank.de
dirk.nonnenmacher@dzbank.de
dominic.stupp@dzbank.de
eckhard.arndt@dzbank.de
elizabeth.boilson@dzbank.ie
enda.mulry@dzbank.ie
erik.wredenhagen@dzbank.de
eugen.weinberg@dzbank.de
fabian.straub@dzbank.de
florian.greiner@dzbank.de
frank.cerveny@dzbank.de
frank.menn@dzbank.de
frank.otto@dzbank.de
frankie.mcgann@dzbank.ie
gabor.poberschin@dzbank.de
gabor.vogel@dzbank.de
gabriele.wirth@dzbank.de
gerhard.schmidt@dzbank.de
gernot.zang@dzbank.de
gottfried.finken@dzbank.de
grace.ng@dzbank.com.sg
hans.dahringer@dzbank.de
hans-peter.leisten@dzbank.de
harmut.schuz@dzbank.de
heiko.klebing@dzbank.de
heinz.bauer@dzbank.de
heinz.hilgert@dzbank.de
heinz-juergen.wohlgemuth@dzbank.de
helmut.krebber@dzbank.de
hendrik.pfiester@dzbank.de
holger.kahlert@dzbank.de
holger.schad@dzbank.de
hongwai.ma@dzbank.de
igor.zizic@dzbank.de
ingo.holzwarth@dzbank.de

jeff.lenamon@dzbank.de
jeffrey.baun@dzbank.de
jochen.breiltgens@dzbank.de
jochen.dannemann@dzbank.de
john.odonnell@dzbank.ie
juergen.becker@dzbank.de
juergen.scharnowske@dzbank.de
juergen.seifert@dzbank.de
kai.poerschke@dzbank.de
kai-oliver.brand@dzbank.de
katja.neubecker@dzbank.de
klaus.sandner@dzbank.de
klaus.schollenberger@dzbank.de
knut.kuehnhausen@dzbank.de
lars.hille@dzbank.de
loki.zanini@dzbank.de
luke.heatley@dzbank.de
mahmood.jumabhoy@dzbank.de
manja.sammler@dzbank.de
marc.kraemer@dzbank.de
marco.marzejewski@dzbank.de
maren.keul@dzbank.de
markus.mohrenweiser@dzbank.de
martin.finger@dzbank.de
martin.grzonka@dzbank.de
martin.kober@dzbank.de
martin.kuebler@dzbank.de
martin.smith@dzbank.de
martin.wehling@dzbank.com.sg
martin.ziese@dzbank.de
mathias.metzger@dzbank.de
matthias.kinttof@dzbank.de
matthias.wolf@dzbank.de
michael.eckert@dzbank.de
michael.menrad@dzbank.de
michael.schneider@dzbank.de
michaela.notz@dzbank.de
mirco.hoffmann@dzbank.de
nicole.winkler@dzbank.de
nicole.zorn@dzbank.de
nikolas.tsioullis@dzbank.de
norah.mccann@dzbank.de
oezcan.dalmis@dzbank.de
oliver.deutscher@dzbank.de
oliver.hildenbrand@dzbank.de
oliver.stiekel@dzbank.de
patrick.humm@dzbank.de
paul.fitzpatrick@dzbank.de
peter.janata@dzbank.de
peter.van.der.mespel@dzbank.de
peter.wrzodek@dzbank.de
phil.jobbins@dzbank.de
phillip.ingram@dzbank.de
rainer.bunz@dzbank.de
rainer.gutacker@dzbank.de
ralf.engel@dzbank.de
ralfthomas_decker@dzbank.de
ralph.ockert@dzbank.de
renate.schoenhoff@dzbank.de
robert.fish@dzbank.de

robin.schink@dzbank.de
roland.schaardt@dzbank.de
ross.atkinson@dzbank.com.sg
sandra.haase@dzbank.de
sandra.strauss@dzbank.de
sascha.zetzsche@dzbank.de
sebastian.bachmann@dzbank.de
sibylle.zinser@dzbank.de
simon.buckley@dzbank.de
sonja.zoellner@dzbank.de
sonja.zoellner@dzbank.ie
stefan.pohl@dzbank.de
stefan.reck@dzbank.de
stefan.schiesser@dzbank.de
stefanie.binder@dzbank.de
steffen.beier@dzbank.de
steffen.trippel@dzbank.de
stephan.schroeter@dzbank.de
sven.rissmueller@dzbank.de
ted.killilea@dzbank.de
teoman.kaplan@dzbank.de
thomas.emmert@dzbank.de
thomas.kaltwasser@dzbank.de
thomas.kettern@dzbank.de
thomas.kollath@dzbank.de
thomas.ridder@dzbank.de
thomas.schreiner@dzbank.de
thomas.schumbert@dzbank.de
thorben.luethge@dzbank.de
tina.stumpf@dzbank.de
tobias.beck@dzbank.de
tom.grogan@dzbank.ie
tom.oelrich@dzbank.de
torsten.seifert@dzbank.de
ulrich.walter@dzbank.de
uwe.flach@dzbank.de
viktoria.keuter@dzbank.de
vladimir.cilli@dzbank.ie
walter.windecker@dzbank.de
wojtek.lipinski@dzbank.de
wolfgang.henrichs@dzbank.de
wolfgang.kirsch@dzbank.de
wolfgang.theis@dzbank.de
gyorgy.kovacs@dzbank-cee.com
andreas.junk@dzi.lu
arne.stracke@dzi.lu
dennis.bach@dzi.lu
frank.tueffers@dzi.lu
markus.clemens@dzi.lu
thomas.gehlen@dzi.lu
e-mail@e.mail
ueda@e.u-tokyo.ac.jp
yyousry@eab-online.com
zkhaled@eab-online.com
lorenzo@eaclp.com
adam.gallina@eagleasset.com
becky.dudley@eagleasset.com
bert.boksen@eagleasset.com
bill.williams@eagleasset.com
billy.gillen@eagleasset.com

| | | |
|---|---|---|
| chris.sassouni@eagleasset.com | a.botticelli@easternbk.com | coneill@eatonvance.com |
| clay.lindsey@eagleasset.com | b.texeira@easternbk.com | cremington@eatonvance.com |
| craig.dauer@eagleasset.com | c.johnston@easternbk.com | cruss@eatonvance.com |
| crystal.hargis@eagleasset.com | c.lehy@easternbk.com | cterrell@eatonvance.com |
| damian.sousa@eagleasset.com | d.barglow@easternbk.com | czhu@eatonvance.com |
| danny.lee@eagleasset.com | d.bogosian@easternbk.com | dabdrakhmanov@eatonvance.com |
| david.blount@eagleasset.com | g.zydel@easternbk.com | dcarson@eatonvance.com |
| david.williams@eagleasset.com | j.bitner@easternbk.com | dcurtin@eatonvance.com |
| ed.cowart@eagleasset.com | j.fox@easternbk.com | ddigregorio@eatonvance.com |
| eric.mintz@eagleasset.com | j.kattar@easternbk.com | djenkins@eatonvance.com |
| eric.wilwant@eagleasset.com | j.mccourt@easternbk.com | dlaflamme@eatonvance.com |
| eric.wilwont@eagleasset.com | j.mckinlay@easternbk.com | dmcelaney@eatonvance.com |
| glen.manna@eagleasset.com | j.ward@easternbk.com | dmcknown@eatonvance.com |
| james.camp@eagleasset.com | k.lally@easternbk.com | dmckown@eatonvance.com |
| jay.daniel@eagleasset.com | m.mcdonald@easternbk.com | drichardson@eatonvance.com |
| jeff.vancavage@eagleasset.com | m.zingoni@easternbk.com | drobinson@eatonvance.com |
| jeffrey.thomas@eagleasset.com | r.grant@easternbk.com | drogers@eatonvance.com |
| joe.jackson@eagleasset.com | r.holbrook@easternbk.com | dsillers@eatonvance.com |
| john.jordan@eagleasset.com | r.martin@easternbk.com | dtrachtenberg@eatonvance.com |
| jonathan.lewis@eagleasset.com | r.stimson@easternbk.com | dwalters@eatonvance.com |
| laura.odell@eagleasset.com | t.bussone@easternbk.com | dzimmerman@eatonvance.com |
| lou.kirschbaum@eagleasset.com | w.pate@easternbk.com | eburke@eatonvance.com |
| nikola.legetic@eagleasset.com | steven.richman@eastsidecap.com | eciancarelli@eatonvance.com |
| patrick.franke@eagleasset.com | eenny@eastwestbank.com | ekalantzis@eatonvance.com |
| philip.garrett@eagleasset.com | scanup@eastwestbank.com | elucera@eatonvance.com |
| randy.moore@eagleasset.com | sreilly@eastwestbank.com | emcnamara@eatonvance.com |
| richard.skeppstrom@eagleasset.com | tgunadi@eastwestbank.com | estedman@eatonvance.com |
| rob.marshall@eagleasset.com | bobparmenter@eaton.com | estein@eatonvance.com |
| robert.hyken@eagleasset.com | jimmeil@eaton.com | fcui@eatonvance.com |
| sameer.sabharwal@eagleasset.com | richardfearon@eaton.com | gdailey@eatonvance.com |
| scott.renner@eagleasset.com | acoll@eatonvance.com | globalresearch@eatonvance.com |
| sheila.king@eagleasset.com | adasilva@eatonvance.com | gnelson@eatonvance.com |
| stacey.thomas@eagleasset.com | aharris@eatonvance.com | gshi@eatonvance.com |
| steve.chylinski@eagleasset.com | akhan@eatonvance.com | hhong@eatonvance.com |
| todd.mccallister@eagleasset.com | akrenn@eatonvance.com | ichung@eatonvance.com |
| tyler.cook@eagleasset.com | amerrill@eatonvance.com | jbalas@eatonvance.com |
| vincent.ficca@eagleasset.com | aross@eatonvance.com | jbaur@eatonvance.com |
| abennis@eagleglobal.com | asunderland@eatonvance.com | jbhawkes@eatonvance.com |
| bcruise@eagleglobal.com | asveen@eatonvance.com | jbroome@eatonvance.com |
| bquattrucci@eagleglobal.com | avalk@eatonvance.com | jcasey@eatonvance.com |
| eallen@eagleglobal.com | aweigold@eatonvance.com | jcroft@eatonvance.com |
| jgualy@eagleglobal.com | bahern@eatonvance.com | jcrowley@eatonvance.com |
| mday@eagleglobal.com | bbarnes@eatonvance.com | jdistasio@eatonvance.com |
| sgonzalez@eagleglobal.com | bbrandon@eatonvance.com | jgruet@eatonvance.com |
| srusso@eagleglobal.com | bhassler@eatonvance.com | jhesselbein@eatonvance.com |
| thunt@eagleglobal.com | bmacintosh@eatonvance.com | jkhodarahmi@eatonvance.com |
| ylongoria@eagleglobal.com | bscozzafava@eatonvance.com | jlemle@eatonvance.com |
| mcfaddd@eaglehomemortgage.com | btittman@eatonvance.com | jlipchin@eatonvance.com |
| aoife.ferris@eaglestarlife.ie | cberry@eatonvance.com | jmiller@eatonvance.com |
| bryan.fagan@eaglestarlife.ie | cbrandon@eatonvance.com | jparsons@eatonvance.com |
| eimear.moloney@eaglestarlife.ie | cclemson@eatonvance.com | jredding@eatonvance.com |
| bdrny@earthlink.net | ccomenos@eatonvance.com | jsaryan@eatonvance.com |
| davidoston@earthlink.net | ccraig@eatonvance.com | kbaccei@eatonvance.com |
| drtew@earthlink.com | ccrocker@eatonvance.com | kchristensen@eatonvance.com |
| judyauld@earthlink.net | cgaffney@eatonvance.com | kcreedon@eatonvance.com |
| larrybernstein@earthlink.net | cgauzer@eatonvance.com | khogan@eatonvance.com |
| neilfei@earthlink.net | ckraysler@eatonvance.com | kkim@eatonvance.com |
| rbkastan@earthlink.net | cmaclellan@eatonvance.com | kmeany@eatonvance.com |
| yjae@earthlink.net | cmcdermott@eatonvance.com | lcarter@eatonvance.com |
| wtillman@earthstarbank.com | comalley@eatonvance.com | lflynn@eatonvance.com |

lkenyon@eatonvance.com
lkiernan@eatonvance.com
llisker-blount@eatonvance.com
lpiantedosi@eatonvance.com
lscher@eatonvance.com
mallison@eatonvance.com
marutyunyan@eatonvance.com
marygillespie@eatonvance.com
mattbuckley@eatonvance.com
mcappellano@eatonvance.com
mcirami@eatonvance.com
mdeich@eatonvance.com
mdellelo@eatonvance.com
mdework@eatonvance.com
mhaggett@eatonvance.com
michaelobrien@eatonvance.com
mkeogh@eatonvance.com
mkessler@eatonvance.com
mkiely@eatonvance.com
mkinahan@eatonvance.com
mlocke@eatonvance.com
mmach@eatonvance.com
mmclean@eatonvance.com
mmoran@eatonvance.com
mnappi@eatonvance.com
mortiz@eatonvance.com
mplluska@eatonvance.com
mturgel@eatonvance.com
mvenezia@eatonvance.com
mweilheimer@eatonvance.com
ncampbell@eatonvance.com
ncoons@eatonvance.com
nle@eatonvance.com
ntooke@eatonvance.com
opreap@eatonvance.com
panok@eatonvance.com
pcampbell@eatonvance.com
pcampo@eatonvance.com
ppoduri@eatonvance.com
psalisbury@eatonvance.com
pswaffield@eatonvance.com
rhinckley@eatonvance.com
rhowe@eatonvance.com
rleeman@eatonvance.com
rraybardhan@eatonvance.com
rstudley@eatonvance.com
rwyke@eatonvance.com
sbrengle@eatonvance.com
sburg@eatonvance.com
scaplice@eatonvance.com
sconcannon@eatonvance.com
scraig@eatonvance.com
sdeutsch@eatonvance.com
smuter@eatonvance.com
spage@eatonvance.com
ssantiago@eatonvance.com
ssmore@eatonvance.com
sstarner@eatonvance.com
staylor@eatonvance.com
tevans@eatonvance.com

tfaust@eatonvance.com
thuggins@eatonvance.com
timfetter@eatonvance.com
tluster@eatonvance.com
tmetzold@eatonvance.com
tshimura@eatonvance.com
tstern@eatonvance.com
tweyl@eatonvance.com
wcross@eatonvance.com
wdelahunty@eatonvance.com
wgardiner@eatonvance.com
wirvine@eatonvance.com
wrow@eatonvance.com
zyu@eatonvance.com
patrick.volkart@eave.com
herve.bourquin@ebc.int
ivan.frechard@ebc.int
tuomas.peltonen@ebc.int
astaples@ebkgroup.com
csaathoff@ebkgroup.com
jklein@ebkgroup.com
lmitchell@ebkgroup.com
meveans@ebkgroup.com
sscrogham@ebkgroup.com
sawchuk@ebmud.com
garry@ebondtrade.com
batemanp@ebrd.com
beaumanc@ebrd.com
bianchis@ebrd.com
bollebok@ebrd.com
brinkleb@ebrd.com
burakm@ebrd.com
caldern@ebrd.com
cenank@ebrd.com
checchie@ebrd.com
choteboj@ebrd.com
crnogorh@ebrd.com
cullent@ebrd.com
dieboldt@ebrd.com
doukasv@ebrd.com
feldmanj@ebrd.com
flemingr@ebrd.com
fossemaa@ebrd.com
francoib@ebrd.com
greenje@ebrd.com
guneyi@ebrd.com
gyulvesa@ebrd.com
hatjoulg@ebrd.com
holmess@ebrd.com
janssenb@ebrd.com
kantaria@ebrd.com
kohle@ebrd.com
konm@ebrd.com
laurenti@ebrd.com
lawlerb@ebrd.com
longhurg@ebrd.com
lyanovaz@ebrd.com
marshald@ebrd.com
mauldinb@ebrd.com
mullero@ebrd.com

muminova@ebrd.com
normakt@ebrd.com
ostaszewa@ebrd.com
pacattea@ebrd.com
patmorej@ebrd.com
perrierb@ebrd.com
pissarif@ebrd.com
pittarag@ebrd.com
powerf@ebrd.com
pulayj@ebrd.com
ricet@ebrd.com
rousseau@ebrd.com
rybad@ebrd.com
sarbur@ebrd.com
skaping@ebrd.com
smithj@ebrd.com
sonparn@ebrd.com
stanislk@ebrd.com
stefaned@ebrd.com
stewarti@ebrd.com
stolarck@ebrd.com
swinchac@ebrd.com
taubmanc@ebrd.com
trows@ebrd.com
vannedea@ebrd.com
warwickd@ebrd.com
whelann@ebrd.com
yakymeti@ebrd.com
yildiram@ebrd.com
djouret@fr.ebsworld.com
jcmekil@fr.ebsworld.com
sguthleben@fr.ebsworld.com
tpoyanr@ecap.com.sg
aidan.meyler@ecb.int
alain.vandepeute@ecb.int
anna.nordstrom@ecb.int
anna.vinci@ecb.int
anna_maria.agresti@ecb.int
barbara.roffia@ecb.int
beatriz.sotomayor@ecb.int
benjamin.sahel@ecb.int
bettina.landau@ecb.europa.eu
carlos.bowles@ecb.europa.eu
christian.thimann@ecb.int
christiane.nickel@ecb.int
christine.raymond@ecb.int
christophe.beuve@ecb.int
concha.artola@ecb.europa.eu
daphne.momferatou@ecb.europa.eu
david.lodge@ecb.europa.eu
demosthenes.ioannou@ecb.int
ekkehard.ernst@ecb.int
elke.hahn@ecb.europa.eu
etienne.port@ecb.int
fernando.monar@ecb.int
francesco.drudi@ecb.int
francesco.papadia@ecb.int
frauke.skudelny@ecb.int
georges.pineau@ecb.int
georgi.krustev@ecb.int

gianluigi.ferrucci@ecb.europa.eu
gilles.noblet@ecb.int
giovanni.lombardo@ecb.int
giovanni.vitale@ecb.int
guido.wolswijk@ecb.int
gunter.coenen@ecb.int
han.vanderhoorn@ecb.int
hans-joachim.klockers@ecb.int
heinz-juergen.scheid@ecb.int
huw.pill@ecb.int
investment@ecb.int
ivan.alves@ecb.int
janos.soos@ecb.int
jeanlouis.schirmann@ecb.int
jerome.henry@ecb.int
john.fell@ecb.int
joost.sprokel@ecb.int
joseemilio.gumiel@ecb.int
josemarin.arcas@ecb.int
jouni.timonen@ecb.int
julian.morgan@ecb.int
lars.dalitz@ecb.int
laurent.maurin@ecb.int
lieven.hermans@ecb.int
lucas.papademos@ecb.int
lucrezia.reichlin@ecb.int
ludger.schuknecht@ecb.int
manfred.koch@ecb.int
manfred.kremer@ecb.int
marcelo.sanchez@ecb.europa.eu
marco.lagana@ecb.int
matthias.sydow@ecb.int
matthieu.darracq-paries@ecb.int
neale.kennedy@ecb.int
nerijus.gaizauskas@ecb.int
nikiforos.vidalis@ecb.int
pascal.nicoloso@ecb.int
paul.arthur@ecb.int
paul.hiebert@ecb.europa.eu
pavlos.karadeloglou@ecb.int
pula.gabor@ecb.europa.eu
ralph.weidenfeller@ecb.int
ramon.gomezsalvador@ecb.int
rawdanowicz@ecb.int
reiner.martin@ecb.int
roberto.de_santis@ecb.int
roberto.schiavi@ecb.int
roland.beck@ecb.int
stefano.siviero@ecb.int
thomas.westermann@ecb.int
tina.zumer@ecb.int
tms.padoaschioppa@ecb.int
tomas.garbaravicius@ecb.int
ursula.bachmann@ecb.int
alfonso.esteban-fernandez@ece.ericsson.se
doron.inbar@ecitele.com
myasuda@cmjapan.com
gcercet@ecofi.fr
jclaude@ecofi.fr
jlpare@ecofi.fr

mtbaillargeon@ecofi.fr
olivier.guillou@ecofi.fr
efranco@economicnews.ca
nicolan@ecugest.com
alopes@edc.ca
atunney@edc.ca
awatson@edc.ca
blaffin@edc.ca
rkelly@edc.ca
spowell@edc.ca
stdavies@edc.ca
aroberts@edc-see.ca
lbernst@edc-see.ca
nlowe@edc-see.ca
rforbes@edc-see.ca
tgiorgio@edc-see.ca
kelly.ehler@eddassoc.com
mary.hass@eddassoc.com
anne-marie-sft.morel@edf.fr
armelle.poulou@edf.fr
aziza.breteau@edf.fr
bernard.soulas@edf.fr
carole.dupont-pietri@edf.fr
catherine.walpoel@edf.fr
christophe.madec@edf.fr
eloise.matta@edf.fr
henri.fromont@edf.fr
isabelle.kerreveur@edf.fr
jean.steinacher@edf.fr
jean-francois.guillaume@edf.fr
jean-rene.laurette@edf.fr
marie-aurelie.misme@edf.fr
marie-cfoire.reneux@edf.fr
matthieu.bonamy@edf.fr
philippe.lhermie@edf.fr
romain.butte@edf.fr
ryadh.boudjemadi@edf.fr
sererine.haudegand@edf.fr
suzanne.bouteloup@edf.fr
ad@edfd.com
asm@edfd.com
fmg@edfd.com
ghc@edfd.com
glasgowc@edfd.com
gm@edfd.com
gmr@edfd.com
initials@edfd.com
jtr@edfd.com
mct@edfd.com
murraya@edfd.com
spm@edfd.com
antoine.burindesroziers@edfgdf.fr
christian.baux@edfgdf.fr
fady.khallouf@edfgdf.fr
franck.bruyere@edfgdf.fr
jean.eyraud@edfgdf.fr
jean-christophe.rubinstein@edfgdf.fr
jean-marie.boutroue@edfgdf.fr
michael.gougeon@edfgdf.fr
patrick.persuy@edfgdf.fr

coleman.daniel@edgeassetmgt.com
foreman.phil@edgeassetmgt.com
friedl.john@edgeassetmgt.com
mcclung.richard@edgeassetmgt.com
peterson.scott.j@edgeassetmgt.com
pitcher.marshall@edgeassetmgt.com
placzek.brian@edgeassetmgt.com
poker.gary@edgeassetmgt.com
radecki.sarah@edgeassetmgt.com
simpson.david@edgeassetmgt.com
stewart.brad@edgeassetmgt.com
suty.joe@edgeassetmgt.com
zhang.jane@edgeassetmgt.com
cochrana@edgf.com
naseem.iqbal@edinburgh.gov.uk
deangelisp@edison.it
pisantia@edison.it
e.calorio@edroth.co.uk
caunteya.parekh@eds.com
christopher.derganc@eds.com
rich.bartolotta@eds.com
scott.cobb@eds.com
adrian.brown@edwardjones.com
alex.bast@edwardjones.com
barbara.eshing@edwardjones.com
bill.hizar@edwardjones.com
bill.welborn@edwardjones.com
brett.kimes@edwardjones.com
brian.buckley@edwardjones.com
dave_glasser@edwardjones.com
david.lee@edwardjones.com
dennis.barton@edwardjones.com
dennis.tong@edwardjones.com
dg.otto@edwardjones.com
doug.hill@edwardjones.com
eric.koestner@edwardjones.com
jarid.king@edwardjones.com
jason.clark@edwardjones.com
jay.plaskett@edwardjones.com
jim.krekeler@edwardjones.com
justin.lone@edwardjones.com
k.flatt@edwardjones.com
karen.liebsch@edwardjones.com
kevin.sprouse@edwardjones.com
larry.thomas@edwardjones.com
m.burnes@edwardjones.com
mario.derose@edwardjones.com
mark.potter@edwardjones.com
michael.fross@edwardjones.com
nicole.randle@edwardjones.com
nicole.rosenwinkel@edwardjones.com
philip.schwab@edwardjones.com
ray.robbins@edwardjones.com
rhonda.liesenfeld@edwardjones.com
ron.gibbs@edwardjones.com
ryan.eisenbeis@edwardjones.com
shelley.finn@edwardjones.com
sunil.banker@edwardjones.com
susan.ye@edwardjones.com
tom.mcconnell@edwardjones.com

| | | |
|---|---|---|
| travis.vieth@edwardjones.com | mertensg@eib.org | abatra@ellington.com |
| tricia.o'brien@edwardjones.com | n.mercusa@eib.org | ajayt@ellington.com |
| william.broderick@edwardjones.com | n.milianitis@eib.org | andy@ellington.com |
| mcross@edythbush.org | n.orland@eib.org | andyt@ellington.com |
| atroostwijk@eendragt.nl | parthur@eib.org | asaro@ellington.com |
| konstantinova@ef.gin.ru | r.karsenti@eib.org | aschulz@ellington.com |
| claudette.hanley@effcu.org | s.dhawan@eib.org | avery@ellington.com |
| manuel.borrajo@effcu.org | s.pierson@eib.org | bailon@ellington.com |
| margarita.peralta@effcu.org | t.oconnell@eib.org | baird@ellington.com |
| patrick.smith@effcu.org | trambev@eib.org | banks@ellington.com |
| l.debiasi@effegestioni.it | zucca@eib.org | barrett@ellington.com |
| micol.baselli@effegestioni.it | massimi@eif.org | battiato@ellington.com |
| christian.vonk@eu.effem.com | nobuyuki.ohyama@eig2.ho.dkb.co.jp | bothwell@ellington.com |
| earl.green@effem.com | davidoshea@eircom.net | collins@ellington.com |
| jan.heesters@eu.effem.com | jyew@ejdelarosa.com | cooper@ellington.com |
| joris.janssen@eu.effem.com | roland.mainz@ekk.de | crosenberg@ellington.com |
| mannus.stolk@eu.effem.com | jon@eksportfinans.no | dealinfo@ellington.co |
| marco.verstegen@eu.effem.com | krs@eksportfinans.no | dimitri@ellington.com |
| michael.greeley.jr@effem.com | otb@eksportfinans.no | eabrams@ellington.com |
| peter.seka@effem.com | iain.armstrong@elas.co.uk | ethan@ellington.com |
| robert.hoke@effem.com | njfox@elas.co.uk | fadule@ellington.com |
| g.lakios@efgbank.lu | ruth_sawyer@elas.co.uk | filler@ellington.com |
| i.kappas@efgbank.lu | simon.brett@elas.co.uk | fiorello@ellington.com |
| jl@efgfp.com | dp12962@elbit.co.il | ghz@ellington.com |
| marcus@efgfp.com | efayan@elbit.co.il | green@ellington.com |
| jshock@efib.state.id.us | pacholder@elbit.co.il | hradecky@ellington.com |
| m.sorani@efispa.it | lpatterson@elcabop.org | hren@ellington.com |
| andreas.daenzer@efv.admin.ch | mhaney@elcabop.org | hwang@ellington.com |
| felix.senn@efv.admin.ch | sb@eldorado.com | icorwin@ellington.com |
| hans.ochsner@efv.admin.ch | tom@eldorado.com | jlewis@ellington.com |
| karin.zweifel@efv.admin.ch | atinne.snyers@electrabel.com | jmcneer@ellington.com |
| r.bernhard@efv.admin.ch | annelie.lakner@electrolux.se | jsamet@ellington.com |
| son.nguyen@efv.admin.ch | asa.olsson@electrolux.se | ketover@ellington.com |
| thomas.inderwildi@efv.admin.ch | gabriel.garber@electrolux.se | kmurray@ellington.com |
| j.sender@efxcap.com | goran.farkas@electrolux.se | kstarrs@ellington.com |
| agaoglu@egebank.com.tr | harald.larsson@electrolux.se | markt@ellington.com |
| tezan@egebank.com.tr | henrik.jernstrom@electrolux.se | mathur@ellington.com |
| abs.monitoring@egg.com | henrik.skogsfors@electrolux.se | mohammad@ellington.com |
| claire.bright@egg.com | jens.jirvell@electrolux.se | mrapoport@ellington.com |
| dylan.wilson@egg.com | jonas.gardmark@electrolux.se | mvictory@ellington.com |
| olivier.schohn@ehl.ch | jonas.lindholm@electrolux.se | ndean@ellington.com |
| joshua.smith@ehy-us.com | jonas.martin-lof@electrolux.co.uk | niko@ellington.com |
| ping.fu@ehy-us.com | jonas.sohlman@electrolux.se | nikolay@ellington.com |
| a.peshkoff@eib.org | lisbeth.helgostam@electrolux.se | penn@ellington.com |
| a.romani@eib.org | lorenzo.savi@electrolux.se | popham@ellington.com |
| b.bargagli@eib.org | madina.dandoy@electrolux.se | raus@ellington.com |
| buhlig@eib.org | marianne.rydin@electrolux.se | rkinderman@ellington.com |
| c.guille@eib.org | martin.bendixen@electrolux.se | ryan@ellington.com |
| cenci@eib.org | matz.eriksson@electrolux.se | sabar@ellington.com |
| d.clark@eib.org | mikael.friberg@electrolux.se | saltzman@ellington.com |
| d.fabbro@eib.org | niklas.jarl@electrolux.se | scanter@ellington.com |
| dascon@eib.org | oliva.vivas@electrolux.se | sganatra@ellington.com |
| f.eggen@eib.org | per.almesjo@electrolux.se | skennedy@ellington.com |
| ferreirc@eib.org | peter.nyquist@electrolux.se | soriano@ellington.com |
| galizia@eib.org | philip.berman@electrolux.se | stefan.krieger@ellington.com |
| gutierrf@eib.org | richard.lantz@electrolux.se | sugrue@ellington.com |
| j.dezagon@eib.org | ulf.krumins@electrolux.se | toback@ellington.com |
| j.potocki@eib.org | vera.nikolova@electrolux.se | tseno@ellington.com |
| m.dubois@eib.org | anavim@elite.co.il | valli@ellington.com |
| mcmillan@eib.org | avib@elite.co.il | vas@ellington.com |

venkatram@ellington.com
vich@ellington.com
vogel@ellington.com
vranos@ellington.com
walker@ellington.com
yearwood@ellington.com
zaretsky@ellington.com
zhou@ellington.com
zipp@ellington.com
zli@ellington.com
antoinette_ridout@elliottandpage.com
belinda_denovellis@elliottandpage.com
jeannie_collins-ardern@elliottandpage.com
luciano_orengo@elliottandpage.com
martin_ayow@elliottandpage.com
mcintyre_john@elliottandpage.com
michael_hatcher@elliottandpage.com
pat_mchugh@elliottandpage.com
sean_zhang@elliottandpage.com
ted_whitehead@elliottandpage.com
todd_parsons@elliottandpage.com
christopher.coovrey@elpaso.com
dwight.scott@elpaso.com
wenjy@em.tsinghua.edu.cn
email@email.com
first.last@email.com
john@email.com
martin.lee@email.com
noemail@email.com
unknown@email.com
alison_dunning@gre-group.e-mail.com
jo'brien@emarquettebank.com
ray.w.davis@emcins.com
burnse@emigrant.com
davidsm@emigrant.com
dicksong@emigrant.com
espanolp@emigrant.com
harrys@emigrant.com
hartj@emigrant.com
hastingsc@emigrant.com
lepaged@emigrant.com
linx@emigrant.com
noyesj@emigrant.com
rom@emigrant.com
romasp@emigrant.com
rothk@emigrant.com
staudtc@emigrant.com
steing@emigrant.com
tornellos@emigrant.com
adic201@emirates.net.ae
amfinvst@emirates.net.ae
cbankgtr@emirates.net.ae
mstein@emmny.com
karanika.an@emporiki.gr
meris.n@emporiki.gr
nirgiannakis.k@emporiki.gr
rondiris.k@emporiki.gr
a.frontistis@emporiki-asset.gr
estefanou@emporiki-asset.gr
fvarsaki@emporiki-asset.gr

gdimitriou@emporiki-asset.gr
j.fauvel@e-multifonds.com
m.delavenere@e-multifonds.com
agadalid@enagas.es
avelazquez@enagas.es
alagna.valentina@enel.it
alberto.agostinelli@enel.it
andrea.brentan@enel.it
astri.clara@enel.it
bondi.paolo@enel.it
botta.vincenzo@enel.it
canta.alessandro@enel.it
casinelli.fabio@enel.it
chiabrera.cesare@enel.it
circi.emma@enel.it
claudio.franco2@enel.it
colacchia.elisabetta@enel.it
conti.fulvio@enel.it
crispo.mariafrancesca@enel.it
direnzo.fabio@enel.it
francesca.borraccino@enel.it
francesca.dicarlo@enel.it
francesco.venturini@enel.it
giangrossi.annamaria@enel.it
gianluca.comin@enel.it
guerritore.piero@enel.it
investor.relations@enel.it
luigi.delmastro@enel.it
machetti.claudio@enel.it
mantellassi.laura@enel.it
marco.arcelli@enel.it
marco.palermo@enel.it
margarita.ivana@enel.it
mariaantonietta.giannelli@enel.it
massimiliano.bevignani@enel.it
mauro.silveri@enel.it
mezzetti.arianna@enel.it
niccolai.annarita@enel.it
nigro.leonardo@enel.it
palermo.riccardo@enel.it
pallotti.paolo@enel.it
riccardi.roberto@enel.it
rigano.rita@enel.it
roberts.paul@enel.it
sandra.valentini@enel.it
sorbino.francesco@enel.it
stefano.risoldi@enel.it
stefano.scudiere@enel.it
vachez.fabrizio@enel.it
valeria.stefano@enel.it
vallone.stefania@enel.it
vera.colombo@enel.it
achille.scarpa@eni.it
alessandro.lanza@eni.it
alvaro.donadelli@eni.it
daniele.ughi@eni.it
federico.sarnari@eni.it
investor.relations@eni.it
jadran.trevisan@eni.it
laura.dell'aquila@eni.it

leonardo.maugeri@eni.it
luana.codignoni@eni.it
luca.bernardini@eni.it
marco.mangiagalli@eni.it
maria.antonietta.solinas@eni.it
maurizia.cozzi@eni.it
michele.ronchi@eni.it
paola.bietrosante@eni.it
paolo.carmosino@eni.it
raffaella.allotti@eni.it
segreteriaad@eni.it
stefano.cao@eni.it
aldo.desimone@enifin.eni.it
chiara.franco@enifin.eni.it
emanuela.bellini@enifin.eni.it
ennio.siracusa@enifin.eni.it
fabio.valsassina@enifin.eni.it
federico.rey@enifin.eni.it
filippo.corvi@enifin.eni.it
francesco.cecchetti@enifin.emi.it
francesco.metrangolo@enifin.eni.it
giancarlo.costi@enifin.eni.it
giovanni.zuccarini@enifin.eni.it
marcello.bertolini@enifin.eni.it
nadia.ande@enifin.eni.it
paola.casciotti@enifin.eni.it
pietro.mantovano@enifin.emi.it
raffaella.cremonesi@enifin.eni.it
roberto.colacchia@enifin.eni.it
ab@ennismorefunds.com
de@ennismorefunds.com
lp@ennismorefunds.com
sl@ennismorefunds.com
sr@ennismorefunds.com
th@ennismorefunds.com
tadler@enogex.com
bethersbk@ensignpeak.org
clarkerg@ensignpeak.org
cowanfj@ensignpeak.org
custody@ensignpeak.org
davisja@ensignpeak.org
hardendl@ensignpeak.org
iversonin@ensignpeak.org
jasterrc@ensignpeak.org
johnsonjen@ensignpeak.org
kirkhamaj@ensignpeak.org
lawrh@ensignpeak.org
lundk@ensignpeak.org
porterjg@ensignpeak.org
ricksr@ensignpeak.org
smithgc@ensignpeak.org
staylr@ensignpeak.org
vanwoerkomdw@ensignpeak.org
willesrb@ensignpeak.org
eva.svalling@enskilda.se
goran.fransson@enskilda.se
egilletl@entenial.com
pmarronn@entenial.com
adougl1@entergy.com
bcurrie@entergy.com

dlebi@entergy.com
lsamaha@entergy.com
lsmith8@entergy.com
mcaruso@entergy.com
mvallad@entergy.com
ppecque@entergy.com
rlapara@entergy.com
slouste@entergy.com
tober@entergy.com
barry.goldblatt@entergykoch.com
andrew.shilston@london.entoil.com
angus.macaskill@london.entoil.com
ian.patterson@london.entoil.com
julia.kehoe@london.entoil.com
nigel.smith@london.entoil.com
patrick.kennedy@london.entoil.com
peter.reilly@london.entoil.com
peter.thomas@london.entoil.com
russell.gurnhill@london.entoil.com
lioba.heintzen@eon.com
christoph.kesy@eon-energie.com
jochen.menssen@eon-energie.com
nps@epix.net
abuerger@epo.org
aneszvecsko@epo.org
dmatthijssen@epo.org
fcanali@epo.org
scourteney@epo.org
svecchi@epo.nl
svecchi@epo.org
wjachs@epo.org
raj.gupta@epoch-funds.com
michael.stodollik@epost.de
adrian@epsilonfunds.com
alex.yang@epsilonfunds.com
andy@epsilonfunds.com
bradley@epsilonfunds.com
brian@epsilonfunds.com
brooks@epsilonfunds.com
frits@epsilonfunds.com
heidi@epsilonfunds.com
herbert@epsilonfunds.com
jorge@epsilonfunds.com
kenneth@epsilonfunds.com
liem@epsilonfunds.com
lincoln@epsilonfunds.com
luc@epsilonfunds.com
mail@epsilonfunds.com
michael@epsilonfunds.com
monica@epsilonfunds.com
monroe@epsilonfunds.com
pop@epsilonfunds.com
raza@epsilonfunds.com
richard@epsilonfunds.com
scott@epsilonfunds.com
searches@epsilonfunds.com
lisa@epsiloninvest.com
eshill@e-qci.com
proland@e-qci.com
tcalkins@e-qci.com

dcroyeau@equalt.com
mjenner@equit.com
ephifer@er.state.tx.us
drissb@erbd.com
rikkin@erbd.com
andrew.stapleton@ercgroup.com
ann.granquist@ercgroup.com
jacqueline.mclelland@ercgroup.com
jan.brickey@ercgroup.com
kieran.dempsey@ercgroup.com
reinhard.seitz@ercgroup.com
steve.wood@ercgroup.com
tony.marcello@ercgroup.com
arosa@erg.it
dfloro@erg.it
gesposito@erg.it
jgibson@erg.it
mmiglierina@erg.it
mtirasso@erg.it
rperiti@ergpetroli.it
anders.bergh@ericsson.com
bengt.agefjord@ericsson.com
jonas.malm@ericsson.com
sven.carlsson@ericsson.com
craig.dylewski@erieinsurance.com
crystal.murzynski@erieinsurance.com
david.glod@erieinsurance.com
douglas.ziegler@erieinsurance.com
joseph.rys@erieinsurance.com
kathy.zonna@erieinsurance.com
keely.lowman@erieinsurance.com
lori.nagy@erieinsurance.com
mark.borowy@erieinsurance.com
michelle.drexler@erieinsurance.com
paul.bates@erieinsurance.com
ross.silvis@erieinsurance.com
alastair.blyth@erm.ie
alberto.larocca@erm.ie
angus.stening@erm.ie
declan.magee@erm.ie
giovanni.becchere@erm.ie
maurizio.ferconi@erm.ie
peter.cripwell@erm.ie
andrew.hodson@ers.state.tx.us
annie.xiao@ers.state.tx.us
bclukey@ers.state.tx.us
ben.bowman@ers.state.tx.us
cindy.wilkinson@ers.state.tx.us
connie.kunze@ers.state.tx.us
ctocci@ers.state.tx.us
dale.cross@ers.state.tx.us
darrell.jackson@ers.state.tx.us
deann.kiser@ers.state.tx.us
eddie.chan@ers.state.tx.us
emorris@ers.state.tx.us
hue.moser@ers.state.tx.us
invfacil@ers.state.tx.us
jacqueline.johnson@ers.state.tx.us
jelena.melesenko@ers.state.tx.us
jholland@ers.state.tx.us

jim.berges@ers.state.tx.us.com
jim.sherwin@ers.state.tx.us
jngambi@ers.state.tx.us
john.rhodes@ers.state.tx.us.com
john.taylor@ers.state.tx.us
jonathan.lewis@ers.state.tx.us
jsherwin@ers.state.tx.us
jstreun@ers.state.tx.us
karen.mullins@ers.state.tx.us
kathryn.gernert@ers.state.tx.us
keith.lyons@ers.state.tx.us
kelley.hewell@ers.state.tx.us
kreissman@ers.state.tx.us
leticia.davila@ers.state.tx.us
lynne.fowler@ers.state.tx.us
lynne.pfeffer@ers.state.tx.us
mark.fiedler@ers.state.tx.us
mclements@ers.state.tx.us
mprins@ers.state.tx.us
neil.henze@ers.state.tx.us
pamela.moore@ers.state.tx.us
paul.knight@ers.state.tx.us
richard.slaughter@ers.state.tx.us
rkramm@ers.state.tx.us
robert.meyers@ers.state.tx.us
rsessa@ers.state.tx.us
rwood@ers.state.tx.us
scott.osborn@ers.state.tx.us
stuart.williams@ers.state.tx.us
teofilo.bacungan@ers.state.tx.us
thomas.wightman@ers.state.tx.us
tim.reynolds@ers.state.tx.us
tom.roberts@ers.state.tx.us
twestrup@ers.state.tx.us
vsmith@ers.state.tx.us
york.lin@ers.state.tx.us
henrik.eriksson@ersab.se
alberto.pettiti@ersel.it
alessandro.moretti@ersel.it
amedeo.ferrauto@ersel.it
andrea.nasce@ersel.it
andrea.rotti@ersel.it
antonella.masoero@ersel.it
barbara.andreis@ersel.it
carlo.devanna@ersel.it
cristina.gaudenzi@ersel.it
daniele.grilli@ersel.it
davide.testu@ersel.it
ferruccio.viazzi@ersel.it
francesco.agnes@ersel.it
giorgio.nicola@ersel.it
giovanni.multari@ersel.it
laura.astegiano@ersel.it
laura.cagnina@ersel.it
marco.covelli@ersel.it
marco.nascimbene@ersel.it
marco.torta@ersel.it
marzia.magnani@ersel.it
nino.mancini@ersel.it
paolo.olivieri@ersel.it

patrizia.diplinio@ersel.it
patrizia.ferro@ersel.it
riccardo.costa@ersel.it
roberta.evangelist@ersel.it
roberto.castella@ersel.it
roberto.matta@ersel.it
sandra.bonardi@ersel.it
sandra.cidda@ersel.it
tommaso.pavia@ersel.it
adam.zentai@erstebank.at
adriana.jankovicova@erstebank.at
agne.loibl@erstebank.at
ahovanessi@erstebank.com
alexander.millonig@erstebank.at
alexandra.primetzhofer@erstebank.at
andreas.buttinger@erstebank.at
andreas.lachs@erstebank.at
andreas.racz@erstebank.at
andreas.rein@erstebank.at
andreas.schreib@erstebank.at
bernhard.leder@erstebank.at
bl@erstebank.com
brigitte.zeitlberger@erstebank.at
brmeyerson@erstebank.com
bwagman@erstebank.com
christian.reiss@erstebank.at
christian.russ@erstebank.at
christian.wolf@erstebank.at
christoph.kampitsch@erstebank.at
christoph.kummerer@erstebank.at
claudia.poigner@erstebank.at
conrad.schuller@erstebank.at
dirk.haschke@erstebank.at
dominique.schantl@erstebank.at
dorit.krombass@erstebank.at
ec@erstebank.com
erich.pohn@erstebank.at
ernstrudolf.karner@erstebank.at
evgenia.dimitriadou@erstebank.at
fleischmann.gerald@erstebank.at
florian.hanl@erstebank.at
franz.fohrafellner@erstebank.at
georg.wachberger@erstebank.at
gerhard.ramberger@erstebank.at
gernot.weixler@erstebank.at
graptman@erstebank.com
guenter.kosnopfl@erstebank.at
guenther.smisch@erstebank.at
harald.nutz@erstebank.at
heimo.rottensteiner@erstebank.at
helmut.kroboth@erstebank.at
isabelle.dubos@erstebank.at
isbella.dinstl@erstebank.at
jaromir.malak@erstebank.at
jennifer.rowe@erstebank.at
jfay@erstebank.com
jofranco@erstebank.com
johannes.stadler@erstebank.at
josef.pfleger@erstebank.at
jrunnion@erstebank.com

judith.schiller@erstebank.at
julia.uebeleis@erstebank.at
juraj.podracky@erstebank.at
karin.nagler@erstebank.at
klausdieter.lesch@erstebank.at
leila.dalbokov@erstebank.at
leopold.graf@erstebank.at
mahdi.khouadja@erstebank.at
manfred.burdis@erstebank.at
manfred.neuwirth@erstebank.at
marcin.kopaczynski@erstebank.at
martin.aichner@erstebank.at
martin.lemmerer@erstebank.at
martin.schweitzer@erstebank.at
martin.worel@erstebank.at
martina.lukaschek@erstebank.at
matej.godal@erstebank.at
michael.santer@erstebank.at
michael.sowak@erstebank.at
michiel.souren@erstebank.at
michiel.vanderwerf@erstebank.at
miklos.nagy@erstebank.at
miranda.zhao@erstebank.at
mitomeo@erstebank.com
patrick.zima@erstebank.at
peter.badik@erstebank.at
peter.horvath@erstebank.at
peter.nemschak@erstebank.at
peter.panser@erstebank.at
petra.beron@erstebank.at
petra.frewein@erstebank.at
rastislav.talajka@erstebank.at
regina.opitz@erstebank.at
reinhard.ortner@erstebank.at
renee.bauer@erstebank.at
richard.kosecky@erstebank.at
richard.wilkinson@erstebank.at
robert.petruschan@erstebank.at
roman.rafeiner@erstebank.at
ronald.nemec@erstebank.at
rossen.peytchev@erstebank.at
sami.tamer@erstebank.at
siarhei.novik@erstebank.at
stefan.doerfler@erstebank.at
stefan.suckop@erstebank.at
sylvia.mittermann@erstebank.at
tdavanzo@erstebank.com
thomas.einramhof@erstebank.at
thomas.schaufler@erstebank.at
werner.wiedenbrig@erstebank.at
wh@erstebank.com
wolfgang.hofmann@erstebank.at
wolfgang.schopf@erstebank.at
zachary.carvell@erstebank.at
radomir.danek@erstegroup.com
cilek@escortnet.com
edaehler@esfil.ch
eddie@eslinvest.com
elizabeth@eslinvest.com
griffin@eslinvest.com

jeff@eslinvest.com
mark@eslinvest.com
wcc@eslinvest.com
stan@esperia.co.uk
jkorn@esperio.co.uk
amsantos@espiritosanto.ch
amsantos@espiritosanto.com
fhomberger@espiritosanto.com
gducouedic@espiritosanto.com
jcaldeira@espiritosanto.ch
jvandeven@espiritosanto.com
llacroix@espiritosanto.com
meggmann@espiritosanto.ch
rdevito@espiritosanto.com
tbender@espiritosanto.com
vperruchoud@espiritosanto.com
jsandt@essabank.com
lmiller@essabank.com
mkennedy@essabank.com
sstofik@essabank.com
andreas.schulte-kemper@essenhyp.com
ansgar.wittenbrink@essenhyp.com
barbara.wittenbrink@essenhyp.com
bjoern.hofmann@essenhyp.com
claudia.ritz@essenhyp.com
dirk.chlench@essenhyp.com
dominik.bludau@essenhyp.com
georg.schlueter@essenhyp.com
gerd.dunker@essenhyp.com
guenter.pless@essenhyp.com
heidi.riedel@essenhyp.com
heiko.siede@essenhyp.com
heinrich.strack@essenhyp.com
henning.zirkel@essenhyp.com
hergen.dieckmann@essenhyp.com
jean.barden@essenhyp.com
jens.remmers@essenhyp.com
martin.engel@essenhyp.com
martin.hofbauer@essenhyp.com
matthias.boesing@essenhyp.com
michael.froehner@essenhyp.com
michael.leineweber@essenhyp.com
monika.rieks@essenhyp.com
oliver.schwarzer@essenhyp.com
peter.kronenberg@essenhyp.com
rainer.polenz@essenhyp.com
stefan.tilch@essenhyp.com
stefan.zander@essenhyp.com
tatjana.zwitbaum@essenhyp.com
thomas.link@essenhyp.com
ulrich.nowak@essenhyp.com
wolfgang.groth@essenhyp.com
adiama@essex.ac.uk
ahaugh@essexinvest.com
arames@essexinvest.com
arobinson@essexinvest.com
atilgham@essexinvest.com
augljesa@essexinvest.com
bcoughlin@essexinvest.com
ccronin@essexinvest.com

cmccall@essexinvest.com
cmcconnell@essexinvest.com
dfitzsimmons@essexinvest.com
dgoss@essexinvest.com
dmcdonald@essexinvest.com
egiroux@essexinvest.com
escoledge@essexinvest.com
gkleiner@essexinvest.com
hhawkins@essexinvest.com
jflaherty@essexinvest.com
jhawkins@essexinvest.com
jhegarty@essexinvest.com
jmcnay@essexinvest.com
jmorel@essexinvest.com
jmorris@essexinvest.com
jpinto@essexinvest.com
jshalala@essexinvest.com
kseder@essexinvest.com
lallen@essexinvest.com
lcortez@essexinvest.com
lformicola@essexinvest.com
lramsay@essexinvest.com
mcarlin@essexinvest.com
mcournan@essexinvest.com
mfirlings@essexinvest.com
mgordon@essexinvest.com
mmacoll@essexinvest.com
mstlaurent@essexinvest.com
nprial@essexinvest.com
rbeane@essexinvest.com
rmunro@essexinvest.com
rwilson@essexinvest.com
ryoung@essexinvest.com
scutler@essexinvest.com
sjohnson@essexinvest.com
spittman@essexinvest.com
ssacks@essexinvest.com
sstickells@essexinvest.com
tblakey@essexinvest.com
tgailun@essexinvest.com
thuang@essexinvest.com
goncalo.reis@estradasdeportugal.pt
01536@esunbank.com.tw
03558@email.esunbank.com.tw
ada-1519@email.esunbank.com.tw
alan2365-03577@email.esunbank.com.tw
amandakao-04477@email.esunbank.com.tw
angel-03604@email.esunbank.com.tw
anthony-1525@email.esunbank.com.tw
ben@esunbank.com.hk
bonnie-06254@email.esunbank.com.tw
brian@esunbank.com.hk
charles-07206@email.esunbank.com.tw
dav-1219@email.esunbank.com.tw
don@esunbank.com.hk
doris-07227@email.esunbank.com.tw
edward-1011@email.esunbank.com.tw
frank-2819@email.esunbank.com.tw
fred-02814@email.esunbank.com.tw
hugo-0284@email.esunbank.com.tw

jack@email.esunbank.com.tw
jason-03972@email.esunbank.com.tw
jason-04424@email.esunbank.com.tw
jeff@esunbank.com.hk
joseph-0080@email.esunbank.com.tw
kevin-02452@email.esunbank.com.tw
kevin-04055@email.esunbank.com.tw
koala-04400@email.esunbank.com.tw
pippen-03548@email.esunbank.com.tw
sarah-03623@email.esunbank.com.tw
sarah-0828@email.esunbank.com.tw
sjm@email.esunbank.com.tw
stan-03566@email.esunbank.com.tw
stanley-03579@email.esunbank.com.tw
vera-02500@email.esunbank.com.tw
vincent-0998@email.esunbank.com.tw
walmart-03573@email.esunbank.com.tw
william-04034@email.esunbank.com.tw
william-04207@email.esunbank.com.tw
yang-03550@email.esunbank.com.tw
yinghui-1019@email.esunbank.com.tw
yung-hsung@email.esunbank.com.tw
alexander.brumnic@etb-ag.com
christina.erler@etb-ag.com
michael-a.merz@etb-ag.com
alain.jamar@ethias.be
arielle.heuse@ethias.be
frederic.degrange@ethias.be
frederic.olivier@ethias.be
fredericue.olivier@ethias.be
isabelle.crutzen@ethias.be
jean-michel.bourdoux@ethias.be
jean-paul.parmentier@ethias.be
murielle.servais@ethias.be
philippe.laval@ethias.be
pierre.ars@ethias.be
sylvie.demonceau@ethias.be
jamsallem@etoilegestion.fr
andre.gosset@etoile-gestion.com
catherine.bellman@etoile-gestion.com
didier.clermont@etoile-gestion.com
eric.heleine@etoile-gestion.com
herve.freylinger@etoile-gestion.com
jean-charles.naudin@etoile-gestion.com
mouna.sabiri@etoile-gestion.com
romain.fillon@etoile-gestion.com
tangi.leliboux@etoile-gestion.com
jmoss@eudaimonia-invest.com
mweisenberger@eudaimonia-invest.com
tprentice@eudaimonia-invest.com
stephane.waserman@eulia.com
pduguqem@eurekafunds.com
frederik.de.jong@eureko.cc
andrea.bernasconi@eurizoncapital.lu
andrea.giannotta@eurizoncapital.lu
davide.pavese@eurizoncapital.lu
emmanuel.victor@eurizoncapital.lu
khoa.dang@eurizoncapital.lu
ludovic.bodart@eurizoncapital.lu
luigi.antonaci@eurizoncapital.lu

marc.fohr@eurizoncapital.lu
pierre.grosfils@eurizoncapital.lu
roberto.berzero@eurizoncapital.lu
sabrina.becker@eurizoncapital.lu
steve.bolsee@eurizoncapital.lu
simone.renzelli@euroaisgr.it
etsaknakis@eurobank.gr
itsakiris@eurobank.gr
ktzavras@eurobank.gr
mchristodoulou@eurobank.gr
jorge.sepulveda@eurobankpr.com
hofmanne@eurofima.com
info@eurofima.org
alphonsus.scanlan@eurohypo.com
chedli.boujellabia@eurohypo.com
aannalingam@europeancredit.com
acardoso@europeancredit.com
acattermole@europeancredit.com
ahosso@europeancredit.com
alennox@europeancredit.com
ali@europeancredit.com
atemple@europeancredit.com
athomas@europeancredit.com
bwalker@europeancredit.com
cholloran@europeancredit.com
dgolin@europeancredit.com
dhynes@europeancredit.com
djones@europeancredit.com
dsimms@europeancredit.com
dwilson@europeancredit.com
fhutchinson@europeancredit.com
gflynn@europeancredit.com
gharakis@europeancredit.com
gkelly@europeancredit.com
gpini@europeancredit.com
hbartel@europeancredit.com
hboyd@europeancredit.com
hferrier@europeancredit.com
hpacquement@europeancredit.com
iholden@europeancredit.com
iholmes@europeancredit.com
jarnold@europeancredit.com
jbiernat@europeancredit.com
jbristow@europeancredit.com
jhyde@europeancredit.com
jmorris@europeancredit.com
jmuys@europeancredit.com
jon.mawby@europeancredit.com
jroele@europeancredit.com
jseward@europeancredit.com
jwrigley@europeancredit.com
jwyles@europeancredit.com
kshepherd@europeancredit.com
lbriggs@europeancredit.com
makber@europeancredit.com
mbrown@europeancredit.com
mcraston@europeancredit.com
mcunningham@europeancredit.com
mparker@europeancredit.com
mpinato@europeancredit.com

mriddiford@europeancredit.com
nancy.utterback@europeancredit.com
nduggan@europeancredit.com
ntimmons@europeancredit.com
paspbury@europeancredit.com
rclegg@europeancredit.com
rgalione@europeancredit.com
rpamphilon@europeancredit.com
rvakil@europeancredit.com
sblakey@europeancredit.com
shood@europeancredit.com
skhan@europeancredit.com
smccoubrie@europeancredit.com
smcgairl@europeancredit.com
srumsey@europeancredit.com
sshah2@europeancredit.com
szinser@europeancredit.com
tronberg@europeancredit.com
twilloughby@europeancredit.com
vprice@europeancredit.com
yschan@europeancredit.com
nrabinowitz@europe-israel.com
alberto.segafredo@eurosgr.it
alessandro.picchioni@eurosgr.it
andrea.spallaccini@eurosgr.it
andrea.spallacini@eurosgr.it
corrado.berlenda@eurosgr.it
daniele.bottolo@eurosgr.it
elisa.bertolini@eurosgr.it
fabio.bonacasa@eurosgr.it
fabio.mori@eurosgr.it
gherardo.divaira@eurosgr.it
luca.lionetti@eurosgr.it
marco.maretta@eurosgr.it
marco.salvini@eurosgr.it
massimo.aloi@eurosgr.it
nicola.maino@eurosgr.it
paola.bianco@eurosgr.it
paolo.banfi@eurosgr.it
pierluca.bonvicini@eurosgr.it
riccardo.cazzola@eurosgr.it
samuele.marafin@eurosgr.it
tba@eurosgr.it
c.vicari@eurosim.it
f.bovo@eurosim.it
michael.schuller@eurotunnel.com
valery.amouroux@eurotunnel.com
estelle.bonneau@euro-vl.com
jean-michel.combaret@euro-vl.com
nirlep.sandhu@euro-vl.com
ronan.marguerie@euro-vl.com
cehlinge@eutelsat.fr
gjanvier@eutelsat.fr
jpbrillaud@eutelsat.fr
sthevard@eutelsat.fr
rwaelchli@evalor.ch
rohan@evap.bm
aspies@evcap.com
dcapo@evcap.com
dmandel@evcap.com

dresnik@evcap.com
echan@evcap.com.sg
egraham@evcap.bm
fbaker@evcap.com
gmallal@evcap.com.sg
jbradshaw@evcap.bm
jkleban@evcap.com
jklingsporn@evcap.com
jlim@evcap.com.sg
jm@evcap.com
jsinaikin@evcap.com
jyap@evcap.com.sg
kcovington@evcap.com
knealon@evcap.bm
llaboy@evcap.com
lrobinson@evcap.bm
mcarrara@evcap.com
md@evcap.com
mfleck@evcap.com
mproctor@evcap.bm
ndunstan@evcap.bm
ptroob@evcap.com
pwalker@evcap.bm
pwood@evcap.com
rellis@evcap.com
roconnell@evcap.bm
rpino@evcap.com
rtorres@evcap.com
sleonida@evcap.bm
smalloy@evcap.com
so@evcap.bm
sonabowle@evcap.bm
sshi@evcap.com.sg
tallraum@evcap.com
tnesbitt@evcap.bm
ttan@evcap.com.sg
andrew.murray@everbank.com
blake.wilson@everbank.com
bruce.benzley@everbank.com
clay.reese@everbank.com
curtis.hall@everbank.com
james.hamby@everbank.com
jb.long@everbank.com
jeff.smiley@everbank.com
jeremy.spillers@everbank.com
jim.hamby@everbank.com
john.schnitzius@everbank.com
jschnitzius@everbank.com
manish.gautam@everbank.com
matt.garlinghouse@everbank.com
ray.dinius@everbank.com
sandrine.causse@everbank.com
jreid@everestcapital.com.au
acestone@evergreeninvestments.com
akurdt@evergreeninvestments.com
apeled@evergreeninvestments.com
brian.seay@evergreeninvestments.com
brian.simpson@evergreeninvestments.com
cbaldoni@evergreeninvestments.com
charper@evergreeninvestments.com

cifill@evergreeninvestments.com
cjeanne@evergreeninvestments.com
cpeters@evergreeninvestments.com
ctaylor@evergreeninvestments.com
david.christopher@evergreeninvestments.com
david.harris@evergreeninvestments.com
dbate@evergreeninvestments.com
dbeaver@evergreeninvestments.com
dbowers@evergreeninvestments.com
dchow@evergreeninvestments.com
dennis.ferro@evergreeninvestments.com
ed.outen2@evergreeninvestments.com
egrumberg@evergreeninvestments.com
epaul@evergreeninvestments.com
ericsmith@evergreeninvestments.com
ghunt@evergreeninvestments.com
gli@evergreeninvestments.com
gpzegeo@evergreeninvestments.com
grusnak@evergreeninvestments.com
hbryerman@evergreeninvestments.com
jbeard@evergreeninvestments.com
jbond@evergreeninvestments.com
jelkayam@evergreeninvestments.com
jhandley@evergreeninvestments.com
jkoenigsberg@evergreeninvestments.com
jocelyn.thayer@evergreeninvestments.com
john.pavela1@evergreeninvestments.com
johnlynch@evergreeninvestments.com
jzelko@evergreeninvestments.com
jzhang@evergreeninvestments.com
kkerr@evergreeninvestments.com
klackey@evergreeninvestments.com
klowe@evergreeninvestments.com
kmeyer@evergreeninvestments.com
knorwood@evergreeninvestments.com
lhart@evergreeninvestments.com
mac.livingston@evergreeninvestments.com
martin.mcconnell@evergreeninvestments.com
melissa.brachman@evergreeninvestments.com
mhiggins@evergreeninvestments.com
michael.brown@evergreeninvestments.com
michael.verano@evergreeninvestments.com
mkiselak@evergreeninvestments.com
nick.combs@evergreeninvestments.com
pbarrett@evergreeninvestments.com
peter.gaynor@evergreeninvestments.com
ppensyl@evergreeninvestments.com
psalov@evergreeninvestments.com
rleeman@evergreeninvestments.com
rmarrone@evergreeninvestments.com
rmclaughlin@evergreeninvestments.com
robert.bender@evergreeninvestments.com
rrifkin@evergreeninvestments.com
sbrassell@evergreeninvestments.com
sconnolly@evergreeninvestments.com
sjackson@evergreeninvestments.com
sreid@evergreeninvestments.com
steve.wilson@evergreeninvestments.com
szakely@evergreeninvestments.com
tim.swanson@evergreeninvestments.com

tj.maher@evergreeninvestments.com
susanne.haury@evk.admin.ch
annukka.tokkari@evli.com
atro.makila@evli.com
christian.borgstrom@evli.com
derek.silva@evli.com
kim.pessala@evli.com
kristian.gerkman@evli.com
matti.wallden@evli.com
mikael.lundstrom@evli.com
peter.lindahl@evli.com
risto.paivansalo@evli.com
neu@evofund.com
efimovav@evrofinance.ru
kucheryavyav@evrofinance.com
matyaschuk@evrofinance.ru
sinitzin@evrofinance.com
bassem.daher@exane.com
cecile.lediberder@exane.com
eric.laurie@exane.com
fabrice.miguelez@exane.com
fundresearch@exane.com
gabriel.roberts@exane.com
gilles.lenoir@exane.com
laurent.schwartz@exane.com
lionel.louiset@exane.com
olivier.avertin@exane.com
olivier.molle@exane.com
philippe.bonnet@exane.com
pierre.bouhanna@exane.com
stephane.egnell@exane.com
stephane.jourdan@exane.com
thierry.levalois@exane.com
tim.gittos@exane.com
vincent.huet@exane.com
jeff.roderick@exar.com
kevin.bauer@exar.com
raymond.calabrese@exar.com
spencer.sun@exar.com
bislasha@exchange.uk.ml.com
coughfio@exchange.uk.ml.com
davidjam@exchange.uk.ml.com
gilbefio@exchange.uk.ml.com
mclousuz@exchange.ie.ml.com
ryangreg@exchange.ie.ml.com
dturner@exchangebk.com
gcollins@exchangebk.com
henneisa@exhange.ie.ml.com
dirigoyen@exprinteruruguay.com.uy
snavarro@exprinteruruguay.com.uy
rbertrand@extendicare.com
darren.woods@exxon.com
david.b.middlebrooks@exxon.com
james.e.bayne@exxon.com
mark.woodburn@exxon.com
peter.townsend@exxon.com
anne.n.seeger@exxonmobil.com
benjamin.waters@exxonmobil.com
brian.k.reed@exxonmobil.com
daniel.j.higgins@exxonmobil.com

david.g.bailey@exxonmobil.com
glenda.l.barina@exxonmobil.com
kathy.e.strawn@exxonmobil.com
leonard.m.rubin@exxonmobil.com
lori.c.beard@exxonmobil.com
matt.j.head@exxonmobil.com
michael.j.hawkins@exxonmobil.com
phillip.b.newman@exxonmobil.com
phillip.sewell@exxonmobil.com
robert.j.minyard@exxonmobil.com
ruskin.c.green@exxonmobil.com
steven.r.segien@exxonmobil.com
z.john.atanas@exxonmobil.com
artan.kucuku@ey.com
wilshinskygroup@ezaccess.net
carol.lynch@fac.com
charlie.bricker@fac.com
chris.edwards@fac.com
john.fedele@fac.com
john.fitzgibbon@fac.com
lonnie.schaffer@fac.com
lynn.lounsbery@fac.com
mark.johnson@fac.com
mike.mulquin@fac.com
richard.edwards@fac.com
rob.hom@fac.com
sue.christoph@fac.com
clwilliams@fadv.com
alan.villalon@fafadvisors.com
amit.kumar@fafadvisors.com
andrew.clark1@fafadvisors.com
andrew.rem@fafadvisors.com
anthony.boase@fafadvisors.com
brenda.briceno@fafadvisors.com
brent.mellum@fafadvisors.com
brett.agnew@fafadvisors.com
chad.kemper@fafadvisors.com
corib.johnson@fafadvisors.com
david.chalupnik@fafadvisors.com
douglas.white@fafadvisors.com
eric.espeseth@fafadvisors.com
gerald.bren@fafadvisors.com
gregory.carlson@fafadvisors.com
gregory.ryanii@fafadvisors.com
hal.goldstein@fafadvisors.com
jagdeep.ghuman@fafadvisors.com
james.diedrich@fafadvisors.com
jane.snorek@fafadvisors.com
janna.miller@fafadvisors.com
jeffrey.danforth@fafadvisors.com
jeffrey.schmitz1@fafadvisors.com
jody.rose@fafadvisors.com
joel.taitt@fafadvisors.com
john.fruit@fafadvisors.com
jon.stevens@fafadvisors.com
joseph.ulrey@fafadvisors.com
justin.amand@fafadvisors.com
kevin.earley@fafadvisors.com
laura.starr@fafadvisors.com
linda.sauber@fafadvisors.com

lindsay.strickland@fafadvisors.com
marco.naylon@fafadvisors.com
maria.peterson@fafadvisors.com
marie.newcome@fafadvisors.com
mark.hessw@fafadvisors.com
marta.wenker@fafadvisors.com
neal.shah@fafadvisors.com
peter.agrimson@fafadvisors.com
robert.mcdougall@fafadvisors.com
robert.new@fafadvisors.com
scott.mullinix@fafadvisors.com
scott.sedlak@fafadvisors.com
scott.tonneson@fafadvisors.com
sean.conner@fafadvisors.com
seth.smith@fafadvisors.com
stephanie.weiss@fafadvisors.com
terry.sloan@fafadvisors.com
thomas.gunderson1@fafadvisors.com
thomas.schreier@fafadvisors.com
timothy.nelson@fafadvisors.com
travis.hook@fafadvisors.com
walter.french@fafadvisors.com
wanchong.kung@fafadvisors.com
cdowning@fahnestock.com
lkeary@fahnestock.com
vmazza@fahnestock.com
carla.dupuis@fairchildsemi.com
katherine.edenbach@fairchildsemi.com
vito.courtney@fairchildsemi.com
b_bradstreet@fairfax.ca
ch_ratnaswami@fairfax.ca
e_laselva@fairfax.ca
j-buick@fairfax.ca
p_ianni@fairfax.net
p_watsa@fairfax.ca
w_cadwallader@fairfax.ca
hal.lambert@fairfaxcounty.gov
dummy@fake.com
email@fake.com
schowdry@falconbridgecapital.com
paul.schreder@falconig.com
richard.merage@falconig.com
axelrod@falconmgt.com
gmass@falconmgt.com
jd@falconmgt.com
jleitner@falconmgt.com
mbrinkley@falconmgt.com
ymbksec2@fancy.ocn.ne.jp
abigail.mardlin@fandc.com
adam.mossakowski@fandc.com
adrian.fowler@fandc.com
ainsley.lee@fandc.com
alessandro.laurent@fandc.com
alex.richards@fandc.com
alex.soulsby@fandc.com
alexandra.gropp@fandc.com
algie.ko@fandc.com
aline@fandc.co.uk
allan.saldanha@fandc.com
allegra.vanhovell@fandc.com

amrendra.sinha@fandc.com
andre.bakkum@fandc.nl
andrea.dunn@fandc.com
andrea.gaielli@fandc.com
andreas.schuster@fandc.co.uk
andrew.brown@fandc.com
andrew.lake@fandc.com
andrew.maclachlan@fandc.com
andrew.ohara@fandc.com
andrew.woodley@fandc.com
andrew.yeowell@fandc.com
andy.carter@fandc.com
angus.halkett@fandc.co.uk
anja.eijking@fandc.com
anjali.samani@fandc.com
anthony.brown@fandc.co.uk
antonio.pereira@fandc.com
antony.trory@fandc.com
arahim@fandc.co.uk
arnal.patel@fandc.com
ashley.boodhun@fandc.com
barry.boyle@fandc.com
barry.maksymczuk@fandc.com
ben.akrigg@fandc.com
benoit.chaligne@fandc.com
bernadette.musker@fandc.com
bert.siebrand@fandc.com
brad.holland@fandc.com
bryan.costigan@fandc.com
carl.bacon@fandc.co.uk
carwyn.butcher@fandc.com
catherine.hubert-dorel@fandc.com
cathrine.stanley@fandc.com
cfarley@fandc.co.uk
chloe.moulin@fandc.com
chris.bailey@fandc.com
chris.doornekamp@fandc.com
chris.fox@fandc.com
christopher.childs@fandc.com
christopher.hadley@fandc.com
cindy.mayer@fandc.com
claire.franklin@fandc.com
cmcfayden@fandc.co.uk
cstorrar@fandc.co.uk
danny.lau@fandc.com
david.hopwood@fandc.com
david.moss@fandc.com
david.stallard@fandc.com
davina.curling@fandc.com
derek.mclean@fandc.com
derek.mitchell@fandc.co.uk
dirk.molenaar@fandc.com
dominique.dijkhuis@fandc.com
els.nieuwenhuizen@fandc.com
els.van.muylder@fandc.com
emd.research@fandc.com
erica.ive@fandc.com
erik.rubingh@fandc.com
eurogovt.research@fandc.com
falmeida@fandc.co.uk

farah.khan@fandc.com
fariba.faraji@fandc.com
fatima.luis@fandc.com
fbexon@fandc.com
fiukig.research@fandc.com
frank.rowe@fandc.com
franz.weis@fandc.co.uk
gabriele.kapfer-gill@fandc.com
gerben.cuiper@fandc.com
giles.money@fandc.com
glenn.zahn@fandc.com
gordon.ibrahim@fandc.com
graham.walker@fandc.co.uk
graham.whittaker@fandc.com
grahame.beales@fandc.com
guido.billstein@fandc.com
gulcan.elmas@fandc.com
guy.benton@fandc.com
han.altink@fandc.com
hannah.charlick@fandc.com
hans.schoonderwoerd@fandc.nl
harriet.waley-cohen@fandc.com
heinie.hakker@fandc.com
helen.roberts@fandc.com
helene.williamson@fandc.com
henri.jongschaap@fandc.com
hhunt@fandc.co.uk
hilary.aldridge@fandc.com
holly.barton@fandc.com
hthreadgill@fandc.co.uk
humbert.demaillynesle@fandc.com
ian.robinson@fandc.com
income@fandc.com
jacob.dewit@fandc.com
jacqueline.walsh@fandc.com
james.cavanagh@fandc.com
james.flood@fandc.com
james.lavan@fandc.com
james.semler@fandc.co.uk
jamie.hooper@fandc.com
jamie.jenkins@fandc.com
jan.willemsen@fandc.nl
jasmith@fandc.co.uk
jcasson@fandc.co.uk
jcave@fandc.com
jeff.chowdhry@fandc.com
jeff.grow@fandc.com
jennifer.byron@fandc.com
jeroen.wilbrink@fandc.com
jhartigan@fandc.co.uk
jhayes@fandc.co.uk
jhow@fandc.co.uk
jmaloney@fandc.co.uk
joao.eufrasio@fandc.com
jocelyn.ngassa@fandc.com
jocelyne.ngassa@fandc.com
johannes.neethling@fandc.com
john.cahill@fandc.com
jonathan.cummins@fandc.com
jonathan.mann@fandc.com

jonathon.maslen@fandc.com
jorrit.arissen@fandc.com
joseph.hazelwood@fandc.com
judith.vanderven@fandc.com
julian.cane@fandc.com
jun.xia@fandc.com
katarzyna.sydor@fandc.com
kevin.mathews@fandc.com
kevin.morris@fandc.com
kieran.fitzgerald@fandc.com
kirsty.jenkinson@fandc.com
lee.barry@fandc.com
leendert.schoenmaker@fandc.com
lef.sigalos@fandc.com
lindsay.middleton@fandc.com
linso.pals@fandc.com
liz.fordham@fandc.co.uk
ltagliapietra@fandc.co.uk
luke.newman@fandc.com
makis.kaketsis@fandc.com
malika.gulabani@fandc.com
marc.cox@fandc.com
marc.harrington@fandc.com
margarida.fonseca@fandc.com
maria.daniels@fandc.com
mario.hooghiemstra@fandc.com
mark.lebbell@fandc.com
mark.perrin@fandc.com
mark.williams@fandc.com
marlon.mcglashan@fandc.co.uk
marsha.van.beusekom@fandc.nl
martin.smith@fandc.com
masaki.hasegawa@fandc.com
matthew.young@fandc.co.uk
michael.johnson@fandc.com
michael.ulrich@fandc.com
michel.bernard@fandc.com
michel.de.groot@fandc.com
miguel.gandolfo@fandc.com
miguel.maia@fandc.com
mike.hanbury-williams@fandc.com
mitesh.patel@fandc.com
mmurphy@fandc.co.uk
mwren@fandc.co.uk
nader.munif@fandc.com
nallen@fandc.co.uk
natalie.gray@fandc.com
neil.farrow@fandc.nl
niall.kirk@fandc.com
nicholas.allen@fandc.com
nick.holmes@fandc.co.uk
nicola.gildersleve@fandc.com
nshenton@fandc.com
olivia.mulligan@fandc.com
orla.power@fandc.com
ouafaa.sadiki@fandc.com
paras.mehta@fandc.com
paris.anand@fandc.com
patrick.hendrikx@fandc.com
patrick.newens@fandc.com

| | | |
|---|---|---|
| paul.allen@fandc.com | steven.baker@fandc.com | chandra_potluri@fanniemae.com |
| paul.allison@fandc.com | stuart.crafer@fandc.com | cherise_mcgovern@fanniemae.com |
| paul.marendaz@fandc.com | stuart.oneill@fandc.com | chiang_lee@fanniemae.com |
| paul.niven@fandc.com | stuart.phillips@fandc.com | chi-cheol_chung@fanniemae.com |
| paul.wesson@fandc.com | sueann.leong@fandc.com | christiaan_berge@fanniemae.com |
| paulo.quintino@fandc.com | surendran.rajasundaram@fandc.co.uk | christian_b_allen@fanniemae.com |
| pcameron@fandc.co.uk | susanne.gahler@fandc.com | christian_r_valencia@fanniemae.com |
| per.eklof@fandc.com | susie.jana@fandc.com | christopher_benham@fanniemae.com |
| peter.dalgliesh@fandc.com | sven.scholze@fandc.com | christopher_carlson@fanniemae.com |
| peter.jarvis@fandc.com | sven.smit@fandc.com | chu_pang@fanniemae.com |
| peter.lees@fandc.com | tbroccardo@fandc.co.uk | cj_zhao@fanniemae.com |
| peter.meulepas@fandc.com | tclare@fandc.co.uk | concetta_a_tkacz@fanniemae.com |
| peter.meulepas@fandc.nl | ted.scott@fandc.com | daniel_brawdy@fanniemae.com |
| peter.moore@fandc.com | teimuraz.barbakadze@fandc.com | daniel_c_bradford@fanniemae.com |
| peter.stage@fandc.com | terry.wood@fandc.com | danielle_vissers@fanniemae.com |
| phil.doel@fandc.com | tessa.vanderburgh@fandc.com | david_bealmear@fanniemae.com |
| philip.chow@fandc.com | thomas.johansen@fandc.com | david_c_benson@fanniemae.com |
| philip.gillman@fandc.com | thomas.nyegaard@fandc.com | david_dong@fanniemae.com |
| philip.hunt@fandc.co.uk | thyett@fandc.com | david_e_martin@fanniemae.com |
| philip.ladstaetter@fandc.com | tim.shardman@fandc.com | david_gussmann@fanniemae.com |
| pjoshi@fandc.co.uk | timothy.rea@fandc.com | david_kogut@fanniemae.com |
| rahil.iqbal@fandc.com | tjomme.dijkma@fandc.com | david_ni@fanniemae.com |
| raymond.heesakker@fandc.com | toby.vaughan@fandc.com | david_robinson@fanniemae.com |
| rcornish@fandc.co.uk | tracy.middleton@fandc.com | david_s_ligon-miller@fanniemae.com |
| rebecca.seabrook@fandc.com | vitaly.ushakov@fandc.com | deepak_t_tolani@fanniemae.com |
| rharvey@fandc.co.uk | vitor.santos@fandc.com | desheng_kang@fanniemae.com |
| richard.fletcher@fandc.com | william.brown@fandc.co.uk | devin_a_white@fanniemae.com |
| richard.singleton@fandc.com | alice_yang@fanniemae.com | devoki_sengupta@fanniemae.com |
| richard.watts@fandc.com | allen_carrion@fanniemae.com | diane_asuncion-white@fanniemae.com |
| richard.wilson@fandc.com | alvaro_pinto@fanniemae.com | dianne_e_branch@fanniemae.com |
| rita.taplatzidou@fandc.com | amy_e_anderson@fanniemae.com | donald_l_sinclair@fanniemae.com |
| rjones@fandc.co.uk | andrew_mccormick@fanniemae.com | dorothea_donelan@fanniemae.com |
| rlong@fandc.co.uk | ang_l_middleton@fanniemae.com | edmund_hohmann@fanniemae.com |
| robert.crewe@fandc.com | anna_m_martinez@fanniemae.com | edward_martin@fanniemae.com |
| robert.siddles@fandc.co.uk | annie_kelliher@fanniemae.com | emre_i_duygun@fanniemae.com |
| roland.bosch@fandc.co.uk | anthony_davis@fanniemae.com | enrico_dallavecchia@fanniemae.com |
| rui.grenho@fandc.com | anthony_silva@fanniemae.com | eric_r_sahadi@fanniemae.com |
| rupert.della-porta@fandc.co.uk | anton_haidorfer@fanniemae.com | erwin_c_villavicencio@fanniemae.com |
| ruud.oude.wolbers@fandc.com | antony_d_drew@fanniemae.com | fabiola_m_gallego@fanniemae.com |
| rwoodall@fandc.co.uk | ashish_gupta@fanniemae.com | faith_l_vakil@fanniemae.com |
| sbonser@fandc.co.uk | ashley_h_dyson@fanniemae.com | fan_xu@fanniemae.com |
| screwe@fandc.com | aydin_aras@fanniemae.com | frederick_w_schwanke@fanniemae.com |
| sdolbear@fandc.co.uk | barbara_a_percia@fanniemae.com | gary_boston@fanniemae.com |
| sean.mylod@fandc.com | barbara_a_ryan@fanniemae.com | gary_tang@fanniemae.com |
| sean.oshea@fandc.com | ben_fazeli@fanniemae.com | gaurav_kishore@fanniemae.com |
| sebastien.krol@fandc.com | ben_jones@fanniemae.com | gavin_wellington@fanniemae.com |
| sfleming@fandc.co.uk | benjamin_x_perlman@fanniemae.com | george_nowack@fanniemae.com |
| sfong@fandc.co.uk | bhanu_j_frueh@fanniemae.com | gerhard_k_kulzinger@fanniemae.com |
| shauna.ramage@fandc.com | boris_deychman@fanniemae.com | gerhard_metzen@fanniemae.com |
| simon.clinch@fandc.com | bradley_king@fanniemae.com | grace_huebscher@fanniemae.com |
| simon.wells@fandc.co.uk | brian.fischer@fanniemae.com | gregorio_t_druehl@fanniemae.com |
| simone.guidi@fandc.com | brian_delgado@fanniemae.com | gregory_ehrhardt@fanniemae.com |
| skelley@fandc.co.uk | brian_s_evans@fanniemae.com | gregory_j_murdock@fanniemae.com |
| sonya.dilova@fandc.com | bryan_capsavage@fanniemae.com | gunes_kulaligil@fanniemae.com |
| sowmya.sreerangaiah@fandc.com | caren_e_suarez@fanniemae.com | guoqing_yan@fanniemae.com |
| stefan.bain@fandc.com | caroline_a_robertson@fanniemae.com | helen_mcnally@fanniemae.com |
| stephen.hollis@fandc.com | caroline_e_blakely@fanniemae.com | heng_lay@fanniemae.com |
| stephen.martin@fandc.co.uk | casey_becker@fanniemae.com | hilary_m_branson@fanniemae.com |
| stephen.southgate@fandc.com | catherine_a_jones@fanniemae.com | hsiu-wen_wu@fanniemae.com |
| stergios.saloustros@fandc.com | chaka_a_long@fanniemae.com | ian_anderson@fanniemae.com |

| | | |
|---|---|---|
| irina_koval@fanniemae.com | lillian_nakhla@fanniemae.com | qing_sun@fanniemae.com |
| jack_keil@fanniemae.com | lin_cao@fanniemae.com | ramon_r_decastro@fanniemae.com |
| james_beechler@fanniemae.com | linda_knight@fanniemae.com | renee_r_schultz@fanniemae.com |
| james_johnson@fanniemae.com | linda_powell-williams@fanniemae.com | renee_tang@fanniemae.com |
| james_zucco@fanniemae.com | marc_baker@fanniemae.com | richard_jaucian@fanniemae.com |
| janette_c_young@fanniemae.com | marc_bourzutschky@fanniemae.com | richard_sorkin@fanniemae.com |
| jason_a_pinnix@fanniemae.com | marcia_i_miller@fanniemae.com | richard_w_wolf@fanniemae.com |
| jason_carter@fanniemae.com | margo_miller@fanniemae.com | robert_a_herlund@fanniemae.com |
| jason_krasilovsky@fanniemae.com | mari_l_robertson@fanniemae.com | robert_f_wagner@fanniemae.com |
| jason_thayer@fanniemae.com | mark_l_wright@fanniemae.com | robert_ives@fanniemae.com |
| jayne_shontell@fanniemae.com | mark_liang@fanniemae.com | rogelio_soltero@fanniemae.com |
| jeanne_l_ranaivoson@fanniemae.com | martin_geislinger@fanniemae.com | roy_r_hormuth@fanniemae.com |
| jef_kinney@fanniemae.com | martin_kelly@fanniemae.com | rui_falcon@fanniemae.com |
| jeffrey_wheeler@fanniemae.com | mary_spence@fanniemae.com | sal_mirran@fanniemae.com |
| jian_chen@fanniemae.com | matt_johnson@fanniemae.com | sanda_pesut@fanniemae.com |
| jian_zhou@fanniemae.com | maureen_t_jones@fanniemae.com | sandeep_jeksaani@fanniemae.com |
| jianhua_yuan@fanniemae.com | mehmood_nathani@fanniemae.com | sandeep_shilawat@fanniemae.com |
| jianlin_zhai@fanniemae.com | michael_a_treidl@fanniemae.com | sanjay_bhatt@fanniemae.com |
| jianting_hu@fanniemae.com | michael_g_somerville@fanniemae.com | sarah_kong@fanniemae.com |
| john_a_keil@fanniemae.com | michael_j_lohmeier@fanniemae.com | scott_c_shepard@fanniemae.com |
| john_bennett@fanniemae.com | michael_maloney@fanniemae.com | scott_chastain@fanniemae.com |
| john_ge@fanniemae.com | michael_p_fiore@fanniemae.com | scott_webster@fanniemae.com |
| john_isquith@fanniemae.com | michael_p_lebowitz@fanniemae.com | sean_c_fallon@fanniemae.com |
| john_jackson@fanniemae.com | michael_r_kenney@fanniemae.com | sharon_pinnock@fanniemae.com |
| john_thelosen@fanniemae.com | michael-rylant@fanniemae.com | sharon_stieber@fanniemae.com |
| john_wilson@fanniemae.com | michele_evans@fanniemae.com | shayan_salahuddin@fanniemae.com |
| jon_houttekier@fanniemae.com | mildred_banks@fanniemae.com | sheri_murrah@fanniemae.com |
| jon_updike@fanniemae.com | mildred_walker@fanniemae.com | sherry_e_wilson@fanniemae.com |
| jonathan_b_berkeley@fanniemae.com | min_zhang@fanniemae.com | sibongile_boyd@fanniemae.com |
| jonathan_e_gross@fanniemae.com | miyuki_onishi@fanniemae.com | somender_chaudhary@fanniemae.com |
| jonathan_g_harris@fanniemae.com | mohit_chandarana@fanniemae.com | sonya_sheth@fanniemae.com |
| jordan_a_segue@fanniemae.com | molly_r_boesel@fanniemae.com | stephen_bartolini@fanniemae.com |
| joseph_stagi@fanniemae.com | monica_j_fulop@fanniemae.com | steve_costoff@fanniemae.com |
| joshua_m_seiff@fanniemae.com | monte_h_shapiro@fanniemae.com | steve_shen@fanniemae.com |
| juliana_heitz@fanniemae.com | mostafa_raddaoui@fanniemae.com | steven_brannum@fanniemae.com |
| justen_carter@fanniemae.com | mukesh_s_desai@fanniemae.com | steven_e_deggendorf@fanniemae.com |
| justin_hwang@fanniemae.com | murali_krishnamurthy@fanniemae.com | stuart_cohen@fanniemae.com |
| kang_pan@fanniemae.com | nadine_j_bates@fanniemae.com | sukru_saman@fanniemae.com |
| kasi_-_shanmugam@fanniemae.com | nancy_e_greiner@fanniemae.com | sung_yoon@fanniemae.com |
| ken_barnes@fanniemae.com | nathanael_sutanto@fanniemae.com | tanu_s_bhatnagar@fanniemae.com |
| kent_booth@fanniemae.com | neelima_reddy@fanniemae.com | tao_cheng@fanniemae.com |
| kevin_ayers@fanniemae.com | neil_hughes@fanniemae.com | theresa_meawad@fanniemae.com |
| kimberly_h_johnson@fanniemae.com | nick_kiritz@fanniemae.com | thomas_a_lawler@fanniemae.com |
| kin_y_chung@fanniemae.com | nicole_r_brady@fanniemae.com | thomas_weigle@fanniemae.com |
| kiran_p_kini@fanniemae.com | nikeshea_spears@fanniemae.com | thushara_therrien@fanniemae.com |
| krishna_gudavalli@fanniemae.com | nimit_sharma@fanniemae.com | tim_brown@fanniemae.com |
| kyle_a_wyatt@fanniemae.com | omar_akhtar@fanniemae.com | tisha_tyson@fanniemae.com |
| kyle_lynch@fanniemae.com | omar_gundogdu@fanniemae.com | todd_e_peterson@fanniemae.com |
| lamont_g_morgan@fanniemae.com | pamela_l_tucker@fanniemae.com | todd_parker@fanniemae.com |
| larry_dale@fanniemae.com | patrick_h_beranek@fanniemae.c | toni_jackson@fanniemae.com |
| laura_kim@fanniemae.com | patrick_m_conway@fanniemae.com | tushar_dayal@fanniemae.com |
| laura_m_simmons@fanniemae.com | paul_moretti@fanniemae.com | tvr_rao@fanniemae.com |
| lauren_topham@fanniemae.com | paul_norris@fanniemae.com | ursula_o_schaefer@fanniemae.com |
| laurie_coleman@fanniemae.com | pavan_chatlani@fanniemae.com | ursula_o"donnell@fanniemae.com |
| laurie_zeller@fanniemae.com | peter_hubley@fanniemae.com | vamsi_kommasani@fanniemae.com |
| lawrence_r_bishop@fanniemae.com | peter_m_flynn@fanniemae.com | vanessa_moulin@fanniemae.com |
| leigh_coates@fanniemae.com | peter_niculescu@fanniemae.com | vanessa_schlegel@fanniemae.com |
| leonard_o_mills@fanniemae.com | peter_ugincius@fanniemae.com | venkat_gangisetty@fanniemae.com |
| lian_pi@fanniemae.com | prem_somu@fanniemae.com | vikas_singhal@fanniemae.com |
| lik-man_yam@fanniemae.com | qiang_fu@fanniemae.com | walter_bauman@fanniemae.com |

| | | |
|---|---|---|
| walter_hill@fanniemae.com | cshreve@farcap.com | yconnolly@farcap.com |
| walter_k_kim@fanniemae.com | cward@farcap.com | ycramer@farcap.com |
| wayne_b_mclurkin@fanniemae.com | dchun@farcap.com | bruce.clark@fareastnationalbank.com |
| william_black@fanniemae.com | deepak@farcap.com | ctseng@fareastnationalbank.com |
| william_quinn@fanniemae.com | ding.chun@farcap.com | patrick.kezele@fareastnationalbank.com |
| william_r_schultz@fanniemae.com | dkim@farcap.com | steven.chen@fareastnationalbank.com |
| william_segal@fanniemae.com | dlang@farcap.com | vickie.chang@fareastnationalbank.com |
| x6uonp@fanniemae.com | dpost@farcap.com | ameli@farleycap.com |
| xinchao_zhang@fanniemae.com | dsmith@farcap.com | aschaffer@farleycap.com |
| y2ulxm@fanniemae.com | earnings@farcap.com | sfarley@farleycap.com |
| yawei_jin@fanniemae.com | ebrodsky@farcap.com | capp.crawford@farmcreditbank.com |
| yigao_liang@fanniemae.com | echung@farcap.com | eric.paul@farmcreditbank.com |
| yingsheng_li@fanniemae.com | edrobny@farcap.com | jlarge@farmcreditbank.com |
| yolanda_s_green@fanniemae.com | esaito@farcap.com | kristy.vrabel@farmcreditbank.com |
| yongjin_hou@fanniemae.com | etato@farcap.com | raul.ojeda@farmcreditbank.com |
| zack_z_li@fanniemae.com | fchiu@farcap.com | aheiden@farmcredit-ffcb.com |
| zahid_abbasi@fanniemae.com | gsodhoff5@farcap.com | bwhitehead@farmcredit-ffcb.com |
| zhitong_zhang@fanniemae.com | gswart@farcap.com | dspencer@farmcredit-ffcb.com |
| zhou_y_liu@fanniemae.com | jfakhry@farcap.com | dwilliams@farmcredit-ffcb.com |
| zirong_zhang@fanniemae.com | jfortner@farcap.com | gdoran@farmcredit-ffcb.com |
| zubin_alemo@fanniemae.com | jgibson@farcap.com | jstewart@farmcredit-ffcb.com |
| afremder@faralloncapital.com | jkelly@farcap.com | nroccano@farmcredit-ffcb.com |
| aspokes@faralloncapital.com | jkoerner@farcap.com | rgill@farmcredit-ffcb.com |
| dmcmahon@faralloncapital.com | jlin@farcap.com | sbilotta@farmcredit-ffcb.com |
| dmeade@faralloncapital.com | jpierce@farcap.com | sgelb@farmcredit-ffcb.com |
| egorham@faralloncapital.com | jschilling@farcap.com | edward_caywood@farmermac.com |
| jarnoldy@faralloncapital.com | jshort@farcap.com | jsinghal@farmermac.com |
| jdownes@faralloncapital.com | jwerner@farcap.com | nancy_corsiglia@farmermac.com |
| jkaram@faralloncapital.com | jwilton@farcap.com | robert_owens@farmermac.com |
| jkruger@faralloncapital.com | kmcnabb@farcap.com | robin_taylor@farmermac.com |
| jmoment@faralloncapital.com | lcalfee@farcap.com | laszlo.heredy@farmersinsurance.com |
| josh.dapice@faralloncapital.com | lhicks@farcap.com | marlo.oaks@farmersinsurance.com |
| jwarren@faralloncapital.com | lkinczel@farcap.com | wmarsh@farmersnb.com |
| kacosta@faralloncapital.com | lteran@farcap.com | olivier.massillon@fastnet.lu |
| mduke@faralloncapital.com | mdewispelaere@farcap.com | guiseppe.scifo@eu.fastnetgroup.com |
| mfisch@faralloncapital.com | mford@farcap.com | abauduin@boulognebl.faurecia.com |
| mlandry@faralloncapital.com | mjorgensen@farcap.com | cdick@fayezsarofim.com |
| mlinn@faralloncapital.com | mmetzger@farcap.com | mporter@fayezsarofim.com |
| mstrasburg@faralloncapital.com | mmoshkov@farcap.com | cindee.williams@fbfinance.com |
| pcollison@faralloncapital.com | mselz@farcap.com | edmund.kim@fbfinance.com |
| rpatel@faralloncapital.com | msennett@farcap.com | michael.symmons@fbfinance.com |
| rvoon@faralloncapital.com | msullivan@farcap.com | mike.halovatch@fbfinance.com |
| rzage@faralloncapital.com | nbellefeuille@farcap.com | peter.wadkins@fbfinance.com |
| smillham@faralloncapital.com | nhill@farcap.com | tod.vanname@fbfinance.com |
| tsteyer@faralloncapital.com | nsamsonova@farcap.com | brummelhart@fbfs.com |
| vstorie@faralloncapital.com | nw@farcap.com | caday@fbfs.com |
| w_f_mellin@faralloncapital.com | probinson@farcap.com | chappel@fbfs.com |
| wchu@faralloncapital.com | rlee@farcap.com | dhiggins@fbfs.com |
| wstegall@faralloncapital.com | roshanp@farcap.com | gpietsch@fbfs.com |
| abushler@farcap.com | rpaidipaty@farcap.com | kgreving@fbfs.com |
| acaldwell@farcap.com | rschaper@farcap.com | lbeebe@fbfs.com |
| apant@farcap.com | rseverude@farcap.com | msandbulte@fbfs.com |
| awarner@farcap.com | sa@farcap.com | annette.shaw@fblfinancial.com |
| bd@farcap.com | sdalton@farcap.com | dbruning@fblfinancial.com |
| bparkyn@farcap.com | sharif@farcap.com | herman.riva@fblfinancial.com |
| bseybold@farcap.com | shurst@farcap.com | jeff.ellis@fblfinancial.com |
| cclark@farcap.com | smallach@farcap.com | justin.carley@fblfinancial.com |
| cem@farcap.com | tpaff@farcap.com | ed.furman@fbol.com |
| cescher@farcap.com | trigo@farcap.com | gmitchell@fbopcorp.com |
| charris@farcap.com | wlenehan@farcap.com | tschneider@fbopcorp.com |

bart.tishauser@fbs.nl
erwin.blaas@fbs.nl
frank.berens@fbs.nl
matthieu.vdveldt@fbs.nl
paul.roethof@fbs.nl
richard.schulein@fbs.nl
rob.habets@fbs.nl
anocella@fbtx.com
bswanson@fbw.com
dnolan@fbw.com
krast@fbw.com
pvaughan@fbw.com
sglantz@fbw.com
twashall@fbw.com
cspencer@fcbnm.com
craig.nix@fcbsc.com
craig.olsen@fcbw.com
david.kemp@fcbw.com
jim.shanahan@fcbw.com
tony.english@fcbw.com
dairen.beblow@fcc-sca.ca
lori.christie@fcc-sca.ca
sharilee.fossum@fcc-sca.ca
egoodchild@fcem.co.uk
hcarey@fcem.co.uk
hzimmerman@fcem.co.uk
jcrone@fcem.co.uk
kclarke@fcem.co.uk
nthornycroft@fcem.co.uk
onegyal@fcem.co.uk
rbrandt@fcem.co.uk
smahtani@fcem.co.uk
aliggett@fciadvisors.com
bbarnes@fciadvisors.com
bcourtney@fciadvisors.com
bhobbs@fciadvisors.com
bperott@fciadvisors.com
gcloud@fciadvisors.com
kjohnson@fciadvisors.com
mallison@fciadvisors.com
pgreig@fciadvisors.com
pgronniger@fciadvisors.com
pmcclain@fciadvisors.com
sberkley@fciadvisors.com
vschaff@fciadvisors.com
lettice.hagan@fcil.co.uk
elena@fcminvest.com
mjones@fcminvest.com
mwu@fcminvest.com
research@fcminvest.com
andria_sandora@em.fcnbd.com
cathy_r_williams@em.fcnbd.com
deanna_spangler@em.fcnbd.com
jay_taparia@am.fcnbd.com
jill_k_leach@am.fcnbd.com
john_jackucyk@am.fcnbd.com
julie_kroll@em.fcnbd.com
kelli_king@am.fcnbd.com
linwood_thiessen@am.fcnbd.com
nick_markus@em.fcnbd.com

robert_grimm@em.fcnbd.com
steven_brooks@em.fcnbd.com
suzanne_austin@em.fcnbd.com
thomas_j_bebej@am.fcnbd.com
saltong@fcsamerica.com
s.defrancesco@fddbank.com
aamiel@fdic.gov
agilchrist@fdic.gov
amurphy@fdic.gov
anfelton@fdic.gov
baryan@fdic.gov
bbean@fdic.gov
bdavis@fdic.gov
bhoyer@fdic.gov
brlewis@fdic.gov
cangell@fdic.gov
cbarry@fdic.gov
ccollier@fdic.gov
cfiol@fdic.gov
ckulp@fdic.gov
clipuma@fdic.gov
ddudnik@fdic.gov
dhaskins@fdic.gov
dpromani@fdic.gov
dtallant@fdic.gov
dweyback@fdic.gov
dwiley@fdic.gov
ebloecher@fdic.gov
ereither@fdic.gov
gcevallos@fdic.gov
gikosi@fdic.gov
gquint@fdic.gov
jayres@fdic.gov
jcoburn@fdic.gov
jgolter@fdic.gov
jhull@fdic.gov
jplock@fdic.gov
jroberts@fdic.gov
jweinberger@fdic.gov
kegan@fdic.gov
kgleason@fdic.gov
kkalser@fdic.gov
lcheng@fdic.gov
lduffy@fdic.gov
lkowalski@fdic.gov
llo@fdic.gov
lmontgomery@fdic.gov
lsamowitz@fdic.gov
lwright@fdic.gov
mcawthon@fdic.gov
mfanaroff@fdic.gov
mgarner@fdic.gov
mhasty@fdic.gov
mmorgan@fdic.gov
msolt@fdic.gov
pdriscoll@fdic.gov
pvigil@fdic.gov
rburns@fdic.gov
rcofer@fdic.gov
rcox@fdic.gov

robbasinger@fdic.gov
rpackard@fdic.gov
rsims@fdic.gov
rsommers@fdic.gov
rspieker@fdic.gov
rvilim@fdic.gov
rwat@fdic.gov
sburhouse@fdic.gov
sburton@fdic.gov
schen@fdic.gov
sfunaro@fdic.gov
sgabriel@fdic.gov
shughes@fdic.gov
solesiuk@fdic.gov
stschultz@fdic.gov
tcoltharp@fdic.gov
tiedwards@fdic.gov
tineeck@fdic.gov
tmurray@fdic.gov
wstewart@fdic.gov
a.amriati@fearnleys.no
a.skjevesland@fearnleys.no
b.lind@fearnleys.no
f.falch@fearnleys.no
sb.svenning@fearnleys.no
moore@federal.com
anthony.dupiellet@federal-finance.fr
arnaud.lanctin@federal-finance.fr
franck.richard@federal-finance.fr
francois.menut@federal-finance.fr
gerald.claudel@federal-finance.fr
jean-francois.blottiere@federal-finance.fr
laurence.corbel@federal-finance.fr
marc.salaun@federal-finance.fr
philippe.fremond@federal-finance.fr
regis.feroc@federal-finance.fr
stephane.cadieu@federal-finance.fr
stephane.le-gall@federal-finance.fr
tanguy.moreau@federal-finance.fr
erwan.bonder@federalgestion.com
erwan.marrec@federalgestion.com
jean-michel.maingain@federalgestion.com
pierre.gueguen@federalgestion.com
yann.louarn@federalgestion.com
s.hoelscher@federated.de
t-l.kamann@federated.de
abeck@federatedinv.com
aho@federatedinv.com
akaplan@federatedinv.com
akirschler@federatedinv.com
aknizner@federatedinv.com
akohler@federatedinv.com
amassimiani@federatedinv.com
amorabito@federatedinv.com
atetlow@federatedinv.com
aventurino@federatedinv.com
bbejster@federatedinv.com
bbell@federatedinv.com
bdavis@federatedinv.com
bdingle@federatedinv.com

| | | |
|---|---|---|
| bklaber@federatedinv.com | jharris@federatedinv.com | rcumberledge@federatedinv.com |
| bnolte@federatedinv.com | jhoff@federatedinv.com | rfilia@federatedinv.com |
| bostrowski@federatedinv.com | jjones2@federatedinv.com | rkowit@federatedinv.com |
| bruffner@federatedinv.com | jjones3@federatedinv.com | rmaglin@federatedinv.com |
| bschneider@federatedinv.com | jmycka@federatedinv.com | rotoole@federatedinv.com |
| carendas@federatedinv.com | jnichol@federatedinv.com | rrice@federatedinv.com |
| cbaggio@federatedinv.com | jpasko@federatedinv.com | rsanchez-dahl@federatedinv.com |
| cbodamer@federatedinv.com | jruzicka@federatedinv.com | rsterr@federatedinv.com |
| ccaton@federatedinv.com | jscullion@federatedinv.com | rtitto@federatedinv.com |
| cgross@federatedinv.com | jsetzenfand@federatedinv.com | rtriltsch@federatedinv.com |
| cifill@federatedinv.com | jsidawi@federatedinv.com | rwinkowski@federatedinv.com |
| cjsmith@federatedinv.com | jsteel@federatedinv.com | salbrecht@federatedinv.com |
| ckeller@federatedinv.com | jvarrati@federatedinv.com | sarnold@federatedinv.com |
| cmiller@federatedinv.com | jwager@federatedinv.com | sauth@federatedinv.com |
| cstewart@federatedinv.com | jwarszawski@federatedinv.com | schiavarone@federatedinv.com |
| cwu@federatedinv.com | kaltschafl@federatedinv.com | scrane@federatedinv.com |
| cyingling@federatedinv.com | kandrachick@federatedinv.com | sgammill@federatedinv.com |
| dbickerstaff@federatedinv.com | kcrummie@federatedinv.com | sgupta@federatedinv.com |
| dburr@federatedinv.com | kfitzpatrick@federatedinv.com | skail@federatedinv.com |
| dcatanzaro@federatedinv.com | kfowler@federatedinv.com | skalos@federatedinv.com |
| dchoi@federatedinv.com | kglass@federatedinv.com | slehman@federatedinv.com |
| dcook@federatedinv.com | khightower@federatedinv.com | smokkapati@federatedinv.com |
| dcunningham@federatedinv.com | khines@federatedinv.com | smorgan@federatedinv.com |
| dczoch@federatedinv.com | klamark@federatedinv.com | snason@federatedinv.com |
| ddoherty@federatedinv.com | kmanna@federatedinv.com | sperez@federatedinv.com |
| dellenberger@federatedinv.com | kmccloskey@federatedinv.com | ssathkumara@federatedinv.com |
| dgerber@federatedinv.com | krhad@federatedinv.com | swagner@federatedinv.com |
| dgilmore@federatedinv.com | ksabol@federatedinv.com | tabraham@federatedinv.com |
| dgubba@federatedinv.com | lbakhshian@federatedinv.com | tbanks@federatedinv.com |
| dkartsonas@federatedinv.com | lcunningham@federatedinv.com | tblanchette@federatedinv.com |
| dkozusko@federatedinv.com | lduessel@federatedinv.com | tdelserone@federatedinv.com |
| dmeissner@federatedinv.com | loconnell@federatedinv.com | teddinger@federatedinv.com |
| dperis@federatedinv.com | ltill@federatedinv.com | tgannon@federatedinv.com |
| dshoup@federatedinv.com | lvila@federatedinv.com | tgoodger@federatedinv.com |
| dsoccar@federatedinv.com | mambrose@federatedinv.com | tlusk@federatedinv.com |
| dstartari@federatedinv.com | mbrewster@federatedinv.com | tmadden@federatedinv.com |
| efolan@federatedinv.com | mbruce@federatedinv.com | tmitchell@federatedinv.com |
| egraham@federatedinv.com | mdisalvio@federatedinv.com | tsangalli@federatedinv.com |
| eklosky@federatedinv.com | mdurbiano@federatedinv.com | tscherr@federatedinv.com |
| elee@federatedinv.com | mhalperin@federatedinv.com | wbean@federatedinv.com |
| elee2@federatedinv.com | mmitsui@federatedinv.com | wlist@federatedinv.com |
| fzheng@federatedinv.com | mpavuk@federatedinv.com | xsi@federatedinv.com |
| ghardwick@federatedinv.com | mporada@federatedinv.com | yxu@federatedinv.com |
| gneavin@federatedinv.com | mrayman@federatedinv.com | eacrowder@fedex.com |
| gpazzanese@federatedinv.com | mtesla@federatedinv.com | jdhartney@fedex.com |
| gpurinton@federatedinv.com | mtolbert@federatedinv.com | jeffrey.smith@fedex.com |
| gwright@federatedinv.com | mtucker@federatedinv.com | mickey.foster@fedex.com |
| hharris@federatedinv.com | mwible@federatedinv.com | sdhughes@fedex.com |
| hmchan@federatedinv.com | naversa@federatedinv.com | andrew.wang@fenb-us.com |
| ileiser@federatedinv.com | nkehm@federatedinv.com | carol.lee@fenb-us.com |
| isalib@federatedinv.com | nmetz@federatedinv.com | john.mangold@fenb-us.com |
| jbalestrino@federatedinv.com | nnavari@federatedinv.com | tammy.chiao@fenb-us.com |
| jbreslin@federatedinv.com | ntripodes@federatedinv.com | vincy.yu@fenb-us.com |
| jchelmu@federatedinv.com | pbenacci@federatedinv.com | ageisser@fenway partners.com |
| jcrea@federatedinv.com | pheagy@federatedinv.com | ichikura@feo.fuji-ric.co.jp |
| jdevito@federatedinv.com | porlando@federatedinv.com | uehara@feo.fuji-ric.co.jp |
| jgentry@federatedinv.com | pvalle@federatedinv.com | bond@fergwell.com |
| jgordon@federatedinv.com | pwilhelm@federatedinv.com | flexer@fergwell.com |
| jgrant@federatedinv.com | rbauer@federatedinv.com | fovinci@fergwell.com |
| jhamilton@federatedinv.com | rchi@federatedinv.com | knebel@fergwell.com |

krys-rusoff@fergwell.com
norris@fergwell.com
anette.dyroff@feri.de
cord.hinrichs@feri.de
david.meyer@feri.de
delphine.gebauer@feri.de
dieter.merz@feri.de
dirk.schoeneich@feri.de
dirk.soehnholz@feri.de
holger.brauer@feri.de
ingo.klamroth@feri.de
jens.wetter@feri.de
knut.moreth@feri.de
marcus.kraft@feri.de
martin.duerr@feri.de
mathias.haffner@feri.de
mora.golding@feri.de
steffen.bender@feri.de
tobias.schmidt@feri.de
werner.goricki@feri.de
zeljko.tipuric@feri.de
federico.focardi@ferragamo.com
paolo.despirt@ferragamo.com
binglej@ferro.com
tahboubl@ferro.com
zuppoj@ferro.com
muller@fes.ch
dd@ff.com
divya.patel@ff.com
jason.huang@ff.com
joe.dedominicis@ff.cm
joe.dedominicis@ff.com
raymond.tan@ff.com
steve.mageras@ff.com
guenter.ferstl@ffandp.com
james.wigley@ffandp.com
klaus.bockstaller@ffandp.com
neil.honebon@ffandp.com
reinhard.ploder@ffandp.com
barbara.turcotte@ffbc-oh.com
doug.lefferson@ffbc-oh.com
frank.hall@ffbc-oh.com
larry.mulligan@ffbc-oh.com
teresa.moon@ffbc-oh.com
jcrowley@ffbonline.com
msexton@ffbonline.com
bwood@ffcnet.com
katie.modugno@fffc.com
marc.geredes@fffc.com
sbarnett@fffc.com
cdeberardinis@ffna.com
mmafrica@ffna.com
philippe.trainar@ffsa.fr
aakant@fftw.com
aasipenkava@fftw.com
abushehri@fftw.com
acraig@fftw.com
aeventon@fftw.com
ajoergensen@fftw.com
akrieckh@fftw.com

alloyd@fftw.com
awhitford@fftw.com
awoller@fftw.com
bkeller@fftw.com
breda@fftw.com
cdechillaz@fftw.com
cduffy@fftw.com
cfullinck@fftw.com
cjames@fftw.com
clu@fftw.com
cmiranda@fftw.com
cscholtes@fftw.com
cstacey@fftw.com
ctang@fftw.com
dhazell@fftw.com
dmarmon@fftw.com
dpletzer@fftw.com
dshapiro@fftw.com
dye@fftw.com
fjaccarino@fftw.com
fschulman@fftw.com
fsyed@fftw.com
gchan@fftw.com
goulven.drevillon@fftw.com
gskapin@fftw.com
gverveniotis@fftw.com
hleong@fftw.com
ikiefer@fftw.com
jcarey@fftw.com
jholmes@fftw.com
jkim@fftw.com
jlyman@fftw.com
jmorton@fftw.com
jolcay@fftw.com
jraymundo@fftw.com
jsong@fftw.com
jyiu@fftw.com
jzhao@fftw.com
kbarua@fftw.com
kchen@fftw.com
kgrimes@fftw.com
khourican@fftw.com
kkata@fftw.com
klind@fftw.com
kodonnell@fftw.com
kpiskorowski@fftw.com
krosenbloom@fftw.com
lahamed@fftw.com
lgianferrari@fftw.com
lschirf@fftw.com
lturkisher@fftw.com
mbielik@fftw.com
mgarcia@fftw.com
mhancock@fftw.com
mjorge@fftw.com
mkalman@fftw.com
mlacana@fftw.com
mliu@fftw.com
mmedina@fftw.com
mrogov@fftw.com

mrossi@fftw.com
msheehy@fftw.com
mslootsky@fftw.com
mvodola@fftw.com
mwyne@fftw.com
pbhudia@fftw.com
pgreco@fftw.com
pnavanandan@fftw.com
pwithers@fftw.com
qchen@fftw.com
rdalmau@fftw.com
rdesmond@fftw.com
rdiao@fftw.com
rudell@fftw.com
schang@fftw.com
sconstantine@fftw.com
sdaniel@fftw.com
sgoh@fftw.com
ssheeler@fftw.com
sstaeuber@fftw.com
sweinstein@fftw.com
tfaye@fftw.com
urickheeram@fftw.com
wcheung@fftw.com
yng@fftw.com
cwong@ffw.com
ahmed.gaffar@fgb.ae
ahsan.raza@fgb.ae
arun.pavithran@fgb.ae
ashu.khurana@fgb.ae
avinash.bathija@fgb.ae
banu.akbez@fgb.ae
bilal.hasanjee@fgb.ae
ganesh.nayak@fgb.ae
haroon.chaudhry@fgb.ae
hashbeer.ali@fgb.ae
imran.mirza@fgb.ae
issra.battash@fgb.ae
jassem.khan@fgb.ae
pawan.jhangiani@fgb.ae
prabir.mitrabarua@fgb.ae
rajendra.amin@fgb.ae
shahid.rasool@fgb.ae
spag@fgb.ae
tasdique.pasha@fgb.ae
walaa.riad@fgb.ae
alex.masri@fgic.com
allison.taylor@fgic.com
david.dowden@fgic.com
diane.westerback@fgic.com
elizabeth.menhenett@fgic.com
inga.smolyar@fgic.com
karen.hogan@fgic.com
robert.velins@fgic.com
scott.sprauer@fgic.com
sherwin.johnson@fgic.com
tracy.pridgen@fgic.com
udo.onwuachi@fgic.com
vasiliki.koutoupi@fgic.com
b2189@fglife.com.tw

| | | |
|---|---|---|
| awenstrand@fgnw.org | jbell@fhlbatl.com | john.boudreau@fhlbboston.com |
| grahamf@fhfb.gov | jclayton@fhlbatl.com | jonathan.beaulieu@fhlbboston.com |
| john.mcguire@fhhl.com | jeverson@fhlbatl.com | kai.strand@fhlbboston.com |
| pete.mackowiecki@fhhl.com | jgagen@fhlbatl.com | karen.allschwang@fhlbboston.com |
| achang@fhhlc.com | jserrato@fhlbatl.com | kevin.martin@fhlbboston.com |
| bstory@fhhlc.com | kbabar@fhlbatl.com | loughlin.cleary@fhlbboston.com |
| czorrilla@fhhlc.com | kmalmberg@fhlbatl.com | michael.wilson@fhlbboston.com |
| gdowell@fhhlc.com | kphillips@fhlbatl.com | paul.peduto@fhlbboston.com |
| jmherman@fhhlc.com | kwilcox@fhlbatl.com | rizwanul.huda@fhlbboston.com |
| jmontgom@fhhlc.com | kwyckoff@fhlbatl.com | russell.blake@fhlbboston.com |
| mporter@fhhlc.com | lchapple@fhlbatl.com | shirley.seraphin@fhlbboston.com |
| mrogers@fhhlc.com | ldouglass@fhlbatl.com | stephen.mchugh@fhlbboston.com |
| pjsciandra@fhhlc.com | ldowd@fhlbatl.com | stephen.osowiecki@fhlbboston.com |
| plciri@fhhlc.com | lmartin@fhlbatl.com | yan.sun@fhlbboston.com |
| spierson@fhhlc.com | lpita@fhlbatl.com | ademetis@fhlbc.com |
| tmccoy@fhhlc.com | lshaffer@fhlbatl.com | aedmunds@fhlbc.com |
| wphillips@fhhlc.com | lward@fhlbatl.com | atripathy@fhlbc.com |
| anila.hoxha@fhlb.com | lwilliams@fhlbatl.com | avandermerwe@fhlbc.com |
| bud.gill@fhlb.com | mdecarvalho@fhlbatl.com | basare@fhlbc.com |
| chandra.quaite@fhlb.com | mjaski@fhlbatl.com | bgee@fhlbc.com |
| cindy@fhlb.com | mkarageanes@fhlbatl.com | bsteere@fhlbc.com |
| dan.cavender@fhlb.com | mkotzan@fhlbatl.com | btjahjono@fhlbc.com |
| david.hazard@fhlb.com | mlozano@fhlbatl.com | cbrandt@fhlbc.com |
| gary.olsen@fhlb.com | msimpson@fhlbatl.com | cchagnon@fhlbc.com |
| jennifer.gao@fhlb.com | pbertucelli@fhlbatl.com | cchang@fhlbc.com |
| justin.shead@fhlb.com | pjha@fhlbatl.com | cdimitrak@fhlbc.com |
| maria.coronado@fhlb.com | rdurso@fhlbatl.com | cgiam@fhlbc.com |
| mark.wert@fhlb.com | rgonzalez@fhlbatl.com | cjaw@fhlbc.com |
| michael.sims@fhlb.com | rwacker@fhlbatl.com | cmilne@fhlbc.com |
| mike.klepikow@fhlb.com | sbiehle@fhlbatl.com | cshi@fhlbc.com |
| ryan.welch@fhlb.com | sbrennan@fhlbatl.com | ctebo@fhlbc.com |
| steven.johnson@fhlb.com | skee@fhlbatl.com | cwashington@fhlbc.com |
| stuart.boyle@fhlb.com | snorth@fhlbatl.com | dashe@fhlbc.com |
| agrimes@fhlbatl.com | swalters@fhlbatl.com | dneish@fhlbc.com |
| akeeshajarrett@fhlbatl.com | swatson@fhlbatl.com | dnewburg@fhlbc.com |
| alang@fhlbatl.com | tdugan@fhlbatl.com | dsterling@fhlbc.com |
| amills@fhlbatl.com | tgrier@fhlbatl.com | dzhang@fhlbc.com |
| bregan@fhlbatl.com | tjmillard@fhlbatl.com | ehass@fhlbc.com |
| bschwartz@fhlbatl.com | tmccauley@fhlbatl.com | ejankowski@fhlbc.com |
| bsommerville@fhlbatl.com | tmiller@fhlbatl.com | evulgaris@fhlbc.com |
| cainsworth@fhlbatl.com | tsensing@fhlbatl.com | fzanini@fhlbc.com |
| cclark@fhlbatl.com | weversley@fhlbatl.com | gcruz@fhlbc.com |
| ccleare@fhlbatl.com | wmcmullan@fhlbatl.com | gfleming@fhlbc.com |
| cgatewood@fhlbatl.com | alexzander.downs@fhlbboston.com | gmcferrin@fhlbc.com |
| cjacobs@fhlbatl.com | beth.nadeau@fhlbboston.com | gpickett@fhlbc.com |
| cmcentee@fhlbatl.com | bill.evans@fhlbboston.com | hchang@fhlbc.com |
| cphifer@fhlbatl.com | brandon.fong@fhlbboston.com | hfeng@fhlbc.com |
| dbegley@fhlbatl.com | daniel.devine@fhlbboston.com | iradmilo@fhlbc.com |
| dbennett@fhlbatl.com | daniel.redmond@fhlbboston.com | jbenson@fhlbc.com |
| deckardt@fhlbatl.com | david.birkins@fhlbboston.com | jcanty@fhlbc.com |
| dlarusse@fhlbatl.com | david.johnson@fhlbboston.com | jcave@fhlbc.com |
| dreichert@fhlbatl.com | deriv_collateral@fhlbboston.com | jdoucas@fhlbc.com |
| dyoung@fhlbatl.com | elisa.rindini@fhlbboston.com | jgreer@fhlbc.com |
| ewimbush@fhlbatl.com | florence.chin@fhlbboston.com | jgriffin@fhlbc.com |
| gglass@fhlbatl.com | george.collins@fhlbboston.com | jhutchinson@fhlbc.com |
| gpalmer@fhlbatl.com | james.canney@fhlbboston.com | jjones@fhlbc.com |
| hfoster@fhlbatl.com | james_cataldo@fhlbboston.com | jninni@fhlbc.com |
| hkazazian@fhlbatl.com | jbaity@fhlbboston.com | jpan@fhlbc.com |
| iwright@fhlbatl.com | jennifer.ahn@fhlbboston.com | jpotter@fhlbc.com |
| javery@fhlbatl.com | jim.hayes@fhlbboston.com | jrichter@fhlbc.com |

| | | |
|---|---|---|
| jthornton@fhlbc.com | kuhnsam@fhlbcin.com | bott@fhlbi.com |
| jthorton@fhlbc.com | kuntzdm@fhlbcin.com | bprice@fhlbi.com |
| jweaver@fhlbc.com | robinsonsc@fhlbcin.com | ckonich@fhlbi.com |
| jzurovchak@fhlbc.com | sanjayab@fhlbcin.com | clitzsinger@fhlbi.com |
| kbaker@fhlbc.com | spunagules@fhlbcin.com | fchogadb@fhlbi.com |
| khacker@fhlbc.com | wolfmh@fhlbcin.com | jbundy@fhlbi.com |
| kjordan@fhlbc.com | adasgupta@fhlbdm.com | jforrest@fhlbi.com |
| kjunious@fhlbc.com | avaidyan@fhlbdm.com | jgriffin@fhlbi.com |
| kkabani@fhlbc.com | azhou@fhlbdm.com | jkruger@fhlbi.com |
| kmadhavan@fhlbc.com | bdsani@fhlbdm.com | jslipher@fhlbi.com |
| kwong@fhlbc.com | bhuff@fhlbdm.com | kcolville@fhlbi.com |
| lcong@fhlbc.com | bxu@fhlbdm.com | ldicioccio@fhlbi.com |
| ljones@fhlbc.com | cgao@fhlbdm.com | mcarlock@fhlbi.com |
| mdesmarais@fhlbc.com | chuang@fhlbdm.com | msinger@fhlbi.com |
| mericson@fhlbc.com | cmagee@fhlbdm.com | pduncan@fhlbi.com |
| mgriffin@fhlbc.com | dlaird@fhlbdm.com | rgruwell@fhlbi.com |
| mjonson@fhlbc.com | dmartel@fhlbdm.com | rhovermale@fhlbi.com |
| mmessinger@fhlbc.com | dmoore@fhlbdm.com | smohandas@fhlbi.com |
| mmoore@fhlbc.com | dnorton@fhlbdm.com | spoynter@fhlbi.com |
| mpearson@fhlbc.com | echatman@fhlbdm.com | tbutler@fhlbi.com |
| mraaberg@fhlbc.com | elorenzen@fhlbdm.com | wanderson@fhlbi.com |
| mrzepecki@fhlbc.com | emcgreen@fhlbdm.com | wslover@fhlbi.com |
| mthomas@fhlbc.xom | gcrowley@fhlbdm.com | craig.reynolds@fhlbny.com |
| ndibenedetto@fhlbc.com | gwebb@fhlbdm.com | dana.waglione@fhlbny.com |
| pbarker@fhlbc.com | hwang@fhlbdm.com | dechu.muthana@fhlbny.com |
| pchristensen@fhlbc.com | jadamo@fhlbdm.com | diahann.rothstein@fhlbny.com |
| pmiller@fhlbc.com | jbarfels@fhlbdm.com | edelen@fhlbny.com |
| pquinn@fhlbc.com | jblevins@fhlbdm.com | hasan@fhlbny.com |
| rbielsker@fhlbc.com | jdooley@fhlbdm.com | janakinath.rao@fhlbny.com |
| rcornejo@fhlbc.com | jmarren@fhlbdm.com | louis.solimine@fhlbny.com |
| rross@fhlbc.com | jmurray@fhlbdm.com | marco.caban@fhlbny.com |
| rventura@fhlbc.com | jstephens@fhlbdm.com | michael.calamia@fhlbny.com |
| sbhasin@fhlbc.com | jvanryswyk@fhlbdm.com | michael.english@fhlbny.com |
| shunter@fhlbc.com | jyokiel@fhlbdm.com | minervastevens@fhlbny.com |
| smosshamer@fhlbc.com | khaugen@fhlbdm.com | philip.scott@fhlbny.com |
| smosshammer@fhlbc.com | lzhou@fhlbdm.com | susan.isquith@fhlbny.com |
| spatrick@fhlbc.com | malemi@fhlbdm.com | william.goykman@fhlbny.com |
| squiller@fhlbc.com | mdeng@fhlbdm.com | besozzi@fhlb-of.com |
| srosenmayer@fhlbc.com | mdougherty@fhlbdm.com | bridge@fhlb-of.com |
| sstewart@fhlbc.com | msjohnson@fhlbdm.com | castillo@fhlb-of.com |
| svernal@fhlbc.com | nparnell@fhlbdm.com | chui@fhlb-of.com |
| tdrew@fhlbc.com | pgalloway@fhlbdm.com | cohen@fhlb-of.com |
| tjiang@fhlbc.com | phentges@fhlbdm.com | cousins@fhlb-of.com |
| tleturno@fhlbc.com | pholt@fhlbdm.com | foster@fhlb-of.com |
| tself@fhlbc.com | pmolony@fhlbdm.com | giambi@fhlb-of.com |
| tstoops@fhlbc.com | pread@fhlbdm.com | goubeaux@fhlb-of.com |
| wmiller@fhlbc.com | ptiwari@fhlbdm.com | gross@fhlb-of.com |
| xwang@fhlbc.com | rnewkirk@fhlbdm.com | halsey@fhlb-of.com |
| yjia@fhlbc.com | rsoule@fhlbdm.com | hanson@fhlb-of.com |
| zdeen@fhlbc.com | scox@fhlbdm.com | hartley@fhlb-of.com |
| amanla@fhlbcin.com | segger@fhlbdm.com | hazen@fhlb-of.com |
| burnscm@fhlbcin.com | sjaeger@fhlbdm.com | jbarrett@fhlb-of.com |
| cossecl@fhlbcin.com | sknowles@fhlbdm.com | kelly@fhlb-of.com |
| damodareny@fhlbcin.com | sschneider@fhlbdm.com | messerly@fhlb-of.com |
| debrossardga@fhlbcin.com | svanzee@fhlbdm.com | petrine@fhlb-of.com |
| demarisdm@fhlbcin.com | vmandre@fhlbdm.com | ramsay@fhlb-of.com |
| dipillada@fhlbcin.com | xchen@fhlbdm.com | tetteh@fhlb-of.com |
| dolanjd@fhlbcin.com | xma@fhlbdm.com | thillairajah@fhlb-of.com |
| hattowse@fhlbcin.com | xzhu@fhlbdm.com | waters@fhlb-of.com |
| hendricksontl@fhlbcin.com | alorber@fhlbi.com | weinstock@fhlb-of.com |

| | | |
|---|---|---|
| woods@fhlb-of.com | michael.w.welton@fhlb-pgh.com | ljones@fhlbsea.com |
| alison.meads@fhlb-pgh.com | msolomon@fhlb-pgh.com | marke@fhlbsea.com |
| ariel.kuperminc@fhlb-pgh.com | mstemmler@fhlb-pgh.com | mhoffm@fhlbsea.com |
| bonnie.hogue@fhlb-pgh.com | nicholas.thompson@fhlb-pgh.com | nlecor@fhlbsea.com |
| brett.rapp@fhlb-pgh.com | nisha.puthur@fhlb-pgh.com | pacitas@fhlbsea.com |
| brian.tofil@fhlb-pgh.com | patricia.m.kocsis@fhlb-pgh.com | patricec@fhlbsea.com |
| carrie.a.rayman@fhlb-pgh.com | paul.dimmick@fhlb-pgh.com | phillipm@fhlbsea.com |
| catherine.m.hewlett@fhlb-pgh.com | peter.a.rubinsky@fhlb-pgh.com | sherrys@fhlbsea.com |
| cathy.perdeus@fhlb-pgh.com | peter.shell@fhlb-pgh.com | thall@fhlbsea.com |
| chris.kostolansky@fhlb-pgh.com | raja@fhlb-pgh.com | tristanm@fhlbsea.com |
| cmcwhirter@fhlb-pgh.com | renee.pfender@fhlb-pgh.com | vincentb@fhlbsea.com |
| craig.bleiweis@fhlb-pgh.com | richard.machin@fhlb-pgh.com | amioo@fhlbsf.com |
| cshaw@fhlb-pgh.com | robert.h.trudeau@fhlb-pgh.com | anspachm@fhlbsf.com |
| cynthia.hartmann@fhlb-pgh.com | robert.merenick@fhlb-pgh.com | billaha@fhlbsf.com |
| dan.christiana@fhlb-pgh.com | robert.s.kovach@fhlb-pgh.com | cabrale@fhlbsf.com |
| david.e.jones@fhlb-pgh.com | robert.steiner@fhlb-pgh.com | carrollj@fhlbsf.com |
| david.p.bauer@fhlb-pgh.com | serguei.son@fhlb-pgh.com | changf@fhlbsf.com |
| dawna.m.heinauer@fhlb-pgh.com | shawnda.r.jones@fhlb-pgh.com | chenga@fhlbsf.com |
| deborah.l.stevenson@fhlb-pgh.com | skip.shelly@fhlb-pgh.com | cibulls@fhlbsf.com |
| donald.kenst@fhlb-pgh.com | susan.powell@fhlb-pgh.com | coopers@fhlbsf.com |
| elena.josephson@fhlb-pgh.com | tao.peng@fhlb-pgh.com | costanzj@fhlbsf.com |
| elizabeth.cates@fhlb-pgh.com | terry.kung@fhlb-pgh.com | davisj@fhlbsf.com |
| eric.f.dickerson@fhlb-pgh.com | tgray@fhlb-pgh.com | dean-evansr@fhlbsf.com |
| eric.m.slomer@fhlb-pgh.com | tom.westerlund@fhlb-pgh.com | delevaur@fhlbsf.com |
| g.robert.jorgenson@fhlb-pgh.com | tsung-ying.yang@fhlb-pgh.com | faleman@fhlbsf.com |
| gavin.rapp@fhlb-pgh.com | vincent.d.moye@fhlb-pgh.com | guimbell@fhlbsf.com |
| isabella.l.corso@fhlb-pgh.com | william.g.batz@fhlb-pgh.com | heinzk@fhlbsf.com |
| jack.f.ogrady@fhlb-pgh.com | william.list@fhlb-pgh.com | hennessm@fhlbsf.com |
| jack.o'grady@fhlb-pgh.com | william.yurkovich@fhlb-pgh.com | hillg@fhlbsf.com |
| jacquafondata@fhlb-pgh.com | bretong@fhlbsea.com | hladickj@fhlbsf.com |
| jeff.acquafondata@fhlb-pgh.com | brettm@fhlbsea.com | hondas@fhlbsf.com |
| jeffrey.sapp@fhlb-pgh.com | charlese@fhlbsea.com | khatria@fhlbsf.com |
| jennifer.haskins@fhlb-pgh.com | dalej@fhlbsea.com | kibrickj@fhlbsf.com |
| jennifer.r.beighley@fhlb-pgh.com | dang@fhlbsea.com | kubotaj@fhlbsf.com |
| john.foff@fhlb-pgh.com | davidk@fhlbsea.com | locsins@fhlbsf.com |
| john.murphy@fhlb-pgh.com | dbarcl@fhlbsea.com | maierm@fhlbsf.com |
| john.p.borchert@fhlb-pgh.com | debrad@fhlbsea.com | mccarthr@fhlbsf.com |
| joseph.schwaba@fhlb-pgh.com | dliu@fhlbsea.com | millerk@fhlbsf.com |
| kevin.larkin@fhlb-pgh.com | dmerre@fhlbsea.com | miyamotog@fhlbsf.com |
| laraine.a.barabas@fhlb-pgh.com | donh@fhlbsea.com | mortonl@fhlbsf.com |
| lawrence.a.swingle@fhlb-pgh.com | dschli@fhlbsea.com | murphyd@fhlbsf.com |
| leigh.a.dunhoff@fhlb-pgh.com | edf@fhlbsea.com | northc@fhlbsf.com |
| linda.lacey.jones@fhlb-pgh.com | elizabethr@fhlbsea.com | rothm@fhlbsf.com |
| linda.pratt@fhlb-pgh.com | erickr@fhlbsea.com | ruscittt@fhlbsf.com |
| lisa.m.kasiorek@fhlb-pgh.com | fwong@fhlbsea.com | shenh@fhlbsf.com |
| lynn.macecevic@fhlb-pgh.com | gregt@fhlbsea.com | sojkai@fhlbsf.com |
| lynne.jesko@fhlb-pgh.com | gsimicek@fhlbsea.com | traynors@fhlbsf.com |
| margaret.kurzeja@fhlb-pgh.com | jacobb@fhlbsea.com | wagners@fhlbsf.com |
| margaret.pauli@fhlb-pgh.com | jamesh@fhlbsea.com | wanga@fhlbsf.com |
| marianne.kearney@fhlb-pgh.com | jimm@fhlbsea.com | wangj@fhlbsf.com |
| mark.blasinsky@fhlb-pgh.com | jimz@fhlbsea.com | wug@fhlbsf.com |
| marshal.s.auron@fhlb-pgh.com | jkeller@fhlbsea.com | yuc@fhlbsf.com |
| marxe@fhlb-pgh.com | joela@fhlbsea.com | yuer@fhlbsf.com |
| mary.beth.styslinger@fhlb-pgh.com | johnb@fhlbsea.com | andy.jetter@fhlbtopeka.com |
| mary.kay.girimonti@fhlb-pgh.com | johnbi@fhlbsea.com | brad.gentry@fhlbtopeka.com |
| maureen.a.hils@fhlb-pgh.com | jpark@fhlbsea.com | cathy.jorgensen@fhlbtopeka.com |
| melissa.reola@fhlb-pgh.com | kennethp@fhlbsea.com | dan.hess@fhlbtopeka.com |
| melissa.tritinger@fhlb-pgh.com | kmcdaniel@fhlbsea.com | david.harris@fhlbtopeka.com |
| michael.a.whitehouse@fhlb-pgh.com | kofie@fhlbsea.com | dfrance@fhlbtopeka.com |
| michael.aimino@fhlb-pgh.com | leonardr@fhlbsea.com | don.cushing@fhlbtopeka.com |

frank.tiernan@fhlbtopeka.com
greg.mclaren@fhlbtopeka.com
jayme.burdiek@fhlbtopeka.com
jeff.hairston@fhlbtopeka.com
jeff.ogle@fhlbtopeka.com
kelly.malone@fhlbtopeka.com
mark.mclelland@fhlbtopeka.com
mark.woita@fhlbtopeka.com
mark.yardley@fhlbtopeka.com
matt.boatwright@fhlbtopeka.com
michael.surface@fhlbtopeka.com
michael.waggoner@fhlbtopeka.com
randy.stafford@fhlbtopeka.com
suzan.saville@fhlbtopeka.com
terry.wright@fhlbtopeka.com
william.osborn@fhlbtopeka.com
sldfjaosihge@fhoeh.com
exhow@fhwn.com
mwalton@fhwn.com
atsunori.iwata@fi.fukoku-life.co.jp
chiyuki.takamatsu@fi.fukoku-life.co.jp
hiroaki.hayashi@fi.fukoku-life.co.jp
ichirou.iy.yamada@fi.fukoku-life.co.jp
jun.morita@fi.fukoku-life.co.jp
kazuma.kawasaki@fi.fukoku-life.co.jp
ken.kashiwabara@fi.fukoku-life.co.jp
kenji.hirai@fi.fukoku-life.co.jp
kenya.fujita@fi.fukoku-life.co.jp
kunihiro.tani@fi.fukoku-life.co.jp
naoki.yamamoto@fi.fukoku-life.co.jp
naoyuki.torii@fi.fukoku-life.co.jp
satoshi.okumoto@fi.fukoku-life.co.jp
seiichi.nozaki@fi.fukoku-life.co.jp
shingo.narue@fi.fukoku-life.co.jp
takahiro.igarashi@fi.fukoku-life.co.jp
takeshi.katou@fi.fukoku-life.co.jp
toshiki.kakegawa@fi.fukoku-life.co.jp
yuuji.wakabayashi@fi.fukoku-life.co.jp
yuuki.sakurai@fi.fukoku-life.co.jp
yuusuke.onodera@fi.fukoku-life.co.jp
ernesto.musumeci@fiamm.com
geoffrey.may@fiamm.com
giannello.lupidi@fiamm.com
mike.dunckley@fiamm.com
robert.lightfoot@fiamm.com
salvatore.torrisi@fiamm.com
rkernaghan@fiatcorp.co.uk
rmowbray@fiatcorp.co.uk
caterina.fasano@geva.fiatgroup.com
enrico.zecchini@geva.fiatgroup.com
ferruccio.arvedi@geva.fiatgroup.com
gianluca.gianfaldoni@geva.fiatgroup.com
giovanni.somajni@geva.fiatgroup.com
luca.giangualano@geva.fiatgroup.com
luca.marabottini@fiatgroup.com
luigi.gubitosi@fiatgroup.com
marco.casalino@geva.fiatgroup.com
massimo.fillia@geva.fiatgroup.com
matteo.queirolo@geva.fiatgroup.com
paola.fasoli@geva.fiatgroup.com

cmcgarvin@fib.com
cpearson@fib.com
egarding@fib.com
ljohns@fib.com
rrandolph@fib.com
aduran@fibanc.es
asgomez@fibanc.es
caroberts@fibanc.es
driera@fibanc.es
eyepes@fibanc.es
fgalindo@fibanc.es
fgarciag@fibanc.es
jjofre@fibanc.es
jlmontesin@fibanc.es
jsala@fibanc.es
lpujol@fibanc.es
msalud@fibanc.es
pmoratona@fibanc.es
ralfonso@fibanc.es
spallerola@fibanc.es
aisenberg.s@fibi.co.il
ariet@fibi.co.il
bonofiel.l@fibi.co.il
drors@fibi.co.il
feldboy.g@fibi.co.il
fibifxit@fibi.co.il
isenberg.i@fibi.co.il
knafo.h@fibi.co.il
liani.y@fibi.co.il
madmony.m@fibi.co.il
mahalu.r@fibi.co.il
nissani.n@fibi.co.il
ogdan.l@fibi.co.il
oren.g@fibi.co.il
rabinovitz.a@fibi.co.il
shakoory.e@fibi.co.il
sharon.t@fibi.co.il
siminovichy.y@fibi.co.il
tobul.g@fibi.co.il
zeevg@fibi.co.il
avi.avidan@fibimail.co.il
david.azulay@fibimail.co.il
david.kantozi@fibimail.co.il
dror.sachs@fibimail.co.il
fibideal@fibimail.co.il
fibigml@fibimail.co.il
fibiilan@fibimail.co.il
gilles.touboul@fibimail.co.il
herve.knafo@fibimail.co.il
liraz.refaely@fibimail.co.il
micha.knopf@fibimail.co.il
raphael.amanou@fibimail.co.il
ronem.yaffe@fibimail.co.il
sandra.partouche@fibimail.co.il
shuki.hay@fibimail.co.il
simon.fink@fibimail.co.il
therkil.petersen@fibimail.co.il
sienna@fibonaccillc.com
aashish.jain@fidelity.co.in
abhishek.ind.sharma@fidelity.co.in

alex.s.veys@fidelity.com
allen.mathurin@fidelity.com
andrei.gorodilov@fidelity.com
andrew.falco@fidelity.com
beatrice.rodriguez@fidelity.com
bryan.gauvin@fidelity.com
brysson.curtis@fidelity.com
bvr@fidelity.com
cesar.e.hernandez@fidelity.com
christopher.heavey@fidelity.com
chuck.myers@fidelity.com
colin.chickles@fidelity.com
david.bertin@fidelity.com
david.canning@fidelity.com
david.leveridge@fidelity.com
david.meade@fidelity.com
derek.penn@fidelity.com
dierk.brandenburg@fidelity.com
dipanjana.gupta@fidelity.co.in
dmitry.lin@fidelity.com
edward.gk.cheung@fidelity.com
fay.byles@fidelity.com
fi.brokerresearch@fidelity.com
gavin.boyd@fidelity.com
gerald.classey@fidelity.com
gill.davison@fidelity.com
graeme.kite@fidelity.com
greg.pappas@fidelity.com
himanshu.parmar@fidelity.co.in
ian.fishwick@fidelity.com
ian.spreadbury@fidelity.com
indexresearch@fidelity.com
james.parry@fidelity.com
jane.liou@fidelity.com
jennifer.mcauliffe@fidelity.com
jo-ann.sadleir@fidelity.com
john-daniel.laurence@fidelity.com
joseph.andrews@fidelity.com
keval.gudka@fidelity.com
kevin.abreu@fidelity.com
kevin.duggan@fidelity.com
kristian.atkinson@fidelity.com
louisa.harper@fidelity.com
marc.wait@fidelity.com
mark.plumtree@fidelity.com
michael.drake@fidelity.com
michele.davis@fidelity.com
mike.webb@fidelity.com
moya-anne.mccaskill@fidelity.com
naomi.haynes@fidelity.com
olivier.szwarcberg@fidelity.com
paul.karrlsson-willis@fidelity.com
paul.lavelle@fidelity.com
perry.chaifetz@fidelity.com
peter.khan@fidelity.com
phil.manning@fidelity.com
pratima.abichandani@fidelity.com
richard.spillane@fidelity.com
rick.patel@fidelity.com
sanjay.oberoi@fidelity.de

| | | |
|---|---|---|
| sarah.boardman@fidelity.com | frovida@fideuramsgr.it | angel.ortiz@uk.fid-intl.com |
| sarah.doughty@fidelity.com | gclemente@fideuramsgr.it | angus.bogle@uk.fid-intl.com |
| stephan.vonbismarck@fidelity.com | gdaros@fideuramsgr.it | ann.murray@uk.fid-intl.com |
| thomas.demarco@fidelity.com | gfolgori@fideuramsgr.it | anthony.bolton@uk.fid-intl.com |
| tim.hogan@fidelity.com | glacalce@fideuramsgr.it | april.eddington@uk.fid-intl.com |
| todd.davis@fidelity.com | glonero@fideuramsgr.it | aris.vatis@uk.fid-intl.com |
| ulrike.hasel@fidelity.de | gsacco@fideuramsgr.it | arnab.seal@uk.fid-intl.com |
| vijay.narayanan@fidelity.co.in | gzefi@fideuramsgr.it | aruna.karunathilake@uk.fid-intl.com |
| daniel.mcfetrich@fidelityinternational.com | ispinelli@fideuramsgr.it | ashish.swarup@uk.fid-intl.com |
| olivier.simon-vermot@fidelityinternational.com | koreto@fideuramsgr.it | ashley.howard@uk.fid-intl.com |
| tomrstevenson@fidelityinternational.com | lcrispoltoni@fideuramsgr.it | bartjan.vanhulten@uk.fid-intl.com |
| rsteinhauer@fidelitysavingsonline.com | ldegrada@fideuramsgr.it | belinda.ash@uk.fid-intl.com |
| atse@fideramireland.ie | ltavolari@fideuramsgr.it | belle.ho@uk.fid-intl.com |
| prampinelli@fideuram.fr | mfoglia@fideuramsgr.it | ben.paton@uk.fid-intl.com |
| abaibadino@fideuramcapital.it | mquagliotti@fideuramsgr.it | bertrand.puiffe@uk.fid-intl.com |
| cbellon@fideuramcapital.it | nbracco@fideuramsgr.it | brenda.reed@uk.fid-intl.com |
| ccastagnetti@fideuramcapital.it | ntrinca@fideuramsgr.it | brian.martin@uk.fid-intl.com |
| cgambino@fideuramcapital.it | pbussoli@fideuramsgr.it | bruno.hertz@uk.fid-intl.com |
| ebargossi@fideuramcapital.it | pcalati@fideuramsgr.it | carle.gregor@uk.fid-intl.com |
| fmarconi@fideuramcapital.it | ppardini@fideuramsgr.it | carol.vahey@uk.fid-intl.com |
| gzuffi@fideuramcapital.it | rroncari@fideuramsgr.it | caroline.beaton@uk.fid-intl.com |
| idellamorte@fideuramcapital.it | tcorcos@fideuramsgr.it | caroline.jarvis@uk.fid-intl.com |
| ievola@fideuramcapital.it | a424296@uk.fid-intl.com | caroline.mackenzie@uk.fid-intl.com |
| lrustea@fideuramcapital.it | abi.olapade@uk.fid-intl.com | catherine.ashley@uk.fid-intl.com |
| mbellucci@fideuramcapital.it | achim.gloger@uk.fid-intl.com | cathy.fewster@uk.fid-intl.com |
| mpifferi@fideuramcapital.it | adam.klus@uk.fid-intl.com | cathy.gallagher@uk.fid-intl.com |
| mrospetti@fideuramcapital.it | aditya.khowala@uk.fid-intl.com | cedric.de.la.chaise@uk.fid-intl.com |
| pbaldessari@fideuramcapital.it | aditya.shivram@uk.fid-intl.com | charles.payne@uk.fid-intl.com |
| spenatti@fideuramcapital.it | adrian.brass@uk.fid-intl.com | charles.thurley@uk.fid-intl.com |
| bagella@fideuramgestions.lu | adrian.west@uk.fid-intl.com | chris.donnellan@uk.fid-intl.com |
| dgu@fideuramgestions.lu | adrien.de.susanne@uk.fid-intl.com | chris.fugg@uk.fid-intl.com |
| dm@fideuramgestions.lu | aileen.fahy@uk.fid-intl.com | chris.hill@uk.fid-intl.com |
| iacopini@fideuramgestions.lu | aino.levonmaa@uk.fid-intl.com | chris.sugg@uk.fid-intl.com |
| mao@fideuramgestions.lu | alberto.chiandetti@uk.fid-intl.com | christian.vonengelbrechten@uk.fid-intl.com |
| mp@fideuramgestions.lu | alex.duffy@uk.fid-intl.com | christopher.chalk@uk.fid-intl.com |
| apuccini@fideuramireland.ie | alex.grant@uk.fid-intl.com | christopher.kingsman@uk.fid-intl.com |
| cconnolly@fideuramireland.ie | alex.homan@uk.fid-intl.com | christopher.moore@uk.fid-intl.com |
| cgrigatti@fideuramireland.ie | alex.johnson@uk.fid-intl.com | christopher.newson@uk.fid-intl.com |
| fmarconi@fideuramireland.ie | alex.tarver@uk.fid-intl.com | claire.mcguckin@uk.fid-intl.com |
| gcastelli@fideuramireland.ie | alexander.scurlock@uk.fid-intl.com | clare.hughes@uk.fid-intl.com |
| gdaros@fideuramireland.ie | alexander.wright@uk.fid-intl.com | clare.jenner@uk.fid-intl.com |
| mcattaneo@fideuramireland.ie | alexandra.hartmann@uk.fid-intl.com | clare.moore@uk.fid-intl.com |
| mgrassi@fideuramireland.ie | alla.goudzinskaya@uk.fid-intl.com | clive.wiggins@uk.fid-intl.com |
| mquarti@fideuramireland.ie | allan.pelvang@uk.fid-intl.com | colin.stone@uk.fid-intl.com |
| msimpson@fideuramireland.ie | amehra.arun@uk.fid-intl.com | cyrus.jehangir@uk.fid-intl.com |
| pdileo@fideuramireland.ie | amit.lodha@uk.fid-intl.com | dan.o'donnell@uk.fid-intl.com |
| rmalone@fideuramireland.ie | amit.maskara@uk.fid-intl.com | daniel.roberts@uk.fid-intl.com |
| schmil@fideuramireland.ie | anas.chakra@uk.fid-intl.com | darren.startup@uk.fid-intl.com |
| scraig@fideuramireland.ie | andrea.peck@uk.fid-intl.com | david.cox.uk@uk.fid-intl.com |
| sdebont@fideuramireland.ie | andrei.gordoliov@uk.fid-intl.com | david.simner@uk.fid-intl.com |
| afabbri@fideuramsgr.it | andrew.greetham@uk.fid-intl.com | david.stewart@uk.fid-intl.com |
| aprofeti@fideuramsgr.it | andrew.jenkins@uk.fid-intl.com | debbie.campbell@uk.fid-intl.com |
| bcicerchia@fideuramsgr.it | andrew.lewin@uk.fid-intl.com | debbie.linnegan@uk.fid-intl.com |
| csinatra@fideuramsgr.it | andrew.lindsay@uk.fid-intl.com | debra.rumble@uk.fid-intl.com |
| dpirillo@fideuramsgr.it | andrew.martin@uk.fid-intl.com | diana.render@bm.fid-intl.com |
| eboaretto@fideuramsgr.it | andrew.turner@uk.fid-intl.com | dionne.devere@uk.fid-intl.com |
| fdevita@fideuramsgr.it | andrew.weir@uk.fid-intl.com | dirk.philippa@uk.fid-intl.com |
| fhoogveld@fideuramsgr.it | andrey.ovchinnikov@uk.fid-intl.com | dmitry.solomakhin@uk.fid-intl.com |
| fpini@fideuramsgr.it | aneta.wynimko@uk.fid-intl.com | dominic.griffin@uk.fid-intl.com |
| fpozzi@fideuramsgr.it | angel.agudo@uk.fid-intl.com | donald.choy@uk.fid-intl.com |

duncan.squire@uk.fid-intl.com
edward.ross@uk.fid-intl.com
edward.simmonds@uk.fid-intl.com
edwin.leung@uk.fid-intl.com
edzard.alexandra@uk.fid-intl.com
elizabeth.webb@uk.fid-intl.com
ellie.cudmore@uk.fid-intl.com
eric.rovick@uk.fid-intl.com
erik.bergoo@uk.fid-intl.com
eugene.philalithis@uk.fid-intl.com
fabien.colussi@uk.fid-intl.com
fabio.riccelli@uk.fid-intl.com
fehim.sever@uk.fid-intl.com
felisa.dalorto@uk.fid-intl.com
fiona.davy@uk.fid-intl.com
firmino.morgado@uk.fid-intl.com
francesco.sedati@uk.fid-intl.com
fred_sykes@uk.fid-intl.com
frederic.gautier@uk.fid-intl.com
frederike.lyncker@uk.fid-intl.com
gareth.griffith@uk.fid-intl.com
geraldine.stewart@uk.fid-intl.com
gill.rodman@uk.fid-intl.com
glenn.bedwin@uk.fid-intl.com
graham.clapp@uk.fid-intl.com
greg.bennet@fid-intl.com
greg.konstantinidis@uk.fid-intl.com
heena.lakhani@uk.fid-intl.com
heidi.rauber@uk.fid-intl.com
heidi.sulin@uk.fid-intl.com
heiner.luz@uk.fid-intl.com
helen.millmore@uk.fid-intl.com
hendrik.pfaff@uk.fid-intl.com
henk-jan.rikkerink@uk.fid-intl.com
hilary.natoff@uk.fid-intl.com
ian.boyland@uk.fid-intl.com
ilario.dibon@uk.fid-intl.com
isabelle.mast@uk.fid-intl.com
isreal.solares-moya@uk.fid-intl.com
jack.graham@uk.fid-intl.com
jacquelyn.baker@uk.fid-intl.com
jacqui.megran@uk.fid-intl.com
james.griffin@uk.fid-intl.com
james.maun@uk.fid-intl.com
jan.salih@uk.fid-intl.com
jane.cosmas@uk.fid-intl.com
jane.heenan@uk.fid-intl.com
jane.o'brien@uk.fid-intl.com
janey.clarckson@uk.fid-intl.com
jasmina.koleva@uk.fid-intl.com
jason.channell@uk.fid-intl.com
jayne.kemble@uk.fid-intl.com
jeff.hochman@uk.fid-intl.com
jenni.bines@uk.fid-intl.com
jennifer.gubbins@uk.fid-intl.com
jennifer.smith@uk.fid-intl.com
jeremy.church@uk.fid-intl.com
jeremy.gagnon@uk.fid-intl.com
jo.edwards@uk.fid-intl.com
jo.hargreaves@uk.fid-intl.com

joanna.gridley@uk.fid-intl.com
joanne.smetham@uk.fid-intl.com
john.davy@uk.fid-intl.com
john.gregory@uk.fid-intl.com
john.redmond@uk.fid-intl.com
john.stavis@uk.fid-intl.com
jon.guinness@uk.fid-intl.com
jon.mitchell@uk.fid-intl.com
jonathan.ogier@uk.fid-intl.com
jonathan.relph@uk.fid-intl.com
jonathan.scriven@uk.fid-intl.com
jonathan.twine@uk.fid-intl.com
jonathan.winton@uk.fid-intl.com
jonathan_cobb@uk.fid-intl.com
jordana.marston@uk.fid-intl.com
jorg.hampel@uk.fid-intl.com
jorma.korhonen@uk.fid-intl.com
josephine.lenehan@uk.fid-intl.com
jossef.assis@uk.fid-intl.com
juan.landazabal@uk.fid-intl.com
julia.smith@uk.fid-intl.com
kamaljit.bansil@uk.fid-intl.com
karen.walters@uk.fid-intl.com
karoline.eichelberg@uk.fid-intl.com
katarzyna.kiladis@uk.fid-intl.com
kate.aylott@uk.fid-intl.com
katherine.collins@uk.fid-intl.com
katie.uk.roberts@uk.fid-intl.com
kavel.gudka@uk.fid-intl.com
keith.sutton@uk.fid-intl.com
kelli.elmer@uk.fid-intl.com
kelly.brennand@uk.fid-intl.com
kelly.haslem@uk.fid-intl.com
kerensa.beech@uk.fid-intl.com
kevin.hill@uk.fid-intl.com
kuldeep.koul@uk.fid-intl.com
kulvinder.mall@uk.fid-intl.com
kyri.costi@uk.fid-intl.com
lars.brorson@uk.fid-intl.com
laura.gotchova@uk.fid-intl.com
laura.moxon@uk.fid-intl.com
lawrence.barber@uk.fid-intl.com
leanne.hall@uk.fid-intl.com
lee.drane@uk.fid-intl.com
leyan.rowe@uk.fid-intl.com
lionel.rebibo@uk.fid-intl.com
lisa.cutts@uk.fid-intl.com
liudmila.gavrilova@uk.fid-intl.com
lora.gotcheva@uk.fid-intl.com
louise.davidson@uk.fid-intl.com
louise.lothian@uk.fid-intl.com
louise.morris@uk.fid-intl.com
lucy.mann@uk.fid-intl.com
lucy.neale@uk.fid-intl.com
maeve.carty@fid-intl.com
marco.giovanelli@uk.fid-intl.com
mario.frontini@uk.fid-intl.com
mark.becker@uk.fid-intl.com
mark.byron@uk.fid-intl.com
mark.hodges@uk.fid-intl.com

mark.hogg@fid-intl.com
mark.sedgwick@uk.fid-intl.com
mark.swales@uk.fid-intl.com
martin.hall.uk@uk.fid-intl.com
martina.keens-betts@uk.fid-intl.com
matt.jones@uk.fid-intl.com
matthew.richardson@uk.fid-intl.com
matthew.siddle@uk.fid-intl.com
melanie.dugard@uk.fid-intl.com
michael.clark@uk.fid-intl.com
michael.francz@uk.fid-intl.com
michael.gordon@uk.fid-intl.com
michael.hurn@uk.fid-intl.com
michael.j.dolan@uk.fid-intl.com
michael.reznikas@uk.fid-intl.com
michael.stokes@uk.fid-intl.com
name.surname@uk.fid-intl.com
naomi.kinyunyu@uk.fid-intl.com
nathan.strik@uk.fid-intl.com
neil.cable@uk.fid-intl.com
neil.madden@uk.fid-intl.com
niamh.whooley@uk.fid-intl.com
nicholas.price@uk.fid-intl.com
nick.thomas@uk.fid-intl.com
nicky.mccabe@uk.fid-intl.com
nicky.richards@uk.fid-intl.com
nicola.ingram@uk.fid-intl.com
nicola.stafford@uk.fid-intl.com
nicolas.bumann@uk.fid-intl.com
nicolas.woodcock@uk.fid-intl.com
nigel.kiernan@uk.fid-intl.com
nitin.bajaj@uk.fid-intl.com
nnena.nkongho@uk.fid-intl.com
notis.mitarachi@uk.fid-intl.com
olga.saburova@jp.fid-intl.com
olivier.ducloux@uk.fid-intl.com
panos.theofilopoulos@uk.fid-intl.com
parus.shah@uk.fid-intl.com
paul.sweeting@uk.fid-intl.com
paul.wood@uk.fid-intl.com
per.johansson@uk.fid-intl.com
peter.holland@uk.fid-intl.com
peter.holland@uk.fid-intl.com
phil.morse@uk.fid-intl.com
pilar.fernandez@uk.fid-intl.com
ping.own@uk.fid-intl.com
pushkar.jauhari@uk.fid-intl.com
rachel.fallows@uk.fid-intl.com
rachel.lambert@uk.fid-intl.com
rachel.mccormich@uk.fid-intl.com
raheel.altaf@uk.fid-intl.com
rahul.oberoi@uk.fid-intl.com
rema.abouelgibeen@uk.fid-intl.com
riccardo.curcio@uk.fid-intl.com
richard.skelt@uk.fid-intl.com
richard.tennant@uk.fid-intl.com
richard.thompson@uk.fid-intl.com
rita.grewal@uk.fid-intl.com
robert.uk.chapman@uk.fid-intl.com
roberta.piani@uk.fid-intl.com

| | | |
|---|---|---|
| ronald.port@uk.fid-intl.com | kpoehls@fiduciarymgt.com | rui.santinho@finantia.com |
| russell.champion@uk.fid-intl.com | mgoetzinger@fiduciarymgt.com | simao.oom@finantia.com |
| sacha.wright@uk.fid-intl.com | rhelf@fiduciarymgt.com | alessandro.frumento@finanzaefuturo.it |
| sally.walden@uk.fid-intl.com | suerydz@fiduciarymgt.com | caron@finatlas.com |
| sam.morse@uk.fid-intl.com | tkellner@fiduciarymgt.com | jmartinez@finatlas.com |
| sam.myhrman@uk.fid-intl.com | kwiggins@fiduciary-trust.com | alessandro.ganzit@fincantieri.it |
| samantha.bush@uk.fid-intl.com | highyield@fifl.com | claudio.carboni@fincantieri.it |
| sandra.crane@uk.fid-intl.com | anand.thyagarajan@fil.com | claudio.cisilino@fincantieri.it |
| sanjeev.shah@uk.fid-intl.com | david.m.allen@fil.com | claudio.romano@fincantieri.it |
| sara.bolduc@uk.fid-intl.com | gavin.boyle@fil.com | elisa.olivier@fincantieri.it |
| sarah.durham@uk.fid-intl.com | shloka.melwani@fil.com | fabrizio.palermo@fincantieri.it |
| sebastien.petit@uk.fid-intl.com | tama.willis@fil.com | fulvio.colonna@fincantieri.it |
| shabion.dill@fid-intl.com | ellen.eijking@fimgroup.com | giuseppe.dado@fincantieri.it |
| shan.wall-palmer@uk.fid-intl.com | jacqueline.flippin@fin.sccgov.org | massimo.d'alessandro@fincantieri.it |
| simon.fraser@uk.fid-intl.com | guenther.herndlhofer@fin4cast.com | massimo.nelci@fincantieri.it |
| simon.lambert@uk.fid-intl.com | bertrand.mausderolley@fina.be | pierfrancesco.ragni@fincantieri.it |
| simon.stewart@uk.fid-intl.com | jmoranier@finama-am.com | roberto.ceraudo@fincantieri.it |
| sotiris.boutsis@uk.fid-intl.com | mvanlang@finama-am.fy | tommaso.milanese@fincantieri.it |
| steffen.winnefeld@uk.fid-intl.com | ndiarra@finama-am.fy | anthony@findlaypark.com |
| steph.morti@fid-intl.com | phchainet@finama-am.fy | charles@findlaypark.com |
| stephen.fulford@uk.fid-intl.com | mlopez@finamex.com.mx | james@findlaypark.com |
| steven.higgins@uk.fid-intl.com | c.gautier@finance-concept.mc | will@findlaypark.com |
| steven.kirk@uk.fid-intl.com | j.loison@finance-concept.mc | lprinacerai@fin-echiquier.fr |
| steven.letch@uk.fid-intl.com | p.gautier@finance-concept.mc | a.foti@fineco.it |
| stuart.luck@uk.fid-intl.com | nicky.steele@financialandgeneral.com | d.pellizzari@fineco.it |
| stuart.williamson@uk.fid-intl.com | carlos.llorente@finanduero.es | d.pileri@fineco.it |
| sudipto.banerji@uk.fid-intl.com | aktan.acikgoz@finansbank.com.tr | e.rovelli@fineco.it |
| sunish.panchal@uk.fid-intl.com | arinc.yurtkuran@finansbank.com.tr | f.allevi@fineco.it |
| susan.sheridan@uk.fid-intl.com | asli.afsar@finansbank.com.tr | f.fierro@fineco.it |
| suzanne.becker@uk.fid-intl.com | buge@finansbank.ch | f.giavarra@fineco.it |
| sven.oestmann@uk.fid-intl.com | ela.onay@finansbank.com.tr | g.casoni@fineco.it |
| tal.eloya@uk.fid-intl.com | elgizh@finansbank.com.tr | g.denti@fineco.it |
| thierry.taglione@uk.fid-intl.com | emir.baruh@finansbank.com.tr | g.ferrari@fineco.it |
| thomas.ewing@uk.fid-intl.com | ferda.demir@finansbank.com.tr | l.magnaghi@fineco.it |
| thomas.fraenkel-thonet@uk.fid-intl.com | ilgen.ertug@finansbank.com.tr | l.massimo@fineco.it |
| tim.mccarron@uk.fid-intl.com | ipek.ersak@finansbank.com.tr | m.corba@fineco.it |
| timothy.foster@uk.fid-intl.com | john.fournier@finansbank.ch | n.figurelli@fineco.it |
| tom.sutcliffe@uk.fid-intl.com | koksal.coban@finansbank.com.tr | n.perez@fineco.it |
| tom.whyman@uk.fid-intl.com | meryem.simsek@finansbank.com.tr | p.digrazia@fineco.it |
| torsten.achtmann@uk.fid-intl.com | nuray.burnazoglu@finansbank.ch | v.fiocco@fineco.it |
| trelawny.williams@uk.fid-intl.com | nurpinar.caglar@finansbank.com.tr | a.perrotta@fineco-am.com |
| trevor.greetham@uk.fid-intl.com | omer.unveren@finansbank.com.tr | f.baranello@fineco-am.com |
| trevor.meeks@uk.fid-intl.com | safak.alptekin@finansbank.com.tr | mg.sonzogni@fineco-am.com |
| trygve.toraasen@uk.fid-intl.com | serdar.baykal@finansbank.com.tr | aesteves@finibanco.pt |
| tusif.arif@uk.fid-intl.com | sevtap.buldanlioglu@finansbank.com.tr | csotero@finibanco.pt |
| ushma.mulji@uk.fid-intl.com | t.c.beriker@finansbank.nl | ibrito@finibanco.pt |
| valmai.jones@uk.fid-intl.com | umut.utkan@finansbank.com.tr | lpalma@finibanco.pt |
| victoire.detrogoff@uk.fid-intl.com | zeki.aydemir@finansbank.com.tr | mlima@finibanco.pt |
| vijesh.patel@uk.fid-intl.com | csm@finansbanken.dk | pconde@finibanco.pt |
| vincent.durel@uk.fid-intl.com | ulrich.jespersen@finansbanken.dk | rgargant@finibanco.pt |
| yoann.belmere@uk.fid-intl.com | ana.justino@finantia.com | taly@finibanco.pt |
| yon-ho.chong@uk.fid-intl.com | andre.rendeiro@finantia.com | vramos@finibanco.pt |
| yulia.kovyliaeva@uk.fid-intl.com | eduardo.costa@finantia.com | cneveu.bdf@fininfo.fr |
| vadams@fido.com | fernando.salvado@finantia.com | a_perin@finint.it |
| aramer@fiduciarymgt.com | joana.gouveia@finantia.com | f_lorenzoni@finint.it |
| bburns@fiduciarymgt.com | luis.vasconcelos@finantia.com | bissember.anna@uk.fin-intl.com |
| chirsch@fiduciarymgt.com | miguel.guiomar@finantia.com | emma.pink@uk.fin-intl.com |
| dwilson@fiduciarymgt.com | nuno.torcato@finantia.com | nikki.kerridge@uk.fin-intl.com |
| engli@fiduciarymgt.com | pedro.benites@finantia.com | alberto.carletti@fininvest.it |
| jbrandser@fiduciarymgt.com | ricardo.caldeira@finantia.com | m.catalano@fininvest.it |

| | | |
|---|---|---|
| massimiliano.frank@fininvest.it | george.clapham@fipartners.com.au | i93047@mail.firstbank.com.tw |
| pasquale.cannatelli@fininvest.it | mark.nathan@fipartners.com.au | i93065@mail.firstbank.com.tw |
| edoardo.visconti@finlayam.com | martin.duncan@fipartners.com.au | i93086@mail.firstbank.com.tw |
| alberto.debenedictis@finmeccanica.it | neil.boyd-clark@fipartners.com.au | i93087@firstbank.com.tw |
| alessandro.pansa@finmeccanica.it | simon.twiss@fipartners.com.au | i93096@firstbank.com.tw |
| brunella.tocci@finmeccanica.it | theo.maas@fipartners.com.au | i93117@firstbank.com.tw |
| brunetti@finmeccanica.it | aspaan@firstambank.com | i93135@firstbank.com.tw |
| bruno.piano@finmeccanica.it | fnosal@firstambank.com | i93145@firstbank.com.tw |
| calabria@finmeccanica.it | lclark@firstambank.com | i94003@firstbank.com.tw |
| caldarulo@finmeccanica.it | kodonnell@first-american.com | i94033@mail.firstbank.com.tw |
| cantoni@finmeccanica.it | lfinch@first-american.com | i94080@firstbank.com.tw |
| dagostino@finmeccanica.it | beth.miller@firstamericanfunds.com | i94095@firstbank.com.tw |
| dibartolomeo@finmeccanica.it | brad.peters@firstar.com | i94111@firstbank.com.tw |
| fausto.lanfranco@finmeccanica.it | brian.clark@firstar.com | i94138@firstbank.com.tw |
| fjorent.rrushi@finmeccanica.com | bryan.bellisle@firstar.com | i94192@firstbank.com.tw |
| giancarlo.grasso@finmeccanica.it | carl.smith@firstar.com | i94194@firstbank.com.tw |
| giovanni.soccodato@finmeccanica.it | cheikh.faye@firstar.com | i94672@firstbank.com.tw |
| john.stewart@finmeccanica.it | david.a.bethke@firstar.com | i94734@firstbank.com.tw |
| liccardo@finmeccanica.it | elizabeth.w.vahlkamp@firstar.com | i94740@firstbank.com.tw |
| lorenzo.borgogni@finmeccanica.it | frank.leslie@firstar.com | i94741@firstbank.com.tw |
| milvio@finmeccanica.it | george.j.schupp@firstar.com | i94743@mail.firstbank.com.tw |
| niccolas.zalonis@finmeccanica.it | jason_hickey@firstar.com | i94756@firstbank.com.tw |
| paolo.salomone@finmeccanica.com | john.falb@firstar.com | i94772@firstbank.com.tw |
| pf.guarguaglini@finmeccanica.it | kathy.sias@firstar.com | i95064@firstbank.com.tw |
| raffaella.luglini@finmeccanica.it | kirk.a.porter@firstar.com | i96022@mail.firstbank.com.tw |
| rosania@finmeccanica.it | mike_orzechowski@firstar.com | i97015@firstbank.com.tw |
| simone.bemporad@finmeccanica.it | pauline.c.yurich@firstar.com | alan.udall@firstbankpr.com |
| spera@finmeccanica.it | rick.aneshansel@firstar.com | ariel.diaz@firstbankpr.com |
| testore@finmeccanica.it | shane.kitzan@firstar.com | bernardo.diaz@firstbankpr.com |
| veredice@finmeccanica.it | steven.d.jones@firstar.com | ivette.soto@firstbankpr.com |
| henrik.arle@finnair.fi | tom.mead@firstar.com | javier.rodriguez@firstbankpr.com |
| marjo.heinonen@finnair.fi | gpaillat@firstate.co.uk | rogelio.albarran@firstbankpr.com |
| mika.stirkkinen@finnair.fi | 191096@mail.firstbank.com.tw | rosa.sanchez@firstbankpr.com |
| c.balestra@finpromotion.ch | i59135@mail.firstbank.com.tw | victor.barreras@firstbankpr.com |
| c.giampaolo@finpromotion.ch | i62118@mail.firstbank.com.tw | cmezlas@firstbrands.com |
| g.caprotti@finpromotion.ch | i63200@mail.firstbank.com.tw | ddesantis@firstbrands.com |
| n.rezzonico@finpromotion.ch | i64145@mail.firstbank.com.tw | jflynn@firstbrands.com |
| jenny.rudd@finsbury.com | i69012@firstbank.com.tw | bwilson@firstcarolina.org |
| julius.duncan@finsbury.com | i70025@firstbank.com.tw | feisel@firstcarolina.org |
| penderp@finsbury.com | i75054@firstbank.com.tw | mbrown@firstcarolina.org |
| yoshitaka-tsurugi@fintec.co.jp | i79083@firstbank.com.tw | mrooks@firstcarolina.org |
| mgatti@fintecna.it | i79213@firstbank.com.tw | oata@firstcarolina.org |
| f.maspoli@finter.ch | i80116@firstbank.com.tw | andrewr@firstcharter.com |
| l.aquino@finter.ch | i83231@firstbank.com.tw | butlerb@firstcharter.com |
| l.rossi@finter.ch | i86182@firstbank.com.tw | caswellc@firstcharter.com |
| m.cicala@finter.ch | i87174@firstbank.com.tw | clonings@firstcharter.com |
| m.hagens@finter.ch | i87200@firstbank.com.tw | ensors@firstcharter.com |
| m.ringger@finter.ch | i88124@firstbank.com.tw | loveg@firstcharter.com |
| m.wassmer@finter.ch | i88156@firstbank.com.tw | rissem@firstcharter.com |
| p.albanese@finter.ch | i90023@mail.firstbank.com.tw | brian.storey@firstcitizens.com |
| r.garobbio@finter.ch | i90026@mail.firstbank.com.tw | bruce.haes@firstcitizens.com |
| w.alessi@finter.ch | i90050@mail.firstbank.com.tw | cindy.whittington@firstcitizens.com |
| daniel.eriksson@fip.se | i90117@firstbank.com.tw | eric.teal@firstcitizens.com |
| jesper.akerlind@fip.se | i90150@firstbank.com.tw | jeff.slack@firstcitizens.com |
| johan.sornas@fip.se | i91095@firstbank.com.tw | john.hall@firstcitizens.com |
| lars.kristiansson@fip.se | i91111@firstbank.com.tw | john.metzinger@firstcitizens.com |
| peter.andersson@fip.se | i91209@firstbank.com.tw | ken.black@firstcitizens.com |
| amanda.munro@fipartners.com.au | i91259@firstbank.com.tw | len.capristo@firstcitizens.com |
| bruce.low@fipartners.com.au | i92045@firstbank.com.tw | steven.eubanks@firstcitizens.com |
| christopher.tynan@fipartners.com.au | i92080@firstbank.com.tw | sylvester.williams@firstcitizens.com |

william.eskridge@firstcitizens.com
rallen@firstcitizensbank.com
rblack@firstcitizensbank.com
tlyman@firstcitizensbank.com
dgriffith@firstcoastalbank.com
suzanneseabolt@firstcommercialbank.com
adeshpande@firsteaglesogen.com
mmcloughlin@firsteaglesogen.com
j.deoliveira@firsteuro.com
billg@firstexchangebank.com
andy.pollock@first-franklin.com
benny.tang@first-franklin.com
eric.walker@first-franklin.com
steve.mageras@first-franklin.com
steve.skolnik@first-franklin.com
web.content@first-franklin.com
iain.lanaghan@firstgroup.com
michael_mitchell@firstgroup.com
rborthwick@firstgroup.com
bbeam@firstgulfbank.com
dhallstrom@firstgulfbank.com
sboris@firstheritagebank.com
bunruh@firsthorizon.com
hamblinb@firsthorizon.com
jcain@firsthorizon.com
spurgeon@firsthorizon.com
brunnerw@firstindiana.com
jimmyg@firstindiana.com
jmiller@firstindiana.com
kevinq@firstindiana.com
afreedberg@firstmanhattan.com
aguttman@firstmanhattan.com
ahalperin@firstmanhattan.com
aschwartz@firstmanhattan.com
astainman@firstmanhattan.com
astein@firstmanhattan.com
awolf@firstmanhattan.com
azwickler@firstmanhattan.com
bgroveman@firstmanhattan.com
bnimocks@firstmanhattan.com
bwolf@firstmanhattan.com
cgolding@firstmanhattan.com
dmanischevitz@firstmanhattan.com
elefferm@firstmanhattan.com
jhartman@firstmanhattan.com
jsalmeri@firstmanhattan.com
jvaron@firstmanhattan.com
lberman@firstmanhattan.com
leswerkstell@firstmanhattan.com
lstaff@firstmanhattan.com
mgasner@firstmanhattan.com
mmiller@firstmanhattan.com
pcheng@firstmanhattan.com
ppatrick@firstmanhattan.com
raylward@firstmanhattan.com
rgottesman@firstmanhattan.com
rmarash@firstmanhattan.com
rpearl@firstmanhattan.com
rrocker@firstmanhattan.com
rstudness@firstmanhattan.com

scolin@firstmanhattan.com
sporter@firstmanhattan.com
tmuccia@firstmanhattan.com
wmcelroy@firstmanhattan.com
jthrash@firstmerchants.com
mhardwick@firstmerchants.com
tblaker@firstmerchants.com
fcs@firstmetro.com.ph
carol.jones@firstmidwest.com
debbie.bourg@firstmidwest.com
don.swistowicz@firstmidwest.com
greg.gorbatenko@firstmidwest.com
james.hotchkiss@firstmidwest.com
jeremy.blair@firstmidwest.com
joy.gruber@firstmidwest.com
karen.horrie@firstmidwest.com
kenneth.kadleck@firstmidwest.com
laura.schultz@firstmidwest.com
liz.vazquez@firstmidwest.com
lori.basso@firstmidwest.com
melissa.binder@firstmidwest.com
mika.teodori@firstmidwest.com
mike.scudder@firstmidwest.com
peter.groninger@firstmidwest.com
rita.alberico@firstmidwest.com
sire.ortiz@firstmidwest.com
steve.shapiro@firstmidwest.com
tiarra.webber@firstmidwest.com
valerie.teegardin@firstmidwest.com
gyavner@firstnyllc.com
rmchargue@first-online.com
andreas.kraft@first-privat.de
thomas.mielke@first-privat.de
aysun.cinar@first-private.com
christian.schick@first-private.com
christian.schuster@first-private.com
christian.schwerdtner@first-private.de
martin.brueckner@first-private.de
matthias.leibner@first-private.de
sebastian.mueller@first-private.de
tobias.klein@first-private.de
bdenney@firstrust.com
knelson@firstrust.com
pnolan@firstrust.com
abradshaw@firststate.co.uk
adalrymple@firststate.co.uk
akanani@firststate.co.uk
alan.nesbit@firststate.com
atulloch@firststate.co.uk
cheenan@firststate.co.uk
dfitzgerald@firststate.co.uk
dleary@firststate.co.uk
firstinitialsurname@firststate.co.uk
gfinegan@firststate.co.uk
ghay@firststate.co.uk
jasante2@firststate.co.uk
jcampbell@firststate.co.uk
jferguson@firststate.co.uk
jonathan.harrison@firststate.co.uk
jrichardson@firststate.co.uk

kfairbairn@firststate.co.uk
lbraddick@firststate.co.uk
lthornton@firststate.co.uk
marcus.lun@firststate.co.uk
mgulczynski@firststate.co.uk
nmasding@firststate.co.uk
nmcdermott@firststate.co.uk
otrefgarne@firststate.co.uk
pjourdan@firststate.co.uk
rnoreika@firststate.co.uk
rwelchman@firststate.co.uk
smartin@firststate.co.uk
smurphy@firststate.co.uk
spaul@firststate.co.uk
spetersen@firststate.co.uk
sreddy@firststate.co.uk
tprew@firststate.co.uk
vhoutteville@firststate.co.uk
whee@firststate.co.uk
dave_miller@firsttennessee.com
scotthall@firsttrustportfolios.com
kevin@firsttryon.com
bill.mitchell@firstunion.com
brian.horwitt@firstunion.com
brian.mulvaney@firstunion.com
celeste.hasenjaeger@firstunion.com
cherie.calletta@firstunion.com
chris.holz@firstunion.com
christine.james@firstunion.com
dave.eshenower@firstunion.com
david.carroll@firstunion.com
gary.savoie1@firstunion.com
holly.blackstock@firstunion.com
jeff.carson@firstunion.com
jim.mcgrath@firstunion.com
jonathan.soto@firstunion.com
karen.a.johnson@firstunion.com
kathy.dolan@firstunion.com
liana.franceschini@firstunion.com
lorraine.calupas@firstunion.com
lynn.eagleson@firstunion.com
marc.cheatham@firstunion.com
marygrace.finn@firstunion.com
michael.landini@firstunion.com
mike.cousins1@firstunion.com
mike.dougherty@firstunion.com
mike.eisenberg@firstunion.com
nicholas.bradshaw@firstunion.com
p.michael.jones@firstunion.com
rich.gale@firstunion.com
richard.levinson@firstunion.com
rick.didonato@firstunion.com
robert.zutty@firstunion.com
roshan.white@firstunion.com
skeid@firstunion.com
steve.wilson3@firstunion.com
tim.stevenson@firstunion.com
tom.stein@firstunion.com
jmoody@firstusbank.com
corpfunds@firstvirginia.com

ssadler@firstwacovia.com
jmorbeck@first-wash.com
mharley@first-wash.com
aespinosa@fisbonds.com
potoole@fisbonds.com
rpegg@fisbonds.com
sfranklin@fisbonds.com
tpellegrino@fisbonds.com
pbratton@fisbons.com
rupert.gifford@fl.com
azionari.ad@flashnet.it
aaron.lindsay@fldfs.com
karen.harrell-long@fldfs.com
ken.gerzina@fldfs.com
pedro.morgado@fldfs.com
amy_s_russell@fleet.com
andrew_d_kominik@fleet.com
andrew_w_withers@fleet.com
anthony_j_abbate@fleet.com
bdesjarlais@fleet.com
brian_d_frank@fleet.com
brian_j_cunningham@fleet.com
brian_j_drainville@fleet.com
bruce_d_lederer@fleet.com
carl_f_woodbury@fleet.com
catherine_m_janson@fleet.com
charles_b_grosvenor@fleet.com
charles_g_morrison@fleet.com
charles_t_musson@fleet.com
christopher_murphy@fleet.com
clifford_lee@fleet.com
cynthia_d_wilcox@fleet.com
darcey_f_bartel@fleet.com
david_a_salit@fleet.com
david_dobies@fleet.com
david_h_thompson@fleet.com
david_lindsay@fleet.com
david_w_powers@fleet.com
dennis_p_burke@fleet.com
dianne_m_brown@fleet.com
donald_b_mcdonald@fleet.com
donna_ferretti_tihalas@fleet.com
douglas_jacobs@fleet.com
emi_winterer@fleet.com
emily_gindel@fleet.com
fanny_letona@fleet.com
frank_a_piacentino@fleet.com
frank_g_ventola@fleet.com
george_b_watt@fleet.com
gerald_chapski@fleet.com
glann.eichen@fleet.com
glen_c_corbitt@fleet.com
gregory_j_wipf@fleet.com
gregory_m_mcconahey@fleet.com
guillermo_tello@fleet.com
henny_ruritan@fleet.com
jame_e_fargis@fleet.com
james_g_brown@fleet.com
james_t_anderson@fleet.com
jason_c_boyd@fleet.com

jean_c_palmariello@fleet.com
jeffrey_f_bauer@fleet.com
jeffrey_r_buyak@fleet.com
jennifer_c_chung@fleet.com
jennifer_mevans@fleet.com
jin_toppi@fleet.com
john_b_mortensen@fleet.com
john_crees@fleet.com
john_d_fitzpatrick@fleet.com
john_e_barris@fleet.com
john_freeman_randall_iii@fleet.com
john_j_cullinane_jr@fleet.com
john_r_rodehorst@fleet.com
jose_carlos_h_doherty@fleet.com
joseph_r_dewhirst@fleet.com
katherine_a_martelon@fleet.com
kathleen_m_ahern@fleet.com
kevin_j_mccullagh@fleet.com
laurie_b_doyle@fleet.com
laurie_e_heron@fleet.com
linda_a_petrucci@fleet.com
linda_h_simmons@fleet.com
marcia_j_byrne@fleet.com
marcia_s_bean@fleet.com
marco_ho@fleet.com
maria_l_gonzalez@fleet.com
mariano_camdessus@fleet.com
marie_m_schofield@fleet.com
mark_j_mcgreenery@fleet.com
mark_khan@fleet.com
mark_s_pelletier@fleet.com
martha_b_childs@fleet.com
mary-etta_schneider@fleet.com
maureen_j_murphy@fleet.com
melissa_h_fairfield@fleet.com
michael_c_morrill@fleet.com
michael_e_dambach@fleet.com
michael_e_shade@fleet.com
michael_kohler@fleet.com
michael_leutwyler@fleet.com
michael_p_monahan@fleet.com
nancy_c_o'connor@fleet.com
paul_fehrenbach@fleet.com
paula_d_healey@fleet.com
peter_c_larson@fleet.com
peter_g_lucas@fleet.com
peter_k_crossley@fleet.com
philip_a_davi@fleet.com
philipp_e_daal@fleet.com
rai_reyes@fleet.com
reed_t_manning@fleet.com
richard_g_dauteuil@fleet.com
robert_c_megan@fleet.com
robert_chappelear@fleet.com
ryan_parmele@fleet.com
salvatore_tornello@fleet.com
sheryl_j_asnes@fleet.com
stephen_d_barbaro@fleet.com
stephen_w_becker@fleet.com
susan_c_hart@fleet.com

thomas_h_loeffler@fleet.com
thomas_mcnulty@fleet.com
thomas_w_thaler@fleet.com
timothy_e_kehoe@fleet.com
timothy_j_conway@fleet.com
veronica_m_ferro@fleet.com
vincent_cuccaro@fleet.com
walter_l_burke@fleet.com
william_b_maag@fleet.com
william_e_rurode@fleet.com
william_h_schomburg_iii@fleet.com
william_j_mccool@fleet.com
ying_xu@fleet.com
anneve_y_h997-7746ughes@fleetbank.com
edward_siskin@fleetretail.com
jau@fleetsecurities.com
james.mr.saunders.watson@fleming.com
adrian.mitchell@flemings.com
alexander.fitzalan@flemings.com
benedict.rf.thomas@flemings.com
jim.campbell@flemings.com
katy.woodhouse@flemings.com
lorna.harnby@flemings.com
lucy.horncastle@flemings.com
mark.s.robinson@flemings.com
martin.newport@flemings.com
miles.geldard@flemings.com
nicola.donnelly@flemings.com
richard.webb@flemings.com
rob.lay@flemings.com
samantha.gleave@flemings.com
stephen.macklow-smith@flemings.com
william.meadon@flemings.com
john.regan@flemingsus.com
carm@flessabank.de
bdesani@flhbdm.com
pfaily@floor32.com
rbreed@flputnam.com
sstauffer@flputnam.com
mervyn.sambles@fluor.com
tom.morrow@fluor.com
andreas.becker@fm.nrw.de
cfr@fm.dk
eckhard.helms@fm.nrw.de
heinz.wassmann@fm.nrw.de
jbn@fm.dk
johannes.jehmiller@fm.nrw.de
pgl@fm.dk
tbm@fm.dk
ursula.kluck@fm.nrw.de
volker.oerter@fm.nrw.de
ashishg@fmaadvisors.com
ashishs@fmaadvisors.com
gschneiderman@fmaadvisors.com
henryc@fmaadvisors.com
kban@fmaadvisors.com
lermam@fmaadvisors.com
marcw@fmaadvisors.com
mradville@fmaadvisors.com
mzdunek@fmaadvisors.com

| | | |
|---|---|---|
| nsohrabi@fmaadvisors.com | j.van.t.veer@fmo.nl | andrew.oh@fmr.com |
| paigec@fmaadvisors.com | m.egelie@fmo.nl | andrew.parr@fmr.com |
| paulk@fmaadvisors.com | mpa@fmo.nl | andrew.pearson@fmr.com |
| rholt@fmaadvisors.com | a236436@fmr.com | andrew.swanson@fmr.com |
| smichaels@fmaadvisors.com | a460608@fmr.com | andrew.taubman@fmr.com |
| tsomers@fmaadvisors.com | a464224@fmr.com | andrew.wigren@fmr.com |
| adurkin@fmausa.com | a465271@fmr.com | andrew.windmueller@fmr.com |
| ddutile@fmausa.com | aaron.cooper@fmr.com | andrew.yee@fmr.com |
| dhadland@fmausa.com | aaron.schwam@fmr.com | andy.sassine@fmr.com |
| dmeyer@fmausa.com | aasiya.ali@fmr.com | aneek.saha@fmr.com |
| ggonzalez@fmausa.com | abby.johnson@fmr.com | ani.chitaley@fmr.com |
| jhoyer@fmausa.com | abhishek.khemka@fmr.com | anil.rungta@fmr.com |
| kmaag@fmausa.com | adam.hetnarski@fmr.com | anmol.mehra@fmr.com |
| kvorisek@fmausa.com | adam.kramer@fmr.com | ann.fischer@fmr.com |
| lharmon@fmausa.com | adam.kutas@fmr.com | anna.andonova@fmr.com |
| lspicer@fmausa.com | adam.segel@fmr.com | anna.davydova@fmr.com |
| mdziwak@fmausa.com | adelki.polce@fmr.com | anne.dixon@fmr.com |
| nbarrett@fmausa.com | adil.diouri@fmr.com | anne.mitchell@fmr.com |
| nboeselager@fmausa.com | adrienne.colby@fmr.com | anne.rosen@fmr.com |
| nborland@fmausa.com | afsoon.kelly@fmr.com | anne.rudser@fmr.com |
| nfisher@fmausa.com | agabos.makonnen@fmr.com | anton.an@fmr.com |
| obarsketis@fmausa.com | akash.vallecha@fmr.com | anu.thomas@fmr.com |
| rthornburgh@fmausa.com | akhil.arora@fmr.com | anurag.sanghai@fmr.com |
| tfrench@fmausa.com | akshat.shankar@fmr.com | arijit.banerjee@fmr.com |
| henry.walker@fmb.com | alan.bembenek@fmr.com | arlene.saryan@fmr.com |
| john.hinrichs@fmb.com | alec.murphy@fmr.com | arun.daniel@fmr.com |
| robert.fish@fmb.com | alex.cobb@fmr.com | arun.gorur@fmr.com |
| steve.worthington@fmb.com | alex.dogariu@fmr.com | as@fmr.com |
| billrussell@fmbonline.com | alex.marx@fmr.com | asher.anolic@fmr.com |
| dkanner@fmbonline.com | alex.ostrowski@fmr.com | ashley.mccormick@fmr.com |
| shaley@fmbonline.com | alexander.zavratsky@fmr.com | atul.pahuja@fmr.com |
| susanclark@fmbonline.com | alexandra.cyrgalis@fmr.com | bahaa.fam@fmr.com |
| twhite@fmbonline.com | ali.khan@fmr.com | barbara.benoit@fmr.com |
| sturner@fmcg.com | alice.croatti@fmr.com | barbara.e.mock@fmr.com |
| andreas.ritzi@fmf.ch | alice.tsang@fmr.com | barry.fennell@fmr.com |
| a_rene_schmauder@fmgc.com | alicia.frank@fmr.com | barry.j.golden@fmr.com |
| ces_t_ilustre@fmgc.com | alida.lupsiewicz@fmr.com | barry.livermore@fmr.com |
| dan_gavin@fmgc.com | alison.adams@fmr.com | bauvier@fmr.com |
| dana_d_hobbs@fmgc.com | alison.lorenz@fmr.com | beau.coash@fmr.com |
| joseph_e_camp@fmgc.com | allison.ryder@fmr.com | bela.mehta@fmr.com |
| abhilasha.misragupta@fmglobal.com | alvin.fu@fmr.com | ben.shuleva@fmr.com |
| annette.thompson@fmglobal.com | aman.mujawar@fmr.com | benjamin.brey@fmr.com |
| chip.bonnett@fmglobal.com | amber.olig@fmr.com | benjamin.hesse@fmr.com |
| clinton.condon@fmglobal.com | ami.joseph@fmr.com | benjamin.piggott@fmr.com |
| daniel.richards@fmglobal.com | amit.baid@fmr.com | benny.lo@fmr.com |
| george.cicma@fmglobal.com | amit.somani@fmr.com | beso.sikhaurulidze@fmr.com |
| jean.richards@fmglobal.com | amrita.dukeshier@fmr.com | beth.beagan@fmr.com |
| jeremy.cote@fmglobal.com | amy.brodeur@fmr.com | beth.brown@fmr.com |
| michael.bank@fmglobal.com | amy.grant@fmr.com | bethani.rosemark@fmr.com |
| michael.killilea@fmglobal.com | amy.johonnett@fmr.com | betsy.pohl@fmr.com |
| michael.scaplen@fmglobal.com | andre.messier@fmr.com | bettina.doulton@fmr.com |
| patrick.gregory@fmglobal.com | andrea.dicenso@fmr.com | bhavani.kuppa@fmr.com |
| paul.lafleche@fmglobal.com | andrew.addison@fmr.com | biharilal.deora@fmr.com |
| paul.washburn@fmglobal.com | andrew.boyd@fmr.com | bil.haracz@fmr.com |
| robert.pleska@fmglobal.com | andrew.burzumato@fmr.com | bill.baxter@fmr.com |
| scott.anthony@fmglobal.com | andrew.dallas.smith@fmr.com | bill.bower@fmr.com |
| tom.clark@fmglobal.com | andrew.dudley@fmr.com | bill.hall@fmr.com |
| william.mekrut@fmglobal.com | andrew.hatem@fmr.com | bill.hebert@fmr.com |
| llaforce@fmg-statestreet.com | andrew.m.wilson@fmr.com | bill.hoyt@fmr.com |
| f.gosselink@fmo.nl | andrew.marchese@fmr.com | bill.o'brien@fmr.com |

blaine.banker@fmr.com
blake.shepard@fmr.com
bob.bertelson@fmr.com
bob.brown@fmr.com
bob.chow@fmr.com
bob.corcoran@fmr.com
bob.haber@fmr.com
bob.hynes@fmr.com
bob.litterst@fmr.com
bob.murchison@fmr.com
boyce.greer@fmr.com
brad.estabrooke@fmr.com
brad.freedman@fmr.com
brandon.snow@fmr.com
brent.bottamini@fmr.com
brent.osborn@fmr.com
brett.kozlowski@fmr.com
brett.mcclenning@fmr.com
brian.belke@fmr.com
brian.c.higgins@fmr.com
brian.campbell@fmr.com
brian.chang@fmr.com
brian.conroy@fmr.com
brian.cotter@fmr.com
brian.crowe@fmr.com
brian.enyeart@fmr.com
brian.foley@fmr.com
brian.frambes@fmr.com
brian.hanson@fmr.com
brian.hoesly@fmr.com
brian.hogan@fmr.com
brian.kennedy@fmr.com
brian.lempel@fmr.com
brian.losier@fmr.com
brian.mallon@fmr.com
brian.miron@fmr.com
brian.stevens@fmr.com
brian.walters@fmr.com
brian.wilhelm@fmr.com
brian.wilk@fmr.com
brian.younger@fmr.com
briggs.payer@fmr.com
brooks.marston@fmr.com
bruce.dirks@fmr.com
bruce.fortier@fmr.com
bruce.herring@fmr.com
bruce.r.martin@fmr.com
callum.henderson@fmr.com
candace.alexander@fmr.com
carla.tardi@fmr.com
carol.smith@fmr.com
carolina.pierry@fmr.com
carrie.saintlouis@fmr.com
casey.ching@fmr.com
catherine.bush@fmr.com
catherine.chen@fmr.com
catherine.goold@fmr.com
cathy.pena@fmr.com
catriona.martin@fmr.com
celso.munoz@fmr.com

chandler.perine@fmr.com
chandler.willett@fmr.com
charlene.sullivan@fmr.com
charles.ackerman@fmr.com
charles.mangum@fmr.com
charles.mosley@fmr.com
charles.sterling@fmr.com
charles.t.kelly@fmr.com
charles.urquhart@fmr.com
charlie.chai@fmr.com
charlie.hebard@fmr.com
charlie.morrison@fmr.com
charlie.wang@fmr.com
charlotte.kemper@fmr.com
chiara.mastrodomenico@fmr.com
ching.tan@fmr.com
chingiz.mammadov@fmr.com
chris.barry@fmr.com
chris.bartel@fmr.com
chris.gagnon@fmr.com
chris.goolgasian@fmr.com
chris.richmond@fmr.com
chris.steward@fmr.com
christiana.bardon@fmr.com
christina.chartier@fmr.com
christina.willis@fmr.com
christine.destefano@fmr.com
christine.j.thompson@fmr.com
christine.mcconnell@fmr.com
christine.tetherly-lewis@fmr.com
christine.tober@fmr.com
christopher.bartoli@fmr.com
christopher.galizio@fmr.com
christopher.getter@fmr.com
christopher.kovach@fmr.com
christopher.lee@fmr.com
christopher.lin@fmr.com
christopher.meaney@fmr.com
chuck.brown@fmr.com
chuck.mcdevitt@fmr.com
chuck.pickelhaupt@fmr.com
cleidson.rangel@fmr.com
clint.lawrence@fmr.com
colin.keenan@fmr.com
colleen.avalone@fmr.com
constantin.petrov@fmr.com
corinne.austin@fmr.com
court.dignan@fmr.com
craig.brothers@fmr.com
curt.hollingsworth@fmr.com
cynthia.strauss@fmr.com
d.monaco@fmr.com
daivd.fitzgerald@fmr.com
damon.benedict@fmr.com
dan.mcmullen@fmr.com
daniel.comeau@fmr.com
daniel.dupont@fmr.com
daniel.fiandaca@fmr.com
daniel.kelley@fmr.com
daniel.kowalski@fmr.com

daniel.lieman@fmr.com
daniel.madison@fmr.com
daniel.sherwood@fmr.com
daniel.terio@fmr.com
daniel.tremblay@fmr.com
danielle.vitagliano@fmr.com
darren.maupin@fmr.com
dave.badeau@fmr.com
dave.bagnani@fmr.com
dave.benta@fmr.com
david.bailey@fmr.com
david.bugajski@fmr.com
david.debiase@fmr.com
david.donovan@fmr.com
david.gao@fmr.com
david.jegen@fmr.com
david.kim@fmr.com
david.l.murphy@fmr.com
david.levy@fmr.com
david.lovely@fmr.com
david.lowe@fmr.com
david.m.rose@fmr.com
david.macdonald@fmr.com
david.mulvany@fmr.com
david.mushlitz@fmr.com
david.nfcs.brown@fmr.com
david.parvin@fmr.com
david.peach@fmr.com
david.prothro@fmr.com
david.todesco@fmr.com
david.vargo@fmr.com
debbie.connor@fmr.com
debbie.levin@fmr.com
debi.johnson@fmr.com
deborah.a.sullivan@fmr.com
deborah.akeroyd@fmr.com
deborah.schepens@fmr.com
deena.friedman@fmr.com
deirdre.bottamini@fmr.com
denise.chisholm@fmr.com
denise.pollock@fmr.com
devang.shah@fmr.com
diana.carney@fmr.com
diana.karney@fmr.com
dimitrije.mitrinovic@fmr.com
dinesh.balachandran@fmr.com
ditmar.kapt@fmr.com
dmitri.artemiev@fmr.com
dmitri.raberov@fmr.com
don.pinkerton@fmr.com
donna.rust@fmr.com
doris.fritz@fmr.com
doug.lober@fmr.com
doug.mcginley@fmr.com
doug.olsen@fmr.com
doug.richman@fmr.com
doug.wilson@fmr.com
douglas.greaves@fmr.com
douglas.mccalmont@fmr.com
douglas.pratt@fmr.com

douglas.scott@fmr.com
douglas.simmons@fmr.com
duffy.fischer@fmr.com
duke.devlin@fmr.com
dwight.churchill@fmr.com
dyann.kiessling@fmr.com
edward.best@fmr.com
edward.f.coveney@fmr.com
edward.heilbron@fmr.com
edward.maloney@fmr.com
edward.mccarthy@fmr.com
edward.perkin@fmr.com
edward.yoon@fmr.com
eileen.farrell@fmr.com
eileen.levine@fmr.com
eirene.kontopoulos@fmr.com
elba.vasquez@fmr.com
eliana.panza@fmr.com
elizabeth.fisher@fmr.com
elizabeth.raimondi@fmr.com
elizah.mclaughlin@fmr.com
ellen.callahan@fmr.com
emily.mccomb@fmr.com
eric.a.smith@fmr.com
eric.golden@fmr.com
eric.graham@fmr.com
eric.mollenhauer@fmr.com
erica.e.cailla@fmr.com
ethan.hugo@fmr.com
ethan.pride@fmr.com
eugene.belostotsky@fmr.com
evan.hornbuckle@fmr.com
evan.mccormick@fmr.com
evelyn.somers@fmr.com
fabian.jones@fmr.com
fahim.razzaque@fmr.com
fawne.doherty@fmr.com
fergus.j.shiel@fmr.com
fershid.aspi@fmr.com
ford.oneil@fmr.com
forrest.stclair@fmr.com
fpcmsfacom@fmr.com
franco.castagliuolo@fmr.com
frank.cristiano@fmr.com
frank.donovan@fmr.com
frank.fulhan@fmr.com
fred.small@fmr.com
frederick.hoff@fmr.com
gary.burkhead@fmr.com
gaurav.malhotra@fmr.com
gavin.baker@fmr.com
gene.bailey@fmr.com
geoffrey.sullivan@fmr.com
george.domolky@fmr.com
george.fischer@fmr.com
george.karidis@fmr.com
george.psyhogeos@fmr.com
george.schultz@fmr.com
george.stairs@fmr.com
george.vanderheiden@fmr.com

gerald.mcinerney@fmr.com
gerry.gavey@fmr.com
gloria.talamantes@fmr.com
gopal.reddy@fmr.com
gordon.scott@fmr.com
grace-anne.wood@fmr.com
graeme.rockett@fmr.com
greg.gendreau@fmr.com
greg.gryllakis@fmr.com
greg.lee@fmr.com
greg.pappas@fmr.com
gregory.benac@fmr.com
gregory.smith@fmr.com
guillermo.delascasas@fmr.com
hans.plukas@fmr.com
harlan.carere@fmr.com
harley.lank@fmr.com
harmon.research@fmr.com
harris.leviton@fmr.com
harrison.quitman@fmr.com
harry.lange@fmr.com
hb.king@fmr.com
heather.hagerty@fmr.com
heather.hoyack@fmr.com
heather.lawrence@fmr.com
heather.olah@fmr.com
heidi.becker@fmr.com
helen.lee@fmr.com
hien.nguyen@fmr.com
holger.boerner@fmr.com
holly.gotnic@fmr.com
holly.grotnik@fmr.com
howard.koh@fmr.com
hugo.lavallee@fmr.com
hunter.payne@fmr.com
ian.hart@fmr.com
iftikar.ahmed@fmr.com
jack.haley@fmr.com
jack.kerivan@fmr.com
jack.tse@fmr.com
jaclyn.simard@fmr.com
jacob.weinstein@fmr.com
jamee.smith@fmr.com
james.catudal@fmr.com
james.gallant@fmr.com
james.gerard@fmr.com
james.j.hayes@fmr.com
james.kim@fmr.com
james.mcelligott@fmr.com
james.morrow@fmr.com
james.nielson@fmr.com
james.rigney@fmr.com
james.todd@fmr.com
james.wulforst@fmr.com
jamie.bianchi@fmr.com
jamie.cornell@fmr.com
jamie.pagliocco@fmr.com
jane.kenny@fmr.com
jane.stedman@fmr.com
janet.mccormick@fmr.com

janis.voldins@fmr.com
jared.guay@fmr.com
jason.hughes@fmr.com
jason.pinto@fmr.com
jason.rhodes@fmr.com
jason.weiner@fmr.com
jay.hedstrom@fmr.com
jay.ladieu@fmr.com
jay.owen@fmr.com
jay.preston@fmr.com
jay.schwartzberg.@fmr.com
jay.weed@fmr.com
jean.park@fmr.com
jeanne-marie.maffa@fmr.com
jed.barron@fmr.com
jed.weiss@fmr.com
jeff.brown@fmr.com
jeff.feingold@fmr.com
jeff.l.mcdonald@fmr.com
jeff.mitchell@fmr.com
jeff.moore@fmr.com
jeff.resnik@fmr.com
jefffcm.johnson@fmr.com
jeffrey.banker@fmr.com
jeffrey.feldgoise@fmr.com
jeffrey.larsen@fmr.com
jeffrey.mcmanuis@fmr.com
jeffrey.schleppy@fmr.com
jeffrey.stevens@fmr.com
jen-lun.yuan@fmr.com
jennifer.bustard@fmr.com
jennifer.cavalieri@fmr.com
jennifer.farrelly@fmr.com
jennifer.hamel@fmr.com
jennifer.labrecque@fmr.com
jennifer.martin@fmr.com
jennifer.uhrig@fmr.com
jenny.chang@fmr.com
jeremy.hill@fmr.com
jeremy.pozen@fmr.com
jessamyn.larrabee@fmr.com
jessica.davis@fmr.com
jill.huggett@fmr.com
jill.maxwell@fmr.com
jim.buckham@fmr.com
jim.dunlea@fmr.com
jim.miller@fmr.com
joan.bloom@fmr.com
joanna.bewick@fmr.com
joanna.kolis@fmr.com
jody.simes@fmr.com
joe.day@fmr.com
joe.devlin@fmr.com
joe.overdevest@fmr.com
joel.tillinghast@fmr.com
john.avery@fmr.com
john.babson@fmr.com
john.beaven@fmr.com
john.beekman@fmr.com
john.bright@fmr.com

| | | |
|---|---|---|
| john.cassidy@fmr.com | karen.firestone@fmr.com | lee.miles@fmr.com |
| john.curtin@fmr.com | karen.read.fmr@fmr.com | lee.sandwen@fmr.com |
| john.d.noble@fmr.com | karin.cross-powers@fmr.com | leigh.hesler@fmr.com |
| john.dowd@fmr.com | karyo.oh@fmr.com | leo.wong@fmr.com |
| john.faigle@fmr.com | kate.ervin@fmr.com | lesley.eydenberg@fmr.com |
| john.garner@fmr.com | kate.leness@fmr.com | leslie.zhang@fmr.com |
| john.h.carlson@fmr.com | kate.staley@fmr.com | lindsay.carlo@fmr.com |
| john.houston@fmr.com | katharine.jurevic@fmr.com | lindsay.connor@fmr.com |
| john.hynes@fmr.com | katherine.darris@fmr.com | lindsey.puchyr@fmr.com |
| john.j.mckenna@fmr.com | katherine.eichelberg@fmr.com | lionel.harris@fmr.com |
| john.m.donahue@fmr.com | katherine.gray@fmr.com | lisa.e.mattingly@fmr.com |
| john.m.harris@fmr.com | kathleen.eaton@fmr.com | lisa.goulemas@fmr.com |
| john.m.murphy@fmr.com | kathryn.carlson@fmr.com | lisa.kasparian@fmr.com |
| john.mcdowell@fmr.com | kathy.rideout@fmr.com | lisa.khatri@fmr.com |
| john.mirshekari@fmr.com | katy.cutshall@fmr.com | lisa.lambert@fmr.com |
| john.pappas@fmr.com | katyln.may@fmr.com | lisa.mcgowan@fmr.com |
| john.porter@fmr.com | keith.quinton@fmr.com | lisa.roche@fmr.com |
| john.roth@fmr.com | kelly.calnan@fmr.com | lisa.rymut@fmr.com |
| john.sheehy@fmr.com | kelly.li@fmr.com | liz.howard@fmr.com |
| john.sinclair@fmr.com | kelly.lord@fmr.com | lokesh.murthy@fmr.com |
| john.t.williams@fmr.com | kelly.morgan@fmr.com | lorraine.chong@fmr.com |
| john.turbitt@fmr.com | kellycardwellresearch@fmr.com | lucille.barengo@fmr.com |
| john.vetter@fmr.com | kelsey.peterson@fmr.com | lucio.marino@fmr.com |
| john-paul.bruneau@fmr.com | ken.anderson@fmr.com | lucy.chen@fmr.com |
| jon.jamen@fmr.com | ken.fischl@fmr.com | luis.martins@fmr.com |
| jonathan.davis@fmr.com | kennedy.richardson@fmr.com | lynn.mccuaig@fmr.com |
| jonathan.duggan@fmr.com | kenneth.martin@fmr.com | madeline.wong@fmr.com |
| jonathan.hargrove@fmr.com | kevin.d.parnell@fmr.com | maggie.haskell@fmr.com |
| jonathan.jacoby@fmr.com | kevin.elliott@fmr.com | mahesh.bp@fmr.com |
| jonathan.kasen@fmr.com | kevin.gaffney@fmr.com | mahmoud.sharaf@fmr.com |
| jonathan.m.kelly@fmr.com | kevin.mccaleb@fmr.com | mai.her@fmr.com |
| jonathan.morin@fmr.com | kevin.mccarey@fmr.com | maisa.badawy@fmr.com |
| jonathan.murrell@fmr.com | kevin.nielsen@fmr.com | manav.vijay@fmr.com |
| jonathan.siegmann@fmr.com | kevin.slemp@fmr.com | marc.lowenthal@fmr.com |
| jonathan.zang@fmr.com | kevin.smith.fiis@fmr.com | marc.masini@fmr.com |
| joseph.curley@fmr.com | kevin.wagner@fmr.com | marcia.harlow@fmr.com |
| joseph.palowich@fmr.com | kim.day@fmr.com | mardy.shapland@fmr.com |
| joseph.shaposhnik@fmr.com | kim.miller@fmr.com | maria.gattozzi@fmr.com |
| joseph.soukp@fmr.com | kimberly.digregorio@fmr.com | maria.marth@fmr.com |
| joseph.treadway@fmr.com | klara.iskoz@fmr.com | maria.monaco@fmr.com |
| joseph.valade@fmr.com | krishna.prasad@fmr.com | maria.siwek-fernald@fmr.com |
| joseph.wassong@fmr.com | krista.wilshusen@fmr.com | mark.bayliss@fmr.com |
| josh.spencer@fmr.com | kristen.singer@fmr.com | mark.bouchea@fmr.com |
| joy.mahato@fmr.com | kristina.callaghan@fmr.com | mark.chin@fmr.com |
| jubao.zhang@fmr.com | kristina.kazarian@fmr.com | mark.dibble@fmr.com |
| julian.potenza@fmr.com | kristina.salen@fmr.com | mark.guglielmo@fmr.com |
| julie.benedict@fmr.com | kristina.stookey@fmr.com | mark.hannon@fmr.com |
| julie.condron@fmr.com | krupal.raval@fmr.com | mark.jantzen@fmr.com |
| julie.donovan@fmr.com | kwasi.dadzie-yeboah@fmr.com | mark.macdougall@fmr.com |
| julie.porter@fmr.com | kyle.weaver@fmr.com | mark.notkin@fmr.com |
| jun.zhou@fmr.com | lalit.bansal@fmr.com | mark.peterson@fmr.com |
| june.hayes@fmr.com | lara.gilman@fmr.com | mark.rigazio@fmr.com |
| jurrien.timmer@fmr.com | lara.morrisroe@fmr.com | mark.roy@fmr.com |
| justin.bennett@fmr.com | larry.desmond@fmr.com | mark.sawicki@fmr.com |
| justin.matviya@fmr.com | larry.rakers@fmr.com | mark.schmehl@fmr.com |
| justin.segalini@fmr.com | larry.ring@fmr.com | mark.snyderman@fmr.com |
| jyoti.lalit@fmr.com | laura.howenstine@fmr.com | mark.stys@fmr.com |
| kalyanaraman.venkataraman@fmr.com | laurie.bertner@fmr.com | mark.truchan@fmr.com |
| kalyanaraman.venkataramani@fmr.com | lawrence.r.martin@fmr.com | mark.ziady@fmr.com |
| kane.waller@fmr.com | lawrence.raffone@fmr.com | martha.moutafis@fmr.com |

martin.flynn@fmr.com
marvin.loh@fmr.com
mary.ioven@fmr.com
marylu.lopriore@fmr.com
matt.camacho@fmr.com
matt.casey@fmr.com
matt.conti@fmr.com
matt.healey@fmr.com
matt.malgari@fmr.com
matt.robinson@fmr.com
matt.smith@fmr.com
matt.torrey@fmr.com
matthew.appelstein@fmr.com
matthew.bartlett@fmr.com
matthew.blum@fmr.com
matthew.bron@fmr.com
matthew.drukker@fmr.com
matthew.friedman@fmr.com
matthew.fruhan@fmr.com
matthew.lentz@fmr.com
matthew.moulis@fmr.com
matthew.pelletier@fmr.com
matthew.s.smith@fmr.com
matthew.sabel@fmr.com
matthew.schuldt@fmr.com
maura.walsh@fmr.com
maurice.fitzmaurice@fmr.com
maxime.lemieux@fmr.com
mayank.tandon@fmr.com
mborn@fmr.com
me.heffernan@fmr.com
meghan.bonos@fmr.com
meghan.paradis@fmr.com
melissa.reilly@fmr.com
melissa.warneck@fmr.com
michael.a.connolly@fmr.com
michael.barry@fmr.com
michael.baumann@fmr.com
michael.cha@fnr.com
michael.cheng@fmr.com
michael.clurman@fmr.com
michael.compliance.hill@fmr.com
michael.craft@fmr.com
michael.dixon@fmr.com
michael.elvin@fmr.com
michael.federici@fmr.com
michael.j.mccarthy@fmr.com
michael.jenkins@fmr.com
michael.lewis@fmr.com
michael.maka@fmr.com
michael.naper@fmr.com
michael.niedzielski@fmr.com
michael.o'neill@fmr.com
michael.schmitt@fmr.com
michael.schneider@fmr.com
michael.valentine@fmr.com
michael.weaver@fmr.com
michael.widrig@fmr.com
michelle.banack@fmr.com
michelle.halla@fmr.com

michelle.robbat@fmr.com
miguel.canizares@fmr.com
mike.albanese@fmr.com
mike.carroll@fmr.com
mike.collins@fmr.com
mike.fox@fmr.com
mike.green@fmr.com
mike.kopfler@fmr.com
mike.marchese@fmr.com
mike.strong@fmr.com
mitch.livstone@fmr.com
mitchell.rothkopf@fmr.com
mmcauley@fmr.com
mohammed.ali@fmr.com
monty.kori@fmr.com
morgan.lackenbauer@fmr.com
morgen.peck@fmr.com
myra.wonisch@fmr.com
nancy.a.taylor@fmr.com
nancy.b.james@fmr.com
nancy.hamson@fmr.com
nancy.prior@fmr.com
nancy.roach@fmr.com
natalie.trakas@fmr.com
nate.vanduzer@fmr.com
nathan.venugopala@fmr.com
neal.p.miller@fmr.com
neela.srinath@fmr.com
nell.haddock@fmr.com
niall.devitt@fmr.com
nicholas.vitale@fmr.com
nick.karafotias@fmr.com
nicole.esposito@fmr.com
nidhi.gupta@fmr.com
niele.bindoo@fmr.com
noel.johnson@fmr.com
nora.creedon@fmr.com
norman.lind@fmr.com
ognjen.sosa@fmr.com
oleg.nusinzon@fmr.com
pablo.garcia@fmr.com
pat.cahill@fmr.com
pat.kenney@fmr.com
patrick.aicardi@fmr.com
patrick.buchanan@fmr.com
patrick.goff@fmr.com
patrick.venanzi@fmr.com
patrick.waddell@fmr.com
patti.satterthwaite@fmr.com
patty.rivet@fmr.com
paul.antico@fmr.com
paul.bracken@fmr.com
paul.callahan@fmr.com
paul.canavan@fmr.com
paul.carter@fmr.com
paul.jackson@fmr.com
paul.montecalvo@fmr.com
paul.mortenson@fmr.com
paul.petery@fmr.com
paul.sheedy@fmr.com

paul.walsh@fmr.com
paul.zepf@fmr.com
paula.kienert@fmr.com
paula.renzi@fmr.com
pavel.blinchik@fmr.com
payal.agarwal.fi@fmr.com
penny.dobkin@fmr.com
perkins.research@fmr.com
peter.auzers@fmr.com
peter.bouzane@fmr.com
peter.cafaro@fmr.com
peter.caulo@fmr.com
peter.chiappinelli@fmr.com
peter.colby@fmr.com
peter.costa@fmr.com
peter.glidden@fmr.com
peter.h.dixon@fmr.com
peter.hirsch@fmr.com
peter.lynch@fmr.com
peter.m.stanton@fmr.com
peter.maguire@fmr.com
peter.millington@fmr.com
peter.saperstone@fmr.com
peter.whitbeck@fmr.com
peter.wright@fmr.com
philip.bullen@fmr.com
pierre.grenier@fmr.com
pierre.sorel@fmr.com
prakash.reddy@fmr.com
pramod.atluri@fmr.com
prashant.goyal@fmr.com
preeti.sayana@fmr.com
rachel.bernstein@fmr.com
rafael.a.febres-cordero@fmr.com
raghav.bansal@fmr.com
rajesh.guha@fmr.com
rajiv.kaul@fmr.com
rakesh.gupta@fmr.com
ralph.wolf@fmr.com
ram.deshpande@fmr.com
ramanan.v@fmr.com
ramesh.narayanaswamy@fmr.com
ramin.arani@fmr.com
ramona.persaud@fmr.com
ramzi.faris@fmr.com
rashmi.khare@fmr.com
ravi.mantha@fmr.com
ravi.sivakumaran@fmr.com
ravi.tanuku@fmr.com
ray.kingsfield@fmr.com
rayna.lesser@fmr.com
ren.cheng@fmr.com
renee.poutree@fmr.com
richard.biagini@fmr.com
richard.bohan@fmr.com
richard.cheng@fmr.com
richard.doron@fmr.com
richard.fentin@fmr.com
richard.habermann@fmr.com
richard.hogan@fmr.com

| | | |
|---|---|---|
| richard.manuel@fmr.com | sb@fmr.com | steve.nelson@fmr.com |
| richard.peck@fmr.com | scott.anmolmehra@fmr.com | steve.pascucci@fmr.com |
| richard.starling@fmr.com | scott.desano@fmr.com | steve.rosen@fmr.com |
| rick.mace@fmr.com | scott.eberhardt@fmr.com | steve.wymer@fmr.com |
| rieco.mello@fmr.com | scott.lavigne@fmr.com | steven.buller@fmr.com |
| rina.jha@fmr.com | scott.offen@fmr.com | steven.bullock@fmr.com |
| rob.galusza@fmr.com | scott.olsen@fmr.com | steven.calhoun@fmr.com |
| rob.hess@fmr.com | scott.robertson@fmr.com | steven.crooks@fmr.com |
| rob.petrie@fmr.com | scott.senseney@fmr.com | steven.heimarck@fmr.com |
| rob.walsh@fmr.com | sean.corcoran@fmr.com | steven.snider@fmr.com |
| robert.brody@fmr.com | sean.curry@fmr.com | stig.zarle@fmr.com |
| robert.burns@fmr.com | sean.f.walsh@fmr.com | sugiharto.widjaja@fmr.com |
| robert.byrnes@fmr.com | sean.gavin@fmr.com | sumit.mehra@fmr.com |
| robert.chan@fmr.com | sean.hogan@fmr.com | sumit.sharma.fi@fmr.com |
| robert.donahue@fmr.com | sean.morgan@fmr.com | sunita.phulara@fmr.com |
| robert.gervis@fmr.com | sean.o'brien@fmr.com | surbhi.kumar@fmr.com |
| robert.heaney@fmr.com | sean.serrell@fmr.com | suro.ghatak@fmr.com |
| robert.kuo@fmr.com | sean.walker@fmr.com | susan.berger@fmr.com |
| robert.lawrence@fmr.com | seth.clement@fmr.com | susan.hajjar@fmr.com |
| robert.lee@fmr.com | shadman.riaz@fmr.com | susan.l.johnson@fmr.com |
| robert.mandeville@fmr.com | shah.badkoubei@fmr.com | susan.zaferos@fmr.com |
| robert.mazzarella@fmr.com | shanmuga.murasan@fmr.com | suzanne.laronde@fmr.com |
| robert.mcintyre@fmr.com | sharon.mussalli@fmr.com | tammy.cox@fmr.com |
| robert.minicus@fmr.com | sharon.sweeney@fmr.com | tammy.tang@fmr.com |
| robert.moran@fmr.com | sharyn.clemente@fmr.com | tanya.greenwood@fmr.com |
| robert.olive@fmr.com | shawn.verbout@fmr.com | ted.bernardo@fmr.com |
| robert.reynolds@fmr.com | sheri.bergman@fmr.com | ted.white@fmr.com |
| robert.schub@fmr.com | skoutsantonis@fmr.com | teresa.woods@fmr.com |
| robert.stansky@fmr.com | smittipon.srethapramote@fmr.com | terrance.m.beaulieu@fmr.com |
| robert.swanson@fmr.com | sonu.kalra@fmr.com | thomas.burghardt@fmr.com |
| robert.v.saia@fmr.com | soumik.ghosh@fmr.com | thomas.cirino@fmr.com |
| robin.e.wilson@fmr.com | soumyanshu.bhattacharya@fmr.com | thomas.coughlin@fmr.com |
| robin.foley@fmr.com | sri.tella@fmr.com | thomas.fletcher@fmr.com |
| rocco.rinaldi@fmr.com | stacey.colman@fmr.com | thomas.hammond@fmr.com |
| rohit.dogra@fmr.com | stacy.downing@fmr.com | thomas.hense@fmr.com |
| rohit.kaul@fmr.com | stephan.hrdina@fmr.com | thomas.kertsos@fmr.com |
| rohit.r.shah@fmr.com | stephanie.roth@fmr.com | thomas.soviero@fmr.com |
| rose.venette@fmr.com | stephen.balter@fmr.com | thorsten.becker@fmr.com |
| roseanne.castellino@fmr.com | stephen.binder@fmr.com | tige.stading@fmr.com |
| ruben.calderon@fmr.com | stephen.bykowski@fmr.com | tim.cohen@fmr.com |
| ruhi.khan@fmr.com | stephen.campagna@fmr.com | tim.fahey@fmr.com |
| ryan.brogan@fmr.com | stephen.gibbs@fmr.com | tim.gill@fmr.com |
| ryan.oldham@fmr.com | stephen.hermsdorf@fmr.com | tim.hartshorn@fmr.com |
| ryan.parry@fmr.com | stephen.jenvey@fmr.com | tim.heffernan@fmr.com |
| ryan.salomone@fmr.com | stephen.keenan@fmr.com | tim.huyck@fmr.com |
| sabrina.sperow@fmr.com | stephen.langan@fmr.com | tim.ryan.fmrco@fmr.com |
| sachin.patodia@fmr.com | stephen.lingard@fmr.com | timothy.batten@fmr.com |
| saket.anand@fmr.com | stephen.mitchell@fmr.com | tino@fmr.com |
| salim.hart@fmr.com | stephen.petersen@fmr.com | tobias.welo@fmr.com |
| sam.deva@fmr.com | stephen.waitt@fmr.com | toby.lewis@fmr.com |
| sam.rahman@fmr.com | stephen.wilder@fmr.com | todd.beekman@fmr.com |
| sam.wald@fmr.com | steve.barwikowski@fmr.com | todd.brabazon@fmr.com |
| sammy.simnegar@fmr.com | steve.borgioli@fmr.com | todd.glassman@fmr.com |
| samuel.smith@fmr.com | steve.braithwaite@fmr.com | tom.allen@fmr.com |
| samuel.wilson@fmr.com | steve.calhoun@fmr.com | tom.brooks@fmr.com |
| sanat.mishra@fmr.com | steve.dufour@fmr.com | tom.carroll@fmr.com |
| sarah.iannacone@fmr.com | steve.elterich@fmr.com | tom.chistolini@fmr.com |
| sarah.thesse@fmr.com | steve.kamman@fmr.com | tom.lavin@fmr.com |
| saravanan.rajendran@fmr.com | steve.kaye@fmr.com | tom.silvia@fmr.com |
| satyajit.mohanty@fmr.com | steve.meltzer@fmr.com | tom.sprague@fmr.com |

| | | |
|---|---|---|
| tongai.kunorubwe@fmr.com | jreitz@fnbalaska.com | i.darcy@fnysllc.com |
| tracey.cameron@fmr.com | bweiner@fnbonline.com | j.balodimas@fnysllc.com |
| tracey.dominick@fmr.com | byoung@fnbonline.com | j.krandel@fnysllc.com |
| trisha.white@fmr.com | cminich@fnbonline.com | k.napolitano@fnysllc.com |
| troy.deschaines@fmr.com | kkemper@fnbaonline.com | l.higgins@fnysllc.com |
| tyler.gaylord@fmr.com | ndeleon@fnbonline.com | l.jacobs@fnysllc.com |
| tyler.hill@fmr.com | plamb@fnbonline.com | l.yee@fnysllc.com |
| tyler.sutherland@fmr.com | scgroves@fnbonline.com | m.cipollina@fnysllc.com |
| uri.miller@fmr.com | sgill@fnbonline.com | m.fullowan@fnysllc.com |
| valerie.friedholm@fmr.com | benjamin.marsho@fnbchestercounty.com | m.ghayalod@fnysllc.com |
| van.eswara@fmr.com | marilyn.reich@fnbchestercounty.com | m.hoffman@fnysllc.com |
| vandana.bhagat@fmr.com | winie.d'alessandro@fnbchestercounty.com | m.reiner@fnysllc.com |
| victor.thay@fmr.com | brasse@fnb-corp.com | m.samuels@fnysllc.com |
| vinayak.kanvinde@fmr.com | jeffery@fnb-corp.com | n.schlapfer@fnysllc.com |
| vince.rivers@fmr.com | wagnerj@fnb-corp.com | n.sirni@fnysllc.com |
| vincent.montemaggiore@fmr.com | jfiducia@fnbl.com | p.blechman@fnysllc.com |
| vincent.zelenko@fmr.com | jnewton@fnbl.com | r.cannon@fnysllc.com |
| vinod.pujar@fmr.com | dmf@fnbmcconnells.com | r.mehra@fnysllc.com |
| vitaly.veksler@fmr.com | jack.pease@fnbmd.com | rsnyder@fnysllc.com |
| vivian.lubrano@fmr.com | smcgowan@fnbonline.com | t.donino@fnysllc.com |
| volkan.gulen@fmr.com | bryan_cook@fnbstl.com | w.rochette@fnysllc.com |
| walter.donovan@fmr.com | jcastro@fncb.com | y.nicholas@fnysllc.com |
| walter.tsui@fmr.com | mtanis@fnccorp.com | z.canter@fnysllc.com |
| wei.xiao@fmr.com | rhoyng@fnccorp.com | magne.slordahl@fokus.no |
| wilfred.chilangwa@fmr.com | mrosenthal@fndaonline.com | bernt.magnusson@folksam.se |
| will.danoff@fmr.com | bmosher@fnni.com | birgitta.redig@folksam.se |
| will.seddon@fmr.com | cferry@fnni.com | erik.almsparre@folksam.se |
| william.ackerman@fmr.com | dmcgill@fnni.com | johan.cederin@folksam.se |
| william.diianni@fmr.com | irohe@fnni.com | kaj.bergenhill@folksam.se |
| william.ebsworth@fmr.com | jhagan@fnni.com | mats.hesselstedt@folksam.se |
| william.irving@fmr.com | jluetkenhaus@fnni.com | niklas.palm@folksam.se |
| william.kramer@fmr.com | jonathanweber@fnni.com | per-axel.carlsson@folksam.se |
| william.maclay@fmr.com | joshea@fnni.com | tor.borg@folksam.se |
| william.morrissey@fmr.com | jtesar@fnni.com | helen_dell@folksamerica.com |
| william.pruett@fmr.com | jvossen@fnni.com | avesani@fondazionecrverona.org |
| william.sandella@fmr.com | kknieriem@fnni.com | berardo@fondazionecrverona.org |
| william.shanley@fmr.com | mhansen@fnni.com | carta@fondazionecrverona.org |
| william.vanharlowe@fmr.com | nstanley@fnni.com | acrisafulli@fondianima.it |
| william.whelan@fmr.com | rhorner@fnni.com | afoa@fondianima.it |
| william.wight@fmr.com | thart@fnni.com | crizzi@fondianima.it |
| xin.zhong@fmr.com | tnordstrom@fnni.com | dboglietti@fondianima.it |
| xuehai.en@fmr.com | mbrown@fny.com | dlami@fondianima.it |
| yami.baker@fmr.com | b.furlong@fnysllc.com | evilla@fondianima.it |
| yashoda.khandkar@fmr.com | b.gayles@fnysllc.com | gbrambilla@fondianima.it |
| yolanda.strock@fmr.com | b.jacobs@fnysllc.com | gmartinelli@fondianima.it |
| yolanda.taylor@fmr.com | b.levithan@fnysllc.com | ldiluca@fondianima.it |
| yoon.auh@fmr.com | b.vest@fnysllc.com | lripamonti@fondianima.it |
| yuchan.li@fmr.com | c.guthrie@fnysllc.com | mpiccolo@fondianima.it |
| yuen.chan@fmr.com | d.curley@fnysllc.com | mtagliaferri@fondianima.it |
| zeljka.bosner@fmr.com | d.einhorn@fnysllc.com | pcirasole@fondianima.it |
| zoey.lin@fmr.com | d.taylor@fnysllc.com | pmaggi@fondianima.it |
| zuzana.buzzell@fmr.com | dm@fnysllc.com | rbrasca@fondianima.it |
| emcnany@fmt.com | e.goldstein@fnysllc.com | talemagna@fondianima.it |
| plim@fmt.com | e.pavelle@fnysllc.com | vzinna@fondianima.it |
| mchachere@fmtinv.com | e.webber@fnysllc.com | a.magherinii@fondiaria.it |
| raross@fmtinv.com | f.chazanoff@fnysllc.com | p.berchielli@fondiaria.it |
| ken.sauders@f-mtrust.com | g.bolan@fnysllc.com | alberto.bollito@fondiaria-sai.it |
| mark.hollar@f-mtrust.com | g.fortunoff@fnysllc.com | alberto.zoia@fondiaria-sai.it |
| mccants@fnb.com | g.gloster@fnysllc.com | alessandro.vitaloni@fondiaria-sai.it |
| zzeid@fnb.com.lb | h.sufian@fnysllc.com | carmine.corvasce@fondiaria-sai.it |

enrico.scurati@fondiaria-sai.it
fabio.catalano@fondiaria-sai.it
fabrizio.restione@fondiaria-sai.it
francesca.sampogna@fondiaria-sai.it
franco.lapi@fondiaria-sai.it
gianluca.banfi@fondiaria-sai.it
mario.speciale@fondiaria-sai.it
mattia.gennaro@fondiaria-sai.it
paolo.frambrosi@fondiaria-sai.it
silvana.figuccio@fondiaria-sai.it
vito.romaniello@fondiaria-sai.it
vito.romaniello@fondiario-sai.it
benito.artinano@fonditel.es
i.colomo@fonditel.es
javier.gil-burgui@fonditel.es
luis.pena@fonditel.es
mar.bande@fonditel.es
mariajose.parraga@fonditel.es
ricardo.sanmartin@fonditel.es
valentin.fernandez@fonditel.es
arne.lien@fondsfinans.no
cc@fondsfinans.no
kjetil.bakken@fondsfinans.no
terje.duus@fondsfinans.no
rajames@foodlion.com
jeffn@foothillcapital.com
seand@foothillcapital.com
abisogn1@ford.com
adarnall@ford.com
anewati1@ford.com
apetach@ford.com
arao5@ford.com
atase@ford.com
bkrueger@ford.com
bpfeiffe@ford.com
cjanosik@ford.com
dbasiric@ford.com
ddesand1@ford.com
dgardett@ford.com
dmuiruri@ford.com
doloffo@ford.com
dprytas@ford.com
dthuss@ford.com
dtosh@ford.com
eacton@ford.com
egoldsbe@ford.com
ehughesc@ford.com
ekolinsk@ford.com
erohde@ford.com
faslani@ford.com
fmerchan@ford.com
fshepard@ford.com
jbehnke@ford.com
jcostel2@ford.com
jgallag9@ford.com
jklima@ford.com
jlin16@ford.com
jnield@ford.com
jpiedrah@ford.com
jseguino@ford.com

jwilli92@ford.com
kenglis6@ford.com
lborder@ford.com
malmers@ford.com
marmbru3@ford.com
mcaldwe2@ford.com
mherna92@ford.com
pcharles@ford.com
pkenney@ford.com
rander28@ford.com
rgilli10@ford.com
sbalakum@ford.com
scalso@ford.com
senglish@ford.com
srao6@ford.com
ssmit262@ford.com
sstevens@ford.com
tghei@ford.com
vrohrer@ford.com
wpickett@ford.com
b.ellsworth@fordfound.org
c.winnall@fordfound.org
d.galligan@fordfound.org
d.nelson@fordfound.org
dlyukhter@fordfound.org
e.mihallo@fordfound.org
h.clark@fordfound.org
j.martin@fordfound.org
j.sage@fordfound.org
k.lew@fordfound.org
l.siegel@fordfound.org
l.strumpf@fordfound.org
m.martinez@fordfound.org
t.anderson@fordfound.org
y.mercado@fordfound.org
robert.stenram@foreingssparbanken.se
hakan.falk@foreningsbanken.se
anders.hellstrom@foreningssparbanken.se
jan.liden@foreningssparbanken.se
jan.lilja@foreningssparbanken.se
jan-otto.nilsson@foreningssparbanken.se
jenny.zachrisson@foreningssparbanken.se
lars.antman@foreningssparbanken.se
mattias.bergstrom@foreningssparbanken.se
micael.niden@foreningssparbanken.se
michael.ferrara@foreningssparbanken.se
ove.n.andersson@foreningssparbanken.se
robert.charpentier@foreningssparbanken.se
lars.olaf.odlund@foreningsspar-banken.se
vivian.huxley@forester.co.uk
cwong@foresters.com
jgiles@foresters.biz
mwu@foresters.biz
vincent.chan@hk.forits.com
bl@formuepleje.dk
em@formuepleje.dk
nb@formuepleje.dk
pm@formuepleje.dk
sa@formuepleje.dk
ahmet.turan@fortis.com.tr

alain.ries@fortis.lu
alain.stephany@fortis.lu
alan.bozian@us.fortis.com
alen.zeljkovic@nl.fortis.com
alexander.jaeschke@hk.fortis.com
alexander.lange@us.fortis.com
alper.kayurtar@fortis.com.tr
alvin.cheng@hk.fortis.com
andre.wagner@fortis.lu
andreas.mayr@fortis.lu
andrew.huxstep@fortis.com
andrew.wilson@fortis.com
anita.slosberg@us.fortis.com
ann.cocquyt@fortis.com
anne.goujon@fortis.lu
anne.radermecker@fortis.com
anne-francoise.woolf@fortis.lu
antonio.mastrangelo@fortis.lu
asu.pektas@fortis.com.tr
benjamin.leroy@fortis.lu
berg.debleecker@fortis.com
bernard.fischer@fortis.lu
bernard.lempereur@fortis.com
bert.de.wolff@nl.fortis.com
bert.devriendt@fortis.lu
bertrand.wenkin@ie.fortis.com
byron.tong@hk.fortis.com
caroline.boulenger@fortis.com
cedric.liblanc@fortis.lu
celine.bruhe@fortis.lu
charles.chan@hk.fortis.com
cheikhoumar.wane@fortis.com
chris.alexander@fortis.com
chris.pagano@us.fortis.com
claude.bertemes@fortis.lu
dale.levenduski@us.fortis.com
daniel.keris@fortis.lu
danny.decupere@fortis.com
danny.frans@fortis.com
denis.fagaert@fortis.com
dermot.daly@ie.fortis.com
desmond.lum@sg.fortis.com
diana.talbi@fortis.lu
edouard.desbonnets@fortis.lu
elif.topcu@fortis.com.tr
eric.chow@hk.fortis.com
eric.liegeois@fortis.lu
erkin.isik@fortis.com.tr
etienne.chalmagne@fortis.com
eward.sonneveld@hk.fortis.com
filip.dierckx@fortis.com
frank.oldeweme@fortis.lu
frank.vangansbeke@fortis.com
frederic.bossens@fortis.com
gerry.koolen@fortis.com
gertjan.verhoef@nl.fortis.com
gokhan.erguneyt@fortis.com.tr
guido.vandemaele@fortis.com
haluk.burumcekci@fortis.com.tr
hghudson@us.fortis.com

hidai.barmor@fortis.com
jan.vanermen@fortis.com
jan.willem.meulenkamp@nl.fortis.com
jeffrey.wu@hk.fortis.com
jeremy.willaume@fortis.lu
jeroen.visser@us.fortis.com
jessie.pui@hk.fortis.com
jjingraham@us.fortis.com
joe.tan@fortis.com
johnny.tam@hk.fortis.com
jsbyrd@us.fortis.com
judi.fuoti@us.fortis.com
julie.teng@hk.fortis.com
kelly.ng@sg.fortis.com
kenneth.yuan@hk.fortis.com
kerry.leow@sg.fortis.com
koen.desmecht@fortis.com
koen.weemaes@fortis.com
kurt.janssens@fortis.com
laurent.quidaciolu@fortis.lu
liliane.poitiers@fortis.lu
luc.borremans@fortis.com
marc.moonens@fortis.com
marc.peelen@fortis.com
marc.schartz@fortis.lu
marc.vereecke@hk.fortis.com
marjolein.van.den.berg@nl.fortis.com
maroun.hayek@us.fortis.com
mary.wong@hk.fortis.com
mdroschen@us.fortis.com
melanie.mortier@fortis.lu
michel.baise@fortis.com
mjromanowski@us.fortis.com
mustafa.erdogan@fortis.com.tr
neville.chan@hk.fortis.com
nicholas.ogden@fortis.lu
nicolas.catin@fortis.com
olivier.defay@us.fortis.com
olivier.delval@fortis.com
olivier.selis@fortis.lu
olivier.seyll@fortis.lu
owen.kam@hk.fortis.com
patrick.schmitz@fortis.lu
paul.whyman@fortis.co.uk
peter.roymans@fortis.com
petra.dedeyne@fortis.com
philippe.latour@fortis.com
philippe.lecocq@fortis.lu
philippe.simon@fortis.com
pieter.vanbaelen@fortis.com
rafael.martinez@fortis.com
rao.mangipudi@us.fortis.com
reginald.degols@fortis.com
rico.fasel@nl.fortis.com
robert.schneider@fortis.lu
robert.weijdenter@fortis.com
rocco.bozzone@fortis.lu
samuel.pang@hk.fortis.com
selene.koh@sg.fortis.com
serge.rohmann@fortis.lu

smrickert@us.fortis.com
soraya.hakuziyaremye@fortis.com
stefaan.dedoncker@fortis.com
stefaan.vandemosselaer@fortis.com
stefanie.inghelbrecht@fortis.com
steve.welter@fortis.lu
thierry.deraeck@fortis.com
tina.swedenborghall@fortis.com
tobias.hopp@fortis.lu
tolga.kirbay@fortis.com.tr
tom.cunningham@us.fortis.com
tom.dhaenens@fortis.com
tom.thyssens@fortis.com
tony.cty@hk.fortis.com
uwe.prasser@fortis.com
valerie.laloux@fortis.com
vincent.flanagan@us.fortis.com
vincent.lecomte@fortis.com
xavier.cock@fortis.com
xavier.mazet@fortis.lu
xue.wang@hk.fortis.com
yves.vanlendeghem@fortis.com
dorothee.fassiau@fortisag.be
gaetan.delvaux@fortisag.be
hilde.hanssens@fortisag.be
jacques.crabbe@fortisag.be
william.vanimpe@fortisag.be
alain.maricq@fortisbank.com
alain.verschueren@fortisbank.com
anne.fils@fortisbank.com
an-sofie.meirsschaut@fortisbank.com
arnaud.weissrock@fortisbank.com
arvid.de.boer@nl.fortisbank.com
bernard.delhaye@fortisbank.com
carla.bauwens@fortisbank.com
christa.a.debruyn@fortisbank.com
christel.bosch@fortisbank.com
christiaan.claessens@fortisbank.com
christophe.moraine@fortisbank.com
daniel.demeeus@fortisbank.com
danny.vanwesemael@fortisbank.com
denis.sagaert@fortisbank.com
didier.engels@fortisbank.com
didier.vanhecke@fortisbank.com
dieter.dejaegher@fortisbank.com
dimitri.crelot@fortisbank.com
dirk.abspoel@fortisbank.com
dirk.stynen@fortisbank.com
eddy.reynebeau@fortisbank.com
effrosyni.lefka@fortisbank.com
elaine.coussement@fortisbank.com
els.briers@fortisbank.com
eva.stroobants@fortisbank.com
fabian.deprey@fortisbank.com
fabio.ghezzi-morgalanti@fortisbank.com
franek.vercruysse@fortisbank.com
gauthier.serruys@fortisbank.com
gautier.vanhonacker@fortisbank.com
geert.deroover@fortisbank.com
geert.kesteleyn@fortisbank.com

geert.ruysschaert@fortisbank.com
geert.vanderhaeghe@fortisbank.com
geert.vanderheyden@fortisbank.com
geert.vanthuyne@fortisbank.com
geoffrey.rodrigue@fortisbank.com
guido.braem@fortisbank.com
guido.vandemaele@fortisbank.com
hans.simaeys@fortisbank.com
jacques.massin@fortisbank.com
jacques.vandenherrwewegen@fortisbank.com
jan.b.bronselaer@fortisbank.com
janmichiel.hessels@fortisbank.com
jkepel@fortisbank.com
jo.machtelinckx@fortisbank.com
johan.beckers@fortisbank.com
johan.vervaeke@fortisbank.com
juan.sueiro@fortisbank.com
kim.vanderhoute@fortisbank.com
koen.drieskens@fortisbank.com
koen.vandesteene@fortisbank.com
kurt.gheysen@fortisbank.com
laurent.froget@fortisbank.com
luc.steens@fortisbank.co
mario.vanhemelryck@fortisbank.com
marnik.hinnekens@fortisbank.com
maurice.jacquet@fortisbank.com
michael.vanderelst@fortisbank.com
monique.yu@fortisbank.com.hk
nico.vanhiel@fortisbank.com
olivier.dewell@fortisbank.com
patrick.merckx@fortisbank.com
paul.janssens@fortisbank.com
paulandre.meyers@fortisbank.com
philippe.bietlot@fortisbank.com
philippe.gijsels@fortisbank.com
philippe.hullaert@fortisbank.com
pierre.amrom@fortisbank.com
ricky.lit@fortisbank.com.hk
rob.goyens@fortisbank.com
ronald.lokkers@fortisbank.com
rosamar.martinez@fortisbank.com
thomas.blondin@fortisbank.com
vicken.kioumdjan@fortisbank.com
vicken.kioumjian@fortisbank.com
ward.lievens@fortisbank.com
willy.moyson@fortisbank.com
wouter.devriendt@fortisbank.com
yolande.collard@fortisbank.com
yves.vanlandeghem@fortisbank.com
mohammed.alam@fortiscapitalusa.com
svp@fortisclearing.com
david.schmidt@fortisinvestment.com
alain.gerard@fortisinvestments.com
alpha.sylla@fortisinvestments.com
amy.hoodless@fortisinvestments.com
andre.sebrowski@fortisinvestments.com
andrew.macleod@fortisinvestments.com
andy.vanlaer@fortisinvestments.com
anna.pigott@fortisinvestments.com
bart.coenraads@fortisinvestments.com

bart.geukens@fortisinvestments.com
ben.horsell@fortisinvestments.com
benoit.depauw@fortisinvestments.com
bernard.deliege@fortisinvestments.com
bertrand.sluys@fortisinvestments.com
birgitta.cap@fortisinvestments.com
cameron.squadrito@fortisinvestments.com
camille.mcleod-salmon@fortisinvestments.com
chris.helsen@fortisinvestments.com
christiaan.fornier@fortisinvestments.com
christian.truyens@fortisinvestments.com
christophe.javaux@fortisinvestments.com
christophe.pecoraro@fortisinvestments.com
christopher.jeffery@fortisinvestments.com
christopher.wadsworth@fortisinvestments.com
cindy.chan@fortisinvestments.com
corentin.cam@fortisinvestments.com
craig.behrens@fortisinvestments.com
daniel.hobster@fortisinvestments.com
david.drappier@fortisinvestments.com
davy.vanvossole@fortisinvestments.com
denis.mangan@fortisinvestments.com
dennis.kools@fortisinvestments.com
didier.fourcroy@fortisinvestments.com
eli.koen@fortisinvestments.com
ellen.eijking@fortisinvestments.com
emiel.van.den.heiligenberg@fortisinvestments.com
erik.ansinger@fortisinvestments.com
erik.kroon@fortisinvestments.com
erwin.feijer@fortisinvestments.com
frank.d'hondt@fortisinvestments.com
frank.hamelijnck@fortisinvestments.com
fraser.lundie@fortisinvestments.com
frederic.bert@fortisinvestments.com
frederic.helrebaudt@fortisinvestments.com
frederic.rebry@fortisinvestments.com
frederik.stoop@fortisinvestments.com
frederique.morieux@fortisinvestments.com
gabriel.wallach@fortisinvestments.com
george.rudawski@fortisinvestments.com
gerrit.hop@fortisinvestments.com
gert.vanderjeugt@fortisinvestments.com
guido.bunte@fortisinvestments.com
guy.williams@fortisinvestments.com
hafez.ayeva@fortisinvestments.com
hans.peters@fortisinvestments.com
hans.steyaert@fortisinvestments.com
hans.vanderknaap@fortisinvestments.com
hassan.mian@fortisinvestments.com
havard.tveit@fortisinvestments.com
heinerich.hardy@fortisinvestments.com
hennie.brink@fortisinvestments.com
holger.weeda@fortisinvestments.com
jacques.dursel@fortisinvestments.com
james@fortisinvestments.com
jan.deroost@fortisinvestments.com
jan.ooms@fortisinvestments.com
jan.sijssens@fortisinvestments.com
jan.verbrugge@fortisinvestments.com
jan.willem.vis@fortisinvestments.com

jean.dessain@fortisinvestments.com
jean-loup.texier@fortisinvestments.com
jean-philippe.bailly@fortisinvestments.com
jeffrey.megar@fortisinvestments.com
jeffrey.van.wettum@fortisinvestments.com
jeroen.gailly@fortisinvestments.com
jeroen.gierveld@fortisinvestments.com
jeroen.knol@fortisinvestments.com
jeroen.verstraete@fortisinvestments.com
john.lupton@fortisinvestments.com
joris.debeul@fortisinvestments.com
jorn.deboeck@fortisinvestments.com
juan.poswick@fortisinvestments.com
jurgen.detroy@fortisinvestments.com
kan.zheng@fortisinvestments.com
karin.schoeman@fortisinvestments.com
katrien.adam@fortisinvestments.com
kevin.cheah@fortisinvestments.com
kevin.kehres@fortisinvestments.com
kris.demoerloose@fortisinvestments.com
krisztina.negret@fortisinvestments.com
laurent.gorgemans@fortisinvestments.com
lode.devlaminck@fortisinvestments.com
manfred.lam@fortisinvestments.com
marc.van.gaalen@fortisinvestments.com
marcos.raisanen@fortisinvestments.com
maria.polycarpou@fortisinvestments.com
marie.christine@fortisinvestments.com
marije.brinkman@fortisinvestments.com
marja.vandergiessen@fortisinvestments.com
marleen.vanholsbeeck@fortisinvestments.com
mathieu.negre@fortisinvestments.com
meera.judge@fortisinvestments.com
michal.wozniak@fortisinvestments.com
michel.aubenas@fortisinvestments.com
michel.gonnard@fortisinvestments.com
namiko.hino@fortisinvestments.com
nicola.morgan@fortisinvestments.com
nicola.williams@fortisinvestments.com
olivier.detimmerman@fortisinvestments.com
olivier.deval@fortisinvestments.com
olivier.gaspar@fortisinvestments.com
olivier.van.hirtum@fortisinvestments.com
omar.greco@fortisinvestments.com
omry.apelblat@fortisinvestments.com
pankaj.shah@fortisinvestments.com
patrick.de.boer@fortisinvestments.com
peter.abbott@fortisinvestments.com
peter.din@fortisinvestments.co.uk
peter.ranty@fortisinvestments.com
philipp.schreyer@fortisinvestments.com
pierre-etienne.gilard@fortisinvestments.com
pim.beirens@fortisinvestments.com
raja.coopoosamy@fortisinvestments.com
raymond.yung@fortisinvestments.com
reiniera.van.der.feltz@fortisinvestments.com
richard.wohanka@fortisinvestments.com
rob.vanoostveen@fortisinvestments.com
robert.carbone@fortisinvestments.com
robert.ryan@fortisinvestments.com

roderick.molenaar@fortisinvestments.com
roeland.tso@fortisinvestments.com
roland.van.wettum@fortisinvestments.com
rolf.stout@fortisinvestments.com
rudy.vandorpe@fortisinvestments.com
sascha.hirsch@fortisinvestments.com
shaun.stevens@fortisinvestments.com
silvia.wendlinger@fortisinvestments.com
simon.van.veen@fortisinvestments.com
sophie.debehogne@fortisinvestments.com
stephane.monier@fortisinvestments.com
steven.harnie@fortisinvestments.com
steven.taylor@fortisinvestments.com
stijn.dockx@fortisinvestments.com
susanne.vandootingh@fortisinvestments.com
sven.degreef@fortisinvestments.com
sylvia.windlinger@fortisinvestments.com
taco.lens@fortisinvestments.com
thierry.charlier@fortisinvestments.com
tim.sheehan@fortisinvestments.com
tine.denorme@fortisinvestments.com
veronique.hache@fortisinvestments.com
vincent.gigounon@fortisinvestments.com
vincent.matthijssen@fortisinvestments.com
werner.huysmans@fortisinvestments.com
willem.klijnstra@fortisinvestments.com
william.anderson@fortisinvestments.com
william.devijlder@fortisinvestments.com
william.finley@fortisinvestments.com
wouter.weijand@fortisinvestments.com
yves.oloui@fortisinvestments.com
carlo.friob@fortisl.lu
hemmo.hemmes@fortismeespierson.nl
rwenger@fortress.com
tw@fortressltd.com
brian-desmond@forum-financial.com
elaine-flynn@forum-financial.com
rimperiale@forwardmgmt.com
ejones@forwardua.com
fsheikh@forwardua.com
apeltzer@fountaincapital.com
dcampbell@fountaincapital.com
eroth@fountaincapital.com
gmurphy@fountaincapital.com
jjones@fountaincapital.com
kmalvey@fountaincapital.com
nbraswell@fountaincapital.com
pcarey@fountaincapital.com
amassey@foxasset.com
dedler@foxasset.com
jsampson@foxasset.com
whowarth@foxasset.com
giancarlo.raggi@foyerpatrimonium.com
sebastien.cordoliani@foyerpatrimonium.com
jamesshih@fpg.com.tw
raylei@fpg.com.tw
ffong@fppartners.com
de@fr.fr
z.t@axa.fr.com
antony.milford@framlington.co.uk

chris.armstrong@framlington.co.uk
chris.bell@framlington.co.uk
chris.stjohn@framlington.co.uk
deane.donnigan@framlington.co.uk
deirdre.o'sullivan@framlington.co.uk
faisal.ayub@framlington.co.uk
firstname.surname@framlington.co.uk
gary.dudman@framlington.co.uk
john.li@framlington.co.uk
jonathan.asante@framlington.co.uk
marco.giovanelli@framlington.co.uk
mark.hargraves@framlington.co.uk
maxk@framlington.co.uk
ming.kemp@framlington.co.uk
nicola.egan@framlington.co.uk
peter.chambers@framlington.co.uk
richard.peirson@framlington.co.uk
richard.pierson@framlington.co.uk
stephen.kelly@framlington.co.uk
stephen.payne@framlington.co.uk
vanessa.guez@framlington.co.uk
william.calvert@framlington.co.uk
alexandre.brown@francetelecom.com
alexandrine.perigaud@francetelecom.com
bertrand.conil@francetelecom.com
caroline.billeaud@francetelecom.com
cedric.testut@francetelecom.com
christophe.domart@francetelecom.com
gilles.begue@francetelecom.fr
henripierre.goux@francetelecom.fr
herve1.labbe@francetelecom.com
jclaude.grynberg@francetelecom.fr
jerome.daviron@francetelecom.fr
jose.gonzalo@francetelecom.fr
laurent.besancon@francetelecom.fr
laurent.brandon@francetelecom.fr
marieclaire.lampaert@francetelecom.fr
michel.poirier@francetelecom.fr
mlaure.coupeau@francetelecom.fr
nathalie.chan@francetelecom.com
nicolas.dufourcq@francetelecom.fr
olivier.froissart@francetelecom.com
olivier.girault@francetelecom.com
olivier.mougeot@francetelecom.com
pascale.simon2@francetelecom.fr
philippe.couzinou@francetelecom.fr
pierre.guenin@francetelecom.fr
pierre.hilaire@francetelecom.fr
reza.samdjee@francetelecom.com
sophie.palliez@francetelecom.fr
alexandra.kaiser@frankfurt-trust.de
annette.pacl-schneeweis@frankfurt-trust.de
b.liedtke@frankfurt-trust.de
bernhard.steiner@frankfurt-trust.de
birgit.ebner@frankfurt-trust.de
c.cakaj@frankfurt-trust.de
carola.kolb@frankfurt-trust.de
carsten.grosse-knetter@frankfurt-trust.de
christian.leonhard@frankfurt-trust.de
christoph.kind@frankfurt-trust.de

d.ewald@frankfurt-trust.de
elke.seibel@frankfurt-trust.de
ernst.auburger@frankfurt-trust.de
f.diel@frankfurt-trust.de
f.dippold@frankfurt-trust.de
hai.do@frankfurt-trust.de
hj.ullrich@frankfurt-trust.de
holger.bosse@frankfurt-trust.de
j.milke@frankfurt-trust.de
j.scarfone@frankfurt-trust.de
jens-holger.schott@frankfurt-trust.de
karina.gundermann@frankfurt-trust.de
karl.staecker@frankfurt-trust.de
m.flaschka@frankfurt-trust.de
m.sachsenmaier@frankfurt-trust.de
martin.schoebel@frankfurt-trust.de
matthias.bayer@frankfurt-trust.de
matthias.maus@frankfurt-trust.de
miraji.othman@frankfurt-trust.de
o.nothof@frankfurt-trust.de
oliver.kopp@frankfurt-trust.de
omar.abu-rashed@frankfurt-trust.de
p.buecken@frankfurt-trust.de
patricia.john@frankfurt-trust.de
peter.rieth@frankfurt-trust.de
peter.seipel@frankfurt-trust.de
r.saxinger@frankfurt-trust.de
r.strauss.2002@frankfurt-trust.de
rainer.gogel@frankfurt-trust.de
ralf.ahrens@frankfurt-trust.de
raul.kaltenbach@frankfurt-trust.de
ri.guderian@frankfurt-trust.de
robert.minde@frankfurt-trust.de
roland.gilbert@frankfurt-trust.de
s.kaemmerer@frankfurt-trust.de
s.thomas@frankfurt-trust.de
s.todorovic@frankfurt-trust.de
t.schneider@frankfurt-trust.de
thierry.misamer@frankfurt-trust.de
thomas.hoehenleiter@frankfurt-trust.de
tilo.andreas.wannow@frankfurt-trust.de
u.reitz@frankfurt-trust.de
ulrike.becker@frankfurt-trust.de
ulrike.benker@frankfurt-trust.de
w.demel@frankfurt-trust.de
w.hutmann@frankfurt-trust.de
werner.fey@frankfurt-trust.de
agudefin@franklintempleton.co.uk
bbombay@franklintempleton.ca
ccrockett@franklintempleton.co.uk
cwatson@franklintempleton.com
dball@franklintempleton.co.uk
dtuttle@franklintempleton.ca
eweisko@franklintempleton.com
fmu@franklintempleton.co.uk
jburns4@franklintempleton.co.uk
jfei@franklintempleton.ca
kcox@franklintempleton.co.uk
lturnbull@franklintempleton.co.uk
mcobb@franklintempleton.co.uk.

minyang@franklintempleton.co.uk
mmarcoc@franklintempleton.ca
mndje@franklintempleton.co.uk
plucas@franklintempleton.com
sbowen@franklintempleton.co.uk
alexander.bogensperger@fraspa1822.de
bernd.thoma@fraspa1822.de
cornelia.holz@fraspa1822.de
frank.schweitzer@fraspa1822.de
heike.wannich@fraspa1822.de
joachim.schumak@fraspa1822.de
manuel.kaus@fraspa1822.de
rudolf.anger@fraspa1822.de
alexander.david@frb.gov
c-haganuma@frc.nomura.co.jp
cakrause@frcinvest.cm
aaron_pas@freddiemac.com
abigail_valdelievre@freddiemac.com
adama_kah@freddiemac.com
akilas_mavrakis@freddiemac.com
al_lequang@freddiemac.com
alan_pruce@freddiemac.com
alex_cheng@freddiemac.com
alexander_antzoulatos@freddiemac.com
ali_trotman@freddiemac.com
ameez_nanjee@freddiemac.com
amy_lynn_debone@freddiemac.com
anand_twells@freddiemac.com
ananda_bojji@freddiemac.com
andrew_feng@freddiemac.com
andrew_freeman@freddiemac.com
angie_barksdale@freddiemac.com
anthony_mccreary@freddiemac.com
antoine_stallings@freddiemac.com
bawo_ayomike@freddiemac.com
brandon_woodland@freddiemac.com
brendan_mckinley@freddiemac.com
brian_brandenburg@freddiemac.com
brian_claypool@freddiemac.com
brian_king@freddiemac.com
brien_hampton@freddiemac.com
bruce_wood@freddiemac.com
carlos_pollard@freddiemac.com
chad_chrisman@freddiemac.com
chad_levrini@freddiemac.com
charles_cale@freddiemac.com
chau_pham@freddiemac.com
christopher_chenen@freddiemac.com
christopher_dielmann@freddiemac.com
christopher_kuehl@freddiemac.com
christopher_laughlin@freddiemac.com
christopher_reilly@freddiemac.com
christopher_wagner@freddiemac.com
craig_boothe@freddiemac.com
craig_nauman@freddiemac.com
crystal_staton@freddiemac.com
dae_na@freddiemac.com
dan_dugan@freddiemac.com
dan_smith@freddiemac.com
dana_ryback@freddiemac.com

dane_d'alessandro@freddiemac.com
daniel_mandel@freddiemac.com
daniel_nuxoll@freddiemac.com
daniel_tsai@freddiemac.com
danielle_calloway@freddiemac.com
danielle_johnson@freddiemac.com
darrel_burris@freddiemac.com
dave_borsos@freddiemac.com
david_brickman@freddiemac.com
david_hackney@freddiemac.com
david_kellermann@freddiemac.com
david_kirk@freddiemac.com
david_schule@freddiemac.com
deborah_preisman@freddiemac.com
denise_seal@freddiemac.com
dipa_sharif@freddiemac.com
doc_ghose@freddiemac.com
donna@freddiemac.com
donna_corley@freddiemac.com
dorian_bomberger@freddiemac.com
douglas_escola@freddiemac.com
ebony_burnettejoseph@freddiemac.com
edward_bronson@freddiemac.com
edward_hahn@freddiemac.com
edward_mcnamara@freddiemac.com
eknath_belbase@freddiemac.com
elliot_leibowitz@freddiemac.com
emily_heller@freddiemac.com
eric_graddy@freddiemac.com
eric_salzman@freddiemac.com
esa_ylipahkala@freddiemac.com
essex_finney@freddiemac.com
fangyu_gao@freddiemac.com
feh_gwanyalla@freddiemac.com
felmon_bartolone@freddiemac.com
floyd_griffith@freddiemac.com
frank_vetrano@freddiemac.com
franklin_mccoy@freddiemac.com
fred_sandifer@freddiemac.com
fritz_jeffries@freddiemac.com
garrett_cooper@freddiemac.com
gary_kain@freddiemac.com
gary_malacane@freddiemac.com
glenn_errigo@freddiemac.com
gopal_sharathchandra@freddiemac.com
grace_sone@freddiemac.com
hasan_latif@freddiemac.com
hassan_thalji@freddiemac.com
helen_parsons@freddiemac.com
henry_cassidy@freddiemac.com
howard_mason@freddiemac.com
huaying_qiu@freddiemac.com
indy_weerasinghe@freddiemac.com
irang_im@freddiemac.com
itai_benosh@freddiemac.com
j_carter@freddiemac.com
jacqueline_tenuta@freddiemac.com
james_bean@freddiemac.com
james_callahan@freddiemac.com
james_havrilla@freddiemac.com

jan_luytjes@freddiemac.com
janice_fugler@freddiemac.com
jason_middough@freddiemac.com
javier_portella@freddiemac.com
jay_platt@freddiemac.com
jeanne_russo@freddiemac.com
jeffrey_chamberlain@freddiemac.com
jeffrey_kuzbel@freddiemac.com
jeffrey_law@freddiemac.com
jeffrey_shue@freddiemac.com
jerome_lienhard@freddiemac.com
jessica_snow@freddiemac.com
jichun_wu@freddiemac.com
jie_bai@freddiemac.com
jim_feenick@freddiemac.com
john_dalton@freddiemac.com
john_dimitri@freddiemac.com
john_kennington@freddiemac.com
john_l_kim@freddiemac.com
john_schiavo@freddiemac.com
jonathan_veum@freddiemac.com
jordan_winder@freddiemac.com
jorge_reis@freddiemac.com
joseph_davis@freddiemac.com
joseph_mchale@freddiemac.com
joseph_torres@freddiemac.com
judy_sun@freddiemac.com
justin_guo@freddiemac.com
justin_pearson@freddiemac.com
kalpana_rumburg@freddiemac.com
karen_gentile@freddiemac.com
karen_miller@freddiemac.com
karen_morrison@freddiemac.com
katharine_feehan@freddiemac.com
kathleen_foody-malus@freddiemac.com
kathleen_morford@freddiemac.com
kathryn_mosser@freddiemac.com
kathryn_westcott@freddiemac.com
kathy_donadio@freddiemac.com
kaushik_saha@freddiemac.com
kavita_dawar@freddiemac.com
kayla_gjata@freddiemac.com
keith_hoffman@freddiemac.com
keith_marshall@freddiemac.com
kelli_harris@freddiemac.com
kendal_greene@freddiemac.com
kerrie_la_fleur@freddiemac.com
kevin_palmer@freddiemac.com
khadija_zackria@freddiemac.com
khyra_killgo@freddiemac.com
kim_jones@freddiemac.com
kkkkk@freddiemac.com
lea_downsbrough@freddiemac.com
lee_jacobson@freddiemac.com
lily-wang@freddiemac.com
linda_lundberg@freddiemac.com
liwen_manzi@freddiemac.com
lizeth_alvarado@freddiemac.com
lois_bellandi@freddiemac.com
lois_ireland@freddiemac.com

lori_geftic@freddiemac.com
lori_trawinski@freddiemac.com
louise_herrle@freddiemac.com
lucie_fay@freddiemac.com
lyncoya_simpson@freddiemac.com
lynn_jones@freddiemac.com
macvicar_ramont@freddiemac.com
manish_garg@freddiemac.com
manoj_k_singh_svp@freddiemac.com
marcelo_teixeira@freddiemac.com
marcus_yu@freddiemac.com
marilyn_kapila@freddiemac.com
mark_d_miller@freddiemac.com
martin_loketek@freddiemac.com
martin_young@freddiemac.com
mary_muething@freddiemac.com
mary_odonnell@freddiemac.com
mary_shillinger@freddiemac.com
matt_miller@freddiemac.com
matthew_huang@freddiemac.com
matthew_lascek@freddiemac.com
matthew_mcgovern@freddiemac.com
matthew_porter@freddiemac.com
matthew_seiler@freddiemac.com
matthew_spiro@freddiemac.com
mayur_maniar@freddiemac.com
mehrdad_tahmasebi@freddiemac.com
melissa_crabtree@freddiemac.com
melissa_mcguire@freddiemac.com
melissa_melvin@freddiemac.com
merry_dimitri@freddiemac.com
mia_stewart@freddiemac.com
michael_aneiro@freddiemac.com
michael_centrone@freddiemac.com
michael_jenkins@freddiemac.com
michael_konsen@freddiemac.com
michael_mccabe@freddiemac.com
michael_patterson@freddiemac.com
michael_smith@freddiemac.com
michael_taets@freddiemac.com
michael_trippett@freddiemac.com
mike_dawson@freddiemac.com
mike_wang@freddiemac.com
mintsung_yu@freddiemac.com
mitchell_lawrence@freddiemac.com
mitchell_post@freddiemac.com
mohit_sudhakar@freddiemac.com
monica_satija@freddiemac.com
moroni_noronha@freddiemac.com
muhssin_yacoubi@freddiemac.com
murat_karakurt@freddiemac.com
naruki_hirai@freddiemac.com
natalie_del-villar@freddiemac.com
nazir_dossani@freddiemac.com
nicholas_travaglino@freddiemac.com
nicole_perret-gentil@freddiemac.com
nivritt_bonarji@freddiemac.com
olga_maupin@freddiemac.com
owen_eldridge@freddiemac.com
patricia_alayne_evans@freddiemac.com

| | | |
|---|---|---|
| patricia_cook@freddiemac.com | steve_guggenmos@freddiemac.com | mike.collins@friendsprovident.co.uk |
| paul_konigsberg@freddiemac.com | steve_keleher@freddiemac.com | nick.myers@friendsprovident.co.uk |
| paul_kume@freddiemac.com | steve_tips@freddiemac.com | paul.cooper@friendsprovident.co.uk |
| perri_henderson@freddiemac.com | sudha_garg@freddiemac.com | e.vasbinder@frieslandbank.nl |
| peter_federico@freddiemac.com | sulaiman_ghaussy@freddiemac.com | f.verhees@frieslandbank.nl |
| peter_mahoney@freddiemac.com | sumeet_bhalla@freddiemac.com | wilderinke@frieslandbank.nl |
| peter_zou@freddiemac.com | sung_choi@freddiemac.com | francescacomar@friuladria.it |
| phil_guth@freddiemac.com | susan_hamilton@freddiemac.com | mariaantoniettato@friuladria.it |
| philip_guth@freddiemac.com | susanna_b_kondracki@freddiemac.com | maurodepin@friuladria.it |
| philip_mccarty@freddiemac.com | sylvia_garcia@freddiemac.com | robertopoleesel@friuladria.it |
| rabea_nawaz@freddiemac.com | tameika_burrell@freddiemac.com | robertopujatti@friuladria.it |
| ran_yi@freddiemac.com | taylor_leavitt@freddiemac.com | abarron@frk.com |
| raven_henderson@freddiemac.com | terrence_connelly_jr@freddiemac.com | abeach@frk.com |
| ravi_ohri@freddiemac.com | thomas_flynn@freddiemac.com | acrieder@frk.com |
| ray_romano@freddiemac.com | thomas_fuqua@freddiemac.com | adongon@frk.com |
| raymond_powers@freddiemac.com | thomas_piontek@freddiemac.com | agorlyn@frk.com |
| richard_chung@freddiemac.com | tim_schmidt@freddiemac.com | ajohnso3@frk.com |
| richard_olek@freddiemac.com | timothy_bitsberger@freddiemac.com | amichel@frk.com |
| richard_wang@freddiemac.com | timothy_heller@freddiemac.com | amoon@frk.com |
| robert_boese@freddiemac.com | ting-ting_yu@freddiemac.com | amuschott@frk.com |
| robert_burns@freddiemac.com | todd_lines@freddiemac.com | apeters@frk.com |
| robert_carroll@freddiemac.com | tracy_schuneible@freddiemac.com | apopovi2@frk.com |
| robert_fishman@freddiemac.com | tyrice_coates@freddiemac.com | asatwalekar@frk.com |
| robert_padgett@freddiemac.com | victor_pa@freddiemac.com | aschram@frk.com |
| robert_philipp@freddiemac.com | vijay_movva@freddiemac.com | bcarris@frk.com |
| robert_volpi@freddiemac.com | vimal_agarwal@freddiemac.com | bcrawfo@frk.com |
| robin_grieves@freddiemac.com | vinod_kushawaha@freddiemac.com | bcryer@frk.com |
| robin_phillips@freddiemac.com | wayne_schwartz@freddiemac.com | bfrench@frk.com |
| robyn_morris@freddiemac.com | william_boorman@freddiemac.com | bhofman-schwab@frk.com |
| rochelle_ballard@freddiemac.com | william_erwin@freddiemac.com | blinde@frk.com |
| ronald_daly@freddiemac.com | william_iles@freddiemac.com | bloder@frk.com |
| ronald_ratcliffe@freddiemac.com | xiang_xie@freddiemac.com | bpiallo@frk.com |
| rongwen_wu@freddiemac.com | xiaoping_xiong@freddiemac.com | bschroer@frk.com |
| ryan_harn@freddiemac.com | xin_zhao@freddiemac.com | bsevilla@frk.com |
| ryan_henning@freddiemac.com | yasin_benzawi@freddiemac.com | btaylor1@frk.com |
| sabrina_rodriguez-harte@freddiemac.com | yi-chun_cheng@freddiemac.com | cchan3@frk.com |
| sadiqa_brown@freddiemac.com | yinan_wang@freddiemac.com | cchou@frk.com |
| salil_bhatt@freddiemac.com | yuanfan_sun_branson@freddiemac.com | cenrico@frk.com |
| saliya_wijesekera@freddiemac.com | yun-sang_bae@freddiemac.com | cfung@frk.com |
| sally_au-yeung@freddiemac.com | zach_peterson@freddiemac.com | chenn@frk.com |
| sally_williamson@freddiemac.com | zachary_smith@freddiemac.com | cherrma@frk.com |
| sam_li@freddiemac.com | mitchell_denberg@freddiemac.com | chiggins@frk.com |
| samantha_thalji@freddiemac.com | kadams@freedom-capital.com | cho3@frk.com |
| sanat_shankardass@freddiemac.com | kdavis@freedom-capital.com | cjohnson@frk.com |
| sandra_miles@freddiemac.com | masmith@freedom-capital.com | ckang@frk.com |
| sang-sub_lee@freddiemac.com | mspencer@freedom-capital.com | cmellic@frk.com |
| sarah_easterly@freddiemac.com | rdepelteau@freedom-capital.com | cmolumphy@frk.com |
| sarbashis_ghosh@freddiemac.com | smooney@freedom-capital.com | cnativi@frk.com |
| satish_iyer@freddiemac.com | sscranto@freedom-capital.com | cpetrin@frk.com |
| scott_bride@freddiemac.com | bayer.andringa@freeler.nl | cpett@frk.com |
| scott_haymore@freddiemac.com | pbunnage@freemontcapital.co.uk | cpezino@frk.com |
| sean_flanagan@freddiemac.com | james.gala@fremontbank.com | cprice@frk.com |
| shari_thomas@freddiemac.com | julia.clark@friendsis.com | csperry@frk.com |
| shih-pin@freddiemac.com | pinakin.patel@friendsis.com | cvillal@frk.com |
| shihua_lu@freddiemac.com | rob.mason@friendsis.com | cwang@frk.com |
| si-har_choi@freddiemac.com | rupert.trotter@friendsis.com | cyoshim@frk.com |
| stacey_kenneweg@freddiemac.com | terry.o'brian@friendsis.com | dardini@frk.com |
| stephanie_skinner@freddiemac.com | gregory.norton@friendsprovident.co.uk | dglazer@frk.com |
| stephen_delaney@freddiemac.com | ian.jefferies@friendsprovident.co.uk | dhennes@frk.com |
| stephen_masten@freddiemac.com | jim.cadman@friendsprovident.co.uk | dhovey@frk.com |

| | | |
|---|---|---|
| dlam1@frk.com | jlingbe@frk.com | mwilley@frk.com |
| dlee2@frk.com | jlusk@frk.com | nbruckn@frk.com |
| dma@frk.com | jmurray1@frk.com | ndoyin@frk.com |
| dmagowan@frk.com | jng@frk.com | nfodor@frk.com |
| dnelson@frk.com | jorussell@frk.com | nhoang@frk.com |
| dnuckle@frk.com | jpomeroy@frk.com | nshah@frk.com |
| dsanderson@frk.com | jpscandalios@frk.com | pempera@frk.com |
| dscher@frk.com | jraymon@frk.com | pfasold@frk.com |
| dsearle@frk.com | jrudy@frk.com | pgasant@frk.com |
| dworkman@frk.com | jschmic@frk.com | pjhaveri@frk.com |
| dyuen@frk.com | jsnyder@frk.com | pklein@frk.com |
| dzakaria@frk.com | jtarpey@frk.com | pmallon@frk.com |
| eabraha@frk.com | jwiley@frk.com | poconno@frk.com |
| eandrie@frk.com | kborell@frk.com | ppalani@frk.com |
| egarvin@frk.com | kburns@frk.com | pstalun@frk.com |
| ejamies@frk.com | khassou@frk.com | pvaruno@frk.com |
| elee1@frk.com | kjamro@frk.com | pwalker@frk.com |
| eliu@frk.com | kjoe@frk.com | ragarwa@frk.com |
| elugo@frk.com | kkim@frk.com | rbayston@frk.com |
| emendez@frk.com | kmarsha@frk.com | rbecker@frk.com |
| emomsen@frk.com | ksabet@frk.com | rchan@frk.com |
| eperks@frk.com | kshepherd@frk.com | rcostas@frk.com |
| eselenger@frk.com | kstrand@frk.com | rcruz@frk.com |
| etakaha@frk.com | ktan@frk.com | rdonate@frk.com |
| evan.mcculloch@frk.com | kthoma1@frk.com | rhart@frk.com |
| ffelicelli@frk.com | lburakr@frk.com | rhsu@frk.com |
| ffromm@frk.com | lfranzo@frk.com | rkoeste@frk.com |
| fng@frk.com | ljanard@frk.com | rrendle@frk.com |
| frivera@frk.com | lnacari@frk.com | rsecris@frk.com |
| gbowers@frk.com | lshirle@frk.com | rsmythe@frk.com |
| gchen@frk.com | lstyles@frk.com | rsteven@frk.com |
| ggahl@frk.com | madams@frk.com | rtjader@frk.com |
| gjohnson@frk.com | manadil@frk.com | samoroso@frk.com |
| gko@frk.com | mbutler@frk.com | saraghi@frk.com |
| greiche@frk.com | mchase@frk.com | scaruso@frk.com |
| gvoyles@frk.com | mconn@frk.com | scottlee@frk.com |
| gwark@frk.com | mconsta@frk.com | scraven@frk.com |
| gyu@frk.com | mdong@frk.com | sdover@frk.com |
| hmellin@frk.com | mdoughe@frk.com | shaff@frk.com |
| hrutt@frk.com | mfey@frk.com | shooker@frk.com |
| hshin@frk.com | mforbes@frk.com | skornfeld@frk.com |
| isalem@frk.com | mforst@frk.com | skrucze@frk.com |
| jbattag@frk.com | mhasens@frk.com | sland@frk.com |
| jbelk@frk.com | mjohn@frk.com | slyons@frk.com |
| jbousma@frk.com | mkremer@frk.com | smacdon@frk.com |
| jbrando@frk.com | mlam@frk.com | smcgive@frk.com |
| jchu@frk.com | mluan@frk.com | sowens@frk.com |
| jconn@frk.com | mmccarthy@frk.com | speng@frk.com |
| jcross2@frk.com | mmessme@frk.com | sperin@frk.com |
| jcurti1@frk.com | mmicik@frk.com | ssoli@frk.com |
| jdanton@frk.com | mmoberg@frk.com | swong@frk.com |
| jdeeringer@frk.com | mparagas@frk.com | tbright@frk.com |
| jdoyas@frk.com | mquinlan@frk.com | tchan@frk.com |
| jgotell@frk.com | mreed@frk.com | tcoffey@frk.com |
| jharrison@frk.com | mshepar@frk.com | tgoswam@frk.com |
| jhilu@frk.com | mtaglia@frk.com | thahn@frk.com |
| jholbrook@frk.com | mverdug@frk.com | tjacobs1@frk.com |
| jhopp@frk.com | mwallac@frk.com | tmiller1@frk.com |
| jjohnst@frk.com | mwan@frk.com | tnelson@frk.com |
| jkohli@frk.com | mweisbrod@frk.com | tparson@frk.com |

tpecore@frk.com
trunkel@frk.com
tsulliv@frk.com
vpatel@frk.com
vpenfie@frk.com
vproviz@frk.com
vshanho@frk.com
wchong@frk.com
wflynt@frk.com
wvxiang@frk.com
ylager@frk.com
yzhu@frk.com
zperry@frk.com
karen.hammold@frm.com
rica.trujillo@frm.com
cwheeler@frontierbank.com
jdickson@frontierbank.com
karpus@frontiernet.net
mmemler@frontier-partners.com
alan.tarver@frostbank.com
bhunt@frostbank.com
bill.frost@frostbank.com
brad.thompson@frostbank.com
brian.maguire@frostbank.com
bschroller@frostbank.com
bsirakos@frostbank.com
cathy.ritter@frostbank.com
cperkins@frostbank.com
deanne.immel@frostbank.com
dfrost@frostbank.com
eric.holt@frostbank.com
gthomas@frostbank.com
hbrison@frostbank.com
hparker@frostbank.com
jason.merritt@frostbank.com
jeffery.elswick@frostbank.com
jlutz@frostbank.com
kcarpenter@frostbank.com
kurt.niemietz@frostbank.com
le.keough@frostbank.com
leigh.olejer@frostbank.com
liz.valenzuela@frostbank.com
mbrell@frostbank.com
mfichtner@frostbank.com
mike.brell@frostbank.com
mjsalazar@frostbank.com
pgalbraith@frostbank.com
richard.woodward@frostbank.com
rmcashan@frostbank.com
steve.shumake@frostbank.com
tdavis@frostbank.com
ted.harper@frostbank.com
terry.frank@frostbank.com
tstringfellow@frostbank.com
vance.arnold@frostbank.com
john.miller@frostbant.com
bill.collins@frostsecurities.com
steven.ganss@frostsecurities.com
arudin@fsa.com
creckin@fsa.com

dfarrell@fsa.com
falbus@fsa.com
glenn_tso@fsa.com
hkim@fsa.com
hzhang@fsa.com
jgarfield@fsa.com
jhendrickson@fsa.com
jsifert@fsa.com
jwolf@fsa.com
mbyrne@fsa.com
mweinstein@fsa.com
rcarney@fsa.com
rtucker@fsa.com
skahn@fsa.com
tkendall@fsa.com
christian.borjeson@fsb.se
jan.tradgardh@fsb.se
barry_mary@fsba.state.fl.us
benton_john@fsba.state.fl.us
buchholz_jason@fsba.state.fl.us
carter_trent@fsba.state.fl.us
ceurvorst_kevin@fsba.state.fl.us
chico_christian@fsba.state.fl.us
collins_lisa@fsba.state.fl.us
cromer_phyllis@fsba.state.fl.us
crumpler_amy@fsba.state.fl.us
daniels_cicely@fsba.state.fl.us
divine_david@fsba.state.fl.us
fernald_thomas@fsba.state.fl.us
fisher_carmen@fsba.state.fl.us
good_luanne@fsba.state.fl.us
green_pat@fsba.state.fl.us
hall_randy@fsba.state.fl.us
hill_ken@fsba.state.fl.us
kirchoff_bill@fsba.state.fl.us
krueger_erik@fsba.state.fl.us
lombardi_michael@fsba.state.fl.us
mary_pace@fsba.state.fl.us
matthews_karen@fsba.state.fl.us
mccoy_debbie@fsba.state.fl.us
mcgavin_brian@fsba.state.fl.us
meeks_bruce@fsba.state.fl.us
myers_jennifer@fsba.state.fl.us
patsy_rick@fsba.state.fl.us
pinkston_joseif@fsba.state.fl.us
ratcliff_carmen@fsba.state.fl.us
seery_scott@fsba.state.fl.us
sherlock_ray@fsba.state.fl.us
sigrist_kevin@fsba.state.fl.us
smith_jeffrey@fsba.state.fl.us
smith_justin@fsba.state.fl.us
smith_richard@fsba.state.fl.us
smith_rob@fsba.state.fl.us
smith_sheilah@fsba.state.fl.us
swain_julie@fsba.state.fl.us
sykes_nicholas@fsba.state.fl.us
taylor_tim@fsba.state.fl.us
thompson_lynn@fsba.state.fl.us
tzigantcheva_milena@fsba.state.fl.us
webster_trent@fsba.state.fl.us

wnuk_joseph@fsba.state.fl.us
yecco_janice@fsba.state.fl.us
pdee@fsbnm.com
evanvalkenburgh@fsbperkasie.com
kstephon@fsbperkasie.com
ychuang@fscey.gov.tw
khall@fscnet.com
sjensen@fscnet.com
gomezj@fsgrhino.com
raulsf@fsgrhino.com
tonhaisers@fsgrhino.com
carsten.beckmann@fskag.de
joern.svedelius@fskag.de
martina.davis@fskag.de
sven.dittmer@fskag.de
simon.tarr@fsmail.net
bradbradley@ftadvisors.com
cfallow@ftadvisors.com
dlindquist@ftadvisors.com
ganderson@ftadvisors.com
miken@ftadvisors.com
rickdoede@ftadvisors.com
rtestin@ftadvisors.com
suebrix@ftadvisors.com
tlarson@ftadvisors.com
wstubbings@ftadvisors.com
dazandstra@ftb.com
jhmoore@ftb.com
jsatkins@ftb.com
kaporter@ftb.com
acunagin@ftci.com
adunloy@ftci.com
aowens@ftci.com
aparmar@ftci.com
aschat@ftci.com
atatlock@ftci.com
avonst@ftci.com
awoodtli@ftci.com
bcrawfo@ftci.com
began@ftci.com
bwu@ftci.com
cbarbe@ftci.com
cbunting@ftci.com
cgleason@ftci.com
ckaefe@ftci.com
cklein@ftci.com
clau@ftci.com
cleaong@ftci.com
cmaxwell@ftci.com
crudbar@ftci.com
cscaturo@ftci.com
cwalke@ftci.com
dchan@ftci.com
dlevy@ftci.com
drea@ftci.com
dzhang@ftci.com
econnell@ftci.com
ecosgr@ftci.com
ekeating@ftci.com
emagda@ftci.com

| | | |
|---|---|---|
| eprice@ftci.com | rjacobs@ftci.com | mike.allen@ftnfinancial.com |
| ereyno@ftci.com | rsagalyn@ftci.com | mike.heflin@ftnfinancial.com |
| fgonza@ftci.com | rsanch@ftci.com | mike.kisber@ftnfinancial.com |
| gbarreto@ftci.com | rscherzer@ftci.com | mike.scanlon@ftnfinancial.com |
| guren@ftci.com | rwaldn@ftci.com | billy.bischoff@ftnmidwest.com |
| ibakrac@ftci.com | ryu@ftci.com | breege.rohan@ftnmidwest.com |
| jbarne@ftci.com | salbane@ftci.com | cheryl.hamilton@ftnmidwest.com |
| jbiggs@ftci.com | sbirrell@ftci.com | chrys.hellman@ftnmidwest.com |
| jcallaghan@ftci.com | schoi@ftci.com | darryl.atwater@ftnmidwest.com |
| jcushin@ftci.com | scoco@ftci.com | dennis.powell@ftnmidwest.com |
| jfoste@ftci.com | scsmith@ftci.com | eric.choi@ftnmidwest.com |
| jfoster@ftci.com | sfairf@ftci.com | geff.gioia@ftnmidwest.com |
| jhatch@ftci.com | sgiroux@ftci.com | gerry.lauro@ftnmidwest.com |
| jkwock@ftci.com | sgoodside@ftci.com | jim.toth@ftnmidwest.com |
| jlu@ftci.com | shartn@ftci.com | ken.stumphauzer@ftnmidwest.com |
| jmanoo@ftci.com | shartnett@ftci.com | kent.lillick@ftnmidwest.com |
| jmccaleb@ftci.com | showard@ftci.com | kristen.laughlin@ftnmidwest.com |
| jokada@ftci.com | smanson@ftci.com | kristi.oquin@ftnmidwest.com |
| jporti@ftci.com | spiggo@ftci.com | liz.mcmaster@ftnmidwest.com |
| jraval@ftci.com | ssingh@ftci.com | mark.zengo@ftnmidwest.com |
| jremmert@ftci.com | sthorm@ftci.com | matt.sellecchia@ftnmidwest.com |
| jterry@ftci.com | svito@ftci.com | mike.oboyle@ftnmidwest.com |
| jtrain@ftci.com | tcolgan@ftci.com | mike.powell@ftnmidwest.com |
| jtuzzo@ftci.com | tkuo@ftci.com | quinn.vork@ftnmidwest.com |
| jwong@ftci.com | tmullig@ftci.com | robert.wazevich@ftnmidwest.com |
| kfang@ftci.com | tsullivan@ftci.com | stacie.jovancevic@ftnmidwest.com |
| kiwong@ftci.com | tsvidler@ftci.com | steve.doll@ftnmidwest.com |
| kplanta@ftci.com | twilli@ftci.com | stuart.simpson@ftnmidwest.com |
| ksiegel@ftci.com | unitt.david@ftci.ch | todd.kreitzman@ftnmidwest.com |
| lkrouner@ftci.com | vlipscom@ftci.com | todd.wood@ftnmidwest.com |
| lmetzendorf@ftci.com | vshah1@ftci.com | aroggensack@ftportfolios.com |
| lsergi@ftci.com | wkeyser@ftci.com | bbredemeier@ftportfolios.com |
| magarwala@ftci.com | wleffi@ftci.com | bhensley@ftportfolios.com |
| mfriede@ftci.com | wmiller@ftci.com | bobcarey@ftportfolios.com |
| mimeyer@ftci.com | wyun@ftci.com | bporcellino@ftportfolios.com |
| mkill@ftci.com | ykomat@ftci.com | cpeterson@ftportfolios.com |
| mlerner@ftci.com | charlie.mccaghey@ftcm.com | cvantil@ftportfolios.com |
| mlindsay@ftci.com | frank.lancia@ftcm.com | dmcgarel@ftportfolios.com |
| mmater@ftci.com | howard.lothrop@ftcm.com | dpatel@ftportfolios.com |
| mpulsi@ftci.com | steve.valadie@ftcm.com | dwaldron@ftportfolios.com |
| mteifeld@ftci.com | libsavbk@f-tech.net | jbowen@ftportfolios.com |
| mtong@ftci.com | schevallier@ftna.com | jeffsamuel@ftportfolios.com |
| mwasson@ftci.com | addison.hanan@ftnfinancial.com | jerickson@ftportfolios.com |
| mweidner@ftci.com | alan.jankowski@ftnfinancial.com | johnphillips@ftportfolios.com |
| myuen@ftci.com | billy.quinn@ftnfinancial.com | jsherren@ftportfolios.com |
| mzeizel@ftci.com | byron.culpepper@ftnfinancial.com | khass@ftportfolios.com |
| ndhruv@ftci.com | carver.wickman@ftnfinancial.com | kpoetz@ftportfolios.com |
| nmiyawaki@ftci.com | chris.goodson@ftnfinancial.com | mbradley@ftportfolios.com |
| nnoriega@ftci.com | chris.tolkin@ftnfinancial.com | mdebella@ftportfolios.com |
| plumer@ftci.com | christian.turner@ftnfinancial.com | mdvorak@ftportfolios.com |
| pmouton@ftci.com | deke.iglehart@ftnfinancial.com | mmurray@ftportfolios.com |
| pnatalizzi@ftci.com | george.holiat@ftnfinancial.com | rdoede@ftportfolios.com |
| pott@ftci.com | jack.spross@ftnfinancial.com | ronmcalister@ftportfolios.com |
| prostom@ftci.com | jeff.jackson@ftnfinancial.com | rswiatek@ftportfolios.com |
| psegal@ftci.com | jenny.brindell@ftnfinancial.com | scollins@ftportfolios.com |
| pweiss@ftci.com | joe.scavone@ftnfinancial.com | sjardine@ftportfolios.com |
| pwirz@ftci.com | kelly.hendricks@ftnfinancial.com | huanglin@ftsfund.com |
| rabad@ftci.com | kevin.kelly@ftnfinancial.com | jessicalin@ftsfund.com |
| rbridges@ftci.com | lydia.jung@ftnfinancial.com | liushuiyun@ftsfund.com |
| rgregg@ftci.com | martin.shea@ftnfinancial.com | ricocheung@ftsfund.com |

tonyzhang@ftsfund.com
weimin_chang@ftsfund.com
wuxiyan@ftsfund.com
xueruidong@ftsfund.com
zhaoxiaodong@ftsfund.com
zhuguoqing@ftsfund.com
fred_caparoso@fujibank.co.jp
jim_fayen@fujibank.co.jp
kurt_hahn@fujibank.co.jp
laura_ng@fujibank.co.jp
naohiko_tominaga@fujibank.co.jp
renaud_viguier@fujibank.co.jp
richard_ho@fujibank.co.jp
tadahiko_minakuchi@fujibank.co.jp
vincent_ingato@fujibank.co.jp
richard.allen@fuji-bank.co.uk
bernd.schweigert@fujisawa.de
bjensen@fujisec.com
dgalante@fujisec.com
jdipaolo@fujisec.com
cnice@us.fujitsu.com
fbk00801@fukuibank.jp
fbk00803@fukuibank.jp
brambos@fullerton.com.sg
chialin@fullerton.com.sg
guanyi@fullerton.com.sg
guatcheng@fullerton.com.sg
huihoon@fullerton.com.sg
karenchia@fullerton.com.sg
shirin@fullerton.com.sg
terrenceteo@fullerton.com.sg
mariamelsamny@fullertonfinancial.com
rajeevkakar@fullertonfinancial.com
ctruran@fult.com
jradick@fult.com
kpaich@fult.com
lslagel@fult.com
aschadt@fultonfinancialadvisors.com
batwater@fultonfinancialadvisors.com
bkinney@fultonfinancialadvisors.com
cginder@fultonfinancialadvisors.com
eperis@fultonfinancialadvisors.com
jmentzer@fultonfinancialadvisors.com
jphillips@fultonfinancialadvisors.com
kkayser@fultonfinancialadvisors.com
lwatkins@fultonfinancialadvisors.com
mmcvey@fultonfinancialadvisors.com
nwilliams@fultonfinancialadvisors.com
rdiem@fultonfinancialadvisors.com
research@fultonfinancialadvisors.com
tdowning@fultonfinancialadvisors.com
twalden@fultonfinancialadvisors.com
tweber@fultonfinancialadvisors.com
anne.harrison@funb.com
bill.dobson@funb.com
bill.orr@funb.com
bob.kursar@funb.com
brad.haynes@capmark.funb.com
cary.schabert@capmark.funb.com
chris.choka@funb.com

dan.miller@funb.com
dane.smith@funb.com
david.ball@funb.com
david.roberts@funb.com
derek.rodberg@funb.com
derrick.shea@capmark.funb.com
ed.ross@funb.com
george.mclanahan@capmark.funb.com
glen.ostrander@funb.com
hamilton.davis@funb.com
jackie.kogler@capmark.funb.com
james.doyle@capmark.funb.com
james.paviolitis@capmark.funb.com
jay.braden@funb.com
jennifer.wisinski@funb.com
jerri.kallam@funb.com
jim.skufca@capmark.funb.com
john.barlow@funb.com
john.reilly@funb.com
julie.bouhuys@capmark.funb.com
justin.dillashaw@funb.com
kevin.ryan@funb.com
kimball.galbraith@capmark.funb.com
mackenzie.alpert@funb.com
mark.vitner@capmark.funb.com
paul.zajac@funb.com
randy.white@capmark.funb.com
robin.sheth@funb.com
scott.fuller@capmark.funb.com
sean.suh@capmark.funb.com
thorne.gregory@capmark.funb.com
thorne.gregory@funb.com
tony.butler@capmark.funb.com
troy.raby@funb.com
vanessa.answini@funb.com
bmohamed@fundadministration.com
droawden@fundadministration.com
gust@fundadministration.com
rrosario@fundadministration.com
lferone@fundaministration.com
yutaka.ishikawa@fundex.co.jp
asita.lotfi@fundmaster.de
heiko.reinhardt@fundmaster.de
alice.nguyen-desideri@fundquest.fr
claire.thoulouze-fiastre@fundquest.fr
dfein@furmanselz.com
lsolmor@fwg.com
tmelillo@fwg.com
tmurphy@fwg.com
hoon@fxstructuring.com
sano-k@ga.toyo-eng.co.jp
ubukata-c@ga.toyo-eng.co.jp
fcribiore@gabelli.com
hwoodson@gabelli.com
mfrings@gafri.com
jason.baits-tomlin@gallahergroup.com
claire.jenkins@gallaherltd.com
jacky.stockman@gallaherltd.com
jerry.gowling@gamgb.com
johnny.summers@gamgb.com

gmartore@gcil.gannett.com
mlohr@gci1.gannett.com
ngugliel@gci1.gannett.com
wrigger@gannett.com
cris_carroll@gap.com
joachim_wettermark@gap.com
leslie_alter@gap.com
susan_kroger@gap.com
krobert@gapac.com
lsilverm@gapac.com
mkkelly@gapac.com
mvdelore@gapac.com
npharrel@gapac.com
pmjohnso@gapac.com
bariska@garanti.com.tr
ereny@garanti.com.tr
guclug@garanti.com.tr
hakankuy@garanti.com.tr
kivancf@garanti.com.tr
mehmetp@garanti.com.tr
muratsaa@garanti.com.tr
onurkis@garanti.com.tr
sinanb@garanti.com.tr
uruze@garanti.com.tr
dealer@garantim.ru
siep@gardner.ch
jberges@gardnerrich.com
deborah_pederson@gargill.com
jasmith@garlandisd.net
jamesklee@gar-ltd.com
gatkins@garnerasset.com
adam.mcconkey@gartmore.com
adrian.darley@gartmore.com
ahrie.moon@gartmore.com
aisling.o'reilly@gartmore.com
alan.hadley@gartmore.com
alexander.phillips@gartmore.com
alexandre.voitenok@gartmore.com
alok.basu@gartmore.com
amanda.barry@gartmore.com
amanda.long@gartmore.com
amy.lattimore@gartmore.com
andrew.carter@gartmore.com
andrew.mann@gartmore.com
andrew.marshall@gartmore.com
andrew.russell@gartmore.com
andrew.verplanck@gartmore.com
andy.maniwa@japan.gartmore.com
angela.mcdermott@gartmore.com
angie.goeritz@gartmore.com
angus.woolhouse@gartmore.com
anjani.mediratta@gartmore.com
ashley.willing@gartmore.com
azusa.ikezaki@japan.gartmore.com
barry.marshall@gartmore.com
ben.walker@gartmore.com
ben.wallace@gartmore.com
bob.jolly@gartmore.com
brian.oneill@gartmore.com
bruce.taylor@gartmore.com

burvillc@gartmore.com
caroline.joslin@gartmore.com
chalse.caine@gartmore.com
charles.bonham@gartmore.com
charlie.awdry@gartmore.com
chris.sims@gartmore.com
christiane.pratsch@gartmore.com
christopher.mcvey@gartmore.com
christopher.palmer@gartmore.com
clare.buckley-jones@gartmore.com
danielle.bragg@gartmore.com
darren.verbeer@gartmore.com
dave.thompson@gartmore.com
david.elias@gartmore.com
david.middleton@gartmore.com
david.r.james@gartmore.com
edward.wallace@gartmore.com
eileen.bynon@gartmore.com
elaine.gordon@gartmore.com
elliott.flynn@gartmore.com
emma.ridout@gartmore.com
francesa.ronco@gartmore.com
francis.reid@gartmore.com
frank.wedekind@gartmore.com
gary.clarke@gartmore.com
gavin.cartledge@gartmore.com
geoff.ayscough@gartmore.com
gervais.williams@gartmore.com
glenda.horn@gartmore.com
graham.martin@gartmore.com
guillaume.rambourg@gartmore.com
hamish.chamberlayne@gartmore.com
hardeep.rai@gartmore.com
hilary.speller@gartmore.com
hugh.greves@gartmore.com
james.mcintosh@gartmore.com
james.r.stevens@gartmore.com
jamie.lewin@gartmore.com
jeff.kerrigan@gartmore.com
jeffrey.meyer@gartmore.com
jenney.zhang@gartmore.com
jennifer.wells@gartmore.com
jeremy.wells@gartmore.com
jerry.campbell@gartmore.com
jia-yia.heng@gartmore.com
joe.cole@gartmore.com
john.humphries@gartmore.com
john.kingsbury@gartmore.com
john.lambert@gartmore.com
john.small@gartmore.com
john.stewart@japan.gartmore.com
john.thornton@gartmore.com
jonathan.sharpe@gartmore.com
jonathan.windust@gartmore.com
julie.skedd@gartmore.com
justin.bowles@japan.gartmore.com
kaoru.ueno@japan.gartmore.com
karl.bergqwist@gartmore.com
kate.middleton@gartmore.com
katie.thompson@gartmore.com

kenny.graham@gartmore.com
kuldip.shergill@gartmore.com
leopold.arminjon@gartmore.com
lisa.garnett@gartmore.com
lisa.newman@gartmore.com
lucy.legget@gartmore.com
luke.smith@gartmore.com
marcelo.lopez@gartmore.com
mark.bishop@gartmore.com
mark.purdy@gartmore.com
mark.widdowson@gartmore.com
martin.phipps@gartmore.com
martyn.simmons@gartmore.com
michael.marshall@gartmore.com
michael.maughan@gartmore.com
michael.white@gartmore.com
mike.gleason@gartmore.com
mike.wienfield@gartmore.com
moira.fitzgerald@gartmore.com
moni.shergill@gartmore.com
muriel.kale@gartmore.com
nana.francois@gartmore.com
narumi.ariyoshi@japan.gartmore.com
neil.rogan@gartmore.com
nick.heasman@gartmore.com
nick.reid@japan.gartmore.com
nigel.kennett@gartmore.com
nisha.bilkhu@gartmore.com
nita.pattni@gartmore.com
oleg.zuravljov@japan.gartmore.com
paul.newman@gartmore.com
peter.dalgleish@gartmore.com
philip.croft@gartmore.com
philip.ehrmann@gartmore.com
rachel.willis@gartmore.com
ravinder.mehta@gartmore.com
richard.baldwin@gartmore.com
richard.clode@gartmore.com
richard.evans@gartmore.com
richard.prvulovich@gartmore.com
rina.asano@japan.gartmore.com
rob.giles@gartmore.com
robert.boukhoufane@gartmore.com
robert.harris@gartmore.com
robert.murphy@gartmore.com
robert.ritchie@gartmore.com
roger.guy@gartmore.com
sacha.sadan@gartmore.com
sarahmclaren@gartmore.com
sebastian.barry-taylor@gartmore.com
seok.teoh@gartmore.com
sho.osanai@japan.gartmore.com
simon.clements@gartmore.com
simon.cowie@gartmore.com
simon.king@gartmore.com
simon.peters@gartmore.com
simon.surtees@gartmore.com
sophie.brown@gartmore.com
stephen.johnstone@gartmore.com
stephen.jones@gartmore.com

stephen.joseph@gartmore.com
stephen.sharman@gartmore.com
tamsin.quayle@gartmore.com
tara.doyle@gartmore.com
tim.callaghan@gartmore.com
timothy.bradshaw@gartmore.com
tina.rogers@gartmore.com
tobias.grun@gartmore.com
tom.hedges@gartmore.com
tom.sipp@gartmore.com
tomas.pinto@gartmore.com
vanessa.scala@gartmore.com
vanni.vecchini@gartmore.com
vasantha@gartmore.com
vincent.musumeci@japan.gartmore.com
william.edgar@gartmore.com
zachia.mehdi@gartmore.com
c.j.g.m.hendriks@gasunie.nl
nfaust@gatewaybankpa.com
charles.ranunkel@gazdefrance.com
christian.baux@gazdefrance.com
emmanuel.hedde@gazdefrance.com
eric.vambert@gazdefrance.com
frederique.dufresnoy@gazdefrance.com
jean-francois.cirelli@gazdefrance.com
luc.join-lambert@gazdefrance.com
marc.haestier@gazdefrance.com
philippe.jeunet@gazdefrance.com
andy.bourne@gb.vodafone.co.uk
acanori@bcj.gbancaja.com
agarciacar@bcj.gbancaja.com
agarciap@geb.gbancaja.com
asarrio@bcj.gbancaja.com
cmontesinosb@bcj.gbancaja.com
ealvarez@bcj.gbancaja.com
ellisoc@bcj.gbancaja.com
eroca@bcj.gbancaja.com
fblascosa@bga.gbancaja.com
fgomezm@bga.gbancaja.com
gcaballerocas@bga.gbancaja.com
hnarrillos@bcj.gbancaja.com
hsanchis@bcj.gbancaja.com
isastriques@bcj.gbancaja.com
jborrasto@bga.gbancaja.com
jcontrerasa@bcj.gbancaja.com
jdomingofo@bcj.gbancaja.com
jgarciamu@bga.gbancaja.com
jsalavert@bcj.gbancaja.com
lcano@bcj.gbancaja.com
mferrer@bcj.gbancaja.com
mguillenfu@geb.gbancaja.com
msoriana@bcj.gbancaja.com
mtorresfer@bga.gbancaja.com
pfaus@bcj.gbancaja.com
rparramo@bga.gbancaja.com
ssantos@bcj.gbancaja.com
thomas.fallon@fpconsult.gbank.com
e.nilting@gbf.nl
f.el.kanfoudi@gbf.nl
f.reich@gbf.nl

h.folkers@gbf.nl
j.kakebeeke@gbf.nl
l.oorthuizen@gbf.nl
p.van.hal@gbf.nl
p.wellens@gbf.nl
r.crijns@gbf.nl
w.schapendonk@gbf.nl
y.qin@gbf.nl
f.koopmans@gbf-info.nl
dave_zellner@gbophb.org
mcallahan@gbophb.org
gc@gccapitalmarkets.com
becky.rinaldi@gcinc.com
alec.crawford@gcm.com
aleshia.toussaint@gcm.com
bharat.navani@gcm.com
bill.williams@gcm.com
borkerj@gcm.com
brian.redmond@gcm.com
bryan.burns@gcm.com
bryan.verona@gcm.com
chris.schultz@gcm.com
coccak@gcm.com
coganj@gcm.com
david.drennen@gcm.com
david.norris@gcm.com
diana.illuzzi@gcm.com
don.wood@gcm.com
doug.bryant@gcm.com
harry.paschalidis@gcm.com
jamie.smiles@gcm.com
jason.beckett@gcm.com
jennifer.jolly@gcm.com
joe.caiola@gcm.com
jorge.portugal@gcm.com
jose.mazas@gcm.com
katelyn.fallon@gcm.com
koren.richards@gcm.com
laura.citarella@gcm.com
linda.spiewak@gcm.com
marx@gcm.com
michael.migliaccio@gcm.com
morganm@gcm.com
peter.keenan@gcm.com
richard.oconnell@gcm.com
rob.wahl@gcm.com
ryan.day@gcm.com
sius@gcm.com
steve.sherrick@gcm.com
tyson.iravani@gcm.com
mwallace@gcoelf.com
rpage@gcoelf.com
wsmith@gcoelf.com
rferguson@gcr.com
soflahe@gcr.com
mcoye@gcre.com
aceiii@gcspartners.com
treasury@gdbmacau.com
sgalib@gdbny.org
aaron.palmer@ge.com

adam.ackermann@ge.com
adam.hewson@ge.com
adam.ilkowitz@ge.com
adrienne.zeigler@ge.com
agnes.harsoataki@ge.com
ahnsh@crd.ge.com
ajay.jain@ge.com
alan.white@ge.com
alexander.rybchinsky@corporate.ge.com
alice.chu@geahk.ge.com
alice.pacthod@ge.com
alkemper@research.ge.com
alla.zaydman@ge.com
allan.pagnotta@ge.com
allison.owens@ge.com
alok.sondhi@ge.com
alpa.shah@ge.com
amanda.vanheyst@ge.com
amershi.gada@corporate.ge.com
amy.brady@ge.com
amy.shen@ge.com
andrea.burriesci@ge.com
andrew.choe@ge.com
andrew.chou@ge.com
andrew.decastro@ge.com
andrew.maselli@corporate.ge.com
andrew.xiao@ge.com
anish.patel1@ge.com
anita.shipp@ge.com
anivelca.abreu@ge.com
anna.olander@ge.com
anna.pandey@ge.com
anthony.mariani@ge.com
anuj.sarin@geind.ge.com
arthur.aaronson@corporate.ge.com
arthur.dikansky@ge.com
arvind.narayanan@ge.com
atanas.goranov@ge.com
barbara.henry@ge.com
barney.rosen@ge.com
barry.perhac@ge.com
ben.ross@corporate.ge.com
berk.kislal@ge.com
beth.morrow@ge.com
bill.cary@ge.com
bill.fischer@ge.com
bill.waterfield@ge.com
bob.kaelin@corporate.ge.com
bob.plunkett@ge.com
bob_herlund@mortgage.ge.com
bond.harberts@ge.com
boon-siong.chan@ge.com
brad.ellis@ge.com
brad.postema@corporate.ge.com
brent.jones@ge.com
brett.wise@ge.com
brian.binkley@ge.com
brian.frank@ge.com
brian.gloudemans@ge.com
brian.hopkinson@ge.com

brooke.mcdermott@ge.com
bushsf@research.ge.com
carole.mcquillan@corporate.ge.com
caroline.braunfeld@ge.com
carrie.harvey@ge.com
chalermk@crd.ge.com
charles.pignatelli@ge.com
charles.powell@ge.com
charles.rhodes@ge.com
charles.stuart@ge.com
chen.wu@ge.com
cheri.nicholas@corporate.ge.com
ching.pan@ge.com
chirag.h.shah@ge.com
chitranjan.sinha@corporate.ge.com
chitranjan.sinha@ge.com
chris.lewis@corporate.ge.com
chrisd.brown@ge.com
christian.damato@corporate.ge.com
christian.langevin@ge.com
christine.campisi@ge.com
christine.delalla@corporate.ge.com
christine.turecek@corporate.ge.com
christophe.cerisier@ge.com
christopher.coffey@ge.com
christopher.d.young@ge.com
christopher.hottois@ge.com
christopher.milligan@ge.com
christopher.sierakowski@ge.com
christopher.simone@ge.com
christyann.razzano@corporate.ge.com
clark@crd.ge.com
corinne.martindale@corporate.ge.com
cormac.donohoe@ge.com
craig.braun@ge.com
craig.enright@corporate.ge.com
craig.varrelman@corporate.ge.com
cristin.caufield@ge.com
cristina.y.romero@ge.com
daizo.motoyoshi@ge.com
damian.maroun@ge.com
dan.janki@ge.com
dan.sheehan@corporate.ge.com
daniel.melnyk@corporate.ge.com
daphne.roderick@corporate.ge.com
darren.arrowsmith@ge.com
dave.alexander@ge.com
dave.huet@ge.com
david.carlson@corporate.ge.com
david.masse@ge.com
david.mcdonald@corporate.ge.com
david.rusate@ge.com
david.santacroce@ge.com
dawn.sadler@ge.com
deane.martire@ge.com
declan.walsh@ge.com
derek.li@ge.com
detra.webb@corporate.ge.com
diane.heck@ge.com
diane.spinato@corporate.ge.com

diane.wehner@ge.com
diego.cardenas@corporate.ge.com
don.duncan@corporate.ge.com
doug.tapley@ge.com
dwayne.coker@ge.com
edward.ha@ge.com
eimear.omalley@ge.com
elaine.bloxham@ge.com
elena.ganeva@ge.com
elizabeth.carey@ge.com
elvisr.konyaole@ge.com
eric.greenshields@ge.com
erica.jacobson@ge.com
esther.baroudy@ge.com
eugene.bolton@corporate.ge.com
evelyn.herrera@ge.com
evelyne.etienne@ge.com
fabrice.pedro-rousselin@ge.com
fabrizio.vitiello@ge.com
federico.noera@np.ge.com
francesco.racheli@np.ge.com
garrett.wilson@ge.com
geam.research@geam.ge.com
geoffrey.fila@ge.com
george.bicher@ge.com
gianpaolo.marchetti@ge.com
gillen.bryan@corporate.ge.com
giuseppe.recchi@corporate.ge.com
greg.bouleris@ge.com
greg.hartch@corporate.ge.com
greg.rodetis@corporate.ge.com
gregory.raab@ge.com
hannah.cheng@ge.com
hany.saleeb@ge.com
harry.vlandis@ge.com
henry.keller@ge.com
hideki.kubota@ge.com
hillary.smith@corporate.ge.com
hong.zhao@ge.com
irene.eddy@ge.com
james.mitchell.jr@corporate.ge.com
james.palmieri@ge.com
james.persico@ge.com
jane.hackney@ge.com
jason.batch@ge.com
jason.bristow@corporate.ge.com
jay.ireland@ge.com
jeff.fitts@ge.com
jeffrey.looby@ge.com
jeffrey.skinner@ge.com
jennifer.fierstein@corporate.ge.com
jennifer.matheny@ge.com
jennifer.o'shea@ge.com
jeremy.dent@ge.com
jerome.bire@ge.com
jerry.igou@ge.com
jessica.madura@ge.com
jessie.su@corporate.ge.com
jiangxu@research.ge.com
jim.gannon@ge.com

jim.kellerk@ge.com
jing2.liu@ge.com
jinny.choi@corporate.ge.com
joab.tjiungwanara@ge.com
joan.okogun@ge.com
joanna.morris@corporate.ge.com
joanna.young@ge.com
john.campos@corporate.ge.com
john.chun@ge.com
john.ferencz@ge.com
john.flynn2@ge.com
john.myers@ge.com
john.rowell@ge.com
john.schaetzl@ge.com
john.tornatore@ge.com
jonathan.mcwilliams@ge.com
jonathan.passmore@ge.com
joseph.crowell@corporate.ge.com
joseph.eichler@ge.com
joseph.mcquade@corporate.ge.com
joseph.prial@corporate.ge.com
judith.studer@ge.com
judy.gau@corporate.ge.com
judy.lenhardt@ge.com
jue.wang@ge.com
julieta.sinisgalli@ge.com
june.liao@ge.com
justin.r.reed@ge.com
kapil.singh@corporate.ge.com
kareem.lee@ge.com
karen.burston@ge.com
karen.harford@ge.com
karen.l.beyer@ge.com
karen.vandecastle@ge.com
karl.kieffer@ge.com
katherine.talaga@ge.com
kathleen.brooks@ge.com
katie.reichle@ge.com
katy.rossow@ge.com
kb.lee@geahk.ge.com
kedar.timblo@ge.com
keith.dondl@ge.com
keith.jochims@med.ge.com
ken.rosenberg@ge.com
kenneth.grogan@corporate.ge.com
kevin.d'elia@ge.com
kieron.kelly@ge.com
kimberly.gillis@ge.com
kin.liu@ge.com
kishan.pandey@ge.com
kristian.erickson@corporate.ge.com
kristin.peloso@ge.com
kristina.zucchi@corporate.ge.com
kristy.hudson@ge.com
leah.moehlig@ge.com
leanne.kurtzweil@ge.com
lee.karen@ge.com
lewis.tatananni@corporate.ge.com
lily.chang@corporate.ge.com
linda.switzer@corporate.ge.com

lissette.stanski@corporate.ge.com
louise.bohemier@ge.com
luci.pellegrino@ge.com
lucille.liu@corporate.ge.com
lynn.gosselin@ge.com
manoj.shinde@ge.com
margot.lyons@ge.com
maria.shclover@ge.com
marianna.enaye@ge.com
mark.blankstein@ge.com
mark.buccigross@ge.com
mark.freudenthal@ge.com
mark.gorodinsky@ge.com
mark.h.johnson@corporate.ge.com
mark.hutchinson@ge.com
mark.lewis@corporate.ge.com
mark.mitchell@corporate.ge.com
martin.mahoney@ge.com
mary.boyle@ge.com
mary.ella.crane@corporate.ge.com
mary.f.green@ge.com
maryann.claravall@ge.com
maryann.vando@ge.com
matt.susser@ge.com
matthew.danielle@ge.com
matthew.pacifico@ge.com
matthieu.kerhuel@ge.com
maura.fitzgerald@ge.com
maureen.mcdonough@corporate.ge.com
michael.cipolla@ge.com
michael.grayer@ge.com
michael.house@corporate.ge.com
michael.martini@ge.com
michael.nowakowski@ge.com
michael.rogers@corporate.ge.com
michael.salice@ge.com
michael.stone@ge.com
michael.ungari@corporate.ge.com
michael.weygand@ge.com
michelle.butler@ge.com
michelle.crawford@ge.com
mike.bellusci@ge.com
mike.caufield@corporate.ge.com
mike.huang@ge.com
mike.ricciuti@corporate.ge.com
mike.solecki@ge.com
mildred.lorenti@corporate.ge.com
miles.alexander@ge.com
mindy.samitt@ge.com
moira.duncan@ge.com
nanci.natale@ge.com
nancya.ward@ge.com
nathan.estes@ge.com
nicholas.koutsoftas@ge.com
nicolas.caron@ge.com
nigel.houghton@ge.com
pamela.westmoreland@ge.com
pankaj.kwatra@corporate.ge.com
pankaj.potnis@corporate.ge.com
paolo.maturo2@ge.com

patrick.bernard@corporate.ge.com
patrick.carlin@ge.com
paul.colonna@corporate.ge.com
paul.glacken@ge.com
paul.nestro@corporate.ge.com
paul.reinhardt@ge.com
peggy.james@corporate.ge.com
peter.benda@ge.com
peter.connolly@ge.com
peter.gero@ge.com
peter.gillespie@corporate.ge.com
peter.graham1@ge.com
peter.hathaway@ge.com
peter.hunter@corporate.ge.com
peter.maguire@corporate.ge.com
phil.riordan@corporate.ge.com
philip.mulvihill@ge.com
philip.mutooni@ge.com
ping.zhou@corporate.ge.com
polly.pao@ge.com
possolo@research.ge.com
radu.neagu@research.ge.com
rajat.sarup@ge.com
ralph.layman@corporate.ge.com
ramanaka@crd.ge.com
ravi.pamnani@ge.com
ray.geisler@ge.com
rebecca.cain@ge.com
rebecca.ford@ge.com
rebecca.milligan@ge.com
rian.caufield@ge.com
rian.caufman@ge.com
rich.laxer@ge.com
rich.urban@corporate.ge.com
richard.leyman@ge.com
richard.miller@ge.com
rita.duggan@ge.com
ritesh.verma@ge.com
rob.hadley@ge.com
rob.moores@ge.com
robert.jasminski@ge.com
robert.kelly@ge.com
robert.macdougall@corporate.ge.com
robert.manfreda@ge.com
robert.mayr@ge.com
robert.mcmahon@ge.com
robert.obolewicz@ge.com
robert.robin@ge.com
robert.schildhouse@ge.com
robert.wright2@ge.com
roman.nadgor@ge.com
ronald.pressman@ge.com
roy.lenahan@ge.com
ruta.ziverte@ge.com
ryan.carrington@ge.com
ryan.fox@ge.com
ryan.karchner@corporate.ge.com
salvatore.martone@ge.com
samantha.moran@ge.com
samit.ghosh@ge.com

samit.paul@geind.ge.com
sandra.okeefe@ge.com
sarah.hedger@ge.com
sarah.nash@ge.com
scott.greenberg@ge.com
scott.seegers@corporate.ge.com
sean.newman@ge.com
seth.albert@corporate.ge.com
shailesh.shah@ge.com
shaunn.griffiths@ge.com
sinead.haughey@ge.com
sprague.rient@ge.com
stella.lou-delucia@corporate.ge.com
stephen.devos@corporate.ge.com
stephen.gelhaus@ge.com
steve.chernyakhovsky@ge.com
steve.fierstein@ge.com
steve.kluger@ge.com
steve.levanti@corporate.ge.com
steve.white@ge.com
steven.postal@ge.com
steven.weiss@ge.com
sumith.kudroli@ge.com
susan.mangiero@corporate.ge.com
teresa.sison@ge.com
thomas.aust@ge.com
thomas.chidester@ge.com
thomas.collins@corporate.ge.com
thomas.kronzer@ge.com
thomas.mockler@corporate.ge.com
thomas.ng@ge.com
tim.carfi@ge.com
timothy.yanoti@ge.com
tina.jung@ge.com
tinh.tieu@ge.com
tobe.epstein@corporate.ge.com
todd.gronski@ge.com
todd.murray@ge.com
todd.ragusa@ge.com
tom.lincoln@ge.com
tom.murray1@ge.com
tony.chacko@ge.com
tony.shizari@ge.com
vaidheesh.krishnamurti@ge.com
venkatesh.devarajan@ge.com
vijay.sarathi@geind.ge.com
vinita.rustagi@gecis.ge.com
vinod.pedhambkar@ge.com
vishal.v.patel@ge.com
vitamarie.pike@corporate.ge.com
walt.ruane@ge.com
wendy.agnew@ge.com
william.healey@corporate.ge.com
william.hendricks@ge.com
williamj@research.ge.com
winnie.chu@corporate.ge.com
won.lee@ge.com
ying.xiong@ge.com
yong.xu@corporate.ge.com
zak.abideen@ge.com

zami.salaria@ge.com
zhao.wang@ge.com
muriel.baumann@geberit.com
andrew.noonan@gecapital.com
anne.sander@gecapital.com
anthony.grate@gecapital.com
ben.perlman@gecapital.com
bruce.buchanon@gecapital.com
christian.donohue@gecapital.com
craig.fecke@gecapital.com
darren.alcus@gecapital.com
dave.allen@gecapital.com
david.steel@gecapital.com
gavin.reilly@gecapital.com
george.lee@gecapital.com
greg.wilson@gecapital.com
helena.song@gecapital.com
jamie.michaels@gecapital.com
jeffrey.knopping@gecapital.com
jeffrey.lupoff@gecapital.com
jerry.jin@gecapital.com
john.ahern@gecapital.com
john.aronsohn@gecapital.com
john.bonino@gecapital.com
john.endres@gecapital.com
john.outland@gecapital.com
jon.lucia@gecapital.com
julian.hantrais@gecapital.com
june.campbell@gecapital.com
keith.kennedy@gecapital.com
ken.nishimura@gecapital.com
kristi.colburn@gecapital.com
lamar.kinney@gecapital.com
margaret.kim@gecapital.com
mark.benaharon@gecapital.com
mark.decruccio@gecapital.com
martin.meloun@gecapital.com
masey.lock@gecapital.com
matthew.connolly@gecapital.com
michael.dente@gecapital.com
michael.johnston@gecapital.com
michael.mcgonigle@gecapital.com
michele.starr-stapell@gecapital.com
michelle.lee@gecapital.com
mike.cosgrove@gecapital.com
myron.dutenhoffer@gecapital.com
neeraj.mehta@gecapital.com
paul.chung@gecapital.com
peter.connolly@gecapital.com
phillip.bales@gecapital.com
ron.gilbert@gecapital.com
ronald.aparicio@gecapital.com
s.shivram@gecapital.com
scott.maw@gecapital.com
scott.wandro@gecapital.com
sean.wilson@gecapital.com
shane.bennett@gecapital.com
stephen.demotto@gecapital.com
steve.poulin@gecapital.com
steven.ryder@gecapital.com

steven.schoen@gecapital.com
suzanne.boulle@gecapital.com
terence.sullivan@gecapital.com
thomas.byrne@gecapital.com
thomas.mcnicholas@gecapital.com
thomas.nieliwocki@gecapital.com
todd.schubert@gecapital.com
tom.summerfield@gecapital.com
tony.versaci@gecapital.com
ty.wooldridge@gecapital.com
walter.owens@gecapital.com
william.magee@gecapital.com
yuko.shirase@gecapital.com
laura.white@gecas.com
mike.b.jones@gecas.com
nick.pastushan@gecas.com
tim.keyes@gecas.com
alexander.paasch@gehe.de
georg.mehring@gehe.de
nicole.herold@gehe.de
sven.morell@gehe.de
adrian.schonauer@gem360.com
jonathan.kilbey@gem360.com
gunterman@gemcapitalmgmt.com
jlusk@gemcapitalmgmt.com
pmcmahon@gemcapitalmgmt.com
rmasterson@gemcapitalmgmt.com
srich@gemcapitalmgmt.com
bentley.susan@gene.com
bui.van@gene.com
carmen@gene.com
galvin.stacy@gene.com
gillcham@gene.com
go.odette@gene.com
littrell@gene.com
moksha.maya@gene.com
morris.susan@gene.com
nadine@gene.com
odonovan.mary@gene.com
schrick.diane@gene.com
wu.lin@gene.com
plowe@generalbank.com
agilliland@generaldynamics.com
dfogg@generaldynamics.com
kjohnso2@generaldynamics.com
kvonseel@generaldynamics.com
adelajde.mizhani@am.generali.com
adelajde.muzhani@am.generali.com
adriano_lapel@generali.com
aduhamel@generali.fr
alberto_scarsini@generali.com
alepere@generali.fr
alessandro.atzori@am.generali.com
alessandro.procopio.nobili@am.generali.com
alessandro_skarabot@generali.com
amerigo_borrini@generali.com
andrea.rabusin@am.generali.com
angelo.latti@am.generali.com
ann.vandenabeele@generali.be
antonio.pilato@am.generali.com

antonio_dusi@generali.com
aolivier@generali.nl
asampedro@generali.fr
axel.sima@generali.at
barbara.visintin@am.generali.com
barbaresi@am.generali.com
bdubus@generali.fr
beatrice.finamore@am.generali.com
bruno_sollazzo@generali.com
carlasantos@generali.pt
carlo.cavazzoni@am.generali.com
cesare.rueca@am.generali.com
christian.gherbaz@am.generali.com
cristiano.rinaldi@am.generali.com
cristiano_borean@generali.com
cristina.de.masi@am.generali.com
daniele.marvulli@am.generali.com
david.biloslavo@am.generali.com
davide_glavina@generali.com
diego.cesarei@am.generali.com
dino.skrapic@am.generali.com
dmace@generali.fr
doschitzki@generali.fr
ebiassette@generali.fr
elecoz@generali.fr
elisabetta.franz@am.generali.com
elisabetta.maggi@am.generali.com
elmar.weber@generali.at
eluis@generali.fr
emanuela.elli@am.generali.com
emanuele_marciante@generali.com
enrico_kuchler@generali.com
erika.moimas@am.generali.com
eva.havaldova@generali.at
eva.pettener@am.generali.com
fa-ba@generali.nl
fabio.buttazzoni@am.generali.com
fabio.cavazza@am.generali.com
fabio.cleva@am.generali.com
fabio.mandirola@am.generali.com
fabio.rumiz@am.generali.com
fabrizio.barbini@am.generali.com
fabrizio.guidi@am.generali.com
fabrizio.talotti@am.generali.com
fabrizio.viola@am.generali.com
fanio_maniori@generali.com
federica.tartara@am.generali.com
fernandoveiga@generali.pt
francesco.bosatra@am.generali.com
francesco.frattola@am.generali.com
francesco.ieva@am.generali.com
franco.ortolani@am.generali.com
franco_ferrarese@generali.com
gabriella_sartor@generali.com
georg.plueckhahn@generali.at
gesualdo.pianciamore@am.generali.com
gianluca.bergamaschi@am.generali.com
giovanna_coen@generali.com
giovanni.grimaldi@am.generali.com
giovanni.trombetta@am.generali.com

giovanni_gentili@generali.com
giovanni_perissinotto@generali.com
giuliano.gasparet@am.generali.com
giulio.benvenuti@am.generali.com
giulio.favaretto@am.generali.com
giuseppe.cerliani@am.generali.com
giuseppe.ottaviani@am.generali.com
giuseppe_sunseri@generali.com
gnolles@generali.nl
gpolicar@generali.fr
ida_fiori@generali.com
idelorme@generali.fr
iguzman@generali.es
iota@generali.fr
j.roca_ll@generali.es
jmmena@generali.es
jmunnoz@generali.es
jorgejair_botina@generali.com
joudijk@generali.nl
jozef_bala@generali.com
jromao@generali.pt
karl.schoenenberger@generali.ch
laura.bertolini@am.generali.com
linda.domini@am.generali.com
lnguyen@generali.fr
lorna_macdonald@generali.com
luca.napolitano@am.generali.com
luca.passoni@am.generali.com
lucia_derosa@generali.com
m.a.ribera@generali.es
mara_crulci@generali.com
marcel_butzke@generali.com
marco.giovannini@am.generali.com
marco.loreti@am.generali.com
marco_baradello@generali.com
marco_canciani@generali.com
mario.campello@am.generali.com
markus.kreuter@generali.at
massimiliano.sessanta@am.generali.com
massimo_romano@generali.com
maurizio.verbich@generali.com
mauro.valle@am.generali.com
mcoger@generali.fr
mdelion@generali.fr
mel_carvill@generali.com
michael.mahler@generali.ch
michele.morganti@am.generali.com
michele.zotta@am.generali.com
moreno.bolamperti@am.generali.com
mregnier@generali.fr
mvillemin@generali.fr
nfrichaud@generali.fr
nfruchaud@generali.fr
oleflon@generali.fr
oliver_boccia@generali.com
paolo.sella@am.generali.com
paolo_dublo@generali.com
pietro.crigna@am.generali.com
pmicellis@generali.fr
psetbon@generali.fr

raffaele.bratina@am.generali.com
raffaele_agrusti@generali.com
raffaele_bartoli@generali.com
raubert@generali.fr
rene.schmidli@generali.ch
rita.crusius@generali.ch
roberta.cortesi@am.generali.com
rocco_romanelli@generali.com
rodney_koren@generali.com
rosa.pastorello@am.generali.com
ruggiero.santeramo@am.generali.com
rvdhoek@generali.nl
salvatore.bruno@am.generali.com
sandro.curzola@am.generali.com
sbarret@generali.fr
sbihour@generali.fr
simone.zottarel@am.generali.com
sjallet@generali.fr
srobert@generali.fr
stefano.ambrosi@am.generali.com
stefano.perin@am.generali.com
stefano_burrino@generali.com
stefano_comar@generali.com
stefano_meroi@generali.com
stella.cosulich@am.generali.com
stephan.kamenar@generali.ch
ulrich.ostholt@am.generali.com
valentina.karnjel@am.generali.com
vchampion@generali.fr
vera.bonte@am.generali.com
vincenzo.grimaldi@am.generali.com
vincenzo.sorbara@am.generali.com
wetty@generali.nl
ymordacq@generali.fr
edoardo_malpaga@generaliglobal.com
paul_caprez@generaliglobal.com
maurizio.fuggiti@generaliproperties.com
maurizio.monteverdi@generaliproperties.com
ugo.debernardi@generaliproperties.com
andreas.hammes@geninvest.de
diana.felder@geninvest.de
georg.renner@geninvest.de
hansjoerg.bitta@geninvest.de
katja.rossburg@geninvest.de
lutz.krannich@geninvest.de
marco.sperling@geninvest.de
martin.sann@geninvest.de
morten.lertroe@geninvest.de
reinhard.niebuhr@geninvest.de
resi.dickler@geninvest.de
bill.swoap@genmills.com
bob.polansky@genmills.com
malin002@mail.genmills.com
mike.zechmeister@genmills.com
raj.agrawal@genmills.com
stella.wan@genmills.com
tyler.treat@genmills.com
cfischle@genre.com
cgonzal@genre.com
clech@genre.com

clogrand@genre.com
ezuvekas@genre.com
glynch@genre.com
ivinci@genre.com
jadams@genre.com
jbachman@genre.com
jknuth@genre.com
jsalsgiv@genre.com
kwerle@genre.com
mclark@genre.com
schang@genre.com
smui@genre.com
vlannin@genre.com
anne.sander@genworth.com
denica.vatev@genworth.com
dev.outlaw@genworth.com
edward.smith@genworth.com
elaine.havens@genworth.com
igor.axenov@genworth.com
jason.bennett@genworth.com
jeffrey.feliciano@genworth.com
jennifer.katona@genworth.com
jessie.puchon@genworth.com
john.cortese@genworth.com
john.murdzek@genworth.com
joseph.nocera@genworth.com
leon.farhi@genworth.com
lora.simon@genworth.com
marc.pavese@genworth.com
mark.aho@genworth.com
mark.griffin@genworth.com
matthew.hedley@genworth.com
matthew.jaso@genworth.com
michael.fang@genworth.com
morian.mooers@genworth.com
munewer.kaya@genworth.com
robert.mccorkle@genworth.com
stewart.morrison@genworth.com
teresa.kochanek@genworth.com
vasilis.katsikiotis@genworth.com
victor.yang@genworth.com
zaid.haider@genworth.com
dr94@georgetown.edu
jom6@georgetown.edu
js243@georgetown.edu
kjh27@georgetown.edu
mcg3@georgetown.edu
nlg4@georgetown.edu
daniel.schnyder@georgfischer.com
mauro.fontana@georgfischer.com
reto.wild@georgfischer.com
silke.pieper@georgfischer.com
gregoire.constantin@gerifonds.ch
guido.debrandt@gerling.de
hansjoachim.thoenes@gerling.de
immo.querner@gerling.de
michael.nowicki@gerling.de
michael.pannenberg@gerling.de
ralf-peter.lemmer@gerling.de
thomas.pethofer@gerling.de

chris.redman@gerrard.com
fiona.orford-williams@gerrard.com
michael.nicolau@gerrard.com
richard.lonsdale@gerrard.com
robert.robson@gerrard.com
amurat@gescaixa.es
alessandro.agostini@gestielle.it
alessandro.rigola@gestielle.it
alessandro.rosina@gestielle.it
alex.poli@gestielle.it
annou@gestielle.it
bendinelli@gestielle.it
brignolo@gestielle.it
chiara.corsa@gestielle.it
corvino.pasquale@gestielle.it
cozzi@gestielle.it
cristiano.borghi@gestielle.it
daniele.beretta@gestielle.it
davide.barattini@gestielle.it
degni@gestielle.it
eliana.cuomo@gestielle.it
fabrizio.biondo@gestielle.it
fabrizio.fiorini@gestielle.it
fatticcioni@gestielle.it
filippo.stefanini@gestielle.it
francesca.ambrosetti@gestielle.it
francesca.dicesare@gestielle.it
francesco.betti@gestielle.it
francesco.rizzuto@gestielle.it
gastaldi@gestielle.it
gianluca.grugni@gestielle.it
gianluca.procino@gestielle.it
giorgia.fox@gestielle.it
giuseppe.bellini@gestielle.it
giuseppe.benigno@gestielle.it
jacopo.turolla@gestielle.it
laura.cavallaro@gestielle.it
liberatore@gestielle.it
lorenzo.campori@gestielle.it
luca.torrigiani@gestielle.it
luigi.binda@gestielle.it
maggigio@gestielle.it
malguzzi@gestielle.it
mario.tomasi@gestielle.it
michele.fortunato@gestielle.it
nicola.tommasini@gestielle.it
nicolo.bocchin@gestielle.it
pamela.pezzoni@gestielle.it
pareti@gestielle.it
pasquale.corvino@gestielle.it
pierluca.beltramelli@gestielle.it
pinuccia.parini@gestielle.it
pviola@gestielle.it
querini@gestielle.it
rosata@gestielle.it
sara.gennari@gestielle.it
scotti@gestielle.it
valentino.bidone@gestielle.it
walter.rossini@gestielle.it
yuri.basile@gestielle.it

vasi@gestion.it
ipras@gfh.generali.fr
fritchiet@ggc.com
bmarocco@ggfg.com
monica@ggfg.com
paul@ggfg.com
rprather@ggiltd.com
sdoud@ggiltd.com
tomtull@ggiltd.com
lesia.cechosh@ggof.com
christoph.hembacher@ghpfc.de
asad.saeed@gibbah.com
bachir.a.barbir@gibbah.com
fadi.nasser@gibbah.com
hesham.khonji@gibbah.com
julien.mutin@gibbah.com
mahmood.fekri@gibbah.com
mobin.chowdhury@gibbah.com
mohamed.ali@gibbah.com
mohammed.dawani@gibbah.com
nabeel.abdulaal@gibbah.com
souheil.hajjar@gibbah.com
sowmya.ramkumar@gibbah.com
younis.al-turabi@gibbah.com
alan.leadbeater@gibuk.com
alex.gracian@gibuk.com
andrew.burgess@gibuk.com
andrew.houghton@gibuk.com
andrew.smith@gibuk.com
anthony.chisnall@gibuk.com
azhar.hussain@gibuk.com
brian.cox@gibuk.com
daniel.heath@gibuk.com
darrell.chan@gibuk.com
dilawer.farazi@gibuk.com
emmanuel.bocquet@gibuk.com
enis.poulton@gibuk.com
gavin.moulton@gibuk.com
glenn.phillips@gibuk.com
helen.scott@gibuk.com
james.taylor@gibuk.com
james.walker@gibuk.com
jeff.woolsey@gibuk.com
joe.fernando@gibuk.com
jose.canepa@gibuk.com
kay.turner@gibuk.com
leslie.paine@gibuk.com
liam.allchorne@gibuk.com
list-investmentaccounting@gibuk.com
list-securitiessettlements@gibuk.com
malcolm.taylor@gibuk.com
margaret.colman@gibuk.com
mark.underhill@gibuk.com
mathew.silva@gibuk.com
matthew.cutts@gibuk.com
nicholas.moore@gibuk.com
nigel.tyler@gibuk.com
pascal.nicoli@gibuk.com
pat.walton@gibuk.com
paul.beadle@gibuk.com

rachid.semaoune@gibuk.com
simon.hills@gibuk.com
steve.moulder@gibuk.com
surya.devaguptapu@gibuk.com
tina.shaw@gibuk.com
uday.patnaik@gibuk.com
aalbahar@gic.com.kw
aarongabin@gic.com.sg
adelenetan@gic.com.sg
adelinetan@gic.com.sg
adrainoh@gic.com.sg
agneschew@gic.com.sg
agneslee@gic.com.sg
ajesaigal@gic.com.sg
alexcobbold@gic.com.sg
alexlim@gic.com.sg
aliceyee@gic.com.sg
allentang@gic.com.sg
alvintan@gic.com.sg
andrewrelph@gic.com.sg
andrewtan@gic.com.sg
andrewyu@gic.com.sg
andylee@gic.com.sg
angeern@gic.com.sg
angeladurrell@gic.com.sg
anglaypheng@gic.com.sg
anglaysuan@gic.com.sg
angsiokbeng@gic.com.sg
annachuang@gic.com.sg
annatay@gic.com.sg
annefleurbaaij@gic.com.sg
annytsang@gic.com.sg
anthonyhui@gic.com.sg
anthonylim@gic.com.sg
arlenezaccazawilinski@gic.com.sg
ashoksamuel@gic.com.sg
atsuokokuryu@gic.com.sg
azizahjan@gic.com.sg
beckyxu@gic.com.sg
benelwes@gic.com.sg
benjamintan@gic.com.sg
bernadettehuang@gic.com.sg
bernardphang@gic.com.sg
bernardtan@gic.com.sg
bertrandlam@gic.com.sg
bettecolombo@gic.com.sg
bettygonzalez@gic.com.sg
bettytay@gic.com.sg
billyhwan@gic.com.sg
brianmagee@gic.com.sg
brianng@gic.com.sg
bryanyeo@gic.com.sg
camillamathews@gic.com.sg
carolcutler@gic.com.sg
carolsim@gic.com.sg
carstenremmert@gic.com.sg
cassandrayap@gic.co.sg
cassandrayap@gic.com.sg
catherinebull@gic.com.sg
cecillee@gic.com.sg

chamgeelen@gic.com.sg
chancheefoong@gic.com.sg
chanchunhong@gic.com.sg
chankwokwah@gic.com.sg
chanlyin@gic.com.sg
chanlyl@gic.com.sg
chanmayyee@gic.com.sg
chanmuinoi@gic.com.sg
chanyooncheong@gic.com.sg
charmianlong@gic.com.sg
cheesuling@gic.com.sg
chelliah@gic.com.sg
chened@gic.com.sg
chengchih@gic.com.sg
chensoonbin@gic.com.sg
chewloycheow@gic.com.sg
chewmengjoong@gic.com.sg
chewzhuanqi@gic.com.sg
chiataitee@gic.com.sg
chiuweili@gic.com.sg
choochian@gic.com.sg
choowingkwong@gic.com.sg
chooyongcheen@gic.com.sg
choumeiyin@gic.com.sg
chowmunleong@gic.com.sg
choysiewkai@gic.com.sg
chrismorrish@gic.com.sg
christinag@gic.com.sg
chuaweethia@gic.com.sg
cindyfoo@gic.com.sg
clarissachng@gic.com.sg
corneliachoe@gic.com.sg
cynthialim@gic.com.sg
danieljudge@gic.com.sg
danielrose@gic.com.sg
danieltan@gic.com.sg
darrentan@gic.com.sg
darrenwong@gic.com.sg
darylwong@gic.com.sg
daviddickinson@gic.com.sg
davidgates@gic.com.sg
davidmercurio@gic.com.sg
davidowyong@gic.com.sg
davidreddy@gic.com.sg
debiguha@gic.com.sg
derekchang@gic.com.sg
derektien@gic.com.sg
desmondfoong@gic.com.sg
doreenchia@gic.com.sg
doreenchin@gic.com.sg
dorisseet@gic.com.sg
edwardo'connor@gic.com.sg
edwinchoi@gic.com.sg
eileentan@gic.com.sg
elainekoh@gic.com.sg
elizabethchau@gic.com.sg
elizabethleong@gic.com.sg
email@gic.com.sg
emilyyeo@gic.com.sg
eqdresearch@gic.com.sg

ericasetho@gic.com.sg
ericfang@gic.com.sg
eugeneb@gic.com.sg
evatan@gic.com.sg
evelynwong@gic.com.sg
fanghua@gic.com.sg
faywong@gic.com.sg
federicomarsili@gic.com.sg
felixchan@gic.com.sg
felixmomsen@gic.com.sg
firtsnamelastname@gic.com.sg
fongkuenyee@gic.com.sg
franklinpoon@gic.com.sg
fredericperrin@gic.com.sg
fsdchy@gic.com.sg
gemmawright-casparius@gic.com.sg
geraldengel@gic.com.sg
gicvaluation@gic.com.sg
gohkwangmeng@gic.com.sg
gohmienzo@gic.com.sg
gohwahkiat@gic.com.sg
gracelim@gic.com.sg
gracewu@gic.com.sg
grahamwarren@gic.com.sg
grantwilson@gic.com.sg
grpeqdqedpm@gic.com.sg
guaitihowe@gic.com.sg
hanhweechin@gic.com.sg
hardeepbhutani@gic.com.sg
heweisheng@gic.com.sg
hocheehau@gic.com.sg
hohinwah@gic.com.sg
holiwen@gic.com.sg
hwangnh@gic.com.sg
ianseow@gic.com.sg
ivantan@gic.com.sg
ivanyeo@gic.com.sg
ivyloh@gic.com.sg
jacquelinewang@gic.com.sg
janetko@gic.com.sg
janniequek@gic.com.sg
jascinthatang@gic.com.sg
jaslyntan@gic.com.sg
jasonlow@gic.com.sg
jasontriplitt@gic.com.sg
jefferyyi@gic.com.sg
jeffreyj@gic.com.sg
jeffreytan@gic.com.sg
jennyphoon@gic.com.sg
jeremychan@gic.com.sg
jeremyhartman@gic.com.sg
jeslynlee@gic.com.sg
jessiechia@gic.com.sg
jessiewong@gic.com.sg
jineshchandarana@gic.com.sg
jinyuenyee@gic.com.sg
jitendertokas@gic.com.sg
joannelee@gic.com.sg
johnpoh@gic.com.sg
joyceho@gic.com.sg

joytay@gic.com.sg
judithaso@gic.com.sg
junefoo@gic.com.sg
junelong@gic.com.sg
justinsng@gic.com.sg
kamkhaijie@gic.com.sg
kauyikang@gic.com.sg
keeboonhwee@gic.com.sg
kellygoh@gic.com.sg
kellyjdaikoku@gic.com.sg
kelvinlim@gic.com.sg
kenlim@gic.com.sg
kennethgoh@gic.com.sg
kennethlow@gic.com.sg
ketanmistry@gic.com.sg
kevinbong@gic.com.sg
khawchunlin@gic.com.sg
kimberlytan@gic.com.sg
kimjunsung@gic.com.sg
kohboonwee@gic.com.sg
kohyeokthiam@gic.com.sg
kuahkwokbeng@gic.com.sg
kwonghonghuat@gic.com.sg
kzubari@gic.com.kw
laiyewfai@gic.com.sg
lampohmin@gic.com.sg
lamyewling@gic.com.sg
laupuayhui@gic.com.sg
lauwingtat@gic.com.sg
leecheechung@gic.com.sg
leeching@gic.com.sg
leesangyong@gic.com.sg
lemgimcheng@gic.com.sg
leongcheanwai@gic.com.sg
leongmunyee@gic.com.sg
leongwingkwan@gic.com.sg
liangjiajie@gic.com.sg
liewtzumi@gic.com.sg
liewweylin@gic.com.sg
limchiewyang@gic.com.sg
limchinsin@gic.com.sg
limchowkiat@gic.com.sg
limjieying@gic.com.sg
limkeechong@gic.com.sg
limkwokpin@gic.com.sg
limpohgek@gic.com.sg
limsiewling@gic.com.sg
limsweguan@gic.com.sg
limtb@gic.com.sg
limteowbeng@gic.com.sg
lucasfoch@gic.com.sg
lukelevine@gic.com.sg
lylekau@gic.com.sg
madelynliew@gic.com.sg
malali@gic.com.kw
malcolmwong@gic.com.sg
maleneforup@gic.com.sg
mali@gic.com.sg
manishjayswal@gic.com.sg
mankafai@gic.com.sg

manwinsidhu@gic.com.sg
margaretleong@gic.com.sg
mariacolangelo@gic.com.sg
mariapacini@gic.com.sg
markkhoo@gic.com.sg
marklee@gic.com.sg
marklim@gic.com.sg
markong@gic.com.sg
maureending@gic.com.sg
maxchan@gic.com.sg
mayukhmitter@gic.com.sg
meredithlee@gic.com.sg
michaelliang@gic.com.sg
michelesicker@gic.com.sg
mihosaito@gic.com.sg
mitchellelim@gic.com.sg
mkantar@gic.com.kw
munlaiyoke@gic.com.sg
nalali@gic.com.kw
nancylee@gic.com.sg
nchahdoura@gic.com.kw
nelsonchia@gic.com.sg
neochin@gic.com.sg
ngbeesan@gic.com.sg
ngjiatong@gic.com.sg
ngks@gic.com.sg
nickymorgan@gic.com.sg
nicolamorgan@gic.com.sg
nicolasbader@gic.com.sg
nicolephua@gic.com.sg
norainiismail@gic.com.sg
ohhwase@gic.com.sg
ongseiwei@gic.com.sg
ongweikiat@gic.com.sg
ongyuehngoh@gic.com.sg
ooilayleng@gic.com.sg
osb@gic.com.sg
oscarzheng@gic.com.sg
pangwaiyin@gic.com.sg
patrickling@gic.com.sg
paulchuan@gic.com.sg
paulliew@gic.com.sg
peterm@gic.com.sg
pratikburmanray@gic.com.sg
priscillali@gic.com.sg
puachingleong@gic.com.sg
puahjimee@gic.com.sg
puahtohlim@gic.com.sg
quahwg@gic.com.sg
rachelteo@gic.com.sg
radenmosrijah@gic.com.sg
ravib@gic.com.sg
raymondgoh@gic.com.sg
raynngong@gic.com.sg
razaliibrahim@gic.com.sg
reginaldoh@gic.com.sg
reubenabrams@gic.com.sg
richardchan@gic.com.sg
roberteckerstrom@gic.com.sg
robertliu@gic.com.sg

| | | |
|---|---|---|
| robertmillington@gic.com.sg | timlee@gic.com.sg | david.gartmann@gkb.ch |
| robertstclair@gic.com.sg | timothyteo@gic.com.sg | hanspeter.dolf@gkb.ch |
| robertweber@gic.com.sg | timstubbs@gic.com.sg | research@gkb.ch |
| ronang@gic.com.sg | tooleesoong@gic.com.sg | roberto.bianchi@gkb.ch |
| ronmandle@gic.com.sg | tootatcheng@gic.com.sg | gardner@gkbaum.com |
| rsamuel@gic.com.kw | trentloh@gic.com.sg | dndelis@gkst.com |
| ruthpang@gic.com.sg | trishkwan@gic.com.sg | elherndon@gkst.com |
| ryanaugustin@gic.com.sg | tungsiewhoong@gic.com.sg | jfmackin@gkst.com |
| sallabanda@gic.com.sg | vanessaharvey@gic.com.sg | jhhoogendoorn@gkst.com |
| samitnathirmal@gic.com.sg | vicenciolito@gic.com.sg | jhmatson@gkst.com |
| samphoen@gic.com.sg | vincentchan@gic.com.sg | mewyatt@gkst.com |
| sandylim@gic.com.sg | viviantan@gic.com.sg | mroneill@gkst.com |
| santitarn@gic.com.sg | viviayew@gic.com.sg | rrsouthworth@gkst.com |
| sarahbevin@gic.co.uk | vivienlee@gic.com.sg | wmlaprise@gkst.com |
| sawchootatt@gic.com.sg | walbraikan@gic.com.kw | aek0126@glaxowellcome.co.uk |
| sebastienabascal@gic.com.sg | wanismail@gic.com.sg | ajs57754@glaxowellcome.co.uk |
| seetohpeckyoke@gic.com.sg | weeaining@gic.com.sg | csg82093@glaxowellcome.co.uk |
| serenekwok@gic.com.sg | weelinrong@gic.com.sg | hs79040@glaxowellcome.co.uk |
| sharonlee@gic.com.sg | weetiansin@gic.com.sg | jbt23501@glaxowellcome.co.uk |
| shenshiaoyun@gic.com.sg | weihuangwong@gic.com.sg | mrl1661@glaxowellcome.cum |
| shirleywu@gic.com.sg | wesbonewell@gic.com.sg | pc22416@glaxowellcome.co.uk |
| silvanaveljovic@gic.com.sg | wilfredwee@gic.com.sg | rhv39972@glaxowellcome.co.uk |
| simcockm@gic.com.sg | williamyap@gic.com.sg | sqw21737@glaxowellcome.com |
| simonhandcock@gic.com.sg | wongck@gic.com.sg | chris.cassidy@glencore.com |
| sinyinling@gic.com.sg | wootk@gic.com.sg | milos.brajovic@glencore.com |
| songng@gic.com.sg | wootuckkan@gic.com.sg | adam.conish@glenmede.com |
| sripaorayawongjan@gic.com.sg | xuenan@gic.com.sg | amanda_rice@glenmede.com |
| sungcc@gic.com.sg | yaleyap@gic.com.sg | andy_williams@glenmede.com |
| susahteh@gic.com.sg | yangleechiun@gic.com.sg | angelo_vacirca@glenmede.com |
| susanhoe@gic.com.sg | yapsiaoteng@gic.com.sg | anthony_iuliano@glenmede.com |
| susanosborn@gic.com.sg | yapweiwei@gic.com.sg | barry_kohout@glenmede.com |
| susanteh@gic.com.sg | yeohlamkeong@gic.com.sg | bob_mancuso@glenmede.com |
| taitsewen@gic.com.sg | yeokeonghee@gic.com.sg | brad_hoopman@glenmede.com |
| talklausner@gic.com.sg | yipyewtong@gic.com.sg | bruce_foulkrod@glenmede.com |
| tancheeyong@gic.com.sg | yuenwan@gic.com.sg | carol_cianflone@glenmede.com |
| tancherhan@gic.com.sg | yvonnetan@gic.com.sg | casey.clark@glenmede.com |
| tanchoontat@gic.com.sg | zaninahbuang@gic.com.sg | chris_delpe@glenmede.com |
| tangmeiling@gic.com.sg | zennatan@gic.com.sg | chris_delphi@glenmede.com |
| tangonnfei@gic.com.sg | zhuweimin@gic.com.sg | christopher_colarik@glenmede.com |
| tanhsiaomein@gic.com.sg | zzbertra@gic.com | cindy_axelrod@glenmede.com |
| tanhweeloo@gic.com.sg | colin.perry@g-icap.com | coryell_urban@glenmede.com |
| tankengsiong@gic.com.sg | paula.ioannides@g-icap.com | cynthia_rogers@glenmede.com |
| tankokyong@gic.com.sg | sandra.gowlett@g-icap.com | diane.sterthous@glenmede.com |
| tanlaykuan@gic.com.sg | bragletti@gim.nl | donnakay.tiller@glenmede.com |
| tanlengleng@gic.com.sg | lapa@gimpulsora.com.mx | frederick.haack@glenmede.com |
| tanteckleng@gic.com.sg | desmondfoong@gis.com.sg | gordon_fowler@glenmede.com |
| tanweekiat@gic.com.sg | andre.filliez@givaudan.com | irene_hennelly@glenmede.com |
| tanweijie@gic.com.sg | herve.lamy@givaudan.com | john.bye@glenmede.com |
| tayhianboon@gic.com.sg | marco.stalder@givaudan.com | john.church@glenmede.com |
| taysweeyuan@gic.com.sg | vincent.petitpierre@givaudan.com | john.thomas@glenmede.com |
| taywenliang@gic.com.sg | anne-marit.flatrud@gjensidige.no | john_kichula@glenmede.com |
| tayyicheah@gic.com.sg | erik.ranberg@gjensidige.no | john_phillips@glenmede.com |
| tehkweechin@gic.com.sg | harald.elgaaen@gjensidige.no | john_thomas@glenmede.com |
| teijakourujarvi@gic.com.sg | magne.solberg@gjensidige.no | kenneth.trippe@glenmede.com |
| tengct@gic.com.sg | morten.schwarz@gjensidige.no | kris_rouff@glenmede.com |
| teodoravuckovic@gic.com.sg | rune.kaland@gjensidige.no | laura_larosa@glenmede.com |
| teowanyin@gic.com.sg | widar.kirkeby@gjensidige.no | luke.borda@glenmede.com |
| terrylim@gic.com.sg | kjell-m.hjornevik@gjensidigenor.no | marianne_witte@glenmede.com |
| thamchiewkit@gic.com.sg | oystein.stephansen@gjensidigenor.no | marie_flynn@glenmede.com |
| tiendoe@gic.com.sg | daniel.schmid@gkb.ch | marnie_kelly@glenmede.com |

matt_brown@glenmede.com
matt_cross@glenmede.com
michael_crow@glenmede.com
michael_gallagher@glenmede.com
michele_didio@glenmede.com
nancy_smith@glenmede.com
paul_raman@glenmede.com
paul_sullivan@glenmede.com
peter_cooke@glenmede.com
peter_zuleba@glenmede.com
rekha_hagen@glenmede.com
rich.gale@glenmede.com
richard.kent@glenmede.com
richard_gorda@glenmede.com
rob_siewert@glenmede.com
sally.wirts@glenmede.com
scott_mcgough@glenmede.com
sean_heron@glenmede.com
sopha_so@glenmede.com
steve_mahoney@glenmede.com
steve_point@glenmede.com
theresa_freiss@glenmede.com
tim_woolley@glenmede.com
tom_huber@glenmede.com
tom_quinn@glenmede.com
uma_rajeshwar@glenmede.com
val_devassal@glenmede.com
wade_wescott@glenmede.com
tcorcoran@glenrauch.com
anthony.burton@glg.com
adam.mincer@glgpartners.com
aidan.mehigan@glgpartners.com
alan.freeman@glgpartners.com
alasdair.bell@glgpartners.com
alex.mais@glgpartners.com
alexandre.farid.issaelkhoury@glgpartners.com
alice.wood@glgpartners.com
alison.craven@glgpartners.com
alison.oneill@glgpartners.com
alistair.ling@glgpartners.com
alistair.macdonald@glgpartners.com
allinelectronicexecution@glgpartners.com
allinotcaffirmations@glgpartners.com
amal.brihi@glgpartners.com
amir.sajjadi@glgpartners.com
amy.marton@glgpartners.com
andrew.archer@glgpartners.com
andrew.bowman@glgpartners.com
andrew.linford@glgpartners.com
angus.forbes@glgpartners.com
anthony.kontkowski@glgpartners.com
antonio.dossantos@glgpartners.com
anuj.mutreja@glgpartners.com
art.degaetano@glgpartners.com
ashley.hargreaves@glgpartners.com
atif.khan@glgpartners.com
bart.turtelboom@glgpartners.com
ben.funnell@glgpartners.com
ben.gill@glgpartners.com
ben.kirkegaard@glgpartners.com

benjamin.pass@glgpartners.com
bernard.oreilly@glgpartners.com
betty.wong@glgpartners.com
bill.siegel@glgpartners.com
bob.price@glgpartners.com
brad.burns@glgpartners.com
brendan.taylor@glgpartners.com
brendon.macdonald@glgpartners.com
brent.hadfield@glgpartners.com
brian.rozen@glgpartners.com
caedmon.marriott@glgpartners.com
carl.esprey@glgpartners.com
catherine.canning@glgpartners.com
catherine.gorospe@glgpartners.com
chao.yan@glgpartners.com
charles.long@glgpartners.com
charles-henri.lorthioir@glgpartners.com
ching.yuen@glgpartners.com
chris.huggins@glgpartners.com
christian.benigni@glgpartners.com
christian.roy@glgpartners.com
christophe.akel@glgpartners.com
christopher.neave@glgpartners.com
cindy.johnson@glgpartners.com
coquita.marsh@glgpartners.com
craig.mccormack@glgpartners.com
creditresearch@glgpartners.com
damien.newell@glgpartners.com
dan.blum@glgpartners.com
daniel.davis@glgpartners.com
daniel.lowther@glgpartners.com
danilo.onorino@glgpartners.com
danilo.rippa@glgpartners.com
darren.leaver@glgpartners.com
darren.read@glgpartners.com
david.benjamin@glgpartners.com
david.charles@glgpartners.com
david.evans@glgpartners.com
david.green@glgpartners.com
david.payne@glgpartners.com
david.sanders@glgpartners.com
debbie.moses@glgpartners.com
debbie.muller@glgpartners.com
dee.odonoghue@glgpartners.com
denise.lye@glgpartners.com
derek.ford@glgpartners.com
derek.power@glgpartners.com
dhobbs@glgpartners.com
dinesh.hirani@glgpartners.com
dorelle.scott@glgpartners.com
driss.ben-brahim@glgpartners.com
dsc@glgpartners.com
eamonn.english@glgpartners.com
edward.rosser@glgpartners.com
ekaterina.ametistova@glgpartners.com
elecexec@glgpartners.com
elinor.haynes@glgpartners.com
eric.dannheim@glgpartners.com
fergal.doyle@glgpartners.com
fiona.farrell@glgpartners.com

francisco.gochez@glgpartners.com
galia.velimukhametova@glgpartners.com
gareth.ringrose@glgpartners.com
geoffrey.galbraith@glgpartners.com
george.shen@glgpartners.com
georges.gedeon@glgpartners.com
gitesh.parmar@glgpartners.com
grant.carroll@glgpartners.com
grant.playford@glgpartners.com
greg.coffey@glgpartners.com
greg.holborow@glgpartners.com
gregory.nataf@glgpartners.com
harriet.little@glgpartners.com
helen.lintern@glgpartners.com
helen.mackay@glgpartners.com
henry.parker@glgpartners.com
iain.anderson@glgpartners.com
ian.wylie@glgpartners.com
isabelle.hohenlohe@glgpartners.com
ivaylo.dimitrov@glgpartners.com
j.green@glgpartners.com
jacques.hirsch@glgpartners.com
james.berger@glgpartners.com
james.mason@glgpartners.com
james.oliver@glgpartners.com
james.saunders@glgpartners.com
jane.barr@glgpartners.com
jane.hamblin@glgpartners.com
jason.carnibella@glgpartners.com
jason.edwards@glgpartners.com
jason.lapkins@glgpartners.com
jason.mackay@glgpartners.com
jason.mitchell@glgpartners.com
jason.wang@glgpartners.com
jenna.mylne@glgpartners.com
jens.nystedt@glgpartners.com
jessica.moore@glgpartners.com
jim.osullivan@glgpartners.com
jimmy.mcgillicuddy@glgpartners.com
jody.melhuish@glgpartners.com
john.cenedella@glgpartners.com
john.royle@glgpartners.com
john.white@glgpartners.com
joseph.mares@glgpartners.com
julien.jacob@glgpartners.com
karen.irving@glgpartners.com
karianne.tomlinson@glgpartners.com
karim.abdel-motaal@glgpartners.com
katariina.kanninen@glgpartners.com
ken.fried@glgpartners.com
kenji.arakawa@glgpartners.com
kevin.mccormack@glgpartners.com
kim.johannessen@glgpartners.com
kiran.patel@glgpartners.com
kolbe.irving@glgpartners.com
kulvinder.haire@glgpartners.com
kyril@glgpartners.com
laetitia.dourin@glgpartners.com
laurent.pujade@glgpartners.com
lee.rogers@glgpartners.com

lee.rosenquist@glgpartners.com
lenny.charlton@glgpartners.com
leonard.charlton@glgpartners.com
lex.vandam@glgpartners.com
leylan.neep@glgpartners.com
lisa.carrott@glgpartners.com
liz.kennedy@glgpartners.com
louisa.cox@glgpartners.com
louise.malmstrom@glgpartners.com
luca.giammetti@glgpartners.com
lucy.ford@glgpartners.com
lucy.payne@glgpartners.com
luke.kennedy@glgpartners.com
luke.lewis@glgpartners.com
maddie.bhonsle@glgpartners.com
marcus.burns@glgpartners.com
mark.greenhoff@glgpartners.com
mark.jones@glgpartners.com
mark.kontkowski@glgpartners.com
mark.massara@glgpartners.com
mark.milton@glgpartners.com
markus.mez@glgpartners.com
martin.rea@glgpartners.com
matthew.bishop@glgpartners.com
matthew.walsh@glgpartners.com
meena.lakshmanan@glgpartners.com
melanie.giles@glgpartners.com
melissa.clark@glgpartners.com
michael.ashby@glgpartners.com
michael.barrie@glgpartners.com
michael.flitton@glgpartners.com
michael.hirschfield@glgpartners.com
michael.oconnor@glgpartners.com
mike.ferrara@glgpartners.com
milica.marinkovic@glgpartners.com
mmarinkovic@glgpartners.com
morag.cowan@glgpartners.com
morgan.grainger@glgpartners.com
nalita.fernandes@glgpartners.com
nazan.kaygana@glgpartners.com
neil.hobson@glgpartners.com
nick.burnham@glgpartners.com
nick.varket@glgpartners.com
nick.zagoreos@glgpartners.com
nicola.thomas@glgpartners.com
nik.wislang@glgpartners.com
oliver.coleman@glgpartners.com
padraig.oconnell@glgpartners.com
panthea.oconnell@glgpartners.com
patricia.martin@glgpartners.com
paul.brock@glgpartners.com
paul.hadley@glgpartners.com
paul.harvey@glgpartners.com
paul.vandenberghe@glgpartners.com
peter.grainger@glgpartners.com
peter.harnett@glgpartners.com
peter.murphy@glgpartners.com
peter.ward@glgpartners.com
petros.toesland@glgpartners.com
philip.pearson@glgpartners.com

philippa.hatting@glgpartners.com
philippe.isvy@glgpartners.com
pierre.valade@glgpartners.com
rafael.bloom@glgpartners.com
raja.janakiraman@glgpartners.com
rebecca.dawson@glgpartners.com
richard.baker@glgpartners.com
richard.craske@glgpartners.com
richard.walsh@glgpartners.com
robert.broomhead@glgpartners.com
robert.donald@glgpartners.com
robert.moore@glgpartners.com
robert.purves@glgpartners.com
robert.szyszko@glgpartners.com
rodney.loy@glgpartners.com
ron.westdorp@glgpartners.com
ross.maclean@glgpartners.com
roy.sher@glgpartners.com
rupert.vaughan@glgpartners.com
sachin.patel@glgpartners.com
sam.radnor@glgpartners.com
sam.spencer@glgpartners.com
sandy.rattray@glgpartners.com
sara.hellberg@glgpartners.com
sarah.hoskins@glgpartners.com
sarah.pastore@glgpartners.com
sarah.williams@glgpartners.com
sean.davis@glgpartners.com
shane.korpisto@glgpartners.com
sharika.chauhan@glgpartners.com
simon.joiner@glgpartners.com
simon.mcwilliams@glgpartners.com
simon.savage@glgpartners.com
simon.shearing@glgpartners.com
simon.white@glgpartners.com
simone.arbib@glgpartners.com
sophie.lampard@glgpartners.com
sophie.messenger@glgpartners.com
stephen.holliday@glgpartners.com
steve.roth@glgpartners.com
steven.desmyter@glgpartners.com
stuart.atkinson@glgpartners.com
taras.chaban@glgpartners.com
tarek.mouganie@glgpartners.com
thomas.dempsey@glgpartners.com
thomas.sumpster@glgpartners.com
till.heimlich@glgpartners.com
tim.mckenzie@glgpartners.com
tim.medland@glgpartners.com
tom.arthur@glgpartners.com
tom.brown@glgpartners.com
trang.dinh@glgpartners.com
tse-ern.chia@glgpartners.com
udo.herschel@glgpartners.com
vicky.parry@glgpartners.com
victoria.hamilton@glgpartners.com
victoria.persey@glgpartners.com
vikas.sharma@glgpartners.com
vikki.burr@glgpartners.com
wahib.sadozai@glgpartners.com

warren.touwen@glgpartners.com
yasser.mawji@glgpartners.com
zach.mecelis@glgpartners.com
zaki.orbell@glgpartners.com
zoe.harber@glgpartners.com
aleksandra_royzen@glic.com
alex_grant@glic.com
allen_klec@glic.com
anthony_luu@glic.com
b_chapman@glic.com
brian_keating@glic.com
catherine_shin-welfer@glic.com
cgolden@glic.com
christopher_mccormack@glic.com
ckwok@glic.com
david_padulo@glic.com
deborah_downie@glic.com
demetrios_tsaparas@glic.com
diane_l_king@glic.com
eamon_desacia@glic.com
ellen_whittaker@glic.com
giordano@glic.com
greg_bomash@glic.com
hmost@glic.com
howard_chin@glic.com
hwang@glic.com
isaac_lowenbraun@glic.com
jeffrey_martin@glic.com
john_blaney@glic.com
john_gargana@glic.com
john_murphy@glic.com
john_ogrodnick@glic.com
jon_jankus@glic.com
joshua_adler@glic.com
jspicer@glic.com
keith_simon@glic.com
larry_luxenberg@glic.com
len_peltzman@glic.com
leslie_barbi@glic.com
mark_abbott@glic.com
mark_dunetz@glic.com
martin_vernon@glic.com
michael_varadi@glic.com
mitchell_ryan@glic.com
nkotwal@glic.com
nscoleman@glic.com
peter.liebst@glic.com
ray_henry@glic.com
rcrimmins@glic.com
robert_simmons@glic.com
sarah_kim@glic.com
scott_manduca@glic.com
sylvan_feldstein@glic.com
tom_sorell@glic.com
wendell_fuller@glic.com
william_lee@glic.com
akleinberg@glickenhaus.com
salpert@glickenhaus.com
seth@glickenhaus.com
speyser@glickenhaus.com

arnar.sigurdsson@glitnir.is
baldur.helgason@glitnir.dk
birna.olgeirsdottir@glitnir.is
eyjolfur.jonsson@glitnir.is
finni.sigurdsson@glitnir.is
frazer.macfarlane@glitnir.co.uk
haakon.kjaernes@glitnir.lu
helga.indridadottir@glitnir.is
helga.oskarsdottir@glitnir.is
ingolfur.bender@glitnir.is
ingolfur.ingolfsson@glitnir.is
ingolfur.kristjansson@glitnir.is
jon.bentsson@glitnir.is
jon.hallson@glitnir.is
jon.omarsson@glitnir.is
kristinn.arnason@glitnir.is
kristjana.sigurdardottir@glitnir.is
kristjansson@glitnir.co.uk
maria.agustsdottir@glitnir.is
ottar.gudjonsson@glitnir.is
svanberg.gudnason@glitnir.is
svava.sverrisdottir@glitnir.is
vignir.sverrisson@glitnir.is
tatiana.cohen@gll-partners.com
philippe.gazil@globalderivatives.com
bcabanne@global-equities.com
bguene@global-equities.fr
ccloarec@global-equities.com
hdecharsonville@global-equities.com
ljardin@global-equities.com
spolson@global-equities.com
pier-olivier.calestagne@global-infra.com
salim.samaha@global-infra.com
samitha.gajameragedara@global-infra.com
sebastien.gagnon@global-infra.com
thomas.frazier@global-infra.com
william.brilliant@global-infra.com
alexis@globalmicrocap.com
dmoore@globalt.com
gpaulette@globalt.com
hbain@globalt.com
kwoody@globalt.com
jstemmle@globeop.com
ysharma@globeop.com
andrew.golec@be.gm.com
anoop.kumar@gm.com
beth.wahlig@gm.com
brian.eller@be.gm.com
brian.herscovici@gm.com
bruce.marquand@gm.com
carlos.rosa@gm.com
caroline.lee@gm.com
cathleen.frank@gm.com
charles.froland@gm.com
cheryl.beusch@gm.com
christian.bawens@be.gm.com
christophe.van.den.brande@be.gm.com
christopher.morris@gm.com
cynthia.ranzilla@gm.com
daniel.murray@gm.com

david.newman@gm.com
david.walker@gm.com
deborah.meyer@gm.com
deborah.segal@gm.com
dhivya.suryadevara@gm.com
dmitri.smolansky@gm.com
ed.sullivan@gm.com
eric.ilardi@gm.com
erik.davey@gm.com
george.bodine@gm.com
henry.manifold@gm.com
hidenori-ito@gm.shokochukin.go.jp
hideo-wakabayashi@gm.shokochukin.go.jp
james.cairns@gm.com
james.peyton@gm.com
jbehar@gm.com
jeff.morrison@gm.com
john.j.crawford@gm.com
john.stevens@gm.com
joseph.mccabe@gm.com
joshua.lavender@gm.com
jstecher@gm.com
julia.chernyak@gm.com
kam.chang@gm.com
karen.sabatowski@gm.com
kyle.crandall@gm.com
laura.mittnacht@gm.com
luis.roldan@gm.com
maayan.sabo@be.gm.com
mark.dupuis@gm.com
maryann.florez@gm.com
masahiko-murata@gm.shokochukin.go.jp
melvin.lopez@gm.com
mercedes.michel@gm.com
michael.garcia@be.gm.com
milla.krasnopolsky@gm.com
nancy.bugg@gm.com
nashrullah.mackwani@be.gm.com
natalie.trunow@gm.com
nathan.johnson@gm.com
neel.parikh@gm.com
niti.jain@be.gm.com
nobuhiro-aikawa@gm.shokochukin.go.jp
oliver.devries@gm.com
paul.placken@gm.com
peter.o.hara@be.gm.com
robert.brownlee@gm.com
robert.shumaker@gm.com
roma.jain@be.gm.com
roser.bosch@be.gm.com
roxton.mcneal@gm.com
sachin.mehra@gm.com
sam.pallotta@gm.com
sowmya.rajagopalan@gm.com
stephanie.cook@gm.com
takeshi-aida@gm.shokochukin.go.jp
theodore.feury@gm.com
tony.kao@gm.com
tracy.mazzei@gm.com
weizhang@gm.com

yana.shor@gm.com
yoshinori-kano@gm.shokochukin.go.jp
yoshinori-kanou@gm.shokochukin.go.jp
alan.lindsay@gmacbamco.com
john.papas@gmacbank.com
peter.simon@gmacbank.com
willy.wolfe@gmacbank.com
brian_didonato@gmaccm.com
kenneth_brock@gmaccm.com
thomas_mattinson@gmaccm.com
tracy_mazzei@gmaccm.com
anders.toftgaard@gmacfs.com
bhavin.zaveri@gmacfs.com
chiuyi.chan@gmacfs.com
hector.teran@gmacfs.com
jon.centurino@gmacfs.com
barry_bier@gmacm.com
brian.devlin@gmacm.com
brian_kuelbs@gmacm.com
chris.moroney@gmacm.com
elliott_grumer@gmacm.com
joe_bilko@gmacm.com
joe_kaseta@gmacm.com
john_jukoski@gmacm.com
mark.schaefer@gmacm.com
mike_rowan@gmacm.com
nate.kemmer@gmacm.com
patricia_rangel@gmacm.com
patty_taylor@gmacm.com
richard.bona@gmacm.com
robert.kuchler@gmacm.com
ruth.forbes@gmacm.com
sandy_blitzer@gmacm.com
shahab_sheikholeslam@gmacm.com
stephen.saunders@gmacm.com
thomas_cahill@gmacm.com
todd_block@gmacm.com
toddwisner@gmacm.com
tom.neary@gmacm.com
tom_costanzo@gmacm.com
ty_miller@gmacm.com
calee.moe@gmacrescap.com
connie.cher@gmacrescap.com
treasa.simbeye@gmacrescap.com
alan.joseph@gmacrfc.com
alia.haider@gmacrfc.com
arrif.ali@gmacrfc.com
bill.cleary@gmacrfc.com
carolyn.wang@gmacrfc.com
chris.miller@gmacrfc.com
colin.bradley@gmacrfc.co.uk
craig.beresford@gmacrfc.co.uk
darren.ruane@gmacrfc.co.uk
david.reynolds@gmacrfc.com
doug.paterson@gmacrfc.co.uk
edward.garner@gmacrfc.com
ferdinand.veenman@gmacrfc.nl
gene.edwards@gmacrfc.com
greg.gable@gmacrfc.com
hamish.johnstone@gmacrfc.co.uk

| | | |
|---|---|---|
| harpal.maini@gmacrfc.com | fabiospinolavianna@gmail.com | joerg_hicking@goam.de |
| heather.anderson@gmacrfc.com | grupsha@gmail.com | soenke_papenhausen@goam.de |
| henry.soetanto@gmacrfc.com | gxantho@gmail.com | zhaosheng_su@goam.de |
| hersh.parikh@gmacrfc.com | hamerlev@gmail.com | cgofen@gofen.com |
| jamie.plantenberg@gmacrfc.com | hfnotes@gmail.com | clevert@gofen.com |
| jason.gedraitis@gmacrfc.com | jaekimny@gmail.com | gscully@gofen.com |
| jeffrey.meyerhofer@gmacrfc.com | james.w.leong@gmail.com | gwarren@gofen.com |
| jennifer.anderson@gmacrfc.com | jinjung@gmail.com | jborovsky@gofen.com |
| jianlin.zhai@gmacrfc.com | luca.bonaccorsi@gmail.com | jglossberg@gofen.com |
| john.collins@gmacrfc.com | luoxuanron@gmail.com | kgreenwalt@gofen.com |
| john.randolph@gmacrfc.com | lwgreig@gmail.com | mburke@gofen.com |
| john.trapnell@gmacrfc.com | matthewjjaniga@gmail.com | mgoodman@gofen.com |
| jon.hopkins@gmacrfc.com | migmoran@gmail.com | mstelmacki@gofen.com |
| julie.steinhagen@gmacrfc.com | mikelsen@gmail.com | pkupferberg@gofen.com |
| kai.zhang@gmacrfc.com | research.ozkaya@gmail.com | wgofen@gofen.com |
| kent.walls@gmacrfc.com | sjagunic@gmail.com | bubajp2@gol.com |
| kostas.halatsis@gmacrfc.co.uk | suan.tk@gmail.com | billmitchell@goldcapkc.com |
| larry.wu@gmacrfc.com | sunmingchun@gmail.com | elainelewallen@goldcapkc.com |
| lucas.jackson@gmacrfc.com | tmcmeekin3@gmail.com | johng@goldengateway.com |
| luke.hayden@gmacrfc.com | angela.santiago@gmam.com | dzapp@goldenrule.com |
| mark.gray@gmacrfc.co.uk | brent.pasternack@gmam.com | walter@gontarek.org |
| mark.wold@gmacrfc.com | christine.mevs@gmam.com | dealdone@goodbank.com |
| mary.herfurth@gmacrfc.com | connor.maloney@gmam.com | hsmgenii@goodbank.com |
| matt.kennedy@gmacrfc.com | craig.goldstein@gmam.com | kcsung@goodbank.com |
| michael.harmon@gmacrfc.com | curt.landtroop@gmam.com | kpsuh@goodbank.com |
| michael.mand@gmacrfc.com | dan.hudson@gmam.com | yckwak@goodbank.com |
| mike.wellner@gmacrfc.com | florence.fonglopez@gmam.com | alison.l.manley@goodbody.ie |
| nancy.bartsch@gmacrfc.com | frank.ryzbarsky@gmam.com | colin.j.hunt@goodbody.ie |
| neil.fenton@gmacrfc.com | hua.1.yang@gmam.com | daniel.j.macauley@goodbody.ie |
| nick.bourne@gmacrfc.co.uk | jamie.behar@gmam.com | martin.a.kane@goodbody.ie |
| nikki.lance@gmacrfc.com | jie.yao@gmam.com | neil.a.carroll@goodbody.ie |
| oleg.chugayev@gmacrfc.com | joshua.lavender@gmam.com | cecelia.doyle@goodwincap.com |
| pieter.vanzyl@gmacrfc.com | kieran.knaggs@gmam.com | huichien@google.com |
| rachel.haas@gmacrfc.com | matthew.gillis@gmam.com | alexander.p@gordian.co.uk |
| rakesh.kansara@gmacrfc.com | michael.connors@gmam.com | aly.k@gordian.co.uk |
| randy.denny@gmacrfc.com | pengfei.xie@gmam.com | andrew.r@gordian.co.uk |
| reed.newkirk@gmacrfc.com | scott.freemon@gmam.com | ben.h@gordian.co.uk |
| richard.moore@gmacrfc.com | sean.graham@gmam.com | caoimhe.m@gordian.co.uk |
| robert.greenawalt@gmacrfc.nl | shameer.karim@gmam.com | catherine.k@gordian.co.uk |
| ross.pillsbury@gmacrfc.com | taylor.wride@gmam.com | chelsey.w@gordian.co.uk |
| scott.klein@gmacrfc.com | thomas.kallberg@gmam.com | david.d@gordian.co.uk |
| shane.huether@gmacrfc.com | vlad.vladimirov@gmam.com | diep.h@gordian.co.uk |
| sheila.olmem@gmacrfc.com | wilson.gaitan@gmam.com | ed.f@gordian.co.uk |
| sindhu.srivastava@gmacrfc.com | zesa.gewertzman@gmam.com | edward.p@gordian.co.uk |
| stephen.hynes@gmacrfc.com | rutyo@gmulot.co.il | faharin.j@gordian.co.uk |
| stephen.pawlyshyn@gmacrfc.com | lopezdeprado@gmx.net | karim.h@gordian.co.uk |
| suzanne.laing@gmacrfc.com | stefelino@gmx.ch | kieran@gordian.co.uk |
| tim.dunlop@gmacrfc.com | susaannebehrendt@gmx.de | michael.n@gordian.co.uk |
| troy.gibbens@gmacrfc.com | bkrevolin@gnb.com | mitsu.d@gordian.co.uk |
| wes.bonewell@gmacrfc.com | alessandra.sartori@gnf.it | nabil.z@gordian.co.uk |
| wes.bonine@gmacrfc.com | andrea.daffara@gnf.it | neil.d@gordian.co.uk |
| yiqun.jia@gmacrfc.com | federico.odello@gnf.it | nick.s@gordian.co.uk |
| mithc_oringer@gmacsolutions.com | francesca.vimercati@gnf.it | nicola.g@gordian.co.uk |
| ashley.singer@gmail.com | licia.casamassima@gnf.it | rob.w@gordian.co.uk |
| bcolombo@gmail.com | luisa.ogliario@gnf.it | ruth.f@gordian.co.uk |
| beau.harbour.research@gmail.com | massimo.lucco@gnf.it | shirley.c@gordian.co.uk |
| bjarni.armannsson@gmail.com | mscolari@gnf.it | tom@gordian.co.uk |
| choonho.kim@gmail.com | nicoletta.damia@gnf.it | treasury@gordian.co.uk |
| danieljchang@gmail.com | rossana.brambilla@gnf.it | stefan.theis@gothaer.de |
| deaenlle@gmail.com | raffaella.maroglio@gnisim.it | andreas_steinmann@gothaerre.de |

heinz-peter_welter@gothaerre.de
michael_rohde@gothaerre.de
barth@gothamcapital.com
blitzer@gothamcapital.com
heather@gothamcapital.com
kahn@gothamcapital.com
petry@gothamcapital.com
rabinowitz@gothamcapital.com
ramsden@gothamcapital.com
saddlerock@gothamcapital.com
surasak.d@gototfb.com
wongsiya.m@gototfb.com
sandrine.notari@gottardo.com
gaetane.cej@gov.ab.ca
ichiro.kusaka@gpn.mizuho.cb.com
fmenezes@gpsbr.com
abo@gr.dk
anton@gr.dk
dhuang@gr.dk
flo@gr.dk
jhonore@gr.dk
jhu@gr.dk
khector@gr.dk
kwe@gr.dk
man@gr.dk
mgr@gr.dk
mva@gr.dk
rac@gr.dk
thinnerskov@gr.dk
tlhansen@gr.dk
tsk@gr.dk
tv@gr.dk
stefan.unternaehrer@graffcapital.ch
alexander.schmid@graffenried-bank.ch
jan.schneider@graffenried-bank.ch
marc.rubin@graffenried-bank.ch
marcel.eggimann@graffenried-bank.ch
robert.wyss@graffenried-bank.ch
thorsten.erbelding@graffenried-bank.ch
hobor.n@grainger.com
kristopher.r@grainger.com
william.chapman@grainger.com
jtibbitts@granada.co.uk
john.weber@granitegrp.com
lzuriff@granitegrp.com
michael.mccord@granitegrp.com
nancy.shaw@granitegrp.com
seema.shah@granitegrp.com
roger@granitellc.com
emmet@great.net
lbobrowsky@greatamericanfederal.com
racope@greatsoutherbank.com
jwturn@greatsouthernbank.com
tjbaur@greatsouthernbank.com
mgrecher@grecher.com
richmondb@greenecountybank.com
seegers@greenecountybank.com
charlie.ryan@greenpoint.com
david.patton@greenpoint.com
derek.wiesner@greenpoint.com

derek.wiesner@greenpoint.com
kevin.hughes@greenpoint.com
leslie.gibin@greenpoint.com
liana.virker@greenpoint.com
linda.carter@greenpoint.com
michael.spina@greenpoint.com
mike.cho@greenpoint.com
rob.bernstein@greenpoint.com
s.a.ibrahim@greenpoint.com
steve.abreu@greenpoint.com
steven.morfield@greenpoint.com
mike-wityak@greenwich.com
ian.garrison@greenwichnatwest.com
neal.mercer@greenwichnatwest.c
nick.hogan@greenwichnatwest.co
michael.goldbacher@grenbell.de
terry.burns@greystone.ca
don@gries.com
eugene@gries.com
jeff@gries.com
jim@gries.com
kris@gries.com
paula@gries.com
rml@gries.com
sharron@gries.com
trish@gries.com
chovey@griffinasset.com
dfamigletti@griffinasset.com
dsalter@griffinasset.com
jyoungman@griffinasset.com
tfamigletti@griffinasset.com
cfoschi@grifogest.it
giada.dazzini@grifogest.it
lucia.pettini@grifogest.it
luigi.scola@grifogest.it
mremorini@grifogest.it
silvio.giraudo@grifogest.it
smatteoli@grifogest.it
akay@grneam.com
blynch@grneam.com
brotato@grneam.com
cclark@grneam.com
cgondek@grneam.com
coley.lynch@grneam.com
cpavaman@grneam.com
dshane@grneam.com
ealgan@grneam.com
gthibod@grneam.com
jennifer.quisenberry@grneam.com
jhagan@grneam.com
john_gilbert@grneam.com
kburke@grneam.com
kwerle@grneam.com
ldemaio@grneam.com
lespinoz@grneam.com
michele.matzinger@grneam.com
nsantin@grneam.com
prusso@grneam.com
scoughl@grneam.com
skalos@grneam.com

sradtke@grneam.com
srakows@grneam.com
steve.mccarthy@grneam.com
tmctague@grneam.com
vdelucia@grneam.com
annemarie@groupama.fr
florence.picad@groupama.com
jose.luis.escudero@groupama.es
aalbisetti@groupama-am.fr
acaffort@groupama-am.fr
aterricabras@groupama-am.fr
bbidois@groupama-am.fr
cbourgeois@groupama-am.fr
cchaves@groupama-am.fr
ccherubin@groupama-am.fr
ccuny@groupama-am.fr
cvalery@groupama-am.fr
dbolhant@groupama-am.fr
dbreton@groupama-am.fr
ddantas@groupama-am.fr
ddumont@groupama-am.fr
dguillaume@groupama-am.fr
eedelfelt@groupama-am.fr
ehurault@groupama-am.fr
eloichot@groupama-am.fr
emathieu@groupama-am.fr
epaty@groupama-am.fr
eric.tomas@groupama-am.fr
fhecht@groupama-am.fr
fsengsiry@groupama-am.fr
gcamp@groupama-am.fr
gcapron@groupama-am.fr
gcarteron@groupama-am.fr
gmallejac@groupama-am.fr
hlouaheb@groupama-am.fr
hxchabadel@groupama-am.fr
ithanthrilage@groupama-am.fr
jbaltora@groupama-am.fr
jbiechy@groupama-am.fr
jceleste@groupama-am.fr
jdemontety@groupama-am.fr
jdubarbier@groupama-am.fr
jfauconnier@groupama-am.fr
jgrant@groupama-am.fr
jhautant@groupama-am.fr
jjjacob@groupama-am.fr
jlautant@groupama-am.fr
jmmassare@groupama-am.fr
lberrebi@groupama-am.fr
lsanh@groupama-am.fr
makaffou@groupama-am.fr
mbonny@groupama-am.fr
mbruno@groupama-am.fr
mfrichard@groupama-am.fr
mminuit@groupama-am.fr
mpierre@groupama-am.fr
mppeillon@groupama-am.fr
ngouju@groupama-am.fr
nhazan@groupama-am.fr
ocoll@groupama-am.fr

odetrogoff@groupama-am.fr
ogoupy@groupama-am.fr
olevant@groupama-am.fr
osegaud@groupama-am.fr
pbourgeois@groupama-am.fr
pgoux@groupama-am.fr
phburlisson@groupama-am.fr
pmarnay@groupama-am.fr
pnoel@groupama-am.fr
pvialle@groupama-am.fr
rboscher@groupama-am.fr
rkhounlivong@groupama-am.fr
rlescure@groupama-am.fr
rponsonnet@groupama-am.fr
rwinter@groupama-am.fr
smazel@groupama-am.fr
sphilippon@groupama-am.fr
tcossenet@groupama-am.fr
tmadesclaire@groupama-am.fr
vgadon@groupama-am.fr
vgrzywna@groupama-am.fr
vzeller@groupama-am.fr
ylandry@groupama-am.fr
ymuscat@groupama-am.fr
zboustani@groupama-am.fr
fheripel@groupama-ccama.tm.fr
aluis.casas@groupbbva.com
corradinic@groupcredit.it
iguillaume@groupe_ccr.com
vnewman@groupeartemis.com
lzecri@groupe-casino.fr
mguillo@groupe-casino.fr
mmaillet@groupe-casino.fr
rtaillandier@groupe-casino.fr
trault@groupe-casino.fr
ccrations@groupe-ccr.com
ebleines@groupe-ccr.com
fceccaldi@groupe-ccr.com
fogestion@groupe-ccr.com
fpenel@groupe-ccr.com
fsimon@groupe-ccr.com
hdohni@groupe-ccr.com
mmelliti@groupe-ccr.com
oboularand@groupe-ccr.com
utorlach@groupe-ccr.com
vcornelis@groupe-ccr.com
vledoux@groupe-ccr.com
xdornellas@groupe-ccr.com
aline.robinet@groupe-mma.fr
arnaud.memin@groupe-mma.fr
berthilde.chemin@groupe-mma.fr
bruno.decombe@groupe-mma.fr
francis.jaisson@groupe-mma.fr
jacques.protin@groupe-mma.fr
jc.arnoux@groupe-mma.fr
jeanloup.texier@groupe-mma.fr
m.benque@groupe-mma.fr
marie-pascale.peltre@groupe-mma.fr
matthieu.laval@groupe-mma.fr
michel.lapierre@groupe-mma.fr

philippe.clerc@groupe-mma.com
romain.grandis@groupe-mma.fr
samir.ramdane@groupe-mma.fr
timothee.malphettes@groupe-mma.fr
valerie.oelhoffen@groupe-mma.fr
yves.glaser@groupe-mma.fr
bcoquelin@groupe-ufg.com
jbreuil@groupe-ufg.com
jpcollin@groupe-ufg.com
pmimran@groupe-ufg.com
borodriguez@grouposantander.com
fjazagra@grouposantander.com
semorales@grouposantander.com
hanna106@groupwise.umn.edu
s-hebd@groupwise.umn.edu
maccroryp@gruntal.com
mottuss@gruntal.com
jurraca@gruosantander.com
jrodriguezmelager@grupobbv.com
manuel.villa@grupobbv.com
vicente.ortueta@grupobbv.com
a.luna@grupobbva.com
a.rguez@grupobbva.com
aborraz@grupobbva.com
acalvo@grupobbva.com
adrian.palleiro@grupobbva.com
agustin.martin@grupobbva.com
ahurtado@grupobbva.com
alf.chapinal@grupobbva.com
alfredo.mordezki@grupobbva.com
alvaro.vazquez@grupobbva.com
amanteca@grupobbva.com
amarino@grupobbva.com
ana.munera@grupobbva.com
angel.espinar@grupobbva.com
ant.garces@grupobbva.com
antonino.giaquinta@grupobbva.com
antonio.alhamar@grupobbva.com
antonio.garre@grupobbva.com
antonio.ruozi@grupobbva.com
antonio.saiz@grupobbva.com
arturo.lama@grupobbva.com
b.carrera@grupobbva.com
beatriz.munoz@grupobbva.com
carlos.goicoechea@grupobbva.com
carlos.maceda@grupobbva.com
carmelo.tajadura@grupobbva.com
cesar.solera@grupobbva.com
corrado.santini@grupobbva.com
cvarela@grupobbva.com
david.catalan@grupobbva.com
david.olaya@grupobbva.com
dgomez@grupobbva.com
diego.lopez@grupobbva.com
eduardo.abejon@grupobbva.com
eduardo.calabaza@grupobbva.com
eduardo.gorostiza@grupobbva.com
eduardo.molina@grupobbva.com
efuentes@grupobbva.com
elena.ldehesa@grupobbva.com

enrique.marazuela@grupobbva.com
enrique.mestre@grupobbva.com
enrique.santirso@grupobbva.com
ernesto.gallardo@grupobbva.com
esterdiaz@grupobbva.com
eugenio.casanova@grupobbva.com
eva.montalvo@grupobbva.com
f.galez@grupobbva.com
fbarreda@grupobbva.com
fernando.cejudo@grupobbva.com
fernando.ramirez@grupobbva.com
fjavier.miron@grupobbva.com
francisc.bataller@d2.grupobbva.com
gcouceiro@grupobbva.com
ggonzalez@grupobbva.com
gsuardiaz@grupobbva.com
harry.illouz@grupobbva.com
hmerida@grupobbva.com
ignacio.villanue@grupobbva.com
inigo.chivite@grupobbva.com
inma.ansoleaga@grupobbva.com
isabel.cmartinez@grupobbva.com
isabel.goiri@grupobbva.com
isidro.jovelar@grupobbva.com
j.cortazar@grupobbva.com
j.garri@grupobbva.com
j.guinea@grupobbva.com
j.ibarra@grupobbva.com
j.lorese@grupobbva.com
jalvarezranz@grupobbva.com
javier.medina@grupobbva.com
javier.requena@grupobbva.com
jbarreiros@grupobbva.com
jderufino@grupobbva.com
jescribano@grupobbva.com
jesus.reyes@grupobbva.com
jgarciaa@grupobbva.com
jhony.oropeza@grupobbva.com
jldominguez@grupobbva.com
jmsanchez@grupobbva.com
jorge.sancho@grupobbva.com
jose.cabiedes@grupobbva.com
joseja.diez@grupobbva.com
jpalomero@grupobbva.com
jromero@grupobbva.com
jsobremazas@grupobbva.com
juan.blasco@grupobbva.com
juan.lorencio@grupobbva.com
juanc.sanchezh@grupobbva.com
juanm.guerrero@grupobbva.com
laura.salafranca@grupobbva.com
leopoldo.ybarra@grupobbva.com
lgonzalez@grupobbva.com
lmanuel.garcia@grupobbva.com
lmarti@grupobbva.com
lorenzo.isla@grupobbva.com
lucia.ocon@grupobbva.com
luis.maroto@grupobbva.com
luis.seta@grupobbva.com
manuel.g_osorno@grupobbva.com

| | | |
|---|---|---|
| manuel.gcid@grupobbva.com | jumbravo@gruposantander.com | ms@gruss.com |
| mar.matilla@grupobbva.com | luimunoz@gruposantander.com | noeline@gruss.co.uk |
| maria.munoz@grupobbva.com | lverdu@gruposantander.com | paul@gruss.co.uk |
| mariajo.perez@grupobbva.com | maachon@gruposantander.com | rjn@gruss.com |
| mariajose.mori@grupobbva.com | magjimenez@gruposantander.com | rw@gruss.com |
| marta.lombardia@grupobbva.com | marevalo@gruposantander.com | sd@gruss.com |
| martinez.capdev@grupobbva.com | mgil@gruposantander.com | sw@gruss.com |
| mcarmen.conde@grupobbva.com | ncda@gruposantander.com | ta@gruss.com |
| mgonzalezm@grupobbva.com | vimontiel@gruposantander.com | wd@gruss.co.uk |
| miguel.alcobend@grupobbva.com | dechiara@gruppo.mediolanum.it | aadarsh.malde@gs.com |
| miguel.cuenca@grupobbva.com | massimo.colombi@gruppo.mediolanum.it | abraar.musa@gs.com |
| miguel.gsardinero@grupobbva.com | jdediego@gruppobbva.com | adam.bailey@gs.com |
| mluque@grupobbva.com | alessandro.negri@gruppobim.it | adam.gileski@gs.com |
| mmouliaa@grupobbva.com | dario.vergano@gruppobim.it | aditya.agarwal@gs.com |
| nicolas.gonzalezr@grupobbva.com | gianmario.gasco@gruppobim.it | alex.walker@gs.com |
| octavio.duran@grupobbva.com | giuseppe.cais@gruppobim.it | alex.zyngier@gs.com |
| ogregori.ramon@grupobbva.com | guido.biasia@gruppobim.it | alexander.kopp@gs.com |
| oscar.gil@grupobbva.com | isabella.merrina@gruppobim.it | alexander.kramers@gs.com |
| p.benito@grupobbva.com | marco.doria@gruppobim.it | alexandra.cooper@gs.com |
| pablo.fenoll@grupobbva.com | paolo.dalfonso@gruppobim.it | alexis.deladerriere@gs.com |
| paula.caruana@grupobbva.com | pietro.dagui@gruppobim.it | ali.hedayat@gs.com |
| paula.gonzalez-esc@grupobbva.com | antinarellar@gruppocredit.it | ali.miremadi@gs.com |
| pedro.guinea@grupobbva.com | arnaboldif@gruppocredit.it | ali.nokhasteh@gs.com |
| pedro.montero@grupobbva.com | bazzarellod@gruppocredit.it | alison.smith@gs.com |
| perez.sanjuan@grupobbva.com | belseya@gruppocredit.it | alka.parikh@gs.com |
| plus.ceo@grupobbva.net | belusicb@gruppocredit.it | ami.goldfein@gs.com |
| ramon.sanjuan@grupobbva.com | bonfiglior@gruppocredit.it | andrea.trozzi@gs.com |
| raul.moreno@grupobbva.com | braccionip@gruppocredit.it | andreja.cobeljic@gs.com |
| raul.rgarcia@grupobbva.com | c.mazza@gruppocredit.it | andrew.bound@gs.com |
| rebeca.gosalvez@grupobbva.com | cravariom@gruppocredit.it | andrew.devlin@gs.com |
| rg.delclaux@grupobbva.com | deantonip.@gruppocredit.it | andrew.ofori@gs.com |
| ricardo.laborda@grupobbva.com | eldinc@gruppocredit.it | andrew.orchard@gs.com |
| rlaiseca@grupobbva.com | ellim@gruppocredit.it | andy.hill@gs.com |
| rmacia@grupobbva.com | fagnania@gruppocredit.it | angela.clark@gs.com |
| rocio.aramendia@grupobbva.com | jarmanp@gruppocredit.it | anna.haemmerli@gs.com |
| rprado@grupobbva.com | lopezg@gruppocredit.it | anna.troup@gs.com |
| rrodriguez@grupobbva.com | merlic@gruppocredit.it | anne-marie.shepherd@gs.com |
| salinas.martinez@grupobbva.com | miccoli@gruppocredit.it | annmarie.ferretti@gs.com |
| sanchez.blanco@grupobbva.com | nassigha@gruppocredit.it | antoine.chiche@gs.com |
| santiago.debareno@grupobbva.com | pizzichemi@gruppocredit.it | aparra@gs.com |
| sergio.gfernandez@grupobbva.com | renieris@gruppocredit.it | ariel.roskis@gs.com |
| shernandez@grupobbva.com | sandersonr@gruppocredit.it | arne.hassel@gs.com |
| soledad.seivane@grupobbva.com | segrec@gruppocredit.it | ashok.tikku@gs.com |
| valejand.lorca@grupobbva.com | c.giraldi@gruppoina.it | atul.joshi@gs.com |
| victor.cristobal@grupobbva.com | ricardo.rosa@gruposantander.pt | aziz.hassanali@gs.com |
| aelustondo@gruposantander.com | ad@gruss.co.uk | barend.pennings@gs.com |
| carlosmartinez@gruposantander.com | adrian@gruss.co.uk | beat.cabiallavetta@gs.com |
| diana.orcajada@gruposantander.com | ck@gruss.com | beatrice.kirkroy@gs.com |
| djaquete@gruposantander.com | dam@gruss.com | benjamin.lee@gs.com |
| eugmartinez@gruposantander.com | dk@gruss.co.uk | benoit.herault@gs.com |
| fgaliana@gruposantander.com | dt@gruss.com | bertrand.chen@gs.com |
| fjescobar@gruposantander.com | dz@gruss.com | bhavya.babel@gs.com |
| hbright@gruposantander.com | el@gruss.com | bhumish.shah@gs.com |
| hgarciaarmero@servexternos.gruposantander.com | gg@gruss.com | bob.bengtson@gs.com |
| jacastillero@gruposantander.com | hrg@gruss.com | brett.hannah@gs.com |
| jastarloa@gruposantander.com | jar@gruss.com | brian.campbell@gs.com |
| jbueno@gruposantander.com | jg@gruss.com | brian.higgins@gs.com1 |
| jemandujar@gruposantander.com | jj@gruss.com | brian.hirschmann@gs.com |
| jesbezanilla@gruposantander.com | jt@gruss.co.uk | can.uran@gs.com |
| jnaya@gruposantander.com | mb@gruss.com | carlos.gallardo@gs.com |

carolina.minio-paluello@gs.com
caroline.benton@gs.com
caroline.bradley@gs.com
caroline.gilkes@gs.com
caroline.spender@gs.com
carrie.colon@gs.com
chenryung.leo@gs.com
chong.park@gs.com
chris.christoforou@gs.com
chris.dyer@gs.com
chris.kang@gs.com
chris.vanburen@gs.com
christian.biancalana@gs.com
christian.schjodt-eriksen@gs.com
christian.vonschimmelmann@gs.com
christina.ehrenberg@gs.com
christopher.tinson@gs.com
cristina.cardellini@gs.com
daeho.bang@gs.com
daniel.carter@gs.com
daniel.henriques@gs.com
daniel.oros@gs.com
daniel.willison@gs.com
daniele.benatoff@gs.com
danny.truell@gs.com
david.bertin@gs.com
david.buckley@gs.com
david.goldburg@gs.com
david.lowish@gs.com
deniskoome.imathiu@gs.co
deniskoome.imathiu@gs.com
denji.yiu@gs.com
dimitar.voukadinov@gs.com
dimitri.pierre@gs.com
donough.kilmurray@gs.com
douglas.kennedy@gs.com
douglas.weaver@gs.com
driss.ben-brahim@gs.com
eduardo.cabral@gs.com
elaine.rosa@gs.com
elena.dalsoglio@gs.com
elie.cukierman@gs.com
elif.aktug@gs.com
elisa.costa@gs.com
elizabeth.rasskazova@gs.com
elvira.espejo@gs.com
eric.weiss@gs.com
esther.skutele@gs.com
evelyn.campanile@gs.com
ewa.kozicz@gs.com
filippo.cartiglia@gs.com
fiona.neville@gs.com
firstname.surname@gs.com
florian.vonoppenheim@gs.com
francesca.fornasari@gs.com
franklin.edochie@gs.com
frederick.antwi@gs.com
gareth.tilley@gs.com
gareth.walker@gs.com
gary.greenberg@gs.com

gavin.nangle@gs.com
geoffrey.gribling@gs.com
george.chris@gs.com
gerard.westcott@gs.com
gillian.burns@gs.com
giorgio.gandola@gs.com
gita.lad@gs.com
greg.olafson@gs.com
greg.sharenow@gs.com
gregory.borenstein@gs.com
gregory.feldman@gs.com
hadi.kabalan@gs.com
harlakshmi.chandrashekar@gs.com
heather.arnold@gs.com
hedy.tan@gs.com
heike.schuerings@gs.com
himin.patel@gs.com
hugo.vanvredenburch@gs.com
ilan.heimann@gs.com
ivailo.petkov@gs.com
jacques.gabillon@gs.com
james.a.waters@gs.com
james.barber@gs.com
james.catling@gs.com
james.cielinski@gs.com
james.hordern@gs.com
jason.ekaireb@gs.com
jason.gilbert@gs.com
jason.muenzen@gs.com
jason.singer@gs.com
jennifer.youde@gs.com
jerome.reed@gs.com
jeronimo.bremer@gs.com
jessica.khamsyvoravong@gs.com
jingjing.hu@gs.com
jo.alma@gs.com
joanna.dziubak@gs.com
johannes.hoff@gs.com
john.begley@gs.com
john.kearney@gs.com
jonathan.horner@gs.com
joseph.mauro@gs.com
julian.abel@gs.com
kate.xiong@gs.com
kathryn.mansfield@gs.com
katie.exbank@gs.com
kavita.nayar@gs.com
ken.kishimoto@gs.com
kerry.briscoe@gs.com
kevin.corrigan@gs.com
kevin.j.kao@gs.com
kevin.wong@gs.com
kevin.zhao@gs.com
kokou-agbo-bloua@gs.com
koral.anderson@gs.com
kristof.gleich@gs.com
landon.parsons@gs.com
laura.sirgiovanni@gs.com
laurence.gallo@gs.com
leonie.a.padioleau@gs.com

lesley.martinez@gs.com
lindsey.read@gs.com
loretta.white@gs.com
lorraine.yow@gs.com
marcus.hagnesten@gs.com
maria.gordon@gs.com
maria.pavlenko@gs.com
mariaelena.drew@gs.com
mariana.olsson@gs.com
marissa.ansell@gs.com
mark.a.lynch@gs.com
mark.beveridge@gs.com
mark.oneill@gs.com
mark.prentice@gs.com
marlon.balroop@gs.com
martin.bray@gs.com
matthew.jacobson@gs.com
melissa.tuttle@gs.com
melkizedeck.okudo@gs.com
michael.haberkorn@gs.com
michael.j.beebe@gs.com
michael.nickson@gs.com
michael.sherwood@gs.com
michelle.o'donnell@gs.com
mike.sammons@gs.com
miriam.laranjeira@gs.com
mitesh.popat@gs.com
monika.thaler@gs.com
myles.osborn@gs.com
nagasri.sabbineni@gs.com
nail.jacob@gs.com
natalie.conn@gs.com
natasha.ward@gs.com
nathan.lin@gs.com
navin.kumar@gs.com
neil.callan@gs.com
neil.squires@gs.com
nery.alaev@gs.com
niall.quinn@gs.com
nicholas.griffiths@gs.com
nicholas.johnson@gs.com
nicholette.macdonald-brown@gs.com
nikos.theocharopoulos@gs.com
nimmie.eeson@gs.com
nisha.lakhani@gs.com
noah.solomon@gs.com
norihiko.ishihara@gs.com
nothando.ndebele@gs.com
oliver.bolitho@gs.com
olivier.cassaro@gs.com
omar.kara@gs.com
osahon.uwaifo@gs.com
paraag.amin@gs.com
patricia.toh@gs.com
paul.dalton@gs.com
paul.marson@gs.com
paula.collins@gs.com
pedro.teixeira@gs.com
philip.jacob@gs.com
philip.moffitt@gs.com

pierre-henri.flamand@gs.com
prashant.bhajar@gs.com
rajesh.amin@gs.com
rakesh.rikhi@gs.com
ralph.marron@gs.com
ran.li@gs.com
ricardo.marino@gs.com
ricardo.salgado@gs.com
richard.asbery@gs.com
richard.flax@gs.com
richard.m.davis@gs.com
richard.mulley@gs.com
rob.pyne@gs.com
robert.boardman@gs.com
robert.gold@gs.com
robert.howard@gs.com
robert.mcevoy@gs.com
roberto.plaja@gs.com
rom.porto@gs.com
rory.bateman@gs.com
roy.schwartz@gs.com
ru@gs.com
sam.cairns@gs.com
sam.finkelstein@gs.com
samantha.pandolfi@gs.com
sameer.maru@gs.com
sameer.vaghela@gs.com
sami.ahmad@gs.com
samuel.lopezbriceno@gs.com
sandor.hau@gs.com
sanjay.mazumdar@gs.com
scott.bynum@gs.com
shivraj.bassi@gs.com
simon.barnard@gs.com
simon.lloyd@gs.com
stephanie.louie@gs.com
stephanie.niven@gs.com
stephen.barnett@gs.com
steve.d.ellis@gs.com
steve.hwang@gs.com
stuart.mcpherson@gs.com
stuart.prince@gs.com
sunaina.suresh@gs.com
suneil.mahindru@gs.com
susana.ho@gs.com
sven.hogsep@gs.com
takashi.hatanaka@gs.com
tanya.bough@gs.com
tavis.cannell@gs.com
ted.sotir@gs.com
teresa.wilkinson@gs.com
thian.chew@gs.com
thomas.goldthorpe@gs.com
thomas.henke@gs.com
thomas.pedersen@gs.com
tim.crannis@gs.com
tim.duncker@gs.com
tom.bauwens@gs.com
tony.gaunt@gs.com
tony.mcghee@gs.com

tory.windisch@gs.com
vaibhav.chauhan@gs.com
vanessa.cosgrave@gs.com
victor.pina@gs.com
vidya.vasu-devan@gs.com
vijayalakshmi.rajendran@gs.com
vikki.lindstrom@gs.com
vinod.venkitachalam@gs.com
vladimira.mircheva@gs.com
vusal.najafov@gs.com
warren.ladd@gs.com
will.morgan@gs.com
william.dewulf@gs.com
william.howard@gs.com
william.jones@gs.com
william.peak@gs.com
wolfgang.kostner@gs.com
yi.gu@gs.com
zachary.bornstein@gs.com
arovelli@gsb.uchicago.edu
borges_thiago@gsb.stanford.edu
camino_alejandro@gsb.stanford.edu
carrithers_shaun@gsb.stanford.edu
chan_abby@gsb.stanford.edu
chang_daphne@gsb.stanford.edu
dthigpen03@gsb.columbia.edu
fbannatyne03@gsb.columbia.edu
grant_joel@gsb.stanford.edu
hosoi_mihoko@gsb.stanford.edu
johnson_john@gsb.stanford.edu
korteweg_arthur@gsb.stanford.edu
lbusbaum@gsb.columbia.edu
losch_helen@gsb.stanford.edu
mstadlm@gsb.uchicago.edu
reiss_peter@gsb.stanford.edu
reist_paul@gsb.stanford.edu
rogers_ralph@gsb.stanford.edu
simmons_kim@gsb.stanford.edu
thompson_astrid@gsb.stanford.edu
varma_rohit@gsb.stanford.edu
vrana_michael@gsb.stanford.edu
zaman_asif@gsb.stanford.edu
cmantelin@gsc.com
dvogel@gsc.com
echiang@gsc.com
esteffelin@gsc.com
jbecker@gsc.com
jmccary@gsc.com
mguterman@gsc.com
tdial@gsc.com
tnest@gsc.com
wshieh@gsc.com
wzhu@gsc.com
mcstayp@gscm.com
esotiriou@gscpartners.com
ihwang@gscpartners.com
iturkedjiev@gscpartners.com
mgregg@gscpartners.com
mkaufman@gscpartners.com
praygor@gscpartners.com

rfrank@gscpartners.com
rhamwee@gscpartners.com
skatzenstein@gscpartners.com
sruby@gscpartners.com
strousseau@gscpartners.com
thasan@gscpartners.com
tingelsby@gscpartners.com
tlibassi@gscpartners.com
ad.g.rawcliffe@gsk.com
alan.greenfield@gsk.com
ankush.x.nandra@gsk.com
anthony.mercer@gsk.com
bert.a.van-oekelen@gsk.com
chester.koczynski@gsk.com
dealers-lond.treasury@gsk.com
derek.cowie@gsk.com
duncan.learmouth@gsk.com
greer.fry@gsk.com
gunther.faber@gsk.com
hiren.g.patel@gsk.com
jackie.a.francis@gsk.com
james.t.green@gsk.com
jrw9343@gsk.com
jvy24058@gsk.com
peter.k.hopkins@gsk.com
roger.emerson@gsk.com
sarah-jane.chilver-stainer@gsk.com
subesh.r.williams@gsk.com
toshihiro.ishikiriyama@gsk.com
jean.stephenne@gskbio.com
michel.baijot@gskbio.com
dan.baginski@gsocap.com
cpia@gstreet.com
hcminc@gte.net
van.krupper@gte.net
winsonb@gte.net
n.moreau@gt-finance.fr
p.neyret@gt-finance.fr
liuming@gtjas.com
mohuiqin@gtjas.com
wangsong@gtjas.com
yangxiaotao@gtjas.com
zhouli@gtjas.com
anna.powell@gtplc.com
edward.schultze@guarantybank.com
andre.ashbaugh@guarantygroup.com
bruce.clark@guarantygroup.com
charles.sebesta@guarantygroup.com
christine.torres@guarantygroup.com
jack.falconi@guarantygroup.com
joe.rossa@guarantygroup.com
mike.calcote@guarantygroup.com
patrick.king@guarantygroup.com
ron.murff@guarantygroup.com
bmonroe@guardian.com
h.heimburger@guh-vermoegen.de
adanaher@guildinvestment.com
aford@guildinvestment.com
cmyung@guildinvestment.com
cpieper@guildinvestment.com

dkim@guildinvestment.com
jbell@guildinvestment.com
mguild@guildinvestment.com
msouders@guildinvestment.com
parora@guildinvestment.com
asifm@gulfbank.com.kw
faisal@gulfbank.com.kw
jmaalouf@gulfbank.com.kw
pejman@gulfbank.com.kw
philip@gulfbank.com.kw
morant@gunet.georgetown.edu
portae@gunet.georgetown.edu
makhover@guta.ru
cve@gutzwiller-funds.com
a.bengzon@hsbc.guyerzeller.com
b.bass@hsbc.guyerzeller.com
b.mazzucchelli@hsbc.guyerzeller.com
c.liu@hsbc.guyerzeller.com
c.schmid@hsbc.guyerzeller.com
c.sutter@hsbc.guyerzeller.com
d.clemente@hsbc.guyerzeller.com
f.froehli@hsbc.guyerzeller.com
f.macedo@hsbc.guyerzeller.com
f.studer@hsbc.guyerzeller.com
g.ruzicka@hsbc.guyerzeller.com
h.hollenweger@hsbc.guyerzeller.com
h.hsuan@hsbc.guyerzeller.com
m.beeler@hsbc.guyerzeller.com
m.bissig@hsbc.guyerzeller.com
m.jetzer@hsbc.guyerzeller.com
m.joerger@hsbc.guyerzeller.com
marc.polydor@hsbc.guyerzeller.com
o.muggli@hsbc.guyerzeller.com
p.hoff@hsbc.guyerzeller.com
p.oehen@hsbc.guyerzeller.com
p.ott@hsbc.guyerzeller.com
r.duerler@hsbc.guyerzeller.com
r.oetliker@hsbc.guyerzeller.com
r.rizzo@hsbc.guyerzeller.com
r.schlaepfer@hsbc.guyerzeller.com
s.feiss@hsbc.guyerzeller.com
s.hefti@hsbc.guyerzeller.com
t.hayim@hsbc.guyerzeller.com
u.duebendorfer@hsbc.guyerzeller.com
u.haibach@hsbc.guyerzeller.com
w.wuethrich@hsbc.guyerzeller.com
abuchner@guzman.com
crodriguez@guzman.com
geguilior@guzman.com
jbell@guzman.com
leoguzman@guzman.com
lguzman@guzman.com
mgoodman@guzman.com
mkguzman@guzman.com
wrobertson@guzman.com
llapilus@gvie.generali.fr
glenn.goldstein@gweiss.com
bmoreland@gwkinc.com
cdevens@gwkinc.com
edurey@gwkinc.com

ewhite@gwkinc.com
jfox@gwkinc.com
jlemaitre@gwkinc.com
jowens@gwkinc.com
jthibault@gwkinc.com
jwelsh@gwkinc.com
jwhitney@gwkinc.com
kbonin@gwkinc.com
lschneider@gwkinc.com
mgudaitis@gwkinc.com
mkane@gwkinc.com
mtourigny@gwkinc.com
mvroom@gwkinc.com
nangell@gwkinc.com
scurry@gwkinc.com
smcintyre@gwkinc.com
tduff@gwkinc.com
beth.panek@gwl.com
bill.mccallum@gwl.com
bruce.masters@gwl.com
cathe.tocher@gwl.com
christian.seiferth@gwl.com
daniel.post@gwl.com
dennis.hobein@gwl.com
diane.felske@gwl.com
donna.means@gwl.com
ernie.friesen@gwl.com
eve.hampton@gwl.com
james.lowery@gwl.com
janet.hurkett@gwl.com
jason.e.wright@gwl.com
jers@gwl.com
john.clouthier@gwl.com
larisa.dora@gwl.com
lorrie.lynn@gwl.com
mark.corbett@gwl.com
matt.mccain@gwl.com
matthew.amsberry@gwl.com
mitchell.graye@gwl.com
nancy.himelstieb@gwl.com
nathan.mariner@gwl.com
paul.oh@gwl.com
paul.runnalls@gwl.com
prestin.read@gwl.com
ray.miller@gwl.com
sam.moyn@gwl.com
susan.trahan@gwl.com
tad.anderson@gwl.com
tanya.dyjak@gwl.com
teresa.walter@gwl.com
thone.gdovin@gwl.com
tina.tanaka-ishida@gwl.com
tom.johnson@gwl.com
tom.wilkinson@gwl.com
ward.argust@gwl.com
wayne.hoffmann@gwl.com
gwr@gwrwealth.com
kjasmin@gwu.edu
alexandra.broenner@gz-bank.de
andrea.stolz@gz-bank.de

angelika.grob@gz-bank.de
eric.hofmann@gz-bank.de
frank.weber@gz-bank.de
holger.sahner@gz-bank.de
jochen.krawietz@gz-bank.de
karin.bleuel@gz-bank.de
nikolaus.sillem@gz-bank.de
olaf.trenner@gz-bank.de
padraig.langtry@gz-bank.ie
stefan.traut@gz-bank.de
ursula.elser@gz-bank.de
heiko.woessner@haam.de
florian.schuhbeck@hafm.de
frank.hoppe@hafm.de
nino.vonfinck@hafm.de
osman.bayro@hafm.de
stefan.guenther@hafm.de
wolfgang.kleedoerfer@hafm.de
ballegooijenjhvan@hagemeyer.com
mapletoftbj@hagemeyer.com
vosrjwde@hagemeyer.com
wolfelde@hagemeyer.com
wouterseaj@hagemeyer.com
aidan.solloway@halbis.com
angus.parker@halbis.com
charles.robinson@halbis.com
david.carter@halbis.com
david.finch@halbis.com
james.shervington@halbis.com
jose.cuervo@halbis.com
mary-ann.chang@halbis.com
nicholas.dowell@halbis.com
nick.timberlake@halbis.com
phil.oakley@halbis.com
se-ting.frenzel@halbis.com
simon.bennett@halbis.com
simon.sharp@halbis.com
siobhan.cass@halbis.com
steve.chappell@halbis.com
steven.bowen@halbis.com
tian.q.chen@halbis.com
lmoro@halcyonll.com
afriedman@halcyonllc.com
agoldberg@halcyonllc.com
asavella@halcyonllc.com
byorke@halcyonllc.com
byoung@halcyonllc.com
cball@halcyonllc.com
cdworkin@halcyonllc.com
cfenske@halcyonllc.com
cmason@halcyonllc.com
czhou@halcyonllc.com
dcrocker@halcyonllc.com
ebarnes@halcyonllc.com
fsteindler@halcyonllc.com
gdunican@halcyonllc.com
gkostakis@halcyonllc.com
ifernandez@halcyonllc.com
jcoppola@halcyonllc.com
jfisher@halcyonllc.com

| | | |
|---|---|---|
| jgodley@halcyonllc.com | stacie.jarrett@halliburton.com | jwjeong@hanabank.com |
| jgreene@halcyonllc.com | steven.mathews2@halliburton.com | jyjeon@hanabank.com |
| jholley@halcyonllc.com | tim.despain@halliburton.com | kajung@hanabank.com |
| jorringer@halcyonllc.com | troy.davis@halliburton.com | keehwankim@hanabank.com |
| jwolnick@halcyonllc.com | wendy.rachuk@halliburton.com | khany@hanabank.com |
| khall@halcyonllc.com | jelliott@halliburtonir.com | kisukok@hanabank.com |
| koei@halcyonllc.com | harpel@halpel.com | kj.kim@hanabank.com |
| ksingh@halcyonllc.com | daurenk@halybank.kz | kthan@hanabank.com |
| llebard@halcyonllc.com | aliyayes@halykbank.kz | kuihyunyou@hanabank.com |
| mfrangos@halcyonllc.com | asela@halykbank.kz | kyunghoonchang@hanabank.com |
| mgarg@halcyonllc.com | askars@halykbank.kz | mchong@hanabank.com |
| mhicks@halcyonllc.com | balzhani@halykbank.kz | munkiseo@hanabank.com |
| mmantschev@halcyonllc.com | erkebulant@halykbank.kz | sangbin.park@hanabank.com |
| mrepaci@halcyonllc.com | gainii@halykbank.kz | sanghoonkim@hanabank.com |
| nfox@halcyonllc.com | kantar@halykbank.kz | sangyoonkim@hanabank.com |
| nlamotte@halcyonllc.com | sabitkh@halykbank.kz | seungyonglee@hanabank.com |
| pdesai@halcyonllc.com | jens.mumme@hamburglb.co.uk | sj.moon@hanabank.com |
| rbendixen@halcyonllc.com | angsoo2.kim@hanabank.com | skchoi@hanabank.com |
| rcarpio@halcyonllc.com | bhkim@hanabank.com | skji@hanabank.com.hk |
| rvirani@halcyonllc.com | byungholee@hanabank.com | sklee@hanabank.com |
| rwilliams@halcyonllc.com | changwonmoon@hanabank.com | sspark@hanabank.com |
| rwu@halcyonllc.com | chji@hanabank.com | sucheolkim@hanabank.com |
| schuentan@halcyonllc.com | chulminchoi@hanabank.com | suncholchoi@hanabank.com |
| scornick@halcyonllc.com | chunsukjung@hanabank.com | sungwookcho@hanabank.com |
| sgoldstein@halcyonllc.com | cmsong@hanabank.com | sy.kim@hanabank.com |
| smandis@halcyonllc.com | cwyun@hanabank.com | uyjung@hanabank.com |
| stan@halcyonllc.com | daehyukyoo@hanabank.com | ws.hong@hanabank.com |
| tnocella@halcyonllc.com | dk_lee@hanabank.com | yeunyongji@hanabank.com |
| tom@halcyonllc.com | dwlee@hanabank.com | yk.choi@hanabank.com |
| tsolomon@halcyonllc.com | ghhan@hanabank.co.kr | yoonsangkim@hanabank.com |
| twallach@halcyonllc.com | ghhan@hanabank.com | yoosookhong@hanabank.com |
| vmohan@halcyonllc.com | heuychullee@hanabank.com | yunsooo@hanabank.com |
| wward@halcyonllc.com | hjpark@hanabank.com.hk | hijung@hanastock.co.kr |
| ekonopko@halcyonpartnerships.com | hn_kim@hanabank.com | jcsanderson@hancock.com |
| hkofman@halcyonpartnerships.com | hojaechoi@hanabank.com | aimee_forsythe@hancockbank.com |
| jbader@halcyonpartnerships.com | hsoh@hanabank.com | deedee_rutland@hancockbank.com |
| jsykes@halcyonpartnerships.com | hwanjoolee@hanabank.com | gerry_dugal@hancockbank.com |
| kkonner@halcyonpartnerships.com | hyunbae.kim@hanabank.com | janet_white@hancockbank.com |
| lkarcsh@halcyonpartnerships.com | hyungjunan@hanabank.com | kathy_ryan@hancockbank.com |
| lross@halcyonpartnerships.com | hyungonnoh@hanabank.com | kristy_sramek@hancockbank.com |
| mtobin@halcyonpartnerships.com | inwoojung@hanabank.com | paul_queyrouze@hancockbank.com |
| research@halcyonpartnerships.com | jaehwanlee@hanabank.com | sandra_young@hancockbank.com |
| sbell@halcyonpartnerships.com | jaeiklee@hanabank.com | shaw_breland@hancockhorizon.com |
| tburnett@halcyonpartnerships.com | jaejinyang@hanabank.com | cejo04@handelsbanbanken.se |
| tdunn@halcyonpartnerships.com | jaewonpark@hanabank.com | agfr02@handelsbanken.se |
| john.hope@halifax.co.uk | jehyeongyu@hanabank.com | albo01@handelsbanken.no |
| kimshort@halifax.co.uk | jennylee@hanabank.com | alna01@handelsbanken.se |
| richardmyers@halifax.co.uk | jeongeun@hanabank.com | alpa02@handelsbanken.se |
| tonyclark@halifax.co.uk | jeongwonchoi@hanabank.com | anak02@handelsbanken.se |
| aycaevrim.nalcaci@halkbank.com.tr | jerry.son@hanabank.com | anbr12@handelsbanken.se |
| ertays@halkbank.kz | jgsong@hanabank.com | ando01@handelsbanken.se |
| mehmethakan.atilla@halkbank.com.tr | jh.cheong@hanabank.com | anha68@handelsbanken.se |
| murat.uysal@halkbank.com.tr | jheun@hanabank.com | anjo44@handelsbanken.se |
| serhat.sefer@halkbank.com.tr | jhpark@hanabank.com | anni15@handelsbanken.se |
| edward.eichelberger@halliburton.com | jihoon2.park@hanabank.com | aser03@handelsbanken.se |
| gloria.warren@halliburton.com | jilee@hanabank.com | assa02@handelsbanken.se |
| hong.zhu@halliburton.com | jinheecho@hanabank.com | bebo03@handelsbanken.se |
| paul.guthrie@halliburton.com | jinjoo.ok@hanabank.com | bera02@handelsbanken.se |
| preston.holsinger@halliburton.com | jspark@hanabank.co.kr | bewa04@handelsbanken.se |
| richard.whiles@halliburton.com | jungmincha@hanabank.com | bjro1@handelsbanken.com |

| | | |
|---|---|---|
| cace05@handelsbanken.se | kebl01@handelsbanken.se | peur01@handelsbanken.se |
| cacr01@handelsbanken.se | kemu01@handelsbanken.se | piha01@handelsbanken.se |
| caha04@handelsbanken.se | kewe02@handelsbanken.se | ribo01@handelsbanken.se |
| cama04@handelsbanken.se | kjhe03@handelsbanken.se | rihi01@handelsbanken.se |
| chcr02@handelsbanken.se | kjno02@handelsbanken.se | rili01@handelsbanken.se |
| chha10@handelsbanken.se | kjor02@handelsbanken.se | scep01@handelsbanken.se |
| chjo08@handelsbanken.se | klgr01@handelsbanken.se | simo01@handelsbanken.se |
| chpe14@handelsbanken.se | knmo01@handelsbanken.no | sisi01@handelsbanken.se |
| chsu@handelsbanken.se | kral03@handelsbanken.se | soge02@handelsbanken.se |
| clmo01@handelsbanken.se | krbj02@handelsbanken.se | stda06@handelsbanken.se |
| daho03@handelsbanken.se | laan06@handelsbanken.se | stha01@handelsbanken.se |
| dala01@handelsbanken.se | lefr01@handelsbanken.se | stje01@handelsbanken.se |
| dane02@handelsbanken.no | lila04@handelsbanken.se | stli03@handelsbanken.se |
| daol04@handelsbanken.se | lite02@handelsbanken.se | stli12@handelsbanken.se |
| dasi01@handelsbanken.se | mabr08@handelsbanken.se | stny01@handelsbanken.se |
| edpe01@handelsbanken.se | mace01@handelsbanken.se | stro05@handelsbanken.se |
| elja04@handelsbanken.se | macl01@handelsbanken.se | stwa05@handelsbanken.se |
| erhu02@handelsbanken.se | mael10@handelsbanken.se | suur01@handelsbanken.se |
| evsa02@handelsbanken.se | maer22@handelsbanken.se | test01@handelsbanken.se |
| evta01@handelsbanken.se | maga02@handelsbanken.se | thah03@handelsbanken.se |
| frca03@handelsbanken.se | mahy01@handelsbanken.se | than09@handelsbanken.se |
| frla01@handelsbanken.se | maka13@handelsbanken.se | thre02@handelsbanken.se |
| frma05@handelsbanken.se | mako02@handelsbanken.se | tobl02@handelsbanken.se |
| frmo01@handelsbanken.se | mala61@handelsbanken.se | toho08@handelsbanken.se |
| frsj03@handelsbanken.se | mali81@handelsbanken.se | toiw01@handelsbanken.se |
| frsu04@handelsbanken.se | mama20@handelsbanken.se | tojo04@handelsbanken.se |
| gyca01@handelsbanken.se | mast39@handelsbanken.se | toma01@handelsbanken.se |
| hagr04@handelsbanken.se | mato01@handelsbanken.se | towe03@handelsbanken.se |
| heah01@handelsbanken.se | matti.sulamaa@handelsbanken.fi | ulah01@handelsbanken.se |
| hean04@handelsbanken.se | mawi01@handelsbanken.se | ulbo03@handelsbanken.se |
| hees02@handelsbanken.se | miah02@handelsbanken.se | ulri02@handelsbanken.se |
| heje02@handelsbanken.se | mier03@handelsbanken.se | ulso04@handelsbanken.se |
| heli04@handelsbanken.se | mife01@handelsbanken.se | ulst06@handelsbanken.se |
| heol03@handelsbanken.se | migr02@handelsbanken.se | yvlu01@handelsbanken.se |
| hesa06@handelsbanken.se | mima01@handelsbanken.se | rnew@hanifen.com |
| hona04@handelsbanken.se | mise03@handelsbanken.se | e901246@hanmail.net |
| hypa01@handelsbanken.se | miwa02@handelsbanken.se | eskimhk@hanmail.net |
| jach04@handelsbanken.se | miwe01@handelsbanken.se | gabjoongkim@hanmail.net |
| jano01@handelsbanken.se | moal01@handelsbanken.se | hanlee2@hanmail.net |
| jasa09@handelsbanken.se | nife01@handelsbanken.se | harry65@hanmail.net |
| jefr03@handelsbanken.se | nihe03@handelsbanken.se | jongsoo6537@hanmail.net |
| jiha01@handelsbanken.se | nija02@handelsbanken.se | kimhhyuung@hanmail.net |
| jisa01@handelsbanken.se | olli02@handelsbanken.se | kimjong63@hanmail.net |
| joah01@handelsbanken.se | osak01@handelsbanken.se | km000kim@hanmail.net |
| joal06@handelsbanken.se | pabe04@handelsbanken.se | njhwang01@hanmail.net |
| joba01@handelsbanken.se | pain01@handelsbanken.se | papillon707@hanmail.net |
| jobu02@handelsbanken.se | pamc03@handelsbanken.se | patrickryoo@hanmail.net |
| joby03@handelsbanken.se | paol01@handelsbanken.se | samkang1@hanmail.net |
| joda04@handelsbanken.se | para02@handelsbanken.se | seabong@hanmail.net |
| jogu01@handelsbanken.se | pash01@handelsbanken.se | seaboong@hanmail.net |
| jojo07@handelsbanken.se | pean23@handelsbanken.se | sikingakari@hanmail.net |
| joka01@handelsbanken.se | pebj07@handelsbanken.se | syang01@hanmail.net |
| joma21@handelsbanken.se | pebo02@handelsbanken.se | syrae@hanmail.net |
| josa12@handelsbanken.se | pefa05@handelsbanken.se | wooksdw@hanmail.net |
| josc03@handelsbanken.se | pehv01@handelsbanken.se | harald.schenk@hannover-re.com |
| josc04@handelsbanken.se | pejo03@handelsbanken.se | jim.strickler@hanovercapital.com |
| josp01@handelsbanken.se | peli20@handelsbanken.se | phong.huynh@hanovercapital.com |
| jowe03@handelsbanken.se | penu01@handelsbanken.se | bbaird@hanoverstrategic.com |
| kany04@handelsbanken.se | pese01@handelsbanken.se | anna.kouts@hansa.ee |
| kavi03@handelsbanken.se | pesi01@handelsbanken.se | aron.jalakas@hansa.ee |

| | | |
|---|---|---|
| art.lestberg@hansa.ee | rgeib@harleysvillesavings.com | gregory.blasucci@harrisbank.com |
| darius.gecevicius@hansa.ee | alyssa.lebner@harmonic.ky | gregory.hartje@harrisbank.com |
| helen.ree2@hansa.ee | dirk.teunissen@harmonic.ky | heidi.westland@harrisbank.com |
| kristel.talvar@hansa.ee | ag.anglum@harrisbank.com | irina.pacheco@harrisbank.com |
| piret.viskus@hansa.ee | alan.tso@harrisbank.com | jack.ablin@harrisbank.com |
| alina.beguna@hansabanka.lv | albin.littell@harrisbank.com | jack.mcgrath@harrisbank.com |
| egons.strazdins@hansabanka.lv | amy.plyler@harrisbank.com | james.dunn@harrisbank.com |
| elmars.priksans@hansabanka.lv | andrew.waisburd@harrisbank.com | james.dunne@harrisbank.com |
| ingrida.bluma@hansabanka.lv | anita.mei@harrisbank.com | james.hagedorn@harrisbank.com |
| liene.kule@hansabanka.lv | annette.love@harrisbank.com | james.jones@harrisbank.com |
| bbeaty@hanseatic-ny.com | anthony.comorat@harrisbank.com | jamesl.farrell@harrisbank.com |
| jread@hanson.co.uk | antonio.ramos@harrisbank.com | jason.hans@harrisbank.com |
| karl.fenlon@hansonplc.com | boyd.eager@harrisbank.com | jay.ritter@harrisbank.com |
| gurdeep@hansra.co.uk | brent.schutte@harrisbank.com | jeffrey.nepote@harrisbank.com |
| christiane.backhaus@hanvb.de | brian.benesch@harrisbank.com | jennifer.craig@harrisbank.com |
| derivatives@hanvitbank.co.kr | brian.gawin@harrisbank.com | joanne.norvell@harrisbank.com |
| gudeal@hanvitbank.co.kr | brian.moeller@harrisbank.com | john.patterson@harrisbank.com |
| hylee@hanvitbank.co.kr | brian.skarbek@harrisbank.com | jolene.madurzak@harrisbank.com |
| mjh1234@hanvitbank.co.kr | brian.zeitz@harrisbank.com | joseph.peddrick@harrisbank.com |
| nslee@hanvitbank.co.kr | carl.lindokken@harrisbank.com | julie.mcgrath@harrisbank.com |
| sanghoon.ahn@hanvitbank.co.kr | carol.lyons@harrisbank.com | karen1.warner@harrisbank.com |
| shyoon@hanvitbank.co.kr | carole.christakis@harrisbank.com | karil.gaut@harrisbank.com |
| yckim@hanvitbank.co.kr | carolyn.lane@harrisbank.com | kathy.young@harrisbank.com |
| ynakagawa@hanwaamerican.com | catherine.cooper@harrisbank.com | ken.mangiantini@harrisbank.com |
| doris.pfiffner@hapoalim.ch | catherine.krawitz@harrisbank.com | kenneth.gimbel@harrisbank.com |
| harry.tscharner@hapoalim.ch | cathy.kravitz@harrisbank.com | kerri.donovan@harrisbank.com |
| ilan.wurmser@hapoalim.ch | charles.georgas@harrisbank.com | kimberly.keywell@harrisbank.com |
| jonathan.kilbey@hapoalim.ch | charles.howes@harrisbank.com | kimberly.mcmahon@harrisbank.com |
| mark.beasley@hapoalim.ch | charles.o'connell@harrisbank.com | laura.alter@harrisbank.com |
| xavier.mugnier@hapoalim.ch | charles.rowe@harrisbank.com | laura.chiappetta@harrisbank.com |
| adong@hapoalimusa.com | charlie.sloan@harrisbank.com | laurel.schirr@harrisbank.com |
| cwagner@hapoalimusa.com | chris.hatch@harrisbank.com | lindadiehl.wilson@harrisbank.com |
| ewinter@hapoalimusa.com | christopher.lucchetti@harrisbank.com | louise.diethhlem@harrisbank.com |
| flopiccolo@hapoalimusa.com | christy.mcgee@harrisbank.com | lynn.arntzen@harrisbank.com |
| glubiner@hapoalimusa.com | cindy.holmes@harrisbank.com | marek.ciszewski@harrisbank.com |
| hmm@hapoalimusa.com | clay.pruitt@harrisbank.com | mark.heuer@harrisbank.com |
| hweissler@hapoalimusa.com | connie.song@harrisbank.com | mark.sansoterra@harrisbank.com |
| jkaplan@hapoalimusa.com | dan.sido@harrisbank.com | mark.wimer@harrisbank.com |
| kschmidt@hapoalimusa.com | daniela.mardarovici@harrisbank.com | marye.anderson@harrisbank.com |
| mandersen@hapoalimusa.com | dave.maley@harrisbank.com | matthew.bender@harrisbank.com |
| mbiondollilo@hapoalimusa.com | david.boesel@harrisbank.com | matthew.griswold@harrisbank.com |
| mvento@hapoalimusa.com | david.canon@harrisbank.com | maureen.svagera@harrisbank.com |
| rbrooksklueber@hapoalimusa.com | david.gregg@harrisbank.com | melanie.malone@harrisbank.com |
| sbreidbart@hapoalimusa.com | david.keller@harrisbank.com | michael.janik@harrisbank.com |
| sromanowski@hapoalimusa.com | david.peckenpaugh@harrisbank.com | michael.papciak@harrisbank.com |
| tmolloy@hapoalimusa.com | david.risner@harrisbank.com | michelle.hill@harrisbank.com |
| wcicio@hapoalimusa.com | deborah.jefferson@harrisbank.com | mike.mcnicholas@harrisbank.com |
| zrubinstein@hapoalimusa.com | dharris@harrisbank.com | mike.sullivan@harrisbank.com |
| lraffa@hapolimusa.com | diane.greczek@harrisbank.com | monique.rhue@harrisbank.com |
| madlen.thonhauser@hapsa.de | donald.coxe@harrisbank.com | natalie.drungle@harrisbank.com |
| acarryl@harborviewgrowth.com | doug.thornton@harrisbank.com | noel.pawlak@harrisbank.com |
| agarceau@harborviewgrowth.com | edward.keating@harrisbank.com | pat.roche@harrisbank.com |
| mmandel@harborviewgrowth.com | emma.nunn@harrisbank.com | patrick.keating@harrisbank.com |
| rcarryl@harborviewgrowth.com | eric.hu@harrisbank.com | paul.king@harrisbank.com |
| rpiazza@harborviewgrowth.com | ernesto.ramos@harrisbank.com | paul.snyder@harrisbank.com |
| jfarrace@harchcapital.com | fredric.azar@harrisbank.com | peggy.lowder@harrisbank.com |
| pgibbons@harcourtgeneral.com | gary.canon@harrisbank.com | philip.young@harrisbank.com |
| jdrury@hardingllc.com | george.selby@harrisbank.com | phillip.krauss@harrisbank.com |
| jmorris2@harleysvillegroup.com | glenna.anderson@harrisbank.com | richard.lowes@harrisbank.com |
| mcummins@harleysvillegroup.com | graham.bentz@harrisbank.com | rick.block@harrisbank.com |

| | | |
|---|---|---|
| robert.decker@harrisbank.com | andreas.weiss@hauck-aufhaeuser.de | ekirby@hbk.com |
| robert.mckeen@harrisbank.com | bastian.freitag@hauck-aufhaeuser.de | emartel@hbk.com |
| robert.schurer@harrisbank.com | bettina.chasse@hauck-aufhaeuser.lu | emin@hbk.com |
| ronee.greazel@harrisbank.com | burkhard.allgeier@hauck-aufhaeuser.de | estiles@hbk.com |
| ruth.richardson@harrisbank.com | franz.welsch@hauck-aufhaeuser.de | eventdriven@hbk.com |
| sara.klabacha@harrisbank.com | guido.schmidt@hauck-aufhaeuser.de | ewesteren@hbk.com |
| scott.hansen@harrisbank.com | holger.sauerbier@hauck-aufhaeuser.de | fbaseggio@hbk.com |
| sean.curry@harrisbank.com | ilona.korsch@hauck-aufhaeuser.de | fpackard@hbk.com |
| shun.dyes@harrisbank.com | jens.schott@hauck-aufhaeuser.de | gkavanaugh@hbk.com |
| steve.krisik@harrisbank.com | jens.wissel@hauck-aufhaeuser.de | gthomas@hbk.com |
| steven.ricchio@harrisbank.com | kirsten.meissner@hauck-aufhaeuser.lu | gutley@hbk.com |
| susan.hines@harrisbank.com | michael.schramm@hauck-aufhaeuser.de | gwilson@hbk.com |
| temilade.oyeniyi@harrisbank.com | robert.fruechtl@hauck-aufhaeuser.de | hkorenvaes@hbk.com |
| thomas.ballent@harrisbank.com | sabine.hummel@hauck-aufhaeuser.de | iabyzov@hbk.com |
| thomas.lettenberger@harrisbank.com | sebastian.reuter@hauck-aufhaeuser.de | iboroditsky@hbk.com |
| thomas.lewis@harrisbank.com | sven.madsen@hauck-aufhaeuser.de | ikohlbacher@hbk.com |
| timothy.gleason@harrisbank.com | thomas.philipp@hauck-aufhaeuser.de | jakhtar@hbk.com |
| todd.barre@harrisbank.com | thomas.wiesner@hauck-aufhaeuser.de | jbray@hbk.com |
| tom.johnson@harrisbank.com | treasury.f@hauck-aufhaeuser.de | jconklin@hbk.com |
| tony.fout@harrisbank.com | vv.m@hauck-aufhaeuser.de | jestes@hbk.com |
| w.isom@harrisbank.com | tom@havencapital.com | jhermance@hbk.com |
| william.leszinske@harrisbank.com | ddayan@hawkglobal-us.com | jhibbard@hbk.com |
| william.meehling@harrisbank.com | mmaikoksoong@hawkglobal-us.com | jingram@hbk.com |
| william.palmer@harrisbank.com | pspivack@hawkglobal-us.com | jirons@hbk.com |
| ylanda.wilhite@harrisbank.com | maria@hawkinsmcentee.com | jlowry@hbk.com |
| carole.saliture@harrisbanks.com | harris.bernstein@hawthorn-pnc.net | jmeyers@hbk.com |
| jay.morley@harrismycfo.com | abonilla@hbk.com | jnew@hbk.com |
| joseph.knecht@harrismycfo.com | agowda@hbk.com | jomalley@hbk.com |
| christian.nolan@harrisnesbitt.com | akannan@hbk.com | jpiampiano@hbk.com |
| chuck.hohman@harrisnesbitt.com | apoole@hbk.com | jpost@hbk.com |
| nathalie.houde@harrisnesbitt.com | areeves@hbk.com | jsabat@hbk.com |
| ronald.kirchler@harrisnesbitt.com | atroitskaya@hbk.com | jschmitt@hbk.com |
| ebanderson@hartfordfinancial.com | bansel@hbk.com | jsergeant@hbk.com |
| gbsimson@hartfordfinancial.com | bdias@hbk.com | jstallings@hbk.com |
| lpbrundage@hartfordfinancial.com | bdufief@hbk.com | jtom@hbk.com |
| dan.guilbert@hartfordlife.com | bheller@hbk.com | jwang@hbk.com |
| jennifer.murphy@hartfordlife.com | bmiller@hbk.com | jyunger@hbk.com |
| kyle_senk@hartfordlife.com | borr@hbk.com | kcollins@hbk.com |
| mfapricing@hartfordlife.com | bpaasche@hbk.com | keccles@hbk.com |
| phyllis.seeger@hartfordlife.com | bpark@hbk.com | kellis@hbk.com |
| plagonig@hartfordlife.com | cdevore@hbk.com | khirsh@hbk.com |
| matthew.martelli@hartzcapital.com | cleonard@hbk.com | kmarca@hbk.com |
| michael.fleming@hartzcapital.com | cmccallister@hbk.com | koneal@hbk.com |
| noah.lerner@hartzmountain.com | cmoore@hbk.com | lfoster@hbk.com |
| ebrown@harvardbusiness.org | cnelson@hbk.com | lhasson@hbk.com |
| achim.lange@haspa.de | cnettune@hbk.com | lkreis@hbk.com |
| christian.kuemmel@haspa.de | corpre@hbk.com | llebowitz@hbk.com |
| christian.pudelek-vonbloh@haspa.de | cshufeldt@hbk.com | mczapliskie@hbk.com |
| florence.micheel@haspa.de | cstephens@hbk.com | mdecker@hbk.com |
| hanspeter.karstens@haspa.de | cwysong@hbk.com | mdeturck@hbk.com |
| joachim.koehne@haspa.de | dcase@hbk.com | mgalovic@hbk.com |
| kerstin.kruse@haspa.de | dhaley@hbk.com | mgopu@hbk.com |
| klaus.kruse@haspa.de | dmascolo@hbk.com | mhsueh@hbk.com |
| martin.kruse@haspa.de | dmirovitski@hbk.com | mkhatri@hbk.com |
| mathias.loll@haspa.de | dschumer@hbk.com | mleffers@hbk.com |
| thorsten.balla@haspa.de | dtan@hbk.com | mlukesch@hbk.com |
| adrian.bernard@hauck-aufhaeuser.de | dzarchan@hbk.com | mluth@hbk.com |
| albrecht.gohlke@hauck-aufhaeuser.de | ediamond@hbk.com | mmaroongroge@hbk.com |
| alfred.junker@hauck-aufhaeuser.de | egriffis@hbk.com | mpusateri@hbk.com |
| andreas.schmidt@hauck-aufhaeuser.de | ehamel@hbk.com | mschachter@hbk.com |

msullivan@hbk.com
munderwood@hbk.com
nfeckl@hbk.com
ngupta@hbk.com
nheilmann@hbk.com
nhonda@hbk.com
nikos@hbk.com
nlangan@hbk.com
nsaito@hbk.com
nshah@hbk.com
nsinghal@hbk.com
pcarvell@hbk.com
pchalasani@hbk.com
pliu@hbk.com
pzhao@hbk.com
qwang@hbk.com
rbooth@hbk.com
rganti@hbk.com
rlaragh@hbk.com
rshaeffer@hbk.com
rsheklin@hbk.com
rsmall@hbk.com
rwarren@hbk.com
rwish@hbk.com
sallen@hbk.com
sgeorge@hbk.com
shenderson@hbk.com
skertsman@hbk.com
slops@hbk.com
smarusa@hbk.com
smckinney@hbk.com
sneumann@hbk.com
spadowitz@hbk.com
sparker@hbk.com
squek@hbk.com
swhite@hbk.com
thart@hbk.com
tsaito@hbk.com
twaugh@hbk.com
usr@hbk.com
vkurella@hbk.com
vpogharian@hbk.com
wrose@hbk.com
wtsang@hbk.com
xmiao@hbk.com
ygolod@hbk.com
ilzes@hbl.lv
mikeellis@hbosplc.com
robertmanson@hbosts.com
phecht@hbs.edu
billo@hbss.com
danielp@hbss.com
joec@hbss.com
h8315262@hcb.co.kr
tportig@hcm-ag.de
harold.siegel@hcminvest.com
ablanchette@hcmlp.com
aeidson@hcmlp.com
ahicks@hcmlp.com
aholesko@hcmlp.com

ajenkins@hcmlp.com
alenge@hcmlp.com
amundassery@hcmlp.com
ashah@hcmlp.com
astearns@hcmlp.com
awalia@hcmlp.com
awelch@hcmlp.com
bborud@hcmlp.com
bbroadbent@hcmlp.com
bbrown@hcmlp.com
bcornelius@hcmlp.com
bhome@hcmlp.com
bkorngut@hcmlp.com
blane@hcmlp.com
blegg@hcmlp.com
blohrding@hcmlp.com
bmeans@hcmlp.com
bmiltenberger@hcmlp.com
bmitts@hcmlp.com
bpope@hcmlp.com
bvoss@hcmlp.com
camoore@hcmlp.com
ccolvin@hcmlp.com
choward@hcmlp.com
chyman@hcmlp.com
cjoseph@hcmlp.com
cmawn@hcmlp.com
cmethvin@hcmlp.com
cmoore@hcmlp.com
cnilsen@hcmlp.com
cpaipanandiker@hcmlp.com
cpittman@hcmlp.com
cwikert@hcmlp.com
dblanks@hcmlp.com
ddeadman@hcmlp.com
ddrabinski@hcmlp.com
djohnson@hcmlp.com
djones@hcmlp.com
dmartin@hcmlp.com
dsimek@hcmlp.com
dthomas@hcmlp.com
dwalls@hcmlp.com
dwhite@hcmlp.com
egonzalez@hcmlp.com
egunnerson@hcmlp.com
epowell@hcmlp.com
fmason@hcmlp.com
gmahmud@hcmlp.com
gstuecheli@hcmlp.com
gtewari@hcmlp.com
jambrose@hcmlp.com
jcarty@hcmlp.com
jcifuentes@hcmlp.com
jdondero@hcmlp.com
jdougherty@hcmlp.com
jeberlin@hcmlp.com
jferrell@hcmlp.com
jgalante@hcmlp.com
jgreen@hcmlp.com
jhennegan@hcmlp.com

jhuntington@hcmlp.com
jinnes@hcmlp.com
jjaramillo@hcmlp.com
jjimenez@hcmlp.com
jkaspar@hcmlp.com
jlamensdorf@hcmlp.com
jlee@hcmlp.com
jliu@hcmlp.com
jlvovich@hcmlp.com
jmano@hcmlp.com
jmcauliffe@hcmlp.com
jmorgan@hcmlp.com
jpfertner@hcmlp.com
jpoglitsch@hcmlp.com
jrobinson@hcmlp.com
jrozali-wathooth@hcmlp.com
jshilkett@hcmlp.com
jsigmon@hcmlp.com
jstaggs@hcmlp.com
jstuart@hcmlp.com
jterry@hcmlp.com
jtomlin@hcmlp.com
jwootton@hcmlp.com
jyang@hcmlp.com
jziegler@hcmlp.com
jzimmermann@hcmlp.com
kenoch@hcmlp.com
kkapadia@hcmlp.com
kmcgovern@hcmlp.com
kplumer@hcmlp.com
krourke@hcmlp.com
kshahbaz@hcmlp.com
ktoudouze@hcmlp.com
lbritain@hcmlp.com
lbrown@hcmlp.com
lvoiles@hcmlp.com
mbadros@hcmlp.com
mbeard@hcmlp.com
mchavarriaga@hcmlp.com
mcolvin@hcmlp.com
mdow.en@hcmlp.com
mdunham@hcmlp.com
mgray@hcmlp.com
mhasenauer@hcmlp.com
mlemme@hcmlp.com
mmanzo@hcmlp.com
mmartinson@hcmlp.com
mokada@hcmlp.com
mpassmore@hcmlp.com
mrich@hcmlp.com
mschnabel@hcmlp.com
mtolusic@hcmlp.com
mtrahan@hcmlp.com
mturner@hcmlp.com
nalfermann@hcmlp.com
nchura@hcmlp.com
nhall@hcmlp.com
nhegde@hcmlp.com
nhukill@hcmlp.com
nkwok@hcmlp.com

nlosey@hcmlp.com
nmeserve@hcmlp.com
nspeicher@hcmlp.com
nwiejun@hcmlp.com
ocastelino@hcmlp.com
ohill@hcmlp.com
pboyce@hcmlp.com
pbush@hcmlp.com
pchung@hcmlp.com
pconner@hcmlp.com
pdaugherty@hcmlp.com
pdougherty@hcmlp.com
pganucheau@hcmlp.com
phendershot@hcmlp.com
pkauffman@hcmlp.com
praju@hcmlp.com
proos@hcmlp.com
psakungew@hcmlp.com
rchen@hcmlp.com
rernst@hcmlp.com
rjakob@hcmlp.com
rlinden@hcmlp.com
rwatson@hcmlp.com
salarcon@hcmlp.com
sbashrum@hcmlp.com
scarlson@hcmlp.com
scott.johnson@hcmlp.com
sglasgow@hcmlp.com
sgroves@hcmlp.com
sgupta@hcmlp.com
smuns@hcmlp.com
snoble@hcmlp.com
sramamurthy@hcmlp.com
sschembri@hcmlp.com
ssmith@hcmlp.com
standberg@hcmlp.com
tbaldwin@hcmlp.com
tcarter@hcmlp.com
thastan@hcmlp.com
thuang@hcmlp.com
tjackson@hcmlp.com
tkuchler@hcmlp.com
tnau@hcmlp.com
tparker@hcmlp.com
tpelzel@hcmlp.com
tpereira@hcmlp.com
tsingh@hcmlp.com
tstern@hcmlp.com
ttravers@hcmlp.com
twilcher@hcmlp.com
vchong@hcmlp.com
vlui@hcmlp.com
wblack@hcmlp.com
wwachtel@hcmlp.com
wzang@hcmlp.com
adamc@hcmny.com
adolfo.oliete@hcmny.com
akhurana@hcmny.com
alandy@hcmny.com
alex.chudner@hcmny.com

amy.edwards@hcmny.com
amy.flikerski@hcmny.com
andrew.cavalli@hcmny.com
andrew.giaime@hcmny.com
aris@hcmny.com
bob@hcmny.com
brandon.gargiulo@hcmny.com
brian.kolodny@hcmny.com
carlh@hcmny.com
carolyn.rubin@hcmny.com
cary.choi@hcmny.com
chris.casale@hcmny.com
chris.edele@hcmny.com
chrise@hcmny.com
christian.coronado@hcmny.com
cnobile@hcmny.com
damir.durkovic@hcmny.com
david.hwang@hcmny.com
davidz@hcmny.com
dbrenner@hcmny.com
dduggan@hcmny.com
deannac@hcmny.com
dennis.dempsey@hcmny.com
didier.lecorps@hcmny.com
dimas.serrano@hcmny.com
dmiller@hcmny.com
doug.booton@hcmny.com
edick@hcmny.com
edite.agolli@hcmny.com
elizabeth.holly@hcmny.com
emily.kakel@hcmny.com
esther.weihnacht@hcmny.com
faisal.syed@hcmny.com
fi-mo@hcmny.com
frank.caccio@hcmny.com
gabriel.riedel@hcmny.com
gary.german@hcmny.com
george.xanthakys@hcmny.com
glennd@hcmny.com
gokce.ataman@hcmny.com
gregory.eisenhart@hcmny.com
henrys@hcmny.com
izinn@hcmny.com
james.moore@hcmny.com
james.thalacker@hcmny.com
jamesj@hcmny.com
jan.faller@hcmny.com
janine.rosa@hcmny.com
jdorfman@hcmny.com
jennifer.pomerantz@hcmny.com
jgoldner@hcmny.com
jhempel@hcmny.com
jim.glen@hcmny.com
john.dacles@hcmny.com
jonathan.segal@hcmny.com
jordan.miller@hcmny.com
jose.gonzalez@hcmny.com
joseph.deluca@hcmny.com
joseph.fioretta@hcmny.com
josh.silverstein@hcmny.com

joshua.kramer@hcmny.com
jzhukovs@hcmny.com
kamran.kashef@hcmny.com
keith.davan@hcmny.com
kent.bailey@hcmny.com
kkolodzi@hcmny.com
kyle.corigliano@hcmny.com
lauren.bradbury@hcmny.com
lchin@hcmny.com
luis.dejesus@hcmny.com
marcus.weiss@hcmny.com
mark.jennings@hcmny.com
markv@hcmny.com
massimo.marolo@hcmny.com
matthew.cohen@hcmny.com
matthew.kay@hcmny.com
matthew.klein@hcmny.com
mdworkin@hcmny.com
merber@hcmny.com
michael.kalnicki@hcmny.com
michael.kim@hcmny.com
mlopez@hcmny.com
nogrady@hcmny.com
patrick.sullivan@hcmny.com
paul.gamerdinger@hcmny.com
pderose@hcmny.com
peter.rodwick@hcmny.com
pgruss@hcmny.com
ravi.galav@hcmny.com
rbeck@hcmny.com
rcalarco@hcmny.com
richards@hcmny.com
rishi.modi@hcmny.com
ross.cardon@hcmny.com
salil.sharma@hcmny.com
scott.mclellan@hcmny.com
scott.wittenberg@hcmny.com
scottw@hcmny.com
sean.slotterback@hcmny.com
sheron.xing@hcmny.com
simon.seneor@hcmny.com
stephen.grisanti@hcmny.com
steve.ardovini@hcmny.com
subu.venkataraman@hcmny.com
tim.kelly@hcmny.com
victoria.houston@hcmny.com
whit.armstrong@hcmny.com
william.eigen@hcmny.com
william.mcculloch@hcmny.com
yul.tobaly@hcmny.com
caath205@hcn.zaq.ne.jp
djsalamone@hcsbnj.com
jkranz@hcsbnj.com
mdmccambridge@hcsbnj.com
pmiddleton@hcsbnj.com
telaird@hcsbnj.com
alexlee@hdbs.com.my
dkaizerman@hdq.iai.co.il
ekatz@hdq.iai.co.il
mesagiv@hdq.iai.co.il

cwchoi@healthcare.co.kr
skyway33@healthcare.co.kr
blee@hei.com
cbueno@hei.com
jfukuji@hei.com
shollinger@hei.com
barbara.markwitz@heidelberg.com
bernd.bublies@heidelberg.com
bernd.hampele@heidelberg.com
herbert.meyer@de.heidelberg.com
a.ruys@heineken.com
d.hazelwood@heineken.com
j.f.vanboxmeer@heineken.com
jmerbel@heineken.nl
l.willing@heineken.com
lucia.bergamini@heineken.com
mark.dotinga@heineken.com
n.w.vanpopta@heineken.com
o.s.adebanji@heineken.com
r.huuftgraafland@heineken.com
r.n.m.wesseling@heineken.com
r.stokvis@heineken.com
fvanderminne@heinekenusa.com
alan-james.noble@helaba.de
andre.bening@helaba.de
andreas.petrie@helaba.de
angelika.brandmaier@helaba.de
annette.langner@helaba.de
antje.fischer@helaba.de
barbara.wolf@helaba.de
beatrix.goebel@helaba.de
bernd.backhaus@helaba.de
bernd.deutscher@helaba.de
bjoern.bluemke@helaba.de
bruno.sommer@helaba.de
carsten.sausner@helaba.de
christian.altmeyer@helaba.de
christian.ebner@helaba.de
christian.forma@helaba.de
christian.gantz@helaba.de
christian.schmidt@helaba.de
christophe.braouet@helaba.de
claudia.stehling@helaba.de
claudius.siegel@helaba.de
clifford.tjiok@helaba.de
curtis.jenouri@helaba.de
daniel.chouchane@helaba.de
daniel.mitental@helaba.de
daniela.kebbekus@helaba.de
dietmar.hoehne@helaba.de
dirk.mohr@helaba.de
eckhard.sauter@helaba.de
elke.blass@helaba.de
eric.pfeiffer@helaba.de
frank.aschenbach@helaba.de
frank.schaefer@helaba.de
fritz.kandora@helaba.de
gerrit.raupach@helaba.de
guenther.schaefer@helaba.de
guido.allehoff@helaba.de

hans.utech@helaba.de
hans-bernhard.schreiber@helaba.de
hans-peter.murmann@helaba.de
henning.rosendahl@helaba.de
holger.kleinbrahm@helaba.de
holger.scharpenack@helaba.de
imo.homfeld@helaba.de
ingeborg.warschke@helaba.de
ingo.curdt@helaba.de
jan.koczwara@helaba.de
jan-peter.otto@helaba.de
jens.doering@helaba.de
jens.gronemann@helaba.de
joerg.henrich.kranz@helaba.de
joerg.zimmermann@helaba.de
johannes.haidl@helaba.de
juergen.hofer@helaba.de
jutta.miedenberger@helaba.de
karl-wilhelm.neeb@helaba.de
klaus.bohl@helaba.de
klaus-dieter.hoss@helaba.de
lars.mulfinger@helaba.de
manuel.schemann@helaba.de
marco.rautenberg@helaba.de
marcus.herkle@helaba.de
marcus.reinhardt@helaba.de
marcus.winkler@helaba.de
mark.dammers@helaba.de
markus.boelsing@helaba.de
markus.dieter@helaba.de
markus.theobald@helaba.de
martin.annigoefer@helaba.de
martin.scheele@helaba.de
michael.berger@helaba.de
michael.burckhart@helaba.de
nadja.rockel@helaba.de
nicole.boehringer@helaba.de
nicole.mildenberger-honel@helaba.de
norbert.braeuer@helaba.de
norbert.schraad@helaba.de
patrick.wellnitz@helaba.de
perhendrik.bertilsson@helaba.de
peter.kobiela@helaba.de
petra.barthenheier@helaba.de
petra.kutschera@helaba.de
pia.horlebein@helaba.de
pia.lehto@helaba.de
pier-giorgio.danella@helaba.de
rainald.hentze@helaba.de
rainer.krick@helaba.de
ralf.bedranowsky@helaba.de
ralph.bachmann@helaba.de
reinhard.redeker@helaba.de
rolf.pierags@helaba.de
rolf.reichardt@helaba.de
soenke.pfraenger@helaba.de
stefan.bungarten@helaba.de
stefanie.marx@helaba.de
stephan.eichhorn@helaba.de
thomas.geier@helaba.de

thomas.pohl@helaba.de
thomas.skill@helaba.de
thomas.weidmann@helaba.de
tina.rosenkranz@helaba.de
traudel.hasenstab@helaba.de
uwe.petzler@helaba.de
val.diggin@helaba.de
walter.schulte-herbrueggen@helaba.de
werner.hofmann@helaba.de
ai-phungluu@helaba-invest.de
axel.zeuner@helaba-invest.de
christian.schwarz@helaba-invest.de
christiansaalfrank@helaba-invest.de
eberhardhaug@helaba-invest.de
ernstneff@helaba-invest.de
hanssprenger@helaba-invest.de
hansstuke@helaba-invest.de
jochenhuengerle@helaba-invest.de
juergencorbet@helaba-invest.de
lenamurid@helaba-invest.de
luis.varela@helaba-invest.de
martin.efferz@helaba-invest.de
mirko.schulz@helaba-invest.de
nina.sokolovski@helaba-invest.de
olaftecklenburg@helaba-invest.de
peterreeh@helaba-invest.de
rainer.wagner@helaba-invest.de
ralf.johannsen@helaba-invest.de
ralfbusse@helaba-invest.de
ralphlau@helaba-invest.de
rerras@helaba-invest.de
robert.leopold@helaba-invest.de
sascha.rieken@helaba-invest.de
soenketimm@helaba-invest.de
templin@helaba-invest.de
toralfkuehn@helaba-invest.de
uwezeissner@helaba-invest.de
wernerlykowsky@helaba-invest.de
dennis.nacken@helaba-trust.de
michael.motzer@helaba-trust.de
nick@heliosgr.com
seth@heliosgr.com
jason@heliosgrp.com
jatin@heliosgrp.com
rick@heliosgrp.com
roupen@heliosgrp.com
lbranton@helixlp.com
xzhang@helixlp.com
g.michaelides@hellenicbank.com.cy
abeirne@hellerfin.com
asmith@hellerfin.com
jpellegrino@hellerfin.com
kroemer@hellerfin.com
lwolf@hellerfin.com
phayes@hellerfin.com
pomeara@hellerfin.com
streanor@hellerfin.com
sziemke@hellerfin.com
ebrown@hellmanjordan.com
jjordan@hellmanjordan.com

jshaughnessy@hellmanjordan.com
lradomski@hellmanjordan.com
mhale@hellmanjordan.com
ngleys@hellmanjordan.com
rfrank@hellmanjordan.com
rjordan@hellmanjordan.com
tdelaney@hellmanjordan.com
wjohannesson@hellmanjordan.com
benedikt.kuehne@helvetia.ch
silvia.kuratli@helvetia.ch
young-kil.park@helvetia.ch
bjoern.olsson@helvetiapatria.ch
gilbert.luethy@helvetiapatria.ch
jean.hertenstein@helvetiapatria.ch
john.noorlander@helvetiapatria.ch
marc.wydler@helvetiapatria.ch
markus.brechbuehl@helvetiapatria.ch
matthias.priebs@helvetiapatria.ch
michael.angehrn@helvetiapatria.ch
stefano.parisotto@helvetiapatria.ch
yvan.eble@helvetiapatria.ch
andre.hagen@henkel.com
andrea.doebbel@henkel.com
andrea.haschke@henkel.com
helmut.nuhn@henkel.com
joachim.jaeckle@henkel.com
joerg.raichle@henkel.de
lothar.steinebach@henkel.com
oliver.luckenbach@henkel.com
pierre.brusselmans@henkel.com
raphaela.dohm@henkel.com
sean.larmon@henkel.com
sebastian.reiff@henkel.com
sylvester.heyn@henkel.com
tim.lange@henkel.com
veronica.barbieri@henkel.com
wenwen.liao@henkel.com
wolfgang.beynio@henkel.com
sabine.shel@henkle.com
atara@henrykaufman.com
glenn@henrykaufman.com
cmuirhead@herculesoffshore.com
rroberts@herewego.com
don.glassman@heritagefunds.com
dstone@heritageinvestors.com
himcresearch@heritageinvestors.com
jkennedy@heritageinvestors.com
research@heritageinvestors.com
a.blair@hermes.co.uk
a.duckworth@hermes.co.uk
a.evans@hermes.co.uk
a.quelch@hermes.co.uk
b.biragnet@hermes.co.uk
b.randall@hermes.co.uk
c.flood@hermes.co.uk
c.oshea@hermes.co.uk
c.walsh@hermes.co.uk
d.curling@hermes.co.uk
d.finch@hermes.co.uk
d.harrison@hermes.co.uk

d.hemming@hermes.co.uk
d.leeding@hermes.co.uk
d.lysaght@hermes.co.uk
d.nash@hermes.co.uk
d.patel@hermes.co.uk
d.roff@hermes.co.uk
e.brandwood@hermes.co.uk
e.inegbu@hermes.co.uk
e.mcmullan@hermes.co.uk
e.monaghan@hermes.co.uk
e.stuart@hermes.co.uk
e.tedesco@hermes.co.uk
f.vanerio@hermes.co.uk
g.allen@hermes.co.uk
g.hawney@hermes.co.uk
g.strang@hermes.co.uk
h.winch@hermes.co.uk
i.kirby@hermes.co.uk
j.mayor@hermes.co.uk
j.mcelroy@hermes.co.uk
j.murphy@hermes.co.uk
j.tillotson@hermes.co.uk
k.mckale@hermes.co.uk
k.miller@hermes.co.uk
k.pettam@hermes.co.uk
l.kamhi@hermes.co.uk
m.banks@hermes.co.uk
m.carter@hermes.co.uk
m.fagan@hermes.co.uk
m.furber@hermes.co.uk
m.hersee@hermes.co.uk
m.miah@hermes.co.uk
m.sanders@hermes.co.uk
m.steer@hermes.co.uk
m.weston@hermes.co.uk
m.whittaker@hermes.co.uk
michael.witt@hermes.co.uk
n.labram@hermes.co.uk
n.patel@hermes.co.uk
p.bisbing@hermes.co.uk
p.bisping@hermes.co.uk
p.coe@hermes.co.uk
p.davidson@hermes.co.uk
p.mccubbins@hermes.co.uk
p.smith@hermes.co.uk
p.steward@hermes.co.uk
p.syms@hermes.co.uk
r.clarke@hermes.co.uk
r.clements@hermes.co.uk
r.fortune@hermes.co.uk
r.lake@hermes.co.uk
r.patel@hermes.co.uk
s.ferguson@hermes.co.uk
s.soquar@hermes.co.uk
s.thackeray@hermes.co.uk
t.woodward@hermes.co.uk
v.nimmalapudi@hermes.co.uk
v.tan@hermes.co.uk
w.rosingh@hermes.co.uk
y.karachalios@hermes.co.uk

y.okuda@hermes.co.uk
marco.gadola@hero.ch
jcarroll@hertz.com
lbabus@hertz.com
rrillings@hertz.com
chester@hestercapital.com
eboyce@hestercapital.com
flabatt@hestercapital.com
gunner@hestercapital.com
jblackman@hestercapital.com
jroberts@hestercapital.com
kwhitt@hestercapital.com
pmoomaw@hestercapital.com
sneuen@hestercapital.com
david.berges@hexcel.com
mondati@hf-ccfbank.ch
bgersonde@hfw1.com
djeffery@hfw1.com
kjeffery@hfw1.com
msinishtaj@hfw1.com
mwilliams@hfw1.com
tcole@hfw1.com
aec@hgk.com
anthony@hgk.com
apuglissi@hgk.com
arothstein@hgk.com
cgerne@hgk.com
david@hgk.com
efuhrman@hgk.com
greg@hgk.com
lwimer@hgk.com
mpendergast@hgk.com
pcarlson@hgk.com
hayashi_toshitake@hh.smbc.co.jp
miyano_motoko@hh.smbc.co.jp
otsubo_miki@hh.smbc.co.jp
suzuki_mami@hh.smbc.co.jp
kgardner@hhinfo.org
tjudd@hhhinfo.org
abramsb@hhmi.org
barnardm@hhmi.org
boerick@hhmi.org
gaojun@hhmi.org
hanline@hhmi.org
haydenm@hhmi.org
ittnerd@hhmi.org
kimjae@hhmi.org
kitsouli@hhmi.org
kolyerr@hhmi.org
matneyr@hhmi.com
meadm@hhmi.org
palmerin@hhmi.org
paulette@hhmi.org
penarczyks@hhmi.org
penderr@hhmi.org
perachik@hhmi.org
plotnick@hhmi.org
preich@hhs.net
jonas.lycksell@hiab.com
lars.ersson@hiab.com

aganucheau@hibernia.com
ewyatt@hibernia.com
gafranci@hibernia.com
gnbrauni@hibernia.com
msirera@hibernia.com
pjdaniel@hibernia.com
pteten@hibernia.com
rbhebert@hibernia.com
styner@hibernia.com
dseemann@hiberniabank.com
kreed@hiberniabank.com
tvillaferra@hiberniabank.com
david.mele@hibbride.com
adam.bernstein@highbridge.com
alex.itskov@highbridge.com
alissa.rubin@highbridge.com
allister.paul@highbridge.com
amcaree@highbridge.com
brian.bidadi@highbridge.com
brian.joffe@highbridge.com
cgerman@highbridge.com
chris.barnett@highbridge.com
chris.chan@highbridge.com
chris.cox@highbridge.com
daniel.stern@highbridge.com
danielle.aoki@highbridge.com
danny.santiago@highbridge.ky
david.mele@highbridge.com
dean.siokas@highbridge.com
dkey@highbridge.com
esapoff@highbridge.com
fumihiko.ito@highbridge.com
galway@highbridge.ky
greg.kish@highbridge.com
gvogelman@highbridge.com
howard.feitelberg@highbridge.ky
jasone@highbridge.com
jeff.carlson@highbridge.com
jennifer.failla@highbridge.com
john.murphy@highbridge.com
kdrankie@highbridge.com
kieran.einersen@highbridge.com
kiran.sujanani@highbridge.com
maggie.yuen@highbridge.com
marc.creatore@highbridge.com
marc.zimman@highbridge.com
matthew.johnston@highbridge.com
mberg@highbridge.com
mhoffman@highbridge.com
mine.demirdogen@highbridge.com
nancy.davis@highbridge.com
nelbogen@highbridge.com
patricia.chao@highbridge.com
patricia.morrissey@highbridge.com
patrick.yeghnazar@highbridge.com
plogan@highbridge.com
priya.krishana@highbridge.com
quyen.tran@highbridge.com
robert.freund@highbridge.com
rspayde@highbridge.com

ryan.haskett@highbridge.com
sachin.divecha@highbridge.com
samir.bhatt@highbridge.com
thomasg@highbridge.com
tim.abbott@highbridge.com
todd.leon@highbridge.com
todd.phin@highbridge.com
tom.oneill@highbridge.com
wilson.liu@highbridge.com
yolanda.fragliossi@highbridge.com
dmoore@highlandcap.com
ddziadis@highlandsamrel.com
jason.gerstein@highviewcap.com
flarrain@hiid.harvard.edu
dolores.gillap@hillswickasset.com
andreas.stoschek@hilti.com
chris_bell@hilton.com
james_mason@hilton.com
joe.vari@himcap.com
omar@himcap.com
adam.tonkinson@himco.com
alan.buck@himco.com
amanda.abdella@himco.com
andrew.downer@himco.com
anna.kastrilevich@himco.com
anuj.chandra@himco.com
atanas.malinov@himco.com
atanas.manilov@himco.com
bill.lu@himco.com
bill.meaney@himco.com
brad.waitsman@himco.com
bradleye.dyslin@himco.com
carlos.rodriguez@himco.com
christopher.heller@himco.com
christopher.zeppieri@himco.com
christopherl.croteau@himco.com
corson.maley@himco.com
david.stevenson@himco.com
deane.gyllenhaal@himco.com
donaldk.lin@himco.com
elaine.nigro@himco.com
ellen.odonnell@himco.com
garritt.conover@himco.com
heather.carlson@himco.com
hugh.whelan@himco.com
hyemin.ryu@himco.com
james.f.jackson@himco.com
james.hill@himco.com
james.ong@himco.com
jamesr.meyers@himco.com
jan.grindrod@himco.com
jared.hudson@himco.com
jeffrey.capone@himco.com
john.blase@himco.com
john.carolan@himco.com
john.krementowski@himco.com
jonathan.glaser@himco.com
josephine.shea@himco.com
jun.han@himco.com
karl.kampfmann@himco.com

kurt.cubbage@himco.com
lucas.smith@himco.com
lynn.dayton@himco.com
mark.midura@himco.com
mark.whitsitt@himco.com
mary.hyland@himco.com
matt.elliott@himco.com
matthew.friend@himco.com
matthew.zewinski@himco.com
michael.gray@himco.com
michelle.fortier@himco.com
michelle.halvorsen@himco.com
patrick.sullivan@himco.com
paul.bukowski@himco.com
ralph.taddeo@himco.com
richard.king@himco.com
rick.vansteenbergen@himco.com
robert.parsons@himco.com
ronald.mendel@himco.com
ryan.bloom@himco.com
samuel.adu@himco.com
scotta.andreson@himco.com
shannon.miemiec@himco.com
shelley.everson@himco.com
shelly.everson@himco.com
spencer.ruhl@himco.com
steve.kalmin@himco.com
todd.jorgensen@himco.com
william.king2@himco.com
william.parry@himco.com
pgarciaalbaladejo@hipotecario.com.ar
donald.feliser@hispeed.ch
romain.clark@hitachi-eu.com
takashi-hiho.mizohata@hitachi-eu.com
john.jankowski@hjheinz.com
kathy.thomas@hjheinz.com
meg.nollen@us.hjheinz.com
leonard.cullo@us.hjheinze.com
jwong@hkhses.hkb.com
terry.lee@hkbankaustria.com
kuoj@hkbea.com
michael.chae@hk-ca-indosuez.com
keith.s.yuen@hkjc.org.hk
tang.roger.cs@hkjc.org.hk
adrian_sm_au_yeung@hkma.gov.hk
amy_yt_yip@hkma.gov.hk
andrew_mc_wu@hkma.gov.hk
angela_kw_sze@hkma.gov.hk
ann_yf_kwan@hkma.gov.hk
barry_kc_yip@hkma.gov.hk
carita_pm_wan@hkma.gov.hk
carrie_kc_chan@hkma.gov.hk
daniel_kk_chan@hkma.gov.hk
david_wl_chow@hkma.gov.hk
debbie_ty_lo@hkma.gov.hk
dennis_kw_lam@hkma.gov.hk
echng@hkma.gov.hk
eddie_wm_yue@hkma.gov.hk
effie_yao@hkma.gov.hk
elizabeth_wl_choi@hkma.gov.hk

evans_ck_lui@hkma.gov.hk
frances_ts_lee@hkma.gov.hk
francis_sc_chu@hkma.gov.hk
gordon_sk_tsui@hkma.gov.hk
gxqian@hkma.gov.hk
henry_f_cheng@hkma.gov.hk
hmiao@hkma.gov.hk
jason_tw_lo@hkma.gov.hk
jessica_wk_szeto@hkma.gov.hk
josephine_th_wong@hkma.gov.hk
josie_cy_wong@hkma.gov.hk
judy_lk_cheung@hkma.gov.hk
karen_lm_cheng@hkma.gov.hk
ken_py_cheng@hkma.gov.hk
kenneth_sk_ko@hkma.gov.hk
kent_cy_chen@hkma.gov.hk
kim_kt_chong@hkma.gov.hk
kim-hung_li@hkma.gov.hk
kitty_hy_lai@hkma.gov.hk
matsui@hkma.gov.hk
miranda_wy_cheng@hkma.gov.hk
percy_yw_ng@hkma.gov.hk
priscilla_cy_chan@hkma.gov.hk
raymond_bo@hkma.gov.hk
raymond_ym_yip@hkma.gov.hk
rex_hw_tang@hkma.gov.hk
rftchan@hkma.gov.hk
stefan_gerlach@hkma.gov.uk
susan_km_cheng@hkma.gov.hk
ted_wt_cheung@hkma.gov.hk
twwchan@hkma.gov.hk
vincent_ws_lee@hkma.gov.hk
winnie_wy_kan@hkma.gov.hk
wyin@hkma.gov.hk
wyndham_mh_leung@hkma.gov.hk
xiangrong_jin@hkma.gov.hk
yik-ko_mo@hkma.gov.hk
zoe_sy_cheung@hkma.gov.hk
marco.fischer@hlaba.de
cyoon@hmausa.com
rpark@hmausa.com
alperins@hmc.harvard.edu
atanasiu@hmc.harvard.edu
bradleyj@hmc.harvard.edu
cormierd@hmc.harvard.edu
fleisss@hmc.harvard.edu
fullerj@hmc.harvard.edu
goddessk@hmc.harvard.edu
kotichaa@hmc.harvard.edu
leonardl@hmc.harvard.edu
mathurs@hmc.harvard.edu
mcdonald@hmc.harvard.edu
reinolda@hmc.harvard.edu
snowd@hmc.harvard.edu
stankusg@hmc.harvard.edu
swaps@hmc.harvard.edu
szemanc@hmc.harvard.edu
yeltekin@hmc.harvard.edu
zuzics@hmc.harvard.edu
sangsoo2.kim@hnanbank.com

carrielin@hncb.com.tw
chingfang@hncb.com.tw
chinteh@hncb.com.tw
crystalszu@hncb.com.tw
cynthiahuang@ms1.hncb.com.tw
dragon@ms1.hncb.com.tw
ericobu@hncb.com.tw
garyobu@hncb.com.tw
garyobu@ms1.hncb.com.tw
geeng@hncb.com.tw
gray@ms1.hncb.com.tw
hn07000@hncb.com.tw
hn07000@ms.hncb.com.tw
hn07000@ms1.hncb.com.tw
hsuan@hncb.com.tw
jeffery.chen@hncb.com.tw
jennyliu@hncb.com.tw
jimliu@ms1.hncb.com.tw
jonathan@ms1.hncb.com.tw
julialo@ms1.hncb.com.tw
liruc@hncb.com.tw
lisatsai@hncb.com.tw
mattlin@ms1.hncb.com.tw
mei@hncb.com.tw
mom.chen@hncb.com.tw
rayyf@hncb.com.tw
sam8771.huang@hncb.com.tw
shining.wang@hncb.com.tw
hweierbach@hncbank.com
mhigh@hncbank.com
tmilazzo@hncbank.com
cha4240@hncbworld.com
jgbong@hncbworld.com
jhhong11@hncbworld.com
kjj59@hncbworld.com
leeki@hncbworld.com
akira_naya@ho.rokinbank.or.jp
hiroshi_ishiga@ho.rokinrenbank.or.jp
kanri@ho.rokinbank.or.jp
masashi_kageyama@ho.rokinbank.or.jp
noriko_horie@ho.rokinbank.or.jp
shinichi_yuki@ho.rokinbank.or.jp
syunichi_matsuba@ho.rokinbank.or.jp
yutaka_arikawa@ho.rokinbank.or.jp
spymar@hol.gr
steen@hol.gr
khaines@holbridge.com
harry.vermeij@hollandbeleggingsgroep.nl
cbhathena@hollandcap.com
dfrank@hollandcap.com
hbaby@hollandcap.com
ljanus@hollandcap.com
mwalker@hollandcap.com
nzimmerman@hollandcap.com
ohelfrey@hollandcap.com
smcdermott@hollandcap.com
tvanvuren@hollandcap.com
arun.motianey@home.com
baitconsulting@home.com
bigspec@home.com

davidnlawrence@home.com
poos@home.nl
cjmalling@homeside.com
hhaas@homeside.com
jbotterb@homeside.com
jhahn@homeside.com
mkgoeller@homeside.com
pwweigold@homeside.com
smgarces@homeside.com
wmkozdras@homeside.com
dan_ellecamp@homestake.com
charles.chesebrough@honeywell.com
dan.gallagher@honeywell.com
dave.cote@honeywell.com
david.glover@honeywell.com
dee.colby@honeywell.com
dja.cfo@honeywell.com
doug.kitani@honeywell.com
edward.amberger@honeywell.com
elena.doom@honeywell.com
gregory.wowkun@honeywell.com
harry.sim@honeywell.com
harsh.bansal@honeywell.com
jack.bolick@honeywell.com
jay.burden@honeywell.com
john.mikros@honeywell.com
jon.lippin@honeywell.com
josh.shannon@honeywell.com
leonard.lovito@honeywell.com
michael.zeltser@honeywell.com
nicholas.noviello@honeywell.com
peter.zornio@honeywell.com
roger.fradin@honeywell.com
roger.matthews@honeywell.com
sharon.reed@honeywell.com
simon.james@honeywell.com
todd.trapp@honeywell.com
jmckay@hopewellcapital.com
kfranklin@horizon-asset.co.uk
afc88@hotmail.com
allugman@hotmail.com
amgcap@hotmail.com
apmfx@hotmail.com
brianaylieff@hotmail.com
candidog@hotmail.com
charlottehetzel@hotmail.com
chuanyusun@hotmail.com
douming_su@hotmail.com
dvan75@hotmail.com
expkim@hotmail.com
gillsmith1@hotmail.com
givingstone@hotmail.com
gkhusler@hotmail.com
hdekergrohen@hotmail.com
homerhou@hotmail.com
jendrockthomas@hotmail.com
jin.binliang@hotmail.com
jinping.yao@hotmail.com
johncobb@hotmail.com
johnryan@hotmail.com

| | | |
|---|---|---|
| jsjun2@hotmail.com | rprorok@howeandrusling.com | joe.bowman@hsam.co.uk |
| junjkim@hotmail.com | sking@howeandrusling.com | elsachen@hsaml.com |
| keithespinosa@hotmail.com | tmiraglia@howeandrusling.com | frances@hsaml.com |
| kvsamueldbq@hotmail.com | trusling@howeandrusling.com | thomas@hsaml.com |
| mark_paulson@hotmail.com | vrusso@howeandrusling.com | james_rowan@hsb.com |
| matthewmosetick@hotmail.com | aamir.shah@hp.com | jon_simonian@hsb.com |
| matthewwheele@hotmail.com | adam.rivera@hp.com | steven_fazo@hsb.com |
| maxroessler@hotmail.ch | anthony.buchanan@hp.com | adriankhoo@hsbc.com.hk |
| mhendarman@hotmail.com | ara.hamamjian@hp.com | alfredskyip@hsbc.com.hk |
| mwchen@hotmail.com | arthur.johnson@hp.com | ameliang@hsbc.com.hk |
| mwcunn@hotmail.com | asa.svanstrom@hp.com | amhcnc@hsbc.com.hk |
| nclw@hotmail.com | cheryl_gorman@hp.com | amy.m.c.chan@hsbc.com.hk |
| nj0167858215@hotmail.com | donald.jackson@hp.com | andrew.d.gibson@us.hsbc.com |
| oscar1967@hotmail.com | elizabeth_obershaw@hp.com | andrew.shire@us.hsbc.com |
| pressjoshua@hotmail.com | emmanuel_de-martel@hp.com | andrew.yeates@us.hsbc.com |
| purbanc@hotmail.com | enrique.padilla@hp.com | andy.s.ryden@hsbc.com |
| qkrn2884@hotmail.com | fredrik.bernold@hp.com | anitaowchan@hsbc.com.hk |
| rameshmorjaria@hotmail.com | garard.brossard@hp.com | anne.dubon@us.hsbc.com |
| redaniel55@hotmail.com | gavin_odonoghue@hp.com | anniechai@hsbc.com.hk |
| richardmusch@hotmail.com | greg_milani@hp.com | athenapang@hsbc.com.hk |
| rickyhowe@hotmail.com | guillermo.viveros@hp.com | audrey.a.w.zau@hsbc.com.hk |
| rmontano@hotmail.com | heike_hollands@hp.com | avinderbindra@hsbc.com.hk |
| rockyp33@hotmail.com | jackie.gross@hp.com | barrie.a.king@bob.hsbc.com |
| sby3000@hotmail.com | james.gonzalez@hp.com | betty.y.law@bob.hsbc.com |
| sergiodutto@hotmail.com | jeff.lifschin@hp.com | bill.burke@us.hsbc.com |
| shenglt@hotmail.com | jim.h.chiang@hp.com | bruce.hamilton@us.hsbc.com |
| stevekimb@hotmail.com | jim.mcnaught@hp.com | c.baker@hsbc.com.hk |
| swillson@hotmail.com | joe.lee@hp.com | carla.ajaka@hsbc.com |
| sycho99@hotmail.com | jono.tunney@hp.com | catharinemswong@hsbc.com.hk |
| wrhuff1@hotmail.com | joyce.cacal@hp.com | catherine.l.jimenez@hsbc.com |
| ydj0611@hotmail.com | juan.eraso@hp.com | catherinebrett@hsbc.com |
| cpaul-renard@hottinguer-jph.com | ken_frier@hp.com | ceciliapaddington@hsbc.com |
| fgrivory@hottinguer-jph.com | kevin.lazenby@hp.com | cedrix.sanon@hsbc.com |
| cradigan@hough.com | laurent.colmat@hp.com | charles.d.hayley-bell@us.hsbc.com |
| dgeller@hough.com | liang-khoon.koh@hp.com | charlielaughton-scott@hsbc.com |
| rfiel@hough.com | martin.ragnartz@hp.com | chase.van.der.rhoer@us.hsbc.com |
| dgardner@hourglasscapital.com | mike.nold@hp.com | chris.spooner@hsbc.com |
| hhemphill@hourglasscapital.com | nancy.mcmillan@hp.com | claudia.stetter@hsbc.com |
| jmoffet@hourglasscapital.com | olga.marruffo@hp.com | cynthia.chan@hsbc.com |
| jtobin@hourglasscapital.com | prakash.jothee@hp.com | cynthiang@hsbc.com.hk |
| jwaldrep@hourglasscapital.com | richard.olson2@hp.com | daisuke.d.kitamura@hsbc.com.hk |
| nphare@hourglasscapital.com | robert_chen@hp.com | dane.k.commissiong@bob.hsbc.com |
| rfinch@hourglasscapital.com | sbilter@hp.com | danielmassey@hsbc.com |
| bafoster@household.com | sean.heihr@hp.com | daphnesung@hsbc.com.hk |
| bbmoss@household.com | stacy.donohue@hp.com | dave.webber@hsbc.com |
| cheryl.f.steffens@household.com | steve.fieler@hp.com | david.budihardjo@hsbc.com |
| david.schoenholz@household.com | stuart.gibbs@hp.com | david.morin@us.hsbc.com |
| djfatina@household.com | thomasa@hp.com | david.stuart@hsbc.com |
| edancona@household.com | tom_lobene@hp.com | davidchick@hsbc.com |
| jmschaller@household.com | tony_altobelli@hp.com | davidhodgkinson@hsbc.com |
| madeluca@household.com | victor.chow@hp.com | dimitri.x.raevsky@us.hsbc.com |
| mwunruh@household.com | william.schenher@hp.com | dominic.t.powell@bob.hsbc.com |
| peter.maher@household.com | chris.patronis@hpfb.com | donna.mills@hsbc.com |
| raup@household.com | desiree.kraser@hpfb.com | douglasflint@hsbc.com |
| rlbesse@household.com | habib.elam@hpfb.com | dwayne.l.outerbridge@bob.hsbc.com |
| tatreadwell@household.com | michael.furlong@hpfb.com | eddieching@hsbc.com.hk |
| ebyers@howeandrusling.com | fmernet@hrbanque.fr | emmalatto@hsbc.com |
| lglauser@howeandrusling.com | aderouge@hrgestion.fr | eoin.mast@us.hsbc.com |
| melliott@howeandrusling.com | ldeydier@hrgestion.fr | ericvergniere@hsbc.com |
| msisson@howeandrusling.com | gdgd@hrh.com | frank.packard@hsbc.co.jp |

fred.lewis@hsbc.com
gautamkakar@hsbc.com
geoffreybarker@hsbc.com.hk
gill.tate@hsbc.com
gillian.fuller@hsbc.com
gracemychan@hsbc.com.hk
grahamyoung@hsbc.com
grant.mackenzie@hsbc.com
gregwhite@hsbc.com.hk
guybridge@hsbc.com
hae.man.chu@us.hsbc.com
harald.kvaale@us.hsbc.com
hilaryleung@hsbc.com.hk
howard.gorman@us.hsbc.com
ilin.ng@us.hsbc.com
iris.awerbuch@us.hsbc.com
isaak.inoyatov@us.hsbc.com
ivy.s.y.lam@hsbc.com.hk
jackharrison@hsbc.com
james.a.combias@us.hsbc.com
james.e.rossman@us.hsbc.com
james.y.yao@us.hsbc.com
janetcorbin@hsbc.com
jayant.rikhye@hsbc.com
jbblanthorne@hsbc.com
jeffrey.m.abbott@bob.hsbc.com
jenine.langrish@hsbc.com
jennifer.a.kiefaber@us.hsbc.com
jessyyang@hsbc.com.hk
jimmykwpun@hsbc.com.hk
jobevington@hsbc.com
joe.harpster@us.hsbc.com
joe.mosca@us.hsbc.com
john.1.scott@hsbc.com
john.f.brophy@us.hsbc.com
john.longo@hsbc.com
john.p.deluca@us.hsbc.com
joram.friedman@us.hsbc.com
joseph.travaglione@us.hsbc.com
julia.m.godino@hsbc.com
julieziepe@hsbc.com
karenabrahall@hsbc.com
keith.schult@us.hsbc.com
kevin.patrick@us.hsbc.com
kevin.r.abbott@us.hsbc.com
kirsty.a.attridge@bob.hsbc.com
kristy.jones@us.hsbc.com
krongkarns@hsbc.co.th
kwami.webson@us.hsbc.com
lance.o'brien@us.hsbc.com
laurence.vitrant@hsbc.fr
lee.peek@hsbc.com
leenadesai@hsbc.com
lisa.z.price@us.hsbc.com
luke.mcfarlane@hsbc.com
madelan.p.m@hsbc.com.hk
manleywong@hsbc.com.hk
marcus.soares@us.hsbc.com
marilynspearing@hsbc.com
mark.a.baker@bob.hsbc.com

mark.crathern@hsbc.com
mark.prothero@us.hsbc.com
mark.r.andrews@hsbc.com
martinbrowning@hsbc.com
martinholcombe@hsbc.com
mary.testa@us.hsbc.com
matthew.e.mclean@us.hsbc.com
michael.b.gallagher@us.hsbc.com
michael.j.sergison@hsbc.com
michael.s.wheeler@us.hsbc.com
michael.wellman@bob.hsbc.com
michaelbourgaize@hsbc.com
mike.doherty@us.hsbc.com
mikekelly@hsbc.com
neil.yang@us.hsbc.com
nelsonpwlau@hsbc.com.hk
nicholasthomas@hsbc.com
nickcollier@hsbc.com
p.jestico@hsbc.com
p.woodhouse@hsbc.com
patriciagomes@hsbc.com
patrickccichy@hsbc.com
patricknolan@hsbc.com
paul.lopez@us.hsbc.com
paul.m.andrews@hsbc.com
paulstillabower@hsbc.com
peter.g.nealon@us.hsbc.com
peter.g.vinzani@us.hsbc.com
peter.gardner@hsbc.com
peter.humphreys@hsbc.com
peter.j.lancos@us.hsbc.com
peter.p.thomas@hsbc.com
peterhazou@hsbc.com
phiemma.m.wilson@bob.hsbc.com
philippe.de.verdalle@hsbc.fr
philippe.veisseire@hsbc.fr
pui.y.tse@us.hsbc.com
rakesh.parameshwar@us.hsbc.com
rheza.lascano@hsbc.com
richard.w.bottomley@hsbc.com
richard.whitehouse@hsbc.com
richardspence@hsbc.com
ritaleung@hsbc.com.hk
rob.walker@hsbc.com
robert.a.king@hsbc.com
robert.f.cunningham@us.hsbc.com
robert.hawcroft@hsbc.com
robert.radich@us.hsbc.com
roddy.e.p.lee@hsbc.com
roger.yockel@us.hsbc.com
rose.lim@us.hsbc.com
roy.h.turner@hsbc.com
ruby.s.l.chan@hsbc.com.hk
ryan.s.kromer@bob.hsbc.com
sandie.w.s.choi@hsbc.com.hk
sannawong@hsbc.com.hk
scott.furgal@us.hsbc.com
serene.peng@us.hsbc.com
shirley.richards@hsbc.com
shun.hong.liu@hsbc.com.hk

simon.r.taylor@hsbc.com
sirivanv@hsbc.co.th
sol.chehebar@us.hsbc.com
soysonc@hsbc.co.th
stephenoleary@hsbc.com
stuart.milne@hsbc.com
tawanlimaksorn@hsbc.co.th
thomas.furey@us.hsbc.com
thomas.riordan@us.hsbc.com
timothy.p.faselt@us.hsbc.com
tom.lazaridis@us.hsbc.com
trevor.dean@us.hsbc.com
vanessachan@hsbc.com.hk
vito.semeraro@hsbc.com
warren.n.vincent@us.hsbc.com
william.a.wider@us.hsbc.com
william.chong@us.hsbc.com
williambenjamin@hsbc.com
williamwkman@hsbc.com.hk
woody.k.m.chan@hsbc.com.hk
yuko.girard@bob.hsbc.com
yves.dujardin@hsbc.fr
yvonne.lui@hsbc.com.hk
aaron.cufley@hsbcam.com
al.wadhah.al-adawi@hsbcam.com
alex.de.korodi@hsbcam.com
alma.gill@hsbcam.com
andrew.cope@hsbcam.com
andy.munday@hsbcam.com
azim.meghji@hsbcam.com
barry.glavin@hsbcam.com
bill.maldonado@hsbcam.com
carol.hensby@hsbcam.com
charlie.quill@hsbcam.com
christine.e.johnson@hsbcam.com
coral.martin@hsbcam.com
damien.hennessy@hsbcam.com
david.mcdonald@hsbcam.com
david.taylor@hsbcam.com
dean.buckley@hsbcam.com
dimitris.melas@hsbcam.com
geoffrey.lunt@hsbcam.com
george.boubouras@hsbcam.com
howard.booth@hsbcam.com
james.dowding@hsbcam.com
janey.clarkson@hsbcam.com
jarrod.deakin@hsbcam.com
john.white@hsbcam.com
khalid.ghayur@hsbcam.com
mark.poynter@hsbcam.com
paul.kasian@hsbcam.com
peter.e.smith@hsbcam.com
philip.hargreaves@hsbcam.com
richard.n.sharp@hsbcam.com
robert.hook@hsbcam.com
steve.quantrell@hsbcam.com
tim.gough@hsbcam.com
tim.macdonald@hsbcam.com
wayne.burlingham@hsbcam.com
amahmoud@hsbcame.com

eroucairol@hsbcame.com
mlescher@hsbcame.com
francois.vantichelen@hsbcdewaay.be
marc.ernaelsteen@hsbcdewaay.be
alexander.r.harrison@hsbcgroup.com
andrew1.jackson@hsbcgroup.com
cedric.r.s.tchaban@hsbcgroup.com
clive.bannister@hsbcgroup.com
deepti.jerath@hsbcgroup.com
dominic.swan@hsbcgroup.com
ed.j.w.coulson@hsbcgroup.com
james1.pearson@hsbcgroup.com
jerome.cohen-scali@hsbcgroup.com
kevin.harper@hsbcgroup.com
linda.j.glover@hsbcgroup.com
luiz.s.schlitter@hsbcgroup.com
mark.everett@hsbcgroup.com
mohamed.i.siddeeq@hsbcgroup.com
reda.elkhayati@hsbcgroup.com
saad.hammoud@hsbcgroup.com
shaun.redman@hsbcgroup.com
simon.shorland@hsbcgroup.com
stuart.beavis@hsbcgroup.com
vinay.k.raj@hsbcgroup.com
alec.letchfield@hsbchalbis.com
chris.rodgers@hsbchalbis.com
joanne.moody@hsbchalbis.com
michael.dillon@hsbchalbis.com
michael.omara@hsbchalbis.com
mike.corless@hsbchalbis.com
nigel.brown@hsbchalbis.com
robert.morris@hsbchalbis.com
stuart.atwell@hsbchalbis.com
tarne.bevan@hsbchalbis.com
tony.macneary@hsbchalbis.com
vincent.bourgeois@hsbchalbis.com
aiko.sauer@hsbcib.com
andreas.hajialexandrou@hsbcib.com
carey.chamberlain@hsbcib.com
carlo.ramella@hsbcib.com
catherine.allen@hsbcib.com
christopher.p.owen@hsbcib.com
david.fewtrell@hsbcib.com
gareth.thomas@hsbcib.com
giorgio.merlo@hsbcib.com
glenn.handley@hsbcib.com
grant.davies@hsbcib.com
james.gale@hsbcib.com
james.nisbet@hsbcib.com
james.shelton@hsbcib.com
joanna.waldron@hsbcib.com
julian.taylor@hsbcib.com
justin.lo@hsbcib.com
karl.von.burne@hsbcib.com
kevin.buschhold@hsbcib.com
mark.t.nickell@hsbcib.com
michael.kirk@hsbcib.com
mike.bonnici@hsbcib.com
neil.s.sankoff@hsbcib.com
nick.m.wood@hsbcib.com

nick.ventham@hsbcib.com
nicola2.murphy@hsbcib.com
oliver.gabbay@hsbcib.com
owen.murphy@hsbcib.com
philip.valvona@hsbcib.com
richard.cumbley@hsbcib.com
robert.burgess@hsbcib.com
roger.northwood@hsbcib.com
rupert.robson@hsbcib.com
sabrina.jones@hsbcib.com
sally.godley-maynard@hsbcib.com
sarah.daud@hsbcib.com
steven.ward@hsbcib.com
warren.mccormick@hsbcib.com
zain.latif@hsbcib.com
alistair.peel@hsbcinvestments.com
anna.sperotto@hsbcinvestments.com
david.i.sylvester@hsbcinvestments.com
fabrizio.coiai@hsbcinvestments.com
havard.tveit@hsbcinvestments.com
john.doherty@hsbcinvestments.com
lee.j.thomas@hsbcinvestments.com
linda.sobanski@hsbcinvestments.com
martin.arthur@hsbcinvestments.com
neil.f.fryer@hsbcinvestments.com
opkar.sara@hsbcinvestments.com
phil.robinson@hsbcinvestments.com
simona.paravani@hsbcinvestments.com
chris_french@hsbcny.com
agnes.arlandis@hsbcpb.com
alessandro.petri@hsbcpb.com
alexander.auf.der.mauer@hsbcpb.com
alexandra.mallet@hsbcpb.com
alexandre.riesch@hsbcpb.com
andrew.y.t.chan@hsbcpb.com
angelo.orlandi@hsbcpb.com
annie.balmon-raccah@hsbcpb.com
annie.brunschwig@hsbcpb.com
annie.raccah@hsbcpb.com
anthony.bionda@hsbcpb.com
basil.shoukry@hsbcpb.com
benedict.mugnier@hsbcpb.com
bernard.andersen@hsbcpb.com
bernard.armstrong@hsbcpb.com
brian.m.lockwood@hsbcpb.com
carlos.garcia@hsbcpb.com
cedric.lauener@hsbcpb.com
christian.aldenkortt@hsbcpb.com
clement.g.liu@hsbcpb.com
damien.favre@hsbcpb.com
daniel.ellis@hsbcpb.com
daniele.rezzonico@hsbcpb.com
danny.ellis@hsbcpb.com
dimitri.teboul@hsbcpb.com
donny.s.h.lam@hsbcpb.com
edward.farrell@hsbcpb.com
emilie.barbero@hsbcpb.com
fabio.torrequadra@hsbcpb.com
fred.debbane@hsbcpb.com
herve.croset@hsbcpb.com

hock.soon.lee@hsbcpb.com
ian.t.l.tay@hsbcpb.com
jason.clark@hsbcpb.com
jati.banerjee@hsbcpb.com
jean.nussbaumer@hsbcpb.com
jean-christophe.gerard@hsbcpb.com
jeanette.m.l.choo@hsbcpb.com
jean-louis.cart@hsbcpb.com
jerome.galiotto@hsbcpb.com
joel.meshel@hsbcpb.com
juan.bautista.ferrer@hsbcpb.com
julien.gueissaz@hsbcpb.com
karla.kovac@hsbcpb.com
laurent.hirsch@hsbcpb.com
laurent.raymond@hsbcpb.com
loic.venturini@hsbcpb.com
maisy.ang@hsbcpb.com
manuel.terreault@hsbcpb.com
marc-antoine.cottet@hsbcpb.com
mario.messina@hsbcpb.com
martin.ineichen@hsbcpb.com
michael.schenk@hsbcpb.com
mike.c.c.hue@hsbcpb.com
molby.j.w.lim@hsbcpb.com
negel.j.webber@hsbcpb.com
nen.khieu@hsbcpb.com
nicolas.polliand@hsbcpb.com
nigel.margetson@hsbcpb.com
nirka.osio@hsbcpb.com
olivier.pacton@hsbcpb.com
olivier.ravillon@hsbcpb.com
paulo.da.costa@hsbcpb.com
peter.braunwalder@hsbcpb.com
phil.lee@hsbcpb.com
rebekah.l.chuan@hsbcpb.com
rene.weber@hsbcpb.com
robert.galuba@hsbcpb.com
roberto.magnatantini@hsbcpb.com
serge.bernet@hsbcpb.com
sookkuan.wong@hsbcpb.com
sophie.chapuisat@hsbcpb.com
stephan.feller@hsbcpb.com
stephanie.y.h.chan@hsbcpb.com
steve.maget@hsbcpb.com
suzanne.spink@hsbcpb.com
thierry.serres@hsbcpb.com
thomson.c.h.cheung@hsbcpb.com
valerie.noel@hsbcpb.com
vivian.yelland@hsbcpb.com
yasser.talaat@hsbcpb.com
yves.cornaz@hsbcpb.com
yves.de.brabandere@hsbcpb.com
yves.gallati@hsbcpb.com
andres.cazenave@hsbcrepublic.com
cindy.y.y.chan@hsbcrepublic.com
daniel.baum@hsbcrepublic.com
ivan.k.h.ng@hsbcrepublic.com
james.c.chen@hsbcrepublic.com
janis.chan@hsbcrepublic.com
jorge.rios@hsbcrepublic.com

neil.tanguy@hsbcrepublic.com
passy.w.y.ng@hsbcrepublic.com
timothy.k.y.tso@hsbcrepublic.com
john_lyons@hsbcsecuritiesinc.c
tim_reid@hsbcsecuritiesinc.com
andreas.vester@hsbctrinkaus.de
axel.pongs@hsbctrinkaus.de
benjamin.wurth@hsbctrinkaus.de
inge.bohne@hsbctrinkaus.de
kerstin.milberg@hsbctrinkaus.de
kerstin.terhardt@hsbctrinkaus.de
lothar.hessler@hsbctrinkaus.de
max.baumann@hsbctrinkaus.de
thorsten.runde@hsbctrinkaus.de
franz.herrmann@hsbctrinkhaus.de
yasin.sarfraz@hsbstrinkaus.de
laurenn@hsfcu.com
cliff.dean@hsh-im.co.uk
heinfred.fehling@hsh-im.com
marc-oliver.juenemann@hsh-im.co.uk
martina.philippsen@hsh-im.com
olga.gerweck@hsh-im.com
hans-joachim.otto@hsh-nordbak.com
stefan.dahmen@hshnordbank.de
alexander.sonders@hsh-nordbank.com
alexander.stuhlmann@hsh-nordbank.com
amitabh.mehta@hsh-nordbank.co.uk
andre.kalbitz@hsh-nordbank.com
andre.muenster@hsh-nordbank.com
andre.vollmer@hsh-nordbank.com
andrea.prampolini@hsh-nordbank.com
andreas.framke@hsh-nordbank.com
andreas.kroetzsch@hsh-nordbank.de
andreas.schubert@hsh-nordbank.com
andrew.yeend@hsh-nordbank.com
angela.stueben@hsh-nordbank.com
anita.bhatia@hsh-nordbank.co.uk
antje.steinthal@hsh-nordbank.com
ausland@hsh-nordbank.com
axel.bumke@hsh-nordbank.com
bernhard.krause@hsh-nordbank.com
bernhard.mueller@hsh-nordbank.com
bill.seabrook@hsh-nordbank.co.uk
bjoern.klimm@hsh-nordbank.com
britta.buchholz@hsh-nordbank.com
bruno.franco@hsh-nordbank.co.uk
carl-heinz.daube@hsh-nordbank.com
carsten.cziezerski@hsh-nordbank.com
carsten.pallas@hsh-nordbank.com
chris.tessler@hsh-nordbank.co.uk
christian.barsoe@hsh-nordbank.com
christian.eggers@hsh-nordbank.com
christian.hofmann@hsh-nordbank.com
christian.schanze@hsh-nordbank.com
christian.schomaker@hsh-nordbank.com
christian.timmann@hsh-nordbank.com
christian.willert@hsh-nordbank.com
christoph.christensen@hsh-nordbank.com
christoph.schwarz@hsh-nordbank.co.uk
claude.fourcroy@hsh-nordbank.co.uk

claudia.behm@hsh-nordbank.com
claus.herold@hsh-nordbank.lu
colin-rene.ondoua@hsh-nordbank.com
colm.corcoran@hsh-nordbank.co.uk
corinna.adler@hsh-nordbank.com
cristoffer.homann@hsh-nordbank.com
dan-david.golla@hsh-nordbank.com
daniel.schattke@hsh-nordbank.com
daniela.kuehl@hsh-nordbank.com
david.sanchez@hsh-nordbank.co.uk
dealer.mm@hsh-nordbank.com
detlef.glatz@hsh-nordbank.com
dick.durrant@hsh-nordbank.co.uk
dietrich.eilers@hsh-nordbank.com
dirk.boesche@hsh-nordbank.com
dirk.brockhaus@hsh-nordbank.de
dirk.garz@hsh-nordbank.com
dirk.vatter@hsh-nordbank.com
elke.glismann@hsh-nordbank.com
elke.hamann@hsh-nordbank.com
estelle.charron@hsh-nordbank.com
fiona.bryans@hsh-nordbank.com
francesco.mallardo@hsh-nordbank.co.uk
frank.berger@hsh-nordbank.com
frank.jesse@hsh-nordbank.com
frank.kolkmann@hsh-nordbank.com
frank.otten@hsh-nordbank.com
frank.silber@hsh-nordbank.com
fx-options@hsh-nordbank.com
gerrit.horstmann@hsh-nordbank.com
guenter.diezel@hsh-nordbank.de
guenter.koehne@hsh-nordbank.com
gunther.plohr@hsh-nordbank.com
hans.berger@hsh-nordbank.com
hans.hansen@hsh-nordbank.com
hans.mendrala@hsh-nordbank.com
hans-christian.kuehl@hsh-nordbank.com
hans-joachim.otto@hsh-nordbank.com
hans-jurg.lips@hsh-nordbank.co.uk
hans-peter.mewes@hsh-nordbank.com
harald.kuznik@hsh-nordbank.com
hartmut.strauss@hsh-nordbank.com
helge.schulze@hsh-nordbank.com
henning.vollbehr@hsh-nordbank.com
henrik.schwetje@hsh-nordbank.com
hermann.collmann@hsh-nordbank.com
holger.beck@hsh-nordbank.com
holger.claessen@hsh-nordbank.com
holger.ziemer@hsh-nordbank.com
ian.ellis@hsh-nordbank.co.uk
inga.rohwer@hsh-nordbank.com
ingo.koczwara@hsh-nordbank.com
ingo.stechmann@hsh-nordbank.com
international.finance@hsh-nordbank.com
iris.speth@hsh-nordbank.com
jan.eibich@hsh-nordbank.com
jan.kilbak@hsh-nordbank.com
jan.rosenzweig@hsh-nordbank.co.uk
jan.schubert@hsh-nordbank.com
jan.striepke@hsh-nordbank.com

jan.trompell@hsh-nordbank.com
jan-hendrik.bornemann@hsh-nordbank.com
jason.lacy@hsh-nordbank.co.uk
jayne.welling-wolf@hsh-nordbank.com
jean-marie.lamay@hsh-nordbank.com
jens.gerbers@hsh-nordbank.com
jens.glomb@hsh-nordbank.com
jens.haberkost@hsh-nordbank.com
jens.lieser@hsh-nordbank.com
jens-uwe.lutzhoeft@hsh-nordbank.de
joachim.lorenz@hsh-nordbank.com
joachim.schneegans-extern@hsh-nordbank.com
jobst-christian.kasten@hsh-nordbank.co.uk
jochen.friedrich@hsh-nordbank.com
jochen.klaproth@hsh-nordbank.com
joerg.arndt@hsh-nordbank.com
joerg.einfeldt@hsh-nordbank.com
joerg.fangmeier@hsh-nordbank.com
joerg.hanpeter@hsh-nordbank.com
john.fitch@hsh-nordbank.co.uk
juergen.bruhn@hsh-nordbank.com
juergen.petri@hsh-nordbank.com
juergen-h.lange@hsh-nordbank.com
julien.kleiner@hsh-nordbank.com
jun.huan@hsh-nordbank.com.hk
karina.lueck@hsh-nordbank.com
karsten.hippler@hsh-nordbank.co.uk
katharina.bruhn@hsh-nordbank.com
katharina.schroeter@hsh-nordbank.com
kim.nyvold@hsh-nordbank.com
klaus-dieter.nebendahl@hsh-nordbank.com
klaus-timm.voss@hsh-nordbank.com
kolja.sahm@hsh-nordbank.com
lars.quandel@hsh-nordbank.com
lars.wieczorek@hsh-nordbank.com
lee.alderson@hsh-nordbank.com
les.collett@hsh-nordbank.co.uk
lis.christiansen@hsh-nordbank.com
lothar.brakelmann@hsh-nordbank.com
luis.marti-sanchez@hsh-nordbank.com
lutz.orban@hsh-nordbank.com
magnus.mertin@hsh-nordbank.com
marc.schack@hsh-nordbank.com
marcus.engel@hsh-nordbank.com
marcus.hof@hsh-nordbank.com
marcus.porembski@hsh-nordbank.com
marcus.rost@hsh-nordbank.com
mario.grittner@hsh-nordbank.com
mark.squire@hsh-nordbank.com
marko.heimken@hsh-nordbank.co.uk
markus.carlsen@hsh-nordbank.com
markus.dietrich@hsh-nordbank.com
markus.sickmann@hsh-nordbank.com
martin.crisp@hsh-nordbank.co.uk
martin.goernig@hsh-nordbank.com
martin.piechottka@hsh-nordbank.com
martin.schorr@hsh-nordbank.com
martin.wilhelm@hsh-nordbank.com
mathias.werner@hsh-nordbank.com
matthias.barck@hsh-nordbank.com

| | | |
|---|---|---|
| matthias.oetken@hsh-nordbank.com | thomas.bayerl@hsh-nordbank.co.uk | bob.hoffman@huntington.com |
| matthias.wrage@hsh-nordbank.com | thomas.besteher@hsh-nordbank.com | brian.salerno@huntington.com |
| michael.crewe@hsh-nordbank.co.uk | thomas.boss@hsh-nordbank.com | brian.wall@huntington.com |
| michael.dirnegger@hsh-nordbank.co.uk | thomas.branczyk@hsh-nordbank.co.uk | bryan.neitzelt@huntington.com |
| michael.helf@hsh-nordbank.com | thomas.henningsen@hsh-nordbank.com | charles.smith@huntington.com |
| michael.langmack@hsh-nordbank.co.uk | thorben.luethge@hsh-nordbank.com | chip.hendon@huntington.com |
| michael.payne@hsh-nordbank.com | thorsten.komm@hsh-nordbank.com | chris.cwiklinski@huntington.com |
| michael.schoenbach@hsh-nordbank.com | thorsten.rieper@hsh-nordbank.com | chris.rowane@huntington.com |
| michael.westphal@hsh-nordbank.com | tilmann.kuhfuss@hsh-nordbank.com | craig.hardy@huntington.com |
| michael.wolter@hsh-nordbank.com | tilmann.kuhsuss@hsh-nordbank.com | dan.lowrie@huntington.com |
| miriam.paul@hsh-nordbank.com | timm.hoeynck@hsh-nordbank.com | daniel.stewart@huntington.com |
| moritz.breipohl@hsh-nordbank.com | tomas.johansson@hsh-nordbank.co.uk | david.culbertson@huntington.com |
| morris.may@hsh-nordbank.com | tony.piggott@hsh-nordbank.com | deborah.gonzalez@huntington.com |
| na.xie@hsh-nordbank.com | torsten.johannsen@hsh-nordbank.com | denise.coyne@huntington.com |
| natalia.verwega@hsh-nordbank.com | ulla.fetzer@hsh-nordbank.com | diane.motter@huntington.com |
| nicole.pahlke@hsh-nordbank.com | ulrich.ellerbeck@hsh-nordbank.com | dianne.slager@huntington.com |
| nikolai.ulrich@hsh-nordbank.com | ulrich.martensen@hsh-nordbank.com | doug.brooks@huntington.com |
| nikolas.kreuz@hsh-nordbank.com | ulrieke.wendtland@hsh-nordbank.com | eric.mitiska@huntington.com |
| olaf.hummels@hsh-nordbank.com | werner.busch@hsh-nordbank.com | gail.brazell@huntington.com |
| oliver.schreiber@hsh-nordbank.com | willibrord.berntsen@hsh-nordbank.com | gary.hickerson@huntington.com |
| paul.dentskevich@hsh-nordbank.co.uk | maren-tina.roefke@hsh-nordbank-hypo.com | geoff.mowery@huntington.com |
| paul.duffy@hsh-nordbank.co.uk | constantyn.niewenhuis@hsh-nordbank-int.com | george.mokrzan@huntington.com |
| paul.pancino@hsh-nordbank.co.uk | simone.kees@hsh-nordbank-int.com | gustave.seasongood@huntington.com |
| peter.romanowski@hsh-nordbank.com | achim.hillen@hshn-securities.com | heather.sexton@huntington.com |
| petra.schaar@hsh-nordbank.com | coralie.benneleck@hshn-securities.com | jack.fischer@huntington.com |
| r.schmidt@hsh-nordbank.com | elton.vevecka@hshn-securities.com | jackie.glenn@huntington.com |
| rainer.helms@hsh-nordbank.com | gilles.everling@hshn-securities.com | jamie.habegger@huntington.com |
| rainer.jung@hsh-nordbank.com | hanns-christian.vonschuler@hshn-securities.com | jay.gould@huntington.com |
| rainer.noack@hsh-nordbank.com | marco.fischer@hshn-securities.com | jean.price@huntington.com |
| rainer.roczen@hsh-nordbank.com | mark.bussmann@hshn-securities.com | jenny.jiang@huntington.com |
| ralf.andresen@hsh-nordbank.com | sebastian.hadlich@hshn-securities.com | jim.gibboney@huntington.com |
| ralf.paulsen@hsh-nordbank.com | shahab.smousavi@hshn-securities.com | jim.lombardi@huntington.com |
| ralf.schneider@hsh-nordbank.com | dirk.schroeter@hshs-nordbank.com | john.molino@huntington.com |
| ray.mccoll@hsh-nordbank.com | george.pal@hspcpb.com | john.voneschenbach@huntington.com |
| reiko.koban@hsh-nordbank.com | adouglas@htlf.com | judy.helsel@huntington.com |
| reinhard.mix@hsh-nordbank.com | jfuller@htlf.com | kanah.heckman@huntington.com |
| reinhard.schmidt@hsh-nordbank.com | mmiller@htlf.com | karen.mills@huntington.com |
| reinhard.sievers@hsh-nordbank.com | kirk_d._freeman@hud.gov | kassem.matt@huntington.com |
| roland.cymara@hsh-nordbank.com | bconvery@huffcompanies.com | kathleen.wells@huntington.com |
| rudolf.schmidt@hsh-nordbank.co.uk | bjc@huffcompanies.com | kathy.dixon@huntington.com |
| silvia.dickertmann@hsh-nordbank.com | dgodwin@huffcompanies.com | kathy.stylarek@huntington.com |
| simon.smakowski@hsh-nordbank.com | elopez@huffcompanies.com | keith.lee@huntington.com |
| simone.erhardt@hsh-nordbank.co.uk | huffmbc@huffcompanies.com | kelly.bramel@huntington.com |
| sirka.krabbe@hsh-nordbank.com | mad@huffcompanies.com | kelly.rinker@huntington.com |
| soenke.heistermann@hsh-nordbank.com | mjm@huffcompanies.com | kent.figy@huntington.com |
| soenke.rix@hsh-nordbank.com | rpolye@huffcompanies.com | kevin.dubbink@huntington.com |
| sonja.lessing@hsh-nordbank.com | rtrudeau@huffcompanies.com | kevin.sembach@huntington.com |
| stefan.dahmen@hsh-nordbank.com | bank@hugokahn.ch | kimberly.skinner@huntington.com |
| stefan.rust@hsh-nordbank.com | daniel.schlauri@hugokahn.ch | kirk.mentzer@huntington.com |
| stefan.schlatermund@hsh-nordbank.com | mpreston@humana.com | kristi.abbey@huntington.com |
| stefanie.steinmeier@hsh-nordbank.com | tliston@humana.com | larry.heath@huntington.com |
| stephan.frerker@hsh-nordbank.com | aaron.morris@huntington.com | leeroy.bentley@huntington.com |
| stephane.laurent@hsh-nordbank.com | andrew.hagedorn@huntington.com | madelynn.matlock@huntington.com |
| stephen.harris@hsh-nordbank.com | anthony.masurek@huntington.com | mae.hill@huntington.com |
| stephen.welch@hsh-nordbank.com | asa.fuller@huntington.com | mark.wilhelm@huntington.com |
| steve.janson@hsh-nordbank.co.uk | bernard.shinkel@huntington.com | martina.cheung@huntington.com |
| steven.powell@hsh-nordbank.com | beth.mitevski@huntington.com | mary.koenig@huntington.com |
| stuart.oatley@hsh-nordbank.co.uk | beth.russell@huntington.com | michael.gialluca@huntington.com |
| sven.weinhold@hsh-nordbank.com | betty.fimmen@huntington.com | michael.harris@huntington.com |
| teofilo.del_prete@hsh-nordbank.com | bill.doughty@huntington.com | michael.karibian@huntington.com |

michael.puleo@huntington.com
nicole.felter@huntington.com
noreen.annal@huntington.com
pamela.gravlin@huntington.com
pat.fraker@huntington.com
pat.scott@huntington.com
paul.attwood@huntington.com
paul.koscik@huntington.com
perry.adams@huntington.com
peter.sorrentino@huntington.com
randy.bateman@huntington.com
randy.hare@huntington.com
richard.baytosh@huntington.com
robert.harless@huntington.com
robert.miller@huntington.com
robert.potts@huntington.com
rosalee.stine@huntington.com
ryan.freimark@huntington.com
sarah.briggs@huntington.com
sarah.morrow@huntington.com
scott.kleinman@huntington.com
steve.bryan@huntington.com
susan.stuart@huntington.com
sylvia.corum@huntington.com
thomas.oehmler@huntington.com
tim.barber@huntington.com
timothy.mccabe@huntington.com
todd.dewberry@huntington.com
tom.finnegan@huntington.com
tom.grabenstatter@huntington.com
tony.lepore@huntington.com
travis.gracey@huntington.com
trena.hawthorne@huntington.com
vivian.hairston@huntington.com
w.patrick.begg@huntington.com
edeleon@husic.com
frank@husic.com
jsanders@husic.com
klindholm@husic.com
mallman@husic.com
max@husic.com
tduffy@husic.com
tjudson@husic.com
twyman@husic.com
kare.bostrom@husqvarna.se
alberto.zorzi@hvb.de
alexander.janker@hvb.de
alfred.hartmann@hvb.de
andre.vinke@hvb.de
andreas.bonk@hvb.de
andreas.gevay@hvb.de
andreas.krysl@hvb.de
axel.gruber@hvb.de
barbara.tauscheck@hvb.de
bea.gneisenau@hvb.de
bernadus.roelofs@hvb.de
bertram.schuetz@hvb.de
carsten.baumgarte@hvb.de
carsten.richter@hvb.de
christian.hebting@hvb.de

christian.widholz@hvb.de
christinaregine.niethammer@hvb.de
christopher.kath@hvb.de
christophkarl.wagner@hvb.de
edgar.nubert@hvb.de
eduard.prinker@hvb.de
elisabeth.ernstberger@hvb.de
ezgi.muratoglu.extern@hvb.de
frank.tibo@hvb.de
gertraudhelena.grupp-bolzen@hvb.de
guenter.schubert@hvb.de
hans.sattler@hvb.de
harald.hild@hvb.de
heidrun.gerecke@hvb.de
henry.asare@hvb.de
herbert.koller@hvb.de
ianpatrick.englert@hvb.de
jobst.vonsteinsdorff@hvb.de
jochen.lueck@hvb.de
juergen.neumuth@hvb.de
juliane.silberhorn@hvb.de
kaan.candar@hvb.de
kai.pflughaupt@hvb.de
karsten.kraushaar@hvb.de
klaus.mai@hvb.de
leonard.fehr@hvb.de
ludger.overbeck@hvb.de
luigi.devito@hvb.de
marc.freudenberg@hvb.de
marc.weingart@hvb.de
marco.korn@hvb.de
marcu.walz@hvb.de
mark.lewis@hvb.de
martin.braunschlaeger@hvb.de
martin.rast@hvb.de
martina.knorrek@hvb.de
martina.spaeth@hvb.de
matthias.klein@hvb.de
maximilian.hogger@hvb.de
michael.bauer02@hvb.de
michael.gerstner@hvb.de
michael.gumpel@hvb.de
michael.haselbeck@hvb.de
michael.huenseler@hvb.de
michael.thiergen@hvb.de
michele.caronti@hvb.de
mireille.khazaka@hvb.de
n_a@hvb.com
nicolas.blanchard@hvb.de
oliver.reissenweber@hvb.de
oliver-heinrich.reitz@hvb.de
pascal.caulier@hvb.de
patrick.otto@hvb.de
peter.czernin@hvb.de
peter.frischeisen@hvb.de
peter.koelle@hvb.de
peter.willner@hvb.de
philipp.waldstein@hvb.de
ralph.straus@hvb.lu
robert.flieger@hvb.de

roberto.baldini@hvb.de
roland.peetz@hvb.de
roman.heilig@hvb.de
ronald.seilheimer@hvb.de
sabine.bauer@hvb.de
sascha.meyer-dautrich@hvb.de
serge.crevecoeur@hvb.de
simon.cook@hvb.de
stefan.jentzsch@hvb.de
stefan.ruppel@hvb.de
stephan.winkelmeier@hvb.de
sven.nitzsche@hvb.de
theo.linnig@hvb.de
thomas.bretzger@hvb.de
thomas.cohrs@hvb.de
thomas.kreitmeier@hvb.de
thomas.seifert@hvb.de
thorsten.weinelt@hvb.de
tomas.lacko@hvb.de
ulrike.kunze@hvb.de
uta.sichhart@hvb.de
vadim.lipanov@hvb.de
valeriy.petrov@hvb.de
vanessa.barata@hvb.de
victoria.vonaretin@hvb.de
vitalie.sajin@hvb.de
walter.notz@hvb.de
wolfgang-wilhelm.kling@hvb.de
bernhard_rolf@hvbamericas.com
beth_donahue@hvbamericas.com
charles_sahlia@hvbamericas.com
christian_gindl@hvbamericas.com
christiane_drapkin@hvbamericas.com
david_morgan@hvbamericas.com
david_shen@hvbamericas.com
dom_degorgio@hvbamericas.com
elke_hunter@hvbamericas.com
emil_cornejo@hvbamericas.com
eric_pelletier@hvbamericas.com
erich_ebner@hvbamericas.com
gavin_burke@hvbamericas.com
hetal_raithatha@hvbamericas.com
jan_kupfer@hvbamericas.com
jeff_straebler@hvbamericas.com
jeffrey_ferris@hvbamericas.com
joseph_geraghty@hvbamericas.com
juan_martinez@hvbamericas.com
julian_buchynski@hvbamericas.com
katja_fitzgerald@hvbamericas.com
kimberly_sousa@hvbamericas.com
krishan_nagpal@hvbamericas.com
loriann_curnyn@hvbamericas.com
lynne_hojnacki@hvbamericas.com
manfred_wolf@hvbamericas.com
manny_hochadel@hvbamericas.com
marc_fussbahn@hvbamericas.com
marianne_rafferty@hvbamericas.com
marianne_weinzinger@hvbamericas.com
mark_zussman@hvbamericas.com
matt_dunn@hvbamericas.com

michael_davis@hvbamericas.com
michael_novellino@hvbamericas.com
patricia_grieve@hvbamericas.com
paul_rippe@hvbamericas.com
reza_bahar@hvbamericas.com
richard_cordover@hvbamericas.com
richard_ellson@hvbamericas.com
robert_jordan@hvbamericas.com
robert_mckeon@hvbamericas.com
rolf_quaas@hvbamericas.com
ryan_widener@hvbamericas.com
salvatore_esposito@hvbamericas.com
samba@hvbamericas.com
sebastian_beuerle@hvbamericas.com
shannon_batchman@hvbamericas.com
shiva_iyer@hvbamericas.com
skamikubo@hvbamericas.com
terence_o'sullivan@hvbamericas.com
thomas_esposito@hvbamericas.com
thomas_rubbert@hvbamericas.com
thomas_sculley@hvbamericas.com
vera_mcvey@hvbamericas.com
wolfgang_peltz@hvbamericas.com
jlandy@hvbbank.com
jmalesardi@hvbank.com
sbrown@hvbank.com
adriano.poli@hvbasia.com
canny.lo@hvbasia.com
daniel.ng@hvbasia.com
gerhard.hinterhauser@hvbasia.com
guenter.fritz@hvbasia.com
helene.chua@hvbasia.com
jane.low@hvbasia.com
mads.palsvig@hvbasia.com
oliver.hoffmann@hvbasia.com
rong.ren@hvbasia.com
rose.fung@hvbasia.com
sookkin.chong@hvbasia.com
stanley.chan@hvbasia.com
sumathi.kesavan@hvbasia.com
tangtien.fern@hvbasia.com
vincent.leung@hvbasia.com
vincent_leung@hvbasia.com
wolfgang.peltz@hvbasia.com
elizabeth_tallmadge@hvbcreditadvisors.com
thomas_mowat@hvbcreditadvisors.com
bill.street@hvbeurope.com
boban.damjanovic@hvbeurope.com
carmen.alonso@hvbeurope.com
cavin.o'driscoll@hvbeurope.com
charan.bhalla@hvbeurope.com
christoff.goessl@hvbeurope.com
david.flett@hvbeurope.com
david.roseburgh@hvbeurope.com
elizabeth.anderson@hvbeurope.com
emanuel.schoernig@hvbeurope.com
franco.d'aulerio@hvbeurope.com
frederic.djidetchian@hvbeurope.com
gianluca.savoldi@hvbeurope.com
goerg.kirchner@hvbeurope.com

guy.beeston@hvbeurope.com
john.glover@hvbeurope.com
juergen.birnbaum@hvbeurope.com
mark.bowles@hvbeurope.com
mark.priestley@hvbeurope.com
mark.rose@hvbeurope.com
markus.kiefer@hvbeurope.com
markus.parzer@hvbeurope.com
martin.luehrs@hvbeurope.com
martin.shields@hvbeurope.com
max.martirani@hvbeurope.com
miwa.mittellehner@hvbeurope.com
paul.goss@hvbeurope.com
shaun.smith@hvbeurope.com
thomas.siedler@hvbeurope.com
yoshi.makio@hvbeurope.com
pfurlan@hwic.ca
zhlxt@hxb.com.cn
zhmw@hxb.com.cn
aage.frohde@hydro.com
astrid.torres@hydro.com
david.william.nunn@hydro.com
irene.raposo@hydro.com
marcil.andre-richard@hydro.qc.ca
odd.gullberg@hydro.com
peik.norenberg@hydro.com
ahyman@hymanbeck.com
cbeck@hymanbeck.com
dceliano@hymanbeck.com
dlavelle@hymanbeck.com
jlubin@hymanbeck.com
kbinner@hymanbeck.com
lspadaro@hymanbeck.com
mleja@hymanbeck.com
nhyman@hymanbeck.com
ofrolova@hymanbeck.com
rdirusso@hymanbeck.com
ssoffel@hymanbeck.com
andreas_maeutner@hypobank.co.at
herbert.messinger@hypocapital.at
andrew.golub@hypointernational.com
brigitte.rackow@hypointernational.com
daniel.lakic@hypointernational.com
darko.knezevic@hypointernational.com
dieter.brandt@hypointernational.com
heide.albrecht@hypointernational.com
heiko.bartsch@hypointernational.com
juergen.fenk@hypointernational.com
markus.kaisig@hypointernational.com
patrick.steeg@hypointernational.com
sara.niemann@hypointernational.com
sascha.mark@hypointernational.com
stephan.feifer@hypointernational.com
stephan.wuttke@hypointernational.com
thomas.bruckner@hypointernational.com
thomas.siegel@hypointernational.com
yvonne.lauer@hypointernational.com
brigitte.halbwidl@hypoinvest.at
uwe.ehrismann@hypoinvest.at
kurt.traxler@hypo-ooe.at

treasury@hypo-ooe.at
wphandel@hypo-ooe.at
petra.schwab@hyporealestate.de
andreas.fendl@hyporealestate.de
andreas.spuhler@hyporealestate.de
arnd.nasswetter@hyporealestate.de
arno.allgeyer@hyporealestate.de
clemens.schellenberg@hyporealestate.de
frank.lamby@hyporealestate.de
gerhard.meitinger@hyporealestate.de
ingo.hansen@hyporealestate.de
jacinta.wagner@hyporealestate.com
jeannette.witte@hyporealestate.de
joachim.friese@hyporealestate.de
kurt.becker@hyporealestate.de
martin.braun01@hyporealestate.de
michael.schultheiss@hyporealestate.de
stefan.ludolfinger@hyporealestate.de
thomas.glynn@hyporealestate.com
vanessa.strauss@hyporealestate.de
werner.neumeier@hyporealestate.de
wolfgang.mittermueller@hyporealestate.de
stgrdi@hypostmk.co.at
alfred.steininger@hyposwiss.ch
birgit.heim@hyposwiss.ch
christoph.angster@hyposwiss.ch
gabriele.manferdini@hyposwiss.ch
juerg.althaus@hyposwiss.ch
julia.barreca@hyposwiss.ch
karl.keller@hyposwiss.ch
marc.jungi@hyposwiss.ch
marco.schriber@hyposwiss.ch
roger.hugentobler@hyposwiss.ch
roland.schneiter@hyposwiss.ch
stefan.jaeggi@hyposwiss.ch
thomas.stucki@hyposwiss.ch
tobias.zwimpfer@hyposwiss.ch
walter.egger@hypotirol.at
christian.pardeller@hypovbg.at
evrin.cam@hypovbg.at
fatma.gezer@hypovbg.at
florian.gorbach@hypovbg.at
guenter.bitschnau@hypovbg.at
hakan.yildiz@hypovbg.at
hannes.leitgeb@hypovbg.at
newissues@hypovbg.at
treasury@hypovbg.at
adrienne.darvas@hypovereinsbank.de
andreas.bohn@hypovereinsbank.de
andreas.wagner01@hypovereinsbank.de
anne.buettener@hypovereinsbank.de
barbara.rinner@hypovereinsbank.de
bertram.schuetz@hypovereinsbank.de
bettina.galanti@hypovereinsbank.de
craig_pinsly@america.hypovereinsbank.com
dan_mooney@america.hypovereinsbank.com
davina_au@asia.hypovereinsbank.com
debra_laskowski@america.hypovereinsbank.com
declan.carlin@hypovereinsbank.com
efstathia.nezi@hypovereinsbank.de

eric.pfennig@europe.hypovereinsbank.com
felix.hey@hypovereinsbank.de
frank.eppinger@hypovereinsbank.de
friedrich.henne@hypovereinsbank.de
gary.langton@europe.hypovereinsbank.com
gerald.podobnik@hypovereinsbank.de
giovanni_lugato@america.hypovereinsbank.com
goetz.michl@hypovereinsbank.de
hans-peter.mathe@hypovereinsbank.de
holger.haedrich@hypovereinsbank.de
holger.janssen@hypovereinsbank.de
holger.mahncke@hypovereinsbank.de
ir@hypovereinsbank.de
isabella.zinck@hypovereinsbank.de
jerry_gleason@america.hypovereinsbank.com
joanne_ma@asia.hypovereinsbank.com
johann.hainzinger@hypovereinsbank.de
luc.olinger@hypovereinsbank.de
mario_koethe@america.hypovereinsbank.com
mark.rule@europe.hypovereinsbank.com
martin.achter@hypovereinsbank.de
matthias.glueckert@hypovereinsbank.de
michael_cheng@asia.hypovereinsbank.com
michel.matthias@hypovereinsbank.de
monica.balk@europe.hypovereinsbank.com
monica.wimmer@hypovereinsbank.com
neil_orvay@asia.hypovereinsbank.com
nigel.de.jong@europe.hypovereinsbank.com
olaf.burmeister@hypovereinsbank.de
oliver.hoffmann@asia.hypovereinsbank.com
oliver.reisinger@hypovereinsbank.de
paul.crosby@europe.hypovereinsbank.com
paulvanner@hypovereinsbank.co.uk
peter.kleppich@hypovereinsbank.de
peter.krebs@hypovereinsbank.de
peter.prestel@hypovereinsbank.de
petra.schwab@hypovereinsbank.com
ralf.brech@hypovereinsbank.de
ralf.maier@hypovereinsbank.de
rene.schmit@hypovereinsbank.lu
richard.burton@hypovereinsbank.de
robinson.ulrich@hypovereinsbank.de
roman.rossel@hypovereinsbank.de
sandy_koch@america.hypovereinsbank.com
stephan.hrozek@hypovereinsbank.de
stephanie.rapp@hypovereinsbank.de
susan.eckenberg@hypovereinsbank.de
theodor.mueller@hypovereinsbank.de
thomas.bremer@hypovereinsbank.de
thomas.kursawe@hypovereinsbank.com
torsten.haufe@hypovereinsbank.de
trevor.heap@europe.hypovereinsbank.com
ursula.vonsayn-wittgenstein@hypovereinsbank.de
werner.vonbaum@hypovereinsbank.de
william_hauser@america.hypovereinsbank.com
wolfgang.klopfer@hypovereinsbank.de
wolfgang.strobel@hypovereinsbank.de
wolfgang.stuffer@hypovereinsbank.de
yoram_dankner@america.hypovereinsbank.com
klaus.zander@hypovereinsbank.de

j.e@hythesecs.com
bret.myers@iac.com
matt.allen@iac.com
thomas.hayes@iac.com
andred@iadb.org
billw@iadb.org
carlosfr@iadb.org
franciscoch@iadb.org
jamesra@iadb.org
javiero@iadb.org
mariadl@iadb.org
moritzk@iadb.org
nobuhisaa@iadb.org
pedrosa@iadb.org
robertaf@iadb.org
susano@iadb.org
virginiak@iadb.org
yojiroku@iadb.org
cecilcal@iafrica.com
scoleman@iaifunds.com
simon_hallett@iaifunds.com
c.julen@iam.ch
d.pfund@iam.ch
infos@iam.ch
jf.thevoz@iam.ch
jl.richard@iam.ch
k.bussy@iam.ch
m.longo@iam.ch
m.thetaz@iam.ch
o.aeschlimann@iam.ch
p.durussel@iam.ch
p.rezzonico@iam.ch
bobm@ibbfla.com
bobw@ibbfla.com
cfo@ibbfla.com
jimm@ibbfla.com
stevet@ibbfla.com
corona@iberagentes.es
alberto.espelosin@ibercaja.net
ana.lain@ibercaja.net
beatriz.catalan@ibercaja.net
cfustero@ibercaja.es
cristina.gavin@ibercaja.net
cristina.martinez@ibercaja.net
francisco.simon@ibercaja.net
javier.rillo@ibercaja.net
joaquin.segura@ibercaja.net
maria.martinez@ibercaja.net
oscar.diego@ibercaja.net
pablo.cano@ibercaja.net
pmdolz@ibercaja.es
raquel.blazquez@ibercaja.net
rvsala@ibercaja.es
sechevarria@ibercaja.es
sfernandez@ibercaja.es
smf@ibercaja.es
viglesia@ibercaja.es
dmoron@iberdrola.es
emilio.viudes@iberdrola.es
ignacio.cuenca@iberdrola.es

j.sainz@iberdrola.es
javier.urquidi@iberdrola.es
jblopez@iberdrola.es
jl.sanpedro@iberdrola.es
jpardos@iberdrola.es
bbeerley@iberdrolausa.com
vbakshi@iberdrolausa.com
casares@iberfondos.com
edupuy@iberia.es
ntejero@iberia.es
cortea.gestora@ibersecurities.es
hertzel@ibi.co.il
ofer@ibi.co.il
ron.eichel@ibi.co.il
peter.wilton@ibiscapital.co.uk
chris.bailey@ibj.co.uk
colin.wallace@ibj.co.uk
colin.ward@ibj.co.uk
david.pashley@ibj.co.uk
david.wisbey@ibj.co.uk
freddie.coldham@ibj.co.uk
keiko.brooking@ibj.co.uk
m.hockley@ibj.co.uk
natsumi.okamoto@ibj.co.uk
s.staples@ibj.co.uk
stephen.driscoll@ibj.co.uk
hiao.sakai@ibjbank.co.jp
makoto.sugiki@ibjbank.co.jp
masayuki.yasuoka@ibjbank.co.jp
nobushige.imai@ibjbank.co.jp
noriko.ando@ibjbank.co.jp
yasuhiro.imahori@ibjbank.co.jp
jshimmachi@ibjus.com
kzaiki@ibjus.com
mwatanabe@ibjus.com
dnoone@ibjwhitehall.com
jcurry@ibjwhitehall.com
salmas@ibjwhitehall.com
alex@us.ibm.com
annat@us.ibm.com
barclay@us.ibm.com
bensonp@ie.ibm.com
brooksg@uk.ibm.com
cks10@us.ibm.com
cmherrer@us.ibm.com
cpeluso@us.ibm.com
dhemmer@us.ibm.com
diem@ibm.net
dtropp@us.ibm.com
ecadams@us.ibm.com
edward_rollins@uk.ibm.com
egolds@us.ibm.com
farlekas@us.ibm.com
fullera@uk.ibm.com
gbf@us.ibm.com
ghubbard@us.ibm.com
gravenes@us.ibm.com
hargrovm@us.ibm.com
harsh.chugh@us.ibm.com
herwig_couvreur@be.ibm.com

| | | |
|---|---|---|
| hobbertm@us.ibm.com | christopher.shannon@ibtco.com | jsbecker@ibtco.com |
| jcsemple@us.ibm.com | cmhunter@ibtco.com | justin.rozke@ibtco.com |
| jegodtka@de.ibm.com | colleen.o'connor@ibtco.com | kaitlin.mulryan@ibtco.com |
| jingy@us.ibm.com | courtney.huie@ibtco.com | kaitlyn.mcsweeney@ibtco.com |
| jscotty@us.ibm.com | daconnolly@ibtco.com | kathleen.greenlaw@ibtco.com |
| keithbu@us.ibm.com | damcinty@ibtco.com | keith.hallberg@ibtco.com |
| kieran.x.oshea@us.ibm.com | daniel.borgeois@ibtco.com | kekoa.cash@ibtco.com |
| kminahan@us.ibm.com | darin.yi@ibtco.com | ken.nguyen@ibtco.com |
| kondscha@de.ibm.com | david.roberts@ibtco.com | keri.gallant@ibtco.com |
| kreynold@us.ibm.com | debbie.webseter@ibtco.com | keryne.flaherty@ibtco.com |
| ks@us.ibm.com | debbie.webster@ibtco.com | kevin.begley@ibtco.com |
| laubsch@us.ibm.com | deirdre.lee@ibtco.com | kirsten.hansen@ibtco.com |
| leonardm@ie.ibm.com | delustig@ibtco.com | kristine.ly@ibtco.com |
| lkoppl@us.ibm.com | dinesh.patel@ibtco.com | laura.wicklander@ibtco.com |
| lkr@us.ibm.com | djdyer@ibtco.com | lauren.asmundson@ibtco.com |
| mcgovest@ie.ibm.com | dmomalley@ibtco.com | leesa.kravitz@ibtco.com |
| michael.j.mccabe@us.ibm.com | dpmcelan@ibtco.com | liam.harding@ibtco.com |
| mraguso@us.ibm.com | dppaglia@ibtco.com | lori.bassett@ibtco.com |
| nedwards@us.ibm.com | drew.devine@ibtco.com | luke.dresser@ibtco.com |
| neil_bull@uk.ibm.com | eddy.fung@ibtco.com | mabrenna@ibtco.com |
| nielsen@us.ibm.com | edel.gargan@ibtco.com | manus.curran@ibtco.com |
| ofmiller@us.ibm.com | emyee@ibtco.com | marc.celestino@ibtco.com |
| pbagchi@us.ibm.com | faith.naymie@ibtco.com | marie.power@ibtco.com |
| pmccan@us.ibm.com | frank.keough@ibtco.com | mario.squillacioti@ibtco.com |
| radkins@us.ibm.com | gabriela.popescu@ibtco.com | mark.rowat@ibtco.com |
| rijk_griffioen@nl.ibm.com | garrett.berkery@ibtco.com | mark.ungewitter@ibtco.com |
| ses@us.ibm.com | gavin.humphreys@ibtco.com | marlene.barrett@ibtco.com |
| simonjb@us.ibm.com | gscurrency@ibtco.com | mary.vanmameren@ibtco.com |
| sresnick@us.ibm.com | gsequity@ibtco.com | masquilli@ibtco.com |
| steller@us.ibm.com | gsgloba@ibtco.com | mazanec.tim@ibtco.com |
| szych@us.ibm.com | gsint@ibtco.com | melanie.bennett@ibtco.com |
| tindallp@uk.ibm.com | harnet.gaim@ibtco.com | melissa.allen@ibtco.com |
| vivian@us.ibm.com | harrish.bajaj@ibtco.com | melissa.johnson@ibtco.com |
| webaker@us.ibm.com | heather.beam@ibtco.com | michael.burns@ibtco.com |
| yanks@us.ibm.com | iris.watts@ibtco.com | michael.crowell@ibtco.com |
| glenn@ibp.se | isabelle.letalnet@ibtco.com | michael.dalzell@ibtco.com |
| johan@ibp.se | jaime.before@ibtco.com | michael.formas@ibtco.com |
| ulf@ibp.se | jameagher@ibtco.com | michael.nicastro@ibtco.com |
| aaron.smith@ibtco.com | james.liljedahl@ibtco.com | michael.ruvido@ibtco.com |
| abigail.middleton@ibtco.com | james.munoz@ibtco.com | michelle.walker@ibtco.com |
| acarlson@ibtco.com | jbrowlette@ibtco.com | mlhanifan@ibtco.com |
| adam.jablonski@ibtco.com | jean.wall@ibtco.com | monica.roberson@ibtco.com |
| adrian.durney@ibtco.com | jeff.berry@ibtco.com | neil.hiralall@ibtco.com |
| agravanis@ibtco.com | jeluck@ibtco.com | neyah.smith@ibtco.com |
| alex.brooks@ibtco.com | jennifer.donnellan@ibtco.com | niall.brophy@ibtco.com |
| alina.gershman@ibtco.com | jennifer.morris@ibtco.com | niamh.murphy@ibtco.com |
| amcguirk@ibtco.com | jesse.laflamme@ibtco.com | patricia.fan@ibtco.com |
| andrea.camden@ibtco.com | jesse.nolan@ibtco.com | paul.mccormack@ibtco.com |
| andrea.mcroberts@ibtco.com | jesus.madrigal@ibtco.com | paul.tellefsen@ibtco.com |
| andrea.wheeler@ibtco.com | jgowens@ibtco.com | peter.holguin@ibtco.com |
| anne.eklund@ibtco.com | jim.bryant@ibtco.com | peter.rossi@ibtco.com |
| bart.ogonowski@ibtco.com | jim.liljedahl@ibtco.com | reynaldo.garcia@ibtco.com |
| bgauvain@ibtco.com | jlong@ibtco.com | richard.deluca@ibtco.com |
| bozena.sabina@ibtco.com | jmargenz@ibtco.com | richard.weiss@ibtco.com |
| brian.carroll@ibtco.com | jmjefski@ibtco.com | rjosephs@ibtco.com |
| brian.loughnane@ibtco.com | jmstrele@ibtco.com | rleu@ibtco.com |
| bruce.nightingale@ibtco.com | joel.ludwig@ibtco.com | rlfreund@ibtco.com |
| ccavalie@ibtco.com | john.ball@ibtco.com | robert.lambert@ibtco.com |
| cehussey@ibtco.com | joshua.gravel@ibtco.com | robert.macgillivray@ibtco.com |
| cevansly@ibtco.com | jouh.sun@ibtco.com | robert.spitz@ibtco.com |

robin.kokilananda@ibtco.com
ronald.lavault@ibtco.com
rtjackson@ibtco.com
rwlee@ibtco.com
ryan.okimura@ibtco.com
samcmeni@ibtco.com
sandi.hannon@ibtco.com
sandra.caraballo@ibtco.com
sarah.cheam@ibtco.com
sarah.gallogly@ibtco.com
schiasson@ibtco.com
sean.maclachlan@ibtco.com
sergio.leon@ibtco.com
shaun.buckley@ibtco.com
shawn.correia@ibtco.com
sheena.grimes@ibtco.com
silvia.fan@ibtco.com
smolloy@ibtco.com
smorad@ibtco.com
srhall@ibtco.com
ssylvester@ibtco.com
steven.connelly@ibtco.com
suzanne.bullock@ibtco.com
suzanne.howarth@ibtco.com
tanicker@ibtco.com
teri.carroll@ibtco.com
timothy.barrett@ibtco.com
trevor.young@ibtco.com
troy.bracher@ibtco.com
troy.winslow@ibtco.com
wdowling@ibtco.com
william.carr@ibtco.com
william.oneill@ibtco.com
yunus.molla@ibtco.com
yunus.moola@ibtco.com
schoenfelder@nbg.ibv.com
winter@nbg.ibv.com
dlybrand@ic.sc.gov
sbruce@icaminc.com
tcolwell@icaminc.com
adrienne.spurin@icap.com
alan.shaw@icap.com
arran.squires@icap.com
bijal.patel@icap.com
bob.arnold@icap.com
brian.thomas@icap.com
carl.pratt@icap.com
christopher.mcardle@us.icap.com
craig.barton@icap.com
ed.coach@us.icap.com
eddie.goulding@icap.com
emma.pearce@icap.com
gary.alsford@icap.com
gary.clarke@icap.com
gary.house@icap.com
gloria.hall@icap.com
glyn.harrington@icap.com
ian.jarvie@icap.com
ian.johnson@icap.com
james.hurley@icap.com

joanne.perkins@icap.com
john.tessar@us.icap.com
julien.green@icap.com
martin.porter@icap.com
matthew.house@icap.com
michael.spencer@icap.com
michal.slomkowski@icap.com
mick.hill@icap.com
nathan.white@icap.com
nicholas.bunclark@icap.com
peter.wells@icap.com
philip.catmur@icap.com
rhys.lyons@icap.com
roy.burgess@icap.com
scott.richardson@icap.com
simon.bond@icap.com
simon.morris@icap.com
stavros.stavrou@icap.com
steve.mason@icap.com
steve.mcdermott@us.icap.com
steven.flin@icap.com
steven.wolstenholme@icap.com
stuart.andrews@icap.com
stuart.thresher@icap.com
vernon.barnes@icap.com
gerard.herr@icapfutures.com
benny.lam@icbc.com.hk
bifuping@icbc.com
biker@icbc.com.cn
bo.zhou@icbc.com.cn
chenkun@bj.icbc.com.cn
chenying@icbc.com.cn
chenyu@icbc.com.cn
chenzhen@icbc.co.jp
chenzhenyu@sh.icbc.com.cn
dan.su@icbc.com.cn
dixin@icbc.com.cn
dong.liu@icbc.com.cn
edmund@icbc.com.cn
fang.wang@icbc.com.cn
ghong@icbc.com
guojin@icbc.com.cn
hai.cui@icbc.com.cn
hedan.wang@icbc.com.cn
helen@bj.icbc.com.cn
heng.zhu@icbc.com.cn
hexiaoliang@icbc.com.cn
hong.zhang@icbc.com.cn
hongyuzhao@icbc.com.cn
huqjrsc@icbc.com.cn
j.f.zhao@icbc.com.cn
jimmy.chew@icbc.com.sg
jing.zhujrsc@icbc.com.cn
jinleixu@icbc.com.cn
jinsong.liu@icbc.com.cn
jtang@icbc.com.tw
jun.zheng@icbc.com.cn
kaotw@icbc.com.tw
lei.liu@icbc.com.cn
li.feng@icbc.com.cn

lijia.li@icbc.com.cn
liuming@icbc.co.jp
lixiaohong@icbc.com.cn
lixiaohung@icbc.com.cn
lsong@icbc.com.cn
lujian@icbc.com.cn
luohao@icbc.com.cn
mei.tao@bj.icbc.com.cn
nijun@sh.icbc.com.cn
ning.ren@icbc.com.cn
panshunyi@sh.icbc.com.cn
peike.guo@icbc.com.cn
qi.chen@icbc.com.cn
qianwei_hz@zj.icbc.com.cn
qinlei@icbc.com.cn
qiongshu.li@icbc.com.cn
renjing@icbc.com.cn
shendehua@icbc.com.cn
shenxia@sh.icbc.com.cn
shenyimin@leasing.icbc.com.cn
shibo.guo@icbc.com.cn
shishengshen@icbc.com.cn
songyang@icbc.com.cn
sunguoshen@icbc.com.cn
sunyu@icbc.com.cn
tan.tan@icbc.com.cn
wang.pu@icbc.com.cn
wanghailu@icbc.com.cn
wangtun@icbc.com.cn
xiangronglu@icbc.com.cn
xiaowei@icbc.com.cn
xin.li@icbc.com.cn
xin.zhang@icbc.co.cn
xinning.zhang@icbc.com.cn
xj@icbc.com.cn
xurong@icbc.com.cn
xxx@icbc.com.cn
yang.xiao@icbc.com.cn
yanyan.lv@icbc.com.cn
yczhao@icbc.com.cn
yi.lijrsc@icbc.com.cn
zhanghaifeng@zj.icbc.com.cn
zhao.suo@icbc.com.cn
zhaochen@icbc.com.cn
zhaochuanxin@icbc.com.cn
zhaozhongming@sh.icbc.com.cn
zhoucg@icbc.com.cn
zhuxianda@icbc.co.jp
zjwhjys@zj.icbc.com.cn
floralam@icbcasia.com
johnson.wang@icbcasia.com
wh.song@icbcasia.com
hao.kang@icbccs.com.cn
liu.antian@icbccs.com.cn
zhan.yueping@icbccs.com.cn
billy@icbchkg.com
davidchen@icbchkg.com
dai.ying@icbcleasing.com
gao.bo@icbcleasing.com
han.song@icbcleasing.com

huang.rui@icbcleasing.com
ji.fei@icbcleasing.com
li.nana@icbcleasing.com
tao.mei@icbcleasing.com
wang.qiang@icbcleasing.com
wang.yaoqiang@icbcleasing.com
xu.wei@icbcleasing.com
yan.jun@icbcleasing.com
sanjay.pandya@icbclondon.com
acolella@icbny.com
afishman@icbny.com
dcarmody@icbny.com
fbaier@icbny.com
jcosta@icbny.com
jtaussik@icbny.com
pwerner@icbny.com
rcarlock@icbny.com
rfanciullo@icbny.com
scummings@icbny.com
botes.italiaestero@icbpi.it
egrecucci@icbpi.it
gmuffatti@icbpi.it
iduggento@icbpi.it
lpizzamiglio@icbpi.it
mercole@icbpi.it
mgalimberti@icbpi.it
mpastore@icbpi.it
mpuglia@icbpi.it
sturola@icbpi.it
rrundell@icccapital.com
aalbertini@iccrea.bcc.it
aciprotti@iccrea.bcc.it
acongiu@iccrea.bcc.it
adalessandro@iccrea.bcc.it
adiflorio@iccrea.bcc.it
albucci@iccrea.bcc.it
asomma@iccrea.bcc.it
azega@iccrea.bcc.it
dpetulla@iccrea.bcc.it
eagnello@iccrea.bcc.it
elilli@iccrea.bcc.it
erapone@iccrea.bcc.it
estella@iccrea.bcc.it
fbertini@iccrea.bcc.it
fbonifazi@iccrea.bcc.it
fcottatelucci@iccrea.bcc.it
fcrapitti@iccrea.bcc.it
fgaetani@iccrea.bcc.it
fmeda@iccrea.bcc.it
fmerlo@iccrea.bcc.it
fpolimeni@iccrea.bcc.it
gavolio@iccrea.bcc.it
gcastellano@iccrea.bcc.it
gczoi@iccrea.bcc.it
gfasolino@iccrea.bcc.it
giannilli@iccrea.bcc.it
gmarini@iccrea.bcc.it
gnicolosi@iccrea.bcc.it
idary@iccrea.bcc.it
ldary@iccrea.bcc.it

ldonzelli@iccrea.bcc.it
luigi.coretti@iccrea.bcc.it
mascenzi@iccrea.bcc.it
mcasale@iccrea.bcc.it
mcicolella@iccrea.bcc.it
mloreto@iccrea.bcc.it
mlupini@iccrea.bcc.it
mventurelli@iccrea.bcc.it
ngiuliani@iccrea.bcc.it
pcocuccioni@iccrea.bcc.it
psano@iccrea.bcc.it
psilano@iccrea.bcc.it
rbaldelli@iccrea.bcc.it
sgraglia@iccrea.bcc.it
spagliara@iccrea.bcc.it
sspadacenta@iccrea.bcc.it
tcaputo@iccrea.bcc.it
tfarcomeni@iccrea.bcc.it
hrocha@icecanyon.com
spark@icecanyon.com
ssaffari@icecanyon.com
andrew.phillips@icgplc.co.uk
claire.campbell@icgplc.co.uk
david.ford@icgplc.com
denis.van_jacobsen@icgplc.co.uk
eric.blake@icgplc.com
frederic.jourdren@icgplc.com
graeme.smith@icgplc.com
graham.villiers@icgplc.com
jeff.boswell@icgplc.com
john.barker@icgplc.com
magnus.hildingsson@icgplc.co.uk
max.mitchell@icgplc.co.uk
richard.hudson@icgplc.com
richard.samuel@icgplc.co.uk
robin.jenner@icgplc.co.uk
sara.halbard@icgplc.com
simon.morrell@icgplc.com
tom.attwood@icgplc.co.uk
tom.bartlam@icgplc.co.uk
amozes@icl-group.com
avid@icl-group.com
christian.speth@icn.siemens.de
detlef.pohl@icn.siemens.de
guenther.barth@icn.siemens.de
hartwig.ruell@icn.siemens.de
werner.bauer@icn.siemens.de
bill.heaphy@icomd.com
chris.davis@icomd.com
dhoelting@icomd.com
julie.hale@icomd.com
lynn.franke@icomd.com
rd.mcdorman@icomd.com
robertson@icomd.com
sim.wooten@icomd.com
vitaly.korchevsky@icomd.com
denise@icp.com
linda@icp.com
roger@icp.com
ang.hui.hui@icprc.com

chan.keng.guan@icprc.com
cindy.koh@icprc.com
danny.loo@icprc.com
david.sin@icprc.com
fong.yoke.peng@icprc.com
gary.ho@icprc.com
harry.tan@icprc.com
kelvin.ng@icprc.com
kwek.miang.cher@icprc.com
lee.sau.ping@icprc.com
lem.chee.yong@icprc.com
liao.hua.feng@icprc.com
liu.jian.hua@icprc.com
liu.qing@icprc.com
luo.qing@icprc.com
michael.zhang@icprc.com
ryan.yeo@icprc.com
sharon.wang@icprc.com
sim.king.yaw@icprc.com
sun.min@icprc.com
teo.xuan.lin@icprc.com
wang.bo@icprc.com
wang.hui@icprc.com
wang.ping.jiao@icprc.com
wei.xiao.li@icprc.com
wong.mei.ling@icprc.com
xin.xiao.xia@icprc.com
xu.hui.shan@icprc.com
yao.dong@icprc.com
yin.yong@icprc.com
jeggli@i-cv.ch
pfister@i-cv.ch
atal@idbbank.com
colivares@idbny.com
dcohen@idbny.com
lkassler@idbny.com
mbiondollilo@idbny.com
mng@idbny.com
pmazur@idbny.com
sholz@idbny.com
sreilly@idbny.com
yves.pazmandy@idbs.ch
alban.de-fay@ideam.fr
john-morton@idexx.com
peter-levine@idexx.com
dan@idontknow.com
robert@idontknow.com
konstantin.kaloudis@idsffm.com
milenko.vujanovic@idsffm.com
regine.fischer-wendland@idsffm.com
stefan.hartung@idsffm.com
stefan.zinn@idsffm.com
aidan.macsweeney@ie.dexia.be
antoine.vercherin@ie.dexia.be
avriel@ie.technion.ac.il
benoit.debroise@ie.dexia.be
brian.fitzgerald@ie.dexia.be
colin.vance@ie.dexia.be
dennis.murray@ie.dexia.be
eamonn.tuohy@ie.dexia.be

gabriela.stefanic@ie.dexia.be
jill.kavanagh@ie.dexia.be
julie.golhen@ie.dexia.be
kobe.vanderstraeten@ie.dexia.be
marcin.adamczyk@ie.dexia.be
marie.gaffney@ie.dexia.be
nezha.moatassime@ie.dexia.be
philip.feront@ie.dexia.be
pierre.addoum@ie.dexia.be
roberto.ferrito@ie.dexia.be
joakim.blomqvist@if.se
lars.lonnquist@if.se
mattias.andersson@if.se
thomas.berglund@if.se
e.derose@ifabanque.com
ibazzoli@ifam.it
ievola@ifam.it
aagresti@ifc.org
abeckerman@ifc.org
adrozhilov@ifc.org
ajain3@ifc.org
apitts@ifc.org
aramaswamy@ifc.org
ashinkevich@ifc.org
avillanueva1@ifc.com
balsharif@ifc.org
bevans@ifc.org
cdavies@ifc.org
cjust@ifc.org
dbanda@ifc.org
drempfler@ifc.org
erong@ifc.org
ethomasian@ifc.org
fkhambata@ifc.org
gesen@ifc.org
itwinn@ifc.org
jglen@ifc.org
jgroesbeek@ifc.org
jkim6@ifc.org
jlacombe@ifc.org
jlotto@ifc.org
jombura@ifc.org
jstapleton@ifc.org
khiramoto@ifc.org
kiwama@ifc.org
madrien@ifc.org
mbabin@ifc.org
mcader@ifc.org
mheneghan@ifc.org
mkimmig@ifc.org
mmanem@ifc.org
mnilsson@ifc.org
ngupta2@ifc.org
nminami@ifc.org
sgonzalez@ifc.org
skrishnan@ifc.org
smitra2@ifc.org
spombo@ifc.org
sthiriez@ifc.org
tkimura@ifc.org

vmani@ifc.org
vprudius@ifc.org
whmeyer@ifc.org
ysaadat@ifc.org
catja.coellen@ifco.de
michael.nimtsch@ifco.de
niccolo.pini@ifigest.it
darrenpasco@ifm.net.au
lnunez@ifm.net.au
ltiemens@ifm.net.au
rmiller@ifm.net.au
sbarker@ifm.net.au
stung@ifm.net.au
gmirante@ifp.ch
jeanlouis.piers@ifp.ch
michael.gerke@ifp.ch
pamela.zell@ifp.ch
aparets@ifsam.com
atachco@ifsam.com
cgardiner@ifsam.com
gpaoletti@ifsam.com
jdaniels@ifsam.com
jhealy@ifsam.com
jwimbish@ifsam.com
miannarelli@ifsam.com
mpron@ifsam.com
rfruh@ifsam.com
rkilbride@ifsam.com
rlaffey@ifsam.com
tcheung@ifsam.com
tquinn@ifsam.com
lucia.leitao@igcp.pt
pedro.cabecos@igcp.pt
pedro.morgado@igcp.pt
sofia.nu@igcp.pt
susana.santos@igcp.pt
daniel.hanbury@igfgam.com
ketan.raja@igfgam.com
cojmilla@ihc.com
stacy.jennings@ihc.com
dwiedemann@ihc-geneve.com
hspencer@ihc-geneve.com
jkelly@ihc-geneve.com
jrosenberg@ihc-geneve.com
scott.beer@ihe.com
tim.nierste@ihe.com
adam.mesbur@iibbank.ie
conor.mcgowan@iibbank.ie
jason.drennan@iibbank.ie
keith.obyrne@iibbank.ie
keith.o'byrne@iibbank.ie
kevin.hallagan@iibbank.ie
leslie.cosgrave@iibbank.ie
mark.barnes@iibbank.ie
mark.coulam@iibbank.ie
mark.hensey@iibbank.ie
niamh.wylie@iibbank.ie
olan.cremin@iibbank.ie
nrgutierrez@iid.com
aramos@iidenergy.com

scarrillo@iidenergy.com
amagana@iidpower.com
jsweet@iidpower.com
pvasquez@iidpower.com
sharding@iidpower.com
aagan@iigh.com
michael.stevens@iim-ar.com
rob.anderson@iim-ar.com
donald.buzanowski@ijl.com
anne-lise.ugo@ikano.lu
carsten.jorgensen@ikano.lu
claus.thulstrup@ikano.lu
henrik.jensen@ikano.nl
marc.vappiani@ikano.lu
matthieu.bernet@ikano.lu
philippe.ribiere@ikano.lu
alexander.lanin@ikb.de
andreas.nestel@ikb.de
andrew.rhodes@ikb.de
bernd.claussen@ikb.de
bernd.honermeyer@ikb.de
bernhard.freis@ikb.de
christian.becker@ikb.de
claudia.von.braun-janssen@ikb.de
claus-dieter.wagner@ikb.de
daniele.candiani@ikb.de
david.matson@ikb.de
doris.rimpler@ikb.de
edward.lightfoot@ikb.de
felix.strohmeyer@ikb.de|
ferdinand.kordel@ikb.de
francois.manivel@ikb.de
frank.kreuzhagen@ikb.de
friedrich.frickenhaus@ikb.de
gisber.schulz@ikb.de
gunar.lietz@ikb.de
hans-herbert.wascholl.ikb.de@ikb.de
hauke.finger@ikb.de
holger.rabelt@ikb.de
hubert.langer@ikb.de
ian.richardson@ikb.de
jan-henrik.rufer@ikb.de
jens.kersting@ikb.de
kai.stengle@ikb.de
klaus.michaelsen@ikb.de
lindsay.jett@ikb.de
maurizio.cudemo@ikb.de
max.von.renesse@ikb.de
michael.braun@ikb.de
michael.von.den.driesch@ikb.de
oliver.annen@ikb.de
olli.backman@ikb.de
patrick.hovest@ikb.de
peer.rosenberg@ikb.de
peter.schmorl@ikb.de
peter.schuster@ikb.de
petra.pieper@ikb.de
petra.scheffel@ikb.de
stefan.ortseifen@ikb.de
stuart.geddis@ikb.de

thomas.blum@ikb.de
tobias.maier@ikb.de
ulrike.gorny@ikb.de
volker.de.haan@ikb.de
wolfgang.bathis@ikb.de
amrit.bains@ikb-cam.de
andre.freter@ikb-cam.de
annika.czybulka@ikb-cam.de
barbara.ohlhaver@ikb-cam.de
daniel.kluge@ikb-cam.de
frank.lehrbass@ikb-cam.de
hanna.berglund@ikb-cam.de
harjan.kuiper@ikb-cam.de
heike.staudacher@ikb-cam.de
jan-hendrik.walloch@ikb-cam.de
julia.hubertus@ikb-cam.de
klausdieter.bauknecht@ikb-cam.de
markus.dziemba@ikb-cam.de
michael.pinkus@ikb-cam.de
olga.krainuchenko@ikb-cam.de
peter.scheffel@ikb-cam.de
ralf.wittenbrink@ikb-cam.de
raphaelle.knight@ikb-cam.de
thomas.schirmer@ikb-cam.de
thomas.woelwer@ikb-cam.de
uta.kubis@ikb-cam.de
ute.bach@ikb-cam.de
ute.wissing@ikb-cam.de
winfried.reinke@ikb-cam.de
cmantelin@ikbcc.com
gwerner@ikbcc.com
a-otsuka@ikedabank.co.jp
d-mochizuki@ikedabank.co.jp
h-sugita@ikedabank.co.jp
j-yoshioka@ikedabank.co.jp
k-sakurai@ikedabank.co.jp
n-katayama@ikedabank.co.jp
n-nanchi@ikedabank.co.jp
t-irie@ikedabank.co.jp
t-shioda@ikedabank.co.jp
y-fujimoto@ikedabank.co.jp
y-saitou@ikedabank.co.jp
andreaf@ikos.com.cy
anna@ikos.com.cy
dan@ikos.com.cy
eyal@ikos.com.cy
johnm@ikos.com.cy
mhairi@ikos.com.cy
michael@ikos.com.cy
paul@ikos.com.cy
peter@ikos.co.uk
sam@ikos.co.uk
scott@ikos.com.cy
sharon@ikos.com.cy
stevens@ikos.com.cy
trader@ikos.com.cy
tradingcy@ikos.com.cy
vassos@ikos.com.cy
elena@ikosam.com
nick@ikosam.com

martin@ikospartners.com
matthewa@ikospartners.com
peterm@ikospartners.com
simon@ikospartners.com
vaseem@ikospartners.com
cameron@ikosresearch.com
hertzel@ili.co.il
alison.letters@ilim.com
aodhagan.byrne@ilim.com
brendan.moran@ilim.com
brian.murphy@ilim.com
colm.obrien@ilim.com
conor.walshe@ilim.com
eugene.kiernan@ilim.com
glenn.treacy@ilim.com
jean.carberry@ilim.com
john.obrien@ilim.com
kieran.bristow@ilim.com
len.mccabe@ilim.com
lenny.mcloughlin@ilim.com
louis.meagher@ilim.com
maryann.hernon@ilim.com
max.plapp@ilim.com
michael.lynch@ilim.com
michael.schmitt@ilim.com
neil.clifford@ilim.com
nicola.dowdall@ilim.com
ronan.bradley@ilim.com
sam.sezeto@ilim.com
sam.szeto@ilim.ie
seamus.magner@ilim.com
shane.cahill@ilim.com
tom.glynn@ilim.com
yuval@illi.co.il
jeremy.bliss@illinois.gov
djmiller@illinoismutual.com
rfpedersen@illinoismutual.com
juha.niemela@ilmarinen.fi
o"neillc@ilp.com
declan.dolan@ilptreasury.com
mark.fields@ilptreasury.com
peter.blessing@ilptreasury.com
andre.vatsgar@im.storebrand.no
arthur.sletteberg@im.storebrand.no
caroline.moreau@axa.im.com
harold.kooch-hagen@im.storebrand.no
hege.marthinussen@im.storebrand.no
jan.erik.saugestad@im.storebrand.no
knut.ivar.saatvedt@im.storebrand.no
morten.baltzersen@im.storebrand.no
morten.christensen@im.storebrand.no
pal.haugerud@im.storebrand.no
ronny.engebretsen@im.storebrand.no
stefan.peterson@im.storebrand.no
cmorris@imf.org
mwalsh@imf.org
pdattels@imf.org
rvillavicencio@imf.org
agoody@img-dsm.com
jhecht@img-dsm.com

jlorenzen@img-dsm.com
kjohnson@img-dsm.com
ksteward@img-dsm.com
rcropp@img-dsm.com
tolsen@img-dsm.com
andrew.mccormick@impaccompanies.com
cameron.mullins@impaccompanies.com
daniel.sigai@impaccompanies.com
david.smith@impaccompanies.com
dchen@impaccompanies.com
dsmith@impaccompanies.com
eric.rangel@impaccompanies.com
herb.kim@impaccompanies.com
jim.malloy@impaccompanies.com
jtomkinson@impaccompanies.com
kelly.theemling@impaccompanies.com
kevin.to@impaccompanies.com
kieran.gifford@impaccompanies.com
laura.barragan@impaccompanies.com
mark.aarvig@impaccompanies.com
nancy.pollard@impaccompanies.com
nfrey@impaccompanies.com
paul.woo@impaccompanies.com
roland.fernandes@impaccompanies.com
tadams@impaccompanies.com
washmore@impaccompanies.com
rnoe@imrf.org
daisuke.a.fujimaki@ims.jti.co.jp
jt.ir@ims.jti.co.jp
koichi.yamaguchi@ims.jti.co.jp
noboru.ichikura@ims.jti.co.jp
bcorcora@imsi.com
billc@imsi.com
dmoy@imsi.com
jmoraitis@imsi.com
johnw@imsi.com
rdudgins@imsi.com
richarda@imsi.com
timothy.bias@imsi.com
ufrawley@imsi.com
simon.meers@ace.ina.com
apnobili@inasim.gruppoina.it
aturrini@inasim.gruppoina.it
cbaiocchi@inasim.gruppoina.it
dschifone@inasim.gruppoina.it
gguida@inasim.gruppoina.it
isirovich@inasim.gruppoina.it
lzerbinotto@inasim.gruppoina.it
mprizia@inasim.gruppoina.it
pcurti@inasim.gruppoina.it
ppalombi@inasim.gruppoina.it
sorfanelli@inasim.gruppoina.it
pierre.winand@inbev.com
kledbet@inc.com
lgirard@inc.com
ayee@income.com.sg
changky@income.com.sg
cseng@income.com.sg
eboh@income.com.sg
engch@income.com.sg

| | | |
|---|---|---|
| foosc2@income.com.sg | b.leung@indoverbank.com | brian.eley@ing.com.au |
| jfong@income.com.sg | conor@indoverbank.com | brice.van-dyck@ing.be |
| kohlt3@income.coop | d.r.de.ree@indoverbank.com | brieuc.verhaegen@ing.be |
| leecc@income.com.sg | e.cheung@indoverbank.com | bruno.vanderschueren@ing.fr |
| liongtk@income.com.sg | e.v.hess@indoverbank.com | byungkyu.cheon@asia.ing.com |
| llam@income.com.sg | eschweiler@indoverbank.com | catherine.billwatsch@ing.be |
| mseah@income.com.sg | g.ong@indoverbank.com | charles.david@ing.be |
| patricia.khoo@income.com.sg | j.chan@indoverbank.com | charlie.yang@ap.ing.com |
| paul.seng@income.com.sg | j.j.angow@indoverbank.com | cheehau.ho@asia.ing.com |
| rseah@income.com.sg | m.kerssens@indoverbank.com | ching-mai.wu@asia.ing.com |
| s094596@income.com.sg | p.h.l.the@indoverbank.com | chris.m.henry@us.ing.com |
| simpp@income.com.sg | r.j.albinus@indoverbank.com | chris.ryan@asia.ing.com |
| bill@incomeresearch.com | v.lai@indoverbank.com | christian.nolan@ap.ing.com |
| boneill@incomeresearch.com | w.kwan@indoverbank.com | christoph.clauss@bhf.ing.com |
| caitlin@incomeresearch.com | y.tjitrosoebono@indoverbank.com | christoph.plattenteich@bhf.ing.com |
| cory@incomeresearch.com | jacob.rojdmark@industrivarden.se | christopher.warren@americas.ing.com |
| cstifel@incomeresearch.com | karen_bilancini@indymacbank.com | chunyu.lau@ap.ing.com |
| ed@incomeresearch.com | gregory.hunt@infarmbureau.com | cindy.kan@asia.ing.com |
| eric@incomeresearch.com | jason.krcmery@infarmbureau.com | contact@ing.lu |
| georgia@incomeresearch.com | kent.deeter@infarmbureau.com | daniel.kang@asia.ing.com |
| jack@incomeresearch.com | lee.livermore@infarmbureau.com | david.fraser@americas.ing.com |
| jake@incomeresearch.com | gerard.hofmann@infidar.ch | david.letens@ing.be |
| jboneno@incomeresearch.com | krystina.ters@infidar.ch | david.lodewyckx@ing.be |
| jim@incomeresearch.com | patrick.dzuba@infidar.ch | david.schrager@ing.com |
| jlarkin@incomeresearch.com | patrick.vogel@infidar.ch | didier.rieter@ing.lu |
| john@incomeresearch.com | research@infidar.ch | dries.de-muynck@ing.be |
| justin@incomeresearch.com | roger.rothenbuehler@infidar.ch | ed.melton@americas.ing.com |
| kashif@incomeresearch.com | thomas.fedier@infidar.ch | eileen.smith@americas.ing.com |
| kevin@incomeresearch.com | info@info.com | elena.pacan-zemtsova@ing.lu |
| mary@incomeresearch.com | addy.suhut@ing.com.my | elizabeth.hattersley@ing.com.au |
| matt@incomeresearch.com | adrey.chen@asia.ing.com | elke.heinle@bhf.ing.com |
| mike@incomeresearch.com | adrian.foo@asia.ing.com | emilee.yew@ing.com.my |
| mlitchfield@incomeresearch.com | adrien.mayer@ing.ch | eric.anderson@mx.ing.com |
| mroberts@incomeresearch.com | afshin.taber@americas.ing.com | eric.boyer@ing.be |
| msheldon@incomeresearch.com | agnieszka.olesinska@ing.be | eric.cantagrel@ing.fr |
| paul@incomeresearch.com | alexandre.boulard@ing.ch | eric.hollanders@ing.be |
| ppimenta@incomeresearch.com | alexandre.lutsenko@ing.be | erik.berg@americas.ing.com |
| ryan@incomeresearch.com | allen.chachkes@americas.ing.com | erik.theyssens@ing.ch |
| sarah@incomeresearch.com | amador.malnero@ing.be | erwin.simons@ing.be |
| scott@incomeresearch.com | amy.mc-morrow@ing.be | fanny.yy.fung@ing.com.hk |
| steve@incomeresearch.com | amy.wilk@americas.ing.com | felix.chan@ap.ing.com |
| tom@incomeresearch.com | andre.hermans@ing.be | filip.de-coster@ing.be |
| william@incomeresearch.com | andrew.moylan@ing.com.au | florence.roegiers@ing.be |
| tim@independentsector.org | andy.yang@ap.ing.com | frank.moisson@ing.lux |
| alberto.romagnoli@indesitcompany.com | annie.wy.soo@ing.com.hk | fred.ten.lohuis@us.ing.com |
| andrea.naccarato@indesitcompany.com | anson.sng@asia.ing.com | frederic.dutry@ing.be |
| annamaria.antonelli@indesitcompany.com | anthony.camp@us.ing.com | frederic.fauveaux@ing.lux |
| francesco.marzullo@indesitcompany.com | anthony.cros@ing.mc | frieda.seynaeve@ing.be |
| aweldy@indiana.edu | anthony.deagan@ing.com.au | gavin.andrew@ing.com.au |
| gstratte@indiana.edu | antoon.pelsser@ing.nl | geoff.arens@americas.ing.com |
| getrueb@msg.indianapolislife.com | arnold.pagen@americas.ing.com | georges.wolff@ing.lu |
| lifoxwo@indianapolislife.com | barbara.chan@ap.ing.com | gerhard.langpape@bhf.ing.com |
| kirwan@indigo.ie | bas.van.buuren@ing.com.my | gilbert.tan@ap.ing.com |
| rheinhyp@indigo.ie | bebe.wilkinson@us.ing.com | giuseppe.orlando@ing.it |
| frederic.lamotte@indosuez.ch | benjamin.so@ap.ing.com | graham.benson@ing.com.au |
| lau@indover.nl | benny.ho@ap.ing.com | greg.ball@americas.ing.com |
| leej@indover.nl | bernard.de.becker@ing.be | gregoire.debaeke@ing.be |
| leep@indover.nl | beverly.steinhoff@us.ing.com | gregory.combes@ing.be |
| a.a.luitjes@indoverbank.com | bill.shen@ap.ing.com | gregory.ko@ap.ing.com |
| arjan.stubbe@indoverbank.com | bratin.sanyal@ap.ing.com | gregory.marque@ing.be |

gunther.treffer@ing.ch
guy.uding@ap.ing.com
gwen-maud.de-souter@ing.be
hans.itburrun@ing.ch
heinz.roetheli@ing.ch
herve.gugler@ing.ch
huey.juien.tan@asia.ing.com
igor.bury@ing.fr
imas@ing.ch
ivan.rynders@ing.be
jackie.lee@asia.ing.com
jan.lebbe@ing.be
jason.lye@ing.com.au
jean-louis.stoefs@ing.be
jean-marc.anciaux@ing.be
jean-philippe.guigon@ing.be
jean-philippe.stijns@ing.lu
jeremy.cox@ing.com.au
jeroen.hendrickx@ing.be
joachim.krueger@bhf.ing.com
joanne.tan@asia.ing.com
joel.broillet@ing.ch
johan.van.der.ende@ing.nl
john.lee@americas.ing.com
john.morgan@ing.com.au
kelly.chung@ap.ing.com
klaus.deppermann@bhf.ing.com
kris.devos@ing.be
laurent.arets@americas.ing.com
laurent.rivet@ing.be
lily.chang@ap.ing.com
luc.walravens@ing.be
luis.perez@americas.ing.com
marc.tassenoe@ing.be
marc.vangeit@ing.be
marco.biglia@ing.be
mark.oshaughnessy@americas.ing.com
mark.wang@ing.com.my
marshall.filart@ing.be
mathieu.bertrand@ing.be
mathieu.hafner@ing.be
michael.arnold@bhf.ing.com
michael.chiu@ap.ing.com
michael.chun@ing.com.au
michael.courtney@ing.com.au
michael.dorsel@us.ing.com
michael.jonker@ing.be
michael.kerans@ing.be
michael.reyes@ap.ing.com
michel.cassiman@ing.be
michel.munz@ing.ch
nicholas.toovey@ap.ing.com
olga.dolchenko@us.ing.com
olivier.casse@ing.be
olivier.chen@ing.be
olivier.de-jaeghere@ing.be
olivier.edelman@ing.be
oscar.leung@ap.ing.com
owen.stein@us.ing.com
p.delvaux@ing.be

paksing.cheong@ing.com.my
pascal.peigneux@ing.be
patrick.levy@ing.be
patrick.oneill@bhf.ing.com
patrick.reed@ing.be
patrick.vanderborght@ing.be
patrick.wuytens@ing.be
paul.cuddy@ing.com.au
paul.huang@ap.ing.com
peter.vandenhoute@ing.be
philippe.dembourg@ing.de
philippe.deprez@ing.be
philippe.devroye@ing.be
philippe.douillet@ing.fr
philippe.paulus@ing.be
philippe.vlasselaer@ing.ch
pierre.longueville@ing.be
pierre-paul.verelst@ing.be
pieter.dhoore@ing.be
rachel.o'connor@ing.com.au
regis.lanove@ing.be
remi.bertin@ing.be
remko.vanekelen@ing.ch
richard.adams@ing.com.au
rico.milde@bhf.ing.com
robert.niu@ap.ing.com
roel.jansen@asia.ing.com
ruppen.margarian@ing.com.au
samuel.hui@ap.ing.com
satpalsingh.sandhu@ing.ch
sebastien.collard@ing.lu
selina.yu@ap.ing.com
shirley.liu@ap.ing.com
shriram.ramanathan@ap.ing.com
silvana.lau@ing.com.au
stefan.pieters@ing.be
stephan.fries@bhf.ing.com
stephan.van.vliet@ap.ing.com
stephane.roffler@ing.be
stephen.ng@ap.ing.com
stuart.barry@ing.com.au
susie.fenton@ing.com.au
sven.madsen@bhf.ing.com
tabitha.dearden@ing.com.au
tamara.van-den-ban@ing.be
tanguy.de-volder@ing.be
teik.cheah@ap.ing.com
thomas.benders@ing.com
timothy.matson@ap.ing.com
vaga.bartalini@ing.ch
valerie.gobet@ing.ch
viktor.pitrans@ing.com.au
vincent.van-steensel@ing.be
virginie.deboisseson@ing.ch
walter.van-meensel@ing.be
wendy.yeoh@ing.com.my
wey.fook.hou@asia.ing.com
will.chen@ap.ing.com
wim.blommaert@ing.be
yuan.xin.pek@asia.ing.com

yves.lacomble@ing.be
zubin.mogul@us.ing.com
grangerh@ing-afs.com
piacentinit@ing-afs.com
ajanovic@ingalls.net
csiege@ingalls.net
jdougherty@ingalls.net
jslocum@ingalls.net
platourette@ingalls.net
rgipson@ingalls.net
rthatcher@ingalls.net
sboone@ingalls.net
sfoote@ingalls.net
smeehan@ingalls.net
tditosto@ingalls.net
tob@ingalls.net
christopher.bamman@ingbank.com
clemens.buis@ingbank.com
ed.manie@ingbank.com
franck.souillard@ingbank.fr
hans.staveren@ingbank.com
hugo.sauerland@ingbank.com
jeroen.zevering@ingbank.com
michael.broeders@ingbank.com
rolf-pieter.ter.horst@ingbank.com
wim.kuyf@ingbank.com
wook.heo@ingbank.com
cerise.lim@ing-barings.com
fabio.motta@ing-barings.com.br
ivan.fadel@ing-barings.com
cpalmer@ing-capadv.com
hguelovani@ing-capadv.com
shood@ing-capadv.com
terri-ann.miller@ingclarion.com
jcain@ingdelta.com
dennis.worst@ingdirect.nl
federicoronchi@ingdirect.it
mauro.muraro@ingdirect.it
paul.zelissen@ingdirect.nl
thomas.bernert@ingdirect.nl
ugo.bartolucci@ingdirect.it
armand.gossart@ingferri.fr
christian.belei@ingferri.fr
franck.jusseaume@ingferri.fr
guy.delbarre@ingferri.fr
jean-francoise.descaves@ingferri.fr
marie-frederique.dumont@ingferri.fr
philippe.chalvert@ingferri.fr
philippe.larange@ingferri.fr
sylvie.delamotte@ingferri.fr
kmurray@ingfnc.com
rfleming@ingfnc.com
carol.sibliano@ingfunds.com
christopher.d'amico@ingfunds.com
didier_devreese@ingfunds.co.jp
ed.schriver@ingfunds.com
jeffrey.bakalar@ingfunds.com
leonora.xhekaj@ingfunds.com
michael.coulter@ingfunds.com
nick.spiezio@ingfunds.com

richard.albano@ingfunds.com
thomas.jackson@ingfunds.com
tom.jackson@ingfunds.com
emagilligan@ing-ghent.com
rcurrimjee@ing-ghent.com
ad.van.tiggelen@ingim.com
adam.myant@ingim.com
adour.sarkissian@ingim.com
age.bruinsma@ingim.com
al.denholm@ingim.com
alex.cheng@ingim.com
alex.zuiderwijk@ingim.com
alexander.van.der.laan@ingim.com
alexander.van.eekelen@ingim.com
alexandre.deveen@ingim.com
andrej.antonijevic@ingim.com
angelien.kemna@ingim.com
anneke.galema@ingim.com
annemieke.coldeweijer@ingim.com
anne-pascale.bauwens@ingim.com
annette.vunderink@ingim.com
arjen.vonk@ingim.com
arnoud.van.dijk@ingim.com
arnout.bloys.van.treslong@ingim.com
bart.hoorn@ingim.com
bart.koolhaas@ingim.com
bart.siebers@ingim.com
bart.van.merrienboer@ingim.com
bas.kragten@ingim.com
bas.peeters@ingim.com
bas.van.buuren@ingim.com
ben.dassen@ingim.com
benoit.debelder@ingim.com
bert.veldman@ingim.com
betty.pestiaux@ingim.com
bich.hoa.bui-dang@ingim.com
bram.verheye@ingim.com
bregje.roosenboom@ingim.com
brigitte.geelen@ingim.com
bruno.springael@ingim.com
calvin.davies@ingim.com
camiel.mulders@ingim.com
carl.ghielen@ingim.com
carla.hoogweg@ingim.com
caroline.muste@ingim.com
caspar.van.grafhorst@ingim.com
christiaan.dehaan@ingim.com
christophe.keteleer@ingim.com
christophe.van-lancker@ingim.com
coen.verdegaal@ingim.com
colm.nolan@ingim.com
constance.d'aspremont@ingim.com
cor.stolwijk@ingim.com
corina.wolterbeek@ingim.com
david.ko@ingim.com
delphine.houbrechts@ingim.com
dennis.lagast@ingim.com
detmer.koekoek@ingim.com
diliana.deltcheva@ingim.com
dirk.frikkee@ingim.com

dirk.jan.verzuu@ingim.com
dolly.lijtens@ingim.com
dorian.garay@ingim.com
eddy.verbiest@ingim.com
edo.meijerman@ingim.com
eduard.van.gelderen@ingim.com
edwin.lak@ingim.com
edwin.van.oosten@ingim.com
eric.adriaens@ingim.com
eric.conrads@ingim.com
eric.de.rouw@ingim.com
eric.iim.anderson@ingim.com
erik.willemsen@ingim.com
erwin.houbrechts@ingim.com
esra.joos@ingim.com
estelle.beretta.somody@ingim.com
esther.wijnants@ingim.com
etienne.boeziek@ingim.com
fabrizio.carisi@ingim.com
fermin.da.costa.gomez@ingim.com
floris.hart@ingim.com
floris.van.den.berg@ingim.com
frank.de.lange@ingim.com
frank.iim.van.etten@ingim.com
frank.kouwenberg@ingim.com
frans.verhaar@ingim.com
frederic.degembe@ingim.com
frederic.ferminne@ingim.com
frederic.van.parijs@ingim.com
frits.moolhuizen@ingim.com
gerben.de.zwart@ingim.com
gerd.philippaerts@ingim.com
gerrit.ooms@ingim.com
gijs.van.oostrom@ingim.com
gijsbert.plug@ingim.com
gilbert.van.hassel@ingim.com
gilles.dubois@ingim.com
gorky.urquieta@ingim.com
greg.michel@ingim.com.au
guillaume.janssen@ingim.com
gus.robertson@ingim.com
guyot.van.meer@ingim.com
han.rijken@ingim.com
hans.postmus@ingim.com
hans.stoter@ingim.com
hans.van.de.weg@ingim.com
hans.van.iim.zwol@ingim.com
hans.vermeulen@ingim.com
harry.trip@ingim.com
harry.verschoren@ingim.com
hendrik-jan.boer@ingim.com
hendro.moestadja@ingim.com
herman.kleeven@ingim.com
herman.klein@ingim.com
hubert.dekock@ingim.com
hugo.baartman@ingim.com
huub.van.der.riet@ingim.com
ignacio.onrubia.soler@ingim.com
ilse.deenik.scholtens@ingim.com
inge.van.elk@ingim.com

ingim.emd@ingim.com
ismail.alan@ingim.com
j.haines@ingim.com
jaco.rouw@ingim.com
jacqueline.evers@ingim.com
jan.avonts@ingim.com
jan.luschen@ingim.com
jan.straatman@ingim.com
jan.wim.derks@ingim.com
jeff.meys@ingim.com
jeroen.a.heemskerk@ingim.com
jeroen.bos@ingim.com
jeroen.brand@ingim.com
jeroen.hoogveld@ingim.com
jeroen.rodigas@ingim.com
jeroen.van.rooij@ingim.com
jeroen.van.zoelen@ingim.com
jeroen.wiercx@ingim.com
jerome.roulin@ingim.com
job.van.boxtel@ingim.com
jochen.lucht@ingim.com
joelle.bisschop@ingim.com
joep.huntjens@ingim.com
johan.govers@ingim.com
john.elliott@ingim.com
jonathan.abshire@ingim.com
joost.lobbes@ingim.com
joost.wijstma@ingim.com
joris.verhoeven@ingim.com
josien.piek@ingim.com
judit.van.der.geest@ingim.com
jurgen.vandenhove@ingim.com
karen.de-smedt@ingim.com
kees.warnaer@ingim.com
klaas.van-imschoot@ingim.com
koen.wulles@ingim.com
laurent.frisque@ingim.com
laurent.nysen@ingim.com
laurent.van-tuyckom@ingim.com
lienke.van.balderen@ingim.com
luciano.almeida@ingim.com
madelon.moorlag@ingim.com
maes.van.lanschot@ingim.com
magdalena.jantea@ingim.com
manuel.canas@ingim.com
marc.van.loo@ingim.com
marcel.de.koning@ingim.com
marcel.pattiradjawane@ingim.com
marco.ritfeld@ingim.com
marco.van.rijn@ingim.com
marieke.vorspel@ingim.com
marnix.van.der.ploeg@ingim.com
marten-pieter.van.harten@ingim.com
martijn.oosterwoud@ingim.com
martijn.soesbeek@ingim.com
martin.prins@ingim.com
martin.van.der.voet@ingim.com
maud.van.der.salm@ingim.com
maurits.booster@ingim.com
mausam.meghani@ingim.com

| | | |
|---|---|---|
| meenu.sahi@ingim.com | sjoerd.kitzen@ingim.com | andres.sercovich@inginvestment.com |
| menno.a.van.eijk@ingim.com | sjors.haverkamp@ingim.com | andrew.gillis@inginvestment.com |
| menno.van.boven@ingim.com | stefaan.dennekin@ingim.com | andriy.bulava@inginvestment.com |
| michael.lipsch@ingim.com | stephanie.flavegece@ingim.com | anil.katarya@inginvestment.com |
| michel.van.mazijk@ingim.com | steven.kok@ingim.com | anita.kelley@inginvestment.com |
| michiel.bootsma@ingim.com | steven.steyaert@ingim.com | anthony.routh@inginvestment.com |
| michiel.faber@ingim.com | steven.vandepitte@ingim.com | anthony.sneag@inginvestment.com |
| michiel.harmers@ingim.com | stijn.vanacker@ingim.com | anthony.socci@inginvestment.com |
| mirjam.klijnsma@ingim.com | sven.van-den-bogaert@ingim.com | anu.sahai@inginvestment.com |
| monique.heukels@ingim.com | sylvain.de.ruijter@ingim.com | aprille.johnson@inginvestment.com |
| moudy.elkhodr@ingim.com | tatjana.ulicevic@ingim.com | asher.proschansky@inginvestment.com |
| muriel.freriksen@ingim.com | teik.cheah@ingim.com.sg | bart.schlatmann@inginvestment.com |
| nadege.tillier@ingim.com | thomas.simar@ingim.com | bas.nieuwememe@inginvestment.com |
| nazar.sushko@ingim.com | tjamme.klaren@ingim.com | ben.barrett@inginvestment.com |
| nick.murphy@ingim.com | tjeerd.van.cappelle@ingim.com | betsy.jette@inginvestment.com |
| niels.kylstra@ingim.com | tjeert.keijzer@ingim.com | bill.bartol@inginvestment.com |
| nina.hodzic@ingim.com | tod.mc-kenna@ingim.com | bill.daley@inginvestment.com |
| nina.hodzig@ingim.com | toine.picokrie@ingim.com | bill.garrison@inginvestment.com |
| obbe.kok@ingim.com | tom.demeyer@ingim.com | bill.nutting@inginvestment.com |
| olivier.struben@ingim.com | tonny.ririassa@ingim.com | bob.bowman@inginvestment.com |
| oscar.kenessey@ingim.com | tony.ririassa@ingim.com | bob.browne@inginvestment.com |
| oskar.tijs@ingim.com | trudy.brands@ingim.com | bob.crispin@inginvestment.com |
| pascal.koenen@ingim.com | trudy.pasman@ingim.com | bob.kase@inginvestment.com |
| patrick.den.besten@ingim.com | tycho.van.wijk@ingim.com | bob.kloss@inginvestment.com |
| patrick.moonen@ingim.com | valentijn.van.nieuwenhuijzen@ingim.com | borzu.masoudi@inginvestment.com |
| paul.verloop@ingim.com | vera.kartseva@ingim.com | brad.taylor@inginvestment.com |
| paul.vrouwes@ingim.com | vincent.delfosse@ingim.com | brent.zelnak@inginvestment.com |
| peter.van.vliet@ingim.com | vincent.juvyns@ingim.com | brian.geller@inginvestment.com |
| petra.van.lochem@ingim.com | vincent.kester@ingim.com | brian.gendreau@inginvestment.com |
| philip.bredt@ingim.com | vincent.tinant@ingim.com | brian.madonick@inginvestment.com |
| philippe.verstraete@ingim.com | wendy.veelenturf@ingim.com | brian.matthews@inginvestment.com |
| pierre.bailleux@ingim.com | willem.de.jong.iim@ingim.com | brian.timberlake@inginvestment.com |
| pierre-olivier.polet@ingim.com | willem.j.g.van.dommelen@ingim.com | bruno.umbro@inginvestment.com |
| pierre-paul.verelst@ingim.com | willem.verhagen@ingim.com | carlos.guillen@inginvestment.com |
| pieter.heijboer@ingim.com | willemien.rijsdijk@ingim.com | catherine.rebai@inginvestment.com |
| pieter.schop@ingim.com | wim.brinkman@ingim.com | charles.roques@inginvestment.com |
| pieter.van.ockenburg@ingim.com | wim.dhaese@ingim.com | charu.ahluwalia@inginvestment.com |
| qing.xu@ingim.com | wim.kool@ingim.com | chris.askeland@inginvestment.com |
| ralph.bucher@ingim.com | wim.veraar@ingim.com | chris.corapi@inginvestment.com |
| raoul.luttik@ingim.com | xavier.clerebaut@ingim.com | chris.daniel@inginvestment.com |
| raymond.van.denende@ingim.com | zhikai.xu@ingim.com | chris.diaz@inginvestment.com |
| remco.vergeer@ingim.com | hafida.akanour@ing-im.fr | chris.humphrey@inginvestment.com |
| richard.keizer@ingim.com | mark.boland@ing-im.com | chris.kenealy@inginvestment.com |
| rick.hoogerwerf@ingim.com | nadja.eltufin@ing-im.fr | chris.lyons@inginvestment.com |
| ridwan.setiadi.oey@ingim.com | thierry.bourgain@ing-im.fr | christine.hurtsellers@inginvestment.com |
| rien.wijnen@ingim.com | tjibbe.van.houten@ingin.com | christine.wang@inginvestment.com |
| rob.drijkoningen@ingim.com | jamesb.bis@inginvestments.com | christopher.jennings@inginvestment.com |
| rob.radelaar@ingim.com | abe.riazati@inginvestment.com | chuck.lemieux@inginvestment.com |
| robbert.staal@ingim.com | albert.hancock@inginvestment.com | chuck.williams@inginvestment.com |
| robbie.luyckx@ingim.com | alexis.liatis@inginvestment.com | cliff.andrus@inginvestment.com |
| robert.kruisland@ingim.com | alfredo.larrea@inginvestment.com | colin.dugas@inginvestment.com |
| robert.smallegange@ingim.com | ali.nakhle@inginvestment.com | corinne.krincek@inginvestment.com |
| robert.van.der.ven@ingim.com | alice.chen@inginvestment.com | courtney.eudaly@inginvestment.com |
| roelf.groeneveld@ingim.com | alice.jacobs@inginvestment.com | courtney.hollar@inginvestment.com |
| ronald.van.dijk@ingim.com | alison.lalla@inginvestment.com | curtis.lee@inginvestment.com |
| ruud.boeve@ingim.com | allen.stoltman@inginvestment.com | cynthia.dempsey@inginvestment.com |
| sarmad.habib@ingim.com | allen.webb@inginvestment.com | dahniel.buie@inginvestment.com |
| saskia.duits@ingim.com | allison.weed@inginvestment.com | dan.maples@inginvestment.com |
| serge.mores@ingim.com | amit.mehta@inginvestment.com | dan.norman@inginvestment.com |
| shuk.yin.cheung@ingim.com | amy.glover@inginvestment.com | dana.hedges@inginvestment.com |

daniel.almeida@inginvestment.com
daniel.beckmann@inginvestment.com
daniel.eustaquio@inginvestment.com
daniel.martin@inginvestment.com
daniel.mon@inginvestment.com
darwin.brown@inginvestment.com
dave.delponte@inginvestment.com
david.abramson@inginvestment.com
david.bercaw@inginvestment.com
david.goodson@inginvestment.com
david.powers@inginvestment.com
david.rabinowitz@inginvestment.com
david.rowe@inginvestment.com
david.vuchinich@inginvestment.com
david.yealy@inginvestment.com
denis.jamison@inginvestment.com
dewey.cheek@inginvestment.com
donald.townswick@inginvestment.com
donna.najafi@inginvestment.com
ed.groote@inginvestment.com
ed_grant@inginvestment.com
elaine.raad@inginvestment.com
elias.belessakos@inginvestment.com
elizabeth.weber@inginvestment.com
emre.erdogan@inginvestment.com
eric.conrads@inginvestment.com
eric.fauerbach@inginvestment.com
eric.johnson@inginvestment.com
eugene.lancaric@inginvestment.com
fernando.garza@inginvestment.com
fitz.wickham@inginvestment.com
fred.smith@inginvestment.com
gang.ma@inginvestment.com
gaurav.ahuja@inginvestment.com
gerald.lins@inginvestment.com
gil.mathis@inginvestment.com
glenn.elsey@inginvestment.com
gloria.carlson@inginvestment.com
greg.addicks@inginvestment.com
greg.jacobs@inginvestment.com
gregory.daniel@inginvestment.com
gregory.mcgreevey@inginvestment.com
gretchen.bishop@inginvestment.com
gunnie.mathis@inginvestment.com
harold.yoon@inginvestment.com
heather.bentley@inginvestment.com
howard.lodge@inginvestment.com
hugh.whelan@inginvestment.com
ira.braunstein@inginvestment.com
isabell.caldway@inginvestment.com
j.d.rieber@inginvestment.com
jackie.bernstein@inginvestment.com
jacqueline.hay-primus@inginvestment.com
jai.tanwar@inginvestment.com
jake.lowery@inginvestment.com
james.bis@inginvestment.com
james.dorment@inginvestment.com
james.griffin@inginvestment.com
james.hasso@inginvestment.com
james.kauffmann@inginvestment.com

james.lazzara@inginvestment.com
james.sena@inginvestment.com
james.vail@inginvestment.com
jamie.swain@inginvestment.com
janusz.mosakowski@inginvestment.com
jason.cordeiro@inginvestment.com
jason.esplin@inginvestment.com
jason.rausch@inginvestment.com
jay.cristello@inginvestment.com
jay.nix@inginvestment.com
jean.maddaloni@inginvestment.com
jeanne.symonds@inginvestment.com
jed.latkin@inginvestment.com
jeff.dutra@inginvestment.com
jeff.nicholson@inginvestment.com
jeffrey.bianchi@inginvestment.com
jeffrey.boundy@inginvestment.com
jeffrey.stemmermann@inginvestment.com
jennifer.avery@inginvestment.com
jenny.thompson@inginvestment.com
jeremy.schweppe@inginvestment.com
jesse.collmann@inginvestment.com
jim.coffman@inginvestment.com
jim.essert@inginvestment.com
jim.rogers@inginvestment.com
jing.sun@inginvestment.com
joan.dillon@inginvestment.com
jody.hrazanek@inginvestment.com
joe.basset@inginvestment.com
john.cotton@inginvestment.com
john.edwards@inginvestment.com
john.johnson@inginvestment.com
john.knox@inginvestment.com
john.matsikas@inginvestment.com
john.pairaktaridas@inginvestment.com
john.pairaktaridis@inginvestment.com
jonathan.domineck@inginvestment.com
jonathan.julian@inginvestment.com
jonathan.trinidad@inginvestment.com
jorge.espinoza@inginvestment.com
jose.concha@inginvestment.com
joseph.vultaggio@inginvestment.com
josh.mahon@inginvestment.com
joshua.winchester@inginvestment.com
judith.keefe@inginvestment.com
jun.ma@inginvestment.com
june.blackman@inginvestment.com
justin.mcwhorter@inginvestment.com
justin.stach@inginvestment.com
justin.wu@inginvestment.com
karen.bergman@inginvestment.com
karen.cronk@inginvestment.com
karen.fife@inginvestment.com
karthik.radhakrishnan@inginvestment.com
katerina.iatsounova@inginvestment.com
katha.kerr@inginvestment.com
kathy.augustyn@inginvestment.com
katy.wojciechowski@inginvestment.com
kei.yamamoto@inginvestment.com
keith.brinsmade@inginvestment.com

kelly.byrne@inginvestment.com
kelly.hennigan@inginvestment.com
ken.haim@inginvestment.com
ken.hessel@inginvestment.com
ken.hockstein@inginvestment.com
kenneth.donohue@inginvestment.com
kevin.dalton@inginvestment.com
kevin.moose@inginvestment.com
kirby.brown@inginvestment.com
krinstine.raimundi@inginvestment.com
krista.kennedy@inginvestment.com
kristin.manning@inginvestment.com
kristin.reece@inginvestment.com
kristy.finnegan@inginvestment.com
kurt.kringelis@inginvestment.com
kurt.oppermann@inginvestment.com
lloyd.flood@inginvestment.com
lorena.horncastle@inginvestment.com
louise.matthews@inginvestment.com
maciej.cierpka@inginvestment.com
maggie.li@inginvestment.com
mahua.banerjee@inginvestment.com
marcelo.assalin@inginvestment.com
margaret.karasinski@inginvestment.com
maria.cormaggi@inginvestment.com
mark.doyle@inginvestment.com
mark.haak@inginvestment.com
mark.lacroix@inginvestment.com
mark.spizer@inginvestment.com
mark.weber@inginvestment.com
martin.jansen@inginvestment.com
martin.lilienthal@inginvestment.com
martin.rosacker@inginvestment.com
mary.floberg@inginvestment.com
marymargaret.hayden@inginvestment.com
matt.brill@inginvestment.com
matt.diamond@inginvestment.com
may.tong@inginvestment.com
meg.hoffmaster@inginvestment.com
melanie.russell@inginvestment.com
melissa.zhang@inginvestment.com
michael.cormican@inginvestment.com
michael.fenske@inginvestment.com
michael.hyman@inginvestment.com
michael.kuchler@inginvestment.com
michael.lefurge@inginvestment.com
michael.look@inginvestment.com
michael.mata@inginvestment.com
michael.pytosh@inginvestment.com
michael.suen@inginvestment.com
michael.whilby@inginvestment.com
michel.etienne@inginvestment.com
michel.prince@inginvestment.com
michele.bourgeois@inginvestment.com
michelle.halvorsen@inginvestment.com
midhael.weisberg@inginvestment.com
mike.leskinen@inginvestment.com
mike.matusewicz@inginvestment.com
min.kim@inginvestment.com
mohamed.basma@inginvestment.com

mousumi.chinara@inginvestment.com
naveen.bobba@inginvestment.com
neal.parikh@inginvestment.com
nedelka.white@inginvestment.com
okelo.bristol@inginvestment.com
olga.khodosh@inginvestment.com
oliver.wong@inginvestment.com
omar.aguilar@inginvestment.com
pafmiddleoffice@inginvestment.com
paul.aronson@inginvestment.com
paul.birish@inginvestment.com
paul.bukowski@inginvestment.com
paul.buren@inginvestment.com
paul.chen@inginvestment.com
paul.flynn@inginvestment.com
paul.zemsky@inginvestment.com
pavel.vaynshtok@inginvestment.com
peter.guan@inginvestment.com
peter.komarek@inginvestment.com
peter.li@inginvestment.com
peter.thorpe@inginvestment.com
philip.schwartz@inginvestment.com
pierre.couture@inginvestment.com
prashant.goyal@inginvestment.com
quant_rsch@inginvestment.com
rachel.lauber@inginvestment.com
rachelle.justice@inginvestment.com
raj.makhija@inginvestment.com
randall.parrish@inginvestment.com
randall.williamson@inginvestment.com
rao.casturi@inginvestment.com
rawls.morrow@inginvestment.com
ray.dietman@inginvestment.com
richard.cumberledge@inginvestment.com
richard.dichillo@inginvestment.com
richard.saler@inginvestment.com
richard.welsh@inginvestment.com
rick.nelson@inginvestment.com
ripal.patel@inginvestment.com
rob.turner@inginvestment.com
robbie.klein@inginvestment.com
robert.boucher@inginvestment.com
robert.chambers@inginvestment.com
robert.kinsey@inginvestment.com
robert.pontbriand@inginvestment.com
robert.presser@inginvestment.com
robert.rokhsar@inginvestment.com
robert.schonbrunn@inginvestment.com
robert.thompson@inginvestment.com
robert.wilson@inginvestment.com
rrichar@inginvestment.com
rubin.chen@inginvestment.com
russell.faulkner@inginvestment.com
ryan.nellums@inginvestment.com
ryan.simmons@inginvestment.com
sal.digangi@inginvestment.com
sarah.sullivan@inginvestment.com
scott.a.frost@inginvestment.com
scott.barber@inginvestment.com
scott.froehlich@inginvestment.com

scott.lewis@inginvestment.com
scott.mills@inginvestment.com
scott.wetherington@inginvestment.com
sean.banai@inginvestment.com
seth.finkelstein@inginvestment.com
shannon.servaes@inginvestment.com
sharad.madkekar@inginvestment.com
shiv.mehta@inginvestment.com
shonna.davidson@inginvestment.com
spencer.phua@inginvestment.com
stan.berdnick@inginvestment.com
stan.zou@inginvestment.com
stephane.arvanitis@inginvestment.com
stephen.buschbom@inginvestment.com
stephen.coll@inginvestment.com
stephen.dougherty@inginvestment.com
stephen.gallant@inginvestment.com
stephen.kristofco@inginvestment.com
stephen.pounds@inginvestment.com
stephen.rose@inginvestment.com
steve.rayner@inginvestment.com
steve.reisenauer@inginvestment.com
steve.salopek@inginvestment.com
steve.sedmak@inginvestment.com
steve.sedmark@inginvestment.com
sucheta.rawal@inginvestment.com
suresh.krishnamoorthy@inginvestment.com
susan.barrett@inginvestment.com
tanya.vellieux@inginvestment.com
tao.tang@inginvestment.com
taryn.howard@inginvestment.com
ted.naeckel@inginvestment.com
teneisha.wilson@inginvestment.com
tiago.requeijo@inginvestment.com
tian.mu@inginvestment.com
tim.biggs@inginvestment.com
tim.mccrady@inginvestment.com
tim.sundell@inginvestment.com
tim.wittich@inginvestment.com
tobias.tolino@inginvestment.com
todd.bates@inginvestment.com
tom.voglewede@inginvestment.com
tracy.mccullough@inginvestment.com
travis.king@inginvestment.com
troy.ellis@inginvestment.com
tucker.morrissey@inginvestment.com
uri.landesman@inginvestment.com
valerie.clay-bey@inginvestment.com
valinda.arnett-patton@inginvestment.com
victor.rodriguez@inginvestment.com
vidur.sachdeva@inginvestment.com
vikram.chawda@inginvestment.com
vincent.baria@inginvestment.com
vincent.costa@inginvestment.com
vinny.tucci@inginvestment.com
vladik.shutoy@inginvestment.com
warren.miller@inginvestment.com
wayne.bi@inginvestment.com
wayne.forbes@inginvestment.com
wendy.sawchuk@inginvestment.com

werner.muehlemann@inginvestment.com
werner.stanzl@inginvestment.com
william.peck@inginvestment.com
xin.li@inginvestment.com
yeonhee.oh@inginvestment.com
ying.qiu@inginvestment.com
yingli.zhu@inginvestment.com
zena.irving@inginvestment.com
anita.kelley@inginvestments.com
calvin.lee@inginvestments.com
hans.stoter@inginvestments.com
martin.lilianthal@inginvestments.com
wenbo.zhou@inginvestments.com
michael.gioffre@inginvestmnet.com
ecimilluca@ing-mag.com
smillar@ingnz.com
philippe.du-chatelier@ingpatrimoine.com
raoul.martinez@ingpatrimoine.com
valerie.piquard@ingpatrimoine.com
alex.arkema@ing-re.nl
c.kayser@inka-kag.de
j.hoffmann@inka-kag.de
s.hoberg@inka-kag.de
t.langohr@inka-kag.de
t.schroeter@inka-kag.de
charles.stours@innocap.com
ian.brissette@innocap.com
mario.racicot@innocap.com
marion.nazareth@innocap.com
mathieu.giroux@innocap.com
myriam.moisan@innocap.com
nisha.goriah@innocap.com
tarek.ghozayel@innocap.com
walid.hached@innocap.com
f.jungo@innovest.at
bucalossi.annalisa@insedia.interbusiness.it
cellai.gioia@insedia.interbusiness.it
marras.antonio@insedia.interbusiness.it
mastropasqua.cristina@insedia.interbusiness.it
pariotti.massimo@insedia.interbusiness.it
trebeschi.giorgio@insedia.interbusiness.it
abdallah.nauphal@insightinvestment.com
adam.coney@insightinvestment.com
adrian.benedict@insightinvestment.com
adrian.grey@insightinvestment.com
adrian.pogson@insightinvestment.com
alan.porter@insightinvestment.com
alastair.moffatt@insightinvestment.com
alex.illingworth@insightinvestment.com
alex.toms@insightinvestment.com
alex.veroude@insightinvestment.com
alexander.moss@insightinvestment.com
alison.arthurs@insightinvestment.com
alvar.chambers@insightinvestment.com
andrew.giles@insightinvestment.com
andrew.wickham@insightinvestment.com
andrew.wilson@insightinvestment.com
andy.cawker@insightinvestment.com
andy.evans@insightinvestment.com
angela.bland@insightinvestment.com

angie.hart@insightinvestment.com
anna.brodey@insightinvestment.com
anna.piney@insightinvestment.com
anna.stevens@insightinvestment.com
anne.opitz@insightinvestment.com
anthony.penson@insightinvestment.com
april.larusse@insightinvestment.com
ashton.parker@insightinvestment.com
barry.widdows@insightinvestment.com
bilal.raja@insightinvestment.com
bill.clarke@insightinvestment.com
bonnie.abdul-aziz@insightinvestment.com
boyan.filev@insightinvestment.com
brian.mcdonald@insightinvestment.com
carl.burdett@insightinvestment.com
carola.lawton-browne@insightinvestment.com
charmaine.redman@insightinvestment.com
chris.brown@insightinvestment.com
chris.harris@insightinvestment.com
christine.farquhar@insightinvestment.com
claire.jamieson@insightinvestment.com
clive.williamson@insightinvestment.com
colin.cave@insightinvestment.com
craig.colenso@insightinvestment.com
craig.mackenzie@insightinvestment.com
craig.pennington@insightinvestment.com
dale.thomas@insightinvestment.com
daniel.west@insightinvestment.com
danny.fox@insightinvestment.com
david.averre@insightinvestment.com
david.headland@insightinvestment.com
david.hooker@insightinvestment.com
david.marchant@insightinvestment.com
david.norman@insightinvestment.com
david.sander@insightinvestment.com
denise.pollard-knight@insightinvestment.com
diane.hardman@insightinvestment.com
diane.stanning@insightinvestment.com
dinusha.gajasinghe@insightinvestment.com
dominic.neary@insightinvestment.com
douglas.ferrans@insightinvestment.com
edmund.robinson@insightinvestment.com
eleanor.price@insightinvestment.com
elia.soutou@insightinvestment.com
eric.moore@insightinvestment.com
firstname.surname@insightinvestment.com
frank.burke@insightinvestment.com
gareth.colesmith@insightinvestment.com
gary.mairs@insightinvestment.com
gavin.green@insightinvestment.com
george.gosden@insightinvestment.com
gillian.elcock@insightinvestment.com
glyn.thomas@insightinvestment.com
graeme.lyness@insightinvestment.com
hayley.bewg@insightinvestment.com
hilary.lopez@insightinvestment.com
iain.mcneill@insightinvestment.com
ian.aylward@insightinvestment.com
ian.macdonald@insightinvestment.com
ingrid.iversen@insightinvestment.com

isobel.lee@insightinvestment.com
jake.newman@insightinvestment.com
jake.robbins@insightinvestment.com
james.debunsen@insightinvestment.com
james.mckean@insightinvestment.com
jane.knight@insightinvestment.com
jason.fredman@insightinvestment.com
jennifer.kozak@insightinvestment.com
jessica.andrews@insightinvestment.com
john.bearman@insightinvestment.com
john.phillips@insightinvestment.com
john.wong@insightinvestment.com
jon.mills@insightinvestment.com
jonathan.fieldsend@insightinvestment.com
jonathan.groom@insightinvestment.com
jonathan.jackson@insightinvestment.com
joseph.hamilton@insightinvestment.com
joy.yang@insightinvestment.com
julian.bishop@insightinvestment.com
julien.cuisinier@insightinvestment.com
juliet.davis@insightinvestment.com
justine.battle@insightinvestment.com
karen.irons@insightinvestment.com
karine.jesiolowski@insightinvestment.com
kate.pettem@insightinvestment.com
keith.lovett@insightinvestment.com
kerry.tenkate@insightinvestment.com
kevin.coney@insightinvestment.com
kevin.scutt@insightinvestment.com
kevin.yates@insightinvestment.com
kunle.akintoye@insightinvestment.com
lionel.trigalou@insightinvestment.com
lorraine.kitson@insightinvestment.com
lorraine.specketer@insightinvestment.com
lucy.saunders@insightinvestment.com
lucy.speake@insightinvestment.com
malcolm.todd@insightinvestment.com
marie.rossi@insightinvestment.com
mark.connolly@insightinvestment.com
mark.groep@insightinvestment.com
mark.manduca@insightinvestment.com
mark.sander@insightinvestment.com
mark.williams@insightinvestment.com
mark.winter@insightinvestment.com
martin.ayres@insightinvestment.com
matthew.cooke@insightinvestment.com
matthew.mckelvey@insightinvestment.com
matthew.merritt@insightinvestment.com
matthew.penfold@insightinvestment.com
meiwah.yung@insightinvestment.com
michael.ford@insightinvestment.com
michael.jones@insightinvestment.com
mohamed.siddeeq@insightinvestment.com
neil.cooper@insightinvestment.com
neil.easterbrook@insightinvestment.com
neil.walker@insightinvestment.com
nicholas.malins-smith@insightinvestment.com
nick.anderson@insightinvestment.com
nigel.pullen-warner@insightinvestment.com
paul.amer@insightinvestment.com

paul.brown@insightinvestment.com
paul.chu@insightinvestment.com
paul.marriage@insightinvestment.com
paul.rochester@insightinvestment.com
paul.sharp@insightinvestment.com
peter.bentley@insightinvestment.com
peter.joslin@insightinvestment.com
peter.machlachlan@insightinvestment.com
peter.mcloughlin@insightinvestment.com
philip.barleggs@insightinvestment.com
pwilliams@insightinvestment.com
rachel.collingridge@insightinvestment.com
rachel.crossley@insightinvestment.com
raj.gunaratna@insightinvestment.com
ranbir.lakhpuri@insightinvestment.com
reza.vishkai@insightinvestment.com
richard.howarth@insightinvestment.com
richard.nibloe@insightinvestment.com
richard.wiseman@insightinvestment.com
robert.gall@insightinvestment.com
robert.james@insightinvestment.com
rory.anderson@insightinvestment.com
rosalind.morais@insightinvestment.com
russell.good@insightinvestment.com
russell.wright@insightinvestment.com
sacha.green@insightinvestment.com
sam.ball@insightinvestment.com
sandra.willens@insightinvestment.com
sandy.black@insightinvestment.com
sanjay.gupta@insightinvestment.com
sean.mccloskey@insightinvestment.com
shaheer.guirguis@insightinvestment.com
shomas.kayani@insightinvestment.com
simon.shaw@insightinvestment.com
simon.whiteley@insightinvestment.com
stefano.sclano@insightinvestment.com
stephen.ashurst@insightinvestment.com
steve.waddington@insightinvestment.com
steve.waygood@insightinvestment.com
stewart.tan@insightinvestment.com
stuart.eaton@insightinvestment.com
stuart.taylor@insightinvestment.com
susanne.gallie@insightinvestment.com
suzanne.smith@insightinvestment.com
tim.rees@insightinvestment.com
timothy.whitehead@insightinvestment.com
toby.hayes@insightinvestment.com
trevor.petch@insightinvestment.com
victoria.jensen@insightinvestment.com
william.claxtonsmith@insightinvestment.com
yvonne.mcgrann@insightinvestment.com
robert.simpson@insightinvestments.com
gordon.wallace@insightivetments.com
ffrassino@insinger.it
fkee@insinger.com
gbergantino@insinger.it
jgrubben@insinger.com
mbaltus@insinger.com
mbressers@insinger.com
rguijt@insinger.com

| | | |
|---|---|---|
| rmuller@insinger.com | eddy.wauters@interbrew.com | giannisa@intertrust.gr |
| tmuller@insinger.com | francois.jaclot@interbrew.com | enricoklippelarden@intesabci.it |
| charles.warner@instinet.com | gert.magis@interbrew.com | enzocareddu@intesabci.it |
| nicole.campbell@instinet.com | heinz-peter.roehle@interbrew.com | fedelecova@intesabci.it |
| steve.tosi@instinet.com | isabelle.lefevre@interbrew.com | fernandoperezpiaggio@intesabci.it |
| makado_akira@intec.co.jp | jansenar@interbrew.nl | mariaelenazappa@intesabci.it |
| abasham@integrabank.com | jerry.fowden@interbrew.com | paologribaudi@intesabci.it |
| abenedict@integrabank.com | john.brock@interbrew.com | riccardoserrini@intesabci.it |
| atourikian@integrabank.com | ludovic.delbalzo@interbrew.com | robertociasca@intesabci.it |
| dmitchell@integrabank.com | marc.gallet@interbrew.com | ruben.logatto@intesabci.co.uk |
| dnewkirk@integrabank.com | myriam.calvera@interbrew.com | adebenedittis@intesabcius.com |
| jhunt@integrabank.com | patrice.thys@interbrew.com | rchang@intesabcius.com |
| lbabar@integrabank.com | patrick.verelst@interbrew.com | abrizi@intesasanpaolo.us |
| mcarson@integrabank.com | ria.beckers@interbrew.com | andrea.crivelli@intesasanpaolo.com |
| rpasserine@integrabank.com | sophia.baah@interbrew.com | andrea.tamagini@intesasanpaolo.com |
| scraig@integrabank.com | sant.int1@interbusiness.it | cristiana.giua@intesasanpaolo.com |
| neils@integralcapital.com | alvaro.chimeno@interdin.com | cristina.paltrinieri@intesasanpaolo.com |
| andres.tcach@intel.com | c.freischutz@interdin.com | czahedi@intesasanpaolo.com |
| brandon.m.diersch@intel.com | carlos.sanchez@interdin.com | dambarus@intesasanpaolo.us |
| brianx.t.baker@intel.com | cristina.santa@interdin.com | daniele.dolci@intesasanpaolo.com |
| carrie.j.moore@intel.com | elena.hurtado@interdin.com | elena.moretti1@intesasanpaolo.com |
| chris.barnes@intel.com | eva.santos@interdin.com | fmalvetani@intesasanpaolo.us |
| daniel.p.docter@intel.com | ignacio.zarza@interdin.com | franco.cugnach@intesasanpaolo.com |
| dharma.s.bajpai@intel.com | javier.dominguez@interdin.com | gianfranco.marin@intesasanpaolo.com |
| evantz.perodin@intel.com | jesus.aparicio@interdin.com | giorgio.guerra@intesasanpaolo.com |
| federico.perciavalle@intel.com | jn.pagnoux@interdin.com | giovanni.moccajatta@intesasanpaolo.com |
| francis.o.idehen@intel.com | maddalena.liccione@interdin.com | guido.lavia@intesasanpaolo.com |
| james.m.nguyen@intel.com | mercedes.tera@interdin.com | james.brotherston@intesasanpaolo.co.uk |
| julissa.vasquez@intel.com | montse.ramon@interdin.com | kevin.cavolo@intesasanpaolo.com |
| keiichi.mitsuno@intel.com | pilar.campillos@interdin.com | lcaddeo@intesasanpaolo.us |
| mike.j.burns@intel.com | pvazques@interdin.com | luca.taranta@intesasanpaolo.com |
| mike.j.hendrickson@intel.com | sofia.anton@interdin.com | manuela.banfi@intesasanpaolo.com |
| nanbara.regan@intel.com | denis.urbany@interepargne.fr | mariagabriella.coscarella@intesasanpaolo.com |
| nathan.r.palmer@intel.com | eric.hebel@interepargne.fr | mauro.zaniboni@intesasanpaolo.it |
| regan.nanbara@intel.com | jean-louis.delhay@interepargne.fr | noemi.osio@intesasanpaolo.co.uk |
| richard.ng@intel.com | olivier.bussiere@interepargne.fr | paolo.oppizzio@intesasanpaolo.com |
| shiong.tan@intel.com | carlo.jansen@inter-ikea.com | rose.gramegna@intesasanpaolo.com |
| stuart.i.odell@intel.com | carsten.bonde@inter-ikea.com | rpezzo@intesasanpaolo.us |
| tamiko.hutchinson@intel.com | fredrik.lagerbielke@inter-ikea.com | tvezauskas@intesasanpaolo.us |
| xu.cheng@intel.com | helge.gjertsen@inter-ikea.com | valeria.caielli@intesasanpaolo.com |
| johannes.kraemer@inter.de | henrik.hackenberg@inter-ikea.com | wkarcher@intesasanpaolo.us |
| philippe.kiewiet@inter.nl.net | henrik.hviid@inter-ikea.com | emanuela.china@intesasanpaoloprivate.it |
| alberto.delfino@interbanca.it | herman.loys@inter-ikea.com | maurizio.guala@intesasanpaoloprivate.it |
| alessandro.allievi@interbanca.it | joergen.soerensen@inter-ikea.com | luisellacalcante@intesasgr.it |
| barbara.bossi@interbanca.it | lars.rodert@inter-ikea.com | andrea.ferrari@intesavita.it |
| bernardo.marfia@interbanca.it | ole.nielsen@inter-ikea.com | erik.stattin@intesavita.it |
| franco.fiameni@interbanca.it | tomas.klevbo@inter-ikea.com | paolo.polloni@intesavita.it |
| giuseppe.dominici@interbanca.it | dforer@intermarketcorp.net | stefano.negri@intesavita.it |
| guiseppe.mellerio@interbanca.it | rgaviglio@intermarketcorp.net | dskandalis@intlassets.com |
| mariacarla.roth@interbanca.it | tpborger@intermarketcorp.net | sswords@intlassets.com |
| nicola.ciurlino@interbanca.it | dbr.van.toren@interpolis.nl | akatsuka4131@intra.cosmo-sec.co.jp |
| piergiorgio.gabbi@interbanca.it | e.hulsegge@interpolis.nl | doubayashi1111@intra.cosmo-sec.co.jp |
| pierluigi.borle@interbanca.it | m.roberts@interpolis.nl | fukasawa5936@intra.cosmo-sec.co.jp |
| pino.mellerio@interbanca.it | mhw.hutten@interpolis.nl | hogi7973@intra.cosmo-sec.co.jp |
| rita.capocasale@interbanca.it | npa.vd.berg@interpolis.nl | ishikita0139@intra.cosmo-sec.co.jp |
| roberta.farina@interbanca.it | r.foss@interpolis.nl | ishizaka7385@intra.cosmo-sec.co.jp |
| ugo.renda@interbanca.it | real.estate.pens@interpolis.nl | itatani6148@intra.cosmo-sec.co.jp |
| christine.delhaye@interbrew.com | s.de.groot@interpolis.nl | kataoka8046@intra.cosmo-sec.co.jp |
| dana.radu@interbrew.com | sk.lam@interpolis.nl | kuriu8587@intra.cosmo-sec.co.jp |
| derek.hurst@interbrew.com | prm.sennema@interpolispensioenen.nl | nakagawa6245@intra.cosmo-sec.co.jp |

nishimuta8108@intra.cosmo-sec.co.jp
ou7240@intra.cosmo.co.jp
sunagawa8026@intra.cosmo-sec.co.jp
uchida8447@intra.cosmo-sec.co.jp
yoshimoto6121@intra.cosmo-sec.co.jp
bonamicobpel@intranet.etr.it
gretibpel@intranet.etr.it
anders.ek@inv.spp.se
ann-mari.carlsson@inv.spp.se
jmoehling@inv.uchicago.edu
jrupp@inv.uchicago.edu
karin.moberg@inv.spp.se
kenth.petersson@inv.spp.se
lans-goran.orrevall@inv.spp.se
lmuchow@inv.uchicago.edu
matt.stone@inv.uchicago.edu
pbansal@inv.uchicago.edu
geoff@inveobwc.com
jim@inveobwc.com
aalcaraz@invercaixa.es
acalle@invercaixa.es
aizard@invercaixa.es
asegurado@invercaixa.es
avega@invercaixa.es
bduran@invercaixa.es
bgonzalez@invercaixa.es
cbugallal@invercaixa.es
cgallo@invercaixa.es
crobles@invercaixa.es
ctorrent@invercaixa.es
elena.martin@invercaixa.es
emartin@invercaixa.es
eraggioq@invercaixa.es
etacata@invercaixa.es
etakata@invercaixa.es
fcarrasco@invercaixa.es
fsanchezs@invercaixa.es
ghermida@invercaixa.es
gsierra@invercaixa.es
jabitbol@invercaixa.es
jaguilar@invercaixa.es
jbarrenechea@invercaixa.es
jblanco@invercaixa.es
jfraile@invercaixa.es
jgarcia@invercaixa.es
jgarrido@invercaixa.es
jguasch@invercaixa.es
jlecube@invercaixa.es
jmachado@invercaixa.es
jrada@invercaixa.es
jtrujillano@invercaixa.es
jviladrosa@invercaixa.es
jvillanueva@invercaixa.es
lmarzo@invercaixa.es
lmerino@invercaixa.es
malcazar@invercaixa.es
mherrera@invercaixa.es
mmacho@invercaixa.es
mmonforte@invercaixa.es
mpernas@invercaixa.es

mraboso@invercaixa.es
palbelda@invercaixa.es
pmartinez@invercaixa.es
pmateu@invercaixa.es
pperez@invercaixa.es
psuarez@invercaixa.es
rmorales@invercaixa.es
sbannaty@invercaixa.es
sgete@invercaixa.es
srubio@invercaixa.es
svallaure@invercaixa.es
tomasheredia@invercaixa.es
aaron_drake@invesco.com
adam_cooke@ldn.invesco.com
adam_harnetty@ldn.invesco.com
adrian.bignell@hen.invesco.com
adrian_bradshaw@hen.invesco.com
al_grossi@den.invesco.com
alan_chao@invesco.com
alex_eidelzon@invesco.com
alex_smedley@ldn.invesco.com
alexandra_ivanova@invesco.com
ali_bernat@ldn.invesco.com
amit_staub@invesco.com
amy_robertson@invesco.com
andrew_jones@hen.invesco.com
andrew_rofe@ldn.invesco.com
andy_crossley@hen.invesco.com
andy_kiehl@invesco.com
angus_pottinger@ldn.invesco.com
anna_zable@invesco.com
anne_dickinson@ldn.invesco.com
asad_bhatti@hen.invesco.com
austin_mayberry@invesco.com
bankloan_analysts@invesco.com
ben_allison@invesco.com
ben_constable-maxwell@ldn.invesco.com
ben_hendrix@invesco.com
berhard_pfaff@fra.invesco.com
bob_sievert@invesco.com
bob_yerbury@hen.invesco.com
brian_caldwell@invesco.com
brian_mitchell@invesco.com
brian_norris@invesco.com
brian_schneider@invesco.com
bryan_hicks@invesco.com
buck_phillips@den.invesco.com
cameron_clemet@invesco.com
caroline_cheetham@ldn.invesco.com
charles.dubois@ny.invesco.com
charles_bishop@invesco.com
charlotte_swift@ldn.invesco.com
cheri_wilson@invesco.com
chris_burke@invesco.com
chris_utz@invesco.com
christine_chung@invesco.com
christopher_galtenberg@invesco.com
chuck_burge@invesco.com
crystal_smith@invesco.com
dan_leonard@den.invesco.com

dana_moore@ldn.invesco.com
david.diao@invesco.com
david_lyle@invesco.com
david_meyers@invesco.com
david_moss@ldn.invesco.com
david_shnaps@ldn.invesco.com
david_todd@ldn.invesco.com
davis_smith@invesco.com
dawanna_johnson@invesco.com
dean_newman@ldn.invesco.com
donald.young@ny.invesco.com
donald_osbourne@invesco.com
donna_wilson@invesco.com
douglas_fokuo@ldn.invesco.com
eliot_honaker@invesco.com
elizabeth_clark@invesco.com
ella_hoxha@ldn.invesco.com
erik.jensen@ny.invesco.com
erik_grenade@den.invesco.com
european_team@ldn.invesco.com
evelyn_feliciano@invesco.com
femi_awotesu@ldn.invesco.com
firstname_surname@ldn.invesco.com
francisco_salva@den.invesco.com
frederic_bensimon@par.invesco.com
frederique_carrier@ldn.invesco.com
george_lynch@invesco.com
giridhar.naidana@invesco.com
glen_murphy@invesco.com
glenn_bowling@invesco.com
greg_gorman@invesco.com
greg_kersch@ldn.invesco.com
greg_wessel@invesco.com
gregory.stoekle@ny.invesco.com
gregory_stoeckle@invesco.com
gschaal@invesco.com
habib_subjally@ldn.invesco.com
howard_goldstein@invesco.com
hunter_hackney@invesco.com
ian_brady@hen.invesco.com
inge_cosby@den.invesco.com
jack_loudoun@ldn.invesco.com
jacob_habibi@invesco.com
jacob_kleehamer@invesco.com
james_willis@invesco.com
jane_wride@ldn.invesco.com
janice_jones@ldn.invesco.com
jay_boyd@invesco.com
jeff_deetsch@invesco.com
jeffrey_bergren@invesco.com
jeffrey_gallo@invesco.com
jeffrey_taylor@hen.invesco.com
jelena_petrovic@invesco.com
jennifer_morrissey@invesco.com
jennifer_sheppard@invesco.com
jennifer_vanetten@invesco.com
jenny_gullen@ldn.invesco.com
jens_langewand@fra.invesco.com
joan_mcmullen@den.invesco.com
john_cleary@ldn.invesco.com

john_craddock@invesco.com
john_greenwood@ldn.invesco.com
john_marshall@invesco.com
john_somers@ldn.invesco.com
john_surplice@hen.invesco.com
jonathan_brock@ldn.invesco.com
joseph_rotondo@invesco.com
josh_mcauliffe@invesco.com
joshua_cooney@invesco.com
karen_buckley@invesco.com
karen_klapper@invesco.com
karim_zetchi@par.invesco.com
katarzyna_woja@ldn.invesco.com
katharina_hoyland@hen.invesco.com
katherine_langridge@hen.invesco.com
kathryn_langridge@hen.invesco.com
keeling_harris@invesco.com
ken_foy@invesco.com
kerry_bissell@ldn.invesco.com
kevin_collins@invesco.com
kevin_moore@invesco.com
kevin_petrovcik@invesco.com
kevin_schmidt@invesco.com
kotaro_miyata@ldn.invesco.com
kristen_saunders@den.invesco.com
kyle_dawkins@invesco.com
lachlan_callander@au.invesco.com
lance_miller@invesco.com
laura_paine@invesco.com
lgreenwood@ldn.invesco.com
lindsay_missen@ldn.invesco.com
lori_radford@invesco.com
louis_lemos@invesco.com
luca_polenghi@ldn.invesco.com
mari_kawawa@invesco.com
mark_barnett@hen.invesco.com
mark_bowling@invesco.com
mark_dowding@ldn.invesco.com
mark_harris@ldn.invesco.com
mark_heaney@invesco.com
mark_matthews@invesco.com
mark_nash@ldn.invesco.com
marney_merrett@hen.invesco.com
martin_walker@hen.invesco.com
martin_weiss@hen.invesco.com
marvin_flewellen@invesco.com
matt_cameron@invesco.com
matt_straub@invesco.com
max_dalziel@ldn.invesco.com
melissa_duffy@invesco.com
michael.witte@ny.invesco.com
michael_andrich@den.invesco.com
michael_joynson@hen.invesco.com
michael_matthews@hen.invesco.com
michael_pattinson@ldn.invesco.com
michael_schwartz@invesco.com
michael_witte@invesco.com
mick_heyman@invesco.com
mike_arnold@invesco.com
mike_gray@invesco.com

mike_mcdonagh@ldn.invesco.com
nan_zhengna@invesco.com
neil_woodford@hen.invesco.com
neville_sprigg@ldn.invesco.com
nick_turner@ldn.invesco.com
nicolas_joonekindt@par.invesco.com
nicole_miritello@invesco.com
nina_tao@invesco.com
norman_combest@invesco.com
nuren_geodakov@invesco.com
oliver_boulind@invesco.com
oliver_tinkler@ldn.invesco.com
olivier_brigot@par.invesco.com
paige_dennison@invesco.com
pam_heichelbech@invesco.com
parag.saxena@ny.invesco.com
pat_lewis@invesco.com
patrick_gallaway@invesco.com
paul_causer@hen.invesco.com
paul_english@invesco.com
paul_nash@ldn.invesco.com
paul_read@hen.invesco.com
peter_jarvis@ldn.invesco.com
peter_kawada@invesco.com
peter_kruppa@ldn.invesco.com
peter_wollman@invesco.com
philip.horgan@ny.invesco.com
philip_raciti@invesco.com
ramla_hasanali@invesco.com
ray_janssen@invesco.com
rebecca_robison@invesco.com
rgaller@invesco.com
rhys_davies@hen.invesco.com
rich_king@invesco.com
rich_robben@invesco.com
richard.chapman@ldn.invesco.com
richard_fang@invesco.com
rick_turnock@invesco.com
rishi_chullani@invesco.com
robert_bayer@invesco.com
roy_bracher@ldn.invesco.com
russel_matthews@ldn.invesco.com
ryan_jaggers@invesco.com
ryan_watts@invesco.com
s.campbell@ldn.invesco.com
sam_baldwin@hen.invesco.com
sam_mason@invesco.com
sandra_harris@invesco.com
sanjay_jagtiani@invesco.com
scott_baskind@invesco.com
scott_case@invesco.com
scott_goldsmith@invesco.com
seth_misshula@invesco.com
shannon_burnett@invesco.com
stephanie_gerrard@hen.invesco.com
stephanie_marshall@invesco.com
stephanie_visayze@par.invesco.com
stephanie_wu@hen.invesco.com
stephen_anness@hen.invesco.com
stephen_boggs@invesco.com

stephen_finley@invesco.com
steve.turman@invesco.com
steve_lelaurin@invesco.com
stuart_stanley@ldn.invesco.com
terri_james@invesco.com
thomas.mills@invesco.com
thomas_ewald@invesco.com
thomas_wong@invesco.com
tim_lasham@invesco.com
tom_schieber@den.invesco.com
tony.wong@invesco.com
tony_semak@invesco.com
trena_johnston@invesco.com
van_simmons@invesco.com
walter_goodwin@invesco.com
william.merson@ny.invesco.com
william_shuttleworth@ldn.invesco.com
young_lee@invesco.com
abhishek.gami@invescoaim.com
buffi.colquitt@invescoaim.com
darrell.zwink@invescoaim.com
mark.greenberg@invescoaim.com
sahiba.chadha@invescoaim.com
steven.santore@invescoaim.com
mzhang@invescodallas.com
francine_loomiller@invescofunds.com
jody_toombs@invescofunds.com
judy_reed@invescofunds.com
michelle_espelien@invescofunds.com
andrew_shard@invescoperpetual.co.uk
andy_varey@invescoperpetual.co.uk
david_miller@invescoperpetual.co.uk
greg.kirsh@invescoperpetual.com
kate_england@invescoperpetual.co.uk
lewis_aubrey-johnson@invescoperpetual.co.uk
liesbeth_rubinstein@invescoperpetual.co.uk
mark_harding@invescoperpetual.co.uk
nicholas_mason@invescoperpetual.co.uk
nick.hamilton@invescoperpetual.co.uk
paul_green@invescoperpetual.co.uk
stephen_lamacraft@invescoperpetual.co.uk
vivienne_ballico@invescoperpetual.co.uk
william_lam@invescoperpetual.co.uk
xaime.quiroga@invescoperpetual.co.uk
amazian@invest.treas.state.mi.us
astange@invest.treas.state.mi.us
avannoord@invest.treas.state.mi.us
bbecker@invest.treas.state.mi.us
bkruszka@invest.treas.state.mi.us
bliikala@invest.treas.state.mi.us
elkordym@invest.treas.state.mi.us
gfeldpau@invest.treas.state.mi.us
gharriso@invest.treas.state.mi.us
gparker@invest.treas.state.mi.us
hjames@invest.treas.state.mi.us
jbehar@invest.treas.state.mi.us
jbraeuti@invest.treas.state.mi.us
jjohnson@invest.treas.state.mi.us
jklimas@invest.treas.state.mi.us
jrichard@invest.treas.state.mi.us

kmoffatt@invest.treas.state.mi.us
melkordy@invest.treas.state.mi.us
mmaat@invest.treas.state.mi.us
mporrell@invest.treas.state.mi.us
rholcomb@invest.treas.state.mi.us
rjones@invest.treas.state.mi.us
sjames@invest.treas.state.mi.us
tkulinski@invest.treas.state.mi.us
tsinclai@invest.treas.state.mi.us
tsmith@invest.treas.state.mi.us
ttownsel@invest.treas.state.mi.us
twarstler@invest.treas.state.mi.us
vambekar@invest.treas.state.mi.us
wtyler@invest.treas.state.mi.us
aazfar@investcorp.com
aiyer@investcorp.com
amullins@investcorp.com
anhussain@investcorp.com
dchou@investcorp.com
dpaliouras@investcorp.com
enakon@investcorp.com
funds@investcorp.com
jfranklin@investcorp.com
kraecke@investcorp.com
maradi@investcorp.com
mlongo@investcorp.com
nabboud@investcorp.com
pbanerjee@investcorp.com
pkolluri@investcorp.com
rlin@investcorp.com
smalhotra@investcorp.com
swilson@investcorp.com
tboysson@investcorp.com
vwang@investcorp.com
wmajdalani@investcorp.com
ychen@investcorp.com
sxu@investec.co.za
adrian.jackson@investecmail.com
alastair.mundy@investecmail.com
andrew.green@investecmail.com
angela.grim@investecmail.com
anna.lees-jones@investecmail.com
ben.williams@investecmail.com
chris.ohare@investecmail.com
christine.baalham@investecmail.com
christopher.prangle@investecmail.com
damien.kearney@investecmail.com
daniel.mcmillan@investecmail.com
daniel.sacks@investecmail.com
greg.kuhnert@investecmail.com
harsha.patel@investecmail.com
jerry.toner@investecmail.com
joanne.elkins@investecmail.com
john.hildebrand@investecmail.com
jonathan.adams@investecmail.com
kieran.roane@investecmail.com
marc.abrahams@investecmail.com
mark.breedon@investecmail.com
mark.sloan@investecmail.com
mark.wynne-jones@investecmail.com

mimi.ferrini@investecmail.com
nicolaas.alberts@investecmail.com
nigel.hankin@investecmail.com
peggysue.khumalo@investecmail.com
peter.burbank@investecmail.com
philip.whittome@investecmail.com
pippa.wimble@investecmail.com
richard.saldanha@investecmail.com
robert.bricout@investecmail.com
roger.cursley@investecmail.com
ruchir.patel@investecmail.com
sam.houlie@investecmail.com
sandi.merwitz@investecmail.com
sheila.butterly@investecmail.com
tammy.lloyd@investecmail.com
tarlock.randhawa@investecmail.com
terrence.moll@investecmail.com
tim.o'dell@investecmail.com
a.buder@investkredit.at
p.tschusch@investkredit.at
iain.brown@insight.investment.com
idalis.negron@investment.com
george.chalamandaris@investment-bank.gr
gjohnson@investmentcounselors.com
lteter@investmentcounselors.com
rmaue@investmentcounselors.com
isb@investmentsb.com
lgarcia@investra.com.mx
iwickramasinghe@invictafinancial.com
eric.jones@invista.com
rscott@iof.org
s-wada@ioi-onpo.co.jp
d-satou@ioi-sonpo.co.jp
hirosi-kojima@ioi-sonpo.co.jp
k2-nakajima@ioi-sonpo.co.jp
kannari@ioi-sonpo.co.jp
kazunori-ogihara@ioi-sonpo.co.jp
k-hasegawa@ioi-sonpo.co.jp
k-kawate@ioi-sonpo.co.jp
k-miyabe@ioi-sonpo.co.jp
m2-suzuki@ioi-sonpo.co.jp
m-hashimoto@ioi-sonpo.co.jp
m-kusano@ioi-sonpo.co.jp
ogashira@ioi-sonpo.co.jp
satoshi-ito@ioi-sonpo.co.jp
s-matsuo@ioi-sonpo.co.jp
t2-kobayashi@ioi-sonpo.co.jp
t-kawamoto@ioi-sonpo.co.jp
y-hiwatashi@ioi-sonpo.co.jp
y-nakano@ioi-sonpo.co.jp
y-oike@ioi-sonpo.co.jp
carlton.charles@ip.com
carol.tusch@ipaper.com
dominic.turnbull@ipaper.com
mickey.walsh@ipaper.com
osman.memisoglu@ipaper.com
rajat.gupta@ipaper.com
robert.hunkeler@ipaper.com
rosemarie.loffredo@ipaper.com
investments@ipers.org

cw@ipf.dk
brian@ipgsd.com
eugene@ipgsd.com
jenny@ipgsd.com
jdestefano@ipohome.com
lkillian@ipohome.com
mhase@ipohome.com
mlupo@ipohome.com
pbard@ipohome.com
pstiller@ipohome.com
randall_roth@ipohome.com
renaissance@ipohome.com
smith@ipohome.com
ssnyder@ipohome.com
hfbourse@iprolink.ch
peter.mccabe@iptreasury.com
m-uchida1031@iris.eonet.ne.jp
sileanne.wootton@irishlife.ie
afloor@irisresearch.nl
awong@irisresearch.nl
gpeelen@irisresearch.nl
pdjong@irisresearch.nl
tarends@irisresearch.nl
chuck.arrington@ironoakadvisors.com
frances.j.aylor@ironoakadvisors.com
frank.ashby@ironoakadvisors.com
james.savage@ironoakadvisors.com
jeff.markunas@ironoakadvisors.com
jim.mallory@ironoakadvisors.com
lyn.swallen@ironoakadvisors.com
matt.laing@ironoakadvisors.com
scott.yuschak@ironoakadvisors.com
thomas.oneil@ironoakadvisors.com
fankhauser@irv.ch
neuenschwander@irv.ch
brett.vanderkolk@irwinfinancial.com
greg.ehlinger@irwinfinancial.com
adam.hoogland@irwinmortgage.com
alexander.samuel@irwinmortgage.com
donna.magnabosco@irwinmortgage.com
matthew.zickler@irwinmortgage.com
paul.brown@irwinmortgage.com
paul.dolan@irwinmortgage.com
bgbank4@isa.dknet.dk
reed@isaakbond.com
anna.baldursdottir@isb.is
benedikt.gislason@isb.is
bjarni.armannsson@isb.is
bjarni.torfason@isb.is
bjorgvin.olafsson@isb.is
conor.byrne@isb.is
elmar.svavarsson@isb.is
fridrik.magnusson@isb.is
gisli.reynisson@isb.is
haukur.baldvinsson@isb.is
sigthor.gudmundsson@isb.is
sigurdur.magnusson@isb.is
sigvaldi.stefansson@isb.is
steinunn.thordardottir@isb.is
tomas.kristjansson@isb.is

willy.blumenstein@isb.is
erdal.aral@isbank.com.tr
hakan.kartal@isbank.com.tr
ismail.kazanc@isbank.com.tr
mehmet.karakilic@isbank.com.tr
mehmet.turk@isbank.com.tr
serkan.belevi@isbank.com.tr
serkan.kaygalak@isbank.com.tr
tolga.durmusoglu@isbank.com.tr
umit.cetkin@isbank.com.tr
cem.mercikoglu@isbankgmbh.de
susanne.rose@isbankgmbh.de
clynch@isbnj.com
dcama@isbnj.com
rcashill@isbnj.com
morita@isd.taisei.co.jp
garybcm@iserve.net
jimbcm@iserve.net
bjarni.kris@isfba.is
kari.hallgrimsson@isfba.is
tryggvi.davidsson@isfba.is
l.gadreau@isica.fr
p.viallanex@isica.fr
hdhruv@isifunds.com
mbeeler@isifunds.com
vcastro@isifunds.com
bobrien@isigrp.com
mrupp@isigrp.com
tgallagher@isigrp.com
vsingh@isigrp.com
mwarminger@isis.co.uk
alex.shaer@isisam.com
catherine.soulier@isisam.com
daniel.jetton@isisam.com
david.currie@isisam.com
david.navas@isisam.com
debbie.clarke@isisam.com
duncan.blyth@isisam.com
firstname.lastname@isisam.com
gary.thomson@isisam.com
graham.joblin@isisam.com
greg.richmond@isisam.com
guy.trust@isisam.com
hillary.shane@isisam.com
howardbennett@isisam.com
ian.mcfarlane@isisam.com
jonathan.martin@isisam.com
laura.jevons@isisam.com
lucinda.corby@isisam.com
mark.davis@isisam.com
matthewgallagher@isisam.com
peter.hewitt@isisam.com
richard.bell@isisam.com
richard.lehman@isisam.com
richard.lowman@isisam.com
richard.nash@isisam.com
richard.redfern@isisam.com
rodger.mcnair@isisam.com
rowan.chaplin@isisam.com
russel.martin@isisam.com

sebastianhonnibal@isisam.com
sophie.richmond@isisam.com
stephen.grant@isisam.com
stuart.rollason@isisam.com
terry.obrien@isisam.com
william.logie@isisam.com
william.russell@isisam.com
wol.kolade@isisam.com
srusso@ispcorp.com
elia@israelchemicals.co.il
michaelh@israelchemicals.co.il
nathand@israelchemicals.co.il
barakc@israelcorp.com
r.koppang@israeldiscountbank.com
d.lussana@italcementi.it
g.bodo@italcementi.it
l.musicco@italcementi.it
r.lupotto@italcementi.it
claudia.vailati@italease.it
elisabetta.carboni@italease.it
enzo.aina@italease.it
filippo.gromo@italease.it
giuseppe.civaschi@italease.it
massimo.faenza@italease.it
matteo.bassoricci@italease.it
maura.grazzani@italease.it
sammarco.giorgia@italease.it
sarandrea.massimo@italease.it
walter.goldoni@italease.it
laura.fantoni@italtel.it
luca.donna@italtel.it
mariaosa.gorini@italtel.it
mario.fioruzzi@italtel.it
paolo.buiat@italtel.it
rinaldo.tonsi@italtel.it
silvana.temporin@italtel.it
bflamant@itasset.com
golszowy@itasset.com
lgriffedemalval@itasset.com
mfaure@itasset.com
g.berera@itcgr.net
p.zini@itcgr.net
amano-k@itochu.co.jp
andy-fernandes@itochu.co.jp
imazawa-y@itochu.co.jp
kuihara-k@itochu.co.jp
miyachi-k@itochu.co.jp
nagaike-r@itochu.co.jp
odake-k@itochu.co.jp
ogawa-tak@itochu.co.jp
otsukit@itochu.co.jp
shimozumi-y@itochu.co.jp
soga-k@itochu.co.jp
suzuki-atsushi3@itochu.co.jp
takano-yu@itochu.co.jp
takeuchi-toshi@itochu.co.jp
dallen@itsmarta.com
rmccrillis@itsmarta.com
rpmarsh@itsmarta.com
stephen_bergquist@iustrust.com

rohit@ivp.com
jbroadfoot@ivyfunds.com
jconnolly@ivyfunds.com
jwilson@ivymackenzie.com
tooten@ivymackenzie.com
invest@ix.netcom
k.morita@ja-asset.co.jp
h.ibaraki@jabank kyoto.or.jp
imamura@ja-bank-fukui.or.jp
kitagawa@ja-bank-fukui.or.jp
t.nakagawa@ja-bank-fukui.or.jp
tsubokawa@ja-bank-fukui.or.jp
k-etoh@jabankfukuoka.or.jp
yyoshida@jabankfukuoka.or.jp
shinren-shikin@jabankgifu.or.jp
k.kawara@jabankkyoto.or.jp
k.nakase@jabankkyoto.or.jp
shikins2@jabankkyoto.or.jp
t.nishijima@jabankkyoto.or.jp
f.matsuo@jahs.or.jp
h.nishikawa@jahs.or.jp
h.yorifuji@jahs.or.jp
k.nakamae@jahs.or.jp
k.tanaka@jahs.or.jp
m.sano@jahs.or.jp
m.takami@jahs.or.jp
s.kikuchi@jahs.or.jp
y.horimoto@jahs.or.jp
y.inoue@jahs.or.jp
y-shimizu@ja-kochishinren.or.jp
ei-nakajima@ja-kyosai.or.jp
fu-enokiya@ja-kyosai.or.jp
fu-komuro@ja-kyosai.or.jp
ha-yamana@ja-kyosai.or.jp
hi2-nishimura@ja-kyosai.or.jp
hi2-okamoto@ja-kyosai.or.jp
hi2-yoshida@ja-kyosai.or.jp
hi-hirano@ja-kyosai.or.jp
hi-iida@ja-kyosai.or.jp
hi-minami@ja-kyosai.or.jp
hi-naito@ja-kyosai.or.jp
hi-sagara@ja-kyosai.or.jp
hi-tamura@ja-kyosai.or.jp
hi-tanaka@ja-kyosai.or.jp
h-suginaka@ja-kyosai.or.jp
iz-ishiwata@ja-kyosai.or.jp
ju-shiraishi@ja-kyosai.or.jp
ke2-hasegawa@ja-kyosai.or.jp
ki-kawashima@ja-kyosai.or.jp
ki-kuwabara@ja-kyosai.or.jp
ko-nagasaki@ja-kyosai.or.jp
ky-ishii@ja-kyosai.or.jp
ma4-tanabe@ja-kyosai.or.jp
ma-hatori@ja-kyosai.or.jp
ma-kanamori@ja-kyosai.or.jp
ma-omori@ja-kyosai.or.jp
ma-onodera@ja-kyosai.or.jp
ma-yokoyama@ja-kyosai.or.jp
mi-inokuma@ja-kyosai.or.jp
mi-muraoka@ja-kyosai.or.jp

| | | |
|---|---|---|
| mi-ono@ja-kyosai.or.jp | brett.lee@janus.com | jeremy.lew@janus.com |
| mi-takano@ja-kyosai.or.jp | brian.demain@janus.com | jim.craig@janus.com |
| na-murata@ja-kyosai.or.jp | brian.jensen@janus.com | jim.goff@janus.com |
| no-kosaka@ja-kyosai.or.jp | brian.schaub@janus.com | john.dillie@janus.com |
| ry-akiyama@ja-kyosai.or.jp | brinton.johns@janus.com | john.eisinger@janus.com |
| sa-jinno@ja-kyosai.or.jp | bryan.roach@janus.com | john.fields@janus.com |
| sh-amada@ja-kyosai.or.jp | cara.mandeville@janus.com | john.jordan@janus.com |
| shijounyo@ja-kyosai.or.jp | carmel.wellso@janus.com | john.lloyd@janus.com |
| sh-inoue@ja-kyosai.or.jp | carrie.yasuzawa@janus.com | john.richardson@janus.com |
| sh-mima@ja-kyosai.or.jp | chadwick.meade@janus.com | jonathan.coleman@janus.com |
| sh-narui@ja-kyosai.or.jp | chris.toney@janus.com | judy.chamberlin@janus.com |
| so-nishimoto@ja-kyosai.or.jp | christopher.conn@janus.com | julian.pick@janus.com |
| su-seino@ja-kyosai.or.jp | colby.stilson@janus.com | julian.roberts@janus.com |
| ta-higai@ja-kyosai.or.jp | colleen.croushore@janus.com | julie.diiorio@janus.com |
| ta-kaneko@ja-kyosai.or.jp | connor.avery@janus.com | kaelyn.abrell@janus.com |
| ta-karasawa@ja-kyosai.or.jp | corie.carlson@janus.com | kaprice.calhoun@janus.com |
| ta-oe@ja-kyosai.or.jp | craig.brown@janus.com | kaprice.karch@janus.com |
| te-miyamoto@ja-kyosai.or.jp | craig.jacobson@janus.com | ken.spruell@janus.com |
| te-suzuki@ja-kyosai.or.jp | dan.lyons@janus.com | laurence.chang@janus.com |
| te-yoda@ja-kyosai.or.jp | dan.riff@janus.com | laurent.saltiel@janus.com |
| to-harada@ja-kyosai.or.jp | dan.royal@janus.com | lindsay.olson@janus.com |
| to-matsumura@ja-kyosai.or.jp | dan.scherman@janus.com | maciej.rygiel@janus.com |
| to-takekoshi@ja-kyosai.or.jp | daniel.porter@janus.com | maia.babbs@janus.com |
| ts-komoda@ja-kyosai.or.jp | darcie.matson@janus.com | makoto.sakaguchi@janus.com |
| ya-yamasato@ja-kyosai.or.jp | darrell.watters@janus.com | marc.pinto@janus.com |
| ya-yoda@ja-kyosai.or.jp | david.decker@janus.com | marco.grassi@janus.com |
| yo-azuma@ja-kyosai.or.jp | david.herrell@janus.com | mark.goodwin@janus.com |
| yo-ishii@ja-kyosai.or.jp | david.spilsted@janus.com | matt.hochstetler@janus.com |
| yo-nagashima@ja-kyosai.or.jp | denny.fish@janus.com | matthew.anthony@janus.com |
| yo-nishioka@ja-kyosai.or.jp | devonna.glasspoole@janus.com | matthew.eversman@janus.com |
| yo-okada@ja-kyosai.or.jp | dianne.kost@janus.com | mayur.saigal@janus.com |
| yo-yagura@ja-kyosai.or.jp | doug.nelson@janus.com | michael.keough@janus.com |
| mitsuhiko.otsuki@jal.com | eileen.hoffmann@janus.com | michael.nelson@janus.com |
| danp@jamesbaker.com | eric.bernum@janus.com | michael.regan@janus.com |
| alan@jamisonfirst.com | eric.thorderson@janus.com | michael.weaver@janus.com |
| bill.gadsden@jamisonfirst.com | ethan.lovell@janus.com | mike.lu@janus.com |
| ecruikshank@jamisonfirst.com | feliz.gomez@janus.com | mingjia.ding@janus.com |
| equity.research@jamisonfirst.com | francie.gallacher@janus.com | patrick.brophy@janus.com |
| fred.thalmann@jamisonfirst.com | gabe.bodhi@janus.com | paul.berg@janus.com |
| greg.huning@jamisonfirst.com | garrett.strum@janus.com | paul.braverman@janus.com |
| jcoury@jamisonfirst.com | garth.yettick@janus.com | paula.fleming@janus.com |
| robert.bucher@jamisonfirst.com | gary.black@janus.com | pc.wheaton@janus.com |
| aaron.scully@janus.com | gemma.stevens@janus.com | peg.thompson@janus.com |
| alan.bezoza@janus.com | geoff.jay@janus.com | rachel.sackmaster@janus.com |
| alan.brown@janus.com | gibson.smith@janus.com | roberto.morales@janus.com |
| alex.ricchebuono@janus.com | greg.kelly@janus.com | ron.sachs@janus.com |
| allen.welch@janus.com | gregory.kolb@janus.com | ron.speaker@janus.com |
| andrew.walker@janus.com | gregory.kuczynski@janus.com | roxanne.tepler@janus.com |
| andy.acker@janus.com | guy.scott@janus.com | ryan.green@janus.com |
| andy.summers@janus.com | holly.koch@janus.com | scott.day@janus.com |
| andy.tam@janus.com | jacquelyne.cavanaugh@janus.com | scott.stutzman@janus.com |
| ann.meyer@janus.com | jakob.holm@janus.com | seth.meyer@janus.com |
| aspen.large@janus.com | james.lee@janus.com | sharon.pichler@janus.com |
| barney.wilson@janus.com | jason.groom@janus.com | stacey.obrien@janus.com |
| benjamin.douglas@janus.com | jason.yee@janus.com | stacy.jensen@janus.com |
| brad.slingerlend@janus.com | jeanine.morroni@janus.com | stephan.aguirre@janus.com |
| brena.peters@janus.com | jeff.canavan@janus.com | stephen.lew@janus.com |
| brendan.freedman@janus.com | jennifer.chaney@janus.com | steve.lawrence@janus.com |
| brendan.friedman@janus.com | jennifer.liu@janus.com | ted.shannon@janus.com |
| brent.lynn@janus.com | jeremiah.buckley@janus.com | thomas.minkowicz@janus.com |

| | | |
|---|---|---|
| timothy.murphy@janus.com | bmgillott@jennison.com | mwirtz@jennison.com |
| todd.prado@janus.com | btani@jennison.com | mzussman@jennison.com |
| tony.yao@janus.com | ckaehr@jennison.com | nbrown@jennison.com |
| tuan.huynh@janus.com | clynch@jennison.com | nkuhlkin@jennison.com |
| wahid.chammas@janus.com | cpelinsky@jennison.com | nlalman@jennison.com |
| will.bales@janus.com | cvatis@jennison.com | nrubinstein@jennison.com |
| young.hayes@janus.com | cwolfe@jennison.com | okoney@jennison.com |
| john.porro@januscapital.com | dchan@jennison.com | pallen@jennison.com |
| jean.barnard@janusfunds.com | dkass@jennison.com | panderson@jennison.com |
| julian.mcmanus@janusfunds.com | dkiefer@jennison.com | pfixter@jennison.com |
| costomer@japan.com | dnetschert@jennison.com | preinemann@jennison.com |
| customer@japan.com | dnewcomb@jennison.com | pszpak@jennison.com |
| msherman@jbhanauer.com | dravera@jennison.com | rklemmer@jennison.com |
| rhaskel@jbhanauer.com | dwoods@jennison.com | rparilla@jennison.com |
| rshainberg@jbhanauer.com | ebrown@jennison.com | sbosch@jennison.com |
| rafael.harada@jbsswift.com | eklauer@jennison.com | sgavios@jennison.com |
| timothy.leitch@jbsswift.com | esmith@jennison.com | sginns@jennison.com |
| kwilson@jbush.com | falfaro@jennison.com | shong@jennison.com |
| mary@jbush.com | ffinlay@jennison.com | skaplan@jennison.com |
| rallstott@jbush.com | gburr@jennison.com | skartsonis@jennison.com |
| research@jbush.com | gdesapio@jennison.com | skirner@jennison.com |
| eric.mark@jcam.com | genglander@jennison.com | smcneil@jennison.com |
| alex.a.molinaroli@jci.com | hfrisch@jennison.com | smehta@jennison.com |
| denise.m.zutz@jci.com | hmoss@jennison.com | ssegalas@jennison.com |
| john.bobek@jci.com | icarnathan@jennison.com | svanalstyne@jennison.com |
| roell.stephen@jci.com | ilourie@jennison.com | swillis@jennison.com |
| steven.t.mielke@jci.com | jchacon@jennison.com | tcappellini@jennison.com |
| jhd@jdj.com | jgreco@jennison.com | tdoyle@jennison.com |
| byerr@jea.com | jhill@jennison.com | thkim@jennison.com |
| davitp@jea.com | jhobbs@jennison.com | twolfe@jennison.com |
| seathv@jea.com | jjones@jennison.com | mmahmud@jennison.com |
| gsummers@jefco.com | jlongley@jennison.com | aangella@jhancock.com |
| gvitagli@jefco.com | jmullman@jennison.com | abenali@jhancock.com |
| jkameno@jefco.com | jmyers@jennison.com | acalavritinos@jhancock.com |
| jrogan@jefco.com | jpattit@jennison.com | aconnell@jhancock.com |
| kpinho@jefco.com | jrouse@jennison.com | afen@jhancock.com |
| mmazzell@jefco.com | jsaunders@jennison.com | ahaddad@jhancock.com |
| mzaccard@jefco.com | jshapiro@jennison.com | apathak@jhancock.com |
| rdente@jefco.com | jswiatek@jennison.com | apomeroy@jhancock.com |
| sberka@jefco.com | jziemba@jennison.com | aschaufus@jhancock.com |
| shiestan@jefco.com | kamccarragher@jennison.com | astober@jhancock.com |
| tmurphy@jefco.com | kburke@jennison.com | aurick@jhancock.com |
| vdiaz@jefco.com | khauben@jennison.com | awise@jhancock.com |
| cfoster@jeffnat.com | kholness@jennison.com | bcheney@jhancock.com |
| charles.delaguiche@jennicie.ch | klindley@jennison.com | bcleathero@jhancock.com |
| daniel.wiser@jennicie.ch | kpaige@jennison.com | bdanielewicz@jhancock.com |
| ronald.mueller@jennicie.ch | kstorer@jennison.com | bevans@jhancock.com |
| aberg@jennison.com | lbeach@jennison.com | bithiahcarter@jhancock.com |
| akancelaric@jennison.com | lschmidt@jennison.com | bkondracki@jhancock.com |
| amtucker@jennison.com | mastain@jennison.com | bmatthews@jhancock.com |
| arittenberry@jennison.com | mbator@jennison.com | bnectow@jhancock.com |
| arosenzweig@jennison.com | mbress@jennison.com | bowen@jhancock.com |
| athomas@jennison.com | mdelbalso@jennison.com | bporter@jhancock.com |
| avishnick@jennison.com | mgdefranco@jennison.com | bwelch@jhancock.com |
| bborellitborelli@jennison.com | mkeenan@jennison.com | bziemba@jhancock.com |
| bboyer@jennison.com | mpicker@jennison.com | carbuthnot@jhancock.com |
| bbryan@jennison.com | msemenenko@jennison.com | ccorales@jhancock.com |
| bcook@jennison.com | mshattan@jennison.com | cgelormini@jhancock.com |
| bedemeka@jennison.com | mvredenburgh@jennison.com | chodge@jhancock.com |
| bliu@jennison.com | mwilburn@jennison.com | ckecher@jhancock.com |

| | | |
|---|---|---|
| cknowlton@jhancock.com | jliebow@jhancock.com | mtiberii@jhancock.com |
| cmatt@jhancock.com | jmarguy@jhancock.com | mtoomey@jhancock.com |
| cmccarthy@jhancock.com | jmoorhead@jhancock.com | myasner@jhancock.com |
| cmoores@jhancock.com | jneil@jhancock.com | nlenicheck@jhancock.com |
| cokeefe@jhancock.com | jnicolosi@jhancock.com | nmak@jhancock.com |
| cperry@jhancock.com | jpackard@jhancock.com | nmassa@jhancock.com |
| crothman@jhancock.com | jpluta@jhancock.com | ogonzalez@jhancock.com |
| cslaybaugh@jhancock.com | jroman@jhancock.com | pambrosia@jhancock.com |
| cynthiabrown@jhancock.com | jschillaci@jhancock.com | pderubeis@jhancock.com |
| dbaillie@jhancock.com | jsnyder@jhancock.com | pfishbin@jhancock.com |
| dbertrand@jhancock.com | jsylvia@jhancock.com | pgiampa@jhancock.com |
| dbranch@jhancock.com | jyee@jhancock.com | pgill@jhancock.com |
| dbudde@jhancock.com | jzinner@jhancock.com | pharris@jhancock.com |
| dbullivant@jhancock.com | kcha@jhancock.com | pjudge@jhancock.com |
| ddaesen@jhancock.com | kcongliari@jhancock.com | plitalien@jhancock.com |
| djohnson@jhancock.com | kfyfe@jhancock.com | pmara@jhancock.com |
| dlynch@jhancock.com | khackett@jhancock.com | pmessina@jhancock.com |
| dmcaneny@jhancock.com | khines@jhancock.com | pmitsopolous@jhancock.com |
| dnastou@jhancock.com | kkellerhouse@jhancock.com | pmitsopoulos@jhancock.com |
| dperrotta@jhancock.com | kmanfredi@jhancock.com | pparsons@jhancock.com |
| dsales@jhancock.com | kmcdonough@jhancock.com | ppeters@jhancock.com |
| dshufrin@jhancock.com | krowland@jhancock.com | radams@jhancock.com |
| dsilva@jhancock.com | ktroy@jhancock.com | rbarzykowski@jhancock.com |
| dteich@jhancock.com | kwarlick@jhancock.com | rbreau@jhancock.com |
| dtucker@jhancock.com | lanzhang@jhancock.com | rchuyan@jhancock.com |
| eatamian@jhancock.com | lbkelly@jhancock.com | rdouglas@jhancock.com |
| eaverbukh@jhancock.com | lcrockett@jhancock.com | rferrara@jhancock.com |
| eduvalsaint@jhancock.com | lhoang@jhancock.com | rgoodband@jhancock.com |
| eforde@jhancock.com | llmcgowan@jhancock.com | rkeough@jhancock.com |
| ehines@jhancock.com | lmcgowan@jhancock.com | rlangway@jhancock.com |
| emaloney@jhancock.com | lmerritt@jhancock.com | rmchugh@jhancock.com |
| emmanuellongo@jhancock.com | lorndavis@jhancock.com | rmcwalters@jhancock.com |
| eshum@jhancock.com | lrasin@jhancock.com | rmcwatters@jhancock.com |
| esvenson@jhancock.com | lwoo@jhancock.com | rnastou@jhancock.com |
| esyron@jhancock.com | masullivan@jhancock.com | rrock@jhancock.com |
| fcallahan@jhancock.com | mbeck@jhancock.com | rshea@jhancock.com |
| fcavanaugh@jhancock.com | mdavis@jhancock.com | rwhite@jhancock.com |
| ffelcon@jhancock.com | mdeleon@jhancock.com | ryackel@jhancock.com |
| flucibella@jhancock.com | mdommermuth@jhancock.com | sagretelis@jhancock.com |
| gbraun@jhancock.com | melkas@jhancock.com | sandrabrown@jhancock.com |
| gdanaher@jhancock.com | mepstein@jhancock.com | sbhat@jhancock.com |
| gdolianitis@jhancock.com | mequinn@jhancock.com | sblewitt@jhancock.com |
| gouldm@jhancock.com | mfletcher@jhancock.com | sbodhe@jhancock.com |
| gpelletier@jhancock.com | mforeman@jhancock.com | scurry@jhancock.com |
| gphelps@jhancock.com | mgallotto@jhancock.com | sgarfield@jhancock.com |
| gplume@jhancock.com | mgiuditta@jhancock.com | sgrady@jhancock.com |
| hvu@jhancock.com | mgrossnickle@jhancock.com | shartz@jhancock.com |
| hwong@jhancock.com | mlapides@jhancock.com | sjhenry@jhancock.com |
| iergovic@jhancock.com | mmaloney@jhancock.com | slee@jhancock.com |
| igunes@jhancock.com | mmcdevitt@jhancock.com | smcfetridge@jhancock.com |
| jbourgeois@jhancock.com | mmcfall@jhancock.com | smwalsh@jhancock.com |
| jbova@jhancock.com | mmoran@jhancock.com | snavin@jhancock.com |
| jcruickshank@jhancock.com | mmurdocca@jhancock.com | snewton@jhancock.com |
| jcsanderson@jhancock.com | mmurray@jhancock.com | spaspal@jhancock.com |
| jgarrison@jhancock.com | mnavin@jhancock.com | ssimi@jhancock.com |
| jhan@jhancock.com | mngallagher@jhancock.com | sslee@jhancock.com |
| jhanrahan@jhancock.com | mray@jhancock.com | stobin@jhancock.com |
| jiles@jhancock.com | msawatzky@jhancock.com | tcronin@jhancock.com |
| jkmcdonough@jhancock.com | mshort@jhancock.com | tdellapiana@jhancock.com |
| jletourneau@jhancock.com | mstapleton@jhancock.com | tderderian@jhancock.com |

tnhill@jhancock.com
tnnguyen@jhancock.com
vdivasta@jhancock.com
vsmetana@jhancock.com
warnold@jhancock.com
wbreisch@jhancock.com
wdavis@jhancock.com
wdroege@jhancock.com
whill@jhancock.com
wjin@jhancock.com
wkinsley@jhancock.com
wteng@jhancock.com
wwoo@jhancock.com
wyoung@jhancock.com
zhu@jhancock.com
abhijit_dande@jhancockinvestments.com
celsob@jhu.edu
hanke@jhu.edu
kcalder@jhu.edu
lball@jhu.edu
ksaba@jiadvisors.com
gfufh@jk.com
bertrand.savatier@jl-investments.com
david.stewart@jmfinn.com
geordie.kidston@jmfinn.com
mark.powell@jmfinn.com
wolf.raymer@jmfinn.com
dtrasobares@jmh.org
adrobot@jmsonline.com
afalco@jmsonline.com
afiacco@jmsonline.com
agray@jmsonline.com
amcgrath@jmsonline.com
anewma@jmsonline.com
apisacane@jmsonline.com
brockowitz@jmsonline.com
bsustri@jmsonline.com
bward@jmsonline.com
ccurci@jmsonline.com
cdoran@jmsonline.com
cfertel@jmsonline.com
cfishgall@jmsonline.com
csweeney@jmsonline.com
dlange@jmsonline.com
gdrahuschak@jmsonline.com
hstevens@jmsonline.com
jchuff@jmsonline.com
jvanalen@jmsonline.com
mbellezza@jmsonline.com
preinhart@jmsonline.com
rkarcher@jmsonline.com
ewiberg@alzus.jnj.com
chad.myers@jnli.com
jeffrey.hugo@jnli.com
sam.thelen@jnli.com
wod@johcma.com
msmith@johim.co.uk
trahanjeffreya@johndeere.com
smartin@johnsoninv.com
wh_ng@johnsonmotor.com

bill.mosca@jomorgan.com
al-momani@jordanbank.co.uk
bperry@josephthal.com
dfrench@josephthal.com
jjunior@josephthal.com
jmorgan@josephthal.com
nberetta@josephthal.com
rkrause@josephthal.com
incorrect@jp.com
alison.x.carter@jpchase.com
brian.d.callen@jpchase.com
jmccarthy@jpchase.co.uk
amy.l.tancrede@jpfinancial.com
cameron.crump@jpfinancial.com
chris.haverland@jpfinancial.com
elizabeth.aheron@jpfinancial.com
francis.pirozzi@jpfinancial.com
hardee.mills@jpfinancial.com
jason.lina@jpfinancial.com
jim.mcdonald@jpfinancial.com
john.ingram@jpfinancial.com
lisa.harris@jpfinancial.com
rich.millard@jpfinancial.com
theresa.stone@jpfinancial.com
william.stutts@jpfinancial.com
alan.p.kirk@jpmchase.com
alasdair.x.mackenzie@jpmchase.com
alex.s.krunic@jpmchase.com
anda.x.halilaj@jpmchase.com
andrew.j.kazior@jpmchase.com
andrew.p.pickup@jpmchase.com
andrew.w.clouse@jpmchase.com
andrew.w.may@jpmchase.com
angelica.m.quintero@jpmchase.com
arthur.olunwa@jpmchase.com
ashwani.k.sinha@jpmchase.com
austin.x.mcnurlen@jpmchase.com
benoit.x.dethier@jpmchase.com
borislav.tomassini@jpmchase.com
brian.j.mcvane@jpmchase.com
buki.ajala@jpmchase.com
carl.a.isaksson@jpmchase.com
carol.k.chen@jpmchase.com
christopher.m.allen@jpmchase.com
christopher.p.bredholt@jpmchase.com
cyril.aschenbrenner@jpmchase.com
daniel.r.wakely@jpmchase.com
daniel.t.dismukes@jpmchase.com
daniel.x.seon@jpmchase.com
david.a.tuscano@jpmchase.com
david.herzberg@jpmchase.com
david.l.parks@jpmchase.com
david.minucci@jpmchase.com
dean.a.fearon@jpmchase.com
dero.f.ola-niyi@jpmchase.com
dianna.selva@jpmchase.com
don.noe@jpmchase.com
ed.savage@jpmchase.com
edward.t.bell@jpmchase.com
edwin.brown@jpmchase.com

erikaestevan.castro-king@jpmchase.com
evelyn.l.poyer@jpmchase.com
fan.wang2@jpmchase.com
fang.d.li@jpmchase.com
francisco.marquez@jpmchase.com
ganesh.x.lakshminarayana@jpmchase.com
gavin.x.bailey@jpmchase.com
gds.morgan.stanley@jpmchase.com
george.c.lai@jpmchase.com
gokhan.i.atilgan@jpmchase.com
gregory.b.luttrell@jpmchase.com
gregory.pugliani@jpmchase.com
guang.x.huang@jpmchase.com
guillaume.dhamelincourt@jpmchase.com
haydn.moth@jpmchase.com
hayley.x.shaw@jpmchase.com
ira.artman@jpmchase.com
james.a.tomlin@jpmchase.com
jason.c.omalley@jpmchase.com
jason.e.chen@jpmchase.com
jay.k.morrison@jpmchase.com
jay.p.cilione@jpmchase.com
jeffrey.a.byer@jpmchase.com
john.c.nelson@jpmchase.com
john.n.lux@jpmchase.com
john.p.read@jpmchase.com
jonathan.m.schwarz@jpmchase.com
jonathan.x.weinberg@jpmchase.com
joseph.crutchley@jpmchase.com
joseph.siano@jpmchase.com
judith.x.bromfield@jpmchase.com
karen.good@jpmchase.com
kazim.x.koseoglu@jpmchase.com
kelly.x.weston@jpmchase.com
kenneth.r.talanian@jpmchase.com
kevin.i.burger@jpmchase.com
kevin.m.ellis@jpmchase.com
kevin.x.corby@jpmchase.com
kian.esteghamat@jpmchase.com
kim.m.insoo@jpmchase.com
kimberly.m.murphy@jpmchase.com
kingsley.wood@jpmchase.com
kirsteen.x.morrison@jpmchase.com
lindsay.felldin@jpmchase.com
lisa.r.ferrara@jpmchase.com
lucia.c.albarran@jpmchase.com
lucy.l.georgiades@jpmchase.com
marc.e.dolfman@jpmchase.com
marcos.d.bueno@jpmchase.com
marcus.perry@jpmchase.com
marian.i.adekoya@jpmchase.com
marjorie.g.widener@jpmchase.com
mark.eckert@jpmchase.com
mark.t.gannon@jpmchase.com
mark.x.page@jpmchase.com
matthew.g.cohen@jpmchase.com
matthew.g.pallai@jpmchase.com
michael.a.thilmont@jpmchase.com
michael.d.murray@jpmchase.com
michael.j.griffin@jpmchase.com

michael.katz@jpmchase.com
michael.r.hack@jpmchase.com
michael.x.sheldon@jpmchase.com
michah.a.behrend@jpmchase.com
mitchell.x.freedman@jpmchase.com
nada.alhussona@jpmchase.com
neil.a.gartland@jpmchase.com
olga.v.chernova@jpmchase.com
paul.mitchell@jpmchase.com
paul.williamson@jpmchase.com
pauric.z.mccormack@jpmchase.com
peter.d.burt@jpmchase.com
peter.j.mullahey@jpmchase.com
peter.s.andreou@jpmchase.com
pooja.x.ganju@jpmchase.com
r.christopher.melendes@jpmchase.com
rabin.tambyraja@jpmchase.com
raul.sequera@jpmchase.com
richard.a.henley@jpmchase.com
richard.j.nicholson@jpmchase.com
rimma.talis@jpmchase.com
rina.r.conti@jpmchase.com
robert.a.callaghan@jpmchase.com
robert.d.roy@jpmchase.com
robert.s.lim@jpmchase.com
ryan.e.meltzer@jpmchase.com
sandra.a.wynter@jpmchase.com
scott.brian.davis@jpmchase.com
scott.d.kosack@jpmchase.com
sean.x.keegan@jpmchase.com
sean.x.regan@jpmchase.com
shengquan.ho@jpmchase.com
shern.i.frederick@jpmchase.com
shubha.x.sethi@jpmchase.com
simon.d.ulcickas@jpmchase.com
steven.g.lee@jpmchase.com
svetlin.p.petkov@jpmchase.com
tamara.x.ware@jpmchase.com
ted.tulpa@jpmchase.com
tineka.smart@jpmchase.com
tony.q.tran@jpmchase.com
vishala.x.sri-pathma@jpmchase.com
wayne.man@jpmchase.com
william.l.kramer@jpmchase.com
william.s.lacy@jpmchase.com
yelena.ofengeym@jpmchase.com
yi.x.chen@jpmchase.com
ying.e.chen@jpmchase.com
yvette.d.barto@jpmchase.com
zhen.x.li@jpmchase.com
zheng.x.wang@jpmchase.com
zoe.x.pye@jpmchase.com
nicholas.rabiecki@jpmfleming.com
azra.x.pravdic@jpmhase.com
adam.b.patota@jpmorgan.com
adam.r.proctor@jpmorgan.com
adam.tejpaul@jpmorgan.com
adebowale.o.adetayo@jpmorgan.com
ahmed.x.alsafadi@jpmorgan.com
akash.gupta@jpmorgan.com

al.mann@jpmorgan.com
alan.d.oldroyd@jpmorgan.com
alan.h.gutmann@jpmorgan.com
alan.x.cubbon@jpmorgan.com
alethia.r.young@jpmorgan.com
alex.gurevich@jpmorgan.com
alex.s.kostko@jpmorgan.com
alex.tamilio@jpmorgan.com
alexander.r.dearman@jpmorgan.com
alexander.s.brooks@jpmorgan.com
alexander.shvets@jpmorgan.com
alexandra.l.howard@jpmorgan.com
alfonso.x.fonnegra@jpmorgan.com
alice.w.chow@jpmorgan.com
alinna.x.holdgate@jpmorgan.com
alisa.lamberto@jpmorgan.com
alison.r.salnikov@jpmorgan.com
allen.b.clark@jpmorgan.com
allison.b.adler@jpmorgan.com
alonzo_jason@jpmorgan.com
alwyn.sloan@jpmorgan.com
amanda.x.hallam@jpmorgan.com
ameeta.gosain@jpmorgan.com
amit.tanna@jpmorgan.com
amr.seif@jpmorgan.com
amy.h.peterson@jpmorgan.com
amy.w.gibson@jpmorgan.com
ana.rojas@jpmorgan.com
andre.segger@jpmorgan.com
andrea.d.tenconi@jpmorgan.com
andreas.michalitsianos@jpmorgan.com
andreas.p.dische@jpmorgan.com
andrew.d.goldberg@jpmorgan.com
andrew.g.sinkinson@jpmorgan.com
andrew.h.miller@jpmorgan.com
andrew.j.powell@jpmorgan.com
andrew.p.brandon@jpmorgan.com
andrew.r.guest@jpmorgan.com
andrew.t.lim@jpmorgan.com
andrew.worth@jpmorgan.com
andrew.x.stern@jpmorgan.com
angel.serrat@jpmorgan.com
angelita.legaspi@jpmorgan.com
angelo.mastromarini@jpmorgan.com
anis.m.lahlou-abid@jpmorgan.com
anja.grenner@jpmorgan.com
anjum.hoda@jpmorgan.com
ann.doherty@jpmorgan.com
ann.e.heidenreich@jpmorgan.com
anna.joannou@jpmorgan.com
anna.m.kielbratowska@jpmorgan.com
anna.x.haynes@jpmorgan.com
annapaola.am.marchi@jpmorgan.com
anne.m.thalman@jpmorgan.com
anne-marie.fink@jpmorgan.com
anthony.attardo@jpmorgan.com
anthony.l.karydakis@jpmorgan.com
anthony.m.brown@jpmorgan.com
anthony.r.candelmo@jpmorgan.com
antoine.bertagna@jpmorgan.com

antonia.morales@jpmorgan.com
antony.x.vallee@jpmorgan.com
armand.ursino@jpmorgan.com
arons_ronald@jpmorgan.com
arthur.cenci@jpmorgan.com
ascone_marjorie@jpmorgan.com
ashay.b.shirsat@jpmorgan.com
ashley.marynick@jpmorgan.com
ashraf.e.ansary@jpmorgan.com
ashraf.x.ali@jpmorgan.com
asif.jeevanjee@jpmorgan.com
aspin_robert@jpmorgan.com
augustin_vladimir@jpmorgan.com
austin.c.forey@jpmorgan.com
austin.x.carpenter@jpmorgan.com
avi.korn@jpmorgan.com
azelby_joseph@jpmorgan.com
baez-sacasa_alejandro@jpmorgan.com
bailey.r.dalton@jpmorgan.com
bala.iyer@jpmorgan.com
balakrishnan.prakash@jpmorgan.com
barbara.d.dejesus@jpmorgan.com
barry.griffin@jpmorgan.com
beck_kevin@jpmorgan.com
beltran.lastra@jpmorgan.com
ben.g.stapley@jpmorgan.com
ben.x.pumfrett@jpmorgan.com
benjamin.schiessle@jpmorgan.com
benoit.stroesser@jpmorgan.com
berk_steven@jpmorgan.com
betty.x.boatemaah@jpmorgan.com
beverly.m.dewar@jpmorgan.com
bhairavi.x.mansukhani@jpmorgan.com
bill.gilbert@jpmorgan.com
billotti_john@jpmorgan.com
bilquis.nasiruddin.ahmed@jpmorgan.com
biral.devani@jpmorgan.com
bobby.uberoi@jpmorgan.com
borowiec_elizabeth@jpmorgan.com
brad.l.frishberg@jpmorgan.com
bradford.b.sahler@jpmorgan.com
bradley.schwartz@jpmorgan.com
brandon.yambo@jpmorgan.com
brendan.obrien@jpmorgan.com
brenner_susan@jpmorgan.com
brett.jones@jpmorgan.com
brett.x.schneider@jpmorgan.com
brian.e.schlegel@jpmorgan.com
brian.keith.green@jpmorgan.com
brian.m.walsh@jpmorgan.com
brian.p.murray@jpmorgan.com
brian.w.mcdonald@jpmorgan.com
brian.y.kim@jpmorgan.com
brittany.j.johnson@jpmorgan.com
brooke.s.petersen@jpmorgan.com
broseman_rosa@jpmorgan.com
bruce.c.kasman@jpmorgan.com
bruce.j.williams@jpmorgan.com
brunel_jean@jpmorgan.com
bruno.m.iksil@jpmorgan.com

| | | |
|---|---|---|
| bryn.thomas@jpmorgan.com | christopher.t.blum@jpmorgan.com | david.m.neary@jpmorgan.com |
| bud.kroll@jpmorgan.com | christopher.t.dove@jpmorgan.com | david.mackie@jpmorgan.com |
| burcu.ugurtas@jpmorgan.com | chu_allen@jpmorgan.com | david.mirzai@jpmorgan.com |
| calum.p.cousins@jpmorgan.com | ciara.p.kennedy@jpmorgan.com | david.p.green@jpmorgan.com |
| canning_andrew@jpmorgan.com | cindy.freeman@jpmorgan.com | david.parker@jpmorgan.com |
| carl.c.dou@jpmorgan.com | cini_gulce@jpmorgan.com | david.s.bentley@jpmorgan.com |
| carl.sutter@jpmorgan.com | claire.oconnor@jpmorgan.com | david.shairp@jpmorgan.com |
| carlo.x.draghi@jpmorgan.com | clare.hart@jpmorgan.com | david.sharpe@jpmorgan.com |
| carol.k.chen@jpmorgan.com | clark_pl@jpmorgan.com | david.small@jpmorgan.com |
| carol.x.mills@jpmorgan.com | clasen_chris@jpmorgan.com | david.weinberger@jpmorgan.com |
| carolina.e.caballero@jpmorgan.com | claxton_jose@jpmorgan.com | david_risa@jpmorgan.com |
| carrillo_luis@jpmorgan.com | colin.digby@jpmorgan.com | de_luccia_rob@jpmorgan.com |
| carsten.mueller@jpmorgan.com | connie.plaehn@jpmorgan.com | deborah.bowe@jpmorgan.com |
| carter.millicent@jpmorgan.com | conor.funge@jpmorgan.com | deepa.p.majmudar@jpmorgan.com |
| cary.j.fitzgerald@jpmorgan.com | cory.l.pollock@jpmorgan.com | del_rosario_ramon_gil@jpmorgan.com |
| casey.a.basil@jpmorgan.com | courtney.heard@jpmorgan.com | delany_craig@jpmorgan.com |
| cassandra.edmondson2@jpmorgan.com | craig.a.thompson@jpmorgan.com | denis.cohen@jpmorgan.com |
| catanzaro_marian@jpmorgan.com | cs.venkatakrishnan@jpmorgan.com | dennis.s.ruhl@jpmorgan.com |
| catherine.byrne@jpmorgan.com | curtis.a.white@jpmorgan.com | derek_kaufman@jpmorgan.com |
| catherine.m.smith@jpmorgan.com | cynthia.p.davies@jpmorgan.com | devlin_john@jpmorgan.com |
| catherine.poulton@jpmorgan.com | cynthia.x.eng@jpmorgan.com | devlin_timothy@jpmorgan.com |
| catherine.williams@jpmorgan.com | cyril.c.levy-marchal@jpmorgan.com | dhonsi_sundeep_k@jpmorgan.com |
| ce.x.bian@jpmorgan.com | dachille_douglas@jpmorgan.com | diana.kiluta@jpmorgan.com |
| cecilia.junker@jpmorgan.com | dan.layton@jpmorgan.com | dina.shehata@jpmorgan.com |
| cembalest_michael@jpmorgan.com | dan.rouse@jpmorgan.com | dinah.x.francoeur@jpmorgan.com |
| chad.a.engelbert@jpmorgan.com | dana.croswhite@jpmorgan.com | djukanovic_vladimir@jpmorgan.com |
| chaplin_john@jpmorgan.com | daniel.brachfeld@jpmorgan.com | dominic.p.powell@jpmorgan.com |
| chappelear_peter@jpmorgan.com | daniel.fromage@jpmorgan.com | don.a.sanjose@jpmorgan.com |
| charlene.l.mascio@jpmorgan.com | daniel.g.robinson@jpmorgan.com | donald.j.osborne@jpmorgan.com |
| charles.faircloth@jpmorgan.com | daniel.j.richards@jpmorgan.com | donna.schurmann@jpmorgan.com |
| charles.x.conrath@jpmorgan.com | daniel.j.sleep@jpmorgan.com | dooley_douglas@jpmorgan.com |
| charlie.covill@jpmorgan.com | daniel.j.williams@jpmorgan.com | dorothy.flynn@jpmorgan.com |
| charlotte.hems@jpmorgan.com | daniel.m.gelfand@jpmorgan.com | douglas. antonacci@jpmorgan.com |
| charlotte.s.morita@jpmorgan.com | daniel.m.kleiman@jpmorgan.com | douglas.g.heinz@jpmorgan.com |
| chee.uk.chow@jpmorgan.com | daniel.s.kim@jpmorgan.com | douglas.goodwin@jpmorgan.com |
| cheryl.duffy@jpmorgan.com | daniel.x.thomas@jpmorgan.com | douglas.h.gimple@jpmorgan.com |
| cheryl.l.rocker@jpmorgan.com | daniel.z.smith@jpmorgan.com | dpercella@jpmorgan.com |
| chetun.patel@jpmorgan.com | danielle.trichilo@jpmorgan.com | dugoff_richard@jpmorgan.com |
| chi.h.diep@jpmorgan.com | danny.sage@jpmorgan.com | dwayne.middleton@jpmorgan.com |
| chiragkirti.mehta@jpmorgan.com | dari.a.al-bader@jpmorgan.com | ebbin.simon@jpmorgan.com |
| chris.d.mackinson@jpmorgan.com | darren.hawker@jpmorgan.com | ebert_bernard@jpmorgan.com |
| chris.e.lynch@jpmorgan.com | darren.oakley@jpmorgan.com | echipare_rogel@jpmorgan.com |
| chris.ling@jpmorgan.com | darren.t.rabenou@jpmorgan.com | edsparr_patrik@jpmorgan.com |
| chris.llewelyn@jpmorgan.com | dave.fucio@jpmorgan.com | edvard.major@jpmorgan.com |
| chris.s.hutton@jpmorgan.com | dave.silberman@jpmorgan.com | edward.p.walker@jpmorgan.com |
| chris.t.herbster@jpmorgan.com | dave.sivinski@jpmorgan.com | efrain.nunez@jpmorgan.com |
| christian.karg@jpmorgan.c | david.b.pasquale@jpmorgan.com | egan_peter@jpmorgan.com |
| christian.s.pecher@jpmorgan.com | david.c.joiner@jpmorgan.com | ehiwario.o.efeyini@jpmorgan.com |
| christine.phillpotts@jpmorgan.com | david.g.berry@jpmorgan.com | elizabeth.cl.wilson@jpmorgan.com |
| christopher.d.maizys@jpmorgan.com | david.goulding@jpmorgan.com | emil.babayev@jpmorgan.com |
| christopher.emanuel@jpmorgan.com | david.halliden@jpmorgan.com | emil.skulski@jpmorgan.com |
| christopher.fiorelli@jpmorgan.com | david.i.oliver@jpmorgan.com | emma.loftus@jpmorgan.com |
| christopher.g.tomasides@jpmorgan.com | david.j.allen@jpmorgan.com | emma.parnell@jpmorgan.com |
| christopher.jones@jpmorgan.com | david.j.brown@jpmorgan.com | emma.skipworth@jpmorgan.com |
| christopher.l.fetes@jpmorgan.com | david.j.houston@jpmorgan.com | emmanuel.krause@jpmorgan.com |
| christopher.m.carlucci@jpmorgan.com | david.j.kolasinski@jpmorgan.com | emmanuel.n.archampong@jpmorgan.com |
| christopher.m.turner@jpmorgan.com | david.j.white@jpmorgan.com | emmet.a.jackson@jpmorgan.com |
| christopher.m.wightman@jpmorgan.com | david.key@jpmorgan.com | eric.de.sangues@jpmorgan.com |
| christopher.morrison@jpmorgan.com | david.lochead@jpmorgan.com | eric.marnandus@jpmorgan.com |
| christopher.striesow@jpmorgan.com | david.m.barry@jpmorgan.com | eric.n.remole@jpmorgan.com |

erica.k.bart@jpmorgan.com
erik.j.black@jpmorgan.com
estrada_sandra@jpmorgan.com
eugene.x.netis@jpmorgan.com
eva.keegan@jpmorgan.com
eva.walsh@jpmorgan.com
evangelos.x.delimbassis@jpmorgan.com
evgenia.i.kim@jpmorgan.com
evguenia.a.sokolova@jpmorgan.com
evrard.x.fraise@jpmorgan.com
eytan.shapiro@jpmorgan.com
faktorovich_mikhail@jpmorgan.com
falgun.jariwala@jpmorgan.com
faris.ayoub@jpmorgan.com
feder_abigail@jpmorgan.com
felise.l.agranoff@jpmorgan.com
finkelstein_stephen@jpmorgan.com
fiona.m.egan@jpmorgan.com
fiona.rowley@jpmorgan.com
fong_jarrod@jpmorgan.com
francesca.sanderson@jpmorgan.com
francisco.bengzon@jpmorgan.com
francois.j.brochard@jpmorgan.com
frank.delvecchio@jpmorgan.com
frank.r.gough@jpmorgan.com
fred.d.binka@jpmorgan.com
fred.loh@jpmorgan.com
frederic.j.hatt@jpmorgan.com
frederic.mouchel@jpmorgan.com
frederic.r.lexow@jpmorgan.com
frederick.a.sabetta@jpmorgan.com
fufidio_eve@jpmorgan.com
gabej.feder@jpmorgan.com
gabriella.a.barschdorff@jpmorgan.com
gaiane.oganessian@jpmorgan.com
gail.g.bownes@jpmorgan.com
gallant_bruce@jpmorgan.com
gardella_george@jpmorgan.com
gareth.healey@jpmorgan.com
garfield.johnson.jr@jpmorgan.com
garrett.fish@jpmorgan.com
gary.liberman@jpmorgan.com
gary.madich@jpmorgan.com
gem.livingstone@jpmorgan.com
george.williams@jpmorgan.com
george.x.funganjera@jpmorgan.com
georgina.p.maxwell@jpmorgan.com
gertjan.koomen@jpmorgan.com
gheilerman_carla@jpmorgan.com
gilbert_richard@jpmorgan.com
gillian.butler@jpmorgan.com
giri.k.devulapally@jpmorgan.com
giselle.l.leon@jpmorgan.com
gladieux_jay@jpmorgan.com
glenn.gawronski@jpmorgan.com
globerman_polina@jpmorgan.com
gloria.h.fu@jpmorgan.com
goldman_steve@jpmorgan.com
gonzalez_raphael@jpmorgan.com
gordon.f.stransky@jpmorgan.com

gossman_michele@jpmorgan.com
gottfried.x.hoerich@jpmorgan.com
graciela.m.bernard@jpmorgan.com
graham.c.nicol@jpmorgan.com
greg.l.tuorto@jpmorgan.com
greg.swisher@jpmorgan.com
gregg.hrivnak@jpmorgan.com
gregory.a.mattiko@jpmorgan.com
gregory.g.fowlkes@jpmorgan.com
gripo.gina@jpmorgan.com
gus.moriana@jpmorgan.com
guy.dunham@jpmorgan.com
gwion.m.moore@jpmorgan.com
hamm_eric@jpmorgan.com
hannah-may.hawkins@jpmorgan.com
harpole_john@jpmorgan.com
harvey_g@jpmorgan.com
healy_margaret@jpmorgan.com
heiland_gunter@jpmorgan.com
helen.e.wild@jpmorgan.com
helen.y.weng@jpmorgan.com
helge.m.skibeli@jpmorgan.com
henry.b.berg@jpmorgan.com
holak_tim@jpmorgan.com
hollway_richard@jpmorgan.com
hongyan.x.zhang@jpmorgan.com
honig_paul@jpmorgan.com
huang_winston@jpmorgan.com
hugh.nickola@jpmorgan.com
hugo.alexander@jpmorgan.com
iain.t.stealey@jpmorgan.com
ian.g.cully@jpmorgan.com
ian.j.brown@jpmorgan.com
ian.r.butler@jpmorgan.com
ian.r.henderson@jpmorgan.com
ido.eisenberg@jpmorgan.com
ikeda_karen@jpmorgan.com
ines.x.risques@jpmorgan.com
inna.semenchuk@jpmorgan.com
isabel.dubra-paramos@jpmorgan.com
izana.wanahmad@jpmorgan.com
j.brian.hunter@jpmorgan.com
jack.crawford@jpmorgan.com
jack.s.crawford@jpmorgan.com
jackman_jeffrey@jpmorgan.com
jaco.a.venter@jpmorgan.com
jacob.w.gibson@jpmorgan.com
jacopo.g.saccheri@jpmorgan.com
jacqueline.a.mihalik@jpmorgan.com
jacqueline.flake@jpmorgan.com
jacqueline.x.white@jpmorgan.com
jakobson_patrick@jpmorgan.com
james.a.pitkin@jpmorgan.com
james.ahn@jpmorgan.com
james.c.ho@jpmorgan.com
james.d.mcnerny@jpmorgan.com
james.e.bauman@jpmorgan.com
james.e.gibson@jpmorgan.com
james.f.drake@jpmorgan.com
james.gregory@jpmorgan.com

james.h.stothard@jpmorgan.com
james.illsley@jpmorgan.com
james.j.howie@jpmorgan.com
james.m.ireland@jpmorgan.com
james.m.mcloughlin@jpmorgan.com
james.mahon@jpmorgan.com
james.p.shanahan@jpmorgan.com
james.r.andrew@jpmorgan.com
james.r.elliot@jpmorgan.com
james.r.kerr@jpmorgan.com
james.r.walker@jpmorgan.com
james.repard@jpmorgan.com
james.wt.fisher@jpmorgan.com
james.x.madison@jpmorgan.com
james.z.ford@jpmorgan.com
jamie.c.stephens@jpmorgan.com
jamie.silk@jpmorgan.com
jandrucko_b@jpmorgan.com
jane.buyers-russo@jpmorgan.com
jane.s.bennett@jpmorgan.com
jarred.sherman@jpmorgan.com
jason.a.king@jpmorgan.com
jason.b.chrein@jpmorgan.com
jason.k.hempel@jpmorgan.com
jason.ko@jpmorgan.com
jason.l.minkler@jpmorgan.com
jason.r.fletcher@jpmorgan.com
jason.vaitukaitis@jpmorgan.com
jason.x.hall@jpmorgan.com
javier.x.martin-artajo@jpmorgan.com
jay.sashti@jpmorgan.com
jay.villanueva@jpmorgan.com
jean.j.lu@jpmorgan.com
jean.m.walshe@jpmorgan.com
jean-marc.bottazzi@jpmorgan.com
jeanna.m.howard@jpmorgan.com
jean-philippe.blua@jpmorgan.com
jean-philippe.f.odunlami@jpmorgan.com
jeff.bigden@jpmorgan.com
jeffrey.a.binette@jpmorgan.com
jeffrey.fountain@jpmorgan.com
jeffrey.hutz@jpmorgan.com
jeffrey.ignall@jpmorgan.com
jeffrey.m.braun@jpmorgan.com
jeffrey.r.lovell@jpmorgan.com
jeffrey.x.zhu@jpmorgan.com
jem.f.tien@jpmorgan.com
jenifer.k.garvey@jpmorgan.com
jeniffer.k.lee@jpmorgan.com
jennifer.b.press@jpmorgan.com
jennifer.tabak@jpmorgan.com
jeremy.s.kelton@jpmorgan.com
jeremy.wells@jpmorgan.com
jeremyuk.payne@jpmorgan.com
jeroen.k.huysinga@jpmorgan.com
jerome.w.aboucaya@jpmorgan.com
jes.staley@jpmorgan.com
jian.m.yao@jpmorgan.com
jigar.x.jain@jpmorgan.com
joanna.l.bewick@jpmorgan.com

| | | |
|---|---|---|
| joanne.froud@jpmorgan.com | karen.shapiro@jpmorgan.com | leila.gastil@jpmorgan.com |
| joao.n.moutaliz@jpmorgan.com | karl.x.lohninger@jpmorgan.com | leonard_chris@jpmorgan.com |
| joe.brambil@jpmorgan.com | karolina.x.berkowska@jpmorgan.com | leonie.e.wiggins@jpmorgan.com |
| joel.f.parrish@jpmorgan.com | karthik.x.rajan@jpmorgan.com | lerone.vincent@jpmorgan.com |
| john.a.o'brien@jpmorgan.com | kasase.i.kabwe@jpmorgan.com | liberman_alla@jpmorgan.com |
| john.baker@jpmorgan.com | katherine.a.shepperd@jpmorgan.com | lika.vaivao@jpmorgan.com |
| john.c.bradley@jpmorgan.com | katherine.a.stallkamp@jpmorgan.com | liliana.g.slavova@jpmorgan.com |
| john.c.warren@jpmorgan.com | katherine.e.joyce@jpmorgan.com | liliana.s.rejchelt@jpmorgan.com |
| john.d.hodges@jpmorgan.com | kathleen.stack@jpmorgan.com | lillis_gerry@jpmorgan.com |
| john.d.stafford@jpmorgan.com | kathryn.e.gross@jpmorgan.com | lin_susan@jpmorgan.com |
| john.k.bigley@jpmorgan.com | kathy.hagany@jpmorgan.com | linda.x.raggi@jpmorgan.com |
| john.mathai@jpmorgan.com | katie.edmunds@jpmorgan.com | linehan_lisa@jpmorgan.com |
| john.n.lux@jpmorgan.com | katrina.e.mooney@jpmorgan.com | lisa.alderson@jpmorgan.com |
| john.r.gray@jpmorgan.com | katy.e.thorneycroft@jpmorgan.com | lisa.boncaldo@jpmorgan.com |
| john.t.donohue@jpmorgan.com | kaval.x.jowhal@jpmorgan.com | lisa.j.shin@jpmorgan.com |
| john.updegraff@jpmorgan.com | kay.herr@jpmorgan.com | lisa.kopff@jpmorgan.com |
| john.w.wong@jpmorgan.com | kei.f.chong@jpmorgan.com | lisa.l.schmidt@jpmorgan.com |
| johnna.m.godwin@jpmorgan.com | keita.toda@jpmorgan.com | lisa.s.sadioglu@jpmorgan.com |
| jon.b.jonsson@jpmorgan.com | keith.d.bell@jpmorgan.com | liz.nolan@jpmorgan.com |
| jon.j.ingram@jpmorgan.com | keith.r.grindlay@jpmorgan.com | liz.williams@jpmorgan.com |
| jon.p.debow@jpmorgan.com | kelly.l.visser@jpmorgan.com | lloyd.doaman@jpmorgan.com |
| jonathan.chung@jpmorgan.com | kelly.robin@jpmorgan.com | lloyd.h.hotchkiss@jpmorgan.com |
| jonathan.g.warwick@jpmorgan.com | ken.x.thompson@jpmorgan.com | locksley_liz@jpmorgan.com |
| jonathan.j.obrien@jpmorgan.com | kenneth.j.young@jpmorgan.com | lohmeyer_jeffrey@jpmorgan.com |
| jonathan.k.simon@jpmorgan.com | kerry.p.gilmore@jpmorgan.com | lomtev_igor@jpmorgan.com |
| jonathan.linden@jpmorgan.com | kevin.li2@jpmorgan.com | loney_fred@jpmorgan.com |
| jonathan.m.cummings@jpmorgan.com | kevin.m.aylward@jpmorgan.com | loren.h.hawkyard@jpmorgan.com |
| jonathan.s.beshel@jpmorgan.com | kevin.m.martinez@jpmorgan.com | louise.chase@jpmorgan.com |
| jonathon.a.brachle@jpmorgan.com | kevin.r.alger@jpmorgan.com | louise.p.sclafani@jpmorgan.com |
| jonthan.l.tse@jpmorgan.com | kevin.r.ng@jpmorgan.com | luba.kagan@jpmorgan.com |
| jorge.araujo@jpmorgan.com | kevin.rainbird@jpmorgan.com | lucy.a.dumelow@jpmorgan.com |
| jorge.gallardo@jpmorgan.com | kezia.j.bauckham@jpmorgan.com | lucy.a.pollitt@jpmorgan.com |
| jose.antonio.ortiz@jpmorgan.com | khalid.khan@jpmorgan.com | luke.b.wahwerit@jpmorgan.com |
| joseph.fabre@jpmorgan.com | khoi.n.tran@jpmorgan.com | luke.richdale@jpmorgan.com |
| joseph.h.chia@jpmorgan.com | khursheed.b.shroff@jpmorgan.com | luke.t.szymczak@jpmorgan.com |
| joseph.montalto@jpmorgan.com | khyati.x.sundaram@jpmorgan.com | luke_thomas@jpmorgan.com |
| joseph.s.jang@jpmorgan.com | kimberly.a.bingle@jpmorgan.com | luster_brian@jpmorgan.com |
| joseph.w.walden@jpmorgan.com | kressner_david@jpmorgan.com | lutova_natalia@jpmorgan.com |
| josh.h.brunner@jpmorgan.com | kristina.krestva@jpmorgan.com | luying.wei@jpmorgan.com |
| joshua.p.golden@jpmorgan.com | kristina.krsteva@jpmorgan.com | lydia.c.vitalis@jpmorgan.com |
| jow_doris@jpmorgan.com | krzysztof.szczawinski@jpmorgan.com | lydia.j.turnbull@jpmorgan.com |
| jpmim.us.equity.traders@jpmorgan.com | kurek_gregory@jpmorgan.com | lynch_sean@jpmorgan.com |
| judi.vining@jpmorgan.com | kyongsoo.noh@jpmorgan.com | maccone_richard@jpmorgan.com |
| julia.a.roberts@jpmorgan.com | lamlam.ng@jpmorgan.com | maja.x.sala@jpmorgan.com |
| julian.le.beron@jpmorgan.com | larry.e.playford@jpmorgan.com | mala.mistry@jpmorgan.com |
| julian.leslie@jpmorgan.com | larry.h.lee@jpmorgan.com | malave_vivian@jpmorgan.com |
| julie.boyd@jpmorgan.com | laura.a.blandford@jpmorgan.com | man.y.fong@jpmorgan.com |
| julie.harnett@jpmorgan.com | laura.a.jordan@jpmorgan.com | maniseng.m.sisamouth@jpmorgan.com |
| julie.pandolfi@jpmorgan.com | laura.gavin@jpmorgan.com | marc-christian.c.heitzer@jpmorgan.com |
| julie.s.ho@jpmorgan.com | laura.x.huang@jpmorgan.com | marena_patricia@jpmorgan.com |
| julie.saussier@jpmorgan.com | laura.x.phengthong@jpmorgan.com | maria.mateo@jpmorgan.com |
| julien.sallmard@jpmorgan.com | lauren.e.carter@jpmorgan.com | maria.x.smola@jpmorgan.com |
| juliette.declercq@jpmorgan.com | lauren.woolley@jpmorgan.com | marian.x.mcbride@jpmorgan.com |
| jun.zang@jpmorgan.com | laurence.g.jones@jpmorgan.com | mariana.bernunzo@jpmorgan.com |
| justin.s.goldstein@jpmorgan.com | laurent.puijalon@jpmorgan.com | marileen.b.koppenberg@jpmorgan.com |
| justin.t.howell@jpmorgan.com | lee.gilbert@jpmorgan.com | marin.i.bolanca@jpmorgan.com |
| kachintsev_dmitrii@jpmorgan.com | lee.m.bray@jpmorgan.com | marina.siniscalchi@jpmorgan.com |
| kamel.askar@jpmorgan.com | lee.steven@jpmorgan.com | marisol.israel@jpmorgan.com |
| kamran.moghadam@jpmorgan.com | lee_s@jpmorgan.com | mark.a.muehlnickel@jpmorgan.com |
| karen.pallister@jpmorgan.com | leeza.berschansky@jpmorgan.com | mark.ferguson@jpmorgan.com |

| | | |
|---|---|---|
| mark.g.williamson@jpmorgan.com | minucci_dave@jpmorgan.com | otis.j.greene@jpmorgan.com |
| mark.h.prenger@jpmorgan.com | miskinis_venantas@jpmorgan.com | packer_samantha@jpmorgan.com |
| mark.m.jackson@jpmorgan.com | mitchell.smith@jpmorgan.com | padley_m@jpmorgan.com |
| mark.peterson@jpmorgan.com | mohamed.nasrudin@jpmorgan.com | pamela.x.domanski@jpmorgan.com |
| mark.stancher@jpmorgan.com | molt_stephan@jpmorgan.com | panagiotis.s.vlachopoulos@jpmorgan.com |
| mark.w.thomas@jpmorgan.com | morris_bill@jpmorgan.com | parag.s.parekh@jpmorgan.com |
| marlene.g.deluca@jpmorgan.com | morris_marie@jpmorgan.com | pastel_amy@jpmorgan.com |
| martha_metcalf@jpmorgan.com | mstephenson@jpmorgan.com | patricia.m.mcredmond@jpmorgan.com |
| martin.d.king@jpmorgan.com | muller_paul@jpmorgan.com | patricia.tiensch@jpmorgan.com |
| martin.lebouitz@jpmorgan.com | mulvihill_robert@jpmorgan.com | patrick.c.griffin@jpmorgan.com |
| martin.porter@jpmorgan.com | murali.sankar@jpmorgan.com | patrick.j.parr@jpmorgan.com |
| martin.s.coward@jpmorgan.com | mustaq.f.rahaman@jpmorgan.com | patrick.vermeulen@jpmorgan.com |
| mary.p.kendziekski@jpmorgan.com | nada.al.hussona@jpmorgan.com | patrizio.m.gregori@jpmorgan.com |
| mary.x.vesey@jpmorgan.com | nadia.boulila@jpmorgan.com | paul.a.quinsee@jpmorgan.com |
| matt.rader@jpmorgan.com | naline.s.singh@jpmorgan.com | paul.bareman@jpmorgan.com |
| matteo.maralla@jpmorgan.com | nancy.f.hoch@jpmorgan.com | paul.coolen@jpmorgan.com |
| matthew.a.kinkel@jpmorgan.com | natalia.x.bucci@jpmorgan.com | paul.corps@jpmorgan.com |
| matthew.c.beesley@jpmorgan.com | nathalie.f.cuadrado@jpmorgan.com | paul.glands@jpmorgan.com |
| matthew.nelson@jpmorgan.com | neeraj.bewtra@jpmorgan.com | paul.herbert@jpmorgan.com |
| matthew.p.myers@jpmorgan.com | neil.x.picozzi@jpmorgan.com | paul.j.federico@jpmorgan.com |
| matthew.r.harriss@jpmorgan.com | neill.d.nuttall@jpmorgan.com | paul.kw.neoh@jpmorgan.com |
| matthew.t.kline@jpmorgan.com | nichola.j.long@jpmorgan.com | paul.m.joseph@jpmorgan.com |
| matthieu.batard@jpmorgan.com | nichola.m.lally@jpmorgan.com | paul.m.lock@jpmorgan.com |
| mawson_ron@jpmorgan.com | nichola.rossetti@jpmorgan.com | paul.mckeaveney@jpmorgan.com |
| mcgrade_andrew@jpmorgan.com | nicholas.j.horne@jpmorgan.com | paul.r.donnelly@jpmorgan.com |
| megan.e.lunt@jpmorgan.com | nicholas.j.yaxley@jpmorgan.com | paul.r.polichino@jpmorgan.com |
| mei-hing.lee@jpmorgan.com | nicholas.w.d'eramo@jpmorgan.com | paul.s.choi@jpmorgan.com |
| meike.bliebenicht@jpmorgan.com | nick.procter@jpmorgan.com | paul.s.hyatt@jpmorgan.com |
| meiselas_robert@jpmorgan.com | nick.wallum@jpmorgan.com | paul.ukmt.blakeley@jpmorgan.com |
| melanie.l.griffiths@jpmorgan.com | nicola.bauzone@jpmorgan.com | paul.w.mcdonough@jpmorgan.com |
| melinda.mattox@jpmorgan.com | nicola.danese@jpmorgan.com | paul.white2@jpmorgan.com |
| menashe.x.banit@jpmorgan.com | nicole.d.fazio@jpmorgan.com | paul.x.byrne@jpmorgan.com |
| michael.a.marquez@jpmorgan.com | nicole.k.malina@jpmorgan.com | pavan.wadhwa@jpmorgan.com |
| michael.barakos@jpmorgan.com | nicole.m.melwood@jpmorgan.com | pecoraro_michael@jpmorgan.com |
| michael.camacho@jpmorgan.com | nicole.p.bermensolo@jpmorgan.com | peeler_sage@jpmorgan.com |
| michael.e.burns@jpmorgan.com | nigel.arthur@jpmorgan.com | peltekian_paul@jpmorgan.com |
| michael.e.curtis@jpmorgan.com | nigel.j.rayment@jpmorgan.com | persaud_mary@jpmorgan.com |
| michael.f.latargia@jpmorgan.com | nikol.c.miller@jpmorgan.com | peter.d.edwards@jpmorgan.com |
| michael.friedland@jpmorgan.com | nikolaos.argiriou@jpmorgan.com | peter.d.simons@jpmorgan.com |
| michael.giliberto@jpmorgan.com | ningsu.chan@jpmorgan.com | peter.j.davis@jpmorgan.com |
| michael.girard@jpmorgan.com | niola.a.santana@jpmorgan.com | peter.j.robinson@jpmorgan.com |
| michael.h.feser@jpmorgan.com | niranjan.x.aiyagari@jpmorgan.com | peter.k.kong@jpmorgan.com |
| michael.j.garrett@jpmorgan.com | nishesh.kumar@jpmorgan.com | peter.kerger@jpmorgan.com |
| michael.j.irwin@jpmorgan.com | nissotti_montano@jpmorgan.com | peter.n.lawrence@jpmorgan.com |
| michael.loeffler@jpmorgan.com | nitin.bhambhani@jpmorgan.com | peter.roimisher@jpmorgan.com |
| michael.p.elhadj@jpmorgan.com | nora.thoden@jpmorgan.com | peterson_bill@jpmorgan.com |
| michael.phelps@jpmorgan.com | noriko.kuroki@jpmorgan.com | phanella.i.mayall@jpmorgan.com |
| michael.r.caggia@jpmorgan.com | north_charles@jpmorgan.com | philip.c.morgan@jpmorgan.com |
| michael.r.myers@jpmorgan.com | nuwan.x.wijesinghe@jpmorgan.com | philip.c.street@jpmorgan.com |
| michael.rosen@jpmorgan.com | obrien_jack@jpmorgan.com | philip.k.perkins@jpmorgan.com |
| michael.s.atchison@jpmorgan.com | oconnor_sandra@jpmorgan.com | philip.p.lockyer@jpmorgan.com |
| michael.s.koutsoutis@jpmorgan.com | ogur_scott@jpmorgan.com | philip.x.bird@jpmorgan.com |
| michael.schoenhaut@jpmorgan.com | olawale.a.dawodu@jpmorgan.com | philippe.thomas@jpmorgan.com |
| michael.v.buscemi@jpmorgan.com | oleg.i.biryulyov@jpmorgan.com | phillip.d.hart@jpmorgan.com |
| michael.z.brown@jpmorgan.com | oliver.e.knowles@jpmorgan.com | phillips_charles@jpmorgan.com |
| michael.z.harary@jpmorgan.com | olivia.e.maguire@jpmorgan.com | piera.elisa.grassi@jpmorgan.com |
| michelle.m.bohmer@jpmorgan.com | olivia.f.pember@jpmorgan.com | piergiorgio.cellerino@jpmorgan.com |
| michelle.m.david@jpmorgan.com | olivia.pember@jpmorgan.com | pierre.drevillon@jpmorgan.com |
| mike.dr.jefferies@jpmorgan.com | omid.naeimi@jpmorgan.com | piksoo.chen@jpmorgan.com |
| milligan_jim@jpmorgan.com | osayande.x.ogunmwonyi@jpmorgan.com | pil_anton@jpmorgan.com |

| | | |
|---|---|---|
| posada_cristian@jpmorgan.com | robin.green@jpmorgan.com | simone.x.broadfield@jpmorgan.com |
| potter_brendan@jpmorgan.com | robin.s.asquith@jpmorgan.com | skwarek_lucia@jpmorgan.com |
| potter_nicholas@jpmorgan.com | roddy.g.thomson@jpmorgan.com | smelyanskiy_yuriy@jpmorgan.com |
| puiyin.chan@jpmorgan.com | rodolphe.saussier@jpmorgan.com | smith_mark_e@jpmorgan.com |
| puja.u.kapadia@jpmorgan.com | rodrigo.rodriguez@jpmorgan.com | snyder_john@jpmorgan.com |
| quashie_aline@jpmorgan.com | rohan.kalyanpur@jpmorgan.com | solimine_jennifer@jpmorgan.com |
| quinn_forrest@jpmorgan.com | roland.marchand@jpmorgan.com | sonia.b.ravello@jpmorgan.com |
| rachael.mcghee@jpmorgan.com | ronnette.scarder@jpmorgan.com | sonia.leonard@jpmorgan.com |
| rachmi.n.dwiyandari@jpmorgan.com | rory.g.charity@jpmorgan.com | sonia.meskin@jpmorgan.com |
| rafael.freitas@jpmorgan.com | rosanna.s.singh@jpmorgan.com | soonef.x.kapadia@jpmorgan.com |
| raffaele.zingone@jpmorgan.com | roshan.k.kholil@jpmorgan.com | sophie.bsch@jpmorgan.com |
| ralph.courtney@jpmorgan.com | rufino.a.mendoza@jpmorgan.com | stacy.l.jester@jpmorgan.com |
| ramon.pitter@jpmorgan.com | rumi.x.masih@jpmorgan.com | stefano.bellani@jpmorgan.com |
| randy.wachtel@jpmorgan.com | russell.j.miller@jpmorgan.com | stefano.x.nora@jpmorgan.com |
| rashmi.gupta@jpmorgan.com | russell.pudney@jpmorgan.com | stephanie.bishop@jpmorgan.com |
| ray.stancil@jpmorgan.com | russo_james@jpmorgan.com | stephanie.v.ruffie@jpmorgan.com |
| raya.sokolyanska@jpmorgan.com | ruth.hass@jpmorgan.com | stephanie.x.price@jpmorgan.com |
| rebecca.l.krollman@jpmorgan.com | ruth.x.priestley@jpmorgan.com | stephen.a.bondi@jpmorgan.com |
| rebecca.l.sharp@jpmorgan.com | ryan.b.tse@jpmorgan.com | stephen.d.marchini@jpmorgan.com |
| reidy_james@jpmorgan.com | ryan.l.letchworth@jpmorgan.com | stephen.j.mitchell@jpmorgan.com |
| rekha.k.halai@jpmorgan.com | ryan_maria@jpmorgan.com | stephen.k.mayes@jpmorgan.com |
| rekha.k.sharma@jpmorgan.com | sacchitello_michael@jpmorgan.com | stephen.marchini@jpmorgan.com |
| rene.ho@jpmorgan.com | salvatore.deangelis@jpmorgan.com | stephen.westbrook@jpmorgan.com |
| rene.noel@jpmorgan.com | sam.k.cheung@jpmorgan.com | steve.j.wang@jpmorgan.com |
| rhys.g.true@jpmorgan.com | sandeep.bhargava@jpmorgan.com | steven.devine@jpmorgan.com |
| rich_jamie@jpmorgan.com | sandro.l.apostolico@jpmorgan.com | steven.e.wharton@jpmorgan.com |
| richard.a.jarvis@jpmorgan.com | sandy.heilman@jpmorgan.com | steven.w.johnson@jpmorgan.com |
| richard.c.davies@jpmorgan.com | sanjeev.khemlani@jpmorgan.com | stewart.whitehead@jpmorgan.com |
| richard.figuly@jpmorgan.com | sapan.b.shah@jpmorgan.com | strang_sarah@jpmorgan.com |
| richard.herbst@jpmorgan.com | sarah.emly@jpmorgan.com | stroh_karsten@jpmorgan.com |
| richard.kim@jpmorgan.com | sarah.j.gunn@jpmorgan.com | stuart.a.schweitzer@jpmorgan.com |
| richard.m.hibell@jpmorgan.com | sarah.r.dahan@jpmorgan.com | stuart.d.connell@jpmorgan.com |
| richard.s.bei@jpmorgan.com | sarah-jane.morley@jpmorgan.com | stuart.d.ward@jpmorgan.com |
| richard.schoeb@jpmorgan.com | schiebeler_ulrike@jpmorgan.com | stuart.schuster@jpmorgan.com |
| richard.taormina@jpmorgan.com | scott.blasdell@jpmorgan.com | stuart.x.price@jpmorgan.com |
| richard.w.bullock@jpmorgan.com | scott.d.eisenberg@jpmorgan.com | susan.bao@jpmorgan.com |
| richard.x.austin@jpmorgan.com | scott.da.smith@jpmorgan.com | susan.m.chiavoli@jpmorgan.com |
| rick.davis@jpmorgan.com | scott.gis.kelly@jpmorgan.com | susan.parekh@jpmorgan.com |
| rita.j.hanson@jpmorgan.com | scott.m.berman@jpmorgan.com | susan.roberts@jpmorgan.com |
| rita.ukmt.mccarthy@jpmorgan.com | scott.n.braunstein@jpmorgan.com | susana.aranda@jpmorgan.com |
| robert.bowman@jpmorgan.com | seamus.s.brown@jpmorgan.com | sweitzer_alicia@jpmorgan.com |
| robert.c.amenta@jpmorgan.com | sean.d.hennelly@jpmorgan.com | sylvia.kambouris@jpmorgan.com |
| robert.c.colwell@jpmorgan.com | sean.p.kruzel@jpmorgan.com | talia.a.baron-hall@jpmorgan.com |
| robert.haim@jpmorgan.com | sebastian.luparia@jpmorgan.com | talib.a.sheikh@jpmorgan.com |
| robert.j.gould@jpmorgan.com | sebastian.r.farahnak@jpmorgan.com | tan_janet@jpmorgan.com |
| robert.j.morena@jpmorgan.com | sebastian.x.gutierrez@jpmorgan.com | tang_tony@jpmorgan.com |
| robert.kendrick@jpmorgan.com | seetha.garikapati@jpmorgan.com | tarca_silvio@jpmorgan.com |
| robert.l.cook@jpmorgan.com | serena.sheldrake@jpmorgan.com | tariq.a.ahmad@jpmorgan.com |
| robert.liu@jpmorgan.com | seth.p.bernstein@jpmorgan.com | tarun.chavda@jpmorgan.com |
| robert.lovisek@jpmorgan.com | seth.x.miller@jpmorgan.com | taylor.b.page@jpmorgan.com |
| robert.o.weller@jpmorgan.com | shane.duffy@jpmorgan.com | tayne_rebecca@jpmorgan.com |
| robert.pelligrini@jpmorgan.com | shannon.t.mcgrael@jpmorgan.com | teatom_robert@jpmorgan.com |
| robert.t.gannon@jpmorgan.com | shaun_parkes@jpmorgan.com | tejas.m.patani@jpmorgan.com |
| robert.vc.hubbard@jpmorgan.com | shauna.k.mcelduff@jpmorgan.com | tennille_william@jpmorgan.com |
| robert.w.jacob@jpmorgan.com | shilpee.x.raina@jpmorgan.com | terance.chen@jpmorgan.com |
| robert.weible@jpmorgan.com | shireen.jones@jpmorgan.com | terence.walls@jpmorgan.com |
| robert.weissenstein@jpmorgan.com | sicat_jenny@jpmorgan.com | terry.dufrene@jpmorgan.com |
| roberts.l.grava@jpmorgan.com | simon.a.poncet@jpmorgan.com | terry.froggatt@jpmorgan.com |
| robertus.w.prajogi@jpmorgan.com | simon.j.ebbins@jpmorgan.com | tess.chi@jpmorgan.com |
| robin.b.chance@jpmorgan.com | simon.stredder@jpmorgan.com | thanh.p.nguyen@jpmorgan.com |

| | | |
|---|---|---|
| theo.s.hadiwidjaja@jpmorgan.com | weil_kimberly@jpmorgan.com | carnani.neetu@jpmorganfleming.com |
| theodore.z.wyman@jpmorgan.com | weiqun.zhou@jpmorgan.com | carole.h.kopman@jpmorganfleming.com |
| theresa.a.demaio@jpmorgan.com | william.fitzgerald@jpmorgan.com | carolyn.a.jones@jpmorganfleming.com |
| therese.bechet@jpmorgan.com | william.j.morgan@jpmorgan.com | cchee@jpmorganfleming.com |
| thomas.g.hauser@jpmorgan.com | william.r.simmons@jpmorgan.com | cedric.rimaud@jpmorganfleming.com |
| thomas.h.mulligan@jpmorgan.com | william.t.tallman@jpmorgan.com | celia.de.rudder@jpmorganfleming.com |
| thomas.m.le@jpmorgan.com | williams_robert@jpmorgan.com | charles.geoghegan@jpmorganfleming.com |
| thomas.m.luddy@jpmorgan.com | witcomb_gareth@jpmorgan.com | chris.complin@jpmorganfleming.com |
| thomas.n.davis@jpmorgan.com | wonseok.x.choi@jpmorgan.com | chris.r.tracey@jpmorganfleming.com |
| thomas.r.lebertre@jpmorgan.com | wood_jr_kimgsley@jpmorgan.com | christian.preussner@jpmorganfleming.com |
| thomas.russo@jpmorgan.com | wood_steve@jpmorgan.com | christopher.d.walsh@jpmorganfleming.com |
| thomas.w.aust@jpmorgan.com | wu_thomas@jpmorgan.com | christopher.m.tufts@jpmorganfleming.com |
| thomas.x.buckingham@jpmorgan.com | xiaohan.h.song@jpmorgan.com | claire.i.higgins@jpmorganfleming.com |
| thomas.x.charlet@jpmorgan.com | yaa.offeibea.tamakloe@jpmorgan.com | colin.p.stock@jpmorganfleming.com |
| tim.adler@jpmorgan.com | yansong.chen@jpmorgan.com | daemon.bear@jpmorganfleming.com |
| tim.bailey@jpmorgan.com | yee-ng_constance@jpmorgan.com | daire.t.dunne@jpmorganfleming.com |
| tim.madraimov@jpmorgan.com | yoshitsugu.x.yamamoto@jpmorgan.com | dan.underhill@jpmorganfleming.com |
| timothy.j.morris@jpmorgan.com | young.k.kwon@jpmorgan.com | daniel.n.briggs@jpmorganfleming.com |
| timothy.j.snyder@jpmorgan.com | youssef.benomar@jpmorgan.com | daniel.s.kohn@jpmorganfleming.com |
| timothy.m.gamache@jpmorgan.com | yu.he@jpmorgan.com | darren.gilhooly@jpmorganfleming.com |
| timothy.m.shannon@jpmorgan.com | yuko.sugano@jpmorgan.com | dave.esrig@jpmorganfleming.com |
| timothy.parton@jpmorgan.com | yury.gruzglin@jpmorgan.com | david.aldrich@jpmorganfleming.com |
| timothy.x.woods@jpmorgan.com | yvonne.tran@jpmorgan.com | david.ansell@jpmorganfleming.com |
| tishfield_marc@jpmorgan.com | zenah.shuhaiber@jpmorgan.com | david.c.winterle@jpmorganfleming.com |
| tiya.walker@jpmorgan.com | zheng_fang@jpmorgan.com | david.m.clarke@jpmorganfleming.com |
| tobias.x.mensing@jpmorgan.com | zhilun.pang@jpmorgan.com | david.m.gibbon@jpmorganfleming.com |
| tolga.i.uzuner@jpmorgan.com | zoe.a.harbut@jpmorgan.com | david.n.martucci@jpmorganfleming.com |
| tom.maughan@jpmorgan.com | diane.leslie@jpmorganchase.com | david.oller@jpmorganfleming.com |
| tom.murray@jpmorgan.com | espen.haug@jpmorganchase.com | david.w.chan@jpmorganfleming.com |
| tomislav.a.segaric@jpmorgan.com | marcelle.j.yunesletayf@jpmorganchase.com | david.w.tan@jpmorganfleming.com |
| tonya.l.vance@jpmorgan.com | scott.a.smithjr@jpmorganchase.com | dharsono.hartono@jpmorganfleming.com |
| traci.l.manford@jpmorgan.com | adam.matthews@jpmorganfleming.com | dirk.m.panter@jpmorganfleming.com |
| tracy.e.williams@jpmorgan.com | agustin.krisnawahjuesa@jpmorganfleming.com | donald.clemmenson@jpmorganfleming.com |
| tron.r.wang@jpmorgan.com | aidan.d.shevlin@jpmorganfleming.com | donald.gervais@jpmorganfleming.com |
| tyler.h.patla@jpmorgan.com | alan.court@jpmorganfleming.com | donald.r.amstad@jpmorganfleming.com |
| urmas.wompa@jpmorgan.com | albert.j.lee@jpmorganfleming.com | donna.mawson@jpmorganfleming.com |
| usman.x.naeem@jpmorgan.com | alex.ramos@jpmorganfleming.com | doreen.tan@jpmorganfleming.com |
| valladolid_michelle@jpmorgan.com | alexander.robins@jpmorganfleming.com | doris.j.grillo@jpmorganfleming.com |
| varcity.kariuki@jpmorgan.com | alexandra.w.gabriele@jpmorganfleming.com | douglas.j.upton@jpmorganfleming.com |
| vassilios.x.koulovassilopoulos@jpmorgan.com | alexandre.tcheng@jpmorganfleming.com | edmund.brandt@jpmorganfleming.com |
| vedant.x.mehra@jpmorgan.com | alistair.r.sayer@jpmorganfleming.com | eileen.r.cohen@jpmorganfleming.com |
| vellanki_ramesh@jpmorgan.com | amanda.g.sisson@jpmorganfleming.com | eleni.demetriou@jpmorganfleming.com |
| velock_walter@jpmorgan.com | amelia.julian@jpmorganfleming.com | eloise.eloy@jpmorganfleming.com |
| venkatakrishnan_cs@jpmorgan.com | andrea.meschini@jpmorganfleming.com | eric.d.delomier@jpmorganfleming.com |
| verdant.x.mehra@jpmorgan.com | andrew.hung@jpmorganfleming.com | fay.wong@jpmorganfleming.com |
| verity.savage@jpmorgan.com | andrew.j.orchard@jpmorganfleming.com | firstname.lastname@jpmorganfleming.com |
| victor.s.henry@jpmorgan.com | angeline.leong-sit@jpmorganfleming.com | francesco.conte@jpmorganfleming.com |
| victoria.a.lowrie@jpmorgan.com | anna.uppamar@jpmorganfleming.com | frank.tango@jpmorganfleming.com |
| vincent.spinelli@jpmorgan.com | anne.lester@jpmorganfleming.com | franz.j.loerch@jpmorganfleming.com |
| virinder.seth@jpmorgan.com | anne.marden@jpmorganfleming.com | gary.a.dugan@jpmorganfleming.com |
| vishal.x.thakkar@jpmorgan.com | anton.c.pil@jpmorganfleming.com | gary.schnierow@jpmorganfleming.com |
| vita_lorraine@jpmorgan.com | aranzazu.m.sardina@jpmorganfleming.com | george.bory@jpmorganfleming.com |
| vitaly.n.kazakov@jpmorgan.com | aries.yeo@jpmorganfleming.com | george.iwanicki@jpmorganfleming.com |
| vivek.k.shah@jpmorgan.com | arthur.j.wichman@jpmorganfleming.com | gerd.woort-menker@jpmorganfleming.com |
| vivek.sriram@jpmorgan.com | arti.searle@jpmorganfleming.com | hal.clark@jpmorganfleming.com |
| vivian.c.lin@jpmorgan.com | atsumi_erika@jpmorganfleming.com | haris.skaliotis@jpmorganfleming.com |
| vonbernewitz_glenn@jpmorgan.com | bill.g.oneill@jpmorganfleming.com | harriett.m.richmond@jpmorganfleming.com |
| w.scott.telford@jpmorgan.com | brian.b.strange@jpmorganfleming.com | helen.cord@jpmorganfleming.com |
| walsh_barbara@jpmorgan.com | bryan.jaax@jpmorganfleming.com | henry.digby@jpmorganfleming.com |
| wehrly_ronald@jpmorgan.com | carey.ball@jpmorganfleming.com | hester.s.muis@jpmorganfleming.com |

howard.williams@jpmorganfleming.com
iris.hanking@jpmorganfleming.com
james.a.brown@jpmorganfleming.com
james.hanson@jpmorganfleming.com
james.m.yang@jpmorganfleming.com
james.reidy@jpmorganfleming.com
jamie.j.streeter@jpmorganfleming.com
jan.ho@jpmorganfleming.com
jan.loeys@jpmorganfleming.com
jason.clague@jpmorganfleming.com
jason.s.kass@jpmorganfleming.com
jason.straker@jpmorganfleming.com
jeffrey.j.grills@jpmorganfleming.com
jeffrey.r.lovell@jpmorganfleming.com
jeffrey.shen@jpmorganfleming.com
jeremy.ip@jpmorganfleming.com
jeremy.klein@jpmorganfleming.com
jessica.badillo@jpmorganfleming.com
jim.r.snow@jpmorganfleming.com
joan.l.huggins@jpmorganfleming.com
joe.mcconnell@jpmorganfleming.com
john.h.tobin@jpmorganfleming.com
john.paulsen@jpmorganfleming.com
john.schmucker@jpmorganfleming.com
john.stainsby@jpmorganfleming.com
jon.b.jonsson@jpmorganfleming.com
joseph.w.dvirgilio@jpmorganfleming.com
joshi.dhavel@jpmorganfleming.com
julie.clement@jpmorganfleming.com
karen.prooth@jpmorganfleming.com
kash.patel@jpmorganfleming.com
kathleen.hughes@jpmorganfleming.com
kevin.n.baker@jpmorganfleming.com
kirstine.lauritz@jpmorganfleming.com
kristin.t.corwin@jpmorganfleming.com
kurt.franklin@jpmorganfleming.com
lee.j.isley@jpmorganfleming.com
lee.spelman@jpmorganfleming.com
lionel.therond@jpmorganfleming.com
lisa.c.alexander@jpmorganfleming.com
lizzie.broadbent@jpmorganfleming.com
lorraine.e.dixon@jpmorganfleming.com
lucy.parkin@jpmorganfleming.com
maleho.mothibatsela@jpmorganfleming.com
malgorzata.b.wegrzynowska@jpmorganfleming.com
marc.h.glaser@jpmorganfleming.com
marcus.b.robinson@jpmorganfleming.com
marek.kiezun@jpmorganfleming.com
mark.daisley@jpmorganfleming.com
martin.callaghan@jpmorganfleming.com
martin.zoll@jpmorganfleming.com
martino.rigo@jpmorganfleming.com
mary.veale@jpmorganfleming.com
matias.silvani@jpmorganfleming.com
michael.ashridge@jpmorganfleming.com
michael.cm.wilson@jpmorganfleming.com
michael.mewes@jpmorganfleming.com
min.lie@jpmorganfleming.com
mona.h.girotra@jpmorganfleming.com

nabil.irfan@jpmorganfleming.com
nathalie.wolleb@jpmorganfleming.com
neil.ellerbeck@jpmorganfleming.com
neil.s.joseph@jpmorganfleming.com
nicholas.j.handley@jpmorganfleming.com
nicole.vettise@jpmorganfleming.com
oscar.osullivan@jpmorganfleming.com
pablo.forero@jpmorganfleming.com
pandora.omaset@jpmorganfleming.com
pascal.chrobocinski@jpmorganfleming.com
paul.collison@jpmorganfleming.com
paul.j.baker@jpmorganfleming.com
paul.j.stegmayer@jpmorganfleming.com
paul.w.dickson@jpmorganfleming.com
peter.askew@jpmorganfleming.com
peter.cheley@jpmorganfleming.com
peter.clelland@jpmorganfleming.com
peter.e.kocubinski@jpmorganfleming.com
peter.lawery@jpmorganfleming.com
peter.w.knight@jpmorganfleming.com
philip.camporeale@jpmorganfleming.com
rae.zakhary@jpmorganfleming.com
raluca.z.dalea@jpmorganfleming.com
raul.fernandez@jpmorganfleming.com
riccardo.taje@jpmorganfleming.com
rice_paul@jpmorganfleming.com
richard.herberth@jpmorganfleming.com
richard.j.ward@jpmorganfleming.com
richard.meth@jpmorganfleming.com
ritu.bhargava@jpmorganfleming.com
robert.e.matty@jpmorganfleming.com
robert.murphy@jpmorganfleming.com
robert.peel@jpmorganfleming.com
robert.sl.chen@jpmorganfleming.com
roger.m.hallam@jpmorganfleming.com
russell.chweidan@jpmorganfleming.com
samantha.wilson@jpmorganfleming.com
sanjay.kashyap@jpmorganfleming.com
sarah.e.mawby@jpmorganfleming.com
sarah.j.murdoch@jpmorganfleming.com
sian.maddieson@jpmorganfleming.com
stephane.jeanin@jpmorganfleming.com
stephanie.yang@jpmorganfleming.com
stephen.andrews@jpmorganfleming.com
stephen.m.szczepankiewicz@jpmorganfleming.com
steve.d.drew@jpmorganfleming.com
steve.roberts@jpmorganfleming.com
steven.t.ho@jpmorganfleming.com
steven.w.johnson@jpmorganfleming.com
stewart.pemberton@jpmorganfleming.com
stuart.hapin@jpmorganfleming.com
stuart.maclean@jpmorganfleming.com
susan.mccabe@jpmorganfleming.com
susan.pritchard@jpmorganfleming.com
susanne.carrington@jpmorganfleming.com
ted.c.ufferfilge@jpmorganfleming.com
timothy.leask@jpmorganfleming.com
timothy.neumann@jpmorganfleming.com
todd.m.brown@jpmorganfleming.com
tom.cb.elliott@jpmorganfleming.com

uday.p.shah@jpmorganfleming.com
ulrich.kaltenbronn@jpmorganfleming.com
ulrich.vonauer@jpmorganfleming.com
valerie.malter@jpmorganfleming.com
vicki.rosenberg@jpmorganfleming.com
victoria.m.paradis@jpmorganfleming.com
vidtoriya.d.mikityanskaya@jpmorganfleming.com
yan.lou@jpmorganfleming.com
yazann.romahi@jpmorganfleming.com
lara.goodall@jpmorgganfleming.com
annabelle.bexiga@jpmorgemming.com
daniel.t.hu@jpmorganlfeming.com
nigel.manning@jpmprganfleming.com
dirk.x.frohnert@jpmrogan.com
akabanez@jsf.co.jp
asakurak@jsf.co.jp
igutim@jsf.co.jp
isidet@jsf.co.jp
mizukas@jsf.co.jp
momose-y@jsf.co.jp
nadoyamat@jsf.co.jp
tagurit@jsf.co.jp
takakik@jsf.co.jp
huwb@jsfund.cn
kbenson@jssb.com
pamoore@jsshk.com
phoebehsu@jsun.com
michael.deignan@jt-int.com
judy@judycalder.com
achraf.goneid@juliusbaer.com
adrian.sager@juliusbaer.com
agnese.testa@juliusbaer.com
al.pugliesi@juliusbaer.com
alan.hossain@juliusbaer.com
aldo.trinca@juliusbaer.com
alessandro.ghidini@juliusbaer.com
alexander.seiler@juliusbaer.com
alexander.shalash@juliusbaer.com
alexander.vanleeuwen@juliusbaer.com
alexandra.walker-ott@juliusbaer.com
alexandre.hakci@juliusbaer.com
alison.moynihan@juliusbaer.com
amer.othman@juliusbaer.com
andre.ammann@juliusbaer.com
andrea.gerst@juliusbaer.com
andrea.millacci@juliusbaer.com
andrea.quapp@juliusbaer.com
andreas.berger@juliusbaer.com
andreas.bluemke@juliusbaer.com
andreas.brugger@juliusbaer.com
andreas.grob@juliusbaer.com
andreas.loeliger@juliusbaer.com
andreas.rachor@juliusbaer.com
andreas.vogelsanger@juliusbaer.com
andreas.waelter@juliusbaer.com
andreg.mueller@juliusbaer.com
andreino.forni@juliusbaer.com
andrej.haenni@juliusbaer.com
andrew.middleton@juliusbaer.com
andrzej.blachut@juliusbaer.com

andy.kastner@juliusbaer.com
ann.murphy@juliusbaer.com
antonio.fazzone@juliusbaer.com
antonius.knep@juliusbaer.com
antony.sorgo@juliusbaer.com
armin.egli@juliusbaer.com
arnold.lienert@juliusbaer.com
beat.egger@juliusbaer.com
beat.matzinger@juliusbaer.com
beat.salzmann@juliusbaer.com
beat.wittmann@juliusbaer.com
benjamin.eichenberger@juliusbaer.com
benjamin.merlo@juliusbaer.com
bernhard.urech@juliusbaer.com
bogdan.manescu@juliusbaer.com
boris.cavka@juliusbaer.com
brigitta.adam@juliusbaer.com
britta.simon@juliusbaer.com
bruno.gmuer@juliusbaer.com
bruno.knechtle@juliusbaer.com
bruno.winiger@juliusbaer.com
capitalmarket@juliusbaer.com
capitalmarkets@juliusbaer.com
carlo.capaul@juliusbaer.com
carmen.brusco@juliusbaer.com
carol.vernola@juliusbaer.com
cesare.prada@juliusbaer.com
chris.hutchfield@juliusbaer.com
christian.buehrer@juliusbaer.com
christian.dubs@juliusbaer.com
christian.gattiker@juliusbaer.com
christian.oesch@juliusbaer.com
christian.schnydrig@juliusbaer.com
christian.simond@juliusbaer.com
christof.stegmann@juliusbaer.com
christoph.bohner@juliusbaer.com
christoph.hiestand@juliusbaer.com
christoph.huber@juliusbaer.com
christoph.kummli@juliusbaer.com
christoph.nadler@juliusbaer.com
christoph.riniker@juliusbaer.com
christophe.eggmann@juliusbaer.com
christophe.eggmann@juliusbaer.com
christophe.frisch@juliusbaer.com
christopher.jarman@juliusbaer.com
claude.diderich@juliusbaer.com
claudia.beyeler@juliusbaer.com
claudia.caballer@juliusbaer.com
claudio.studer@juliusbaer.com
corinne.hofmann@juliusbaer.com
cornelia.manser@juliusbaer.com
cpluhar@juliusbaer.com
curzio.copis@juliusbaer.com
cyrill.voser@juliusbaer.com
dan.rosenblatt@juliusbaer.com
daniel.albrecht@juliusbaer.com
daniel.bochsler@juliusbaer.com
daniel.espineira@juliusbaer.com
daniel.fernandez@juliusbaer.com
daniel.huber@juliusbaer.com
daniel.knauer@juliusbaer.com
daniel.kuhn@juliusbaer.com
daniel.schnyder@juliusbaer.com
daniel.stalder@juliusbaer.com
daniel.steiner@juliusbaer.com
daniel.waeber@juliusbaer.com
daniele.barone@juliusbaer.com
dany.rahme@juliusbaer.com
darren.milne@juliusbaer.com
darren.reece@juliusbaer.com
david.kaufmann@juliusbaer.com
david.kohl@juliusbaer.com
david.nietlispach@juliusbaer.com
david.schlumpf@juliusbaer.com
david.wartenweiler@juliusbaer.com
davidalexander.meier@juliusbaer.com
davide.delia@juliusbaer.com
ddeyhimi@juliusbaer.com
dean.gacanin@juliusbaer.com
dejan.srejic@juliusbaer.com
denise.anderson@juliusbaer.com
dick.howard@juliusbaer.com
dino.troendle@juliusbaer.com
dmeyer@juliusbaer.com
dominik.blaettler@juliusbaer.com
dominik.salvisberg@juliusbaer.com
dominique.piaz@juliusbaer.com
easteuro@juliusbaer.com
ed.mcgowan@juliusbaer.com
eduard.frauenfelder@juliusbaer.com
edward.ennis@juliusbaer.com
eirini.tsekeridou@juliusbaer.com
elena.krinina@juliusbaer.com
elliot.mayerhoff@juliusbaer.com
emiliano.fiedler@juliusbaer.com
enrico.berardo@juliusbaer.com
enzo.puntillo@juliusbaer.com
eric.bernhardt@juliusbaer.com
eric.konzerowsky@juliusbaer.com
ernst.glanzmann@juliusbaer.com
evangelia.ntagiantas@juliusbaer.com
ewf@juliusbaer.com
eyad.mashal@juliusbaer.com
fabien.weber@juliusbaer.com
fadi.ismail@juliusbaer.com
ferdinand.bardoly@juliusbaer.com
fixed.income@juliusbaer.com
gabriela.kohler@juliusbaer.com
george.schlagmueller@juliusbaer.com
gerhard.grebe@juliusbaer.com
gianni.bazzi@juliusbaer.com
giannino.basso@juliusbaer.com
giles.heseltine@juliusbaer.com
giorgio.loi@juliusbaer.com
giovanni.baestra@juliusbaer.com
giovanni.leonardo@juliusbaer.com
glen.wisher@juliusbaer.com
gsavoini@juliusbaer.com
guido.bolliger@juliusbaer.com
guido.marveggio@juliusbaer.com
guido.schickentanz@juliusbaer.com
hamish.findlater@juliusbaer.com
han.vanderdong@juliusbaer.com
hanspeter.huber@juliusbaer.com
heinz.henggeler@juliusbaer.com
hfops@juliusbaer.com
howard.surfleet@juliusbaer.com
hubert.konrad@juliusbaer.com
igor.beretta@juliusbaer.com
ilya.karmilov@juliusbaer.com
ingrid.blase@juliusbaer.com
irindlisbacher@juliusbaer.com
isabella.petalas@juliusbaer.com
ivo.baelli@juliusbaer.com
jakob.baumgartner@juliusbaer.com
james.mcalevey@juliusbaer.com
jamil.bahous@juliusbaer.com
jan.plesar@juliusbaer.com
janwillem.acket@juliusbaer.com
jasmine.uecker@juliusbaer.com
jason.sessions@juliusbaer.com
javier.garcia@juliusbaer.com
jb_holding@juliusbaer.com
jbimmidoffice@juliusbaer.com
jbk@juliusbaer.com
jeanmarc.maillard@juliusbaer.com
jeanpierre.pfenninger@juliusbaer.com
jesus.apariciojerez@juliusbaer.com
joanne.barrington@juliusbaer.com
johannes.huth@juliusbaer.com
john.sinden@juliusbaer.com
joseeduardo.homemdemontes@juliusbaer.com
juerg.blattner@juliusbaer.com
juerg.egli@juliusbaer.com
juerg.mettler@juliusbaer.com
juerg.rimle@juliusbaer.com
justin.besterman@juliusbaer.com
kevin.lynesmith@juliusbaer.com
kostas.iordanidis@juliusbaer.com
laurence.kubli@juliusbaer.com
laurent.guignard@juliusbaer.com
lee.miranda@juliusbaer.com
lee.olearly@juliusbaer.com
linda.girvan@juliusbaer.com
louise.scott@juliusbaer.com
luca.bonanomi@juliusbaer.com
luciano.jannelli@juliusbaer.com
lukas.grenacher@juliusbaer.com
luke.kennedy@juliusbaer.com
madeleine.hofmann@juliusbaer.com
mairi.hall@juliusbaer.com
malek.boudiab@juliusbaer.com
manisha.patel@juliusbaer.com
marc.keller@juliusbaer.com
marc.thamm@juliusbaer.com
marc.wettmer@juliusbaer.com
marcel.krebs@juliusbaer.com
marco.flisi@juliusbaer.com
marco.nebiker@juliusbaer.com
margrit.koch@juliusbaer.com

mario.fraefel@juliusbaer.com
mario.gabella@juliusbaer.com
mark.oefeli@juliusbaer.com
mark.wilson@juliusbaer.com
markus.allemann@juliusbaer.com
markus.allenspach@juliusbaer.com
markus.grimm@juliusbaer.com
markus.heyde@juliusbaer.com
markus.lang@juliusbaer.com
markus.puck@juliusbaer.com
martin.bruni@juliusbaer.com
martin.huber@juliusbaer.com
martin.hueppi@juliusbaer.com
martin.jufer@juliusbaer.com
martin.meili@juliusbaer.com
martin.schnauss@juliusbaer.com
mary.gottshall@juliusbaer.com
marybeth.lynch@juliusbaer.com
massimo.borghesi@juliusbaer.com
massimo.cavaletto@juliusbaer.com
matthias.ramser@juliusbaer.com
matthias.wildhaber@juliusbaer.com
mattia.gottardi@juliusbaer.com
mauch@juliusbaer.com
mauro.conoci@juliusbaer.com
mauro.vettorazzo@juliusbaer.com
mceffgen@juliusbaer.com
melvin.sigrist@juliusbaer.com
michael.lenhardt@juliusbaer.com
michael.lerch@juliusbaer.com
michael.rist@juliusbaer.com
michael.zbinden@juliusbaer.com
michel.fanti@juliusbaer.com
michel.vukotic@juliusbaer.com
michele.magnoni@juliusbaer.com
michiel.tobe@juliusbaer.com
miguel.paredones@juliusbaer.com
mike.zbinden@juliusbaer.com
minal.patel@juliusbaer.com
minka.nyberg@juliusbaer.com
moritz.baumann@juliusbaer.com
moritz.waelti@juliusbaer.com
mtoso@juliusbaer.com
nathalie.flury@juliusbaer.com
ned.roberts@juliusbaer.com
nicholas.pont@juliusbaer.com
nicolas.deskowronski@juliusbaer.com
nikos.pollakis@juliusbaer.com
njhangiani@juliusbaer.com
norbert.ruecker@juliusbaer.com
oliver.basler@juliusbaer.com
oliver.maslowski@juliusbaer.com
olivier.thommen@juliusbaer.com
pascal.fovini@juliusbaer.com
pascal.imboden@juliusbaer.com
pascal.isner@juliusbaer.com
patrick.coggi@juliusbaer.com
patrick.erb@juliusbaer.com
patrick.wanner@juliusbaer.com
patrick.wirth@juliusbaer.com

paul.horat@juliusbaer.com
peter.erpen@juliusbaer.com
peter.gebert@juliusbaer.com
peter.gerlach@juliusbaer.com
peter.reinmuth@juliusbaer.com
peter.schoenenberger@juliusbaer.com
peter.schuetz@juliusbaer.com
peterhenry.hale@juliusbaer.com
philip.payer@juliusbaer.com
philipp.rickenbacher@juliusbaer.com
philipp.schultze@juliusbaer.com
philipp.wickart@juliusbaer.com
philippe.wagner@juliusbaer.com
pierreandre.maccabez@juliusbaer.com
pierre-pascal.fovini@juliusbaer.com
raffaele.senese@juliusbaer.com
ralf.seifert@juliusbaer.com
ralph.weber@juliusbaer.com
ralph.zweidler@juliusbaer.com
reinhard.stutz@juliusbaer.com
rene.boulier@juliusbaer.com
rene.schneider@juliusbaer.com
rene.zahner@juliusbaer.com
reto.beerli@juliusbaer.com
reto.hintermann@juliusbaer.com
reto.schmidlin@juliusbaer.com
reto.stiffler@juliusbaer.com
reto.tarnutzer@juliusbaer.com
richard.loretan@juliusbaer.com
richard.steffen@juliusbaer.com
robert.nalbach@juliusbaer.com
robert.zimmermann@juliusbaer.com
roberto.cominotto@juliusbaer.com
roberto.ostinelli@juliusbaer.com
roger.degen@juliusbaer.com
roger.fluri@juliusbaer.com
roger.trussardi@juliusbaer.com
roger.wettstein@juliusbaer.com
roger.widmer@juliusbaer.com
roland.burger@juliusbaer.com
roland.germann@juliusbaer.com
roland.haltmeier@juliusbaer.com
roland.pfeuti@juliusbaer.com
rolf.aeberli@juliusbaer.com
rolf.streuli@juliusbaer.com
roman.canziani@juliusbaer.com
roman.straessle@juliusbaer.com
roman.vonah@juliusbaer.com
ronald.bechtle@juliusbaer.com
ronnie.budja@juliusbaer.com
ronny.beck@juliusbaer.com
salestrading@juliusbaer.fr
sandro.dorigo@juliusbaer.com
sarah.craig@juliusbaer.com
sassan.zaker@juliusbaer.com
scilla.huangsun@juliusbaer.com
serge.bourbeau@juliusbaer.com
silvano.bortolin@juliusbaer.com
silvano.leardo@juliusbaer.com
silvano.sassano@juliusbaer.com

silvia.wegmann@juliusbaer.com
silvio.severino@juliusbaer.com
simon.brady@juliusbaer.com
simon.spalinger@juliusbaer.com
simone.baer@juliusbaer.com
simone.reiss@juliusbaer.com
stefan.angele@juliusbaer.com
stefan.bonfanti@juliusbaer.com
stefan.hofer@juliusbaer.com
stefan.misik@juliusbaer.com
stefan.wieler@juliusbaer.com
stefano.frondoni@juliusbaer.com
stefano.socchi@juliusbaer.com
stefano.spurio@juliusbaer.com
stella.dombrowsky@juliusbaer.com
stephan.huber@juliusbaer.com
stephan.jaeger@juliusbaer.com
stephan.schilken@juliusbaer.com
stephane.wuethrich@juliusbaer.com
stephen.lucas@juliusbaer.com
steve.michel@juliusbaer.com
stuart.butler@juliusbaer.com
thomas.aebli@juliusbaer.com
thomas.baechtold@juliusbaer.com
thomas.caflisch@juliusbaer.com
thomas.funk@juliusbaer.com
thomas.gruenenfelder@juliusbaer.com
thomas.hochstrasser@juliusbaer.com
thomas.petermann@juliusbaer.com
thomas.sturzenegger@juliusbaer.com
thomas.vonrohr@juliusbaer.com
tobias.widmer@juliusbaer.com
tom.monsen@juliusbaer.com
tommaso.bonanata@juliusbaer.com
tony.markwalder@juliusbaer.com
tony.pazaitis@juliusbaer.com
torsten.stilling@juliusbaer.com
urs.eilinger@juliusbaer.com
urs.matsch@juliusbaer.com
valentin.vondermuehll@juliusbaer.com
van@juliusbaer.com
vangelis.bratsikas@juliusbaer.com
vikas.sharma@juliusbaer.com
vincent.lagger@juliusbaer.com
volker.varnholt@juliusbaer.com
vpetronio@juliusbaer.com
walter.wichert@juliusbaer.com
werner.bieri@juliusbaer.com
wwolfer@juliusbaer.com
yianna.tziovara@juliusbaer.com
yoshiki.ohmura@juliusbaer.com
yves.covi@juliusbaer.com
ziad.azzam@juliusbaer.com
christoph.frisch@juliusbaer.com
henning.stein@juliusbear.com
admin@jwbristol.com
chm@jwbristol.com
dcm@jwbristol.com
evd@jwbristol.com
hma@jwbristol.com

| | | |
|---|---|---|
| hym@jwbristol.com | jamesa@jwseligman.com | casper@jyskebank.dk |
| ik@jwbristol.com | josephd@jwseligman.com | cb@jyskebank.dk |
| jac@jwbristol.com | kagaoanc@jwseligman.com | chni@jyskebank.dk |
| jae@jwbristol.com | kuchtyaa@jwseligman.com | claus.hoejmark.jensen@jyskebank.dk |
| jmf@jwbristol.com | langloip@jwseligman.com | damhave@jyskebank.dk |
| kbm@jwbristol.com | leoj@jwseligman.com | evapaus@jyskebank.dk |
| ll@jwbristol.com | levyd@jwseligman.com | frank.hoerning.andersen@jyskebank.dk |
| mhy@jwbristol.com | limap@jwseligman.com | frank.soerensen@jyskebank.dk |
| rel@jwbristol.com | lindeng@jwseligman.com | gier@jyskebank.dk |
| res@jwbristol.com | lub@jwseligman.com | groth@jyskebank.dk |
| rfc@jwbristol.com | luim@jwseligman.com | hallberg@jyskebank.dk |
| rwh@jwbristol.com | markj@jwseligman.com | haugaard@jyskebank.dk |
| slm@jwbristol.com | mcguinnd@jwseligman.com | henning-mortensen@jyskebank.dk |
| twh@jwbristol.com | mehalice@jwseligman.com | henrikhenriksen@jyskebank.dk |
| wcl@jwbristol.com | mfilippo@jwseligman.com | hhjensen@jyskebank.dk |
| wdw@jwbristol.com | misenhee@jwseligman.com | hj@jyskebank.dk |
| ben_brodkowitz@jwhmail.com | molesth@jwseligman.com | houmann@jyskebank.dk |
| chip_mcewen@jwhmail.com | montanuk@jwseligman.com | ib-madsen@jyskebank.dk |
| joe_arnold@jwhmail.com | mustarof@jwseligman.com | jakob.larsen@jyskebank.dk |
| jordan_barnett@jwhmail.com | nausb@jwseligman.com | janneskou@jyskebank.dk |
| mark_rzepczynski@jwhmail.com | ngh@jwseligman.com | jesper.klitgaard.frederiksen@jyskebank.dk |
| matt_driscoll@jwhmail.com | parowerr@jwseligman.com | jg@jyskebank.dk |
| michael_flannery@jwhmail.com | peruris@jwseligman.com | jht@jyskebank.dk |
| nathan_roberts@jwhmail.com | phamq@jwseligman.com | john@jyskebank.dk |
| robert_breyer@jwhmail.com | pollutrn@jwseligman.com | john-schmidt@jyskebank.dk |
| acostam@jwseligman.com | ravenellm@jwseligman.com | jp@jyskebank.dk |
| aguilarm@jwseligman.com | rich.rosen@jwseligman.com | jrj@jyskebank.dk |
| alpertm@jwseligman.com | roseh@jwseligman.com | kent_iversen@jyskebank.dk |
| alvarezd@jwseligman.com | rossd@jwseligman.com | kf@jyskebank.dk |
| bokharin@jwseligman.com | rosso@jwseligman.com | kierkegaard@jyskebank.dk |
| boovac@jwseligman.com | rothj@jwseligman.com | kledel@jyskebank.dk |
| browninj@jwseligman.com | royr@jwseligman.com | krage@jyskebank.ch |
| cahalyg@jwseligman.com | salujav@jwseligman.com | lars-almind@jyskebank.dk |
| caofr@jwseligman.com | schmaltzd@jwseligman.com | li.hou@jyskebank.dk |
| chalsonj@jwseligman.com | schroederr@jwseligman.com | line.kyndal@jyskebank.dk |
| changj@jwseligman.com | schulthm@jwseligman.com | ljuul@jyskebank.dk |
| chant@jwseligman.com | senesek@jwseligman.com | lrasmussen@jyskebank.dk |
| choup@jwseligman.com | sgrayson@jwseligman.com | luffe@jyskebank.dk |
| chris.kim@jwseligman.com | shahr@jwseligman.com | lyngsoe@jyskebank.dk |
| coheni@jwseligman.com | sherenp@jwseligman.com | lysdahl@jyskebank.dk |
| comerfoe@jwseligman.com | siegelg@jwseligman.com | m.holte@jyskebank.dk |
| conwaym@jwseligman.com | srida@jwseligman.com | m.luplau@jyskebank.dk |
| cooleyd@jwseligman.com | swagle@jwseligman.com | m.overgaard@jyskebank.dk |
| coviellj@jwseligman.com | taibbil@jwseligman.com | marcl@jyskebank.dk |
| cunningham@jwseligman.com | thomass@jwseligman.com | mhlarsen@jyskebank.dk |
| daltom@jwseligman.com | vosse@jwseligman.com | michael-nielsen@jyskebank.dk |
| diwana@jwseligman.com | wickp@jwseligman.com | moo@jyskebank.dk |
| eigenn@jwseligman.com | wula@jwseligman.com | mrf@jyskebank.dk |
| fayf@jwseligman.com | wusl@jwseligman.com | msa@jyskebank.dk |
| francoic@jwseligman.com | yosts@jwseligman.com | oso@jyskebank.dk |
| freedmac@jwseligman.com | zirmanb@jwseligman.com | overby@jyskebank.dk |
| greenwaj@jwseligman.com | hym@jwvbristol.com | pban@jyskebank.dk |
| guancioj@jwseligman.com | rune@jybkebank.dk | pbe@jyskebank.dk |
| guidonep@jwseligman.com | andy@jyskebank.dk | peha@jyskebank.dk |
| hanf@jwseligman.com | anh@jyskebank.dk | pkn@jyskebank.dk |
| helen.chan@jwseligman.com | bengzon@jyskebank.dk | poulsen@jyskebank.dk |
| hoaglane@jwseligman.com | betz@jyskebank.dk | r.ledager@jyskebank.dk |
| hsuj@jwseligman.com | biede@jyskebank.dk | roegild@jyskebank.dk |
| huntm@jwseligman.com | bonde@jyskebank.dk | severinsen@jyskebank.dk |
| hurlowm@jwseligman.com | casper.albaek@jyskebank.dk | skovenborg@jyskebank.dk |

snn@jyskebank.dk
soeren.thomsen@jyskebank.dk
soeren@jyskebank.dk
sqj@jyskebank.dk
steen-madsen@jyskebank.dk
tbj@jyskebank.dk
thellesen@jyskebank.dk
thomas.a.klitbo@jyskebank.dk
tvh@jyskebank.dk
an@jyskeinvest.dk
andersr@jyskeinvest.dk
bjarne-staael@jyskeinvest.dk
boots-nielsen@jyskeinvest.dk
brian.kirk@jyskeinvest.dk
christensen@jyskeinvest.dk
christian.nagstrup@jyskeinvest.dk
jan.nellemann@jyskeinvest.dk
kaiser@jyskeinvest.dk
larsen-ledet@jyskeinvest.dk
mb@jyskeinvest.dk
nemec@jyskeinvest.dk
reeslev@jyskeinvest.dk
soeren.linde.nielsen@jyskeinvest.dk
tnielsen@jyskeinvest.dk
ulla.tarstrup@jyskeinvest.dk
veno@jyskeinvest.dk
marius.dorfmeister@kag.raiffeisen.at
g.brera@kairosinv.com
r.condulmari@kairosinv.com
a.azzolin@kairospartners.com
a.guglielmana@kairospartners.com
a.manfe@kairospartners.com
a.smith@kairospartners.com
a.tocchio@kairospartners.com
c.lane@kairospartners.com
d.galloni@kairospartners.com
f.castelli@kairospartners.com
k.aziz@kairospartners.com
m.fiumara@kairospartners.com
m.gesualdi@kairospartners.com
m.marcello@kairospartners.com
m.romualdi@kairospartners.com
m.vantol@kairospartners.com
n.giuliani@kairospartners.com
o.bastianelli@kairospartners.com
r.rosso@kairospartners.com
r.smith@kairospartners.com
s.howard@kairospartners.com
v.villa@kairospartners.com
delona.moore@kaiseral.com
braikan@kamconline.com
bartzberger@kanaly.com
bcurlee@kanaly.com
dle@kanaly.com
dpowell@kanaly.com
kzenner@kanaly.com
tfussell@kanaly.com
thartzell@kanaly.com
bernt.christian.brun@kap.norges-bank.no
espen.skagen@kap.norges-bank.no

jens-petter.olsen@kap.norges-bank.no
knut.kobberstad@kap.norges-ba
morten.molde@kap.norges-bank.no
nbhei1@kap.norges-bank.no
nbhva1@kap.norges-bank.no
nbkse4@kap.norges-bank.no
nblea1@kap.norges-bank.no
nblqs1@kap.norges-bank.no
nbrse1@kap.norges-bank.no
nbttr1@kap.norges-bank.no
nbvan1@kap.norges-bank.no
odd-anders.willand@kap.norges-bank.no
odd-magne.fosen@kap.norges-bank.no
pauli.mortensen@kap.norges-bank.no
runa.urheim@kap.norges-bank.no
torgrim.roll@kap.norges-bank.no
isam@kapital.folksam.se
holger.lang@karlsruher.de
noeamilsupplied@kas.com
arjan.tol@kasbank.com
arjen.van.leeuwen@kasbank.com
bart.de.lange@kasbank.com
beta.steiner@kasbank.com
foppe.zwikstra@kasbank.com
hester.blaauw@kasbank.com
jeffrey.schippers@kasbank.com
jefrem.hutzezon@kasbank.com
jos.kroon@kasbank.com
maurice.kemper@kasbank.com
michel.bosch@kasbank.com
paul.suitela@kasbank.com
raymond.van.putten@kasbank.com
richard.abma@kasbank.com
rob.spil@kasbank.com
roel.de.groot@kasbank.com
ruud.van.de.putte@kasbank.com
julia.walker@kasl.co.uk
neale.sterio@kasl.co.uk
harald.besser@kathrein.at
josef.stadler@kathrein.at
adalsteinn@kaupthing.net
apollard@kaupthing.net
dag.sletmo@kaupthing.no
mark.roylance@kaupthing.com
omart@kaupthing.is
ragnar@kaupthing.is
runa@kaupthing.is
scottbarham@kaupthing.net
toratora@kawachi.zaq.ne.jp
baquino@kayne.com
jchristensen@kayne.com
jkutasov@kayne.com
jnadal@kayne.com
juenishi@kayne.com
kchen@kayne.com
kfriedricks@kayne.com
kyamada@kayne.com
millerm@kayne.com
rschwarzkopf@kayne.com
rsherry@kayne.com

sgleason@kayne.com
tbailey@kayne.com
adolf_kapic@kb.cz
alojz_lacko@kb.cz
frantisek_kanka@kb.cz
ivan_varga@kb.cz
jan_drahota@kb.cz
jan_nejedly@kb.cz
jan_vejmelek@kb.cz
jurgen_grieb@kb.cz
karel_volesky@kb.cz
lubos_kolarik@kb.cz
mk.kim@kb.co.kr
petr_holubec@kb.cz
sona_sikorova@kb.cz
erik.haugland@kbank.no
gregard.mikkelborg@kbank.no
sveinung.drydal@kbank.no
david.dent@kbc.be
dennis.graham@kbc.be
hugo.houtman@kbc.be
jacques.deraeymaeker@kbc.be
jean-pierre.diels@kbc.be
lawrence.manochio@kbc.be
randolph.vineis@kbc.be
arthur.strassle@kbcaim.com
brandon.way@kbcaim.com
brian.murphy@kbcaim.com
damir.delic@kbcaim.com
david.k@kbcaim.com
luke.edwards@kbcaim.com
quincy.scott@kbcaim.com
stephen.salemy@kbcaim.com
luke.macredmond@kbcam.com
padraic.nolan@kbcam.com
joe.mckendry@kbcbank.ie
john.cusack@kbcbank.ie
oran.murphy@kbcbank.ie
brandon.way@kbcfp.com
chris.chesney@kbcfp.com
christopher.lust@kbcfp.com
david.manheimer@kbcfp.com
erik.white@kbcfp.com
jorge.macias@kbcfp.com
ken.revell@kbcfp.com
krish.maheswaran@kbcfp.com
mark.sullivan@kbcfp.com
matthew.popper@kbcfp.com
noah.millman@kbcfp.com
raj@kbcfp.com
suraj.gohil@kbcfp.com
synergy@kbcfp.com
thomas.korossy@kbcfp.com
cksong@kbd.co.kr
kshope@kbd.co.kr
adrianosullivan@kbluxembourg.ie
andrewcree@kbluxembourg.ie
deloreskeegan@kbluxembourg.ie
yjpack63@kbsar.co.kr
bill@kbstar.co.kr

| | | |
|---|---|---|
| ckpark@kbstar.co.kr | davidwyatt@kdb.co.kr | bsekim@keb.co.kr |
| euimyungjung@kbstar.co.kr | dhschoi@kdb.co.kr | bspl@keb.co.kr |
| eunhee11@kbstar.co.kr | dkkim@kdb.co.kr | chkang@keb.co.kr |
| gimiroo@kbstar.co.kr | dmkim@kdb.co.kr | dcchung@keb.co.kr |
| grandblue@kbstar.co.kr | eklee@kdb.co.kr | email@keb.co.kr |
| hajeong@kbstar.co.kr | ezine@kdb.co.kr | freeway@keb.co.kr |
| hck1964@kbstar.co.kr | gil.yoon@kdb.co.kr | hjjeon@keb.co.kr |
| hwangmt@kbstar.co.kr | gyunny@kdb.co.kr | jade@keb.co.kr |
| ij007@kbstar.co.kr | h3986052@kdb.co.kr | jeff21@keb.co.kr |
| jwahn@kbstar.co.kr | hjcho@kdb.co.kr | jenny@keb.co.kr |
| klbshin@kbstar.co.kr | hmkwon@kdb.co.kr | kebbond@keb.co.kr |
| kseses@kbstar.co.kr | hschun@kdb.co.kr | kklee@keb.co.kr |
| kyghope@kbstar.co.kr | hylee@kdb.co.kr | ks0421@keb.co.kr |
| moonilsoo@kbstar.co.kr | hyon@kdb.co.kr | ldk93099@keb.co.kr |
| mwjf0414@kbstar.co.kr | ihmin@kdb.co.kr | leesan@keb.co.kr |
| oklove25@kbstar.co.kr | iljung@kdb.co.kr | leewave@keb.co.kr |
| qkrn2984@kbstar.co.kr | jinsip@kdb.co.kr | moyya@keb.co.kr |
| scjung2006@kbstar.co.kr | johnwoo@kdb.co.kr | randyish@keb.co.kr |
| shcho1@kbstar.co.kr | jsjuan@kdb.co.kr | skylee@keb.co.kr |
| sijoo@kbstar.com | kchung@kdb.co.kr | snr009@keb.co.kr |
| skylark@kbstar.co.kr | kckpk@kdb.co.kr | stephan@keb.co.kr |
| ykkim71@kbstar.co.kr | kdbbridge@kdb.co.kr | tbanker@keb.co.kr |
| yogukim@kbstar.com | kdbman@kdb.co.kr | ygary@keb.co.kr |
| adiantonio@kbw.com | kdbyj@kdb.co.kr | kap@kebcard.co.kr |
| bmohr@kbw.com | kspark@kdb.co.kr | werner@kebcard.co.kr |
| bmurphy@kbw.com | magician@kdb.co.kr | research@keleher.info |
| bnucera@kbw.com | mkpark@kdb.co.kr | ahei@kempen.nl |
| cmiranda@kbw.com | moersso@kdb.co.kr | apaisley@kempen.nl |
| cwebber@kbw.com | nchung@kdb.co.kr | awie@kempen.nl |
| darnstein@kbw.com | nkkim@kdb.co.kr | bert.cop@kempen.nl |
| ddaniel@kbw.com | parksh@kdb.co.kr | bmurray@kempen.nl |
| deberling@kbw.com | sara_cole@kdb.co.kr | cjan@kempen.nl |
| dnatt@kbw.com | soho@kdb.co.kr | cpot@kempen.nl |
| dolitsky@kbw.com | song58@kdb.co.kr | cric@kempen.nl |
| jcahill@kbw.com | sonnylee@kdb.co.kr | dakk@kempen.nl |
| jhanley@kbw.com | ssohn@kdb.co.kr | dvla@kempen.nl |
| jmccloskey@kbw.com | sunmye@kdb.co.kr | dwil@kempen.nl |
| jragan@kbw.com | sunwkim@kdb.co.kr | eeng@kempen.nl |
| jrobins@kbw.com | sycheong@kdb.co.kr | fann@kempen.nl |
| jscanlon@kbw.com | syhong@kdb.co.kr | firstinitialsurname@kempen.nl |
| kre@kbw.com | sypark@kdb.co.kr | fmac@kempen.nl |
| mcasey@kbw.com | thsung@kdb.co.kr | gwri@kempen.nl |
| mccorry@kbw.com | toto@kdb.co.kr | hach@kempen.nl |
| mmulrooney@kbw.com | tzulung@kdb.co.kr | hcuthbert@kempen.nl |
| rgrant@kbw.com | wonhk@kdb.co.kr | hgru@kempen.nl |
| rhaggard@kbw.com | wonnieryu@kdb.co.kr | jfra@kempen.nl |
| rkeane@kbw.com | yann@kdb.co.kr | jmol@kempen.nl |
| rward@kbw.com | yhj@kdb.co.kr | jobos@kempen.nl |
| sjaffe@kbw.com | yjkim@kdb.co.kr | jvankooten@kempen.nl |
| tmaglia@kbw.com | yooni246@kdb.co.kr | ldljkstra@kempen.nl |
| abs@kdb.co.kr | yooskim@kdb.co.kr | lplo@kempen.nl |
| andy@kdb.co.kr | younsp@kdb.co.kr | mdre@kempen.nl |
| anparkij@kdb.co.kr | zoom1220@kdb.co.kr | mlaa@kempen.nl |
| anparkij@kdb.com.kr | hh-aikawa@kddi.com | ndun@kempen.nl |
| arang93@kdb.co.kr | kddi-ir@kddi.com | nhen@kempen.nl |
| asj@kdb.co.kr | masa-horiike@kddi.com | plaa@kempen.nl |
| bond@kdb.co.kr | sa-kin@kddi.com | pmol@kempen.nl |
| bongchoi@kdb.co.kr | r...@kdfhi.com | rhar@kempen.nl |
| buriburi@kdb.co.kr | bigmoney@keb.co.kr | rkli@kempen.nl |
| cho0305@kdb.co.kr | brady@keb.co.kr | rlei@kempen.nl |

rpol@kempen.nl
rvin@kempen.nl
spra@kempen.nl
vjan@kempen.nl
wim.westerop@kempen.nl
wkas@kempen.nl
wvri@kempen.nl
adrianne.clark@kemper.com
dan.chung@kemper.com
dolores.bufanio@kemper.com
jacquelyn.benson@kemper.com
michael.mcnamara@kemper.com
pblancha@kemper.com
robin.hermann@kemper.com
ronald.tesmond@kemper.com
scott.leonard@kemper.com
pifss7@kems.net
ddurham@kenmontinvestments.com
shobik@kennedyusa.com
if011020@kentaku.co.jp
crussell@kentuckyfarmersbank.com
k723349@kepco.co.jp
siu_gim_lee@keppelbank.com.sg
lou@kerner.tv
erika.tikka@keva.fi
fredrik.forssell@keva.fi
juha.viitanen@keva.fi
jukka.taskinen@keva.fi
kari.haataja@keva.fi
karri.makitalo@keva.fi
kimmo.lehto@keva.fi
maaria.kettunen@keva.fi
markus.frosterus@keva.fi
markus.pauli@keva.fi
mika.makitalo@keva.fi
mika.vihtonen@keva.fi
mikko.komi@keva.fi
niina.bergring@keva.fi
visa.manninen@keva.fi
ycok@keximasia.com.hk
bill_segura@key.com
bradley_s_norton@key.com
brian_j_vogel@key.com
brian_s_quay@key.com
brian_weber@key.com
cathy_e_lawrenz@key.com
dana_s_berkley@key.com
daniel_j_jacoby@key.com
deborah_newman@key.com
donald_f_carmichael@key.com
eric_p_rasmussen@key.com
frederick_m_bercher@key.com
greg_j_deeks@key.com
heidi_l_cornish@key.com
john_m_ryan@key.com
joseph_d_polsinelli@key.com
kathy_hutka@key.com
ken_snyder@key.com
lawrence_hall@key.com
lisa_b_rosenthal@key.com

marilyn_a_kysela@key.com
mark_eckman@key.com
mary_cologero@key.com
mpanichi@key.com
paula_pikus@key.com
scott_gray@key.com
steve_dilbone@key.com
susan_h_bailey@key.com
susan_lindow@key.com
susan_witalis@key.com
theresa_m_bacon@key.com
tonnette_bufford@key.com
abulic@keybanccm.com
claning@keybanccm.com
djosepho@keybanccm.com
jakewilliams@keybanccm.com
kgale@keybanccm.com
tmorris@keybanccm.com
alison_gordon@keybank.com
amishi_kenia@keybank.com
amy_carlson@keybank.com
ann_bojka@keybank.com
chamie_townsend@keybank.com
chris_schneider@keybank.com
chris_white@keybank.com
christopher_g_mcneece@keybank.com
christopher_hunt@keybank.com
clint_weddell@keybank.com
daniel_ross@keybank.com
daniel_s_wilson@keybank.com
darlene_dimitrijevs@keybank.com
darrell_johnson@keybank.com
debra_l_klassen@keybank.com
dell_futch@keybank.com
dennis_t_diamond@keybank.com
dennis_w_jarecke@keybank.com
dhurata_zhuta@keybank.com
diane_l_lockard@keybank.com
dolores_e_rapacz@keybank.com
don_schilling@keybank.com
doug_s_carter@keybank.com
dusko_djukic@keybank.com
elyse_k_houser@keybank.com
eric_veneskey@keybank.com
fpurnell@keybank.com
fred_white@keybank.com
heather_g_ragazino@keybank.com
james_bailey@keybank.com
james_k_kaesberg@keybank.com
james_osborne@keybank.com
jason_tedor@keybank.com
jason_weaver@keybank.com
jean_liu@keybank.com
jeffery_j_weaver@keybank.com
joe_icabelli@keybank.com
john_e_case@keybank.com
john_kern@keybank.com
john_mason@keybank.com
john_r_hall@keybank.com
jonathan_i_shulman@keybank.com

joseph_stephan@keybank.com
joseph_vayda@keybank.com
joshua_a_peterson@keybank.com
judy_a_jones@keybank.com
k_brent_somers@keybank.com
karim_zein@keybank.com
kevin_alexander@keybank.com
kevin_j_sollitt@keybank.com
lisa_m_martin@keybank.com
louis_raffis@keybank.com
mark_torti@keybank.com
martha_e_raber@keybank.com
marybeth_b_simon@keybank.com
matthew_milcetich@keybank.com
matthew_wong@keybank.com
mdontje@keybank.com
michael_garruto@keybank.com
michael_huang@keybank.com
michael_j_barone@keybank.com
michael_sofranko@keybank.com
michael_t_harp@keybank.com
michael_w_dvorak@keybank.com
mike_conway@keybank.com
neil_a_kilbane@keybank.com
patrick_lyons@keybank.com
patrick_mayo@keybank.com
paul_e_chismark@keybank.com
peter_j_azzinaro@keybank.com
ramon_t_stewart@keybank.com
richard_g_wolverton@keybank.com
rick_didonato@keybank.com
robert_lee@keybank.com
robyn_cichra@keybank.com
ron_gale@keybank.com
sandra_k_lehr@keybank.com
sbooth@keybank.com
scott_r_linkowski@keybank.com
stasie_kostova@keybank.com
steven_devejian@keybank.com
steven_wolken@keybank.com
susan_a_stewart@keybank.com
thomas_n_kovacevich@keybank.com
todd_e_hoffman@keybank.com
vernon_patterson@keybank.com
walter_j_henry@keybank.com
william_j_dennen@keybank.com
william_schlag@keybank.com
cdigilio@keyspanenergy.com
gluterman@keyspanenergy.com
aicpakim@kfb.co.kr
cwpark@kfb.co.kr
dwbarker@kfb.co.kr
esamkim@kfb.co.kr
hjekim@kfb.co.kr
hoonlee@kfb.co.kr
jaejpark@kfb.co.kr
jhanglee@kfb.co.kr
jhbahng@kfb.co.kr
jhjung@kfb.co.kr
jkim@kfb.co.kr

johnshin@kfb.co.kr
kcmin@kfb.co.kr
kimhs@kfb.co.kr
kyongkoo@kfb.co.kr
pan@kfb.co.kr
ranvir.dewan@kfb.co.kr
rcohen@kfb.co.kr
rcs@kfb.co.kr
recohen@kfb.co.kr
sarangmc@kfb.co.kr
shlee@kfb.co.kr
sjchung@kfb.co.kr
snlim@kfb.co.kr
syh@kfb.co.kr
wkchoi@kfb.co.kr
ykim@kfb.cokr
ldcox@kfbs.com
ylee@kff.org
d..@kfhsh.com
asc@kfondene.no
jtk@kfondene.no
alexander.fanous@kfw.de
alexander.liebethal@kfw.de
andreas.hoffmann@kfw.de
andreas.knoop@kfw.de
andreas.mueller@kfw.de
andreas.saamann@kfw.de
andreas.tonn@kfw.de
annette.detken@kfw.de
armin.blum@kfw.de
astrid.meyer-baudeck@kfw.de
axel.breitbach@kfw.de
bastian.meyer@kfw.de
beate.forell@kfw.de
bettina.dorendorf@kfw.de
carlo.barz@kfw.de
carmen.colla@kfw.de
carmen.laws@kfw.de
carsten.kobel@kfw.de
carsten.reinhard@kfw.de
claus.porth@kfw.de
dana.krause-garcia@kfw.de
daniela.mohaupt@kfw.de
dieter.mallwitz@kfw.de
elmar.boelinger@kfw.de
frank.czichowski@kfw.de
frank.domm@kfw.de
frank.jolliet@kfw.de
frank.lang@kfw.de
fritz.frank@kfw.de
gerd.weller@kfw.de
gerhard.walther@kfw.de
gustav.dekment@kfw.de
hans.reich@kfw.com
harriet.wintzer@kfw.de
horst.seissinger@kfw.de
isabel.hackenbroch@kfw.de
jochen.leubner@kfw.de
joerg-andreas.duerr@kfw.de
johannes.koch@kfw.de

kerstin.scholtis@kfw.de
klaus-peter.eitel@kfw.de
konrad.vornhusen@kfw.de
manuela.strauch@kfw.de
marc.sattler@kfw.de
marco.freitag@kfw.de
marina.maras@kfw.de
marion.marinov@kfw.de
markus.schladt@kfw.de
markus.schmidtchen@kfw.de
martin.habel@kfw.de
martin.jahn@kfw.de
matthias.zorn@kfw.de
michael.fetthauer@kfw.de
michaela.zimmermann@kfw.de
mirko.blumhoff@kfw.de
na@kfw.com
nicola.kampen@kfw.de
oleg.burd@kfw.de
omar.ranne@kfw.de
petra.wehlert@kfw.de
rita.geyermann@kfw.de
robert.fassbender@kfw.de
sabine.fischer@kfw.de
sonja.hampel@kfw.de
stefan.requardt@kfw.de
stefan.wolf@kfw.de
steffen.ruespeler@kfw.de
ulrich.bruns@kfw.de
ulrike.ryll@kfw.de
ulrike.serafini@kfw.de
vera.schubert@kfw.de
werner.steffens@kfw.de
wolfgang.reuss@kfw.de
wolfgang.ryll@kfw.de
abastaki@kia.gov.kw
abdulbah@kia.gov.kw
abrahamg@kia.gov.kw
adelh@kia.gov.kw
ahmedtr@kia.gov.kw
alhalabi@kia.gov.kw
almeshal@kia.gov.kw
amohsenw@kia.gov.kw
anadoth@kia.gov.kw
badem@kia.gov.kw
baderas@kia.gov.kw
bedours@kia.gov.kw
dalals@kia.gov.kw
dalalw@kia.gov.kw
faisalo@kia.gov.kw
farouqb@kia.gov.kw
gnrao@kia.gov.kw
jabers@kia.gov.kw
jasemah@kia.gov.kw
khaledmh@kia.gov.kw
maaliw@kia.gov.kw
mahaa@kia.gov.kw
meshala@kia.gov.kw
meshalf@kia.gov.kw
mishalms@kia.gov.kw

muniras@kia.gov.kw
noorb@kia.gov.kw
noufs@kia.gov.kw
odayi@kia.gov.kw
osama@kia.gov.kw
othmanl@kia.gov.kw
palanm@kia.gov.kw
rashas@kia.gov.kw
refaab@kia.gov.kw
salehs@kia.gov.kw
saraa@kia.gov.kw
sarab@kia.gov.kw
shamayelh@kia.gov.kw
tareqb@kia.gov.kw
yaqoubb@kia.gov.kw
george@kic.com.kw
cpokemon@kids.com
doug.robey@kiewit.com
mike.zabawa@kiewit.com
sm@kingfisherinvestors.com
shikin@kinkiosakabank.co.jp
drunk@kishbank.com
hbowersox@kishbank.com
jprice@kishbank.com
lori.peachey@kishbank.com
kobata_keishi@kk.smbc.co.jp
mishima_hiroshi@kk.smbc.co.jp
shiraishi_hiroaki@kk.smbc.co.jp
daristambayev@kkb.kz
ekhussainova@kkb.kz
emikhailov@kkb.kz
eomarov@kkb.kz
lkim@kkb.kz
mamrina@kkb.kz
nkim@kkb.kz
vjadrikhinsky@kkb.kz
zhryspayeva@kkb.kz
aakhmetov@kki.kz
emilie.vankarnebeek@klm.nl
jeroen.mostert@klm.nl
jurriaan-de.jonge@klm.com
robert.bijl@klm.com
vijay.panday@klm.com
wouter.koomen@klm.com
adam.rose@klmpf.nl
fons.lute@klmpf.nl
aage.schaanning@klp.no
anette.hjerto@klp.no
anne.kristine.skappel@klp.no
arne.eidshagen@klp.no
arne.loftingsmo@klp.no
baard.paulsen@klp.no
eigil.dingsor@klp.no
erik.aukner@klp.no
geir.almas@klp.no
gunnar.birkeland@klp.no
helge.arnesen@klp.no
jan.kvalsvik@klp.no
jorn.jensen@klp.no
kristin.reikvam@klp.no

kristoffer.sundnes@klp.no
magne.valen-sendstad@klp.no
miranda.li@klp.no
mvs@klp.no
niklas.hallberg@klp.no
ove.norderud@klp.no
per.norden@klp.no
per.oervik@klp.no
sigurd.ugland@klp.no
sven.norgaard@klp.no
sverre.thornes@klp.no
terje.iversen@klp.no
tom.lund@klp.no
tore.sirevaag@klp.no
torgrim.roll@klp.no
almarzook@kmefic.com.kw
alsaleh@kmefic.com.kw
bsshim@knbank.co.kr
hslminam@knbank.co.kr
jhlee62@knbank.co.kr
jsk@knbank.co.kr
tylyfe@knbank.co.kr
wschoj@knbank.co.kr
un@known.com
agreene@na.ko.com
jfarrell@eur.ko.com
limyers@na.ko.com
mishapiro@na.ko.com
andrej_sinicyn@koba.sk
jozef_hoschek@koba.sk
kamil_cziczey@koba.sk
mario_milan@koba.sk
pavol_horny@koba.sk
h-uzukawa@kobelco.jp
ahmeta@koc.com.tr
ebroz@kocbank.com.tr
meron@kocbank.com.tr
onuoz@kocbank.com.tr
saryu@kocbank.com.tr
jeff.currier@kochfinancial.com
josh.buffolino@kochfinancial.com
kris.keltner@kochfinancial.com
randy.bushman@kochfinancial.com
scott.huckins@kochfinancial.com
ted.douglas@kochfinancial.com
andrew.fellingham@kochglobalcapital.com
eric.banks@kochglobalcapital.com
james.vellanti@kochglobalcapital.com
jim.coder@kochglobalcapital.com
michael.ogan@kochglobalcapital.com
ranajoy.sarkar@kochglobalcapital.com
shane.mccarthy@kochglobalcapital.com
anders2b@kochind.com
bergman.s@kochind.com
blackbuv@kochind.com
bohmannj@kochind.com
brian.taylor@kochind.com
brown4d@kochind.com
bullockr@kochind.com
cox2s@kochind.com

dishmand@kochind.com
frankl3c@kochind.com
grimleyj@kochind.com
harrisb@kochind.com
harrisot@kochind.com
kaiserb@kochind.com
levensb@kochind.com
long2b@kochind.com
matt.orr@kochind.com
meredith.olson@kochind.com
muellerk@kochind.com
pankeys@kochind.com
parkej@kochind.com
rajpala@kochind.com
sandersb@kochind.com
shermanc@kochind.com
sotos@kochind.com
stierr@kochind.com
travis.brock@kochind.com
watkinsk@kochind.com
brian.faatz@kodak.com
francine.minch@kodak.com
jerry.burzynski@kodak.com
jesse.greene@kodak.com
nita.brown@kodak.com
richard.veith@kodak.com
robert.beechey@kodak.com
robert.taschman@kodak.com
tregelsb@kodak.com
william.love@kodak.com
naoki@koex.jp
kebderv@koexbank.co.kr
anthony.minopoli@kofc.org
charles.walden@kofc.org
david.novak@kofc.org
david.shinn@kofc.org
dfischer@kofc.org
jonathan.garrett@kofc.org
michael.lynch@kofc.org
michael.prinzivalli@kofc.org
michael.terry@kofc.org
neill.jordan@kofc.org
nicolas.boudreau@kofc.org
rick.velez@kofc.org
sarah.capozzo@kofc.org
thomas.curtin@kofc.org
meyer-reinecke.anja@kohtes-klewes.de
h-inoue@kokusai.co.jp
h-odajima@kokusai.co.jp
s-kimishima@kokusai.co.jp
s-takeda@kokusai.co.jp
swap@kokusai.co.jp
t-ohno@kokusai.co.jp
y-kuribayashi@kokusai.co.jp
asada.yasuyo@kokusai-am.co.jp
asai.satoshi@kokusai-am.co.jp
cha.shigeyuki@kokusai-am.co.jp
cho.shoshin@kokusai-am.co.jp
fujikawa.shingo@kokusai-am.co.jp
funatsu.daisuke@kokusai-am.co.jp

furuta.kenji@kokusai-am.co.jp
goda.keiichiro@kokusai-am.co.jp
hayashi.kazumasa@kokusai-am.co.jp
hibino.takayo@kokusai-am.co.jp
higuchi.tatsuya@kokusai-am.co.jp
horiguchi.akira@kokusai-am.co.jp
horii.masataka@kokusai-am.co.jp
iizuka.makoto@kokusai-am.co.jp
inoue.teruhiko@kokusai-am.co.jp
ishii.hiroshi@kokusai-am.co.jp
ishii.yoshihito@kokusai-am.co.jp
iwasaki.hidehiro@kokusai-am.co.jp
iyoda.toshiro@kokusai-am.co.jp
kanai.kazuto@kokusai-am.co.jp
kanezaki.asako@kokusai-am.co.jp
kato.akio@kokusai-am.co.jp
kobayashi.takuma@kokusai-am.co.jp
kojima.keiji@kokusai-am.co.jp
kosaka.jun@kokusai-am.co.jp
kurahashi.kenichi@kokusai-am.co.jp
masui.toshihiko@kokusai-am.co.jp
michishita.tetsuya@kokusai-am.co.jp
mori.hiroshi@kokusai-am.co.jp
murakami.naomi@kokusai-am.co.jp
murata.yusuke@kokusai-am.co.jp
nakagawa.m@kokusai-am.co.jp
nakajima.seiji@kokusai-am.co.jp
nakajima.tomoaki@kokusai-am.co.jp
nakamura.hajime@kokusai-am.co.jp
nakamura.yutaka@kokusai-am.co.jp
natsukari.nobushige@kokusai-am.co.jp
nishi.naoto@kokusai-am.co.jp
nkato@kokusai-am.co.jp
obara.masayasu@kokusai-am.co.jp
okubo.takashi@kokusai-am.co.jp
onma.takako@kokusai-am.co.jp
ozawa.mamoru@kokusai-am.co.jp
park.tohhyung@kokusai-am.co.jp
sasaki.koji@kokusai-am.co.jp
sasaki.naohiko@kokusai-am.co.jp
sato.naruto@kokusai-am.co.jp
suzuki.miho@kokusai-am.co.jp
suzuki.tomomi@kokusai-am.co.jp
takachio.takehiko@kokusai-am.co.jp
takahashi.kenta@kokusai-am.co.jp
tanabiki.osamu@kokusai-am.co.jp
tokuoka.shoichi@kokusai-am.co.jp
tsuda.soshi@kokusai-am.co.jp
utsumi.takayuki@kokusai-am.co.jp
wakamiya.isao@kokusai-am.co.jp
watabe.satoshi@kokusai-am.co.jp
watanabe.masayuki@kokusai-am.co.jp
watarai.sawako@kokusai-am.co.jp
yagi.takayuki@kokusai-am.co.jp
yamazaki.shinichi@kokusai-am.co.jp
yokoyama.kazuo@kokusai-am.co.jp
steve.johnson@komag.com
william.potts@komag.com
eha@kommunekredit.dk
jem@kommunekredit.dk

jvi@kommunekredit.dk
hsbyun@kookmin.co.kr
niceyoo@kookmin.co.kr
seonwook@kookmin.co.kr
yangsy@kookmin.co.kr
hkcho@kookminbank.com
jhpaek@kookminbank.com
milip@kookminbank.com
tjkwon@kookminbank.com;tjkwon@bloomberg.net
chkim@kookmin-bank.com
dabiran@koor.com
eyalb@koor.com
kolber@koor.com
ranm@koor.com
yuvaly@koor.com
cjkim@koreaexim.go.kr
hedging@koreaexim.go.kr
hhhwang@koreaexim.go.kr
hsyoon@koreaexim.go.kr
saintlee@koreaexim.co.kr
ykshin@koreaexim.go.kr
im7544@kornet.net
bsj@kp.dk
aaa@kpc.com.kw
ajaj@kpc.com.kw
hah@kpc.com.kw
nmb@kpc.com.kw
nouri@kpc.com.kw
siham@kpc.com.kw
suhail@kpc.com.kw
yalsanea@kpc.com.kw
rasbaekm@kpf.no
skorstade@kpf.no
rod.cerny@kpinvest.com
eberglund@kpmg.com
bcourtney@kpsp.com
dianecarpenter@kpsp.com
joe.brady@kpsp.com
rhealy@kpsp.com
roderick.read@kraft.com
fkoechli@krafteurope.com
szuercher@krafteurope.com
trust@krafteurope.com
juan.doural@kredietbank.ch
claudia.schoenthaler@krentschker.at
karl.freidl@krentschker.at
karl.trummer@krentschker.at
wolfgang.fusek@krentschker.at
carin.fike@kroger.com
donna.brizzolara@kroger.com
kathy.kelly@kroger.com
lincoln.lutz@kroger.com
mike.schlotman@kroger.com
rodney.mcmullen@kroger.com
kdbbridge@ksb.co.kr
derek@ksbb.com
dw@ksbb.com
andres_velasco@ksg.harvard.edu
thomas.klein@kskbb.de
thomas.walz@kskbb.de

andreas.deeng@ksk-bc.de
andreas.gerner@ksk-bc.de
kurt.hardt@ksk-bc.de
martina.weiler@ksk-bc.de
michael.muench@ksk-bc.de
nikolaus.stetter@ksk-bc.de
andre.nebel@ksk-koeln.de
bernd.walterscheid@ksk-koeln.de
christian.bonnen@ksk-koeln.de
christoph.groneuer@ksk-koeln.de
daniel.balkenhol@ksk-koeln.de
ingo.altenrath@ksk-koeln.de
jens.punstein@ksk-koeln.de
joerg.fischer@ksk-koeln.de
kai.grube@ksk-koeln.de
matthias.bourgart@ksk-koeln.de
ralf.funk@ksk-koeln.de
tanja.funken@ksk-koeln.de
wolfgang.buettgenbach@ksk-koeln.de
andy@ksmanagement.com
gpicco@ksmanagement.com
jack@ksmanagement.com
marco@ksmanagement.com
mcipriano@ksmanagement.com
mkempner@ksmanagement.com
b.cracraft@ktrs.gov
koh-noda@kubota.co.jp
gerard.vankesteren@kuehne-nagel.com
paul.keel@kuehne-nagel.com
robert.erni@kuehne-nagel.com
tobias.jerschke@kuehne-nagel.com
aaramburu@kutxa.es
aizpurua@kutxa.es
alanz@kutxa.es
asorarrain@kutxa.es
iimaz@kutxa.es
jegana@kutxa.es
jmartinezal@kutxa.es
aalsabah@kuwait-fund.org
al-humaidhi@kuwait-fund.org
alkhaled@kuwait-fund.org
al-mudhaf@kuwait-fund.org
al-naqib@kuwait-fund.org
alomani@kuwait-fund.org
alqatami@kuwait-fund.org
ghanem@kuwait-fund.org
jameilia@kuwait-fund.org
meshal@kuwait-fund.org
raeed@kuwait-fund.org
salah@kuwait-fund.org
dwight.price@ky.gov
kim.bechtel@ky.gov
adam_robertson@kyfbins.com
john_doyle@kyfbins.com
maureen_williams@kyfbins.com
aberggrun@kynikos.com
abest@kynikos.com
asackett@kynikos.com
awright@kynikos.com
bveninata@kynikos.com

cbrenner@kynikos.com
chobbs@kynikos.com
esantoro@kynikos.com
jvenusti@kynikos.com
ljong@kynikos.com
mdenmark@kynikos.com
sbrown@kynikos.com
sschurr@kynikos.com
hiromi.oohashi.hs@kyocera.jp
ichirou-oaku@kyocera.co.jp
tomoko.miyata.sd@kyocera.jp
intl@kyongnambank.co.kr
itakahashi@kyowa.co.jp
adam.tosh@kyret.com
kenton.bottoms@kyret.com
laura.miller@kyret.com
bernhard.thees@kzvk.de
gregor.kuhl@kzvk.de
josef.hutter@kzvk.de
martin.kuesters@kzvk.de
stefan.heidel@kzvk.de
thomas.fechner@kzvk.de
alexandre.cosson@labanquepostale-am.fr
alexandre.monge-parrent@labanquepostale-am.fr
alexandre.voisin@labanquepostale-am.fr
andre.loeffler@labanquepostale-am.fr
anne-cecile.blevin@labanquepostale-am.fr
antoine.duquesnoy@labanquepostale-am.fr
bernard.descreux@labanquepostale-am.fr
caroline.chhun@labanquepostale-am.fr
caroline.say@labanquepostale-am.fr
celine.sustandal@labanquepostale-am.fr
christian.nguyen@labanquepostale-am.fr
christine.delagrave@labanquepostale-am.fr
christine.radice@labanquepostale-am.fr
dang.cominh@labanquepostale-am.fr
denis.remacle@labanquepostale-am.fr
dominique.eloy@labanquepostale-am.fr
elisabeth.warland@labanquepostale-am.fr
eron.angjele@labanquepostale-am.fr
fabienne.marolle@labanquepostale-am.fr
fabrice.malnar@labanquepostale-am.fr
florence.marty@labanquepostale-am.fr
frederic.segur@labanquepostale-am.fr
guillaume.simonneau@labanquepostale-am.fr
iain.bremner@labanquepostale-am.fr
jean-dominique.seta@labanquepostale-am.fr
jean-francois.bousson@labanquepostale-am.fr
jean-luc.enguehard@labanquepostale-am.fr
jean-marc.tanguy@labanquepostale-am.fr
jean-michel.sanchez@labanquepostale-am.fr
jean-paul.poggi@labanquepostale-am.fr
jerome.grenie@labanquepostale-am.fr
laurence.jobert@labanquepostale-am.fr
marieme.ba@labanquepostale-am.fr
mohamed.chellou@labanquepostale-am.fr
monique.peiron@labanquepostale-am.fr
najib.sassenou@labanquepostale-am.fr
narayanan.padmanabhan@labanquepostale-am.fr
nicolas.caplain@labanquepostale-am.fr

olivier.ettaqy@labanquepostale-am.fr
olivier.hakim@labanquepostale-am.fr
omar.ettaqy@labanquepostale-am.fr
pierre-alain.labat@labanquepostale-am.fr
pierre-marie.gerez@labanquepostale-am.fr
praneth.ly@labanquepostale-am.fr
rachid.medjaoui@labanquepostale-am.fr
robin.richermo@labanquepostale-am.fr
samir.bederr@labanquepostale-am.fr
samuel.alexandrine@labanquepostale-am.fr
samuel.perrard@labanquepostale-am.fr
simina.borsaru@labanquepostale-am.fr
solene.clement@labanquepostale-am.fr
sopheara.lim@labanquepostale-am.fr
stephane.rizzo@labanquepostale-am.fr
thierry.blais@labanquepostale-am.fr
thomas.thirouin@labanquepostale-am.fr
veronique.laffiteau@labanquepostale-am.fr
veronique.rosier@labanquepostale-am.fr
yannick.guillot@labanquepostale-am.fr
r.eibes@labouchere.nl
dboies@lacaisse.com
dhulley@lacaisse.com
jfbergeron@lacaisse.com
jpjette@lacaisse.com
cmolina@lacaixa.es
sbriones@lacaixa.es
britt.palmer@lacrosseglobal.com
ik-jun.choi@lacrosseglobal.com
jessie.wedel@lacrosseglobal.com
kevin.martin@lacrosseglobal.com
rachelle.scheierl@lacrosseglobal.com
salome.abla-bloomquist@lacrosseglobal.com
stephanie.meyer@lacrosseglobal.com
joan.ilagan@ladwp.com
jsdofshjef@lahjgoh.com
jbrooks@laidlaw.com
corphanou@laiki.com
wallyj@lamgmt.com
alain.gajan@lamondiale.com
antoine.hennequin@lamondiale.com
audrey.vormus@lamondiale.com
benoit.corteville@lamondiale.com
clement.simard@lamondiale.com
ines.krol@lamondiale.com
jean-louis.leclinche@lamondiale.com
raja.kchia@lamondiale.com
roger.bonne@lamondiale.com
treso@lamondiale.com
andreas.staftenberg@lampebank.de
armin.linge@lampebank.de
axel.frein@lampebank.de
bernd.baeume@lampebank.de
bernd.meiners@lampebank.de
bjoern.graf@lampebank.de
heiko.feber@lampebank.de
heinz-joachim.hengesbach@lampebank.de
janoliver.bell@lampebank.de
leonhard.uphues@lampebank.de
manfred.malaschewski@lampebank.de

markus.flade@lampebank.de
markus.rings@lampebank.de
michael.wimmer@lampebank.de
nicole.dehaan@lampebank.de
norbert.bornefeld@lampebank.de
peter.blenkle@lampebank.de
ralf.dickebohm@lampebank.de
service@lampebank.lu
thomas.neemann@lampebank.de
werner.huber@lampebank.de
wolfgang.bagusch@lampebank.de
gernot.bremhorst@lampebanl.de
robert.barrios@lamrc.com
scott.davis@lamrc.com
036894@landbank.com.tw
042683@landbank.com.tw
055023@landbank.com.tw
0570580@imail.landbank.com.tw
057085@landbank.com.tw
065261@landbank.com.tw
067524@landbank.com.tw
068582@landbank.com.tw
069744@landbank.com.tw
072931@landbank.com.tw
077521@landbank.com.tw
089181@landbank.com.tw
lbobu@mail.landbank.com.tw
bymbcn@lander.es
albert.koeck@landes.hypobank.at
gerhard.hochstrasser@landes.hypobank.at
markus.feldgitscher@landes.hypobank.at
sandnerg@landeshauptstadt.de
weilbachg@landeshauptstadt.de
c.brand@landeskrediet.de
andrew.palmer@group.landg.com
daniel.errington@group.landg.com
david.evans@landg.com
john.whorwood@group.landg.com
marie.mason@group.landg.com
nicholas.hodges@group.landg.com
peter.horsman@group.landg.com
scott.eason@landg.com
shayanthan.pathmanathan@landg.com
stephen.drane@group.landg.com
david.sibi@landsbanki.com
luca.franceschi@lanewan.it
bjorn.randevik@lansforsakringar.se
dan.fredriksson@lansforsakringar.se
goran.vedin@lansforsakringar.se
gunnar.lindberg@lansforsakringar.se
jannika.nilsson@lansforsakringar.se
joakim.westerdal@lansforsakringar.se
laila.madso@lansforsakringar.se
maria.ferlin@lansforsakringar.se
mikael.persson@lansforsakringar.se
peder.tiricke@lansforsakringar.se
per.storfaelt@lansforsakringar.se
robert.ekerlin@lansforsakringar.se
adalbjorn.stefansson@lansforsikringar.se
mike@lansingcapital.com

benoit.galan@laposte.net
yvette.klevan@lazard.com
gerben.karkdijk@lasalle.com
vincent.kouch@lasalle.com
garypeters@lasallebonds.com
rmoogan@lasallebonds.com
manisha.sharma@lasallegts.com
alacombe@lasers.state.la.us
cfunderb@lasers.state.la.us
jpolk@lasers.state.la.us
smann@lasers.state.la.us
tsearles@lasers.state.la.us
james.menzies@lasmo.com
paul.murray@lasmo.com
ermaus@laurelsb.com
p.cottino@lavazza.it
lbeale@law.uiuc.edu
gabriella.nawi@lazam.co.uk
laila.grimley@lazam.co.uk
lindsey.harrison@lazam.co.uk
tim.russell@lazam.co.uk
aaron.barnfather@lazard.com
aaron.walters@lazard.com
adam.cohen@lazard.com
adrian.o'neill@lazard.com
alain.albizzati@lazard.fr
alan.clifford@lazard.com
alan.custis@lazard.com
alex.lai@lazard.com
alex.orloff@lazard.com
alexander.andrade@lazard.com
alexei.kapkin@lazard.com
alexia.latorre@lazard.fr
allison.villapiano@lazard.com
aman.panaech@lazard.com
anand.srinivasan@lazard.com
andrei.morosanu@lazard.com
andrew.bonita@lazard.com
andrew.herenstein@lazard.com
andrew.kabala@lazard.com
andrew.lacey@lazard.com
andrew.norris@lazard.com
andrew.raab@lazard.com
andy.zhu@lazard.com
anna.gore@lazard.com
annabel.hornsby@lazard.com
annabelle.vinatier@lazard.fr
antoine.brunet@lazard.fr
anya.abdulakh@lazard.com
arif.mohamed@lazard.com
arnaud.sassier@lazard.fr
ashish.bhutani@lazard.com
avi.rothner@lazard.com
axel.laroza@lazzard.fr
barnaby.wilson@lazard.com
barry.randall@lazard.com
batsevd@lazard.com
beau.hurst@lazard.com
ben.wulfsohn@lazard.com
benjamin.leroux@lazard.fr

benoit.barthelet@lazard.fr
bertrand.cliquet@lazard.com
bill.smith@lazard.com
brendan.gorman@lazard.com
bret.miller@lazard.com
brian.guaiana@lazard.com
brian.meath@lazard.com
brian.pessin@lazard.com
brie.lam@lazard.com
carolyn.gillen@lazard.com
celeste.jacobson@lazard.com
charles.hoeveler@lazard.com
charles.weissman@lazard.com
charlie.simon@lazard.com
chris.church@lazard.com
chris.heasman@lazard.com
chris.maynard@lazard.com
chris.pope@lazard.com
christopher.h.blake@lazard.com
christopher.komosa@lazard.com
christopher.mcmanus@lazard.com
christopher.ratti@lazard.com
christopher.whitney@lazard.com
ciprian.marin@lazard.com
colin.cavasina@lazard.com
colin.faivre@lazard.fr
craig.scholl@lazard.com
dan.breslin@lazard.com
daniel.oakes@lazard.com
darrin.sokol@lazard.com
david.abayev@lazard.com
david.buttle@lazard.com
david.cleary@lazard.com
david.dicker@lazard.com
david.nanus@lazard.com
david.paich@lazard.com
david.pizzimenti@lazard.com
deborah.kulisch@lazard.com
dennis.neveling@lazard.com
diane.gotham@lazard.com
diane.henesy@lazard.com
dong.han@lazard.com
dyke.benjamin@lazard.com
eduardo.costa@lazard.com
edward.ritchie@lazard.com
edward.rosenfeld@lazard.com
efrem.meretab@lazard.com
eileen.alexanderson@lazard.com
elaine.wang@lazard.com
elizabeth.moore@lazard.com
emanuelle.corbin@lazard.fr
emerald.hunt@lazard.com
emily.finkelstein@lazard.com
erianna.khusainova@lazard.com
eric.colman@lazard.com
erik.mckee@lazard.com
eugene.krishnan@lazard.com
eugene.wu@lazard.com
fabienne.de.la.serre@lazard.fr
fabrice.bodinier@lazard.com

firstname.surname@lazard.com
floyd.greenwood@lazard.com
francois.de.saint-pierre@lazard.fr
francois.lavier@lazard.fr
francois.roudet@lazard.fr
frank.aiello@lazard.com
frank.catalano@lazard.com
frank.devine@lazard.com
gabrielle.boyle@lazard.com
gad.berdugo@lazard.com
ganesh.ramachand@lazard.com
gary.buesser@lazard.com
gene.chun@lazard.com
geok-heng.leow@lazard.com
georg.benes@lazard.com
george.grimbilas@lazard.com
george.humphreys@lazard.com
gnawi@lazard.com
gregg.o'neel@lazard.com
guillaume_chezaud@lazard.fr
henry.ho@lazard.com
hubert.parzecki@lazard.com
ian.smart@lazard.com
igino.beverini@lazard.com
irene.cheng@lazard.com
ishibashid@lazard.com
jack.d.obrien@lazard.com
jagatnarine.churaman@lazard.com
jai.jacob@lazard.com
james.batterman@lazard.com
james.donald@lazard.com
james.fernandes@lazard.com
james.garvey@lazard.com
james.martinos@lazard.com
james.o'grady@lazard.com
james.shore@lazard.com
james.tatera@lazard.com
janine.airey@lazard.com
jason.williams@lazard.com
jean.francois.cardinet@lazard.fr
jean-pierre_banzet@lazard.fr
jeffrey.clarke@lazard.com
jeffrey.kigner@lazard.com
jennifer.voitle@lazard.com
jeremy.taylor@lazard.com
jerry.liu@lazard.com
jessica.klein@lazard.com
jessica.rutledge@lazard.com
jim.o'grady@lazard.com
joe.cox@lazard.com
john.labadia@lazard.com
john.lee@lazard.com
john.reinsberg@lazard.com
john.riccardi@lazard.com
john.senesac@lazard.com
jonathan.mir@lazard.com
jonathan.morris@lazard.com
jonathan.overland@lazard.com
joseph.kulczuckj@lazard.com
joshua.kazdin@lazard.com

jrtutino@lazard.com
julien.sebban@lazard.fr
julien-pierre.nouen@lazard.fr
kalpesh.patel@lazard.com
kathleen.boatman@lazard.com
kathryn.acquafredda@lazard.com
kelly.fitzgerald@lazard.com
kelly.ward@lazard.com
ken.weiss@lazard.com
kendrick.wakeman@lazard.com
kevin.dinkel@lazard.com
kevin.matthews@lazard.com
kevin.o'hare@lazard.com
kim.tilley@lazard.com
kip.knelman@lazard.com
kit.boyatt@lazard.com
koni.tamratzi@lazard.com
kristian.gevert@lazard.com
kun.deng@lazard.com
kyle.waldhauer@lazard.com
laura.huxtable@lazard.com
laurie.jones@lazard.com
lee.hunt@lazard.com
lekkerkerkerd@lazard.com
louis.florentin-lee@lazard.com
louis_pestel@lazard.fr
louise.bulley@lazard.com
louise.hill@lazard.com
manda.damjanic@lazard.com
marina.leacock@lazard.com
mark.hanson@lazard.com
mark.lien@lazard.com
mark.little@lazard.com
mark.stuckelman@lazard.com
martin.moyes@lazard.com
maryellen.mccormack@lazard.com
matteo.lombardo@lazard.com
matthew.hart@lazard.com
matthew.haynes@lazard.com
matthew.landy@lazard.com
matthieu_groues@lazard.fr
max.kaufmann@lazard.com
melissa.cook@lazard.com
meredith.ellis@lazard.com
michael.bennett@lazard.com
michael.debernardis@lazard.com
michael.fry@lazard.com
michael.johnson@lazard.com
michael.kennedy@lazard.com
michael.krenn@lazard.com
michael.per@lazard.com
michael.powers@lazard.com
michael.rome@lazard.com
michael.white@lazard.com
michael.yampei@lazard.com
michael.zhang@lazard.com
michel_ghazarian@lazard.com
michel_lemouillec@lazard.fr
miles.shackley@lazard.com
ming.zhong@lazard.com

miriam.kim@lazard.com
mmeeting@lazard.com
monika.shrestha@lazard.com
muriel.alphen@lazard.fr
myla.cruz@lazard.com
natalie.engler@lazard.com
nathan.cockrell@lazard.com
nathan.paul@lazard.com
neal.doying@lazard.com
neil.eggins@lazard.com
neil.millar@lazard.com
neuwirthd@lazard.com
nicholas.bratt@lazard.com
nicholas.sordoni@lazard.com
nigel.barrett@lazard.com
nina.saglimbeni@lazard.com
noemail@lazard.fr
noh-joon.choo@lazard.com
oliver.ravey@lazard.fr
ozzie.frankel@lazard.com
pamela.fabi@lazard.com
pamela.fredericks@lazard.com
pat.biggers@lazard.com
patrice.labbe@lazard.fr
patricia.fan@lazard.com
patrick.fu@lazard.com
patrick.king@lazard.com
patrick.mullin@lazard.com
patrick.ryan@lazard.com
patxi.bente@lazard.fr
paul.deleon@lazard.com
paul.martins@lazard.com
paul.moghtader@lazard.com
peter.hill@lazard.com
peter.hunsberger@lazard.com
peter.kashanek@lazard.com
peter.li@lazard.com
peter.nesvold@lazard.com
peter.tsu@lazard.com
prateek.pant@lazard.com
priscille.melandri@lazard.fr
rachel.feuer@lazard.com
rahwa.senay@lazard.com
ramone.smith@lazard.com
regis.begue@lazard.fr
rhett.brown@lazard.com
richard.chadderton@lazard.com
richard.hockings@lazard.com
richard.kowal@lazard.com
robert.arroyo@lazard.com
robert.failla@lazard.com
robert.johnson@lazard.com
robert.reffkin@lazard.com
robert.rowland@lazard.com
robin.jones@lazard.com
roderick.abad@lazard.com
rohit.chopra@lazard.com
ronald.saba@lazard.com
ronald.temple@lazard.com
rosalie.richichi@lazard.com

ruth.cefaratti@lazard.com
salvatore.sama@lazard.com
salwa_boussoukaya@lazard.fr
sam.gere@lazard.com
sanghoon.kim@lazard.com
sara.fischer@lazard.com
sarah.garvey@lazard.com
sasho.bogoevski@lazard.com
scott.barasch@lazard.com
sean.reynolds@lazard.com
shital.patel@lazard.com
siddharth.panjwani@lazard.com
silas.rodriguez@lazard.com
simon.bentley@lazard.com
simon.higgo@lazard.com
soren.bech@lazard.com
spiegels@lazard.com
sri.nadesan@lazard.com
stephen.mcguire@lazard.com
stephen.payne@lazard.com
stephen.scott@lazard.com
steuart.marshall@lazard.com
steve.marra@lazard.com
stevie.noh@lazard.com
susanne.willumsen@lazard.com
taras.ivanenko@lazard.com
taylor.mosley@lazard.com
ted.gillman@lazard.com
terese.wilke@lazard.com
terry.savage@lazard.com
thomas.brenier@lazard.fr
thomas.dzwil@lazard.com
thomas.miller@lazard.com
thomas.monico@lazard.com
timothy.settel@lazard.com
tj.vigliotta@lazard.com
tomas.tomasson@lazard.com
tony.willis@lazard.com
tram.bui@lazard.com
valerie.cho@lazard.com
vincent.kravec@lazard.com
waleed.alghanim@lazard.com
warren.wong@lazard.com
william.holzer@lazard.com
william.yip@lazard.com
yury.dubrovsky@lazard.com
yves_bazin_de_jessy@lazard.fr
zoe.chen@lazard.com
andreas.birk@l-bank.de
helmut.stermann@l-bank.de
stefan.tribull@l-bank.de
stephanie.heimerle@l-bank.de
sven.lautenschlaeger@l-bank.de
vanessa.werthwein@l-bank.de
alexander.braun@lbb.de
alexandra.olberg@lbb.de
andre.opitz@lbb.de
andreas.wittenzellner@lbb.de
andrej.kollar@lbb.de
andrew.mitchell@lbb.de

ariadne.freymuth@lbb.lu
arjun.matthai@lbb.de
asad.ali@lbb.de
bodo.ziotkowski@lbb.de
christina.steffen@lbb.de
daniela.witkoski@lbb.de
dirk.dumuschat@lbb.de
frank.eisold@lbb.de
hardy.butt@lbb.de
hubertus.roll@lbb.de
jens.weissmann@lbb.de
johann.achard@lbb.de
kai.mlodzik@lbb.de
karsten.hesse@lbb.de
kersten.magdanz@lbb.de
markus.roser@lbb.lu
martin.koepke@lbb.de
michael.jacoby@lbb.de
mireille.jansen@lbb.de
moritz.sell@lbb.de
nikolaus.wolfmeyer@lbb.de
oliver.kurzke@lbb.de
paul.sibianu@lbb.lu
rahim.rezigat@lbb.lu
rainer.saile@lbb.de
richard.cox@lbb.de
stephan.gliem@lbb.de
sven.belewitsch@lbb.de
sven.knobel@lbb.de
thibaud.valette@lbb.de
thilo.reichert@lbb.lu
thomas.kuehn@lbb.de
ulrich.vogel@lbb.de
walter.dahms@lbb.de
wolfgang.weiss@lbb.de
yvonne.lebowski@lbb.lu
abs@lbbw.de
alexander.thuermer@lbbw.de
alexander.wiedenbach@lbbw.de
alexandra.bayer@lbbw.de
anastasios.agathagelidis@lbbw.de
andreas.burkhardt@lbbw.de
andreas.chorus@lbbw.de
anne.brooks-senftleben@lbbw.de
ariane.huget@lbbw.de
armin.wendel@lbbw.de
beatrix.bernauer@lbbw.de
bernd.litterst@lbbw.de
bert.schulte@lbbw.de
berthold.numeier@lbbw.de
berthold.veil@lbbw.de
bjoern.strauss@lbbw.de
boris.bindschaedel@lbbw.de
carmen.brusch@lbbw.de
christian.urbaczek@lbbw.de
christoph.weber@lbbw.de
christoph.zengerling@lbbw.de
claudia.diehm@lbbw.de
claudia.tischler@lbbw.de
claudio.corcione@lbbw.de

dagmar.kolaciak@lbbw.de
damian.wosnitzka@lbbw.de
daniel.hoffmann@lbbw.de
dieter.scheuermann@lbbw.de
dietmar.pasitsch@lbbw.de
dirk.portig@lbbw.de
elmar.foell@lbbw.de
emanuela.mossa@lbbw.de
eric.goerke@lbbw.de
eugine.yurist@lbbw.de
frank.huth@lbbw.de
frank.neidert@lbbw.de
frederik.jessen@lbbw.de
frederik.plank@lbbw.de
gerald.link@lbbw.de
gerhard.berner@lbbw.de
gernot.griebling@lbbw.de
giovanni.totaro@lbbw.de
hans.strueder@lbbw.de
harald.mueller@lbbw.de
heiko.leschhorn@lbbw.de
heinz.merz@lbbw.de
helmut.osswald@lbbw.de
hjoerdis.bessen@lbbw.de
holger.mueller@lbbw.de
holger.wiesenberg@lbbw.de
horst.wittig@lbbw.de
ihle@lbbw.de
ingold.geist@lbbw.de
jan.hofmeister@lbbw.de
jan.krueger@lbbw.de
jan-alexander.posth@lbbw.de
joachim.spranger@lbbw.de
jochen.dittel@lbbw.de
joerg.ceh@lbbw.de
joerg.daiker@lbbw.de
joerg.huber@lbbw.de
jorge.dorta-monzo@lbbw.de
josef.kobler@lbbw.de
juergen.berg@lbbw.de
juergen.fischer@lbbw.de
juergen.griesbach@lbbw.de
juergen.groth@lbbw.de
juergen.neuner@lbbw.de
jutta.grimberger@lbbw.de
kathrin.mueller@lbbw.de
kerstin.reinsbach@lbbw.de
klaus.lederer@lbbw.de
kristina.schlett@lbbw.de
kurt.marquetant@lbbw.de
lian-lie.liem@lbbw.de
lorenzo.osimani@lbbw.de
maik.schulze@lbbw.de
marc.viswanatha@lbbw.de
marcel.bleser@lbbw.de
marina.gabriel@lbbw.de
marion.neumann@lbbw.de
markus.a.beck@lbbw.de
markus.cekan@lbbw.de
markus.janus@lbbw.de

markus.kaisig@lbbw.de
markus.vogt@lbbw.de
markus.wolf@lbbw.de
martha.masling@lbbw.de
martin.hellmich@lbbw.de
martin.hingst@lbbw.de
martin.kurhajec@lbbw.de
martin.schmidt@lbbw.de
matthias.bruckmeir@lbbw.de
matthias.neugebauer@lbbw.de
matthias.schiestl@lbbw.de
michael.brodbeck@lbbw.de
michael.conle@lbbw.de
michael.fritz@lbbw.de
michael.molline@lbbw.de
michael.schuh@lbbw.de
michael.strubel@lbbw.de
mirjam.fisel@lbbw.de
mohamed.el-morsalani@lbbw.de
nicola.hahn@lbbw.de
norbert.strozynski@lbbw.de
oliver.gerst@lbbw.de
peter.hecht@lbbw.de
peter.oellers@lbbw.de
proptrading@lbbw.de
ralf.boepple@lbbw.de
ralf.burmeister@lbbw.de
ralf.elmer@lbbw.de
reinhold.geissler@lbbw.de
rena.haynes@lbbw.de
rene.gorodsinsky@lbbw.de
roland.maier@lbbw.de
roland.pieper@lbbw.de
roland.wodo@lbbw.de
sarah.neher@lbbw.de
sascha.krebs@lbbw.de
sascha.mark@lbbw.de
stefan.bubeck@lbbw.de
stefan.meier@lbbw.de
stefan.wuerz@lbbw.de
steffen.quast@lbbw.de
stephan.feifer@lbbw.de
sylvia.neuner@lbbw.de
thilo.rossberg@lbbw.de
thomas.bauer@lbbw.de
thomas.dieterle@lbbw.de
thomas.ebel@lbbw.de
thomas.leidenberger@lbbw.de
thomas.lotterer@lbbw.de
thomas.paul@lbbw.de
thomas.schmidt@lbbw.de
thomas.vocke@lbbw.de
thorben.kremers@lbbw.de
timo.seiler@lbbw.de
tom.eich@lbbw.de
toni.dzaja@lbbw.de
torsten.zittlau@lbbw.de
ulrich.weiss@lbbw.de
ulrike.scheef@lbbw.de
ute.guendert@lbbw.de

ute.rosen@lbbw.de
uwe.metzinger@lbbw.de
uwe.nunn@lbbw.de
vanessa.moeske@lbbw.de
verena.rothmaier@lbbw.de
via hedwig.vohrer@lbbw.de
volker.hentschel@lbbw.de
volker.honold@lbbw.de
werner.besenfelder@lbbw.de
werner.seeliger@lbbw.de
wolfgang.conze@lbbw.de
christine.feller@lbbw-am.de
gunter.eckner@lbbw-am.de
harald.woelfle@lbbw-am.de
harry.schoett@lbbw-am.de
heinrich.siegmann@lbbw-am.de
helmut.bartsch@lbbw-am.de
ming.feng@lbbw-am.de
stephan.gscheidlen@lbbw-am.de
dolores.flynn@lbbwie.com
louise.gough@lbbwie.com
edwin.chan@lbbwsg.com
hazel.sim@lbbwsg.com
lydia.kew@lbbwsg.com
mark.cranfield@lbbwsg.com
michael.hyde@lbbwsg.com
samantha.wong@lbbwsg.com
weekee.chong@lbbwsg.com
christina.moschou@lbbwuk.com
michael.fox@lbbwuk.com
robert.milton@lbbwuk.com
stefanie.ruf@lbbwuk.com
ulrike.kaes@lbbwuk.com
david.caspar@lbbwus.com
joseph.russo@lbbwus.com
phil.rohdes@lbbwus.com
ralph.hallenborg@lbbwus.com
sandy.ng@lbbwus.com
timothy.walz@lbbwus.com
asciandra@lbfc.com
jmayesh@lbfc.com
jsorensen@lbfc.com
steve.glod@lbfram.lu
hanns.grad@lbsh-int.com
marc.clemens@lbsh-int.lu
ralf.ackermann@lbsh-int.com
christian.elsener@lbswiss.ch
fabio.stuecheli@lbswiss.ch
felix.schmid@lbswiss.ch
narciso.grilli@lbswiss.ch
reto.rebmann@lbswiss.ch
samuel.mueller@lbswiss.ch
b.amiee@lcfr.co.uk
c.thomas@lcfr.co.uk
c.waldron@lcfr.co.uk
christophe.boulanger@lcfr.fr
d.altmann@lcfr.co.uk
j.kwon@lcfr.co.uk
j.pollard@lcfr.co.uk
m.nathanson@lcfr.co.uk

| | | |
|---|---|---|
| n.pugh@lcfr.co.uk | jadygan@lmus.leggmason.com | srpierce@lmus.leggmason.com |
| r.clifford@lcfr.co.uk | japarton@leggmason.com | strohme@leggmason.com |
| r.wilson@lcfr.co.uk | jcinque@leggmason.com | tbdolan@leggmason.com |
| samuel.pinto@lcfr.fr | jcountryman@leggmason.com | tboffa@leggmason.com |
| v.sadarangani@lcfr.co.uk | jdbateman@leggmason.com | tcjones@leggmason.com |
| david_manuel@ldn.com | jdesiderio@leggmason.com | tgojani@leggmason.com |
| i.nagashima@ldn.tr.mufg.jp | jetrust@leggmason.com | tjbrodeur@lmus.leggmason.com |
| k.ihara@ldn.tr.mufg.jp | jfhealy@leggmason.com | tmcgann@leggmason.com |
| y.ando@ldn.tr.mufg.jp | jgohara@leggmason.com | tmcgurkin@leggmason.com |
| paul.rose@ldn_invesco.co.uk | jhealy@leggmason.com | vmschwatka@leggmason.com |
| lowellkw@ldschurch.org | jhusain@leggmason.com | wnrivel@leggmason.com |
| jinuk_kim@lebldn.co.uk | jllavin@leggmason.com | xchang@lmus.leggmason.com |
| chris.ng@ledyardbank.com | jmpohl@lmus.leggmason.com | xcrank@leggmason.com |
| connie.aldrich@ledyardbank.com | jmtishman@leggmason.com | zdemiri@leggmason.com |
| ed.taylor@ledyardbank.com | jpark@leggmason.com | phoran@leggmasoncanada.com |
| j.t.underwood@ledyardbank.com | jpfeketie@leggmason.com | a.durkin@leggmasoninvestors.com |
| jon.molesworth@ledyardbank.com | jthalleron@lmus.leggmason.com | j.knight@leggmasoninvestors.com |
| randy.haas@ledyardbank.com | jtyolken@leggmason.com | n.massie@leggmasoninvestors.com |
| karsten@leehowes.net | jtzmitrovich@leggmason.com | r.neill@leggmasoninvestors.com |
| aagati@leggmason.com | kabel@leggmason.com | t.french@leggmasoninvestors.com |
| abraghetta@leggmason.com | kabiancanelli@leggmason.com | mrdebovis@leggmson.com |
| achristian@leggmason.com | kbmiller@leggmason.com | francois.poisson@legrand.fr |
| ameudy@leggmason.com | kjgraslewicz@leggmason.com | gilles.schnepp@legrand.fr |
| amjuras@lmus.leggmason.com | kozsolak@leggmason.com | pierre.meyer@legrand.fr |
| amwinder@leggmason.com | lbaltman@leggmason.com | aatash.shah@lehman.com |
| astitt@leggmason.com | lgellis@leggmason.com | agoyal@lehman.com |
| awen@leggmason.com | lolszewski@leggmason.com | ajay.abrol@lehman.com |
| b.mcdonald@leggmason.co.uk | lpaone@leggmason.com | akagi@lehman.com |
| bcrailey@leggmason.com | lpkatsafanas@leggmason.com | akane.nonoguchi@lehman.com |
| bdmcgrath@leggmason.com | lrodriguezrizzolo@leggmason.com | alyukov@lehman.com |
| bhmiller@leggmason.com | lvitti@leggmason.com | annamarta.petrilli@lehman.com |
| ccalderone@leggmason.com | mcmitsoff@lmus.leggmason.com | annash@lehman.com |
| ccoleman@leggmason.com | mdbailey@leggmason.com | anweinbe@lehman.com |
| cgomezlopez@leggmason.com | meconnell@leggmason.com | aperepel@lehman.com |
| crharvey@leggmason.com | mehiranobe@lmus.leggmason.com | aperepl@lehman.com |
| dahawker@leggmason.com | mjwalters@leggmason.com | arudge@lehman.com |
| dbvegh@leggmason.com | morrison@leggmason.com | asia_conn_svc@lehman.com |
| dchiu@leggmason.com | msscherer@leggmason.com | balraj.bassi@lehman.com |
| debetz@leggmason.com | nribaslequerica@lmus.leggmason.com | bbest@lehman.com |
| dezito@leggmason.com | pagreen@leggmason.com | bowen@lehman.com |
| dfoard@leggmason.com | pdmcdonough@leggmason.com | bphelps@lehman.com |
| djbetz@leggmason.com | pespinosa@leggmason.com | bras_service@lehman.com |
| djmonks@leggmason.com | pjyakim@leggmason.com | bruggraber@lehman.com |
| dkkafes@leggmason.com | prphillips@leggmason.com | bsummers@lehman.com |
| dljohnson@leggmason.com | rcabrera@leggmason.com | catherine.hauptfuhrer@lehman.com |
| dmauro@leggmason.com | rcripps@leggmason.com | centralenginetraders@lehman.com |
| dmcorsetti@leggmason.com | rddirossi@leggmason.com | cesar.gonzalez@lehman.com |
| dsempervive@lmus.leggmason.com | relundelius@lmus.leggmason.com | cgardella@lehman.com |
| dshoffman@leggmason.com | rhimelfarb@leggmason.com | chad.smith@lehman.com |
| dwright@leggmason.com | rlbyrne@leggmason.com | chiyoung.kwon@lehman.com |
| eakane@leggmason.com | rmvaheesan@leggmason.com | chris.lawrence@lehman.com |
| eckiehne@leggmason.com | rprocopio@lmus.leggmason.com | christy.wang@lehman.com |
| ecuriel@leggmason.com | rrice@leggmason.com | colin.macleod@lehman.com |
| edervisevic@leggmason.com | rskloff@leggmason.com | damien.carde@lehman.com |
| egercek@lmus.leggmason.com | rxkennedy@leggmason.com | daria.kozlova@lehman.com |
| egokgolkline@leggmason.com | sberzon@leggmason.com | david.cohana@lehman.com |
| etaber@leggmason.com | sholt@leggmason.com | david.l.speyer@lehman.com |
| fcusumano@leggmason.com | sjrichter@leggmason.com | dgreen@lehman.com |
| fjjamison@leggmason.com | sjritcher@leggmason.com | dpardon@lehman.com |
| g.mcmanus@leggmason.co.uk | smhorrigan@leggmason.com | elaine.choo@lehman.com |

epmgdl@exeulon.lehman.com
epopova@lehman.com
epsteam@lehman.com
eqtpmg@lehman.com
etradesupport@lehman.com
fantezan@lehman.com
fcsg@lehman.com
fjsbvdvjd@lehman.com
flora.wang@lehman.com
fmelhem@lehman.com
fperez@lehman.com
gfet@lehman.com
gglass@lehman.com
ghenkel@lehman.com
glgservicegroup@lehman.com
glilienf@lehman.com
globalfuturesdesk@lehman.com
globalfuturesservice@lehman.com
gsnyder@lehman.com
gvolpe@lehman.com
hiroki.takatori@lehman.com
ilowitt@lehman.com
index_feedback@lehman.com
jaday@lehman.com
jae.choi@lehman.com
jamato@lehman.com
james.oakley@lehman.com
jchandy@lehman.com
jdyer@lehman.com
jechung@lehman.com
jeffrey.roberts@lehman.com
jenair@lehman.com
jfarago@lehman.com
jgelb@lehman.com
jgoldber@lehman.com
jmangan@lehman.com
jmounce@lehman.com
john.abendroth@lehman.com
jonathan.fischer@lehman.com
joonsong.kim@lehman.com
joseph.quirk@lehman.com
julie.hale@lehman.com
junko.tsuruoka@lehman.com
jwoo@lehman.com
kapil.jain@lehman.com
kazuyoshi.mashio@lehman.com
keenis.ho@lehman.com
kelvin.wong@lehman.com
kgill@lehman.com
kshitij.gill@lehman.com
kunihiro.manabe@lehman.com
lehman@lehman.com
lkorn@lehman.com
lori.zuhoski@lehman.com
ltsang@lehman.com
lv.hang@lehman.com
lyglesia@lehman.com
machiko.ichikawa@lehman.com
marc.field@lehman.com
mark.yoon@lehman.com

masako.azuma@lehman.com
maskawad@lehman.com
mburroug@lehman.com
mcecil@lehman.com
michela.carabelli@lehman.com
mmunim@lehman.com
molly.carleton@lehman.com
mschoene@lehman.com
mwharry@lehman.com
nadia.seemuth@lehman.com
nathan.engelhard@lehman.com
neil.mcclements@lehman.com
new@lehman.com
nick.haley@lehman.com
nkapoor@lehman.com
no-email@lehman.com
norbert.metz@lehman.com
nyfuturesservice@lehman.com
padraper@lehman.com
paul.cavey@lehman.com
peter.welford@lehman.com
pierpaolo.deflaviis@lehman.com
pnorr@lehman.com
pointhelp@lehman.com
ptrill@lehman.com
raarora@lehman.com
rahulg@lehman.com
rajan.arora@lehman.com
ranjeet.guptara@lehman.com
ranthony@lehman.com
rborina@lehman.com
rmeo@lehman.com
ronakan@lehman.com
rubin.savio@lehman.com
rutuza.arya@lehman.com
rwolfe@lehman.com
ryan.polisi@lehman.com
sangwan.kang@lehman.com
sankara@lehman.com
sarah.kline@lehman.com
scachetti@lehman.com
sheryl.hughes@lehman.com
shin.kasahara@lehman.com
sisak@lehman.com
smorjari@lehman.com
sregli@lehman.com
srod@lehman.com
stanley.yang@lehman.com
stephen.cheng@lehman.com
steve.moeller@lehman.com
stuart.peck@lehman.com
swmok@lehman.com
tactical&risktrading@lehman.com
tempac@lehman.com
test@lehman.com
tigeroptionusers@lehman.com
tihowe@lehman.com
tnielsen@lehman.com
todd.fletcher@lehman.com
tokyoprogramtrading@lehman.com

vekrishn@lehman.com
vuk.kalezic@lehman.com
wansun.park@lehman.com
wfan@lehman.com
xiao.ning@lehman.com
xyz@lehman.com
yday@lehman.com
ykalinov@lehman.com
yliu@lehman.com
yohsuke.morikawa@lehman.com
yosuke@lehman.com
yusong@lehman.com
gferrari@lehmantest.com
jneisler@lendleaserei.com
heidi.haili@leonia.com
marten.hagstrom@leonia.fi
pekka.toivonen@leonia.fi
riitta.salonen@leonia.fi
aking@leopoldjoseph.com
asomers@leopoldjoseph.com
nfallon@leopoldjoseph.com
rfleming@leopoldjoseph.com
ngudu@lepercq.com
roman.kurmann@leu.com
sandro.dittli@leu.com
stefan.loeffler@leu.com
aseewald@leumi.ch
capmark@leumi.ch
emeir@leumi.ch
jgillioz@leumi.ch
mshimony@leumi.ch
ogavish@leumi.ch
patrick.leitienne@leumi.lu
patrick.thoma@leumi.ch
yreuven@leumi.ch
cathy.riveragrima@leumiusa.com
haim.sion@leumiusa.com
john.cusack@leumiusa.com
michael.maiorana@leumiusa.com
stephanie.kao@leumiusa.com
bjacquot@gestion.leven.com
vlance@gestion.leven.com
blee2@levi.com
gintemann@levi.com
jmaurer@levi.com
mridgway@levi.com
ssiefkas@levi.com
uscashdesk@levi.com
vfong@levi.com
jean.bertrand@lexmark.ch
hakimoto@lf.mufg.jp
kyagihasi@lf.mufg.jp
murisaka@lf.mufg.jp
shongou@lf.mufg.jp
blements@lfg.com
perfgroup@lfg.com
ron.ahluwalia@lfg.com
eerni@lfm-ag.ch
dlove@lgamerica.com
glaumond@lgfrance.com

jxwaechter@lgfrance.com
mlacroix@lgfrance.com
abdul.kazi@lgim.co.uk
abimbola.daramola@lgim.co.uk
adam.holmes@lgim.co.uk
alan.booker@lgim.co.uk
alan.siu@lgim.co.uk
alec.farley@lgim.co.uk
alec.salmon@lgim.co.uk
alex.booth@lgim.co.uk
alex.giles@lgim.co.uk
alex.hooper-greenhill@lgim.co.uk
alex.stephen@lgim.co.uk
alia.baig@lgim.co.uk
alistair.hassard@lgim.co.uk
andrew.edmondson@lgim.co.uk
andrew.nagele@lgim.co.uk
andy.banks@lgim.co.uk
anton.eser@lgim.co.uk
antoni.forgues@lgim.co.uk
avinash.gupta@lgim.co.uk
ben.bennett@lgim.co.uk
ben.cleavely@lgim.co.uk
ben.edwards@lgim.co.uk
ben.franklin@lgim.co.uk
ben.white@lgim.co.uk
bernadette.o'brien@lgim.co.uk
bob.hiebert@lgim.co.uk
brenda.walker@lgim.co.uk
catherine.simmonds@lgim.co.uk
chris.hatry@lgim.co.uk
chris.skelton@lgim.co.uk
christophe.tamet@lgim.co.uk
christopher.hansen@lgim.co.uk
claire.adams@lgim.co.uk
crosley.stokes@lgim.co.uk
dale.brooksbank@lgim.co.uk
daniel.king@lgim.co.uk
david.carton@lgim.co.uk
david.johnson@lgim.co.uk
david.knutson@lgim.co.uk
david.nirtaut@lgim.co.uk
david.north@lgim.co.uk
david.riddle@lgim.co.uk
david.tyler@lgim.co.uk
derek.campbell@lgim.co.uk
donald.tosh@lgim.co.uk
douglas.mervyn@lgim.co.uk
drali.toutounchi@lgim.co.uk
edward.moore@lgim.co.uk
fahad.hassan@lgim.co.uk
george.rodzki@lgim.co.uk
graham.moles@lgim.co.uk
graham.taylor@lgim.co.uk
greg.lightfoot@lgim.co.uk
harjinder.bihal@lgim.co.uk
helen.donald@lgim.co.uk
helen.long@lgim.co.uk
helen.stuart@lgim.co.uk
ian.clarke@lgim.co.uk

ian.hutchinson@lgim.co.uk
ida.karymy@lgim.co.uk
james.fell@lgim.co.uk
james.michie@lgim.co.uk
james.oatham@lgim.co.uk
james.revere@lgim.co.uk
jason.forster@lgim.co.uk
jeff.coil@lgim.co.uk
jennifer.cawley@lgim.co.uk
jennifer.moore@lgim.co.uk
joanne.parfrey@lgim.co.uk
joe.tomczak@lgim.co.uk
john.bender@lgim.co.uk
john.milner@lgim.co.uk
john.mowat@lgim.co.uk
john.mowatt@lgim.co.uk
john.tickle@lgim.co.uk
john.wherton@lgim.co.uk
jonathan.cloke@lgim.co.uk
jonathan.tricker@lgim.co.uk
josh.mastin@lgim.co.uk
julian.harding@lgim.co.uk
julien.houdain@lgim.co.uk
kahung.cheung@lgim.co.uk
katherine.barker@lgim.co.uk
keeley.hurst@lgim.co.uk
keith.bewsey@lgim.co.uk
keith.ellan@lgim.co.uk
kelly.spiteri@lgim.co.uk
kerrigan.procter@lgim.co.uk
kevin.barry@lgim.co.uk
kevin.chessum@lgim.co.uk
lloyd.branford@lgim.co.uk
malcolm.white@lgim.co.uk
marianne.weller@lgim.co.uk
mark.burgess@lgim.co.uk
mark.creedy@lgim.co.uk
mary.mccave@lgim.co.uk
matt.fletcher@lgim.co.uk
matt.peasey@lgim.co.uk
matthew.evans@lgim.co.uk
matthew.fletcher@lgim.co.uk
matthew.whitehurst@lgim.co.uk
melanie.jenner@lgim.co.uk
meuryn.iorwerth@lgim.co.uk
michelle.lawrence@lgim.co.uk
miriam.ortiz@lgim.co.uk
neil.higgins@lgim.co.uk
neil.newbery@lgim.co.uk
nicholas.lankester@lgim.co.uk
nigel.holland@lgim.co.uk
nisha.khiroya@lgim.co.uk
oliver.neal@lgim.co.uk
patrick.ryan-dolan@lgim.co.uk
patrick.vogel@lgim.co.uk
paul.bremeyer@lgim.co.uk
paul.cottee@lgim.co.uk
paul.hilsley@lgim.co.uk
paul.milsom@lgim.co.uk
peter.friel@lgim.co.uk

phil.bayliss@lgim.co.uk
phil.march@lgim.co.uk
philip.hunter@lgim.co.uk
raju.jobanputra@lgim.co.uk
remi.vullierme-perrier@lgim.co.uk
richard.black@lgim.co.uk
richard.cambridge@lgim.co.uk
richard.hodges@lgim.co.uk
richard.penny@lgim.co.uk
richard.stevens@lgim.co.uk
robert.barnard-smith@lgim.co.uk
robert.churchlow@lgim.co.uk
roderick.lewis@lgim.co.uk
roger.bartley@lgim.co.uk
roger.ward@lgim.co.uk
sabrine.waismann@lgim.co.uk
sandra.mcneillie@lgim.co.uk
sarah.renshaw@lgim.co.uk
scott.chandler@lgim.co.uk
sebastien.faucher@lgim.co.uk
shadi.sarhangpour@lgim.co.uk
shalin.bhagwan@lgim.co.uk
simon.wilkinson@lgim.co.uk
steve.heath@lgim.co.uk
steven.boreham@lgim.co.uk
steven.jerrit@lgim.co.uk
steven.phillips@lgim.co.uk
tim.beaven@lgim.co.uk
tim.breedon@lgim.co.uk
tim.hurst@lgim.co.uk
tim.mann@lgim.co.uk
tom.carr@lgim.co.uk
torben.cattley@lgim.co.uk
victoria.greenwood@lgim.co.uk
victoria.johnstone@lgim.co.uk
vishal.sharma@lgim.co.uk
wesley.ferriman@lgim.co.uk
zach.chaudry@lgim.co.uk
zeynep.korzay@lgim.co.uk
andre.lagger@lgt.com
carolin.laterner@lgt.com
chizuru.schatzmann@lgt.com
claudia.brunhart@lgt.com
daniel.borer@lgt.com
daniel.kieber@lgt.com
daniel.langenegger@lgt.com
daniel.moerler@lgt.com
daniel.schawalder@lgt.com
daniel.vonallmen@lgt.com
daniele.polverino@lgt.com
dietmar.studer@lgt.com
gerard.mannes@lgt.com
helmut.allgaeuer@lgt.com
helmut.buechel@lgt.com
josef.ruettimann@lgt.com
juerg.mannhart@lgt.com
kai.chan@lgt.com
karin.good@lgt.com
karlheinz.gfall@lgt.com
kenneth.hau@lgt.com

kim.lau@lgt.com
kurt.luttenauer@lgt.com
lorenz.pfiffner@lgt.com
mamert.risch@lgt.com
marcel.schnyder@lgt.com
martin.beck@lgt.com
michael.hasler@lgt.com
michael.rohner@lgt.com
michel.gallo@lgt.com
oliver.guenter@lgt.com
paul.goeldi@lgt.com
peter.sulser@lgt.com
petra.luedecke@lgt.com
philipp.liechtenstein@lgt.com
rene.kolb@lgt.com
sammy.cheung@lgt.com
sven.oesch@lgt.com
thomas.geel@lgt.com
thomas.giger@lgt.com
thomas.hutter@lgt.com
thomas.semadeni@lgt.com
urban.bleisch@lgt.com
volker.hergert@lgt.com
werner.buschor@lgt.com
scherrer@lhi.ch
c.ewen@lia-assetmanagement.lu
c.hirtzig@lia-assetmanagement.lu
c.stronck@lia-assetmanagement.lu
c.walter@lia-assetmanagement.lu
l.neuberg@lia-assetmanagement.lu
m.schmit@lia-assetmanagement.lu
p.perrault@lia-assetmanagement.lu
claude.ewem@lia-asssetmanagement.lu
aberliant@lib.com
akoch@lib.com
awinn@lib.com
bchang@lib.com
bmitchell@lib.com
breifler@lib.com
gjohnson@lib.com
gmonserrat@lib.com
hfrench@lib.com
hhayssen@lib.com
jdaniszewski@lib.com
mbaran@lib.com
mmeyer@lib.com
pdersark@lib.com
pdersarkisian@lib.com
pisenberg@lib.com
rflorez@lib.com
ryeung@lib.com
sbartley@lib.com
slenzi@lib.com
sperrier@lib.com
sveluz@lib.com
tcoyle@lib.com
margiotta.bppb@libero.it
sandrodidio@libero.it
craig.peters@liberty.co.za
ejolliet@libertyaam.ch

kdoucette@liberty-bank.com
rxk@libertyview.com
allen.hartt@libertymutual.com
anastassia.ivanenko@libertymutual.com
charles.metros@libertymutual.com
james.jakobek@libertymutual.com
megan.stuart@libertymutual.com
paul.wiencek@libertymutual.com
robert.oneil@libertymutual.com
ross.dillon@libertymutual.com
steven.sentler@libertymutual.com
steven.zagoren@libertymutual.com
jack.powell@libertysavingsbank.com
jeff.luttrell@libertysavingsbank.com
sue.kranjc@libertysavingsbank.com
tony.massara@libertysavingsbank.com
benoit.chambonnet@liberty-surf.fr
ameyer@libertyview.com
bmachale@libertyview.com
cgwon@libertyview.com
ghartigan@libertyview.com
gsmedberg@libertyview.com
jmeyer@libertyview.com
kklegar@libertyview.com
mbei@libertyview.com
rfranzese@libertyview.com
rhay@libertyview.com
rhutton@libertyview.com
rjr@libertyview.com
rmeckler@libertyview.com
rross@libertyview.com
skornreich@libertyview.com
thunter@libertyview.com
jward@libfungrp.com
francois.lehmann@lts.liebherr.com
rmolloy@lifescap.com
pchasey@linc.com
abenjamin@lincap.com
ajohnson@lincap.com
aknowles@lincap.com
bmcmahon@lincap.com
csedlak@lincap.com
darneth@lincap.com
dbrown@lincap.com
dsanchez@lincap.com
dweeks@lincap.com
eogan@lincap.com
jcallet@lincap.com
jcroghan@lincap.com
jhoran@lincap.com
jhromco@lincap.com
jnicholson@lincap.com
jsmith@lincap.com
jsullivan@lincap.com
kkwan@lincap.com
kmeyer@lincap.com
kmurray@lincap.com
krakociova@lincap.com
mfarmer@lincap.com
mrupp@lincap.com

pcastanoli@lincap.com
phall@lincap.com
rcovode@lincap.com
rknee@lincap.com
rlang@lincap.co
ropferman@lincap.com
rschneider@lincap.com
rshelly@lincap.com
sflahert@lincap.com
shanley@lincap.com
sshabazz@lincap.com
ssundaram@lincap.com
tbardas@lincap.com
tcarroll@lincap.com
tgage@lincap.com
tmcevilly@lincap.com
toreilly@lincap.com
tubben@lincap.com
bill.murfett@lincolnuk.co.uk
michel@lindseltrain.com
cjohns@lineq.com
jolack@lineq.com
mperon@lineq.com
adj@linet.ie
adela.konomi@lionhart.net
barry.mcquain@lionhart.net
charles.day@lionhart.co.uk
chuck.kuczynksi@lionhart.net
esther.williams@lionhart.net
gaile.gong@lionhart.net
geoffrey.geis@lionhart.net
jason.kennard@lionhart.net
joey.sams@lionhart.net
mandy.anger@lionhart.net
mike.bailey@lionhart.net
neill.ebers@lionhart.net
peter.winkle@lionhart.net
rene.devilliers@lionhart.net
richard.howorth@lionhart.net
richard.ma@lionhart.net
robert.vergara@lionhart.nct
terry.duffy@lionhart.net
walter.reich@lionhart.net
david.bailey@lionhartasia.net
gary.hopkins@lionhartasia.net
simon.quirke@lionhartasia.net
william.hart@lionhartasia.net
bob.haviland@lionhartusa.net
bruce.nicholson@lionhartusa.net
chris.bruner@lionhartusa.net
dan.reed@lionhartusa.net
jimmy@lionhartusa.net
tom.scanlan@lionhartusa.net
scott.appleton@lionheartusa.net
abillah@lionmts.com
bcrawford@lionsgatecap.com
cnisbet@lionsgatecap.com
mcorcoran@lionsgatecap.com
mnangan@lionsgatecap.com
tcorcoran@lionsgatecap.com

vnalluri@lionsgatecap.com
kepresearch@list.lbb.de
gilelliot@litchcap.com
mrose@litchcap.com
pwestmoreland@litchcap.com
scottulm@litchcap.com
oleg.sozonoff@litchfield-advisors.eu
bolsen@litchfieldcapital.com
cyonker@litchfieldcapital.com
dtorbin@litchfieldcapital.com
efoden@litchfieldcapital.com
fshahrabani@litchfieldcapital.com
gyonker@litchfieldcapital.com
hhirani@litchfieldcapital.com
lsavage@litchfieldcapital.com
mbreier@litchfieldcapital.com
minnaimo@litchfieldcapital.com
pbrian@litchfieldcapital.com
twendorff@litchfieldcapital.com
david.yoder@ljbank.com
lynn.hein@ljbank.com
andrew.wiseman@ljpc.com
gblatz@ljr.com
amarshall@lkcm.com
bcowan@lkcm.com
bcrumley@lkcm.com
buhlemeyer@lkcm.com
cbennett@lkcm.com
chorsch@lkcm.com
cyost@lkcm.com
ddowler@lkcm.com
dlehmann@lkcm.com
gwalsh@lkcm.com
intern@lkcm.com
jbrownfield@lkcm.com
jdeweese@lkcm.com
jkerrigan@lkcm.com
jmaynard@lkcm.com
jorser@lkcm.com
koldham@lkcm.com
lking@lkcm.com
lschrimp@lkcm.com
mjohnson@lkcm.com
mking@lkcm.com
myeager@lkcm.com
pgreenwell@lkcm.com
rholt@lkcm.com
shollmann@lkcm.com
spurvis@lkcm.com
tcruz@lkcm.com
tkroutil@lkcm.com
ttruitt@lkcm.com
vlamb@lkcm.com
vmelashenko@lkcm.com
beat.zellweger@llb.li
christian.bitterwolf@llb.li
ferdi.beck@llb.li
michael.ritter@llb.li
peter.marxer@llb.li
renato.frick@llb.li

roland.matt@llb.li
stephan.schneider@llb.li
thomas.wanger@llb.li
gerold.kuehne@llb-ip.li
karlheinz.gfall@llb-ip.li
leonie.gehler@llb-ip.li
markus.falk@llb-ip.li
markus.wiedemann@llb-ip.li
mauro.pedrazzini@llb-ip.li
jakob.bothmann@llbw.de
dkelsey@llic.com
gwilliams@llic.com
jpoxon@llic.com
jonathan.davies@llodstsb.co.uk
di_biagm@lloyadriatico.it
canovam@lloyadriatico.it
cisottog@lloyadriatico.it
la_fatas@lloyadriatico.it
narderd@lloyadriatico.it
novacom@lloyadriatico.it
zigantes@lloyadriatico.it
jim.hamil@lloyds.com
adel.azneh@lloydsbank.ch
andy.roelli@lloydsbank.ch
annecelin.chenu@lloydsbank.ch
antoine.courvoisier@lloydsbank.ch
bernard.gaughran@lloydsbank.ch
bernd.adam@lloydsbank.ch
bonds.tas@lloydsbank.ch
brice.mari@lloydsbank.ch
cedric.ney@lloydsbank.ch
christian.schweizer@lloydsbank.ch
denis.periat@lloydsbank.ch
didier.michoud@lloydsbank.ch
eric.odermatt@lloydsbank.ch
gabriela.zimmermann@lloydsbank.ch
george.lo@lloydsbank.ch
heinz.muehlebach@lloydsbank.ch
igor.pozdniakov@lloydsbank.ch
jean-claude.fracheboud@lloydsbank.ch
jean-francois.dreyfus@lloydsbank.ch
jeremy.turner@lloydsbank.ch
juan.devinck@lloydsbank.ch
loredana.exbrayat@lloydsbank.ch
loredana.paganelli@lloydsbank.ch
lucas.stieger@lloydsbank.ch
marc.barbe@lloydsbank.ch
marc.defilippi@lloydsbank.ch
marc.munz@lloydsbank.ch
marina.liotta@lloydsbank.ch
martin.wintermantel@lloydsbank.ch
mary.kleckner@lloydsbank.ch
michael.bauen@lloydsbank.ch
patrick.mertenat@lloydsbank.ch
philippe.sala@lloydsbank.ch
pierre-yves.hofer@lloydsbank.ch
rolf.scheffer@lloydsbank.ch
sebastien.gentizon@lloydsbank.ch
stefano.bleve@lloydsbank.ch
vincent.schirinzi@lloydsbank.ch

yves.hastert@lloydsbank.ch
julie.mcchesney@lloydsbautolease.co.uk
adam.howard@lloydstsb.co.uk
adrian.hill@lloydstsb.co.uk
alan.hardy@lloydstsb.co.uk
alexander.pietruska@lloydstsb.co.uk
alisdair.creanor@lloydstsb.co.uk
andrew.thompson@lloydstsb.co.uk
andrew.wood@lloydstsb.co.uk
andy.cumming@lloydstsb.co.uk
annabel.murday@lloydstsb.co.uk
ashish.misra@lloydstsb.co.uk
aubrey.simpson-orlebar@lloydstsb.co.uk
avril.marmion@lloydstsb.co.uk
brenda.trenowden@lloydstsb.co.uk
brian.brown@lloydstsb.co.uk
brian.percival@lloydstsb.co.uk
caley.lim@lloydstsb.co.uk
carol.sargent@lloydstsb.co.uk
christina.zausner@lloydstsb.co.uk
colin.paton@lloydstsb.co.uk
dan.lustig@lloydstsb.co.uk
daniel.james@lloydstsb.co.uk
danny.overeem@lloydstsb.co.uk
darren.vincent@lloydstsb.co.uk
david.brealey@lloydstsb.co.uk
david.hinton@lloydstsb.co.uk
david.pritchard@lloydstsb.co.uk
david.whiteley@lloydstsb.co.uk
diana.brightmore-armour@lloydstsb.co.uk
diana.honey@lloydstsb.co.uk
dushy.puvanendrampillai@lloydstsb.co.uk
edward.baker@lloydstsb.co.uk
emma.jones@lloydstsb.co.uk
erica.tomlin@lloydstsb.co.uk
erika.vlug@lloydstsb.co.uk
eva.dolleman@lloydstsb.co.uk
gareth.thomas3@lloydstsb.co.uk
gavin.wilson1@lloydstsb.co.uk
giles.adams@lloydstsb.co.uk
gosia.donaldson@lloydstsb.co.uk
graham.forster@lloydstsb.co.uk
graham.taylor@lloydstsb.co.uk
graham.williams3@lloydstsb.co.uk
grant.harrison@lloydstsb.co.uk
greg.vaughn@lloydstsb.co.uk
hani.zahdeh@lloydstsb.co.uk
hienhao.hoang@lloydstsb.co.uk
ian.fitzgerald@lloydstsb.co.uk
ivelina.nilsson@lloydstsb.co.uk
james.rudd@lloydstsb.co.uk
jamie.choi@lloydstsb.co.uk
joe.thompson@lloydstsb.co.uk
joerg.drischel@lloydstsb.co.uk
john.curry@lloydstsb.co.uk
john.dawe@lloydstsb.co.uk
john.nicholl@lloydstsb.co.uk
john.o'connell@lloydstsb.co.uk
john.slatter@lloydstsb.co.uk
jon.m.herbert@lloydstsb.co.uk

| | | |
|---|---|---|
| jonathan.moorhouse@lloydstsb.co.uk | stephen.kimber@lloydstsb.co.uk | wayne.h.shaner@lmco.com |
| jonathan.parry-jones@lloydstsb.co.uk | steve.bullock@lloydstsb.co.uk | efrey@lmfund.com |
| jonathan.sebag@lloydstsb.co.uk | steve.williamson@lloydstsb.co.uk | abburker@lmfunds.com |
| julienne.daglish@lloydstsb.co.uk | steven.huang@lloydstsb.co.uk | aconlan@lmfunds.com |
| kate.birchall@lloydstsb.co.uk | sue.hingley@lloydstsb.co.uk | aguzmanmiller@lmfunds.com |
| kate.grant@lloydstsb.co.uk | sumeet.pillai@lloydstsb.co.uk | aschneider@lmfunds.com |
| kate.jordan@lloydstsb.co.uk | susanne.patterson@lloydstsb.co.uk | bmiller@lmfunds.clom |
| laura.vandijk@lloydstsb.co.uk | suzy.margretts@lloydstsb.co.uk | canderson@lmfunds.com |
| lesley.borley@lloydstsb.co.uk | tahir.bhinji@lloydstsb.co.uk | ccoleman@lmfunds.com |
| lesley.cook@lloydstsb.co.uk | tamlyn.nall@lloydstsb.co.uk | cratliff@lmfunds.com |
| marc.comasky@lloydstsb.co.uk | thomas.chellew@lloydstsb.co.uk | csinger@lmfunds.com |
| marc.escott@lloydstsb.co.uk | thomas.dissen@lloydstsb.co.uk | dcallahan@lmfunds.com |
| marcus.coverdale@lloydstsb.co.uk | thomas.saltiel@lloydstsb.co.uk | dchang@lmfunds.com |
| mark.preston@lloydstsb.co.uk | tim.saigol@lloydstsb.co.uk | dgibbs@lmfunds.com |
| mark.thatcher@lloydstsb.co.uk | tim.woods@lloydstsb.co.uk | dli@lmfunds.com |
| mary.kiernan@lloydstsb.co.uk | truett.tate@lloydstsb.co.uk | dorange@lmfunds.com |
| maya.shah@lloydstsb.co.uk | yousef.shokrai@lloydstsb.co.uk | ekiehne@lmfunds.com |
| michael.pfaue@lloydstsb.co.uk | yuvraj.narayan@lloydstsb.co.uk | fsmall@lmfunds.com |
| michael.timmins@lloydstsb.co.uk | hutchij@lloydstsb-offshore.com | fwettlaufer@lmfunds.com |
| mick.o'connor@lloydstsb.co.uk | pvtbanking@lloydstsb-offshore.com | gsavage@lmfunds.com |
| mike.smith2@lloydstsb.co.uk | bantunes@lloydstsb-usa.com | hgibboney@lmfunds.com |
| monica.devries@lloydstsb.co.uk | gary.lloyd@lloydstsb.co.uk | iloui@lmfunds.com |
| nicholas.hodson@lloydstsb.co.uk | michael.joseph@lloystsb.co.uk | jlawson@lmfunds.com |
| nigel.holt2@lloydstsb.co.uk | clustfield@lmcapital.com | jleopold@lmfunds.com |
| nigel.walshe@lloydstsb.co.uk | dwarner@lmcapital.com | jmurphy@lmfunds.com |
| nikesh.sawjani@lloydstsb.co.uk | jchalker@lmcapital.com | klegg@lmfunds.com |
| osanna.ho@lloydstsb.co.uk | agrosman@lmcm.com | kshannon@lmfunds.com |
| patrick.foley@lloydstsb.co.uk | alambert@lmcm.com | lboydston@lmfunds.com |
| paul.lewitt@lloydstsb.co.uk | arodriguez@lmcm.com | llowe@lmfunds.com |
| paul.mccarthy@lloydstsb.co.uk | blowe@lmcm.com | lwinkenwerder@lmfunds.com |
| paul.taylor@lloydstsb.co.uk | blund@lmcm.com | mcgay@lmfunds.com |
| paul.wylie@lloydstsb.co.uk | bpiggott@lmcm.com | mchrisgray@lmfunds.com |
| peter.herbert@lloydstsb.co.uk | dammirato@lmcm.com | mheffernan@lmfunds.com |
| peter.kernick@lloydstsb.co.uk | dgould@lmcm.com | mmauboussin@lmfunds.com |
| peter.shepherd@lloydstsb.co.uk | dnelson@lmcm.com | mniemann@lmfunds.com |
| philip.riddell@lloydstsb.co.uk | dwettlaufer@lmcm.com | mray@lmfunds.com |
| phillip.dransfied@lloydstsb.co.uk | fmustafa@lmcm.com | ndennin@lmfunds.com |
| ramesh.parmar@lloydstsb.co.uk | gdillman@lmcm.com | nevans@lmfunds.com |
| reinald.demonchy@lloydstsb.co.uk | ghuske@lmcm.com | rguttridge@lmfunds.com |
| richard.askey@lloydstsb.co.uk | gwu@lmcm.com | speters@lmfunds.com |
| richard.beadsworth@lloydstsb.co.uk | imalis@lmcm.com | wmiller@lmfunds.com |
| richard.campbell@lloydstsb.co.uk | jyu@lmcm.com | ariane.salamy@lmginv.com |
| richard.goldthorpe@lloydstsb.co.uk | kaje@lmcm.com | brian.napoleon@lmginv.com |
| richard.grasset@lloydstsb.co.uk | mhuang@lmcm.com | brian.sullivan@lmginv.com |
| richard.keys@lloydstsb.co.uk | mmckinnon@lmcm.com | christine.villaluz@lmginv.com |
| richard.read@lloydstsb.co.uk | mpenn@lmcm.com | christopher.felton@lmginv.com |
| richard.sanderson@lloydstsb.co.uk | rbefumo@lmcm.com | courtney.salazar@lmginv.com |
| robert.pierce@lloydstsb.co.uk | rborja@lmcm.com | craig.yep@lmginv.com |
| roger.seggins@lloydstsb.co.uk | rcassady@lmcm.com | daniel.azrin@lmginv.com |
| sarah.fawcett2@lloydstsb.co.uk | rdeupree@lmcm.com | edward.degraan@lmginv.com |
| scot.morton@lloydstsb.co.uk | smclemore@lmcm.com | eric.charron@lmginv.com |
| sebastian.colabella@lloydstsb.co.uk | tgarvey@lmcm.com | janet.clay@lmginv.com |
| severine.meunier@lloydstsb.co.uk | albert.smith@lmco.com | joel.lepard@lmginv.com |
| sharan.pasricha@lloydstsb.co.uk | james.r.ryan@lmco.com | john.lippincott@lmginv.com |
| sharon.balchin@lloydstsb.co.uk | jerry.f.kircher@lmco.com | jonathan.caldwell@lmginv.com |
| sheryl.hawkins@lloydstsb.co.uk | leighton.shantz@lmco.com | mark.pare@lmginv.com |
| simon.duerden@lloydstsb.co.uk | mike.gabaly@lmco.com | michael.krumsiek@lmginv.com |
| simon.miller@lloydstsb.co.uk | pamela.turner@lmco.com | michael.zaretsky@lmginv.com |
| simon.penniston@lloydstsb.co.uk | randa.c.middleton@lmco.com | pam.mcintyre@lmginv.com |
| sohil.mody@lloydstsb.co.uk | shamala.littlefield@lmco.com | patrick.barrett@lmginv.com |

paul.drotch@lmginv.com
peter.birkey@lmginv.com
peter.sullivan@lmginv.com
peter.tzanetos@lmginv.com
regan.buckley@lmginv.com
renne.marsjanik@lmginv.com
robert.blauvelt@lmginv.com
robert.howard@lmginv.com
sadik.culcuoglu@lmginv.com
sameer.bhalla@lmginv.com
sheila.finnerty@lmginv.com
stephan.laughlin@lmginv.com
terri.campbell@lmginv.com
timothy.hawkins@lmginv.com
victor.saratella@lmginv.com
cbutchen@lmres.com
am-ldn-data@ln.email.gs.com
am-ldn-futures-ops@ln.email.gs.com
am-ldn-fx-ops@ln.email.gs.com
bhirschfield@lnc.com
dabulin@lnc.com
dkraft@lnc.com
dmiller@lnc.com
ezollinger@lnc.com
jjohnson@lnc.com
kkideckel@lnc.com
rtaylor@lnc.com
saberry@lnc.com
tnewlin@lnc.com
adam.horsley@lodh.com
adam.kindreich@lodh.com
alain.gendre@lodh.com
alain.kupferschmid@lodh.com
alessia.torricelli@lodh.com
alexander.arnbaeck@lodh.com
alexandre.avanzini@lodh.com
alexandre.prautsch@lodh.com
alexandre.vancoff@lodh.com
alix.bhend@lodh.com
allan.green@lodh.com
amy.ils@lodh.com
anabel.meyer@lodh.com
anabel.meyermouthon@lodh.com
andre.mayer@lodh.com
angela.dewolff@lodh.com
angela.graham@lodh.com
anita.sulmann@lodh.com
annecatherine.pingeon@lodh.com
annevalere.amo@lodh.com
anthony.fogler@lodh.com
antonio.lovecchio@lodh.com
ariane.bender@lodh.com
arnaud.besse@lodh.com
arnaud.blatter@lodh.com
arnaud.girardin@lodh.com
arpad.pongracz@lodh.com
beat.kaeser@lodh.com
benedict.fatio@lodh.com
benedicte.lagrandie@lodh.com
bernard.laperrousaz@lodh.com

bertrand.jaquiery@lodh.com
bolko.hohaus@lodh.com
cedric.coignard@lodh.com
cesar.debrito@lodh.com
charleshenry.monchau@lodh.com
chris.darling@lodh.com
chris.wijdenes@lodh.com
christian.courvoisier@lodh.com
christian.rime@lodh.com
christine.sutter@lodh.com
christophe.bonjour@lodh.com
christophe.gautier@lodh.com
christophe.thonney@lodh.com
claude.morgenegg@lodh.com
corinne.spycher@lodh.com
cyril.berner@lodh.com
cyrille.urfer@lodh.com
daniel.lenhard@lodh.com
daniel.richner@lodh.com
daniel.spichiger@lodh.com
david.caron@lodh.com
david.parsons@lodh.com
david.seppey@lodh.com
delphine.barbaud@lodh.com
delphine.lelouet@lodh.com
derik.schupbach@lodh.com
diana.bosenbacher@lodh.com
dominique.delabarre@lodh.com
dorota.strzalkowska@lodh.com
edouard.mezzena@lodh.com
emanuel.biffiger@lodh.com
eric.francon@lodh.com
eric.joyau@lodh.com
eric.mathyer@lodh.com
eric.ochsner@lodh.com
erik.vanhiele@lodh.com
eurof.uppington@lodh.com
fabien.brugger@lodh.com
fabien.stucker@lodh.com
fabio.alessandrini@lodh.com
fabrizio.basile@lodh.com
firstname.surname@lodh.com
florian.marini@lodh.com
foort.hamelink@lodh.com
francois.brunetti@lodh.com
frank.crittin@lodh.com
frank.juliano@lodh.com
frank.vandenberg@lodh.com
frederic.dawance@lodh.com
frederic.lenoir@lodh.com
frederic.servoin@lodh.com
frederik.kalff@lodh.com
gary.lambert@lodh.com
gianluca.tarolli@lodh.com
giuliano.mazzoni@lodh.com
gonzalo.ortiz@lodh.com
gregoire.anzevui@lodh.com
guillame.taylor@lodh.com
guy.steinegger@lodh.com
heide.jimenezdavila@lodh.com

helene.harasty@lodh.com
henry.stalder@lodh.com
hoi.shuntang@lodh.com
hubert.turrettini@lodh.com
hugo.schneider@lodh.com
jacco.maters@lodh.com
jacky.rezzonico@lodh.com
jacques.favre@lodh.com
jake.gaul@lodh.com
james.tadion@lodh.com
jeanchristophe.rochat@lodh.com
jeanette.hollenberg@lodh.com
jeanfrancois.broquet@lodh.com
jeanfrancois.cotting@lodh.com
jean-marc.bianchi@lodh.com
jeanmarc.castan@lodh.com
jeanmarc.guillot@lodh.com
jeanmarc.sanchez@lodh.com
jeanmarie.martin@lodh.com
jean-marie.riva@lodh.com
jean-michel.galster@lodh.com
jeanette.muller@lodh.com
jeanpaul.bonvin@lodh.com
jeanpierre.ryser@lodh.com
jean-rene.varone@lodh.com
jeremy.stuby@lodh.com
jerome.baillaud@lodh.com
jerome.berton@lodh.com
jerome.chanton@lodh.com
jerome.hemard@lodh.com
jerome.strecker@lodh.com
johanna.keller@lodh.com
john.verheul@lodh.com
johncoast.sullenger@lodh.com
julien.bonjour@lodh.com
juyoung.lee@lodh.com
karen.guinand@lodh.com
karen.quinand@lodh.com
karin.gaudy@lodh.com
khoi.lebinh@lodh.com
kilian.riviera@lodh.com
ky.nguyen@lodh.com
laurence.omara@lodh.com
laurent.viguier@lodh.com
lodh-industrials@lodh.com
loris.cipresso@lodh.com
manuel.metral@lodh.com
manuel.streiff@lodh.com
marc.bollet@lodh.com
marc.burge@lodh.com
marcel.heini@lodh.com
marcel.romer@lodh.com
marco.barresi@lodh.com
maria.manjarin@lodh.com
maria.menendez@lodh.com
marieluce.telley@lodh.com
marina.pelizzon@lodh.com
mario.zaccardelli@lodh.com
martin.chapados@lodh.com
martin.jochum@lodh.com

| | | |
|---|---|---|
| martin.squires@lodh.com | robert.gulden@lodh.com | dhusar@loews.com |
| matheiu.berger@lodh.com | robert.railz@lodh.com | dnayduch@loews.com |
| mathias.saint-leger@lodh.com | roberto.seiler@lodh.com | drogers@loews.com |
| mauro.carli@lodh.com | roland.crottaz@lodh.com | dschaible@loews.com |
| mbuku.lumenganeso@lodh.com | rolf.baertschi@lodh.com | dsobol@loews.com |
| michael.stucky@lodh.com | rudolf.rickenmann@lodh.com | dteicher@loews.com |
| michel.leblanc@lodh.com | samuel.oubadia@lodh.com | ebermingham@loews.com |
| michel.nancoz@lodh.com | samy.chaar@lodh.com | ebeyrich@loews.com |
| michel.perrin@lodh.com | sandrine.bon@lodh.com | ecorcoran@loews.com |
| michele.grandclement@lodh.com | sandro.antonucci@lodh.com | eunneland@loews.com |
| mikael.safrana@lodh.com | sandro.croce@lodh.com | ewalker@loews.com |
| mike.peacock@lodh.com | sebastien.gyger@lodh.com | ggordon@loews.com |
| mike.veil@lodh.com | serge.bona@lodh.com | gjudge@loews.com |
| nanik.ramchandani@lodh.com | serge.dickler@lodh.com | ihirschbach@loews.com |
| natacha.guerdat@lodh.com | serge.ledermann@lodh.com | jeisenberger@loews.com |
| nathalia.barazal@lodh.com | severine.cauchie@lodh.com | jgramm@loews.com |
| nathalie.haym@lodh.com | sophie.zbinden@lodh.com | jhubbard@loews.com |
| nathalie.longuet@lodh.com | steffen.mack@lodh.com | jkahn@loews.com |
| nicholas.landellmills@lodh.com | stephan.gruber@lodh.com | jnathanson@loews.com |
| nicola.maitre@lodh.com | steve.honsberber@lodh.com | jrosenberg@loews.com |
| nicolas.besson@lodh.com | susana.dossantos@lodh.com | jthorpe@loews.com |
| nicolas.beyaert@lodh.com | sylvain.massot@lodh.com | jwang@loews.com |
| nicolas.prost@lodh.com | technical.research@lodh.com | jxiao@loews.com |
| nicolas.ruzicic@lodh.com | thierry.kammerer@lodh.com | klemmer@loews.com |
| nuria.sanchezdueso@lodh.com | thomas.heppel@lodh.com | krogers@loews.com |
| olivier.calloud@lodh.com | thomas.saulnier@lodh.com | ktourevski@loews.com |
| olivier.dupraz@lodh.com | thomas.seulnier@lodh.com | lhess@loews.com |
| olivier.sibrac@lodh.com | tracey.baldwin@lodh.com | lodonnell@loews.com |
| oscar.robadey@lodh.com | twan.franken@lodh.com | mlaman@loews.com |
| outi.schonbachler@lodh.com | ubald.cloutier@lodh.com | mmagnuson@loews.com |
| pascal.bachy@lodh.com | ulrike.kaiserboing@lodh.com | mmcgirr@loews.com |
| pascal.badan@lodh.com | valerie.lemaigre@lodh.com | mmuller@loews.com |
| pascal.betrisey@lodh.com | vera.trindade@lodh.com | msaxe@loews.com |
| pascal.brechbuehler@lodh.com | victoria.callcott@lodh.com | pcunningham@loews.com |
| pascal.carbonneau@lodh.com | vinh.ho@lodh.com | rvenkatachalam@loews.com |
| pascal.menges@lodh.com | vito.petrolito@lodh.com | schaefer@loews.com |
| pascal.nyffeneger@lodh.com | xavier.deschamps@lodh.com | schoy@loews.com |
| patrick.fournier@lodh.com | xavier.roesle@lodh.com | sdiacos@loews.com |
| patrizio.merciai@lodh.com | yan.marcotte@lodh.com | swendell@loews.com |
| paul.cavalier@lodh.com | yan.rosa@lodh.com | tconnolly@loews.com |
| paul.davey@lodh.com | yvan.mencattini@lodh.com | tnappy@loews.com |
| paul.osborne@lodh.com | yvan.montmasson@lodh.com | wharrison@loews.com |
| paul.rochat@lodh.com | yvan.roduit@lodh.com | yharari@loews.com |
| paulandre.pittard@lodh.com | yves.delaporte@lodh.com | abesse@logancapital.com |
| petra.hoefer@lodh.com | yves.gloor@lodh.com | mkline@logancapital.com |
| philippe.buffle@lodh.com | yves.montandon@lodh.com | phmiglino@logancapital.com |
| philippe.cornu@lodh.com | afeygin@loews.com | rbuchwald@logancapital.com |
| philippe.duchatelier@lodh.com | alex.tisch@loews.com | rgclark@logancapital.com |
| philippe.rochat@lodh.com | aprather@loews.com | sslee@logancapital.com |
| philippe.schindler@lodh.com | arebell@loews.com | diego@logic-intl.com |
| philippe.zuercher@lodh.com | arogers@loews.com | raul@logic-intl.com |
| philippe.zurcher@lodh.com | arosenberg@loews.com | daniele.fox@lombardachina.com |
| phillip.bolton@lodh.com | asantoro@loews.com | caroline.tissot-olchansky@lombardodier.ch |
| pierre.planche@lodh.com | asnyder@loews.com | charles.heutschi@lombardodier.ch |
| pierre.tissot@lodh.com | azinaman@loews.com | didier.arm@lombardodier.com |
| quocphong.dang@lodh.com | bigger@loews.com | frederic.lebel@lombardodier.com |
| ralph.geiger@lodh.com | bschulman@loews.com | frits.vogel@lombardodier.com |
| richard.nahmani@lodh.com | ccruise@loews.com | helen.reed@lombardodier.com |
| rio.tandaju@lodh.com | ddaugherty@loews.com | jan.stevens@lombardodier.com |
| robert.chardon@lodh.com | dedelson@loews.com | jean-noel.odier@lombardodier.ch |

| | | |
|---|---|---|
| kinh-duong.pham@lombardodier.ch | baumond@loomissayles.com | dsimmons@loomissayles.com |
| lynn.mackenzie@lombardodier.ch | bbruno@loomissayles.com | dsunnerberg@loomissayles.com |
| magali.berla@lombardodier.ch | bduddy@loomissayles.com | dwaldman@loomissayles.com |
| marc.sormanie@lombardodier.ch | beggleston@loomissayles.com | dwalsh@loomissayles.com |
| oscar.tuti@lombardodier.com | bfleitman@loomissayles.com | dweigner@loomissayles.com |
| attreest@london.cic.fr | bhorrigan@loomissayles.com | ebaizman@loomissayles.com |
| bezoarub@london.cic.fr | bjames@loomissayles.com | ecolleran@loomissayles.com |
| dunnst@london.cic.fr | bkan-crawford@loomissayles.com | efitzpatrick@loomissayles.com |
| francist@london.cic.fr | bkennedy@loomissayles.com | ekuchar@loomissayles.com |
| georgegr@london.cic.fr | bmcmanama@loomissayles.com | emeyers@loomissayles.com |
| gillarma@london.cic.fr | bpayne@loomissayles.com | enriley@loomissayles.com |
| hewsonri@london.cic.fr | bpicard@loomissayles.com | ereese@loomissayles.com |
| munnsia@london.cic.fr | bschneiderman@loomissayles.com | erichter@loomissayles.com |
| prestwi@london.cic.fr | bscotti@loomissayles.com | eschroeder@loomissayles.com |
| rankine@londonandamsterdam.com | bsundaresan@loomissayles.com | esheil@loomissayles.com |
| rr@londonandamsterdam.com | buretzky@loomissayles.com | esternberg@loomissayles.com |
| brian.fenton@londonandcapital.com | bvale@loomissayles.com | estokes@loomissayles.com |
| neil.michael@londonandcapital.com | bvalerio@loomissayles.com | ewolf@loomissayles.com |
| rodney.fernandes@londonandcapital.com | bworley@loomissayles.com | fsledjeski@loomissayles.com |
| sanjay.joshi@londonandcapital.com | cboutwell@loomissayles.com | ftolentino@loomissayles.com |
| rovida@londonandamsterdam.com | cbrigham@loomissayles.com | fvyn@loomissayles.com |
| aveitch@londonstockexchange.com | cdunster@loomissayles.com | gbennett@loomissayles.com |
| cfurse@londonstockexchange.com | cgentile@loomissayles.com | gguevara@loomissayles.com |
| crennoldson@londonstockexchange.com | chermance@loomissayles.com | gkim@loomissayles.com |
| dwheeldon@londonstockexchange.com | chill@loomissayles.com | glambert@loomissayles.com |
| hbrown@londonstockexchange.com | cingle@loomissayles.com | glowe@loomissayles.com |
| jhowell@londonstockexchange.com | ckane@loomissayles.com | gmccullough@loomissayles.com |
| mclohessy@londonstockexchange.com | ckeith@loomissayles.com | gwallent@loomissayles.com |
| nlynch@londonstockexchange.com | ckeller@loomissayles.com | gxiang@loomissayles.com |
| pfroud@londonstockexchange.com | ckenny@loomissayles.com | hgroat@loomissayles.com |
| twoodley@londonstockexchange.com | ckishpaugh@loomissayles.com | hkearney@loomissayles.com |
| danielle.kateb@longview-partners.com | ckreydick@loomissayles.com | hma@loomissayles.com |
| filippos.lemos@longview-partners.com | clazzaro@loomissayles.com | hnorton@loomissayles.com |
| keith.mcdermott@longview-partners.com | cmoriarity@loomissayles.com | imurphy@loomissayles.com |
| ken.campbell@longview-partners.com | cmuse@loomissayles.com | jbalfour@loomissayles.com |
| laura.wheeler@longview-partners.com | crichard@loomissayles.com | jbarr@loomissayles.com |
| murat.gunc@longview-partners.com | crowe@loomissayles.com | jbeauparlant@loomissayles.com |
| paul.crinion@longview-partners.com | cwaitt@loomissayles.com | jbell@loomissayles.com |
| ramzi.rishani@longview-partners.com | cwilliams@loomissayles.com | jbrown@loomissayles.com |
| dtarsia@loomberg.net | dalfred@loomissayles.com | jburque@loomissayles.com |
| ethaute@loomissalyes.com | dchamberlain@loomissayles.com | jcarroll@loomissayles.com |
| hzeng@loomissalyes.com | dcohen@loomissayles.com | jdean@loomissayles.com |
| abarry@loomissayles.com | ddavidson@loomissayles.com | jdemasi@loomissayles.com |
| aburke@loomissayles.com | ddowney@loomissayles.com | jdimario@loomissayles.com |
| adicenso@loomissayles.com | dfarina@loomissayles.com | jdonnelly@loomissayles.com |
| afisher@loomissayles.com | dflaherty@loomissayles.com | jesposito@loomissayles.com |
| ahenwood@loomissayles.com | dfuss@loomissayles.com | jewing@loomissayles.com |
| aholian@loomissayles.com | dgeary@loomissayles.com | jgilchrist@loomissayles.com |
| alance@loomissayles.com | dharding@loomissayles.com | jginsberg@loomissayles.com |
| aliebhoff@loomissayles.com | dkeith@loomissayles.com | jhunt@loomissayles.com |
| amackay@loomissayles.com | dkusy@loomissayles.com | jhyll@loomissayles.com |
| amartin@loomissayles.com | dlankow@loomissayles.com | jkelly@loomissayles.com |
| apagani@loomissayles.com | dlapierre@loomissayles.com | jlamb@loomissayles.com |
| aramachandran@loomissayles.com | dmonteith@loomissayles.com | jlombardo@loomissayles.com |
| arussell@loomissayles.com | dplofsky@loomissayles.com | jlopes@loomissayles.com |
| asteede@loomissayles.com | dpolito@loomissayles.com | jmcallister@loomissayles.com |
| atran@loomissayles.com | draberov@loomissayles.com | jmccormack@loomissayles.com |
| atsang@loomissayles.com | drolley@loomissayles.com | jmcgraw@loomissayles.com |
| aware@loomissayles.com | dsaponaro@loomissayles.com | jmcintosh@loomissayles.com |
| awilkins@loomissayles.com | dsauerbier@loomissayles.com | jmitchell@loomissayles.com |

| | | |
|---|---|---|
| jmitro@loomissayles.com | mcoutre@loomissayles.com | rskaggs@loomissayles.com |
| jmolack@loomissayles.com | mcrowell@loomissayles.com | rwaldron@loomissayles.com |
| jnelson@loomissayles.com | mdepp@loomissayles.com | saubuchon@loomissayles.com |
| jnemchenok@loomissayles.com | meagan@loomissayles.com | sbinder@loomissayles.com |
| jpalazola@loomissayles.com | mfitzgerald@loomissayles.com | sbocamazo@loomissayles.com |
| jpark@loomissayles.com | mgiles@loomissayles.com | schittenden@loomissayles.com |
| jpetty@loomissayles.com | mgladchun@loomissayles.com | scooke@loomissayles.com |
| jritchie@loomissayles.com | mglick@loomissayles.com | sdoherty@loomissayles.com |
| jschlicher@loomissayles.com | mharris@loomissayles.com | sgaya@loomissayles.com |
| jschultz@loomissayles.com | mkeough@loomissayles.com | shoppe@loomissayles.com |
| jsharp@loomissayles.com | mklawitter@loomissayles.com | skaseta@loomissayles.com |
| jslavik@loomissayles.com | mlachapelle@loomissayles.com | sking@loomissayles.com |
| jspidle@loomissayles.com | mlarochelle@loomissayles.com | slheureux@loomissayles.com |
| jstarbird@loomissayles.com | mliu@loomissayles.com | slord@loomissayles.com |
| jsung@loomissayles.com | mmanning@loomissayles.com | smccabe@loomissayles.com |
| jtaylor@loomissayles.com | mmcdade@loomissayles.com | smoreno@loomissayles.com |
| jvancleave@loomissayles.com | mmurphy@loomissayles.com | snadler@loomissayles.com |
| jwasserman@loomissayles.com | mravanesi@loomissayles.com | somara@loomissayles.com |
| jwotton@loomissayles.com | mshank@loomissayles.com | sproctor@loomissayles.com |
| jzaehringer@loomissayles.com | mstrom@loomissayles.com | srichard@loomissayles.com |
| kalioto@loomissayles.com | mtierney@loomissayles.com | sriley@loomissayles.com |
| kbetty@loomissayles.com | mweiss@loomissayles.com | sservice@loomissayles.com |
| kbochman@loomissayles.com | mwelch@loomissayles.com | ssgreen@loomissayles.com |
| kbonin@loomissayles.com | mwright@loomissayles.com | tbeatrice@loomissayles.com |
| kbrothers@loomissayles.com | nburke@loomissayles.com | tbidwell@loomissayles.com |
| kbuntrock@loomissayles.com | nmaher@loomissayles.com | tdavis@loomissayles.com |
| kchisholm@loomissayles.com | nmccormack@loomissayles.com | tfarren@loomissayles.com |
| kdarci@loomissayles.com | nroberts@loomissayles.com | tfinch@loomissayles.com |
| kdavis@loomissayles.com | pczekanski@loomissayles.com | tfinucane@loomissayles.com |
| kgaffney@loomissayles.com | pegginton@loomissayles.com | tfletcher@loomissayles.com |
| kheffner@loomissayles.com | pfine@loomissayles.com | tgately@loomissayles.com |
| kholmes@loomissayles.com | pfrick@loomissayles.com | thaarmann@loomissayles.com |
| kkearns@loomissayles.com | pguzzi@loomissayles.com | thayner@loomissayles.com |
| kmartin@loomissayles.com | phanson@loomissayles.com | thowey@loomissayles.com |
| kmcdonough@loomissayles.com | pkeefe@loomissayles.com | tjurevic@loomissayles.com |
| kmcguire@loomissayles.com | pobermann@loomissayles.com | tkelley@loomissayles.com |
| kmoore@loomissayles.com | preiters@loomissayles.com | tmason@loomissayles.com |
| kmudge@loomissayles.com | priders@loomissayles.com | tobrien@loomissayles.com |
| knewmark@loomissayles.com | pshah@loomissayles.com | tstolberg@loomissayles.com |
| kpatriquin@loomissayles.com | ptily@loomissayles.com | tursillo@loomissayles.com |
| kperry@loomissayles.com | pwright@loomissayles.com | tvandam@loomissayles.com |
| kraymond@loomissayles.com | qfaulkner@loomissayles.com | twoo@loomissayles.com |
| kshea@loomissayles.com | rbialkin@loomissayles.com | tzimmer@loomissayles.com |
| kstern@loomissayles.com | rbruder@loomissayles.com | ugosalia@loomissayles.com |
| kszydlo@loomissayles.com | rcrable@loomissayles.com | vdavisson@loomissayles.com |
| kvang@loomissayles.com | rdistefano@loomissayles.com | vgeorgenes@loomissayles.com |
| kwagner@loomissayles.com | rdong@loomissayles.com | vlubrano@loomissayles.com |
| kwalker@loomissayles.com | rforker@loomissayles.com | vsegall@loomissayles.com |
| lgallagher@loomissayles.com | rgartaganis@loomissayles.com | vsmith@loomissayles.com |
| lkloppenburg@loomissayles.com | rgoodof@loomissayles.com | wkoontz@loomissayles.com |
| lparker@loomissayles.com | rix@loomissayles.com | zcowperthwaite@loomissayles.com |
| lpitalis@loomissayles.com | rlefevre@loomissayles.com | corys@loopcap.com |
| lrosenbaum@loomissayles.com | rleitzes@loomissayles.com | eileenp@loopcap.com |
| lsarlo@loomissayles.com | rmackay@loomissayles.com | gennellj@loopcap.com |
| lschweitzer@loomissayles.com | rmcelhinney@loomissayles.com | jimr@loopcap.com |
| lshaw@loomissayles.com | rmcgrail@loomissayles.com | johnr@loopcap.com |
| mbaribeau@loomissayles.com | rorne@loomissayles.com | kevini@loopcap.com |
| mbaxter@loomissayles.com | rraczkowski@loomissayles.com | paulb@loopcap.com |
| mbraiewa@loomissayles.com | rreed@loomissayles.com | sidneyd@loopcap.com |
| mburns@loomissayles.com | rroland@loomissayles.com | toddm@loopcap.com |

| | | |
|---|---|---|
| tonyc@loopcap.com | dlinsen@lordabbett.com | kjames@lordabbett.com |
| wadew@loopcap.com | dmorgan@lordabbett.com | klittlebear@lordabbett.com |
| rball@lordabbet.com | dponte@lordabbett.com | lcanino@lordabbett.com |
| aavancha@lordabbett.com | dritt@lordabbett.com | lchinsky@lordabbett.com |
| abailey@lordabbett.com | dsolender@lordabbett.com | lconlin@lordabbett.com |
| abiancamano@lordabbett.com | dvandevelde@lordabbett.com | ldavis@lordabbett.com |
| adambrosi@lordabbett.com | eallinson@lordabbett.com | ldemic@lordabbett.com |
| aguadalupe@lordabbett.com | ebanko@lordabbett.com | lholland@lordabbett.com |
| ahingorani@lordabbett.com | ecarpenter@lordabbett.com | lmorse@lordabbett.com |
| akatz@lordabbett.com | edjakov@lordabbett.com | lonapolitano@lordabbett.com |
| akurtz@lordabbett.com | eitskovitz@lordabbett.com | lsachs@lordabbett.com |
| aluy@lordabbett.com | eizkovitz@lordabbett.com | ltalukdar@lordabbett.com |
| aobrien@lordabbett.com | emaclean@lordabbett.com | lvazquez@lordabbett.com |
| aohri@lordabbett.com | emcandrew@lordabbett.com | mallen@lordabbett.com |
| astorm@lordabbett.com | esalzman@lordabbett.com | mbellardini@lordabbett.com |
| aweise@lordabbett.com | escura@lordabbett.com | mcolon@lordabbett.com |
| bbartlett@lordabbett.com | evonderlinde@lordabbett.com | mcox@lordabbett.com |
| bburrell@lordabbett.com | ewright@lordabbett.com | mdecicco@lordabbett.com |
| bchrystal@lordabbett.com1 | flupica@lordabbett.com | mgoldste@lordabbett.com |
| bchu@lordabbett.com | ftaylor@lordabbett.com | miobrien@lordabbett.com |
| bebel@lordabbett.com | ftimons@lordabbett.com | mleithead@lordabbett.com |
| bgreenberg@lordabbett.com | fvrahnos@lordabbett.com | mlesesne@lordabbett.com |
| bilardo@lordabbett.com | gantonelli@lordabbett.com | mlindstrom@lordabbett.com |
| bkezmarsky@lordabbett.com | gbinkiewicz@lordabbett.com | mmcbrierty@lordabbett.com |
| bmanieri@lordabbett.com | gbryson@lordabbett.com | mmccarthy@lordabbett.com |
| bodelle@lordabbett.com | gheffernan@lordabbett.com | mpron@lordabbett.com |
| bphillips@lordabbett.com | glavish@lordabbett.com | mscaraba@lordabbett.com |
| bschlemovitz@lordabbett.com | gmacosko@lordabbett.com | mscarabaggio@lordabbett.com |
| bshoer@lordabbett.com | gmaggio@lordabbett.com | msmith@lordabbett.com |
| bsullivan@lordabbett.com | gmelas@lordabbett.com | nedwards@lordabbett.com |
| cboccolini@lordabbett.com | gparker@lordabbett.com | nmelendez@lordabbett.com |
| ccincotta@lordabbett.com | gwolf@lordabbett.com | nshah@lordabbett.com |
| cdemuth@lordabbett.com | hbush@lordabbett.com | ogilhooley@lordabbett.com |
| cenriquez@lordabbett.com | hhansen@lordabbett.com | pcaiazza@lordabbett.com |
| cgizzo@lordabbett.com | hlee@lordabbett.com | pfang@lordabbett.com |
| chughes@lordabbett.com | hsharon@lordabbett.com | pherman@lordabbett.com |
| cknicker@lordabbett.com | iholm@lordabbett.com | pjacobson@lordabbett.com |
| clapierre@lordabbett.com | jdiamond@lordabbett.com | pkaukonen@lordabbett.com |
| cleighton@lordabbett.com | jdichiaro@lordabbett.com | pvolovich@lordabbett.com |
| cmarzullo@lordabbett.com | jduko@lordabbett.com | pwong@lordabbett.com |
| cmassare@lordabbett.com | jfidacaro@lordabbett.com | ralgozo@lordabbett.com |
| cmcfadden@lordabbett.com | jgarcia@lordabbett.com | rderiso@lordabbett.com |
| cmurdolo@lordabbett.com | jgiraldo@lordabbett.com | rdondiego@lordabbett.com |
| cnewport@lordabbett.com | jgulli@lordabbett.com | rdow@lordabbett.com |
| cpicard@lordabbett.com | jkrist@lordabbett.com | rfetch@lordabbett.com |
| crobinson@lordabbett.com | jlane@lordabbett.com | rgardella@lordabbett.com |
| crozakis@lordabbett.com | jlanzotti@lordabbett.com | rgerber@lordabbett.com |
| cshao@lordabbett.com | jloeb@lordabbett.com | rhoward@lordabbett.com |
| ctantillo@lordabbett.com | jlora@lordabbett.com | rlarsen@lordabbett.com |
| ctowle@lordabbett.com | jmauer@lordabbett.com | rlee@lordabbett.com |
| cyates@lordabbett.com | jmaurer@lordabbett.com | rmorris@lordabbett.com |
| dbuilder@lordabbett.com | jmcmillin@lordabbett.com | rreynolds@lordabbett.com |
| dcar@lordabbett.com | jpiccard@lordabbett.com | rrohra@lordabbett.com |
| dcuiule@lordabbett.com | jsmeltzer@lordabbett.com | rruvkun@lordabbett.com |
| dellis@lordabbett.com | jstabile@lordabbett.com | rshalhoub@lordabbett.com |
| demmerich@lordabbett.com | jstofkoper@lordabbett.com | rsmola@lordabbett.com |
| dfrascarelli@lordabbett.com | jyung@lordabbett.com | rstlouis@lordabbett.com |
| dkalloo@lordabbett.com | kchancay@lordabbett.com | rteaney@lordabbett.com |
| dkhanna@lordabbett.com | kfuller@lordabbett.com | saurigemma@lordabbett.com |
| dlichtenberg@lordabbett.com | kgreeley@lordabbett.com | sdinsky@lordabbett.com |

| | | |
|---|---|---|
| sfirozali@lordabbett.com | dematteor@lotsoff.com | cck@lrcasia.ch |
| sganjei@lordabbett.com | duncanj@lotsoff.com | dwt@lrcasia.ch |
| shenderson@lordabbett.com | durakovicm@lotsoff.com | gan@lrcasia.ch |
| shumphre@lordabbett.com | er@lotsoff.com | andrea.buehring@lri.lu |
| skernkraut@lordabbett.com | farrellw@lotsoff.com | bernhard.held@lri.lu |
| sleone@lordabbett.com | greinerc@lotsoff.com | christian.altmann@lri.lu |
| slim@lordabbett.com | haleenj@lotsoff.com | christian.bauer@lri.lu |
| smagoon@lordabbett.com | hersheyd@lotsoff.com | christoph.koch@lri.lu |
| smcgrude@lordabbett.com | hfresearch@lotsoff.com | hartmut.rock@lri.lu |
| spaynter@lordabbett.com | hurleym@lotsoff.com | joerg.spelz@lri.lu |
| srocco@lordabbett.com | lambertk@lotsoff.com | lisa.backes@lri.lu |
| ssmith@lordabbett.com | liegelb@lotsoff.com | manon.bastian@lri.lu |
| swong@lordabbett.com | lotsoffs@lotsoff.com | marieanne.vandenberg@lri.lu |
| swortman@lordabbett.com | pappoj@lotsoff.com | markus.jungbluth@lri.lu |
| tbrickey@lordabbett.com | powerss@lotsoff.com | martina.backes@lri.lu |
| tchan@lordabbett.com | reidd@lotsoff.com | martina.boesen@lri.lu |
| tcrimmins@lordabbett.com | sayersf@lotsoff.com | michael.glieden@lri.lu |
| tgal@lordabbett.com | schneiderd@lotsoff.com | olga.dubko@lri.lu |
| thipple@lordabbett.com | skiltonb@lotsoff.com | ralf.jacobi@lri.lu |
| thudson@lordabbett.com | smithl@lotsoff.com | ralf.mueller@lri.lu |
| thurlburt@lordabbett.com | smithm@lotsoff.com | silke.friedrich@lri.lu |
| tjacobson@lordabbett.com | spitznagelj@lotsoff.com | simone.heinz@lri.lu |
| tmaher@lordabbett.com | willemser@lotsoff.com | thomas.bernard@lri.lu |
| toberhaus@lordabbett.com | hurleyj@lottsoff.com | thomas.frings@lri.lu |
| tohallor@lordabbett.com | ben.adams@lowes.com | volker.schmidt@lri.lu |
| tpetrov@lordabbett.com | brian.c.sullivan-2@lowes.com | arndt.nicolaus@lri-invest.lu |
| tsacca@lordabbett.com | cindy.m.reins@lowes.com | christian.schmitt@lri-invest.lu |
| tszaro@lordabbett.com | david.green@lowes.com | alexander.rossbach@lrp.de |
| tyoun@lordabbett.com | garry.cutright@lowes.com | alexander.scholz@lrp.de |
| vfrovich@lordabbett.com | kelly.l.bowman@lowes.com | alwin.vester@lrp.de |
| vmcbride@lordabbett.com | mariko.sakai-church@lowes.com | andreas.hahn@lrp.de |
| vpiazza@lordabbett.com | marshall.a.croom@lowes.com | andreas.vielemann@lrp.de |
| vsciali@lordabbett.com | rob.l.mclean@lowes.com | annelie.gabriel@lrp.de |
| vstrenk@lordabbett.com | scott.g.frye@lowes.com | barbara.altherr-mueller@lrp.de |
| wcarpenter@lordabbett.com | nicholas@lowings.com | benedikt.hau@lrp.de |
| wlee@lordabbett.com | mark.silvester@loydstsb.co.uk | christian.horn@lrp.de |
| wleonard@lordabbett.com | mark.tobin@lpcorp.com | christiane.hofer@lrp.de |
| wmenendez@lordabbett.com | russ.pattee@lpcorp.com | daniel.juncker@lrp.de |
| wprahl@lordabbett.com | am@lpf.org.uk | desmond.fennell@lrp.de |
| wsadler@lordabbett.com | zs@lpf.org.uk | dirk.jung@lrp.de |
| yaranowicz@lordabbett.com | amanda.walker@lpfa.org.uk | eva.heffels@lrp.de |
| ymedovoy@lordabbett.com | anthony.waldichuk@lpl.com | eva.hessels@lrp.de |
| yosawa@lordabbett.com | kevin.reed@lpl.com | f.plogmann@lrp.de |
| zbrown@lordabbett.com | a_frechette@lputnam.com | financial.institutions@lrp.de |
| zhalpern@lordabbett.com | bzi@lrc.ch | frank.jung@lrp.de |
| yifeng.yang@lordabbettchina.com | cej@lrc.ch | frank.parensen@lrp.de |
| jfeldstein@lordabbot.com | chm@lrc.ch | germar.knoechlein@lrp.de |
| esalzman@lordabett.com | fml@lrc.ch | hans-joachim.gille@lrp.de |
| npetrakov@lordabett.com | hre@lrc.ch | harald.witte@lrp.de |
| cmillot@dgaf.loreal.com | jka@lrc.ch | heinz-werner.firmenich@lrp.de |
| pkhouri@dgaf.loreal.com | jlu@lrc.ch | helmut-schmitt@lrp.de |
| pmahebornon@dgaf.loreal.com | mmo@lrc.ch | herbert.geist@lrp.de |
| vlosito@lortobco.com | mry@lrc.ch | hubert.suehr@lrp.de |
| john.mason@lospadresbank.com | mwi@lrc.ch | joachim.huefken@lrp.de |
| artetae@lotsoff.com | sch@lrc.ch | joerg.zimmer@lrp.de |
| badillar@lotsoff.com | sst@lrc.ch | lars.stridde@lrp.de |
| balasanovy@lotsoff.com | stk@lrc.ch | lothar.ayasse@lrp.de |
| brinka@lotsoff.com | tko@lrc.ch | manfred.steyer@lrp.de |
| burkek@lotsoff.com | zwa@lrc.ch | manuela.mette@lrp.de |
| byronj@lotsoff.com | btk@lrcasia.ch | marc.halbroth@lrp.de |

| | | |
|---|---|---|
| marc.weiss@lrp.de | tmoore@luminentcapital.com | chaim.schneider@mackayshields.com |
| martin.held@lrp.de | zwang@luminentcapital.com | charlie.youngblood@mackayshields.com |
| matthias.preller@lrp.de | fischer.janelle@luthbro.com | claude.athaide@mackayshields.com |
| michael.dinckels@lrp.de | johnson.fred@luthbro.com | clifford.scharff@mackayshields.com |
| michael.hawighorst@lrp.de | johnson.tim@luthbro.com | dan.roberts@mackayshields.com |
| michael.kaul@lrp.de | nelson.caroline@luthbro.com | daniel.porter@mackayshields.com |
| michael.mcauliffe@lrp.de | olson.jeff@luthbro.com | denise.higgins@mackayshields.com |
| olaf.struckmeier@lrp.de | quello.david@luthbro.com | dohyun.cha@mackayshields.com |
| oliver.dietschi@lrp.de | swenson.mark@luthbro.com | ed.spelman@mackayshields.com |
| oliver.estenfeld@lrp.de | cornelia.fischer@lv1871.de | edward.silverstein@mackayshields.com |
| oliver.lesselich@lrp.de | wolfgang.reichel@lv1871.de | eileen.cook@mackayshields.com |
| patrick.pies@lrp.de | b.giroud@lvmh.com | elizabeth.reilly@mackayshields.com |
| paul.schminke@lrp.de | c.hollis@lvmh.fr | elizabeth.xu@mackayshields.com |
| peter.hallerberg@lrp.de | d.guigou@lvmh.fr | eric.pettway@mackayshields.com |
| peter.helmer@lrp.de | dehen@lvmh.fr | gary.goodenough@mackayshields.com |
| peter.hoffmann@lrp.de | j.m.moutin@lvmh.fr | gina.salerno@mackayshields.com |
| prisca.schuster@lrp.de | jduverge@lvmh.fr | gregory.spencer@mackayshields.com |
| robert.wagner@lrp.de | m.adnet@lvmh.fr | guotao.lu@mackayshields.com |
| roland.piltz@lrp.de | n.brunel@lvmh.fr | heather.toto@mackayshields.com |
| sabine.jenet-loewe@lrp.de | n.drouin@lvmh.fr | hy@mackayshields.com |
| silvia.wiese@lrp.de | n.sarel@lvmh.fr | isabel.coelho@mackayshields.com |
| soeren.katterbach@lrp.de | o.seux@lvmh.fr | james.abbey@mackayshields.com |
| stefan.baum@lrp.de | ochamina@lvmh.fr | james.ramsay@mackayshields.com |
| susanne.hagel@lrp.de | p.colin@lvmh.fr | james.wolf@mackayshields.com |
| thomas.broschek@lrp.de | p.houel@lvmh.fr | jane.zhang@mackayshields.com |
| thomas.durlach@lrp.de | research@lvmh.fr | jay.levy@mackayshields.com |
| thomas.goedel@lrp.de | s.adle@lvmh.fr | jeffrey.saxon@mackayshields.com |
| thorsten.kraemer@lrp.de | s.delariviere@lvmh.fr | jim.wolf@mackayshields.com |
| walter.pharo@lrp.de | s.lujin@lvmh.fr | joe.portera@mackayshields.com |
| wolfgang.titz@lrp.de | tmiot@lvmh.fr | john.butler@mackayshields.com |
| llajaye@lsu.edu | tguilfoile@lycos.com | john.fitzgerald@mackayshields.com |
| john.gillbe@ltsb-finance.co.uk | thomaz@lycos.co.kr | john.moten@mackayshields.com |
| tim.tookey@ltsb-finance.co.uk | dave.haynes@lyondell.com | john.scuello@mackayshields.com |
| dematteor@ltsoff.com | doug.pike@lyondell.com | joseph.portera@mackayshields.com |
| alain.schanen@lu.mufg.jp | norm.phillips@lyondellbasell.com | julio.obeso@mackayshields.com |
| alex.blinkhorn@lu.mufg.jp | dwbtfmln@ma.kew.net | kathy.dornellas@mackayshields.com |
| aalgisi@lucchini.it | kookmin@ma.kcom.ne.jp | kazutoshi.fujita@mackayshields.com |
| gportesi@lucchini.it | y.sudo@mab.co.jp | kelsey.johnson@mackayshields.com |
| plevi@lucchini.it | joshua.phillips@mac.com | kevin.lee@mackayshields.com |
| andreas.stalder@lukb.ch | paulwiggins@mac.com | kevin.mcateer@mackayshields.com |
| carlos.palomanes@lukb.ch | soltas@mac.com | lanette.donovan@mackayshields.com |
| daniel.hauser@lukb.ch | bholliger@macapitalmarkets.com | laurie.walters@mackayshields.com |
| dbieri@lukb.ch | g.noordermeer@macintosh.nl | lindsay.bernbaum@mackayshields.com |
| erich.mueller@lukb.ch | s.stevens@macintosh.nl | lisa.best@mackayshields.com |
| gregor.zemp@lukb.ch | jordan.alexander@mackay.com | lisa.gamboa@mackayshields.com |
| hans.stuebi@lukb.ch | stephen.friscia@mackay.com | louis.cohen@mackayshields.com |
| joachim.schuetz@lukb.ch | alex.leites@mackayshields.com | luann.gilhooly@mackayshields.com |
| joerg.gubler@lukb.ch | alicia.damley@mackayshields.com | lucille.protas@mackayshields.com |
| peter.luetolf@lukb.ch | andrew.ruskulis@mackayshields.com | mark.spellman@mackayshields.com |
| roger.isler@lukb.ch | andrew.susser@mackayshields.com | marvin.fong@mackayshields.com |
| roland.schuermann@lukb.ch | anna.garceau@mackayshields.com | maryann.veneziano@mackayshields.com |
| stefan.bucher@lukb.ch | anthony.sneag@mackayshields.com | mattp@mackayshields.com |
| stefan.bucher2@lukb.ch | anthony.vigilante@mackayshields.com | maurice.onyuka@mackayshields.com |
| thomas.lammer@lukb.ch | bernardo.mesa@mackayshields.com | maya.venkatraman@mackayshields.com |
| jdoyle@luminentcapital.com | bernie.litzinger@mackayshields.com | megan.irizarry@mackayshields.com |
| jkuriger@luminentcapital.com | beth.griper@mackayshields.com | michael.corker@mackayshields.com |
| mmahoney@luminentcapital.com | brian.burkhart@mackayshields.com | michael.griz@mackayshields.com |
| mpatel@luminentcapital.com | bridget.carey@mackayshields.com | michael.kimble@mackayshields.com |
| rviera@luminentcapital.com | bridget.murray@mackayshields.com | michael.michalisin@mackayshields.com |
| sma@luminentcapital.com | byron.spivack@mackayshields.com | michael.snyder@mackayshields.com |

michael.starr@mackayshields.com
micky.jagirdar@mackayshields.com
mike.snyder@mackayshields.com
nancy.poz@mackayshields.com
nat.akyeampong@mackayshields.com
nate.hudson@mackayshields.com
noal.goldfarb@mackayshields.com
osbert.hood@mackayshields.com
patrick.crotty@mackayshields.com
peter.epstein@mackayshields.com
pratik.patel@mackayshields.com
rajesh.bharwani@mackayshields.com
ravi.akhoury@mackayshields.com
raymond.lefante@mackayshields.com
rene.bustamante@mackayshields.com
richard.rosen@mackayshields.com
robert.centrella@mackayshields.com
robert.eng@mackayshields.com
robert.nisi@mackayshields.com
rupal.bhansali@mackayshields.com
russ.diminni@mackayshields.com
ruth.kossoff@mackayshields.com
ryan.downey@mackayshields.com
scott.mallek@mackayshields.com
seng.liew@mackayshields.com
steve.rich@mackayshields.com
steve.wizeman@mackayshields.com
steven.caiazzo@mackayshields.com
susan.hutchison@mackayshields.com
taylor.wagenseil@mackayshields.com
terry.daly@mackayshields.com
thomas.mauceri@mackayshields.com
thomas.melvin@mackayshields.com
tom.melvin@mackayshields.com
won.choi@mackayshields.com
yasmin.jack@mackayshields.com
song@mackenziefinancial.com
jhanf@macm.com
jli@macm.com
l.deschamps@macsf.fr
m.thivant@macsf.fr
e.dubos@macsffinance.com
o.benoist@macsffinance.com
r.caniard@macsffinance.com
invercaixagestion@mad.servicom.es
carsten.sonne-schmidt@maersk.com
cphcfo@maersk.com
cphcjh@maersk.com
cphjbr@maersk.com
cphjwi@maersk.com
cphmsk@maersk.com
cphtankmng@maersk.com
cphxch@maersk.com
gne006@maersk.com
kim.grubert@maersk.com
motresearch@maersk.com
mpz001@maersk.com
ver003@maersk.com
wcalineur@maersk.com
jeppe.jensen@maersk-contractors.com

mej@maerskoil.dk
vier@maerskoil.com
carmelo.genoese@maetrica.ch
bruce.heine@magellanlp.com
trembry@magten.com
crivera@maidenform.com
rcruz@maidenform.com
adam.byskiniewicz@mail.nbp.pl
adam.kot@mail.nbp.pl
agata.witkowska@mail.nbp.pl
ak-ir@mail.toyota.co.jp
allenj@mail.nrucfc.org
annemarie.mijer-nienhuis@mail.ing.nl
annli@mail.notes.bank-of-china.com
atsushi_kanematsu@mail.toyota.co.jp
ceowil@mail.co.stanislaus.ca.us
chenyy.gb@mail.notes.bank-of-china.com
corine.van.heijningen@mail.ing.nl
david.schweikert@mail.maricopa.gov
delos@mail.nrucfc.org
eisenbr@mail.nrucfc.org
ewa.rzeszutek@mail.nbp.pl
franklin.wagner@mail.ing.nl
frenzj@mail.nrucfc.org
gducker@mail.state.ne.us
gerald.seigmund@mail.psk.co.at
hata_kazuhiro@mail.nikko.co.jp
hiromi.okase@mail.mol.co.jp
hisako_koyabu@mail.toyota.co.jp
ishijima_takashi@mail.nikko.co.jp
iwakiri_masaru@mail.nikko.co.jp
j.r.robinson@mail.utexas.edu
jaeger.g@mail.hk.g-bank.nl
janusz.zielinski@mail.nbp.pl
jaroslaw.grabczynski@mail.nbp.pl
jiro_saito@mail.toyota.co.jp
jjurich@mail.state.ne.us
johannes.wolvius@mail.ing.nl
jonker.j@mail.ing.nl
joost.van.der.does.de.willebois@mail.ing.nl
josef.gollwitzer@mail.psk.co.at
joshua.tan@mail.ing.nl
kagawa_youichi@mail.nikko.co.jp
katsuyuki_ogura@mail.toyota.co.jp
kazuaki_nakao@mail.toyota.co.jp
kclarsson@mail.dk
keiichi_okuda@mail.toyota.co.jp
kenji_terada_ab@mail.toyota.co.jp
kitabayashi_mikio@mail.nikko.co.jp
kkillmaster@mail.state.il.us
kojima_masaaki@mail.nikko.co.jp
koos.timmermans@mail.ing.nl
kyoya.nitta@mail.mol.co.jp
lihb.uk@mail.notes.bank-of-china.com
marc.wullschleger@mail.snecma.fr
marek.biedrzycki@mail.nbp.pl
marek.marciniak@mail.nbp.pl
marek.raczko@mail.nbp.pl
mariska.schadenberg@mail.ing.nl
mariusz.zydzik@mail.nbp.pl

martijn.hes@mail.ing.nl
masahiro_nishi@mail.toyota.co.jp
masakuni_mori@mail.toyota.co.jp
masatoshi.sakashita@mail.mol.co.jp
m-azuma@mail.nikko.co.jp
michael_kraus@mail.com
mtang@mail.notes.bank-of-china.com
n-endo@mail.nikko.co.jp
oh@mail.com
orita_naoya@mail.nikko.co.jp
pawel.skrzypczynski@mail.nbp.pl
pawel.wyczanski@mail.nbp.pl
pieter.bouwknegt@mail.ing.nl
pschutt@mail.state.il.us
ralf.endlich@mail.psk.co.at
rd@mail.com
reiko_ohashi@mail.toyota.co.jp
rgraves@mail.state.tn.us
rjian@mail.notes.bank-of-china.com
rroett@mail.jhuwash.jhu.edu
serge.mans@mail.ing.nl
shaydon@mail.notes.bank-of-china.com
shinji.ogawa@mail.mol.co.jp
shirahata_kazunori@mail.nikko.co.jp
shugo.aoto@mail.mol.co.jp
silverj@mail.nrucfc.org
smabtp@mail.fininfo.fr
suter@mail.nrucfc.org
syndication.uk@mail.notes.bank-of-china.com
takahashi_hiroaki2@mail.nikko.co.jp
takayuki_saito@mail.toyota.co.jp
terakado_kazuhiko@mail.nikko.co.jp
tomasz.malkowski@mail.nbp.pl
tomoko_bando@mail.toyota.co.jp
toshihiko_ubukata@mail.toyota.co.jp
tpocholuk@mail.inext.fr
unknown@mail.com
watanabe_tooru2@mail.nikko.co.jp
willem.van.ruitenburg2@mail.ing.nl
yuichi.himeno@mail.mol.co.jp
yves_deschenes@mail.schneider.fr
zsu@mail.notes.bank-of-china.com
zzhang@mail.notes.bank-of-china.com
hstern@mailbox.lacity.org
jkim@mailbox.lacity.org
jwolfson@mailbox.lacity.org
rmccullough@mailbox.lacity.org
tjuarez@mailbox.lacity.org
willie.quah@mailhec.net
amit.tal@mailpoalim.co.il
andrew.mackenzie@mailpoalim.co.uk
avishai.ben-yshai@mailpoalim.co.il
chagai.shani@mailpoalim.co.il
dan.amar1@mailpoalim.co.il
dan.rosenberg@mailpoalim.co.il
daniel.hass@mailpoalim.co.il
david.botbol@mailpoalim.co.il
david.heffes@mailpoalim.co.il
david.humphreys@mailpoalim.co.uk
edgar.lemel@mailpoalim.co.il

effie.werber@mailpoalim.co.il
eran.sharabi@mailpoalim.co.il
francine.hoppe.krasner@mailpoalim.co.il
gabby.movshovich@mailpoalim.co.il
gareth.debrunner@mailpoalim.co.uk
gil.dor-hai@mailpoalim.co.il
haim.fisher@mailpoalim.co.il
ian.owen@mailpoalim.co.uk
illan.shellef@mailpoalim.co.uk
itai.yosha@mailpoalim.co.il
itzik.shalev@mailpoalim.co.il
leumi.fibi@mailpoalim.co.il
lina.orenstein@mailpoalim.co.il
liran.carmel@mailpoalim.co.il
michaela.mordoch@mailpoalim.co.uk
mikhael.farouz@mailpoalim.co.il
mitchell.garfinkle@mailpoalim.co.il
moti.szuszan@mailpoalim.co.il
neil.corney@mailpoalim.co.il
oren.hashmonay@mailpoalim.co.il
orit.marcus@mailpoalim.co.il
orna.gian@mailpoalim.co.il
patrick.nivelles@mailpoalim.co.uk
phil.skelton@mailpoalim.co.uk
roni.malay@mailpoalim.co.il
ronit.meiri@mailpoalim.co.il
roy.mills@mailpoalim.co.il
ruth.shlein@mailpoalim.co.il
shir.ophir@mailpoalim.co.il
tal.shlasky@mailpoalim.co.il
yael.stein@mailpoalim.co.il
yaffa.catalan@mailpoalim.co.il
yariv.miron@mailpoalim.co.uk
yoav.shani@mailpoalim.co.il
yoram.carsenti@mailpoalim.co.il
zeev.lev@mailpoalim.co.il
yacov.elinav@mailpoalim.co.il
holly.a.maffei@maine.gov
ashley.ball@makoglobal.com
dboyle@malvernfederal.com
cavaliere@maml.ie
okane@maml.ie
henry.nurminen@mandatum.fi
janne.uski@mandatum.fi
agnese.aboltina@mandg.co.uk
andrew.cormack@mandg.co.uk
anthony.robson@mandg.co.uk
craig.simpson@mandg.co.uk
david.king@mandg.co.uk
elisabeth.wenusch@mandg.co.uk
eric.lonergan@mandg.co.uk
fiona.hagdrup@mandg.co.uk
iain.macdonald@mandg.co.uk
john.foy@mandg.co.uk
jonathon.daniels@mandg.co.uk
josephine.mui@mandg.co.uk
martin.glavin@mandg.co.uk
simon.pilcher@mandg.co.uk
tony.finding@mandg.co.uk
acraig@mandtbank.com

akugler@mandtbank.com
ascoen@mandtbank.com
ccoletta@mandtbank.com
cmarsh@mandtbank.com
dcollins1@mandtbank.com
deborchard@mandtbank.com
evipjjb@mandtbank.com
jserocca@mandtbank.com
jthorne@mandtbank.com
kpozitsky@mandtbank.com
kpuccio@mandtbank.com
krogers@mandtbank.com
lstruble@mandtbank.com
mbiamon@mandtbank.com
mmonile@mandtbank.com
mpandit@mandtbank.com
mpinto@mandtbank.com
mquinlivan@mandtbank.com
mruflin@mandtbank.com
mtodaro@mandtbank.com
rdyson@mandtbank.com
rmacdonald@mandtbank.com
rtruesdell@mandtbank.com
sscherrer@mandtbank.com
swarman@mandtbank.com
tesposito@mandtbank.com
tfoote@mandtbank.com
wdwyer@mandtbank.com
bhudson@maninvestmentproducts.com
cmoser@maninvestments.com
jpeter@maninvestments.com
mwydler@maninvestments.com
rmoser@maninvestments.com
mz@manleymgt.com
monica.knauer@mannesmann.de
andreas.esser@mannheimer.de
markus.loeschmann@mannheimer.de
matthias.kreibich@mannheimer.de
niklas.frost@manticore.se
iproshutinskaya@manubank.com
jchen@manubank.com
jpark@manubank.com
jrallo@manubank.com
msaitoh@manubank.com
sahmed@manubank.com
aaron_chaze@manulife.com
angelo_sirignano@manulife.com
bipin_shah@manulife.com
cindy_forbes@manulife.com
dan_greenspan@manulife.com
invtfrep@manulife.com
kate_roscoe@manulife.com
mark_davidson@manulife.com
michael_traynor@manulife.com
paul_english@manulife.com
peter_phillips@manulife.com
peter_yang@manulife.com
richard_cortese@manulife.com
stephen_dunn@manulife.com
stephen_hill@manulife.com

susan_isetts@manulife.com
william_sutherland@manulife.com
anthony_hill@manulifeusa.com
cam_mcdougall@manulifeusa.com
damian_fernandes@manulifeusa.com
jagdeep_bachher@manulifeusa.com
mahesh_cholakar@manulifeusa.com
aprehn@mapension.com
jmitchell@mapension.com
myu@mapension.com
smavromates@mapension.com
aangui@mapfre.com
cdeanco@mapfre.com
dgomez@mapfre.com
jlendi@mapfre.com
maalma@mapfre.com
pniels@mapfre.com
pramos1@mapfre.com
rf.invermap@mapfre.com
rjurado@mapfre.com
rmonte@mapfre.com
rvi.invermap@mapfre.com
kkessler@maplebank.com
ageist@maplepartners.com
cpfleger@maplepartners.com
hbaumbach@maplepartners.com
jlewerenz@maplepartners.com
phiob@maplepartners.com
slee@maplepartners.com
cjasperneite@marcard.de
klorenz@marcard.de
candres@marchgestion.com
fherrero@marchgestion.com
smontero@marchgestion.es
ansour@marchpartners.com
cschuelein@marchpartners.com
elalanne@marchpartners.com
research@marchpartners.com
rguastello@marchpartners.com
bgoldstein@markelcorp.com
schase@markelcorp.com
swalworth@markelcorp.com
ottar.strompdal@markets.kreditkassen.no
alison.reed@marks-and-spencer.com
amanda.mellor@marks-and-spencer.com
damian.evans@marks-and-spencer.com
majda.rainer@marks-and-spencer.com
nick.jones@marks-and-spencer.com
sarah.mcglyne@marks-and-spencer.com
stuart.rose@marks-and-spencer.com
tony.j.quinlan@marks-and-spencer.com
francois.buonomo@marly-gestion.fr
herve.becker@marly-gestion.fr
yoann.malecot@marly-gestion.fr
kathi.rogers@marquette.com
daved@marquette-eqfinance.com
julie@marquettesavings.com
pslomer@marsbank.com
janet.kube@marshallfunds.com
salvatore.amato@marshallfunds.com

| | | |
|---|---|---|
| ablack@martincurrie.com | mfarr@martincurrie.com | carolyntan@mas.gov.sg |
| alisonh@martincurrie.com | mgibb@martincurrie.com | carrieliaw@mas.gov.sg |
| amathewson@martincurrie.com | nsneddon@martincurrie.com | caw@mas.gov.sg |
| amcfarlane@martincurrie.com | pbaillie@martincurrie.com | celeste@mas.gov.sg |
| amowat@martincurrie.com | pdanes@martincurrie.com | cheryltan@mas.gov.sg |
| aplatts@martincurrie.com | psloane@martincurrie.com | chewern@mas.gov.sg |
| arafferty@martincurrie.com | restewart@martincurrie.com | chunghwa@mas.gov.sg |
| bmacdonald@martincurrie.com | revans@martincurrie.com | chyap@mas.gov.sg |
| cbutler@martincurrie.com | rmcnab@martincurrie.com | claireheng@mas.gov.sg |
| chrisr@martincurrie.com | rnimmo@martincurrie.com | claratan@mas.gov.sg |
| cmarwick@martincurrie.com | rsharma@martincurrie.com | clchong@mas.gov.sg |
| cpash@martincurrie.com | sforsyth@martincurrie.com | cltan@mas.gov.sg |
| cpoole@martincurrie.com | shiggins@martincurrie.com | cscheng@mas.gov.sg |
| cwilson@martincurrie.com | sjohnstone@martincurrie.com | csgoh@mas.gov.sg |
| czhang@martincurrie.com | ske@martincurrie.com | cskoh@mas.gov.sg |
| davidc@martincurrie.com | skelman@martincurrie.com | ctlee@mas.gov.sg |
| dbarlow@martincurrie.com | smccole@martincurrie.com | ctong@mas.gov.sg |
| dberry@martincurrie.com | sobrien@martincurrie.com | danielau@mas.gov.sg |
| devank@martincurrie.com | tmaxwell@martincurrie.com | daniellau@mas.gov.sg |
| dforsyth@martincurrie.com | tmccullagh@martincurrie.com | dchoong@mas.gov.sg |
| dfuschillo@martincurrie.com | tspencer@martincurrie.com | desmondtan@mas.gov.sg |
| dgardner@martincurrie.com | twalker@martincurrie.com | dianakoh@mas.gov.sg |
| dgoodwin@martincurrie.com | ww@martincurrie.com | dianeho@mas.gov.sg |
| dholdsworth@martincurrie.com | hashimoto-takao@marubeni.com | dyang@mas.gov.sg |
| djohnstonstewart@martincurrie.com | hayashi-a@marubeni.com | dyyeo@mas.gov.sg |
| dsheasby@martincurrie.com | ichimura-m@marubeni.com | echuang@mas.gov.sg |
| dsliwinski@martincurrie.com | inada-y@marubeni.com | edwinheng@mas.gov.sg |
| dwight@martincurrie.com | ishizaki-k@marubeni.com | ejlee@mas.gov.sg |
| eflockhart@martincurrie.com | miyama-y@marubeni.com | esthertay@mas.gov.sg |
| emckenna@martincurrie.com | mokkoh-n@marubeni.com | euniceng@mas.gov.sg |
| emorrison@martincurrie.com | moriya-t@marubeni.com | evelynsit@mas.gov.sg |
| ewesteren@martincurrie.com | naomi-siegmund@marubeni.com | fcheo@mas.gov.sg |
| ewoehrling@martincurrie.com | omuro-k@marubeni.com | fchia@mas.gov.sg |
| gem@martincurrie.com | toriyama-s@marubeni.com | feliciakok@mas.gov.sg |
| gpark@martincurrie.com | turu-k@marubeni.co.jp | flossiehua@mas.gov.sg |
| gsuttie@martincurrie.com | watanabe-a@marubeni.com | fmfeng@mas.gov.sg |
| helene@martincurrie.com | watanabe-y@marubeni.com | fylim@mas.gov.sg |
| hmair@martincurrie.com | yamada-shige@marubeni.com | gwee@mas.gov.sg |
| jchong@martincurrie.com | yamaji-h@marubeni.com | hcwan@mas.gov.sg |
| jcoull@martincurrie.com | yamashita-george@marubeni.com | hengsweekeat@mas.gov.sg |
| jfairweather@martincurrie.com | yanamoto-h@marubeni.com | hhwong@mas.gov.sg |
| jmalmquist@martincurrie.com | yasuda-k@marubeni.com | hkpuar@mas.gov.sg |
| jmariani@martincurrie.com | yoshiyuki.suyama@marusan.co.jp | hwchew@mas.gov.sg |
| jmccay@martincurrie.com | peter.marxer.jun@marxerpartner.com | hwchow@mas.gov.sg |
| jmcgan@martincurrie.com | adrianlee@mas.gov.sg | jameschia@mas.gov.sg |
| jmillar@martincurrie.com | adrianquek@mas.gov.sg | jamessin@mas.gov.sg |
| johnpt@martincurrie.com | agnesquek@mas.gov.sg | janelow@mas.gov.sg |
| jsaunders@martincurrie.com | aidie@mas.com.my | jerrykoh@mas.gov.sg |
| jwalker@martincurrie.com | alanliew@mas.gov.sg | jeslynng@mas.gov.sg |
| k.hughes@martincurrie.com | alicechow@mas.gov.sg | jloh@mas.gov.sg |
| kdonaldson@martincurrie.com | alvinong@mas.gov.sg | joantit@mas.gov.sg |
| klowe@martincurrie.com | anthonytan@mas.gov.sg | johnloh@mas.gov.sg |
| kmacleod@martincurrie.com | audrakhoo@mas.gov.sg | joyceng@mas.gov.sg |
| kmarcus@martincurrie.com | balim@mas.gov.sg | jrlee@mas.gov.sg |
| kmowat@martincurrie.com | bbtay@mas.gov.sg | junelim@mas.gov.sg |
| ktroup@martincurrie.com | bennychey@mas.gov.sg | kamisah@mas.gov.sg |
| kwatt@martincurrie.com | bernardwee@mas.gov.sg | kanghui@mas.gov.sg |
| lfraser@martincurrie.com | bltai@mas.gov.sg | kclee@mas.gov.sg |
| lriddell@martincurrie.com | bokeng@mas.gov.sg | keithpeck@mas.gov.sg |
| mc@martincurrie.com | carollye@mas.gov.sg | kennethgay@mas.gov.sg |

| | | |
|---|---|---|
| kevinng@mas.gov.sg | susanchu@mas.gov.sg | btaylor@massport.com |
| kevinpang@mas.gov.sg | sytang@mas.gov.sg | hchu@massport.com |
| larrykeh@mas.gov.sg | tklee@mas.gov.sg | lkirwan@massport.com |
| linachua@mas.gov.sg | tllim@mas.gov.sg | ken@matchettcap.com |
| lindachan@mas.gov.sg | vivianlee@mas.gov.sg | lfasan@matincurrie.com |
| lindakoh@mas.gov.sg | wendychia@mas.gov.sg | dak@matrix.com |
| lleong@mas.gov.sg | weyap@mas.gov.sg | dkatz@matrixassetadvisors.com |
| lmchan@mas.gov.sg | wlphua@mas.gov.sg | jposner@matrixassetadvisors.com |
| lpyiong@mas.gov.sg | wltan@mas.gov.sg | jtom@matrixassetadvisors.com |
| lsng@mas.gov.sg | wqlee@mas.gov.sg | lbirnholz@matrixassetadvisors.com |
| lukegoh@mas.gov.sg | wwleong@mas.gov.sg | shurwitz@matrixassetadvisors.com |
| luzfoo@mas.gov.sg | wycheng@mas.gov.sg | sroukis@matrixassetadvisors.com |
| lychiu@mas.gov.sg | wzkit@mas.gov.sg | wtseng@matrixassetadvisors.com |
| lynnchu@mas.gov.sg | yhwong@mas.gov.sg | andym@matrixlp.com |
| lynnkoh@mas.gov.sg | yleong@mas.gov.sg | ferri@matrixlp.com |
| lynntoh@mas.gov.sg | yssim@mas.gov.sg | dmurphy@mauchchunktrust.com |
| maureenng@mas.gov.sg | yylee@mas.gov.sg | dmurphy1@mauchchunktrust.com |
| maychen@mas.gov.sg | zchen@mas.gov.sg | cfm@mavricc.com |
| mcheng@mas.gov.sg | zhtan@mas.gov.sg | rsaiki@maximgrp.com |
| merion@mas.gov.sg | adrien.paihes@mascf.fr | afuadmn@maybank.com.my |
| merlynee@mas.gov.sg | brian_burgess@mascohq.com | cmo@maybank.com.my |
| mingyew@mas.gov.sg | akandilis@massmutual.com | fadzila.amru@maybank.com.my |
| msdfsd@mas.gov.sg | bjoyal@massmutual.com | faezah@maybank.com.my |
| msyudah@mas.com.my | bstgeorge@internal.massmutual.com | j.hisham@maybank.com.my |
| mtam@mas.gov.sg | bward@massmutual.com | kleong@maybank.com.sg |
| mtquek@mas.gov.sg | cmeuser@massmutual.com | leesh@maybank.com.my |
| mylim@mas.gov.sg | cstadnicki@massmual.com | limteemeng@maybank.com.my |
| nklau@mas.gov.sg | dadamczk@massmutual.com | nicole@maybank.com.hk |
| norlinda@mas.gov.sg | dcarlson@massmutual.com | psim@maybank.com.sg |
| nsng@mas.gov.sg | do'donnell@massmutual.com | safura@maybank.com.my |
| paulinelow@mas.gov.sg | gbacchiocchi@massmutual.com | tham@maybank.com.my |
| phlim@mas.gov.sg | gbonetti@massmutual.com | tongleong.t@maybank.com.my |
| pmng@mas.gov.sg | howard.gunton@massmutual.com | wankup@maybank.com.my |
| psong@mas.gov.sg | jbeaulieu@massmutual.com | martin_doerr@mail.mayco.com |
| qktang@mas.gov.sg | jzubretsky@massmutual.com | trish_visintine@may-co.com |
| ratnah@mas.gov.sg | kgough@massmutual.com | fvgk9532@mb.infoweb.ne.jp |
| riccochan@mas.gov.sg | kmatras@massmutual.com | himesin1@mb.infoweb.ne.jp |
| rizalsd@mas.com.my | llanglois@massmutual.com | s0884@mb.rosenet.ne.jp |
| roxannesoh@mas.gov.sg | lleveille@massmutual.com | llin@mba2003.hbs.edu |
| rtosali@mas.gov.sg | lperenick@massmutual.com | schakravarthy@mba2007.hbs.edu |
| ruixiong@mas.gov.sg | lzepke@internal.massmutual.com | tony.burek@mbandt.com |
| rxkee@mas.gov.sg | mahmed@massmutual.com | christian.neunkirchner@mbczh.ch |
| saji@mas.gov.sg | marymccarthy@massmutual.com | daniel.oet@mbczh.ch |
| saktiandi@mas.gov.sg | mastone@massmutual.com | davide.pinna@mbczh.ch |
| scleong@mas.gov.sg | mkaczuwka@massmutual.com | emanuel.agustoni@mbczh.ch |
| sgpoh@mas.gov.sg | mteubner@massmutual.com | fritz.feldmann@mbczh.ch |
| shanetregillis@mas.gov.sg | mwalker@massmutual.com | gustav.schuler@mbczh.ch |
| shirleenq@mas.gov.sg | mwilson@internal.massmutual.com | heinz.mueller@mbczh.ch |
| shirleyng@mas.gov.sg | ndrzewiecki@massmutual.com | martin.widmer@mbczh.ch |
| sivasankar@mas.gov.sg | pdery@massmutual.com | michael.odermatt@mbczh.ch |
| slchua@mas.gov.sg | rakennedy@massmutual.com | nicolas.kopitsis@mbczh.ch |
| slgoh@mas.gov.sg | rbarnhart@massmutual.com | nicolas.mange@mbczh.ch |
| slkoh@mas.gov.sg | scicco@massmutual.com | peter.rechsteiner@mbczh.ch |
| slteo@mas.gov.sg | shurtleff@massmutual.co.jp | rene.hermann@mbczh.ch |
| smyeo@mas.gov.sg | snorquist@massmutual.com | roland.utzinger@mbczh.ch |
| sophielim@mas.gov.sg | sreese@massmutual.com | stephan.knuser@mbczh.ch |
| sptan@mas.gov.sg | sshaikh@massmutual.com | stephan.zwahlen@mbczh.ch |
| sschiang@mas.gov.sg | svillarindo@massmutual.com | sushant.sharma@mbczh.ch |
| stellaoh@mas.gov.sg | tarabrown@massmutual.com | thomas.stoll@mbczh.ch |
| susanchew@mas.gov.sg | ttalenda@massmutual.com | urs.reiter@mbczh.ch |

randy.palomba@mbia.com
graham.harrington@mblackrock.com
bridgette.chambers@mbna.com
chris.powell@mbna.com
christopher.halmy@mbna.com
dhzaelto@mbna.com
fmita@mbna.com
frederick.boos@mbna.com
jeanne.short@mbna.com
jeff.sowden@mbna.com
jwashing3@mbna.com
keith.daviston@mbna.com
keith.mccutcheon@mbna.com
kenneth.fischbach@mbna.com
kevin.sweeney@mbna.com
kim.bennett@mbna.com
klandis@mbna.com
kquinn@mbna.com
kwinkler@mbna.com
lchetkow@mbna.com
nav.swamy@mbna.com
nichole.foraker@mbna.com
rodney.yoder@mbna.com
rose.sanders@mbna.com
scott.mccarthy@mbna.com
sday@mbna.com
sean.day@mbna.com
shannon.downward@mbna.com
tdunn@mbna.com
thomas.wren@mbna.com
thomas.zorab@mbna.com
vernon.wright@mbna.com
wai.chung@mbna.com
yolanda.davidson@mbna.com
bertill.hallsten@mbox200.swipnet.se
ssyokn1@mbs.sphere.ne.jp
abaldino@mcc.it
cmancini@mcc.it
ddesimone@mcc.it
edosa@mcc.it
gcambieri@mcc.it
gratti@mcc.it
gtolaini@mcc.it
pcova@mcc.it
ppeluso@mcc.it
rdimaria@mcc.it
rtaricco@mcc.it
francisco.perez@mccombs.utexas.edu
lillian.mills@mccombs.utexas.edu
dave.zillmer@mcd.com
asaccardi@mcdinvest.com
aslabaugh@mcdinvest.com
bhegarty@mcdinvest.com
dbarson@mcdinvest.com
djohnson@mcdinvest.com
dknoepp@mcdinvest.com
dmelchior@mcdinvest.com
dpiatak@mcdinvest.com
gandrews@mcdinvest.com
jcaldwell@mcdinvest.com

jcardillo@mcdinvest.com
jchinnici@mcdinvest.com
jkocab@mcdinvest.com
jolszowy@mcdinvest.com
jroberts@mcdinvest.com
mbennett@mcdinvest.com
pshapiro@mcdinvest.com
pstraffon@mcdinvest.com
rphillips@mcdinvest.com
sanderskow@mcdinvest.com
sbooth@mcdinvest.com
scrawford@mcdinvest.com
sevans@mcdinvest.com
tseay@mcdinvest.com
giuram@mcdmgmt.com
kamradtm@mcdmgmt.com
diogo.lopes@mcfundos.pt
hugo.pedro@mcfundos.pt
hugo-pedro@mcfundos.pt
lubelia.machado@mcfundos.pt
miguel.carvalho@mcfundos.pt
jbaumgardner@mcglinncap.com
jbreaks@mcglinncap.com
jpweaver@mcglinncap.com
jscalise@mcglinncap.com
mmcglinn@mcglinncap.com
ttimura@mcglinncap.com
desmond_douglas@mcgraw-hill.com
scott_leeb@mcgraw-hill.com
davidcthompson@mchsi.com
abaillargeon@mcleanbudden.com
agregg@mcleanbudden.com
amancini@mcleanbudden.com
bdawson@mcleanbudden.com
bgiblin@mcleanbudden.com
bhaughey@mcleanbudden.com
bhealy@mcleanbudden.com
bmurray@mcleanbudden.com
bparadis@mcleanbudden.com
cfaiella@mcleanbudden.com
cnam@mcleanbudden.com
dntantoulis@mcleanbudden.com
ewang@mcleanbudden.com
ibigney@mcleanbudden.com
jcushman@mcleanbudden.com
jkeating@mcleanbudden.com
jpbry@mcleanbudden.com
kdean@mcleanbudden.com
kstenger@mcleanbudden.com
levans@mcleanbudden.com
ljackson@mcleanbudden.com
mhakes@mcleanbudden.com
mhallward@mcleanbudden.com
mhubbs@mcleanbudden.com
mmathers@mcleanbudden.com
mmcmaster@mcleanbudden.com
mskiba@mcleanbudden.com
pkotsopoulos@mcleanbudden.com
pmarcogliese@mcleanbudden.com
rball@mcleanbudden.com

rbeauchemin@mcleanbudden.com
research@mcleanbudden.com
rspector@mcleanbudden.com
sbonnyman@mcleanbudden.com
sconnell@mcleanbudden.com
sjhaveri@mcleanbudden.com
sshuter@mcleanbudden.com
ysaba@mcleanbudden.com
alfredc@mcm.com
amandaj@mcm.com
andrewt@mcm.com
andyh@mcm.com
anuragd@mcm.com
artid@mcm.com
asis@mcm.com
bennett@mcm.com
billh@mcm.com
bjolm@mcm.com
brettt@mcm.com
bricel@mcm.com
brunog@mcm.com
cbright@mcm.com
cheg@mcm.com
christiane@mcm.com
cjacklin@mcm.com
dalew@mcm.com
danielg@mcm.com
davidls@mcm.com
davva@mcm.com
denisel@mcm.com
dkwan@mcm.com
dylanw@mcm.com
edwardd@mcm.com
elainem@mcm.com
equitytrading@mcm.com
eugenem@mcm.com
gregg@mcm.com
heidih@mcm.com
hilaryc@mcm.com
hook@mcm.com
irinam@mcm.com
jamess@mcm.com
jeffreyc@mcm.com
jeffreyz@mcm.com
jeffz@mcm.com
jenniferk@mcm.com
johndd@mcm.com
johnk@mcm.com
johnr@mcm.com
jonp@mcm.com
joses@mcm.com
jp@mcm.com
jpheinrich@mcm.com
jtufts@mcm.com
jyoon@mcm.com
karendl@mcm.com
karenk@mcm.com
karstenj@mcm.com
kevinc@mcm.com
kimberlyf@mcm.com

| | | |
|---|---|---|
| laurak@mcm.com | ybaumgartner@mcmorgan.com | bbirnzain@meag.com |
| leoh@mcm.com | shun.fujii@mcp-am.com | brueppel@meag.com |
| lisao@mcm.com | davidk@mcsaatchi.com | cbernhardt@meag.com |
| liz@mcm.com | main@mcsbank.com | ceich@meag.com |
| llinda@mcm.com | kpfisher@mcs-bank.com | cgreiner@meag.com |
| loum@mcm.com | moeller@mcsecurities.com | chodina@meag.com |
| lynnc@mcm.com | hiroyuki.uekusa@mdam.co.jp | ckroher@meag.com |
| maheshj@mcm.com | alau@mdsass.com | clindberg@meag.com |
| marktk@mcm.com | asass@mdsass.com | cschott@meag.com |
| marlenew@mcm.com | aslawsky@mdsass.com | csinger@meag.com |
| marshally@mcm.com | bbarney@mdsass.com | drauscher@meag.com |
| maryk@mcm.com | bgeorge@mdsass.com | dreif@meag.com |
| michaelh@mcm.com | bliu@mdsass.com | dschremmer@meag.com |
| mikefo@mcm.com | cbarney@mdsass.com | dwolf@meag.com |
| mikez@mcm.com | cdunn@mdsass.com | eboesel@meag.com |
| mindis@mcm.com | cposada@mdsass.com | egalic@meag.com |
| mkeleher@mcm.com | dbruno@mdsass.com | ekrueger@meag.com |
| parryw@mcm.com | erourke@mdsass.com | erieger@meag.com |
| patj@mcm.com | fsung@mdsass.com | erombach@meag.com |
| peggi@mcm.com | gmiller@mdsass.com | eruettinger@meag.com |
| prabirg@mcm.com | hmiller@mdsass.com | fhoevermann@meag.com |
| priyaa@mcm.com | irosenweig@mdsass.com | fkohnen@meag.com |
| ralphg@mcm.com | jcheung@mdsass.com | frank.amberg@meag.com |
| ramut@mcm.com | jdavolio@mdsass.com | fstaerk@meag.com |
| richardt@mcm.com | jevans@mdsass.com | ghofer@meag.com |
| ritikap@mcm.com | jmiller@mdsass.com | gloeser@meag.com |
| roberte@mcm.com | jmullins@mdsass.com | hfeil@meag.com |
| ryelandg@mcm.com | jquartarolo@mdsass.com | hgreiner@meag.com |
| samv@mcm.com | jrocafort@mdsass.com | hkerzel@meag.com |
| schong@mcm.com | kmonshaw@mdsass.com | hmoehlmann@meag.com |
| scotta@mcm.com | mdicroce@mdsass.com | iprzewlocka@meag.com |
| scottk@mcm.com | msass72@mdsass.com | jadam@meag.com |
| sellison@mcm.com | msheer@mdsass.com | jbies@meag.com |
| sepideha@mcm.com | npatel@mdsass.com | jbrueckmann@meag.com |
| stephanies@mcm.com | npersoo@mdsass.com | jcallies@meag.com |
| stevent@mcm.com | pbergan@mdsass.com | jfuerstenberger@meag.com |
| susank@mcm.com | psivin@mdsass.com | jhoppe@meag.com |
| thomasm@mcm.com | rmooney@mdsass.com | jschmidt-radtfeldt@meag.com |
| tomh@mcm.com | sshenfeld@mdsass.com | jseitz@meag.com |
| tracyc@mcm.com | vfaro@mdsass.com | kfelsenheimer@meag.com |
| vikas@mcm.com | michael.weidinger@meadwestvaco.com | kgriesshammer@meag.com |
| warrenc@mcm.com | aaniol@meag.com | kgrube@meag.com |
| waynel@mcm.com | abruch@meag.com | kklein@meag.com |
| wesley@mcm.com | achristan@meag.com | kpeitlschmidt@meag.com |
| yilungc@mcm.com | adagasan@meag.com | kruffing@meag.com |
| zandraz@mcm.com | afischer@meag.com | kwestphal@meag.com |
| ablankman@mcmorgan.com | afrey@meag.com | mbentlage@meag.com |
| bgreene@mcmorgan.com | agrassl@meag.com | mdahle@meag.com |
| bhenry@mcmorgan.com | ahirtz@meag.com | mdecker@meag.com |
| chancock@mcmorgan.com | ajaenke@meag.com | mdoranth@meag.com |
| dbader@mcmorgan.com | amoritz@meag.com | messl@meag.com |
| dsteele@mcmorgan.com | amueller2@meag.com | mfacco-gans@meag.com |
| jkarger@mcmorgan.com | aochs@meag.com | mhasse@meag.com |
| kbowers@mcmorgan.com | apuetz@meag.com | mheintel@meag.com |
| lsouza@mcmorgan.com | areichinger@meag.com | mhirschberger@meag.com |
| mseal@mcmorgan.com | aschulan@meag.com | mkreft@meag.com |
| rpaz@mcmorgan.com | astumpe@meag.com | mkreie@meag.com |
| rrayborn@mcmorgan.com | aviktor@meag.de | mresch@meag.com |
| tcorbett@mcmorgan.com | awasserle@meag.com | msachse@meag.com |
| traney@mcmorgan.com | bbalg@meag.com | msirch@meag.com |

mwenzel@meag.com
narendt@meag.com
ojaster@meag.com
okunze@meag.com
olill@meag.com
rback@meag.com
rbijlmakers@meag.com
rheine@meag.com
rhelm@meag.com
rhern@meag.com
rlink@meag.com
rmatuschka@meag.com
rreinwald@meag.com
rwetzer@meag.com
sduss@meag.com
seikens@meag.com
sfruehn@meag.com
sjocher@meag.com
skemming@meag.com
spichler@meag.com
srauh@meag.com
srother@meag.com
syanar@meag.com
tkabisch@meag.com
tkirchmaier@meag.com
tkurtz@meag.com
tleonhard@meag.com
tlerchl@meag.com
tmartens@meag.com
tober@meag.com
tschmidt@meag.com
tvargha@meag.com
ugantert@meag.com
ulucas@meag.com
uschneider@meag.com
useifert@meag.com
vpickhardt@meag.com
vtexter@meag.com
wheindl@meag.com
wlickl@meag.com
wmueller@meag.com
ajanko@meag-ny.com
bgriffith@meag-ny.com
cabrahante@meag-ny.com
cwoods@meag-ny.com
egould@meag-ny.com
fbitsch@meag-ny.com
hlearner@meag-ny.com
ima@meag-ny.com
jbernstein@meag-ny.com
jbuxbaum@meag-ny.com
jcuccia@meag-ny.com
jrogowsky@meag-ny.com
kchavanne@meag-ny.com
kingravallo@meag-ny.com
kyeung@meag-ny.com
lgreengard@meag-ny.com
lsamuels@meag-ny.com
marora@meag-ny.com
mcavallone@meag-ny.com

mdelaney@meag-ny.com
mhan@meag-ny.com
mlatona@meag-ny.com
mmontoya@meag-ny.com
mneggers@meag-ny.com
mseeman@meag-ny.com
msnyder@meag-ny.com
nho@meag-ny.com
pcerino@meag-ny.com
rizmirlian@meag-ny.com
sfriedland@meag-ny.com
siyer@meag-ny.com
spacheco@meag-ny.com
tbucher@meag-ny.com
tkroeber@meag-ny.com
wchan@meag-ny.com
xwang@meag-ny.com
ykopeliovich@meag-ny.com
yshi@meag-ny.com
bsaid@meagpower.org
posborne@meagpower.org
tatwater@meagpower.org
naoki_umeda@mec.co.jp
yuichiro_shioda@mec.co.jp
magdsick@mecklenburgische.de
ajohnson@mecu.com
alessio.galliani@mediobanca.it
andrea.anellucci@mediobanca.it
andrea.nerucci@mediobanca.it
annarita.agostoni@mediobanca.it
carlo.acconciamessa@mediobanca.it
carlo.guffanti@mediobanca.it
carlo.masini@mediobanca.it
corrado.golxisaporiti@mediobanca.it
cristina.castoldi@mediobanca.it
david.lee@mediobanca.it
david.vigano@mediobanca.it
fabio.noacco@mediobanca.it
federico.bruzzi@mediobanca.it
francesco.carloni@mediobanca.it
francesco.dolfino@mediobanca.it
furio.francini@mediobanca.it
giorgia.simeone@mediobanca.it
guido.miglietta@mediobanca.it
lara.pizzimiglia@mediobanca.it
luca.lucente@mediobanca.it
luca.raso@mediobanca.it
lucio.venanzi@mediobanca.it
marco.nori@mediobanca.it
maria.calimeri@mediobanca.it
martino.deprato@mediobanca.it
mauro.delcorso@mediobanca.it
nicola.vannucchi@mediobanca.it
nicolo.pessina@mediobanca.it
nunzio.traballi@mediobanca.it
paolo.ginelli@mediobanca.it
paolo.labbozzetta@mediobanca.it
piermario.livrea@mediobanca.it
riccardo.quartodipalo@mediobanca.it
roberto.viola@mediobanca.it

rosana.decesco@mediobanca.it
stefano.plaino@mediobanca.it
unknown@mediobanca.nl
unknown@mediocredito.nl
a.bailo@mediolanum.it
alberto.ospite@mediolanum.it
andrea.rescalli@mediolanum.it
angelo.lietti@mediolanum.it
angelo.penna@mediolanum.it
biagio.alessio@mediolanum.it
claudiovergami@mediolanum.it
domizioli@mediolanum.it
edoardo.lombardi@mediolanum.it
egramagl@mediolanum.it
giovanni.bagiotti@mediolanum.it
lorenzo.bottazzi@mediolanum.it
marco.bramati@mediolanum.it
massimino@mediolanum.it
maxwell@mediolanum.it
mbonacos@mediolanum.it
raffaele.carlucci@mediolanum.it
riccardo.veglio@mediolanum.it
rizzi@mediolanum.it
sergio.sommariva@mediolanum.it
valeria.aiudi@mediolanum.it
vittorio.gaudio@mediolanum.it
carena@mediosim.it
dbersani@mediosim.it
emattia@mediosim.it
unknown@mediosim.nl
robt@meederfinancial.com
angela.choo@meespierson.com.sg
arjen.sap@meespierson.com
cor.moons@meespierson.com
edwin.vanderaalst@meespierson.com
eric.ebermeyer@meespierson.com
eric.gerritse@meespierson.com
eric.lohuis@meespierson.com
flor.veraart@meespierson.com
hans.van.rijn@meespierson.com
henk_de_glint@meespierson.com.sg
herma.boom-conradi@meespierson.com
hugo.graafland@meespierson.com
jelmar.everwijn@meespierson.com
khaw_poh_chai@meespierson.com.sg
leo.de.jong@meespierson.com
marcel.blom@meespierson.com
mike.vandermeer@meespierson.com
mkuijpers@meespierson.com
najib.nakad@meespierson.com
peter.vanderhof@meespierson.com
philip.ho@meespierson.com.hk
rolf.vannieuwenhuyzen@meespierson.com
ton.selier@meespierson.com
mariani@mefop.it
alanchen@megabank.com.tw
andy_chen@megabank.com.tw
chen46@megabank.com.tw
fan020@megabank.com.tw
jamesyang@megabank.com.tw

kaotw@megabank.com.tw
nini@megabank.com.tw
maurizio.mazzetti@meie.it
francesco.marinaro@meieaurora.it
massimo.bolzoni@meieaurora.it
gmay@meijer.com
steenbeb@meijer.com
akiho.harada@meiji-life.co.jp
h-nakahara@meiji-life.co.jp
k.yamahara@meiji-life.co.jp
kondo@meiji-life.com
m.shirai@meiji-life.co.jp
s_tanaka@meiji-life.co.jp
shunji.iwata@meiji-life.co.jp
s-tomioka@meiji-life.co.jp
s-yasuda@meiji-life.co.jp
t15898@meiji-life.co.jp
t15942@meiji-life.co.jp
t16149@meiji-life.co.jp
t16208@meiji-life.co.jp
t16558@meiji-life.co.jp
t16614@meiji-life.co.jp
t17400@meiji-life.co.jp
takahiko_suzuki@meiji-life.co.jp
takehiro.hata@meiji-life.co.jp
tl4236@meiji-life.co.jp
yasuhiro.hisamura@meiji-life.co.jp
y-utsumi@meiji-life.co.jp
aki-kobayashi2003@meijiyasuda.co.jp
akira-miyano@meijiyasuda.co.jp
ak-otsu@meijiyasuda.co.jp
ge-kawanabe@meijiyasuda.co.jp
hi1-ishii@meijiyasuda.co.jp
hi1-watanabe@meijiyasuda.co.jp
hide-watanabe@meijiyasuda.co.jp
hiroaki.hoshino@meijiyasuda.co.jp
ke1-aoki@meijiyasuda.co.jp
k-fujiwara@meijiyasuda.co.jp
k-kitsugi@meijiyasuda.co.jp
kotaro_shimamura@meijiyasuda.co.jp
k-ozono@meijiyasuda.co.jp
m.isobe@meijiyasuda.co.jp
masaki.kobayashi@meijiyasuda.co.jp
masaoaratani@meijiyasuda.co.jp
mhoshina@meijiyasuda.co.jp
mi2-watanabe@meijiyasuda.co.jp
mi-komada@meijiyasuda.co.jp
m-kasahara@meijiyasuda.co.jp
m-okamoto@meijiyasuda.co.jp
m-tsuzaka@meijiyasuda.co.jp
n.kita@meijiyasuda.co.jp
naoki_matsuyama@meijiyasuda.co.jp
naoyuki.inoue@meijiyasuda.co.jp
na-sato@meijiyasuda.co.jp
n-kawamura@meijiyasuda.co.jp
s.matsumura@meijiyasuda.co.jp
s_cho@meijiyasuda.co.jp
s_tanaka@meijiyasuda.co.jp
sh-banba@meijiyasuda.co.jp
sh-hara@meijiyasuda.co.jp

shinichisuzuki@meijiyasuda.co.jp
s-takahira@meijiyasuda.co.jp
t.mita@meijiyasuda.co.jp
t15214@meijiyasuda.co.jp
t16426@meijiyasuda.co.jp
ta1-murakami@meijiyasuda.co.jp
ta-ishikawa@meijiyasuda.co.jp
takahiro.fujii@meijiyasuda.co.jp
t-araki@meijiyasuda.co.jp
ta-suzuki@meijiyasuda.co.jp
t-fujikawa@meijiyasuda.co.jp
ts-sato@meijiyasuda.co.jp
tu-fujii@meijiyasuda.co.jp
xxx@meijiyasuda.co.jp
ya1-hayashi@meijiyasuda.co.jp
y-aigami@meijiyasuda.co.jp
y-kubota@meijiyasuda.co.jp
yo-ueda@meijiyasuda.co.jp
y-ozaki@meijiyasuda.co.jp
y-suga@meijiyasuda.co.jp
aya@meijiyasudany.com
j.date@meijiyasudany.com
k.shiotsuki@meijiyasudany.com
yuka@meijiyasudany.com
bachner@meinlbank.com
grandl@meinlbank.com
guetl@meinlbank.com
horn@meinlbank.com
korpitsch@meinlbank.com
matejka@meinlbank.com
messner@meinlbank.com
mittermann@meinlbank.com
nusshold@meinlbank.com
rauch@meinlbank.com
schaufler@meinlbank.com
tritthart@meinlbank.com
willenbacher@meinlbank.com
mm@meisenbachcapital.com
rm@meisenbachcapital.com
carlo.franchini@meliorbanca.com
chiara.gonnella@meliorbanca.com
claudia.brambilla@meliorbanca.com
claudio.ripamonti@meliorbanca.com
corrado.rinaldi@meliorbanca.com
fausto.marcantoni@meliorbanca.com
giampaolo.bon@meliorbanca.com
gianni.rossi@meliorbanca.com
giovanna.angari@meliorbanca.com
giuliano.raso@meliorbanca.com
ines.depascale@meliorbanca.com
marcella.bellucci@meliorbanca.it
marco.parini@meliorbanca.com
marina.piccioni@meliorbanca.com
massimo.iacono@meliorbanca.com
massimo.sgabussi@meliorbanca.com
matteo.brancolini@meliorbanca.com
raffaella.tolardo@meliorbanca.com
roberta.bastianon@meliorbanca.it
silvia.cerquetella@meliorbanca.it
silvio.depeppo@meliorbanca.com

stefano.fusi@meliorbanca.it
vera.bergamaschi@meliorbanca.com
walteremilio.spanio@meliorbanca.com
abbott.m@mellon.com
adamwaldo@mellon.com
au.ly@mellon.com
baker.j2@mellon.com
barber.m1@mellon.com
barrett.rl@mellon.com
baumhoff.ew@mellon.com
benson.ld@mellon.com
bissett.la@mellon.com
boots.cl@mellon.com
borkovic.v@mellon.com
buchman.as@mellon.com
burg.mj@mellon.com
burlong.s@mellon.com
bush.m@mellon.com
carlson.w@mellon.com
caruso.tp@mellon.com
ceurvorst.s@mellon.com
chambers.j2@mellon.com
cheung.a@mellon.com
chung.i@mellon.com.au
clements.b@mellon.com
cobain.s@mellon.com
conant.gj@mellon.com
cook.p2@mellon.com
cowden.de@mellon.com
crespi.n@mellon.com
crivellaro.k@mellon.com
cunning.sa@mellon.com
daniels.wg@mellon.com
davenport.jb@mellon.com
defrancisis.s@mellon.com
defrancisis.sf@mellon.com
diez.dm@mellon.com
dinapoli.d@mellon.com
dipasquale.rm@mellon.com
dmenski.na@mellon.com
doherty.br@mellon.com
durante.t@mellon.com
fagan.nnf@mellon.com
falci.sa@mellon.com
ferguson.bc@mellon.com
flaherty.ag@mellon.com
flahive.j@mellon.com
foglia.b@mellon.com
freyvogel.bg@mellon.com
frysinger.tm@mellon.com
fuga.sm@mellon.com
gately.ka@mellon.com
gibson.aj@mellon.com
gilliland.ta@mellon.com
giorgianni.l@mellon.com
goc.a@mellon.com
gonsalves.js@mellon.com
gregory.aj@mellon.com
grosse.ha@mellon.com
heberle.dj@mellon.com

| | | |
|---|---|---|
| hilgert.aj@mellon.com | schmitt.lf@mellon.com | dschultz@meltlife.com |
| horton.jp@mellon.com | schultz.l@mellon.com | larry.harmon@membersunited.org |
| houston.bb@mellon.com | schwartz.jf@mellon.com | linda.cesare@membersunited.org |
| hubbard.e@mellon.com | serra.m@mellon.com | megan.white@membersunited.org |
| hutchison.la@mellon.com | sersen.mk@mellon.com | tara.mason@membersunited.org |
| isbir.sl@mellon.com | shane.e@mellon.com | tom.slefinger@membersunited.org |
| jay.rw@mellon.com | sheldon.ce@mellon.com | jcanziani@membertrade.com |
| jehling.jr@mellon.com | shuster.m@mellon.com | pwilders@membertrade.com |
| johnstone.j@mellon.com | sikora.ad@mellon.com | int.casv@memo.volvo.se |
| jones.c1@mellon.com | snyder.ni@mellon.com | bzirkle@mentorinvgroup.com |
| kane.pj@mellon.com | solomich.mt@mellon.com | aponte1@mercantilcb.com |
| keyes.m@mellon.com | spicer.rd@mellon.com | jmorris@mercantilcb.com |
| knutzen.el@mellon.com | stayert.w@mellon.com | ralvarez@mercantilcb.com |
| lackey.s@mellon.com | stetz.ka@mellon.com | andrew.flack@mercantile.com |
| lamere.df@mellon.com | steven.cohen@mellon.com | andrew.le@mercantile.com |
| langley.e@mellon.com | strathearn.mc@mellon.com | andrew.rosti@mercantile.com |
| lawrie.k@mellon.com | tehrani.m@mellon.com | anthony.arlauckas@mercantile.com |
| lee.chan.c@mellon.om | thirdpartyteam@mellon.com | asmyth@mercantile.co.za |
| leininger.jl@mellon.com | thornton.ma@mellon.com | james.cantrell@mercantile.com |
| lindquist.k@mellon.com | todd.l@mellon.com | jason.weber@mercantile.com |
| maregnip@mellon.com | tojima.m@mellon.com | jeremy.sussman@mercantile.com |
| mccann.en@mellon.com | tracy.wb@mellon.com | jonathan.rainford@mercantile.com |
| mccormick.tj@mellon.com | turino.sl@mellon.com | nicole.deblase@mercantile.com |
| mcgrath.el@mellon.com | tuzzolino.d@mellon.com | shreya.jawalkar@mercantile.com |
| merlino.wa@mellon.com | uhryniak.d@mellon.com | sinclair.eaddy@mercantile.net |
| mershon.mr@mellon.com | ullum.sg@mellon.com | didier.adler@mercatifinanziari.net |
| morris.cg@mellon.com | undereiner.js@mellon.com | emurphy@merchantsgroup.com |
| mozur.sa@mellon.com | viaud.m@mellon.com | paul.hamblet@merchinv.co.uk |
| mullins.b@mellon.com | virostek.jj@mellon.com | aaron_rosenberg@merck.com |
| nagel.rd@mellon.com | visnic.m@mellon.com | anderson_lee@merck.com |
| obrien.c@mellon.com | volpatti.tl@mellon.com | beth_watson2@merck.com |
| obrien.s@mellon.com | wadsworth.j@mellon.com | clifford_kalb@merck.com |
| o'brien.s@mellon.com | weiner.m@mellon.com | corinne_ching@merck.com |
| o'donnell.ma@mellon.com | wells.c@mellon.com | diane_dalinsky@merck.com |
| o'toole.jr@mellon.com | whooley.j@mellon.com | don_hill@merck.com |
| pace.d@mellon.com | widich.jo@mellon.com | eva_boratto@merck.com |
| palermo.c@mellon.com | williams.c4@mellon.com | graeme_bell@merck.com |
| patel.dm@mellon.com | witterschein.jj@mellon.com | investor.relations@merck.de |
| patel.k1@mellon.com | wolf.j@mellon.com | jacqueline_wan@merck.com |
| pavao.gf@mellon.com | wu.s@mellon.com | jerry_funk@merck.com |
| perry.m@mellon.com | zammit.lf@mellon.com | jodi_tan@merck.com |
| peter.pt@mellon.com | zulaga.l@mellon.com | joel_lebowitz@merck.com |
| phillips.b@mellon.com | ppeters@mellonbank.com | john_canady@merck.com |
| pieples.t@mellon.com | cunningham.me@mellonequity.com | john_kennedy@merck.com |
| pitcher.bs@mellon.com | demarino.j@mellonequity.com | joseoh.petco@merck.com |
| pohodich.sm@mellon.com | gala.rp@mellonequity.com | louise_schaible@merck.com |
| poole.j@mellon.com | goslin.pd@mellonequity.com | marion_gillespie@merck.com |
| porto.j@mellon.com | gulasky.sm@mellonequity.com | mark_mcdonough@merck.com |
| provenzano.ka@mellon.com | kaminski.mp@mellonequity.com | mary_redmond@merck.com |
| quinn.bp@mellon.com | keller.jw@mellonequity.com | melissa_king@merck.com |
| ravasio.m@mellon.com | kress.lynn@mellonequity.com | michael_nally@merck.com |
| richards.jc@mellon.com | logan.a@mellonequity.com | misyan@merck.com |
| riesmeyer.j@mellon.com | miller.pr@mellonequity.com | peter_devilbiss@merck.com |
| riordan.p@mellon.com | rozyczka.mw@mellonequity.com | rhea_mihalisin@merck.com |
| robertk@mellon.com | rydell.wp@mellonequity.com | richard_townsend@merck.com |
| ross.jm@mellon.com | yanief.l@mellonequity.com | robert_underwood@merck.com |
| rouse.jx@mellon.com | mcambria@mellonhbv.com | ryan_weninger@merck.com |
| ruggiero.jx@mellon.com | bverrico@melloninvestor.com | sean_mooney@merck.com |
| sanville.t@mellon.com | degan@melloninvestor.com | stephen_jasko@merck.com |
| schade.ja@mellon.com | hsakal@mellon-investor.com | timothy_dillane@merck.com |

aheiser@merctrust.com
bram@merctrust.com
cmerrick@merctrust.com
crishell@merctrust.com
dalfred@merctrust.com
dyoung@merctrust.com
gmichaels@merctrust.com
hcallahan@merctrust.com
hcaughy@merctrust.com
hchiu@merctrust.com
jsantiago@merctrust.com
mbrant@merctrust.com
mbrennan@merctrust.com
mgovil@merctrust.com
mmcglone@merctrust.com
mmckenzie@merctrust.com
msatyshur@merctrust.com
mwyskiel@merctrust.com
sjaworski@merctrust.com
harryholt@mercuryin.es
cgraves@mercuryinsurance.com
rgallen@mercuryinsurance.com
ams@merganser.com
dak@merganser.com
dpm@merganser.com
eb@merganser.com
jkw@merganser.com
psk@merganser.com
anders.abrahamson@merinet.mailnet.fi
andrea.crenna@merloni.com
gian.oddonemerli@merloni.com
luciano.brega@merloni.com
umberto.vallarino@merloni.com
jnordeman@merrill.com
jwalter@metis-am.com
aambrus@metlife.com
aaoyama@metlife.com
abest@metlife.com
abuss@metlife.com
acoombs@metlife.com
adam.michon@pl.metlife.com
adelagarde@metlife.com
aderosa@metlife.com
adoshi@metlife.com
afriedman@metlife.com
ahenry4@metlife.com
ahock@metlife.com
akaiser1@metlife.com
akenworthy@metlife.com
akhavulya@metlife.com
alopez4@metlife.com
amontemurro@metlife.com
amontoya@metlife.com
apatel2@metlife.com
aquezada@metlife.com
asawyer@metlife.com
asaxena3@metlife.com
aturkiewicz@metlife.com
awadhwani@metlife.com
awalter@metlife.com

awilliamson@metlife.com
ayoung@metlife.com
balan@metlife.com
bbixler@metlife.com
bcavanaugh@metlife.com
ben.grippi@metlife.com
bgould1@metlife.com
bjsullivan@metlife.com
bkish@metlife.com
blewand@metlife.com
bmcclenahan@metlife.com
bnoll@metlife.com
brhoads@metlife.com
bshah1@metlife.com
bsmith1@metlife.com
cbajak@metlife.com
cbullen@metlife.com
cchen9@metlife.com
ccosta@metlife.com
ccromie@metlife.com
cfern@metlife.com
chamnell@metlife.com
cjakucionis@metlife.com
cjohnson@metlife.com
clu@metlife.com
cmcpherson@metlife.com
cmurphy7@metlife.com
coliveira2@metlife.com
cpisupati@metlife.com
crfortier@metlife.com
crowe@metlife.com
cscully@metlife.com
csmith4@metlife.com
csymington@metlife.com
cwerthwine@metlife.com
dberkowitz@metlife.com
dburgess@metlife.com
dcassell@metlife.com
dcpatel@metlife.com
dcsmith@metlife.com
ddefour@metlife.com
ddeuble@metlife.com
ddickman@metlife.com
delkenany@metlife.com
dfarrell@metlife.com
dguenther@metlife.com
dguillossou@metlife.com
dhawk@metlife.com
dlevin@metlife.com
dlindstrom@metlife.com
dmandel@metlife.com
dmccahill@metlife.com
dmoss1@metlife.com
dmwisdom@metlife.com
dokeke@metlife.com
dpetschow@metlife.com
dpolitano@metlife.com
drichter@metlife.com
droach@metlife.com
dross1@metlife.com

dtypermass@metlife.com
dwells@metlife.com
dwheeler@metlife.com
ebennett@metlife.com
echesculescu@metlife.com
ediver@metlife.com
efurey@metlife.com
egoldschmidt@metlife.com
emacek@metlife.com
epalmer1@metlife.com
ephipps@metlife.com
erusso1@metlife.com
esavi@metlife.com
eurban@metlife.com
fcunha@metlife.com
fdunnantuono@metlife.com
fjones@metlife.com
fmalfalcone@metlife.com
fmensah@metlife.com
fmonfalcone@metlife.com
fpaez@metlife.com
fsporer@metlife.com
fswong@metlife.com
fwong@metlife.com
gadvani@metlife.com
garnold@metlife.com
gboyan@metlife.com
gdevine@metlife.com
gfeaster@metlife.com
graham.martin@metlife.com
grussell@metlife.com
gslonaker@metlife.com
gstabbert@metlife.com
gtell@metlife.com
gyoder@metlife.com
hjai@metlife.com
hmoehlman@metlife.com
hriter@metlife.com
hsauer@metlife.com
hvallejo@metlife.com
ifundo@metlife.com
iharris@metlife.com
ikaplan@metlife.com
itanenbaum@metlife.com
ixenitides@metlife.com
jauyeung@metlife.com
jbalchandani@metlife.com
jbarker1@metlife.com
jbatra@metlife.com
jcannon@metlife.com
jcarl@metlife.com
jchadwick@metlife.com
jchan2@metlife.com
jchapin@metlife.com
jdellavalle@metlife.com
jdemetrick@metlife.com
jdigney@metlife.com
jdingler@metlife.com
jdtrujillo@metlife.com
jeberlin@metlife.com

jellermeyer@metlife.com
jeplett@metlife.com
jferrier@metlife.com
jgiasi@metlife.com
jgmelch@metlife.com
jhe@metlife.com
jheary@metlife.com
jhill1@metlife.com
jhochhauser@metlife.com
jhodgman@metlife.com
jjenkins@metlife.com
jjennings1@metlife.com
jkatz1@metlife.com
jkenary@metlife.com
jlaplace@metlife.com
jlau@metlife.com
jlee4@metlife.com
jleinwand@metlife.com
jli@metlife.com
jlieu@metlife.com
jlima@metlife.com
jmalcolm@metlife.com
jmanske@metlife.com
jmarcus@metlife.com
jmazigi@metlife.com
jmazon@metlife.com
jmazzullo@metlife.com
jnorquay@metlife.com
jnycz@metlife.com
jperuyero@metlife.com
jpetramale1@metlife.com
jpolsky@metlife.com
jpotenta@metlife.com
jpuchon@metlife.com
jrosenthal@metlife.com
jrothenberg@metlife.com
jrsantos@metlife.com
jryvicker@metlife.com
jschlein@metlife.com
jshannon@metlife.com
jsingh@metlife.com
jsmarino@metlife.com
jsstevens@metlife.com
jstarks@metlife.com
jtanyeri@metlife.com
jtao@metlife.com
jtapper@metlife.com
jvalentino1@metlife.com
jvinas@metlife.com
jwagenseller@metlife.com
jwand@metlife.com
jwills@metlife.com
jwilson9@metlife.com
jwinterberg@metlife.com
jwiviott@metlife.com
kanderson1@metlife.com
kbralich@metlife.com
kcampbell@metlife.com
kedwards1@metlife.com
kgibbons@metlife.com

khannell@metlife.com
kkava@metlife.com
kkelly1@metlife.com
klehman@metlife.com
kmahon@metlife.com
kmcyntire@metlife.com
kredgate@metlife.com
krooney1@metlife.com
ksmith3@metlife.com
kwalters1@metlife.com
kwang@metlife.com
kwhitehouse@metlife.com
lcalvelli@metlife.com
lcarpio@metlife.com
lcheng@metlife.com
ldickey@metlife.com
leckl@metlife.com
levangel@metlife.com
lgranger@metlife.com
lhuang@metlife.com
lkelser@metlife.com
llauner@metlife.com
llongino@metlife.com
lmckissock@metlife.com
lshainsky@metlife.com
lsheehey@metlife.com
ltruglio@metlife.com
lwilson1@metlife.com
lyoerg@metlife.com
lzha@metlife.com
mbisci@metlife.com
mblechner@metlife.com
mdetgen@metlife.com
mfabbio@metlife.com
mfania@metlife.com
mgerdes@metlife.com
mgraetzball@metlife.com
mgreen@metlife.com
mimbriano@metlife.com
mjodell@metlife.com
mjones2@metlife.com
mkachelski@metlife.com
mkarasiewicz@metlife.com
mkroeger@metlife.com
mkuang@metlife.com
mmasters@metlife.com
mmcdonnell@metlife.com
mmi@metlife.com
mmolina@metlife.com
mmurphy6@metlife.com
mostrowski@metlife.com
mpados@metlife.com
mpucci@metlife.com
mquackenbush@metlife.com
mroch@metlife.com
mseidell@metlife.com
msing@metlife.com
mstrebel@metlife.com
mtau@metlife.com
mthuang@metlife.com

musejnoski@metlife.com
mweir@metlife.com
mwhitbysmith@metlife.com
mwickwire@metlife.com
mwilliams3@metlife.com
myun@metlife.com
mzabala@metlife.com
ncator@metlife.com
ndoyle@metlife.com
nhu@metlife.com
nlatrenta@metlife.com
nmanelkar@metlife.com
nmuellerhand@metlife.com
nmunir@metlife.com
nroberts@metlife.com
nstasse@metlife.com
nvigo@metlife.com
osanders@metlife.com
pbenjamin@metlife.com
pbenjamin1@metlife.com
pbwu@metlife.com
pcliche@metlife.com
pdholakia@metlife.com
pgutierrez1@metlife.com
pkatsos@metlife.com
pkrall@metlife.com
pkurniawan@metlife.com
pmcilveen@metlife.com
pmelville@metlife.com
psalmon@metlife.com
psharma16@metlife.com
pshea1@metlife.com
pvarughese@metlife.com
pwilson1@metlife.com
rblumberg@metlife.com
rfyoung@metlife.com
rgunaratna@metlife.com
rgupta4@metlife.com
rhalgren@metlife.com
rhlee@metlife.com
rhmeredith@metlife.com
rjenkins@metlife.com
rkoenig@metlife.com
rleist@metlife.com
rmolisso@metlife.com
rmorgan@metlife.com
rneath@metlife.com
rnirenberg@metlife.com
rorourke@metlife.com
rrdavis@metlife.com
rshu@metlife.com
rsong@metlife.com
rvellequette@metlife.com
sbeaber@metlife.com
sbruno@metlife.com
sbuffum@metlife.com
schneiderman@metlife.com
scho@metlife.com
sfretwell@metlife.com
sgala@metlife.com

| | | |
|---|---|---|
| sgarrett@metlife.com | vtran@metlife.com | koberwest@metzler.com |
| sgreco@metlife.com | vwarsen@metlife.com | lorenzocarcano@metzler.com |
| shendricks@metlife.com | vzhang@metlife.com | margritbayer@metzler.com |
| sholland@metlife.com | wchin@metlife.com | mbrueck@metzler.com |
| shuang@metlife.com | wdong@metlife.com | mburrer@metzler.com |
| singlis@metlife.com | werickson@metlife.com | mdrexelius@metzler.com |
| sisley@metlife.com | wgardner@metlife.com | mklaus@metzler.com |
| sjdonnelly@metlife.com | whchang@metlife.com | mkorsch@metzler.com |
| skandarian@metlife.com | wiwanicki@metlife.com | mluley@metzler.com |
| skarpel@metlife.com | wlee@metlife.com | npurschaker@metzler.com |
| skilkenny@metlife.com | wmarkey@metlife.com | orupprich@metzler.com |
| slee17@metlife.com | wmoretti@metlife.com | pstruck@metzler.com |
| sleibowitz@metlife.com | wschmiedeska@metlife.com | pwelling@metzler.com |
| slinnick@metlife.com | wtakacs@metlife.com | rdamm@metzler.com |
| slituchy@metlife.com | xxxxxx@metlife.com | rmatthes@metzler.com |
| soliver@metlife.com | yhsu@metlife.com | rsalzsieder@metzler.com |
| spatel3@metlife.com | yshen@metlife.com | samelung@metzler.com |
| spelkola@metlife.com | zafkari@metlife.com | sbeer@metzler.com |
| spitcher@metlife.com | hinker@metro.de | sdruskath@metzler.com |
| sradis@metlife.com | michael.westerwick@metro.de | sdudacy@metzler.com |
| ssant@metlife.com | research@metro.de | smeyer@metzler.com |
| sslattery@metlife.com | trautmann@metro.de | sweidel@metzler.com |
| sswetnick@metlife.com | wolf2@metro.de | tejiri@metzler.com |
| stolep@metlife.com | wolff@metro.de | uherold@metzler.com |
| swancier@metlife.com | amsy@metrobank.com.ph | usundermeier@metzler.com |
| sxchen@metlife.com | apcyap@metrobank.com.ph | bgood@metzlerpayden.com |
| tbrownsword@metlife.com | bliz.cuna@metrobank.com.ph | heikei@metzlerpayden.com |
| tcambara@metlife.com | kpenginco@metrobank.com.ph | anna.suszynska@mf.gov.pl |
| tcarlson@metlife.com | mike.smith@metrokc.gov | ccpina@mf.gov.pt |
| tclee@metlife.com | scott.matheson@metrokc.gov | eslima@mf.gov.pt |
| tconlon@metlife.com | adamm@metzler.com | fcarvalho@mf.gov.pt |
| tcurran@metlife.com | ahartung@metzler.com | pedro.wilton@mf.gov.pt |
| thathaway@metlife.com | akravkov@metzler.com | bdurand@mfcglobalus.com |
| theaton@metlife.com | aweber@metzler.com | brizzardi@mfcglobalus.com |
| tho@metlife.com | azellmann@metzler.com | carbuthnot@mfcglobalus.com |
| tinnes@metlife.com | bbiehler@metzler.com | cjobrien@mfcglobalus.com |
| tlau1@metlife.com | bernhardebert@metzler.com | estoltzmann@mfcglobalus.com |
| tlenihan@metlife.com | bjung@metzler.com | hmehlman@mfcglobalus.com |
| tlennon2@metlife.com | bkraft@metzler.com | jconnolly@mfcglobalus.com |
| tnguyen@metlife.com | cbouton@metzler.com | lwelch@mfcglobalus.com |
| tpayne@metlife.com | cgeier@metzler.com | mlorizio@mfcglobalus.com |
| tpiesko@metlife.com | chartner@metzler.com | mscanlon@mfcglobalus.com |
| trobinson@metlife.com | cruegemer@metzler.com | ppatterson@mfcglobalus.com |
| tschmidt@metlife.com | cviel@metzler.com | rhamilton@mfcglobalus.com |
| tschuster@metlife.com | cyoung@metzler.com | ycruz@mfcglobalus.com |
| tsmith16@metlife.com | delsell@metzler.com | mark_shannon@mfcinvestments.com |
| tstockton@metlife.com | ekeller@metzler.com | alan_wicks@mfcinvestments.com |
| tveazey@metlife.com | ewalk@metzler.com | allison_mendes@mfcinvestments.com |
| twinograd@metlife.com | fheise@metzler.com | bilal_naqvi@mfcinvestments.com |
| ushah@metlife.com | gboehme@metzler.com | brett_hryb@mfcinvestments.com |
| varmstrong@metlife.com | helmuthmueller@metzler.com | carol_hassel@mfcinvestments.com |
| vbertellotti@metlife.com | hmatsumoto@metzler.com | carson_jen@mfcinvestments.com |
| vcirulli@metlife.com | hveit@metzler.com | cathy_addison@mfcinvestments.com |
| vcorrea@metlife.com | hwild@metzler.com | chris_hensen@mfcinvestments.com |
| vdesai@metlife.com | ifaryar@metzler.com | conrad_dabiet@mfcinvestments.com |
| vfliorent@metlife.com | igyoengyoesi@metzler.com | danny_tomka@mfcinvestments.com |
| vfradkin@metlife.com | imichalzik@metzler.com | duncan_anderson@mfcinvestments.com |
| vjhaveri@metlife.com | jdiehl@metzler.com | eugene_choy@mfcinvestments.com |
| vkatsikiotis@metlife.com | jkennedy@metzler.com | geof_marshall@mfcinvestments.com |
| vmartinez@metlife.com | kbuder@metzler.com | glenn_tetu@mfcinvestments.com |

harpreet_singh@mfcinvestments.com
james_revere@mfcinvestments.com
jeffrey_bradacs@mfcinvestments.com
jennifer_dowty@mfcinvestments.com
jim_schetakis@mfcinvestments.com
jonathan_popper@mfcinvestments.com
kon_kizunov@mfcinvestments.com
marc_buchanan@mfcinvestments.com
mark_schmeer@mfcinvestments.com
michael_zalanyi@mfcinvestments.com
narayan_ramani@mfcinvestments.com
niall_brown@mfcinvestments.com
noman_ali@mfcinvestments.com
peggie_bowie@mfcinvestments.com
peter_yang@mfcinvestments.com
prakash_chaudhari@mfcinvestments.com
ram_brahmachari@mfcinvestments.com
rhonda_chang@mfcinvestments.com
richard_crook@mfcinvestments.com
richard_kos@mfcinvestments.com
robert_lutzko@mfcinvestments.com
shauna_sexsmith@mfcinvestments.com
steve_tyson@mfcinvestments.com
stewart_sprague@mfcinvestments.com
terry_carr@mfcinvestments.com
tina_hsiao@mfcinvestments.com
wayne_dolly@mfcinvestments.com
abbou-assi@mfs.com
acostello@mfs.com
afarstad@mfs.com
ahartwell@mfs.com
amackey@mfs.com
amayo@mfs.com
amcbride@mfs.com
annkiong@mfs.com
aoneill@mfs.com
apanchamsingh@mfs.com
apaulo@mfs.com
apennellatore@mfs.com
aross@mfs.com
asablone@mfs.com
askatrud@mfs.com
athornton@mfs.com
aulland@mfs.com
ayentsch@mfs.com
barmstrong@mfs.com
bcarlson@mfs.com
bclougher@mfs.com
bcunha@mfs.com
bdargan@mfs.com
bfarley@mfs.com
bfemino@mfs.com
bfleishman@mfs.com
bhall@mfs.com
bhughes@mfs.com
bkottler@mfs.com
bmirliani@mfs.com
bnastou@mfs.com
bnelson@mfs.com
bpalmer@mfs.com

bpittsley@mfs.com
brosenbaum@mfs.com
bscozzafava@mfs.com
bstone@mfs.com
btaylor@mfs.com
btorpey@mfs.com
bvartak@mfs.com
bvigneaux@mfs.com
bwalls@mfs.com
bwiener@mfs.com
cbalyosian@mfs.com
cberesford@mfs.com
ccodrington@mfs.com
cdavis@mfs.com
cgraul@mfs.com
chumphries@mfs.com
cjennings@mfs.com
cmccall@mfs.com
cmier@mfs.com
cmurray-hession@mfs.com
crao@mfs.com
ctabb@mfs.com
ctompkins@mfs.com
cward@mfs.com
cwhinery@mfs.com
dacevedo@mfs.com
dallaire@mfs.com
dantonelli@mfs.com
dcalabro@mfs.com
dcobey@mfs.com
dcole@mfs.com
ddegroff@mfs.com
ddibattista@mfs.com
dearnest@mfs.com
dgeary@mfs.com
dgriesbauer@mfs.com
dhayes@mfs.com
dhemsworth@mfs.com
dkennedy2@mfs.com
dling@mfs.com
dmactavish@mfs.com
dmannheim@mfs.com
dmarchant@mfs.com
dmiller@mfs.com
dmykrantz@mfs.com
dscherman@mfs.com
dshindler@mfs.com
dtrimbal@mfs.com
dtrimble@mfs.com
ebraz@mfs.com
edarci@mfs.com
efischman@mfs.com
ehazen@mfs.com
eodette@mfs.com
ethielscher@mfs.com
etrach@mfs.com
eweigel@mfs.com
eweisman@mfs.com
eyingfang@mfs.com
fbenzinho@mfs.com

firstinitialsurname@mfs.com
fsiddiqi@mfs.com
ftaj@mfs.com
gbennett@mfs.com
gbensimon@mfs.com
ggourgey@mfs.com
gheller@mfs.com
gkurinsky@mfs.com
glasman@mfs.com
glocraft@mfs.com
gmartin@mfs.com
gpendleton@mfs.com
gpoirier@mfs.com
gschechter@mfs.com
gugali@mfs.com
gwestervelt@mfs.com
hhaidar@mfs.com
hmathieson@mfs.com
hwatson@mfs.com
iali@mfs.com
iobrien@mfs.com
j.norberg@mfs.com
jaddeo@mfs.com
jb@mfs.com
jbacon@mfs.com
jblack@mfs.com
jblanchette@mfs.com
jbrogna@mfs.com
jburkett@mfs.com
jcalmas@mfs.com
jcho@mfs.com
jclark@mfs.com
jconstantino@mfs.com
jdunlap@mfs.com
jeaton@mfs.com
jestella@mfs.com
jfallon@mfs.com
jfitzgerald@mfs.com
jflaherty@mfs.com
jgarcia@mfs.com
jgaunt@mfs.com
jguyton@mfs.com
jjoseph@mfs.com
jkosty@mfs.com
jlan@mfs.com
jleach@mfs.com
jmacdougall@mfs.com
jmarsh@mfs.com
jmarston@mfs.com
jmaurer@mfs.com
jmendez@mfs.com
jmitchell@mfs.com
jnewberry@mfs.com
jnicholson@mfs.com
joycelynlee@mfs.com
jperkins@mfs.com
jpiotrowski@mfs.com
jrangi@mfs.com
jrhee@mfs.com
jrussel@mfs.com

| | | |
|---|---|---|
| jsage@mfs.com | mkrummell@mfs.com | rhall@mfs.com |
| jschuster@mfs.com | mmccusker@mfs.com | rhawkins@mfs.com |
| jshames@mfs.com | mmcdonough@mfs.com | rhuang@mfs.com |
| jsn@mfs.com | mmcguire@mfs.com | rkurma@mfs.com |
| jstarrick@mfs.com | mnickson@mfs.com | rlapointe@mfs.com |
| jstocks@mfs.com | mpandolfi@mfs.com | rlau@mfs.com |
| jswalker@mfs.com | mpapa@mfs.com | rlee@mfs.com |
| jswanson@mfs.com | mpascal@mfs.com | rlivermore@mfs.com |
| jwakelin@mfs.com | mpereira@mfs.com | rmanning@mfs.com |
| kbatsolakis@mfs.com | mpettirossi@mfs.com | rmcallister@mfs.com |
| kbeatty@mfs.com | mpolitis@mfs.com | rmorley@mfs.com |
| kbillington@mfs.com | mroberge@mfs.com | roliviera@mfs.com |
| kconn@mfs.com | msalmon@mfs.com | rpark@mfs.com |
| kderoche@mfs.com | msharma@mfs.com | rpersons@mfs.com |
| kdyer@mfs.com | mshaughnessy@mfs.com | rrjanikov@mfs.com |
| kenright@mfs.com | msmith@mfs.com | ruth.mulligan@mfs.com |
| kfranke@mfs.com | mspalla@mfs.com | rweinberg@mfs.com |
| khelkenberg@mfs.com | mtata@mfs.com | saubuchon@mfs.com |
| khom@mfs.com | mthompstone@mfs.com | sbryant@mfs.com |
| kko@mfs.com | mwhitbread@mfs.com | sburelli@mfs.com |
| kmead@mfs.com | mwilson@mfs.com | sdankelman@mfs.com |
| kparke@mfs.com | mwitherell@mfs.com | sdonovan@mfs.com |
| krahn@mfs.com | nanandkar@mfs.com | sgieg@mfs.com |
| kschmitz@mfs.com | natadika@mfs.com | sgorham@mfs.com |
| ksebastian@mfs.com | nbotcheos@mfs.com | sgresham@mfs.com |
| lanthony@mfs.com | nchitkara@mfs.com | sholly@mfs.com |
| lbissonnette@mfs.com | nchory@mfs.com | simon.todd@mfs.com |
| ldelima@mfs.com | nmorillo@mfs.com | skelley@mfs.com |
| ldevito@mfs.com | npradhan@mfs.com | skim@mfs.com |
| lkennedy@mfs.com | nrumpf@mfs.com | sklotz@mfs.com |
| llebatique@mfs.com | nshapiro@mfs.com | smehta@mfs.com |
| llevesque@mfs.com | nsmithie@mfs.com | smorse@mfs.com |
| llindquist@mfs.com | nstroscio@mfs.com | smurphy@mfs.com |
| lmiller@mfs.com | nzatlyn@mfs.com | snatarajan@mfs.com |
| lrasin@mfs.com | olebleu@mfs.com | snguyen@mfs.com |
| ltalukdar@mfs.com | pbechtold@mfs.com | spesek@mfs.com |
| lzaslavskiy@mfs.com | pburgener@mfs.com | srichards@mfs.com |
| malbrecht@mfs.com | pdelamata@mfs.com | ssherwood@mfs.com |
| matthew.ryan@mfs.com | pdevine@mfs.com | talbrecht@mfs.com |
| mballan@mfs.com | pfruzzetti@mfs.com | tbertsekas@mfs.com |
| mbarrett@mfs.com | pgordon@mfs.com | tburgess@mfs.com |
| mbeaulieu@mfs.com | photz@mfs.com | tbuttiglieri@mfs.com |
| mbednar@mfs.com | pju@mfs.com | tcronin@mfs.com |
| mburke@mfs.com | pkirwan@mfs.com | tcrowley@mfs.com |
| mcallister@mfs.com | plopez@mfs.com | tdittmer@mfs.com |
| mcantara@mfs.com | pmead@mfs.com | tgilchrist@mfs.com |
| mclark@mfs.com | prkelly@mfs.com | tjian@mfs.com |
| mcrombie@mfs.com | probbims@mfs.com | tjones@mfs.com |
| mdawson@mfs.com | probbins@mfs.com | tmaloney@mfs.com |
| memmanuel@mfs.com | pskinner@mfs.com | tmelendez@mfs.com |
| mfeeney2@mfs.com | pvaream@mfs.com | tocchiolini@mfs.com |
| mflint@mfs.com | pvoulgaris@mfs.com | traeke@mfs.com |
| mgrossman@mfs.com | r1johnson@mfs.com | tsanchez@mfs.com |
| mhulme@mfs.com | r1macdonald@mfs.com | tshushan@mfs.com |
| mhutson@mfs.com | ralmeida@mfs.com | twood@mfs.com |
| mjwilliams@mfs.com | ras@mfs.com | vhowland@mfs.com |
| mkaul@mfs.com | rbelmont@mfs.com | wadams@mfs.com |
| mkence@mfs.com | rbiagini@mfs.com | wardbrown@mfs.com |
| mkim@mfs.com | rfeliciano@mfs.com | wdouglas@mfs.com |
| mkrummel@mfs.com | rflaherty@mfs.com | wjean-baptiste@mfs.com |

ygarena@mfs.com
adrian.ryser@mgb.ch
niklaus.germann@mgb.ch
ueli.buechi@mgb.ch
bernie_verhoeven@mgic.com
jaime_hanson@mgic.com
james_karpowicz@mgic.com
kathy_valenti@mgic.com
lisa_pendergast@mgic.com
monica_white@mgic.com
paul_spiroff@mgic.com
scott_booth@mgic.coom
steve_thompson@mgic.com
tim_edwards@mgic.com
adam@mginvestors.com
danielle@mginvestors.com
davidmp@mginvestors.com
devin@mginvestors.com
hilary@mginvestors.com
john@mginvestors.com
sameh@mginvestors.com
akiko.shimada@mhcb.co.uk
akira.kawamura@mhcb.co.uk
alec.clements@mhcb.co.uk
andrew.brodie@mhcb.co.uk
andrew.stringer@mhcb.co.uk
anthony.chan@mhcb.co.uk
brian.brooks@mhcb.co.uk
brian.ferguson@mhcb.co.uk
curtis.adams@mhcb.co.uk
daishi.samuro@mhcb.co.uk
frank.harris@mhcb.co.uk
fraser.thomas@mhcb.co.uk
graham.lesnick@mhcb.co.uk
guy.mclean@mhcb.co.uk
hidenori.ikezawa@mhcb.co.uk
hidetoshi.honda@mhcb.co.uk
james.maul@mhcb.co.uk
jean-yves.korenian@mhcb.co.uk
jeremy.ghose@mhcb.co.uk
jim.coyne@mhcb.co.uk
junichirou.yoshiyama@mhcb.co.uk
kazuhiro.ninomiya@mhcb.co.uk
lee.bensusan@mhcb.co.uk
marcus.barnes@mhcb.co.uk
matine.raza@mhcb.co.uk
michael.karstensen@mhcb.co.uk
mikio.itabashi@mhcb.co.uk
naoto.komine@mhcb.co.uk
naoto.shirasaki@mhcb.co.uk
narinder.bhatowa@mhcb.co.uk
nick.fenn@mhcb.co.uk
nick.fenton@mhcb.co.uk
nick.turton@mhcb.co.uk
nick.williams1@mhcb.co.uk
nigel.palmer@mhcb.co.uk
paul.carman@mhcb.co.uk
paul.connor@mhcb.co.uk
paul.dunn@mhcb.co.uk
paul.shea@mhcb.co.uk

peter.elwell@mhcb.co.uk
raymond.singer@mhcb.co.uk
richard.elliott@mhcb.co.uk
richard.healing@mhcb.co.uk
richard.marshall@mhcb.co.uk
robert.howarth@mhcb.co.uk
robert.thurlow@mhcb.co.uk
ruth.ockendon@mhcb.co.uk
seiki.hara@mhcb.co.uk
shayne.dunlap@mhcb.co.uk
shibazaki@mhcb.co.uk
simon.heywood@mhcb.co.uk
spencer.staples@mhcb.co.uk
stephen.faldo@mhcb.co.uk
steve.kirby@mhcb.co.uk
takashi.makita@mhcb.co.uk
takashi.nagato@mhcb.co.uk
taketsuna.okabe@mhcb.co.uk
takumi.otsuka@mhcb.co.uk
thorsten.palinkas@mhcb.co.uk
timothy.mckean@mhcb.co.uk
tony.mcdonagh@mhcb.co.uk
toshiya.owada@mhcb.co.uk
trevor.bailey@mhcb.co.uk
yukio.ikemura@mhcb.co.uk
yuko.behan@mhcb.co.uk
rosalind.malone@mhmraharris.org
mborroni@mi.unicatt.it
moriani@mi.unicatt.it
eellison@miami.edu
guerrero@miami.edu
francois.dalverny@ch.michelin.com
frederic.vilhes@ch.michelin.com
jacques.van-leeuwen@ch.michelin.com
olaf.meyer@ch.michelin.com
paul.jouannic@ch.michelin.com
haasm@michigan.gov
saxton@michigan.gov
abhishek.pulakanti@micorp.com
alan.creech@micorp.com
andrew.arnold@micorp.com
andrew.oconnell@micorp.com
andrew.reed@micorp.com
andy.tillman@micorp.com
ann.lowrey@micorp.com
anne.tidmore@micorp.com
annette.hellmer@micorp.com
bill.uelmen@micorp.com
brett.patten@micorp.com
brian.bieger@micorp.com
brian.janowski@micorp.com
bryan.bigari@micorp.com
casey.sabs@micorp.com
casey_sambs@micorp.com
chris.totman@micorp.com
craig.mauermann@micorp.com
dan.dujmic@micorp.com
daniel.brown@micorp.com
daniel.byrne@micorp.com
dave.komberec@micorp.com

dave.urban@micorp.com
dennis.romero@micorp.com
don.wilson@micorp.com
doug.howe@micorp.com
duane.haas@micorp.com
duane.mcallister@micorp.com
earl.delaet@micorp.com
estella.sidney@micorp.com
faye.fox@micorp.com
genny.lynkiewicz@micorp.com
gordon.gunnlaugsson@micorp.com
greg.dirkse@micorp.com
greg.smith@micorp.com
jason.weiner@micorp.com
jeanne.simmons@micorp.com
jill.groshek@micorp.com
john.boritzke@micorp.com
john.callen@micorp.com
john.sutorius@micorp.com
joshua.hunt@micorp.com
kathryn.mohr@micorp.com
ken.salmon@micorp.com
kenneth.conrad@micorp.com
kenneth.mayer@micorp.com
leon.dodge@micorp.com
lisa.cordova@micorp.com
mark.kharitou@micorp.com
matt.lephardt@micorp.com
matthew.dean@micorp.com
matthew.fahey@micorp.com
matthew.olmsted@micorp.com
michael.burke@micorp.com
michelle.petasek@micorp.com
mike.barry@micorp.com
mike.flaherty@micorp.com
nancy.klind@micorp.com
pat.dorn@micorp.com
patrick.gundlach@micorp.com
patty.nogalski@micorp.com
richard.rokus@micorp.com
robert.cummisford@micorp.com
ron.tesmond@micorp.com
ryan.bushman@micorp.com
scott.holan@micorp.com
scott.jennings@micorp.com
shane.harvey@micorp.com
shane.sawyer@micorp.com
sonia.patel@micorp.com
steve.prunuske@micorp.com
susan.dulde@micorp.com
thomas.uutala@micorp.com
tim.hennig@micorp.com
todd.healy@micorp.com
tyler.lynch@micorp.com
vince.russo@micorp.com
william.oconnor@micorp.com
ablackmu@microsoft.com
alivanov@microsoft.com
a-miseim@microsoft.com
andhruv@microsoft.com

| | | |
|---|---|---|
| aronston@microsoft.com | sokol@midamerican.com | david.mendesduarte@millenniumbcp.pt |
| asekhar@microsoft.com | taanliker@midamerican.com | dferraz@millenniumbcp.pt |
| bdamon@microsoft.com | tcfoster@midamerican.com | joaquim.pires@millenniumbcp.pt |
| bdiersch@microsoft.com | tmholzhauser@midamerican.com | miguel.amaro@millenniumbcp.pt |
| bertana@microsoft.com | gsmith@midatlantic.com | miguel.duarte@millenniumbcp.pt |
| bradfa@microsoft.com | bstewart@midatlanticcorp.org | mrosa@millenniumbcp.pt |
| brentca@microsoft.com | kkelly@midatlanticcorp.org | pedro.casquinho@millenniumbcp.pt |
| criffe@microsoft.com | mastahr@midcogen.com | sofiagomes.silva@millenniumbcp.pt |
| ddurkin@microsoft.com | brad.gentry@midfirst.com | scottmiller@millerglobalinvestments.com |
| dhoch@microsoft.com | caleb.baucom@midfirst.com | bbyrne@millertabak.com |
| dkiepfer@microsoft.com | david.brooks@midfirst.com | bmaybrown@millertabak.com |
| edbarrie@microsoft.com | erin.stone@midfirst.com | dbenson@millertabak.com |
| eqresrch@microsoft.com | james.clark@midfirst.com | dmahoney@millertabak.com |
| fangxu@microsoft.com | jim.nield@midfirst.com | dmessina@millertabak.com |
| fxresrch@microsoft.com | kent.dockum@midfirst.com | drastelli@millertabak.com |
| georgez@microsoft.com | roger.disalvatore@midfirst.com | dtuthill@millertabak.com |
| janniel@microsoft.com | scott.reed@midfirst.com | hzhang@millertabak.com |
| jared.bean@microsoft.com | tim.tackett@midfirst.com | jalusick@millertabak.com |
| jenshen@microsoft.com | jlokey@midstatebank.com | jjewell@millertabak.com |
| jmain@microsoft.com | jstathos@midstatebank.com | jmiller@millertabak.com |
| jmatz@microsoft.com | mgibson@midstatebank.com | jstamler@millertabak.com |
| joelco@microsoft.com | andrew.kohl@midstates.org | kmcintosh@millertabak.com |
| jowalker@microsoft.com | bill.fitzpatrick@midstates.org | ksoderberg@millertabak.com |
| jscott@microsoft.com | david.wilson@midstates.org | msimons@millertabak.com |
| juliaye@microsoft.com | jackie.jessen@midstates.org | phudson@millertabak.com |
| kbhargav@microsoft.com | jason.schmidt@midstates.org | plloyd@millertabak.com |
| khsu@microsoft.com | jeffrey.brewster@midstates.org | ptdesk@millertabak.com |
| knatale@microsoft.com | michael.mosher@midstates.org | rlee@millertabak.com |
| marcb@microsoft.com | ronald.koza@midstates.org | rspears@millertabak.com |
| mawalter@microsoft.com | tim.wartman@midstates.org | sdoyle@millertabak.com |
| melca@microsoft.com | todd.adams@midstates.org | sfreeze@millertabak.com |
| mengligu@microsoft.com | lbelletti@miffbank.com | tdemirjian@millertabak.com |
| micharms@microsoft.com | yesworthy@miffbank.com | tpayne@millertabak.com |
| michec@microsoft.com | mauro@mig.com | michael.deweirdt@milliman.com |
| mimil@microsoft.com | adih@migdal-group.co.il | catherine_baggs@milm.com |
| mmorro@microsoft.com | anatlv@migdal-group.co.il | bmangles@mimillers.com |
| mwelsh@microsoft.com | boriser@migdal-group.co.il | dbandish@mimillers.com |
| natgrant@microsoft.com | danl@migdal-group.co.il | dunlopmbet@mindspring.com |
| nicko@microsoft.com | eyalpaz@migdal-group.co.il | ggwinn@mindspring.com |
| nicolal@microsoft.com | guym@migdal-group.co.il | lacers1@mindspring.com |
| nverman@microsoft.com | jonathan@migdal-group.co.il | 49283@mingtai.com.tw |
| puravani@microsoft.com | limorb@migdal-group.co.il | patrik.roos@mini post.nu |
| rbellamy@microsoft.com | noamb@migdal-group.co.il | david.schultz@minnesotamutual.com |
| rosannam@microsoft.com | nuritl@migdal-group.co.il | dianne.orbison@minnesotamutual.com |
| rwininge@microsoft.com | omerk@migdal-group.co.il | erica.bergsland@minnesotamutual.com |
| seisner@microsoft.com | tamarg@migdal-group.co.il | frederick.feuerherm@minnesotamutual.com |
| sergesv@microsoft.com | udir@migdal-group.co.il | james.geiger@minnesotamutual.com |
| shailait@microsoft.com | yonatana@migdal-group.co.il | john.leiviska@minnesotamutual.com |
| shrutiku@microsoft.com | yuvals@migdal-group.co.il | theodore.hoxmeier@minnesotamutual.com |
| stmchugh@microsoft.com | dsmereck@miix.com | lwminton@mintoninvestment.com |
| tahreemk@microsoft.com | dwhelan@millburncorp.com | lwmintoniii@mintoninvestment.com |
| zuhebs@microsoft.com | jannicelli@millburncorp.com | edward.peterhoblyn@mirabaud-im.com |
| bobd@mid.org | jreilly@millburncorp.com | p.mazzitelli@miroglio.com |
| theresa.mann@midamericabank.com | mfitzsimmons@millburncorp.com | r.gattiglia@miroglio.com |
| bkhankel@midamerican.com | mlindberg@millburncorp.com | aihara-takeshi@misrubishi-sec.co.jp |
| cdhaack@midamerican.com | nfugelsang@millburncorp.com | rbex@mitusbishitrust.co.uk |
| jcgalt@midamerican.com | jjguilherme@milleniumbcp.pt | yoshiyuki-teranaka@mito-sec.jp |
| jmbrammer@midamerican.com | pjsilva@milleniumbcp.pt | norihiko-nakagawa@mitsubishi-am.co.jp |
| jmdunker@midamerican.com | cdelaparte@millenniumbank.net | takayuki-amano@mitsubishi-am.co.jp |
| jmfleming@midamerican.com | catarina.galiroseira@millenniumbcp.pt | takeo-kondo@mitsubishi-am.co.jp |

tamisuke-yamashita@mitsubishi-am.co.jp
tomohiro_ochiai@mitsubishi-am.co.jp
yasuharu-ikari@mitsubishi-am.co.jp
arjun.mahajan@mcf.mitsubishicorp.com
dessy.nascimento@mcf.mitsubishicorp.com
hiroko.niwa@mitsubishicorp.com
hitoshi.ishikawa@mitsubishicorp.com
kadota@mitsubishicorp.com
katsuaki.morooka@mitsubishicorp.com
kazuo.seki@mitsubishicorp.com
kenji.kobayashi@mitsubishicorp.com
kojiro.maeo@mitsubishicorp.com
michio.takahashi@mitsubishicorp.com
tomoaki.harada@mitsubishicorp.com
toshiyuki.murasawa@mitsubishicorp.com
toyota.watanabe@mitsubishicorp.com
kazuo.nakagawa@mitsubishi-motors.com
t-matsuzawa@mitsubishi-motors.co.jp
furuhashi-kazuyoshi@mitsubishi-sec.co.jp
goto-shigeki@mitsubishi-sec.co.jp
hashimoto-takeshi@mitsubishi-sec.co.jp
hayakawa-shunsuke@mitsubishi-sec.co.jp
hiramatsu-daisuke@mitsubishi-sec.co.jp
kato-takashi@mitsubishi-sec.co.jp
kushida-takehiro@mitsubishi-sec.co.jp
kusunoki-minako@mitsubishi-sec.co.jp
masuyama-jun@mitsubishi-sec.co.jp
morita-masahiro@mitsubishi-sec.co.jp
nakai-toshiki@mitsubishi-sec.co.jp
okada-mitsuhiro@mitsubishi-sec.co.jp
ozaki-hiroyuki@mitsubishi-sec.co.jp
ozawa-jun@mitsubishi-sec.co.jp
saeki-nobukazu@mitsubishi-sec.co.jp
sakai-masaki@mitsubishi-sec.co.jp
shigeta-osamu@mitsubishi-sec.co.jp
shinohara-go@mitsubishi-sec.co.jp
shirosaka-toshiaki@mitsubishi-sec.co.jp
takahashi-hiroyuki@mitsubishi-sec.co.jp
tateda-yasuyuki@mitsubishi-sec.co.jp
toki-akitomo@mitsubishi-sec.co.jp
wada-hisataka@mitsubishi-sec.co.jp
aki_wakashiro@mitsubishi-trust.co.jp
akihito_watanabe@mitsubishi-trust.co.jp
akinari_takahama@mitsubishi-trust.co.jp
akira_murakoso@mitsubishi-trust.co.jp
amd-jbond_post@mitsubishi-trust.co.jp
atsushi_ito@mitsubishi-trust.co.jp
atsushi_miyamoto@mitsubishi-trust.co.jp
atsushi_sato@mitsubishi-trust.co.jp
atsushi_yoshinari@mitsubishi-trust.co.jp
daisuke_hirayama@mitsubishi-trust.co.jp
daisuke_veno@mitsubishi-trust.co.jp
eiji_nagaoka@mitsubishi-trust.co.jp
etsuko_kasuga@mitsubishi-trust.co.jp
fumiko_shimazaki@mitsubishi-trust.co.jp
genichiro_chiba@mitsubishi-trust.co.jp
go_ishida@mitsubishi-trust.co.jp
h.kubota@mitsubishi-trust.co.uk
hideaki_kondo@mitsubishi-trust.co.jp
hideharu_nozawa@mitsubishi-trust.co.jp

hidekazu_maejima@mitsubishi-trust.co.jp
hideo_machida@mitsubishi-trust.co.jp
hideo_miyagawa@mitsubishi-trust.co.jp
hidetoshi_fuwa@mitsubishi-trust.co.jp
hiroaki_kurokawa@mitsubishi-trust.co.jp
hirofumi_aso@mitsubishi-trust.co.jp
hirohiko_sato@mitsubishi-trust.co.jp
hiroshi_kanae@mitsubishi-trust.co.jp
hiroshi_nagoya@mitsubishi-trust.co.jp
hiroshi_saito@mitsubishi-trust.co.jp
hiroyuki_inoue@mitsubishi-trust.co.jp
hiroyuki_kurokawa@mitsubishi-trust.co.jp
hiroyuki_yuasa@mitsubishi-trust.co.jp
hisakata_isomura@mitsubishi-trust.co.jp
inv-stgy_post@mitsubishi-trust.co.jp
junichi_amemiya@mitsubishi-trust.co.jp
junichi_ito@mitsubishi-trust.co.jp
junichi_narikawa@mitsubishi-trust.co.jp
junji_takei@mitsubishi-trust.co.jp
katsuhisa_ota@mitsubishi-trust.co.jp
katsumi_arita@mitsubishi-trust.co.jp
katsuya_ishida@mitsubishi-trust.co.jp
kazuhide_ara@mitsubishi-trust.co.jp
kazuhide_shibuya@mitsubishi-trust.co.jp
keiji_koyama@mitsubishi-trust.co.jp
keisuke_saeki@mitsubishi-trust.co.jp
ken_yanagihara@mitsubishi-trust.co.jp
kinya_okauchi@mitsubishi-trust.co.jp
koji_kaihatsu@mitsubishi-trust.co.jp
koji_kaihotsu@mitsubishi-trust.co.jp
kota_yamada@mitsubishi-trust.co.jp
kyosuke_takei@mitsubishi-trust.co.jp
maki-ishikoso@mitsubishi-trust.co.jp
makiko_sawamura@mitsubishi-trust.co.jp
makoto_aratake@mitsubishi-trust.co.jp
masahiko_nomura@mitsubishi-trust.co.jp
masahisa_fukushima@mitsubishi-trust.co.jp
masami_funahashi@mitsubishi-trust.co.jp
masami_mukawa@mitsubishi-trust.co.jp
masaru_ichikawa@mitsubishi-trust.co.jp
masato_nakamura@mitsubishi-trust.co.jp
masayuki_suzuki@mitsubishi-trust.co.jp
masayuki_takeda@mitsubishi-trust.co.jp
masayuki_tanaka@mitsubishi-trust.co.jp
megumi_murabayashi@mitsubishi-trust.co.jp
mineo_banno@mitsubishi-trust.co.jp
monitu_nakaminami@mitsubishi-trust.co.jp
muneki_otoda@mitsubishi-trust.co.jp
n.apsley@mitsubishi-trust.co.uk
nami_watanabe@mitsubishi-trust.co.jp
naoya_oishi@mitsubishi-trust.co.jp
nobuhiko_mitake@mitsubishi-trust.co.jp
norihiko_kawachi@mitsubishi-trust.co.jp
noriko_kitamura@mitsubishi-trust.co.jp
noriyoshi_yamaguchi@mitsubishi-trust.co.jp
osamu_terashima@mitsubishi-trust.co.jp
reijiro_samura@mitsubishi-trust.co.jp
rieko_arai@mitsubishi-trust.co.jp
roseanna_chan@mitsubishi-trust.co.jp
s.heyman@mitsubishi-trust.co.uk

saori_nara@mitsubishi-trust.co.jp
satoko_ishii@mitsubishi-trust.co.jp
satoshi_imaizumi@mitsubishi-trust.co.jp
satoshi_nishioka@mitsubishi-trust.co.jp
shigenobu_okabayashi@mitsubishi-trust.co.jp
shinichi_takasaka@mitsubishi-trust.co.jp
shinobu_hirabayashi@mitsubishi-trust.co.jp
shuichi_izumikawa@mitsubishi-trust.co.jp
shuji_nakagawa@mitsubishi-trust.co.jp
tadashi1_hayashi@mitsubishi-trust.co.jp
tadateru_kimura@mitsubishi-trust.co.jp
takanori_yamaguchi@mitsubishi-trust.co.jp
takashi_fuseya@mitsubishi-trust.co.jp
takashi_nagashima@mitsubishi-trust.co.jp
takashi_sugita@mitsubishi-trust.co.jp
takashi_yamamoto@mitsubishi-trust.co.jp
takato_yoshida@mitsubishi-trust.co.jp
takayuki_miyoshi@mitsubishi-trust.co.jp
takeo_yoshida@mitsubishi-trust.co.jp
takeshi_kimura@mitsubishi-trust.co.jp
takeshi_sato@mitsubishi-trust.co.jp
taro_tamura@mitsubishi-trust.co.jp
tomohiro_shibuya@mitsubishi-trust.co.jp
toru_tabei@mitsubishi-trust.co.jp
toru1_matsuda@mitsubishi-trust.co.jp
toshiaki_kobayashi@mitsubishi-trust.co.jp
toshiyuki_masaoka@mitsubishi-trust.co.jp
tsutomu_kondo@mitsubishi-trust.co.jp
v.kishore@mitsubishi-trust.co.uk
yasuharu_tsuru@mitsubishi-trust.co.jp
yasuhiro_fujibayashi@mitsubishi-trust.co.jp
yasuhiro_hotta@mitsubishi-trust.co.jp
yasunori_nishioka@mitsubishi-trust.co.jp
yasuto_miura@mitsubishi-trust.co.jp
yoichi_kamata@mitsubishi-trust.co.jp
yoji_ueda@mitsubishi-trust.co.jp
yoshihide_suzuki@mitsubishi-trust.co.jp
yoshimasa_suzuki@mitsubishi-trust.co.jp
yoshiyuki_nagatomo@mitsubishi-trust.co.jp
yoshiyuki_sato@mitsubishi-trust.co.jp
yosuke_hayakawa@mitsubishi-trust.co.jp
yuichi_ishii@mitsubishi-trust.co.jp
yuko_noda@mitsubishi-trust.co.jp
yusuke_fukui@mitsubishi-trust.co.jp
yuta_kanno@mitsubishi-trust.co.jp
a.kamiyama@mitsui.com
hi.okamoto@mitsui.com
hi.takeuchi@mitsui.com
i.watanabe@mitsui.com
j.morito@mitsui.com
k.harigai@mitsui.com
ke.ota@mitsui.com
ken.yamaguchi@mitsui.com
m.nakata@mitsui.com
n.tsuchiya@mitsui.com
r.sekijima@mitsui.com
s.fukuzawa@mitsui.com
s.toya@mitsui.com
se.ueda@mitsui.com
shino.takeda@mitsui.com

shu.izumi@mitsui.com
t.manabe@mitsui.com
t.saeki@mitsui.com
t.sawamura@mitsui.com
t.usugaya@mitsui.com
ta.goto@mitsui.com
tor.mori@mitsui.com
yokabe@mitsuilifeny.com
akihiro_fujimoto@mitsui-seimei.co.jp
akihiro_fujioka@mitsui-seimei.co.jp
akira_yoshihisa@mitsui-seimei.co.jp
atsushi_shimazaki@mitsui-seimei.co.jp
emikoa_fukuda@mitsui-seimei.co.jp
etsuo_suzuki@mitsui-seimei.co.jp
futoshi_iwamoto@mitsui-seimei.co.jp
hideo_ito@mitsui-seimei.co.jp
hironori_katou@mitsui-seimei.co.jp
hiroshi_nakamura@mitsui-seimei.co.jp
hiroyuki_hayashi@mitsui-seimei.co.jp
hiroyuki_kajiyama@mitsui-seimei.co.jp
hisao_nishimura@mitsui-seimei.co.jp
jiro_morita@mitsui-seimei.co.jp
jun_miyajima@mitsui-seimei.co.jp
katsuzo_nakata@mitsui-seimei.co.jp
kazuhiro_numano@mitsui-seimei.co.jp
keiichi_hayashi@mitsui-seimei.co.jp
keisuke_miyoshi@mitsui-seimei.co.jp
ken_mitsuta@mitsui-seimei.co.jp
ken_ouchi@mitsui-seimei.co.jp
kiyoshi_kurakata@mitsui-seimei.co.jp
kohei_tsuda@mitsui-seimei.co.jp
koji_harada@mitsui-seimei.co.jp
kouichi_wachi@mitsui-seimei.co.jp
kouji_takahashi@mitsui-seimei.co.jp
kousuke_kanazashi@mitsui-seimei.co.jp
makoto_takemiya@mitsui-seimei.co.jp
masahiro_kamoya@mitsui-seimei.co.jp
masaki_hata@mitsui-seimei.co.jp
masashi_teshigawara@mitsui-seimei.co.jp
masataka_yamaguchi@mitsui-seimei.co.jp
mitsuo_yamamoto@mitsui-seimei.co.jp
nakayasu_osako@mitsui-seimei.co.jp
satoshi_fukagawa@mitsui-seimei.co.jp
shigeru_iijima@mitsui-seimei.co.jp
shinya_arisue@mitsui-seimei.co.jp
shiro_yamada@mitsui-seimei.co.jp
takashi_ochiai@mitsui-seimei.co.jp
tokio_kondo@mitsui-seimei.co.jp
tomo_matsumoto@mitsui-seimei.co.jp
tomoharu_suzuki@mitsui-seimei.co.jp
tomoo_akiyama@mitsui-seimei.co.jp
toshiyasu_goto@mitsui-seimei.co.jp
toshiyasu_shimizu@mitsui-seimei.co.jp
yoshiaki_hizuka@mitsui-seimei.co.jp
yoshiki_nakamura@mitsui-seimei.co.jp
yoshitaka_yamano@mitsui-seimei.co.jp
yuhei_nomura@mitsui-seimei.co.jp
yukio_soma@mitsui-seimei.co.jp
yutaka_matsukawa@mitsui-seimei.co.jp
hiroshi_nagai@mitsui-trust.co.jp

giovanni.gornotempini@mittel.it
bitond@mizrahi.co.il
cohendr@mizrahi.co.il
cohens@mizrahi.co.il
haverims@mizrahi.co.il
hilandera@mizrahi.co.il
kalmany@mizrahi.co.il
navot@mizrahi.co.il
nissan@mizrahi.co.il
pf@mizrahi.co.il
ramons@mizrahi.co.il
smaierovits@mizrahi.co.il
toubinc@mizrahi.co.il
ziper@mizrahi.co.il
adouglas@mizuho.ch
kenneth.mcatee@mizuho.com
minfanger@mizuho.ch
viame.chan@mizuho.com
akira.tsutsui@mizuho-bk.co.jp
fumihiro.anzai@mizuho-bk.co.jp
fumihiro.kawasaki@mizuho-bk.co.jp
hajime.motomiya@mizuho-bk.co.jp
hajime.saito@mizuho-bk.co.jp
hidehiko.tanabe@mizuho-bk.co.jp
hideki.kubo@mizuho-bk.co.jp
hideyuki.koshiyama@mizuho-bk.co.jp
hironori.a.shiragaki@mizuho-bk.co.jp
hiroshi.a.shimada@mizuho-bk.co.jp
hiroshi.sogou@mizuho-bk.co.jp
issei.shinohara@mizuho-bk.co.jp
jo.kitahara@mizuho-bk.co.jp
jun.morita@mizuho-bk.co.jp
jun.oonaka@mizuho-bk.co.jp
junichirou.miki@mizuho-bk.co.jp
kaihei.ishiwata@mizuho-bk.co.jp
kazuaki.oosumi@mizuho-bk.co.jp
kazuki.fujihara@mizuho-bk.co.jp
kazutoshi.narita@mizuho-bk.co.jp
kenichiro.kasahara@mizuho-bk.co.jp
kouhei.asai@mizuho-bk.co.jp
kunihiko.ookubo@mizuho-bk.co.jp
makoto.nishino@mizuho-bk.co.jp
masakatsu.hashiguchi@mizuho-bk.co.jp
masao.oota@mizuho-bk.co.jp
mikihiko.toyoizumi@mizuho-bk.co.jp
naomi.maki@mizuho-bk.co.jp
ryousuke.kawahara@mizuho-bk.co.jp
ryousuke.komori@mizuho-bk.co.jp
ryuusuke.awazu@mizuho-bk.co.jp
satoshi.a.uchida@mizuho-bk.co.jp
setsuko.nakayama@mizuho-bk.co.jp
shigeki.shibata@mizuho-bk.co.jp
shinichi.tsuji@mizuho-bk.co.jp
shinichirou.itoi@mizuho-bk.co.jp
shuuhei.naka@mizuho-bk.co.jp
takanari.fujii@mizuho-bk.co.jp
takashi.kirihara@mizuho-bk.co.jp
takashi.kuroda@mizuho-bk.co.jp
takehiko.a.suzuki@mizuho-bk.co.jp
takeo.segawa@mizuho-bk.co.jp

takeshi.suziki@mizuho-bk.co.jp
takeshi.utagawa@mizuho-bk.co.jp
takeshi.yasuda@mizuho-bk.co.jp
taku.umemoto@mizuho-bk.co.jp
taku.yamada@mizuho-bk.co.jp
tomohiro.kurosawa@mizuho-bk.co.jp
tomohiro.oka@mizuho-bk.co.jp
tomokazu.nakamura@mizuho-bk.co.jp
tomoyuki.kazaoka@mizuho-bk.co.jp
tomoyuki.nishikido@mizuho-bk.co.jp
tomoyuki.uchida@mizuho-bk.co.jp
tooru.terasawa@mizuho-bk.co.jp
toru.oda@mizuho-bk.co.jp
toshihiko.sekiya@mizuho-bk.co.jp
toshiyuki.iwama@mizuho-bk.co.jp
yasuhisa.nitta@mizuho-bk.co.jp
yasuyuki.shibata@mizuho-bk.co.jp
yoji.imafuku@mizuho-bk.co.jp
yoshiaki.iba@mizuho-bk.co.jp
yoshiki.kashimura@mizuho-bk.co.jp
yuichi.kawamoto@mizuho-bk.co.jp
yuuji.shimada@mizuho-bk.co.jp
yuuya.oowada@mizuho-bk.co.jp
frankm@mizuhocap.com
jimp@mizuhocap.com
kazuhoi@mizuhocap.com
omar@mizuhocap.com
stuarts@mizuhocap.com
akio.kato@mizuho-cb.co.jp
amane.oshima@mizuho-cb.co.jp
anita.yu@mizuho-cb.com
atsush.sato@mizuho-cb.co.jp
atsushi.arai@mizuho-cb.co.jp
atsushi.kubota@mizuho-cb.co.jp
brianriley@gpnus.mizuho-cb.com
btang@gpnus.mizuho-cb.com
david.smith@mizuho-cb.com
hideaki.suntani@mizuho-cb.co.jp
hideaki.tomiyama@mizuho-cb.co.jp
hidefumi.kobayashi@mizuho-cb.co.jp
hidenobu.itou@mizuho-cb.co.jp
hideo.kawashima@mizuho-cb.co.jp
hideo.samura@mizuho-cb.co.jp
hidetoshi.soda@mizuho-cb.co.jp
hiroaki.toba@mizuho-cb.co.jp
hiromichi.shimada@mizuho-cb.co.jp
hiroshi.a.hasegawa@mizuho-cb.co.jp
hiroshi.shima@mizuho-cb.co.jp
hiroyuki.terashita@mizuho-cb.co.jp
hisashi.ichikawa@mizuho-cb.co.jp
hisatomo.harada@mizuho-cb.co.jp
hitomi.a.suzuki@mizuho-cb.co.jp
jennifer.yung@mizuho-cb.com
kaoru.mochizuki@mizuho-cb.co.jp
katsuhisa.umemoto@mizuho-cb.co.jp
katsuyuki.takagi@mizuho-cb.co.jp
kazumi.watanabe@mizuho-cb.co.jp
kazunari.higuchi@mizuho-cb.co.jp
kazushige.ishii@mizuho-cb.co.jp
kazushige.yoshinaga@mizuho-cb.co.jp

keiichi.fujiwara@mizuho-cb.co.jp
ken.kodaira@mizuho-cb.com
kenji.a.nakamura@mizuho-cb.co.jp
kenji.yoshikawa@mizuho-cb.co.jp
kenya.koshimizu@mizuho-cb.co.jp
koji.sakurai@mizuho-cb.co.jp
lawrence.choi@mizuho-cb.com
masaharu.yano@mizuho-cb.co.jp
masahiro.toyota@mizuho-cb.co.jp
masanori.nakatsuka@mizuho-cb.co.jp
masatoshi.muto@mizuho-cb.co.jp
mevans@gpnus.mizuho-cb.com
miki.a.yamaguchi@mizuho-cb.co.jp
mitsuo.koizumi@mizuho-cb.co.jp
mitsuyoshi.harazoe@mizuho-cb.com
mmcneill@gpnus.mizuho-cb.com
motohiro.koga@mizuho-cb.co.jp
motonbu.sigumoto@mizuho-cb.co.jp
naoya.sakaguchi@mizuho-cb.co.jp
nobuo.inukai@mizuho-cb.co.jp
noriaki.nakashima@mizuho-cb.co.jp
norifumi.kikuchi@mizuho-cb.co.jp
norio.nakajima@mizuho-cb.co.jp
rbrubaker@us.mizuho-cb.com
rie.kachi@mizuho-cb.co.jp
riichiro.fukahori@mizuho-cb.co.jp
rui.uchida@mizuho-cb.co.jp
ryousei.ishida@mizuho-cb.co.jp
satoshi.funakoshi@mizuho-cb.co.jp
satoshi.iwanaga@mizuho-cb.co.jp
satoshi.ooyama@mizuho-cb.co.jp
satoshi.sugaya@mizuho-cb.co.jp
satoshi.takeuchi@mizuho-cb.co.jp
seiichi.tanaka@mizuho-cb.co.jp
seiji.tsuboi@mizuho-cb.com
shinichi.kaji@mizuho-cb.co.jp
shinsuke.tanaka@mizuho-cb.co.jp
shinya.ishii@mizuho-cb.co.jp
shoji.akahane@mizuho-cb.co.jp
shuji.matsuura@mizuho-cb.co.jp
souhei.okuno@mizuho-cb.co.jp
steve.brennan@mizuho-cb.com
susan.sun@mizuho-cb.com
tadao.hayashi@mizuho-cb.co.jp
takaaki.hamano@mizuho-cb.co.jp
takashi.a.watanabe@mizuho-cb.co.jp
takashi.b.kawaguchi@mizuho-cb.co.jp
takashi.minagawa@mizuho-cb.co.jp
takashi.yano@mizuho-cb.com
takashi.yonetsu@mizuho-cb.co.jp
takayuki.kumagai@mizuho-cb.co.jp
takeshi.kurita@mizuho-cb.co.jp
tami.kita@mizuho-cb.com
tarisaka@us.mizuho-cb.com
tatsuya.yagi@mizuho-cb.co.jp
tetsuya.kawagishi@mizuho-cb.co.jp
tetsuya.morimoto@mizuho-cb.co.jp
tomohiro.onodera@mizuho-cb.co.jp
tomonori.sasaki@mizuho-cb.co.jp
toshiharu.yumoto@mizuho-cb.co.jp

toshikazu.nakagawa@mizuho-cb.co.jp
toshiyuki.abe@mizuho-cb.co.jp
toyohiro.washio@mizuho-cb.co.jp
toyomu.chihaya@mizuho-cb.co.jp
yasuji.onozuka@mizuho-cb.co.jp
yasumasa.nishi@mizuho-cb.co.jp
yasuyuki.yamaji@mizuho-cb.co.jp
yoko.ohinata@mizuho-cb.co.jp
yonoda@gpnus.mizuho-cb.com
yoshiko.shigesada@mizuho-cb.co.jp
yoshinori.tetsuda@mizuho-cb.co.jp
yoshito.takahashi@mizuho-cb.co.jp
yoshiyuki.kaneko@mizuho-cb.co.jp
yuki.mizunoe@mizuho-cb.co.jp
yukio.furukawa@mizuho-cb.co.jp
yukio.miyazaki@mizuho-cb.co.jp
yukou.hirai@mizuho-cb.co.jp
yuu.harada@mizuho-cb.co.jp
shuusaku.yamada@mizuho-cb.co.jp
akihiko.yasui@mizuhocbus.com
alok.sharma@mizuhocbus.com
annemarie.sullivan@mizuhocbus.com
ashish.patel@mizuhocbus.com
atsushi.niigata@mizuhocbus.com
carlos.rijo@mizuhocbus.com
cathy.fowler@mizuhocbus.com
christopher.pierce@mizuhocbus.com
daisuke.izumine@mizuhocbus.com
daisuke.yamamoto@mizuhocbus.com
daniel.riveira@mizuhocbus.com
david.leach@mizuhocbus.com
david.lim@mizuhocbus.com
david.mccarthy@mizuhocbus.com
deborah.markopoulos@mizuhocbus.com
edward.meyers@mizuhocbus.com
ei.mimura@mizuhocbus.com
eiji.nishimura@mizuhocbus.com
gaku.furuta@mizuhocbus.com
galley.ramsaroop@mizuhocbus.com
george.kokkinos@mizuhocbus.com
hajime.ozawa@mizuhocbus.com
haruna.endo@mizuhocbus.com
hideo.watanabe@mizuhocbus.com
hiroya.uchimura@mizuhocbus.com
hiroyuki.masuda@mizuhocbus.com
iwao.ito@mizuhocbus.com
izumi.todoroki@mizuhocbus.com
james.kim@mizuhocbus.com
jeff.toner@mizuhocbus.com
john.davies@mizuhocbus.com
justin.kobe@mizuhocbus.com
karel.pravec@mizuhocbus.com
karen.lu@mizuhocbus.com
katsu.sakai@mizuhocbus.com
kazuhiko.yano@mizuhocbus.com
keiko.greenberg@mizuhocbus.com
kenji.hayashi@mizuhocbus.com
kenji.iwamoto@mizuhocbus.com
kentarou.akashi@mizuhocbus.com
kevin.clark@mizuhocbus.com

kevin.daney@mizuhocbus.com
kevin.zhang@mizuhocbus.com
kiyoshi.miyake@mizuhocbus.com
koji.aiyoshi@mizuhocbus.com
koji.nishiwaki@mizuhocbus.com
kristina.derosa@mizuhocbus.com
larry.han@mizuhocbus.com
luis.lobo@mizuhocbus.com
mark.gronich@mizuhocbus.com
marvin.lazar@mizuhocbus.com
masahiro.sekiyama@mizuhocbus.com
masatsugu.nagato@mizuhocbus.com
matthew.murphy@mizuhocbus.com
matthew.quirk@mizuhocbus.com
minoru.hasegawa@mizuhocbus.com
miroslav.visic@mizuhocbus.com
mitsuhiro.nagahama@mizuhocbus.com
nathaniel.lindzen@mizuhocbus.com
noel.purcell@mizuhocbus.com
owen.tunney@mizuhocbus.com
peter.katsanos@mizuhocbus.com
raizo.yamamoto@mizuhocbus.com
razi.amin@mizuhocbus.com
robert.gallagher@mizuhocbus.com
robert.munch@mizuhocbus.com
roy.brubaker@mizuhocbus.com
ryuhei.fujii@mizuhocbus.com
saeko.saker@mizuhocbus.com
samuel.gottesman@mizuhocbus.com
shigeo.kanayama@mizuhocbus.com
shiro.shiraishi@mizuhocbus.com
stephanie.wong@mizuhocbus.com
stephen.petta@mizuhocbus.com
takafumi.inui@mizuhocbus.com
takafumi.kawamura@mizuhocbus.com
takahiko.ueda@mizuhocbus.com
takahiro.yawata@mizuhocbus.com
takayoshi.wiesner@mizuhocbus.com
takeshi.ozawa@mizuhocbus.com
tammy.dalton@mizuhocbus.com
tetsuya.akutsu@mizuhocbus.com
timothy.white@mizuhocbus.com
tomoko.tanaka@mizuhocbus.com
victor.cheong@mizuhocbus.com
volkan.kubali@mizuhocbus.com
yasuyuki.kurimoto@mizuhocbus.com
yoshikazu.tanaka@mizuhocbus.com
yumiko.licznerski@mizuhocbus.com
yutaka.hiraoka@mizuhocbus.com
armin.wagner@uk.mizuho-sc.com
bernard.jensen@us.mizuho-sc.com
darren.lefcoe@uk.mizuho-sc.com
david.barker@uk.mizuho-sc.com
edward.fisher@uk.mizuho-sc.com
george.yanakiev@uk.mizuho-sc.com
glenn.dulieu@us.mizuho-sc.com
graham.halliday@uk.mizuho-sc.com
ian.cash@uk.mizuho-sc.com
ian.griffiths@uk.mizuho-sc.com
james.coughlin@us.mizuho-sc.com

jason.thorell@us.mizuho-sc.com
junichi.nakamura@uk.mizuho-sc.com
kim.duncan@uk.mizuho-sc.com
lars.holskjaer@uk.mizuho-sc.com
marc.petrocochino@uk.mizuho-sc.com
mark.berti@us.mizuho-sc.com
mark.cartier@us.mizuho-sc.com
mark.dorman@uk.mizuho-sc.com
matthew.hand@us.mizuho-sc.com
neil.carthy@uk.mizuho-sc.com
paolo.torti@us.mizuho-sc.com
patrick.collins@uk.mizuho-sc.com
paul.devlin@us.mizuho-sc.com
paul.murphy@uk.mizuho-sc.com
philippe.chavanne@uk.mizuho-sc.com
richard.montesano@us.mizuho-sc.com
richard.truong@us.mizuho-sc.com
robert.deustachio@us.mizuho-sc.com
suresh.withana@uk.mizuho-sc.com
yannis.matsis@uk.mizuho-sc.com
masanori.hariyama@mizuho-tb.co.jp
michael@mjmpartners.com
cmos@mjwhitman.com
brian.colgan@mjxam.com
david.harrington@mjxam.com
hans.christensen@mjxam.com
breuning@mk-ag.de
clauss@mk-ag.de
vieker@mk-ag.de
abbe_mulroy@ml.com
addison_werner@ml.com
ajay_soni@ml.com
al_katz@ml.com
alex_clausen@ml.com
alexsa@exchange.ml.com
amit_bhattacharyya@ml.com
amit_sethi@ml.com
andrew_liggio@ml.com
andrew_obin@ml.com
andrew_silver@ml.com
anna_chin@ml.com
anthony_adornetto@ml.com
anthony_duyck@ml.com
anthony_migliozzi@ml.com
anup_goswami@ml.com
aoife_fitzpatrick@ml.com
aphoel@exchange.ml.com
archie_struthers@ml.com
arjun_kondamani@ml.com
artie_dirocco@ml.com
asgtrading@exchange.ml.com
aynur_mukhametshin@ml.com
b_manning@ml.com
b_xia@ml.com
barry_oconnell@ml.com
basil_qunibi@ml.com
bdaniel_evans@ml.com
ben_gore@ml.com
bernard_george@ml.com
beth_mayberry@ml.com

betty_cinq-mars@ml.com
bill_bock@ml.com
bill_marshall@ml.com
bob_murray@ml.com
bob_sneedon@ml.com
bob_wong@ml.com
boris_tomassini@ml.com
brendph@exchange.ml.com
brian_cymbor@ml.com
brian_ely@ml.com
brian_fullerton@ml.com
brian_pyhel@ml.com
brian_reid@ml.com
bridget_dean-hammel@ml.com
bryan_ison@ml.com
c_malone@ml.com
carla_sirman@ml.com
carol_wood@ml.com
carolyn_elmer@ml.com
cathal_buckley@ml.com
catherine_avery@ml.com
chantal_markey@ml.com
charles_macintosh@ml.com
charlie_quattrone@ml.com
chayward@ml.com
chet_ragavan@ml.com
chris_fornal@ml.com
chris_franklin@ml.com
chris_tuohy@ml.com
christian_langenstein@ml.com
christine_curnan@ml.com
christine_lee@ml.com
christine_suzuka@ml.com
christopher_grant@ml.com
christopher_haid@ml.com
clarence_seals@ml.com
clarkjo@ml.com
claudia_correa@ml.com
cliona_nicunfraidh@ml.com
coleen_gasiewski@ml.com
colin_stewart@ml.com
colleen_ravaris@ml.com
colleen_thayer@ml.com
colleen_wade@ml.com
costavi@exchange.ml.com
craig_blessing@ml.com
csorrentino@exchange.ml.com
ctham@exchange.ml.com
cyrus_korat@ml.com
dagray@pclient.ml.com
dan_luchansky@ml.com
dan_russo@ml.com
dan_zheng@ml.com
daniel_goldberg@ml.com
daniel_larochelle@ml.com
daniel_ruiz@ml.com
dao_lagger@ml.com
dario_villani@ml.com
darren_fortunato@ml.com
david_chesney@ml.com

david_clayton@ml.com
david_kelly@ml.com
david_m_lane@ml.com
david_park@ml.com
david_petrozzi@ml.com
david_sanders@ml.com
david_simpson@ml.com
david_sobotka@ml.com
dawn_simon@ml.com
deborah_oliver@ml.com
dena_minning@ml.com
denise_rodell@ml.com
devaushi_singham@ml.com
dolores_hawrylo@ml.com
donaldo_benito@ml.com
ed_demello@ml.com
ed_hart@ml.com
edward_buonopane@ml.com
edward_gobora@ml.com
edward_ng@ml.com
elizabeth_fusco@ml.com
elizabeth_phillips@ml.com
eric_fellen@ml.com
eric_lo@ml.com
erick_miller@ml.com
evan_p_druckman@ml.com
fabio_savoldelli@ml.com
fabrizzio.pelfini@ml.com
francis_mckenna@ml.com
francois_cohas@ml.com
francois_siegwart@ml.com
frank_marckioni@ml.com
fred_stuebe@ml.com
gaash_soffer@ml.com
gail_nastasi@ml.com
garry_shamis@ml.com
gary_ge@ml.com
gernest@exchange.ml.com
ghetla_vandana@ml.com
gilles-emmanuel_trutat@ml.com
goodmma@exchange.ml.com
gosavi_haridas@ml.com
grace_pineda@ml.com
graig_nickel@ml.com
greg_gotschall@ml.com
greg_hansen@ml.com
gregory_agrdner@ml.com
gregory_cavallo@ml.com
gregory_gottschall@ml.com
gregory_maunz@ml.com
gregory_spencer@ml.com
h_saxena@ml.com
haim_israel@ml.com
heidi_subjack@ml.com
henry_mitchell@ml.com
henry_roman@ml.com
indrani_chakraborty@ml.com
iris_yu@ml.com
irma_jacinto@ml.com
isaac_lowenbraun@ml.com

j_kuzan@ml.com
j_whelan@ml.com
jack_erbeck@ml.com
jack_macdonald@ml.com
jackie_ayoub@ml.com
jackie_cheung@ml.com
jacqueline_bell@ml.com
jacqueline_rogers@ml.com
jacqui_peachey@ml.com
jaggiha@exchange.ml.com
jaharkav@exchange.ml.com
jaimin_patel@ml.com
jamaoma@exchange.ml.com
james_cooney@ml.com
james_pagano@ml.com
james_russell@ml.com
james_tolento@ml.com
james_zhan@ml.com
jane_xu@ml.com
jasmina_lepetic@ml.com
jason_mandel@ml.com
javier_garay@ml.com
jay_buckley@ml.com
jay_post@ml.com
jbarraza@exchange.ml.com
jcutrone@exchange.ml.com
jean_whittaker@ml.com
jean-claude_amiet@ml.com
jeff_bonaldi@ml.com
jeff_nie@ml.com
jeffrey_a_jacobs@ml.com
jeffrey_hewson@ml.com
jennifer_clayton@ml.com
jennifer_tricot@ml.com
jenny_wilson@ml.com
jian_lin@ml.com
jim_heyer@ml.com
jim_schwartz@ml.com
jing_liu@ml.com
jkrasner@exchange.ml.com
jo_jermyn@ml.com
joanna_ng@ml.com
joe_jusay@ml.com
joe_pilla@ml.com
joel_faircloth@ml.com
johannes_jooste@ml.com
john_burger@ml.com
john_jennings@ml.com
john_nunziato@ml.com
john_spellman@ml.com
john_t_brown@ml.com
john_t_fucigna@ml.com
john_thorburn@ml.com
johnson_ang@ml.com
jon_klein@ml.com
jon_underwood@ml.com
jonathan_brook@ml.com
jooheon_yoon@ml.com
jordana_nester@ml.com
joseph_conklin@ml.com

joseph_matteo@ml.com
joseph_modica@ml.com
joy_furmick@ml.com
joyce_diaz@ml.com
julian_allen@ml.com
juny_sridhara@ml.com
kalyan_gullapalli@ml.com
kapil_rastogi@ml.com
kathryn_mcadams@ml.com
keith_dubauskas@ml.com
keith_mccann@ml.com
kelly_lenahan@ml.com
kenneth_jacob@ml.com
kenny_king@exchange.ml.com
kevin_boler@ml.com
kevin_booth@ml.com
kevin_bormida@ml.com
kevin_mckenna@ml.com
kimjust@exchange.ml.com
krystal_wolf@ml.com
kushagra_jain@ml.com
laina_jenkins@ml.com
lamont_chichester@ml.com
laura_braun@ml.com
laura_powers@ml.com
linda_costanzo@ml.com
linda_jensen@ml.com
linda_pisicchio@ml.com
linfeng_you@ml.com
ling_feng@ml.com
lisa_dickinson@ml.com
lisa_rodriguez@ml.com
lixin_wang@ml.com
louis_mendes@ml.com
louise_rafferty@ml.com
lynda_hayden@ml.com
m_castellano@ml.com
m_hale@ml.com
malek_letaief@ml.com
manu_arora@ml.com
margaret_heymsfeld@ml.com
marianne_witte@ml.com
marie_loftus@ml.com
mark.belcak@ml.com
mark_abel@ml.com
mark_coville@ml.com
mark_devonshire@ml.com
mark_maly@ml.com
mark_mckenzie@ml.com
mark_persiani@ml.com
mark_rosen1@ml.com
mark_whitmore@ml.com
martin_helm@ml.com
mary_pucciarelli@ml.com
masao_kuroda@ml.com
matthew_wardell@ml.com
maurice_eskenzai@ml.com
mazen_makarem@ml.com
mberkowitz@ml.com
melinda_raso@ml.com

meredith_herold@ml.com
mhickson@exchange.ml.com
michael_debiase@ml.com
michael_gold@ml.com
michael_kalinoski@ml.com
michael_mcinerney@ml.com
michael_regy@ml.com
michael_rovder@ml.com
michael_russell@ml.com
michael_tu@ml.com
michael_wildstein@ml.com
michael_yachimski@ml.com
michelle_lewis@ml.com
mike_brown@ml.com
mike_fujii@ml.com
mike_mcevilly@ml.com
mitchell_revsine@ml.com
monica_lanier@ml.com
mrogozinski@exchange.ml.com
muntazeer_rizvi@ml.com
muralidharan_iyer@ml.com
neil_puri@ml.com
niklas_mioen@ml.com
noel_heavey@ml.com
olivier_lesca@ml.com
opender_singh@ml.com
oscar_pulido@ml.com
p_lee@ml.com
pamela_ponticiello@ml.com
panamde@exchange.ml.com
pat_stefik@ml.com
patrick_maldari@ml.com
paul_gerard@ml.com
paul_oliu@ml.com
paul_vanmaaren@ml.com
paul_w_harvey@ml.com
peter_altman@ml.com
peter_mcevoy@ml.com
phaman@exchange.ml.com
pheobe_leung@hk.ml.com
phfu@ml.com
phi_green@ml.com
phillro@exchange.ml.com
punit_nagori@ml.com
quiviya_eldridge@ml.com
r_dhopeshwarkar@ml.com
rajesh_agarwal@ml.com
ralph_davino@ml.com
ram_tumu@ml.com
ramgopal_nellutla@ml.com
regina_spano@ml.com
rich_gazda@ml.com
richard_gordon@ml.com
richard_ko@ml.com
richard_tan@ml.com
richard_vella@ml.com
rnoskiewicz@exchange.ml.com
rob_young@ml.com
robert_collier@ml.com
robert_coughlin@ml.com

| | | |
|---|---|---|
| robert_degenero@ml.com | thu-uyen_nguyen@ml.com | htakehisa@mmsa.com |
| robert_korlesky@ml.com | tim_mahoney@ml.com | jyoung@mmsa.com |
| robert_peterson@ml.com | timothy_browse@ml.com | rserina@mmsa.com |
| robert_t_lippert@ml.com | timothy_jacoutot@ml.com | sagrawal@mmsa.com |
| robert_t_phillips@ml.com | todd_m_smith@ml.com | awessel@mmwarburg.com |
| robyn_trause@ml.com | toku_chen@ml.com | bpaech@mmwarburg.com |
| rod_najimian@ml.com | tony_boykin@ml.com | gdette@mmwarburg.com |
| roger_debard@ml.com | torrili@exchange.ml.com | handel@mmwarburg.ch |
| ronald_floyd@ml.com | tothchr@ml.com | hstruthoff@mmwarburg.com |
| ronald_mattia@ml.com | tpease@exchange.ml.com | jschier@mmwarburg.com |
| ronald_welburn@ml.com | umesh_mahajan@ml.com | mbeil@mmwarburg.com |
| roshan_shah@ml.com | victoria_grant@ml.com | mkeller@mmwarburg.com |
| ross_znavor@ml.com | viru_raparthi@ml.com | mmoeller@mmwarburg.com |
| roy_hansen@ml.com | vittorio_cornaro@ml.com | mwolf@mmwarburg.com |
| roy_yan@ml.com | walid_kassem@ml.com | pfrei@mmwarburg.ch |
| rsaldonis@pclient.ml.com | walter_cuje@ml.com | rmeirschen@mmwarburg.com |
| rueyher_liu@ml.com | walter_o'connor@ml.com | shellmund@mmwarburg.com |
| ruhlig@exchange.ml.com | warren_hymson@ml.com | snareyka@mmwarburg.de |
| sabine_fethiere@ml.com | wendy_milacci@ml.com | svertheln@mmwarburg.com |
| samantha_tan@ml.com | william_mckeever@ml.com | tdanner@mmwarburg.com |
| san_khieu@ml.com | william_nunez@ml.com | asztalosg@mnb.hu |
| sandra_fisher@ml.com | william_pope@ml.com | banfia@mnb.hu |
| savita_subramanian@ml.com | yi_liu@ml.com | ersekzs@mnb.hu |
| scott_dropik@ml.com | yoana_koleva@ml.com | foldib@mnb.hu |
| scott_group@ml.com | youngwha_park@ml.com | hameczi@mnb.hu |
| scott_peppard@ml.com | yung-shin_kung@ml.com | horgasze@mnb.hu |
| scott_phillips@ml.com | mmyers@mlbk.com | nagypalj@mnb.hu |
| sedlami@exchange.ml.com | holonoff@mlcinternational.com | pivarcsia@mnb.hu |
| shah.roshan@ml.com | hiroshi_mori@mlgam.co.jp | rekasir@mnb.hu |
| sharon_racine-kohne@ml.com | toshiyuki_mineo@mlgam.co.jp | solyak@mnb.hu |
| sheena.radia@ml.com | yukio_tominaga@mlgam.co.jp | szaboj@mnb.hu |
| sheila_leavitt@ml.com | bchuang@mlp.com | szabov@mnb.hu |
| sherry_smith@ml.com | seagerresearch@mlp.com | szucsg@mnb.hu |
| shetty_divya@ml.com | matto@m-lp.com | tajtii@mnb.hu |
| siddarth_sudhir@ml.com | david.shulz@mltrust.com | turnert@mnb.hu |
| sinead_haughey@ml.com | birgit.jestaedt@mm.mannesmann.de | veresi@mnb.hu |
| smatsumoto@exchange.ml.com | christoph.stein@mm.mannesmann.de | vereszkip@mnb.hu |
| smay@exchange.ml.com | georg.denoke@mm.mannesmann.de | david.brown@mnbla.com |
| srinivas_dhulipala@ml.com | mm@ml.com | rrubin@mncm.com |
| stephanie_anderson@ml.com | shberube@mm.com | bruce.beaumont@mnco.com |
| stephen_cropper@ml.com | bmarin@mmcgrand.com | cheryl.holme@mnco.com |
| sterling_haynes@ml.com | cpomeroy@mmcgrand.com | cheryl.palmer@mnco.com |
| steve_burns@ml.com | jaydm@mmcgrand.com | despina.iakovides@mnco.com |
| steve_kubis@ml.com | srand@mmcgrand.com | j.hesano@mnco.com |
| steven_fowler@ml.com | aleksanov@mmlassurance.com | john.keegan@mnco.com |
| steven_t_lewis@ml.com | dcobb@mmlassurance.com | kerry.thomas@mnco.com |
| stuart_biggar@ml.com | gmakoso@mmlassurance.com | linda.flower-mccann@mnco.com |
| sunterhalter@exchange.ml.com | ihawkins@mmlassurance.com | pete.gargasoulas@mnco.com |
| susan_mcdowell@ml.com | lliu@mmlassurance.com | william.bartrem@mnco.com |
| susan_oh@ml.com | mrichardson@mmlassurance.com | alick.stevenson@mnopf.co.uk |
| t_theodorsen@ml.com | ajnoll@mmm.com | debbie.barham@mnopf.co.uk |
| takeshi_takahashi@ml.com | bcjermeland1@mmm.com | pat.rawle@mnopf.co.uk |
| ted_jaeckel@ml.com | btsauer@mmm.com | vmeyer@mnpower.com |
| ted_magnani@ml.com | dpduerst@mmm.com | albert.van.der.meer@mn-services.nl |
| teresa_giacino@ml.com | jacadrwell@mmm.com | alexander.ten.brummeler@mn-services.nl |
| terri_magnani@ml.com | ldsell@mmm.com | allard.ruijs@mn-services.nl |
| thomas_chi@ml.com | mjginter1@mmm.com | bert.leffers@mn-services.nl |
| thomas_dunn@ml.com | pdcampbell@mmm.com | bus@mn-services.nl |
| thomas_elliott@ml.com | smgrauze@mmm.com | carolijn.ter.haar@mn-services.nl |
| thomas_phame@ml.com | dkelly@mmsa.com | ctc@mn-services.nl |

dennis.van.den.bosch@mn-services.nl
eks@mn-services.nl
fred.oroke@mn-services.nl
frederic.reubens@mn-services.nl
frederik.rubens@mn-services.nl
gja@mn-services.nl
hans.rademaker@mn-services.nl
hco@mn-services.nl
hein.stam@mn-services.nl
igor.drozdov@mn-services.nl
jaap.spruyt@mn-services.nl
jan.willem.cartens@mn-services.nl
jasper.huitsing@mn-services.nl
jasper.van.den.eshof@mn-services.nl
jef@mn-services.nl
jet@mn-services.nl
jgi@mn-services.nl
jir@mn-services.nl
johan.munnik@mn-services.nl
joris.workel@mn-services.nl
jos.gisbergen@mn-services.nl
jurgen.vernimmen@mn-services.nl
karin.van.der.sluijs@mn-services.nl
kin.lee@mn-services.nl
marco.ruijer@mn-services.nl
mario.oosterkamp@mn-services.nl
marja.westerlaken@mn-services.nl
mark.vlasseman@mn-services.nl
martin.weikamp@mn-services.nl
mce@mn-services.nl
mns@mn-services.nl
mnz@mn-services.nl
msr@mn-services.nl
mxb@mn-services.nl
niels.oostenbrug@mn-services.nl
nolke.posthuma@mn-services.nl
oginda.vlijter@mn-services.nl
patrick.wierckx@mn-services.nl
paul.van.gent@mn-services.nl
pbg@mn-services.nl
peter.heijen@mn-services.nl
philip.jan.looijen@mn-services.nl
richard.van.ovost@mn-services.nl
robbert.van.den.elshout@mn-services.nl
robert.huisman@mn-services.nl
roel.shaikh@mn-services.nl
roelf.pater@mn-services.nl
roy.kroon@mn-services.nl
rrs@mn-services.nl
ruud.hagendijk@mn-services.nl
ssn@mn-services.nl
willem-jan.pelle@mn-services.nl
wouter.pelser@mn-services.nl
afl@moa.norges-bank.no
bengt-ove.enge@moa.norges-bank.no
birger.vikoren@moa.norges-bank.no
carl.bang@moa.norges-bank.no
eigil.nyberg@moa.norges-bank.no
guro.knapstad@moa.norges-bank.no
jan.andreassen@moa.norges-bank.no

knut.syrtveit@moa.norges-bank.no
leif-inge.christensen@moa.norges-bank.no
nbabe3@moa.norges-bank.no
nbhjo2@moa.norges-bank.no
nbjss1@moa.norges-bank.no
per-atle.aronsen@moa.norges-bank.no
petter.haugerjohannssen@moa.norges-bank.no
preben.tornes@moa.norges-bank.no
beat.kunz@mobi.ch
mark.stober@mobi.ch
philipp.richard@mobi.ch
roland.boss@mobi.ch
thomas.marty@mobi.ch
beth.mcdermott@modern-woodmen.org
bob.cleppe@modern-woodmen.org
brett.van@modern-woodmen.org
brian.arnold@modern-woodmen.org
chris.cramer@modern-woodmen.org
chuck.simms@modern-woodmen.org
debra.henderson@modern-woodmen.org
jan.wurslin@modern-woodmen.org
jerry.lyphout@modern-woodmen.org
melinda.spies@modern-woodmen.org
mike.dau@modern-woodmen.org
nick.coin@modern-woodmen.org
invest@mofne.gov.bh
aci@mofnet.gov.pl
krd@mofnet.gov.pl
remigiusz.urbanowski@mofnet.gov.pl
balezosp@moh.gr
nlefort@molex.com
schwartz@molpharm.dk
alex.simcox@mondrian.com
amice.tiernan@mondrian.com
andrew.kiely@mondrian.com
andrew.porter@mondrian.com
angela.nunn@mondrian.com
arthur.vanhoogstraten@mondrian.com
boris.veselinovich@mondrian.com
brendan.baker@mondrian.com
daniel.beary@mondrian.com
daniel.philps@mondrian.com
david.simpson@mondrian.com
dawid.krige@mondrian.com
dinash.lakhani@mondrian.com
donna.airey@mondrian.com
elizabeth.desmond@mondrian.com
gary.aylett@mondrian.com
graeme.coll@mondrian.com
haltong@mondrian.com
hamish.parker@mondrian.com
hugh.serjeant@mondrian.com
james.hadfield@mondrian.com
james.joyce@mondrian.com
jonathan.spread@mondrian.com
kim.nguyen@mondrian.com
lakef@mondrian.com
matt.day@mondrian.com
millera@mondrian.com
natalie.stone@mondrian.com

nigel.may@mondrian.com
robert.akester@mondrian.com
russel.mackie@mondrian.com
scott.fleming@mondrian.com
steven.dutaut@mondrian.com
toby.mansell@mondrian.com
warren.shirvell@mondrian.com
blingen@moneygram.com
bputney@moneygram.com
dporter@moneygram.com
hteslow@moneygram.com
jgreenwald@moneygram.com
jkrause@moneygram.com
jsasanfar@moneygram.com
mhoffbeck@moneygram.com
antoni.banon@mongestio.com
ferran.vilalta@mongestio.com
abryan@montag.com
ajung@montag.com
blong@montag.com
bvogel@montag.com
cburns@montag.com
ccullican@montag.com
cmarkwalter@montag.com
dchristians@montag.com
dwatson@montag.com
gmaxwell@montag.com
gnorthrop@montag.com
hdonahue@montag.com
ijeter@montag.com
jbunch@montag.com
jfrancis@montag.com
jhagood@montag.com
jwhitney@montag.com
jwilson@montag.com
kmomand@montag.com
kryan@montag.com
ljordan@montag.com
mhayes@montag.com
mnadal@montag.com
pburnette@montag.com
rcanakaris@montag.com
rkeister@montag.com
sbarker@montag.com
sthompson@montag.com
eric.serra@montepaschi.ch
renzo.scilacci@montepaschi.ch
jcmello@montepiogeral.pt
pncoelho@montepiogeral.pt
chrys@monterosagroup.com
dmontier@montier.co.uk
jaj@montier.co.uk
david.chapman@montpelier.com
graeme.pollok@montpelier.com
nick.cournoyer@montpelier.com
alan_chang@mony.com
barry_scheinholtz@mony.com
dbridges@mony.com
dwheeler@mony.com
eweiner@mony.com

gbello@mony.com
helene.moehlman@mony.com
adam.butterfield@moorecap.com
adeline.salloy@moorecap.com
agostino.russo@moorecap.co.uk
akram.khurram@moorecap.co.uk
alan.stewart@moorecap.com
amy.heath@moorecap.co.uk
amy.ward@moorecap.co.uk
andrew.davis@moorecap.com
andrew.trombley@moorecap.com
andrew.tytel@moorecap.com
andrew.wilkoff@moorecap.com
andrew.wright@moorecap.co.uk
andy.perets@moorecap.com
angela.modica@moorecap.com
anthony.dandria@moorecap.com
anthony.deluca@moorecap.com
anthony.gibbons@moorecap.com
aron.bell@moorecap.com
arthur.sung@moorecap.com
ashley.larive@moorecap.com
barry.schachter@moorecap.com
ben.jacobs@moorecap.com
benjamin.ford@moorecap.com
bharat.indurkar@moorecap.com
branimir.krgin@moorecap.com
brendan.bray@moorecap.com
bret.sheiber@moorecap.com
brian.caufield@moorecap.com
brian.staub@moorecap.com
bruno.stanziale@moorecap.com
carl.palash@moorecap.com
caroline.keany@moorecap.com
cedric.pancrazi@moorecap.com
chaz.rockey@moorecap.com
chris.levett@moorecap.co.uk
chris.murphy@moorecap.com
chris.padera@moorecap.com
chris.schutz@moorecap.com
chris.vinchiarello@moorecap.com
christina.stallone@moorecap.com
christopher.nicoll@moorecap.co.uk
christopher.pia@moorecap.com
christopher.podaras@moorecap.com
cindy.ponder@moorecap.com
craig.berendowski@moorecap.com
craig.loo@moorecap.com
cristiana.dealessi@moorecap.co.uk
cynthia.rainis@moorecap.com
dan.jong@moorecap.com
dan.malkoun@moorecap.com
daniel.barcelo@moorecap.com
daniel.bowers@moorecap.com
daniel.cashion@moorecap.com
daniel.fingleton@moorecap.com
daniel.hobbs@moorecap.com
daniel.hoinacki@moorecap.com
daniel.mason@moorecap.co.uk
darren.dotson@moorecap.com

david.barker@moorecap.co.uk
david.cooper@moorecap.com
david.coratti@moorecap.com
david.darmouni@moorecap.co.uk
david.federman@moorecap.com
david.lieberman@moorecap.com
david.luther@moorecap.com
david.newman@moorecap.com
david.waddill@moorecap.com
david.wetzel@moorecap.com
derivatives.processing@moorecap.com
dewey.ng@moorecap.com
dheer.mehta@moorecap.com
donal.bishnoi@moorecap.com
donald.gannon@moorecap.com
drew.hershkowitz@moorecap.com
duncan.farley@moorecap.co.uk
eamon.tubridy@moorecap.com
edouard.delanglade@moorecap.co.uk
edward.butchart@moorecap.co.uk
edward.mazzacano@moorecap.com
elizabeth.hynes@moorecap.com
ellen.vandergulik@moorecap.com
erica.mole@moorecap.com
erin.browne@moorecap.com
eugene.burger@moorecap.com
evelyn.infurna@moorecap.com
faye.landes@moorecap.com
fermin.aldabe@moorecap.com
fikret.kalagoglu@moorecap.com
gene.frieda@moorecap.co.uk
gerald.cimador@moorecap.com
gerladine.sundstrom@moorecap.co.uk
gianluca.ambrosio@moorecap.co.uk
gina.derosa@moorecap.com
glenn.medwar@moorecap.com
grace.yao@moorecap.com
grahem.meharg@moorecap.co.uk
greg.hoelscher@moorecap.com
greg.shub@moorecap.com
gus.stathos@moorecap.com
hai.chen@moorecap.com
hassim.dhoda@moorecap.com
hayley.boesky@moorecap.com
henry.bedford@moorecap.com
hill-wah.chan@moorecap.co.uk
ian.tyree@moorecap.com
indy.bhattacharya@moorecap.co.uk
jake@moorecap.com
james.danza@moorecap.com
james.kanos@moorecap.com
james.mcintyre@moorecap.com
james.pollock@moorecap.com
james.snelgrove@moorecap.co.uk
james.thorpe@moorecap.co.uk
jamie.milne@moorecap.co.uk
jan.dash@moorecap.com
jana.benesova@moorecap.co.uk
jane.kizhner@moorecap.com
jason.green@moorecap.com

jay.young@moorecap.com
jaymie.sullivan@moorecap.com
jean-marc.harfoucne@moorecap.com
jeff.brooks@moorecap.co.uk
jeff.popock@moorecap.com
jeffrey.baird@moorecap.com
jenh@moorecap.com
jennifer.hynes@moorecap.com
jens-peter.stein@moorecap.co.uk
jessica.alberti@moorecap.com
jkerrigan@moorecap.com
joe.roseman@moorecap.com
joe.thomas@moorecap.co.uk
john.achenbach@moorecap.com
john.demaine@moorecap.com
john.fogerty@moorecap.com
john.heffernan@moorecap.com
john.jurkovic@moorecap.com
john.lammers@moorecap.com
john.patin@moorecap.com
john.potter@moorecap.com
john.ravalli@moorecap.com
john.roddan@moorecap.com
john@moorecap.com
jonc@moorecap.com
jorge.nieves@moorecap.com
joseph.cardello@moorecap.com
joseph.giunta@moorecap.com
josh.burwick@moorecap.com
joshua.alpert@moorecap.com
jude.delosreyes@moorecap.com
julian.rifat@moorecap.co.uk
julian.stewart@moorecap.co.uk
justin.roberts@moorecap.com
justin.wolcott@moorecap.com
karim.nsouli@moorecap.com
kate.moore@moorecap.com
katie.connor@moorecap.com
kellym@moorecap.com
ken.fu@moorecap.com
ken.zabko@moorecap.com
kenneth.spence@moorecap.com
kevin.kwan@moorecap.com
kevin.overton@moorecap.co.uk
kevin.shannon@moorecap.com
kevin@moorecap.com
kim.white@moorecap.com
kimberley.fogg@moorecap.com
kornelius.klobucar@moorecap.co.uk
kristin.foster@moorecap.com
kurt.lichtman@moorecap.com
kyle.daniel@moorecap.com
larry.vitale@moorecap.com
lauren.battle@moorecap.com
leigh.baxandall@moorecap.co.uk
lev.mikheev@moorecap.co.uk
lina.chou@moorecap.com
liz.vitai@moorecap.com
luke.sanfilippo@moorecap.com
manfredo.sanbonifacio@moorecap.com

marcc@moorecap.com
marco.birch@moorecap.com
marcos.douer@moorecap.com
margaret.lee@moorecap.com
marina.chernyak@moorecap.com
mark.masselink@moorecap.com
mary.goodman@moorecap.com
matthew.jackson@moorecap.co.uk
matthew.wickens@moorecap.co.uk
mattias.sundbom@moorecap.com
maurice.chow@moorecap.co.uk
max.levinson@moorecap.com
meg.berte@moorecap.com
michael.bei@moorecap.com
michael.coonce@moorecap.com
michael.guido@moorecap.com
michael.lawson@moorecap.com
michael.melnick@moorecap.com
michael.rinaldi@moorecap.com
michele.abrams@moorecap.com
mohsen.fahmi@moorecap.com
monte.shapiro@moorecap.com
naomi.pendleton@moorecap.co.uk
nate.oseep@moorecap.com
nicholas.louw@moorecap.com
nicholas.mcdonald@moorecap.co.uk
nick.haskins@moorecap.co.uk
nick.ritter@moorecap.co.uk
nick.webber@moorecap.co.uk
nicole.giufurta@moorecap.com
nixon@moorecap.com
nolan.taylor@moorecap.com
nyclivewire@moorecap.com
nyswap-ops@moorecap.com
ognian.mihaylov@moorecap.com
olivia.erby@moorecap.co.uk
patrick.lonergan@moorecap.com
paul.fraker@moorecap.com
paul.reagan@moorecap.com
paul.stimson@moorecap.com
paul.yablon@moorecap.com
paul@moorecap.com
paula.szturma@moorecap.com
peter.li@moorecap.com
peter.ruggiero@moorecap.com
peter.shouvlin@moorecap.com
peter.swartz@moorecap.com
peter.tse@moorecap.com
phil.gilham@moorecap.co.uk
phil.smyth@moorecap.com
philip.radziwill@moorecap.com
prashun.popat@moorecap.com
quinn.morgan@moorecap.com
rachel.colicchio@moorecap.com
raghu.raghavendra@moorecap.co.uk
ravi.suria@moorecap.com
ray.martin@moorecap.com
richard.axilrod@moorecap.com
richard.busellato@moorecap.co.uk
richard.chang@moorecap.com

richard.furst@moorecap.com
richard.stewart@moorecap.com
rick.baylor@moorecap.com
robert.ball@moorecap.com
robert.ingersoll@moorecap.com
robert.jonke@moorecap.com
robert.mcintyre@moorecap.com
robert.scalzo@moorecap.com
robin.roger@moorecap.com
rose.liu@moorecap.com
ross.hecht@moorecap.com
ross.mccormick@moorecap.co.uk
rut.pugsasin@moorecap.com
ryan.molloy@moorecap.com
sajal.choudhury@moorecap.co.uk
salvatore.bonello@moorecap.com
sam.patterson@moorecap.com
sandy.chin@moorecap.com
sarah.wade@moorecap.com
sciascia@moorecap.com
scott.goodside@moorecap.com
scott.werdann@moorecap.com
sean.flanagan@moorecap.co.uk
sigfrido.objio@moorecap.com
simon.chan@moorecap.com
stefano.nannizzi@moorecap.co.uk
stephen.cole@moorecap.co.uk
stephen.hughes@moorecap.com
stephen.larosa@moorecap.com
stephen.mccormick@moorecap.com
stephen.parry@moorecap.com
stephen.wingate@moorecap.co.uk
steve.chasan@moorecap.com
steve.christy@moorecap.com
steve.greenfield@moorecap.com
steve.harrison@moorecap.co.uk
steve.klein@moorecap.com
steve.richardson@moorecap.co.uk
steven.loeys@moorecap.co.uk
steven.siegel@moorecap.com
stewart.russell@moorecap.com
susan.martin@moorecap.com
taylor.cable@moorecap.com
taylor.hare@moorecap.com
ted.kasyjanski@moorecap.com
thomas.buell@moorecap.com
thomas.kasa@moorecap.com
thomas.nienaber@moorecap.co.uk
thomas.norrby@moorecap.com
thomas.sanford@moorecap.com
tom.coleman@moorecap.com
tom.hickey@moorecap.co.uk
tom.hickey@moorecap.com
tom.tao@moorecap.com
tony.gallagher@moorecap.com
tony.kearney@moorecap.com
tony@moorecap.com
ulysses@moorecap.co.uk
vincent.tricomi@moorecap.com
warren.cole@moorecap.co.uk

william.scazzero@moorecap.com
william.schaufler@moorecap.com
william.tung@moorecap.com
zachary.berger@moorecap.com
zack@moorecap.com
ynagai@mooresvp.co.jp
jim.kelsoe@morganasset.com
allison.wiliams@morgankeegan.com
amy.southerland@morgankeegan.com
barbara.metcalfe@morgankeegan.com
bart.barnett@morgankeegan.com
bill.mueller@morgankeegan.com
brit.stephens@morgankeegan.com
burton.harvey@morgankeegan.com
burton.milnor@morgankeegan.com
byron.mitson@morgankeegan.com
chris.perkins@morgankeegan.com
collie.krausnick@morgankeegan.com
daniel.banks@morgankeegan.com
doug.brigance@morgankeegan.com
doug.edwards@morgankeegan.com
elisabeth.houston@morgankeegan.com
elkan.scheidt@morgankeegan.com
hedi.reynolds@morgankeegan.com
jack.rainer@morgankeegan.com
jack.werne@morgankeegan.com
jacob.greer@morgankeegan.com
jamie.augustine@morgankeegan.com
jeff.melvin@morgankeegan.com
jere.mcguffee@morgankeegan.com
john.carson@morgankeegan.com
john.hancock@morgankeegan.com
john.wilbourn@morgankeegan.com
kenny.mcclain@morgankeegan.com
kevin.floyd@morgankeegan.com
kevin.giddis@morgankeegan.com
larry.meding@morgankeegan.com
larry.shipman@morgankeegan.com
lynn.ballinger@morgankeegan.com
mark.koczan@morgankeegan.com
marshall.clark@morgankeegan.com
matt.ihrke@morgankeegan.com
matt.roche@morgankeegan.com
matthew.peterman@morgankeegan.com
michael.gibbs@morgankeegan.com
nick.moorehead@morgankeegan.com
patrick.kruczek@morgankeegan.com
pete.hastings@morgankeegan.com
richard.travis@morgankeegan.com
robert.glenn@morgankeegan.com
sandra.jenks@morgankeegan.com
sbrown@morgankeegan.com
steven.childress@morgankeegan.com
susan.brown@morgankeegan.com
tara.tomlin@morgankeegan.com
tim.curran@morgankeegan.com
tony.johnson@morgankeegan.com
tony.rowland@morgankeegan.com
will.frazier@morgankeegan.com
will.watts@morgankeegan.com

| | | |
|---|---|---|
| william.gooch@morgankeegan.com | amy.fuhr@morganstanley.com | bernhard.huepfj@morganstanley.com |
| william.kitchens@morgankeegan.com | amy.oldenburg@morganstanley.com | beth.coyne@morganstanley.com |
| william.mathis@morgankeegan.com | ana.guijarro.macias@morganstanley.com | beth.crone@morganstanley.com |
| wkitchen@morgankeegan.com | ana.sarti@morganstanley.com | beth.moreau@morganstanley.com |
| mustafa.jama@morganstalney.com | ana.sarti-maldonado@morganstanley.com | bettina.ballerini@morganstanley.com |
| michele.loor@morganstanely.com | anchal.pachnanda@morganstanley.com | biswajit.sarkar@morganstanley.com |
| putnam.coes@morganstanlely.com | anders.armelius@morganstanley.com | bj.grant@morganstanley.com |
| aaron.mass@morganstanley.com | andre.konstantinow@morganstanley.com | bjorn.franson@morganstanley.com |
| aaron.sack@morganstanley.com | andrea.dericcardis@morganstanley.com | blair.kaplan@morganstanley.com |
| abdulla.fakhro@morganstanley.com | andrea.schkolne@morganstanley.com | blake.halversen@morganstanley.com |
| abhijit.mitra@morganstanley.com | andreas.esau@morganstanley.com | bonnie.riehl@morganstanley.com |
| adam.c.shaw@morganstanley.com | andreas.moon@morganstanley.com | brad.blalock@morganstanley.com |
| adam.crocker@morganstanley.com | andreas.saucedo@morganstanley.com | bradford.stoesser@morganstanley.com |
| adam.jones@morganstanley.com | andrew.astheimer@morganstanley.com | bradley.mashinter@morganstanley.com |
| adam.messerschmitt@morganstanley.com | andrew.b.murray@morganstanley.com | bradley.ross-williams@morganstanley.com |
| adam.metzger@morganstanley.com | andrew.harmstone-rakowski@morganstanley.com | brenda.tanis@morganstanley.com |
| adam.schrier@morganstanley.com | andrew.maggio@morganstanley.com | brian.arcese@morganstanley.com |
| adeeb.kodil@morganstanley.com | andrew.malek@morganstanley.com | brian.b.park@morganstanley.com |
| adil.rahmathulla@morganstanley.com | andrew.munn@morganstanley.com | brian.erickson@morganstanley.com |
| adriana.roman@morganstanley.com | andrew.murphy@morganstanley.com | brian.ichord@morganstanley.com |
| agnes.chu@morganstanley.com | andrew.obrien@morganstanley.com | brian.mazzella@morganstanley.com |
| ahmad.ajakh@morganstanley.com | andrew.onslow@morganstanley.com | brian.metz@morganstanley.com |
| aida.diaz@morganstanley.com | andrew.petitjean@morganstanley.com | brian.pfeifler@morganstanley.com |
| aiden.debrunner@morganstanley.com | andrew.posen@morganstanley.com | brian.roe@morganstanley.com |
| akemi.ohtake@morganstanley.com | andrew.shinn@morganstanley.com | brian.scavuzzo@morganstanley.com |
| alaister.altham@morganstanley.com | andrew.shogan@morganstanley.com | brian.standig@morganstanley.com |
| alan.mcknight@morganstanley.com | andrew.tj.hsu@morganstanley.com | brian.t.curley@morganstanley.com |
| alan.powell@morganstanley.com | angelica.rodriguez.lopez@morganstanley.com | brian.towsen@morganstanley.com |
| alasdair.thomson@morganstanley.com | angelo.manioudakis@morganstanley.com | bruce.rodio@morganstanley.com |
| alberto.avanzo@morganstanley.com | anit.jain@morganstanley.com | bruce.simon@morganstanley.com |
| ale.moran@morganstanley.com | anita.erzetic@morganstanley.com | bryan.stone@morganstanley.com |
| alen.ong@morganstanley.com | anita.manoj@morganstanley.com | burak.alici@morganstanley.com |
| alex.arapoglou@morganstanley.com | anjun.zhou@morganstanley.com | c.chris.corrao@morganstanley.com |
| alex.kenna@morganstanley.com | anna.baron@morganstanley.com | calum.daniel@morganstanley.com |
| alex.kiagiri@morganstanley.com | anna.kidd@morganstanley.com | cameron.livingstone@morganstanley.com |
| alex.umansky@morganstanley.com | annie.chong@morganstanley.com | carlos.ferreira@morganstanley.com |
| alexander.bouzalis@morganstanley.com | anthony.hanson@morganstanley.com | carlos.garcia-tunon@morganstanley.com |
| alexander.godwin@morganstanley.com | anthony.maletta@morganstanley.com | caroline.jones.dinkins@morganstanley.com |
| alexander.norton@morganstanley.com | antonella.manganelli@morganstanley.com | caroline.lefeuvre@morganstanley.com |
| alexander.lykhh@morganstanley.com | april.chrysostomas@morganstanley.com | caroline.quinn@morganstanley.com |
| alexander.vislykh@morganstanley.com | armistead.nash@morganstanley.com | carolyn.kemp@morganstanley.com |
| alexander.yaggy@morganstanley.com | armor.bartur@morganstanley.com | cathal.dowling@morganstanley.com |
| alfredo.jollon@morganstanley.com | arthur.fischer-zernin@morganstanley.com | catherine.a.ross@morganstanley.com |
| ali.behbahani@morganstanley.com | arthur.lai@morganstanley.com | catherine.colecchi@morganstanley.com |
| ali.hassani@morganstanley.com | arthur.pollock@morganstanley.com | catherine.trinder@morganstanley.com |
| alice.latrobeweston@morganstanley.com | arthur.reyes@morganstanley.com | celeste.laraja@morganstanley.com |
| alice.shannon@morganstanley.com | arthur.robb@morganstanley.com | chad.hueffmeier@morganstanley.com |
| alice.weiss@morganstanley.com | ashfaq.qadri@morganstanley.com | chaka.casey@morganstanley.com |
| alison.marano@morganstanley.com | ashley.soutor@morganstanley.com | charlene.pow@morganstanley.com |
| alison.paskert@morganstanley.com | avaneesh.krishnamoorthy@morganstanley.com | charlotte.kelsey@morganstanley.com |
| alison.williams@morganstanley.com | axel.wehr@morganstanley.com | chirag.mahatma@morganstanley.com |
| alistair.corden-lloyd@morganstanley.com | baldeesh.nahl@morganstanley.com | chris.callan@morganstanley.com |
| allen.worgan@morganstanley.com | barbara.chilutti@morganstanley.com | chris.savino@morganstanley.com |
| allison.j.floam@morganstanley.com | barbara.reinhard@morganstanley.com | christel.valette@morganstanley.com |
| allison.scholar@morganstanley.com | barry.rosenberg@morganstanley.com | christian.derold@morganstanley.com |
| allison.ziemer@morganstanley.com | bei.saville@morganstanley.com | christian.ghiuvea@morganstanley.com |
| alpana.sen@morganstanley.com | ben.fenton@morganstanley.com | christian.roth@morganstanley.com |
| amin.hashemi@morganstanley.com | benedetto.falcone@morganstanley.com | christina.chiu@morganstanley.com |
| amit.mukadam@morganstanley.com | beram.gazdar@morganstanley.com | christina.han@morganstanley.com |
| ammar.kherraz@morganstanley.com | bernd.scherer@morganstanley.com | christina.roedema@morganstanley.com |
| amrit.paul.singh@morganstanley.com | | |

christine.brykowytch@morganstanley.com
christine.joshua@morganstanley.com
christine.lorenz@morganstanley.com
christine.mcgowan@morganstanley.com
christophe.orly@morganstanley.com
christopher.baldwin@morganstanley.com
christopher.godding@morganstanley.com
christopher.hill@morganstanley.com
christopher.klinefelter@morganstanley.com
christopher.lin@morganstanley.com
christopher.metli@morganstanley.com
christopher.wimmer@morganstanley.com
chuck.vuong@morganstanley.com
chucri.hjeily@morganstanley.com
clarinda.casey@morganstanley.com
claudia.marciano@morganstanley.com
claudio.waller@morganstanley.com
clay.boggs@morganstanley.com
clumbrer@morganstanley.es
codonnell@morganstanley.com
colin.finnigan@morganstanley.com
colin.mcqueen@morganstanley.com
connie.hum@morganstanley.com
corinne.lewis-reynier@morganstanley.com
corry.geerlings@morganstanley.com
cristian.ghiuvea@morganstanley.com
cristina.buonocore@morganstanley.com
cristina.cue@morganstanley.com
cristina.piedrahita@morganstanley.com
cynthia.meyn@morganstanley.com
daesik.kim@morganstanley.com
dale.albright@morganstanley.com
damali.brown@morganstanley.com
dan.policy@morganstanley.com
dan.raghoonundon@morganstanley.com
dan.sweet@morganstanley.com
dana.burns@morganstanley.com
dana.linker@morganstanley.com
daniel.chodos@morganstanley.com
daniel.forde@morganstanley.com
daniel.friedman@morganstanley.com
daniel.m.fein@morganstanley.com
daniel.mahony@morganstanley.com
daniel.mcgovern@morganstanley.com
daniel.phipps@morganstanley.com
daniel.stolbof@morganstanley.com
daniel.waters@morganstanley.com
daniel.wieder@morganstanley.com
danny.greenberger@morganstanley.com
david.armstrong@morganstanley.com
david.cook@morganstanley.com
david.deutsch@morganstanley.com
david.gates@morganstanley.com
david.ginsburg@morganstanley.com
david.gold@morganstanley.com
david.horowitz@morganstanley.com
david.m.martin@morganstanley.com
david.mclaughlin@morganstanley.com
david.muller@morganstanley.com
david.powell@morganstanley.com

david.roosevelt@morganstanley.com
david.s.cohen@morganstanley.com
david.scott@morganstanley.com
david.smetana@morganstanley.com
david.sugimoto@morganstanley.com
david.togut@morganstanley.com
david.yates@morganstanley.com
davide.basile@morganstanley.com
dawn.lawrence@morganstanley.com
dawn.rorke@morganstanley.com
deanna.loughnane@morganstanley.com
debbie.casale@morganstanley.com
debra.crovicz@morganstanley.com
deepak.baghla@morganstanley.com
deepak.laxmi@morganstanley.com
dennis.furey@morganstanley.com
dennis.p.lynch@morganstanley.com
dennis.shea@morganstanley.com
dermott.whelan@morganstanley.com
desiree.trister@morganstanley.com
devin.schwarz@morganstanley.com
diana.shi@morganstanley.com
diane.hosie@morganstanley.com
diane.madera@morganstanley.com
dicksey.mathew@morganstanley.com
dima.skvortsov@morganstanley.com
dino.kos@morganstanley.com
dip.roy@morganstanley.com
divya.chhibba@morganstanley.com
dolores.mcmullen@morganstanley.com
dominic.herbert@morganstanley.com
dominic.zangari@morganstanley.com
dominick.carlino@morganstanley.com
donald.carucci@morganstanley.com
doriana.russo@morganstanley.com
dorothea.klucevsek-whalen@morganstanley.com
dorothy.jordan@morganstanley.com
doug.mangini@morganstanley.com
douglas.funke@morganstanley.com
douglas.l.lee@morganstanley.com
douglas.mcgraw@morganstanley.com
douglas.mcneely@morganstanley.com
douglas.rentz@morganstanley.com
earl.gordon@morganstanley.com
edward.gaylor@morganstanley.com
edward.goldstein@morganstanley.com
edward.miller@morganstanley.com
edward.ramos@morganstanley.com
eileen.o.diana@morganstanley.com
eleanor.mcfarlane@morganstanley.com
eleanor.ogden@morganstanley.com
elena.stremlin@morganstanley.com
eli.lapp@morganstanley.com
elisabeth.stheeman@morganstanley.com
elizabeth.bodisch@morganstanley.com
elizabeth.cohen@morganstanley.com
elizabeth.crowley@morganstanley.com
elizabeth.graeber@morganstanley.com
elizabeth.haselgrove@morganstanley.com
elizabeth.newby@morganstanley.com

elizabeth.vale@morganstanley.com
ellen.gold@morganstanley.com
elsa.doyle@morganstanley.com
emilio.alvarez@morganstanley.com
emily.boyd@morganstanley.com
emily.eiselein@morganstanley.com
emma.roche@morganstanley.com
emmeline.kuhn@morganstanley.com
emre.gebizli@morganstanley.com
epco.vanderlende@morganstanley.com
eric.baurmeister@morganstanley.com
eric.carlson@morganstanley.com
eric.fry@morganstanley.com
eric.jesionowski@morganstanley.com
eric.kanter@morganstanley.com
eric.kirby@morganstanley.com
eric.larsson@morganstanley.com
eric.perlyn@morganstanley.com
erica.olsen@morganstanley.com
erik.kuijlaars@morganstanley.com
erika.nanke@morganstanley.com
erika.spinelli@morganstanley.com
erin.bisio@morganstanley.com
estefania.tam@morganstanley.com
etsuko.fuseya.jennings@morganstanley.com
euan.crane@morganstanley.com
eugene.pekelis@morganstanley.com
eva.zlotnicka@morganstanley.com
eve.glatt@morganstanley.com
ewa.borowska@morganstanley.com
fabio.terlevich@morganstanley.com
faisal.hayat@morganstanley.com
faysal.arslan@morganstanley.com
federico.kaune@morganstanley.com
felicity.smith@morganstanley.com
feng.chang@morganstanley.com
fiona.deans@morganstanley.com
fionne.crichton@morganstanley.com
firstname.surname@morganstanley.com
fitnat.akahan@morganstanley.com
franci.he@morganstanley.com
francine.bovich@morganstanley.com
francis.frecentese@morganstanley.com
frank.accetta@morganstanley.com
frank.diebold@morganstanley.com
frank.novellino@morganstanley.com
frank.zheng@morganstanley.com
fred.feng.wang@morganstanley.com
fred.siegel@morganstanley.com
frederic.dubinski@morganstanley.com
frederick.pollock@morganstanley.com
gabriela.soppelsa@morganstanley.com
gaite.ali@morganstanley.com
gamaliel.blanco@morganstanley.com
gary.cheung@morganstanley.com
gary.offner@morganstanley.com
gaurav.rastogi@morganstanley.com
gautam.kapoor@morganstanley.com
gavin.platman@morganstanley.com
gavin.sewell@morganstanley.com

geoffrey.strong@morganstanley.com
geoffroy.m.houlot@morganstanley.com
george.kounelakis@morganstanley.com
george.m.robertson@morganstanley.com
george.minett@morganstanley.com
gerald.kirshner@morganstanley.com
geraldine.boyle@morganstanley.com
geraldine.derescavage@morganstanley.com
gerard.lian@morganstanley.com
gerhardt.herbert@morganstanley.com
gina.fenton@morganstanley.com
gleb.koutepov@morganstanley.com
glenn.mcafee@morganstanley.com
glenn.yeaker@morganstanley.com
gloria-93471.appleby@morganstanley.com
gordon.loery@morganstanley.com
grace.su@morganstanley.com
grayson.witcher@morganstanley.com
greg.capps@morganstanley.com
greg.hamwi@morganstanley.com
greg.lai@morganstanley.com
gregg.gola@morganstanley.com
gregory.murphy@morganstanley.com
greig.morrish@morganstanley.com
guido.deascanis@morganstanley.com
guy.rutherfurd@morganstanley.com
hans.vandenberg@morganstanley.com
hassan.elmasry@morganstanley.com
heather.auguste@morganstanley.com
helen.chiang@morganstanley.com
helen.distefano@morganstanley.com
helen.krause@morganstanley.com
helen.smith@morganstanley.com
helene.ouimet@morganstanley.com
henri-pierre.barone@morganstanley.com
henry.choi@morganstanley.com
henry.d'alessandro@morganstanley.com
henry.hund@morganstanley.com
hester.bae@morganstanley.com
hideo.ueki@morganstanley.com
hilary.keeney@morganstanley.com
hilary.oneill@morganstanley.com
hilmar.schlenzka@morganstanley.com
hiroshi.tanizawa@morganstanley.com
hong.xu@morganstanley.com
hooman.yaghoobi@morganstanley.com
howard.hassen@morganstanley.com
howard.jones@morganstanley.com
hywel.george@morganstanley.com
iliana.nikolova@morganstanley.com
indira.korte@morganstanley.com
irene.amarena@morganstanley.com
isaac.lowenbraun@morganstanley.com
j.david.germany@morganstanley.com
jackie.carr@morganstanley.com
jackie.m.senat@morganstanley.com
jaclyn.donaldson@morganstanley.com
jacqueline.connor@morganstanley.com
jacqueline.pasquarello@morganstanley.com
jacquelyn.rush@morganstanley.com

jacueline.dentner@morganstanley.com
jaidip.singh@morganstanley.com
jake.thomson@morganstanley.com
james.c.chen@morganstanley.com
james.coutts@morganstanley.com
james.cowan@morganstanley.com
james.ferrarelli@morganstanley.com
james.h.scott@morganstanley.com
james.j.kovach@morganstanley.com
james.sperans@morganstanley.com
james.upton@morganstanley.com
jamie.adams@morganstanley.com
jan.baars@morganstanley.com
janine.leola@morganstanley.com
janna.honing@morganstanley.com
jared.epstein@morganstanley.com
jasmine.pong@morganstanley.com
jason.benowitz@morganstanley.com
jason.pearl@morganstanley.com
jason.revland@morganstanley.com
jason.sissel@morganstanley.com
jason.vickery@morganstanley.com
jason.yeung@morganstanley.com
jaymeen.patel@morganstanley.com
jayson.vowles@morganstanley.com
jean.barnum@morganstanley.com
jean.beaubois@morganstanley.com
jean.ebbott@morganstanley.com
jean.reynolds@morganstanley.com
jean-marie.capelle@morganstanley.com
jeannette.gloge@morganstanley.com
jeff.randolph@morganstanley.com
jeff.rosen@morganstanley.com
jeff.welday@morganstanley.com
jeffrey.bulacan@morganstanley.com
jeffrey.collins@morganstanley.com
jeffrey.sanders@morganstanley.com
jenell.witkowski@morganstanley.com
jennifer.giammarino@morganstanley.com
jennifer.liang@morganstanley.com
jennifer.milacci@morganstanley.com
jennifer.prentiss@morganstanley.com
jennifer.pryor@morganstanley.com
jennifer.solin@morganstanley.com
jeremy.hamblin@morganstanley.com
jessica.burriss@morganstanley.com
jessica.curran@morganstanley.com
jessica.schultz@morganstanley.com
jestrada@morganstanley.es
jeung.hyun@morganstanley.com
jie.gong@morganstanley.com
jill.holton@morganstanley.com
jillian.sowole@morganstanley.com
jingqi.xu@morganstanley.com
jinny.kim@morganstanley.com
jitania.kandhari@morganstanley.com
jiten.manglani@morganstanley.com
joanna.wotlinski@morganstanley.com
jodi.baabdaty@morganstanley.com
jody.longhurst@morganstanley.com

joe.indelicato@morganstanley.com
john.c.broderick@morganstanley.com
john.gernon@morganstanley.com
john.goodacre@morganstanley.com
john.hevner@morganstanley.com
john.imbriale@morganstanley.com
john.kelly-jones@morganstanley.com
john.m.guarino@morganstanley.com
john.mannion@morganstanley.com
john.mazanec@morganstanley.com
john.mccormack@morganstanley.com
john.mecca@morganstanley.com
john.moon@morganstanley.com
john.n.hale@morganstanley.com
john.pearce@morganstanley.com
john.s.quinn@morganstanley.com
john.sun@morganstanley.com
john.szwed@morganstanley.com
john.t.mcdevitt@morganstanley.com
john.vaught@morganstanley.com
john.w.simmons@morganstanley.com
john.wolack@morganstanley.com
jonas.kolk@morganstanley.com
jonas.nilsson@morganstanley.com
jonathan.a.day@morganstanley.com
jonathan.murray@morganstanley.com
jonathan.terlizzi@morganstanley.com
jonathon.rabinowitz@morganstanley.com
jordan.floriani@morganstanley.com
jordan.gershuny@morganstanley.com
jose.gonzalez-heres@morganstanley.com
joseph.bacchi@morganstanley.com
joseph.ballaera@morganstanley.com
joseph.braccia@morganstanley.com
joseph.mcalinden@morganstanley.com
joseph.mehlman@morganstanley.com
joseph.sueke@morganstanley.com
joseph.trmarchi@morganstanley.com
joseph_arcieri@morganstanley.com
josephine.learmond-criqui@morganstanley.com
joshua.givelber@morganstanley.com
juan.acevedo@morganstanley.com
judy.leung@morganstanley.com
julia.forde@morganstanley.com
julia.gallagher@morganstanley.com
julia.pollard@morganstanley.com
julie.claydon@morganstanley.com
julie.dechaume@morganstanley.com
julie.haim@morganstanley.com
julie.martin@morganstanley.com
julie.morrone@morganstanley.com
julien.leegenhoek@morganstanley.com
julien.puvilland@morganstanley.com
julius.williams@morganstanley.com
justin.sham@morganstanley.com
justin.simpson@morganstanley.com
kamlun.shek@morganstanley.com
karen.boldizar@morganstanley.com
karen.greenberg@morganstanley.com
karen.morehouse@morganstanley.com

| | | |
|---|---|---|
| karen.romero@morganstanley.com | lesley.kinnaird@morganstanley.com | marta.waszkiewicz@morganstanley.com |
| karen.toll@morganstanley.com | leslie.haarup@morganstanley.com | martin.moorman@morganstanley.com |
| karim.ladha@morganstanley.com | li.tao@morganstanley.com | mary.anne.healy@morganstanley.com |
| karl.beinkampen@morganstanley.com | liam.carroll@morganstanley.com | mary.birger@morganstanley.com |
| kate.cornax@morganstanley.com | lilly.acosta@morganstanley.com | mary.kazaryan@morganstanley.com |
| kate.cornish-bowden@morganstanley.com | linda.vanderson@morganstanley.com | mary.otero@morganstanley.com |
| kate.williams@morganstanley.com | linh.tran@morganstanley.com | mary.schafer@morganstanley.com |
| katharine.partridge@morganstanley.com | linso.pals@morganstanley.com | mary.simmons@morganstanley.com |
| katherine.chasmar@morganstanley.com | linus.ng@morganstanley.com | mary.sue.dickinson@morganstanley.com |
| katherine.stromberg@morganstanley.com | lisa.a.kwiatkowski@morganstanley.com | maryann.maiwald@morganstanley.com |
| kathleen.bell@morganstanley.com | lisa.dematte@morganstanley.com | maryellen.donahue@morganstanley.com |
| kathleen.m.gallagher@morganstanley.com | logan.burt@morganstanley.com | maryellen.fazzino@morganstanley.com |
| kathy.clemens@morganstanley.com | lois.pine@morganstanley.com | maryjane.bobyock@morganstanley.com |
| kathy.mcwade@morganstanley.com | lori.mchugh@morganstanley.com | matt.pedicino@morganstanley.com |
| kathy.o'connor@morganstanley.com | lorna.levy@morganstanley.com | matt.potter@morganstanley.com |
| katia.levy-thevenon@morganstanley.com | louise.teeple@morganstanley.com | matthew.a.king@morganstanley.com |
| katrine.lindbekk@morganstanley.com | lourdes.leon@morganstanley.com | matthew.cino@morganstanley.com |
| kavita.sheth@morganstanley.com | luca.armandola@morganstanley.com | matthew.dunning@morganstanley.com |
| ke.yu@morganstanley.com | lucien.philippe@morganstanley.com | matthew.leeman@morganstanley.com |
| kellie.manning@morganstanley.com | lucy.zheng@morganstanley.com | matthew.stock@morganstanley.com |
| kelly.eckenrode@morganstanley.com | ludan.liu@morganstanley.com | maureen.hays@morganstanley.com |
| kelly.hardeman@morganstanley.com | luisa.b.gallardo@morganstanley.com | maureen.york@morganstanley.com |
| kelly.socci@morganstanley.com | lynda.yam@morganstanley.com | maurice.holmes@morganstanley.com |
| kerry.van.orden@morganstanley.com | lynette.ong@morganstanley.com | mckenzie.burkhardt@morganstanley.com |
| kevin.egan@morganstanley.com | m.craig@morganstanley.com | meaghan.harding@morganstanley.com |
| kevin.gapp@morganstanley.com | m.lam@morganstanley.com | meenakshi.lakshman@morganstanley.com |
| kevin.jung@morganstanley.com | manda.narvekar@morganstanley.com | megan.capay@morganstanley.com |
| kevin.kleitz@morganstanley.com | manish.k.agarwal@morganstanley.com | melanie.mcgee@morganstanley.com |
| kevin.klingert@morganstanley.com | manmohan.patil@morganstanley.com | melany.hearne@morganstanley.com |
| kevin.m.white@morganstanley.com | manoj.gupte@morganstanley.com | menglin.luo@morganstanley.com |
| kgard@morganstanley.com | marc.ampaw@morganstanley.com | meredith.ostrie@morganstanley.com |
| khushru.medhora@morganstanley.com | marc.crespi@morganstanley.com | michael.allison@morganstanley.com |
| kim.cross@morganstanley.com | marc.munfa@morganstanley.com | michael.antolin-perez@morganstanley.com |
| kim.mawdsley@morganstanley.com | marc.rudajev@morganstanley.com | michael.cha@morganstanley.com |
| kimberlee.dieckhaus@morganstanley.com | marc-albert.michaud@morganstanley.com | michael.desantis@morganstanley.com |
| kimberly.bernhardt@morganstanley.com | marcus.watson@morganstanley.com | michael.dinapoli@morganstanley.com |
| kiran.saund@morganstanley.com | margaret.p.naylor@morganstanley.com | michael.dyer@morganstanley.com |
| kirtna.pai@morganstanley.com | marguerite.solis@morganstanley.com | michael.eastwood@morganstanley.com |
| krista.valentino@morganstanley.com | maria.bowling@morganstanley.com | michael.edman@morganstanley.com |
| kristian.heugh@morganstanley.com | maria.pellegrino@morganstanley.com | michael.finamore@morganstanley.com |
| kristin.hayden@morganstanley.com | marin.lolic@morganstanley.com | michael.guichon@morganstanley.com |
| kristine.lino-genin@morganstanley.com | mark.bavoso@morganstanley.com | michael.hehn@morganstanley.com |
| l.chen@morganstanley.com | mark.bredell@morganstanley.com | michael.hillman@morganstanley.com |
| lai-ming.suen@morganstanley.com | mark.clay@morganstanley.com | michael.kollins@morganstanley.com |
| lakshman.harendran@morganstanley.com | mark.d.levy@morganstanley.com | michael.kondas@morganstanley.com |
| lally.ross@morganstanley.com | mark.dimont@morganstanley.com | michael.kushma@morganstanley.com |
| larry.tung@morganstanley.com | mark.field-marsham@morganstanley.com | michael.maita@morganstanley.com |
| lars.lemonius@morganstanley.com | mark.flynn@morganstanley.com | michael.monzo@morganstanley.com |
| laura.ambroseno@morganstanley.com | mark.foust@morganstanley.com | michael.nolan@morganstanley.com |
| laura.bottega@morganstanley.com | mark.laskin@morganstanley.com | michael.peskin@morganstanley.com |
| laura.gibbons@morganstanley.com | mark.mcnamara@morganstanley.com | michael.petrino@morganstanley.com |
| laura.howard@morganstanley.com | mark.melendez@morganstanley.com | michael.pohly@morganstanley.com |
| laura.norman@morganstanley.com | mark.paris@morganstanley.com | michael.ray@morganstanley.com |
| lauren.duboff@morganstanley.com | mark.pederson@morganstanley.com | michael.ryder@morganstanley.com |
| lauren.jacobson@morganstanley.com | mark.roethlin@morganstanley.com | michel.vitermarkt@morganstanley.com |
| laurie.lefcowitz@morganstanley.com | mark.strachan@morganstanley.com | michele.aveling@morganstanley.com |
| lea.hodge@morganstanley.com | mark.todtfeld@morganstanley.com | michele.burns@morganstanley.com |
| leah.modigliani@morganstanley.com | mark.w.perry@morganstanley.com | michele.kreisler@morganstanley.com |
| lee.montag@morganstanley.com | markus.thadaney@morganstanley.com | michelina.cuccia@morganstanley.com |
| leon.grenyer@morganstanley.com | marlene.bonasera@morganstanley.com | michelle.kairuz@morganstanley.com |

michelle.underwood@morganstanley.com
michiel.te.paske@morganstanley.com
mihaela.manoliu@morganstanley.com
milka.anderson@morganstanley.com
minh.do@morganstanley.com
miriam.rosa@morganstanley.com
mitch.merrin@morganstanley.com
miten.mehta@morganstanley.com
mitesh.modi@morganstanley.com
mona.marquardt@morganstanley.com
monica.carta@morganstanley.com
msimdaily@morganstanley.com
msim-swaps@morganstanley.com
n.gupta@morganstanley.com
nadia.fedoriw@morganstanley.com
naman.pugalia@morganstanley.com
nancy.bernstein@morganstanley.com
nancy.login@morganstanley.com
nash.waterman@morganstanley.com
natalie.marvi-romeo@morganstanley.com
natalie.miller@morganstanley.com
natanya.osborne@morganstanley.com
nathalie.degans@morganstanley.com
nathan.eigerman@morganstanley.com
nathlie.adams@morganstanley.com
neha.champaneria@morganstanley.com
neha.markle@morganstanley.com
neil.chakraborty@morganstanley.com
nhickolle.clayton@morganstanley.com
nicholas.del.deo@morganstanley.com
nicholas.warmingham@morganstanley.com
nicola.ardley@morganstanley.com
nicola.bonelli@morganstanley.com
nicola.wilds@morganstanley.com
nicolas.gagnerie@morganstanley.com
nicole.wiley@morganstanley.com
niklas.von.daehne@morganstanley.com
nikolai.dimitrov@morganstanley.com
nitin.bhat@morganstanley.com
nobuaki.miyatake@morganstanley.com
noelle_chara.siompotis@morganstanley.com
noreen.griffin@morganstanley.com
nuno.caetano@morganstanley.com
oliver.farrant@morganstanley.com
oliver.woodley@morganstanley.com
orla.flood@morganstanley.com
orsolya.eged@morganstanley.com
oscar.manuel.gutierrez@morganstanley.com
owen.thomas@morganstanley.com
p.chen@morganstanley.com
p.mchugh@morganstanley.com
pankaj.pande@morganstanley.com
paras.dodhia@morganstanley.com
paresh.bhatt@morganstanley.com
parthie.darrell@morganstanley.com
patrice.mclaughlin@morganstanley.com
patricia.d'innocenzo@morganstanley.com
patricia.peach@morganstanley.com
patricia.wong@morganstanley.com
patrick.springer@morganstanley.com

paul.d.thompson@morganstanley.com
paul.daggy@morganstanley.com
paul.j.white@morganstanley.com
paul.o'brien@morganstanley.com
paul.psaila@morganstanley.com
paul.ticu@morganstanley.com
paul.weiner@morganstanley.com
paul_allende@morganstanley.com
peter.a.law@morganstanley.com
peter.furlong@morganstanley.com
peter.gewirtz@morganstanley.com
peter.nadosy@morganstanley.com
peter.ru@morganstanley.com
peter.seely@morganstanley.com
peter.sheridan@morganstanley.com
peter.simon@morganstanley.com
peter.thomas@morganstanley.com
peter.wright@morganstanley.com
petr.kocourek@morganstanley.com
philip.lund-conlon@morganstanley.com
philip.winters@morganstanley.com
philippe.kurzweil@morganstanley.com
phoebe.mcbee@morganstanley.com
poonam.dighe@morganstanley.com
prabhav.mehta@morganstanley.com
prajakta.nadkarni@morganstanley.com
prakash.balakrishnan@morganstanley.com
prathamesh.kulkarni@morganstanley.com
prcteam@morganstanley.com
que.nguyen@morganstanley.com
rachel.madeiros@morganstanley.com
rafael.gonzalez@morganstanley.com
raj.gupta@morganstanley.com
raj.sharma@morganstanley.com
rajesh.bendre@morganstanley.com
rajseh.bose@morganstanley.com
ramez.nashed@morganstanley.com
ray.tierney@morganstanley.com
regina.borromeo@morganstanley.com
regina.stewart@morganstanley.com
rehan.masood@morganstanley.com
renee.pernell@morganstanley.com
reshma.patel@morganstanley.com
rheitu.bansal@morganstanley.com
riccardo.bindi@morganstanley.com
rich.vandermass@morganstanley.com
richard.davidson@morganstanley.com
richard.felegy@morganstanley.com
richard.glass@morganstanley.com
richard.guether@morganstanley.com
richard.mhende@morganstanley.com
richard.papetti@morganstanley.com
rob.maloof@morganstanley.com
robert.edmond@morganstanley.com
robert.gromadzki@morganstanley.com
robert.harradine@morganstanley.com
robert.jost@morganstanley.com
robert.kemp@morganstanley.com
robert.l.meyer@morganstanley.com
robert.l.peters@morganstanley.com

robert.lichtenstein@morganstanley.com
robert.nicander@morganstanley.com
robert.rossetti@morganstanley.com
robert.shapiro@morganstanley.com
robert.stryker@morganstanley.com
robert.swift@morganstanley.com
robert.turnquest@morganstanley.com
robin.joines@morganstanley.com
robyn.lazara@morganstanley.com
robynne.parry@morganstanley.com
roddy.bridge@morganstanley.com
rodolfo.chou@morganstanley.com
roger.banks@morganstanley.com
roger.chuchen@morganstanley.com
roger.tashjian@morganstanley.com
roland.ho@morganstanley.com
roland.rayment@morganstanley.com
ronald.kline@morganstanley.com
ronald.mackey@morganstanley.com
ronan.harris@morganstanley.com
roxana.villafane@morganstanley.com
roy.liu@morganstanley.com
rucha.potdar@morganstanley.com
ruchir.sharma@morganstanley.com
russell.cernansky@morganstanley.com
ryan.egan@morganstanley.com
ryan.feeney@morganstanley.com
ryan.moss@morganstanley.com
s.scott.gregory@morganstanley.com
saad.siddiqui@morganstanley.com
sahil.tandon@morganstanley.com
sally_panicker@morganstanley.com
salvatore.aiello@morganstanley.com
sam.caroll@morganstanley.com
sameer.arsiwala@morganstanley.com
sameer.malik@morganstanley.com
sandeep.chainani@morganstanley.com
sandip.bhagat@morganstanley.com
sandy.yun@morganstanley.com
sanjay.verma@morganstanley.com
santosh.kumar@morganstanley.com
sarah.devlin@morganstanley.com
sayuri.aoyama@morganstanley.com
scott.cullerton@morganstanley.com
scott.heyer@morganstanley.com
scott.kelley@morganstanley.com
scott.piper@morganstanley.com
sean.meehan@morganstanley.com
sean.o'malley@morganstanley.com
sebastian.miralles@morganstanley.com
seth.horwitz@morganstanley.com
sette.voute@morganstanley.com
shailesh.singh@morganstanley.com
shannon.hart@morganstanley.com
shanta.huque@morganstanley.com
shari.angelica.setyawinata@morganstanley.com
sharon.cohen@morganstanley.com
sharon.ecke@morganstanley.com
sharon.huey@morganstanley.com
sharon.voci@morganstanley.com

| | | |
|---|---|---|
| shaun.smith@morganstanley.com | tarini.mohan@morganstanley.com | william.oliver@morganstanley.com |
| shawn.remish@morganstanley.com | tarrissa.hockenberry@morganstanley.com | wilson.he@morganstanley.com |
| shayne.marcos.de.abreu@morganstanley.com | ted.bigman@morganstanley.com | wimal.wijenayake@morganstanley.com |
| sheila.piernock@morganstanley.com | teimur.abasov@morganstanley.com | wojceich.hajduczyk@morganstanley.com |
| sherri.cohen@morganstanley.com | teri.martini@morganstanley.com | xiaojie.joe.shi@morganstanley.com |
| shikhar.ranjan@morganstanley.com | terr.conygham@morganstanley.com | xiaoli.deng@morganstanley.com |
| shilpi.basak@morganstanley.com | terrance.rebello@morganstanley.com | xintian.lan@morganstanley.com |
| shunichiro.saiki@morganstanley.com | theresa.shaughnessy@morganstanley.com | yamay@morganstanley.com |
| simon.carter@morganstanley.com | thomas.bennett@morganstanley.com | yi.liu@morganstanley.com |
| simon.loveday@morganstanley.com | thomas.fenlon@morganstanley.com | ying.ying@morganstanley.com |
| simon.p.baxter@morganstanley.com | thomas.frame@morganstanley.com | yoonju.hong@morganstanley.com |
| slav.botchkarev@morganstanley.com | thomas.hewett@morganstanley.com | yoshiki.kano@morganstanley.com |
| sloan.walker@morganstanley.com | thomas.machowski@morganstanley.com | yuri.maeda@morganstanley.com |
| soiricho.matsumoto@morganstanley.com | thomas.swaney@morganstanley.com | yvonne.longley@morganstanley.com |
| sophana.periasamy@morganstanley.com | thomas.v.wallace@morganstanley.com | zachary.stewart@morganstanley.com |
| soren.bech@morganstanley.com | tim.antrobus@morganstanley.com | zoe.oakman@morganstanley.com |
| soren.beck@morganstanley.com | tim.ellerton@morganstanley.com | benbarringer@morganstanleyquilter.ie |
| spd-ops-ln@morganstanley.com | tim.morris@morganstanley.com | brianweber@morganstanleyquilter.ie |
| stan.delaney@morganstanley.com | tim_coughlin@morganstanley.com | davidframe@morganstanleyquilter.ie |
| stanley.ho@morganstanley.com | timothy.drinkall@morganstanley.com | kevinronayne@morganstanleyquilter.ie |
| stefania.perrucci@morganstanley.com | timothy.gage@morganstanley.com | stephenrooney@morganstanleyquilter.ie |
| stephan.kessler@morganstanley.com | timothy.jannetta@morganstanley.com | michael.key@morganstnaley.com |
| stephen.a.smith@morganstanley.com | timothy.s.brown@morganstanley.com | segawa@mori.co.jp |
| stephen.barclay@morganstanley.com | timothy.shannon@morganstanley.com | tsutomu-horiuchi@mori.co.jp |
| stephen.c.walker@morganstanley.com | timothy.taylor@morganstanley.com | aaron.grehan@morleyfm.com |
| stephen.chung@morganstanley.com | timothy.veraska@morganstanley.com | aaron.lynch@morleyfm.com |
| stephen.esser@morganstanley.com | tina.fendl@morganstanley.com | adam.lancelot@morleyfm.com |
| stephen.pelensky@morganstanley.com | tj.hughes@morganstanley.com | ade.adekunbi@morleyfm.com |
| steve.luo@morganstanley.com | todd.herlihy@morganstanley.com | adrian.jarvis@morleyfm.com |
| steve.turner@morganstanley.com | todd.m.lovell@morganstanley.com | alan.stickings@morleyfm.com |
| steven.dick@morganstanley.com | todd.marciniak@morganstanley.com | alex.ingham@morleyfm.com |
| steven.guyer@morganstanley.com | tracey.ivey@morganstanley.com | alex.mcintyre@morleyfm.com |
| steven.heron@morganstanley.com | travis.rudnick@morganstanley.com | alex.parr@morleyfm.com |
| steven.jung@morganstanley.com | trusha.chokshi@morganstanley.com | alex.wroe@morleyfm.com |
| steven.kreider@morganstanley.com | udit.mitra@morganstanley.com | alexander.iwinski@morleyfm.com |
| steven.oblack@morganstanley.com | ugo.ciliberti@morganstanley.com | alexandra.pedder@morleyfm.com |
| steven.shekane@morganstanley.com | valentina.vanderdys@morganstanley.com | alison.murdoch@morleyfm.com |
| steven.shin@morganstanley.com | vallende@morganstanley.es | alistair.morrison@morleyfm.com |
| stine.madsen@morganstanley.com | vanessa.hopwood@morganstanley.com | allen.twyning@morleyfm.com |
| stuart.bohart@morganstanley.com | vanessa.vanacker@morganstanley.com | amanda.sillars@morleyfm.com |
| stuart.seeley@morganstanley.com | vardhana.pawaskar@morganstanley.com | amelia.savory@morleyfm.com |
| sumit.kapur@morganstanley.com | vera.rossi@morganstanley.com | amit.mehta@morleyfm.com |
| sunil.sud@morganstanley.com | vijay.chugh@morganstanley.com | amy.chamberlain@morleyfm.com |
| sunita.menon@morganstanley.com | viju.joseph@morganstanley.com | andrew.burdis@morleyfm.com |
| sunny.tang@morganstanley.com | vinay.kedia@morganstanley.com | andrew.randell@morleyfm.com |
| suren.markosov@morganstanley.com | vincent.liu@morganstanley.com | andy.macdonald@morleyfm.com |
| surrina.hu@morganstanley.com | vineet.hemdev@morganstanley.com | aneil.ramroop@morleyfm.com |
| susan.burnett@morganstanley.com | vinod.prashad@morganstanley.com | angela.ngo@morleyfm.com |
| susan.lucas@morganstanley.com | virginia.keehan@morganstanley.com | angus.robertson@morleyfm.com |
| susan.s.chen@morganstanley.com | walter.maynard@morganstanley.com | anita.skipper@morleyfm.com |
| suzanne.hone@morganstanley.com | walter.riddell@morganstanley.com | anne.robson@morleyfm.com |
| suzanne.jagernauth@morganstanley.com | walter.thorman@morganstanley.com | anthony.david@morleyfm.com |
| sven.van.kemenade@morganstanley.com | warren.ackerman@morganstanley.com | aran.gordon@morleyfm.com |
| swanand.kelcar@morganstanley.com | wei.shi@morganstanley.com | ash.verma@morleyfm.com |
| tadashi.kikkawa@morganstanley.com | wei.xei@morganstanley.com | atikah.aini@morleyfm.com |
| takao.kawamoto@morganstanley.com | wei-ling.liew@morganstanley.com | barry.sanjana@morleyfm.com |
| takashi.moriuchi@morganstanley.com | william.lawrence@morganstanley.com | ben.blackburn@morleyfm.com |
| tamara.doi@morganstanley.com | william.lock@morganstanley.com | ben.middleton@morleyfm.com |
| tamyra.thomas@morganstanley.com | william.mccawley@morganstanley.com | bertrand.kubala@morleyfm.com |
| tarah.holloway@morganstanley.com | william.mok@morganstanley.com | betty.chen@morleyfm.com |

bill.baker@morleyfm.com
binita.dyson@morleyfm.com
bruce.pearson@morleyfm.com
bruno.berry@morleyfm.com
caroline.allen@morleyfm.com
caroline.hedges@morleyfm.com
cathy.harris@morleyfm.com
ceris.williams@morleyfm.com
charles.hoblyn@morleyfm.com
chris.garcia@morleyfm.com
chris.higham2@morleyfm.com
chris.perryman@morleyfm.com
chris.wheaton@morleyfm.com
christoph.babbel@morleyfm.com
cirine.el.husseini@morleyfm.com
claire.harold@morleyfm.com
colin.dryburgh@morleyfm.com
colin.moar@morleyfm.com
daniel.klusmann@morleyfm.com
darren.kelly@morleyfm.com
david.clott@morleyfm.com
david.keen@morleyfm.com
david.lis@morleyfm.com
david.oxley@morleyfm.com
david.penney@morleyfm.com
david.shapiro@morleyfm.com
david.skinner@morleyfm.com
david.stevens@morleyfm.com
dominic.white@morleyfm.com
edgar.dmello@morleyfm.com
edward.bozzard@morleyfm.com
edward.hutchings@morleyfm.com
edward.murray@morleyfm.com
emma.cameron@morleyfm.com
emma.clark@morleyfm.com
emma.hudson@morleyfm.com
emma.sinclair@morleyfm.com
eric.kwan@morleyfm.com
erin.baines@morleyfm.com
federico.wynne@morleyfm.com
frances.scott@morleyfm.com
francesca.battisti-davies@morleyfm.com
frank.mensah@morleyfm.com
frederic.beaumelou@morleyfm.com
frederick.devries@morleyfm.com
gabriela.schneider@morleyfm.com
gary.neale@morleyfm.com
gary.saidler@morleyfm.com
gavin.feakes@morleyfm.com
gemma.cowie@morleyfm.com
georgina.hellyer@morleyfm.com
gerard.lane@morleyfm.com
gerry.inow@morleyfm.com
gillian.chee@morleyfm.com
graham.elliottshircore@morleyfm.com
harriet.parker@morleyfm.com
hassan.johaadien@morleyfm.com
haydn.davies@morleyfm.com
holly.grainger@morleyfm.com
ian.firth@morleyfm.com

ian.grant@morleyfm.com
ian.hally@morleyfm.com
iyad.farah@morleyfm.com
jack.georgeson@morleyfm.com
james.cannon@morleyfm.com
james.kenney@morleyfm.com
james.turner@morleyfm.com
james.vokins@morleyfm.com
jas.singh@morleyfm.com
jeremy.soutter@morleyfm.com
jerry.brewin@morleyfm.com
jez.bezant@morleyfm.com
jill.walsh@morleyfm.com
jim.odell@morleyfm.com
john.botham@morleyfm.com
john.buckley@morleyfm.com
john.hayes@morleyfm.com
john.ip@morleyfm.com
john.manning@morleyfm.com
john.wilson@morleyfm.com
jonathan.abrahams@morleyfm.com
jonathan.fisher-hindle@morleyfm.com
joy.holmes-anckle@morleyfm.com
julian.murray@morleyfm.com
julie.quinn@morleyfm.com
kalpesh.shah@morleyfm.com
kameel.mohammed@morleyfm.com
katherine.garrett-cox@morleyfm.com
keith.barnes@morleyfm.com
kieran.curtis@morleyfm.com
konrad.boszko@morleyfm.com
kumar.ghosh@morleyfm.com
laurence.bensafi@morleyfm.com
lawrence.inman@morleyfm.com
leah.hope@morleyfm.com
lee.brennan@morleyfm.com
leigh.talbot@morleyfm.com
lisa.batterby@morleyfm.com
luk.janssens@morleyfm.com
malcolm.oates@morleyfm.com
marc.vanderbergh@morleyfm.com
mark.artherton@morleyfm.com
mark.atherton@morleyfm.com
mark.borland@morleyfm.com
mark.denham@morleyfm.com
mark.goodey@morleyfm.com
mark.watts@morleyfm.com
mark.westwood@morleyfm.com
matthew.haldane@morleyfm.com
matthew.hills@morleyfm.com
matthew.tatnell@morleyfm.com
maulshreesaroliya2@morleyfm.com
maurice.browne@morleyfm.com
mavis.lougher@morleyfm.com
may.brooks@morleyfm.com
mervin.coutinho@morleyfm.com
mervyn.douglas@morleyfm.com
michael.jennings@morleyfm.com
michaeld.gallagher@morleyfm.com
michelle.cook@morleyfm.com

michelle.quinn@morleyfm.com
mike.appleby@morleyfm.com
mike.gallagher@morleyfm.com
miles.tym@morleyfm.com
mubushra.beg@morleyfm.com
nataliya.zalyesova@morleyfm.com
neil.smith@morleyfm.com
neil.wesley@morleyfm.com
niall.paul@morleyfm.com
nicholas.broughton@morleyfm.com
nick.alford@morleyfm.com
nick.mansley@morleyfm.com
nick.ridgewell@morleyfm.com
nick.woods@morleyfm.com
nicole.mardell@morleyfm.com
ole.hui@morleyfm.com
oliver.jackson@morleyfm.com
oliver.judd@morleyfm.com
owen.thomas2@morleyfm.com
parul.shah@morleyfm.com
patricia.davies@morleyfm.com
patrick.hughes@morleyfm.com
paul.dungate@morleyfm.com
paul.mingay@morleyfm.com
paul.simmons@morleyfm.com
paul.udall@morleyfm.com
paul.vandevaart@morleyfm.com
paula.allen@morleyfm.com
peter.cameron@morleyfm.com
peter.hackworth@morleyfm.com
peter.michaelis@morleyfm.com
peter.middleton@morleyfm.com
peter.rains@morleyfm.com
philip.parker@morleyfm.com
philip.pearson@morleyfm.com
pierre.francois@morleyfm.com
quin.casey@morleyfm.com
rahul.ahuja@morleyfm.com
raj.bajaj@morleyfm.com
rajan.rehan@morleyfm.com
richard.alborough@morleyfm.com
richard.cansell@morleyfm.com
richard.colwell@morleyfm.com
richard.dymond@morleyfm.com
richard.hallett@morleyfm.com
richard.saldanha@morleyfm.com
rita.dhut@morleyfm.com
rob.libbrecht@morleyfm.com
robert.brzoza@morleyfm.com
robert.goldsmith@morleyfm.com
robert.parsons@morleyfm.com
robin.west@morleyfm.com
roger.leow@morleyfm.com
roger.webb@morleyfm.com
rohin.morjaria@morleyfm.com
rosanna.moretti@morleyfm.com
russell.harris@morleyfm.com
ryan.staszewski@morleyfm.com
sam.holl@morleyfm.com
scott.mckenzie@morleyfm.com

sergio.ferreira@morleyfm.com
shahid.ikram@morleyfm.com
shawn.ross@morleyfm.com
simon.bray-stacey@morleyfm.com
simon.clements@morleyfm.com
simon.jaffe@morleyfm.com
simon.tring@morleyfm.com
sonia.beng@morleyfm.com
stephen.lee@morleyfm.com
stephen.lowe@morleyfm.com
steve.barker@morleyfm.com
steve.cleal@morleyfm.com
steve.ryder@morleyfm.com
steve.warner@morleyfm.com
steven.towers@morleyfm.com
stewart.newnham@morleyfm.com
stewart.robertson@morleyfm.com
stuart.ritson@morleyfm.com
tanya.clarke@morleyfm.com
tim.barker@morleyfm.com
tim.harris3@morleyfm.com
tim.lucas@morleyfm.com
tim.tanner@morleyfm.com
tom.wills@morleyfm.com
trevor.welsh@morleyfm.com
umang.vithlani@morleyfm.com
upkar.kambo@morleyfm.com
valentina.chen@morleyfm.com
victor.chu@morleyfm.com
will.fletcher-roberts@morleyfm.com
xuesong.zhao@morleyfm.com
ying.jiang@morleyfm.com
hazel.jones@morrisons.plc.uk
jburke@morrisons.co.uk
niall.addison@morrisonsplc.co.uk
mmccarthy@wm.mortgage
dan.collins@mortgagefamily.com
dan.gavin@mortgagefamily.com
daniel.collins@mortgagefamily.com
don.evans@mortgagefamily.com
donald.melroy@mortgagefamily.com
dusty.downs@mortgagefamily.com
fatima.andrews@mortgagefamily.com
fei.huang@mortgagefamily.com
james.hummel@mortgagefamily.com
jason.hsueh@mortgagefamily.com
jean.stgermain@mortgagefamily.com
jeffrey.crossley@mortgagefamily.com
jennifer.lippincott@mortgagefamily.com
jim.mcsweeney@mortgagefamily.com
joan.cianciarulo@mortgagefamily.com
joe.bresnahan@mortgagefamily.com
joe.suter@mortgagefamily.com
john.urdman@mortgagefamily.com
josh.smith@mortgagefamily.com
joshua.hodgson@mortgagefamily.com
karen.collins@mortgagefamily.com
kim.jones@mortgagefamily.com
lauren.dezutti@mortgagefamily.com
margaret.brewster@mortgagefamily.com

maria.goldberg@mortgagefamily.com
mark.donahee@mortgagefamily.com
michael.britchkow@mortgagefamily.com
michael.farrell@mortgagefamily.com
michael.potenski@mortgagefamily.com
michelle.penson@mortgagefamily.com
mike.cook@mortgagefamily.com
mike.goeller@mortgagefamily.com
mike.leonardo@mortgagefamily.com
patrick.hayes2@mortgagefamily.com
paul.mccarthy@mortgagefamily.com
pete.thomas@mortgagefamily.com
quinton.long@mortgagefamily.com
rich.bradfield@mortgagefamily.com
sam.rosenthal@mortgagefamily.com
steve.crawford@mortgagefamily.com
tina.thompson@mortgagefamily.com
titilayo.udoh@mortgagefamily.com
bpratt@mortgagenetwork.com
cgoodwin@mortgagenetwork.com
csa@mortgagenetwork.com
pasbury@mortgagenetwork.com
rmcinnes@mortgagenetwork.com
adelco@morval.ch
agiorni@morval.ch
alanzoni@morval.ch
jgianetta@morval.ch
sfacineroso@morval.ch
aprampolini@morvalgestion.com
smonticelli@mosaic.com
andrei.tcharouchine@mosnar.com
bryan.low@mosnar.com.sg
david.somerset@mosnar.com
david.wong@mosnar.com
evansd@mosnar.com
igor.souvorov@mosnar.com
keith.cooper@mosnar.com
marcus.hopkins@mosnar.com
peter.manning@mosnar.com
dan.crawford@motoristsgroup.com
lchaitman@motorola.com
c.cappellini@motus.lu
kba@mppension.dk
gsaya@mps.it
marco.di.santo@mps.co.it
mgarone@mps.it
mpozzi@mps.it
ncavanna@mps.it
anne.gruz@mpsa.com
frederic.vercher@mpsa.com
sandrine.pariente@mpsa.com
gaia.resnati@mpsalternative.it
stefano.pittaluga@mpsalternative.it
alberto.basodonna@mpsfinance.it
andrea.gigli@mpsfinance.it
gennaro.pucci@mpsfinance.it
marco.peron@mpsfinance.it
matteo.bertotti@mpsfinance.it
michele.berti@mpsfinance.it
roberto.carli@mpsfinance.it

stefano.bramerini@mpsfinance.it
alessandro.cimino@mpsgr.it
alessandro.leonori@mpsgr.it
ambrogio.alfieri@mpsgr.it
angelo.antonini@mpsgr.it
angelo.palermo@mpsgr.it
annaclaudia.furgericaramaschi@mpsgr.it
ansuinelli@mpsgr.it
antonella.radetti@mpsgr.it
assunta.provenzano@mpsgr.it
cesare.sacchi@mpsgr.it
claudia.cisari@mpsgr.it
claudia.collu@mpsgr.it
claudia.stringari@mpsgr.it
claytonchristopher.hampton@mpsgr.it
corrado.ciavattini@mpsgr.it
daniela.vitti@mpsgr.it
daniele.turchi@mpsgr.it
davide.pasi@mpsgr.it
elisa.sanguanini@mpsgr.it
elisabetta.toja@mpsgr.it
emanuele.delmonte@mpsgr.it
emilio.carli@mpsgr.it
eugenia.atrei@mpsgr.it
fabrice.alliaud@mpsgr.it
federico.trabucco@mpsgr.it
forno@mpsgr.it
francesco.espositof@mpsgr.it
franco.colombo@mpsgr.it
gianelle@mpsgr.it
gianluca.baruffaldi@mpsgr.it
gianluca.moneta@mpsgr.it
gianni.romano@mpsgr.it
giansanti@mpsgr.it
giordano@mpsgr.it
giorgio.cavicchioli@mpsgr.it
giuseppe.balducci@mpsgr.it
giustiniani@mpsgr.it
lars.schickentanz@mpsgr.it
laura.fiabane@mpsgr.it
lelli@mpsgr.it
leonori@mpsgr.it
liso@mpsgr.it
livio.sianesi@mpsgr.it
lorenzo.busnelli@mpsgr.it
luca.bosisio@mpsgr.it
luca.grassadonia@mpsgr.it
luigi.dompe@mpsgr.it
luigi.romanol@mpsgr.it
mannucci@mpsgr.it
manzini@mpsgr.it
marchesiello@mpsgr.it
marco.decaprio@mpsgr.it
marco.pastorini@mpsgr.it
marinelli@mpsgr.it
mario.seminerio@mpsgr.it
martinelli@mpsgr.it
massimo.cenci@mpsgr.it
massimo.donatoni@mpsgr.it
massimo.felletti@mpsgr.it

mauro.costantini@mpsgr.it
mazzili@mpsgr.it
mazzocchi@mpsgr.it
michele.debenedetto@mpsgr.it
mirko.falchi@mpsgr.it
nadia.pelassa@mpsgr.it
nicola.romito@mpsgr.it
nicoletta.zangrandi@mpsgr.it
novelli@mpsgr.it
padula@mpsgr.it
paolo.bagnoli@mpsgr.it
paoloangelogiuseppe.bugini@mpsgr.it
pasquale.masiello@mpsgr.it
pierino.caroti@mpsgr.it
ricciardi@mpsgr.it
rocco.bove@mpsgr.it
sara.amato@mpsgr.it
sebastiano.picone@mpsgr.it
silvana.vergara@mpsgr.it
simona.prati@mpsgr.it
stefano.cortina@mpsgr.it
stefano.ziglioli@mpsgr.it
teresa.susca@mpsgr.it
vittorio.deluigi@mpsgr.it
sabrina.massucco@mpssgr.it
asosce@mrcm.com
emiller@mrcm.com
mkaufman@mrcm.com
pliu@mrcm.com
sstuck@mrcm.com
giovanni@mrml.ch
allery@ms.com
athiv@ms.com
avinash.shah@ms.com
clark@ms.com
deutsch@ms.com
enelson@ms.com
gabriela.miron@ms.com
gfogel@ms.com
guineym@ms.com
howard.g.cohen@ms.com
jmo@ms.com
john.albright@ms.com
kbc@ms.com
kelly.l.williams@ms.com
knechtelj@ms.com
mackand@ms.com
maymin@ms.com
pad@ms.com
peo@ms.com
peter.oneill@ms.com
pfo@ms.com
rsaunder@ms.com
varjanp@ms.com
aki-tanaka@ms1.marusan-sec.co.jp
simon.midgen@msci.com
abesada@msdw.es
abigail.mckenna@msdw.com
aconde@msdw.es
andre.conway@msdw.com

anrodrig@msdw.es
balva@msdw.es
bcabeza@msdw.es
clare.mutone@msdw.com
daniel_dunn@msdw.com
david.cheng@msdw.com
diane.krause@msdw.com
dominic.caldecott@msdw.com
doreen_yoo@msdw.com
ellen.sahadi@msdw.com
gpeig@msdw.es
howard_schloss@msdw.com
james.willison@msdw.com
james_erven@msdw.com
jason.norris@msdw.com
john_julian@msdw.com
johnj_howard@msdw.com
joseph.hondros@msdw.com
jvillal@msdw.es
kenneth.dunn@msdw.com
margaret.johnson@msdw.com
mark_zebrowski@msdw.com
matthew_martines@msdw.com
mcortes@msdw.es
michael.allison@msdw.com
mike_davey@msdw.com
neil.stone@msdw.com
paul_lacosta@msdw.com
roberto.sella@msdw.com
rochelle_siegel@msdw.com
rximenez@msdw.es
sally_sancimino@msdw.com
scott.richard@msdw.com
steven.kreider@msdw.com
thomas.fant@msdw.com
adigioia@msfi.com
afleeman@msfi.com
andreak@msfi.com
asleeman@msfi.com
bfarrington@msfi.com
ccorrea@msfi.com
ckasika@msfi.com
clahr@msfi.com
claraw@msfi.com
danl@msfi.com
dclarke@msfi.com
dhernandez@msfi.com
dsegal@msfi.com
dturner@msfi.com
jahsler@msfi.com
jclausen@msfi.com
jgray@msfi.com
jjasko@msfi.com
jmarino@msfi.com
joant@msfi.com
joel@msfi.com
kdudley@msfi.com
kkoeferl@msfi.com
kluh@msfi.com
larrys@msfi.com

lhernandez@msfi.com
membler@msfi.com
mferko@msfi.com
mhormozi@msfi.com
mpodraza@msfi.com
nsalgado@msfi.com
owilson@msfi.com
pbrugere@msfi.com
plangerman@msfi.com
rfriedman@msfi.com
rgooskens@msfi.com
ronl@msfi.com
scopren@msfi.com
sshunk@msfi.com
stumulty@msfi.com
tjonasz@msfi.com
robertca@msh.co.il
laptev@msk.vtb.ru
bdeclosset@msn.com
carp1968@msn.com
chrislenzo@msn.com
cvancamp@email.msn.com
delphimgmt@msn.com
fishbro@msn.com
govmann@msn.com
p_carrubba@msn.com
sbcm@email.msn.com
teddytm@msn.com
tioga326@msn.com
wardwissner@msn.com
watsonla@msn.com
wbs1@msn.com
bbugni@mt.gov
csheets@mt.gov
jputnam@mt.gov
nsax@mt.gov
rcooley@mt.gov
gcaplan@mtahq.org
jmarting@mtahq.org
jmurphy@mtahq.org
hiroshi_nishida@mtam.co.jp
makoto_uemura@mtam.co.jp
masahiro_kato@mtam.co.jp
mitsunobu_nishida@mtam.co.jp
souta_suzuki@mtam.co.jp
bp2@mtbchk.com.hk
daniel_c@mtbcny.com
isomura@mtbcny.com
kazutoshi@mtbcny.com
konishia@mtbcny.com
kurosawa@mtbcny.com
masako_w@mtbcny.com
miyamotok@mtbcny.com
rmagome@mtbcny.com
sylvie_morvan@mtbcny.com
tteshima@mtbcny.com
jtierney@mtbcusa.com
thagihara@mtbcusa.com
bwilliams@mtildn.co.uk
chawkins@mtildn.co.uk

| | | |
|---|---|---|
| dpike@mtildn.co.uk | lcao@munder.com | david.johnson@mutualofamerica.com |
| dshell@mtildn.co.uk | mbryk@munder.com | doreen.johns@mutualofamerica.com |
| jcoates@mtildn.co.uk | mgopal@munder.com | duygu.akyatan@mutualofamerica.com |
| jriley@mtildn.co.uk | mgura@munder.com | eleanor.innes@mutualofamerica.com |
| llingane@mtildn.co.uk | mkrushena@munder.com | gary.wetterau@mutualofamerica.com |
| mlacey@mtildn.co.uk | mlebovitz@munder.com | grace.lee@mutualofamerica.com |
| mnakai@mtildn.co.uk | mpregler@munder.com | isabel.macalintal@mutualofamerica.com |
| tyanagawa@mtildn.co.uk | mshumaker@munder.com | jacqueline.sabella@mutualofamerica.com |
| ykawa@mtildn.co.uk | mvandenb@munder.com | jamie.zendel@mutualofamerica.com |
| znonie@mtildn.co.uk | pdano@munder.com | john.korbis@mutualofamerica.com |
| jkwan@mtr.com.hk | piwasko@munder.com | john.polcari@mutualofamerica.com |
| jlau@mtr.com.hk | proot@munder.com | joseph.gaffoglio@mutualofamerica.com |
| kyuen@mtr.com.hk | pwood@munder.com | kevin.frain@mutualofamerica.com |
| mbrennan@mttroybank.com | rcrosby@munder.com | mark.lesaffre@mutualofamerica.com |
| hidetaka_shinohara@mtwm.co.jp | rglise@munder.com | mary.canning@mutualofamerica.com |
| friedrich.munsberg@muenchenerhyp.de | rshanks@munder.com | maryann.fullam@mutualofamerica.com |
| marcel.watzdorf@muenchenerhyp.de | rsoderst@munder.com | mastrogianis@mutualofamerica.com |
| peter.knorr@muenchenerhyp.de | sfayolle@munder.com | michael.mastrogiannis@mutualofamerica.com |
| rafael.galuszkiewicz@muenchenerhyp.de | sverdun@munder.com | michelle.olave@mutualofamerica.com |
| ralf.ochs@muenchenerhyp.de | swittman@munder.com | mwagner@mutualofamerica.com |
| richard-peter.leib@muenchenerhyp.de | tdong@munder.com | nancy.mcavey@mutualofamerica.com |
| langhans.wolfgang@muenchener-verein.de | tkaniewski@munder.com | stephen.rich@mutualofamerica.com |
| eric_j_planey@mufg.jp | tkenny@munder.com | steve.ward@mutualofamerica.com |
| shunichiro_totsuka@mufg.jp | tmudie@munder.com | susan.greenleaf@mutualofamerica.com |
| tohru_yuhara@mufg.jp | afrancis@munichre.com | theresa.ramko@mutualofamerica.com |
| jchua@muis.com.hk | awest@munichre.com | thomas.dillman@mutualofamerica.com |
| kitamura@muis.com.hk | bkaufmann@munichre.com | bob.lovgren@mutualofomaha.com |
| kuroda@muis.com.hk | cormoneit@munichre.com | gene.greiman@mutualofomaha.com |
| nakanishi@muis.com.hk | coschaefer@munichre.com | justin.brauer@mutualofomaha.com |
| tomita@muis.com.hk | cschweizer@munichre.com | justin.kavan@mutualofomaha.com |
| vlui@muis.co.hk | jkammerlohr@munichre.com | kent.knudsen@mutualofomaha.com |
| jway@mulvihill.com | jludbrook@munichre.com | leslie.vanderveen@mutualofomaha.com |
| helen.smith@muncybank.com | jmayer@munichre.com | pat.miner@mutualofomaha.com |
| ahassinger@munder.com | jwilling@munichre.com | paul.kramper@mutualofomaha.com |
| alacayo@munder.com | mboes@munichre.com | troy.gerhardt@mutualofomaha.com |
| amui@munder.com | mgrandi@munichre.com | vic.hanson@mutualofomaha.com |
| athayer@munder.com | mkefer@munichre.com | dharkin@mutualtrust.com |
| bfush@munder.com | mmueller@munichre.com | drouston@mutualtrust.com |
| bkozeliski@munder.com | mseitz@munichre.com | mculkeen@mutualtrust.com |
| bmatuszak@munder.com | msonnenholzner@munichre.com | sebastien.hebert@mv4.fr |
| bmcclell@munder.com | mwalterspiel@munichre.com | a.cannell@mwam.com |
| bspratt@munder.com | mwerth@munichre.com | a.clake@mwam.com |
| bupward@munder.com | oschmuck@munichre.com | a.clegg@mwam.com |
| cgermeroth@munder.com | pmeybom@munichre.com | a.hofmeyr@mwam.com |
| dfox@munder.com | proeder@munichre.com | a.laycock@mwam.com |
| dmckoy@munder.com | rhanek@munichre.com | a.marber@mwam.com |
| drever@munder.com | rkleinschroth@munichre.com | a.shutze@mwam.com |
| dtrammell@munder.com | seberle@munichre.com | a.taneja@mwam.com |
| egoard@munder.com | tarnoldt@munichre.com | avillait@mwam.com |
| goviatt@munder.com | trossmeier@munichre.com | c.compain@mwam.com |
| gwilson@munder.com | ulmueller@munichre.com | c.vickerman@mwam.com |
| jadams@munder.com | sturner@munichreamerica.com | c.wallace@mwam.com |
| jevers@munder.com | jslater@municrest.com | cmartuschelli@mwam.com |
| jhollins@munder.com | bstout@murrayj.com | d.eriksen@mwam.com |
| jkreiter@munder.com | fmartra@mutavie.fr | d.goodman@mwam.com |
| jrichardson@munder.com | fmeschini@mutavie.fr | d.roberts@mwam.com |
| jskornicka@munder.com | hfourn@mutavie.fr | d.williams@mwam.com |
| jwoodley@munder.com | akotlyar@mutualofamerica.com | d.zekrya@mwam.com |
| ksmith@munder.com | andrew.heiskell@mutualofamerica.com | dford@mwam.com |
| lbetts@munder.com | claudia.bosque@mutualofamerica.com | e.fragomeni@mwam.com |

| | | |
|---|---|---|
| e.houston@mwam.com | nedmorgens@mwvinvest.com | david.d.jones@eu.nabgroup.com |
| f.khan@mwam.com | raph@mwvinvest.com | fernando.suarez@eu.nabgroup.com |
| f.syed@mwam.com | scott@mwvinvest.com | fiona.craig-smith@eu.nabgroup.com |
| h.khan@mwam.com | teresa@mwvinvest.com | gdavidson@eu.nabgroup.com |
| hfreye@mwam.com | paul.schwartz@mxminc.com | greg.hadingham@eu.nabgroup.com |
| i.wace@mwam.com | nick.fanning@mycorporatecu.com | gregory.mcneill@eu.nabgroup.com |
| j.abbott@mwam.com | trading@myerberg.com | jay.sangha@eu.nabgroup.com |
| j.carter@mwam.com | lester.joseph@myfloridacfo.com | jon.burgess@eu.nabgroup.com |
| j.gifford@mwam.com | phga8408@mylodh.com | keith.hopkins@eu.nabgroup.com |
| j.hart@mwam.com | rfurka@mymainstreetbank.com | lee.kelly@eu.nabgroup.com |
| j.holland@mwam.com | dternes@myprovident.com | mark.elflain@eu.nabgroup.com |
| j.netherthorpe@mwam.com | rkiuttu@myprovident.com | mark.r.robson@eu.nabgroup.com |
| jmcmanus@mwam.com | vcoleman@myprovident.com | martin.penn@eu.nabgroup.com |
| k.faulkner@mwam.com | angelos.georgoulis@mytilineos.gr | matthew.morris@eu.nabgroup.com |
| m.hawtin@mwam.com | india7ok@n05.itscom.net | mike.stone@eu.nabgroup.com |
| m.howley@mwam.com | na@na.com | richard.woodhouse@eu.nabgroup.com |
| m.johnson@mwam.com | na@na.na | rupert.horrocks@eu.nabgroup.com |
| m.rooney@mwam.com | scott_payseur@na.natwestgfm.co | sandie.staimesse@eu.nabgroup.com |
| n.duchenne@mwam.com | kjpignataro@na2.us.ml.com | simon.starr@eu.nabgroup.com |
| n.nesdale@mwam.com | adam.nolan@nab.co.uk | tony.gioulis@eu.nabgroup.com |
| n.nielsen@mwam.com | alexander.steiner@nab.ch | will.jennings@eu.nabgroup.com |
| o.daniel@mwam.com | andre.nydegger@nab.ch | dhummer@nabny.com |
| p.harling@mwam.com | antonello.beverie@nab.ch | gcamas@nabny.com |
| p.marshall@mwam.com | ashia.razzaq@nab.co.uk | jrothman@nabny.com |
| p.smith@mwam.com | christof.loser@nab.ch | mkok@nabny.com |
| r.morris@mwam.com | daniele.russo@nab.ch | mmchugh@nabny.com |
| s.barber@mwam.com | david.mcdermott@nab.co.uk | mmertz@nabny.com |
| s.delmarco@mwam.com | domeara@nab.co.uk | mparker@nabny.com |
| s.goodman@mwam.com | george.alevrofas@nab.ch | mpryce@nabny.com |
| s.hall@mwam.com | joe.platt@nab.co.uk | mwalker@nabny.com |
| s.jones@mwam.com | juerg.stoessel@nab.ch | ngooley@nabny.com |
| s.tait@mwam.com | matthias.mueller.2@nab.ch | nrutzell@nabny.com |
| s.waite@mwam.com | michael.j.whelan@nab.com.au | nwoutas@nabny.com |
| t.davenport@mwam.com | michael.m.peric@nab.com.au | pryan@nabny.com |
| t.doris@mwam.com | naliena.sriselvakandarajah@nab.ch | rcammilleri@nabny.com |
| w.rehman@mwam.com | nathalie.weiss@nab.ch | rdicanto@nabny.com |
| avillaneda@mwamllc.com | pascal.koradi@nab.ch | rgarritt@nabny.com |
| danielong@mwamllc.com | pascal.wernle@nab.ch | sstojanovic@nabny.com |
| jkoch@mwamllc.com | peter.marten@nab.ch | aerus_tran@nacm.com |
| kwu@mwamllc.com | philipp.brenneisen@nab.ch | aharton@nacm.com |
| lmulpagano@mwamllc.com | robyn.mckegg@nab.com.au | allison_chirdon@nacm.com |
| nevans@mwamllc.com | roland.klaeger@nab.ch | andrew_beal@nacm.com |
| nhelm@mwamllc.com | sean.s.o'neil@nab.com.au | anne_huynh@nacm.com |
| phumbert@mwamllc.com | stefano.disalvo@nab.ch | anne_vu@nacm.com |
| rpetrenka@mwamllc.com | stephen.gorman@nab.co.uk | atrice@nacm.com |
| sbowron@mwamllc.com | theo.gavrilos@nab.co.uk | blake.burdine@nacm.com |
| carl.rittmeyer@mwrdgc.dst.il.us | tim.mccaughey@nab.com.au | bob_mckay@nacm.com |
| ahester@mws.com | craig.marran@nabasia.com | brant_houston@nacm.com |
| cfay@mws.com | henry.hooi@nabasia.com | brit_stickney@nacm.com |
| dmurphy@mws.com | jitendra.d.bhanap@nabasia.com | bryce_bulman@nacm.com |
| dwilliams@mws.com | peter.j.zeitsch@nabasia.com | carma_wallace@nacm.com |
| fambrosi@mws.com | satoshi.nemoto@nabasia.com | carrie_boyko@nacm.com |
| koconnor@mws.com | shane.dardis@nabasia.com | cheryl_sutter@nacm.com |
| rwomack@mws.com | alan.bigley@eu.nabgroup.com | chris_herrera@nacm.com |
| bruce@mwv.com | alex.watt@eu.nabgroup.com | chris_ying@nacm.com |
| francis@mwv.com | andrew.beresford.davies@eu.nabgroup.com | christoph_hinkelmann@nacm.com |
| dbeard@mwvinvest.com | andy.tyrell-clark@eu.nabgroup.com | christopher_huffman@nacm.com |
| jaime@mwvinvest.com | chris.theobald@eu.nabgroup.com | chuck.burge@houston.nacm.com |
| lindav@mwvinvest.com | christopher.leslie@eu.nabgroup.com | dan_janowiak@nacm.com |
| mwhalen@mwvinvest.com | clive.hadingham@nabgroup.com | dan_stroot@nacm.com |

| | | |
|---|---|---|
| darren_thorneycraft@nacm.com | michael_giggie@nacm.com | agata@nam.co.jp |
| david_boone@nacm.com | michael_waterman@nacm.com | aoki@nam.co.jp |
| david_foster@nacm.com | michael_yee@nacm.com | azuma@nam.co.jp |
| david_lopez@nacm.com | morgan.jaffe@nacm.com | douno@nam.co.jp |
| david_lynn@nacm.com | natalya_lebedeva@nacm.com | e_miura@nam.co.jp |
| david_marchesani@nacm.com | nelson_shing@nacm.com | ebiko@nam.co.jp |
| david_pavan@nacm.com | nicholas_aberle@nacm.com | enomoto@nam.co.jp |
| david_vaughn@nacm.com | nlarrabee@nacm.com | fujiwara@nam.co.jp |
| deniz_demiray@nacm.com | nolan_wood@nacm.com | fukuta@nam.co.jp |
| di.tian@nacm.com | pahsha_missaghi@nacm.com | g_amano@nam.co.jp |
| doug_forsyth@nacm.com | pedro.marcal@nacm.com | g_iguchi@nam.co.jp |
| doug_stone@nacm.com | rchidley@nacm.com | h_kitagawa@nam.co.jp |
| dsong@nacm.com | rfp@nacm.com | h_kubotani@nam.co.jp |
| edward_wagner@nacm.com | rich.king@houston.nacm.com | h_nishikawa@nam.com |
| elizabeth.bernstein@nacm.com | richard_hofmann@nacm.com | h_sato@nam.co.jp |
| flora_kim@nacm.com | rjohnson@nacm.com | h_yamaoka@nam.co.jp |
| frank.zhang@nacm.com | robert_gamboa@nacm.com | h_yokoyama@nam.co.jp |
| frank_feng@nacm.com | rusty_hoss@nacm.com | haraguchi@nam.co.jp |
| greg.ise@nacm.com | sam.diamond@nacm.com | hashida@nam.co.jp |
| greg_choe@nacm.com | sam_chang@nacm.com | hiroshima@nam.co.jp |
| horacio_valeiras@nacm.com | sean_hudson@nacm.com | honma@nam.co.jp |
| james_li@nacm.com | slyford@nacm.com | hosoe@nam.co.jp |
| jane_edmondson@nacm.com | snutt@nacm.com | hotta@nam.co.jp |
| janet_acheatel@nacm.com | stael@nacm.com | i_sasaki@nam.co.jp |
| janice_kary@nacm.com | steven_brown@nacm.com | ichiki@nam.co.jp |
| jason_russell@nacm.com | stuart_leitner@nacm.com | ichino@nam.co.jp |
| jeff_klepacki@nacm.com | todd_buechs@nacm.com | iino@nam.co.jp |
| jennifer_gouslin@nacm.com | todd_buesch@nacm.com | ikawa@nam.co.jp |
| jerold_anderson@nacm.com | todd_wolter@nacm.com | ikeda@nam.co.jp |
| jim_odonnell@nacm.com | tom_sullivan@nacm.com | inaoka@nam.co.jp |
| john_csarietti@nacm.com | vernon_bernardino@nacm.com | inoue@nam.co.jp |
| john_giangiorgi@nacm.com | warren.zhang@nacm.com | irisawa@nam.co.jp |
| john_graves@nacm.com | william.chen@nacm.com | ishii@nam.co.jp |
| john_kane@nacm.com | wnoar@nacm.com | ishizuka@nam.co.jp |
| john_mccraw@nacm.com | wonil_lee@nacm.com | iwaki@nam.com |
| johnc@nacm.com | yasmin_kocur@nacm.com | j_maruyama@nam.co.jp |
| joseph_forgie@nacm.com | yuka.marosek@nacm.com | k_nakatani@nam.co.jp |
| justin_cass@nacm.com | zhuanxin_ding@nacm.com | k_suzuki@nam.co.jp |
| justin_kass@nacm.com | na@nae.com | k_yoshioka@nam.co.jp |
| kelly_ko@nacm.com | abarbosa@nafin.gob.mx | kagami@nam.co.jp |
| ken_perrone@nacm.com | gespinosa@nafin.gob.mx | kaida@nam.co.jp |
| kevin_chapman@nacm.com | gmadrigal@nafin.gob.mx | kamita@nam.co.jp |
| kevin_oconnell@nacm.com | jadelavega@nafin.gob.mx | kamiya@nam.co.jp |
| kevin_shapman@nacm.com | rcasillas@nafin.gob.mx | kanbara@nam.co.jp |
| kristina.aubin@nacm.com | slarios@nafin.gob.mx | kaneda@nam.co.jp |
| kunal_ghosh@nacm.com | smilla@nafin.gob.mx | kaneko@nam.co.jp |
| larry_speidell@nacm.com | smoller@nafin.gob.mx | kawabe@nam.co.jp |
| laurel_warren@nacm.com | vmmartinez@nafin.gob.mx | kawamura@nam.co.jp |
| lianne_nelson@nacm.com | shikin@nagano-rokin.co.jp | kimura@nam.co.jp |
| liz_lemesevski@nacm.com | erik.brans@nagelmackers.be | kinoshita@nam.co.jp |
| lucrecia.tam@nacm.com | gert.biesmans@nagelmackers.be | kobayashi@nam.co.jp |
| mark_alvarez@nacm.com | jo.demil@nagelmackers.be | kodama@nam.co.jp |
| mark_roemer@nacm.com | mark.caeyers@nagelmackers.be | kojima@nam.co.jp |
| marna_whinington@nacm.com | mickael.vandenhauwe@nagelmackers.be | kubo@nam.co.jp |
| mary_necochea@nacm.com | rik.dhoest@nagelmackers.be | kubotani@nam.co.jp |
| mary_singh@nacm.com | sabine.riga@nagelmackers.be | kumagai@nam.co.jp |
| matt_axeline@nacm.com | a_ichikawa@nam.co.jp | kuroda@nam.co.jp |
| matthew_grenfell@nacm.com | a_inoue@nam.co.jp | kuroki@nam.co.jp |
| michael_edmonds@nacm.com | a_watanabe@nam.co.jp | kusunose@nam.co.jp |
| michael_fredericks@nacm.com | adachi@nam.co.jp | m_hayashi@nam.co.jp |

| | | |
|---|---|---|
| m_nakatani@nam.co.jp | t_yamaguchi@nam.co.jp | frederic.boucher@natexisblr.us |
| m_oshima@nam.co.jp | t_yoshida@nam.co.jp | csachs@natexisny.com |
| m_yamada@nam.co.jp | t2_ito@nam.co.jp | daustin@natexisny.com |
| m_yamaguchi@nam.co.jp | t4_ito@nam.co.jp | eharker@natexisny.com |
| machino@nam.co.jp | takada@nam.co.jp | ekraus@natexisny.com |
| matsunaga@nam.co.jp | takagaki@nam.co.jp | kdooley@natexisny.com |
| matsuoka@nam.co.jp | takano@nam.co.jp | sshea@natexisny.com |
| mihara@nam.co.jp | takeda@nam.co.jp | dpayer@natexistx.com |
| mikuni@nam.co.jp | takemura@nam.co.jp | editkis@natexistx.com |
| minami@nam.co.jp | takenaka@nam.co.jp | pdeville@natexistx.com |
| minoshima@nam.co.jp | takeuchi@nam.co.jp | ken_christie@national.com.au |
| miyabayashi@nam.co.jp | taniguchi@nam.co.jp | ncs_futures@national.com.au |
| miyagaki@nam.co.jp | tateishi@nam.co.jp | rick_sawers@national.com.au |
| miyata@nam.co.jp | teranishi@nam.co.jp | becky.moser@national_city.com |
| mizoe@nam.co.jp | toba@nam.co.jp | james.burchett@national_city.com |
| morioka@nam.co.jp | tokunaga@nam.co.jp | astone@nationalasset.com |
| munakata@nam.co.jp | tokushima@nam.co.jp | bbell@nationalasset.com |
| murakami@nam.co.jp | tomimura@nam.co.jp | chafele@nationalasset.com |
| murase@nam.co.jp | tomita@nam.co.jp | cstodghill@nationalasset.com |
| muto@nam.co.jp | toyoda@nam.co.jp | eevans@nationalasset.com |
| n_shimura@nam.co.jp | toyoshima@nam.co.jp | bianca.kenkmann@national-bank.de |
| nagae@nam.co.jp | tsuchiyama@nam.co.jp | daniel.sommerer@national-bank.de |
| nakade@nam.co.jp | tsuda@nam.co.jp | ekkehard.link@national-bank.de |
| nakamura@nam.co.jp | tsutsumi@nam.co.jp | georg.schachner@national-bank.de |
| nakanishi@nam.co.jp | uchida@nam.co.jp | jan.bottermann@national-bank.de |
| nishizaki@nam.co.jp | umeuchi@nam.co.jp | ab@nationalbanken.dk |
| niwa@nam.co.jp | umino@nam.co.jp | ala@nationalbanken.dk |
| nomura@nam.co.jp | wada@nam.co.jp | dkn@nationalbanken.dk |
| nozaki@nam.co.jp | y_murakami@nam.co.jp | hf@nationalbanken.dk |
| o_sakuma@nam.co.jp | y_nishikawa@nam.co.jp | hk@nationalbanken.dk |
| ochiai@nam.co.jp | y2_nakamura@nam.co.jp | kf@nationalbanken.dk |
| ogi@nam.co.jp | y6_tanaka@nam.co.jp | ljh@nationalbanken.dk |
| omori@nam.co.jp | yabe@nam.co.jp | lle@nationalbanken.dk |
| ota@nam.co.jp | yamanaka@nam.co.jp | mni@nationalbanken.dk |
| otsubo@nam.co.jp | yamazaki@nam.co.jp | ns@nationalbanken.dk |
| otsuki@nam.co.jp | yatsunami@nam.co.jp | pg@nationalbanken.dk |
| oyoshi@nam.co.jp | yoshizawa@nam.co.jp | tha@nationalbanken.dk |
| r_kamiyama@nam.co.jp | ronnie.cheung@namhk.com.hk | tj@nationalbanken.dk |
| sadakata@nam.com | jivey@napanet.net | twm@nationalbanken.dk |
| sahoda@nam.co.jp | jeongweon.han@nasf-ca.com | abi.tobun@nationalcity.com |
| saji@nam.co.jp | alexander.stoll@naspa.de | akin.rojugbokan@nationalcity.com |
| sakae@nam.co.jp | arno.simon@naspa.de | andrew.dunham@nationalcity.com |
| sakai@nam.co.jp | frank.dittrich@naspa.de | andrew.harding@nationalcity.com |
| sakamoto@nam.com | manfred.dinges@naspa.de | ann.garland@nationalcity.com |
| sakauchi@nam.co.jp | ralf.ruhwedel@naspa.de | anthony.novara@nationalcity.com |
| sakuma@nam.co.jp | stefan.pihaule@naspa.de | barbara.maniker@nationalcity.com |
| samei@nam.co.jp | d.johnson@naspadub.ie | barbara.nagy@nationalcity.com |
| sampei@nam.co.jp | d.murphy@naspadub.ie | barbara.salzgerber@nationalcity.com |
| sasaki@nam.co.jp | d.nittelet@naspadub.ie | brian.cavalier@nationalcity.com |
| shintani@nam.co.jp | e.mccarthy@naspadub.ie | brian.prettyman@nationalcity.com |
| shiomi@nam.co.jp | f.oflynn@naspadub.ie | brian.stine@nationalcity.com |
| shiraishi@nam.co.jp | k.girmann@naspadub.ie | chitrang.purani@nationalcity.com |
| sogabe@nam.co.jp | s.murphy@naspadub.ie | chris.erskine@nationalcity.com |
| sugimoto@nam.co.jp | eigenhandel@naspa-mail.de | christian.kalmbach@nationalcity.com |
| suzuka@nam.co.jp | amy.bonkoski@natcity.com | christopher.hetz@nationalcity.com |
| t_fujii@nam.co.jp | robert_judge@natcity.com | connie.chuhaloff@nationalcity.com |
| t_hirose@nam.co.jp | ted_moore@natcity.com | crystal.stetzy@nationalcity.com |
| t_kitagawa@nam.co.jp | mark.padgett@natexiblr.com | daniel.poole@nationalcity.com |
| t_matsushita@nam.co.jp | hkcorp@natexis.com.hk | daniel.raynor@nationalcity.com |
| t_takahashi@nam.co.jp | kevin.mcgovern@natexisbleichroeder.com | david.edwards@nationalcity.com |

david.fitzsimmons@nationalcity.com
david.linn@nationalcity.com
david.paulson@nationalcity.com
david.sommer@nationalcity.com
dawn.elseser@nationalcity.com
dawn.muhlhan@nationalcity.com
deborah.harvey@nationalcity.com
denise.callaghan@nationalcity.com
diane.nafziger@nationalcity.com
don.ross@nationalcity.com
douglas.holcomb@nationalcity.com
douglas.lukcso@nationalcity.com
eric.bergren@nationalcity.com
eric.flowers@nationalcity.com
frank.byrne@nationalcity.com
fred.senft@nationalcity.com
fredric.lingenfelter@nationalcity.com
garry.madis@nationalcity.com
gary.cui@nationalcity.com
greg.kitchen@nationalcity.com
gregory.hill@nationalcity.com
gustavus.bahr@nationalcity.com
harry.williams@nationalcity.com
hovik.tumasyan@nationalcity.com
jack.koch@nationalcity.com
james.barrett@nationalcity.com
james.halloran@nationalcity.com
james.ritchie@nationalcity.com
janet.derossett@nationalcity.com
jason.hach@nationalcity.com
jeff.brimhall@nationalcity.com
jeffrey.faunce@nationalcity.com
jeffrey.kelly@nationalcity.com
jeffrey.steck@nationalcity.com
jennifer.hammarlund@nationalcity.com
jeremy.henrich@nationalcity.com
john.defrancesco@nationalcity.com
john.farrall@nationalcity.com
john.hindman@nationalcity.com
john.straniero@nationalcity.com
jon.novak@nationalcity.com
joseph.denski@nationalcity.com
joseph.madrid@nationalcity.com
joseph.robison@nationalcity.com
justin.dailey@nationalcity.com
kenneth.blackwell@nationalcity.com
kenneth.karwowski@nationalcity.com
kimberly.wetmore@nationalcity.com
lenore.aufdenkampe@nationalcity.com
lisa.berger@nationalcity.com
louis.romagnoli@nationalcity.com
marcie.knittel@nationalcity.com
marilou.hitt@nationalcity.com
mark.atkinson@nationalcity.com
mark.bauhof@nationalcity.com
mark.lozina@nationalcity.com
mark.ringel@nationalcity.com
matt.mueller@nationalcity.com
matthew.downing@nationalcity.com
matthew.sherman@nationalcity.com

melvin.fernandes@nationalcity.com
michael.giannantonio@nationalcity.com
michael.kim@nationalcity.com
michael.moose@nationalcity.com
michael.pearl@nationalcity.com
michael.wagner@nationalcity.com
mike.davis2@nationalcity.com
mitchell.krahe@nationalcity.com
nanette.stevens@nationalcity.com
nicholas.srmag@nationalcity.com
nick.raich@nationalcity.com
nina.myers@nationalcity.com
pamela.maloney@nationalcity.com
patrick.azouri@nationalcity.com
patrick.gillentine@nationalcity.com
rebecca.berridge@nationalcity.com
renee.bonnell@nationalcity.com
renold.thompson@nationalcity.com
richard.dekaser@nationalcity.com
richard.stevens@nationalcity.com
rick.foytek@nationalcity.com
rita.ontko@nationalcity.com
robert.crowl@nationalcity.com
robert.gonci@nationalcity.com
robert.isaacs@nationalcity.com
robert.siefers@nationalcity.com
robert.taskey@nationalcity.com
russell.croninjr@nationalcity.com
rusty.sommer@nationalcity.com
ryan.brady@nationalcity.com
sara.spock@nationalcity.com
scott.cammenga@nationalcity.com
sen.li@nationalcity.com
stephen.hoedt@nationalcity.com
stephen.monto@nationalcity.com
steve.mcginnis@nationalcity.com
suzanne.rhen@nationalcity.com
tar@nationalcity.com
tei.onaka@nationalcity.com
terence.dooley@nationalcity.com
thomas.gurbach@nationalcity.com
thomas.jalics@nationalcity.com
thomas.o'malley@nationalcity.com
tim.swanson@nationalcity.com
timothy.compan@nationalcity.com
timothy.coyne@nationalcity.com
timothy.mackin@nationalcity.com
tobin.thomas@nationalcity.com
tony.daher@nationalcity.com
tony.swindall@nationalcity.com
twanna.cloyd@nationalcity.com
victoria.filkins@nationalcity.com
william.feeley@nationalcity.com
william.gutherie@nationalcity.com
william.mcdonnell@nationalcity.com
william.natcher@nationalcity.com
cindy.liston@national-city.com
glen.matz@national-city.com
graig.stettner@national-city.com
gwen_o_ronald@national-city.com

howard.mccalip@national-city.com
james.sweet@national-city.com
james.walter@national-city.com
jennifer.wolfert@national-city.com
jim.myers@national-city.com
leslie.allfree@national-city.com
linda.heuman@national-city.com
michael.whalen@national-city.com
rod.elliott@national-city.com
timothy.holmes@national-city.com
timothy.mcdonough@national-city.com
walid.abdulkarim@national-city.com
dbrownlee@nationallife.com
dgass@nationallife.com
khart@nationallife.com
shiggins@nationallife.com
invest@nationalwesternlife.com
nmiller@nationalwesternlife.com
chris.delfs@nationstarmail.com
greg.neal@nationstarmail.com
james.jopio@nationstarmail.com
john.ortega@nationstarmail.com
peter.schwartz@nationstarmail.com
rick.cardillo@nationstarmail.com
abernem@nationwide.com
alanc.brown@nationwide.co.uk
alex.bannister@nationwide.co.uk
alex.ingham@nationwide.com
alison.gayton@nationwide.co.uk
andersb4@nationwide.com
andrew.hutchinson@nationwide.co.uk
andrewm1@nationwide.com
baigt@nationwide.com
baneyr@nationwide.com
barry.smith@nationwide.co.uk
baterk@nationwide.com
bathj@nationwide.com
bensona1@nationwide.com
beshuka@nationwide.com
beth.wills@nationwide.co.uk
bhuttaj@nationwide.com
bingamc@nationwide.com
blakel@nationwide.com
boswelj7@nationwide.com
brian.cahill@nationwide.co.uk
brownm19@nationwide.com
buckj2@nationwide.com
burnsg@nationwide.com
bursinm@nationwide.com
burtchw@nationwide.com
cainj6@nationwide.com
caroline.riley@nationwide.co.uk
cassidyp@nationwide.com
cavinec@nationwide.com
caxidea@nationwide.com
changi@nationwide.com
chenens@nationwide.com
christopher.grant@nationwide.co.uk
cmaleyc1@nationwide.com
combsj7@nationwide.com

coonsf@nationwide.com
cornw@nationwide.com
daniel.mundy@nationwide.co.uk
davisg7@nationwide.com
donosoc@nationwide.com
edgarp@nationwide.com
ellen.nicholas@nationwide.co.uk
engw@nationwide.com
finefrc1@nationwide.com
fionnuala.earley@nationwide.co.uk
francis.hutchinson@nationwide.co.uk
frisbew@nationwide.com
fritzd1@nationwide.com
garry.mccubbin@nationwide.co.uk
gary.holland@nationwide.co.uk
geilr@nationwide.com
gifforb@nationwide.com
gilliaj2@nationwide.com
gleasot@nationwide.com
graeme.hughes@nationwide.co.uk
graham.thorn@nationwide.co.uk
gwinr1@nationwide.com
hallowh@nationwide.com
hanosej@nationwide.com
harropt@nationwide.com
hartwic@nationwide.com
hayley.sage@nationwide.co.uk
helen.short@nationwide.co.uk
heschs@nationwide.com
howeld19@nationwide.com
huangj5@nationwide.com
huberr2@nationwide.com
huw.davies@nationwide.co.uk
iain.davies@nationwide.co.uk
jeremy.wood@nationwide.co.uk
jim.gibbons@nationwide.co.uk
jindaln@nationwide.com
jonathan.luff@nationwide.co.uk
jordanb8@nationwide.com
jordans@nationwide.com
justin.fox@nationwide.com
kalbb@nationwide.com
karen.heaney@nationwide.co.uk
karl.austin@nationwide.co.uk
kelvin.yarker@nationwide.com
kevin.farr@nationwide.co.uk
kevinc.mcgovern@nationwide.co.uk
kingjk@nationwide.com
kitched@nationwide.com
klemesb@nationwide.com
knudsok@nationwide.com
larry.banda@nationwide.co.uk
lee.thorpe@nationwide.co.uk
leggett1@nationwide.com
liam.coleman@nationwide.co.uk
liam.kelly@nationwide.co.uk
lonergw@nationwide.com
longfeb@nationwide.com
lutzg@nationwide.com
maderk@nationwide.com

magand@nationwide.com
magestd@nationwide.com
mak@nationwide.com
maleyc1@nationwide.com
mangasj@nationwide.com
manish.shah@nationwide.co.uk
manyems@nationwide.com
marcus.goffin@nationwide.co.uk
mario.miracco@nationwide.co.uk
mark.hedges@nationwide.co.uk
mark.morris@nationwide.co.uk
mark.saddleton@nationwide.co.uk
marrj4@nationwide.com
martin.graham@nationwide.co.uk
martyn.dyson@nationwide.co.uk
matherd@nationwide.com
mccause@nationwide.com
mcculls2@nationwide.com
mcnaughr@nationwide.com
melloney.bourn@nationwide.co.uk
michelle.devine@nationwide.co.uk
moledih@nationwide.com
montsdj@nationwide.com
mynstep@nationwide.com
natalia.yakushev@nationwide.co.uk
neil.milton@nationwide.com
nguyena4@nationwide.com
nick.cox@nationwide.com
nick.robinson@nationwide.com
nigel.bazely@nationwide.co.uk
patelc1@nationwide.com
pengg@nationwide.com
phlegaj@nationwide.com
pipera@nationwide.com
poeppem@nationwide.com
powerst4@nationwide.com
puccij@nationwide.com
rabadam@nationwide.com
randy.nemecek@nationwide.com
renegal@nationwide.com
reynars@nationwide.com
richard.humphreys@nationwide.co.uk
rotherp@nationwide.com
samantha.glennerster@nationwide.co.uk
sampats@nationwide.com
sarah.hill@nationwide.co.uk
saudera@nationwide.com
schausb@nationwide.com
schmide3@nationwide.com
scott.freeman@nationwide.co.uk
seelyc@nationwide.com
serpicr@nationwide.com
siberej@nationwide.com
simpkip@nationwide.com
skorar@nationwide.com
sloneg1@nationwide.com
snyderl2@nationwide.com
songz@nationwide.com
steinmt1@nationwide.com
stengeu@nationwide.com

surya.devaguptapu@nationwide.com
susan.grant@nationwide.co.uk
thompss4@nationwide.com
tilsonj1@nationwide.com
tim.mills@nationwide.co.uk
todryka@nationwide.com
tommy.chung@nationwide.co.uk
tothd@nationwide.com
tregeao@nationwide.com
trotteg@nationwide.com
vancew@nationwide.com
verband@nationwide.com
wangj6@nationwide.com
welchc@nationwide.com
westb3@nationwide.com
whitakw1@nationwide.com
widmays@nationwide.com
wildea1@nationwide.com
woodwar@nationwide.com
youngjp@nationwide.com
yuc2@nationwide.com
zhout@nationwide.com
zhuz@nationwide.com
ziliakj@nationwide.com
robertoakley@nationwide financial.com
anadi.jauhari@natixis.us
ayala.cohen@multimanager.natixis.com
david.pershad@natixis.us
edward.parkes@natixis.us
franck.boisson@ap.natixis.com
harold.birk@natixis.us
jesse.sable@natixis.us
john.leitch@blr.natixis.com
jonathan.seligson@blr.natixis.com
karen.lim@ap.natixis.com
marie-edith.dugeny@natixis.us
mikal.patel@cm.natixis.com
patrick.owens@natixis.us
rus.lin@natixis.us
vincent.lauras@natixis.us
zineb.bouazzaoui@natixis.us
tony.tita@na.natwestgfm.com
hojung82@naver.com
kangsewon@naver.com
kwonkch@naver.com
leejw30@naver.com
sangwooh@naver.com
siambk06@navigator.com
anthony.aiello@nav-international.com
tmocarski@navispartners.com
darleen_brumley@navyfederal.org
laurie_bowden@navyfederal.org
amccray@navymutual.org
bcecil@navymutual.org
abacu@nb.com
abhishek.rathod@nb.com
adgelnic@nb.com
adiaz@nb.com
afoss@nb.com
agerrits@nb.com

| | | |
|---|---|---|
| aheitner@nb.com | dpaduano@nb.com | jesschen@nb.com |
| ajuros@nb.com | dpedowitz@nb.com | jfurmato@nb.com |
| amanolias@nb.com | dportny@nb.com | jgartland@nb.com |
| amoretti@nb.com | dquartner@nb.com | jhanna@nb.com |
| andre.chan@nb.com | drachlin@nb.com | jhavriluk@nb.com |
| apadva@nb.com | drosenblatt@nb.com | jhealy@nb.com |
| apiccinich@nb.com | dseto@nb.com | jheldman@nb.com |
| apritti@nb.com | dweiner@nb.com | jkauffmann@nb.com |
| apullano@nb.com | eboland@nb.com | jkaufmann@nb.com |
| asingh@nb.com | ebrowne@nb.com | jkramer@nb.com |
| autterma@nb.com | ecohen@nb.com | jlandau@nb.com |
| awilmot@nb.com | eeisman@nb.com | jlane@nb.com |
| axel.schupf@nb.com | ekyriacou@nb.com | jlasser@nb.com |
| banderson@nb.com | elopezbalboa@nb.com | jlovito@nb.com |
| bangus@nb.com | emmerman@nb.com | jmadden@nb.com |
| barbara.tarmy@nb.com | ereagan@nb.com | jmariconti@nb.com |
| bcase@nb.com | eric.ribner@nb.com | jmenzin@nb.com |
| bcetron@nb.com | erwin.zeuschner@nb.com | jnadell@nb.com |
| bgaffney@nb.com | esia@nb.com | joe.bender@nb.com |
| bjackson@nb.com | esterne@nb.com | john.mcgovern@nb.com |
| bjones@nb.com | fabbasi@nb.com | jpmahaney@nb.com |
| bmullick@nb.com | francis.fraenkel@nb.com | jrivkin@nb.com |
| bpearlman@nb.com | fsoule@nb.com | jschaefer@nb.com |
| bpeck@nb.com | gabriel.presler@nb.com | jsulecki@nb.com |
| breiner@nb.com | gfrancfort@nb.com | jterzis@nb.com |
| brennan.hawken@nb.com | ggulyan@nb.com | jvale@nb.com |
| brian.kerrane@nb.com | ghirai@nb.com | jvanleeuwen@nb.com |
| bsegal@nb.com | gjohanson@nb.com | jyuen@nb.com |
| bwong@nb.com | gkaminsky@nb.com | kdaly@nb.com |
| carias@nb.com | grace.lee@nb.com | kdelfino@nb.com |
| catherine.fabrizio@nb.com | greg.bayvel@nb.com | keith.tillman@nb.com |
| cdamian@nb.com | gretchen.deignan@nb.com | kgandre@nb.com |
| cdelvillar@nb.com | gspivak@nb.com | kgoel@nb.com |
| cgretta@nb.com | hari.srinivasan@nb.com | khowe@nb.com |
| chad.bruso@nb.com | hberlin@nb.com | khull@nb.com |
| charnguy@nb.com | help@nb.com | kim.hansson@nb.se |
| ciampa@nb.com | hganek@nb.com | kkahn@nb.com |
| ckantor@nb.com | hnewman@nb.com | kkalebich@nb.com |
| ckoplin@nb.com | hramallo@nb.com | kkim@nb.com |
| clifschutz@nb.com | hrubin@nb.com | klind@nb.com |
| codover@nb.com | idyott@nb.com | kmccarthy@nb.com |
| coliner@nb.com | irbabush@nb.com | krolson@nb.com |
| conrad.saldanha@nb.com | jagramonte@nb.com | krostkowski@nb.com |
| cporten@nb.com | jakob.grinbaum@nb.se | kryan@nb.com |
| creynolds@nb.com | jan.sarlvik@nb.se | ksimons@nb.com |
| cugwumba@nb.com | jared.mann@nb.com | kturek@nb.com |
| daross@nb.com | jason.tauber@nb.com | kwagner@nb.com |
| david.bunan@nb.com | jaston@nb.com | laberman@nb.com |
| david.wilsonjr@nb.com | jbaicich@nb.com | lbalseiro@nb.com |
| dburshtan@nb.com | jbaker@nb.com | lbretter@nb.com |
| dflanagan@nb.com | jbarker@nb.com | ldix@nb.com |
| dfletcher@nb.com | jblumberger@nb.com | leisman@nb.com |
| dgeffen@nb.com | jbolton@nb.com | lfisher@nb.com |
| dgertzulin@nb.com | jbrorson@nb.com | lfitzpatrick@nb.com |
| dgiuffra@nb.com | jcaldas@nb.com | lindsey.shaffner@nb.com |
| dlevine@nb.com | jchaikin@nb.com | ljoe@nb.com |
| dmfogel@nb.com | jcollins@nb.com | lluckmann@nb.com |
| dmigliorato@nb.com | jeff.nevins@nb.com | lpollack@nb.com |
| dmizrachi@nb.com | jeffreystein@nb.com | lshields@nb.com |
| dmontague@nb.com | jefwyll@nb.com | lsloate@nb.com |

lsolmonson@nb.com
lsteinberger@nb.com
ltawil@nb.com
lthomas@nb.com
marc.regenbaum@nb.com
marisa.hernandez@nb.com
matthew.chan@nb.com
mbarr@nb.com
mbowyer@nb.com
mcohen@nb.com
mdesmond@nb.com
mehvish.rahman@nb.com
mfoster@nb.com
mgiordano@nb.com
mgoldstein@nb.com
mhanratty@nb.com
miles.price@nb.com
milin.rao@nb.com
mkamen@nb.com
mkaminsky@nb.com
mkomer@nb.com
mlazaro@nb.com
mllerena@nb.com
mlloyd@nb.com
mmessinger@nb.com
mpappas@nb.com
mporter@nb.com
mprainito@nb.com
msankey@nb.com
mscarpa@nb.com
mschrieber@nb.com
mschwartz@nb.com
mstein@nb.com
msullivan@nb.com
mzimmerman@nb.com
narevalo@nb.com
neill.groom@nb.com
oksana.falenchuk@nb.com
paolo.frattaroli@nb.com
paul.leonardi@nb.com
paul.marsh@nb.com
pberdeja@nb.com
pbock@nb.com
pcallahan@nb.com
pchadha@nb.com
peter.eng@nb.com
peterrudman@nb.se
pkong@nb.com
pstrauss@nb.com
psundman@nb.com
pwade@nb.com
pwag@nb.com
pwang@nb.com
pwarner@nb.com
raheel.siddiqui@nb.com
rakeson@nb.com
ralph.defeo@nb.com
ravi.sankaran@bmo.nb.com
rcorman@nb.com
rdalelio@nb.com

rfranklin@nb.com
rfranzese@nb.com
rgerdeman@nb.com
rglasebrook@nb.com
rgrau@nb.com
rhaydon@nb.com
rhutton@nb.com
rjgatwar@nb.com
rlevine@nb.com
rmackenson@nb.com
rmarsh@nb.com
rmeyer@nb.com
rnackenson@nb.com
robaranc@nb.com
rolsen@nb.com
ronald.silvestri@nb.com
rorusso@nb.com
rpeterson@nb.com
rwerman@nb.com
rwhateley@nb.com
sajjadl@nb.com
sandy.goyal@nb.com
saurin.shah@nb.com
schin@nb.com
scott.dynan@nb.com
scott.hoina@nb.com
scthomas@nb.com
sdelia@nb.com
sespinosa@nb.com
sfreeman@nb.com
sgorman@nb.com
shaifali.aggarwal@nb.com
sherwin.soo@nb.com
sjpollak@nb.com
skatz@nb.com
smullen@nb.com
smurphy@nb.com
snangia@nb.com
socho@nb.com
spomeroy@nb.com
sriecke@nb.com
sromano@nb.com
sschaeffer@nb.com
sshigekawa@nb.com
stevebrown@nb.com
steven.majocha@nb.com
stfocken@nb.com
svijay@nb.com
svoulgaris@nb.com
sweiner@nb.com
sweiss@nb.com
swoodcock@nb.com
tbenzel@nb.com
tchallande@nb.com
tcreedon@nb.com
tdonahue@nb.com
tgleason@nb.com
theltman@nb.com
theres.abrahamsson@nb.se
tricia.tumminello@nb.com

tscott@nb.com
ttowers@nb.com
tvarkey@stonehill.nb.com
ulla.kauppinen@nb.se
vchang@nb.com
vincent.pecoraro@nb.com
vpicinic@nb.com
vscipioni@nb.com
william.hunter@nb.com
wpmuller@nb.com
yturocy@nb.com
amal.ollaic@nbad.com
azzam.anani@nbad.ae
derek.hong@nbad.ae
farid.samji@nbad.com
hassan.hamadi@nbad.ae
hein.wielen@nbad.ae
kevin.michael@nbad.ae
mahmood.alaradi@nbad.com
mohamed.wafik@nbad.ae
musa.haddad@nbad.ae
natraj.shankar@nbad.ae
robert.smith@nbad.ae
sherif.zeneiny@nbad.com
steve.harrison@nbad.com
umair.tariq@nbad.com
ziad.sawan@nbad.ae
abreccolini@nbadsuisse.ch
gary.dalton@nbak.com
anne.copperman@nbb.be
catherine.specia@nbb.be
christoph.machiels@nbb.be
documentation@nbb.be
eddy.dekoker@nbb.be
etienne.lavigne@nbb.be
finstab@nbb.be
jan.dewit@nbb.be
jan.dhondt@nbb.be
luc.coene@nbb.be
micheline.huart@nbb.be
norbert.vandecan@nbb.be
pierre.ledoyen@nbb.be
rajesh.iyer@nbb.com.bh
riyadh.yousif@nbb.com.bh
serge.longueville@nbb.be
yves.pirlet@nbb.be
martha.johnson@nbcbank.com
antonyi@nbd.com
popatn@nbd.com
rahmer@nbd.com
rickyh@nbd.com
sarrajf@nbd.com
schneiderp@nbd.com
varmas@nbd.com
vincentw@nbd.com
rshiber@nbeny.com
andrew.marks@nbf.ca
bpahwa@nbf.co.ae
dharam.whabi@nbf.ae
ljan@nbf.co.ae

| | | |
|---|---|---|
| mark.attanasio@nbf.ca | erf@nbim.no | osa@nbim.no |
| saikat.kumar@nbf.ae | erik.hilde@nbim.no | pag@nbim.no |
| sunnyk@nbf.ae | erp@nbim.no | pce@nbim.no |
| robert.wessel@nbfinancial.com | esh@nbim.no | pgo@nbim.no |
| shealey@nbf-us.com | fek@nbim.no | pjo@nbim.no |
| yshmuylovich@nbf-us.com | fth@nbim.no | pkj@nbim.no |
| aristotelis.skarentzos@nbg.gr | gch@nbim.no | pno@nbim.no |
| azacha@nbg.gr | geir.vestrum@nbim.no | psp@nbim.no |
| bikou.anastasia@nbg.gr | gig@nbim.no | psv@nbim.no |
| burgayran.eric@nbg.gr | gma@nbim.no | rhe@nbim.no |
| ctsagk@nbg.gr | gqh@nbim.no | rhs@nbim.no |
| daliakopoulos.stavros@nbg.gr | gra@nbim.no | rla@nbim.no |
| dkofid@nbg.gr | har@nbim.no | rno@nbim.no |
| eastar@nbg.gr | hbe@nbim.no | rsi@nbim.no |
| gion.themistokli@nbg.gr | hck@nbim.no | rvv@nbim.no |
| igneso@nbg.gr | hef@nbim.no | rwi@nbim.no |
| itsope@nbg.gr | hfh@nbim.no | sah@nbim.no |
| kmania@nbg.gr | hgu@nbim.no | sbb@nbim.no |
| lfragk@nbg.gr | hma@nbim.no | sbu@nbim.no |
| lvalli@nbg.gr | hrh@nbim.no | sel@nbim.no |
| papagrigoris.gr@nbg.gr | hst@nbim.no | she@nbim.no |
| pchristo@nbg.gr | ils@nbim.no | sig@nbim.no |
| stephens.brian@nbg.gr | jah@nbim.no | sigmund.kyrdalen@nbim.no |
| strange.bernard@nbg.gr | jdg@nbim.no | sle@nbim.no |
| vlaseros.vasilios@nbg.gr | jgj@nbim.no | sma2@nbim.no |
| vmastr@nbg.gr | ji@nbim.no | ssy@nbim.no |
| yiota.chondrou@nbg.gr | joe@nbim.no | stv@nbim.no |
| dbertin@nbg-france.com | jru@nbim.no | sug@nbim.no |
| pmiaris@nbgi.co.uk | jsu@nbim.no | sum@nbim.no |
| aritossa@nbgisec.com | jve@nbim.no | tal@nbim.no |
| aaa@nbim.no | kam@nbim.no | tbo@nbim.no |
| adc@nbim.no | kbr@nbim.no | tgr@nbim.no |
| aha@nbim.no | kla@nbim.no | thh@nbim.no |
| aso@nbim.no | kmo@nbim.no | tib@nbim.no |
| asw@nbim.no | kov@nbim.no | tjo@nbim.no |
| ath@nbim.no | ktn@nbim.no | tly@nbim.no |
| ati@nbim.no | kw@nbim.no | tov@nbim.no |
| atr@nbim.no | liying.lim@nbim.no | trm@nbim.no |
| awb@nbim.no | los@nbim.no | tsf@nbim.no |
| bcl@nbim.no | lpj@nbim.no | tvm@nbim.no |
| beg@nbim.no | lvk@nbim.no | vegard.benterud@nbim.no |
| cah@nbim.no | lwt@nbim.no | vek@nbim.no |
| chb@nbim.no | mab@nbim.no | vik@nbim.no |
| cma@nbim.no | maren.steinberg@nbim.no | vld@nbim.no |
| ctn@nbim.no | mba@nbim.no | vto@nbim.no |
| dab@nbim.no | mbr@nbim.no | wia@nbim.no |
| daj@nbim.no | mid@nbim.no | ys@nbim.no |
| dal@nbim.no | mko@nbim.no | geoff.arseneau@nbimc.com |
| dhs@nbim.no | monica.espenes@nbim.no | dross@nbindpls.com |
| dma@nbim.no | mru@nbim.no | msmiley@nbindpls.com |
| dsh@nbim.no | mvi@nbim.no | ammark@nbk.com |
| dso@nbim.no | mwi@nbim.no | badert@nbk.com |
| efo@nbim.no | nh@nbim.no | dabdoub@nbk.com |
| efr@nbim.no | oaa@nbim.no | fadichalouhi@nbk.com |
| ega@nbim.no | oaw@nbim.no | georger@nbk.com |
| egs@nbim.no | ocf@nbim.no | hetafm@nbk.com |
| eko@nbim.no | ogs@nbim.no | malekh@nbk.com |
| elin.berg@nbim.no | ola@nbim.no | mohdqabandi@nbk.com |
| ell@nbim.no | opa@nbim.no | ramkir@nbk.com |
| eoh@nbim.no | orb@nbim.no | steve.allen@nbkny.com |

ghong@nbksg.com.sg
kimmie@nbksg.com.sg
sw.chan@nbksg.com.sg
pcardella@nbne.com
anthony.dunleavy@nboc.com
butkiewv@nboc.com
chuck.mchugh@nboc.com
mchugh@nboc.com
rogge@nboc.com
donald.malicki@nbp.pl
alena.kuklisova@nbs.sk
dsvocak@nbs.sk
jim.coleman@nbs.co.uk
karol.mrva@nbs.sk
pavel.horcin@nbs.sk
peter.spano@nbs.sk
vkubica@nbs.sk
vladimir.polhorsky@nbs.sk
a.abuyazid@ncbc.com
a.baarma@ncbc.com
h.altoubaji@ncbc.com
h.redha@ncbc.com
j.hussain@ncbc.com
l.currie@ncbc.com
m.alhaddad@ncbc.com
m.mohammed@ncbc.com
m.seifelnasr@ncbc.com
n.janahi@ncbc.com
r.almajed@ncbc.com
s.abdo@ncbc.com
s.mansouri@ncbc.com
t.daba@ncbc.com
t.fakhro@ncbc.com
pifss3@ncc.moc.kw
andrew.davis@ncfcorp.com
james.stubbs@ncfcorp.com
lon.magness@ncfcorp.com
robert.fauntleroy@ncfcorp.com
shelley.wilson@ncfcorp.com
plyons@ncmapital.com
cstopa@ncmcapital.com
dcarter@ncmcapital.com
falston@ncmcapital.com
hbrackett@ncmcapital.com
james.peterson@ncmcapital.com
jfarrar@ncmcapital.com
mcuster@ncmcapital.com
mkhan@ncmcapital.com
mlawrence@ncmcapital.com
msloan@ncmcapital.com
relmer@ncmcapital.com
rick.jones@ncmcapital.com
rlestyk@ncmcapital.com
sjohn@ncmcapital.com
zach.schroeder@ncmcapital.com
ray.antes@ncmgroup.com
james.a.stouse@ncmi.com
jim.e.furr@ncmi.com
john.g.leibach@ncmi.com
model@ncmi.com

michael.nichols@nctreasurer.com
bob.borkowski@nctrust.com
doug.ebert@nctrust.com
john.rich@nctrust.com
marty.stenhouse@nctrust.com
rosemarie.reardon@nctrust.com
sandy.boes@nctrust.com
steve.frost@nctrust.com
sullivanp@ndu.edu
daniel@nebomanagement.com
glenn@nebomanagement.com
tyler@nebomanagement.com
rbaier@neded.org
jan-eike.ehlers@neelmeyer.de
torsten.vetter@neelmeyer.de
volker.sarstedt@neelmeyer.de
jdecouto@nefm.com
juha.rouhiainen@nesteoil.com
alain.chevee@nestle.com
alexander-james.thomson@nestle.com
ann.arbiol@nestle.com
bernadette.fabian@nestle.com
claude.crottaz@nestle.com
claudio.menghi@nestle.com
colombe.sudan@nestle.com
edward.hart@nestle.com
fabian.zepeda@nestle.com
gilbert.dupuis@nestle.com
jacques.marmier@nestle.com
jean-philippe.barbey@nestle.com
jean-pierre.steiner@nestle.com
john-kenneth.gillbanks@nestle.com
juerg.sudry@nestle.com
julian.green@uk.nestle.com
karin.brodbeck@us.nestle.com
manfred.lehmann@us.nestle.com
martin.huber@nestle.com
mathieu.cheysson@nestle.com
matteo.lodrini@nestle.com
michael.shrum@nestle.com
oriane.seydoux@nestle.com
patrick.yot@nestle.com
peter.tait@uk.nestle.com
peter.turnor@uk.nestle.com
philippe.blondiaux@nestle.com
phillippe.chapuis@nestle.com
roberto.manfreda@it.nestle.com
sandra.parisi@nestle.com
stephan.chauderna@nestle.com
tatsuya.mori@nestle.com
thierry.bochud@nestle.com
thierry.ralet@nestle.com
umberto.cirri@nestle.com
colombi@net.mediolanum.it
david_wagenseller@net.com
g.desantis@net.mediolanum.it
mattias.ledunger@net.ptj.se
v.marcora@net.mediolanum.it
dearley@netbank.com
jmccoy@netbank.com

wramsay@netbank.com
rheinboden@netcologne.de
paulfssb@ix.netcom.com
michael8@netease.com
research@netglide.com
ytrhee@netian.com
hagino@netntt.fr
paul123@netsgo.com
sjlee@netsgo.com
luciocuppini@nettuno.it
boihk@netvigator.com
bokhgkon@netvigator.com
bpbcvhk@netvigator.com
cyroh@netvigator.com
hanvit03@netvigator.com
hanvit04@netvigator.com
k9304@netvigator.com
llx@netvigator.com
belisha@netvision.net.il
bumbak@netvision.net.il
ldagan1@netvision.net
moran02@netvision.net.il
jatyre@neuberger.com
aromaine@nevrodie.com
cjohnson@nevrodie.com
dloncto@nevrodie.com
lmcandrews@nevrodie.com
mnieves@nevrodie.com
mtraber@nevrodie.com
mtraver@nevrodie.com
nfurlanetto@nevrodie.com
nnejame@nevrodie.com
psilzer@nevrodie.com
sscott@nevrodie.com
peter_henricks@new-alliance.com
sandy_chan@new-alliance.com
jfadams@newalliancebank.com
ssligh@newberryfederalbank.com
rengel@newmontmining.com
t.reeg@newportglobaladvisors.com
apaul@newsalemcapital.com
ecosio@newsalemcapital.com
mwestman@newsalemcapital.com
jandrews@newstar.com
agibbs@newstaram.com
agold@newstaram.com
amiller@newstaram.com
bdixon@newstaram.com
bpakenham@newstaram.com
cbarton@newstaram.com
cburling@newstaram.com
cchien@newstaram.com
cdeptford@newstaram.com
cstephenson@newstaram.com
ctritton@newstaram.com
dpindoria@newstaram.com
eadderson@newstaram.com
gcrossland@newstaram.com
gdeblonay@newstaram.com
ggriffith@newstaram.com

gkerr@newstaram.com
glogan@newstaram.com
hambrose@newstaram.com
hcovington@newstaram.com
hdixon@newstaram.com
hthakrar@newstaram.com
htyser@newstaram.com
ian.beattie@newstaram.co.uk
ilance@newstaram.com
jallsopp@newstaram.com
jane.watters@newstaram.com
jbamford@newstaram.com
jduffield@newstaram.com
jgledhill@newstaram.com
jridgewell@newstaram.com
lbernays@newstaram.com
mbeale@newstaram.com
mfotiadis@newstaram.com
mgroves@newstaram.com
mharrison@newstaram.com
mhurley@newstaram.com
mjamieson@newstaram.com
mksanders@newstaram.com
mpeacock@newstaram.com
nbrind@newstaram.com
ncampling@newstaram.com
nhayes@newstaram.com
nmeinertzhagen@newstaram.com
nsheridan@newstaram.com
pmaxwell@newstaram.com
pmay@newstaram.com
proantree@newstaram.com
ranand@newstaram.com
richard.lewis@newstaram.com
rpease@newstaram.com
rruvigny@newstaram.com
rwhite@newstaram.com
slyttelton@newstaram.com
snaish@newstaram.com
srowe@newstaram.com
sshore@newstaram.com
styrrell@newstaram.com
sward@newstaram.com
swhittaker@newstaram.com
tbray@newstaram.com
thedden@newstaram.com
tserero@newstaram.com
tsteer@newstaram.com
tthompson@newstaram.com
twicks@newstaram.com
tzemek@newstaram.com
ailsa_kegler@newton.co.uk
alex_stanic@newton.co.uk
andrew_couch@newton.co.uk
andrew_headley@newton.co.uk
audrey_lowrie@newton.co.uk
ben_russon@newton.co.uk
bob_gullett@newton.co.uk
campbell_watterson@newton.co.uk
caroline_lindsay@newton.co.uk

charles_french@newton.co.uk
charles_watterson@newton.co.uk
charles_whall@newton.co.uk
charlotte_ryland@newton.co.uk
christopher_metcalfe@newton.co.uk
damian_debellotte@newton.co.uk
damian_devellotte@newton.co.uk
daniel_white@newton.co.uk
danny_bourne@newton.co.uk
david_stieger@newton.co.uk
dominic_howlett@newton.co.uk
duncan_bulgin@newton.co.uk
ed_godden@newton.co.uk
ewan_markson-brown@newton.co.uk
fati_naraghi@newton.co.uk
firstname_surname@newton.co.uk
fred_moore@newton.co.uk
gemma_kingsley@newton.co.uk
giles_parkinson@newton.co.uk
gregory_lord@newton.co.uk
helen_christie@newton.co.uk
helen_groves@newton.co.uk
helena_morrissey@newton.co.uk
howard_cunningham@newton.co.uk
iain_stewart@newton.co.uk
james_harries@newton.co.uk
james_lowen@newton.co.uk
jamie_korner@newton.co.uk
jane_winchester@newton.co.uk
jason_mcaleer@newton.co.uk
jason_pidcock@newton.co.uk
jeff_munroe@newton.co.uk
jeremy_stuber@newton.co.uk
jo_bowen@newton.co.uk
john_bell@newton.co.uk
john_ewen@newton.co.uk
john_hair@newton.co.uk
jon_bell@newton.co.uk
jon_monnery@newton.co.uk
jonathan_bell@newton.co.uk
jonathan_dye@newton.co.uk
joseph_meawad@newton.co.uk
julie_carey@newton.co.uk
katherine_swanston@newton.co.uk
liannehackie@newton.co.uk
libby_williams@newton.co.uk
lisa_hamilton@newton.co.uk
mark_ivory@newton.co.uk
mark_rayward@newton.co.uk
martin_batty@newton.co.uk
mary_mccarthy@newton.co.uk
matthew_brown@newton.co.uk
mike_connor@newton.co.uk
mike_o'brien@newton.co.uk
miki_sugimoto@newton.co.uk
neil_smith@newton.co.uk
neiloy_ghosh@newton.co.uk
nick_clay@newton.co.uk
nick_moss@newton.co.uk
parmeshwar_chadha@newton.co.uk

patricia_bridson@newton.co.uk
paul_butler@newton.co.uk
paul_markham@newton.co.uk
paul_stephany@newton.co.uk
paula_niall@newton.co.uk
peter_hensman@newton.co.uk
philip_collins@newton.co.uk
philip_england@newton.co.uk
rajesh_shant@newton.co.uk
richard_wilmot@newton.co.uk
richard_wintle@newton.co.uk
robert_canepa-anson@newton.co.uk
robert_marshall-lee@newton.co.uk
robert_shelton@newton.co.uk
roger_wilkinson@newton.co.uk
rosalind_finney@newton.co.uk
rosie_bichard@newton.co.uk
ross_ciesla@newton.co.uk
ruadhri_duncan@newton.co.uk
russell_pointon@newton.co.uk
sally_springer@newton.co.uk
sara_lowne@newton.co.uk
simon_laing@newton.co.uk
simon_nichols@newton.co.uk
simon_pryke@newton.co.uk
sophia_whitbread@newton.co.uk
stephen_oconnell@newton.co.uk
stephen_rowntree@newton.co.uk
stewart_cowley@newton.co.uk
stuart_eaton@newton.co.uk
susan_duffy@newton.co.uk
susan_ritchie@newton.co.uk
theresa_buckland@newton.co.uk
thomas_beevers@newton.co.uk
tim_lucas@newton.co.uk
tim_wilson@newton.co.uk
tineke_frikkee@newton.co.uk
tobias_bucks@newton.co.uk
zhixin_shu@newton.co.uk
zoe_kan@newton.co.uk
robert_stewart@newton .co.uk
gould@new-york.sl.slb.com
alexandra_m_lomakin@newyorklife.com
apollack@newyorklife.com
clement_lau@newyorklife.com
courtenay_sturdevant@newyorklife.com
debra_curran@newyorklife.com
george_e_silos@newyorklife.com
gideon_pell@newyorklife.com
helen_vlassis@newyorklife.com
jaijit_kumar@newyorklife.com
jean_liu@newyorklife.com
kathleen_haberkern@newyorklife.com
lydia_sangree@newyorklife.com
michael_angelini@newyorklife.com
mourad_a_elayan@newyorklife.com
richard_schwartz@am.newyorklife.com
andy.ward@ngc.com
daniel.wong@ngc.com
dennis.newberry@ngc.com

denny.mcsweeny@ngc.com
gaston.kent@ngc.com
johnett.ryans@ngc.com
karim.gowani@ngc.com
mark.davidson@ngc.com
silva.sak@ngc.com
alex.hack@ngm.co.uk
justin.eeles@ngm.co.uk
simon.down@ngm.co.uk
alison.stevens@ngrid.com
andrew.kluth@ngtgroup.com
kwok.liu@ngtgroup.com
bo.heide-ottosen@nib.fi
elice.pero@nib.int
jens.hellerup@nib.int
jon.thorsteinsson@nib.int
juha.kotajoki@nib.int
kaare.andersen@nib.int
kari.kukka@nib.fi
mattias.bremer@nib.int
patrik.wainio@nib.int
samu.slotte@nib.fi
sten.holmberg@nib.fi
susanne.fagerstolt@nib.int
torben.nielsen@nib.int
alan.van.der.kamp@nibc.com
collateral@nibc.com
cora.mos@nibc.com
dirk.van.den.beukel@nibc.com
duncan.de.vries@nibc.com
emile.van.der.burg@nibc.com
frenk.van.der.vliet@nibc.com
hans.starrenburg@nibc.com
hans.van.leeuwen@nibc.com
hein.bulter@nibc.com
jan-jaap.meindersma@nibc.com
jan-willem.van.tongeren@nibc.com
jurgen.veenbergen@nibc.com
niek.allon@nibc.com
paul.van.der.worp@nibc.com
peter.van.der.sterren@nibc.com
rogier.everwijn@nibc.com
stephen.hotsma@nibc.com
toine.teulings@nibc.com
victor.van.will@nibc.com
vsevolod.nefedov@nibc.com
charly.zwemstra@nibcapital.com
daniella.steenbergen@nibcapital.com
dick.van.ingen@nibcapital.com
edward.nijmeijer@nibcapital.com
emile.wentzel@nibcapital.com
guus.vermont@nibcapital.com
herman.guelovani@nibcapital.com
hugo.van.kattendijke@nibcapital.com
jean.spanjersberg@nibcapital.com
jeroen_van.hessen@nibcapital.c
john.van.grootel@nibcapital.com
jonathan.butler@nibcapital.com
kim.pintelon@nibcapital.com
lucas.ruland@nibcapital.com

luuk.veenstra@nibcapital.com
paul.zekveld@nibcapital.com
richard.luijken@nibcapital.com
sean.costello@nibcapital.com
tarun.buxani@nibcapital.com
treasury@nic.com.kw
kathyevans@nicholas.com
arutlin@nicholasfunds.com
djohnson@nicholasfunds.com
dnicholas@nicholasfunds.com
gmarquardt@nicholasfunds.com
jkinnel@nicholasfunds.com
jmay@nicholasfunds.com
lpavelec@nicholasfunds.com
mgiese@nicholasfunds.com
mshelton@nicholasfunds.com
tetsurou.oomura@nicos.co.jp
christie.weston@nifa.org
jody.cook@nifa.org
judy.krasomil@nifa.org
steve.clements@nifa.org
timkenny@nifa.org
dcj-tfuse@nifty.com
kakuta.tominbank@nifty.com
tohoport@nifty.com
pxc04655@niftyserve.or.jp
m-kobayashi@nihonjishin.co.jp
m-morishima@nihonjishin.co.jp
yoshio-yamashita@nihonjishin.co.jp
john@nijobs.com
mrwedodge@ninegatescapital.com
aaron.johnson@nisanet.com
alex.barenboym@nisanet.com
anthony.pope@nisanet.com
biswajit.bhattacharya@nisanet.com
brad.davis@nisanet.com
carl.kuebler@nisanet.com
carlos.celentano@nisanet.com
cheryl.hanson@nisanet.com
chris.moore@nisanet.com
dave.eichhorn@nisanet.com
ed.ziehmer@nisanet.com
ellen.dennis@nisanet.com
jason.sammet@nisanet.com
jorge.diaz-silva@nisanet.com
ken.lester@nisanet.com
kevin.turner@nisanet.com
kyle.carlin@nisanet.com
maanie.hamzaee@nisanet.com
matt.byron@nisanet.com
michael.doyle@nisanet.com
moshe.barak@nisanet.com
nathan.strauss@nisanet.com
pat.fuchs@nisanet.com
rebecca.bruenning@nisanet.com
rick.ratkowski@nisanet.com
sergi.turabelidze@nisanet.com
vijay.balakrishnan@nisanet.com
vinod.sadasivam@nisanet.com
anderson@nisi.net

bschalla@nisi.net
dmcconnell@nisi.net
jberrie@nisi.net
rogalinski@nisi.net
skearney@nisi.net
mdwyckoff@nisource.com
a1-inoue@nissay.co.jp
adachi02864@nissay.co.jp
akiyama20939@nissay.co.jp
a-matsu@nissay.co.jp
a-nishikawa@nissay.co.jp
aoki20848@nissay.co.jp
chiba17890@nissay.co.jp
egoshi18766@nissay.co.jp
endou26596@nissay.co.jp
fujimori02827@nissay.co.jp
fujimoto01773@nissay.co.jp
fujimoto20681@nissay.co.jp
fujiwara22503@nissay.co.jp
furuichi01257@nissay.co.jp
h1-endo@nissay.co.jp
h1-takeuchi@nissay.co.jp
hane18756@nissay.co.jp
hara26729@nissay.co.jp
hase22733@nissay.co.jp
hashimura02458@nissay.co.jp
hayami01735@nissay.co.jp
h-deguchi@nissay.co.jp
hfujikake@nissay.co.uk
h-hayashide@nissay.co.jp
hirose24469@nissay.co.jp
hnishi@nissay.co.uk
h-ohzaki@nissay.co.jp
h-takano@nissay.co.jp
h-takimoto@nissay.co.jp
ichikawa17950@nissay.co.jp
iki26838@nissay.co.jp
i-sasaki@nissay.co.jp
ishii02867@nissay.co.jp
ishimura02856@nissay.co.jp
ishizaki20751@nissay.co.jp
iwasa02885@nissay.co.jp
j-sakasaki@nissay.co.jp
k1-shimizu@nissay.co.jp
kasamatsu02294@nissay.co.jp
kawaguchi02439@nissay.co.jp
kawamori02808@nissay.co.jp
kawanago26743@nissay.co.jp
k-hirai@nissay.co.jp
kikuchi19513@nissay.co.jp
kimura02837@nissay.co.jp
kitamura26732@nissay.co.jp
kitou02355@nissay.co.jp
kiyomori19521@nissay.co.jp
kiyonaga02426@nissay.co.jp
kobayashi02905@nissay.co.jp
kobayashi18294@nissay.co.jp
kobayashi26289@nissay.co.jp
kon24375@nissay.co.jp
kosaka17932@nissay.co.jp

koutari02866@nissay.co.jp
koyakumaru18801@nissay.co.jp
kozaki22685@nissay.co.jp
k-toda@nissay.co.jp
k-tsuchizuka@nissay.co.jp
kuboi19538@nissay.co.jp
kubotani02857@nissay.co.jp
kuge02811@nissay.co.jp
kushiro03178@nissay.co.jp
k-utsumi@nissay.co.jp
k-yamaguchi@nissay.co.jp
masago02823@nissay.co.jp
masuda02318@nissay.co.jp
masuda03242@nissay.co.jp
matsumoto03356@nissay.co.jp
mitsui02828@nissay.co.jp
miwa02834@nissay.co.jp
miyabayashi02872@nissay.co.jp
miyagaki26437@nissay.co.jp
miyake18325@nissay.co.jp
miyawaza@nissay.co.jp
miyazawa03170@nissay.co.jp
mizuno02505@nissay.co.jp
m-ohtaka@nissay.co.jp
morii03300@nissay.co.jp
moriya05260@nissay.co.jp
muramatsu02877@nissay.co.jp
muramatsu24247@nissay.co.jp
murohashi02816@nissay.co.jp
nagata24444@nissay.co.jp
naitou16836@nissay.co.jp
nakamura18755@nissay.co.jp
nakanishi02815@nissay.co.jp
nakayama01768@nissay.co.jp
namai02262@nissay.co.jp
niimi02814@nissay.co.jp
n-izumida@nissay.co.jp
noguchi17817@nissay.co.jp
nukui05968@nissay.co.jp
okamoto02865@nissay.co.jp
okayasu03326@nissay.co.jp
okuno24340@nissay.co.jp
ooshima02862@nissay.co.jp
ootsuka19626@nissay.co.jp
oshima19414@nissay.co.jp
sakaguchi19592@nissay.co.jp
sakazaki02240@nissay.co.jp
sakuma02858@nissay.co.jp
sasaki22692@nissay.co.jp
satou01778@nissay.co.jp
segawa02272@nissay.co.jp
sekine02338@nissay.co.jp
shimotsu19522@nissay.co.jp
shinohara02869@nissay.co.jp
shintani02911@nissay.co.jp
shiotsu18789@nissay.co.jp
shiroto02400@nissay.co.jp
s-kasai@nissay.co.jp
sorita17822@nissay.co.jp
suzuki02335@nissay.co.jp

suzuki02418@nissay.co.jp
suzuki16846@nissay.co.jp
t1-ishii@nissay.co.jp
t2-amano@nissay.co.jp
takagaki16854@nissay.co.jp
takahashi22679@nissay.co.jp
takano19625@nissay.co.jp
takemura26697@nissay.co.jp
takenaka03302@nissay.co.jp
tanaka20789@nissay.co.jp
terui26698@nissay.co.jp
t-fujii@nissay.co.jp
t-hayama@nissay.co.jp
t-kaida@nissay.co.jp
t-kuroda@nissay.co.jp
t-maeda@nissay.co.jp
tmiyagawa@nissay.co.uk
tmorimoto@nissay.co.uk
toishigawa20856@nissay.co.jp
tokushima02362@nissay.co.jp
t-saito@nissay.co.jp
tsuchizuka02999@nissay.co.jp
tsurumi20491@nissay.co.jp
y-abiko@nissay.co.jp
y-akasaka@nissay.co.jp
yamamoto02325@nissay.co.jp
yamamoto26597@nissay.co.jp
yamamura24512@nissay.co.jp
yishibashi@nissay.co.uk
y-takayama@nissay.co.jp
takashi_uchino@nissay-it.co.jp
kentarou.sakai@nisshinfire.co.jp
hitomi.yutaka@nisshoiwai.com
jprice@nittanybank.com
kclayton@njm.com
pbogart@njm.com
mlynch@njmgroup.com
gregory.klyne@nlcal.mail.abb.com
jan.schommartz@nlcal.mail.abb.com
petr.toman@nlcal.mail.abb.com
h-adachi@nliinter.com
lisa.teuteberg@nml.com
toshiya.nakahara@nmoc.co.jp
kobayashi_katsuhiko@nn-holdings.com
idonthaveanemail@noaddress.com
ck@nochu.com.hk
a-hara@nochubank.or.jp
a-kaneda@nochubank.or.jp
akino@nochubank.or.jp
akiyoshifj@nochubank.or.jp
a-kuninaka@nochubank.or.jp
anagano@nochubank.or.jp
a-nakayama@nochubank.or.jp
a-nishi@nochubank.or.jp
annkato@nochubank.or.jp
a-okamoto@nochubank.or.jp
atakahashi@nochubank.or.jp
atsushi_nomura@nochubank.or.jp
a-yasutake@nochubank.or.jp
chigusa-uchida@nochubank.or.jp

c-nakata@nochubank.or.jp
crz-umeda@nochubank.or.jp
dfraenkel@nochubank.or.jp
d-sato@nochubank.or.jp
d-wakabayashi@nochubank.or.jp
e-hasegawa@nochubank.or.jp
ekondo@nochubank.or.jp
fujimi@nochubank.or.jp
fund-risk@nochubank.or.jp
furukawa@nochubank.or.jp
f-yokoo@nochubank.or.jp
h-ariga@nochubank.or.jp
hatanaka@nochubank.or.jp
hfujii@nochubank.or.jp
h-hasegawa@nochubank.or.jp
hide_suzuki@nochubank.or.jp
hide-nakano@nochubank.or.jp
hi-ishii@nochubank.or.jp
hiratsuka@nochubank.or.jp
hiroi-a@nochubank.or.jp
hirokazu-masuoka@nochubank.or.jp
hiroshinakamoto@nochubank.or.jp
hisato-ono@nochubank.or.jp
hi-suzuki@nochubank.or.jp
h-kamikawa@nochubank.or.jp
h-kumagai@nochubank.or.jp
h-matsu@nochubank.or.jp
h-ohyanagi@nochubank.or.jp
hoomori@nochubank.or.jp
h-ozawa@nochubank.or.jp
h-shintani@nochubank.or.jp
h-takahashi@nochubank.or.jp
i_yoshioka@nochubank.or.jp
i-akiyama@nochubank.or.jp
ikizawa@nochubank.or.jp
i-minegishi@nochubank.or.jp
itom@nochubank.or.jp
i-yajima@nochubank.or.jp
james_taylor@nochubank.or.jp
j-fujimori@nochubank.or.jp
j-furukawa@nochubank.or.jp
jmorishita@nochubank.or.jp
jmorita@nochubank.or.jp
j-okamoto@nochubank.or.jp
j-okuno@nochubank.or.jp
j-onuki@nochubank.or.jp
jrsiraki@nochubank.or.jp
jumehara@nochubank.or.jp
kai@nochubank.or.jp
ka-ichinoma@nochubank.or.jp
k-akimot@nochubank.or.jp
kataoka@nochubank.or.jp
ka-ushikubo@nochubank.or.jp
kazuto-n@nochubank.or.jp
kazuya-murakami@nochubank.or.jp
kei-fuji@nochubank.or.jp
keita_ando@nochubank.or.jp
kenji_yoda@nochubank.or.jp
ken-matsu@nochubank.or.jp
kenya_shitara@nochubank.or.jp

kenza-takeuchi@nochubank.or.jp
kfukuma@nochubank.or.jp
khanda@nochubank.or.jp
k-hirose@nochubank.or.jp
k-inadomi@nochubank.or.jp
kishii@nochubank.or.jp
k-kawashima@nochubank.or.jp
kkenichi@nochubank.or.jp
k-kikuhara@nochubank.or.jp
k-maeda@nochubank.or.jp
k-miki@nochubank.or.jp
k-morimoto@nochubank.or.jp
k-nagata@nochubank.or.jp
k-numa@nochubank.or.jp
k-ohba@nochubank.or.jp
koichi-akiyama@nochubank.or.jp
koichi-kumaki@nochubank.or.jp
koji.kikuchi@nochubank.or.jp
kosuke@nochubank.or.jp
k-shibata@nochubank.or.jp
k-shinbu@nochubank.or.jp
k-shirayama@nochubank.or.jp
k-sugita@nochubank.or.jp
k-takano@nochubank.or.jp
ktanaka@nochubank.or.jp
ktsukada@nochubank.or.jp
kuejo1979@nochubank.or.jp
k-uemura@nochubank.or.jp
k-ushikubo@nochubank.or.jp
kuwako@nochubank.or.jp
kyamaguchi@nochubank.or.jp
k-yamazaki@nochubank.or.jp
k-yanagi@nochubank.or.jp
m-anda@nochubank.or.jp
matsuot@nochubank.or.jp
m-furuya@nochubank.or.jp
m-hinomaru@nochubank.or.jp
m-hirayama@nochubank.or.jp
m-imai@nochubank.or.jp
miyoshi@nochubank.or.jp
mkawai@nochubank.or.jp
m-kita@nochubank.or.jp
m-kurata@nochubank.or.jp
m-nagano@nochubank.or.jp
m-nakayama@nochubank.or.jp
mnawa@nochubank.or.jp
msaito@nochubank.or.jp
m-sasaki@nochubank.or.jp
m-shoji@nochubank.or.jp
msugimoto@nochubank.or.jp
m-tsuchida@nochubank.or.jp
m-utsumi@nochubank.or.jp
n-aihara@nochubank.or.jp
naohiro-hosoda@nochubank.or.jp
nide@nochubank.or.jp
n-nakahara@nochubank.or.jp
norisato@nochubank.or.jp
noriyuki-harada@nochubank.or.jp
n-sakemi@nochubank.or.jp
obata_hideki@nochubank.or.jp

ogawa-k@nochubank.or.jp
ohkita@nochubank.or.jp
o-morita@nochubank.or.jp
riki@nochubank.or.jp
r-ono@nochubank.or.jp
rsawada@nochubank.or.jp
s_yagi@nochubank.or.jp
satsuka@nochubank.or.jp
s-eidome@nochubank.or.jp
se-inoue@nochubank.or.jp
shimokakimoto@nochubank.or.jp
shinpei_kataoka@nochubank.or.jp
shiod@nochubank.or.jp
skono@nochubank.or.jp
s-matsu@nochubank.or.jp
s-miyaji@nochubank.or.jp
smori@nochubank.or.jp
s-satoh@nochubank.or.jp
s-shibayama@nochubank.or.jp
s-shiota@nochubank.or.jp
s-sugimoto@nochubank.or.jp
s-takahashi@nochubank.or.jp
s-tsuchida@nochubank.or.jp
sugitat@nochubank.or.jp
s-yasui@nochubank.or.jp
s-yoshino@nochubank.or.jp
tadashi_matsumoto@nochubank.or.jp
tai-inoue@nochubank.or.jp
takahiro-fukai@nochubank.or.jp
t-akamatsu@nochubank.or.jp
takashima@nochubank.or.jp
takayuki_yamaguchi@nochubank.or.jp
takebayashi@nochubank.or.jp
takeshi_kuwabara@nochubank.or.jp
takeuchi@nochubank.or.jp
tamotsu_chiba@nochubank.or.jp
tanaka@nochubank.or.jp
tashi@nochubank.or.jp
t-endo@nochubank.or.jp
tfutaoka@nochubank.or.jp
tharuna@nochubank.or.jp
t-hashimoto@nochubank.or.jp
t-ishihara@nochubank.or.jp
t-kanamaru@nochubank.or.jp
t-kato@nochubank.or.jp
t-koba@nochubank.or.jp
tkubo@nochubank.or.jp
t-makita@nochubank.or.jp
t-nagaoka@nochubank.or.jp
tomo-kat@nochubank.or.jp
toshiyuki-takahashi@nochubank.or.jp
t-ozaki@nochubank.or.jp
tsakagawa@nochubank.or.jp
t-shimura@nochubank.or.jp
tsurugas@nochubank.or.jp
t-tajima@nochubank.or.jp
t-takano@nochubank.or.jp
ttakase@nochubank.or.jp
t-teranishi@nochubank.or.jp
tyanagis@nochubank.or.jp

tyano@nochubank.or.jp
uehara@nochubank.or.jp
urd-ikari@nochubank.or.jp
w-takeuchi@nochubank.or.jp
yasu-kajiyama@nochubank.or.jp
yhara@nochubank.or.jp
y-hiasa@nochubank.or.jp
y-itoh@nochubank.or.jp
yizawa@nochubank.or.jp
y-kajiya@nochubank.or.jp
ykawai@nochubank.or.jp
y-kobayashi@nochubank.or.jp
y-matsumoto@nochubank.or.jp
y-motoda@nochubank.or.jp
yonezawa@nochubank.or.jp
yonishi@nochubank.or.jp
yoshi-ken@nochubank.or.jp
ysakuma@nochubank.or.jp
y-takara@nochubank.or.jp
yuda@nochubank.or.jp
yujisasaki@nochubank.or.jp
yujisuzuki@nochubank.or.jp
yuzuru-iwasaki@nochubank.or.jp
y-yamada@nochubank.or.jp
y-yamaza@nochubank.or.jp
y-yasuda@nochubank.or.jp
yamamotok@nochutb.co.jp
smarto'connor@noclue.com
andrea.gruebl@noehypo.at
andreas.mueller@noehypo.at
peter.olsacher@noehypo.at
sato@noemai.com
a.bianchi@noemail.com
a.ueda@noemail.com
a.yokokawa@noemail.com
d.wu@noemail.com
e.hermand@noemail.com
e.shibao@noemail.com
f.laird@noemail.com
g.kevin@noemail.com
h.haruta@noemail.com
h.ishikawa@noemail.com
h.iwai@noemail.com
h.ototake@noemail.com
h.sakamoto@noemail.com
h.takaichi@noemail.com
h.yagi@noemail.com
h.yoshida@noemail.com
hasegawa@noemail.com
i.ogura@noemail.com
i.uno@noemail.com
j.c.skiera@noemail.com
j.tate@noemail.com
k.abe@noemail.com
k.funaki@noemail.com
k.hayashi@noemail.com
k.katase@noemail.com
k.kawadoko@noemail.com
k.kume@noemail.com
k.noguchi@noemail.com

| | | |
|---|---|---|
| k.noumi@noemail.com | u.kanda@noemail.com | aampontuah@us.nomura.com |
| k.sueyasu@noemail.com | w.taguchi@noemail.com | abogart@us.nomura.com |
| k.toriumi@noemail.com | y.agemura@noemail.com | ada.poon@hk.nomura.com |
| k.uno@noemail.com | y.hayakawa@noemail.com | adam.fletcher@uk.nomura.com |
| l.h.chooi@noemail.com | y.ikegami@noemail.com | aiyu@us.nomura.com |
| m.asada@noemail.com | y.ishikawa@noemail.com | alan.saunders@uk.nomura.com |
| m.horiuchi@noemail.com | y.ishiko@noemail.com | alessio.reggiani@uk.nomura.com |
| m.ikeda@noemail.com | y.iwamoto@noemail.com | amemiya-0dq3@jp.nomura.com |
| m.kitazawa@noemail.com | y.kita@noemail.com | andreas.katteneder@uk.nomura.com |
| m.komura@noemail.com | y.kubota@noemail.com | andrew.tan@hk.nomura.com |
| m.kurosumi@noemail.com | y.matsukawa@noemail.com | andrew.widdop@nomura.co.uk |
| m.matsuzawa@noemail.com | y.matsuo@noemail.com | andrewmartin@us.nomura.com |
| m.miyazono@noemail.com | y.matsuta@noemail.com | aris.allegos@hk.nomura.com |
| m.nishida@noemail.com | y.niiro@noemail.com | ayu@us.nomura.com |
| m.okamoto@noemail.com | y.okabayashi@noemail.com | balbert@us.nomura.com |
| m.takano@noemail.com | y.okada@noemail.com | barry.nix@uk.nomura.com |
| m.takatani@noemail.com | y.ozawa@noemail.com | ben.lester@uk.nomura.com |
| m.tanaka@noemail.com | y.shingai@noemail.com | bfarrell@us.nomura.com |
| m.tojo@noemail.com | y.takaike@noemail.com | blackrock@lu.nomura.com |
| m.uno@noemail.com | y.tanaka@noemail.com | bohare@us.nomura.com |
| m.yamda@noemail.com | y.taya@noemail.com | caney@us.nomura.com |
| m.yasuoka@noemail.com | y.unten@noemail.com | cblount@us.nomura.com |
| m.yoshiike@noemail.com | y.wada@noemail.com | chiara.iacobelli@uk.nomura.com |
| masayuki.watanabe@noemail.com | y.yoshida@noemail.com | christopher.stainbrook@nomura.co.uk |
| n.ando@noemail.com | dsmith@noil.co.uk | cschecter@us.nomura.com |
| n.chetwynd@noemail.com | trtadita@noil.co.uk | cyrine.tayoubi@uk.nomura.com |
| n.inui@noemail.com | tyamamiya@noil.co.uk | darren.weston@uk.nomura.com |
| n.kaneko@noemail.com | onuma@noimail.com | datamanagementlux@lu.nomura.com |
| n.konno@noemail.com | alexander.von-nandelstadh@nokia.com | david.v.green@uk.nomura.com |
| n.takahashi@noemail.com | anne-maj.lonnberg@nokia.com | dcrall@us.nomura.com |
| o.aki@noemail.com | antonio.flores@nokia.com | dennis.lui@hk.nomura.com |
| o.nohara@noemail.com | anu.kallio@nokia.com | dgruber@us.nomura.com |
| omatsumura@noemail.com | arto.sirvio@nokia.com | dleung@us.nomura.com |
| otani@noemail.com | blanca.m.juti@nokia.com | dweiss@us.nomura.com |
| r.nagahama@noemail.com | bruna.maltoni@nokia.com | edrucker@us.nomura.com |
| s.banno@noemail.com | hanna.sievinen@nokia.com | eparker@us.nomura.com |
| s.hall@noemail.com | investor.relations@nokia.com | etorres@us.nomura.com |
| s.hirakawa@noemail.com | jaana.myllynen@nokia.com | ezoe-0f8b@jp.nomura.com |
| s.inada@noemail.com | jorma.ollila@nokia.com | fergus.taylor@uk.nomura.com |
| s.kobayashi@noemail.com | kenneth.lampinen@nokia.com | fqueiroz@us.nomura.com |
| s.kono@noemail.com | kumiko.koyama@nokia.com | francis.campeau@uk.nomura.com |
| s.nagao@noemail.com | marisa.ohara@nokia.com | fraser.fernee@uk.nomura.com |
| s.nakano@noemail.com | marjatta.nissinen@nokia.com | fred.clatworthy@uk.nomura.com |
| s.noma@noemail.com | martin.hofer@nokia.com | fsimo@us.nomura.com |
| s.ogawa@noemail.com | matt.shimao@nokia.com | fujii-0ftw@jp.nomura.com |
| s.otake@noemail.com | mika.rydman@nokia.com | fzheng@us.nomura.com |
| s.satake@noemail.com | moyeen.ahmad@nokia.com | gary.mckenzie-smith@uk.nomura.com |
| s.tansiokhoon@noemail.com | olivier.cognet@nokia.com | geoffrey.wigington@uk.nomura.com |
| s.tatsumi@noemail.com | paul.bernard@nokia.com | harish.vaghjiani@uk.nomura.com |
| t.asada@noemail.com | per-ake.stahl@nokia.com | hayakawa-1np1@jp.nomura.com |
| t.kanemaru@noemail.com | petri.vartiainen@nokia.com | hhsiung@us.nomura.com |
| t.kumakura@noemail.com | rick.simonsen@nokia.com | hiraoka-2nhp@jp.nomura.com |
| t.mieda@noemail.com | thomas.westerlund@nokia.com | hirose-2ncv@jp.nomura.com |
| t.miyagi@noemail.com | ulla.james@nokia.com | hkdavidl@nomura.com.hk |
| t.nakamura@noemail.com | will.davis@nokia.com | hkgcorreaa@mail.nomura.com.hk |
| t.nakano@noemail.com | yossi.hasson@nokia.com | ian.williamson@uk.nomura.com |
| t.tajima@noemail.com | donotsend@nomail.com | ichen@us.nomura.com |
| t.takahashi@noemail.com | kimura@nomail.com | ikeda-0fb2@jp.nomura.com |
| t.tanami@noemail.com | manabe@nomail.com | ishii-0d55@jp.nomura.com |
| t.tanimoto@noemail.com | yoneda@nomail.com | isshiki-07ns@jp.nomura.com |

james.barratt@us.nomura.co.uk
james.manders@hk.nomura.com
jbernstein@us.nomura.com
jckeller@us.nomura.com
jgorsky@us.nomura.com
jholley@us.nomura.com
jnorton@us.nomura.com
john.cossey@uk.nomura.com
johnchen@us.nomura.com
jon.bernstein@nomura.co.uk
joshua.turkington@hk.nomura.com
jpark@us.nomura.com
jsykes@us.nomura.com
jwong@us.nomura.com
kaji-0ghx@jp.nomura.com
katai-1q27@jp.nomura.com
kawada@us.nomura.com
kcheng@us.nomura.com
kikuchi-0g5s@jp.nomura.com
koizumi-b4940031@jp.nomura.com
kojima-0g23@jp.nomura.com
ldurkin@us.nomura.com
manish.sinha@uk.nomura.com
mark.agranovski@uk.nomura.com
maruyama-0dth@jp.nomura.com
matsuzaki-1dzn@jp.nomura.com
mazen.nomura@nomura.co.uk
mbromberg@us.nomura.com
mcasino@us.nomura.com
michael.cooper@uk.nomura.com
michael.sloyd@hk.nomura.com
michele.desouza@uk.nomura.com
miyuki-0dzs@jp.nomura.com
mkushnir@us.nomura.com
mmorriss@us.nomura.com
monden-2n6k@jp.nomura.com
morikawa-2ncw@jp.nomura.com
mprofili@us.nomura.com
mschill@us.nomura.com
mtiperma@us.nomura.com
mukai-0ddd@jp.nomura.com
nbenjami@us.nomura.com
nishisako-0b8h@jp.nomura.com
noki-b4940059@jp.nomura.com
nomura.kan@nomura.com
npolowchena@us.nomura.com
ochiai-08bt@jp.nomura.com
ogawa-0g35@jp.nomura.com
ogishima-0d68@jp.nomura.com
ootsuka-0g5q@jp.nomura.com
paul.czerkawski@uk.nomura.com
paul.osman@uk.nomura.com
pglaser@us.nomura.com
philip.blunsen@uk.nomura.co.uk
pjain@us.nomura.com
pkenney@us.nomura.com
rbailes@us.nomura.com
rhdavis@us.nomura.com
rhoffman@us.nomura.com
rick.lam@hk.nomura.com

rlee@us.nomura.com
rlevine@us.nomura.com
rmchugh@us.nomura.com
rob.stanley@us.nomura.com
roger.burns@uk.nomura.com
rpiasio@us.nomura.com
russell.matthews@us.nomura.com
salbert@us.nomura.com
sanderson@us.nomura.com
sawada.hana@hk.nomura.com
scheng@us.nomura.com
shimada-0fb1@jp.nomura.com
shimizu-2nf3@jp.nomura.com
shindo-1qkf@jp.nomura.com
skotsen@us.nomura.com
srosenthal@us.nomura.com
stanley.seo@kr.nomura.com
stephen.kirkham@uk.nomura.com
suzuki-0g22@jp.nomura.com
suzuki-1hk9@jp.nomura.com
swolfson@us.nomura.com
terahata-0fmf@jp.nomura.com
tnocella@us.nomura.com
tomasz.sztuka@uk.nomura.com
toukai-b4940041@jp.nomura.com
wromary@us.nomura.com
yamauchi-0ft9@jp.nomura.com
yap.chinyee@hk.nomura.com
yatagai-2ngk@jp.nomura.com
yoshida-0gzn@jp.nomura.com
yvon.choi@hk.nomura.com
andoh.yusuke@nomura-asset.com
balachandran.binu@nomura-asset.com
charalambous.christos@nomura-asset.com
garber.gil@nomura-asset.com
garg.shalabh@nomura-asset.com
griffin.john@nomura-asset.com
harrison.alexander@nomura-asset.com
howard.brooks@nomura-asset.co.uk
jhaveri.sanjiv@nomura-asset.com
joyner.joanne@nomura-asset.com
kraines.ben@nomura-asset.com
leszczynska.margaret@nomura-asset.com
levy.jay@nomura-asset.com
mark.bloomfield@nomura-asset.co.uk
mark.rogers@nomura-asset.co.uk
mark.stephens@nomura-asset.com
morrongiello.michael@nomura-asset.com
nobutaka.kitajima@nomura-asset.co.uk
okada.shinichiro@nomura-asset.com
raj.madha@nomura-asset.co.uk
richard.bisson@nomura-asset.com
richard.kruse@nomura-asset.co.uk
rosenberg.lawrence@nomura-asset.com
sanjay.patel@nomura-asset.co.uk
sherman.dave@nomura-asset.com
shimizu.makoto@nomura-asset.com
sobti.rajiv@nomura-asset.com
steven.abbott@nomura-asset.co.uk
thomson.scott@nomura-asset.com

tom.elder@nomura-asset.co.uk
toriumi.yoshiko@nomura-asset.com
tsuruo.mitch@nomura-asset.com
usguest1@nomura-asset.com
weintraub.michael@nomura-asset.com
yan.ming@nomura-asset.com
yasuyuki.fukuda@nomura-asset.co.uk
mdoyle@nomurany.com
none@none.com
dpickering@noonam.com
ralexander@noonam.com
smittal@noonam.com
troberts@noonam.com
emily.forde@noonday.com
jhardin@noonday.com
ltashie@noonday.com
rrobinson@noonday.com
per.greil@nor.no
brian.hellmer@norcap.com
dan.murphy@norcap.com
dan.olkowski@norcap.com
george.tsiamis@norcap.com
hawk@norcap.com
paul.perry@norcap.com
terry.pavlic@norcap.com
alexey.yeremenko@nordea.com
alf.norman@nordea.com
alf.norrman@nordea.com
amanda.dinh@nordea.com
anders.burholt@nordea.com
anders.kjaerjensen@nordea.lu
anders.schelde@nordea.com
anders.stang.castberg@nordea.com
andreas.webster@nordea.com
anna.lindgren@nordea.com
anne.engen@nordea.com
arly.petersen@nordea.lu
arne.zippis@nordea.com
arthur.irwin@nordea.com
arthur.melhoos@nordea.com
asa.granberg@nordea.com
asa.wictor@nordea.com
asbjoern.hansen@nordea.com
bent.hoegh-jensen@nordea.com
bent.kristensen@nordea.com
bernard.louis@nordea.lu
birgir.gezelius@nordea.com
birgitte.munk@nordea.com
bjorn.henriksson@nordea.com
bjornar.tonhaugen@nordea.com
brian.s.jensen@nordea.com
c.bonde.pedersen@nordea.com
c.h.nielsen@nordea.com
carl.granath@nordea.com
carl-johan.granvik@nordea.com
carsten.moller@nordea.com
carsten.warren.petersen@nordea.com
casper.p@nordea.com
cathy.schlicht-bang@nordea.com
cecilia.carlsson@nordea.com

| | | |
|---|---|---|
| cecilia.hulten@nordea.com | jennifer.gafvels@nordea.com | m.pedersen@nordea.com |
| charlotte.winther@nordea.com | jens.hogh@nordea.lu | mads.fredsgaard@nordea.com |
| christian.hyldahl@nordea.com | jens.lund@nordea.com | mads.ibsen@nordea.com |
| christian.k@nordea.com | jens.rasmussen@nordea.com | magne.myrmo@nordea.com |
| christian.maahrbeck@nordea.com | jens.rygaard@nordea.com | magnus.larsson@nordea.com |
| christian.tornqvist@nordea.com | jesper.christiansen@nordea.com | magnus.stenberg@nordea.com |
| christina.lindberg@nordea.com | jesper.gulstad@nordea.com | margareta.leijonhufvud@nordea.com |
| claus.f.nielsen@nordea.com | jesper.hofde@nordea.com | maria.hultkvist@nordea.com |
| claus.hvidegaard@nordea.com | jesper.karlsen@nordea.com | mark.kandborg@nordea.com |
| claus.vorm@nordea.com | jesper.norgaard@nordea.com | markku.vartiainen@nordea.com |
| colin.williams-hawkes@nordea.com | jesper.termansen@nordea.com | martin.dahlgren@nordea.com |
| dan.hambrick@nordea.com | jesperchristensen@nordea.com | martin.gros.pedersen@nordea.com |
| daniel.falk@nordea.com | joakim.gustafson@nordea.com | martin.junker.nielsen@nordea.com |
| david.nahor@nordea.com | johan.ekwall@nordea.com | martin.nybye@nordea.com |
| eric.sandstrom@nordea.com | johan.kastengren@nordea.com | martin.tallroth@nordea.com |
| erik.blomberg@nordea.com | johan.mortensen@nordea.com | martti.forsberg@nordea.com |
| erik.hallarth@nordea.com | johan.stein@nordea.com | mathias.lundberg@nordea.com |
| erik.hulvej@nordea.com | johan.wistrom@nordea.com | mathias.nimlin@nordea.lu |
| eugene.seo@nordea.com | john.birch@nordea.com | mathias.wikberg@nordea.com |
| frank.hvid.petersen@nordea.com | john.kolling@nordea.com | mats.carlsson@nordea.com |
| frederik.bodin@nordea.com | john.rif@nordea.com | mats.hellstrom@nordea.com |
| fredrik.bodin@nordea.com | jonas.shum@nordea.com | mats.wandrell@nordea.com |
| fredrik.hardling@nordea.com | jorgen.hoholt@nordea.com | mattias.sigurd@nordea.com |
| fredrik.hermansson@nordea.lu | jouni.salmenkivi@nordea.com | mette.ohlenschlager@nordea.com |
| george.friesen@nordea.com | juergen.kapp@nordea.com | michael.bertelsen@nordea.com |
| gerard.cudzil@nordea.com | julie.bech@nordea.com | michael.kristensen@nordea.com |
| goran.karlsen@nordea.com | kaj.forsstrom@nordea.com | michal.danielewicz@nordea.com |
| gustaf.gronhagen@nordea.com | karl.lindqvist@nordea.com | mika.karikoski@nordea.com |
| gustav.bengtsson@nordea.com | karsten.bierre@nordea.com | mikael.melto@nordea.lu |
| hakan.ewerklou@nordea.com | kasper.lund@nordea.com | mogens.kok@nordea.com |
| hanne.rongsted@nordea.com | kasper.ullegaard@nordea.com | morten.grove@nordea.com |
| hasse.nilsson@nordea.com | kerstin.claesson@nordea.com | morten.steinsland@nordea.com |
| henik.horsolov.larsen@nordea.com | kim.chr@nordea.com | nana.larsson@nordea.com |
| henning.padberg@nordea.com | kim.jensen@nordea.com | niels.christensen@nordea.com |
| henrik.b.thomsen@nordea.com | kim.pilgaard@nordea.com | niels.juhl.christensen@nordea.com |
| henrik.baum@nordea.com | kjetil.melkevik@nordea.com | niels.mejer@nordea.com |
| henrik.baun@nordea.com | kristina.ganea@nordea.com | niklas.lindberg@nordea.com |
| henrik.norby@nordea.com | kristina.riisberg@nordea.com | nuri.goncy@nordea.com |
| henrik.ostergaard@nordea.com | lars.abat@nordea.com | oda.m.myklebust@nordea.com |
| henrik.pedersen@nordea.com | lars.bro@nordea.com | ole.hakon.eek-nielsen@nordea.com |
| henrik.sandell@nordea.com | lars.dybwad@nordea.com | patrik.roos@nordea.com |
| henrik.schmidt-lund@nordea.com | lars.hemmingsen@nordea.com | paul.okholm@nordea.com |
| henrik.sode@nordea.lu | lars.hermann@nordea.com | paul.westesson@nordea.com |
| henrik.theil@nordea.com | lars.krohn@nordea.com | pedergervin.pedersen@nordea.lu |
| hofbak@nordea.com | lars.remer@nordea.com | per.engstrom@nordea.com |
| holger.lunden@nordea.com | lars.riis-kofoed@nordea.com | per.frederiksen@nordea.com |
| ikka.poyhonen@nordea.com | lars.romer@nordea.com | per.gregersen@nordea.com |
| imbo@nordea.com | lars.thuesen@nordea.com | per.martinelle@nordea.com |
| inga-lill.carlberg@nordea.com | lars.vambheim@nordea.com | per.moller@nordea.com |
| j.rasmussen@nordea.com | lars.warg@nordea.com | per.ulderup@nordea.com |
| jacob.lester@nordea.com | lars-andreas.nilsen@nordea.com | per-ake.rydgard@nordea.com |
| jacob.lundbeck.serup@nordea.com | larserik.hogh@nordea.lu | pernille.svensson@nordea.com |
| jacob.topp@nordea.com | lasse.jensen@nordea.com | peter.brag@nordea.com |
| jacob.truelsen@nordea.com | leif.haglund@nordea.com | peter.dahlgren@nordea.com |
| jan.pedersen@nordea.lu | leon.pedersen@nordea.com | peter.dalmalm@nordea.com |
| jan.ritter@nordea.com | leon.svejgaard@nordea.com | peter.danielsson@nordea.com |
| jan.sauter@nordea.se | linda.ahlholm@nordea.com | peter.kijne@nordea.com |
| jan.skovsby@nordea.com | line.hvidbaek@nordea.com | peter.konstantyner@nordea.com |
| janenielsen@nordea.com | linn.nilsson@nordea.com | peter.liedholm@nordea.com |
| jean.marie.bertin@nordea.com | lotte.eriksen@nordea.com | peter.mikkelsen@nordea.dk |

peter.nicolson@nordea.com
philip.jagd@nordea.dk
poul.callesen@nordea.com
poul.winslov@nordea.com
poul.winslow@nordea.com
rene.petersen@nordea.com
richard.henricsson@nordea.com
richard.ritschel@nordea.lu
rickard.calalv@nordea.com
rickard.waldenlind@nordea.com
robert.madsen@nordea.com
robert.naess@nordea.com
robertlie.olson@nordea.com
robery.lingaas@nordea.com
rolf.ohlson@nordea.com
simon.hepworth@nordea.com
soren.aarup@nordea.com
soren.folkmann@nordea.com
soren.mortensen@nordea.com
soren.stilling.christensen@nordea.com
staffan.hornell@nordea.com
steen.blindum@nordea.com
steen.grondahl@nordea.lu
steen.thomsen@nordea.com
stefan.rocklind@nordea.com
stefan.sonnerstedt@nordea.com
stig.berg@nordea.com
sune.jensen@nordea.com
svante.sundholm@nordea.com
t.frederiksen@nordea.com
theis.nygaard@nordea.com
thihien.nguyen-khac@nordea.com
thomas.ladefoged@nordea.com
thomas.lindquist@nordea.com
thomas.sorensen@nordea.com
tim.jaksland@nordea.com
tim.madsen@nordea.com
tina.mortensen@nordea.com
tom.holflod@nordea.com
torben.f@nordea.com
torben.madsen@nordea.lu
torben.skodeberg@nordea.com
torbjorn.kronblad@nordea.com
ulf.stejmar@nordea.com
ulrich.hejle@nordea.com
ulrik.frederiksen@nordea.com
veronika.landsgard@nordea.com
william.shannon@nordea.com
xx@nordea.com
carlton.steele@nordeany.com
jan.mathiasen@nordeasecurities.com
poul.ahlmann@nordeasecurities.com
kuhnwaldt@nordinvest.de
pfeil@nordinvest.de
ruther@nordinvest.de
schaedler@nordinvest.de
aleksander.wolski@nordlb.com
alessandro.gajano@nordlb.com
andrea.odorico@nordlb.de
andreas.kopietz@nordlb.de

andreas.lechte@nordlb.de
andreas.libske@nordlb.de
andreas.schatzler@nordlb.de
andreas.wilke@nordlb.de
andrew.robinson@nordlb.de
audrey.tan@nordlb.com
axel.weidemann@nordlb.de
beverly.zakre@nordlb.com
bianca.evermann@nordlb.de
boris.haut@nordlb.de
bruce.gresswell@nordlb.com
carsten.tegtmeier@nordlb.de
chiang.kim.koh@nordlb.com
christian.pollmann@nordlb.de
christian.selbach@nordlb.de
claas.martens@nordlb.de
daniel.gerhardy@nordlb.com
david.dziekanski@nordlb.de
david.rowley@nordlb.de
dirk.sauer@nordlb.de
dirk.schlademann@nordlb.de
eberhard.becker@nordlb.de
frank.bartschat@nordlb.de
georg.peters@nordlb.com
gerhard.trippner@nordlb.de
guenter.dunkel@nordlb.com
hans-joachim.rohde@nordlb.de
hans-werner.seidel@nordlb.com
heiko.falke@nordlb.de
heinz-bernd.schmitz@nordlb.de
hinrich.holm@nordlb.de
ian.samson@nordlb.com
ingrid.lehmann@nordlb.de
isabelle.drinkuth@nordlb.com
jan.dejonge@nordlb.com
jean.lehmann@nordlb.com
jens.dierksen@nordlb.de
jens.kirsten@nordlb.de
jens-peter.vosseler@nordlb.com
joerg.jansen@nordlb.de
johannesjorg.riegler@nordlb.de
jonathan.mclaughlin@nordlb.com
juergen.dolle@nordlb.com
jutta.gieseler@nordlb.de
kai-ulrich.doerries@nordlb.de
kenneth.schmidt@nordlb.com
kevin.berger@nordlb.com
kin.hong.yeong@nordlb.com
kirsty.allen@nordlb.com
kirsty.gage@nordlb.com
konrad.kleinfeld@nordlb.de
lutz.kuhlmann@nordlb.com
lutz.ulbrich@nordlb.de
malte.stoeckhert@nordlb.com
marcus.mund@nordlb.com
martin.jank@nordlb.lu
martin.moeller@nordlb.de
martin.reichel@nordlb.de
matthias.eiternick@nordlb.de
mena.terveen@nordlb.de

michael.akmann@nordlb.de
michael.kiesewetter@nordlb.de
michael.stuenkel@nordlb.de
michael.wallis@nordlb.de
monika.sieniawska@nordlb.com
nelson.ma@nordlb.com
nisha.chengappa@nordlb.com
oliver.bohnsack@nordlb.de
omar.bolli@nordlb.com
paolo.aquino@nordlb.com
peter.fricke@nordlb.de
raimund.ferley@nordlb.de
salimah.osman@nordlb.com
sam.weinstock@nordlb.com
samira.laouer@nordlb.com
sergio.garcia@nordlb.com
sim.ee.san@nordlb.com
sonning.bredemeier@nordlb.de
stefan.rahaus@nordlb.de
stephen.hunter@nordlb.com
thomas.body@nordlb.lu
thomas.hoefermann@nordlb.de
thomas.liebe@nordlb.de
timothy.martin@nordlb.com
tjin.ong.kwok@nordlb.com
udo.schacht@nordlb.de
ulrich.scheppan@nordlb.de
ulrich.vogel@nordlb.lu
uwe.neumann@nordlb.de
uwe.rossmannek@nordlb.de
wainwright.babb@nordlb.com
werner.bade@nordlb.de
wolfgang.matzen@nordlb.de
wolfgang.michael.roth@nordlb.de
andrew.nesse@nordstrom.com
david.loretta@nordstrom.com
jan.anderson@nordstrom.com
jonathan.w.saunders@nordstrom.com
kim.wolborsky@nordstrom.com
rj.jones@nordstrom.com
robin.williams@nordstrom.com
anne-berit.christiansen@norges-bank.no
asbjorn.fidjestol@norges-bank.no
bjorn.taraldsen@norges-bank.no
bjorn-roger.wilhelmsen@norges-bank.no
henning.haugerudbraten@norges-bank.no
jan.qvigstad@norges-bank.no
jan-reinert.kallum@norges-bank.no
knut-n.kjaer@norges-bank.no
roger.nilsen@norgeskredit.no
andreas.heiberg@norgeskreditt.no
bhirschberg@us.normura.com
jdsteele@norrybank.com
bbosch@northcentraltrust.com
grolain@northcentraltrust.com
jbiondich@northcentraltrust.com
rvanrooyen@northcentraltrust.com
mmangano@northernhancockbank.com
cbutterfield@northernhanockbank.com
ebutcher@northernlights.net

andy.mcclean@northernrock.co.uk
annie.johnson@northernrock.co.uk
antony.swalwell@northernrock.co.uk
ben.thompson@northernrock.co.uk
c.scott@northernrock.co.uk
carl.flinn@northernrock.co.uk
cheryl.nichols@northernrock.co.uk
chris.storey@northernrock.co.uk
claire.blackett@northernrock.co.uk
david.johnson@northernrock.co.uk
derek.robinson@northernrock.co.uk
emma.tait@northernrock.co.uk
helen.illingworth@northernrock.co.uk
jane.rowell@northernrock.co.uk
jill.cassells@northernrock.co.uk
john.deane@northernrock.co.uk
nancy.irwin@northernrock.co.uk
phil.horner@northernrock.co.uk
phil.robinson@northernrock.co.uk
russell.brown@northernrock.co.uk
simon.beverley@northernrock.co.uk
sonia.crooks@northernrock.co.uk
stella.brown@northernrock.co.uk
steve.johnson@northernrock.co.uk
tim.pickering@northernrock.co.uk
tony.pierce@northernrock.co.uk
yen-lan.chueh@northernrock.co.uk
paj2@northerntrust.com
albertregen@northfieldsb.com
johnalexander@northfieldsb.com
myersal@mail.northgrum.com
anders.bang@northseacapital.com
lauge.sletting@northseacapital.com
patrik.nevsten@northseacapital.com
thomas.otbo@northseacapital.com
dwallach@northshorebank.com
esmeltzer@northsidebank.com
wmarsh@northsidebank.com
rrogers-windsor@northwesternm.dum
adampassarelli@northwesternmutual.com
allanschmitz@northwesternmutual.com
amiebrouillard@northwesternmutual.com
andrewprekop@northwesternmutual.com
andrewwassweiler@northwesternmutual.com
andyeng@northwesternmutual.com
angelascodellaro@northwesternmutual.com
anthonypolston@northwesternmutual.com
antionetteparish@northwesternmutual.com
beiwang@northwesternmutual.com
billwalker@northwesternmutual.com
bradcomincioli@northwesternmutual.com
bradkunath@northwesternmutual.com
brettelver@northwesternmutual.com
brianyeazel@northwesternmutual.com
brucepflaum@northwesternmutual.com
caesarcastroverde@northwesternmutual.com
carlbrummond@northwesternmutual.com
ccunningham@northwesternmutual.com
charliechang@northwesternmutual.com
chrisswain@northwesternmutual.com

christianmitchell@northwesternmutual.com
christikubiak@northwesternmutual.com
christinaantczak@northwesternmutual.com
christinamirarchi@northwesternmutual.com
craigcuzmanko@northwesternmutual.com
curtisludwick@northwesternmutual.com
danielknuth@northwesternmutual.com
danielmeehan@northwesternmutual.com
danielsauer@northwesternmutual.com
danielstier@northwesternmutual.com
danjulka@northwesternmutual.com
dannyflesch@northwesternmutual.com
davebarras@northwesternmutual.com
davekeuler@northwesternmutual.com
davidells@northwesternmutual.com
davidhenderson@northwesternmutual.com
debraley@northwesternmutual.com
denniskorjenek@northwesternmutual.com
diannatorres@northwesternmutual.com
dinapetersen@northwesternmutual.com
dougpeck@northwesternmutual.com
ebanaszynski@northwesternmutual.com
erichwolff@northwesternmutual.com
ericzenner@northwesternmutual.com
gregsirotek@northwesternmutual.com
houstonmalden@northwesternmutual.com
howardstern@northwesternmutual.com
jacobgelfand@northwesternmutual.com
janinebrezovar@northwesternmutual.com
jasonschultz@northwesternmutual.com
jasonsmith@northwesternmutual.com
jasonsteigman@northwesternmutual.com
jasontkrueger@northwesternmutual.com
jebbentley@northwesternmutual.com
jeffdeangelis@northwesternmutual.com
jefferynelson@northwesternmutual.com
jeffkrumenauer@northwesternmutual.com
jeffkrygiel@northwesternmutual.com
jeffreylueken@northwesternmutual.com
jeffreysiegel@northwesternmutual.com
jeromebaier@northwesternmutual.com
jillgrueninger@northwesternmutual.com
johncroberts@northwesternmutual.com
johnkendall@northwesternmutual.com
johnschlifske@northwesternmutual.com
jonathanprod@northwesternmutual.com
jonsattler@northwesternmutual.com
jtravia@northwesternmutual.com
karenanderson@northwesternmutual.com
karlaadams@northwesternmutual.com
kategreen@northwesternmutual.com
kathleenbrooks@northwesternmutual.com
kathleenmurphy@northwesternmutual.com
kathycarey@northwesternmutual.com
kathysprague@northwesternmutual.com
kbreitzman@northwesternmutual.com
keiththompson@northwesternmutual.com
kennethbazan@northwesternmutual.com
larryrhodes@northwesternmutual.com
leahwestfall@northwesternmutual.com

leegeronime@northwesternmutual.com
lisacadotte@northwesternmutual.com
lisavasquez@northwesternmutual.com
lorikiraly@northwesternmutual.com
margaretlusiba@northwesternmutual.com
markboyle@northwesternmutual.com
markdoll@northwesternmutual.com
markkishler@northwesternmutual.com
markraffles@northwesternmutual.com
martinmoser@northwesternmutual.com
martybutorac@northwesternmutual.com
marylinehan@northwesternmutual.com
maryphillips@northwesternmutual.com
masonross@northwesternmutual.com
mattcarroll@northwesternmutual.com
mattgruber@northwesternmutual.com
maureenshaughnessy@northwesternmutual.com
michaelbay@northwesternmutual.com
michaeldowdell@northwesternmutual.com
michaelholloway@northwesternmutual.com
michaeltreptow@northwesternmutual.com
michellemarsh@northwesternmutual.com
mikebuchholz@northwesternmutual.com
mikejohnson@northwesternmutual.com
mikemitch@northwesternmutual.com
mitchellwilner@northwesternmutual.com
muthusankar@northwesternmutual.com
nancyloferski@northwesternmutual.com
nataliewalrand@northwesternmutual.com
nickdefino@northwesternmutual.com
oleggurin@northwesternmutual.com
pablobarrutia@northwesternmutual.com
patriciavankampen@northwesternmutual.com
paultews@northwesternmutual.com
petereinders@northwesternmutual.com
philiprichards@northwesternmutual.com
quinnnoel@northwesternmutual.com
randalralph@northwesternmutual.com
rayauth@northwesternmutual.com
richardstrait@northwesternmutual.com
robertorgan@northwesternmutual.com
rrogers-windsor@northwesternmutual.com
ryanberg@northwesternmutual.com
ryandenton@northwesternmutual.com
sachintulyani@northwesternmutual.com
sandyrivas@northwesternmutual.com
seantwohig@northwesternmutual.com
srinivasbodapati@northwesternmutual.com
stanleynunoo@northwesternmutual.com
stevecoleman@northwesternmutual.com
stevenarthur@northwesternmutual.com
stevenlyons@northwesternmutual.com
steveswanson@northwesternmutual.com
stevetallmadge@northwesternmutual.com
stevewarren@northwesternmutual.com
stevewilson@northwesternmutual.com
teddryden@northwesternmutual.com
timbrown@northwesternmutual.com
timkellen@northwesternmutual.com
toddagger@northwesternmutual.com

toddjankowski@northwesternmutual.com
tomcarroll@northwesternmutual.com
troybarnett@northwesternmutual.com
varunmehta@northwesternmutual.com
wallysmith@northwesternmutual.com
zachbloom@northwesternmutual.com
reganhindman@nothwesternmutual.com
heather.h.mootz@norwest.com
james.j.croyle@norwest.com
kathy.gray@nmb.norwest.com
marilyn.r.kemme@norwest.com
sung.w.sohn@norwest.com
marina.horwood@norwich.co.uk
praveen.richard@norwich-union.co.uk
andrew.r.walton@norwich-union.co.uk
beth.luckin@norwich-union.co.uk
kewh@norwich-union.co.uk
neil.davies@norwich-union.co.uk
owen.griffiths@norwich-union.co.uk
richard.field@norwich-union.co.uk
robert.mellows@norwich-union.co.uk
yvonne.alston@norwich-union.co.uk
chris.lewis7@norwich-union-life.co.uk
david.walsh2@norwich-union-life.co.uk
graham.johnston@norwich-union-life.co.uk
james.pearson@norwich-union-life.co.uk
john.lister@norwich-union-life.co.uk
john.osman@norwich-union-life.co.uk
nigel.hayes@norwich-union-life.co.uk
paul.harbord@norwich-union-life.co.uk
ranadeep.banerjee@norwich-union-life.co.uk
richard.green@norwich-union-life.co.uk
richard.kelsall@norwich-union-life.co.uk
richard.kelsall@norwich-union-life.com
steve.abel@norwich-union-life.co.uk
tony.spiers@norwich-union-life.co.uk
na@notavail.com
bjorn.andersson@notes.electrolux.se
carlo.venneri@notes.electrolux.it
johan.bygge@notes.electrolux.se
luciano.cadamuro@notes.electrolux.it
marcellina.bazzo@notes.electrolux.it
michael_a_vardas@notes.ntrs.c
see@notes.not
blanedexheimer@nothwesternmutual.com
desistog@novarabank.com
pennal@novarabank.com
adam.guthrie-james@novartis.com
aditya.bahl@novartis.com
aled_paton.williams@novartis.com
amal.khouri@novartis.com
amit.sadana@novartis.com
andre.ludin@group.novartis.com
andrea.waterhouse@pharma.novartis.com
andrea_ruff.waterhouse@pharma.novartis.com
andreas.kempf@pharma.novartis.com
andy.davis@novartis.com
anna.tsyrlova@novartis.com
anthony.martinangelo@pharma.novartis.com
atul.dandekar@novartis.com

axel.maibuecher@pharma.novartis.com
barbara.frisch@novartis.com
basil.goetsch@group.novartis.com
beat.steffen@pharma.novartis.com
betsy.nichols@novartis.com
binu.chaudhuri@pharma.novartis.com
boris.przytulski@novartis.com
brian.goldfus@novartis.com
carmen.burkhardt@pharma.novartis.com
cengiz.torer@novartis.com
cenk.cetin@novartis.com
cenkcetin@novartis.com
chantal.schmit@pharma.novartis.com
charles.lam@novartis.com
charles.monville@novartis.com
christian.besser@pharma.novartis.com
christian.gumpenberger@novartis.com
christian.hauck@novartis.com
christine.fischette@novartis.com
claire.nash@novartis.com
clement.schupp@group.novartis.com
daniel.weiss@novartis.com
darien.kadens@novartis.com
david.jimenez@pharma.novartis.com
david.lennon@novartis.com
david.mettler@novartis.com
david.wang@pharma.novartis.com
debraj.dasgupta@novartis.com
denis.asmar-kristiansen@novartis.com
dennis.hom@novartis.com
don.degolyer@pharma.novartis.com
doris.luescher_von_arx@pharma.novartis.com
edward.kurmann@novartis.com
elisa.peduzzi@novartis.com
ferdinando.porcellini@group.novartis.com
frances.wildhaber@group.novartis.com
francisco.bouzas@group.novartis.com
frank.dorka@novartis.com
franz.ehrensberger@gx.novartis.com
gerrard.terlouw@novartis.com
grace.xu@pharma.novartis.com
hai.zhang@novartis.com
hans.troger@gx.novartis.com
hao.li@novartis.com
hari.thrivikramji@pharma.novartis.com
hari_sven.krishnan@novartis.com
harish.kaushal@novartis.com
helen-yw.lau@pharma.novartis.com
henry.wiersing@novartis.com
holger.kollmer@novartis.com
holger_b.mueller@novartis.com
howard.davis@novartis.com
jane.moulding@group.novartis.com
jasmin.patel@pharma.novartis.com
jean-bernard.gruenberger@pharma.novartis.com
jennifer.sung@novartis.com
jillian.amaral@pharma.novartis.com
joshi.venugopal@novartis.com
judi.gledhill@pharma.novartis.com
juergen.pohle@novartis.com

karen.huebscher@group.novartis.com
karen.nelson@novartis.com
kristin.yarema@novartis.com
kumar.ramamoorthy@pharma.novartis.com
kurt.schoergendorfer@novartis.com
laura.reimer@novartis.com
li.zhang@pharma.novartis.com
marcelo.garcia@novartis.com
mark.higgins@pharma.novartis.com
mark.matthisson@pharma.novartis.com
markus.ewert@novartis.com
markus.kalousek@novartis.com
martin.petracchi@pharma.novartis.com
mathieu.fortier@novartis.com
michael.haas@group.novartis.com
michael.meding@novartis.com
milton.grannatt@novartis.com
mitsuyoshi.minagawa@novartis.com
monika.giese@novartis.com
neil.johnston@novartis.com
nicholas.franco@pharma.novartis.com
nicole.valentini@group.novartis.com
nigel_scott.cook@pharma.novartis.com
nitin.somani@novartis.com
paolo.tramontana@group.novartis.com
pascale.oddou@pharma.novartis.com
peter.gygax@pharma.novartis.com
peter.thomas@group.novartis.com
raju.adhikari@novartis.com
rakesh.patel@novartis.com
raviprakash.dugyala@novartis.com
raymund.scheffrahn@novartis.com
rene.gilvert@novartis.com
richard.cai@novartis.com
rina.ghez@novartis.com
rita.kelley@pharma.novartis.com
roland.bettex@group.novartis.com
roland.eidherr@gx.novartis.com
romain.lege@novartis.com
ruey-shiuan.tsai@novartis.com
samir.master@pharma.novartis.com
sandra.disse_nicodeme@novartis.com
sean.jeong@novartis.com
shahe.sanentz@novartis.com
shiva.krupa@novartis.com
shohreh.gholsorkhi@pharma.novartis.com
silja.chouquet@pharma.novartis.com
srini.srinivasan@novartis.com
stefanie.steiner@groups.novartis.com
stefanie.witte@novartis.com
takanori.kanazawa@novartis.com
therese.johnsen@novartis.com
thomas.ebeling@novartis.com
thomas.hasmann@pharma.novartis.com
tong.zhao@novartis.com
trong-luu.truong@pharma.novartis.com
ulrich.osswald@novartis.com
ulrike.von_krosigk@novartis.com
urs.gfeller@group.novartis.com
ute.rohner@pharma.novartis.com

| | | |
|---|---|---|
| vanessa.king@novartis.com | ah46@ntrs.com | christopher_thompson@ntrs.com |
| vas.narasimhan@novartis.com | ah54@ntrs.com | cj41@ntrs.com |
| vincent.de_valliere@group.novartis.com | aj57@ntrs.com | cje2@ntrs.com |
| werner.schmidt@pharma.novartis.com | ajp4@ntrs.com | cjk1@ntrs.com |
| wolfgang.hofmann@group.novartis.com | akb@ntrs.com | cjn2@ntrs.com |
| yakun.li@novartis.com | alan_robertson@ntrs.com | cl2@ntrs.com |
| yasmine.malak@novartis.com | alexander_de_giorgio@ntrs.com | cl26@ntrs.com |
| yvan.leclercq@pharma.novartis.com | alison_powell@ntrs.com | cl74@ntrs.com |
| bmodersitzki@novell.com | am121@ntrs.com | cm141@ntrs.com |
| mbrimhall@novell.com | am169@ntrs.com | cmg2@ntrs.com |
| rpowell@novell.com | am192@ntrs.com | cmg4@ntrs.com |
| blevine@novelluscapital.com | am28@ntrs.com | co8@ntrs.com |
| bpatterson@novelluscapital.com | am52@ntrs.com | colin_robertson@notes.ntrs.com |
| jbryan@novelluscapital.com | am64@ntrs.com | cr38@ntrs.com |
| david.hair@npbs.co.uk | amc14@ntrs.com | cr50@ntrs.com |
| simon.cunliffe@npbs.co.uk | amf1@ntrs.com | cs12@ntrs.com |
| a.earl@nrcl.com | ams2@ntrs.com | cs21@ntrs.com |
| e.stein@nrcl.com | an40@ntrs.com | css1@ntrs.com |
| g.leporati@nrcl.com | andrei_kasianenko@notes.ntrs.com | cst1@ntrs.com |
| j.wood@nrcl.com | andy_clayton@notes.ntrs.com | cw30@ntrs.com |
| m.bianchi@nrcl.com | andy_mackellow@notes.ntrs.com | cy5@ntrs.com |
| m.duncan@nrcl.com | ar64@ntrs.com | czr1@ntrs.com |
| m.hughes@nrcl.com | arb2@ntrs.com | da1@ntrs.com |
| p.newman@nrcl.com | arch_king@ntrs.com | da45@ntrs.com |
| r.goel@nrcl.com | arr2@ntrs.com | dal@ntrs.com |
| r.stauss@nrcl.com | as107@ntrs.com | daniel_iscra@notes.ntrs.com |
| thattori@nria.com | atanas_alexiev@notes.ntrs.com | dat2@ntrs.com |
| tyoshinaga@nria.com | ay7@ntrs.com | dav3@ntrs.com |
| ps78@nrts.com | baltz.timothy@ntrs.com | david.rothon@notes.ntrs.com |
| dwight.brown@nrucfc.coop | bbt1@ntrs.com | david_hayton@notes.ntrs.com |
| ewings@nrucfc.org | bc17@ntrs.com | david_kalis@notes.ntrs.com |
| michelle.poyer@nrucfc.coop | bc37@ntrs.com | db16@ntrs.com |
| steven.lilly@nrucfc.org | bck1@ntrs.com | db85@ntrs.com |
| teri.ocampo@nrucfc.coop | bcs1@notes.ntrs.com | dbc1@ntrs.com |
| amy.lo@nsc.com | bdr1@ntrs.com | dc40@ntrs.com |
| eva.leung@nsc.com | be8@ntrs.com | dch1@ntrs.com |
| kazumi.ohira@nsc.com | beg2@ntrs.com | dd109@ntrs.com |
| laura.faller@nsc.ocm | beth.debryun@ntrs.com | dd44@ntrs.com |
| lieh.oung@nsc.com | bfl2@ntrs.com | ddt@ntrs.com |
| leanne.marilley@nscorp.com | bh79@ntrs.com | den1@ntrs.com |
| bulk@nsmcapital.com | bjg1@ntrs.com | dfc1@ntrs.com |
| jlb17@ntra.com | bjj1@ntrs.com | dfk1@ntrs.com |
| aab3@ntrs.com | bk35@ntrs.com | dh69@ntrs.com |
| aaj@ntrs.com | bla1@ntrs.com | diane_jones@ntrs.com |
| ab147@ntrs.com | blt3@ntrs.com | didier_haenecour@ntrs.com |
| ab62@ntrs.com | bm84@ntrs.com | dk39@ntrs.com |
| abm2@ntrs.com | bpf2@ntrs.com | dk90@ntrs.com |
| ac118@ntrs.com | brp5@ntrs.com | dkm@ntrs.com |
| ac154@ntrs.com | bsa@ntrs.com | dkm5@ntrs.com |
| acm2@ntrs.com | bsh1@ntrs.com | dkw2@ntrs.com |
| adh7@ntrs.com | bv9@ntrs.com | dlk6@ntrs.com |
| adnan_khan@ntrs.com | can3@ntrs.com | dlr11@ntrs.com |
| ae14@ntrs.com | car7@ntrs.com | dm12@ntrs.com |
| aet@ntrs.com | cassandra_guichard@notes.ntrs.com | dm17@ntrs.com |
| af40@ntrs.com | cb123@ntrs.com | dm172@ntrs.com |
| afs1@ntrs.com | cc62@ntrs.com | dm36@ntrs.com |
| ag30@ntrs.com | ces3@ntrs.com | dm62@ntrs.com |
| ag96@ntrs.com | cg10@ntrs.com | dm80@ntrs.com |
| agb3@ntrs.com | ch105@ntrs.com | dontusethis@ntrs.com |
| ah101@ntrs.com | christopher_m_isemann@notes.ntrs.com | dp13@ntrs.com |

dp6@ntrs.com
dp61@ntrs.com
dpd2@ntrs.com
dr@ntrs.com
drp4@ntrs.com
ds111@ntrs.com
ds69@ntrs.com
dsa2@ntrs.com
dsd3@ntrs.com
dss2@notes.ntrs.com
du@ntrs.com
dz6@ntrs.com
eah@ntrs.com
eaw1@ntrs.com
eb46@ntrs.com
eb50@ntrs.com
ec19@ntrs.com
ec37@ntrs.com
ec51@ntrs.com
ecb2@ntrs.com
ech3@ntrs.com
ecm3@ntrs.com
ed.gonzalez@ntrs.com
ed.krisko@ntrs.com
edward_woods@ntrs.com
egk1@ntrs.com
eh15@ntrs.com
eja3@ntrs.com
ejo1@ntrs.com
ek8@ntrs.com
elaine_stankiewicz@notes.ntrs.com
eo6@ntrs.com
er5@ntrs.com
eric_lovetorn@notes.ntrs.com
eric_misenheimer@notes.ntrs.com
ers1@ntrs.com
et44@ntrs.com
eusebio_sanchez@notes.ntrs.com
evb@ntrs.com
ewj1@ntrs.com
ey2@ntrs.com
fk12@ntrs.com
fo10@ntrs.com
frank_sutton@ntrs.com
ga13@ntrs.com
gary_clunie@ntrs.com
gb63@ntrs.com
gbt@ntrs.com
gbv1@ntrs.com
gd45@ntrs.com
geb1@ntrs.com
ged3@ntrs.com
george_dernulc@ntrs.com
gf6@ntrs.com
gj24@ntrs.com
gjg@ntrs.com
gk18@ntrs.com
glk1@ntrs.com
gloria_j_waters@notes.ntrs.com
gm10@ntrs.com

gmh@ntrs.com
gml2@ntrs.com
gmr1@ntrs.com
gregory_pasieka@notes.ntrs.com
gs58@ntrs.com
gw39@ntrs.com
helen_longhurst@notes.ntrs.com
helen_macdonell@ntrs.com
hg26@ntrs.com
hmm1@ntrs.com
hn6@ntrs.com
hp14@ntrs.com
hsc3@ntrs.com
ht18@ntrs.com
ib7@ntrs.com
ic14@ntrs.com
ig12@ntrs.com
ig16@ntrs.com
ijc@ntga.ntrs.com
iw12@ntrs.com
iws1@ntrs.com
jaa7@ntrs.com
jab15@ntrs.com
james_doolittle@notes.ntrs.com
james_gregory@notes.ntrs.com
jason.toussaint@ntrs.com
jb127@ntrs.com
jb136@notes.ntrs.com
jb204@ntrs.com
jb254@ntrs.com
jb84@ntrs.com
jbc3@ntrs.com
jbl@notes.ntrs.com
jbt2@ntrs.com
jc108@ntrs.com
jc143@ntrs.com
jc68@ntrs.com
jcc1@ntrs.com
jcw2@ntrs.com
jd9@ntrs.com
jdd3@ntrs.com
jdl2@ntrs.com
jdr3@ntrs.com
jec6@ntrs.com
jek1@ntrs.com
jennifer_m_seay@notes.ntrs.com
jew2@ntrs.com
jg18@ntrs.com
jgb1@ntrs.com
jh149@ntrs.com
jh31@ntrs.com
jh5@ntrs.com
jh64@ntrs.com
jim_brefeld@notes.ntrs.com
jj8@ntrs.com
jja1@ntrs.com
jjg2@ntrs.com
jl101@ntrs.com
jl18@ntrs.com
jl70@ntrs.com

jlb17@ntrs.com
jle4@ntrs.com
jlg6@ntrs.com
jlj9@ntrs.com
jm113@ntrs.com
jm36@ntrs.com
jma3@ntrs.com
jmb21@ntrs.com
jmb23@ntrs.com
jmm6@ntrs.com
jms31@ntrs.com
john.bierwaczonek@notes.ntrs.com
john_conley@ntrs.com
john_d_diefenbach@notes.ntrs.com
john_irwin@notes.ntrs.com
john_krieg@ntrs.com
joseph_molloy@ntrs.com
josh_fiennes@ntrs.com
jp135@ntrs.com
jpd@ntrs.com
jpd1@ntrs.com
jph4@ntrs.com
jpk@ntrs.com
jr114@ntrs.com
jr69@ntrs.com
jrd9@ntrs.com
jrg1@ntrs.com
jrg9@ntrs.com
js131@ntrs.com
js142@ntrs.com
js201@ntrs.com
js97@ntrs.com
jsc5@ntrs.com
jsf2@ntrs.com
jt16@ntrs.com
juanita_collins@notes.ntrs.com
jwm6@ntrs.com
jxm8@ntrs.com
jxw2@ntrs.com
jy3@ntrs.com
kaiyee.wong@ntrs.com
karl_l._capion@ntrs.com
kate_lander@ntrs.com
kb88@ntrs.com
kc27@ntrs.com
kc38@ntrs.com
kc83@ntrs.com
kdm2@ntrs.com
ke@ntrs.com
kelli_klutts@ntrs.com
ken_chilvers@ntrs.com
kevin_connellan@ntrs.com
kevin_hardy@ntrs.com
kevin_m_farrell@notes.ntrs.com
kevin_odonnell@ntrs.com
kevin_o'shaughnessy@notes.ntrs.com
kevin_p_mccormack@notes.ntrs.com
kevin_thaman@notes.ntrs.com
kh96@ntrs.com
khr@ntrs.com

| | | |
|---|---|---|
| kk48@ntrs.com | mc69@ntrs.com | old1@ntrs.com |
| klo1@ntrs.com | mc98@ntrs.com | osamu_hattori@notes.ntrs.com |
| km24@ntrs.com | md111@ntrs.com | pa1@ntrs.com |
| km85@ntrs.com | md41@ntrs.com | pa11@ntrs.com |
| km97@ntrs.com | md71@ntrs.com | pas8@ntrs.com |
| kma4@ntrs.com | md72@ntrs.com | patrick_dwyer@ntrs.com |
| kms1@ntrs.com | mdg7@ntrs.com | paula_smith@notes.ntrs.com |
| kms2@ntrs.com | mdr6@ntrs.com | pdg3@ntrs.com |
| kp44@ntrs.com | mef4@ntrs.com | pdq1@ntrs.com |
| kpj1@ntrs.com | mes5@ntrs.com | peter_yi@ntrs.com |
| krm2@ntrs.com | mf28@ntrs.com | pg38@ntrs.com |
| ks74@ntrs.com | mfh2@ntrs.com | pgc1@ntrs.com |
| ksk2@ntrs.com | mfw1@ntrs.com | phillipa_morris@ntrs.com |
| ksw1@ntrs.com | mg57@ntrs.com | pjd3@ntrs.com |
| la27@ntrs.com | michelle_hilliman@ntrs.com | pjf1@ntrs.com |
| lak@ntrs.com | michelle_murphy@ntrs.com | pjh2@ntrs.com |
| lao2@ntrs.com | mike_valencia@notes.ntrs.com | ppg1@ntrs.com |
| lcd2@ntrs.com | mirowski.adam@ntrs.com | pr49@ntrs.com |
| lcf1@ntrs.com | mjb6@ntrs.com | prp1@ntrs.com |
| ld1@ntrs.com | mjm14@ntrs.com | pvh@ntrs.com |
| ldr2@ntrs.com | mjr3@ntrs.com | pw12@ntrs.com |
| le3@ntrs.com | mjt1@ntrs.com | pw46@ntrs.com |
| lee_clark@ntrs.com | mjv@ntrs.com | rag2@ntrs.com |
| leh1@ntrs.com | mjw6@ntrs.com | rc79@ntrs.com |
| liam_egan@notes.ntrs.com | mk67@ntrs.com | rcu1@ntrs.com |
| lis_kielmann@ntrs.com | mks4@ntrs.com | rg40@ntrs.com |
| lisa_gargiulo@notes.ntrs.com | ml35@ntrs.com | rg55@ntrs.com |
| lisa_hanrahan@ntrs.com | ml82@ntrs.com | rgm1@ntrs.com |
| ljg@ntrs.com | mlf3@ntrs.com | ri5@ntrs.com |
| lm107@ntrs.com | mlk5@ntrs.com | richard_rothwell@ntrs.com |
| lm57@ntrs.com | mm209@ntrs.com | richards.jason@ntrs.com |
| lmb@notes.ntrs.com | mmb3@ntrs.com | rjs1@ntrs.com |
| lml4@ntrs.com | mohammed_uddin@notes.ntrs.com | rk43@ntrs.com |
| lrd1@ntrs.com | mp74@ntrs.com | rl36@ntrs.com |
| ls31@ntrs.com | mpe@ntrs.com | rnl1@ntrs.com |
| ls37@ntrs.com | mpg3@ntrs.com | rns@ntrs.com |
| lss2@ntrs.com | mr19@ntrs.com | rob_smith@ntrs.com |
| lt38@ntrs.com | mrp2@ntrs.com | robert.bergson@notes.ntrs.com |
| maclennan.alyson@ntrs.com | msw5@ntrs.com | robert_weeks@notes.ntrs.com |
| maf7@notes.ntrs.com | mt74@ntrs.com | roy_marks@notes.ntrs.com |
| mal9@ntrs.com | mt98@ntrs.com | rp69@ntrs.com |
| mar15@ntrs.com | mtg@ntga.ntrs.com | rrb2@ntrs.com |
| mara_c_fowler@notes.ntrs.com | mu1@ntrs.com | rs101@ntrs.com |
| maria_quintana@ntrs.com | mv6@ntrs.com | rs4@ntrs.com |
| marie_winters@ntrs.com | mw29@ntrs.com | rss4@ntrs.com |
| marina_marchand@ntrs.com | mz5@ntrs.com | rv1@ntrs.com |
| mark_holmes@ntrs.com | nb62@ntrs.com | rvc1@ntrs.com |
| mark_j_martinez@ntrs.com | nb63@ntrs.com | rw35@ntrs.com |
| mark_s._skowron@ntrs.com | ndm1@ntrs.com | rw57@ntrs.com |
| mary_c_ainger@ntrs.com | nick_dymond@ntrs.com | rwm1@ntrs.com |
| mary_kay_wright@ntrs.com | nicola_spicer@notes.ntrs.com | rz5@ntrs.com |
| marysa_mason@notes.ntrs.com | nimish_patel@ntrs.com | sc96@ntrs.com |
| matthew_peron@notes.ntrs.com | nm22@ntrs.com | sd62@ntrs.com |
| matthew_such@ntrs.com | nml2@ntrs.com | sds6@ntrs.com |
| mb124@ntrs.com | np54@ntrs.com | sean.finegan@ntrs.com |
| mb192@ntrs.com | np61@ntrs.com | sean_dillon@ntrs.com |
| mbb4@ntrs.com | nr16@ntrs.com | seth.rosenthal@ntrs.com |
| mbm6@ntrs.com | nw56@ntrs.com | sf19@ntrs.com |
| mc15@ntrs.com | oac1@ntrs.com | sga1@ntrs.com |
| mc53@ntrs.com | oh5@ntrs.com | sga3@ntrs.com |

| | | |
|---|---|---|
| sh121@ntrs.com | vivek.arora@ntrs.com | david.altshuler@nuveen.com |
| sh127@ntrs.com | vm36@ntrs.com | david.blair@nuveen.com |
| sh59@ntrs.com | vpa@ntrs.com | doris.nakamura@nuveen.com |
| shanil_shah@notes.ntrs.com | vs10@ntrs.com | douglas.baker@nuveen.com |
| shaun.murphy@ntrs.com | vvt1@ntrs.com | eileen.paul@nuveen.com |
| simon_bancroft@notes.ntrs.com | wak1@ntrs.com | evan.kallberg@nuveen.com |
| simon_cohen@ntrs.com | waol@ntrs.com | fernando.cristiano@nuveen.com |
| skk4@ntrs.com | wb8@ntrs.com | francis.sorensen@nuveen.com |
| sl70@ntrs.com | wc8@ntrs.com | glen.anderson@nuveen.com |
| sm168@ntrs.com | wd10@ntrs.com | gravem@nuveen.com |
| smr7@ntrs.com | wdb1@ntrs.com | jeff.scharf@nuveen.com |
| sonia_lee@ntrs.com | weh@ntrs.com | john.gambla@nuveen.com |
| sr59@ntrs.com | wfh2@ntrs.com | john.miller@nuveen.com |
| srh6@ntrs.com | wl11@ntrs.com | john.molloy@nuveen.com |
| ss86@ntrs.com | wp2@ntrs.com | john.wilhelm@nuveen.com |
| st46@ntrs.com | yo3@ntrs.com | julie.bialek@nuveen.com |
| st58@ntrs.com | ys9@ntrs.com | kevin.walker@nuveen.com |
| st60@ntrs.com | thosono@nts.ricoh.co.jp | loukoj@nuveen.com |
| stefanie.jaron@ntrs.com | banl@ntt.it | maillj@nuveen.com |
| stephen_dowds@ntrs.com | hiromasa.saiki@ntt-finance.co.jp | marilyn.rinaldi@nuveen.com |
| stephen_geis@notes.ntrs.com | kae.yamamoto@ntt-finance.co.jp | martin.doyle@nuveen.com |
| stephen_watson@ntrs.com | keima.takubo@ntt-finance.co.jp | michael.geier@nuveen.com |
| steven_j_santiccioli@ntrs.com | kozo.goto@ntt-finance.co.jp | michael.mcgrath@nuveen.com |
| sth2@ntrs.com | kyoko.yokooji@ntt-finance.co.jp | michael.white@nuveen.com |
| struan_malcolm@ntrs.com | masahiro.yamamoto@ntt-finance.co.jp | middlc@nuveen.com |
| sunil_daswani@ntrs.com | masaru.nishikawa@ntt-finance.co.jp | mieke.holkeboer@nuveen.com |
| suny_park@notes.ntrs.com | shigeru.nakayama@ntt-finance.co.jp | mike.davern@nuveen.com |
| susan_dondzik@notes.ntrs.com | shu.nakai@ntt-finance.co.jp | mike.rosenthal@nuveen.com |
| sw13@ntrs.com | yukiko.tachibana@ntt-finance.co.jp | mike.sheyker@nuveen.com |
| sw68@ntrs.com | akihiko.sudo@nttl.co.jp | neilde@nuveen.com |
| tam1@ntrs.com | masaya.yagishita@nttl.co.jp | patricia.klawitter@nuveen.com |
| tam8@ntrs.com | nobuhiko.nagumo@nttl.co.jp | paul.berejnoi@nuveen.com |
| tanya_fleming@notes.ntrs.com | shinji.nakamura@nttl.co.jp | paul.brennan@nuveen.com |
| tatum_kumar@ntrs.com | tatsuo.takahashi@nttl.co.jp | philij@nuveen.com |
| tb58@ntrs.com | andreas.billmeyer@nuernberger.de | rivese@nuveen.com |
| td23@ntrs.com | equity-research@nuernberger.de | rob.guttschow@nuveen.com |
| te2@ntrs.com | fabrizio.fabrizi@nuernberger.de | scott.romans@nuveen.com |
| tem4@ntrs.com | fi-research@nuernberger.de | shari.sikes@nuveen.com |
| tf16@ntrs.com | fritz.schmidt@nuernberger.de | stephen.candido@nuveen.com |
| tgs2@ntrs.com | henning.vonderforst@nuernberger.de | steve.hlavin@nuveen.com |
| thomas_e_kirkenmeier@notes.ntrs.com | marcus.prella@nuernberger.de | steve.krupa@nuveen.com |
| timi_burgess@ntrs.com | martin.kleinhenz@nuernberger.de | susan.perozzi@nuveen.com |
| timothy_blair@notes.ntrs.com | michael.scherbel@nuernberger.de | sylvester.njenga@nuveen.com |
| tj1@ntrs.com | oliver.fuchs@nuernberger.de | thomas.berry@nuveen.com |
| tj4@ntrs.com | peter.hackenberger@nuernberger.de | thomas.ellis@nuveen.com |
| tjt2@notes.ntrs.com | stefan.dvorak@nuernberger.de | thomas.spalding@nuveen.com |
| tl110@ntrs.com | stefan.igel@nuernberger.de | vitaly.chaika@nuveen.com |
| tms2@ntrs.com | delucia@nusasim.it | william.campbell@nuveen.com |
| tok@ntga.ntrs.com | pazzaglia@nusasim.it | wittyv@nuveen.com |
| tom_williams@ntrs.com | amber.kilgore@nuveen.com | ben.j.bergum@nwa.com |
| tqw4@ntrs.com | bill.fitzgerald@nuveen.com | brad.ellsworth@nwa.com |
| tracy_rowohlt@ntrs.com | cadmus.hicks@nuveen.com | david.zanussi@nwa.com |
| troy_muniz@ntrs.com | cathryn.steeves@nuveen.com | gary.martin@nwa.com |
| ts103@ntrs.com | charles.hachten@nuveen.com | marc.wemple@nwa.com |
| tsp2@ntrs.com | christopher.fama@nuveen.com | mickey.foret@nwa.com |
| tts@ntrs.com | daniel.harris@nuveen.com | thomas.kennedy@nwa.com |
| tw55@ntrs.com | daniel.lomelino@nuveen.com | dreed@nwbancorp.com |
| twf1@ntrs.com | daniel.sun@nuveen.com | mgiambrone@nwbcorp.com |
| twt1@ntrs.com | darrin.decosta@nuveen.com | alexandre.monthieu@nyc.nxbp.com |
| unknow@ntrs.com | daverk@nuveen.com | bill.maier@nyc.nxbp.com |

| | | |
|---|---|---|
| carol.toh@ap.nxbp.com | ellen.correia@ny.frb.org | matthew.rutherford@ny.frb.org |
| caroline.sim@ap.nxbp.com | eric.stein@ny.frb.org | meg.mcconnell@ny.frb.org |
| choon-siang.tay@ap.nxbp.com | erica.rosen@ny.frb.org | michael.carson@ny.frb.org |
| clara.hang@ap.nxbp.com | evan.brown@ny.frb.org | michael.holscher@ny.frb.org |
| david.grimaldi@nyc.nxbp.com | evangeline.drosses@ny.frb.org | michael.mcmorrow@ny.frb.org |
| frank.madden@nyc.nxbp.com | f.kawahara@ny.tr.mufg.jp | michael.schetzel@ny.frb.org |
| gary.egloff@nyc.nxbp.com | fabiola.ravazzolo@ny.frb.org | michelle.steinberg@ny.frb.org |
| ghislain.schubert@nyc.nxbp.com | fxstaff.markets@ny.frb.org | narissa.schmidt@ny.frb.org |
| guillaume.deparscau@nyc.nxbp.com | glenn.haberbush@ny.frb.org | neil.boege@ny.frb.org |
| harold.birk@nyc.nxbp.com | h.nagashima@ny.tr.mufg.jp | niall.coffey@ny.frb.org |
| helen.ho@ap.nxbp.com | h.saylor@ny.frb.org | om.arya@ny.frb.org |
| irene.sy@nyc.nxbp.com | h.trueb@ny.tr.mufg.jp | patricia.zobel@ny.frb.org |
| jessica.chien@ap.nxbp.com | ian.gordon@ny.frb.org | patrick.dwyer@ny.frb.org |
| jgana@nyc.nxbp.com | ian.lyngen@ny.frb.org | phil.deimus@ny.frb.org |
| john.cholakis@nyc.nxbp.com | ilan.solot@ny.frb.org | randall.rodda@ny.frb.org |
| john.lagratta@nyc.nxbp.com | ira.selig@ny.frb.org | robert.dekle@ny.frb.org |
| jonathan.totaram@nyc.nxbp.com | isreal.sendrovic@ny.frb.org | s.endo@ny.tr.mufg.jp |
| kelly.yan@ap.nxbp.com | j.nakazeki@ny.tr.mufg.jp | scott.sherman@ny.frb.org |
| laurene.daux@ny.tr.mufg.jp | j.sun@ny.tr.mufg.jp | sean.savage@ny.frb.org |
| louis.lavin@nyc.nxbp.com | james.bergin@ny.frb.org | sejal.patel@ny.frb.org |
| michael.ferris@nyc.nxbp.com | james.clark@ny.frb.org | shehriyar.antia@ny.frb.org |
| morgane.detollenaere@ap.nxbp.com | james.harrigan@ny.frb.org | steven.friedman@ny.frb.org |
| nicolas.zerbib@nyc.nxbp.com | james.white@ny.frb.org | susan.chase@ny.frb.org |
| patric.lager@nyc.nxbp.com | jason.lovelace@ny.frb.org | susan.stiehm@ny.frb.org |
| per.paulsson@nyc.nxbp.com | jason.miu@ny.frb.org | t.hirota@ny.tr.mufg.jp |
| philippe.massot@ap.nxbp.com | jeff.dawson@ny.frb.org | t.ueda@ny.tr.mufg.jp |
| ralph.daloisio@nyc.nxbp.com | jeffrey.kong@ny.frb.org | t.yamaguchi@ny.tr.mufg.jp |
| ray.meyer@nyc.nxbp.com | john.clark@ny.frb.org | tim.o'day@ny.frb.org |
| sdas@ap.nxbp.com | joseph.posillico@ny.frb.org | timothy.johnson@ny.frb.org |
| sin-minh.tan@ap.nxbp.com | joshua.frost@ny.frb.org | warren.hrung@ny.frb.org |
| sugar.ng@ap.nxbp.com | joshua.wright@ny.frb.org | wendy.wong@ny.frb.org |
| thierry.elias@nyc.nxbp.com | julie.remache@ny.frb.org | y.sonobe@ny.tr.mufg.jp |
| timothy.ligowski@nyc.nxbp.com | julie.sylvestre@ny.frb.org | zoltan.pozsar@ny.frb.org |
| william.lam@ap.nxbp.com | k.ochi@ny.tr.mufg.jp | engr@nybea.com |
| yannick.leborgne@ap.nxbp.com | k.ono@ny.tr.mufg.jp | kungs@nybea.com |
| yvette.baudron@nyc.nxbp.com | kameke.sweeney@ny.frb.org | marquardtw@nybea.com |
| a.nakajima@ny.tr.mufg.jp | karin.kimbrough@ny.frb.org | doreen.davidow@nyc.rabobank.co |
| alejandro.latorre@ny.frb.org | kashmira.karnik@ny.frb.org | thomas.dantonio@nyc.rabobank.c |
| alex.cohen@ny.frb.org | katherine.lewis@ny.frb.org | kdealissia@nychdc.com |
| alyssa.meyer@ny.frb.org | kathryn.chen@ny.frb.org | kmoore@nychdc.com |
| amanda.stokes@ny.frb.org | lara.green-spector@ny.frb.org | leanne.antrim@nycomptroller.com |
| amelia.moncayo@ny.frb.org | laura.brookins@ny.frb.org | tom.miller@nycomptroller.com |
| angela.o'connor@ny.frb.org | laura.sarlo@ny.frb.org | msilver@nyct.net |
| antionette.dennis@ny.frb.org | laura.weir@ny.frb.org | alk@nykredit.dk |
| ateptaya.rakpraja@ny.frb.org | lisa.chung@ny.frb.org | amy@nykredit.dk |
| brian.smedley@ny.frb.org | lorie.logan@ny.frb.org | aren@nykredit.dk |
| c.fersedi@ny.tr.mufg.jp | luis.gonzalez@ny.frb.org | atm@nykredit.dk |
| cedric.tille@ny.frb.org | m.iida@ny.tr.mufg.jp | avir@nykredit.dk |
| christine.joedecke@ny.frb.org | m.matsuo@ny.tr.mufg.jp | bfal@nykredit.dk |
| cynthia.echevarria@ny.frb.org | m.odagiri@ny.tr.mufg.jp | bjp@nykredit.dk |
| daren.tedeschi@ny.frb.org | mara.bolis@ny.frb.org | cf@nykredit.dk |
| david.jones@ny.frb.org | mark.cabana@ny.frb.org | choe@nykredit.dk |
| david.saber@ny.frb.org | mark.choi@ny.frb.org | clk@nykredit.dk |
| david.zee@ny.frb.org | martijn.schrijvers@ny.frb.org | clm@nykredit.dk |
| davidson.hepburn@ny.frb.org | martijn.schriyers@ny.frb.org | dakr@nykredit.dk |
| debby.perelmuter@ny.frb.org | mary.fleisch@ny.frb.org | dis@nykredit.dk |
| deborah.leonard@ny.frb.org | matthew.hildebrandt@ny.frb.org | est@nykredit.dk |
| dina.marchioni@ny.frb.org | matthew.lieber@ny.frb.org | haov@nykredit.dk |
| dino.kos@ny.frb.org | matthew.raskin@ny.frb.org | hehj@nykredit.dk |
| douglas.bennett@ny.frb.org | matthew.richter@ny.frb.org | heja@nykredit.dk |

| | | |
|---|---|---|
| jama@nykredit.dk | carol_meyer@nylim.com | knewman@nylim.com |
| jap@nykredit.dk | carolie_burroughs@nylim.com | kseniya_ryabchenko@nylim.com |
| jchr@nykredit.dk | carrie_henick@nylim.com | lbalagot@nylim.com |
| jebo@nykredit.dk | chantale_olivier@nylim.com | lee_baker@nylim.com |
| jebr@nykredit.dk | chris_andersen@nylim.com | lisa_raiti@nylim.com |
| jeti@nykredit.dk | chris_feind@nylim.com | lisa_scuderi@nylim.com |
| jgh@nykredit.dk | christian_saltaformaggio@nylim.com | ludger_hentschel@nylim.com |
| jhn@nykredit.dk | christine_martini@nylim.com | luke_smith@nylim.com |
| jped@nykredit.dk | christine_robertson@nylim.com | lviolante@nylim.com |
| kfb@nykredit.dk | cpoli@nylim.com | maria.panganiban@nylim.com |
| khyl@nykredit.dk | daniel_glickman@nylim.com | mark_campellone@nylim.com |
| labe@nykredit.dk | dave_clement@nylim.com | mark_saxonov@nylim.com |
| lbp@nykredit.dk | david_bangs@nylim.com | mark_talgo@nylim.com |
| lei@nykredit.dk | david_cruz@nylim.com | martha_spreen@nylim.com |
| lowa@nykredit.dk | david_kulo@nylim.com | martin_king@nylim.com |
| mbod@nykredit.dk | david_melka@nylim.com | matt_calvi@nylim.com |
| moav@nykredit.dk | david_sell@nylim.com | mblack@nylim.com |
| nfa@nykredit.dk | david_wright@nylim.com | mboyce@nylim.com |
| pebk@nykredit.dk | devon_mccormick@nylim.com | mcashion@nylim.com |
| peje@nykredit.dk | doug_bushell@nylim.com | michael_pagano@nylim.com |
| roso@nykredit.dk | dserek@nylim.com | michael_reifel@nylim.com |
| sdla@nykredit.dk | efitzger@nylim.com | michelle_lim@nylim.com |
| skh@nykredit.dk | erik_michaels@nylim.com | mimi_s_eng@nylim.com |
| soha@nykredit.dk | follari@nylim.com | mona_patni@nylim.com |
| ssn@nykredit.dk | francis_ok@nylim.com | murielle.pierre-louis@nylim.com |
| step@nykredit.dk | george_cherpelis@nylim.com | ooke@nylim.com |
| tlar@nykredit.dk | george_stephanides@nylim.com | pasquale_fungaroli@nylim.com |
| toa@nykredit.dk | gkravchik@nylim.com | patsy_kreitman@nylim.com |
| toh@nykredit.dk | grant_davis@nylim.com | paul_cunningham@nylim.com |
| tov@nykredit.dk | harish_kumar@nylim.com | paul_kraftic@nylim.com |
| trc@nykredit.dk | harvey_fram@nylim.com | paul_stern@nylim.com |
| ulha@nykredit.dk | ivan_jiang@nylim.com | paul_yee@nylim.com |
| jrubin@nyl.com | jae_yoon@nylim.com | peter_ra@nylim.com |
| thomas_haubenstricker@nyl.com | james_agostisi@nylim.com | philip_melville@nylim.com |
| trini@nyl.com | james_smith@nylim.com | philip_rio@nylim.com |
| jraphael@nylb.org | jeanne_cruz@nylim.com | polina_drantyev@nylim.com |
| jtycon@nylb.org | jeff_boyce@nylim.com | post_howland@nylim.com |
| maryellen@nylife.com | jeffrey_morse@nylim.com | prossi@nylim.com |
| rufus_w_davenport@nylife.com | jesse_fisher@nylim.com | qbarker@nylim.com |
| abaumber@nylim.com | jessica_edwards@nylim.com | ralph_marinaccio@nylim.com |
| aclemens@nylim.com | jhynes@nylim.com | rgranber@nylim.com |
| adam_hayden@nylim.com | joanne_jung@nylim.com | richard_kehoe@nylim.com |
| aj_rzad@nylim.com | joanne_sanders@nylim.com | rniyazov@nylim.com |
| al_guiliano@nylim.com | joe_carroll@nylim.com | robert_dial@nylim.com |
| al_martino@nylim.com | john_bacso@nylim.com | robert_ferguson@nylim.com |
| albert_montoya@nylim.com | john_cibbarelli@nylim.com | robert_young@nylim.com |
| albert_thompson@nylim.com | john_hendricks@nylim.com | roxanne_sosa@nylim.com |
| amcdermo@nylim.com | jonathan_yan@nylim.com | ruthard_murphy@nylim.com |
| amisha_kaura@nylim.com | joseph_mouridy@nylim.com | saba_hekmat@nylim.com |
| andrew_boschi@nylim.com | joshua_botnick@nylim.com | scott_seewald@nylim.com |
| andrew_hsiai@nylim.com | jsindelar@nylim.com | sday@nylim.com |
| anthony_malloy@nylim.com | judith_keefe@nylim.com | sfasano@nylim.com |
| aparower@nylim.com | julie_peng@nylim.com | shari_lawson@nylim.com |
| arthur_torrey@nylim.com | karen_ng@nylim.com | steve_confessore@nylim.com |
| asniffin@nylim.com | kathleen_haas@nylim.com | steven_lerit@nylim.com |
| atul_sibal@nylim.com | katrina_howard@nylim.com | steven_williams@nylim.com |
| beth_standbridge@nylim.com | ken_boertzel@nylim.com | stuart_ashton@nylim.com |
| brian_furlong@nylim.com | kenneth_chu@nylim.com | tammy_mills@nylim.com |
| brian_murdock@nylim.com | kenneth_sommer@nylim.com | terrence_ellison@nylim.com |
| carl_emont@nylim.com | kevin_m_smith@nylim.com | thomas.wong@nylim.com |

thomas_girard@nylim.com
thomas_knoff@nylim.com
thomas_mcardle@nylim.com
timothy_reil@nylim.com
tmahon@nylim.com
todd_stewart@nylim.com
tony_elavia@nylim.com
tricia_capal@nylim.com
trinh_nguyen@nylim.com
tvolpe@nylim.com
victor_samoilovich@nylim.com
vshapsis@nylim.com
wollom@nylim.com
brian.liu@nypa.gov
brian.mcelroy@nypa.gov
lisa.cole@nypa.gov
bgarr@nysif.com
bramo@nysif.com
dlau@nysif.com
jodon@nysif.com
jsayegh@nysif.com
jstep@nysif.com
ldevlin@nysif.com
lpere@nysif.com
mmart@nysif.com
swor@nysif.com
vaban@nysif.com
wwong@nysif.com
avanderw@nystrs.state.ny.us
aweimer@nystrs.state.ny.us
dbarzows@nystrs.state.ny.us
dsherman@nystrs.state.ny.us
ggenoves@nystrs.state.ny.us
jcoxon@nystrs.state.ny.us
jvirtane@nystrs.state.ny.us
jwilcox@nystrs.state.ny.us
ljohanse@nystrs.state.ny.us
mwolfe@nystrs.state.ny.us
mwood@nystrs.state.ny.us
pferguso@nystrs.state.ny.us
tlee@nystrs.state.ny.us
andersonj@nytimes.com
atlas@nytimes.com
bayot@nytimes.com
davidl@nytimes.com
eaton@nytimes.com
edandr@nytimes.com
forero@nytimes.com
gilpin@nytimes.com
ginger@nytimes.com
gretchen@nytimes.com
jad@nytimes.com
jgillis@nytimes.com
jofuer@nytimes.com
laroht@nytimes.com
louisu@nytimes.com
morgenson@nytimes.com
mweinstein@nytimes.com
norris@nytimes.com
nschwartz@nytimes.com

romeros@nytimes.com
ross.schneiderman@nytimes.com
salpukas@nytimes.com
sommer@nytimes.com
tarango@nytimes.com
vikas@nytimes.com
maurice.maertens@nyu.edu
fwmarketables@oakhillinvestments.com
dfjones@oaklandnet.com
arobinson@oaktreecap.com
bcook@oaktreecap.com
bmoores@oaktreecap.com
caltendorfer@oaktreecap.com
cboehringer@oaktreecap.com
cnewton@oaktreecap.com
drobinson@oaktreecap.com
fcanciani@oaktreecap.com
flaval@oaktreecap.com
hdambach@oaktreecap.com
jturner@oaktreecap.com
lsimkins@oaktreecap.com
mjones@oaktreecap.com
nducarre@oaktreecap.com
nsharif@oaktreecap.com
purquidi@oaktreecap.com
rreid@oaktreecap.com
smazzoli@oaktreecap.com
zmiddleton@oaktreecap.com
bvaissie@oaktreecapital.com
cward@oaktreecapital.com
seiseler@oaktreecapital.com
hwessel@obb.com
can.kuecuekkaplan@oberbank.at
guenther.dratlehner@oberbank.at
harald.limberger@oberbank.at
herwig.krist@oberbank.at
juergen.hoeffle@oberbank.at
mario.loidl@oberbank.at
r.hinterdorfer@oberbank.at
rita.pointer@oberbank.at
robert.musner@oberbank.at
wilfried.brandstetter@oberbank.at
cindy.taggart@ocas.com
dan.carter@ocas.com
kim.renners@ocas.com
marybeth.cadle@ocas.com
paul.gerard@ocas.com
scott.vess@ocas.com
bentai@ocbc.com.sg
cheeslraymond@ocbc.com.sg
chiangll@ocbc.com.sg
chooykelsie@ocbc.com.sg
diongcm@ocbc.com
foocy@ocbc.com.sg
gohpwlinda@ocbc.com.sg
hengemstephanie@ocbc.com
jameskhoo@ocbc.com
lamsyelaine@ocbc.com
lawrencewong@ocbc.com.sg
leeanicholas@ocbc.com

leeedith@ocbc.com.sg
leekyalex@ocbc.com.sg
leem@ocbc.com.sg
leesg@ocbc.com.sg
leesmsimon@ocbc.com
linsamuel@ocbc.com.sg
lyeclvivian@ocbc.com.sg
naibh@ocbc.com.sg
ngjtjason@ocbc.com
njiauwclnurdin@ocbc.com
phangkw@ocbc.com
synsmsherman@ocbc.com.sg
szenicole@ocbc.com.sg
tan_yh@ocbc.net
tanaikchye@ocbc.com.sg
tanlh1@ocbc.com.sg
tansnchristine@ocbc.com
tantangkodelvin@ocbc.com.sg
tanyongkhim@ocbc.com.sg
taycwklaus@ocbc.com.sg
teocgcynthia@ocbc.com
tholc@ocbc.com.sg
weeyanhann@ocbc.com.sg
wiradharmap@ocbc.com
wongkcherbert@ocbc.com.sg
wucliris@ocbc.com.sg
yap_tk@ocbc.com.sg
yeockpatrick@ocbc.com.sg
zhulyjanet@ocbc.com.sg
hueston.middleton@occ.trs.gov
ritt@oce.nl
rlaskowski@oceanfirst.com
jxue@ttc.ocgov.com
pcocking@ttc.ocgov.com
tduong@octfcu.org
apandey@ocwen.com
aschwartz@ocwen.com
dbroglino@ocwen.com
gstein@ocwen.com
john.stoj@ocwen.com
mmanhart@ocwen.com
mshort@ocwen.com
pritesh.ranjan@ocwen.com
rdelgado@ocwen.com
rfaris@ocwen.com
sajjad.hussain@ocwen.com
smilstein@ocwen.com
werbey@ocwen.com
achacun@oddo.fr
adias@oddo.fr
afoucault@oddo.fr
amarmoiton@oddo.fr
arahme@oddo.fr
bsinescu@oddo.fr
cbraudeau@oddo.fr
cmanik@oddo.fr
cnauphal@oddo.fr
eblel@oddo.fr
echapuis@oddo.fr
ehavarrduclos@oddo.fr

fleve@oddo.fr
gallain@oddo.fr
gdeschamps@oddo.fr
ggenere@oddo.fr
ghorenstein@oddo.fr
hleguen@oddo.fr
jbouffier@oddo.fr
jtebeka@oddo.fr
lbert@oddo.fr
llamagnere@oddo.fr
mblanchier@oddo.fr
mmerran@oddo.fr
msauvageot@oddo.fr
oravey@oddo.fr
phoddo@oddo.fr
plenders@oddo.fr
pnilsson@oddo.fr
priegis@oddo.fr
rboyer@oddo.fr
rtuffier@oddo.fr
salloy@oddo.fr
schamfrault@oddo.fr
sheddadji@oddo.fr
smaillard@oddo.fr
tjosien@oddo.fr
vgomez@oddo.fr
vsteen@oddo.fr
xhoche@oddo.fr
xktorza@oddo.fr
jdavis@odec.com
khuddle@odec.com
tbrickhouse@odec.com
adrian@uk.oechsle.com
davidl@oechsle.com
deek@oechsle.com
jdamon@oechsle.com
joes@oechsle.com
johnm@oechsle.com
johns@oechsle.com
kathleenh@oechsle.com
loisc@oechsle.com
mark@uk.oechsle.com
martinao@oechsle.com
neville@uk.oechsle.com
paulf@oechsle.com
peterr@oechsle.com
peters@oechsle.com
robinr@oechsle.com
tony.leggett@oechsle.com
warren@uk.oechsle.com
yasu@jp.oechsle.com
avogler@oechsle-de.com
franks@oechsle-de.com
rkostal@oechsle-de.com
antoine.veyrassat@oenb.at
daniel.nageler@oenb.at
doris.kutalek@oenb.co.at
duchatcz@oenb.co.at
elisabeth.antensteiner@oenb.co.uk
erich.obetzhofer@oenb.at

gerald.fiala@oenb.co.at
helmut.gruber@oenb.co.at
ingrid.haar-stoehr@oenb.co.at
karl.schleinzer@oenb.co.at
markus.arpa@oenb.co.at
peregrin.chelik@oenb.co.at
reinhold.wanka@oenb.co.at
robert.reinwald@oenb.at
thomas.fichtinger@oenb.co.at
thomas.policzer@oenb.at
walter.benesch@oenb.co.at
walter.sevcik@oenb.co.at
wolfgang.haunold@oenb.co.at
kvh@oeresundsbron.com
bdojonovic@offitbank.com
benedetto@offitbank.com
charlton@offitbank.com
chavez@offitbank.com
dutton@offitbank.com
giglia@offitbank.com
johnston@offitbank.com
mckee@offitbank.com
stacey.mcgovern@offitbank.com
steiman@offitbank.com
suk@offitbank.com
ttaylor@offitbank.com
willis@offitbank.com
max.lazard@offitinvestments.com
c.masucci@offivalmo.com
vikas.mehta@ofheo.gov
bkabore@ofi-am.fr
bwatteyne@ofi-am.fr
cmasucci@ofi-am.fr
ehadzic@ofi-am.fr
etrussant@ofi-am.fr
fboinier@ofi-am.fr
fcaulry@ofi-am.fr
ggurfinkiel@ofi-am.fr
joger@ofi-am.fr
lheurtin@ofi-am.fr
mfay@ofi-am.fr
mlongeard@ofi-am.fr
ohuet@ofi-am.fr
ojezequel@ofi-am.fr
orequin@ofi-am.fr
pdumont@ofi-am.fr
pledonche@ofi-am.fr
sbigeard@ofi-am.fr
schow@ofi-am.fr
sciccardini@ofi-am.fr
sfiszman@ofi-am.fr
tpauwels@ofi-am.fr
vhachevincenot@ofi-am.fr
akornchankul@ofii.com
bgoggins@ofii.com
ccrooks@ofii.com
cholloway@ofii.com
cmckenzie@ofii.com
dbowers@ofii.com
dgoldfarb@ofii.com

hlee@ofii.com
hwolfe@ofii.com
jdoyle@ofii.com
jfritchman@ofii.com
jglover@ofii.com
jhiggins@ofii.com
jhosler@ofii.com
jreed@ofii.com
jsoto@ofii.com
jweintraub@ofii.com
jwilliams@ofii.com
jzeman@ofii.com
lli@ofii.com
lpham@ofii.com
mmendelhan@ofii.com
mprasad@ofii.com
pbisbey@ofii.com
rheebner@ofii.com
rhill@ofii.com
sdray@ofii.com
thoey@ofii.com
traeke@ofii.com
twalter@ofii.com
dharper@ofiinstititional.com
bmcginn@ofiinstitutional.com
cdecastro@ofiinstitutional.com
dmiles@ofiinstitutional.com
ebergagniini@ofiinstitutional.com
fwang@ofiinstitutional.com
gmansell@ofiinstitutional.com
jfoster@ofiinstitutional.com
jglover@ofiinstitutional.com
jkim@ofiinstitutional.com
kdachille@ofiinstitutional.com
kwoodson@ofiinstitutional.com
lproper@ofiinstitutional.com
lspicer@ofiinstitutional.com
nmccarthy@ofiinstitutional.com
rhadley@ofiinstitutional.com
rpfahl@ofiinstitutional.com
sbenjamin@ofiinstitutional.com
tswaney@ofiinstitutional.com
ahainswo@ofina.on.ca
akraas@ofina.on.ca
callain@ofina.on.ca
dpeters@ofina.on.ca
hgraham@ofina.on.ca
ir.coop@ofina.on.ca
ircoop@ofina.on.ca
jplamour@ofina.on.ca
mjusto@ofina.on.ca
mmanning@ofina.on.ca
pmark@ofina.on.ca
abauduin@ofivalmo.fr
abelmedhi@ofivalmo.fr
cchadefaud@ofivalmo.fr
cdemarcy@ofivalmo.fr
cfarrugia@ofivalmo.fr
chassez@ofivalmo.fr
dnussbaum@ofivalmo.fr

fbohin@ofivalmo.fr
glaunay@ofivalmo.fr
hdaigre@ofivalmo.fr
hgoigouxbecker@ofivalmo.fr
jdevry@ofivalmo.fr
jhervy@ofivalmo.fr
jlamarre@ofivalmo.fr
ldespierre@ofivalmo.fr
mbelhouci@ofivalmo.fr
message_rechext@ofivalmo.fr
mmeyers@ofivalmo.fr
obibiano@ofivalmo.fr
oeudes@ofivalmo.fr
pgauthier@ofivalmo.fr
samand@ofivalmo.fr
snisi@ofivalmo.fr
xhoche@ofivalmo.fr
fleminds@oge.com
garretmj@oge.com
tidweltj@oge.com
walworcb@oge.com
irojas@ohionational.cl
jnavarrette@ohionational.cl
joseph_fischer@ohionational.com
maureen_kiefer@ohionational.com
michael_boedeker@ohionational.com
michael_burke@ohionational.com
nathan_hicks@ohionational.com
philip_byrde@ohionational.com
ccarlson@ohionatl.com
jmartin@ohionatl.com
mkahn@ohionatl.com
ggonzalez@ohionayional.cl
adonatelli@ohiosavings.com
apresby@ohiosavings.com
jlederman@ohiosavings.com
pgoldberg@ohiosavings.com
rcrouse@ohiosavings.com
sbesancon@ohiosavings.com
deirdre.bruen@ohis.com
ricardo.grados@ohis.com
sfmswaps@ohis.com
yi.wang@ohis.com
harald.kjessler@ohman.se
johan.bynelius@ohman.se
jonas.sandefeldt@ohman.se
lena.ryrberg@ohman.se
peter.gummesson@ohman.se
thomas.ringkvist@ohman.se
mbrugger@ohsers.org
camilla.ahlskog@oko.fi
erkko.wennonen@oko.fi
jari.puhakka@oko.fi
jorma.komulainen@oko.fi
kari.nisula@oko.fi
kim.rellahan@oko.fi
kimmo.lempinen@oko.fi
marko.kosonen@oko.fi
mattila.timo@oko.fi
merja.niemi@oko.fi

mika.uusi-pantti@oko.fi
riku.wiitala@oko.fi
antti.marttila@okobank.com
eero.ketola@okobank.com
eeva.niemisto@okobank.fi
esko.torsti@okobank.fi
hanno.hirvinen@okobank.com
harri.kuosmanen@okobank.fi
jorma.alanne@okobank.com
jouni.jarviluoma@okobank.com
juuso.atrila@okobank.fi
kimmo.vuorinen@okobank.com
kristiina.karhos@okobank.fi
kyllikki.pankakoski@okobank.fi
lasse.aarto@okobank.com
mikael.silvennoinen@okobank.com
olli.ronka@okobank.com
ollipekka.vahvaselka@okobank.com
pekka.petro@okobank.com
petri.kangas@okobank.com
petteri.joensuu@okobank.com
reima.rytsola@okobank.com
reima.rytsola@okobank.fi
tero.rautasuo@okobank.com
tina.schumacher@okobank.fi
vesa.hokkanen@okobank.fi
stanley@okosam.com
c.tirondola@olayan.com
d.hobson@olayan.com
f.amato@olayan.com
h.beyhum@olayan.com
n.habachy@olayan.com
c.heeran@olayangroup.com
d.bakolas@olayangroup.com
d.sheeler@olayangroup.com
e.farsoun@olayangroup.com
g.fournier@olayangroup.com
h.olayan@olayangroup.com
h.zeibak@olayangroup.com
j.duguid@olayangroup.com
j.giangrasso@olayangroup.com
j.sfiroudis@olayangroup.com
k.rao@olayangroup.com
l.perrotta@olayangroup.com
m.pardo@olayangroup.com
p.bassoul@olayangroup.com
p.hughes@olayangroup.com
r.hottensen@olayangroup.com
r.mccarthy@olayangroup.com
s.danforth@olayangroup.com
t.mccune-vassilev@olayangroup.com
mike.martin@oldkent.com
chris_wolking@oldnational.com
diane_ziliak@oldnational.com
jeff_lorenz@oldnational.com
jim_schmidt@oldnational.com
john_claybon@oldnational.com
john_poelker@oldnational.com
nathan_vogt@oldnational.com
gadreau@dial.oleane.com

david.gershkoff@oliverwyman.com
norman.leung@oliverwyman.com
a.nicolotti@olivetti.com
d.ronchetti@olivetti.com
l.tonelli@olivetti.com
r.monti@olivetti.com
s.vaccarino@olivetti.com
d.jean-jacques@olyangroup.com
jkelly@olympiacapital.com
adrian.farthing@omam.co.uk
amadeo.alentorn@omam.co.uk
andrew.tunks@omam.co.uk
anthony.gunning@omam.co.uk
arvin.panganiban@omam.co.uk
ashton.bradbury@omam.co.uk
aziz.minhas@omam.co.uk
ben.paviour@omam.co.uk
bob.attridge@omam.co.uk
caroline.lee@omam.co.uk
catherine.gladwin@omam.co.uk
catriona.grant@omam.co.uk
chris.higham@omam.co.uk
chris.palmer@omam.co.uk
chris.rule@omam.co.uk
dan.nichols@omam.co.uk
dermot.keegan@omam.co.uk
dev.jadeja@omam.co.uk
donall.comerford@omam.co.uk
eoin.murray@omam.co.uk
eunice.yadi@omam.co.uk
gary.merrick@omam.co.uk
gavin.brown@omam.co.uk
gavin.scott@omam.co.uk
ian.goodhand@omam.co.uk
ian.heslop@omam.co.uk
james.barrett@omam.co.uk
john.mattimore@omam.co.uk
john.philpott@omam.co.uk
jon.marsden@omam.co.uk
jonathan.tierney@omam.co.uk
justin.lines@omam.co.uk
leif.cussen@omam.co.uk
mark.stevens@omam.co.uk
matt.hollier@omam.co.uk
matthew.nagele@omam.co.uk
michael.rose@omam.co.uk
mike.servent@omam.co.uk
nick.williams@omam.co.uk
paul.simpson@omam.co.uk
peter.baxter@omam.co.uk
philip.hunter@omam.com
rachid.semaoune@omam.co.uk
richard.black@omam.co.uk
richard.moore@omam.co.uk
richard.tomlinson@omam.co.uk
scott.powers@omam.co.uk
sofia.skalistiri@omam.co.uk
spencer.copp@omam.co.uk
stephen.harrison@omam.co.uk
stephen.snowden@omam.co.uk

suresh.sadasivan@omam.co.uk
theresa.egan@omam.co.uk
tom.kirke@omam.co.uk
tracey.lander@omam.co.uk
will.menne@omam.co.uk
markazi@omantel.net.om
andersa@omb.nyc.gov
rbeyer@omef.com
tciambotti@omef.com
abrown@omega-advisors.com
adevgan@omega-advisors.com
alexc@omega-advisors.com
bbornstein@omega-advisors.com
bcook@omega-advisors.com
billyg@omega-advisors.com
ckagaoan@omega-advisors.com
cyrus@omega-advisors.com
damorell@omega-advisors.com
davidm@omega-advisors.com
dclifford@omega-advisors.com
dorlow@omega-advisors.com
elevy@omega-advisors.com
finteam@omega-advisors.com
gbroshy@omega-advisors.com
jclifford@omega-advisors.com
jmoleti@omega-advisors.com
jware@omega-advisors.com
kalliope@omega-advisors.com
lgc@omega-advisors.com
mcooper@omega-advisors.com
mcooperman@omega-advisors.com
mnemeth@omega-advisors.com
mpicard@omega-advisors.com
mviscio@omega-advisors.com
nfedorow@omega-advisors.com
nlai@omega-advisors.com
pshangkuan@omega-advisors.com
pswigart@omega-advisors.com
rafaneh@omega-advisors.com
raj@omega-advisors.com
shirley@omega-advisors.com
shurwitz@omega-advisors.com
steven@omega-advisors.com
tmoe@omega-advisors.com
tor@omega-advisors.com
wvogel@omega-advisors.com
xin@omega-advisors.com
tsakelis@omegasec.gr
aleida.white@omg.co.uk
david.kenedix@omg.co.uk
mary.jackets@omg.co.uk
petra.sjostedt@omg.co.uk
flondon@omicorp.com
rodrigop@omiam.omigroup.com
cbotid2@omntel.net.om
smaile@ompa.com
takahiro_kumon@omron.co.jp
brigitte.juen@omv.com
david.salisbury@omv.com
erich.waba@omv.com

guenther.arnberger@omv.com
heimo.stauchner@omv.com
hubert.pilgerstorfer@omv.com
investor.relations@omv.com
michael.webster@omv.com
monika.schandor-steinberger@omv.com
nina.baernthaler@omv.com
norman.strobl@omv.com
oliver.dillenz@omv.com
peter.seitinger@omv.com
rainer.altenberger@omv.com
stefan.waldner@omv.com
udo.giegerich@omv.com
wolfgang.posch@omv.com
wolfgang.ruttenstorfer@omv.com
dave.weisenburger@oneamerica.com
edward.zhou@oneamerica.com
john.mason@oneamerica.com
mark.schmahl@oneamerica.com
mike.bullock@oneamerica.com
fturcotte@onebeacon.com
john_weber@onebeacon.com
peter_antos@onebeacon.com
pmcdonough@onebeacon.com
wluzzo@onebeacon.com
alberto@oneinvest.ch
luca@oneinvest.ch
manuela@oneinvest.ch
maura@oneinvest.ch
peter@oneinvest.ch
tania@oneinvest.ch
vendome.nauer@online.lu
r.burgstaller@ooev.at
rweber@ooev.at
sssssss@ooooo.com
jani.partanen@op.fi
abhi.acharya@opcap.com
alok.chopra@opcap.com
amule@opcap.com
andrew.gorczyk@opcap.com
anne.budlong@opcap.com
apitale@opcap.com
arthur.bascomb@opcap.com
asippel@opcap.com
bbarenboim@opcap.com
bcolton@opcap.com
bgutstein@opcap.com
bhill@opcap.com
bholmes@opcap.com
bill.sandow@opcap.com
bmlynarick@opcap.com
bparente@opcap.com
brett.pollack@opcap.com
bruce.koepfgen@opcap.com
catherine.wolfe@opcap.com
cglinsman@opcap.com
david.cassese@opcap.com
david.chamberlain@opcap.com
david.fossella@opcap.com
dchung@opcap.com

dmcmullan@opcap.com
emazen@opcap.com
eric.nelson@opcap.com
eric.sartorius@opcap.com
fcloppert@opcap.com
gary.mcanly@opcap.com
gerry.chan@opcap.com
giri.bogavelli@opcap.com
hling@opcap.com
ian.murdoch@opcap.com
jane.xia@opcap.com
jarbeeny@opcap.com
jared.knote@opcap.com
jeff.parker@opcap.com
jeffrey.stevens@opcap.com
jim.zhao@opcap.com
jkhan@opcap.com
jlindenthal@opcap.com
jmangione@opcap.com
jonathan.adams@opcap.com
jrowley@opcap.com
jtarnoff@opcap.com
jzeman@opcap.com
karla.harwich@opcap.com
kconroy@opcap.com
kgreenburg@opcap.com
lilo.sachs@opcap.com
louis.goldstein@opcap.com
martin.mickus@opcap.com
maureen.dillon@opcap.com
melanie.santos@opcap.com
mfetherston@opcap.com
mgreenwald@opcap.com
michael.corelli@opcap.com
michael.mathay@opcap.com
miles.wixon@opcap.com
nfrelinghuysen@opcap.com
pwroblewski@opcap.com
regina.chi@opcap.com
rhauser@opcap.com
roy.johnston@opcap.com
rurquhart@opcap.com
scott.winters@opcap.com
stephen.bond-nelson@opcap.com
terry.duggan@opcap.com
thomas.browne@opcap.com
thomas.hogan@opcap.com
tscerbo@opcap.com
vbaugh@opcap.com
vcurtis@opcap.com
wmcdaniel@opcap.com
angela.chin@opco.com
axel.hester@opco.com
bob.okin@opco.com
bryan.mckigney@opco.com
cary.holcomb@opco.com
chris.kulick@opco.com
douglas.cameron@opco.com
drew.meyers@opco.com
greg.white@opco.com

kathy.wilson@opco.com
marshall.dornfeld@opco.com
michael.schwartz@opco.com
paul.harris@opco.com
ralph.barbato@opco.com
richard.white@opco.com
robert.lowenthal@opco.com
roger.elsas@opco.com
sandra.hernandez@opco.com
sherrie.beehler@opco.com
tom.nevin@opco.com
william.roche@opco.com
yixiong.chen@opco.com
acalvin@opers.org
aenderle@opers.org
alohof@opers.org
bsturm@opers.org
cgregson@opers.org
choover@opers.org
chufford@opers.org
clove@opers.org
codaniel@opers.org
criedole@opers.org
cruoff@opers.org
cyoho@opers.com
dgerman@opers.org
dlampe@opers.org
dsarver@opers.org
ecagnina@opers.org
efrance@opers.org
eweis@opers.org
jblue@opers.org
jboushelle@opers.org
jglee@opers.org
jhom@opers.org
jlake@opers.org
jmay@opers.org
jstack@opers.org
jwright@opers.org
kmartin@opers.org
kmcdowell@opers.org
kvangundy@opers.org
ltracy@opers.org
mehresman@opers.org
mparker@opers.org
msforza@opers.org
mshanahan@opers.org
msherman@opers.org
mshoaf@opers.org
mstought@opers.org
nkotsonis@opers.org
pedging@opers.org
rcarrier@opers.org
rfinn@opers.org
rfox@opers.org
rgball@opers.org
rmorton@opers.org
rtong@opers.org
sbarker@opers.org
smurray@opers.org

ssommerfeld@opers.org
sstuck@opers.org
tblack@opers.org
transactions@opers.com
tsoots@opers.org
tsteitz@opers.org
tswingle@opers.org
wneville@opers.org
xgu@opers.org
bluke@op-f.org
rcheuvront@op-f.org
patrice.williams@ophedge.com
eugene.didenko@ophedgeny.com
john.shannon@ophedgeny.com
jmilan@oppehmeirerfunds.com
achim.hammerschmitt@oppenheim.de
achim.walde@oppenheim.de
adrian.marcu@oppenheim.ch
adrian.scherer@oppenheim.ch
alexander.bischoff@oppenheim.de
alexander.straesser@oppenheim.de
alfons.klein@oppenheim.lu
alison.goetze@oppenheim.de
alwin.schenk@oppenheim.de
amelie.wipplinger@oppenheim.de
andrea.baum@oppenheim.de
andrea.lorenz@oppenheim.de
andrea.zenzen@oppenheim.de
andreas.boden@oppenheim.de
andreas.schmidt@oppenheim.de
andreas.winterberg@oppenheim.de
angela.daloiso-willms@oppenheim.de
anke.detering@oppenheim.de
annegret.steinmetz@oppenheim.de
annette.henke@oppenheim.lu
axel.giesselbach@oppenheim.de
bastian.schaefer@oppenheim.de
bernd.henseler@oppenheim.de
bettina.guschel@oppenheim.de
bjoern.poehlker@oppenheim.de
boris.leissner@oppenheim.de
carmen.daub@oppenheim.de
carsten.menke@oppenheim.de
christian.schindler@oppenheim.de
christine.schmidt@oppenheim.de
christof.kessler@oppenheim.de
christoph.andomaitis@oppenheim.de
christoph.hott@oppenheim.de
christoph.seegerer@oppenheim.de
christoph.wiedebach@oppenheim.de
christophe.frisch@oppenheim.de
claudia.gentgen@oppenheim.lu
claudia.reichfloyd@oppenheim.ch
claudia.wieditz@oppenheim.de
cornelius.klein@oppenheim.de
dagmar.alpen@oppenheim.de
daniel.janssen@oppenheim.de
daniel.kremer@oppenheim.de
denis.elter@oppenheim.ch
dieter.pfundt@oppenheim.de

dietmar.albertz@oppenheim.de
drmichael.brune@oppenheim.de
elke.steinel@oppenheim.de
evelin.rutten@oppenheim.de
frank.baumann@oppenheim.de
frank.huebner@oppenheim.de
frank.kemper@oppenheim.de
frank.klein@oppenheim.de
frank.kosiolek@oppenheim.de
frank.umlauf@oppenheim.de
frank.wellendorf@oppenheim.de
franz.fuchs@oppenheim.de
friedrich.bacmeister@oppenheim.de
friedrich-wilhelm.kersting@oppenheim.de
gabriele.collatz@oppenheim.de
georg.scholz@oppenheim.de
gerald.pittner@oppenheim.de
gerhard.merten@oppenheim.de
gisbert.lang@oppenheim.de
gregor.oboth@oppenheim.de
gudrun.hollender@oppenheim.de
guido.bugiel@oppenheim.de
guido.ostermeier@oppenheim.de
guido.willems@oppenheim.de
hagen.ernst@oppenheim.de
hanna.ahrens@oppenheim.de
hans-joerg.stamm@oppenheim.de
hans-peter.bandur@oppenheim.de
hans-peter.fliegel@oppenheim.de
hans-ulrich.mayer@oppenheim.de
harald.wenzel@oppenheim.de
heiko.wagner@oppenheim.de
heinz.merkens@oppenheim.de
henning.thiel@oppenheim.de
holger.pfieffer@oppenheim.de
holger.schmitt@oppenheim.de
hubertus.underberg@oppenheim.de
ingo.koch@oppenheim.de
irina.sidorovitch@oppenheim.de
jan.juretzka@oppenheim.de
jeannette.moehlenbrock@oppenheim.de
jens.rowohlt@oppenheim.de
jerome.cavard@oppenheim.ch
joachim.vonwirth@oppenheim.de
joan.wichterich@oppenheim.de
jochen.kottmann@oppenheim.de
joerg.hoeller@oppenheim.de
joerg.hundhausen@oppenheim.de
joerg.lausberg@oppenheim.de
joerg.lentes@oppenheim.de
joerg.mueller@oppenheim.de
joerg.puetz@oppenheim.de
joerg.walti@oppenheim.ch
joohee.lee@oppenheim.de
jutta.kruft@oppenheim.de
karl.funke-kaiser@oppenheim.de
katharina.schiffer@oppenheim.de
katrin.loehken@oppenheim.de
kerstin.laser@oppenheim.de
kim.dalby@oppenheim.de

knut.griese@oppenheim.de
larry.anderson@oppenheim.de
lars.edler@oppenheim.de
leifholger.dietze@oppenheim.de
liang.ding@oppenheim.de
lutz.klaus@oppenheim.de
manfred.caesar@oppenheim.de
marc.hocks@oppenheim.de
marc.lessenich@oppenheim.de
marco.birg@oppenheim.de
marco.zingsheim@oppenheim.de
mark.niethard@oppenheim.de
markus.kuether@oppenheim.de
markus.pfeffer@oppenheim.de
martin.lohaus@oppenheim.de
martina.fischer@oppenheim.de
mathias.weil@oppenheim.de
matthias.gruber@oppenheim.de
matthias.kail@oppenheim.de
matthias.loos@oppenheim.de
matthias.ries@oppenheim.de
metehan.sen@oppenheim.de
michael.braubach@oppenheim.de
michael.brauchitsch@oppenheim.de
michael.henkel@oppenheim.de
michael.lohre@oppenheim.de
michael.mathiowetz@oppenheim.de
norbert.braems@oppenheim.de
norbert.tolksdorf@oppenheim.de
oezkan.dogan@oppenheim.de
oliver.baumann@oppenheim.de
oliver.krieg@oppenheim.de
patrick.solerschubert@oppenheim.de
patrick.stiefel@oppenheim.de
pawel.tomczyk@oppenheim.de
peter.guntermann@oppenheim.de
peter.mauder@oppenheim.de
petermark.vogel@oppenheim.ch
petra.meyer@oppenheim.de
philip.schmitz@oppenheim.de
philipp.schwenecke@oppenheim.de
philipp.schweneke@oppenheim.de
pierre.annutsch@oppenheim.de
pius.cavelty@oppenheim.ch
rainer.jaeger@oppenheim.de
ralf.breuer@oppenheim.de
ralf.thomas@oppenheim.de
ralph.glatz@oppenheim.de
ralph.messerschmidt@oppenheim.de
raphael.fuhrmann@oppenheim.de
reinhard.pfingsten@oppenheim.de
reinhard.thierbach@oppenheim.de
robert.joseph@oppenheim.at
rolf.hartmann@oppenheim.de
romain.goerens@oppenheim.lu
ronald.schauer@oppenheim.de
sascha.vinogradic@oppenheim.de
sascha.werberich@oppenheim.de
selcuk.erbas@oppenheim.de
serge.brighi@oppenheim.lu

siegfried.simon@oppenheim.de
stefan.janssen@oppenheim.de
stefan.ufer@oppenheim.de
steffen.heihoff@oppenheim.de
stephan.muehlner@oppenheim.de
sven.kaiser@oppenheim.de
thomas.mertens@oppenheim.de
thomas.olbrich@oppenheim.de
tobias.frei@oppenheim.ch
torsten.schellscheidt@oppenheim.de
ulrike.kastens@oppenheim.de
uwe.neumann@oppenheim.de
walter.liebe@oppenheim.de
winfried.becker@oppenheim.de
wolfgang.jesinger@oppenheim.de
wolfgang.munsche@oppenheim.de
york.zucchi@oppenheim.de
youngjun.yoon@oppenheim.de
amerrill@oppenheimer.com
awilde@oppenheimer.com
ileon@oppenheimer.com
aabuhan@oppenheimerfunds.com
aarza@oppenheimerfunds.com
abanerjee@oppenheimerfunds.com
abomfim@oppenheimerfunds.com
adardani@oppenheimerfunds.com
addssurujballie@oppenheimerfunds.com
adelongis@oppenheimerfunds.com
agilston@oppenheimerfunds.com
ahaykin@oppenheimerfunds.com
akrause@oppenheimerfunds.com
akreso@oppenheimerfunds.com
akurinets@oppenheimerfunds.com
aliddell@oppenheimerfunds.com
amagid@oppenheimerfunds.com
amakwana@oppenheimerfunds.com
amanioudakis@oppenheimerfunds.com
amika@oppenheimerfunds.com
amontefusco@oppenheimerfunds.com
aparish@oppenheimerfunds.com
aperciballi@oppenheimerfunds.com
arotemberg@oppenheimerfunds.com
ashah@oppenheimerfunds.com
asteinmetz@oppenheimerfunds.com
auttaro@oppenheimerfunds.com
aweiner@oppenheimerfunds.com
azatulovskaya@oppenheimerfunds.com
azhou@oppenheimerfunds.com
azichy@oppenheimerfunds.com
azimmer@oppenheimerfunds.com
bbonomo@oppenheimerfunds.com
bcampbell@oppenheimerfunds.com
bcogger@oppenheimerfunds.com
bengle@oppenheimerfunds.com
bgiladi@oppenheimerfunds.com
bgord@oppenheimerfunds.com
bjaume@oppenheimerfunds.com
blevitt@oppenheimerfunds.com
blinden@oppenheimerfunds.com
bmacaskill@oppenheimerfunds.com

bneigut@oppenheimerfunds.com
breid@oppenheimerfunds.com
brockmuller@oppenheimerfunds.com
bsamuel@oppenheimerfunds.com
bsherman@oppenheimerfunds.com
bstewart@oppenheimerfunds.com
bvangundy@oppenheimerfunds.com
bweiss@oppenheimerfunds.com
bwilby@oppenheimerfunds.com
cburgess@oppenheimerfunds.com
ccarson@oppenheimerfunds.com
ccastro@oppenheimerfunds.com
ccavasina@oppenheimerfunds.com
cemanuel@oppenheimerfunds.com
cgapay@oppenheimerfunds.com
cgilbert@oppenheimerfunds.com
ckandilis@oppenheimerfunds.com
cklimas@oppenheimerfunds.com
ckrieg@oppenheimerfunds.com
cleavy@oppenheimerfunds.com
cullyatt@oppenheimerfunds.com
cvaccaro@oppenheimerfunds.com
cwinter@oppenheimerfunds.com
cwolf@oppenheimerfunds.com
cwong@oppenheimerfunds.com
dartemiev@oppenheimerfunds.com
dbrady@oppenheimerfunds.com
dbrown@oppenheimerfunds.com
dcampbell@oppenheimerfunds.com
dcarroll@oppenheimerfunds.com
dclements@oppenheimerfunds.com
dcoady@oppenheimerfunds.com
dcompert@oppenheimerfunds.com
ddonovan@oppenheimerfunds.com
dengstrom@oppenheimerfunds.com
dfalicia@oppenheimerfunds.com
dfoxhoven@oppenheimerfunds.com
dfreud@oppenheimerfunds.com
dgagliardo@oppenheimerfunds.com
dgulko@oppenheimerfunds.com
dkelley@oppenheimerfunds.com
dlewis@oppenheimerfunds.com
dloughran@oppenheimerfunds.com
dmagnuson@oppenheimerfunds.com
dmccomb@oppenheimerfunds.com
dmoore@oppenheimerfunds.com
dmorgan@oppenheimerfunds.com
dnegry@oppenheimerfunds.com
doronweber@oppenheimerfunds.com
drubens@oppenheimerfunds.com
dzejda@oppenheimerfunds.com
ebaggett@oppenheimerfunds.com
echa@oppenheimerfunds.com
eciulla@oppenheimerfunds.com
eclemens@oppenheimerfunds.com
eeverett@oppenheimerfunds.com
eferreira@oppenheimerfunds.com
ekim@oppenheimerfunds.com
elorber@oppenheimerfunds.com
elovett@oppenheimerfunds.com

| | | |
|---|---|---|
| elupo@oppenheimerfunds.com | kspencer@oppenheimerfunds.com | rdishmon@oppenheimerfunds.com |
| erichter@oppenheimerfunds.com | kstokes@oppenheimerfunds.com | rdolan@oppenheimerfunds.com |
| ezeff@oppenheimerfunds.com | kwedding@oppenheimerfunds.com | rdunphy@oppenheimerfunds.com |
| fbowerman@oppenheimerfunds.com | kwinston@oppenheimerfunds.com | rentwistle@oppenheimerfunds.com |
| fjennings@oppenheimerfunds.com | kwolfgruber@oppenheimerfunds.com | rfielding@oppenheimerfunds.com |
| gcaan@oppenheimerfunds.com | lantonelli@oppenheimerfunds.com | rkanovich@oppenheimerfunds.com |
| gevans@oppenheimerfunds.com | lborsack@oppenheimerfunds.com | rlbaker@oppenheimerfunds.com |
| gjacobe@oppenheimerfunds.com | ldarling@oppenheimerfunds.com | rleveque@oppenheimerfunds.com |
| gli@oppenheimerfunds.com | lepolito@oppenheimerfunds.com | rlin@oppenheimerfunds.com |
| globalteam@oppenheimerfunds.com | lkamman@oppenheimerfunds.com | rmatthews@oppenheimerfunds.com |
| gpilc@oppenheimerfunds.com | lkohn@oppenheimerfunds.com | rmisko@oppenheimerfunds.com |
| gsharma@oppenheimerfunds.com | lvenezia@oppenheimerfunds.com | roseanngomez@oppenheimerfunds.com |
| hacavedo@oppenheimerfunds.com | lwalsh@oppenheimerfunds.com | rprevitali@oppenheimerfunds.com |
| hheikenfeld@oppenheimerfunds.com | mbaylin@oppenheimerfunds.com | rrobis@oppenheimerfunds.com |
| jackbrown@oppenheimerfunds.com | mberumen@oppenheimerfunds.com | rroyce@oppenheimerfunds.com |
| jbonnell@oppenheimerfunds.com | mbinning@oppenheimerfunds.com | rsah@oppenheimerfunds.com |
| jboydell@oppenheimerfunds.com | mborre@oppenheimerfunds.com | rsanni-thomas@oppenheimerfunds.com |
| jbunyak@oppenheimerfunds.com | mburns@oppenheimerfunds.com | rschadt@oppenheimerfunds.com |
| jburke@oppenheimerfunds.com | mcamarella@oppenheimerfunds.com | rstein@oppenheimerfunds.com |
| jcardillo@oppenheimerfunds.com | mcarbuto@oppenheimerfunds.com | ruthannewilliams@oppenheimerfunds.com |
| jchon@oppenheimerfunds.com | mdugan@oppenheimerfunds.com | rvarela@oppenheimerfunds.com |
| jdamian@oppenheimerfunds.com | mfranz@oppenheimerfunds.com | rzibelli@oppenheimerfunds.com |
| jdelano@oppenheimerfunds.com | mgoldverg@oppenheimerfunds.com | s_williams@oppenheimerfunds.com |
| jdjones@oppenheimerfunds.com | mhora@oppenheimerfunds.com | sbarot@oppenheimerfunds.com |
| jdoney@oppenheimerfunds.com | mhui@oppenheimerfunds.com | scaccese@oppenheimerfunds.com |
| jerven@oppenheimerfunds.com | mjones@oppenheimerfunds.com | scaton@oppenheimerfunds.com |
| jharris@oppenheimerfunds.com | mkotlarz@oppenheimerfunds.com | scebeci@oppenheimerfunds.com |
| jharubin@oppenheimerfunds.com | mlevine@oppenheimerfunds.com | scottier@oppenheimerfunds.com |
| jimmyk@oppenheimerfunds.com | mlozovik@oppenheimerfunds.com | secval@oppenheimerfunds.com |
| jjones@oppenheimerfunds.com | mmadden@oppenheimerfunds.com | sevans@oppenheimerfunds.com |
| jlatino@oppenheimerfunds.com | mpaisner@oppenheimerfunds.com | sflorentin@oppenheimerfunds.com |
| jleverenz@oppenheimerfunds.com | mpleet@oppenheimerfunds.com | sframe@oppenheimerfunds.com |
| jlivengood@oppenheimerfunds.com | mquinn@oppenheimerfunds.com | sgupta@oppenheimerfunds.com |
| jmandzij@oppenheimerfunds.com | mreinganum@oppenheimerfunds.com | sli@oppenheimerfunds.com |
| jmccullough@oppenheimerfunds.com | mrosen@oppenheimerfunds.com | slopata@oppenheimerfunds.com |
| jmcdonnell@oppenheimerfunds.com | mskatrud@oppenheimerfunds.com | slucaccini@oppenheimerfunds.com |
| jmcgovern@oppenheimerfunds.com | mspinar@oppenheimerfunds.com | spaul@oppenheimerfunds.com |
| jmendez@oppenheimerfunds.com | mtaylor@oppenheimerfunds.com | spolevikov@oppenheimerfunds.com |
| jokray@oppenheimerfunds.com | mwilliams@oppenheimerfunds.com | spolyak@oppenheimerfunds.com |
| jputnam@oppenheimerfunds.com | mzavanelli@oppenheimerfunds.com | srenhowe@oppenheimerfunds.com |
| jreiter@oppenheimerfunds.com | nbrown@oppenheimerfunds.com | sscharer@oppenheimerfunds.com |
| jrowlett@oppenheimerfunds.com | ndownes@oppenheimerfunds.com | ssmith@oppenheimerfunds.com |
| jsadeghi@oppenheimerfunds.com | nmonoyios@oppenheimerfunds.com | sspelts@oppenheimerfunds.com |
| jselman@oppenheimerfunds.com | nrhodes@oppenheimerfunds.com | swalker@oppenheimerfunds.com |
| jshields@oppenheimerfunds.com | nsharma@oppenheimerfunds.com | szervos@oppenheimerfunds.com |
| jsmith@oppenheimerfunds.com | obychuk@oppenheimerfunds.com | tbarbato@oppenheimerfunds.com |
| jsrosen@oppenheimerfunds.com | owolff@oppenheimerfunds.com | tkeffer@oppenheimerfunds.com |
| jthiron@oppenheimerfunds.com | padams@oppenheimerfunds.com | tmacrini@oppenheimerfunds.com |
| jvertz@oppenheimerfunds.com | paynsley@oppenheimerfunds.com | tryan@oppenheimerfunds.com |
| jwelsh@oppenheimerfunds.com | pchen@oppenheimerfunds.com | tswaney@oppenheimerfunds.com |
| jwu@oppenheimerfunds.com | pcocuzza@oppenheimerfunds.com | twillis@oppenheimerfunds.com |
| jzorgdrager@oppenheimerfunds.com | pfitzsimmons@oppenheimerfunds.com | uzak@oppenheimerfunds.com |
| kbaum@oppenheimerfunds.com | pgbrown@oppenheimerfunds.com | vbopp@oppenheimerfunds.com |
| kbryan@oppenheimerfunds.com | pheeb@oppenheimerfunds.com | veleswarapu@oppenheimerfunds.com |
| kchoy@oppenheimerfunds.com | pnaik@oppenheimerfunds.com | wchen@oppenheimerfunds.com |
| kfeinberg@oppenheimerfunds.com | pschu@oppenheimerfunds.com | wgolie@oppenheimerfunds.com |
| kherold@oppenheimerfunds.com | pshomig@oppenheimerfunds.com | wlu@oppenheimerfunds.com |
| kkunam@oppenheimerfunds.com | pstrzalkowski@oppenheimerfunds.com | wmazzafro@oppenheimerfunds.com |
| knadler@oppenheimerfunds.com | rbhaman@oppenheimerfunds.com | wmcnamara@oppenheimerfunds.com |
| kpfleeger@oppenheimerfunds.com | rboespflug@oppenheimerfunds.com | wshepard@oppenheimerfunds.com |

wstrauss@oppenheimerfunds.com
alex.decarniere@oppenheimprumerica.lu
andreas.marnett@oppenheimprumerica.de
mamato@oppnheimerfunds.com
andrea.vathje@opppenheim.de
dvmastrigt@optimix.nl
hauptmann@optimix.nl
imoen@optimix.nl
jdboer@optimix.nl
pkitzen@optimix.nl
westerling@optimix.nl
christopherlee@optiver.com
edwinvanderkruk@optiver.com
hpieterse@optiver.com
jj@optiver.com
nicholasstepanek@optiver.com
rmeijer@optiver.com
sebastiaankoeling@optiver.com
stuartbridge@optiver.com
tadhgoshea@optiver.com
billamon@optonline.net
clapton1@optonline.net
cwsmith1@optonline.net
rel626ad@optonline.net
waynelyski@optonline.net
adwyer@opusinvestment.com
ajoachim@opusinvestment.com
amoylan@opusinvestment.com
atripp@opusinvestment.com
cbrannon@opusinvestment.com
dhamburger@opusinvestment.com
etrigilio@opusinvestment.com
lconner@opusinvestment.com
llibbey@opusinvestment.com
mirose@opusinvestment.com
mlannigan@opusinvestment.com
nchamberlain@opusinvestment.com
pdolan@opusinvestment.com
rfernandez@opusinvestment.com
rlabonte@opusinvestment.com
shoconnell@opusinvestment.com
shyney@opusinvestment.com
slaryea@opusinvestment.com
wpiel@opusinvestment.com
anne.domagala@oracle.com
bruce.cochran@oracle.com
darrell.leong@oracle.com
gwestpha@us.oracle.com
janet.campbell@oracle.com
leslie.roulias@oracle.com
mrmohler@us.oracle.com
ryan.seghesio@oracle.com
bob@oraclepartners.com
walter.vejdovsky@orange-ft.com
jeanmichel.serre@orange-ftgroup.com
matthieu.coisne@orange-ftgroup.com
ramiz.hasan@orbitex.co.uk
ssiva@ords.com.au
jthompson@orecm.com
aa.os@organon.oss.akzonobel.nl

robbert.vanheekeren@organon.com
sgruber@orgrealproperty.com
jrodriguez@orientalfg.com
vineet@origincm.com
akira_mochiduki@orix.co.jp
bboland@orix.com
biegel.macaraeg@orix.com
bnguyen@orix.com
brandon.davis@orix.com
bstevenson@orix.com
bwillson@orix.com
cgaines@orix.com
chubach@orix.com
clucas@orix.com
cweiner@orix.com
david.fletcher@orix.com
jarred.mayrosh@orix.com
jkahn@orix.com
jun_shimamoto@orix.co.jp
kandice.stephens@orix.com
kazuya_katayama@orix.co.jp
kiyoshi_habiro@orix.co.jp
makoto_inoue@orix.co.jp
mitch.wasterlain@orix.com
miyauchi@orix.com
phorng@orix.com
roudabush@orix.com
ryuhei_sakamoto@orix.co.jp
stephanie.tan@orix.com
takeshi_sato@orix.co.jp
yayoi_ichigi@orix.co.jp
yoshiki_ueno@orix.co.jp
yousuf.abbasi@orix.com
bbailey@orixcm.com
blashley@orixcm.com
csmith@orixcm.com
dturner@orixcm.com
esullivan@orixcm.com
jmeyers@orixcm.com
kbetz@orixcm.com
mcannon@orixcm.com
mdoran@orixcm.com
pzetlmaier@orixcm.com
rcook@orixcm.com
rkirk@orixcm.com
rparks@orixcm.com
sbassett@orixcm.com
ssheng@orixcm.com
vgu@orixcm.com
jan.klype@orkfin.no
alexander.dal@orkla.no
erik.thuestad@orkla.no
ola.uhre@orkla.no
ottar.haugerud@orkla.no
stein.egil.valderhaug@orkla.no
tone.varmann@orkla.no
yosir@orl.co.il
cjohnson@orleanscapital.com
ebecker@orleanscapital.com
fcrane@orleanscapital.com

jcasper@orleanscapital.com
pkyle@orleanscapital.com
rabele@orleanscapital.com
morong@orncapital.com
rrussell@orrstown.com
mturner@osbornpartners.com
agoosby@osc.state.ny.us
bballe@osc.state.ny.us
bsiary@osc.state.ny.us
dbenson@osc.state.ny.us
dloglisci@osc.state.ny.us
jcelestine@osc.state.ny.us
jhull@osc.state.ny.us
rarnold@osc.state.ny.ue
rarnold@osc.state.ny.us
retienne@osc.state.ny.us
rlimage@osc.state.ny.us
sdaniels@osc.state.ny.us
ssebastian@osc.state.ny.us
sstamps@osc.state.ny.us
tmiller@osc.state.ny.us
chris@osmiumcapital.com
maria.park@ospraie.com
richard.puma@ospraie.com
steve.lafontaine@ospraie.com
michael.viteri@ost.state.or.us
tom.lofton@ost.state.or.us
david.shaw@ostc-uk.com
carlk@osterweis.com
chris.lilienthal@osterweis.com
cian.sanchez@osterweis.com
gary.cooper@osterweis.com
gina.castro@osterweis.com
greg.hermanski@osterweis.com
jennifer.turner@osterweis.com
joe.freihammer@osterweis.com
john.osterweis@osterweis.com
karen.cooper@osterweis.com
lillian.teran@osterweis.com
lucy.hardy@osterweis.com
matt.berler@osterweis.com
mike.hugh@osterweis.com
mike.hughes@osterweis.com
nick.graves@osterweis.com
peter.frommer@osterweis.com
sasha.kovriga@osterweis.com
shengsheng@osterweis.com
simon.lee@osterweis.com
steve.monosson@osterweis.com
steve.moore@osterweis.com
tom.davidson@osterweis.com
jean-yves.de-longevialle@ota.fr.socgen.com
deberson@otfs.state.ga.us
lbuik@otfs.state.ga.us
mmatike@otfs.state.ga.us
mwjones@otfs.state.ga.us
steve_caffarelli@otfs.state.ga.us
tcampbel@otfs.state.ga.us
barabasgy@otp.hu
koevesb@otpalap.hu

| | | |
|---|---|---|
| banfiz@otpbank.hu | mbesh@pacificincome.com | michael.lonia@pacificlife.com |
| bencsicslg@otpbank.hu | mharkness@pacificincome.com | michael.marzouk@pacificlife.com |
| ederl@otpbank.hu | mharper@pacificincome.com | mike.jurgensen@pacificlife.com |
| gaspara@otpbank.hu | myean@pacificincome.com | mley@pacificlife.com |
| kamarasit@otpbank.hu | rhargaden@pacificincome.com | peter.fiek@pacificlife.com |
| kerekesm@otpbank.hu | ryakubik@pacificincome.com | ray.lee@pacificlife.com |
| kerekgyartoi@otpbank.hu | thallen@pacificincome.com | rex.olson@pacificlife.com |
| kopanyisz@otpbank.hu | vriego@pacificincome.com | rgarton@pacificlife.com |
| lazurl@otpbank.hu | adrianne.medeiros@pacificlife.com | richard.banno@pacificlife.com |
| losteinerd@otpbank.hu | alap.shah@pacificlife.com | richard.taube@pacificlife.com |
| martona@otpbank.hu | alec.chen@pacificlife.com | ronald.canent@pacificlife.com |
| molnarl@otpbank.hu | annabel.varda@pacificlife.com | ronn.cornelius@pacificlife.com |
| paalex@otpbank.hu | barney.dougherty@pacificlife.com | sarah.belitz@pacificlife.com |
| polanyig@otpbank.hu | bdelacruz@pacificlife.com | scott.marshall@pacificlife.com |
| szutsb@otpbank.hu | brendan.collins@pacificlife.com | sec.derivativesconfirms@pacificlife.com |
| turkovitsa@otpbank.hu | brian.robertson@pacificlife.com | simon.lee@pacificlife.com |
| ong.ker.ying@oub.com.sg | carolyn.mcmillin@pacificlife.com | thuy.cellini@pacificlife.com |
| mark.chengcs@oubgroup.com | cathy.schwartz@pacificlife.com | tod.nasser@pacificlife.com |
| lehman@outgun.com | celia.chan@pacificlife.com | tom.billiard@pacificlife.com |
| johanna.gustafsson@outokumpu.com | cheri.law@pacificlife.com | tpremer@pacificlife.com |
| juha.hakala@outokumpu.com | christina.he@pacificlife.com | victoria.bloom@pacificlife.com |
| progbank@ovis.net | colleen.lally@pacificlife.com | violet.osterberg@pacificlife.com |
| philipp.sierstorpff@ovt.de | dale.patrick@pacificlife.com | shelby.bell@pacificorp.com |
| chris_stavros@oxy.com | dana.dee@pacificlife.com | abonne@pacifictrust.net |
| david_powell@oxy.com | darcy.lewis@pacificlife.com | kgrabmore@pacifictrust.net |
| jim_siccardi@oxy.com | darcy.woodruff@pacificlife.com | mlech@pacifictrust.net |
| bkesler@oyakbank.com.tr | david.chang@pacificlife.com | sjorgen@pacifictrust.net |
| ctulumen@oyakbank.com.tr | david.smith@pacificlife.com | egravina@painewebber.com |
| huzun@oyakbank.com.tr | david.weismiller@pacificlife.com | cmurray@pala.com |
| mkayahanli@oyakbank.com.tr | diane.dales@pacificlife.com | adunn@paladininvestments.com |
| ozozden@oyakbank.com.tr | donna.bebb@pacificlife.com | jmalet@paladininvestments.com |
| shamam@oyakbank.com.tr | edwin.ferrell@pacificlife.com | lhill@paladininvestments.com |
| canan.uras@oyakmenkul.com.tr | elaine.havens@pacificlife.com | mmccall@paladininvestments.com |
| tankut.celik@oyakportfoy.com.tr | eric.gritzmacher@pacificlife.com | psommers@paladininvestments.com |
| h.kempen@oyens.nl | florenzio.vargas@pacificlife.com | tkadlec@paladininvestments.com |
| gaudio@pacbell.net | frank.mccreary@pacificlife.com | m.michel@palatine.fr |
| pmt@pacbell.net | gordon.delianedis@pacificlife.com | p.duval@palatine.fr |
| rdesroch@pacbell.net | hanh.luu@pacificlife.com | s.poirelle@palatine.fr |
| emmanuel.mapaye@paccar.com | hany.gobreial@pacificlife.com | eo@pallmallpartners.com |
| ron.ranheim@paccar.com | james.leasure@pacificlife.com | hp@pallmallpartners.com |
| sarah.bradford@paccar.com | jane.grulke@pacificlife.com | jg@pallmallpartners.com |
| csherman@pacent.com | jane.hsu@pacificlife.com | jl@pallmallpartners.com |
| cteng@pacent.com | jessica.fu@pacificlife.com | mj@pallmallpartners.com |
| darriola@pacent.com | joe.celentalo@pacificlife.com | oc@pallmallpartners.com |
| asammarco@pacholder.com | john.milberg@pacificlife.com | sw@pallmallpartners.com |
| dgroshoff@pacholder.com | johnathan.tang@pacificlife.com | adrian.cravchinsky@pamglobalfunds.com |
| jcornwell@pacholder.com | karen.carnemolla@pacificlife.com | peter.west@pamglobalfunds.com |
| jshanahan@pacholder.com | karen.wright@pacificlife.com | aborthwick@panagora.com |
| mmyers@pacholder.com | kashif.malik@pacificlife.com | ajayaraman@panagora.com |
| rboden@pacholder.com | kevin.collins@pacificlife.com | akraus@panagora.com |
| jeff@pacificassets.com | kevin.liang@pacificlife.com | alester@panagora.com |
| dwilkins@pacific-crest.com | larry.card@pacificlife.com | atroilo@panagora.com |
| bennett@pacificincome.com | lori.johnstone@pacificlife.com | bbelton@panagora.com |
| bluke@pacificincome.com | lynn.wang@pacificlife.com | c.merrian@panagora.com |
| bpashamova@pacificincome.com | madeline.vargas@pacificlife.com | csengil@panagora.com |
| dmeyer@pacificincome.com | mark.holmlund@pacificlife.com | dding@panagora.com |
| ekaragiannis@pacificincome.com | marla.lincolnfelter@pacificlife.com | dkantsyrev@panagora.com |
| jdorosk@pacificincome.com | martin.fleischman@pacificlife.com | dliddell@panagora.com |
| jmcadams@pacificincome.com | matthew.levene@pacificlife.com | dmckenna@panagora.com |
| lmcadams@pacificincome.com | michael.long@pacificlife.com | dnolan@panagora.com |

epeters@panagora.com
esorensen@panagora.com
gmussalli@panagora.com
hhuang@panagora.com
jfeinberg@panagora.com
jgriffin@panagora.com
jlooney@panagora.com
jzhao@panagora.com
kmasse@panagora.com
kyang@panagora.com
liglesias@panagora.com
lma@panagora.com
mbatstone@panagora.com
mclark@panagora.com
mwang@panagora.com
npytlak@panagora.com
pbresnehan@panagora.com
pvieth@panagora.com
rhua@panagora.com
rkelly@panagora.com
rregan@panagora.com
rwhite@panagora.com
ryarlas@panagora.com
sbaum@panagora.com
scollins@panagora.com
slouis@panagora.com
snaik@panagora.com
tdoyle@panagora.com
tsmith@panagora.com
wzink@panagora.com
daniele.vecchi@panalpina.com
marcel.kellerhals@panalpina.com
brhodes@panamericanlife.com
lbaudot@panamericanlife.com
rrevuelta@panamericanlife.com
jose.rodrigo@panglobalfunds.com
steve.philebrown@panmure.com
steven.philebrown@panmure.com
airving@panynj.gov
amulligan@panynj.gov
jhogan@panynj.gov
jliso@panynj.gov
jtomasulo@panynj.gov
jrbigger@papl.com
chantal.rondeau@par.coflexip.fr
chritohe.bourgeonnier@par.coflexip.fr
nathalie.chalard@par.coflexip.fr
xavier.aublet@par.coflexip.fr
ejd@paradigmasset.com
jem@paradigmasset.com
tkp@paradigmasset.com
bdyer@paragonassociates.net
karen@paragonassociates.net
lisa.miller@paragonassociates.net
nolapel@paragonassociates.net
scott@paragonassociates.net
sheila@paragonassociates.net
anthony.neilson@paretopartners.com
carolyn.blight@paretopartners.com

daniel.smith@paretopartners.com
jakob.bak@paretopartners.com
janet.murphy@paretopartners.com
julia.woolf@paretopartners.com
michael.bennis@paretopartners.com
nancy.pellegrino@paretopartners.com
naveen.joshi@paretopartners.com
alvaro.camunas@paribas.com
dean.rock@paribas.com
eve_cohen@paribas.com
jean-maurice_ladure@paribas.co
jochen_meyers@paribas.com
marine.pinson@paribas.com
nathalie_dufour@paribas.com
rebecca_marlowe@paribas.com
sean_park@paribas.com
simon_parkins@paribas.com
walter.schabel@americas.paribas.com
snydern@parkerhunter.com
cdd@parknationalbank.com
dtrautman@parknationalbank.com
jkozak@parknationalbank.com
cgruner@parknatl.com
jbarlow@parknatl.com
jcampbell@parknatl.com
pierre.rivier@partnerre.com
michihiro.ashiya@partners.co.jp
noritomo.nomoto@partners.co.jp
seishiro.niwano@partners.co.jp
shoji.koyama@partners.co.jp
yasushi.inoue@partners.co.jp
lars.jaeger@partnersgroup.net
avilaythong@partnerstatestreet.com
jjalade@partnerstatestreet.com
pan67867@pas.mei.co.jp
asussland@pasche.ch
dperregaux@pasche.ch
jjustitz@pasche.ch
lemonet@pasche.ch
pjulita@pasche.ch
rallemann@pasche.ch
researchea@pasche.ch
rvoegeli@pasche.ch
securities@pasche.ch
swuthrich@pasche.ch
thomas.frey@pasche.ch
umberto.celentano@pasche.ch
enrico.tomaello@pasche.ch
manuel.pozzi@passbanca.it
marco.nicoletti@passbanca.it
massimo.verduci@passbanca.it
paolo.falaguerra@passbanca.it
rubens.riva@passbanca.it
jniblo@patmedia.net
be@patriotic.com
anders@patteninc.com
ashlee@patteninc.com
mark@patteninc.com
rryan@patteninc.com
jean.clark@pattersoncapital.com

tradingcolor@pattersoncapital.com
bruno@pauligroup.com
elena@pauligroup.com
kurt@pauligroup.com
pim@pauligroup.com
zak@pauligroup.com
steve@pauzeassetmanagement.com
quant@pavc.com
rmeyer@pax.ch
ureber@pax.ch
esterling@paychex.com
mchinelly@paychex.com
ofinnigan@paychex.com
sppalmer@paychex.com
tdarby@paychex.com
slliu@paydenpotomac.com
ahovsepian@payden-rygel.com
ahuang@payden-rygel.com
awong@payden-rygel.com
bala@payden-rygel.com
bberberian@payden-rygel.com
bboyd@payden-rygel.com
bkalra@payden-rygel.com
bmatthews@payden-rygel.com
cambrose@payden-rygel.com
carmbruster@payden-rygel.com
ccooper@payden-rygel.com
cjang@payden-rygel.com
corndorff@payden-rygel.com
cpanait@payden-rygel.com
czeppieri@payden-rygel.com
czhang@payden-rygel.com
dballantine@payden-rygel.com
dbelcore@payden-rygel.com
deastman@payden-rygel.com
dellyson@payden-rygel.com
dhilton@payden-rygel.com
dkelley@payden-rygel.com
dlipsey@payden-rygel.com
dmccrary@payden-rygel.com
dobrien@payden-rygel.com
dscott@payden-rygel.com
dwagner@payden-rygel.com
dwilliams@payden-rygel.com
dzee@payden-rygel.com
ehovey@payden-rygel.com
ekim@payden-rygel.com
eli@payden-rygel.com
flee@payden-rygel.com
fspindler@payden-rygel.com
garygreenberg@payden-rygel.com
ghall@payden-rygel.com
gmorrison@payden-rygel.com
gtornga@payden-rygel.com
jbulpitt@payden-rygel.com
jgibson@payden-rygel.com
jkiani@payden-rygel.com
jkolter@payden-rygel.com
jlam@payden-rygel.com
jlopez@payden-rygel.com

jmontemayor@payden-rygel.com
jschwartz@payden-rygel.com
jwong@payden-rygel.com
kdonia@payden-rygel.com
kklegseth@payden-rygel.com
kparker@payden-rygel.com
krote@payden-rygel.com
lmatthias@payden-rygel.com
mbeerens@payden-rygel.com
mhannallah@payden-rygel.com
mhuynh@payden-rygel.com
mkagawa@payden-rygel.com
msalvay@payden-rygel.com
msyal@payden-rygel.com
neisele@payden-rygel.com
nsagnanert@payden-rygel.com
nuc@payden-rygel.com
nwamai@payden-rygel.com
omelnikov@payden-rygel.com
pcramer@payden-rygel.com
pmoshabad@payden-rygel.com
psengelmann@payden-rygel.com
rbarbosa@payden-rygel.com
rpatel@payden-rygel.com
rrappaport@payden-rygel.com
rreichle@payden-rygel.com
ryu@payden-rygel.com
sblomberg@payden-rygel.com
sdobrenchuk@payden-rygel.com
smoini@payden-rygel.com
srefuge@payden-rygel.com
sweiner@payden-rygel.com
tchen@payden-rygel.com
telder@payden-rygel.com
thiggins@payden-rygel.com
trider@payden-rygel.com
vnguyen@payden-rygel.com
vtran@payden-rygel.com
whawley@payden-rygel.com
ysamarasinghe@payden-rygel.com
ljiangang@pbc.gov.cn
michaela.langerbein@pbi.lu
123@pbk.pl
pawel.golebiewski@pbk.pl
margaret.macomsen@pboc.com
pdolle@pb-santander.com
arussell@pbucc.org
baguas-estaris@pbucc.org
cwaterworth@pbucc.org
dkniffin@pbucc.org
gdoty@pbucc.org
gsimcik@pbucc.org
ntelesford-siriboe@pbucc.org
sdixon@pbucc.org
sham@pbucc.org
ssaleh@pbucc.org
rgreenjr@pclient.com
rportell@peabodyenergy.com
whawkins@peabodyenergy.com
kcorba-brown@peacapital.com

mark.afrisiabi@peacapital.com
luke.swanson@pearson.com
simon.mays-smith@pearson.com
florence_friedman@pechiney.com
frantoise_darras@pechiney.com
philippe_noury@pechiney.com
xavier_langlois_d'estaintot@pechiney.com
brunousai@pelaguscapital.com
dmcdiarmid@pembacreditadvisers.com
fdevenoges@pembacreditadvisers.com
mbeutler@pembacreditadvisers.com
mdjuric@pembacreditadvisers.com
morschulik@pembacreditadvisers.com
rcopinot@pembacreditadvisers.com
shuesler@pembacreditadvisers.com
tkytoenen@pembacreditadvisers.com
d.mace@pembrokecm.com
alazraki@dcf.pemex.com
avelarde@dcf.pemex.com
elevin@dcf.pemex.com
gaguirre@dcf.pemex.com
ginfante@dcf.pemex.com
gmanon@dcf.pemex.com
gmerino@dcf.pemex.com
jjsuarez@dcf.pemex.com
jrodrig@dcf.pemex.com
mnavarro@dcf.pemex.com
rrueda@dcf.pemex.com
sathie@dcf.pemex.com
aberenato@penncapital.com
charvey@penncapital.com
damble@penncapital.com
djackson@penncapital.com
egreen@penncapital.com
jdetzi@penncapital.com
jdickinson@penncapital.com
jklinger@penncapital.com
jlivewell@penncapital.com
jmaguire@penncapital.com
jnahas@penncapital.com
kroche@penncapital.com
ksharma@penncapital.com
mbergman@penncapital.com
mloo@penncapital.com
msmith@penncapital.com
nkurita@penncapital.com
pduffy@penncapital.com
pnolan@penncapital.com
psilva@penncapital.com
pwelch@penncapital.com
rhocker@penncapital.com
sschumacher@penncapital.com
trading@penncapital.com
jnagle@pennlibertybank.com
taicher@pennlibertybank.com
beaulieu.christopher@pennmutual.com
beckelman.david@pennmutual.com
borthwick.alan@pennmutual.com
broome.lisa@pennmutual.com
donaldson.john@pennmutual.com

gruber.mark@pennmutual.com
hu.david@pennmutual.com
meyers.bill@pennmutual.com
myers.joshua@pennmutual.com
ripper.jennifer@pennmutual.com
rosenblatt.jordan@pennmutual.com
sherman.peter@pennmutual.com
p.scanlon@pennsecurity.com
anderson@penntrust.com
berglund@penntrust.com
fredericks@penntrust.com
investmentgroup@penntrust.com
krb@penntrust.com
mcfarland@penntrust.com
merriman@penntrust.com
sheppard@penntrust.com
woolbert@penntrust.com
m.menko@pensioenfondsvervoer.nl
p.groenendijk@pensioenfondsvervoer.nl
f.mahieu@pensioenmail.nl
j.m.vanderheijden@pensioenstork.nl
j.vandectaats@pensioenstork.nl
y.w.bom@pensioenstork.nl
pagliarop@pensionboards-ucc.org
sharperl@pensionboards-ucc.org
bert.gallant@peoples.com
denise.lemay@peoples.com
djcolwe@peoples.com
george.deecken@peoples.com
john.dinoto@peoples.com
mjcibor@peoples.com
krosenzweig@peoplesbanknet.com
dbrown@peoplesbankpa.com
scott.patterson@peoplesbt.com
tjkamerich@pepco.com
fwreynolds@pera.state.nm.us
peter.edwall@percunia.nu
barbara.mcfadden@peregrinecapital.com
bill.giese@peregrinecapital.com
bill.grierson@peregrinecapital.com
candy.spielmann@peregrinecapital.com
colin.sharp@peregrinecapital.com
dan.hagen@peregrinecapital.com
dave.lunt@peregrinecapital.com
doug.pugh@peregrinecapital.com
gary.nussbaum@peregrinecapital.com
jason.ballsrud@peregrinecapital.com
jay.strohmaier@peregrinecapital.com
jeff.nordstrom@peregrinecapital.com
jim.ross@peregrinecapital.com
john.dale@peregrinecapital.com
paul.vonkuster@peregrinecapital.com
paul.wurm@peregrinecapital.com
robert.mersky@peregrinecapital.com
sam.smith@peregrinecapital.com
scott.engelmann@peregrinecapital.com
tasso.coin@peregrinecapital.com
valerie.feggestad@peregrinecapital.com
afamilianto@permatabank.co.id
lsundari@permatabank.co.id

asdelaitte@pernod-ricard.fr
denis.fievet@pernod-ricard.com
emmanuel.babeau@pernod-ricard.com
laurent.ramounet@pernod-ricard.com
nkrantz@pernod-ricard.fr
patrick.deborredon@pernod-ricard.com
pierre.pringuet@pernod-ricard.com
richard.burrows@pernod-ricard.com
ed_burke@perpetual.co.uk
richard_hopkins@perpetual.co.uk
stewart.mudd@perpetual.co.uk
stuart.parks@perpetual.co.uk
aarest@perrycap.com
aathanasiou@perrycap.com
achang@perrycap.com
acohan@perrycap.com
aercil@perrycap.com
aferrier@perrycap.com
afink@perrycap.com
agelband@perrycap.com
ahawk@perrycap.com
aisikoff@perrycap.com
ajuang@perrycap.com
akarol@perrycap.com
akatz@perrycap.com
akomery@perrycap.com
alee@perrycap.com
aluo@perrycap.com
ang@perrycap.com
art@perrycap.com
asabogal@perrycap.com
asistos@perrycap.com
azelig@perrycap.com
bbarna@perrycap.com
bcarroll@perrycap.com
bkaranjia@perrycap.com
blast.lkrempa@perrycap.com
bmarkowitz@perrycap.com
bshan@perrycap.com
bwhitfield@perrycap.com
bwong@perrycap.com
cchai@perrycap.com
cgulati@perrycap.com
ckapoor@perrycap.com
ckoranda@perrycap.com
cliu@perrycap.com
clui@perrycap.com
cnugent@perrycap.com
cp@perrycap.com
cwilliams@perrycap.com
dadan@perrycap.com
dalgarin@perrycap.com
dameris@perrycap.com
dchow@perrycap.com
dfraser@perrycap.com
dgunderson@perrycap.com
dkyle@perrycap.com
dmak@perrycap.com
dnekava@perrycap.com
drentschler@perrycap.com

drussekoff@perrycap.com
dswindler@perrycap.com
dthomas@perrycap.com
dwalch@perrycap.com
dweiss@perrycap.com
eeynon@perrycap.com
ehennings@perrycap.com
ejager@perrycap.com
ekinariwala@perrycap.com
eliu@perrycap.com
fcua@perrycap.com
gbrokaw@perrycap.com
gchetan@perrycap.com
ggrinstead@perrycap.com
hgulati@perrycap.com
htomita@perrycap.com
hyu@perrycap.com
jbaraona@perrycap.com
jcheng@perrycap.com
jcoleman@perrycap.com
jconte@perrycap.com
jeisenstodt@perrycap.com
jfreeman@perrycap.com
jhirt@perrycap.com
jhorowitz@perrycap.com
jklaperman@perrycap.com
jlee@perrycap.com
jmckenna@perrycap.com
jogrdon@perrycap.com
jor@perrycap.com
jparrot@perrycap.com
jsiew@perrycap.com
jsorrentino@perrycap.com
jvulliez@perrycap.com
jwang@perrycap.com
jweisstub@perrycap.com
jyang@perrycap.com
kcushman@perrycap.com
ksosnick@perrycap.com
lcai@perrycap.com
ljefferson@perrycap.com
lkravitz@perrycap.com
lmorales@perrycap.com
lrosen@perrycap.com
lsilverman@perrycap.com
lzhang@perrycap.com
mbrooks@perrycap.com
mchambers@perrycap.com
mchung@perrycap.com
mdriscoll@perrycap.com
metheridge@perrycap.com
mhui@perrycap.com
mlele@perrycap.com
mlindenberger@perrycap.com
mmacdonald@perrycap.com
mneus@perrycap.com
mrajan@perrycap.com
mrochelli@perrycap.com
msong@perrycap.com
nmarchetta@perrycap.com

nxu@perrycap.com
pcastaneda@perrycap.com
peze@perrycap.com
pfinops@perrycap.com
pkanna@perrycap.com
pleff@perrycap.com
pquinn@perrycap.com
psellers@perrycap.com
pshih@perrycap.com
rborkenstein@perrycap.com
rcrosby@perrycap.com
rflax@perrycap.com
rgusick@perrycap.com
rkalaau@perrycap.com
rpaige@perrycap.com
rperry@perrycap.com
rpleasant@perrycap.com
rpripstein@perrycap.com
rstern@perrycap.com
sbasham@perrycap.com
scates@perrycap.com
schi@perrycap.com
sfederico@perrycap.com
sgeskos@perrycap.com
shalberstam@perrycap.com
sliu@perrycap.com
smasin@perrycap.com
spatel@perrycap.com
ssafdieh@perrycap.com
sstoffel@perrycap.com
svanhouten@perrycap.com
tfarouki@perrycap.com
tfitzgerald@perrycap.com
tkaneko@perrycap.com
tlightcap@perrycap.com
tlitt@perrycap.com
tloh@perrycap.com
tmartin@perrycap.com
tolivierre@perrycap.com
tpeart@perrycap.com
twesthus@perrycap.com
vjacobson@perrycap.com
wsample@perrycap.com
xchen@perrycap.com
ygoldman@perrycap.com
yleung@perrycap.com
ytakezaki@perrycap.com
ztananbaum@perrycap.com
jkapsar@perrycounty.com
pczim@perrycounty.com
bbrennan@pershing.com
bdenigris@pershing.com
charles.vandermerwe@pershing.co.uk
cklotz@pershing.com
cmessinger@pershing.com
dcannon@pershing.com
dpenn@pershing.com
ggregoire@pershing.com
kleahy@pershing.com
kresch@pershing.com

mshort@pershing.com
poellers@pershing.com
rcastaldo@pershing.com
rfiske@pershing.com
sandyhertzfeld@pershing.com
tbragg@pershing.com
tgurr@pershing.com
thowanger@pershing.com
tviola@pershing.com
bmaynard@persi.state.id.us
rsugiyama@persi.state.id.us
adg@petercam.be
avs@petercam.be
bernard.laliere@petercam.be
bge@petercam.be
bve@petercam.be
bvo@petercam.be
caroline.piers@petercam.be
cco@petercam.be
cmo@petercam.be
csw@petercam.be
dma@petercam.be
dvv@petercam.be
esi@petercam.be
fbu@petercam.be
fve@petercam.be
gda@petercam.lu
gino.delaere@petercam.be
gle@petercam.be
gno@petercam.be
hce@petercam.be
hmo@petercam.be
jbo@petercam.be
jdb@petercam.be
jdr@petercam.be
jle@petercam.be
jlu@petercam.be
johnny.debuysscher@petercam.be
jvb@petercam.be
jvg@petercam.be
kdb@petercam.be
ldo@petercam.be
ldt@petercam.be
mbr@petercam.be
monique.delhaye@petercam.be
nds@petercam.be
nicolas.coffe@petercam.be
ohe@petercam.be
ped@petercam.be
philip.bille@petercam.be
pmb@petercam.be
pse@petercam.be
steven.decoster@petercam.be
svi@petercam.be
svo@petercam.be
xvc@petercam.be
sullivan@peteres.com
dallan@petro-canada.ca
gritchie@petro-canada.ca
jdmiller@petro-canada.ca

khall@petro-canada.ca
lmcmahon@petro-canada.ca
marogers@petro-canada.ca
peter.kallos@petro-canada.ca
aidam@petronas.com.my
falina@petronas.com.my
hisham_arahim@petronas.com.my
ismadi@petronas.com.my
jamzidi@petronas.com.my
nureilen_poulina@petronas.com.my
rabijar@petronas.com.my
graham.barnett@pfam.com
chadwick@pfdincome.com
common@pfdincome.com
ettinger@pfdincome.com
higgins@pfdincome.com
seto@pfdincome.com
stone@pfdincome.com
suri@pfdincome.com
tucci@pfdincome.com
jelles.vanas@pfhoogovens.nl
aengus.quinn@pfizer.com
anne.mcevoy@pfizer.com
brian.farrelly@pfizer.com
brian.g.byala@pfizer.com
brian.mcmahon@pfizer.com
camilla.uden@pfizer.com
colum.lane@pfizer.com
fiona.o'leary@pfizer.com
gavin.o'donahue@pfizer.com
mairead.hall@pfizer.com
mark.dodds@pfizer.com
sandeep.a.saggar@pfizer.com
sharon.farrel@pfizer.com
susan.webb@pfizer.com
cheddarr@pfm.com
creasonj@pfm.com
dayk@pfm.com
noelp@pfm.com
obrienk@pfm.com
varanof@pfm.com
varanom@pfm.com
ciara.rochford@pfpc.com
derek.niddrie@pfpc.com
donna.r.williams@pfpc.com
frank.milligan@pfpc.com
k.king@pfpc.com
kevin.goode@pfpc.com
muhammad.khan@pfpc.com
nelson.march@pfpc.com
peilin.charrette@pfpc.com
richard.rose@pfpc.com
sean.kearney@pfpc.com
sebastien.deperez@pfpc.iet
steven.lupacchino@pfpc.com
arcuri.ja@pg.com
list.tl@pg.com
rech.m@pg.com
snellgrove.dk@pg.com
corinne.bizzoni@pgalternative.com

michele.befacchia@pgalternative.com
simona.dottavi@pgalternative.com
a0s7@pge.com
c1c4@pge.com
cjl0@pge.com
hjp5@pge.com
jrfc@pge.com
kxlj@pge.com
mgw3@pge.com
msk4@pge.com
nhl1@pge.com
pek1@pge.com
slva@pge.com
vxb6@pge.com
gabriel.togneri@pge-corp.com
julia.martin@pge-corp.com
kathleen.tappero@pge-corp.com
kenneth.lee@pge-corp.com
michael.donnelly@pge-corp.com
alex.veldenvander@pggm.nl
angelique.pieterse@pggm.nl
arjan.gort@pggm.nl
arno.jansen@pggm.nl
azgs@pggm.nl
barbara.van.weerden@pggm.nl
barry.vrijssen@pggm.nl
bart.saenen@pggm.nl
beleggingenbotreasury@pggm.nl
bob.debi-tewari@pggm.nl
boca@pggm.nl
bofixedincome@pggm.nl
bruno.de.haas@pggm.nl
cora.morren@pggm.nl
desiree.wareman@pggm.nl
edgar.taverne@pggm.nl
eveline.somers@pggm.nl
fookley.wong@pggm.nl
frank.v.d.kant@pggm.nl
frans.de.wit@pggm.nl
gerrit.fokke@pggm.nl
gerwin.holland@pggm.nl
han.van.manen@pggm.ml
han.van.manen@pggm.nl
hanneke.velthuis.oude@pggm.nl
hans.optveld@pggm.nl
hans.spikker@pggm.nl
hans.van.ee@pggm.nl
harrie.dielen@pggm.nl
hasd@pggm.nl
ido.degeus@pggm.nl
iwan.peters@pggm.nl
jaap.van.dam@pggm.nl
jac.kragt@pggm.nl
jacco.koopmans@pggm.nl
jacquelien.coes@pggm.nl
jage@pggm.nl
jan.theo.varkevisser@pggm.nl
jan.willem.van.oostveen@pggm.nl
jantheo.varkevisser@pggm.nl
jelle.beenen@pggm.nl

jeroen.rutte@pggm.nl
karel.noordzij@pggm.nl
kim.aupers@pggm.nl
kim.haasbroek@pggm.nl
kirna.smit@pggm.nl
leo.lueb@pggm.nl
marc.nuijten@pggm.nl
marjolein.sol@pggm.nl
mark.van.vliet@pggm.nl
martijn.verwoest@pggm.nl
mascha.canio@pggm.nl
michael.himmelbauer@pggm.nl
michel.koster@pggm.nl
niels.kortleve@pggm.nl
oost@pggm.nl
patricia.voets@pggm.nl
patrick.fleur@pggm.nl
patrick.schenkhuizen@pggm.nl
patrick.vijgeboom@pggm.nl
paul.schep@pggm.nl
peter.kraneveld@pggm.nl
piet.roelandt@pggm.nl
pod@pggm.nl
raymond.hendriks@pggm.nl
raymond.sars@pggm.nl
raymond.van.wersch@pggm.nl
roderick.mouthaan@pggm.nl
roelof.v.d.struik@pggm.nl
roland.verhoeven@pggm.nl
scew@pggm.nl
sevinc.acar@pggm.nl
simone.de.haas@pggm.nl
slaa@pggm.nl
suzan.peeters@pggm.nl
swro@pggm.nl
tinka.kleine@pggm.nl
tjerk.methorst@pggm.nl
vand@pggm.nl
vladimir.goloviznine@pggm.nl
wema@pggm.nl
werner.sohier@pggm.nl
william.amzand@pggm.nl
zwoa@pggm.nl
kristin.stathis@pgn.com
bhudson@phfa.org
philippe@philippemagistretti.com
alan.cathcart@philips.com
andreas.van.den.berg@philips.com
anthony.eltvedt@philips.com
anuska.gonzalvo@philips.com
bart.ras@philips.com
carlos.fernandez@philips.com
constantijn.sweep@philips.com
daniel.camejo@philips.com
dries.de.haan@philips.com
ed.siegel@philips.com
heinz.jeranko@philips.com
jaap.bastiaansen@philips.com
james.nolan@philips.com
jarvis.seaman@philips.com

jasper.kemme@philips.com
joe.mcgoldrick@philips.com
k.ganesh@philips.com
luc-winters@philips.com
marcel.onclin@philips.com
marcio.barbosa@philips.com
marjon.jansen@philips.com
mark.kirkland@philips.com
maura.spielmann@philips.com
michael.bh.yu@philips.com
onno.van.de.griend@philips.com
peter.tonetti@philips.com
peter.warmerdam@philips.com
piet.verheijen@philips.com
rob.schreur@philips.com
robert.strijbos@philips.com
simon.karregat@philips.com
tim.soetens@philips.com
tosca.lahpor@philips.com
treasury.middleoffice@philips.com
choonjin@phillip.com.sg
kevintaybl@phillip.com.sg
steventanel@phillip.com.sg
jbehrend@phillyinvest.com
mgrant@phineus.net
christopher_kelleher@phl.com
michael_dorsel@phl.com
michael_hugton@phl.com
nelson_correa@phl.com
phil_mcloughlin@phl.com
ddebusschere@phlyins.com
pking@phlyins.com
jon.super@phoenix.gov
ed.novak@phoenixwm.com
coy.baugh@phs.com
david.erickson@phs.com
gregory.scott@phs.com
joyce.zacks@phs.com
alexander.glover@phxinv.com
amy.keith@phxinv.com
andy.szabo@phxinv.com
benjamin.caron@phxinv.com
brian.lee@phxinv.com
chris.saner@phxinv.com
christine.davis@phxinv.com
cynthia.beaulieu@phxinv.com
daniel.moskey@phxinv.com
daniel.senecal@phxinv.com
dave.albrycht@phxinv.com
dave.byerly@phxinv.com
edward.burns@phxinv.com
erin.pulkkinen@phxinv.com
gulen.indomenico@phxinv.com
heather.dunham@phxinv.com
joe.guenther@phxinv.com
joe.kennedy@phxinv.com
jonathan.stanley@phxinv.com
kimberly.scott@phxinv.com
kyle.jennings@phxinv.com
lisa.leonard@phxinv.com

lorraine.votta@phxinv.com
lynn.ryan@phxinv.com
nick.rinaldi@phxinv.com
phyllis.devericks@phxinv.com
ruta.ziverte@phxinv.com
sharon.rothbaum@phxinv.com
steven.colton@phxinv.com
steven.gottesman@phxinv.com
ted.hines@phxinv.com
thomas.cloutier@phxinv.com
tim.heaney@phxinv.com
gilad-b@pia.co.il
jonatan-a@pia.co.il
robert_benthemdegrave@piadvisors.net
tom_angers@piadvisors.net
wei_huang@piadvisors.net
annapaola.zupo@piaggio.com
ines.degiorgio@piaggio.com
maurizio.ballati@piaggio.com
prignoli@piaggio.com
gcostantini@piaggioaero.it
abaskov@pictet.com
abisschop@pictet.com
adavoudi@pictet.com
adelamaze@pictet.com
ademichele@pictet.com
aengerer@pictet.com
afelix@pictet.com
afreddi@pictet.com
afriederich@pictet.com
ahickey@pictet.com
amanghi@pictet.com
amathier@pictet.com
amehta@pictet.com
antonio.perez@pictet.com
aoya@pictet.com
aralli@pictet.com
arivoire@pictet.com
aroelli@pictet.com
aschiffelholz@pictet.com
asoucas@pictet.com
asteele@pictet.com
asuntay@pictet.com
atavazzi@pictet.com
athiebaud@pictet.com
avasagiri@pictet.com
avernes@pictet.com
azitkute@pictet.com
bbarker@pictet.com
bdemole@pictet.com
beberle@pictet.com
blambert@pictet.com
bmueller@pictet.com
bourse-lux@pictet.com
bpaquay@pictet.com
calvarin@pictet.com
cdirac@pictet.com
cfluckiger@pictet.com
cford@pictet.com
cgreen@pictet.com

cgurz@pictet.com

cjenni@pictet.com

ckoos@pictet.com

clecamp@pictet.com

cleong@pictet.com

clocher@pictet.com

cmaillard@pictet.com

cmyburg@pictet.com

coffenhauser@pictet.com

cpatterson@pictet.com

creyl@pictet.com

cschweizer@pictet.com

cvandekerckhove@pictet.com

cvonturk@pictet.com

dbaumgartner@pictet.com

dbird@pictet.com

dchatterjee@pictet.com

ddawit@pictet.com

dfaes@pictet.com

dinfante@pictet.com

dleuba@pictet.com

dpeterson@pictet.com

drubin@pictet.com

dscilingo@pictet.com

dwydler@pictet.com

echiabudini@pictet.com

edepotter@pictet.com

egarnier@pictet.com

ehanouna@pictet.com

ehargreaves@pictet.com

emendez@pictet.com

emerging@pictet.com

eroyen@pictet.com

etarchini@pictet.com

evantuyll@pictet.com

fbigler@pictet.com

fborgnana@pictet.com

fbrunet@pictet.com

fcattaneo@pictet.com

fgirod@pictet.com

fpacicca@pictet.com

fpaolini@pictet.com

fsalina@pictet.com

fsawaf@pictet.com

fweber@pictet.com

gballocchi@pictet.com

gbucaille@pictet.com

gbumbra@pictet.com

gchamorro@pictet.com

gcracco@pictet.com

gdassier@pictet.com

ghuber@pictet.com

gkunz@pictet.com

gmicheli@pictet.com

gubaghs@pictet.com

haedo@pictet.com

hgaudart@pictet.com

hportner@pictet.com

hreenpaa@pictet.com

jacques.desaussure@pictet.com

jarguello@pictet.com

jashurst@pictet.com

jbarbe@pictet.com

jbeguelin@pictet.com

jbell@pictet.com

jbenetti@pictet.com

jbenhamida@pictet.com

jbloomfield@pictet.com

jbongard@pictet.com

jchristin@pictet.com

jclerc@pictet.com

jdurante@pictet.com

jjunge@pictet.com

jjvaucher@pictet.com

jlarsson@pictet.com

jlee@pictet.com

jmanry@pictet.com

jmondini@pictet.com

jpsmith@pictet.com

jruez@pictet.com

jruiz@pictet.com

jvogt@pictet.com

kachtar@pictet.com

kmoore@pictet.com

kparsipour@pictet.com

lbelloni@pictet.com

lbradbury@pictet.com

lcarpin@pictet.com

ldesbiens@pictet.com

lgodin@pictet.com

lperrin@pictet.com

lreinhard@pictet.com

lveilleux@pictet.com

m.boulton@pictet.com

mallemann@pictet.com

mapictet@pictet.com

mbartek@pictet.com

mbinggeli@pictet.com

mbooty@pictet.com

mbriol@pictet.com

mcretier@pictet.com

mgrupper@pictet.com

mjohnson@pictet.com

mkidane@pictet.com

mmclaughlin@pictet.com

mmorita@pictet.com

mporet@pictet.com

msetrouk@pictet.com

mtee@pictet.com

mzetchi@pictet.com

ncampiche@pictet.com

nfaure@pictet.com

nmahurkar@pictet.com

nmustoe@pictet.com

nsheera@pictet.com

nstanbridge@pictet.com

oginguene@pictet.com

ogros@pictet.com

oknobloch@pictet.com

p_lambert@pictet.com

pagarwal@pictet.com

pallenbach@pictet.com

pbacchetta@pictet.com

pbass@pictet.com

pdeweck@pictet.com

pfaivre@pictet.com

pfranc@pictet.com

pfroehlicher@pictet.com

phposta@pictet.com

pjarvis@pictet.com

pperret@pictet.com

ppol@pictet.com

prohner@pictet.com

psarreau@pictet.com

pserafini@pictet.com

pthullen@pictet.com

pwarga@pictet.com

pzweifel@pictet.com

rbanz@pictet.com

rborgeat@pictet.com

rbuehler@pictet.com

rchiabudini@pictet.com

rcudre@pictet.com

rgaensslen@pictet.com

rghrenassia@pictet.com

rhauser@pictet.com

rjames@pictet.com

rjoller@pictet.com

rormond@pictet.com

rscudre@pictet.com

rwilliamson@pictet.com

sburrows@pictet.com

schurch@pictet.com

scornet@pictet.com

seisenhut@pictet.com

seisinger@pictet.com

sfanchini@pictet.com

sfuhrer@pictet.com

sfukushima@pictet.com

sgonzalezgrigori@pictet.com

shavercroft@pictet.com

showald@pictet.com

sjacot@pictet.com

sjaun@pictet.com

skasaya@pictet.com

skelley@pictet.com

skhan@pictet.com

slautizar@pictet.com

slee@pictet.com

smaillard@pictet.com

smartel@pictet.com

spatel@pictet.com

sperry@pictet.com

spralong@pictet.com

ssejournet@pictet.com

sspiegelberg@pictet.com

stenjoukian@pictet.com

stockstrading@pictet.com

structured_products@pictet.com

styrrell@pictet.com

| | | |
|---|---|---|
| szancanella@pictet.com | amber.schulten@pimco.com | bransby.whitton@pimco.com |
| szanzi@pictet.com | amin.molavi@pimco.com | brett.lyons@pimco.com |
| tcentofanti@pictet.com | aminul.haque@pimco.com | brett.weichbrod@pimco.com |
| tday@pictet.com | amit.chopra@pimco.com | brian.jacobs@pimco.com |
| tgujer@pictet.com | amit.thanki@pimco.com | brian.tomlinson@pimco.com |
| thagino@pictet.com | amy.hsiang@pimco.com | brick@pimco.com |
| tlacraz@pictet.com | amy.hsu@pimco.com | bridget.inglis@pimco.com |
| tlam@pictet.com | analytics@pimco.com | brogers@pimco.com |
| tpaccot@pictet.com | anctil@pimco.com | bruce.brittain@pimco.com |
| trading@pictet.com | andreas.berndt@pimco.com | bryan.filkey@pimco.com |
| trodwell@pictet.com | andrew.balls@pimco.com | bryan.poulsen@pimco.com |
| vcara@pictet.com | andrew.robertson@pimco.com | bryan.poulson@pimco.com |
| vfuentes@pictet.com | anika.gielow@de.pimco.com | bryan.tsu@pimco.com |
| vgrimaldi@pictet.com | anindita.sharma@sg.pimco.com | burcin.dilek@de.pimco.com |
| vrossier@pictet.com | aniruddha.das@pimco.com | calvin.liew@pimco.com |
| wegli@pictet.com | ann.pham@pimco.com | candice.stack@pimco.com |
| wmaenner@pictet.com | anna.pryde@pimco.com | carboni@pimco.com |
| wtan@pictet.com | annie.mirzaians@pimco.com | carlo.micali@pimco.com |
| wting@pictet.com | anthony.nguyen@pimco.com | carlos.agredano@pimco.com |
| xchollet@pictet.com | antoinette.eltz@pimco.com | carpente@pimco.com |
| ybigeard@pictet.com | anton.dombrovsky@de.pimco.com | carrie.peterson@pimco.com |
| ybonzon@pictet.com | antony.voznesensky@pimco.com | cdawson@pimco.com |
| ybruggisser@pictet.com | aportill@pimco.com | chad.plotke@pimco.com |
| ygoffinet@pictet.com | arjun.madan@pimco.com | chang@pimco.com |
| ygottmeier@pictet.com | arshavir.grigoryan@pimco.com | changhong.zhu@pimco.com |
| ykramer@pictet.com | art.hastings@pimco.com | chanie.raykoff@pimco.com |
| ymauron@pictet.com | asay@pimco.com | chantal.manseau@pimco.com |
| ypoulou@pictet.com | ashley.vitar@pimco.com | charles.gaffney@pimco.com |
| ysuzuki@pictet.com | astrid.linder@de.pimco.com | charles.wyman@pimco.com |
| alex.yakirevich@piercap.com | atousa.sarcon@pimco.com | chen.xu@pimco.com |
| andrew.hokenson@piercap.com | aurore.leclercq@pimco.com | chen@pimco.com |
| anne.hua@piercap.com | awittkop@pimco.com | cheryl.juarez@pimco.com |
| clem.garcia@piercap.com | aylin.somersan@pimco.com | chipp@pimco.com |
| eric.ardito@piercap.com | ayu@pimco.com | chisato.kohari@pimco.com |
| natalie.wright@piercap.com | baker@pimco.com | chnguyen@pimco.com |
| pier.assistant@piercap.com | bansal@pimco.com | chris.balster@pimco.com |
| vinay.ved2@piercap.com | barry.ross@au.pimco.com | chris.caltagirone@pimco.com |
| cshea@pilgrimfunds.com | bdaniels@pimco.com | chris.clonce@pimco.com |
| jferro@pilgrimfunds.com | bdeleon@pimco.com | chris.dialynas@pimco.com |
| rstiver@pilgrimfunds.com | beaumont@pimco.com | chris.franta@pimco.com |
| thaag@pilgrimfunds.com | ben.dadbin@pimco.com | chris.kemp@pimco.com |
| jeff.mcmahonj@pilkington.com | ben.edwards@pimco.com | chris.lofdahl@pimco.com |
| keith.stafford@pilkington.com | ben.ehlert@pimco.com | chris.tarui@pimco.com |
| wendy.rodriguez@pilkington.com | ben.mcgloin@pimco.com | chrissy.austin@pimco.com |
| peter.blosch@pim.com | benjamin.chan@pimco.com | christian.schuetz@de.pimco.com |
| aaron.bryson@pimco.com | betsy.lind@pimco.com | christian.staub@pimco.com |
| abby.john@pimco.com | bewernitz@pimco.com | christian.stracke@pimco.com |
| abby.simon@pimco.com | bhansali@pimco.com | christian.wild@pimco.com |
| aditya.damani@pimco.com | bill.cullinan@pimco.com | christina.goodridge@pimco.com |
| adrienn.sarandi@pimco.com | bill.cumby@pimco.com | christine.chu@pimco.com |
| ahuff@pimco.com | bill.tsotsos@pimco.com | christine.li@pimco.com |
| aj.washington@pimco.com | billy.rogers@pimco.com | christine.mathes@pimco.com |
| alec.kersman@pimco.com | bkelly@pimco.com | christine.telish@pimco.com |
| alex.hadirahardjo@pimco.com | bob.burns@pimco.com | christopher.brune@pimco.com |
| alex.hartl@pimco.com | bob.ettl@pimco.com | christopher.vyn@pimco.com |
| alex.kim@pimco.com | bob.gingrich@pimco.com | claudia.rosello@pimco.com |
| alex.williamson@pimco.com | boyd@pimco.com | colby.matthews@pimco.com |
| alice.wang@pimco.com | brad.guynn@pimco.com | colin.brennan@pimco.com |
| alison.macartney@pimco.com | bradd.kern@pimco.com | colleen.kochivar@pimco.com |
| alka.singal@pimco.com | bradley.marr@pimco.com | cooke@pimco.com |

corina.munoz@pimco.com
cowell@pimco.com
cristina.nunziata@pimco.com
cupps@pimco.com
cynthia.loh@pimco.com
cyrille.conseil@pimco.com
daniel.hyman@pimco.com
daniel.nikaiyn@pimco.com
darius.gagne@pimco.com
darius.ilgunas@pimco.com
david.andrews@pimco.com
david.blair@pimco.com
david.linton@pimco.com
david.su@pimco.com
david.zhang@pimco.com
ddorff@pimco.com
deepa.salastekar@pimco.com
derek.fan@pimco.com
devin.arcoleo@pimco.com
dgnguyen@pimco.com
dominique.linder@de.pimco.com
don.pfohlman@pimco.com
don.suskind@pimco.com
donna.cohen@pimco.com
donna.riley@pimco.com
dugan@pimco.com
durn@pimco.com
ed.cruz@pimco.com
ed.devlin@pimco.com
ed.urbano@pimco.com
edda.agnarsdottir@de.pimco.com
ehsan.bashi@pimco.com
elizabeth.morgan@pimco.com
ellen.shimada@pimco.com
emily.chen@pimco.com
emily.hoo@uk.pimco.com
england@pimco.com
eric.bartlett@au.pimco.com
eric.mogelof@pimco.com
erich.mayer@de.pimco.com
erik.haven@pimco.com
erik.keller@pimco.com
erik.velicer@pimco.com
erika.lowe@pimco.com
erin.langford@pimco.com
eva.traber@de.pimco.com
evan.cathey@pimco.com
evan.curtis@pimco.com
evan.pan@pimco.com
evans@pimco.com
eve.tournier@uk.pimco.com
felix.blomenkamp@pimco.com
ferrell@pimco.com
fournier@pimco.com
frances.regalado@pimco.com
frank.kokai@pimco.com
gang.hu@pimco.com
gbui@pimco.com
geoffrey.bowers@pimco.com
geoffrey.lasry@pimco.com

georgios.allamanis@pimco.com
gerald.koh@pimco.com
gerlinde.schwab@de.pimco.com
gita.bal@pimco.com
goldman@pimco.com
grace.wu@pimco.com
graziella.di.trani@de.pimco.com
greg.gore@pimco.com
gregor.diem@de.pimco.com
gross@pimco.com
grudolph@pimco.com
guillermo.osses@pimco.com
hague@pimco.com
han@pimco.com
hansford.warner@pimco.com
hehn@pimco.com
helen.xing@pimco.com
helsing@pimco.com
hemanshu.mandalia@pimco.com
henning.fock@de.pimco.com
hgu@pimco.com
hidetoshi.minamisawa@pimco.com
hiroshi.kuno@jp.pimco.com
hiroshi.kuno@pimco.com
hnorris@pimco.com
hockmeng.foong@pimco.com
hojung.kang@de.pimco.com
holly.johnson@pimco.com
hozef.arif@pimco.com
ignacio.galaz@pimco.com
inge.hirschauer@de.pimco.com
ivascyn@pimco.com
ivy.nguyen@pimco.com
jacob.procuniar@pimco.com
jaime.villa@pimco.com
jaime-anne.fabio@pimco.com
jakub.janicki@de.pimco.com
jan.schopen@de.pimco.com
janet.campbell@au.pimco.com
jason.austin@pimco.com
jason.zambanini@pimco.com
jayme.dirienzo@pimco.com
jeff.muehlethaler@pimco.com
jennifer.bridwell@pimco.com
jennifer.dinapoli@pimco.com
jennifer.hsieh@pimco.com
jennifer.oliva@pimco.com
jennifer.prince@pimco.com
jennifer.yang@pimco.com
jeremy.browne@au.pimco.com
jerome.schneider@pimco.com
jesse.pricer@pimco.com
jiaying.huang@pimco.com
jill.mcgarvey@pimco.com
jill.suh@pimco.com
jim.keller@pimco.com
jing.yang@pimco.com
joanders@pimco.com
joao.freire@pimco.com
joe.dolan@pimco.com

joel.strauch@pimco.com
joern.kleinhans@pimco.com
john.brynjolfsson@pimco.com
john.cavalieri@pimco.com
john.cummings@pimco.com
john.gomez@pimco.com
john.kirkowski@pimco.com
john.miller@pimco.com
john.morrison@pimco.com
john.norris@pimco.com
john.sheehy@pimco.com
johnpascal.vanhouden@pimco.com
joline.ortiz@pimco.com
jon.horne@pimco.com
jon.jiang@pimco.com
jon.yip@pimco.com
jordan@pimco.com
joseph.greenwald@pimco.com
joseph.guirguis@pimco.com
joseph.narens@pimco.com
joseph.yeon@pimco.com
joseph.zhang@sg.pimco.com
josh.davis@pimco.com
joshua.hawkins@pimco.com
joshua.katz@pimco.com
joshua.yelsey@pimco.com
judy.chan@pimco.com
juergen.dahlhoff@de.pimco.com
jules.naters@pimco.com
julia.kelting@de.pimco.com
julie.anderson@pimco.com
julie.mcdaniel@pimco.com
justin.barnum@pimco.com
justina.iuga@pimco.com
jwilliams@pimco.com
kai.wildfoerster@de.pimco.com
kaiping.su@pimco.com
kan.mam@pimco.com
kangmin.lin@pimco.com
kara.netro@pimco.com
karen.doane@pimco.com
karine.mercado@pimco.com
kasten.walther@pimco.com
kate.soiguine@pimco.com
kathleen.dwyer@pimco.com
kathleen.gaertner@de.pimco.com
kathy.park@pimco.com
katie.della.maria@pimco.com
katie.dellamarie@pimco.com
katrina.horner@pimco.com
kaveh.heravi@pimco.com
kaylee.garden@pimco.com
kelly.derrig@pimco.com
ken.miller@pimco.com
kennedy@pimco.com
kevin.chan@pimco.com
kevin.forhane@pimco.com
kevin.gray@pimco.com
kevin.slebioda@pimco.com
kevin.winters@pimco.com

kezelman@pimco.com
kim.gillaspy@pimco.com
kimberley.stafford@pimco.com
kimberly.cullen@pimco.com
kimble.skov@pimco.com
koonnang.tse@pimco.com
kozovich@pimco.com
krista.elliott@pimco.com
kristen.luke@pimco.com
kristen.monson@pimco.com
kristi.elliot-heitman@pimco.com
kristi.whitewolf@pimco.com
kristian.baney@pimco.com
ksmith@pimco.com
kumaran.damodaran@pimco.com
kwame.anochie@pimco.com
kwiatkow@pimco.com
laci.smith@pimco.com
lalantika.padmanabhan@pimco.com
lana.moy@pimco.com
lance.whitewolf@pimco.com
lanny.moelijanto@pimco.com
lauren.walsh@pimco.com
lemuel.kong@pimco.com
leonardo.sanchez@pimco.com
ley@pimco.com
li.li@pimco.com
libby.cantrill@pimco.com
lisa.kim@pimco.com
liz.latch@pimco.com
liz.tech@pimco.com
loredana.lapace@pimco.com
loren.ollenburger@pimco.com
lori.hsu@pimco.com
lori.zarutsky@pimco.com
louanges@pimco.com
lupin.rahman@pimco.com
luu@pimco.com
magdalene.yee@pimco.com
maggie.bekele@pimco.com
makiko.dodo@pimco.com
manuel.hayes@pimco.com
marcellus.fisher@pimco.com
marcia.clark@pimco.com
marco.grzesik@de.pimco.com
marco.vanakkeren@pimco.com
marcus.schulmerich@de.pimco.com
marcy.rappaport@pimco.com
maria.munoz@pimco.com
maria.nguyen@pimco.com
maria.rose@pimco.com
mariappa@pimco.com
marion.scherzinger@de.pimco.com
mark.afrasiabi@pimco.com
mark.jelic@pimco.com
mark.kiesel@pimco.com
mark.lampano@pimco.com
mark.pearce@pimco.com
mark.thompson@pimco.com
markus.mueller@de.pimco.com

markus.von.crailsheim@de.pimco.com
martin.feeny@pimco.com
martina.benke@de.pimco.com
masako.walsh@pimco.com
mather@pimco.com
matt.clark@pimco.com
matt.dorsten@pimco.com
matt.mulcahy@pimco.com
matt.shaw@pimco.com
matt.woods@pimco.com
matt.zehner@pimco.com
matthew.brenner@pimco.com
matthew.mclenaghan@pimco.com
matthew.welling@pimco.com
max.lisenkov@pimco.com
mccallon@pimco.com
mccray@pimco.com
mcculley@pimco.com
melani.reyes@pimco.com
mewbourne@pimco.com
mhughes@pimco.com
miali@pimco.com
michael.brandl@pimco.com
michael.brownell@pimco.com
michael.burns@pimco.com
michael.chandra@pimco.com
michael.chang@pimco.com
michael.covert@pimco.com
michael.gomez@pimco.com
michael.jacobs@pimco.com
michael.liwski@pimco.com
michael.martini@pimco.com
michael.pruin@pimco.com
michael.sonner@de.pimco.com
michael.terry@pimco.com
michael.watchorn@pimco.com
michael.zhang@pimco.com
michele.weinberger@pimco.com
mihir.worah@pimco.com
mike.summerfield@pimco.com
mike.trovato@pimco.com
millimet@pimco.com
mitchell.wilner@pimco.com
mittal@pimco.com
moid.hanif@pimco.com
molsen@pimco.com
mukund.kumar@pimco.com
murata@pimco.com
murphy.mccann@pimco.com
nadege.goldfinger@de.pimco.com
nadine.rathmann@de.pimco.com
naran@pimco.com
natalie.karpov@pimco.com
natalie.trevithick@pimco.com
nate.earle@pimco.com
nathan.chiaverini@pimco.com
nedal.alqam@pimco.com
nest@pimco.com
nic.johnson@pimco.com
nishant.upadhyay@pimco.com

noel.yi@pimco.com
nori.funaki@pimco.com
oliver.schweizer@pimco.com
olivia.kim@pimco.com
omar.obeid@pimco.com
orozco@pimco.com
oskar.akerberg@de.pimco.com
pankovic@pimco.com
parikh@pimco.com
pasi.hamalainen@pimco.com
patience.musingarimi@pimco.com
paul.allen@uk.pimco.com
paul.benson@pimco.com
paul.kim@pimco.com
paul.wendler@pimco.com
paul.wildermuth@pimco.com
peter.bretschger@pimco.com
peter.luc@pimco.com
petercramer@pimco.com
philip-john.munoz@pimco.com
philipp.kellerhals@de.pimco.com
pmurphy@au.pimco.com
potthof@pimco.com
powell.thurston@pimco.com
powers@pimco.com
putnicki@pimco.com
qunshan.gao@de.pimco.com
rahul.seksaria@pimco.com
raja.mukherji@pimco.com
ralf.werner@de.pimco.com
rama.nambimadom@pimco.com
ramin.toloui@pimco.com
ramon.maronilla@pimco.com
raulin.villegas@pimco.com
ray.lim@pimco.com
rene.martel@pimco.com
ric.costa@pimco.com
richard.clarida@pimco.com
richard.colasuonno@pimco.com
richard.mak@pimco.com
richie.cruz@pimco.com
rick.morioka@pimco.com
rieko.uehara@pimco.com
rob.corley@pimco.com
robert.lee@pimco.com
robert.mead@de.pimco.com
rodger.elble@pimco.com
rodosky@pimco.com
roger.nieves@pimco.com
roham.medifar@pimco.com
rollins@pimco.com
ronald.manley@pimco.com
ronnie@de.pimco.com
rosamund.price@pimco.com
rosboro@pimco.com
rosiak@pimco.com
rpalmer@pimco.com
rudolf.boeltl@de.pimco.com
rudy.garza@pimco.com
rudy.pimentel@pimco.com

rueda@pimco.com
rupali.saggar@pimco.com
rushant.sanathara@pimco.com
ryan.blute@pimco.com
ryan.clarkson@pimco.com
ryan.hart@pimco.com
ryan.kagy@pimco.com
ryan.korinke@pimco.com
ryan.lanphere@pimco.com
ryan.lecznar@pimco.com
ryan.murphy@pimco.com
ryan.watkins@pimco.com
sachiko.okuma@jp.pimco.com
samantha.harrison@pimco.com
sanae.tsuchiya@jp.pimco.com
sanjeev.gogna@de.pimco.com
saori.mitsuta@pimco.com
sapna.shah@pimco.com
sara.pollack@pimco.com
sarah.brindle@pimco.com
schulist@pimco.com
schwetz@pimco.com
scott.beltz@pimco.com
scott.striegel@pimco.com
sean.mccarthy@pimco.com
sesay@pimco.com
seth.coulson@pimco.com
seth.ruthen@pimco.com
shad.rogers@pimco.com
shailesh.gupta@pimco.com
shaler@pimco.com
sharad.ghosh@pimco.com
shareef.bahador@pimco.com
sharp@pimco.com
shogo.fujita@jp.pimco.com
showbhik.kalra@pimco.com
sihn.luong@pimco.com
simon@pimco.com
simone.pressley@pimco.com
smartin@pimco.com
stacie.anctil@pimco.com
stacy.schaus@pimco.com
stefan.kuehne@de.pimco.com
stephanie.packer@pimco.com
stephen.derrick@pimco.com
stephen.reynolds@pimco.com
steve.aguirre@pimco.com
steve.hong@pimco.com
steven.gleason@pimco.com
steven.jones@pimco.com
strauch@pimco.com
suhail.dada@pimco.com
sunil.kothari@pimco.com
susan.raessler@pimco.com
susanne.haag@de.pimco.com
susie.wilson@pimco.com
tais.pacheco@pimco.com
tais.rojas@pimco.com
tamerlan.abdikeev@pimco.com
tami.vendig@pimco.com

tammie.arnold@pimco.com
taylor.alan-lee@pimco.com
teresa.elston@pimco.com
terrence.ing@pimco.com
tetsuro.kondo@pimco.com
therese.vu@pimco.com
thomas.finkenzeller@pimco.com
thomas.kressin@de.pimco.com
thomas@pimco.com
thuy.pham@pimco.com
tim.haaf@de.pimco.com
timo.boehm@de.pimco.com
tina.suo@pimco.com
tobias.prokesch@de.pimco.com
tobias.spandri@de.pimco.com
tom.otterbein@pimco.com
tommy.nguyen@pimco.com
tomomi.yoshioka@pimco.com
tongli.han@pimco.com
toni.afonso@de.pimco.com
toru.lin@pimco.com
tracey.jourdal@pimco.com
tracy.chin@au.pimco.com
trevor.liang@pimco.com
trip.lilly@pimco.com
trosky@pimco.com
vadim.yasnov@pimco.com
vanheel@uk.pimco.com
verona@pimco.com
veronika.neubauer@de.pimco.com
victor.cabral@pimco.com
viola.patock@de.pimco.com
wainwright.babb@de.pimco.com
warren.chou@pimco.com
warren.min@pimco.com
wayne.lai@pimco.com
wendong.qu@pimco.com
wenwen.lindroth@pimco.com
wes.murphy@pimco.com
weston.kasper@pimco.com
wilbur.chow@pimco.com
william.chipp@pimco.com
william.pompa@pimco.com
wolf.diederichs@pimco.com
xing.wan@pimco.com
yi-ling.lin@pimco.com
ying.qiu@pimco.com
yingying.zheng@sg.pimco.com
yukiji.konno@pimco.com
yukji.konno@pimco.com
yvonne.jara@pimco.com
zilver@pimco.com
zubin.kapadia@pimco.com
erik.aarts@pimcoadvisors.com
kathy.hoffman@pimcoadvisors.com
gtournant@pimcoequity.com
chris.galizio@piog.com
joanne.fisher@piog.com
sam.polyak@piog.com
aaron.dunn@pioneer.com

eweigel@pioneer.com
ailish.custer@pioneeralternativest.com
adrian.doyle@pioneeraltinvest.com
andrea.buda@pioneeraltinvest.com
anna.maher@pioneeraltinvest.com
anne.hegarty@pioneeraltinvest.com
barry.kelly@pioneeraltinvest.com
carcie.rogers@pioneeraltinvest.co.uk
eamonn.murphy@pioneeraltinvest.ie
edel.o'leary@pioneeraltinvest.com
francis.heagney@pioneeraltinvest.com
gareth.kiernan@pioneeraltinvest.com
gcassoni@pioneeraltinvest.com
gernot.rumpf@pioneeraltinvest.com
glenda.levin@pioneeraltinvest.co.uk
graham.o'meara@pioneeraltinvest.com
greg.baker@pioneeraltinvest.com
janet.ige@pioneeraltinvest.com
jason.mullins@pioneeraltinvest.com
kenneth.montgomery@pioneeraltinvest.com
lisa.casey@pioneeraltinvest.ie
luca.mengoni@pioneeraltinvest.com
lucio.vignati@pioneeraltinvest.com
manuele.moi@pioneeraltinvest.com
neil.donnelly@pioneeraltinvest.com
nicola.conroy@pioneeraltinvest.com
oliver.owen@pioneeraltinvest.com
rana.kudsi@pioneeraltinvest.co.uk
riccardo.cavo@pioneeraltinvest.com
richard.mormile@pioneeraltinvest.com
tommaso.mancuso@pioneeraltinvest.com
viktor.turk@pioneeraltinvest.com
colm.friel@pioneeraltinvestments.com
tomas.cunnane@pioneeraltinvestments.com
alberto.gandolfi@pioneerinvest.ie
alessandro.patruno@pioneerinvest.it
alessia.berardi@pioneerinvest.it
alex.parsons@pioneerinvest.ie
allen.wong@pioneerinvest.com
andrea.carelli@pioneerinvest.it
andrea.dilorenzo@pioneerinvest.it
andrea.tavoni@pioneerinvest.it
andrew.acheson@pioneerinvest.com
andrew.feltus@pioneerinvest.com
andrew.schlumper@pioneerinvest.com
angela.lewis@pioneerinvest.com
ann-marie.hanley@pioneerinvest.com
antonello.ditaranto@pioneerinvest.it
antonio.ferraresi@pioneerinvest.ie
april.seah@pioneerinvest.ie
ashesh.savla@pioneerinvest.com
asta.vaichys@pioneerinvest.com
audrey.choi@pioneerinvest.com.sg
bob.pieroni@pioneerinvest.com
bradley.galko@pioneerinvest.com
carl.reynolds@pioneerinvest.com
caterina.mensa@pioneerinvest.it
charles.mayer@pioneerinvest.com
chris.chapin@pioneerinvest.com
christian.fay@pioneerinvest.com

christian.fey@pioneerinvest.com
christian.proietto@pioneerinvest.ie
christina.yow@pioneerinvest.com.sg
christopher.smart@pioneerinvest.com
clarkson.williams@pioneerinvest.com
conor.mcdermott@pioneerinvest.ie
cosimo.marasciulo@pioneerinvest.it
cristian.segui@pioneerinvest.com
cristina.marini@pioneerinvest.it
cristina.matti@pioneerinvest.com
cristina.siro@pioneerinvest.it
dan.sim@pioneerinvest.com
daniel.barry@pioneerinvest.ie
daniele.leccacorvi@pioneerinvest.it
dario.frigerio@pioneerinvest.ie
david.cahill@pioneerinvest.com
david.eurkus@pioneerinvest.com
david.harte@pioneerinvest.ie
david.sobell@pioneerinvest.com
davide.astolfi@pioneerinvest.it
davide.comoglio@pioneerinvest.it
davide.dicataldo@pioneerinvest.it
debora.delbo@pioneerinvest.it
denise.ocallaghan@pioneerinvest.ie
dennis.pray@pioneerinvest.com
diego.franzin@pioneerinvest.com
domenico.alonzi@pioneerinvest.it
dominik.kremer@pioneerinvest.de
ed.doyle@pioneerinvest.com
edoardo.mezza@pioneerinvest.it
elaine.keenan@pioneerinvest.ie
elisa.perna@pioneerinvest.it
elisabetta.spaltni@pioneerinvest.it
emanuela.verri@pioneerinvest.it
emilio.orechia@pioneerinvest.it
enrico.bovalini@pioneerinvest.it
enrico.stacchietti@pioneerinvest.it
eric.pinn@pioneerinvest.com
eric.weigel@pioneerinvest.com
erika.belloni@pioneerinvest.it
fabrizio.bugatti@pioneerinvest.it
feargal.dempsey@pioneerinvest.ie
federica.baldan@pioneerinvest.it
federica.masciaga@pioneerinvest.it
fiona.lim@pioneerinvest.com.sg
france.maniaci@pioneerinvest.com
francesco.dall'angelo@pioneerinvest.it
francesco.gruosso@pioneerinvest.ie
francesco.sandrini@pioneerinvest.ie
franco.sobrero@pioneerinvest.it
george.sidgwick@pioneerinvest.com
gertrude.fitzpatrick@pioneerinvest.ie
gianfranco.digennaro@pioneerinvest.it
giovanni.facchinimartini@pioneerinvest.it
giuseppe.avignone@pioneerinvest.it
giuseppe.ciliberto@pioneerinvest.it
giuseppe.nava@pioneerinvest.it
greg.andrews@pioneerinvest.com
gregor.smart@pioneerinvest.com
james.healy@pioneerinvest.mg

jessica.frattura@pioneerinvest.com
jessica.mitchell@pioneerinvest.com
john.carey@pioneerinvest.com
john.corron@pioneerinvest.com
john.franks@pioneerinvest.com
john.peckham@pioneerinvest.com
josiely.hermida@pioneerinvest.com
joslyn.suriel@pioneerinvest.com
karen.hannaway@pioneerinvest.com
karl.huber@pioneerinvest.de
ken.fuller@pioneerinvest.com
ken.senecal@pioneerinvest.com
lee.bernstein@pioneerinvest.com
len.robinson@pioneerinvest.com
leo.murphy@pioneerinvest.com
livia.foo@pioneerinvest.com
lorenzo.portelli@pioneerinvest.it
luca.lanzara@pioneerinvest.it
lucia.cutrofello@pioneerinvest.it
marcello.esposito@pioneerinvest.it
marco.cecchi@pioneerinvest.it
marina.zarbin@pioneerinvest.it
mark.madden@pioneerinvest.com
mark.phillips@pioneerinvest.com
mark.whirdy@pioneerinvest.com
markus.steinbeis@pioneerinvest.de
maureen.keady@pioneerinvest.com
mauro.casati@pioneerinvest.it
michael.lang@pioneerinvest.com
michael.rega@pioneerinvest.com
michael.temple@pioneerinvest.com
molly.mclaughlin@pioneerinvest.com
monica.basso@pioneerinvest.it
monica.defend@pioneerinvest.it
neville.newman@pioneerinvest.ie
nicholas.lambros@pioneerinvest.com
noel.keegan@pioneerinvest.com
paolo.barbieri@pioneerinvest.it
paolo.cei@pioneerinvest.com
paolo.dimontorio@pioneerinvest.ie
paolo.vesconi@pioneerinvest.it
pat.itrato@pioneerinvest.com
patrick.lambe@pioneerinvest.ie
patrick.lebourdais@pioneerinvest.com.sg
paul.cloonan@pioneerinvest.com
pavlos.alexandrakis@pioneerinvest.com
peter.floyd@pioneerinvest.com
peter.luongo@pioneerinvest.com
philip.colburn@pioneerinvest.com
pierluigi.salvatore@pioneerinvest.it
pierpaolo.iasci@pioneerinvest.com
rebecca.moquin@pioneerinvest.com
rene.breseghello@pioneerinvest.it
richard.schlanger@pioneerinvest.com
robert.gauvain@pioneerinvest.com
robert.noble@pioneerinvest.ie
roberto.gallo@pioneerinvest.com
rod.wright@pioneerinvest.com
sal.pramas@pioneerinvest.com
sammi.truong@pioneerinvest.com

samuel.wardwell@pioneerinvest.com
sandro.matta@pioneerinvest.it
sandro.pierri@pioneerinvest.it
sara.sechi@pioneerinvest.it
sauyin.loke@pioneerinvest.com.sg
scott.kushner@pioneerinvest.com
scott.zilora@pioneerinvest.com
sergio.dellecave@pioneerinvest.com.sg
seth.roman@pioneerinvest.com
sheena.price@pioneerinvest.ie
sherry.zhang@pioneerinvest.com
sofia.sermos@pioneerinvest.com
stephen.cummings@pioneerinvest.com
stephen.roseberry@pioneerinvest.com
steven.morrison@pioneerinvest.com
sunita.singh@pioneerinvest.com
teresa.freeley@pioneerinvest.com
theresa.hamacher@pioneerinvest.com
tim.foley@pioneerinvest.com
tim.mulrennan@pioneerinvest.com
timothy.horan@pioneerinvest.com
timothy.mulrenan@pioneerinvest.com
timothy.pynchon@pioneerinvest.com
tin.chan@pioneerinvest.com
tiziana.rizzati@pioneerinvest.it
tommaso.sanzin@pioneerinvest.it
tony.clarizio@pioneerinvest.com
tony.pizzi@pioneerinvest.com
tracy.wright@pioneerinvest.com
viviana.gisimundo@pioneerinvest.it
walter.hunnewell@pioneerinvest.com
william.mennonna@pioneerinvest.com
william.taylor@pioneerinvest.com
yves.raymond@pioneerinvest.com
adamgabor.laux@pioneerinvestments.com
alan.janson@pioneerinvestments.com
alberto.fontana@pioneerinvestments.com
alexander.schneidhofer@pioneerinvestments.at
alfred.grusch@pioneerinvestments.at
ali.mahallati@pioneerinvestments.com
alicia.fasi@pioneerinvestments.com
alison.crawford@pioneerinvestments.com
andrea.martinello@pioneerinvestments.com
andreas.schuster@pioneerinvestments.at
andreas.wosol@pioneerinvestments.com
andrew.lynch@pioneerinvestments.com
angelo.corbetta@pioneerinvestments.com
benjamin.hwang@pioneerinvestments.com
bernd.hartmann@pioneerinvestments.com
bernhard.pieb@pioneerinvestments.at
bokchuan.tan@pioneerinvestments.com
brian.stack@pioneerinvestments.com
carol.lintz@pioneerinvestments.com
charles.melchreit@pioneerinvestments.com
chin.liu@pioneerinvestments.com
christian.cangiotti@pioneerinvestments.com
christian.frischauf@pioneerinvestments.com
christian.zimmermann@pioneerinvestments.com
christoph.schmidt@pioneerinvestments.com
cormac.lucey@pioneerinvestments.com

daniel.gilbert@pioneerinvestments.com
david.allen@pioneerinvestments.com
david.brecht@pioneerinvestments.com
davide.cataldo@pioneerinvestments.com
davide.cifarelli@pioneerinvestments.com
diane.cullen@pioneerinvestments.com
diego.melingo@pioneerinvestments.com
dieter.beil@pioneerinvestments.com
doug.lanzillo@pioneerinvestments.com
drew.wollensak@pioneerinvestments.com
eimear.walsh@pioneerinvestments.com
emre.tuncer@pioneerinvestments.com
envy.ayub@pioneerinvestments.com
erich.hackl@pioneerinvestments.at
ernst.kaiser@pioneerinvestments.at
fabio.cencetti@pioneerinvestments.com
filippo.mascheroni@pioneerinvestments.com
fpuricelli.consultant@pioneerinvestments.com
francesco.bracchi@pioneerinvestments.com
friedrich.maier@pioneerinvestments.at
geoffrey.dailey@pioneerinvestments.com
giordano.lombardo@pioneerinvestments.com
giovanni.mazzariello@pioneerinvestments.com
gladys.lau@pioneerinvestments.com
gregory.buckley@pioneerinvestments.com
guenter.philipp@pioneerinvestments.com
guido.graninger@pioneerinvestments.at
hans.koeck@pioneerinvestments.at
harald.staudinger@pioneerinvestments.com
herbert.virag@pioneerinvestments.at
howard.weiss@pioneerinvestments.com
isolde.lindorfer-kubu@pioneerinvestments.at
jacopo.moresco@pioneerinvestments.com
jakob.frauenschuh@pioneerinvestments.at
james.moynihan@pioneerinvestments.com
jeremy.humphries@pioneerinvestments.com
joel.ng@pioneerinvestments.com
johann.kernbauer@pioneerinvestments.at
john.daly@pioneerinvestments.com
jonathan.sharkey@pioneerinvestments.com
julius.hechtl@pioneerinvestments.at
keith.hogan@pioneerinvestments.com
ken.taubes@pioneerinvestments.com
ken.winston@pioneerinvestments.com
kim.galle@pioneerinvestments.com
laurence.mcgrath@pioneerinvestments.com
lorraine.mcallister@pioneerinvestments.com
luca.fiamenghi@pioneerinvestments.com
luca.pizzaia@pioneerinvestments.com
luigi.cesari@pioneerinvestments.com
m.senoner@pioneerinvestments.com
marco.impagnatiello@pioneerinvestments.com
marco.martinelli@pioneerinvestments.com
marco.pirondini@pioneerinvestments.com
marco.predieri@pioneerinvestments.com
margarete.strasser@pioneerinvestments.at
mariangela.tonelli@pioneerinvestments.com
mariano.gambaro@pioneerinvestments.com
mario.kogler@pioneerinvestments.at
mark.scrowston@pioneerinvestments.com

massimiliano.rasori@pioneerinvestments.com
matteo.codari@pioneerinvestments.com
matteo.mallardo@pioneerinvestments.com
matthew.parkerson@pioneerinvestments.com
meredith.birdsall@pioneerinvestments.com
michael.demayo@pioneerinvestments.com
michael.frattura@pioneerinvestments.com
michael.rachor@pioneerinvestments.com
mikael.baeckstroem@pioneerinvestments.at
nicholas.lambros@pioneerinvestments.com
nicholas.mcconway@pioneerinvestments.com
norbert.heider@pioneerinvestments.com
oreste.auleta@pioneerinvestments.com
peter.bodis@pioneerinvestments.com
peter.koenigbauer@pioneerinvestments.com
peter.wiley@pioneerinvestments.com
philip.norton@pioneerinvestments.com
pierreandre.klein@pioneerinvestments.com
ralph.ziefle@pioneerinvestments.com
ramnath.iyer@pioneerinvestments.com
rebecca.rebello@pioneerinvestments.com
rene.torgersen@pioneerinvestments.com
richard.stevens@pioneerinvestments.com
robert.urie@pioneerinvestments.com
robin.louch@pioneerinvestments.com
sarah.horowitz@pioneerinvestments.com
silvia.tartara@pioneerinvestments.com
sonja.hoebartner@pioneerinvestments.com
stefan.rohrer@pioneerinvestments.at
stephanie.audy@pioneerinvestments.com
stephanie.lim@pioneerinvestments.com
susan.lyons@pioneerinvestments.com
suzanne.flynn@pioneerinvestments.com
terry.shu@pioneerinvestments.com
thomas.kellner@pioneerinvestments.at
thomas.radinger@pioneerinvestments.com
tilo.brauer@pioneerinvestments.com
tugrul.kolad@pioneerinvestments.com
vincent.salvato@pioneerinvestments.com
vincenzo.moramarco@pioneerinvestments.com
werner.hohl@pioneerinvestments.com
william.woo@pioneerinvestments.com
wolfgang.bauer@pioneerinvestments.com
anthony.chedid@pioneerpathcap.com
patrick.brennan@pionneraltinvest.com
marina.martina@pionnerinvest.it
akmagician@pipeline.com
brian.helburg@piper.com
tseitz@piperjaffrey.com
abe.dli@dial.pipex.com
amano.dli@dial.pipex.com
busdev.abl@dial.pipex.com
ikushima.dli@dial.pipex.com
m.voller@dial.pipex.com
masai.dli@dial.pipex.com
nagayama.dli@dial.pipex.com
ohira.dli@dial.pipex.com
sahashi.dli@dial.pipex.com
yanagihara.dli@dial.pipex.com
bernard.huppert@pirelli.com

luca.dipalma@pirelli.com
roberto.burini@pirelli.com
susanne.zimmermann@pirelli.com
smp70@pirti.edu
andrew.s.duff@pjc.com
andrew.w.olson@pjc.com
avaughan@pjc.com
barry.j.nordstrand@pjc.com
ben.s.lieberman@pjc.com
brian.j.clark@pjc.com
bzilka@pjc.com
david.a.collins@pjc.com
dwoodring@pjc.com
elena.h.zupfer@pjc.com
eric.b.moreira@pjc.com
jconnor@pjc.com
jellegard@pjc.com
joel.r.denney@pjc.com
john.j.kennedy@pjc.com
kdavis@pjc.com
lpodobinski@pjc.com
lucas.g.jackson@pjc.com
m.b.winges@pjc.com
mark.d.schierman@pjc.com
mfredricks03@pjc.com
mlibera@pjc.com
mmantyla@pjc.com
msulliban@pjc.com
peter.a.signori@pjc.com
pgray@pjc.com
pstowell@pjc.com
richard.j.barry@pjc.com
richard.r.helmerichs@pjc.com
robert.reilly@pjc.com
sjohnsen03@pjc.com
sweinberg@pjc.com
tracey.l.masterson@pjc.com
twright@pjc.com
william.j.emptage@pjc.com
fdolfi@pkb.ch
fund@pkb.ch
nporter@pkb.ch
trading@pkb.ch
pkirkby@pkinvest.com
psmith@pkinvest.com
lmeier@pksbb.ch
raoul.gyger@pksbb.ch
sandor.sigrist@pksbb.ch
gswank@plainscapital.com
olaf.ephraim@planet.nl
h.yamazaki@plaza-am.co.jp
i.kubo@plaza-am.co.jp
murai@plaza-am.co.jp
warit@plaza-am.co.jp
y.kawaguchi@plaza-am.co.jp
donotuse@pls.com
sagacmt@plob.plala.or.jp
chris.skillin@us.pm.com
ciao.xing@us.pm.com
michael.waks@us.pm.com

nancy.delisi@us.pm.com
rosemary.ripley@us.pm.com
flint@pmaia.com
t0632521@pmail.tepco.co.jp
cs@pmim.com
araci.mithat@pmintl.ch
chang.herbert@pmintl.ch
croteau.nathalie@pmintl.ch
frank.derooij@pmintl.com
halina.bernard@pmintl.com
hasan.uzun@pmintl.com
pmfe.ecoresearch@pmintl.com
treasurymarketnews@pmintl.com
zurbruegg.daniel@pmintl.ch
peller.cathy@pmlmail.com
warriner.debbi@pmlmail.com
chip@pmm-jr.com
a.clarke.remmey@pnc.com
aaron.polack@pnc.com
adam.hynes@pnc.com
adam.potulski@pnc.com
aimee.ebbert@pnc.com
alan.moore@pnc.com
albert.riccardi@pnc.com
alex.bouzakis@pnc.com
alexander.oxenham@pnc.com
alison.rahuba@pnc.com
almmarketinfo@pnc.com
almtraders@pnc.com
amanda.lipphardt@pnc.com
amy.carcione@pnc.com
amy.wodarczyk@pnc.com
angelina.grandel@pnc.com
anne.saxer@pnc.com
anthony.koo@pnc.com
arjun.nanda@pnc.com
beverly.lambe@pnc.com
bill.demchak@pnc.com
bob.grandhi@pnc.com
brandon.shuler@pnc.com
brendan.burke@pnc.com
brett.dunn@pnc.com
brian.harrington@pnc.com
brian.judy@pnc.com
bruce.smith@pnc.com
calli.gaul@pnc.com
carla.robertson@pnc.com
cary.greenspan@pnc.com
casey.blackburn@pnc.com
chad.wilshire@pnc.com
charles.loritz@pnc.com
charlton.chafey@pnc.com
chip.giese@pnc.com
chris.jordheim@pnc.com
christina.bunting@pnc.com
christine.eckert@pnc.com
christine.mettee@pnc.com
christine.ryan@pnc.com
christopher.davis@pnc.com
christopher.evanego@pnc.com

christopher.mcgurn@pnc.com
christopher.merlo@pnc.com
christopher.rowe@pnc.com
christopher.young@pnc.com
chuffstu@pnc.com
chung.ng@pnc.com
cicely.hurt@pnc.com
colleen.dixon@pnc.com
craig.keto@pnc.com
curt.stauffer@pnc.com
daniel.chorba@pnc.com
daniel.larochelle@pnc.com
daniel.lysik@pnc.com
david.addison@pnc.com
david.enick@pnc.com
david.ferguson@pnc.com
david.france@pnc.com
david.r.jones@pnc.com
david.rommel@pnc.com
david.rossi@pnc.com
david.sletvold@pnc.com
deborah.bentley@pnc.com
dennis.maliszewski@pnc.com
diane.white@pnc.com
domenic.parente@pnc.com
donna.ennis@pnc.com
douglas.holthaus@pnc.com
durbin.vido@pnc.com
dwilliams@pnc.com
edward.chidiac@pnc.com
elisabeth.hudgens@pnc.com
elizabeth.aycock@pnc.com
eric.anglin@pnc.com
eric.farls@pnc.com
erik.rhodes@pnc.com
eugene.pillot@pnc.com
fabio.militello@pnc.com
farah.khan@pnc.com
frankin.rogers@pnc.com
franklin.white@pnc.com
frederick.lang@pnc.com
gagan.singh@pnc.com
gary.winschel@pnc.com
gene.pisasale@pnc.com
gregory.hart@pnc.com
gretchen.tremblay@pnc.com
hayden.lutz@pnc.com
heather.trunick@pnc.com
henry.hoffman@pnc.com
hirouye.teshome@pnc.com
jacob.saumure@pnc.com
jacqueline.kelly@pnc.com
jake.moloznik@pnc.com
james.burzotta@pnc.com
james.maciver@pnc.com
james.ryan@pnc.com
james.sullivan@pnc.com
james.zbach@pnc.com
jamie.frederick@pnc.com
janice.stratton@pnc.com

jason.schumacher@pnc.com
jay.a.weinberg@pnc.com
jeanna.adcock@pnc.com
jeffrey.bryant@pnc.com
jeffrey.farabaugh@pnc.com
jeffrey.tornick@pnc.com
jennifer.zlotorzynski@pnc.com
jesy.boales.nonemployee@pnc.com
jill.witkin@pnc.com
jody.schaffman@pnc.com
john.boffelly@pnc.com
jonathan.jennings@pnc.com
joseph.brehl@pnc.com
joseph.jordan@pnc.com
joseph.knisely@pnc.com
joseph.yacone@pnc.com
joseph.zymroz@pnc.com
josephina.maguigad@pnc.com
josh.bodin@pnc.com
josh.hall@pnc.com
joshua.kakel@pnc.com
judy.jones@pnc.com
julie.infanti@pnc.com
justin.kurkiewicz@pnc.com
justin.sullivan@pnc.com
katharine.dudley@pnc.com
katherine.brown@pnc.com
katherine.manuel@pnc.com
kathleen.beck@pnc.com
kathleen.obinger@pnc.com
kelley.brunssen@pnc.com
kenneth.pittman@pnc.com
kevin.borisenko@pnc.com
kevin.fearnow@pnc.com
kevin.laake@pnc.com
kevin.mccreadie@pnc.com
krishna.varikooty@pnc.com
kristi.subramanian@pnc.com
kristy.wieggman@pnc.com
krupa.desai@pnc.com
lati.wells@pnc.com
laura.louden@pnc.com
laura.tiburzi@pnc.com
leslie.claassen@pnc.com
leticia.zemaitis@pnc.com
linda.angevine@pnc.com
linda.cavell@pnc.com
linda.derkach@pnc.com
lisa.elzer@pnc.com
lisa.kovac@pnc.com
lisa.kreiling@pnc.com
loi.huynh@pnc.com
lorraine.henderson@pnc.com
mai.heffernan@pnc.com
marci.kerr@pnc.com
marcus.whitehead@pnc.com
margaret.obermeyer@pnc.com
marian.walsh@pnc.com
mark.williams@pnc.com
martin.menton@pnc.com

| | | |
|---|---|---|
| mary.a.jones@pnc.com | ruairi.o'neill@pnc.com | dorothy.giannotti@pncadvisors.com |
| mary.lucas@pnc.com | sara.jones.nonemployee@pnc.com | douglas.roman@pncadvisors.com |
| mary.makowske@pnc.com | sarah.mcgaughy@pnc.com | duane.austin@pncadvisors.com |
| maryam.bhatti@pnc.com | scott.canuel@pnc.com | edward.robertson@pncadvisors.com |
| mathew.kraut@pnc.com | sean.rhoderick@pnc.com | elizabeth.nelligan@pncadvisors.com |
| matt.rockstroh@pnc.com | sean.windisch@pnc.com | eric.fenk@pncadvisors.com |
| matt.williams@pnc.com | shawn.snyder@pnc.com | eric.rhodes@pncadvisors.com |
| matthew.donner@pnc.com | shaz.khan@pnc.com | fareeha.arshad@pncadvisors.com |
| matthew.fleming@pnc.com | smanning@pnc.com | ford.lankford@pncadvisors.com |
| matthew.mckenzie@pnc.com | sphurthi.annapareddy@pnc.com | gordon.wright@pncadvisors.com |
| maureen.callahan@pnc.com | stephanie.dain@pnc.com | greg.bottjer@pncadvisors.com |
| melissa.fransen@pnc.com | stephen.collins@pnc.com | heather.woody@pncadvisors.com |
| michael.allen@pnc.com | stephen.davenport@pnc.com | jack.fatica@pncadvisors.com |
| michael.andrascik@pnc.com | stephen.gertz@pnc.com | jaco.jordaan@pncadvisors.com |
| michael.dorigan@pnc.com | stephen.ventrello@pnc.com | jacqueline.lawarre@pncadvisors.com |
| michael.herwig@pnc.com | steven.baumgarten@pnc.com | james.beam@pncadvisors.com |
| michael.morton@pnc.com | steven.ellis@pnc.com | james.coyne@pncadvisors.com |
| michael.ramirez@pnc.com | steven.strycula@pnc.com | james.purisky@pncadvisors.com |
| michael.rocco@pnc.com | sue.gonzalez@pnc.com | james.witterschein@pncadvisors.com |
| michael.saghy@pnc.com | ted.chin@pnc.com | james.young@pncadvisors.com |
| michael.satyshur@pnc.com | teresa.cook@pnc.com | jeffery.ghergo@pncadvisors.com |
| michele.gronsky@pnc.com | terri.mueller@pnc.com | jeffrey.brasse@pncadvisors.com |
| michelle.cole@pnc.com | terri.thomas@pnc.com | jennette.ducloo@pncadvisors.com |
| mitchell.roberts@pnc.com | terri.wallace@pnc.com | jennifer.sposato@pncadvisors.com |
| mmueller@pnc.com | thomas.kiernan@pnc.com | jeremy.roman@pncadvisors.com |
| myron.oppenheimer@pnc.com | thomas.melcher@pnc.com | john.banitt@pncadvisors.com |
| nancy.bernier@pnc.com | todd.chesterpal@pnc.com | john.cannon@pncadvisors.com |
| nancy.notaro@pnc.com | todd.harris@pnc.com | john.lockhardt@pncadvisors.com |
| nathan.agens@pnc.com | travis.burch@pnc.com | john.traynor@pncadvisors.com |
| nathan.herring@pnc.com | troy.linton@pnc.com | jonathan.williams@pncadvisors.com |
| nicholas.kennedy@pnc.com | vanessa.duchman@pnc.com | joseph.connors@pncadvisors.com |
| nicholas.lyons@pnc.com | virginia.stoops@pnc.com | julie.young@pncadvisors.com |
| patricia.klems@pnc.com | w.patrick.flanigan@pnc.com | kacy.gambles@pncadvisors.com |
| patricia.lamotta@pnc.com | william.boyd@pnc.com | karen.eversole@pncadvisors.com |
| patricia.o'donnell@pnc.com | william.callihan@pnc.com | keith.hartman@pncadvisors.com |
| paul.crovo@pnc.com | william.knight@pnc.com | kelly.kelly@pncadvisors.com |
| paul.mondschein@pnc.com | william.lowry@pnc.com | kelly.knouzi@pncadvisors.com |
| paul.rutherford@pnc.com | adam.falcon@pncadvisors.com | kevin.barger@pncadvisors.com |
| paul.speargas@pnc.com | adrian.harris@pncadvisors.com | kevin.delaney@pncadvisors.com |
| philip.blayney@pnc.com | amy.bartosh@pncadvisors.com | ladonna.cooper@pncadvisors.com |
| phyllis.ames-kennedy@pnc.com | amy.hellwarth@pncadvisors.com | lawrence.haas@pncadvisors.com |
| phyllis.harris@pnc.com | amy.kilgore@pncadvisors.com | lawrence.post@pncadvisors.com |
| rachel.lewis@pnc.com | amy.l.phillips@pncadvisors.com | lori.andrews@pncadvisors.com |
| rajat.rajan@pnc.com | andrea.bussell@pncadvisors.com | louis.lemos@pncadvisors.com |
| randolph.reitenauer@pnc.com | anna.parisano@pncadvisors.com | marcia.hoover@pncadvisors.com |
| rebecca.rogers@pnc.com | anthony.romantino@pncadvisors.com | mark.connolly@pncadvisors.com |
| rebekah.mccahan@pnc.com | benjamin.sawyer@pncadvisors.com | mark.dubois@pncadvisors.com |
| reggie.wilkes@pnc.com | brian.murphy@pncadvisors.com | mark.stockwell@pncadvisors.com |
| renee.arledge@pnc.com | brian.zagorac@pncadvisors.com | maryanne.pape@pncadvisors.com |
| rhondale.haywood@pnc.com | christopher.dillon@pncadvisors.com | melanie.settina@pncadvisors.com |
| richard.clark@pnc.com | christopher.hurley@pncadvisors.com | michael.demaria@pncadvisors.com |
| richard.convy@pnc.com | christopher.sidoni@pncadvisors.com | michael.pagano@pncadvisors.com |
| richard.johnson@pnc.com | cindy.zaccardi@pncadvisors.com | neil.rai@pncadvisors.com |
| rick.rubin@pnc.com | david.marsh@pncadvisors.com | nicholas.besh@pncadvisors.com |
| rick.schlesinger@pnc.com | david.shen@pncadvisors.com | oretheia.lander@pncadvisors.com |
| robert.martorana@pnc.com | ddavis@pncadvisors.com | owen.burman@pncadvisors.com |
| robert.melvin@pnc.com | deborah.perry@pncadvisors.com | pat.antonetti@pncadvisors.com |
| robert.swartz@pnc.com | denise.gargan@pncadvisors.com | paul.kamor@pncadvisors.com |
| ronald.flohr@pnc.com | devereaux.phelps@pncadvisors.com | peter.molinaro@pncadvisors.com |
| royce.woods@pnc.com | donald.alderfer@pncadvisors.com | peter.tiemey@pncadvisors.com |

petr.thorson@pncadvisors.com
philip.tuzzolino@pncadvisors.com
ralph.fetrow@pncadvisors.com
randy.vogel@pncadvisors.com
rich.okeeffe@pncadvisors.com
richard.diem@pncadvisors.com
richard.massuci@pncadvisors.com
richard.yurasko@pncadvisors.com
rsaltarelli@pncadvisors.com
ryan.neupaver@pncadvisors.com
sean.laird@pncadvisors.com
sharon.tallman@pncadvisors.com
shipra.gupta@pncadvisors.com
spenta.dinshaw@pncadvisors.com
stephen.koeller@pncadvisors.com
stuart.strasner@pncadvisors.com
terese.zingg@pncadvisors.com
thomas.wilson@pncadvisors.com
timothy.lambour@pncadvisors.com
timothy.o'grady@pncadvisors.com
tricia.mankoski@pncadvisors.com
w.richard.jones@pncadvisors.com
william.bonawitz@pncadvisors.com
william.francis@pncadvisors.com
adam.mackey@pncbank.com
alfred.shepard@pncbank.com
amber.dougherty@pncbank.com
amber.salvi@pncbank.com
arlene.walsh@pncbank.com
arnold.greenwald@pncbank.com
arthur.patten@pncbank.com
bayard.fiechter@pncbank.com
bernadette.smith@pncbank.com
bill.parsley@pncbank.com
brad.lamson-scribner@pncbank.com
brian.warren@pncbank.com
bridget.haggerty@pncbank.com
bruce.guiot@pncbank.com
carol.cozen@pncbank.com
carol.plucinnik@pncbank.com
carol.woody@pncbank.com
cathleen.smitreski@pncbank.com
cathy.petherick@pncbank.com
charles.black@pncbank.com
charles.harris@pncbank.com
charlie.oneill@pncbank.com
charlotte.mclaughlin@pncbank.com
chris.panza@pncbank.com
christine.koch@pncbank.com
craig.dunn@pncbank.com
curtis.watters@pncbank.com
cynthia.walker@pncbank.com
dale.dominick@pncbank.com
daniel.behrend@pncbank.com
daniel.keane@pncbank.com
daniel.teed@pncbank.com
david.brune@pncbank.com
david.everly@pncbank.com
david.lentz@pncbank.com
david.saletta@pncbank.com

david.templeton@pncbank.com
deborah.andrews@pncbank.com
diana.jones@pncbank.com
donald.ames@pncbank.com
donald.berdine@pncbank.com
donald.pettler@pncbank.com
douglas.shaffer@pncbank.com
dv.davis@pncbank.com
edgar.loring@pncbank.com
elizabeth.burnett@pncbank.com
emilia.marisco@pncbank.com
emily.dryden@pncbank.com
erik.vadeika@pncbank.com
eugene.becker@pncbank.com
eugene.stone@pncbank.com
francis.aloi@pncbank.com
francis.keene@pncbank.com
francis.ogrady@pncbank.com
funso.doherty@pncbank.com
gail.zilka@pncbank.com
george.wong@pncbank.com
glenn.metzger@pncbank.com
greg.fischer@pncbank.com
greg.kahofer@pncbank.com
greg.weirich@pncbank.com
gregory.harris@pncbank.com
h.scott.cunningham@pncbank.com
henry.hummel@pncbank.com
j.vanbuchanan@pncbank.com
jack.broeren@pncbank.com
jack.gillette@pncbank.com
james.bernier@pncbank.com
james.bondelid@pncbank.com
james.dunigan@pncbank.com
james.hutchinson@pncbank.com
james.kolovos@pncbank.com
james.kubaney@pncbank.com
james.morton@pncbank.com
jane.mcdevitt@pncbank.com
jane.michael@pncbank.com
janet.mangano@pncbank.com
jason.marshall@pncbank.com
jeffrey.kleintop@pncbank.com
jeffrey.wolfanger@pncbank.com
jennifer.crimmins@pncbank.com
jeremi.dehainaut@pncbank.com
jim.kinsman@pncbank.com
jim.maze@pncbank.com
john.canally@pncbank.com
john.culbertson@pncbank.com
john.cupelo@pncbank.com
john.dewey@pncbank.com
john.hagan@pncbank.com
john.hodges@pncbank.com
john.minsker@pncbank.com
john.robertson@pncbank.com
john.sofis@pncbank.com
john.ward@pncbank.com
jonathan.lewis@pncbank.com
joseph.ciufo@pncbank.com

joseph.lantz@pncbank.com
julie.ford@pncbank.com
justin.bertram@pncbank.com
justine.obrien-holmes@pncbank.com
katherine.gibson@pncbank.com
kathleen.amshoff@pncbank.com
kathleen.crow@pncbank.com
keith.aleardi@pncbank.com
keith.eby@pncbank.com
kenneth.eirkson@pncbank.com
kevin.birmingham@pncbank.com
kevin.wilson@pncbank.com
kirsten.connolly@pncbank.com
kristen.garton@pncbank.com
lacy.letenoff@pncbank.com
linda.trout@pncbank.com
lisa.docs@pncbank.com
lisa.goldhamer@pncbank.com
lorraine.zysk@pncbank.com
mark.batty@pncbank.com
mark.busher@pncbank.com
mark.evanco@pncbank.com
mark.fleming@pncbank.com
mark.hanson@pncbank.com
marlena.stevens@pncbank.com
martin.goldenbaum@pncbank.com
mary.durkosh@pncbank.com
maryann.magdich@pncbank.com
maryhelen.myles@pncbank.com
matthew.lifson@pncbank.com
matthew.mcguirk@pncbank.com
matthew.yanni@pncbank.com
michael.ball@pncbank.com
michael.broe@pncbank.com
michael.hrycenko@pncbank.com
michael.scharfe@pncbank.com
nancy.pryor@pncbank.com
nathan.oakley@pncbank.com
nicole.meister@pncbank.com
pam.mccready@pncbank.com
patricia.leib@pncbank.com
patrick.gibson@pncbank.com
patrick.kern@pncbank.com
patrick.wallace@pncbank.com
paul.emata@pncbank.com
paul.kosiba@pncbank.com
peter.albano@pncbank.com
peter.ferrise@pncbank.com
peter.francek@pncbank.com
peter.kempf@pncbank.com
peter.rolfsen@pncbank.com
peter.vanwinkle@pncbank.com
phil.austin@pncbank.com
rachel.zhang@pncbank.com
ralph.hood@pncbank.com
randall.king@pncbank.com
ray.scholtz@pncbank.com
rea.miller@pncbank.com
richard.carnes@pncbank.com
richard.dameron@pncbank.com

richard.fiedorek@pncbank.com
richard.henry@pncbank.com
richard.mauro@pncbank.com
richard.padgham@pncbank.com
richard.yarmey@pncbank.com
rick.wayne@pncbank.com
robert.bouhl@pncbank.com
robert.murgenovich@pncbank.com
robert.parrella@pncbank.com
robert.rohm@pncbank.com
robert.sahlfeld@pncbank.com
robert.stauffer@pncbank.com
robert.warth@pncbank.com
ronald.blankenbuehler@pncbank.com
sandra.weck@pncbank.com
scott.kroll@pncbank.com
sergei.baranovsky@pncbank.com
sherry.costanzo@pncbank.com
stephen.winterstein@pncbank.com
steve.bellman@pncbank.com
steve.kelly@pncbank.com
steve.pearson@pncbank.com
steven.pena@pncbank.com
steven.shapiro@pncbank.com
suanna.rockwell@pncbank.com
susan.blake@pncbank.com
susan.egger@pncbank.com
terry.strange@pncbank.com
thomas.henry@pncbank.com
thomas.hermann@pncbank.com
thomas.obrien@pncbank.com
thomas.poskin@pncbank.com
tom.calimano@pncbank.com
tom.kendrat@pncbank.com
tom.mcgrane@pncbank.com
tony.romero@pncbank.com
tracey.smith@pncbank.com
valerie.gay@pncbank.com
vickie.detorre@pncbank.com
victor.maccagnan@pncbank.com
w.bruce.vetter@pncbank.com
warren.shaw@pncbank.com
wayne.koble@pncbank.com
william.cevallos@pncbank.com
william.gorman@pncbank.com
william.keller@pncbank.com
william.long@pncbank.com
william.melrose@pncbank.com
zi.jung@pncbank.com
michael.rost@pncequity.com
peter.neumayer@pnconsult.de
jackerman@mail.pnm.com
mmarzec@mail.pnm.com
akira_kamimura@po.fujisawa.co.jp
efujimura453962@po.yasuda.co.jp
harold.johnson@po.state.ct.us
hisashi_hosokawa@po.fujisawa.co.jp
katouk@po.jsf.co.jp
kazufumi_ohashi@po.fujisawa.co.jp
k-bond@po.minc.ne.jp

kenmotih@po.jsf.co.jp
ksuda241813@po.yasuda.co.jp
kyamada190904@po.yasuda.co.jp
leeann.palladino@po.state.ct.us
miyosik@po.jsf.co.jp
motidus@po.jsf.co.jp
nagoyak@po.jsf.co.jp
nakajik@po.jsf.co.jp
nakazak@po.jsf.co.jp
sendaik@po.jsf.co.jp
shiozaki-y@po.jsf.co.jp
susan.sweeney@po.state.ct.us
tamaiy@po.jsf.co.jp
tsekine445954@po.yasuda.co.jp
ykikkawa608904@po.yasuda.co.jp
yshigeta063863@po.yasuda.co.jp
abet@po2.jsf.co.jp
akasakah@po2.jsf.co.jp
minagah@po2.jsf.co.jp
murasat@po2.jsf.co.jp
sinodat@po2.jsf.co.jp
sugayat@po2.jsf.co.jp
sugimok@po2.jsf.co.jp
tagutit@po2.jsf.co.jp
yamagus@po2.jsf.co.jp
zinzaa@po2.jsf.co.jp
cramos@pobox.upenn.edu
hkreider@pobox.upenn.edu
invest@pobox.upenn.edu
christian.jansson@pohjola.com
esko.lahtinen@pohjola.com
marko.utriainen@pohjola.com
miia.salovaara@pohjola.fi
makhlos@polaroid.com
cblum@pomonacapital.com
ftaylor@ponderco.com
jcheney@ponderco.com
jeberly@pop.net
lleiberman@pop.net
mcp1@pop.net
rsearle@pop.net
thomas.keller@pop.lbbw.de
giuseppe.miretta@poplodi.it
gvismara@poplodi.it
sorini@poplodi.it
andrea.masoli@popso.it
claudio.bongiolatti@popso.it
dario.dellacagnoletta@popso.it
enrico.zadra@popso.ch
gestioni.patrimoniali@popso.it
intermediazione@popso.it
lorenzo.fomasi@popso.it
lorenzo.tenni@popso.it
marcello.betto@popso.it
marco.romanelli@popso.ch
mario.erba@popso.it
massimiliano.casini@popso.ch
matteo.porro@popso.ch
paolo.fumagalli@popso.ch
pietro.codoni@popso.ch

pietro.scibona@popso.it
renato.petrelli@popso.it
sandro.scalabrino@popso.it
scalcagnini@popvi.it
amarsh@portagebank.com
jonas.strom@portcapital.com
mdurica@portfoliocapital.com
mcarson@post.harvard.edu
ado.keber@postbank.lu
alexander.breidenassel@postbank.de
alexander.schumacher@postbank.de
andre.schuetz@postbank.de
andre.schumacher@postbank.lu
andrea.spiniello@postbank.de
andreas.fenner@postbank.de
andreas.funk@postbank.de
andreas.kraemer@postbank.de
ascan.iredi@postbank.de
axel.hinzmann@postbank.de
bernard.kleene@postbank.de
bernhard.dommermuth@postbank.de
bilal.topcu@postbank.de
birgit.hauser@postbank.de
brian.mandt@postbank.de
carsten.stillbauer@postbank.de
christian.herter@postbank.de
christoph.sprenger@postbank.de
danika.oneal@postbank.de
dominik.petri@postbank.de
dr.jan-alexander.posth@postbank.de
egbert.klinski@postbank.de
eugen.hamann@postbank.de
eusebio.garre@postbank.de
fondadministration@postbank.lu
frank.mueller@postbank.de
georg.briele@postbank.de
geraldchristoph.dorsch@postbank.de
gerhard.thoms@postbank.de
guido.behrendt@postbank.de
hans-juergen.reuvers@postbank.de
hartwig.oberfeld@postbank.de
holger.dahlke@postbank.lu
horst.kuepker@postbank.de
horst.willemse@postbank.de
ingo.loehrl@postbank.de
irene.eppers@postbank.lu
ivonne.gessinger@postbank.lu
jens.kaessner@postbank.de
joerg.kesting@postbank.de
johannes.maier@postbank.de
juergen.klaus@postbank.de
karl.kronnagel@postbank.de
klaus.ripper@postbank.de
lars.stoy@postbank.de
loukas.rizos@postbank.de
manfred.stiller@postbank.de
marc.burkhard@postbank.de
marc.heimeroth@postbank.de
marcus.dr.chromik@postbank.de
marita.schaaf@postbank.lu

| | | |
|---|---|---|
| markus.diebel@postbank.de | ulrika.bagge@posten.se | joanne.bianco@ppmamerica.com |
| markus.karstaedt@postbank.de | dhumphries@potomacasset.com | joe.schohn@ppmamerica.com |
| markus.schloemann@postbank.de | hyla.holmes@ppm.com | joel.brown@ppmamerica.com |
| martina.mertens@postbank.de | sarah.williams@ppm.com | john.heshelman@ppmamerica.com |
| mary.stavrou@postbank.de | craddis@ppmamerica.com | john.stark@ppmamerica.com |
| matthias.gramb@postbank.de | adam.spielman@ppmamerica.com | john.sunu@ppmamerica.com |
| michael.braun@postbank.de | afrim.ponik@ppmamerica.com | john.walding@ppmamerica.com |
| michael.fey@postbank.de | al.zick@ppmamerica.com | ken.parch@ppmamerica.com |
| michael.hoesgen@postbank.de | amy.melevage@ppmamerica.com | kent.born@ppmamerica.com |
| michael.schlosser@postbank.de | andrew.arbesman@ppmamerica.com | kevin.mccloskey@ppmamerica.com |
| michael.winkler@postbank.de | andy.schleiger@ppmamerica.com | kim.monstvil@ppmamerica.com |
| mohammad.montu@postbank.de | bill.doyle@ppmamerica.com | kliton.duri@ppmamerica.com |
| nils.stoerling@postbank.de | bill.eastwood@ppmamerica.com | laura.adelman@ppmamerica.com |
| oliver.diemke@postbank.de | bob.graham@ppmamerica.com | laura.reepmeyer@ppmamerica.com |
| paul-gerhard.ebel@postbank.de | brad.panganiban@ppm.america.com | laura.zimmer@ppmamerica.com |
| peter.scheffel@postbank.de | brian.manczak@ppmamerica.com | leandra.knes@ppmamerica.com |
| peter.trosker@postbank.de | brian.schuster@ppmamerica.com | lindsay.havig@ppmamerica.com |
| petra.steves@postbank.de | brion.johnson@ppmamerica.com | lisa.stojak@ppmamerica.com |
| petra.wittmeier@postbank.de | bruce.gorchow@ppmamerica.com | lori.galayda@ppmamerica.com |
| poba-kundenhandel@postbank.de | calvin.walker@ppmamerica.com | luciano.morelli@ppmamerica.com |
| ralf-peter.dorow@postbank.de | carol.mchugh@ppmamerica.com | luke.lau@ppmamerica.com |
| regis.weiler@postbank.lu | carol.schweidel@ppmamerica.com | luke.stifflear@ppmamerica.com |
| reiner.pfeifferling@postbank.de | catherine.drake@ppmamerica.com | marc.sullivan@ppmamerica.com |
| richard.schmidt@postbank.de | catherine.quinn@ppmamerica.com | mark.kim@ppmamerica.com |
| robert.kamp@postbank.de | chris.brown@ppmamerica.com | mark.klipsch@ppmamerica.com |
| robert.mccormack@postbank.de | chris.raub@ppmamerica.com | mark.redfearn@ppmamerica.com |
| robin.estenfelder@postbank.de | chris.schlosser@ppmamerica.com | mark.vandenherik@ppmamerica.com |
| roman.gieck@postbank.de | christopher.kappas@ppmamerica.com | mary.battaglia@ppmamerica.com |
| ronald.graf@postbank.de | chuck.james@ppmamerica.com | matt.dean@ppmamerica.com |
| sabine.nowak@postbank.de | colin.robina@ppmamerica.com | matt.robbins@ppmamerica.com |
| sbosch@postbank.de | craig.close@ppmamerica.com | matt.woodruff@ppmamerica.com |
| stamatia.kavadia@postbank.de | craig.smith@ppmamerica.com | michael.dire@ppmamerica.com |
| stefan.besendorfer@postbank.de | curt.burns@ppmamerica.com | michael.harrington@ppmamerica.com |
| stefan.hollidt@postbank.de | dan.lepre@ppmamerica.com | michael.mackinnon@ppmamerica.com |
| stefan.karbach@postbank.de | dave.wagner@ppmamerica.com | mike.camasta@ppmamerica.com |
| stefan.soellner@postbank.de | david.dieffenbacher@ppmamerica.com | mike.kennedy@ppmamerica.com |
| stefan.wald@postbank.de | david.frizzie@ppmamerica.com | mike.laskowski@ppmamerica.com |
| steffen.buchwald@postbank.de | david.grzesiak@ppmamerica.com | mstaub@ppmamerica.com |
| steffen.schattner@postbank.de | david.seay@ppmamerica.com | mwilley@ppmamerica.com |
| steffen.vonhof@postbank.de | david.zachar@ppmamerica.com | nelson.zamora@ppmamerica.com |
| susann.gunten@postbank.de | denise.hlad@ppmamerica.com | nicole.kidder@ppmamerica.com |
| sven.becker@postbank.de | ed.sun@ppmamerica.com | nicole.lawrence@ppmamerica.com |
| sven.thomas@postbank.de | eddie.hebert@ppmamerica.com | philip.stec@ppmamerica.com |
| thomas.jost@postbank.de | elizabeth.thomas@ppmamerica.com | rich.brody@ppmamerica.com |
| thomas.marek@postbank.de | eric.bailey@ppmamerica.com | robert.broseman@ppmamerica.com |
| thomas.merz@postbank.de | erica.stokke@ppmamerica.com | robert.lin@ppmamerica.com |
| thomas.stengl@postbank.de | gary.ng@ppmamerica.com | robert.rudolph@ppmamerica.com |
| thomas.stockmann@postbank.lu | greg.moldovanyi@ppmamerica.com | robert.schmid@ppmamerica.com |
| tumat@postbank.de | hide.yamakawa@ppmamerica.com | sam.fusco@ppmamerica.com |
| ulrich.geuss@postbank.de | j.demberio@ppmamerica.com | sam.yee@ppmamerica.com |
| ulrich.nowak@postbank.de | james.damron@ppmamerica.com | sandhya.mullangi@ppmamerica.com |
| uwe.nagel@postbank.de | jason.kennedy@ppmamerica.com | sandy.szakach@ppmamerica.com |
| uwe.sass@postbank.de | jay.dietrich@ppmamerica.com | sarah.williams@ppmamerica.com |
| volker.amspach@postbank.de | jeff.moran@ppmamerica.com | scott.richards@ppmamerica.com |
| volker.armspach@postbank.de | jennifer.haidu@ppmamerica.com | sheila.sohr@ppmamerica.com |
| walter.schmidt@postbank.de | jill.thomas@ppmamerica.com | sheri.blacher@ppmamerica.com |
| winfried.mittne@postbank.lu | jim.cox@ppmamerica.com | stuart.lissner@ppmamerica.com |
| wolfgang.dahrmoeller@postbank.de | jim.elliott@ppmamerica.com | sundeep.mullangi@ppmamerica.com |
| wolfgang.ewig@postbank.de | jim.young@ppmamerica.com | susan.perrino@ppmamerica.com |
| dick.fredrikson@posten.se | jjlegg@ppmamerica.com | sylvia.fulk@ppmamerica.com |

terry.coleman@ppmamerica.com
tim.kominiarek@ppmamerica.com
tony.balestrieri@ppmamerica.com
ying.timmermann@ppmamerica.com
senzo.hlangu@ppm-sa.com
joanna.ong@ppm-sing.com
alison.browning_jones@ppm-uk.com
barlaj.brah@ppm-uk.com
clare.kostiaev@ppm-uk.com
david.docherty@ppm-uk.com
gary.clarke@ppm-uk.com
gary.mcnamara@ppm-uk.com
howard.soley@ppm-uk.com
ina.decker@ppm-uk.com
jeremy.richards@ppm-uk.com
jo.pink@ppm-uk.com
karen.cleary@ppm-uk.com
karen.howard@ppm-uk.com
mark.crutchley@ppm-uk.com
mark.patterson@ppm-uk.com
mike.ramsay@ppm-uk.com
philip.may@ppm-uk.com
rob.crimes@ppm-uk.com
robert.barrett@ppm-uk.com
sam.bathia@ppm-uk.com
sarah.bagnall@ppm-uk.com
sarah.redhead@ppm-uk.com
stephen.connolly@ppm-uk.com
steve.whitehead@ppm-uk.com
jamie.dixon@pramericafi.com
michiel.vonsaher@pramericafi.com
caroline.refell@pramericafinancial.com
donna.cabral@pramericafinancial.com
edward.farley@pramericafinancial.com
rebecca.irwin@pramericafinancial.com
cchan@preferredbank.com
rpun@preferredbank.com
andrea.novarese@premafin.hp.it
andrea.crepaz@premafinhp.it
karyn.ovelmen@premcor.com
dms@premierassetmanagement.com
jmr@premierassetmanagement.com
jts@premierassetmanagement.com
mat@premierassetmanagement.com
th@premierassetmanagement.com
alexr@premierfunds.co.uk
andreww@premierfunds.co.uk
kennethw@premierfunds.co.uk
rick@presaz.com
espear@presidentiallife.com
jherlihy@presidentiallife.com
jleone@presidentiallife.com
jmonacelli@presidentiallife.com
mabrams@presidentiallife.com
mgeevarghese@presidentiallife.com
srubin@presidentiallife.com
eric@presidiomanagement.com
knoe@presidiomanagement.com
pbest@presidiomanagement.com
pmartin@presidiomanagement.com

vbrady@presidiomanagement.com
wbrady@presidiomanagement.com
gdyer@presidiomanagment.com
schang@presidiomangement.com
dcaputo@pressprich.com
jcalvo@pressprich.com
jcarroll@pressprich.com
jwalker@pressprich.com
lmilstein@pressprich.com
vpulidore@pressprich.com
leiding.gerd@preussag.com
lencastre@prever.com.br
ldagostino@previdenza.com
terence.wong@pricoacapital.com
pauline.dennehy@primark.com
barry@primarytrendfunds.com
christine@primco.com
david@primco.com
george@primco.com
jamie@primco.com
janzalone@primco.com
ken@primco.com
kevin@primco.com
kim@primco.com
ling@primco.com
lisa@primco.com
rick@primco.com
robk@primco.com
sam@primco.com
stevej@primco.com
stevew@primco.com
cemuskali@primecapital.com
aadesai@princeton.edu
aandriko@princeton.edu
aapatel@princeton.edu
adaml@princeton.edu
aditig@princeton.edu
aharoon@princeton.edu
airwin@princeton.edu
amcelroy@princeton.edu
amengual@princeton.edu
amild@princeton.edu
amkatz@princeton.edu
amneal@princeton.edu
amohan@princeton.edu
amukherj@princeton.edu
amwu@princeton.edu
arhudson@princeton.edu
arkenned@princeton.edu
arr@princeton.edu
asternbe@princeton.edu
azawadow@princeton.edu
bakiciol@princeton.edu
bbartlet@princeton.edu
bbunker@princeton.edu
beugnies@princeton.edu
blinder@princeton.edu
bmalkiel@princeton.edu
bmcguire@princeton.edu
bordelon@princeton.edu

burick@princeton.edu
bvirbits@princeton.edu
bxue@princeton.edu
cfung@princeton.edu
chenlu@princeton.edu
chuanw@princeton.edu
cmccarth@princeton.edu
cparkhur@princeton.edu
cstassen@princeton.edu
csutherl@princeton.edu
dachengx@princeton.edu
dafner@princeton.edu
davuluri@princeton.edu
dblair@princeton.edu
dchoi@princeton.edu
dcraver@princeton.edu
dianwang@princeton.edu
dlevit@princeton.edu
dlu@princeton.edu
dmoraru@princeton.edu
drwalsh@princeton.edu
eamonoo@princeton.edu
ehildner@princeton.edu
emeikleh@princeton.edu
eonodugo@princeton.edu
estaley@princeton.edu
estebang@princeton.edu
eweyl@princeton.edu
faisala@princeton.edu
fbianchi@princeton.edu
fnaim@princeton.edu
fongc@princeton.edu
fpapakon@princeton.edu
fschwart@princeton.edu
gabriela@princeton.edu
ganesh@princeton.edu
gara@princeton.edu
gbrumen@princeton.edu
gerbaldi@princeton.edu
gjgray@princeton.edu
glam@princeton.edu
goldlust@princeton.edu
grabate@princeton.edu
hhong@princeton.edu
hkaya@princeton.edu
hosfield@princeton.edu
hsshin@princeton.edu
huilee@princeton.edu
hyunchoi@princeton.edu
hzaman@princeton.edu
hzwu@princeton.edu
icheng@princeton.edu
jadem@princeton.edu
jboyer@princeton.edu
jcacho@princeton.edu
jcltwo@princeton.edu
jdunn@princeton.edu
jgwang@princeton.edu
jingjinz@princeton.edu
jinyan@princeton.edu

jjacod@princeton.edu
jmac@princeton.edu
joses@princeton.edu
jpetsoul@princeton.edu
jqfan@princeton.edu
jrojas@princeton.edu
jseigel@princeton.edu
jtessin@princeton.edu
jvisokom@princeton.edu
ko@princeton.edu
kyu@princeton.edu
lejohnso@princeton.edu
liebmann@princeton.edu
lkostove@princeton.edu
lminott@princeton.edu
lschulz@princeton.edu
ltom@princeton.edu
lveraart@princeton.edu
markus@princeton.edu
mbachand@princeton.edu
mbilgili@princeton.edu
mboisot@princeton.edu
mgenc@princeton.edu
mgidusko@princeton.edu
mhays@princeton.edu
mhummer@princeton.edu
milbradt@princeton.edu
mjayakum@princeton.edu
mjweinbe@princeton.edu
moehmke@princeton.edu
molinaro@princeton.edu
mp3@princeton.edu
mschonge@princeton.edu
mseng@princeton.edu
mshams@princeton.edu
msong@princeton.edu
mulvey@princeton.edu
myogo@princeton.edu
ncojocar@princeton.edu
nitinj@princeton.edu
npereira@princeton.edu
nsaksena@princeton.edu
nzelizer@princeton.edu
pbabb@princeton.edu
pbartlet@princeton.edu
pbewerun@princeton.edu
petewang@princeton.edu
popescua@princeton.edu
ppetresc@princeton.edu
pren@princeton.edu
pstein@princeton.edu
rajashek@princeton.edu
rcarmona@princeton.edu
reinhard@princeton.edu
rgambira@princeton.edu
rgreeno@princeton.edu
rgromero@princeton.edu
rwsimmon@princeton.edu
rxing@princeton.edu
sbkahn@princeton.edu

senedhun@princeton.edu
shengx@princeton.edu
shiliang@princeton.edu
shkang@princeton.edu
shoda@princeton.edu
shuangy@princeton.edu
sinonsen@princeton.edu
sircar@princeton.edu
slansing@princeton.edu
slindset@princeton.edu
smahon@princeton.edu
smchen@princeton.edu
snatoch@princeton.edu
ssung@princeton.edu
stmetsov@princeton.edu
sxue@princeton.edu
szetan@princeton.edu
thines@princeton.edu
tjohn@princeton.edu
tsun@princeton.edu
tvanderz@princeton.edu
tzhao@princeton.edu
velbert@princeton.edu
vmoissin@princeton.edu
vrosenth@princeton.edu
wendellc@princeton.edu
whessert@princeton.edu
wjsulliv@princeton.edu
wlayton@princeton.edu
wookim@princeton.edu
woongp@princeton.edu
wxiong@princeton.edu
xiantang@princeton.edu
xinghu@princeton.edu
xtan@princeton.edu
yacine@princeton.edu
yaowang@princeton.edu
yihanf@princeton.edu
yingho@princeton.edu
yingj@princeton.edu
yjian@princeton.edu
yuanbol@princeton.edu
yuhongl@princeton.edu
zhiguohe@princeton.edu
zjzhang@princeton.edu
zxiao@princeton.edu
zyap@princeton.edu
abiola.abby@principal.com
albin.kirk@principal.com
albright.dave@principal.com
alt.tim@principal.com
anantakrishnan.lakshman@principal.com
ayer.zeid@principal.com
baymiller.jon@principal.com
bennett.scott@principal.com
bergan.travis@principal.com
best.rob@principal.com
bishop.jack@principal.com
blake.david@principal.com
bogart.jerry@principal.com

bruce.dick@principal.com
brustkern.scott@principal.com
camp.herb@principal.com
carson.byron@principal.com
carson.scott@principal.com
cataldo.bob@principal.com
chapman.jay@principal.com
christians.jeffrey@principal.com
clark.sarah.e@principal.com
coulson.rich@principal.com
custis.margie@principal.com
dagostino.michael@principal.com
dasilva.robert@principal.com
davidson.jon@principal.com
davis.bryan@principal.com
denkinger.mark@principal.com
donahue.mark@principal.com
donaldson.bryan@principal.com
doudna.jon.d@principal.com
drees.doug@principal.com
dummer.marcus@principal.com
everett.todd@principal.com
fischer.deena@principal.com
fought.catherine@principal.com
francis.dennis@principal.com
freese.chris@principal.com
gajerawala.jaideep@principal.com
gerard.paul@principal.com
gibson.dawn.m@principal.com
gilbert.tim@principal.com
gleichman.allison@principal.com
gosnell.maggie@principal.com
gronau.jarad@principal.com
grossman.kelly@principal.com
gunkel.jackie@principal.com
guns.elizabeth@principal.com
haigh.jason@principal.com
halsne.crystal@principal.com
halter.pat@principal.com
harmsen.tami@principal.com
hass.rachel@principal.com
hernandez.javier@principal.com
hornickel.maggie@principal.com
hotchkiss.terry@principal.com
houchin.jeff@principal.com
huff.mike@principal.com
huffman.cherie@principal.com
in.soonok@principal.com
ingram.amanda@principal.com
isley.erika@principal.com
iverson.troy@principal.com
jiroutek.bob@principal.com
johnson.mike@principal.com
johnson.stace@principal.com
jones.clint@principal.com
jorge.julio@principal.com
kain.scott@principal.com
kamper.sasha@principal.com
karstrom.mark@principal.com
koele.jeff@principal.com

koenigsaecker.brooke@principal.com
koh.keith@principal.com
kooienga.mark@principal.com
krueger.doug@principal.com
lay.roger@principal.com
ledlie.jolene@principal.com
lehman2@exchange.principal.com
leinoff.andrew@principal.com
li.brayton@principal.com
marin.bob@principal.com
mayer.chris@principal.com
mcgee.deb@principal.com
menken.dennis@principal.com
michels.john@principal.com
mikesell.anne@principal.com
miller.chad@principal.com
miller.shayne@principal.com
mitchell.tom.f@principal.com
mitchell.tom@principal.com
nadermann.brian@principal.com
nagger.erez@principal.com
noga.david@principal.com
oczkowski.michael@principal.com
perez.jonathan@principal.com
peris.eduardo@principal.com
peterson.marc@principal.com
phillips.steph@principal.com
playle.sarah@principal.com
popp.jennifer@principal.com
prall.connie@principal.com
primeau.david@principal.com
raley.sarah@principal.com
ramzy.austin@principal.com
reeg.eric@principal.com
reeg.gloria@principal.com
reeg.tracy@principal.com
riggins.sarah@principal.com
robertson.alice@principal.com
rowley.russ@principal.com
ryan.erin@principal.com
ryan.john@principal.com
saeger.erich@principal.com
sams.scott@principal.com
schneider.steven@principal.com
schoening.julie@principal.com
siebel.aaron@principal.com
silver.joan@principal.com
smith.darrin@principal.com
sollars.heath@principal.com
soppe.corey@principal.com
sovereign.ryan@principal.com
spencer.sarah@principal.com
stange.lisa@principal.com
stephany.brenda@principal.com
sterling.amy@principal.com
stoermer.brad@principal.com
sutcliffe.spencer@principal.com
tang-varner.min@principal.com
taylor.jon@principal.com
ternes.kyle@principal.com

terpstra.brian@principal.com
thomsen.troy@principal.com
tietz.rob@principal.com
vandenberg.mark@principal.com
vanmersbergen.kristin@principal.com
vonnahme.eddie@principal.com
walker.john.m@principal.com
warren.andy@principal.com
waugh.dick@principal.com
weirup.jed@principal.com
westcott.andrew@principal.com
white.derek@principal.com
wise.tami@principal.com
ikast@privat.dk
moresi@privata.ch
tberry@privateadvisors.com
a.chausseblanche@probtp.com
af.evroux@probtp.com
c.jouan@probtp.com
d.desaivre@probtp.com
e.roux@probtp.com
f.begic@probtp.com
i.mouallim@probtp.com
jp.eyok@probtp.com
m.ange@probtp.com
p.emmenecker@probtp.com
p.ramadier@probtp.com
s.matalon@probtp.com
dafried1@prodigy.net
j.hahn@proequity.com
gianluca.tomei@profilosgr.it
bwinwood@progbank.com
dwharton@progbank.com
anthony_grandolfo@progressive.com
ashish_bordia@progressive.com
ayo_munford@progressive.com
bill_cody@progressive.com
carrie_skaggs@progressive.com
dbenson@progressive.com
diane_boich@progressive.com
dominic_j_visco@progressive.com
eleanora_crosby@progressive.com
evelyn_erb@progressive.com
ilona_k_daw-krizman@progressive.com
jonathan_bauer@progressive.com
joseph_zhu-carnevale@progressive.com
kevin_went@progressive.com
lisa_m._stelmack@progressive.com
loren_letteau@progressive.com
nhu_bragg@progressive.com
patrick_s_brennan@progressive.com
rsaraf1@progressive.com
sandy_richards@progressive.com
steven_anderson@progressive.com
a.colandrea@promos.it
e.fiorentino@promos.it
l.devivo@promos.it
m.florio@promos.it
m.rossi@promos.it
v.malasomma@promos.it

cpittman@prospectsecurities.com
jcate@prospectsecurities.com
sjohnson@prospectsecurities.com
heiko.jagemann@protection-re.com
adam.adrian@protective.com
belinda.bradley@protective.com
bill.heath@protective.com
cthigpen@protective.com
diane.griswold@protective.com
greg.hicks@protective.com
ivey_wade@protective.com
jackie_lucas@protective.com
jared.wingard@protective.com
jimmy.k.adams@protective.com
jjohns@protective.com
john.roesle@protective.com
lance.black@protective.com
philip.passafiume@protective.com
rich.bielen@protective.com
steven.denny@protective.com
vallery.brown@protective.com
vita.bates@protective.com
vita.padalino@protective.com
webster.ray@protective.com
c.meyer@provalue.ch
email@provalue.ch
j.chidekel@provalue.ch
apapa@provbank.com
csbrooks@provbank.com
damiller@provbank.com
ecaywood@provbank.com
jcantrell@provbank.com
ljbeyer@provbank.com
rdjames@provbank.com
thiltner@provbank.com
bis.subramanian@provequity.co.uk
karim.tabet@provequity.co.uk
m.dominguez@provequity.com
mstewart@provequity.com
p.salem@provequity.com
t.winkler@provequity.com
alexey@providencefunds.com
greg@providencefunds.com
vince@providencefunds.com
erinchatwoo@provident.com
mleiper@provident.com
rtowne@providentbank.com
scwilliams@providentbank.com
ccarey@provident-bank.com
cwilliams1@provident-bank.com
dthomas@provident-bank.com
jjplum@provident-bank.com
rgravino@provident-bank.com
rhoverson@provident-bank.com
brad_gilbert@providentcompanies.com
gina_kane@providentcompanies.com
james_glascock@providentcompanies.com
jerry_knowles@providentcompanies.com
karen_lynch@providentcompanies.com
kathy_petty@providentcompanies.com

cgrant@providentmutual.com
klarrabee@providentmutual.com
kevin.ward@providentnj.com
pdarling@provincebankers.com
drucks@provinzial.com
gerd.lockert@provinzial.com
malte.kleindiek@provinzial.com
minkleid@provinzial.com
nellessk@provinzial.com
seeger@provinzial.com
stefan.bauer@provinzial.com
sylvia.wiensgoll@provinzial.com
verhalen@provinzial.com
abreuer@provinzial-online.de
hhedder@provinzial-online.de
mpernhorst@provinzial-online.de
sbrandt@provinzial-online.de
uandratschke@provinzial-online.de
apearl@provnet.com
awestreich@provnet.com
ayoshioka@provnet.com
bburch@provnet.com
bcarter@provnet.com
bclaybrook@provnet.com
bwilson@provnet.com
dfurth@provnet.com
djohnston@provnet.com
ghandtmann@provnet.com
jeff@provnet.com
jlandreth@provnet.com
jyoon@provnet.com
lrogers@provnet.com
lshriver@provnet.com
nbrines@provnet.com
rcampagna@provnet.com
rpark@provnet.com
skraus@provnet.com
sommanney@provnet.com
sperkins@provnet.com
tmitchell@provnet.com
twalklett@provnet.com
bmb.smb.fa.benchmarking@proximus.net
carine.mosselmans@proximus.net
koen.tackx@proximus.net
thierry.lambrechts@proximus.net
j.alvarez@prsint.com
j.arnold@prsint.com
n.delgado@prsint.com
p.castro@prsint.com
adam.goodwin@prudential.com
aida.soto@prudential.com
aimee.landes@prudential.com
akio.hashimoto@prudential.com
albert.trank@prudential.com
alexis.levine@prudential.com
alyssa.comiso@prudential.com
amanda.ross@prudential.com
andrea.kutscher@prudential.com
andrew.harnischfeger@prudential.com
anne.fifick@prudential.com

annie.ji@prudential.com
anumeet.sawhney@prudential.com
arvind.rajan@prudential.com
aslan.kanshaw@prudential.com
barbara.hermans@prudential.com
benjamin.steger@prudential.com
bernard.whitsett@prudential.com
bernard.winograd@prudential.com
bharat.mehta@prudential.com
bob.causey@prudential.com
bogdan.ianev@prudential.com
bonita.anderson@prudential.com
brad.patterson@prudential.com
brian.barnhurst@prudential.com
brian.clapp@prudential.com
brian.curran@prudential.com
brian.foster@prudential.com
brian.juliano@prudential.com
brian.k.ahrens@prudential.com
brian.lemons@prudential.com
brian.lodestro@prudential.com
brian.magee@prudential.com
brian.reppert@prudential.com
brian.thomas@prudential.com
bryan.raynor@prudential.com
carladesousa@prudential.com
carlos.arrom@prudential.com
carmen.gomez@prudential.com
carolina.rojas@prudential.com
catherine.cresswell@prudential.com
cathleen.paugh@prudential.com
cathy.hepworth@prudential.com
cheryl.akawie@prudential.com
cheryl.yanukonis@prudential.com
chris.mcalister@prudential.com
christi.hofmann@prudential.com
christine.mecka@prudential.com
christopher.baydar@prudential.com
christopher.connolly@prudential.com
christopher.noll@prudential.com
christopher.piros@prudential.com
christopher.rowe@prudential.com
claribel.almonte@prudential.com
colby.wheeler@prudential.com
cole.zucker@prudential.com
colleen.janiw@prudential.com
craig.dewling@prudential.com
dai.fan@prudential.com
daniel.schimel@prudential.com
daniel.thorogood@prudential.com
danielle.wolstromer@prudential.com
dave.woolford@prudential.com
david.barnard@prudential.com
david.bessey@prudential.com
david.delvecchio@prudential.com
david.jiang@prudential.com
david.mandel@prudential.com
david.mcdonald@prudential.com
david.winans@prudential.com
dean.lewallen@prudential.com

denise.m.taylor@prudential.com
dennis.bushe@prudential.com
dennis.hepworth@prudential.com
dmitry.dinces@prudential.com
donna.sells@prudential.com
doreen.melillo@prudential.com
douglas.fitzgerald@prudential.com
douglas.g.smith@prudential.com
douglas.spratley@prudential.com
dtyson@prudential.com
edward.blaha@prudential.com
edward.geyer@prudential.com
edward.l.campbell@prudential.com
edward.ory@prudential.com
edward.scheuer@prudential.com
elaine.rivera@prudential.com
elissa.steinberg@prudential.com
elitza.lear@prudential.com
elizabeth.halpin@prudential.com
ellen.gaske@prudential.com
emad.mahmoud@prudential.com
emmett.dockery@prudential.com
eric.dutaud@prudential.com
eric.giza@prudential.com
eric.morales@prudential.com
eric.shea@prudential.com
eric.sorensen@prudential.com
erica.piotrowski@prudential.com
erik.schiller@prudential.com
eugene.thomas@prudential.com
evan.scussel@prudential.com
evangeline.davis@prudential.com
everitt.sean@prudential.com
evgeny.nikitin@prudential.com
florence.reid@prudential.com
florence.s.chan@prudential.com
frank.duplak@prudential.com
frank.jones@prudential.com
frank.trumbour@prudential.com
gary.collins@prudential.com
gary.horbacz@prudential.com
gary.knapp@prudential.com
gary.kobernick@prudential.com
gary.neubeck@prudential.com
gary.wu@prudential.com
geoff.hazard@prudential.com
geoff.rea@prudential.com
george.edwards@prudential.com
gerilyn.tort@prudential.com
gerson.levin@prudential.com
gina.innarella@prudential.com
glen.baptist@prudential.com
gregory.drakes@prudential.com
gregory.polizotto@prudential.com
gyliane.morgan@prudential.com
hblake@prudential.com
helen.froyan@prudential.com
henry.balbirer@prudential.com
henry.hom@prudential.com
henry.wong@prudential.com

| | | |
|---|---|---|
| hong.chen@prudential.com | joseph.tully@prudential.com | matthew.angelucci@prudential.com |
| hugo.barth@prudential.com | josephine.newman@prudential.com | matthew.nastasi@prudential.com |
| ingrid.holm@prudential.com | joyce.condon@prudential.com | matthew.werner@prudential.com |
| jack.ambrosio@prudential.com | juan.espinoza@prudential.com | maxwell.smith@prudential.com |
| jack.gaston@prudential.com | judy.blaha@prudential.com | megan.joseph@prudential.com |
| jaime.lykes@prudential.com | julia.mclean@prudential.com | mehill.marku@prudential.com |
| james.herbst@prudential.com | jung-chiang.chang@prudential.com | melissa.barnett@prudential.com |
| james.mccrane@prudential.com | karen.murphy@prudential.com | meredith.hess@prudential.com |
| james.passavant@prudential.com | katarzyna.kozak@prudential.com | michael.campion@prudential.com |
| james.scott@prudential.com | katherine.barna@prudential.com | michael.collins@prudential.com |
| james.sullivan@prudential.com | katherine.chang@prudential.com | michael.haake@prudential.com |
| james_herbst@prudential.com | kay.willcox@prudential.com | michael.haigh@prudential.com |
| james3.russell@prudential.com | keith.telesca@prudential.com | michael.harari@prudential.com |
| jamie.kelner@prudential.com | kellie.chappell@prudential.com | michael.lemesevski@prudential.com |
| jamie.reilly@prudential.com | kelly.valli@prudential.com | michael.lenarcic@prudential.com |
| janet.crowe@prudential.com | ken.heard@prudential.com | michael.lorditch@prudential.com |
| jason.iannuzzi@prudential.com | kenneth.ruggiero@prudential.com | michael.macaluso@prudential.com |
| jeannie.moy@prudential.com | kevin.myers@prudential.com | michael.marinelli@prudential.com |
| jeffrey.angtuaco@prudential.com | kevin.o'meara@prudential.com | michael.niosi@prudential.com |
| jeffrey.healy@prudential.com | kimberley.frazier@prudential.com | michael.p.o'brien@prudential.com |
| jeffrey.pascarella@prudential.com | kurt.carlson@prudential.com | michael.paradis@prudential.com |
| jennifer.peda@prudential.com | kyle.hollargregory@prudential.com | michael.plosica@prudential.com |
| jennifer.rossi@prudential.com | kyuho.han@prudential.com | michael.rosner@prudential.com |
| jill.monaghan@prudential.com | leaia.keith@prudential.com | michael.schopin@prudential.com |
| jim.chen@prudential.com | leonard.santoro@prudential.com | michelle.gonnella@prudential.com |
| jim.diskin@prudential.com | leonel.escota@prudential.com | michelle.popola@prudential.com |
| jim.dolce@prudential.com | leslie.mccabe@prudential.com | miguel.thames@prudential.com |
| jim.m.murphy@prudential.com | linda.alicea@prudential.com | mike.lillard@prudential.com |
| joanna.samolej@prudential.com | linda.l.murray@prudential.com | mike.metsker@prudential.com |
| joanne.heintz@prudential.com | linda.nolan@prudential.com | miwa.ishii@prudential.com |
| jocelyn.friel@prudential.com | lisa.dabreau@prudential.com | monica.wong@prudential.com |
| jodi.smith@prudential.com | lisa.greene@prudential.com | msanchez@prudential.com |
| joe.lemanowicz@prudential.com | lisa.ilaria@prudential.com | nancy.sheola@prudential.com |
| joe.lombardi@prudential.com | lisa.liu@prudential.com | nerim.blakaj@prudential.com |
| joel.kallman@prudential.com | lorely.martinez.machin@prudential.com | newton.lam@prudential.com |
| joel.mahler@prudential.com | lori.wise@prudential.com | nicole.eccleston@prudential.com |
| joel.sklar@prudential.com | lorraine.guensch@prudential.com | nikola.ivanov@prudential.com |
| john.barnas@prudential.com | louis.kerry@prudential.com | nisha.m.patel@prudential.com |
| john.demeo@prudential.com | luisito.fernandez@prudential.com | nobel.kamberi@prudential.com |
| john.dipaolo@prudential.com | malcolm.dalrymple@prudential.com | noelle.lohmeyer@prudential.com |
| john.dittemer@prudential.com | mani.sabapathi@prudential.com | noha.negm@prudential.com |
| john.doherty@prudential.com | manoj.rengarajan@prudential.com | noreen.reilly@prudential.com |
| john.domingues@prudential.com | manolita.brasil@prudential.com | oliver.brassard@prudential.com |
| john.grucza@prudential.com | marchanille.folley@prudential.com | pallavi.golla@prudential.com |
| john.maley@prudential.com | marcus.perl@prudential.com | parag.pandya@prudential.com |
| john.mcintyre@prudential.com | margaret.stumpp@prudential.com | patricia.klaslo@prudential.com |
| john.paulsen@prudential.com | margaret.vitale@prudential.com | patrick.murrayhayden@prudential.com |
| john.praveen@prudential.com | maria.e.carrion@prudential.com | paul.appleby@prudential.com |
| john.rodrigues@prudential.com | maria.ng@prudential.com | paul.chen@prudential.com |
| john.shain@prudential.com | maria.petracca@prudential.com | paul.grasso@prudential.com |
| john.smigelsky@prudential.com | maria.tullo@prudential.com | paul.merrey@prudential.co.uk |
| john.vanbelle@prudential.com | maria.vasiliades@prudential.com | paul.parseghian@prudential.com |
| johnny.mak@prudential.com | marialena.sargentelli@prudential.com | paul.price@prudential.com |
| jonathan.hunt@prudential.com | marie.coppola@prudential.com | paul.zetterstrom@prudential.com |
| joseph.brophy@prudential.com | mariusz.banasiak@prudential.com | peter.carlson@prudential.com |
| joseph.dangelo@prudential.com | marjorie.champlin@prudential.com | peter.cody@prudential.com |
| joseph.lemanowicz@prudential.com | mark.grier@prudential.com | peter.cordrey@prudential.com |
| joseph.mollica@prudential.com | martha.tuttle@prudential.com | peter.freitag@prudential.com |
| joseph.savino@prudential.com | martin.lawlor@prudential.com | peter.j.decandia@prudential.com |
| joseph.schatz@prudential.com | mary.acosta@prudential.com | peter.kahn@prudential.com |

| | | |
|---|---|---|
| peter.nelson@prudential.com | scott.turner@prudential.com | zulfiqar.ali@prudential.com |
| philip.engel@prudential.com | scott.w.sweitzer@prudential.com | jcorrato@prudentialsavingsbank.com |
| phillip.huson@prudential.com | sergio.bernal@prudential.com | emily.feng@prufunds.com.tw |
| priscilla.ordonez@prudential.com | seth.kurland@prudential.com | yichun.shih@prufunds.com.tw |
| quant.research@prudential.com | shannon.calli@prudential.com | andrew_stanbury@prusec.com |
| rafal.niedzialek@prudential.com | sharon.carroll@prudential.com | anne_briglia@prusec.com |
| rajat.shah@prudential.com | shelley.sherer@prudential.com | beth_pietrangelo@prusec.com |
| ralph.visconti@prudential.com | spencer.phua@prudential.com | brendan_delaney@prusec.com |
| randy.hood@prudential.com | stephen.haeckel@prudential.com | brian_jaspers@prusec.com |
| raymond.ditzel@prudential.com | steve.ahrens@prudential.com | david_a_klein@prusec.com |
| renee.gallizzo@prudential.com | steve.koomar@prudential.com | david_tone@prusec.com |
| reny.thomas@prudential.com | steve.moehlman@prudential.com | drew_schoonmaker@prusec.com |
| rich.burns@prudential.com | steve.napoli@prudential.com | evan_evans@prusec.com |
| rich.crist@prudential.com | steve.saperstein@prudential.com | francesco_p_sinatra@prusec.com |
| rich.vaccaro@prudential.com | steven.crotteau@prudential.com | frank_mcconville@prusec.com |
| richard.albanese@prudential.com | steven.kellner@prudential.com | frank_s_sileo@prusec.com |
| richard.greenwood@prudential.com | steven.pearson@prudential.com | jack_tate@prusec.com |
| richard.hrabchak@prudential.com | steven.raab@prudential.com | joann_morano@prusec.com |
| richard.lossano@prudential.com | steven.tanz@prudential.com | joseph_castelluccio@prusec.com |
| richard.parent@prudential.com | stewart.wong@prudential.com | joyce_newman@prusec.com |
| richard.piccirillo@prudential.com | stuart.liebeski@prudential.com | keith_baird@prusec.com |
| richard.rogers@prudential.com | sunil.uppal@prudential.com | kelly_fogarty@prusec.com |
| richard.romano@prudential.com | susan.courtney@prudential.com | kerry_fogarty@prusec.com |
| richard.toner@prudential.com | susan.gaynor@prudential.com | michael_sealey@prusec.com |
| richard.wendell@prudential.com | susan.hickok@prudential.com | michelle_girard@prusec.com |
| rick.lynes@prudential.com | tara.morley@prudential.com | patricia_brosokas@prusec.com |
| rick.romano@prudential.com | temple.houston@prudential.com | patricia_kelly@prusec.com |
| riz.raja@prudential.com | terence.wheat@prudential.com | paul_j_thompson@prusec.com |
| robert.bayer@prudential.com | terrance.choi@prudential.com | robert_dowman@prusec.com |
| robert.browne@prudential.com | theodore.lockwood@prudential.com | robert_grogg@prusec.com |
| robert.franklin@prudential.com | thomas.chang@prudential.com | rory_hudson@prusec.com |
| robert.frascona@prudential.com | thomas.didia@prudential.com | sean_barry@prusec.com |
| robert.gromadski@prudential.com | thomas.roglieri@prudential.com | thomas_murdock@prusec.com |
| robert.mcmurray@prudential.com | thomas.vecchione@prudential.com | victoria_metherell@prusec.com |
| robert.scheurer@prudential.com | tiffany.fleming@prudential.com | william_kirby@prusec.com |
| robert.simone@prudential.com | tim.fetten@prudential.com | buffat@psai.ch |
| robert.spano@prudential.com | timothy.harth@prudential.com | champion@psai.ch |
| robert.tipp@prudential.com | todd.petersen@prudential.com | comes@psai.ch |
| robert.vargas@prudential.com | tom.liu@prudential.com | develey@psai.ch |
| robert.waas@prudential.com | tom.radwanski@prudential.com | fuochi@psai.com |
| robin.snyder@prudential.com | tom.terchek@prudential.com | traversa@psai.com |
| robyn.donahue@prudential.com | val.isayev@prudential.com | eang18@mail.pscnet.com.tw |
| robyn.gallegos@prudential.com | veronica.amati@prudential.com | eason@mail.pscnet.com.tw |
| rodney2.allen@prudential.com | vincent.palermo@prudential.com | irischang@mail.pscnet.com.tw |
| ronald.joelson@prudential.com | virginia.celebuski@prudential.com | michael2855@mail.pscnet.com.tw |
| rosanne.baruh@prudential.com | vladimir.arrieta@prudential.com | monroewu@mail.pscnet.com.tw |
| rosemary.zeppetella@prudential.com | wai.chiang@prudential.com | peterhs@mail.pscnet.com.tw |
| ross.smead@prudential.com | weishuo.lai@prudential.com | yolanda@mail.pscnet.com.tw |
| roxanne.lawrence@prudential.com | wesley.whiteman@prudential.com | aaron.gould@pseg.com |
| roy.hansel@prudential.com | william.bentley@prudential.com | mortin.plawner@pseg.com |
| ryan.kelly@prudential.com | william.chao@prudential.com | richard.teisch@pseg.com |
| samuel.silver@prudential.com | william.higgins@prudential.com | caesar@pshk.com.hk |
| sandra1.williams@prudential.com | william.hoagland@prudential.com | victorma@pshk.com.hk |
| santiago.fernandez@prudential.com | william.mcmanus@prudential.com | bpmelux1@pt.lu |
| scott.celia@prudential.com | william.roberts@prudential.com | cir@pt.lu |
| scott.donnelly@prudential.com | william.turner@prudential.com | dlucas@pt.lu |
| scott.hayward@prudential.com | xiaoming.fan@prudential.com | guccione@pt.lu |
| scott.motta@prudential.com | yasuhiro.akiyama@prudential.com | pneman@pt.lu |
| scott.simon@prudential.com | yves.trinquet@prudential.com | rominves@pt.lu |
| scott.swanson@prudential.com | yvonne.provost@prudential.com | sbjensen@pt.lu |

adrielpang@ptbni.com.sg
ccrm@ptbni.co.jp
diana@ptbni.com.sg
dodi@ptbni.com.sg
eriunanto@ptbni.com.sg
herry@ptbni.com.sg
paulinechen@ptbni.com.sg
totosuharto@ptbni.com.sg
trs@ptbni.co.jp
jtnb@ptd.net
nsbank@ptd.net
corey.galstan@ptsem.edu
t-iwasa@pub.taisei.co.jp
cjuste@public.ibercaja.es
ib301048@public.ibercaja.es
ib302031@public.ibercaja.es
imartin@public.ibercaja.es
josearc@public.ibercaja.es
joserac@public.ibercaja.es
jpalomar@public.ibercaja.es
mlobo@public.ibercaja.es
smf@public.ibercaja.es
beat.troehler@publica.ch
daniel.suetterlin@publica.ch
jose.gonzales@publica.ch
juan.wu@publica.ch
myriam.hildbrand@publica.ch
myriam.leuenberger@publica.ch
peter.reusser@publica.ch
werner.hertzog@publica.ch
co@publicbank.com.my
gkb@publicbank.com.my
lyp@publicbank.com.my
thk@publicbank.com.my
wongjs@publicbank.com.my
manjerovicg@publicfm.com
margolism@publicfm.com
schiebelk@publicfm.com
loris.nold@publicis.com
pierre.benaich@publicis.fr
jason.troller@email.publix.com
jerry.keen@email.publix.com
alewis@pugco.com
bgrama@pugco.com
prowan@pugco.com
bingram@pughcapital.com
mpugh@pughcapital.com
nmcfadden@pughcapital.com
sgreiwe@pughcapital.com
sorr@pughcapital.com
ylou@pughcapital.com
andrei.kobzar@puilaetco.be
benoit.bouche@puilaetco.be
bernard.coussee@puilaetco.com
bruno.du.bus@puilaetco.be
dirk.peeters@puilaetco.com
european.desk@puilaetco.com
florence.van.tomme@puilaetco.be
francois.dieryk@puilaetco.com
geoffrey.timmermans@puilaetco.com

isabelle.jacobs@puilaetco.com
jan.vantomme@puilaetco.com
johan.robbens@puilaetco.com
kris.motmans@puilaetco.com
laurence.triest@puilaetco.com
luc.van.malder@puilaetco.com
marc.engels@puilaetco.be
michelle.remy@puilaetco.com
olivier.colsoul@puilaetco.be
philippe.jungers@puilaetco.com
philippe.rochez@puilaetco.com
riet.vijgen@puilaetco.be
roald.borre@puilaetco.be
sambine.tomber@puilaetco.com
sophie.rouard@puilaetco.be
thomas.palmblad@puilaetco.com
xavier.hannaerts@puilaetco.com
christophe.vancanneyt@puilaetcodewaay.be
a_dimarzio@putnam.com
a_syed@putnam.com
aarya@putnam.com
adam_katz@putnam.com
adam_strout@putnam.com
adrian_chan@putnam.com
aidan_coghlan@putnam.com
akira_horii@putnam.com
alan_bronstein@putnam.com
albert_chan@putnam.com
alex_lupis@putnam.com
alex_rickson@putnam.com
alex_zinny@putnam.com
alexis_potts@putnam.com
alicia_m_alcantara@putnam.com
allen_shweitzer@putnam.com
allison_fitzgerald@putnam.com
allison_kessler@putnam.com
amanda_taplett@putnam.com
amrish_pattni@putnam.com
amy_hougland@putnam.com
amy_kaminski@putnam.com
amy_skaff@putnam.com
andres_montoya@putnam.com
andrew_chlumecky@putnam.com
andrew_fahey@putnam.com
andrew_graham@putnam.com
andrew_matteis@putnam.com
andrew_sommers@putnam.com
angela_patel@putnam.com
ann_hintzman@putnam.com
anna_bulkovshteyn@putnam.com
anna_mitelman@putnam.com
anthonie_wain@putnam.com
anthony_sutton@putnam.com
anton_simon@putnam.com
antonella_muscarella@putnam.com
april_goodman@putnam.com
austin_kairnes@putnam.com
aziz_ouldsfiya@putnam.com
b_connolly@putnam.com
b_libby@putnam.com

b_murray@putnam.com
barbara_hileman@putnam.com
bartlett_geer@putnam.com
bernie_crowley@putnam.com
beth_gorrie@putnam.com
beth_myruski@putnam.com
bethany_roy@putnam.com
beverly_young@putnam.com
bfarr@putnam.com
bill_kohli@putnam.com
bill_sullivan@putnam.com
blake_anderson@putnam.com
bob_fleming@putnam.com
bob_kea@putnam.com
bob_piepenburg@putnam.com
bora_kem@putnam.com
brad_greenleaf@putnam.com
braxton_zink@putnam.com
brett_browchuk@putnam.com
brett_kozlowski@putnam.com
brett_risserz@putnam.com
brian_dechristopher@putnam.com
brian_dwyer@putnam.com
brian_hennessey@putnam.com
brian_hertzog@putnam.com
brian_j_lall@putnam.com
brian_lucier@putnam.com
brian_mahon@putnam.com
brian_murphy@putnam.com
brian_pearly@putnam.com
brian_schutter@putnam.com
brian_soifer@putnam.com
brook_dane@putnam.com
bruce_macdonald@putnam.com
bryan_bernaldo@putnam.com
bryan_cockrell@putnam.com
c_gauthier@putnam.com
calvin_h_place@putnam.com
camille_carlstrom@putnam.com
carl_bell@putnam.com
carman_dewees@putnam.com
carmel_peters@putnam.com
caroline_choe@putnam.com
caroline_decoste@putnam.com
caroline_nesbit@putnam.com
carolyn_herzog@putnam.com
catherine_kennedy@putnam.com
chad_curtis@putnam.com
chandra_hagan@putnam.com
chandrasekar_sundaram@putnam.com
charles_haley@putnam.com
charles_legg@putnam.com
charles_macglashing@putnam.com
charles_ouellet@putnam.com
chase_white@putnam.com
cheryl_burns@putnam.com
cheryl_tomasz@putnam.com
chip_bankes@putnam.com
chirag_shah@putnam.com
chris_gauthier@putnam.com

chris_mcleod@putnam.com
christina_pluta@putnam.com
christina_scully@putnam.com
christine_martell@putnam.com
christine_tolisano@putnam.com
christopher_bryce@putnam.com
christopher_calmeyn@putnam.com
christopher_janowski@putnam.com
christopher_kotyla@putnam.com
christopher_obara@putnam.com
christopher_o'malley@putnam.com
colette_powell@putnam.com
colin_naughton@putnam.com
colleen_quinn@putnam.com
constantine_mamakos@putnam.com
coo_way_law@putnam.com
craig_baskin@putnam.com
craig_goryl@putnam.com
craig_oliver@putnam.com
craig_weiner@putnam.com
cyndie_machadinho@putnam.com
cyril_malak@putnam.com
cyrus_dilmaghani@putnam.com
d_jaroch@putnam.com
dan_johansson@putnam.com
daniel_beaudry@putnam.com
daniel_choquette@putnam.com
daniel_j_hollenbeck@putnam.com
daniel_klim@putnam.com
daniel_ko@putnam.com
david.thomlinson@putnam.com
david_bate@putnam.com
david_calabro@putnam.com
david_costantiello@putnam.com
david_depew@putnam.com
david_galvin@putnam.com
david_gerber@putnam.com
david_hilder@putnam.com
david_l_king@putnam.com
david_mael@putnam.com
david_morgan@putnam.com
david_rietdijk@putnam.com
david_s_herold@putnam.com
david_shea@putnam.com
david_sutton@putnam.com
david_white@putnam.com
deirdre_goldenbogen@putnam.com
denise_howe@putnam.com
denise_selden@putnam.com
devanjan_sinha@putnam.com
dherald@putnam.com
diana_blagoeva@putnam.com
diana_damyanova@putnam.com
diane_leone@putnam.com
diane_wheeler@putnam.com
dick_frucci@putnam.com
dirk_morris@putnam.com
donald_matthew_hill@putnam.com
donna_ingeneri@putnam.com
duncan_harvey@putnam.com

ed_haldeman@putnam.com
edward_d'alelio@putnam.com
edward_shadek@putnam.com
eiichiro_miura@putnam.com
eileen_eichman@putnam.com
elizabeth.leighton@putnam.com
emily_cooper@putnam.com
emily_kemp@putnam.com
eric_graber-lopez@putnam.com
eric_harthun@putnam.com
eric_meltzer@putnam.com
eric_stewart@putnam.com
erik_johnson@putnam.com
erik_tyler@putnam.com
erin_lefkowitz@putnam.com
erin_mccormack@putnam.com
ernesto_garzon@putnam.com
erwin_martens@putnam.com
ethan_case@putnam.com
eugene_shuster@putnam.com
fabrice_bay@putnam.com
fenella_boyle@putnam.com
franco_maniaci@putnam.com
franz_valencia@putnam.com
fred_isleib@putnam.com
fredric_levine@putnam.com
fredrik_gjerstad@putnam.com
fumihiko_otsuka@putnam.com
gabriela_mitchell@putnam.com
gail_foresyth@putnam.com
gcha@putnam.com
geoff_kelley@putnam.com
geoff_trawick@putnam.com
george_godfrey@putnam.com
george_issa@putnam.com
george_mussalli@putnam.com
george_stairs@putnam.com
gerald_moore@putnam.com
gerard_boggio@putnam.com
gian_fabbri@putnam.com
gilbert_tsang@putnam.com
gina_szymanski@putnam.com
gita_ramakrishnan@putnam.com
glen_monnelly@putnam.com
gordon_lawrence@putnam.com
gregory_gallagher@putnam.com
gregory_morillo@putnam.com
gregory_white@putnam.com
greta_friel@putnam.com
gretchen_cupples@putnam.com
hanako_yoshimi@putnam.com
harry_gakidis@putnam.com
heather_brun@putnam.com
heather_roberts@putnam.com
henri_fouda@putnam.com
henrietta_fraser@putnam.com
hiroko_tanaka@putnam.com
hiroshi_kato@putnam.com
huilaine_yang@putnam.com
ian_larkin@putnam.com

j_fedderly@putnam.com
j_kutin@putnam.com
jack_mcgowan@putnam.com
jaclyn_simpson@putnam.com
jacques_longerstaey@putnam.com
jagadish_kakumanu@putnam.com
jaime_kiehn@putnam.com
jake_rehor@putnam.com
james_conklin@putnam.com
james_eckler@putnam.com
james_fetch@putnam.com
james_lamb@putnam.com
james_mitro@putnam.com
james_nielson@putnam.com
james_polk@putnam.com
james_prusko@putnam.com
james_r_moser@putnam.com
james_thomas@putnam.com
jana_wolfova@putnam.com
jared_wallace@putnam.com
jarrod_pelletier@putnam.com
jason_fromer@putnam.com
jason_kritzer@putnam.com
jason_vaillancourt@putnam.com
jatin_misra@putnam.com
jay.cushing@putnam.com
jean_sievert@putnam.com
jeff_dewolfe@putnam.com
jeff_knight@putnam.com
jeff_mcclory@putnam.com
jeff_mcphail@putnam.com
jeff_sacknowitz@putnam.com
jeff_weishaar@putnam.com
jeffrey_dibuono@putnam.com
jeffrey_kaufman@putnam.com
jeffrey_nelson@putnam.com
jeffrey_nichols@putnam.com
jeffrey_plante@putnam.com
jeffrey_santerre@putnam.com
jeffrey_saunders@putnam.com
jeffrey_stought@putnam.com
jeffrey_turkanis@putnam.com
jennifer_harsey@putnam.com
jennifer_hebert@putnam.com
jennifer_kossuth@putnam.com
jennifer_waden@putnam.com
jenny_wong@putnam.com
jessica_feldman@putnam.com
jessica_scoon@putnam.com
jessica_wirth@putnam.com
jie_huang@putnam.com
jim_st._john@putnam.com
jim_wiess@putnam.com
joanne_driscoll@putnam.com
joanne_macphail-walsh@putnam.com
joe_joseph@putnam.com
john.golden@putnam.com
john_caron@putnam.com
john_ferry@putnam.com
john_mclanahan@putnam.com

| | | |
|---|---|---|
| john_morgan@putnam.com | kevin_waden@putnam.com | max.kaufmann@putnam.com |
| john_murray@putnam.com | kim_mclanahan@putnam.com | megan_craigen@putnam.com |
| john_o'rourke@putnam.com | konstantin_stoev@putnam.com | megan_murray@putnam.com |
| john_soto@putnam.com | krishna_memani@putnam.com | melissa_bisso@putnam.com |
| john_tilney@putnam.com | kristin_donahue@putnam.com | melissa_chadwick@putnam.com |
| john_van_tassel@putnam.com | kristin_nixon-donahue@putnam.com | melissa_cunniff@putnam.com |
| john_yen@putnam.com | kristy_endo@putnam.com | melissa_downes@putnam.com |
| jonathan_brandt@putnam.com | kyle_mcdermott@putnam.com | meredith_vass@putnam.com |
| jonathan_bridges@putnam.com | l_sabatino@putnam.com | michael_arends@putnam.com |
| jonathan_francis@putnam.com | lana_taylor@putnam.com | michael_atkin@putnam.com |
| jonathan_gabriel@putnam.com | larry_charbonneau@putnam.com | michael_cuddy@putnam.com |
| jonathan_maietta@putnam.com | lauren_demore@putnam.com | michael_dovorany@putnam.com |
| jonathan_sharkey@putnam.com | lauren_smart@putnam.com | michael_dowd@putnam.com |
| jonathan_topper@putnam.com | lauritz_ringdal@putnam.com | michael_ducharme@putnam.com |
| joseph_byrne@putnam.com | leah_graham@putnam.com | michael_evangelista@putnam.com |
| joseph_casal@putnam.com | lee_montag@putnam.com | michael_gallagher@putnam.com |
| joseph_muscarella@putnam.com | liana_cardillo@putnam.com | michael_garrity@putnam.com |
| joseph_towell@putnam.com | libor_vojkovsky@putnam.com | michael_husson@putnam.com |
| josh_byrne@putnam.com | lily_maclean@putnam.com | michael_lima@putnam.com |
| joshua_brooks@putnam.com | lindsey_curley@putnam.com | michael_malm@putnam.com |
| joshua_cummings@putnam.com | lisa_christensen@putnam.com | michael_mccormack@putnam.com |
| joyce_dragone@putnam.com | lisa_dalessandro@putnam.com | michael_mclean@putnam.com |
| juan_carlos_sosa@putnam.com | lisa_emerick@putnam.com | michael_mercauto@putnam.com |
| juan_garces@putnam.com | lisa_horkan@putnam.com | michael_nance@putnam.com |
| judi_swirbalus@putnam.com | lisa_rasmussen@putnam.com | michael_petro@putnam.com |
| julia_yoo@putnam.com | lisa_sacerdote@putnam.com | michael_richards@putnam.com |
| julian_wellesley@putnam.com | lisa_stuber@putnam.com | michael_salm@putnam.com |
| julie_lee@putnam.com | luis_roman@putnam.com | michael_tassinari@putnam.com |
| julien.dumas-pilhou@putnam.com | lyra_jakabhazy@putnam.com | michael_yogg@putnam.com |
| june_martin@putnam.com | m_higgins@putnam.com | michel_pean@putnam.com |
| junko_ichikawa@putnam.com | m_j_abata@putnam.com | michell_morphew@putnam.com |
| justin_gates@putnam.com | m_leighton@putnam.com | michelle_culosi@putnam.com |
| justin_melendez@putnam.com | m_maccarran@putnam.com | michelle_murphy@putnam.com |
| justin_schneider@putnam.com | m_scafati@putnam.com | miguel_oleaga@putnam.com |
| justina_chung@putnam.com | manish_patel@putnam.com | mike_abata@putnam.com |
| k_hiromitsu@putnam.com | manny_weiss@putnam.com | mike_mills@putnam.com |
| karen_siafakas@putnam.com | manoj_kapai@putnam.com | milton_pepin@putnam.com |
| karina_rubel@putnam.com | marc_lindquist@putnam.com | ming_hui@putnam.com |
| karletty_medina@putnam.com | marci_goasdone@putnam.com | mohamad_omran@putnam.com |
| katherine.diedrichsen@putnam.com | margaret_casey@putnam.com | mohamed-mohram@putnam.com |
| kathleen_croft@putnam.com | maria_garcia-lomas@putnam.com | n_liu@putnam.com |
| kathryn_henry@putnam.com | mark_alley@putnam.com | n_ward@putnam.com |
| kathy_hassey@putnam.com | mark_bredesen@putnam.com | nancy_miranda@putnam.com |
| katie_george@putnam.com | mark_cogan@putnam.com | narahari_phatak@putnam.com |
| katy_young@putnam.com | mark_pollard@putnam.com | natalia_pietrzyk@putnam.com |
| kei_tsuruoka@putnam.com | marshall_glassner@putnam.com | nathaniel_roberts@putnam.com |
| keith_luh@putnam.com | mary_fitzgerald@putnam.com | nathaniel_salter@putnam.com |
| kelly_morgan@putnam.com | mary_hapij@putnam.com | navin_belani@putnam.com |
| kelsey_chen@putnam.com | marykate_o'donnell@putnam.com | nicholas_skrine@putnam.com |
| ken_dobbins@putnam.com | mathieu_grodner@putnam.com | nicole_auffrey@putnam.com |
| ken_sharma@putnam.com | matt_hill@putnam.com | nicole_ledoux@putnam.com |
| kenneth_bogden@putnam.com | matthew_antle@putnam.com | norm_boucher@putnam.com |
| kenneth_gosier@putnam.com | matthew_beagle@putnam.com | olga_keyser@putnam.com |
| kenneth_wong@putnam.com | matthew_doody@putnam.com | p_dankens@putnam.com |
| kevin_divney@putnam.com | matthew_gordon@putnam.com | p_nicholas@putnam.com |
| kevin_f_murphy@putnam.com | matthew_laplant@putnam.com | p_tracy@putnam.com |
| kevin_hsu@putnam.com | matthew_o'malley@putnam.com | pam_gao@putnam.com |
| kevin_m_murphy@putnam.com | matthew_scales@putnam.com | pam_holding@putnam.com |
| kevin_manacek@putnam.com | matthew_wu@putnam.com | paresh_upadhyaya@putnam.com |
| kevin_stowell@putnam.com | maurizio_ferconi@putnam.com | parker_king@putnam.com |

| | | |
|---|---|---|
| patricia_gaynor@putnam.com | ron_mintz@putnam.com | susan_macleod@putnam.com |
| patricia_morse@putnam.com | ronald_mccullough@putnam.com | susan_mccormack@putnam.com |
| patrick_andersen@putnam.com | ryan_cottreau@putnam.com | suzanne_deshaies@putnam.com |
| patrick_flynn@putnam.com | ryan_m_burkart@putnam.com | t_mangam@putnam.com |
| patrick_loranger@putnam.com | ryan_zannini@putnam.com | t_tang@putnam.com |
| paul_brittman@putnam.com | s_giontzis@putnam.com | takeshi_itai@putnam.com |
| paul_bucuvalas@putnam.com | s_howley@putnam.com | ted_knuckles@putnam.com |
| paul_drury@putnam.com | s_medina@putnam.com | terri_warren@putnam.com |
| paul_maguire@putnam.com | s_preve@putnam.com | thalia_meehan@putnam.com |
| paul_scanlon@putnam.com | s_ramamurthy@putnam.com | tim_gaudette@putnam.com |
| paula_papastathis@putnam.com | sabina_ciminero@putnam.com | timothy_codrington@putnam.com |
| peter_angelopolus@putnam.com | saied_simozar@putnam.com | timothy_edmonstone@putnam.com |
| peter_ferrelli@putnam.com | sakiko_reuterskiold@putnam.com | timothy_ferguson@putnam.com |
| peter_grant@putnam.com | salvatore_dellagrotta@putnam.com | timothy_lyons@putnam.com |
| peter_hadden@putnam.com | samuel_chamovitz@putnam.com | tl_tsang@putnam.com |
| peter_milczarek@putnam.com | sandin_wang@putnam.com | todd.snyder@putnam.com |
| peter_schwab@putnam.com | sanjay_chopra@putnam.com | tom_conway@putnam.com |
| peter_v._meyer@putnam.com | sanjay_shah@putnam.com | tomoko_hanazawa@putnam.com |
| peter_zacowich@putnam.com | sara_dauber@putnam.com | tony_ruysdeperez@putnam.com |
| philippe_bibi@putnam.com | sarah_burckmyer@putnam.com | tracy_sweeney@putnam.com |
| prashant_sundararajan@putnam.com | sarah_marshall@putnam.com | tuck.hall@putnam.com |
| r_beaudoin@putnam.com | sayuri_owens@putnam.com | vashawn_cooper@putnam.com |
| r_ethington@putnam.com | scott_donaldson@putnam.com | vikram_dhindsa@putnam.com |
| r_mead@putnam.com | scott_fedak@putnam.com | vinay_agarwal@putnam.com |
| rab_khan@putnam.com | scott_nelson@putnam.com | vivek_gandhi@putnam.com |
| rachel_west@putnam.com | sean_murphy@putnam.com | w_berglund@putnam.com |
| rajni_tyagi@putnam.com | sergey_dyakin@putnam.com | walton_pearson@putnam.com |
| raman_srivastava@putnam.com | seshu_dasari@putnam.com | wayne_sundquist@putnam.com |
| randy_cutler@putnam.com | seth_tweeddale@putnam.com | wee-kuok_chieng@putnam.com |
| randy_farina@putnam.com | sheba_alexander@putnam.com | wen-fu_wu@putnam.com |
| raymond_haddad@putnam.com | sheila_concannon@putnam.com | whu@putnam.com |
| raza_rana@putnam.com | shigeki.makino@putnam.com | william_boziuk@putnam.com |
| rcervone@putnam.com | siddhartha_gill@putnam.com | william_gibbs@putnam.com |
| rebecca_hurley@putnam.com | simon_davis@putnam.com | william_gould@putnam.com |
| rhonda_crosson@putnam.com | simon_mckay@putnam.com | william_hazelton@putnam.com |
| richard_block@putnam.com | siobhan_doherty@putnam.com | william_landes@putnam.com |
| richard_decoste@putnam.com | skip_short@putnam.com | william_marshall@putnam.com |
| richard_hoang@putnam.com | sriketan_mahanti@putnam.com | william_schmitt@putnam.com |
| richard_johannes@putnam.com | stacey_wagner@putnam.com | william_wright@putnam.com |
| richard_leung@putnam.com | stanley_chu@putnam.com | willow_piersol@putnam.com |
| richard_macdonald@putnam.com | steffen_panzone@putnam.com | wscully@putnam.com |
| richard_pilat@putnam.com | stephanie_hallenbeck@putnam.com | wtderosa@putnam.com |
| rick_weed@putnam.com | stephen_driscoll@putnam.com | wyman_chan@putnam.com |
| rick_wynn@putnam.com | stephen_hall@putnam.com | xinjia_liu@putnam.com |
| ridgely_ficks@putnam.com | stephen_o'connell@putnam.com | yannick_aron@putnam.com |
| rikiya_kato@putnam.com | stephen_oler@putnam.com | yeshe_l_corona@putnam.com |
| rob_bloemker@putnam.com | stephen_peacher@putnam.com | yoeuth_yen@putnam.com |
| rob_daley@putnam.com | stephen_w_vandermark@putnam.com | york_lo@putnam.com |
| robert_daley@putnam.com | steve_gianelli@putnam.com | yoshiki_nagata@putnam.com |
| robert_davis@putnam.com | steve_gorman@putnam.com | yumiko_matsubara@putnam.com |
| robert_ginsberg@putnam.com | steve_horner@putnam.com | yumiko_sai@putnam.com |
| robert_higgins@putnam.com | steve_karnes@putnam.com | yun-young_lee@putnam.com |
| robert_macdonald@putnam.com | steve_oristaglio@putnam.com | zachary_harrison@putnam.com |
| robert_mahan@putnam.com | steve_zechello@putnam.com | zhikai_chen@putnam.com |
| robert_paine@putnam.com | steven_bagley@putnam.com | avo_ora@putnaminv.com |
| robert_reynolds@putnam.com | steven_desimone@putnam.com | bryan_bernaldo@putnaminv.com |
| robert_salvin@putnam.com | subbiah_subramanian@putnam.com | charles_bankes@putnaminv.com |
| robert_schoen@putnam.com | subrata_ghose@putnam.com | chris_stevo@putnaminv.com |
| robert_schoen_at_ccpoienov1@putnam.com | sue_downing@putnam.com | daniel_grana@putnaminv.com |
| robert_tulipani@putnam.com | sunitha_thomas@putnam.com | david_hamlin@putnaminv.com |

grainne_gilligan@putnaminv.com
kevin_cronin@putnaminv.com
kevin_kowalski@putnaminv.com
leo_kropywiansky@putnaminv.com
name_surname@putnaminv.com
peter_fleisher@putnaminv.com
stephen_dexter@putnaminv.com
jmitchell@putnamlovell.com
mdipisa@putnamlovellnbf.com
pbadeski@putnamlovellnbf.com
jmeyer@pvf.nl
ralphen@pvf.nl
grant.rubin@pw.utc.om
alecp@pwmco.com
bperkins@pwmco.com
ckempler@pwmco.com
cleshock@pwmco.com
jkautz@pwmco.com
jtugman@pwmco.com
kpreloger@pwmco.com
pschott@pwmco.com
rhughes@pwmco.com
timu@pwmco.com
tjenkins@pwmco.com
toddp@pwmco.com
tperkins@pwmco.com
tthome@pwmco.com
vnewman@pwmco.com
adel.mustafawi@qatarbank.com
vijay.valabhadas@qatarbank.com
faraha@qcb.gov.qa
aackerman@qgcapital.com
akaplan@qgcapital.com
arichardson@qgcapital.com
bliff@qgcapital.com
bswain@qgcapital.com
elovelace@qgcapital.com
griina@qgcapital.com
hcacanando@qgcapital.com
lnapoli@qgcapital.com
mlynch@qgcapital.com
mzucker@qgcapital.com
sandrews@qgcapital.com
st@qgcapital.com
tstrobach@qgcapital.com
a.morgan@qic.com
a.ogorman@qic.com
a.ryder@qic.com
b.prendergast@qic.com
b.sanders@qic.com
b.white@qic.com
c.martin@qic.com
d.field@qic.com
d.lau@qic.com
d.lillicrap@qic.com.au
d.spurgeon@qic.com
g.brearley@qic.com
g.christiansen@qic.com
g.liddell@qic.com
k.king@qic.com

k.wilkes@qic.com
l.tyson@qic.com
m.ward@qic.com
p.graham@qic.com
p.scobie@qic.com
r.garland@qic.com
r.jewell@qic.com
s.buckley@qic.com
s.hutchinson@qic.com
s.julius@qic.com
s.rissman@qic.com
s.smith@qic.com
t.foley@qic.com
t.rieck@qic.com
puru.vashishtha@qifmanagement.com
puru@qifmanagement.com
ravin.agrawal@qifmanagement.com
shobhit@qifmanagement.com
srin@qifmanagement.com
trishul@qifmanagement.com
betty.tong@qmassociates.com
daniel.carlucci@qmassociates.com
wai.chiang@qmassociates.com
abdullah.alhail@qnb.com.qa
adel.fadlallah@qnb.com.qa
hicham.saliba@qnb.com.qa
niels.andersson@qnb.com.qa
wassim.jomaa@qnb.com.qa
julian.s.heslop@qsk.com
paul.x.ward@qsk.com
ssansotta@qts-am.net
benreid@quadrantcapital.com
cpink@quadrantcapital.com
datkins@quadrantcapital.com
tlyons@quadrantcapital.com
acoors@qualcomm.com
hsao@qualcomm.com
jbelk@qualcomm.com
jlyle@qualcomm.com
josephm@qualcomm.com
juliec@qualcomm.com
nweiss@qualcomm.com
pjacobs@qualcomm.com
rgrannis@qualcomm.com
vickif@qualcomm.com
tmarks@quantjock.net
trading@quantjock.net
rparker@quanttradebd.com
jb.heuvel@quicknet.nl
erik.smith@exchange.quick-reilly.com
liz.krahel@exchange.quick-reilly.com
tony.trani@exchange.quick-reilly.com
benmountain@quilter.co.uk
chiarahurley@quilter.co.uk
chrisbingham@quilter.co.uk
christopherturner@quilter.co.uk
danielrowland@quilter.co.uk
davidadams@quilter.co.uk
jillosborne@quilter.co.uk
keithgraham@quilter.co.uk

lizdhillon@quilter.co.uk
ricardocruz@quilter.co.uk
robertmerrifield@quilter.co.uk
rebeccabryant@quilterjersey.com
timchilde@quilterjersey.com
hsorel@quilweb.com
brian.luedtke@qwest.com
klutito@qwest.com
smatson@qwest.com
kato_takahiko@ra.smbc.co.jp
koike_masamichi@ra.smbc.co.jp
munemasa_hiroshi@ra.smbc.co.jp
sasano_toshihiro@ra.smbc.co.jp
takahashi_seiichiro@ra.smbc.co.jp
ueno_masashige@ra.smbc.co.jp
adam.king@rabobank.com
adrian.felstead@rabobank.co.uk
aiyan.shaukat@rabobank.com
alan.barbier@rabobank.com
alyssa.jaffe@rabobank.com
andre.blom@utc.rabobank.com
andres.salazar@rabobank.com
andrew.berry@rabobank.com
andrew.docker@rabobank.com
andrew.robinson@rabobank.com
andrew.townsend@rabobank.com
andrew.viney@rabobank.com
andries.hoekema@rabobank.com
anita.keij@rabobank.com
anli.tan@rabobank.com
arie.hooimeijer@rabobank.com
barbara.van.teeffelen@rabobank.com
bart.fransen@rabobank.com
ben.miall@rabobank.com
brad.mckinnon@rabobank.com
brian.gould@rabobank.com
carla.sher@rabobank.com
carolyn.brazier@rabobank.com
chretien.harmeling@rabobank.com
chris.collings@rabobank.com
chris.hammond@rabobank.co.uk
chris.packe@rabobank.com
christien.luttikuizen@rabobank.com
christopher.lew@rabobank.com
craig.bonder@rabobank.com
crispijn.kooijmans@rabobank.com
cyril.latroche@rabobank.com
david.hardingham@rabobank.com
daymian.campbell@rabobank.com
deniz.konuralp@rabobank.com
derrick.dsouza@rabobank.com
doreen.crawford@rabobank.com
doris.brouwer@utc.rabobank.com
eddie.villiers@rabobank.com
edwin.pietersen@utc.rabobank.com
elaine.obrien@dub.rabobank.com
elaine.oconnor@dub.rabobank.com
elisabeth.favrat@rabobank.com
eraj.asadi@nyc.rabobank.com
ewen.mcdonald@rabobank.com

f.w.heerema@ams.rabobank.com
fabio.minervini@rabobank.com
fabrice.vidal@rabobank.com
frederike.broekhuizen@rabobank.com
g.neville@nyc.rabobank.com
gary.blackwell@rabobank.com
gary.kendall@rabobank.com
garyth.stone@rabobank.com
george.lyons@rabobank.com
greger.flodin@rabobank.com
gwilym.jennett@rabobank.com
hamidah.thanawala@nyc.rabobank.com
hamish.mcloughlin@rabobank.com
harjan.kuiper@rabobank.com
heather.crain@rabobank.com
henk.aardema@utc.rabobank.com
henk.rozendaal@rabobank.com
j.w.vollack@nyc.rabobank.com
james.han@rabobank.com
james.pieri@rabobank.com
james.telders@rabobank.com
japp.slotema@utc.rabobank.com
jeffrey.chubb@rabobank.com
john.marlow@rabobank.com
john.moroney@rabobank.com
john.spellman@rabobank.com
judith.hamilton@rabobank.com
justin.harwood@rabobank.com
justin.sliney@nyc.rabobank.com
karen.boyer@nyc.rabobank.com
keith.bigwood@rabobank.com
ken.towers@rabobank.com
kevin.mclaughlin@rabobank.com
kevin.mullin@rabobank.com
kevin.taylor@rabobank.com
kirstie.turner@rabobank.com
lee.davison-poltock@rabobank.com
lee.ferridge@rabobank.com
lisa.wichman@rabobank.com
lorraine.mcneely@rabobank.com
luke.morrison@rabobank.com
malkeet.dhaliwal@rabobank.com
manolo.pedrini@rabobank.com
marc.genovese@rabobank.com
mark.curtis@nyc.rabobank.com
mark.dams@rabobank.com
mark.lauber@rabobank.com
martin.tunstall@rabobank.com
martin.van.meerendonk@rabobank.com
martino.brioni@rabobank.com
max.blom@utc.rabobank.com
max.nuti@nyc.rabobank.com
micha.schipper@rabobank.com
michael.gower@rabobank.com
michael.halevi@rabobank.com
michael.phelan@rabobank.com
michail.eleftheriou@rabobank.com
natasja.aardema@utc.rabobank.com
nick.maurice@rabobank.com
oliver.wolter@rabobank.com

pal.chidambaram@rabobank.com
paul.butler@rabobank.com
peter.hursthouse@rabobank.com
peter.plester@rabobank.com
petra.spelbos@rabobank.com
philip.kemp@rabobank.com
ralph.andresen@rabobank.com
randy.himelfarb@rabobank.com
randy.watkins@rabobank.com
raymond.miller@rabobank.com
ricardo.scaff@rabobank.com
richard.bennett@rabobank.com
richard.herbst@rabobank.com
richard.mattner@nyc.rabobank.com
rick.llewellyn@rabobank.com
robert.harris@rabobank.com
robert.trynes@rabobank.com
roger.bradshaw@rabobank.com
ronald.grobeck@rabobank.com
rudy.bulis@nyc.rabobank.com
rufus.round@rabobank.com
salim.hasnat@rabobank.com
sarah.lee@rabobank.com
sarah-jane.campbell@rabobank.com
scott.swift@rabobank.com
sergio.nakashima@sao.rabobank.com
servet.canal@rabobank.com
sheldon.sussman@rabobank.com
simon.burton@rabobank.com
simon.parker@rabobank.com
sophie.hawkes@rabobank.com
spyros.degleris@rabobank.com
stefano.pallotti@rabobank.com
steve.thomas@rabobank.com
steve.wilks@rabobank.com
steven.alcorn@rabobank.com
stewart.kalish@nyc.rabobank.com
t.stevens@nyc.rabobank.com
tamara.zaliznyak@rabobank.com
thomas.salvia@rabobank.com
thon.huijser@rabobank.com
thorstein.vrolijk@rabobank.com
tina.cao@rabobank.com
tjard.westbroek@rabobank.com
tobias.becker@rabobank.com
tracy.pridgen@rabobank.com
vincent.vierhout@rabobank.com
vladimir.sotskov@rabobank.com
warren.tong@rabobank.com
wendy.rosenfeld@rabobank.com
wink.mora@rabobank.com
christopoulosg@rabo-bank.com
debriconj@rabo-bank.com
dickinsons@rabo-bank.com
freemanc@rabo-bank.com
gatesa@rabo-bank.com
gladeni@rabo-bank.com
hilla@rabo-bank.com
jeddob@rabo-bank.com
rothb@rabo-bank.com

sam.horowitz@rabo-bank.com
vanderd@rabo-bank.com
verhoefm@rabo-bank.com
wyckb@rabo-bank.com
e.grandjean@raborobecobank.lu
m.vanoosten@raborobecobank.lu
eitan_a@rad.co.il
yehuda_z@rad.co.il
augusto.devincenzo@rahnbodmer.ch
bidermann.christian@rahnbodmer.ch
bilgic.hueseyin@rahnbodmer.ch
brunner.urs@rahnbodmer.ch
burhan.fazlija@rahnbodmer.ch
christa.lorenzi@rahnbodmer.ch
cortesi.franco@rahnbodmer.ch
egger.fritz@rahnbodmer.ch
hofmann.patrick@rahnbodmer.ch
hostettler.sascha@rahnbodmer.ch
hostettler.ueli@rahnbodmer.ch
hug.kurt@rahnbodmer.ch
inauen.michael@rahnbodmer.ch
jacober.toni@rahnbodmer.ch
knecht.bernhard@rahnbodmer.ch
kulhoff.birgit@rahnbodmer.ch
martin.bidermann@rahnbodmer.ch
michele.diprizio@rahnbodmer.ch
payer.bernhard@rahnbodmer.ch
perschl.andreas@rahnbodmer.ch
rey.dominique@rahnbodmer.ch
riesen.markus@rahnbodmer.ch
rosenfelder.sascha@rahnbodmer.ch
steinhauser.eric@rahnbodmer.ch
thorsten.kuechler@rahnbodmer.ch
walter.roman@rahnbodmer.ch
wiederkehr.juerg@rahnbodmer.ch
a.desario@rai.it
capello@rai.it
e.paracchini@rai.it
f.belli@rai.it
f.bertolino@rai.it
m.cali@rai.it
andreas.ulrich@raiffeisen.ch
christian.amos@raiffeisen.ch
daniel.smith@raiffeisen.ch
felice.degrandi@raiffeisen.ch
frank.verstraeten@raiffeisen.ch
ivo.butler@raiffeisen.ch
markus.egger@raiffeisen.ch
peter.frehner@raiffeisen.ch
bernd.chory@raiffeisenbank.at
christian.tunkl@raiffeisenbank.at
dieter.biegel@raiffeisenbank.at
diethard.holzer@raiffeisenbank.at
gerhard.scharinger@raiffeisenbank.at
gernot.nagl@raiffeisenbank.at
guenther.hain@raiffeisenbank.at
herbert.neuhauser@raiffeisenbank.at
herwig.haidn@raiffeisenbank.at
isabella.bertolas@raiffeisenbank.at
jochen.bonk@raiffeisenbank.at

michael.handl@raiffeisenbank.at
roland.eder@raiffeisenbank.at
stefan.horvath@raiffeisenbank.at
stephan.krotz@raiffeisenbank.at
werner.hochrainer@raiffeisenbank.at
werner.serles@raiffeisenbank.at
wolfgang.huber@raiffeisenbank.at
andreal.durbin@rainierfunds.com
angela.diamantini@rainierfunds.com
ann.aoyama@rainierfunds.com
cathy.woodard@rainierfunds.com
dan.henry@rainierfunds.com
daniel.brewer@rainierfunds.com
dirk.huenink@rainierfunds.com
julie.lentini@rainierfunds.com
justin.kane@rainierfunds.com
lizzie@rainierfunds.com
mark.broughton@rainierfunds.com
markd@rainierfunds.com
mary.vollert@rainierfunds.com
matt.kennedy@rainierfunds.com
mike.emery@rainierfunds.com
miranda.bradford@rainierfunds.com
peter.musser@rainierfunds.com
stacie.cowell@rainierfunds.com
trevor.williams@rainierfunds.com
tyler.platte@rainierfunds.com
li@rallc.com
mkaras@ramrealestate.com
justin.kane@ranierfunds.com
anais.martin@ratp.fr
arnaud.toubert@ratp.fr
dominique.queguiner@ratp.fr
laurence.bucks@ratp.fr
marie-sylvie.seillan@ratp.fr
maurice.jarlier@ratp.fr
sylvie.jeanjean@ratp.fr
andrew.hahn@raymondjames.com
arnie.palatnek@raymondjames.com
bob.anastasi@raymondjames.com
bobby.colon@raymondjames.com
brad.tottle@raymondjames.com
brian.cebuhar@raymondjames.com
brian.cothran@raymondjames.com
bryan.meckley@raymondjames.com
chad.bolen@raymondjames.com
chet.helck@raymondjames.com
dan.franks@raymondjames.com
david.smith@raymondjames.com
debbie.wolfe@raymondjames.com
dennis.zank@raymondjames.com
dominique.vacheron@raymondjames.com
eric.longphee@raymondjames.com
eva.skibicki@raymondjames.com
fred.hosken@raymondjames.com
fred.whaley@raymondjames.com
gary.cook@raymondjames.com
greg.kovac@raymondjames.com
howard.house@raymondjames.com
james.armstrong@raymondjames.com

jeff.reda@raymondjames.com
jeff.trocin@raymondjames.com
jennifer.flavin@raymondjames.com
jeremy.dunford@raymondjames.com
jim.mcdaniel@raymondjames.com
jim.sickling@raymondjames.com
joe.estes@raymondjames.com
joey.speyrer@raymondjames.com
john.walsh@raymondjames.com
katherine.vigeveno@raymondjames.com
kent.nelson@raymondjames.com
larry.schaad@raymondjames.com
lori.stone@raymondjames.com
louis.parks@raymondjames.com
maria.shepherd@raymondjames.com
mark.drouse@raymondjames.com
mark.reaves@raymondjames.com
matt.klocke@raymondjames.com
melanie.wilson@raymondjames.com
michael.mayes@raymondjames.com
mike.smith@raymondjames.com
mo.krausman@raymondjames.com
natasa.glusac@raymondjames.com
nicholas.lacy@raymondjames.com
norman.nelson@raymondjames.com
patrick.oconnor@raymondjames.com
paul.beaudoin@raymondjames.com
peter.reilly@raymondjames.com
raymond.gutowski@raymondjames.com
ryan.rackley@raymondjames.com
ryann.donohue@raymondjames.com
sarah.tucker@raymondjames.com
scott.cook@raymondjames.com
scott.warnock@raymondjames.com
scottie.diebold@raymondjames.com
terry.bedford@raymondjames.com
thomas.layton@raymondjames.com
thomas.mcconville@raymondjames.com
tom.clark@raymondjames.com
tom.franke@raymondjames.com
toma.james@raymondjames.com
van.sayler@raymondjames.com
ivo.prokop@rb.cz
martin.palasek@rb.cz
michal.baranek@rb.cz
michal.michalov@rb.cz
michal.ondruska@rb.cz
milan.fajkus@rb.cz
pavel.mertlik@rb.cz
andersenm@rba.gov.au
bantag@rba.gov.au
battellinor@rba.gov.au
bedij@rba.gov.au
blackg@rba.gov.au
cassidyn@rba.gov.au
cheshirej@rba.gov.av
dowlings@rba.gov.au
draytonk@rba.gov.au
goddena@rba.gov.au
griffinj@rba.gov.au

growj@rba.gov.av
milliganj@rba.gov.au
owenr@rba.gov.av
skeersc@rba.gov.au
vossa@rba.gov.au
westons@rba.gov.au
whitelawj@rba.gov.au
mmikulik.security@rbb.at
ghoellerl.security@rbb-bank.co.at
jwaltl.security@rbb-bank.co.at
pladreiter@rbb-bank.co.at
adrian.plummer@rbc.com
alvin.bhawanie@rbc.com
beatrice.werlen@rbc.com
brad.spring@rbc.com
brian.hickling@rbc.com
carmine.pollice@rbc.com
cathy.vassell-burnett@rbc.com
christopher.strong@rbc.com
colleen.rasmussen@rbc.com
dan.camenietzki@rbc.com
daniel.reynolds@rbc.com
david.cox@rbc.com
david.lambert@rbc.com
dawn.hazlewood@rbc.com
dominic.wallington@rbc.com
dorothy.radulescu@rbc.com
euadne.callendar-david@rbc.com
francisco.martins@rbc.com
francois.gauvin@rbc.com
frank.gambino@rbc.com
glenn.mitchell@rbc.com
greg.adair@rbc.com
hugh.maclean@rbc.com
james.lark@rbc.com
james.mcmahon@rbc.com
janice.koshida@rbc.com
jason.melo@rbc.com
jason.storsley@rbc.com
jean-francois.dion@rbc.com
jean-jacques.scheidegger@rbc.com
john.groves@rbc.com
john.logie@rbc.com
kenneth.tovich@rbc.com
manoj.mistry@rbc.com
maria.z.desousa@rbc.com
mark.hirst@rbc.com
marty.balch@rbc.com
mary.chiappetta@rbc.com
matt.barasch@rbc.com
meshaniakwe.swai@rbc.com
michael.dejana@rbc.com
michael.horning@rbc.com
michael.montague@rbc.com
nick.stobart@rbc.com
nyma.hosein@rbc.com
pat.jack@rbc.com
paul.chan@rbc.com
philip.ball@rbc.com
rafe.garvin@rbc.com

raymond.chang@rbc.com
raymond.mark@rbc.com
richard.hall@rbc.com
sandra.nunes@rbc.com
stephen.notidis@rbc.com
stuart.udall@rbc.com
susan.lieberman@rbc.com
timothy.wood@rbc.com
trevor.carlin@rbc.com
vittorio.fegitz@rbc.com
adam.waldman@rbccm.com
adrian.bell@rbccm.com
ahmad.kreydieh@rbccm.com
alexander.birr@rbccm.com
ali.jalai@rbccm.com
alistair.featherstone@rbccm.com
al-karim.ramji@rbccm.com
andrew.blair-rains@rbccm.com
andrew.munn@rbccm.com
andrew.thornhill@rbccm.com
andrew.white@rbccm.com
andy.hinde@rbccm.com
andy.scace@rbccm.com
anup.goswami@rbccm.com
barry.ryan@rbccm.com
benny.tommasino@rbccm.com
bill.haines@rbccm.com
bis.mukerji@rbccm.com
brad.heintzman@rbccm.com
caitlin.glendinning@rbccm.com
cara.fleisher@rbccm.com
cathy.izzo@rbccm.com
charles.russell@rbccm.com
chris.harvey-fros@rbccm.com
christophe.ollari@rbccm.com
christopher.lindsey@rbccm.com
clinton.matter@rbccm.com
colin.lambert@rbccm.com
colleen.longobardi@rbccm.com
daniel.smith@rbccm.com
david.barker@rbccm.com
david.bibona@rbccm.com
david.jackson@rbccm.com
david.millar@rbccm.co.uk
david.wilson@rbccm.com
devin.haran@rbccm.com
diamond.charania@rbccm.com
dieter.dorp@rbccm.com
edward.flowers@rbccm.com
elaine.skinner@rbccm.com
eoin.ward@rbccm.com
eric.blanchard@rbccm.com
eric.wise@rbccm.com
erik.jacobs@rbccm.com
evan.glass@rbccm.com
georg.grodzki@rbccm.com
giuseppe.pollifrone@rbccm.com
grant.gibson@rbccm.com
james.roche@rbccm.com
jameson.hick@rbccm.com

jason.lindeman@rbccm.com
jean.dulude@rbccm.com
jean.mink@rbccm.com
jennifer.wright@rbccm.com
jeremy.loewendahl@rbccm.com
jerry.lee@rbccm.com
jim.byrd@rbccm.com
joe.geli@rbccm.com
joe.muskatel@rbccm.com
john.e.beckwith@rbccm.com
john.harkins@rbccm.com
jordi.orriols-gil@rbccm.com
joseph.giammerella@rbccm.com
josh.denzinger@rbccm.com
julie.evans@rbccm.com
kelly.bateman@rbccm.com
kevin.wilson@rbccm.com
lee.acerbis@rbccm.com
lee.shaiman@rbccm.com
les.vowell@rbccm.com
marc.goldwyn@rbccm.com
margus.ehatam@rbccm.com
maria.glew@rbccm.com
mark.iles@rbccm.com
mark.wood@rbccm.com
martin.ward@rbccm.com
matt.ocallaghan@rbccm.com
matthew.munzar@rbccm.com
matthew.rex@rbccm.com
melissa.marano@rbccm.com
michael.atherton@rbccm.com
mike.quinn@rbccm.com
mike.srba@rbccm.com
mussadiq.lakhani@rbccm.com
nathan.griffiths@rbccm.com
neil.taylor@rbccm.com
nicholas.wright@rbccm.com
nick.wood@rbccm.com
pdoerig@rbccm.com
penny.gregory@rbccm.com
peter.brown@rbccm.com
ralph.langenborg@rbccm.com
richard.jenkins@rbccm.com
richard.owens@rbccm.com
richard.waddington@rbccm.com
rizwan.ahmad@rbccm.com
rob.pomphrett@rbccm.com
robert.burns@rbccm.com
robert.doyle@rbccm.com
roger.pellegrini@rbccm.com
russell.jones@rbccm.com
ryan.neske@rbccm.com
sanjai.bhonsle@rbccm.com
santosh.varki@rbccm.com
scott.umbs@rbccm.com
simon.ling@rbccm.com
simon.overington@rbccm.com
softa.shields@rbccm.com
stephen.greene@rbccm.com
stephen.levitan@rbccm.com

steve.thom@rbccm.com
steven.h.ng@rbccm.com
tarquin.orchard@rbccm.com
terry.fallon@rbccm.com
tim.pearce@rbccm.com
tim.sutton@rbccm.com
toby.rome@rbccm.com
tom.peters@rbccm.com
tony.botting@rbccm.com
uri.ron@rbccm.com
warren.leonard@rbccm.com
wasim.afzal@rbccm.com
william.ballard@rbccm.com
winnie.sze@rbccm.com
yu.li@rbccm.com
joan.frith@rbcdexia-is.com
nick.conroy@rbcdexia-is.com
stefan.wilkes@rbcdexia-is.net
stephen.rudland@rbcdexia-is.com
teresa.guerrero@rbcdexia-is.es
amish.desai@rbcds.com
andy.conway@us.rbcds.com
colin.sturgeb@rbcds.com
david.leibowitz@us.rbcds.com
mguy@rbcds.com
michael.marco@us.rbcds.com
mike.bowick@rbcds.com
pat.russett@rbcds.com
ron.stanley@rbcds.com
santosh.varki@us.rbcds.com
sashah@rbcds.com
thomas.fredericks@us.rbcds.com
winson.ho@rbcds.com
research1@rbcds-ged-uk.com
richarad@rbcel.com
summerge@rbcel.com
melissa.cavelti@rbcinvestments.com
stephane.rochon@rbcinvestments.com
hansjoerg.ertl@rbgt.raiffeisen.at
adas@rbi.org.in
anandsinha@rbi.org.in
bhoibk@rbi.org.in
devinderkumar@rbi.org.net
etrajendran@rbi.org.in
gsrinivas@rbi.org.in
indranilchakraborty@rbi.org.in
jaganmohan@rbi.org.in
janakraj@rbi.org.in
jpbansal@rbi.org.in
lmanjunath@rbi.org.in
meenahemchandra@rbi.org.in
opmall@rbi.org.in
pkrishnamurthy@rbi.org.in
prakash@rbi.org.in
rajivranjan@rbi.org.in
rakeshmohan@rbi.org.in
rcpanda@rbi.org.in
scrath@rbi.org.in
sgopinath@rbi.org.in
siddharthsanyal@rbi.org.in

sundarmurthy@rbi.org.in
tcnair@rbi.org.in
ushathorat@rbi.org.in
vijayraina@rbi.org.in
tczitron@rbim.com
aocasio@rbmg.com
jraxter@rbmg.com
john.young@rbnz.govt.nz
nick.smyth@rbnz.govt.nz
waikin.choy@rbnz.govt.nz
adrian.hill@rbos.co.uk
brent.eastburg@rbos.com
mthomson@rbs.co.uk
stev.beill@rbs.co.uk
active.advisory@rbscoutts.com
andreas.schwyn@rbscoutts.com
andreas.sigg@rbscoutts.com
andriana.oikonomopoulou@rbscoutts.com
arno.meier@rbscoutts.com
beat.ehrismann@rbscoutts.com
bruno.engler@rbscoutts.com
daniel.nyffeler@rbscoutts.com
dominik.halder@rbscoutts.com
doris.giger@rbscoutts.com
elmar.juenger@rbscoutts.com
fabrizio.favara@rbscoutts.com
gilbert.wuelser@rbscoutts.com
gregory.narmont@rbscoutts.com
hakan.sesle@rbscoutts.com
jason.ulrich@rbscoutts.com
jean-michel.oneyser@rbscoutts.com
karl.zahner@rbscoutts.com
kim.blaser@rbscoutts.com
laura.argentini@rbscoutts.com
marc.boetschi@rbscoutts.com
rudolf.buxtorf@rbscoutts.com
ruedi.zaugg@rbscoutts.com
thomy.zuend@rbscoutts.com
urs.gahler@rbscoutts.com
aleshia.toussaint@rbsgc.com
bryn.cirillo@rbsgc.com
catherine.intriago@rbsgc.com
daniel.weidlich@rbsgc.com
e.g.fisher@rbsgc.com
eric.hiller@rbsgc.com
james.waring@rbsgc.com
jeff.black@rbsgc.com
jonathan.blob@rbsgc.com
joseph.carchidi@rbsgc.com
joshua.thimons@rbsgc.com
joy.kousoulas@rbsgc.com
kamil.falkowski@rbsgc.com
kevin.cavanaugh@rbsgc.com
kimberly.kehle@rbsgc.com
lu.chen@rbsgc.com
mina.guiahi@rbsgc.com
ming.lin@rbsgc.com
morris.sachs@rbsgc.com
nakayra.profit@rbsgc.com
nicholas.tarasovic@rbsgc.com

richard.berberian@rbsgc.com
robert.costello@rbsgc.com
robert.moro@rbsgc.com
scott.lemone@rbsgc.com
steven.sherrick@rbsgc.com
suzanne.andre@rbsgc.com
timothy.tiani@rbsgc.com
amrit.sinanan@jm.rbtt.com
emmanuel.alisternoel@tt.rbtt.com
henry.defreitas@an.rbtt.com
ian.kelly@jm.rbtt.com
kavita.suratsingh@tt.rbtt.com
ninoska.mack@tt.rbtt.com
patricia.kongting@tt.rbtt.com
raheem.mungrue@tt.rbtt.com
stephen.tangnian@tt.rbtt.com
tom.lee@rcbank.com
aadvani@rccl.com
agibson@rccl.com
ctorres@rccl.com
dmathewes@rccl.com
lbarry@rccl.com
pmartinez@rccl.com
rowan@rccl.com
ttrotter@rccl.com
elizabeth.potter@rcil.co.uk
aikaterini.kosmopoulou@uk.rcm.com
alexandra.muchna@rcm.at
alexandra.richter@de.rcm.com
andrea.szabo-kelly@de.rcm.com
andreas.bartels@de.rcm.com
andreas.bockberger@rcm.at
andreas.riegler@rcm.at
angelika.millendorfer@rcm.at
barbara.kalcik@rcm.at
barbara.wiener@rcm.at
bernhard.ullram@rcm.at
burkhard.weiss@rcm.at
christian.leinweber@rcm.at
christian.pail@rcm.at
christian.pollanz@rcm.at
christian.zima@rcm.at
connie.schuemann@rcm.at
daniela.uhlik-kliemstein@rcm.at
florian.leisch@rcm.at
gabriel.panzenboeck@rcm.at
georg.nitzlader@rcm.at
gerhard.bauer@rcm.at
gernot.mayr@rcm.at
gregor.holek@rcm.at
gregor.rudolph-dengel@de.rcm.com
guenther.schmitt@rcm.at
hannes.loacker@rcm.at
helen.lam@hk.rcm.com
herbert.perus@rcm.at
joern.lange@rcm.at
josef.bernhard@rcm.at
juergen.maier@rcm.at
kurt.schappelwein@rcm.at
lars.dahlhoff@de.rcm.com

leopold.salcher@rcm.at
lydia.reich@rcm.at
magdalena.wasowicz@rcm.at
marc.caretti@rcm.at
mark.monson@rcm.at
martin.hinterhofer@rcm.at
martin.soeldner@rcm.at
martyn.king@uk.rcm.com
nicole.papassavvas@de.rcm.com
nigel.lanning@uk.rcm.com
norbert.janisch@rcm.at
patrick.pastollnigg@rcm.at
paul.pawelka@rcm.at
peter.schlagbauer@rcm.at
robert.senz@rcm.at
roman.thurner@rcm.at
ronald.schneider@rcm.at
stefan.gruenwald@rcm.at
thomas.korhammer@rcm.at
thomas.orthen@de.rcm.com
ulrike.tatzber@rcm.at
zoltan.koch@rcm.at
nwadelton@rcn.com
clement_marchand@rcomext.com
michael.montgomery@readrite.com
alessandro.bianco@realemutua.it
alessio.cazzola@realemutua.it
anna.deambrosis@realemutua.it
antonio.agliardi@realemutua.it
gianpiero.zannier@realemutua.it
giovanni.monticone@realemutua.it
giulio.saitta@realemutua.it
maurizio.pillon@realemutua.it
paolo.ascolani@realemutua.it
patrizia.driusso@realemutua.it
simonaesterina.borio@realemutua.it
gerhard.thiele@realestate.de
bcrider@reamsasset.com
bobby@reamsasset.com
cholland@reamsasset.com
dolson@reamsasset.com
dspurgeon@reamsasset.com
gcard@reamsasset.com
iacosta@reamsasset.com
ksalsbery@reamsasset.com
megan@reamsasset.com
plaughlin@reamsasset.com
rdavis@reamsasset.com
scaldwell@reamsasset.com
srosener@reamsasset.com
svincent@reamsasset.com
tfink@reamsasset.com
tthompson@reamsasset.com
aclark@reatech.net
cboon@reatech.net
mbourne@reatech.net
rmuller@reatech.net
sjackaman@reatech.net
k.shan@rebeco.nl
cbeckley@recordcm.com

dpatel@recordcm.com
jbrown@recordcm.com
jsleigh@recordcm.com
skhan@recordcm.com
dwmelchi@redcapitalgroup.com
tyoung@redstoneadv.com
akemi.tanaka@redwoodtrust.com
akihiro.iisaka@redwoodtrust.com
andrew.cramer@redwoodtrust.com
andrew.gillmer@redwoodtrust.com
andy.sirkis@redwoodtrust.com
bo.stern@redwoodtrust.com
bobby.kumar@redwoodtrust.com
brett.nicholas@redwoodtrust.com
brian.choi@redwoodtrust.com
celeste.yang@redwoodtrust.com
cheryl.lopez@redwoodtrust.com
chris.livermore@redwoodtrust.com
dennis.ching@redwoodtrust.com
doug.hansen@redwoodtrust.com
erin.james@redwoodtrust.com
garnet.kanouse@redwoodtrust.com
gloria.li@redwoodtrust.com
jason.moutray@redwoodtrust.com
john.isbrandtsen@redwoodtrust.com
john.sousa@redwoodtrust.com
katherine.young@redwoodtrust.com
kyle.koelbel@redwoodtrust.com
mari.kawawa@redwoodtrust.com
marie.siemens@redwoodtrust.com
mark.bennett@redwoodtrust.com
sambou.makalou@redwoodtrust.com
selnalyn.locsin@redwoodtrust.com
vivian.truong@redwoodtrust.com
ceri.drewett@reedelsevier.co.uk
sybella.stanley@reedelsevier.com
daniel.pradilla@reemtsma.de
iqbal.lambat@reemtsma.de
amoody@refco.com
ddonora@refco.com
dhenritze@refco.com
djanelli@refco.com
esanford@refco.com
fcaruso@refco.com
gparodi@refco.com
gsapio@refco.com
jagoglia@refco.com
jjacaruso@refco.com
jkozlowski@refco.com
jpalmieri@refco.com
jpenner@refco.com
khall@refco.com
lkalamaras@refco.com
mbuenaventura@refco.com
rdoyle@refco.com
ssassano@refco.com
tfinnegan@refco.com
tsaturn@refco.com
tyorke@refco.com
tzizzamia@refco.com

vpulidore@refco.com
wsullivan@refco.com
pmaliczak@refcoeurope.com
lshen@reflectioncap.com
bcarroll@regimentcapital.com
wim.v.dam@relan.nl
blehman@reliancebank.com
byahner@reliancebank.com
greg.anderson@reliastar.com
jim.mahnke@reliastar.com
scott.peterson@reliastar.com
steve.norcutt@reliastar.com
mteichner@relico.com
gianluca.v@remar.it
marco.p@remar.it
bruno.mouclier@remy-cointreau.com
dominique.heriard-dubreuil@remy-cointreau.com
emmanuel.arabian@remy-cointreau.com
francoise.cambilargiu@remy-cointreau.com
gauthier.vasseur@remy-cointreau.com
herve.dumesny@remy-cointreau.com
john.colleemallay@remy-cointreau.com
philippe.geay@remy-cointreau.com
sebastian.davila.torres@remy-cointreau.com
denis.soubeyran@renault.com
salome.camur@renault.com
jarnoff@rencap.com
caron@reno.ch
d.girard-soppet@reno.ch
smh@renre.com
jlblazquet@rental4.es
adrienne@rentec.com
annie@rentec.com
arif@rentec.com
arosenfeld@rentec.com
brandt@rentec.com
catanasio@rentec.com
cconnor@rentec.com
ds@rentec.com
edward@rentec.com
elaina@rentec.com
eqtraders@rentec.com
fernando@rentec.com
georgeh@rentec.com
gudjon@rentec.com
igor@rentec.com
jgraf@rentec.com
jrowen@rentec.com
kaye@rentec.com
krossi@rentec.com
laetitia@rentec.com
laraine@rentec.com
magaro@rentec.com
mendo-research@rentec.com
mgiordano@rentec.com
mikeo@rentec.com
ming@rentec.com
mkim@rentec.com
mmindich@rentec.com
msilber@rentec.com

nat@rentec.com
norman@rentec.com
paul@rentec.com
pbroda@rentec.com
rhoades@rentec.com
richard@rentec.com
rizzoni@rentec.com
sebastian@rentec.com
tbob@rentec.com
tfallon@rentec.com
tkerns@rentec.com
zierk@rentec.com
colin.oreilly@rentech.com
daivd.oakes@rentech.com
greg.flowers@rentech.com
berens@rentenbank.de smtp bere
florian.friedel@rentenbank.de
goebel@rentenbank.de
kuhfahl@rentenbank.de
olma@rentenbank.de smtp olma@r
reinhardt@rentenbank.de
schlereth@rentenbank.de
thorsten.urban@rentenbank.de
zimpelmann@rentenbank.de
jsanchor@repsolpf.com
acortinadealcocer@repsolypf.com
adodinh@repsolypf.com
apershukova@repsolypf.com
bmarting@repsolypf.com
cgarciag@repsolypf.com
dcaceresn@repsolypf.com
jlmunozv@repsolypf.com
jmcastanom@repsolypf.com
jsanzc@repsolypf.com
lmartinm@repsolypf.com
lojimenezre@repsolypf.com
lrejonp@repsolypf.com
mmarcosa@repsolypf.com
mrcuestar@repsolypf.com
pgonzalezp@repsolypf.com
tegilal@repsolypf.com
agomiss@repsol-ypf.com
aplazam@repsol-ypf.com
elunas@repsol-ypf.com
fgarciat@repsol-ypf.com
garriaga@repsol-ypf.com
mshernandez@repsol-ypf.com
rpsimarro@repsol-ypf.com
sfidalgos@repsol-ypf.com
andre.marais@resbank.co.za
brian.kahn@resbank.co.za
henry.mitchell-innes@resbank.co.za
jeanette.chuene@resbank.co.za
johan.vandenheever@resbank.co.za
kumari.perumal@resbank.co.za
mzi.njamela@resbank.co.za
naledi.selobai@resbank.co.za
salome.venter@resbank.co.za
zafar.parker@resbank.co.za
zodwa.matsau@resbank.co.za

research@research.com
glenn_koenig@reservefunds.com
jack_rosa@reservefunds.com
mike_sheridan@reservefunds.com
richard_bard@reservefunds.com
iain.mcmillan@resolution.com
adam.walker@resolutionasset.com
adrian.darley@resolutionasset.com
alison.galbraith@resolutionasset.com
angela.mclean@resolutionasset.com
annemarie.french@resolutionasset.com
betsy.anderson@resolutionasset.com
bill.blackley@resolutionasset.com
brian.jack@resolutionasset.com
chris.bowie@resolutionasset.com
darren.mclean@resolutionasset.com
david.clark@resolutionasset.com
david.ridland@resolutionasset.com
dennis.wyles@resolutionasset.com
derek.montgomery@resolutionasset.com
diane.wilson@resolutionasset.com
douglas.wright@resolutionasset.com
finlay.macdonald@resolutionasset.com
gareth.henry@resolutionasset.com
gary.mcaleese@resolutionasset.com
gordon.shannon@resolutionasset.com
graeme.lindsay@resolutionasset.com
hamish.robertson@resolutionasset.com
helen.macleod@resolutionasset.com
iain.hannah@resolutionasset.com
james.smith@resolutionasset.com
jennifer.chirrey@resolutionasset.com
jin.wong@resolutionasset.com
kenny.watson@resolutionasset.com
lenny.shaw@resolutionasset.com
lisa.gibb@resolutionasset.com
margaret.reilly@resolutionasset.com
mark.wilson@resolutionasset.com
paul.corner@resolutionasset.com
peter.reid@resolutionasset.com
phil.heaney@resolutionasset.com
ralph.brook-fox@resolutionasset.com
raymond.connor@resolutionasset.com
richard.balloch@resolutionasset.com
robert.neeson@resolutionasset.com
russell.oxley@resolutionasset.com
steven.brodie@resolutionasset.com
stuart.thomson@resolutionasset.com
susan.hunter@resolutionasset.com
symon.scott@resolutionasset.com
terry.ewing@resolutionasset.com
david.hughes@resolutionglasgow.com
andrew.burke@resolutionplc.com
andrew.hayward@resolutionplc.com
andrew.rendell@resolutionplc.com
andy.dean@resolutionplc.com
david.eubank@resolutionplc.com
debbie.savory@resolutionplc.com
jason.cornish@resolutionplc.com
mike.merrick@resolutionplc.mg

rick.johnston@resolutionplc.com
awhite@resurgencellc.com
bhaney@resurgencellc.com
jbarone@resurgencellc.com
jrubin@resurgencellc.com
mpalmer@resurgencellc.com
rsymington@resurgencellc.com
rpercy@resurgenscapitalmarkets.com
tcarey@resurgenscapitalmarkets.com
bbsa.pcavero@retemail.es
rpatsy@retirement.sc.gov
guenther.wurm@reuschel.com
michael.gruner@reuschel.com
nikolaus.junk@reuschel.com
joseph.bow@reuters.com
mgallo.kbw.com@reuters.net
marc.roehder@rewe.de
harald.greiner@rewe-group.com
markus.schaefer@rewe-group.com
peter.radtke@rewe-group.com
escholt@rfc.com
jlundgr@rfc.com
wsiats@rfc.com
gh@rg.de
chandy@rgbk.com
jcarter@rgbk.com
jfcarter@rgbk.com
jsanchez@rgcrownbank.com
jortiz@rgonline.com
jsandoval@rgonline.com
laldea@rgonline.com
klaplena@rhbco.com
rbluestein@rhbco.com
andrew_stephenson@rhco.com
brandy_conner@rhco.com
brian_mulderry@rhco.com
chris_wells@rhco.com
christina_sampanes@rhco.com
david_kass@rhco.com
jason_crowley@rhco.com
jeff_campbell@rhco.com
jim_snave@rhco.com
jonathan_scher@rhco.com
lou_corsetti@rhco.com
robert_johnson@rhco.com
bernard.ginet@paris.rhone-poulenc.com
georg.feldscher@ri.co.at
roland.mechtler@ri.co.at
chrislast@richemont.com
christophe.toulousy@richemont.com
ed.mcquigg@richemont.com
francesco.cucinelli@richemont.com
jennifermclennan@richemont.com
john.mcanulty@richemont.com
karen.whinney@richemont.com
mariuskuchen@richemont.com
sonia.thueler@richemont.com
sophie.cagnard@richemont.com
valerie.grivotet-masri@richemont.com
vassilina.lapteva@richemont.com

lmoelche@richmond.edu
mwerner@richmond.edu
rblandfo@richmond.edu
bschultz@richmondcap.com
hboss@richmondcap.com
mwalker@richmondcap.com
rwait@richmondcap.com
martin.rainsford@ricoh-usa.com
alan.gayle@ridgeworth.com
ashi.parikh@ridgeworth.com
joe.ward@ridgeworth.com
matthew.lota@ridgeworth.com
matthew.welden@ridgeworth.com
stephen.smith@ridgeworth.com
william.turner@ridgeworth.com
julie.casey@uk.rid-intl.com
christian.zwahlen@rieter.com
ewald.trutmann@rieter.com
gianpiero.dibattista@rieter.com
juerg.maurer@rieter.com
renate.traxler@rieter.com
christine_kyle@riggsbank.com
colleen_doremus@riggsbank.com
james_wilhelm@riggsbank.com
jonathan_yudt@riggsbank.com
nate_reischer@riggsbank.com
owen_burman@riggsbank.com
sara_sampsell@riggsbank.com
vipin_sahijwani@riggsbank.com
left@right.com
annette.henriksson@riksbank.se
christer.nilsson@riksbank.se
christian.ragnartz@riksbank.se
jacob.bolin@riksbank.se
johan.moeschlin@riksbank.se
johanna.nahkuri.hogfeldt@riksbank.se
lena.stromberg@riksbank.se
staffan.thonners@riksbank.se
marc.archambault@ris.com
monica.senior@ris.com
bernd.schmid@risklab.de
bernhard.brunner@risklab.de
matthias.kaltenbacher@risklab.de
dkang@rivercapital.net
na@riyad.com
abdullah.al-zahrani@riyadbank.com
adel.ateeq@riyadbank.com
alan.hill@riyadbank.com
balshamlan@riyadbank.com
batel.al-batel@riyadbank.com
haytham.abualreesh@riyadbank.com
jamaang@riyadbank.com
majid.a.al-suwaigh@riyadbank.com
samir.sweidan@riyadbank.com
thierry.demolder@riyadbank.com
waalgasam@riyadbank.com
kmasri@riyadhbank.com.sa
bmulford@eagle.rjf.com
ccleary@10e.rjf.com
dloufman@fi.rjf.com

eevanouskas@fi.rjf.com
gdodson@fi.rjf.com
lfunes@rjarg.rjf.com
mcullinane@fi.rjf.com
mhills@10e.rjf.com
pburns@interops.rjf.com
pharrington@fi.rjf.com
pwallace@heritagefunds.rjf.com
tmulligan@eagle.rjf.com
jwright@rjobrien.com
lentzc@rjrt.com
quintaj@rjrt.com
rievesg@rjrt.com
kikuchi_seiji@rk.smbc.co.jp
kimura_koji@rk.smbc.co.jp
koda_takashi@rk.smbc.co.jp
kojima_isao@rk.smbc.jp
matsugasaki_honami@rk.smbc.co.jp
matsuo_ryoji@rk.smbc.co.jp
nakazawa_hiroshi@rk.smbc.co.jp
otsubo_shinichiro@rk.smbc.co.jp
sato_toshihiro@rk.smbc.co.jp
takahashi_tomoaki@rk.smbc.co.jp
yamada_yoshihiro@rk.smbc.co.jp
yoda_koichiro@rk.smbc.co.jp
georg.linzer@rkag.at
gerhard.aigner@rkag.at
klaus.glaser@rkag.at
kurt.kotzegger@rkag.at
margarita.fischer@rkag.at
andrea.williams@rlam.co.uk
andrew.carter@rlam.co.uk
bradley.mitchell@rlam.co.uk
chris.jeffrey@rlam.co.uk
daniel.capocci@rlam.co.uk
david.martin@rlam.co.uk
edward.chan@rlam.co.uk
eric.holt@rlam.co.uk
george.henderson@rlam.co.uk
graham.cook@rlam.co.uk
ian.kernohan@rlam.co.uk
ian.sharman@rlam.co.uk
ivor.pether@rlam.co.uk
jacqueline.simpson@rlam.co.uk
jane.coffey@rlam.co.uk
jeegar.jagani@rlam.co.uk
john.carmen@rlam.co.uk
jonathan.mclure@rlam.co.uk
jonathan.platt@rlam.co.uk
kevin.lilley@rlam.co.uk
leigh.himsworth@rlam.co.uk
lisa.xiao@rlam.co.uk
magnus.paterson@rlam.co.uk
mark.bannister@rlam.co.uk
mark.gazia@rlam.co.uk
martin.cholwill@rlam.co.uk
martin.foden@rlam.co.uk
mohindra.wadhwa@rlam.co.uk
neil.bardwell@rlam.co.uk
paola.binns@rlam.co.uk

paola.bins@rlam.co.uk
paul.doran@rlam.co.uk
paul.rayner@rlam.co.uk
rick.dentith@rlam.co.uk
robert.talbut@rlam.co.uk
sajiv.vaid@rlam.co.uk
stefan.bain@rlam.co.uk
stephen.booth@rlam.co.uk
stephen.peirce@rlam.co.uk
symon.bradford@rlam.co.uk
tayo.ajilore@rlam.co.uk
terence.nahar@rlam.co.uk
vicky.harriss@rlam.co.uk
victoria.cannon@rlam.co.uk
victoria.stewart@rlam.co.uk
zilla.ford@rlam.co.uk
andreas.eberhardt@rlb-noe.raiffeisen.at
robert.hinterberger@rlb-noe.raiffeisen.at
sascha.stadnikow@rlb-noe.raiffeisen.at
tim.geissler@rlb-noe.raiffeisen.at
werner.oellerer@rlb-noe.raiffeisen.at
albert.hell@rlb-tirol.at
bernhard.gstrein@rlb-tirol.at
christian.andreatta@rlb-tirol.at
guenter.oberzaucher@rlb-tirol.at
heinz.hofer@rlb-tirol.at
mwachter@rmbcapital.com
adrian.gmuer@rmf.ch
andreas.froehlich@rmf.ch
bernadette.behrens@rmf.ch
bruno.andrea@rmf.ch
carsten.oppelt@rmf.ch
cboesch@rmf.ch
cschneider@rmf.ch
dana.bucher@rmf.ch
daniel.franc@rmf.ch
daniel.ineichen@rmf.ch
david.scicolone@rmf.ch
dbucher@rmf.ch
dieter.bergmaier@rmf.ch
edwin.garcia@rmf.ch
felix.gasser@rmf.ch
flurin.grond@rmf.ch
francoise.kotur@rmf.ch
guido.ruoss@rmf.ch
hans.hurschler@rmf.ch
juerg.gutzwiler@rmf.ch
laiwei.boguet@rmf.ch
lincoln.valentine@rmf.ch
linus.nilsson@rmf.ch
marco.ghiringhelli@rmf.ch
marcus.vaughan@rmf.ch
marek.kuzdra@rmf.ch
markus.orschulik@rmf.ch
michael.notari@rmf.ch
michel.fest@rmf.ch
mmink@rmf.ch
nicolas.mueller@rmf.ch
patric.gysin@rmf.ch
patrick.stutz@rmf.ch

peter.cannon@rmf.ch
richard.kobler@rmf.ch
richard.mueller@rmf.ch
rmfrey@rmf.ch
robin.lowe@rmf.ch
roland.hausheer@rmf.ch
rosana.stacewicz@rmf.ch
sbossart@rmf.ch
sgraf@rmf.ch
silvia.leonhard@rmf.ch
simon.koenig@rmf.ch
sschmette@rmf.ch
stefan.chappot@rmf.ch
stefan.huesler@rmf.ch
susanne.kundert@rmf.ch
susanne.otruba@rmf.ch
thomas.dubach@rmf.ch
thomas.keller@rmf.ch
sadruddin.rejeb@rmm.im
a.j.a.m.kuijpers@rn.rabobank.nl
c.j.h.berg@rn.rabobank.nl
fm.rn.bbr.pricelist@rn.rabobank.nl
j.c.kobes@rn.rabobank.nl
kameyama_tomoyuki@rn.smbc.co.jp
motoyama_taichi@rn.smbc.co.jp
takeda_kengo@rn.smbc.co.jp
tanizaki_katsunori@rn.smbc.co.jp
jose.calvo@rnb.it
ahutton@rncgenter.com
bvermeulen@rnt.com
cneuhauser@rnt.com
ddelafie@rnt.com
dreed@rnt.com
dwang@rnt.com
dwiener@rnt.com
eadrion@rnt.com
jchigounis@rnt.com
jgordon@rnt.com
jhoerle@rnt.com
jjerkovich@rnt.com
jkaufthal@rnt.com
jmaxwell@rnt.com
jscheibel@rnt.com
jvieira@rnt.com
mappleton@rnt.com
mflewharty@rnt.com
rcapalbo@rnt.com
rhoerle@rnt.com
rrickard@rnt.com
sarcaro@rnt.com
sfrimere@rnt.com
tgilling@rnt.com
vsellecc@rnt.com
a.durville@robeco.nl
a.enayati@robeco.nl
a.janssen@robeco.nl
a.jongma@robeco.nl
a.klep@robeco.nl
a.m.c.de.bruijn@robeco.nl
a.maani.shirazi@robeco.nl

| | | |
|---|---|---|
| a.van.rijn@robeco.nl | j.j.van.duijn@robeco.nl | p.van.der.spek@robeco.nl |
| aikram@robeco.nl | j.m.tieman@robeco.nl | p.van.overbeek@robeco.nl |
| b.coolen@robeco.nl | j.m.van.der.hart@robeco.nl | p.van.peer@robeco.nl |
| b.k.voogelaar@robeco.nl | j.montella@robeco.nl | p.van.vliet@robeco.nl |
| b.m.galesloot@robeco.nl | j.neele@robeco.nl | pieter.korteweg@robeco.nl |
| b.zeldenrust@robeco.nl | j.pang@robeco.nl | q.zhao@robeco.nl |
| boudewijn.de.haan@robeco.nl | j.peperkamp@robeco.nl | r.a.moraal@robeco.nl |
| c.aben@robeco.nl | j.ruizenveld@robeco.com | r.blokland@robeco.nl |
| c.hennekam@robeco.nl | j.ruizeveld@robeco.nl | r.brenninkmeijer@robeco.nl |
| c.m.van.den.bergh@robeco.nl | j.s.mosselaar@robeco.nl | r.brouwer@robeco.nl |
| c.n.van.der.oord@robeco.nl | j.schuurman@robeco.nl | r.de.die@robeco.nl |
| c.van.marle@robeco.nl | j.smit@robeco.nl | r.elemans@robeco.nl |
| c.vondenbusch@robeco.nl | j.van.ijserloo@robeco.nl | r.houben@robeco.nl |
| c.zandbergen@robeco.nl | j.w.de.moor@robeco.nl | r.kroos@robeco.nl |
| casparsala@robeco.nl | k.sangha@robeco.nl | r.nahar@robeco.nl |
| ccvba@robeco.nl | k.smits@robeco.nl | r.pisano@robeco.nl |
| chris.van.den.heuvel@robeco.nl | k.steffens@robeco.nl | r.schellekens@robeco.nl |
| d.c.blitz@robeco.nl | k.van.de.luijtgaarden@robeco.nl | r.speetjens@robeco.nl |
| d.chatzoudis@robeco.nl | k.van.trigt@robeco.nl | r.sprangers@robeco.nl |
| d.grashoff@robeco.nl | l.frijns@robeco.nl | r.tan@robeco.nl |
| d.groeneveld@robeco.nl | l.meijaard@robeco.nl | r.van.den.barselaar@robeco.nl |
| d.haesen@robeco.nl | l.rensch@robeco.nl | r.van.der.meer@robeco.nl |
| d.hoozemans@robeco.nl | l.snoei@robeco.nl | r.velida@robeco.nl |
| d.uljee@robeco.nl | l.swinkels@robeco.nl | r.venster@robeco.nl |
| e.bakker@robeco.nl | m.a.de.beauvesier.watson@robeco.nl | r.wuijster@robeco.nl |
| e.dikmans@robeco.nl | m.bac@robeco.nl | rgtreasury@robeco.nl |
| e.giesen@robeco.nl | m.bachoe@robeco.nl | roland.de.bruijn@robeco.nl |
| e.j.nijmeijer@robeco.nl | m.c.bellotto@robeco.nl | s.barnhard@robeco.nl |
| e.j.siermann@robeco.nl | m.c.l.bellotto@robeco.nl | s.bergakker@robeco.nl |
| e.m.h.van.leeuwen@robeco.nl | m.c.vriezen@robeco.com | s.bichsel@robeco.nl |
| e.maarel@robeco.nl | m.el.idrioui@robeco.nl | s.bus@robeco.nl |
| e.noomen@robeco.nl | m.glazener@robeco.nl | s.k.w.de.willigen@robeco.nl |
| e.papavoine@robeco.nl | m.h.de.kok@robeco.nl | s.kanodia@robeco.nl |
| e.sanichar@robeco.nl | m.h.de.pater@robeco.nl | s.lie@robeco.nl |
| ed.van.wijk@robeco.nl | m.heiniger@robeco.ch | s.van.den.heuvel@robeco.nl |
| f.c.breen@robeco.nl | m.hellemons@robeco.nl | s.van.eijkern@robeco.nl |
| f.mevis@robeco.nl | m.j.pronk@robeco.nl | s.van.heijst@robeco.nl |
| f.pietersma@robeco.nl | m.plakman@robeco.nl | stefan.jager@robeco.nl |
| f.sanders@robeco.nl | m.prinsze@robeco.nl | t.borrie@robeco.nl |
| frederic.peemans@robeco.be | m.strating@robeco.nl | t.botteldooren@robeco.nl |
| g.c.m.van.breukelen@robeco.nl | m.van.der.kroft@robeco.nl | t.bykova@robeco.nl |
| g.van.de.paal@robeco.nl | m.van.lent@robeco.nl | t.jansen@robeco.nl |
| g.van.der.geer@robeco.nl | m.van.voorst@robeco.nl | t.jonkman@robeco.nl |
| h.elmers@robeco.nl | m.zandbergen@robeco.nl | t.naaijkens@robeco.nl |
| h.grootveld@robeco.nl | m.zwanenburg@robeco.nl | t.putters@robeco.nl |
| h.sevdican@robeco.nl | n.adj@robeco.nl | t.wang@robeco.nl |
| h.vorstenbosch@robeco.nl | n.gouderjaan@robeco.nl | t.wiersma@robeco.nl |
| h.westra@robeco.nl | n.m.polak@robeco.nl | treasury@robeco.com |
| hugues.rialan@robeco.com | n.molenaar@robeco.nl | v.van.der.sanden@robeco.nl |
| i.f.graat@robeco.nl | n.saghir@robeco.nl | v.verberk@robeco.nl |
| i.j.s.laudy@robeco.nl | n.van.de.westelaken@robeco.nl | w.de.groot@robeco.nl |
| i.maartense@robeco.nl | o.van.thull@robeco.nl | w.h.pals@robeco.nl |
| i.w.geluk@robeco.nl | p.a.g.van.homelen@robeco.nl | w.j.c.van.hekeren@robeco.nl |
| ian.carey@robeco.com | p.algoe@robeco.nl | w.j.c.van.heteren@robeco.nl |
| j.a.h.van.dijk@robeco.nl | p.csoregh@robeco.nl | w.lewi@robeco.nl |
| j.a.m.m.geurts@robeco.nl | p.houweling@robeco.nl | w.schramade@robeco.nl |
| j.bergmans@robeco.nl | p.j.j.ferket@robeco.nl | w.van.schaik@robeco.nl |
| j.duyvesteyn@robeco.nl | p.kwaak@robeco.nl | x.chi@robeco.nl |
| j.hoek@robeco.nl | p.t.n.bruin@robeco.nl | x.liu@robeco.nl |
| j.hottinga@robeco.nl | p.van.der.lely@robeco.nl | y.j.steenbergen@robeco.nl |

z.jiang@robeco.nl
alexandra.iwanicki@robecoinvest.com
ben.taylor@robecoinvest.com
blake.miller@robecoinvest.com
charles.sweat@robecoinvest.com
daniel.vandivort@robecoinvest.com
darlene.haut@robecoinvest.com
david.seto@robecoinvest.com
eric.emmert@robecoinvest.com
eric.klein@robecoinvest.com
eric.pelio@robecoinvest.com
gregory.cipolaro@robecoinvest.com
howard.booth@robecoinvest.com
jim.ramsay@robecoinvest.com
julieann.remache@robecoinvest.com
may.liu@robecoinvest.com
myron.manternach@robecoinvest.com
sara.freedman@robecoinvest.com
stevens.mcaleer@robecoinvest.com
valasis.vafiadis@robecoinvest.com
walter.barrett@robecoinvest.com
brian.rohman@robecousa.com
christina.yuan@robecousa.com
dominick.dealto@robecousa.com
gregory.weiss@robecousa.com
hautd@robecousa.com
howard.mooth@robecousa.com
kenneth.heavey@robecousa.com
kerry.anwander@robecousa.com
kevin.casey@robecousa.com
lisa.white@robecousa.com
michael.lesesne@robecousa.com
michael.mccune@robecousa.com
michael.venezia@robecousa.com
nick.damico@robecousa.com
shirley.szeto@robecousa.com
sid.bakst@robecousa.com
stephen.lee@robecousa.com
steve.cowie@robecousa.com
thomas.girard@robecousa.com
russell@robertvan.com
anders.johansson@robur.se
andrej.kledzik@robur.se
angelica.hanson@robur.se
ase.londskog@robur.se
bjorn.stenback@robur.se
erik.gerestrand@robur.se
goran.espelund@robur.se
henrik.forsberg@robur.se
ian.raftell@robur.se
ingemar.syrehn@robur.se
johan.alm@robur.se
johan.forskund@robur.se
johan.heden@robur.se
jonas.pripp@robur.se
lennart.b.johansson@robur.se
magnus.jacobsson@robur.se
marcus.martayan@robur.se
marianne.erikson@robur.se
marianne.nilsson@robur.se

martin.bolander@robur.se
mats.lagerquist@robur.se
mattias.olsson@robur.se
michael.tull@robur.se
nicholas.peacock@robur.se
robert.wagner@robur.se
sara.arfwidson@robur.se
therese.karlsson@robur.se
tomas.makranci@robur.se
tomas.risbecker@robur.se
ulrika.linden@robur.se
veronica.yu@robur.se
christoph.rentsch@roche.com
christoph.streib@roche.com
gabriela.stadler@roche.com
hanskaspar.denzler@roche.com
philipp.herzig@roche.com
mail@roche-olten.ch
joyce.johnson@rochester.edu
kathy.king-griswold@rochester.edu
richard.insalaco@rochester.edu
akello@rockco.com
amunro@rockco.com
ayuen@rockco.com
cbrown@rockco.com
ccetateanu@rockco.com
ccrosby@rockco.com
cdambroso@rockco.com
dharris@rockco.com
dkoo@rockco.com
dsmith@rockco.com
dsong@rockco.com
dstern@rockco.com
efox@rockco.com
ejemetz@rockco.com
emonahan@rockco.com
esobong@rockco.com
hboutros@rockco.com
jball@rockco.com
jchang@rockco.com
jcrystal@rockco.com
jdavis@rockco.com
jgraves@rockco.com
jhaboucha@rockco.com
jmcdonald@rockco.com
jwaldman@rockco.com
lroberts@rockco.com
mraezer@rockco.com
mseo@rockco.com
mweeks@rockco.com
mweisenberg@rockco.com
nfink@rockco.com
pcrotty@rockco.com
rlederman@rockco.com
rmorillo@rockco.com
rnarayana@rockco.com
rnuciforo@rockco.com
shashemi@rockco.com
sjun@rockco.com
tmccarthy@rockco.com

tradinggroup@rockco.com
vlee@rockco.com
vmelendez@rockco.com
wsmoltino@rockco.com
ambeschloss@rockcreekglobal.com.
cshiung@rockfound.org
jsassoon@rockfound.org
rchen@rockfound.org
rkelly@rockfound.org
tharrington@rockfound.org
bill.paras@rocklandtrust.com
brad.francis@rocklandtrust.com
brian.callow@rocklandtrust.com
christopher.oddleifson@rocklandtrust.com
dave.marcoux@rocklandtrust.com
david.smith@rocklandtrust.com
deirdre.dennehy@rocklandtrust.com
denis.sheahan@rocklandtrust.com
dennis.oconnell@rocklandtrust.com
diane.degrandpre@rocklandtrust.com
dorothy.irvine@rocklandtrust.com
doug.butler@rocklandtrust.com
george.lamb@rocklandtrust.com
jane.lundquist@rocklandtrust.com
jason.lilly@rocklandtrust.com
jeff.hulett@rocklandtrust.com
jennifer.fiorella@rocklandtrust.com
john.peterson@rocklandtrust.com
joseph.tascone@rocklandtrust.com
lei.qin@rocklandtrust.com
robert.cozzone@rocklandtrust.com
todd.maddock@rocklandtrust.com
william.lavelle@rocklandtrust.com
mvargova@rocko.com
aroff@roffresources.com
chip.allison@roggeglobal.com
corinne.hill@roggeglobal.com
tim.dowling@roggeglobal.com
gian.heim@rolex.ch
hubert.duplessix@rolex.com
peter.barnes-wallis@rolls-royce.com
richard.evans@rolls-royce.com
alflatt@rolss-royce.com
m.rellini@roma.bcc.it
mkotta@romabank.com
a.chinca@romagest.it
g.mattioli@romagest.it
l.lamberti@romagest.it
m.ferrari@romagest.it
p.bordi@romagest.it
p.ronzoni@romagest.it
bob.leininger@rorerasset.com
cstorms@rorerasset.com
dpm@rorerasset.com
l.aasheim@rorerasset.com
s.hannigan@rorerasset.com
susan.livesey@rorerasset.com
rose@roseassetmgt.com
aintreglia@roslyn.com
jmancino@roslyn.com

lcornell@roslyn.com
kreim@rotafinansbank.com.tr
adam.greenbury@rothschild.co.uk
alessio.de.comite@it.rothschild.com
alina.addison@rothschild.co.uk
anthony.bailly@fr.rothschild.com
ashley.blatter@rothschild.co.uk
bronwyn.matthews@rothschild.com.au
bruce.meadows@rothschild.com.au
callum.burns@rothschild.co.uk
charles.doll@fr.rothschild.com
david.elsner@rothschild.com.au
domenica.martina@rothschild.com.au
emma.wilson@rothschild.co.uk
eric.sadoun@fr.rothschild.com
francois.deroussy@fr.rothschild.com
gillian.willard@rothschild.co.uk
glen.hoffman@rothschild.com.au
glenn.beatham@rothschild.com
glynn.meth@rothschild.com.au
graham.curds@rothschild.co.uk
hugh.denning@rothschild.co.uk
james.hogan@rothschild.com.au
joanne.lee@rothschild.co.uk
john.hunter@rothschild.co.uk
john.langrish@rothschild.co.uk
john.sealy@rothschild.co.uk
jonathon.josey@rothschild.co.uk
julien.boy@fr.rothschild.com
kavita.gupta@rothschild.co.uk
laurence.irlicht@rothschild.com.au
leigh.enevoldson@rothschild.co.uk
les.young@rothschild.co.uk
louis.albert@fr.rothschild.com
mario.berti@rothschild.co.uk
mark.collier@rothschild.co.uk
mark.mcgowen@rothschild.com.au
matthew.reynolds@rothschild.co.uk
matthew.riordan@rothschild.com.au
mcinnesd@rothschild.co.uk
neil.cox@rothschild.co.uk
niki.sutton@rothschild.co.uk
paul.hannan@rothschild.com.au
phil.yeates@rothschild.co.uk
rodolphe.zellitch@fr.rothschild.com
rosalyn.wildman@rothschild.co.uk
rupert.howard@rothschild.co.uk
sandra.liyanage@rothschild.co.uk
scott.maddock@rothschild.com.au
sebastien.barbe@fr.rothschild.com
simon.white@rothschild.co.uk
tim.barker@rothschild.com.au
victoria.hasler@rothschild.co.uk
adrian.neubrandt@rothschildbank.com
benjamin.meyer@rothschildbank.com
carlo.braunwalder@rothschildbank.com
claudio.sacchet@rothschildbank.com
craig.richmond@rothschildbank.com
davide.rima@rothschildbank.com
debora.bucher@rothschildbank.com

dominiquejulien.maire@rothschildbank.com
harry.jaeaeskelaeinen@rothschildbank.com
heinz.nesshold@rothschildbank.com
lorenz.trautmann@rothschildbank.com
luca.daldosso@rothschildbank.com
luigi.roccu@rothschildbank.com
marko.ouvnjak@rothschildbank.com
markus.henz@rothschildbank.com
nicolas.carroz@rothschildbank.com
peter.wuethrich@rothschildbank.com
renato.bruno@rothschildbank.com
roland.ducommun@rothschildbank.com
rudolf.marty@rothschildbank.com
urs.pfister@rothschildbank.com
robert.baumann@rothschild-bank.ch
anterieux.n@rothschild-cie.fr
braud.g@rothschild-cie.fr
jeanne.asseraf@rothschild-cie.fr
levy.julien@rothschild-cie.fr
michel.girault@rothschild-cie.fr
tillit.j@rothschild-cie.fr
david.mott@rothschilds.co.uk
jeffrey.soar@rothschilds.co.uk
jason.osier@roundtablemc.com
jeff.wong@roundtableimc.com
jennifer.blachford@roundtableimc.com
whwells@rowamcompanies.com
dmcnease@rowancompanies.com
lyndaa@rowancompanies.com
smcleod@rowancompanies.com
dmessler@roxburycap.com
ajl@roxcap.com
bsmoluch@roxcap.com
cathy@roxcap.com
daiva@roxcap.com
ehirsch@roxcap.com
ejones@roxcap.com
ekolin@roxcap.com
honeycutt@roxcap.com
jmoten@roxcap.com
jprestine@roxcap.com
jshanaha@roxcap.com
kahn@roxcap.com
kmclean@roxcap.com
krobinson@roxcap.com
lblessinger@roxcap.com
massey@roxcap.com
prokosz@roxcap.com
richard@roxcap.com
rmarvin@roxcap.com
ryan@roxcap.com
smarshman@roxcap.com
smyers@roxcap.com
tdavies@roxcap.com
tschuster@roxcap.com
eshin@royalasianbank.com
cam.desbrisay@royalbank.com
craig.wright@royalbank.com
david.gibbins@royalbank.com
david.robertson@royalbank.com

jason.breckenridge@royalbank.com
luisa.starns@royalbank.com
nick.thomas@royalbank.com
simon.waddington@royalbank.com
aziegler@royalbankamerica.com
cdrimak@royalbankamerica.com
gwagner@royalbankamerica.com
jdecker@royalbankamerica.com
jpergolin@royalbankamerica.com
jhanuscin@royalbankpa.com
jmcswiggan@royalbankpa.com
david.bird@royal-london.co.uk
david.rose@royal-london.co.uk
ken.spry@royal-london.co.uk
paul.langton@royal-london.co.uk
stephen.shone@royal-london.co.uk
alex.mctavish@gcc.royalsun.com
andrew.burke@uk.royalsun.com
ian.craston@gcc.royalsun.com
julian.hance@wgo.royalsun.com
keith.feldman@uk.royalsun.com
louise.somers@gcc.royalsun.com
marian.povey@wgo.royalsun.com
naren.dutta@gcc.royalsun.com
neil.moge@gcc.royalsun.com
john.rhinelander@royalusa.com
michael.cicerone@royalusa.com
stephanie.babich@royalusa.com
bhench@roycenet.com
buzz@roycenet.com
cflynn@roycenet.com
charlie@roycenet.com
croyce@roycenet.com
cvanderbush@roycenet.com
dnadel@roycenet.com
dsermon@roycenet.com
escreiber@roycenet.com
fayres@roycenet.com
fgannon@roycenet.com
jdeysher@roycenet.com
jharvey@roycenet.com
jkaplan@roycenet.com
jlowe@roycenet.com
jskinner@roycenet.com
jtaylor@roycenet.com
lromeo@roycenet.com
smcboyle@roycenet.com
whitney@roycenet.com
brenda@rozenfeld.net
johan.alenius@rpm.se
magnus@rpm.se
f.iuri@rpweb.it
s.latorre@rpweb.it
adolfog@san.rr.com
alfonso@san.rr.com
awr@nyc.rr.com
benrey@san.rr.com
blakew@nyc.rr.com
claudiag@san.rr.com
davidg@san.rr.com

edlarsen@houston.rr.com
hgiuliano@nyc.rr.com
jkomives@wi.rr.com
jokarma@wi.rr.com
jsinclair@houston.rr.com
myrna@san.rr.com
oscarj@san.rr.com
pgill4@nyc.rr.com
tday@kc.rr.com
trose2@mn.rr.com
zsofia@rrcol.com
barry.mcconnell@rreef.com
john.hammond@rreef.com
sacha.hoek@rreef.com
bettyc@rsa.state.al.us
dbronner@rsa.state.al.us
julieb@rsa.state.al.us
lance@rsa.state.al.us
nicholasp@rsa.state.al.us
adam.rogers@rsa-al.gov
allan.carr@rsa-al.gov
bobby.long@rsa-al.gov
keith.buchanan@rsa-al.gov
kevin.gamble@rsa-al.gov
marc.green@rsa-al.gov
michael.mcnair@rsa-al.gov
steve.lambdin@rsa-al.gov
adam_martin@rsausa.com
alex_rodriguez@rsausa.com
andrew_jacobson@rsausa.com
barry_roof@rsausa.com
cynthia_byers@rsausa.com
dave_shumway@rsausa.com
david_f_king@rsausa.com
eric_chen@rsausa.com
erika_helms@rsausa.com
jason_clark@rsausa.com
jimmy_huang@rsausa.com
julie_ledford@rsausa.com
kris_rao@rsausa.com
leonard_davenport@rsausa.com
linda_merry@rsausa.com
ray_trogdon@rsausa.com
robin_z_shortridge@rsausa.com
sandra_vogel@rsausa.com
bella_berns@rsco.com
arnaud@rsi-ch.com
christophegay@rsi-ch.com
gogara@rtiaa-cref.org
armank@ruanecunniff.com
cynthiac@ruanecunniff.com
davidp@ruanecunniff.com
epope@ruanecunniff.com
gina@ruanecunniff.com
jim@ruanecunniff.com
joann@ruanecunniff.com
joseph@ruanecunniff.com
kevin@ruanecunniff.com
lorio@ruanecunniff.com
lshlafman@ruanecunniff.com

marvin@ruanecunniff.com
maureen@ruanecunniff.com
michael@ruanecunniff.com
nicoles@ruanecunniff.com
richie@ruanecunniff.com
robertg@ruanecunniff.com
toddr@ruanecunniff.com
alan.zlatar@ruedblass.ch
christoph.borucki@ruedblass.ch
christoph-ernst.kaufmann@ruedblass.ch
cristian.canis@ruedblass.ch
daniel.wittmer@ruedblass.ch
konstantin.giantiroglou@ruedblass.ch
marc.wyss@ruedblass.ch
markus.digion@ruedblass.ch
markus.huber@ruedblass.ch
michael.tschudin@ruedblass.ch
roberto.sisi@ruedblass.ch
rolf.frey@ruedblass.ch
sacha.deutsch@ruedblass.ch
stefano.zoffoli@ruedblass.ch
thomas.zollinger@ruedblass.ch
ulrich.schulze@ruedblass.ch
acheng@russell.com
aduncan@russell.com
agarcia@russell.com
amurphy@russell.com
araihl@russell.com
areid@russell.com
asneddon@russell.com
babang@russell.com
bbaggenstos@russell.com
bgolob@russell.com
bmock@russell.com
btillberg@russell.com
bweber@russell.com
cgoodsel@russell.com
clane@russell.com
crallo@russell.com
dbrown@russell.com
djordanovic@russell.com
dmoon@russell.com
dpayne@russell.com
dpierce@russell.com
dsobba@russell.com
dtilton@russell.com
dwong@russell.com
eloventorn@russell.com
eogard@russell.com
fmalcolm@russell.com
gkorte@russell.com
hharo@russell.com
hstewart@russell.com
ibattye@russell.com
ibosnjak@russell.com
ifaasee@russell.com
igoh@russell.com
jafarrar@russell.com
jageller@russell.com
jalston@russell.com

jamoore@russell.com
jbarton@russell.com
jdefty@russell.com
jdroubay@russell.com
jduberly@russell.com
jfjohnson@russell.com
jganung@russell.com
jhenry@russell.com
jhoffman@russell.com
jhussey@russell.com
jimhof@russell.com
jlangebrekke@russell.com
jlenzo@russell.com
jleverett@russell.com
jlukens@russell.com
jmark@russell.com
jmclaughlin@russell.com
jocwilliams@russell.com
jsacks@russell.com
jvelis@russell.com
kbrunson@russell.com
kmainelli@russell.com
ksahlin@russell.com
lcavallari@russell.com
lmurphy@russell.com
mamberson@russell.com
mbednarczyk@russell.com
mbrown@russell.com
mducharme@russell.com
mfjelstad@russell.com
mfreudenstein@russell.com
mgardner@russell.com
mhewitt@russell.com
mlparis@russell.com
mruff@russell.com
nabraham@russell.com
ndudley@russell.com
nmcfarland@russell.com
npilcher@russell.com
nschmidt@russell.com
pbusick@russell.com
pcoates@russell.com
pgreenwood@russell.com
pkaperick@russell.com
pkreiselmaier@russell.com
qzimmerman@russell.com
rbabst@russell.com
rbishop@russell.com
rbutler@russell.com
rhall@russell.com
sansel@russell.com
sbacchus@russell.com
sbickham@russell.com
sbraedt@russell.com
sbryant@russell.com
sburrill@russell.com
sgrimm@russell.com
skoval@russell.com
sperek@russell.com
sspinhar@russell.com

strecker@russell.com
tallen@russell.com
tbagley@russell.com
tfletcher@russell.com
tmorton@russell.com
trallen@russell.com
tsnedden@russell.com
uha@russell.com
vsondhi@russell.com
wmcquade@russell.com
yholzhauer@russell.com
ymaeda@russell.com
ytamir@russell.com
ywhittenberger@russell.com
yzerizef@russell.com
ctaylor@russellmellon.com
kspellman@russellmellon.com
smcintosh@russellmellon.com
andreas.fuths@ruv.de
dirk.strehmel@ruv.de
frank.brandstaetter@ruv.de
gerhard.wuenstel@ruv.de
helge.ullmann@ruv.de
jens.klein@ruv.de
joerg.boche@ruv.de
jorg.jacobs@ruv.de
michael.boes@ruv.de
petra.becker@ruv.de
petra.bradler@ruv.de
rainer.neumann@ruv.de
ralf.van-dawen@ruv.de
thomas.zengeler@ruv.de
thorsten.guse@ruv.de
wolfgang.kernbach@ruv.de
karin.kunrath@rvg.at
bernhard.hofer@rvs.at
elisabeth.manhartsgruber@rvs.at
manfred.reichholf@rvs.at
petra.steffler@rvs.at
bdebastiani@rwbaird.com
beckerdt@rwbaird.com
bhall@rwbaird.com
bhutchinson@rwbaird.com
bmahoney@rwbaird.com
bmayes@rwbaird.com
bmcintyre@rwbaird.com
bmorgan@rwbaird.com
breilly@rwbaird.com
bvenable@rwbaird.com
ccolvin@rwbaird.com
ccooper@rwbaird.com
cgregory@rwbaird.com
cneitzke@rwbaird.com
cseverson@rwbaird.com
dguffy@rwbaird.com
dpaton@rwbaird.com
gedwards@rwbaird.com
gplacek@rwbaird.com
jeverhart@rwbaird.com
jgassman@rwbaird.com

jgood@rwbaird.com
jmadden@rwbaird.com
jwyant@rwbaird.com
khemauer@rwbaird.com
khoey@rwbaird.com
llange@rwbaird.com
mantonini@rwbaird.com
nzarcone@rwbaird.com
plawton@rwbaird.com
ppurcell@rwbaird.com
pstscherban@rwbaird.com
rcane@rwbaird.com
rswilliams@rwbaird.com
sbooth@rwbaird.com
tbyrne@rwbaird.com
tconklin@rwbaird.com
thogan@rwbaird.com
tmaxwell@rwbaird.com
tseidcheck@rwbaird.com
wmahler@rwbaird.com
andreasg.zetzsche@rwe.com
axel.gerhardy@rwe.com
dirk.trochelmann@rwe.com
egbert.cosack@rwe.com
franz-josef.schulte@rwe.com
georg.lambertz@rwe.com
herbert.fuchs@rwe.com
huib.morelisse@rwe.com
jochen.petersen@rwe.com
karl-heinz.adermann@rwe.com
martin.vahlbrock@rwe.com
michael.coffey@rwe.com
peter.matza@rwe.com
siegfried.gendries@rwe.com
susanne.weitz@rwe.com
ulrich.brand@rwe.com
andre.stockmann@rwedea.com
boneil@rwjf.org
elondon@rwjf.org
kcandel@rwjf.org
mmeswani@rwjf.org
rslocum@rwjf.org
carl.obrien@rwjuh.edu
geriann.swenarton@rwjuh.edu
alangel@ryanbeck.com
bgadbois@ryanbeck.com
bmannion@ryanbeck.com
bperry@ryanbeck.com
diane.rothberg@ryanbeck.com
dwsmith@ryanbeck.com
gwatts@ryanbeck.com
jay.suskind@ryanbeck.com
lisa.schultz@ryanbeck.com
mschoenfelder@ryanbeck.com
paul.lesica@ryanbeck.com
richard.kernan@ryanbeck.com
rkonrad@ryanbeck.com
ssouhrada@ryanbeck.com
bkeller@ryanlabs.com
dmaurice@ryanlabs.com

gmichalik@ryanlabs.com
jpeng@ryanlabs.com
mdonelan@ryanlabs.com
msalzillo@ryanlabs.com
pmendonca@ryanlabs.com
alexander.zoerner@rzb.at
alexandra.spitz@rzb.at
ana.babaja@rzb.at
axel.summer@rzb.at
christian.burger@rzb.at
christian.gneist@rzb.at
christian.saeckl@rzb.at
christoph.gamsjaeger@rzb.at
daniel.eckhardt@rzb.at
daniel.novotny-farkas@rzb.at
edith.schiller@rzb.at
ernst.galavics@rzb.at
eugen.puseizer@rzb.at
florian.glinz@rzb.at
franz-christian.mach@rzb.at
georg.traunfellner@rzb.at
gerd.frimmel@rzb.at
gerhard.boesch@rzb.at
gerhard.herda@rzb.at
gerhard.koller@rzb.at
gerold.koeb@rzb.at
guenter.hoellerl@rzb.at
guenther.poettler@rzb.at
hans.rettl@rzb.at
harald.riedler@rzb.at
harald.schoenauer@rzb.at
heidelinde.gross@rzb.at
heinz.kurzmann@rzb.at
hellmuth.bauer@rzb.at
herbert.hrdlicka@rzb.at
herbert.stepic@rzb.at
himali.upadhya@rzb.at
hubert.figl@rzb.at
ihsan.goerec@rzb.at
ingolf.schalko@rzb.at
johann.oberlechner@rzb.at
johannes.rhomberg@rzb.at
juergen.nitsch@rzb.at
juergen.rauschmeier@rzb.at
karin.baumgartner@rzb.at
karin.ellmauer@rzb.at
klaus.krombass@rzb.at
ksenia.tareva@rzb.at
luigi.fanciano@rzb.at
manuel.vaid@rzb.at
manuela.aschauer@rzb.at
manuela.jordan-sima@rzb.at
manuela.molnar@rzb.at
marcel.burtscher@rzb.at
marcin.maj@rzb.at
margit.hasslinger@rzb.at
maria.kavaliova@rzb.at
markus.grien@rzb.at
markus.obrist@rzb.at
markus.tischelmayer@rzb.at

martin.kirisch-von-saldern-ahlimb@rzb.at
martin.unger@rzb.at
matthias.gabriel@rzb.at
max.benedini@rzb.at
michael.ehrensberger@rzb.at
michael.gramann@rzb.at
mmang@rzb.at
nicolaus.hagleitner@rzb.at
nikolaus.cichy@rzb.at
oliver.steiner@rzb.at
patrick.butler@rzb.at
peter.onofrej@rzb.at
petr.polach@rzb.at
raaed.kabbabe@rzb.at
robert.kliesspiess@rzb.at
roland.klimesch@rzb.at
roman.exenberger@rzb.at
stefan.eckhardt@rzb.at
thomas.neidhardt@rzb.at
thomas.schopper@rzb.at
vadim.b.matyushkin@rzb.at
verena.gradwohl@rzb.at
walter.demel@rzb.at
walter.kickenweitz@rzb.at
wolfgang.fischer@rzb.at
wolfgang.matschek@rzb.at
wzbbl@rzb.at
wzbhse@rzb.at
wzblwm@rzb.at
wzbren@rzb.at
wzbscw@rzb.at
jgapay@rzbfinance.com
wzblad@rzb-wien.raiffeisen.at
ulrika.lundgren@saab.se
alqatari@saad.com.sa
alberto@saadgroup.com
chris@saadgroup.com
clive@saadgroup.com
george@saadgroup.com
jean-roger@saadgroup.com
kimberly@saadgroup.com
laurent@saadgroup.com
leticia@saadgroup.com
olivia@saadgroup.com
sandro@saadgroup.com
alexander.kurtz@saarlb.de
bernd.luxenburger@saarlb.de
carolin.warken@saarlb.de
daniel.jacoby@saarlb.de
elke.schummer@saarlb.de
guido.bellmann@saarlb.de
hans-peter.arweiler@saarlb.de
herbert.weinmann@saarlb.de
ilka.quiring@saarlb.de
joachim.schaefer@saarlb.de
joerg.backes@saarlb.de
johannes.klumpp@saarlb.de
nadine.eil@saarlb.de
norbert.both@saarlb.de
reiner.montag@saarlb.de

rolf.buchholz@saarlb.de
silvia.schuhn@saarlb.de
vanessa.schaefer@saarlb.de
wolfgang.koettner@saarlb.de
acerete@sabadellatlantico.com
mumbrue@sabadellatlantico.com
sanzolga@sabadellatlantico.com
soyj@sabadellatlantico.com
valerarafael@sabadellbancaprivada.com
jehadtashkandi@sabb.com
mazenmatraji@sabb.com
megrenalkulaibi@sabb.com
mohammedaltuwaijri@sabb.com
baudouin.devaucleroy@sabena.be
hooverm@saccounty.net
maurerm@saccounty.net
santodomingob@saccounty.net
shimamotom@saccounty.net
stensrudj@saccounty.net
a.genna@sace.it
a.lanza@sace.it
c.cioninivisani@sace.it
e.luciani@sace.it
f.fritelli@sace.it
g.regoli@sace.it
g.tellini@sace.it
i.gambelli@sace.it
l.brichetto@sace.it
l.gasparini@sace.it
p.dignazio@sace.it
r.taricco@sace.it
adrian.oates@sachsenlb.ie
aidan.cronin@sachsenlb.ie
andreas.stehr@sachsenlb.de
angelika.schulze@sachsenlb.de
anita.hughes@sachsenlb.ie
anna.devine@sachsenlb.ie
benjamin.boehm@sachsenlb.ie
bernadette.gielnik@sachsenlb.ie
burkart.moench@sachsenlb.de
christopher.nolan@sachsenlb.ie
daniela.trutz@sachsenlb.de
david.dunk@sachsenlb.ie
derek.traynor@sachsenlb.ie
gabriel.nolan@sachsenlb.ie
hans.bernhard.trinius@sachsenlb.de
herbert.suess@sachsenlb.de
ines.rueberg@sachsenlb.de
ingo.steffenhag@sachsenlb.de
james.mcevoy@sachsenlb.ie
jay.briganti@sachsenlb.ie
joerg.keller@sachsenlb.de
jonathan.dent@sachsenlb.ie
karsten.wettig@sachsenlb.de
karsten_legner@sachsenlb.de
kevin_shinners@sachsenlb.ie
knut.herse@sachsenlb.de
ludger.feldmann@sachsenlb.de
martin.lally@sachsenlb.ie
michael.frawley@sachsenlb.ie

morgan.osullivan@sachsenlb.ie
neil.macdermott@sachsenlb.ie
neil_mcnamara@sachsenlb.ie
olivia.sampson@sachsenlb.ie
peter.kroeger@sachsenlb.de
rainer.vogel@sachsenlb.ie
robert_sonneborn@sachsenlb.ie
rolf.linke@sachsenlb.ie
ron.krueger@sachsenlb.ie
ronan.kelly@sachsenlb.ie
rory.macgowan@sachsenlb.ie
stefan.leusder@sachsenlb.de
stephan.dietrich@sachsenlb.de
sven.petersen@sachsenlb.ie
thomas.maul@sachsenlb.de
thomas.pohontsch@sachsenlb.de
tino.petzold@sachsenlb.de
tom.hartung@sachsenlb.de
uwe.krause@sachsenlb.de
werner.eckert@sachsenlb.ie
werner.kolb@sachsenlb.de
markvoermans@saemor.com
martijnvanveen@saemor.com
ranipiputri@saemor.com
richardschreuder@saemor.com
svenbakker@saemor.com
svenbouman@saemor.com
ncharton@safdie.com
pfischer@safdie.com
rauch@safdie.com
shmulik@safdie.com
tbrunetti@safdie.com
andjoh@safeco.com
bevden@safeco.com
bevyor@safeco.com
bilwhi@safeco.com
bremar@safeco.com
brenwi@safeco.com
brikut@safeco.com
cagjoh@safeco.com
chadri@safeco.com
chrden@safeco.com
davgin@safeco.com
elipon@safeco.com
grecar@safeco.com
henhaf@safeco.com
henhas@safeco.com
jaybun@safeco.com
jefsch@safeco.com
joschr@safeco.com
joswan@safeco.com
kitbro@safeco.com
lesfox@safeco.com
lynsag@safeco.com
marmet@safeco.com
micmca@safeco.com
mikhug@safeco.com
pastev@safeco.com
ricmea@safeco.com
ronspa@safeco.com

shmill@safeco.com
stakra@safeco.com
stasha@safeco.com
stebau@safeco.com
timhok@safeco.com
vinfra@safeco.com
afrancisco@safei.es
anperez@safei.es
dherrero@safei.es
gpardo@safei.es
jlgarcia@safei.es
rbedmar@safei.es
cathy.ikeuchi@safeway.com
george.waidelich@safeway.com
alexandre.suarez@safra.lu
christophe.loizeau@safra.lu
david.luis@safra.lu
denis.clement@safra.lu
maria.dossantos@safra.lu
marie-christine.lambin@safra.lu
rodrigo.barbieri@safra.lu
vincent.georges@safra.lu
atolhurst@sagitta.co.uk
badams@sagitta.co.uk
cokill@sagitta.co.uk
cwest@sagitta.co.uk
etomacelli@sagitta.com
jscott@sagitta.co.uk
mbrewer@sagitta.co.uk
mcoch@sagitta.co.uk
nel-rayyes@sagitta.co.uk
rcresci@sagitta.co.uk
smiller@sagitta.co.uk
dario.sclaverano@sai.it
edmondo.bosco@sai.it
gianluca.vallosio@sai.it
giovanni.sanfelici@sai.it
marco.demicheli@sai.it
paolo.malcotti@sai.it
piercarlo.debernardi@sai.it
raffaele.riccioli@sai.it
riccardo.divenuta@sai.it
silvia.demagistris@sai.it
stefano.carlino@sai.it
flahham@saib.com.sa
hbouali@saib.com.sa
maljadaani@saib.com.sa
rhaddad@saib.com.sa
salfaghm@saib.com.sa
blehmann@saigroup.com
rrabl@saigroup.com
cap-03@saikyobank.co.jp
cap-04@saikyobank.co.jp
ibg@saikyobank.co.jp
lynda.ashton@sainsburys.co.uk
michael.snape@sainsburys.co.uk
sarah.boden@sainsburys.co.uk
anne-marie.lagarde@saint-gobain.com
benoit.bazin@saint-gobain.com
boris.bruck@saint-gobain.com

claire.moses@saint-gobain.com
edouard.jounet@saint-gobain.com
elisabeth.sellier@saint-gobain.com
helene.barzoukas@saint-gobain.com
jean-calude.brunet@saint-gobain.com
jean-luc.beauchu@saint-gobain.com
josiane.pensier@saint-gobain.com
natalia.crofut@saint-gobain.com
nicolas.badre@saint-gobain.com
philipe.brunet@saint-gobain.com
philippe.seux@saint-gobain.com
alberto.delbon@saipem.eni.it
giulio.bozzini@saipem.eni.it
pietrofranco.tali@saipem.eni.it
salvatore.colli@saipem.eni.it
vincenzo.masellicampagna@saipem.eni.it
gbaumgar@sairgroup.com
gschorderet@sairgroup.com
attilio.capella@saisim.it
francesco.mameo@saisim.it
gianluca.baldoni@saisim.it
hiroyuki_koide@sakura.co.jp
kazuhisa_miyagawa@sakura.co.jp
masayuki_suzuki@sakura.co.jp
shinichiro_kohashi@sakura.co.jp
shinji_higashihara@sakura.co.jp
takashi_hiroyasu@sakura.co.jp
tamihiro_kawauchi@sakura.co.jp
thoshino@sakura.co.uk
tsugumasa_kojima@sakura.co.jp
yasuhito_nakajima@sakura.co.jp
clive.burgess@sakurafinance.com
info@salamercati.it
sara.carabella@salamercati.it
pingyin.chai@salemfive.com
claudio_alini@salvatoreferragamo.it
awinklhofer.rvs@salzburg.raiffeisen.at
blang.rvs@salzburg.raiffeisen.at
mroitmayer.rvs@salzburg.raiffeisen.at
falhumaidah@sama.org.sa
kalkhattaf@sama.org.sa
maljasser@sama.gov.sa
aalkhamis@sama-ksa.org
nalnhammed@sama-ksa.org
talkhereiji@sama-ksa.org
abdulrahman.al-fadda@samba.com
abdulwahab.al-betairi@samba.com.sa
adel.al-maiman@samba.com.sa
askari.naqvi@samba.com
harith.abussaud@samba.com
leon.koh@samba.com
majeed.al-abduljabbar@samba.com
mohammed.al-amro@samba.com
nadir.al-koraya@samba.com
nasser.abanmy@samba.com
shareef.alkorayea@samba.com.sa
shujaat.nadeem@samba.com
sultan.al-shehri@samba.com
yasser.al-mazyad@samba.com
jcattier@samgmt.com

jtaliaferro@samgmt.com
rdoll@samgmt.com
sjames@samgmt.com
bsussman@samipfd.com
jurciuoli@samipfd.com
mkrishnan@samipfd.com
pjacoby@samipfd.com
rgiangregorio@samipfd.com
rmills@samllc.com
mikko@sammallahti.evli.fi
antti.urvas@sampo.fi
arto.laakkonen@sampo.com
harri.piipponen@sampo.fi
harri.siira@sampo.fi
heikki.nordman@sampo.fi
ilkka.aitero@sampo.com
jouni.parviainen@sampo.fi
juha.raitanen@sampo.fi
jussi.karppinen@sampo.fi
kari.koivula@sampo.fi
kimmo.lilja@sampo.fi
markku.pehkonen@sampo.fi
martti.siivola@sampo.fi
matti.seppanen@sampo.fi
mika.manninen@sampo.fi
minna.rosenlund@sampo.fi
patrick.lapvetelainen@sampo.fi
seppo.ilonen@sampo.fi
tapani.mannersuo@sampo.fi
teemu.liikanen@sampo.fi
tom.lundsten@sampo.fi
tuomas.inkinen@sampo.fi
tuula.k.koskimaki@sampo.fi
ville.talasmaki@sampo.fi
vesa.nurminen@sampo-leonia.fi
anna-maria.veckman@sampopankki.fi
kalle.kuokka@sampopankki.fi
ville.holma@sampopankki.fi
bdh007@samsung.co.kr
blash.yi@samsung.com
booun@samsung.co.kr
buchoi@samsung.co.kr
changhoon.kwak@samsung.com
chulhwan.kwon@samsung.com
cjmin.choi@samsung.com
cy422.lee@samsung.com
daehyuck.lim@samsung.com
daewoong.lim@samsung.com
dongmin3.lee@samsung.com
dw2500.ha@samsung.com
easthosu@samsung.co.kr
ejk1@samsung.co.kr
eunhyoung.cho@samsung.com
genech@samsung.co.kr
hakyoung.lee@samsung.com
hgl@samsung.co.kr
hosangli@samsung.co.kr
hyejin0610.kim@samsung.com
hyowook.kim@samsung.com
hyunjong.jung@samsung.com

in_cheon.park@samsung.com
ins.park@samsung.com
jaehyun.jo@samsung.com
jaesuk.yang@samsung.com
jay.baek@samsung.com
jeewon.ha@samsung.com
jeong-ho.hwang@samsung.com
jeryun.lee@samsung.com
jg.bae@samsung.com
jh1120.kim@samsung.com
jinjoong.nam@samsung.com
jmtop.lee@samsung.com
joohong.min@samsung.com
kathleen.park@samsung.com
kelvin.tam@samsung.com
keumdeok.shin@samsung.com
keyyoung.lee@samsung.com
kisoo.park@samsung.com
kjulius@samsung.com
kmh18@samsung.co.kr
koosh@samsung.co.kr
kugjae.lee@samsung.com
kyungmin877.kim@samsung.com
kyungsik1.lee@samsung.com
mcho@samsung.com
moonsun7.choi@samsung.com
ms777.kim@samsung.com
msahn@samsung.com
owenkwon@samsung.co.kr
pcsuk@samsung.co.kr
s.min@samsung.com
sanghee_lee@samsung.com
sangho.d.jung@samsung.com
secalist.cho@samsung.com
seongwook.jang@samsung.com
seungchul.yoo@samsung.com
seung-hwan.kang@samsung.com
shinyoon.roh@samsung.com
sihyoung.ahn@samsung.com
silim7@samsung.co.kr
sj700.kim@samsung.com
sung-jin.park@samsung.com
tjum@samsung.co.kr
truenorth.lee@samsung.com
wonjae.choi@samsung.com
ybaekim@samsung.co.kr
yl950121@samsung.co.kr
yong-jae.lee@samsung.com
yongjoon.jang@samsung.com
youngsun.choi@samsung.com
youngw.yoon@samsung.com
junahn@samung.co.kr
engiam@sandellmgmt.com
sjohnson@sandiego.gov
ben@sandlercap.com
brent@sandlercap.com
carese@sandlercap.com
cheryl@sandlercap.com
dmc@sandlercap.com
doug@sandlercap.com

drew@sandlercap.com
ehsu@sandlercap.com
eric@sandlercap.com
farah@sandlercap.com
hannah@sandlercap.com
jae@sandlercap.com
john@sandlercap.com
johnd@sandlercap.com
josh@sandlercap.com
jtinker@sandlercap.com
kevin@sandlercap.com
mark@sandlercap.com
matt@sandlercap.com
michael@sandlercap.com
mtully@sandlercap.com
smccuen@sandlercap.com
surya@sandlercap.com
tim@sandlercap.com
tom@sandlercap.com
vito@sandlercap.com
aroth@sandleroneill.com
dbrown@sandleroneill.com
dpetro@sandleroneill.com
dsullivan@sandleroneill.com
jcolbert@sandleroneill.com
jharte@sandleroneill.com
kfitzsimmons@sandleroneill.com
kstefanski@sandleroneill.com
rblair@sandleroneill.com
tdoheny@sandleroneill.com
denise.almeida@sandoz.com
johannes.raneburger@sandoz.com
kurt.schoergendorfer@sandoz.com
loviena.gonsalves@sandoz.com
gunnar.batelsson@sandvik.com
hans.bill@sandvik.com
helene.gunnarson@sandvik.com
jan.ahlander@sandvik.com
jan.lissaker@sandvik.com
per.elfstrom@sandvik.com
pernilla.eriksson@sandvik.com
gene@sangamon.com
osamu.tomoda@sanofi-aventis.com
takao.kimura@sanofi-aventis.com
afleixasa@sanostra.es
bborras@sanostra.es
fcolom@sanostra.es
fcomasf@sanostra.es
fmestresb@sanostra.es
jbernaus@sanostra.es
jcapons@sanostra.es
jgilmartin@sanostra.es
lcompanyr@sanostra.es
mdurant@sanostra.es
mppomar@sanostra.es
msalasd@sanostra.es
rarroyo@sanostra.es
a.decourcel@sanpaolo.fr
a.derycke@sanpaolo.fr
a.garombo@sanpaolo.fr

antonio.migliorini@sanpaolo.com
c.sollier@sanpaolo.fr
f.terranti@sanpaolo.fr
g.bezzina@sanpaolo.fr
g.herouard@sanpaolo.fr
imcc@sanpaolo.fr
mromano@sanpaolo.lu
p.jourda@sanpaolo.fr
pcecere@sanpaolo.co.uk
rcaporaso@sanpaolo.lu
rcarducci@sanpaolo.co.uk
anna.lombani@sanpaoloam.lu
attilio.femiano@sanpaoloam.lu
luigi.fallanca@sanpaoloam.lu
michele.ma@sanpaoloam.lu
michelle.ma@sanpaoloam.lu
savina.martinucci@sanpaoloam.lu
stephane.iacono@sanpaoloam.lu
thierry.collard@sanpaoloam.lu
alberto.avanzo@sanpaoloimi.com
alessandro.decinti@sanpaoloimi.it
alessandro.lolli@sanpaoloimi.com
alfonso.iozzo@sanpaoloimi.com
angelo.cioffi@sanpaoloimi.com
cathy.lesse@sanpaoloimi.com
cristina.lege@sanpaoloimi.com
daniela.giberti@sanpaoloimi.com
enrico.arrigoni@sanpaoloimi.com
francesco.dimeo@sanpaoloimi.com
giovanni.saletta@sanpaoloimi.com
giuseppe.lasorda@sanpaoloimi.com
giuseppe.scarabosio@sanpaoloimi.com
ivette.iacueo@sanpaoloimi.com
lorenzo.fioretta@sanpaoloimi.com
marcello.terraneo@sanpaoloimi.com
orietta.beccati@sanpaoloimi.com
paolo.cancellaro@sanpaoloimi.it
peter.rossi@sanpaoloimi.com
stefano.pastorino@sanpaoloimi.com
stephen.mccrory@sanpaoloimi.com
tullio.lucca@sanpaoloimi.com
william.karcher@sanpaoloimi.com
barbara@sanpaolony.com
marian@sanpaolony.com
andrea.cau@sanpaolowm.com
annamaria.boldrini@sanpaolowm.com
francesca.rinaldi@sanpaolowm.com
guiseppe.scarabosio@sanpaolowm.com
marco.gastaldi@sanpoaloimi.com
josemanuel.jimenezm@santalucia.es
rsandeogracias@santalucia.es
daniel.pires@santander.pt
joana.guerreiro@santander.pt
rosario.bettencourt@santander.pt
antonio.damiao@santander-ga.pt
keith.mason@santandergbm.com
roland.steere@santandergbm.com
cvallecillo@santandersecurities.com
ghernandez@santandersecurities.com
jwatson@santandersecurities.com

btolliver@sanwabank.com
dlampert@sanwabank.com
dsilva@sanwabank.com
psherringham@sanwabank.com
rhaggard@sanwafp.com
apower@sanwaint.com
nishi020727@sanyo.co.jp
jschets@saralee-de.com
corrado.costanzo@saras.it
laura.terenzi@saras.it
marco.schiavetti@saras.it
massimo.vacca@saras.it
michele.cornaggia@saras.it
rafaella.casula@saras.it
ugo.ercolano@saras.it
valentina.salvini@saras.it
adrian.zuercher@sarasin.ch
aleksandar.marjanovic@sarasin.ch
alex.schmid@sarasin.ch
andre.moritz@sarasin.ch
andreas.frieden@sarasin.ch
andreas.luethi@sarasin.ch
andreas.plattner@sarasin.ch
arthur.hoffmann@sarasin.ch
balazs.magyar@sarasin.ch
beat.kaiser@sarasin.ch
beat.keiser@sarasin.ch
bernd.pomrehn@sarasin.ch
carmen.felix@sarasin.ch
catrina.vaterlaus@sarasin.ch
christian.gassmann@sarasin.ch
christian.graber@sarasin.ch
christian.kunzelmann@sarasin.ch
christoph.amherd@sarasin.ch
christoph.hohl@sarasin.ch
christoph.kessler@sarasin.ch
christoph.kilchherr@sarasin.ch
christoph.ladner@sarasin.ch
christoph.suetterlin@sarasin.ch
danilo.maggetti@sarasin.ch
david.kaegi@sarasin.ch
dennis.buetzer@sarasin.ch
dominique.ehrbar@sarasin.ch
fernando.pelaez@sarasin.ch
gabriele.grewe@sarasin.ch
gerd.ramsperger@sarasin.ch
ian.hogg@sarasin.co.uk
istp@sarasin.ch
jacqueline.zimmermann@sarasin.ch
jan.gregor@sarasin.ch
jan.poser@sarasin.ch
johann.glaw@sarasin.ch
john.godley@sarasin.co.uk
juan.martini@sarasin.ch
juerg.buetzer@sarasin.ch
juerg.mueller@sarasin.ch
juerg.peng@sarasin.ch
juergen.anders@sarasin.ch
jules.luethy@sarasin.ch
keros.bragagnolo@sarasin.ch

kurt.rohr@sarasin.ch
leonhard.roth@sarasin.ch
manfred.gridl@sarasin.ch
marco.dorazio@sarasin.ch
martin.baumgartner@sarasin.ch
martin.frank@sarasin.ch
matthias.fawer@sarasin.ch
matthias.leuenberger@sarasin.ch
matthias.priebs@sarasin.ch
michael.lengweiler@sarasin.ch
michael.romer@sarasin.ch
michael.schlup@sarasin.ch
michele.ciarmoli@sarasin.ch
niculin.camenisch@sarasin.ch
nils.ossenbrink@sarasin.ch
oskar.schenker@sarasin.ch
othmar.keiser@sarasin.ch
patrick.hasenboehler@sarasin.ch
patrick.humair@sarasin.ch
patrik.janovjak@sarasin.ch
philip.kibble@sarasin.ch
philipp.baertschi@sarasin.ch
rahel.wuethrich@sarasin.ch
rainer.maennle@sarasin.ch
reto.portmann@sarasin.co.uk
richard.luu@sarasin.ch
sascha.brutschin@sarasin.ch
simon.rivett-carnac@sarasin.co.uk
stefan.gaechter@sarasin.ch
stephan.aschmann@sarasin.ch
stevan.bajic@sarasin.ch
thomas.christen@sarasin.ch
tim.temple@sarasin.co.uk
tobias.halasz@sarasin.ch
torsten.haufe@sarasin.ch
kutxagest@sarenet.es
achristensen@sarofim.com
aclapson@sarofim.com
akokolis@sarofim.com
banderson@sarofim.com
bhopson@sarofim.com
blemasters@sarofim.com
brobison@sarofim.com
ccrain@sarofim.com
csarofim@sarofim.com
csheedy@sarofim.com
dalder@sarofim.com
dconnally@sarofim.com
dpesikoff@sarofim.com
emoffett@sarofim.com
fdaily@sarofim.com
fsands@sarofim.com
gblackman@sarofim.com
glee@sarofim.com
jcolucci@sarofim.com
jjacobe@sarofim.com
jreynolds@sarofim.com
jsokol@sarofim.com
kburke@sarofim.com
ldetrick@sarofim.com

llonergan@sarofim.com
lnelson@sarofim.com
maltenau@sarofim.com
mthakor@sarofim.com
mwilken@sarofim.com
nzdeblick@sarofim.com
research@sarofim.com
rfrankel@sarofim.com
rreza@sarofim.com
rthomas@sarofim.com
sgupta@sarofim.com
shodges@sarofim.com
swilson@sarofim.com
thensley@sarofim.com
vfernandez@sarofim.com
johan.torngren@sas.se
mpiatkowski@sasiny.com
ana.jesus@satander.pt
mohab.mufti@saudibank.com
moody.karout@saudibank.com
stephen.luker@saudibank.com
vivian.evans@saudibank.com
aparker@saw.com
eladd@saw.com
sscherer@saw.com
tnguyen@saybrook.net
craig.r.maxwell@sb.com
jonathan.a.seabrook@sb.com
petra.laux@sb.com
carolina.hood@sbafla.com
chuck.pollock@sbafla.com
dmitri.pisarev@sbafla.com
jaime.frade@sbafla.com
mw6144@sbc.com
anderson.marjorie@sbcglobal.net
arnoldjacobson@sbcglobal.net
david.tyson@sbcglobal.net
mgdow@sbcglobal.net
richardjackson6551@sbcglobal.net
clinton@sbcm.com
feldman@sbcm.com
hokugo@sbcm.com
jumpei_tsushima@sbcm.com
kkishi@sbcm.com
lattime@sbcm.com
oposa@sbcm.com
tsubota@sbcm.com
rastogirk@sbernstein.com
dmcintosh@sbliusa.com
rfacchini@sbp-banque.ch
sformentini@sbp-banque.ch
janet_mason-1@sbphrd.com
dan@sbsi.com
sal@sbsi.com
sdale@sbtbank.com
sal_demarco@sbtorsvr123.tor.scotia-mcleod.com
asada-norihiro@sc.mufg.jp
fukutani-toshiyuki@sc.mufg.jp
shioiri-minoru@sc.mufg.jp
shiraishi-shuuichi@sc.mufg.jp

suzuki-hiromichi@sc.mufg.jp
takahashi-masahiko@sc.mufg.jp
tomishima-miki@sc.mufg.jp
yamaguchi-tsunayoshi@sc.mufg.jp
klas.lavemark@sca.com
michael.esposito@scafg.com
anders_c.paulsson@scania.com
magnus.ohlen@scania.com
patrik.sandell@scania.com
pia.herrala@scania.com
ulf.soderstrom@scania.com
akira.matsumoto@scbjapan.mhs.compuserve.com
gus.flores@sce.com
henryga@sce.com
marvin.tong@sce.com
michael.a.hart@sce.com
richard.ghazarian@sce.com
davidsexsmith@sceptre.ca
timhylton@sceptre.ca
byungheon.chae@scfirstbank.com
daeyong.jeong@scfirstbank.com
gene.kim@scfirstbank.com
grace.jk.lee@scfirstbank.com
hoyeun.han@scfirstbank.com
hyeongon.yun@scfirstbank.com
hyomin.ahn@scfirstbank.com
jeeyoung.jyk.kim@scfirstbank.com
jinwook.suh@scfirstbank.com
jonghwa.park@scfirstbank.com
sungtaek.woo@scfirstbank.com
woochul.ham@scfirstbank.com
wooyoung.cho@scfirstbank.com
yangmoo.hur@scfirstbank.com
yoonsoo.bae@scfirstbank.com
guenther.bergauer@schelhammer.at
carola.schlender@schering.de
knut.mager@schering.de
peter.vogt@schering.de
alexander_studer@ch.schindler.com
juerg.heiz@ch.schindler.com
stephan.jud@ch.schindler.com
frank-ruediger.griep@schmidtbank.de
matthias.kuzinski@schmidtbank.de
thomas.blum@schmidtbank.de
thomas.j.schmidt@schmidtbank.de
thomas.wollner@schmidtbank.de
arivera@schny.com
asanchez@schny.com
ddediego@schny.com
dkeane@schny.com
gcasado@schny.com
gnicolle@schny.com
jkorngold@schny.com
jsaavedra@schny.com
kwagner@schny.com
mcastrosalinas@schny.com
mgonzalo@schny.com
mmischel@schny.com
pperry@schny.com
slouie@schny.com

caroline.hoell@schoellerbank.at
claudia.forster@schoellerbank.at
edgar.maichel@schoellerbank.at
felix.dueregger@schoellerbank.at
harald.pointecker@schoellerbank.at
josef.falzberger@schoellerbank.at
peter.schillinger@schoellerbank.at
rene.lobnig@schoellerbank.at
thomas.hofer@schoellerbank.at
lindenhovius@schootsepoort.nl
mvanhelden@schootsepoort.nl
rhaan@schootsepoort.nl
barney@schotters.com
pengfong.ng@schrdoers.com
e.schmahl@schretlen.com
h.dieperink@schretlen.com
j.j.p.m.dood@schretlen.com
m.p.a.j.lemans@schretlen.com
n.h.p.h.huls@schretlen.com
adam.osborn@schroders.com
akiko.hirai@schroders.com
akira.mashio@schroders.com
akira.namegawa@schroders.com
alan.wilson@schroders.com
alice.viseu@schroders.com
amelia.wong@schroders.com
andrew.rose@schroders.com
anthony.chow@schroders.com
arturo.espinosa@schroders.com
ayumi.kobayashi@schroders.com
barry.chatman@schroders.com
betina.sommers@ar.schroders.com
beverly.smith@us.schroders.com
bob.bykerk@schroders.com
bryan.choo@schroders.com
camila.stolf@br.schroders.com
carlos.scretas@br.schroders.com
catherine.zhu@schroders.com
chalit.masoodi@schroders.com
chenhsiu.chen@schroders.com
cheryl.tan@schroders.com
chowyang.ang@schroders.com
chris.deyoung@us.schroders.com
chris.jankowski@us.schroders.com
conlon@schroders.com
dan.scholl@us.schroders.com
dan.sullivan@us.schroders.com
daniel.lenz@schroders.com
david.baldt@schroders.com
david.gibson@schroders.com
david.harris@us.schroders.com
david.lui@schroders.com
deborah.chaplin@us.schroders.com
desiree.dang@schroders.com
dino.teitler@schroders.com
edmond.huang@schroders.com
edward.ritchie@schroders.com
eiji.yano@schroders.com
eleanor.yuen@schroders.com
elisabeth.scott@schroders.com

emiko.ishikawa@schroders.com
eric.kong@schroders.com
erika.sakanoshita@schroders.com
fabiana.arana@br.schroders.com
francis.chung@schroders.com
fumie.fujikura@schroders.com
genji.tsukatani@schroders.com
grace.lee@schroders.com
gregor.hirt@schroders.com
guillermo.besaccia@ar.schroders.com
hayden.briscoe@schroders.com
henry.choon@schroders.com
hirokazu.kawachi@schroders.com
hiromi.fukuda@schroders.com
hiromi.mori@schroders.com
hiroshi.tamura@schroders.com
holly.fullam@us.schroders.com
horace.cheng@schroders.com
howphuang.goh@schroders.com
hui.wu@schroders.com
hweeli.ho@schroders.com
jacqueline.kuek@schroders.com
jacquie.loh@schroders.com
janet.kay@schroders.com
jason.yan@schroders.com
jay.luong@schroders.com
jeanchristophe.desainthilaire@schroders.com
jeffrey.kan@schroders.com
jeffrey.menapace@us.schroders.com
jimmy.lau@schroders.com
john.ford@schroders.com
jorie.widener@us.schroders.com
junichi.minami@schroders.com
katherine.cox@us.schroders.com
katie.harbison@us.schroders.com
katsumi.arai@schroders.com
kazuhiro.toyoda@schroders.com
kazuko.yabutani@schroders.com
keisuke.tsumoto@schroders.com
kell.ow@schroders.com
ken.lambden@schroders.com
ken.maeda@schroders.com
kenneth.chan@schroders.com
khenghock.tan@schroders.com
kimie.abe@schroders.com
kimie.tsuchiya@schroders.com
king.lee@schroders.com
kwokmun.cheong@schroders.com
laura.luo@schroders.com
lieven.debruyne@schroders.com
liping.yeo@schroders.com
lokewy@schroders.com
lori.woodland@us.schroders.com
louisa.lo@schroders.com
madoka.tamura@schroders.com
marcel.schroder@schroders.com
marco.solis@us.schroders.com
marcus.wong@schroders.com
marie.bouveresse@us.schroders.com
masaaki.nishikori@schroders.com

masaki.taketsume@schroders.com
matheus.tarzia@br.schroders.com
matthew.lam@schroders.com
maurien.yau@schroders.com
michi.mochizuki@schroders.com
mihkel.kase@schroders.com
mihoko.asaga@schroders.com
millicent.lai@schroders.com
minji.chang@us.schroders.com
miyoko.ogiwara@schroders.com
nathan.gibbs@schroders.com
neil.mackay@schroders.com
norbert.brestel@schroders.com
oliver.traub@schroders.com
paula.bujia@schroders.com
piangsze.chua@schroders.com
richard.brown@schroders.com
richard.lin@schroders.com
richard.shum@schroders.com
rinji.watanabe@schroders.com
robin.parbrook@schroders.com
rodica.glavan@schroders.com
ryan.haynes@us.schroders.com
ryan.mostafa@us.schroders.com
saori.tajima@schroders.com
seokhooi.teoh@schroders.com
sharon.kuok@schroders.com
shogo.maeda@schroders.com
shogo.maede@schroders.com
shohei.ura@schroders.com
siddharth.kumar@schroders.com
simon.doyle@schroders.com
simon.rigby@schroders.com
siokmei.lim@schroders.com
soufat.hartawan@schroders.com
stefan.frischknecht@schroders.com
susan.beck@us.schroders.com
susan.park@us.schroders.com
susian.phoa@schroders.com
susumu.tominaga@schroders.com
taiichi.akamatsu@schroders.com
takahiko.okutsu@schroders.com
takeshi.kanamaru@schroders.com
takeshi.nakamitsu@schroders.com
taketoshi.taira@schroders.com
takuji.komuro@schroders.com
takuya.furutani@schroders.com
tatsuya.kinugasa@schroders.com
ted.manges@us.schroders.com
tetsuo.iwashita@schroders.com
tetsushi.nagato@schroders.com
toby.hudson@schroders.com
tomoko.ohta@schroders.com
tony.hui@us.schroders.com
toshio.konishi@schroders.com
urs.duss@schroders.com
urs.winiger@schroders.com
vincent.yee@schroders.com
vipin.narula@schroders.com
warren.hastings@schroders.com

weeming.goh@schroders.com
wei.tan@schroders.com
wesley.sparks@us.schroders.com
william.cheng@schroders.com
willy.lee@schroders.com
yoko.yoshino@schroders.com
yoshie.hashiyada@schroders.com
youngsen.kim@schroders.com
yuka.nakamura@schroders.com
yukiko.kawano@schroders.com
yukiko.shishido@schroders.com
yvonne.wang@schroders.com
alfonso.portillo@schroders.com
allan.yam@schwab.com
allen.santos@schwab.com
andy.tikofsky@schwab.com
angel.velez@schwab.com
barry.bailey@schwab.com
bernard.smith@schwab.com
brian.j.jones@schwab.com
caleb.wray@schwab.com
cameron.ullyatt@schwab.com
chris.kendall@schwab.com
craig.nauman@schwab.com
dave.martin@schwab.com
david.rosenberg@schwab.com
dennis.goldman@schwab.com
dennis.lollie@schwab.com
djhoanna.soriano@schwab.com
duane.kent@schwab.com
dusan.britan@schwab.com
elizabeth.phillips@schwab.com
elton.guan@schwab.com
eric.fellows@schwab.com
eric.halverson@schwab.com
eric.thaller@schwab.com
eugene.lam@schwab.com
frank.galea@schwab.com
greg.brida@schwab.com
howie.kennedy@schwab.com
james.cortez@schwab.com
james.d.pierce@schwab.com
janice.diamond@schwab.com
jeffrey.thiemann@schwab.com
jennifer.rogers@schwab.com
jerry.chafkin@schwab.com
jessica.yuan@schwab.com
jim.garrison@schwab.com
joanna.roberts@schwab.com
joanna.vanogle@schwab.com
joanne.buresh@schwab.com
joanne.larkin@schwab.com
john.clements@schwab.com
john.maierhofer@schwab.com
john.novak@schwab.com
john.shelton@schwab.com
john.smith@schwab.com
joseph.fortier@schwab.com
karen.flores@schwab.com
karen.wiggan@schwab.com

kathryn.battles@schwab.com
keenan.jackson@schwab.com
kevin.healey@schwab.com
kevin.healy@schwab.com
kevin.lindholm@schwab.com
kevin.shaughnessy@schwab.com
kimon.daifotis@schwab.com
larry.mano@schwab.com
lilybell.gonzalez@schwab.com
linda.klingman@schwab.com
lisa.clover@schwab.com
lizann.sonders@schwab.com
marc.loomis@schwab.com
mark.khomin@schwab.com
mark.mesinger@schwab.com
mary.colby@schwab.com
maryann.mcginn@schwab.com
matthew.hastings@schwab.com
mei-luh.lee@schwab.com
michael.chang@schwab.com
michael.ginestro@schwab.com
michael.lin@schwab.com
michael.loudermilk@schwab.com
michael.neitzke@schwab.com
mick.brown@schwab.com
mike.devlin@schwab.com
mildred.patubo@schwab.com
nigel.murtagh@schwab.com
olga.milosavljevic@schwab.com
payel.ghosh@schwab.com
pearl.chang@schwab.com
peter.campfield@schwab.com
philip.neyland@schwab.com
phillip.pilch@schwab.com
raynisa.wilson@schwab.com
renee.dougherty@schwab.com
robert.acheritogaray@schwab.com
ron.toll@schwab.com
sarah.schumacher@schwab.com
scott.rhoades@schwab.com
sheldon.engler@schwab.com
sidney.yu@schwab.com
smichael@schwab.com
stephen.b.ward@schwab.com
stephen.rowenhorst@schwab.com
steven.chan@schwab.com
steven.hung@schwab.com
suzanne.mckenzie@schwab.com
tai.truong@schwab.com
thomas.brown@schwab.com
thomas.gregg@schwab.com
thomas.werbinski@schwab.com
todd.fraser@schwab.com
tyler.blum@schwab.com
vijayaanand.karuppia@schwab.com
vivienne.hsu@schwab.com
william.merrill@schwab.com
yana.posovsky@schwab.com
mraleman@scif.com
dsampson@scj.com

| | | |
|---|---|---|
| m_matsumoto@scl.co.jp | gdubus@scor.com | john_ryan@scotiacapital.com |
| aalaimo@scmadv.com | hcalder@scor.com | julia_yung@scotiacapital.com |
| achow@scmadv.com | jtilquin@scor.com | keith_linde@scotiacapital.com |
| agutierrez@scmadv.com | ljacquot@scor.com | kevin_f_fitzgerald@scotiacapital.com |
| ahicks@scmadv.com | prousseau@scor.com | kevin_ray@scotiacapital.com |
| bbishop@scmadv.com | skosthowa@scor.com | kshamta_kaushik@scotiacapital.com |
| bkane@scmadv.com | akryan@scoteq.co.uk | kyle_mclean@scotiacapital.com |
| bmoss@scmadv.com | elaine.crichton@scoteq.co.uk | luke_evans@scotiacapital.com |
| cbonomi@scmadv.com | mweir@scoteq.co.uk | malcolm_park@scotiacapital.com |
| csmith@scmadv.com | nsmeaton@scoteq.co.uk | mark_breault@scotiacapital.com |
| dconrad@scmadv.com | andy.poon@scotiabank.com | mark_strickland@scotiacapital.com |
| dcouden@scmadv.com | barbara.beller@scotiabank.com | martin_sibileau@scotiacapital.com |
| gseneca@scmadv.com | chunken.lee@scotiabank.com | martin_weeks@scotiacapital.com |
| jbishop@scmadv.com | david_muldoon@scotiabank.ie | matt_giffen@scotiacapital.com |
| jdawson@scmadv.com | fran.oneill@scotiabank.ie | maureen_tieman@scotiacapital.com |
| jjacobi@scmadv.com | gilbert.li@scotiabank.com | michael_aglialoro@scotiacapital.com |
| ksaha@scmadv.com | ian.berry@scotiabank.com | michael_smith@scotiacapital.com |
| lmilner@scmadv.com | jeremy.wong@scotiabank.com | mike_fortier@scotiacapital.com |
| slee@scmadv.com | jim.odoherty@scotiabank.ie | mohamed_walji@scotiacapital.com |
| traci@scmadv.com | john.leonard@scotiabank.ie | niall_whelan@scotiacapital.com |
| wgoodrich@scmadv.com | jrmcampbell@scotiabank.ie | nick_chan@scotiacapital.com |
| andrew.emory@scm-lp.com | karen.leung@scotiabank.com | nick_kibblewhite@scotiacapital.com |
| andrewb@scm-lp.com | pkluge@scotiabank.com | norman_last@scotiacapital.com |
| arunm@scm-lp.com | ringo_lau@scotiacapiral.com | patrick_wong@scotiacapital.com |
| austinc@scm-lp.com | abaratta@scotiacapital.com | paul_godfrey@scotiacapital.com |
| christineg@scm-lp.com | akito_nishiwaki@scotiacapital.com | paul_harrison@scotiacapital.com |
| dwightw@scm-lp.com | alain.belanger@scotiacapital.com | paul_phillips@scotiacapital.com |
| eugenew@scm-lp.com | alan_ginsberg@scotiacapital.com | peter_snook@scotiacapital.com |
| garyc@scm-lp.com | andre_depass@scotiacapital.com | pruyn_haskins@scotiacapital.com |
| glennw@scm-lp.com | ari_zaionz@scotiacapital.com | rcole@scotiacapital.com |
| harisha@scm-lp.com | bernie_tan@scotiacapital.com | ricardo.funes@scotiacapital.com |
| iand@scm-lp.com | brad_hotson@scotiacapital.com | rmillard@scotiacapital.com |
| jdraves@scm-lp.com | carrie_denton@scotiacapital.com | rmustard@scotiacapital.com |
| jeffb@scm-lp.com | chris_camisa@scotiacapital.com | rob_paskulin@scotiacapital.com |
| jeffc@scm-lp.com | chris_septirymen@scotiacapital.com | ronald_dooley@scotiacapital.com |
| jennap@scm-lp.com | daniel_moore@scotiacapital.com | ronan_lynch@scotiacapital.com |
| jeremym@scm-lp.com | daniil_bunimovich@scotiacapital.com | russell_gibbons@scotiacapital.com |
| johnd@scm-lp.com | david_ford@scotiacapital.com | ryan_ferguson@scotiacapital.com |
| johnl@scm-lp.com | david_heath@scotiacapital.com | sam_shiu@scotiacapital.com |
| kevink@scm-lp.com | dean_bates@scotiacapital.com | sanju_raturi@scotiacapital.com |
| kitm@scm-lp.com | dominic_scarano@scotiacapital.com | scott_clements@scotiacapital.com |
| larryg@scm-lp.com | edwin_goh@scotiacapital.com | scott_dulmage@scotiacapital.com |
| markc@scm-lp.com | eitan_straisfeld@scotiacapital.com | sean_buchan@scotiacapital.com |
| matt@scm-lp.com | ernie_mammano@scotiacapital.com | simon_burdett@scotiacapital.com |
| mattc@scm-lp.com | garry_fredrickson@scotiacapital.com | steven_butler@scotiacapital.com |
| matthewg@scm-lp.com | gen_metsugi@scotiacapital.com | subashini_chandran@scotiacapital.com |
| mikec@scm-lp.com | george_neofitidis@scotiacapital.com | tony_silva@scotiacapital.com |
| mikef@scm-lp.com | grace_lim@scotiacapital.com | tryfo@scotiacapital.com |
| nicolao@scm-lp.com | greg_woynarski@scotiacapital.com | wai_mei_leong@scotiacapital.com |
| robt@scm-lp.com | heather_fraser@scotiacapital.com | yoke_har_ng@scotiacapital.com |
| sierdt@scm-lp.com | hideo_mine@scotiacapital.com | adolan@scotiacapital.ie |
| stevem@scm-lp.com | howard_lacy@scotiacapital.com | amit_marwaha@scotiacassels.com |
| steven@scm-lp.com | james_gallant@scotiacapital.com | steven_ng@scotiamarkets.com |
| todd@scm-lp.com | jeffrey_boland@scotiacapital.com | gary_bundsho@scotiatreasury.com |
| toma@scm-lp.com | jenny_tham@scotiacapital.com | niel.sutherland@scotiishwidows.com |
| willd@scm-lp.com | jim_crandall@scotiacapital.com | nlovatt@scottishlife.co.uk |
| clegrand@scor.com | joe_hurley@scotiacapital.com | sbennett@scottishlife.co.uk |
| elafage@scor.com | john_cullen@scotiacapital.com | andrew.neilson2@scottishpower.plc.uk |
| fdevarenne@scor.com | john_hynes@scotiacapital.com | david.foster@scottishpower.plc.uk |
| ffluteau@scor.com | john_morale@scotiacapital.com | david.ross@scottishpower.com |

jacqueline.redmond@scottishpower.plc.uk
peter.durman@scottishpower.com
simon.lowth@scottishpower.com
adrian.eastwood@scottishwidows.co.uk
alastair.reynolds@scottishwidows.co.uk
anne.duncan@scottishwidows.co.uk
bruce.miller@scottishwidows.co.uk
derek.crooks@scottishwidows.co.uk
derek.gall@scottishwidows.co.uk
keith.muir@scottishwidows.co.uk
kevin.doerr@scottishwidows.co.uk
michael.green@scottishwidows.co.uk
michael.jowitt@scottishwidows.co.uk
michael.joyce@scottishwidows.co.uk
michael.payne@scottishwidows.co.uk
peter.glancy@scottishwidows.co.uk
roddy.macpherson@scottishwidows.co.uk
abergman@scottstringfellow.com
gjones@scottstringfellow.com
gshipp@scottstringfellow.com
jhaggerty@scottstringfellow.com
wmcmaster@scottstringfellow.com
gdamond@scsalliance.com
ivogtle@scsalliance.com
tdm@scsalliance.com
wmuraydem@scsalliance.com
chlee@scsb.com.tw
cinny@scsb.com.tw
dick@scsb.com.tw
ericho@scsb.com.tw
hsucc@scsb.com.tw
joanna@scsb.com.tw
tiger5@scsb.com.tw
vivianha99@scsb.com.tw
yuching@scsb.com.tw
wmurayden@scsbank.com
abe_wons@scudder.com
ahmad_zuaiter@scudder.com
alison_lifland@scudder.com
andrew_norris@scudder.com
ann_heffron@scudder.com
barbara_lentine@scudder.com
bart_holl@scudder.com
brian_brocious@scudder.com
brian_fahrman@scudder.com
charles_king@scudder.com
chelsea_blaylock_miller@scudder.com
chris_steward@scudder.com
cody_mccubbin@scudder.com
connie_moran@scudder.com
craig_kohler@scudder.com
curtis_butler@scudder.com
dale_geurts@scudder.com
dan_csuma@scudder.com
daniil_taytsel@scudder.com
david_wines@scudder.com
donna_issac@scudder.com
ed_baldini@scudder.com
ed_chisholm@scudder.com
ed_games@scudder.com

edmond_villani@scudder.com
eric_engebretson@scudder.com
felix_khaychuk@scudder.com
felix_norbut@scudder.com
frank_rachwalski@scudder.com
gerald_moran@scudder.com
greg_sivin@scudder.com
heddy_elbedewe@scudder.com
hlynch@scudder.com
jennifer_bloomfield@scudder.com
joan_r._gregory@scudder.com
jon.boorman@scudder.co.uk
jonathan.lee@scudder.com
joseph_lee@scudder.com
karen_boyne@scudder.com
kathleen_h._parker@scudder.com
kathleen_lasch@scudder.com
keith_savard@scudder.com
kevin_zhu@scudder.com
kieran_kearins@scudder.com
kimberly_trani@scudder.com
laura_peres@scudder.com
leon_lowenstine@scudder.com
louise_carley@scudder.com
luanne_zurlo@scudder.com
marc_zupicich@scudder.com
marinella_bogaziotis@scudder.com
mark_morgan@scudder.com
mary_shanks@scudder.com
matt_hergott@scudder.com
maureen_sullivan@scudder.com
mehdi_dazi@scudder.com
melissa_kwan@scudder.com
michael.etzkorn@scudder.com
michael_hart@scudder.com
michael_lengowski@scudder.com
midge_kubiniec@scudder.com
mirtha_morin@scudder.com
nathan_lee@scudder.com
nick_anisimov@scudder.com
paul_rogers@scudder.com
pet_olsen@scudder.com
ray_helfer@scudder.com
richard_chen@scudder.com
rick_jackson@scudder.com
robert_king@scudder.com
robin_kraemer@scudder.com
roni_white@scudder.com
sharon_mahoney@scudder.com
susan_gray@scudder.com
tara_kenney@scudder.com
ted_andrews@scudder.com
tina_wang@scudder.com
tommy_kriengprarthana@scudder.com
tony_borges@scudder.com
tracy_desjardins@scudder.com
william_tobey@scudder.com
wren_york@scudder.com
yuriy_melnikov@scudder.com
felix_norbut@scudderr.com

bxjohnson@sdcera.org
ddeutsch@sdcera.org
jreyes@sdcera.org
lneedle@sdcera.org
kbrust@sdcwa.org
baudoixa@sdm.cic.fr
colinja@sdm.cic.fr
delamatu@sdm.cic.fr
hoangan@sdm.cic.fr
jeannire@sdm.cic.fr
letouzcy@sdm.cic.fr
mallater@sdm.cic.fr
mercieni@sdm.cic.fr
pannetbr@sdm.cic.fr
sadowsth@sdm.cic.fr
saintral@sdm.cic.fr
gp@seaboardco.com
gkeith@seabridge.com
jwiesner@seacapinvests.com
kschultz@seacapinvests.com
karri.s.barry@seagate.com
marianne.beckwith@seagate.com
walter.chang@seagate.com
anarg@seas.upenn.edu
ashpole@seas.upenn.edu
bhedvat@seas.upenn.edu
cynthiax@seas.upenn.edu
ganas@seas.upenn.edu
julieaw@seas.upenn.edu
jungsun@seas.upenn.edu
liyi@seas.upenn.edu
sanvi@seas.upenn.edu
shhedvat@seas.upenn.edu
kellie.craine@seattle.gov
rod.rich@seattle.gov
cbarrow@seawardmgmt.com
ckennedy@seawardmgmt.com
gmikula@seawardmgmt.com
jbratschi@seawardmgmt.com
jcook@seawardmgmt.com
kfougere@seawardmgmt.com
rscoville@seawardmgmt.com
twoodhouse@seawardmgmt.com
aasa.annerstedt@seb.se
albert.hammar@seb.se
alison.sandor@seb.se
anders.christensen@seb.dk
anders.christiansen@seb.se
anders.kvist@seb.se
anders.nordborg@seb.se
anders.stensbol@seb.se
anders.x.hogberg@seb.se
andreas.x.hansson@seb.se
andrew.tipper@seb.se
annika.bolin@seb.se
annika.falkengren@seb.se
apostolos.mimikos@seb.co.uk
asa.jemseby@seb.se
asa.palm@seb.se
athanase.pispas@seb.se

carl.dimeo@seb.se
carl.hammar@seb.se
carl.jensen@seb.dk
carl-christian.hoeg@seb.se
caroline.lundqvist@seb.se
carsten.dehn@seb.se
chris.dorman@seb.se
christer.andersson@seb.se
christer.wennerberg@seb.se
christian.fredriksson@seb.se
christian.heiberg@seb.se
christian.jessen@seb.se
christian.kuehn@seb.de
christian.thulin@seb.se
christopher.flensborg@seb.se
christopher.kandimaa@seb.co.uk
claes.lachmann@seb.se
claus.klarup.christiansen@seb.dk
daniel.bjork@seb.se
daniel.wendin@seb.se
david.steiner@seb.se
derek.simmross@seb.se
elis.olsson@seb.se
francis.delattre@seb.se
frank.isaksen@seb.no
fredrik.barnekow@seb.se
fredrik.hultgren@seb.se
fredrik.jansson@seb.se
fredrik.lockne@seb.se
fredrik.sundvall@seb.se
goran.farkas@seb.se
goran.fors@seb.se
gunnar.gustafsson@seb.se
gustav.fyring@seb.se
hanse.ringstrom@seb.se
helene.e.pettersson@seb.se
henrik.therkildsen@seb.se
holger.cassens@seb.de
igor.ribaric@seb.de
jamie.morris@seb.se
jan.bryding@seb.dk
jan.parsons@seb.se
janrune.skorpen@seb.se
jenny.ramstedt@seb.se
jens.kramarczik@seb.de
joakim.strom@seb.se
joern.carsten.schmid@seb.de
johan.larsson@seb.se
johan.rydelius@seb.se
johan.wallenborg@seb.se
johan.wennerholm@seb.se
john.bodker@seb.se
john.wang@seb.se
jonas.g.larsson@seb.se
jonas.x.lundberg@seb.se
julie.ellneby@seb.se
karin.lindlad@seb.se
karl.nordlander@seb.se
karsten.hansen@seb.se
klas.eklund@seb.se

krissy.rands@seb.co.uk
lars.juelskjaer@seb.se
laurence.diebolt@seb.lu
leif.almhorn@seb.se
leif.andersson@seb.se
linda.brandt@seb.se
lisbeth.moller-larsen@seb.dk
magnus.carlsson@seb.se
magnus.hedin@seb.se
magnus.lilja@seb.se
magnus.lilje@seb.se
magnus.lindholm@seb.se
magnus.ward@seb.se
marc.daniel.heinz@seb.de
marco.paolucci@seb.lu
marcus.christiansson@seb.se
marcus.kinch@seb.se
marcus.wallenberg@seb.se
markus.christiansson@seb.se
martin.axell@seb.se
martin.johansson@seb.se
martin.polach@seb.de
martin.serse@seb.se
mathias.alrixion@seb.se
mats.wirdefeldt@seb.se
mette.osterbye@seb.se
michael.bruun@seb.dk
michael.mattsson@seb.se
mie.jakobsen@seb.se
mie.peters@seb.se
mikael.anveden@seb.se
mikael.haglund@seb.se
mikael.spangberg@seb.se
mireille.rydberg@seb.se
nick.mchale@seb.co.uk
nicolas.dechamps@seb.se
niels.lorentz@seb.se
niels.ulrik.mousten@seb.se
ole.harmsen@seb.dk
olof.ahlback@seb.se
otto.francke@seb.se
ove.jensen@seb.dk
patrick.pircher@seb.co.uk
patrik.zingmark@seb.se
per.lundqvist@seb.se
per-arne.blomquist@seb.se
peter.andren@seb.se
peter.b.wikstrom@seb.se
peter.friedmann@seb.de
peter.holtermand@seb.se
peter.hostrup@seb.se
peter.sward@seb.se
petter.andreassen@seb.se
petter.kristiansen@seb.se
philip.winckle@seb.se
pierpaolo.squillante@seb.lu
rickard.stenberg@seb.se
rickard.synnergren@seb.se
robert.johansson@seb.se
roger.gifford@seb.co.uk

ronny.moller@seb.se
rowan.flatt@seb.co.uk
sandrine.gregoire@seb.lu
simon.osterberg@seb.se
simone.busalt@seb.de
soren.hovgaard@seb.dk
staffan.beckvid@seb.se
steen.melton@seb.dk
stefan.friberg@seb.se
stefan.marelid@seb.se
stefan.nielsson@seb.se
stefan.tordai@seb.se
stefania.bianchi@seb.de
steffen.jordan@seb.de
stephan.treschow@seb.se
stevce.mojanovski@seb.se
steven.yorke@seb.se
stuart.fleet@seb.co.uk
teis.knuthsen@seb.se
thomas.bengtson@seb.se
thomas.eitzen@seb.no
thomas.lonnerstam@seb.se
thomas.lund@seb.co.uk
thor.skaret@seb.se
tom.brofors@seb.se
tomas.rydin@seb.se
tomas.wiklander@seb.se
ulf.noren@seb.se
uwe.pyde@seb.de
uwe.schwarz@seb.de
wolfgang.kuhl@seb.de
andre.horn@sebam.de
andreas.gartner@sebam.de
choysoon.chua@sebam.de
dieter.wawrzinek@sebam.de
frank.laufenburg@sebam.de
juergen.meyer@sebam.de
julian.mittag@sebam.de
ken-ji.kok@sebam.de
marco.duenkeloh@sebam.de
mark.waehner@sebam.de
martin.figge@sebam.de
martin.schau@sebam.de
norbert.schley@sebam.de
stefan.fimmen@sebam.de
thomas.koerfgen@sebam.de
thorsten.koch@sebam.de
thorsten.schilling@sebam.de
yvonne.siljelof@sebank.se
ronald.meyer@sebfundservices.lu
marie.eriksson@sebgroup.lu
allan.ray@sebgyllenberg.fi
thomas.koerfgen@seb-invest.de
anders.c.johansson@sebny.com
brian.lomax@sebny.com
christian.dahlberg@sebny.com
jack.peene@sebny.com
kiran.gandhi@sebny.com
stefan.ericson@sebny.com
stefan.johansson@sebny.com

christian.glowig@sebprivatebank.com
christian.glowing@sebprivatebank.com
victor.oliveira@sebprivatebank.com
henrik.trulsson@sebprivatebanking.com
joergen.staf@sebprivatebanking.com
karsten.marzoll@sebprivatebanking.com
lotta.aleblad@sebprivatebanking.com
martin.bronner@sebprivatebanking.com
toshiaki_ito@sec.orix.co.jp
vweber@secmut.com
robert.sepich@secumd.com
tony.caccese@secumd.com
gary.hatfield@securian.com
lwagen@securities.co.uk
nkelly@securities.co.uk
nick.buckles@security.securicor.co.uk
roger.offermann@securitybenefit.com
tami.marshall@securitybenefit.com
cmoore@securitycapital.comj
alfred.kober@securitykag.at
peter.ladreiter@securitykag.at
fredrik.fyring@sed.se
johan.rosen@sedbank.se
vincenzo.ferrari@sede.estense.coop.it
agusta.johnson@sedlabanki.is
arnor.sighvatsson@sedlabanki.is
bergur.bardason@sedlabanki.is
eirikur.gudnason@sedlabanki.is
jon.sigurgeirsson@sedlabanki.is
karen.vignisdottir@sedlabanki.is
rene.kallestrup@sedlabanki.is
sturla.palsson@sedlabanki.is
thorarinn.petursson@sedlabanki.is
acruel@seic.com
amarsteller@seic.com
amillen@seic.com
asthill@seic.com
aulli@seic.com
bludwig@seic.com
bpeters@seic.com
daniloff@seic.com
dhaslam@seic.com
dlac@seic.com
dwelch@seic.com
ebarbaneagra@seic.com
edendy@seic.com
ekeating@seic.com
equinn@seic.com
gbyrnes@seic.com
gkurdziel@seic.com
gsoeder@seic.com
ipooe@seic.com
jmartielli@seic.com
jsmigiel@seic.com
kata@seic.com
kmarkar@seic.com
krkline@seic.com
lwoo@seic.com
lzetterberg@seic.com
mbitar@seic.com

mfair@seic.com
mfusarelli@seic.com
mmanning@seic.com
mschafer@seic.com
nbejaoui@seic.com
nwagner@seic.com
pbednarek@seic.com
pdesantis@seic.com
pphelan@seic.com
questions@seic.com.
rbamford@seic.com
rgaskell@seic.com
rmeyer@seic.com
robertu@seic.com
smarsh@seic.com
ssimko@seic.com
tmccorkell@seic.com
tsauermelch@seic.com
vhan@seic.com
wwightman@seic.com
archana.gupta@sek.se
emma@sek.se
erik.haden@sek.se
george.englund@sek.se
jatd@sek.se
klas.axelman@sek.se
laho@sek.se
mibr@sek.se
patrik.lindgren@sek.se
peaa@sek.se
per.molinder@sek.se
rasmus.blomquist@sek.se
rian@sek.se
soli@sek.se
ulbo@sek.se
ulf.boden@sek.se
yuushi001@sekisui.jp
allison.dekker@selective.com
connie.maillet@selective.com
diederik.olijslager@selective.com
fred.ferraro@selective.com
john.venusti@selective.com
kerry.guthrie@selective.com
kevin.kelly@selective.com
lydia.norton@selective.com
richard.duggan@selective.com
teresa.thomas@selective.com
rankr@selectiveinsurance.com
paul.springorum@selectum.be
rein.schutte@selectum.be
apansini@selex-si.com
adele.morsa@sella.it
andrea.cortese@sella.it
andrea.povero@sella.it
anna.francia@sella.it
anna.moro@sella.it
bruno.torchio@sella.it
claudio.boggio@sella.it
crema.federico@sella.it
enrico.baroni@sella.it

enrico.carta_zina@sella.it
fabrizio.antoniotti@sella.it
fabrizio.penso@sella.lu
francesca.fiammengo@sella.it
francesca.rinaldi@sella.it
francesco.diriso@sella.it
giancarlo.lanzotti@sella.it
gianni.franciscono@sella.it
ginafranco.cuscie@sella.it
giorgia.ghiglia@sella.it
guido.pella@sella.it
jose.drago@sella.it
leonardo.cervelli@sella.it
lorenzo.donna@sella.it
mauro.gavietto@sella.it
mauro.menzio@sella.it
michela.fenzi@sella.it
mirko.beltrami@sella.it
nadia.blasone@sella.it
nicolo'.mattana@sella.it
paolo.olivetto@sella.it
paolo.valle@sella.it
revolon.alberto@sella.it
roberto.paglino@sella.it
ruggero.botto@sella.it
silvio.fantini@sella.it
stefania.andreotti@sella.it
massimo.calvagno@sellagestioni.it
paolo.rossi@sellagestioni.it
agarcia@semfinny.com
gcuyler@seminole-electric.com
atam@senecacapital.com
bbaker@senecacapital.com
bchen@senecacapital.com
bgutierrez@senecacapital.com
bmelton@senecacapital.com
bmueller@senecacapital.com
cmarinko@senecacapital.com
csloyer@senecacapital.com
fcooley@senecacapital.com
gdimagiba@senecacapital.com
hnathan@senecacapital.com
jhayes@senecacapital.com
jprestine@senecacapital.com
mbublitz@senecacapital.com
mshamia@senecacapital.com
mto@senecacapital.com
nwilson@senecacapital.com
pippolito@senecacapital.com
rlittle@senecacapital.com
rvoigt@senecacapital.com
sboscoe@senecacapital.com
tgrande@senecacapital.com
twong@senecacapital.com
upatel@senecacapital.com
susanne.reichenbach@senfin.verwalt-berlin.de
ckresco@sentinelfunds.com
kmcdonough@sentinelfunds.com
tbrownell@sentinelfunds.com
hroper@sentinelinvestments.com

ssmith@sentraspelman.com
mark.evans@sentry.com
dkeefe@sentry-direct.com
dongylee@seoulbank.net
jaechoonl@seoulbank.net
seansryu@seoulbank.net
twozn@seoulbank.co.kr
ykk@seoulbank.net
yskim@seoulbank.net
dcancelmo@septa.org
anunes@servibanca.pt
apiloto@servibanca.pt
btanner@servibanca.pt
fribeiro@servibanca.pt
jleitao@servibanca.pt
jpalmela@servibanca.pt
jvelasco@servibanca.pt
malemao@servibanca.pt
rlopes@servibanca.pt
sala.mercados@servibanca.pt
rmiller@serviceasset.com
erika.lundquist@setre.mail.abb.com
johan.jonson@setre.mail.abb.com
rlabbe@seven-cm.com
mats.onner@sevenco.se
kedwards@sfbank.co.uk
dgriffin@sfbcic.com
dstipe@sfbcic.com
hhyslop@sfbcic.com
carol@sfbli.com
dcarlisle@sfbli.com
ddivine@sfbli.com
hlbrown@sfbli.com
mpolk@sfbli.com
dudley@sfc-uk.com
hakan@sfc-uk.com
jasond@sfc-uk.com
kamran@sfc-uk.com
rehan@sfc-uk.com
spike@sfc-uk.com
steven@sfc-uk.com
sultan@sfc-uk.com
zaheer@sfc-uk.com
coliver@sfdrill.com
nmoran@sfdrill.com
manfred.eisenhuth@sffs.siemens.de
jtaylor-firth@sfim.co.uk
rsargent@sfim.co.uk
tcollins@sfim.co.uk
tcomins@sfim.co.uk
thowe@sfim.co.uk
vsilvester@sfim.co.uk
andres_finkielsztain@sfmny.com
marc_weiden@sfmny.com
mike_donatelli@sfmny.com
patrick_yee@sfmny.com
tim_rice@sfmny.com
william_mehl@sfmny.com
masaki.shimazu@sfmtok.co.jp
benedikt.kutschevas@sfs.siemens.de

eva.pietsch@sfs.siemens.de
iris.kern@sfs.siemens.de
jan.elischberger@sfs.siemens.de
joachim.henssler@sfs.siemens.de
joachim.inkmann@sfs.siemens.de
katharina.neidert@sfs.siemens.de
manfred.hartl@sfs.siemens.de
martinious.hartmann@sfs.siemens.de
matthias.plenio@sfs.siemens.de
michael.sack@sfs.siemens.de
ronald.huebener@sfs.siemens.de
stephan.zeigler@sfs.siemens.de
tony.lindstroem@sfs.siemens.de
wolfgang.lotze@sfs.siemens.de
bill_derasmo@sg.mufg.jp
markus.naef@sg.ch
martin.schuepbach@sg.ch
awilkinson@sgadvisors.com
abdeljellil.bouzidi@sgam.com
adriano.difatta@sgam.com
alain.clot@sgam.com
alain.ernewein@sgam.com
alain.fontenla@sgam.com
alain.pitous@sgam.com
alain.rocher@sgam.com
alain.tematio@sgam.com
alan.coq@sgam.com
alan.torry@sgam.co.uk
alexandra.delacroix@sgam.com
alexandre.sanchez@sgam.com
alexandre.tournier@sgam.com
andre.bonder@sgam.com
andrew.jackson@sgam.co.uk
anna.facchinet@sgam.com
anne.leborgne@sgam.com
antoine.machado@sgam.com
antonia.kopitsa@sgam.com
aous.labbane@sgam.com
arie.assayag@sgam.com
aurelie.renard@sgam.com
aymar.deleotoing@sgam.com
aymeric.de-drouas@sgam.com
aymerick.de-drouas@sgam.com
benoit.maguet@sgam.com
bernadette.busquere@sgam.com
bernard.kalfon@sgam.com
bertrand.de-dinechin@sgam.com
beryl.bouvier-di-nota@sgam.com
brigitte.le-bris@sgam.com
candice.campbell@sgam.com
carole.arumainayagam@sgam.co.uk
caroline.gauthier@sgam.com
cedric.chaboud@sgam.com
charles.haddad@sgam.com
charles-etienne.de-cidrac@sgam.com
chengling.yeang@sgam.com
chiaa.babya@sgam.com
chiraz.mnif@sgam.com
chris.mckellick@sgam.co.uk
christian.gueldry@sgam.com

christophe.de-failly@sgam.com
christophe.lalo@sgam.com
christophe.marcilloux@sgam.com
christophe.neuville@sgam.fr
christophe.puyo@sgam.com
claire.desmalades@sgam.com
claude.cavard@sgam.com
claude.morice@sgam.com
claude.rivaud@sgam.com
clothilde.malaussene@sgam.com
colin.riddles@sgam.co.uk
corinne.nicollet@sgam.com
corinne.rifa-saurel@sgam.com
craig.harper@sgam.co.uk
curzon.peier@sgam.co.uk
daniel.deroubaix@sgam.com
daniel.herbera@sgam.com
david.benson@sgam.co.uk
david.blanchard@sgam.com
david.foubard@sgam.com
david.kabile@sgam.com
david.liddell@sgam.com
david.thiery@sgam.com
didier.borowski@sgam.com
dominique.zelmanowicz@sgam.com
elena.harder@sgam.com
emilie.chauvet@sgam.com
emmanuel.defigueiredo@sgam.com
emmanuel.painchault@sgam.com
emmanuel.robinet@sgam.com
eric.bar@sgam.com
eric.bramoulle@sgam.com
eric.brard@sgam.com
eric.mijot@sgam.com
eric.talleux@sgam.com
eric.tournier@sgam.com
eric.turjeman@sgam.com
eric.voelckel@sgam.com
erwan.keraudy@sgam.com
esther.dijkman@sgam.com
ethan.reiner@sgam.com
etienne.margueritat@sgam.com
eva.riou@sgam.com
evelyn.ong@sgam.com
fabienne.crayssac@sgam.com
felicie.lhoste@sgam.com
francis.lee@sgam.com
franck.leroy@sgam.com
francois.laget@sgam.com
francois.soupe@sgam.com
francoise.guillaume@sgam.com
francois-guillaume.rideau@sgam.com
francois-xavier.deucher@sgam.com
frederic.aujard@sgam.com
frederic.barroyer@sgam.com
frederic.boungnaseng@sgam.com
frederic.lepetit@sgam.com
frederic.pons@sgam.com
frederique.dubrion@sgam.com
fridoline.mapakou@sgam.com

gareth.isaac@sgam.com
gary.brandom@sgam.co.uk
gilles.a.garnier@sgam.com
grace.ho@sgam.com
gregoire.ledoux@sgam.com
gregoire.pesques@sgam.com
guillaume.rigeade@sgam.com
guy.lodewyckx@sgam.com
guy.sidiki@sgam.com
guy.thomas@sgam.com
hamdi.karray@sgam.com
hanna.assayag@sgam.com
hari.sandhu@sgam.co.uk
hassan.lahlou@sgam.com
hayley.featherstone@sgam.co.uk
henrik.de-koning@sgam.com
hoang-my.n'guyen@sgam.com
hovik.mazedjian@sgam.com
hugh.grieves@sgam.co.uk
hugh.sergeant@sgam.co.uk
hugues.bernamonti@sgam.com
ioana.lefebvre-vornic@sgam.com
isabelle.ardon@sgam.com
isabelle.degavoty@sgam.com
jacqueline.peinaud@sgam.com
james.kwok@sgam.com
jean-charles.delcroix@sgam.com
jean-charles.gand@sgam.com
jeanjoseph.memeteau@sgam.com
jean-louis.lanaute@sgam.com
jean-michel.vallas@sgam.com
jean-pierre.vincent@sgam.com
jerome.cazaux@sgam.com
john.morton@sgam.com
john.richards@sgam.co.uk
john.stafford@sgam.com
jonathan.halioua@sgam.com
julien.jarmoszko@sgam.co.uk
julien.vannier@sgam.com
kais.mbarek@sgam.com
karin.vivier@sgam.com
ken.wren@sgam.co.uk
lai.ly@sgam.com
laurence.guerin@sgam.com
laurence.henaff@sgam.com
laurence.taillandier-mathieu@sgam.com
laurie.fournier@sgam.com
lionel.gitzinger@sgam.com
lionel.knezaurek@sgam.com
lionel.parisot@sgam.com
lorenzo.gallenga@sgam.com
louis.lavoie@sgam.com
luis.dejuan@sgam.com
malcolm.murray@sgam.co.uk
marc.paasch@sgam.com
marco.wong@sgam.com
marie-anne.allier@sgam.com
marie-helene.jenny@sgam.com
marie-suzanne.mazelier@sgam.com

marina.boutry-cuypers@sgam.com
marina.cohen@sgam.com
marlene.archer@sgam.com
masataka.akimoto@sgam.com
mathieu.azzouz@sgam.com
matthew.robertson@sgam.co.uk
michael.hayat@sgam.com
michael.levy@sgam.com
michala.marcussen@sgam.com
michel.agou@sgam.com
michel.menigoz@sgam.com
michel.palitcheff@sgam.com
michele.jolive@sgam.com
morgane.prou@sgam.com
nadia.elhammoumi-bensaci@sgam.com
nadine.glicenstein@sgam.com
nanako.yabe@sgam.com
nathalie.caillat@sgam.com
nathalie.masniere@sgam.com
nicolas.guyon-gellin@sgam.com
nicolas.muller@sgam.com
nishit.shah@sgam.co.uk
olfa.maalej@sgam.com
olivier.dupond@sgam.com
olivier.garnier@sgam.com
olivier.korber@sgam.com
olivier.maman@sgam.com
pascal.fournie-taillant@sgam.com
patrick.herfroy@sgam.com
patrick.lefort@sgam.com
patrick.william@sgam.com
pauline.abadie@sgam.com
pauline.toffier@sgam.com
peter.lee@sgam.com
philippe.brosse@sgam.com
philippe.colas@sgam.com
philippe.de-gouville@sgam.com
philippe.joly@sgam.com
philippe.langham@sgam.com
philippe.lasnier-de-lavalette@sgam.com
philippe.mitaine@sgam.com
philippe.mouy@sgam.com
pierre.capra@sgam.com
pierre.fourche@sgam.com
pierre.gomot@sgam.com
pierre-jean.marcon@sgam.com
quoc-giao.tran@sgam.com
raphael.couble@sgam.com
raphael.dieterlen@sgam.com
raphael.dubois@sgam.com
raymond.rouphael@sgam.com
roland.sotula@sgam.com
sabine.cosse@sgam.com
saide.el-hachem@sgam.com
sandrine.vannier@sgam.com
sarah.martin@sgam.com
sarah.pohlinger@sgam.co.uk
sarah.polhinger@sgam.co.uk
schlomy.botbol@sgam.com
sebastien.dumay@sgam.com

serge.darolles@sgam.com
severine.leprise@sgam.com
sgam.eco@sgam.com
shaun.giacomo@sgam.com
sophie.carter@sgam.co.uk
sophie.dedise@sgam.com
sosi.vartanesian@sgam.com
sosi.vartanesyan@sgam.com
stephanie.akhal@sgam.com
stephanie.faibis@sgam.com
steven.gould@sgam.com
stewart.gilmartin@sgam.co.uk
takouhi.tchertchian@sgam.co.uk
tanguy.de-lauzon@sgam.com
tarek.akrout@sgam.com
theduy.nguyen@sgam.com
thierry.bechu@sgam.com
thierry.bensoussan@sgam.com
thierry.martinez@sgam.com
thierry.mirabel@sgam.com
thierry.moulin@sgam.com
thierry.nardozi@sgam.com
tony.duprez@sgam.com
valerie.blot@sgam.com
valerie.verge@sgam.com
veronica.bats@sgam.com
vincent.fravel@sgam.com
virginie.deterck@sgam.com
wah-yong.tan@sgam.com
wallace.chu@sgam.com
winson.fong@sgam.com
yassine.essiassi@sgam.com
yasuko.nakamura@sgam.com
yuetling.sinfailam@sgam.co.uk
yvan.mamalet@sgam.com
alui@sgc.com
elwyn@sgc.com
lbolson@sgc.com
alexandre.miot@sgcib.com
andreas.wiechmann@sgcib.com
antoine.baert@sgcib.com
antony.lingard@sgcib.com
ariel.chen@sgcib.com
arnaud.poix@sgcib.com
arthur.baker@sgcib.com
aru.sivananthan@sgcib.com
bagatouria@sgcib.com
basile.rivoire@sgcib.com
bastien.berthon@sgcib.com
benjamin.clerget@sgcib.com
benoit.meulot@sgcib.com
bill.bingham@sgcib.com
bill.kavaler@sgcib.com
bob.marx@sgcib.com
bobby.bhakar@sgcib.com
byron.smith@sgcib.com
carlos.bonetto@us.sgcib.com
cathy.yamashita@sgcib.com
charles.gillet@sgcib.com
christopher.baines@sgcib.com

| | | |
|---|---|---|
| christopher.walker@us.sgcib.com | mike.baradas@sgcib.com | peter.lindsey@sgib.com |
| clive.hadingham@sgcib.com | mike.giasi@sgcib.com | takeo.tonda@sgk1.ho.dkb.co.jp |
| cyril.beriot@sgcib.com | nathan.dawes@sgcib.com | christian.looser@sgkb.ch |
| dan.sang@sgcib.com | niaz.haider@sgcib.com | m.hungerbuehler@sgkb.ch |
| daniel.kelly@sgcib.com | nick.duffy@sgcib.com | mario.boari@sgkb.ch |
| daniel.quilliot@sgcib.com | nicolas.moulonguet@sgcib.com | p.kaufmann@sgkb.ch |
| david.burke@sgcib.com | nicolas.truong@sgcib.com | patrik.eberhart@sgkb.ch |
| david.sanders@sgcib.com | nina.ross@sgcib.com | r.morgenthaler@sgkb.ch |
| david.simpson@sgcib.com | okan.aksel@sgcib.com | tanja.allenspach@sgkb.ch |
| davide.grignani@sgcib.com | paul.milton@sgcib.com | aown@sgrf.gov.om |
| de.doan-tran@sgcib.com | peter.abeles@sgcib.com | majan@sgrf.gov.om |
| denholm.paul@sgcib.com | peter.corrigan@sgcib.com | aldo.belletti@sgsbpvn.it |
| dolf.kohnhorst@sgcib.com | peter.nowicki@sgcib.com | derivatiestero@sgsbpvn.it |
| douglas.lenart@sgcib.com | phillippe.robeyns@sgcib.com | en.gallina@sgsbpvn.it |
| dzovig.keledjian@sgcib.com | pome.gautier@sgcib.com | luigi.delgreco@sgsbpvn.it |
| enrique.diaz-alvarez@sgcib.com | pratik.shah@sgcib.com | mario.ge@sgsbpvn.it |
| fouad.farah@sgcib.com | rahul.verma@sgcib.com | graeme@sgsfunds.com |
| franck.de-vaulx@sgcib.com | raphael.thuin@sgcib.com | ming@sgsfunds.com |
| francois.caille@sgcib.com | rebecca.kingwell@sgcib.com | samual@sgsfunds.com |
| gary.li@sgcib.com | regis.copinot@sgcib.com | laura.ferreri@sgss.socgen.it |
| guillaume.boccara@sgcib.com | richard.mcintosh@sgcib.com | christina.jahn@sgz-bank.de |
| guillaume.de-carpentier@sgcib.com | robert.ehrbar@sgcib.com | ralf.hilfrich@sgz-bank.de |
| guillaume.dupin@sgcib.com | robert.lynch@sgcib.com | rhammerl@sgz-bank.lu |
| guillaume.friedel@sgcib.com | robert.ryan@sgcib.com | wolfgang.broetz@sgz-bank.de |
| guy.johnston@sgcib.com | robert.taplett@sgcib.com | arussell@sharonbank.com |
| haresh.sheth@sgcib.com | robert.tinari@sgcib.com | mhendry@sharonbank.com |
| harry.nullet@sgcib.com | roger.sachs@sgcib.com | matsumoto.noriaki@sharp.co.jp |
| hector.negroni@us.sgcib.com | romain.rouillon@sgcib.com | rick.cleary@sharpridge.com |
| henri.lalanne@sgcib.com | ross.long@sgcib.com | atoto@shay.com |
| ian.adelson@sgcib.com | rye.harper@sgcib.com | bbarros@shay.com |
| ilan.botbol@sgcib.com | sergio.leifert@sgcib.com | cremo@shay.com |
| ivelin.millet@sgcib.com | silvia.pace@sgcib.com | dcasteel@shay.com |
| james.cooper@sgcib.com | silvio.borelli@sgcib.com | dellenwood@shay.com |
| james.millward@sgcib.com | simon.petres@sgcib.com | dpetro@shay.com |
| jason.lawrence@sgcib.com | spencer.parker@us.sgcib.com | kblaser@shay.com |
| jean.de-lavalette@sgcib.com | stephane.landon@sgcib.com | mtrautman@shay.com |
| john.calzolaio@sgcib.com | stephen.walker@sgcib.com | rdsjr@shay.com |
| john.wambold@sgcib.com | stephen.williams@sgcib.com | tchiaro@shay.com |
| joy.das@sgcib.com | steve.henderson@sgcib.com | akhafaga@shb.com.sa |
| julian.smith@sgcib.com | steven.pollock@sgcib.com | eignacio@shb.com.sa |
| julie.mooney@sgcib.com | stuart.stevenson@sgcib.com | joba01@shb.se |
| kent.yang@sgcib.com | sylvie.kichenin@sgcib.com | jeffw@shbank.com |
| kerry.meanwell@sgcib.com | tae.park@sgcib.com | w.kenney@shcm.co.uk |
| kim.thielemans@sgcib.com | therese.schwabe@sgcib.com | a.mouti@shell.com |
| laura.carrere@sgcib.com | tiffany.ying@sgcib.com | abraham.kozhipatt@shell.com |
| laurent.solbes@sgcib.com | todd.rogers@sgcib.com | adrian.richardson@shell.com |
| lester.cheng@sgcib.com | tom.day@sgcib.com | afke.schipstra@shell.com |
| leticia.gentilhomme@sgcib.com | tricia.shinden@sgcib.com | andres.jaramillo@si.shell.com |
| maire-laure.chandumont@sgcib.com | victor.gauvin@sgcib.com | andres.m.jaramillo@si.shell.com |
| maria.adelman@us.sgcib.com | vijay.katechia@sgcib.com | axel.rohm@shell.com |
| mario.bove@sgcib.com | vince.heneghan@sgcib.com | ayako.ono@shell.com |
| mark.goodman@sgcib.com | vincent.matera@us.sgcib.com | ben.j.reterink@si.shell.com |
| mark.newby@sgcib.com | william.johnson@sgcib.com | bert.b.vandenberg@shell.com |
| mark.pantling@sgcib.com | willie.honeyball@sgcib.com | bing-bing.chang@shell.com |
| matt.cambria@sgcib.com | yuriy.melnikov@sgcib.com | bob.m.arends@si.shell.com |
| maxime.popineau@sgcib.com | carlo.costantini@sgcowen.com | catherine.b.kelly@si.shell.com |
| michael.hogg@sgcib.com | ifill@sgcowen.com | ceri.powell@shell.com |
| michael.menken@sgcib.com | scott.waggoner@sgcowen.com | clive.r.hopkins@si.shell.com |
| michael.sam@sgcib.com | daniel.cugni@sgi.com | craig.saul@shell.com |
| michel.granchi@sgcib.com | nigel@sgi.com | david.p.griffith@shell.com |

| | | |
|---|---|---|
| desire.bogaert@shell.com | ronald.ryan@shell.com | ted@shenkmancapital.com |
| dirk.h.q.stefels@si.shell.com | rozimi.r.abdulrahman@si.shell.com | todd.shirak@shenkmancapital.com |
| donna.l.dewick@si.shell.com | saloni.nagpal@shell.com | tofi.lakhani@shenkmancapital.com |
| eugene.gullit@shell.com | samco_treasury@shell.com | tom@shenkmancapital.com |
| eve.yang@shell.com | sandra.s.kruis-schuiten@si.shell.com | don.kinzer@shenlife.com |
| fadi.mitri@shell.com | sanjay.j.bhide@si.shell.com | lee.battle@shenlife.com |
| gerard.b.paulides@si.shell.com | scott.duggal@shell.com | robert.peterson@shenlife.com |
| gerard.vanderpol@shell.com | simon.roddy@shell.com | steve.hilbish@shenlife.com |
| grzegorz.gut@shell.com | spb-treasury@shell.com | bullbull@shikokubank.co.jp |
| gustavo.bursztyn@shell.com | stephen.m.g.hodge@si.shell.com | jeff21@shinbiro.com |
| helmut.h.cardon@si.shell.com | stephen.s.williams@shell.com | dragoze@shinhan.com |
| hicham.zemmouri@shell.com | steve.milner@shell.com | kunileem@shinhan.com |
| hon-cheung.man@shell.com | steven.fries@shell.com | shseo@shinhan.com.hk |
| ingrid.turley@shell.com | steven.s.harraway@si.shell.com | tws@shinhan.com |
| irakli.menabde@shell.com | stuart.j.chaplin@si.shell.com | akira.watanabe@shinseibank.co.jp |
| j.teo@shell.com | syb.s.bartlema@shell.com | albert.maass@shinseibank.com |
| j.v.hinchey@sepiv.shell.com | taron.ganjalyan@shell.com | alex.delaiglesia@shinseibank.com |
| j.v.hinchley@sepiv.shell.com | theo.j.vandaalen@si.shell.com | anatoli.shakin@shinseibank.com |
| janpeter.jp.duijvestijn@si.shell.com | tony.a.m.eales@opc.shell.com | arun.mittal@shinseibank.com |
| jenny.j.pace@si.shell.com | velma.brumfield@shell.com | asheesh.sharma@shinseibank.com |
| job.hekhuis@shell.com | walter.w.vandevijver@si.shell.com | atsushi.takagi@shinseibank.com |
| joe.mcdonnell@shell.com | willem.boeschoten@si.shell.com | ben.weiss@shinseibank.com |
| judith.dekker@shell.com | wim.thomas@shell.com | bob.gei@shinseibank.com |
| karen.h.toh@si.shell.com | wouter.s.devries@si.shell.com | celia.wong@shinseibank.com |
| kevin.henderson@shell.com | yai-wan.y.wong@opc.shell.com | chenyang.fei@shinseibank.com |
| kristof.abbeloos@shell.com | bmpatrick@shellus.com | christina.lai@shinseibank.com |
| lauren.peter@si.shell.com | rjstapleton@shellus.com | christopher.martin@shinseibank.com |
| laurens.deprez@shell.com | vengel@shellus.com | claudio.aritomi@shinseibank.com |
| lisa.givert@shell.com | bchatman@shelterinsurance.com | david.zhang@shinseibank.com |
| lynn.azar@shell.com | lmorrissey@shelterinsurance.com | douglas.kennedy@shinseibank.com |
| m.vijver@shell.com | fran@shenkman.com | fumiaki.nakao@shinseibank.com |
| maria.coellodellobet@shell.com | amy.levine@shenkmancapital.com | fumihiko.tsuchida@shinseibank.com |
| maryjo.jacobi@shell.com | amy.ruderman@shenkmancapital.com | gary.hyman@shinseibank.com |
| michael.m.godfrey@spms.shell.com | christopher.sym@shenkmancapital.com | george.shilowitz@shinseibank.com |
| michael.m.harrop@si.shell.com | david.acampora@shenkmancapital.com | harvey.young@shinseibank.com |
| mikael.bjarkedal@shell.com | evan.mcgee@shenkmancapital.com | hidetoshi.arakawa@shinseibank.com |
| mike.m.treanor@si.shell.com | frank@shenkmancapital.com | hiroshi.ishii02@shinseibank.com |
| monika.graczyk@shell.com | greg.naso@shenkmancapital.com | hiroshi.sonoda@shinseibank.com |
| moody.aboutaleb@shell.com | greg.shenkman@shenkmancapital.com | hiroyuki.uchiyama@shinseibank.com |
| mukesh.sethi@shell.com | jason@shenkmancapital.com | hiroyuki.watanabe@shinseibank.com |
| nick.n.humphrey@si.shell.com | jeff.gallo@shenkmancapital.com | hitoshi.itou@shinseibank.com |
| nicolas.merzeau@shell.com | jon.savas@shenkmancapital.com | james.mudie@shinseibank.com |
| nik-rizal.kamil@shell.com | jordan.barrow@shenkmancapital.com | john.mack@shinseibank.com |
| olivier.wolthoorn@shell.com | kristin@shenkmancapital.com | junko.torikai@shinseibank.com |
| p.achanapornkul@shell.com | kwok.ng@shenkmancapital.com | juri.yamamoto@shinseibank.co.jp |
| p.downie@shell.com | lawrence@shenkmancapital.com | katsumasa.mori@shinseibank.com |
| patrick.p.deboer@shell.com | mark.flanagan@shenkmancapital.com | kayoko.makimoto@shinseibank.com |
| patrick.vandersloot@shell.com | mark@shenkmancapital.com | kayoko.yamanishi@shinseibank.com |
| pervis.thomas@shell.com | matt.elliott@shenkmancapital.com | kazuma.sakai@shinseibank.com |
| peter.bonekamp@shell.com | michael.mccaffery@shenkmancapital.com | kazumichi.fuziwara@shinseibank.com |
| peter.kolthof@shell.com | mike.kanner@shenkmancapital.com | keith.fujii@shinseibank.com |
| petra.schruth@shell.com | mike.rosenthal@shenkmancapital.com | kenta.fukudome@shinseibank.com |
| philip.liverpool@shell.com | neil.wechsler@shenkmancapital.com | kentarou.noguchi@shinseibank.com |
| piers.robinson@shell.com | nick.sarchese@shenkmancapital.com | kiyofumi.tamei@shinseibank.co.jp |
| pim.vansanten@shell.com | radha.subramanian@shenkmancapital.com | koji.takagi@shinseibank.com |
| prasanth.v.dev@si.shell.com | raymond.condon@shenkmancapital.com | kotaro.tanaka@shinseibank.com |
| quynh.pham@shell.com | rob@shenkmancapital.com | kouhei.nishikawa@shinseibank.com |
| rhea.hamilton@shell.com | ruxandra.ghika@shenkmancapital.com | kruskal.hewitt@shinseibank.com |
| robert.c.j.meijer@si.shell.com | scott.grabine@shenkmancapital.com | kunio.ishimori@shinseibank.com |
| robert.klap@shell.com | steve.schweitzer@shenkmancapital.com | mamoru.ashimoto@shinseibank.com |

mark.cutis@shinseibank.com
mark.mallia@shinseibank.com
mark.militello@shinseibank.com
mark.thompson@shinseibank.com
martin.stein@shinseibank.com
masayuki.tomizawa@shinseibank.com
matthew.clark@shinseibank.com
michael.gordon@shinseibank.com
michael.puglia@shinseibank.com
mirei.lee@shinseibank.com
nam-joon.kim@shinseibank.com
nick.james@shinseibank.com
nobuki.takeya@shinseibank.com
nobuyuki.takei@shinseibank.com
osamu.utsunomiya@shinseibank.com
peter.gray@shinseibank.co.jp
rahul.saito@shinseibank.com
raymond.spencer@shinseibank.com
richard.liang@shinseibank.com
robert.brennan@shinseibank.com
robert.gates@shinseibank.com
satoshi.iwase@shinseibank.com
shinji.hasumi@shinseibank.com
shintaro.sasaki@shinseibank.com
shuuichirou.torigoe@shinseibank.com
sooyoung.min@shinseibank.com
steven.stuart@shinseibank.com
stewart.harding@shinseibank.com
stuart.baker@shinseibank.com
taichi.kawai@shinseibank.com
takahiro.sawada@shinseibank.com
taylor.siedell@shinseibank.com
teruyo.hiromatsu@shinseibank.com
tetsuhiro.toomata@shinseibank.com
thomas.donnelly@shinseibank.co.jp
tom.pedersen@shinseibank.com
tomoyuki.mizohata@shinseibank.com
toshiaki.yukiue@shinseibank.com
tsuyoshi.shimizu@shinseibank.com
yasuhiro.fujiki@shinseibank.com
yi-chen.huang@shinseibank.com
yoshie.miyauchi@shinseibank.com
yoshihiro.koitabashi@shinseibank.com
yoshiki.obayashi@shinseibank.com
yui.takamatsu@shinseibank.com
yusuke.umeno@shinseibank.com
yuuko.ogawa@shinseibank.com
yuzo.yamamoto@shinseibank.com
chris.berry@shinseicapital.com
michael.levine@shinseicapital.com
keiko.nakatsuka@shinsei-sec.co.jp
benoit_pincon@shinvest.co.kr
pchan@shiplp.com
frontoffice@shizuoka.be
hirai@shizuokabkny.com
nakamura@shizuokabkny.com
nishikawa@shizuokabkny.com
yokotachi@shizuokabkny.com
chris.leverton@shorecap.co.uk
chris.ring@shorecap.co.uk

michael.vanmessel@shorecap.co.uk
neil.letchford@shorecap.co.uk
olivia.ladenburg@shorecap.co.uk
rupert.armitage@shorecap.co.uk
simon.fine@shorecap.co.uk
karen.lin@shroders.com
bkennett@sib.wa.gov
dczub@sib.wa.gov
dong@sib.wa.gov
gbruebaker@sib.wa.gov
jsinks@sib.wa.gov
lharrison@sib.wa.gov
mmooers@sib.wa.gov
mtosteson@sib.wa.gov
myip@sib.wa.gov
prunnalls@sib.wa.gov
rripple@sib.wa.gov
tbosworth@sib.wa.gov
tritchey@sib.wa.gov
joshi.r@sicapital.com
aesmail@siebertnet.com
ckangur@siebertnet.com
cmyer@siebertnet.com
csorkin@siebertnet.com
jcostello@siebertnet.com
jperkin@siebertnet.com
psosnowski@siebertnet.com
smontenero@siebertnet.com
alexander.muench@siemens.com
andrea.schinle@siemens.com
andreas.schwab@siemens.com
arne.kleversaat@siemens.com
birgit.gropp@siemens.com
brigitta.kocherhans@siemens.com
buddy.moran@sc.siemens.com
christina.schmoee@siemens.com
claude.pettus@siemens.com
claudia.morf@swpc.siemens.com
dagmar.mundani@siemens.com
daniel.schmotolocha@siemens.com
daniela.mattausch@siemens.com
edward.wojtowicz@siemens.com
elizabeth.rosero@sc.siemens.com
frank.ganserer@siemens.com
frank.izzo@siemens.com
gerd.goette@siemens.com
gross.sabine@siemens.com
guido.petruzzelli@siemens.com
hans-juergen.schmidtke@siemens.com
hans-peter.rupprecht@siemens.com
harald.bachmaier@siemens.com
henning.kosmack@siemens.com
hoffmann.bernhard@siemens.com
holger.poetschke@siemens.com
jens.hammann@siemens.com
jens.schulte@siemens.com
jens.wittrin@sfs.siemens.com
jochen.koepf@siemens.com
joseph.alvarez@siemens.com
joseph.vessecchia@siemens.com

katharina.taufer@siemens.com
kurt.muntwiler@siemens.com
lothar.wilisch@siemens.com
manfred.eisenhuth@siemens.com
marcus.desimoni@siemens.com
mariel.vondrathen@siemens.com
martin.kuehrer@siemens.com
mary-jane.fallon@siemens.com
michael.bueker@siemens.com
michael.haberger@siemens.com
michael.rohan@sfs.siemens.com
michael.sen@siemens.com
miroslav.mitev@siemens.com
nicola.bates@siemens.com
oliver.poetsch@siemens.com
patrick.feth@siemens.com
per.horn@siemens.com
peter.moritz@siemens.com
pierre.sattler@siemens.com
rainer.hackl@siemens.com
ralf.lierow@siemens.com
regina.hornung@siemens.com
richard.johnston@siemens.com
roland.alter@siemens.com
roland.mittenhuber@siemens.com
rudolf.hamann@siemens.com
rudy.setiawan@siemens.com
scott.caponegro@siemens.com
sergio.carey@siemens.com
siddharth.kasera@siemens.com
stephanie.feigt@siemens.com
susanne.woelfinger@siemens.com
tanja.kufner@siemens.com
ursula.radeke-pietsch@siemens.com
veronika.henkel@siemens.com
xaver.augustin@siemens.com
cfmichaels@sierraglobal.com
cperetz@sierraglobal.com
dcoster@sierraglobal.com
jdubeshter@sierraglobal.com
mrivera@sierraglobal.com
msherman@sierraglobal.com
nwalcott@sierraglobal.com
salb@sierraglobal.com
sdecanio@sierraglobal.com
tcorliss@sierraglobal.com
thlang@sierraglobal.com
guan@sigchina.com
duncanw@sigmacap.com
heatherr@sigmacap.com
sohnm@sigmacap.com
tateb@sigmacap.com
allen@siichi.com
dtankin@siichi.com
mscholten@siichi.com
akiko@silchester.com
andrew.kojima@silchester.com
aravenscroft@silchester.com
asummers@silchester.com
benoit@silchester.com

bertrand@silchester.com
chaynes@silchester.com
fgoddard@silchester.com
john@silchester.demon.co.uk
kandrew@silchester.com
lcrawford@silchester.com
lucy@silchester.com
mcowan@silchester.com
rdornau@silchester.com
sallen@silchester.com
sarah.butt@silchester.com
sbeehre@silchester.com
sbutt@silchester.com
sknowles@silchester.com
tmusto@silchester.com
brad.erwin@silvantcapital.com
brandi.allen@silvantcapital.com
christin.armacost@silvantcapital.com
gus.guinther@silvantcapital.com
james.foster@silvantcapital.com
jennifer.stewart@silvantcapital.com
joe.ransom@silvantcapital.com
kristin.ribic@silvantcapital.com
marc.schneidau@silvantcapital.com
michael.sansoterra@silvantcapital.com
mike.bain@silvantcapital.com
randy.loving@silvantcapital.com
sandeep.bhatia@silvantcapital.com
capello@simgest.it
casolino@simgest.it
cilluffo@simgest.it
digianni@simgest.it
direzione@simgest.it
guizzardi@simgest.it
miluccio@simgest.it
russo@simgest.it
diane.wilson@simmonsfirst.com
john.orfanos@simmonsfirst.com
komatusi@sin.nn-ja.or.jp
kura@sin.is-ja.jp
ninou@sin.is-ja.jp
tomita@sin.nn-ja.or.jp
abaoyu@sina.com
benjaminzk@sina.com
koalast@vip.sina.com
lonniru@singapore.cic.fr
margaret_bong@singaporeair.com.sg
michael_chan@singaporeair.com.sg
conradc@singer-friedlander.com
vdunlop@invest.singer-friedlander.com
felix.fitch@singers.co.im
philip.gent@singers.co.uk
richard.stanley@singers.co.im
asean@singnet.com.sg
chbsg@signet.com.sg
tinga8@signet.com.sg
abueno@sinopia.fr
alhassane.diallo@sinopia.fr
anne.verge@sinopia.fr
anne-marie.vigneulle@sinopia.fr

anne-sophie.lebigre@sinopia.fr
benedicte.mougeot@sinopia.com.hk
benjamin.taksin@sinopia.fr
benoit.mercereau@sinopia.fr
cboue@sinopia.fr
cfisher@sinopia.fr
charles.fischer@sinopia.fr
delphine.lanquetot@sinopia.fr
diana.radu@sinopia.fr
ekatarina.diatchenko@sinopia.fr
ekaterina.diatchenko@sinopia.fr
elie.elkhoueiri@sinopia.fr
elie.el-khoueri@sinopia.fr
elie.khoueiri@sinopia.com.hk
ftriolaire@sinopia.fr
gtaillard@sinopia.fr
hmoudachirou@sinopia.fr
hugolini@sinopia.fr
isira.perera@sinopia.fr
jan-eric.fillieule@sinopia.fr
jboulliat@sinopia.fr
jeremie.pessayre@sinopia.fr
jerome.allouche@sinopia.fr
julien.renoncourt@sinopia.fr
julien.tourchon@sinopia.fr
luc.dumontier@sinopia.fr
mheitzmann@sinopia.fr
nneang@sinopia.fr
olivier.gaval@sinopia.fr
omalteste@sinopia.fr
patrick.gauthier@sinopia.fr
patrick.gautier@sinopia.fr
pduchesne@sinopia.fr
pierre.sequier@sinopia.fr
sophie.sentilhes@sinopia.fr
stanley.smadja@sinopia.fr
tdeltchev@sinopia.fr
ydesjardins@sinopia.fr
ykobusinski@sinopia.fr
david.billaux@sinopia-group.com
harvey.sidhu@sinopia-group.com
jean-francois.schmitt@sinopia-group.com
nils.jungbacke@sinopia-group.com
agambirazio.miami@sinvest.es
aleal.lisboa@sinvest.es
bbraamcamp.lisboa@sinvest.es
cgarcia-de-juana.londres@sinvest.es
cmantunes.lisboa@sinvest.es
dmannion.dublin@sinvest.es
dsolana.madrid@sinvest.es
gsessions.londres@sinvest.es
hrocha.lisboa@sinvest.es
jmaraluce.madrid@sinvest.es
lcolin.madrid@sinvest.es
mbelo.lisboa@sinvest.es
mdetorre.madrid@sinvest.es
mgarrett.madrid@sinvest.es
ncubides.miami@sinvest.es
nhanderson@sinvest.es
pcosta.lisboa@sinvest.es

pfernandes.lisboa@sinvest.es
rcosta.buenos-aires@sinvest.es
rzubillaga.miami@sinvest.es
sanchez_laura@sinvest.es
swahnon.londres@sinvest.es
zrivilla.madrid@sinvest.es
akumar.ny@siny.com
nbhandiwad@siny.com
sferriss.ny@siny.com
abaruffi@sirachcap.com
bkern@sirachcap.com
bvanaken@sirachcap.com
hbateman@sirachcap.com
jbeckett@sirachcap.com
jkieburtz@sirachcap.com
jrailey@sirachcap.com
kgiboney@sirachcap.com
lkatz@sirachcap.com
lmartin@sirachcap.com
vkampe@sirachcap.com
garrettw@siriusadvisorsllc.com
f.bruno@sirti.it
r.medici@sirti.it
jlengal@sis.cz
mburda@sis.cz
msmid@sis.cz
ecareddu@sisto.uni.net
agelardini@sistonet.org
gmazzilis@sistonet.org
llamberti@sistonet.org
pcipriani@sistonet.org
dcoleman@sisu.com
bsimpson@sisucapital.com
dmills@sisucapital.com
ggoranov@sisucapital.com
hdavda@sisucapital.com
jdesrosiers@sisucapital.com
jfitzsimmons@sisucapital.com
jseppala@sisucapital.com
kharford@sisucapital.com
mdayalji@sisucapital.com
mreinisch@sisucapital.com
nmohandas@sisucapital.com
oigwe@sisucapital.com
pcoleman@sisucapital.com
pmidgley@sisucapital.com
sgcoates@sisucapital.com
bad@sitinvest.com
bjo@sitinvest.com
brg@sitinvest.com
cmr@sitinvest.com
dab@sitinvest.com
dam@sitinvest.com
das@sitinvest.com
dmg@sitinvest.com
dmw@sitinvest.com
etn@sitinvest.com
hag@sitinvest.com
jam@sitinvest.com
jkk@sitinvest.com

jmb@sitinvest.com
jx@sitinvest.com
klj@sitinvest.com
kpo@sitinvest.com
lch@sitinvest.com
ljf@sitinvest.com
mal@sitinvest.com
map@sitinvest.com
mcb@sitinvest.com
mhb@sitinvest.com
mjr@sitinvest.com
mjs@sitinvest.com
mtl@sitinvest.com
nt@sitinvest.com
pjj@sitinvest.com
plm@sitinvest.com
rds@sitinvest.com
rjs@sitinvest.com
rws@sitinvest.com
sl@sitinvest.com
smc@sitinvest.com
tmm@sitinvest.com
tse@sitinvest.com
wfw@sitinvest.com
alastair.scott@sixcontinents.com
anthony.stern@sixcontinents.com
hayley.kluman@sixcontinents.com
jo.guano@sixcontinents.com
mike.thompson@sixcontinents.com
patricia.taylor@sixcontinents.com
richard.north@sixcontinents.com
yvonne.davenport-ruby@sixcontinents.com
tushiki@sjam.co.jp
fpedretti@sjs-group.com
gmivelaz@sjs-group.com
prewcastle@sjs-group.com
tcarvalho@sjs-group.com
mmullers@sk.koeln.de
hanspeter.barth@ska.com
alexander.koepnick@skag.siemens.de
carl-friedrich.wartner@skag.siemens.de
christoph.ulschmid@skag.siemens.de
elisabeth.stoeckle@skag.siemens.de
gerd.neitzel@skag.siemens.de
patrick.muhl@skag.siemens.de
a.fujino@skam.co.jp
h.miyazaki@skam.co.jp
h.nomura@skam.co.jp
k.kobayashi@skam.co.jp
m.ishikawa@skam.co.jp
m.onishi@skam.co.jp
n.fujiwara@skam.co.jp
s.hasegawa@skam.co.jp
s.nagayama@skam.co.jp
t.kobayashi@skam.co.jp
adri.ridder@skandia.se
agneta.wallmark@skandia.se
anthony.gillham@skandia.co.uk
bengt.sandberg@skandia.se
brian.newbould@skandia.co.uk

hans.forssman@skandia.se
jasper.thomas@skandia.co.uk
lars.orrevall@skandia.se
marghita.sandstrom@skandia.se
mikael.bjorin@skandia.se
niklas.johansson@skandia.se
omar.nahas@skandia.se
p.lindgren@skandia.se
per.limdberg@skandia.se
raj.hallen@skandia.co.uk
richard.vincent@skandia.co.uk
robert.celsing@skandia.se
robert.corbally@skandia.com
roland.nilsson@skandia.se
jonas.granholm@skanska.se
abischel@skba.com
mann@skba.com
rothe@skba.com
zuck@skba.com
khirano@skckny.com
tyamamoto@skckny.com
marita.bjork@skf.com
tore.bertilsson@skf.com
info@skibofin.com
bjoern.schwarz@sk-koeln.de
christian.busshaus@sk-koeln.de
dieter.loreng@sk-koeln.de
heinz.rother@sk-koeln.de
kerstin.cremer@sk-koeln.de
lenka.juchelkova@sk-koeln.de
sabine.theis@sk-koeln.de
dominik.hartmann@skpfcw.de
stefan.fritz@skpfcw.de
sven.jigonsson@skurupssparbank.se
brich@skystonecapital.com
knelson@skystonecapital.com
a.fail@sl-am.nl
andreas.gerber@sl-am.com
christine.reinhard@sl-am.com
claus.neumeier@sl-am.com
daniel.berner@sl-am.com
george.heyward@sl-am.com
holger.huber@sl-am.com
j.idema@sl-am.nl
jan.grunow@sl-am.com
jan.kotatko@sl-am.com
k.altena@sl-am.nl
liz.rees@sl-am.com
marc.bruetsch@sl-am.com
marc.meier@sl-am.com
marco.mueller@sl-am.com
mariusz.platek@sl-am.com
mark.amery@sl-am.co.uk
mbarker@sl-am.co.uk
michael.bernegger@sl-am.com
michael.holliger@sl-am.com
michael.klose@sl-am.com
michel.oechslin1@sl-am.com
nick.jost@sl-am.com
patrick.brechbuehl@sl-am.com

per.erikson@sl-am.com
peter.birchmeier@sl-am.com
peter.kaste@sl-am.com
peter.studer@sl-am.com
pierre.guillemin@sl-am.com
r.feddes@sl-am.nl
renato.beroggi@sl-am.com
robert.balan@sl-am.com
roland.kuehnis@sl-am.com
s.djadoenath@sl-am.nl
s.stots@sl-am.nl
sebastien.dirren@sl-am.com
simon.wyss@sl-am.com
stefan.landolt@sl-am.com
sylvia.walter@sl-am.com
thomas.cho@sl-am.com
thomas.fink@sl-am.com
thomas.isler@sl-am.com
thomas.schaad@sl-am.com
timea.gregorcsok@sl-am.ch
toni.winghart@sl-am.com
ulf.johansson@sl-am.com
valero.matriciani@sl-am.com
pfister@slb.com
helen.vaughan@slcam.co.uk
stephen.corry@slcam.co.uk
franz.schmid@slhfp.ch
reto.grau@slhfp.ch
ckingston@sli.co.im
takeshi_nakagami@sliim.co.jp
dobbsfsd@slkfjsdklf.com
capital.markets@slma.com
charlie.colligan@slma.com
felmon.bartolome@slma.com
guido.e.vanderven@slma.com
john.laudier@slma.com
lance.franke@slma.com
leo.subler@slma.com
louis.jimeno@slma.com
mark.l.heleen@slma.com
mark.w.daly@slma.com
naren.nayak@slma.com
stacy.le-cao@slma.com
steve.oconnell@slma.com
steven.j.mcgarry@slma.com
yingnan.ma@slma.com
michael.ferraro@sloan-group.com
bill@sloveniansavings.com
bacharova.olivia@slsp.sk
barancok.milan@slsp.sk
gajdos.vladimir@slsp.sk
glasova.anna@slsp.sk
hladik.lubomir@slsp.sk
kniz.peter@slsp.sk
kokovova.dana@slsp.sk
kratochvilova.renata@slsp.sk
krizan.peter@slsp.sk
mazanova.zuzana@slsp.sk
musak.michal@slsp.sk
orlovsky.michal@slsp.sk

osuchova.andrea@slsp.sk
pataky.jan@slsp.sk
sibrava.martin@slsp.sk
svitek.dusan@slsp.sk
tekauerova.andrea@slsp.sk
zabadal.juraj@slsp.sk
zatkalik.michal@slsp.sk
francois_noble@smabtp.fr
guillaume_giacomino@smabtp.fr
hubert_rodarie@smabtp.fr
nathalie_peleau-coutolleau@smabtp.fr
sylvain_pommeret@smabtp.fr
johngre@smart.net
chris.chan@smbc.com.hk
svetlana.petrischeva@gb.smbc.com
frenklah@smbc-cm.com
yxu@smbc-cm.com
akira_fujiwara@gb.smbcgroup.com
al_galluzzo@smbcgroup.com
alan_springett@gb.smbcgroup.com
andrew_fensome@gb.smbcgroup.com
elwood_langley@gb.smbcgroup.com
gary_coy@gb.smbcgroup.com
helena_mercer@gb.smbcgroup.com
hiroshi_okawa@gb.smbcgroup.com
jeremy_hodges@gb.smbcgroup.com
jim_miller@gb.smbcgroup.com
joao.oliveira@gb.smbcgroup.com
john_timms@gb.smbcgroup.com
jonathan_jenkins@gb.smbcgroup.com
koichi.obu@gb.smbcgroup.com
koichi_honda@gb.smbcgroup.com
mari.honda-wulf@gb.smbcgroup.com
mark_gordon@gb.smbcgroup.com
masahiro_imajo@gb.smbcgroup.com
nadine_burnett@gb.smbcgroup.com
nick@gb.smbcgroup.com
nobuyuki.sato@gb.smbcgroup.com
nobuyuki_kawabata@gb.smbcgroup.com
olof.bengtsson@gb.smbcgroup.com
osuma_itagaki@smbcgroup.com
patrick_miller@gb.smbcgroup.com
paul_graham@gb.smbcgroup.com
paula_hartnett@gb.smbcgroup.com
peter_sonza@smbcgroup.com
peter_twidale@gb.smbcgroup.com
shinichiro.watanabe@gb.smbcgroup.com
shusui_kataoka@smbcgroup.com
simon_chantry@gb.smbcgroup.com
simon_rogers@gb.smbcgroup.com
sophie.condon@gb.smbcgroup.com
stephen_dunn@gb.smbcgroup.com
suresh_tata@smbcgroup.com
takamitsu_kajii@gb.smbcgroup.com
william_folkard@gb.smbcgroup.com
yasuhiko_imai@smbcgroup.com
yoshihiro_hyakutome@smbcgroup.com
yoshihiro_ikeda@gb.smbcgroup.com
yoshinori.kawamura@smbcgroup.com
gene@smbc-si.com

hanley@smbc-si.com
mrl@smbc-si.com
michael.antoni@smf.sachsen.de
bernard.cuadra@smhgroup.com
john.watras@smhgroup.com
neil.shaughnessy@smhgroup.com
tony.rizzo@smh.com
cecw@smith.williamson.co.uk
cg@smith.williamson.co.uk
chl@smith.williamson.co.uk
cjk@smith.williamson.co.uk
dgme@smith.williamson.co.uk
drg@smith.williamson.co.uk
hb2@smith.williamson.co.uk
jas2@smith.williamson.co.uk
mark.swain@smith.williamson.co.uk
mb@smith.williamson.co.uk
paul.oelmann@smith.williamson.co.uk
william.cussans@smith.williamson.co.uk
jim.r.schrader@smithbarney.com
robert.feinman@smithbarney.com
aarganbright@smithbreeden.com
agriffiths@smithbreeden.com
ahelfert@smithbreeden.com
ajamison@smithbreeden.com
bgriffin@smithbreeden.com
bmims@smithbreeden.com
cgraner@smithbreeden.com
charvey@smithbreeden.com
chughes@smithbreeden.com
cstopa@smithbreeden.com
dadler@smithbreeden.com
ddektar@smithbreeden.com
dgagnon@smithbreeden.com
dstein@smithbreeden.com
edawson@smithbreeden.com
eflood@smithbreeden.com
ehassid@smithbreeden.com
ghollingsworth@smithbreeden.com
gpalmer@smithbreeden.com
gseals@smithbreeden.com
gsinha@smithbreeden.com
jcurd@smithbreeden.com
jduensing@smithbreeden.com
jfarley@smithbreeden.com
jgalloway@smithbreeden.com
jgladieux@smithbreeden.com
jharr@smithbreeden.com
jormsby@smithbreeden.com
jprendergast@smithbreeden.com
jsieren@smithbreeden.com
jsprow@smithbreeden.com
jwallace@smithbreeden.com
jwheeler@smithbreeden.com
jwilkinson@smithbreeden.com
kfisher@smithbreeden.com
kfleming@smithbreeden.com
kgriffin@smithbreeden.com
khenderson@smithbreeden.com
kmonds@smithbreeden.com

kstaneck@smithbreeden.com
lfrazier@smithbreeden.com
lsullivan@smithbreeden.com
mford@smithbreeden.com
mkrump@smithbreeden.com
mpasquale@smithbreeden.com
mshostedt@smithbreeden.com
mturner@smithbreeden.com
nlayzer@smithbreeden.com
pnolan@smithbreeden.com
raufdenspring@smithbreeden.com
rfox@smithbreeden.com
rperry@smithbreeden.com
rschundler@smithbreeden.com
schow@smithbreeden.com
sdavies@smithbreeden.com
sdunphy@smithbreeden.com
sfurman@smithbreeden.com
skon@smithbreeden.com
ssmith@smithbreeden.com
tcunneen@smithbreeden.com
tmoore@smithbreeden.com
tnixon@smithbreeden.com
trowe@smithbreeden.com
twalters@smithbreeden.com
yzhang@smithbreeden.com
akeith@smithgraham.com
bpope@smithgraham.com
btomlinson@smithgraham.com
csmith@smithgraham.com
ctheccanat@smithgraham.com
delsenbrock@smithgraham.com
gonisiforou@smithgraham.com
jhouse@smithgraham.com
mwilbanks@smithgraham.com
pjain@smithgraham.com
rgeorgeson@smithgraham.com
rjohnson@smithgraham.com
sjohnson@smithgraham.com
vshelton@smithgraham.com
wenlo@smith-graham.com
prasad@smithindia.com
ddorsey@smithmgtllc.com
jdorsey@smithmgtllc.com
jrossi@smithmgtllc.com
klevesque@smithmgtllc.com
nscott@smithmgtllc.com
rsmith@smithmgtllc.com
lucy.fuller@smith-nephew.com
peter.nind@smith-nephew.com
bpierce@smithnyc.com
dbinsol@smithnyc.com
hfreeman@smithnyc.com
antony.woods@smiths_group.com
john.langston@smiths-group.com
russell.plumley@smiths-group.com
anne.lemire@smr-invest.com
cbode@smu.edu
irye@smud.org
brendan.glynn@hq.smurfitgroup.com

mkenny@smurfitgroup.ie
paul.regan@hq.smurfitgroup.com
gianni.oriani@snamprogetti.eni.it
stefano.amarilli@snamprogetti.eni.it
claudia.carloni@snamretegas.it
claudio.demarco@snamretegas.it
lorella.dicosmo@snamretegas.it
salvatore.russo@snamretegas.it
alois.seeholzer@snb.ch
andrea.nowak@snb.ch
bettina.malacarne@snb.ch
brigitte.bieg@snb.ch
christoph.maron@snb.ch
claudia.kipfer@snb.ch
cristina.borsani@snb.ch
erich.gmuer@snb.ch
gion.cavegn@snb.ch
jonas.birk@snb.ch
koslowski.christopher@snb.ch
lienert.alex@snb.ch
marcel.zimmermann@snb.ch
nicole.braendle@snb.ch
research.corporates@snb.ch
research.investment@snb.ch
roman.baumann@snb.ch
sandro.streit@snb.ch
sergio.andenmatten@snb.ch
simon.marquis@snb.ch
thomas.stucki@snb.com
christine.hemat@sncf.fr
didier.debruin@sncf.fr
jean-luc.drugeon@sncf.fr
joelle.pennanech@sncf.fr
julien.joachim@sncf.fr
nicolas.perot@sncf.fr
paul.galtier@sncf.fr
sandrine.rabel@sncf.fr
sophie.betbeder@sncf.fr
maria.norstrom@sndo.se
isabelle.bonnault@snecma.fr
ronald.latenstein@snreaal.nl
alexander.lubeck@sns.nl
bart.vandekamer@sns.nl
bert.sukdeo@sns.nl
bram.ragetlie@sns.nl
corne.vanzeijl@sns.nl
foppe-jan.vandermeij@sns.nl
hans.molenaar@sns.nl
hans.slomp@sns.nl
harry.vandriel@sns.nl
hilde.veelaert@sns.nl
joos.grapperhaus@sns.nl
jorrit.vanspaendonck@sns.nl
marc.vandeweijenberg@sns.nl
marco.vanson@sns.nl
mariette.maassen@sns.nl
martien.meijer@sns.nl
michel.wetser@sns.nl
niels.degraaff@sns.nl
pim.burggraeve@sns.nl

rene.groteboer@sns.nl
roelie.vanwijk@sns.nl
ad.kroot@snsam.nl
bart.aandentoorn@snsam.nl
hyung-ja.dezeeuw@snsam.nl
ruben.smit@snsam.nl
e.vanaken@snsams.nl
pim.poppe@snsreaal.nl
irene.backx@snsreeal.nl
kris.wulteputte@snsreeal.nl
ascalon.maharaj@snssecurities.nl
ben.pais@snssecurities.nl
dirkjan.blikkendaal@snssecurities.nl
geurt.szabang@snssecurities.nl
henk.stenneberg@snssecurities.nl
jacques.dejong@snssecurities.nl
janpaul.vanderent@snssecurities.nl
jos.limmen@snssecurities.nl
kees.schlimmer@snssecurities.nl
luuk.strijers@snssecurities.nl
marco.jansen@snssecurities.nl
belgin@snwsc.com
dleek@snwsc.com
jdresser@snwsc.com
jwebster@snwsc.com
kcramer@snwsc.com
khinds@snwsc.com
kmurphy@snwsc.com
mbanks@snwsc.com
mfranz@snwsc.com
mlarlee@snwsc.com
mmckinnon@snwsc.com
pmiya@snwsc.com
rallen@snwsc.com
rrech@snwsc.com
slemon@snwsc.com
theod@snwsc.com
tmitchell@snwsc.com
anovitske@soam.com
cernst@soam.com
elipsky@soam.com
gcronin@soam.com
hmaltese@soam.com
jbalkind@soam.com
jhall@soam.com
jru@soam.com
jstewart@soam.com
kforbes@soam.com
kheflin@soam.com
kpuglisi@soam.com
lbutterworth@soam.com
soam@soam.com
nussdorf@soapstonecapital.com
pierre.weinstein@us.socgen.com
abed.becheik@socgen.com
alain.besnard@socgen.com
alain.smeraldi@socgen.com
andrea.frontini@socgen.co.uk
ann.memery@socgen.com
anne.pascual@socgen.com

archana.jiwnani@socgen.com
arnaud.levyrueff@socgen.com
axel.cabrol@socgen.com
bob.woods@us.socgen.com
cecile.lafon@socgen.com
cedric.veylon@us.socgen.com
charlotte.gourmanel@socgen.com
christelle.kavanagh@socgen.com
christophe.cadoz@socgen.com
christophe.jaeck@socgen.co.uk
christophe.savinas@socgen.com
christopher.hagstrom@socgen.co.uk
ciara.kennedy@socgen.com
conor.mulligan@socgen.com
corinne.hentzen@socgen.com
corinne.pastor@socgen.com
cristina.tapparelli@socgen.co.uk
cyril.tourneur@socgen.com
dan.mantini@socgen.com
david.conyers@socgen.com
david.donnelly@us.socgen.com
david.le-cloirec@socgen.com
david.modiano@socgen.com
delphine.lietaer@socgen.com
denis.hoorelbeke@socgen.com
domenico.iuliano@socgen.com
don.travis@us.socgen.com
edouard.klehe@us.socgen.com
emerick.duchene@socgen.com
emilie.guillon@socgen.com
emmanuel.martin@socgen.com
emmanuel.saglio@us.socgen.com
eric.kuder@socgen.com
fabrice.hermann@socgen.com
fabrice.hugon@socgen.com
florence.borel@socgen.co.uk
florent.odetto@socgen.com
franck.moehrel@socgen.com
fraser.mackie@socgen.co.uk
gilles.adam@socgen.com
hamid.elkhlifi@socgen.com
herve.kias@socgen.com
hubert.le-liepvre@socgen.co.uk
isabelle.guilhot@socgen.com
issa.dabbo@socgen.com
james.edwards@socgen.com
james.tresler@us.socgen.com
jay.sands@us.socgen.com
jean-marie.bernollin@socgen.com
jean-marie.laurent@socgen.com
jean-sebastien.minetti@socgen.com
jeremy.gibbs@socgen.co.uk
jill.jacobson@us.socgen.com
joel.le-carpentier@socgen.com
johan.levavasseur@socgen.com
john.mcconnell@socgen.com
john.stack@us.socgen.com
jon.wilcox@us.socgen.com
joseph-emmanuel.a.trojman@socgen.com
laurence.bidault@socgen.com

laurent.vandrebeck@socgen.com
lisa.khoo@socgen.com
louis.gallo@us.socgen.com
lukas.magada@socgen.com
marc.leonio@socgen.com
marie-virginie.vuong@socgen.com
marino.mazzeo@us.socgen.com
martin.friederichs@us.socgen.com
martin.larger@socgen.com
mathilde.frapsauce@socgen.com
matt.charleston@socgen.co.uk
maurice.nhan@socgen.com
mireille.moulet@socgen.com
mpompeu@socgen.com
muriel.patin@socgen.com
nadia.geldof@socgen.com
nick.vamvakas@socgen.com
nicolas.commerot@socgen.com
nicolas.malka@socgen.com
olivier.ciron@socgen.com
olivier.de-parcevaux@socgen.com
olivier.jamet@socgen.com
olivier.kerjan@socgen.com
olivier.mace@socgen.com
oriane.cheneau@socgen.com
pascal.grandin@socgen.com
patrick.lukundola@socgen.com
philippe.branley@socgen.com
philippe.danilo@socgen.com
phillip.schemel@us.socgen.com
pierre.charlot@socgen.com
pierre-marie.di-maria-laval@us.socgen.com
rachel.jones@socgen.co.uk
regis.copinot@socgen.co.uk
remy.charre@socgen.com
robert.lamentino@us.socgen.com
sandrine.magloire@us.socgen.com
sebastien.thenard@socgen.com
seth.mankin@us.socgen.com
severine.blond@socgen.com
stacey.hughes@us.socgen.com
steven.bobasch@socgen.co.uk
sylvie.rodrigues@socgen.com
tara.glen@socgen.co.uk
the-hung.nguyen@socgen.com
thierry.dumait@socgen.com
vadim.bagatouria@us.socgen.com
vincent.le-meur@socgen.com
virginie.vuong@socgen.com
yann.thomas@socgen.com
yoshiaki.kang@us.socgen.com
younes.benchlikha@socgen.com
cdelardemelle@socgenfunds.com
francoise.belleguic@sodexhoalliance.com
pierre.benaich@sodexhoalliance.com
vironda.jeanjacques@sodexho-alliance.fr
sabina.sardi@soditic.co.uk
hjpark@soeulbank.net
kimgregori@sogeko.com
tinachiu@sohu.com

hama.toru@sojitz.com
katakai.taketo@sojitz.com
kunitoki.shoji@sojitz.com
miyauchi.hideo@sky.sojitz.com
nami.makiya@sojitz.com
uchida_hironori@sol.nichimen.co.jp
yokota_j@sol.nichimen.co.jp
dominique.clerbois@solvay.com
jai.wall@solvay.com
kerstin.lilla@solvay.com
michel.friesewinkel@solvay.com
patrick.verelst@solvay.com
rene.degreve@solvay.com
roger.bickerstaffe@solvay.com
bittner@somersettrust.com
hudak@somersettrust.com
akoyano@sompo-japan.co.jp
atsuji1@sompo-japan.co.jp
ekitahara@sompo-japan.co.jp
hfukuda10@sompo-japan.co.jp
hkurachi@sompo-japan.co.jp
hmaeta@sompo-japan.co.jp
hmanabe1@sompo-japan.co.jp
htakano6@sompo-japan.co.jp
iishii1@sompo-japan.co.jp
jkojima4@sompo-japan.co.jp
kkoyanagi2@sompo-japan.co.jp
kmotohashi@sompo-japan.co.jp
ksakai10@sompo-japan.co.jp
ksuzuki13@sompo-japan.co.jp
mnagamori@sompo-japan.co.jp
mnakano5@sompo-japan.co.jp
msano4@sompo-japan.co.jp
mtonmi1@sompo-japan.co.jp
myamada62@sompo-japan.co.jp
nkojima2@sompo-japan.co.jp
nmurakami3@sompo-japan.co.jp
onose@sompo-japan.co.jp
rtakayasu@sompo-japan.co.jp
simamura2@sompo-japan.co.jp
skasai13@sompo-japan.co.jp
stakemoto1@sompo-japan.co.jp
syoneda@sompo-japan.co.jp
tamaki@sompo-japan.co.jp
thayase1@sompo-japan.co.jp
thikida@sompo-japan.co.jp
tkushi@sompo-japan.co.jp
tnobezawa1@sompo-japan.co.jp
togiso@sompo-japan.co.jp
tokamoto4@sompo-japan.co.jp
ykamiya@sompo-japan.co.jp
ykuroda1@sompo-japan.co.jp
ynakahara1@sompo-japan.co.jp
yoosawa7@sompo-japan.co.jp
ytakai@sompo-japan.co.jp
hokabayashi@sonpo-japan.co.jp
emma.blaylock@us.sony.com
yoshihiro6902_yamashita@sonylife.co.jp
james_rosenstock@sonyusa.com
maryanne_rupy@sonyusa.com

fxdept@soppdedd.com
jimmy.stenstrom@sormlandssparbank.se
aaron.freed@soros.com
adriana.barato@soros.com
ahmad.zuaiter@soros.com
alex.shapiro@soros.com
ambika.kapoor@soros.com
amy.synatzske@soros.com
anna.chung@soros.com
annmarie.egan@soros.com
anthony.corbisiero@soros.com
barry.henderson@soros.com
ben.spires@soros.com
bernardo.villela@soros.com
beth.mlynarczyk@soros.com
betsy.battle@soros.com
bill.mcculloch@soros.com
brett.bornstein@soros.com
bruce.levitt@soros.com
cecilia.to@soros.com
chris.fellingham@soros.com
christian.reddy@soros.com
christopher.marra@soros.com
christopher.wiegand@soros.com
clifford.shu@soros.com
conor.grimley@soros.com
craigresearch@soros.com
cynthia.paul@soros.com
dale.edwards@soros.com
darinka.rakic@soros.com
david.kulsar@soros.com
david.modest@soros.com
david.murphy@soros.com
david.vavrichek@soros.com
david.wassong@soros.com
derek.wallis@soros.com
dorothy.mosko@soros.com
eric.mahland@soros.com
eric.marx@soros.com
erik.mahland@soros.com
glenn.livingstone@soros.com
hans.grootjen@soros.com
harriett.gordon@soros.com
henry.park@soros.com
howie.rubin@soros.com
ilan.stern@soros.com
irina.slutsker@soros.com
isabella.soon@soros.com
jamie.kanterman@soros.com
jeff.newman@soros.com
jessica.ho@soros.com
jguillory@soros.com
jim.ragusa@soros.com
jixin.dai@soros.com
john.dischiavi@soros.com
john.meyers@soros.com
jonathan.bilzin@soros.com
joseph.khalil@soros.com
joseph.ritter@soros.com
julio.lorenzo@soros.com

| | | |
|---|---|---|
| katie.riccardella@soros.com | gweitzel@sovereignbank.com | sandra.kochanski@sparkasse-hannover.de |
| keith.anderson@soros.com | nspadafo@sovereignbank.com | sylvia.lause@sparkasse-hannover.de |
| kristofer.segerberg@soros.com | a.verleger@sozialbank.de | bernadette.kaufhold@sparkasse-koelnbonn.de |
| laura.morrison@soros.com | w.runge@sozialbank.de | bjoern.marquardsen@sparkasse-koelnbonn.de |
| lbell@soros.com | bernhard.lehner@spaengler.at | caasten.czech@sparkasse-koelnbonn.de |
| marc.luongo@soros.com | birgit.poelzl@spaengler.at | christian.braun-dziurzik@sparkasse-koelnbonn.de |
| maria.dorman@soros.com | d.feitzinger@spaengler.at | detlef.becker@sparkasse-koelnbonn.de |
| maria.vassalou@soros.com | horst.dick@spaengler.at | erik.bartel@sparkasse-koelnbonn.de |
| mark.schwartz@soros.com | ingrid.gerner@spaengler.at | harald.floeter@sparkasse-koelnbonn.de |
| mason.haupt@soros.com | ingrid.strasser@spaengler.at | holger.reske@sparkasse-koelnbonn.de |
| matthew.vigneau@soros.com | marcus.ehrhardt@spaengler.at | kerstin.raczuhn@sparkasse-koelnbonn.de |
| me@soros.com | robert.ensinger@spaengler.at | klaus-ullrich.spiller@sparkasse-koelnbonn.de |
| michael.au@soros.com | thomas.larsson@sparbankenikarlshamn.se | mario.adolphs@sparkasse-koelnbonn.de |
| michelle.ross@soros.com | ulf.lindgren@sparbanken-nord.se | martin.koelker@sparkasse-koelnbonn.de |
| mike.anderson@soros.com | jan.breivik@sparebank1.no | martina.brueck@sparkasse-koelnbonn.de |
| mike.takata@soros.com | alexander.fleischer@sparinvest.com | nils.bantleon@sparkasse-koelnbonn.de |
| murat.ozbaydar@soros.com | alexander.giuliani@sparinvest.com | rene.dichant@sparkasse-koelnbonn.de |
| nester.clark@soros.com | alexandra.toyfl@sparinvest.com | sandra.steinbuechel@sparkasse-koelnbonn.de |
| nial@soros.com | amalia.ripfl@sparinvest.com | stefan.dahm@sparkasse-koelnbonn.de |
| paul.reagan@soros.com | claudia.mehser@sparinvest.com | susanne.diehl@sparkasse-koelnbonn.de |
| pearle.lee@soros.com | claudia.welzig@sparinvest.com | sylvia.hassert@sparkasse-koelnbonn.de |
| peter.caruso@soros.com | constanze.fay@sparinvest.com | torsten.jasper@sparkasse-koelnbonn.de |
| phaedonresearch@soros.com | doris.stadler@sparinvest.com | torsten.mietzner@sparkasse-koelnbonn.de |
| rahul.sabarwal@soros.com | edwin.trieblnig@sparinvest.com | vera.stoeck@sparkasse-koelnbonn.de |
| rick.delosreyes@soros.com | franz.kisser@sparinvest.com | werner.lorbach@sparkasse-koelnbonn.de |
| robert.corman@soros.com | gerhard.beulig@sparinvest.com | frank.krahn@sparkasse-krefeld.de |
| robert.kim@soros.com | gernot.schrotter@sparinvest.com | gerhard.krueger@sparkasse-krefeld.de |
| robert.soros@soros.com | hans.leitner@sparinvest.com | susanne.kubik@sparkasse-krefeld.de |
| roshan.patel@soros.com | harald.kober@sparinvest.com | wilfried.esten@sparkasse-krefeld.de |
| ryan.foster@soros.com | herbert.matzinger@sparinvest.com | axel.kolbe@sparkassenversicherung.de |
| sabrina.liu@soros.com | iris.heher-milkowits@sparinvest.com | frank.osswald@sparkassenversicherung.de |
| sameet.desai@soros.com | johann.pruckner@sparinvest.com | gerlinde.jetzschke@sparkassenversicherung.de |
| scott.sleece@soros.com | karl.altrichter@sparinvest.com | hans.allmandinger@sparkassenversicherung.de |
| scott_lewis@soros.com | manfred.zourek@sparinvest.com | hermann-josef.abelen@sparkassenversicherung.de |
| scq@soros.com | martin.mihalyi@sparinvest.com | ingo.kugel@sparkassenversicherung.de |
| sean.kelly@soros.com | michiel.vanderwerf@sparinvest.com | manfred.rupps@sparkassenversicherung.de |
| sean.lynch@soros.com | paul.severin@sparinvest.com | thomas.geiser@sparkassenversicherung.de |
| sender.cohen@soros.com | peter.andahazy@sparinvest.com | christian.stoebich@sparkasse-ooe.at |
| serena.tse@soros.com | peter.svoboda@sparinvest.com | hannes.marschalek@sparkasse-ooe.at |
| sharon.rha@soros.com | peter.varga@sparinvest.com | martin.kamleitner@sparkasse-ooe.at |
| shwan.taha@soros.com | thomas.bobek@sparinvest.com | maximilian.haslbauer@sparkasse-ooe.at |
| simon.lau@soros.com | thomas.oposich@sparinvest.com | handel@sparkasse-pforzheim.de |
| srdjan.vukovic@soros.com | veronika.posch@sparinvest.com | aboffa@spasset.lu |
| stephen.raneri@soros.com | wolfgang.mayer@sparinvest.com | aninni@spasset.lu |
| steve.guihan@soros.com | wolfgang.zemanek@sparinvest.com | bcometto@spasset.lu |
| steve.jones@soros.com | dario.bogni@sparkasse.it | fwouters@spasset.lu |
| steve.schofield@soros.com | richard.seebacher@sparkasse.it | iitaliano@spasset.lu |
| sydney.xu@soros.com | klaus.pieper@sparkasse-bochum.de | lavico@spasset.lu |
| think@soros.com | michael.rijneveen@sparkasse-bochum.de | mmottino@spasset.lu |
| tito.acosta@soros.com | bernd.etmer@sparkasse-bremen.de | johan.grunditz@spavm.se |
| tom.schwartz@soros.com | bjoern.mahler@sparkasse-bremen.de | zulauf.invest@spectraweb.ch |
| tracie.ahern@soros.com | frank.gobrecht@sparkasse-bremen.de | george.dowd@spectrumassetmgmt.com |
| tuncay.cevher@soros.com | heiko.starossom@sparkasse-bremen.de | songer@spectrumassetmgmt.com |
| viana.huie@soros.com | jan.focken@sparkasse-bremen.de | cwindeyer@spectruminvest.com.au |
| bhass@soufflet-group.com | joerg.lindenberg@sparkasse-bremen.de | lskardoon@spectruminvest.com.au |
| smcardle@southernco.com | andreas.janke@sparkasse-hannover.de | cvanderleest@spfbeheer.nl |
| taperkin@southernco.com | carsten.hinterthuer@sparkasse-hannover.de | fberg@spfbeheer.nl |
| nchillar@southwest-mutual.com | christian.meier@sparkasse-hannover.de | ghartman@spfbeheer.nl |
| cnw@sov.com | cornelia.schulze@sparkasse-hannover.de | hheerink@spfbeheer.nl |
| km@sov.com | mia.schiefer@sparkasse-hannover.de | hhermsen@spfbeheer.nl |

hhoning@spfbeheer.nl
hroekel@spfbeheer.nl
iruis@spfbeheer.nl
jbrandenburg@spfbeheer.nl
jidema@spfbeheer.nl
jkappe@spfbeheer.nl
lparren@spfbeheer.nl
mandringa@spfbeheer.nl
mcardous@spfbeheer.nl
mmulder@spfbeheer.nl
mmulleners@spfbeheer.nl
nwinsen@spfbeheer.nl
pvenlet@spfbeheer.nl
rmoolenaar@spfbeheer.nl
rvesters@spfbeheer.nl
shaaijer@spfbeheer.nl
smangroo@spfbeheer.nl
swit@spfbeheer.nl
wiersel@spfbeheer.nl
ydungen@spfbeheer.nl
afournier@spgestion.fr
hcabanac@spgestion.fr
teerl@sph-spms.nl
vonbeckumd@sph-spms.nl
zimmermanr@sph-spms.nl
pbvermag@spin.ch
lmattar@spinnaker.com.br
mrmenezes@spinnaker.com.br
pcremiao@spinnaker.com.br
christopher.teague@spinnakerasia.com
david.curran@spinnakerasia.com
guoxing.wang@spinnakerasia.com
kirkalexander@spinnakerasia.com
mwlim@spinnakerasia.com
tarun.gandhi@spinnakerasia.com
alexis.habib@spinnakercapital.com
boris.erenburg@spinnakercapital.com
christian.kopf@spinnakercapital.com
claude.marion@spinnakercapital.com
daniel.strauss@spinnakercapital.com
erika.bogar@spinnakercapital.com
jorge.rosas@spinnakercapital.com
nicolaos.koulioumba@spinnakercapital.com
bradley.wickens@spinnaker-capital.com
bradley.wikens@spinnaker-capital.com
orsi.scott@spinnaker-capital.com
spencer.punter@spintech.com
jgraf@springhousecapital.com
annemarie.gemma@frbny.sprint.com
david.c.lam@exxon.sprint.com
susan.mclaughlin@frbny.sprint.com
suzanne.boughner@frbny.sprint.com
jsteinberg@sprintmail.com
helge.heyd@sp-sa.de
casieber@spt.com
cslarson@spt.com
mdpeters@spt.com
mlinstro@spt.com
nng@spt.com
ppuster@spt.com

tspaeth@spt.com
torleif.berg@spv.no
fabrice.callet@sqam.com
jwarmath@sra.state.md.us
shuber@sra.state.md.us
tray@sra.state.md.us
petter.olberg@sr-bank.no
n.manuti@srfsanpaoloimi.com
alang@sric.net
jbyron@sric.net
yshields@sric.net
mjgoughn@srpnet.com
wjniemei@srpnet.com
ftinsect@ss.iij4u.or.jp
cserpa@ssb.com
jdfitch@ssb.com
adam.weaver@sscims.com
alberto.correia@sscims.com
aldene.erskine@sscims.com
allison.aytes@sscims.com
annie.cheng@sscims.com
anuya.dhage@sscims.com
beth.cesari@sscims.com
bill.chau@sscims.com
blake.metsch@sscims.com
boriana.farias@sscims.com
brentley.stark@sscims.com
brijesh.patel@sscims.com
cheryl.witty@sscims.com
cindy.kon@sscims.com
clark.phan@sscims.com
cynthia.johnson@sscims.com
darrell.le@sscims.com
david.brownson@sscims.com
david.doan@sscims.com
david.kramer@sscims.com
debra.harris@sscims.com
dhiren.banker@sscims.com
dominic.degrasio@sscims.com
emi.sato@sscims.com
eric.bartlete@sscims.com
erik.haven@sscims.com
erin.tomlinson@sscims.com
estevan.botello@sscims.com
etsuko.kawaguchi@sscims.com
frank.bruno@sscims.com
frank.choi@sscims.com
frank.kokai@sscims.com
geoffrey.graham@sscims.com
george.guerrero@sscims.com
graham.shute@sscims.com
hannah.chung@sscims.com
hugo.komatsu@sscims.com
iris.ngo@sscims.com
jared.barton@sscims.com
jeff.grant@sscims.com
jeff.huang@sscims.com
jennifer.hardeman@sscims.com
jennifer.worthington@sscims.com
jesse.chang@sscims.com

joe.rosenfelt@sscims.com
joe.salcido@sscims.com
jon.moehl@sscims.com
joseph.davidson@sscims.com
joy.sumner@sscims.com
julie.nguyen@sscims.com
juzar.gadiwala@sscims.com
karen.grimsley@sscims.com
kathy.martin@sscims.com
katrina.nguyen@sscims.com
kenneth.koo@sscims.com
khoa.phan@sscims.com
kim.tran@sscims.com
lachlan.macquarie@sscims.com
lejohn.pai@sscims.com
lenka.khou@sscims.com
liam.murphy@sscims.com
libby.vangelos@sscims.com
lisa.dao@sscims.com
lisa.hoffman@sscims.com
ljpai@sscims.com
lulu.chen@sscims.com
mehdi.dalavarian@sscims.com
melissa.silverman@sscims.com
michael.burdian@sscims.com
michael.jacobs@sscims.com
michael.novikoff@sscims.com
michael.painter@sscims.com
michael.pruin@sscims.com
michael.steier@sscims.com
mike.bell@sscims.com
mike.li@sscims.com
mike.yetter@sscims.com
naomi.yamamoto@sscims.com
nolan.toy@sscims.com
peggy.brynjolfsson@sscims.com
peter.luevanos@sscims.com
phan.dang@sscims.com
phillip.rhee@sscims.com
rafael.lim@sscims.com
ralph.lopez@sscims.com
ricardo.vit@sscims.com
robert.hart@sscims.com
robert.leo@sscims.com
robert.orca@sscims.com
romina.dalpogetto@sscims.com
ross.jackson@sscims.com
sachin.bawale@sscims.com
sat.buu@sscims.com
scott.sunbury@sscims.com
stan.lee@sscims.com
sue.collazo@sscims.com
theresa.tran@sscims.com
thomas.kopkash@sscims.com
thomas.williams@sscims.com
todd.humphreys@sscims.com
tran.nguyen@sscims.com
trevor.walker@sscims.com
veruschka.tan@sscims.com
zvi.shapiro@sscims.com

alastair.johnson@sscinc.com
cfurlo@sscinc.com
drussell@sscinc.com
jamenta@sscinc.com
jhazen@sscinc.com
mac92@sscinc.com
rpullara@sscinc.com
sgoode@sscinc.com
ssaadian@sscinc.com
zhipengw@ssf.gov.cn
yeechung@ssfutures.com
christopher_t_grune@ssg.com
aaron_hurd@ssga.com
adel_daghmouri@ssga.com
aiman_baharna@ssga.com
aisling_toby@ssga.com
akash_sindagi@ssga.com
alain_louis@ssga.com
alan_brown@ssga.com
alex_reeve@ssga.com
alex_salcedo@ssga.com
alexi_makkas@ssga.com
alison_kerivan@ssga.com
allen_kwong@ssga.com
amos_rogers@ssga.com
andrea_d'abramo@ssga.com
andrew_chodorow@ssga.com
andrew_goodale@ssga.com
andrew_tenczar@ssga.com
angela_finn@ssga.com
anita_xu@ssga.com
anthony_falzarano@ssga.com
anthony_fiore@ssga.com
anthony_foley@ssga.com
anthony_golowenko@ssga.com
anthony_yau@ssga.com
anu_kothari@ssga.com
anurag_mishra@ssga.com
anurag_wakhlu@ssga.com
arlene_rockefeller@ssga.com
arun_karna@ssga.com
ashley_vallone2@ssga.com
ashling_mcdonald@ssga.statestr
attilio_qualtieri@ssga.com
azim_alvi@ssga.com
banaja_mishra@ssga.com
barbara_shegog@ssga.com
barbara_thompson@ssga.com
barry_allen@ssga.com
barry_spear@ssga.com
bart_hellwig@ssga.com
ben_kottler@ssga.com
ben_salm@ssga.com
benjamin_garfield@ssga.com
benjamin_tarlow@ssga.com
benjamin_wong@ssga.com
bill_driscoll@ssga.com
bill_page@ssga.com
bill_street@ssga.com
bing_lin@ssga.com

bob_magri@ssga.com
brad_aham@ssga.com
brett_wander@ssga.com
brian_black@ssga.com
brian_hickey@ssga.com
brian_kinney@ssga.com
buttenheim_maureen@ssga.com
carl_erdly@ssga.com
carlos_coutinho@ssga.com
carmen_assang@ssga.com
carole_morin@ssga.com
carrie_heilweil@ssga.com
casey_paton@ssga.com
chandra_manibog@ssga.com
charisse_kilkeary@ssga.com
charles_byrne@ssga.com
charles_mottinger@ssga.com
charles_tao@ssga.com
chee_ooi@ssga.com
ching-yin_fung@ssga.com
chris_butler@ssga.com
chris_rice@ssga.com
chris_sunderland@ssga.com
christian_dansereau@ssga.com
christine_chen@ssga.com
christos_koutsoyannis@ssga.com
chuck_martin@ssga.com
chuck_mcginn@ssga.com
ciaran_casey@ssga.com
cindy_wong@ssga.com
craig_degiacomo@ssga.com
craig_orr@ssga.com
craig_slater@ssga.com
cynthia_moy@ssga.com
dan_mo@ssga.com
dan_peirce@ssga.com
dan_stachel@ssga.com
daniel_hannemann@ssga.com
daniel_williams@ssga.com
david_benhamou@ssga.com
david_boatwright@ssga.com
david_duseau@ssga.com
david_ely@ssga.com
david_hegg@ssga.com
david_kobuszewski@ssga.com
david_l_smith@ssga.com
david_mazza@ssga.com
david_mcavoy@ssga.com
david_ondek@ssga.com
david_sandrew@ssga.com
david_zielinski@ssga.com
dduseau@ssga.com
dean_gekas@ssga.com
delphine_hovan@ssga.com
denisa_sokolova@ssga.com
derek_riddell@ssga.com
derek_sadowsky@ssga.com
didier_rosenfeld@ssga.com
divya_gopal@ssga.com
dodd_kittsley@ssga.com

domini_gardner@ssga.com
drew_cortez@ssga.com
dsauve@ssga.com
dunbrack_gary@ssga.com
dwayne_parmley@ssga.com
eldar_nigmatullin@ssga.com
eleanor_marsh@ssga.com
elizabeth_mingle@ssga.com
elizabeth_shea@ssga.com
elizabeth_worster@ssga.com
elya_schwartzman@ssga.com
emcommodities@ssga.com
eric_chatron@ssga.com
eric_tempesta@ssga.com
eva_manimtim@ssga.com
faruk_patel@ssga.com
fernando_diaz@ssga.com
frances_raboy@ssga.com
franck_mercier@ssga.com
franky_mui@ssga.com
frederic_jarnet@ssga.com
fujiko_matsumoto@ssga.com
gary_zhang@ssga.com
geoffrey_somes@ssga.com
george_hoguet@ssga.com
george_xiang@ssga.com
glen_johnson@ssga.com
glenn_johnson@ssga.com
gregory_taieb@ssga.com
hardeep_parmar@ssga.com
helen_chan@ssga.com
helen_romeo@ssga.com
henri_fouda@ssga.com
henry_jim@ssga.com
henry_lanza@ssga.com
holly_clifford@ssga.com
holly_sabourin@ssga.com
hong_zeng@ssga.com
hui_jin@ssga.com
huimin_wu@ssga.com
ivka_kalus@ssga.com
jacob_gilman@ssga.com
james_callahan@ssga.com
james_canney@ssga.com
james_contis@ssga.com
james_donahue@ssga.com
james_faulkner@ssga.com
james_klocek@ssga.com
james_kramer@ssga.com
james_mauro@ssga.com
james_reichert@ssga.com
jason_jeffers@ssga.com
jason_randlett@ssga.com
jay_ladieu@ssga.com
jean-christophe_beaulieu@ssga.com
jeetendra_naidu@ssga.com
jeff_st_peters@ssga.com
jeffrey_beach@ssga.com
jeffrey_carter@ssga.com
jeffrey_ladestro@ssga.com

jeffrey_megar@ssga.com
jeffrey_morrissey@ssga.com
jeng_chou@ssga.com
jenna_giannelli@ssga.com
jennifer_plaza@ssga.com
jennifer_sjostedt@ssga.com
jianzhuang_cai@ssga.com
jim_hopkins@ssga.com
jo_anne_ferullo@ssga.com
joe_kavey@ssga.com
joe_lutkevitch@ssga.com
joel_case@ssga.com
joel_goodwin@ssga.com
joelle_mcphail@ssga.com
john_balder@ssga.com
john_choe@ssga.com
john_cronin@ssga.com
john_furtado@ssga.com
john_kirby@ssga.com
john_laposta@ssga.com
john_lau@ssga.com
john_longhurst@ssga.com
john_morton@ssga.com
john_richard@ssga.com
john_tucker@ssga.com
john_waskiewicz@ssga.com
john_white@ssga.com
jonathan_forman@ssga.com
joseph_marus@ssga.com
kali_ramachandran@ssga.com
kan_zheng@ssga.com
karen_chong@ssga.com
karen_tsang@ssga.com
katherine_pierce@ssga.com
kathryn_barry@ssga.com
kelly_rooney@ssga.statestreet.
kenneth_kubec@ssga.com
kent_finkle@ssga.com
kerstin_ramstrom@ssga.com
kevin_tuttle@ssga.com
khengsiang_ng@ssga.com
kimberly_gluck@ssga.com
konstantinos_dafoulas@ssga.com
kristopher_a_giardino@ssga.com
kshama_shetty@ssga.com
kyle_kelly@ssga.com
lati_lelelit@ssga.com
lauren_kossow@ssga.com
laurent_dupouy@ssga.com
leo_yerukhimovich@ssga.com
lin_yuan@ssga.com
lindsey_richardon@ssga.com
ling_luo@ssga.com
lokesh_bidarakatti@ssga.com
madhu_arumugham@ssga.com
mahesh_konda@ssga.com
mahesh_vel@ssga.com
maile_robichaud@ssga.com
malini_belani@ssga.com
marc_laflamme@ssga.com

marc_toucette@ssga.com
marc_touchette@ssga.com
margaret_nelson@ssga.com
maria_pino@ssga.com
marie_gaines@ssga.com
mariusz_zielinski@ssga.com
mark_d'alfonso@ssga.com
mark_flanagan@ssga.com
mark_hooker@ssga.com
mark_marinella@ssga.com
mark_reilly@ssga.com
martin_oetiker@ssga.com
mary_mcdermott@ssga.com
matt_pappas@ssga.com
matthew.pace@ssga.com
matthew_george@ssga.com
matthew_griswold@ssga.com
matthew_kelly@ssga.com
matthew_lau@ssga.com
matthew_mcphee@ssga.com
matthew_natale@ssga.com
matthew_steinaway@ssga.com
max_desantis@ssga.com
mayank_seksaria@ssga.com
mei_chu@ssga.com
melissa_webster@ssga.com
mi_chen@ssga.com
michael_brunell@ssga.com
michael_collinsjr@ssga.com
michael_feehily@ssga.com
michael_hebert@ssga.com
michael_madden@ssga.com
michael_mccrorey@ssga.com
michael_milby@ssga.com
michael_ohara@ssga.com
michael_porter@ssga.com
michael_przygoda@ssga.com
michael_riggs@ssga.com
michael_riley@ssga.com
michael_schoeck@ssga.com
michael_soued@ssga.com
michael_thompson@ssga.com
michael_williams@ssga.com
michael_wood@ssga.com
michael_young@ssga.com
michelle_aquino@ssga.com
michelle_cheong@ssga.com
miguel_villanueva@ssga.com
mike_caffi@ssga.com
mike_martel@ssga.com
mirna_zelic@ssga.com
murat_sensoy@ssga.com
nancy_tolson@ssga.com
narayana_siddappa@ssga.com
nathaniel_evarts@ssga.com
neil_amaral@ssga.com
neil_boege@ssga.com
nicholas_sacca@ssga.com
nigel_foo@ssga.com
oekambi@ssga.com

ola_folarin@ssga.com
oliver_zeng@ssga.com
owen_anastasia@ssga.com
pallavi_kudva@ssga.com
pam_hegarty@ssga.com
pamela_costa@ssga.com
patricia_gildea@ssga.statestre
patricia_murphy@ssga.com
patrick_armstrong@ssga.com
patrick_wong@ssga.com
paul_brakke@ssga.com
paul_gardner@ssga.com
paul_greff@ssga.com
paul_young@ssga.com
paula_craft@ssga.com
peaches_kenneally@ssga.com
peng_liu@ssga.com
peter.willet@ssga.com
peter_hajjar@ssga.com
peter_lert@ssga.com
peter_lindley@ssga.com
peter_lindner@ssga.com
phil_meckel@ssga.com
philip_reardon@ssga.com
pia_mccusker@ssga.com
pierre_auguste@ssga.com
ponnamma_lalith@ssga.com
praveen_damija@ssga.com
praveen_dhamija@ssga.com
pritha_mitra-stiff@ssga.com
qi_guan@ssga.com
quang_la@ssga.com
rachael_leman@ssga.com
rajiv_prabhakar@ssga.com
rami_hassan@ssga.com
ramon_maronilla@ssga.com
rankd_galletti@ssga.com
raul_riverajr@ssga.com
ray_cunha@ssga.com
rebecca_kelsch@ssga.com
richard_arnott@ssga.com
richard_bowers@ssga.com
richard_ngpack@ssga.com
richard_ochman@ssga.com
richard_thomas@ssga.com
ritirupa_samanta@ssga.com
rob_rubano@ssga.com
robert_dempsey@ssga.com
robert_devaney@ssga.com
robert_jackson@ssga.com
robert_kania@ssga.com
robert_pickett@ssga.com
robert_ricciarelli@ssga.com
robert_uek@ssga.com
rodolfo_robles@ssga.com
romulus_carbunari@ssga.com
ross_bolton@ssga.com
ryan_campbell@ssga.com
ryan_langille@ssga.com
sammy_yip@ssga.com

| | | |
|---|---|---|
| sandy_wong-ng@ssga.com | todd_brezinski@ssga.com | krisiti.conway@ssmb.com |
| sara_divello@ssga.com | todd_kennedy@ssga.com | lou.mccrimlisk@ssmb.com |
| sarath_sathkumara@ssga.com | tom_connelley@ssga.com | marlon.rockensuess@ssmb.com |
| scott_conlon@ssga.com | tom_favazza@ssga.com | menko.jaekel@ssmb.com |
| scott_fulford@ssga.com | tom_hagstrom@ssga.com | michele.mirabella@ssmb.com |
| scott_miller@ssga.com | tom_motley@ssga.com | neil.mack@ssmb.com |
| scott_piche@ssga.com | tommy_cheung@ssga.com | robert.ball@ssmb.com |
| scott_richards@ssga.com | tony_beaulac@ssga.com | robert.l.battel@ssmb.com |
| sean_dillon@ssga.com | tony_scola@ssga.com | ruppert.vernon@ssmb.com |
| sean_flannery@ssga.com | tyhesha_harrington@ssga.com | sheridan.j.lear@ssmb.com |
| sean_lucier@ssga.com | tyler_yuan@ssga.com | thomas.ekert@ssmb.com |
| sean_lussier@ssga.com | velma_chang@ssga.com | thomas.miele@ssmb.com |
| shawn_johnson@ssga.com | veronica_ho@ssga.com | veronica.a.gilmartin@ssmb.com |
| shelli_edgar@ssga.com | vic_thompson@ssga.com | brenda_schaefer@ssmhc.com |
| shilpa_sree@ssga.com | vidya_krishnaswamy@ssga.com | karen_everhart@ssmhc.com |
| shinichi_kuragasaki@ssga.com | vimal_sujan@ssga.com | kris_zimmer@ssmhc.com |
| shruti_verma@ssga.com | vincent_p_thornton@ssga.com | acohen@ssrm.com |
| simon_collinge@ssga.com | vincent_suen@ssga.com | bhaggerty@ssrm.com |
| simon_mullumby@ssga.com | volodymyr_zdorovtsov@ssga.com | bodell@ssrm.com |
| siu_moy@ssga.com | wally_cheung@ssga.com | bpassalacqua@ssrm.com |
| solomon_tadesse@ssga.com | walter_stock@ssga.com | bwestvold@ssrm.com |
| sophia_banar@ssga.com | wayne_parrish@ssga.com | ccreelman@ssrm.com |
| spiros_jamas@ssga.com | william_chow@ssga.com | cmcgowan@ssrm.com |
| stanley_kwok@ssga.com | william_cunningham@ssga.com | cvilaythong@ssrm.com |
| stephen_burke@ssga.com | william_deroche@ssga.com | dcarson@ssrm.com |
| stephen_j_nash@ssga.com | william_jurgelewicz@ssga.com | ddavis@ssrm.com |
| stephen_krajewski@ssga.com | winnie_pun@ssga.com | dlafferty@ssrm.com |
| stephen_mantle@ssga.com | xianxin_zhao@ssga.com | doconnell@ssrm.com |
| steven_a_russo@ssga.com | xuesong_hu@ssga.com | dporitzky@ssrm.com |
| steven_kistner@ssga.com | yann_depin@ssga.com | dstrelow@ssrm.com |
| steven_meier@ssga.com | yasuyo_meisner@ssga.com | egovoni@ssrm.com |
| sue_burris@ssga.com | yi_y_xu@ssga.com | ekeaney@ssrm.com |
| sunitha_das@ssga.com | yin_kon@ssga.com | esears@ssrm.com |
| susan_foster@ssga.com | yining_gu@ssga.com | gmartin@ssrm.com |
| susan_reigel@ssga.com | yuehan_liu@ssga.com | hmorris@ssrm.com |
| susie_rathsombath@ssga.com | yvonne_tai@ssga.com | jbalder@ssrm.com |
| swong-ng@ssga.com | zichong_wang@ssga.com | jdoucette@ssrm.com |
| tabitha_waithaka@ssga.com | zoran_stanisljevic@ssga.com | jgiroux@ssrm.com |
| taras_ivanenko@ssga.com | mihoko.yoshii@ssk1.ho.dkb.co.jp | jlynch@ssrm.com |
| ted_gekas@ssga.com | frank.hendricks@sskhoesedorf.de | jmulligan@ssrm.com |
| theresa_maurer@ssga.com | alfred.kadagies@sskduesseldorf.de | jvillela@ssrm.com |
| thierry_iniguez@ssga.com | j.weinhold@sskhan.de | jwallace@ssrm.com |
| thomas_distefano@ssga.com | r.ebert@sskhan.de | kepshteyn@ssrm.com |
| thomas_gaylord@ssga.com | dkiessling@ssm.com | kepstein@ssrm.com |
| thomas_guarini@ssga.com | jpannel@ssm.com | klangholm@ssrm.com |
| thomas_kayola@ssga.com | lhealy@ssm.com | lbangs@ssrm.com |
| thomas_kelly@ssga.com | morlando@ssm.com | library@ssrm.com |
| thomas_kennelly@ssga.com | tshively@ssm.com | lsarlo@ssrm.com |
| thomas_sherry@ssga.com | andres.recoder@ssmb.com | mboss@ssrm.com |
| thomas_stolberg@ssga.com | andrew.schlossberg@ssmb.com | mdavid@ssrm.com |
| tim_garry@ssga.com | bob.kopprasch@ssmb.com | mgedney@ssrm.com |
| tim_gary@ssga.com | carmella.dirienzo@ssmb.com | mikecallahan@ssrm.com |
| tim_gaudette@ssga.com | charles.schifano@ssmb.com | mjohannsen@ssrm.com |
| timothy_cook@ssga.com | david.graff@ssmb.com | mlomasney@ssrm.com |
| timothy_corbett@ssga.com | david.j.griffiths@ssmb.com | mtaber@ssrm.com |
| timothy_furbush@ssga.com | fred.chapey@ssmb.com | pspain@ssrm.com |
| timothy_ryan@ssga.com | j.bianchi@ssmb.com | rmurphy@ssrm.com |
| ting_li@ssga.com | jacquelyn.kirkland@ssmb.com | sbrown@ssrm.com |
| toby_michaud@ssga.com | joseph.deane@ssmb.com | scumberbatch@ssrm.com |
| todd_bean@ssga.com | josh.lane@ssmb.com | smacdonald@ssrm.com |

snagarajan@ssrm.com
sstjohn@ssrm.com
swardwell@ssrm.com
thagstrom@ssrm.com
wdunlap@ssrm.com
whamilton@ssrm.com
flieblic@ny.ssrealty.com
peter.tram@sswedbank.com
alain.dutheil@st.com
alessandro.brenna@st.com
andrea.cuomo@st.com
antonia.sala@st.com
benoit.de-leusse@st.com
bruno.steve@st.com
carlo.bozotti@st.com
carlo.ferro@st.com
cristina.brambilla@st.com
edoardo.sirtori@st.com
giorgio.incognito@st.com
giuseppe.amodio@st.com
giuseppe.notarnicola@st.com
joshua.friedman@st.com
jpickart@state.st.com
kongfk@st.com.sg
laurence.valente@st.com
mario.arlati@st.com
piero.mosconi@st.com
seah.peter@st.com
tait.sorensen@st.com
justin.wu@stableriver.com
mike.sebesta@stableriver.com
jwexler@staceybraun.com
pbwillis@staceybraun.com
rweiden@staceybraun.com
tcalimano@staceybraun.com
max.ehrengren@stadshuset.stockholm.se
per.eriksson@stadshuset.stockholm.se
c.buchmayer@staedtische.co.at
c.wurl@staedtische.co.at
d.janik@staedtische.co.at
g.weber@staedtische.co.at
h.jaindl@staedtische.co.at
j.hiller@staedtische.co.at
m.oberdorfer@staedtische.co.at
s.kogler@staedtische.co.at
walter.schultes@staedtische.co.at
matthew-denis.galligan@sg.standarchartered.com
kdottl@standard.com
rjain@standard.com
aaron.chua@sg.standardchartered.com
alistair.bulloch@tw.standardchartered.com
amar.singh@standardchartered.com
andrew.willans@us.standardchartered.com
ankit.garg@uk.standardchartered.com
anthony.jacob@us.standardchartered.com
anthony.walton@standardchartered.com
benjamin.velazquez@us.standardchartered.com
bill.hughes@us.standardchartered.com
brad.levitt@sg.standardchartered.com
brookfurst@us.standardchartered.com

bryan.henning@sg.standardchartered.com
catherine.williams@uk.standardchartered.com
celia.haung@tw.standardchartered.com
charlie.wang@sg.standardchartered.com
charu.narain@kr.standardchartered.com
diptochakratorty@us.standardchartered.com
dudley.hancox@us.standardchartered.com
emily.sun@tw.standardchartered.com
esther.wahl@us.standardchartered.com
franco.rossi@us.standardchartered.com
frank.law@hk.standardchartered.com
frank.robleto@us.standardchartered.com
george.ct.hsu@tw.standardchartered.com
gregory.clinton@sg.standardchartered.com
helen.s.hui@tw.standardchartered.com
hitan.patel@uk.standardchartered.com
ht.chen@tw.standardchartered.com
jackie.vazquez@us.standardchartered.com
jacqueline.swaine@us.standardchartered.com
jahangir.aka@sg.standardchartered.com
james.mccabe@us.standardchartered.com
jane.loo@sg.standardchartered.com
jaspal.bindra@sg.standardchartered.com
jeffrey.jw.ha@kr.standardchartered.com
jevin.fan@tw.standardchartered.com
john.stewart@us.standardchartered.com
julio.rojas@us.standardchartered.com
karen.siercke-franco@standardchartered.com
keith.de-vaz@sg.standardchartered.com
lakshmikanthan.ravisankar@sg.standardchartered.co
m
lee.guan-liu@standardchartered.com
leung.franco@uk.standardchartered.com
marc.krusko@us.standardchartered.com
marc.leaver@standardchartered.com
margaret.lee@hk.standardchartered.com
matthew.geason@sg.standardchartered.com
matthew.welch@sg.standardchartered.com
michael.palagonia@us.standardchartered.com
mike.rees@sg.standardchartered.com
neo.wee-siang@uk.standardchartered.com
park.jw@kr.standardchartered.com
patrick.ck.wong@hk.standardchartered.com
paul.hare@uk.standardchartered.com
perdigon.luis-fernando@us.standardchartered.com
peter.dodds@us.standardchartered.com
peter.sargant@hk.standardchartered.com
peter.womg@sg.standardchartered.com
pham.phu-khoi@us.standardchartered.com
pradeep.jyer@us.standardchartered.com
proctor.david@sg.standardchartered.com
rahul.arora@uk.standardchartered.com
richard.lau@sg.standardchartered.com
robert.ryan@us.standardchartered.com
rodrigo.gurdian@us.standardchartered.com
seah.hway-keng@sg.standardchartered.com
sean.copley@us.standardchartered.com
shizuo.ichikawa@jp.standardchartered.com
stephen.ts.chan@hk.standardchartered.com
steve.puttock@uk.standardchartered.com

sundeep.bhandari@in.standardchartered.com
tammy-yi-jiun.liou@tw.standardchartered.com
vince.chen@tw.standardchartered.com
vis.shankar@sg.standardchartered.com
vyayant.jan@us.standardchartered.com
woo.youngsong@us.standardchartered.com
yip.chris@sg.standardchartered.com
yoshio.shimizu@uk.standardchartered.com
aatish_porwal@standardlife.com
aileen_crombie@standardlife.com
alasdair_maclean@standardlife.com
alexander_godwin@standardlife.com
alistair_way@standardlife.com
alistair_wittet@standardlife.com
amy_boog@standardlife.com
andrew.sutherland@standardlife.com
andrew_milligan@standardlife.com
andrew_walker@standardlife.com
andy_gipp@standardlife.com
andy_townsend@standardlife.com
anita_griffin@standardlife.com
anne_breen@standardlife.com
anne-sophie.barette@standardlife.ca
arthur_milson@standardlife.com
bill_lambert@standardlife.com
brian_fleming@standardlife.com
carol_duncan@standardlife.com
charles.jenkins@standardlife.ca
chris_haimendorf@standardlife.com
chris_verrecchia@standardlife.com
christina_butler@standardlife.com
christopher_waddington@standardlife.com
claude.turcot@standardlife.ca
clemens_buenger@standardlife.com
colin_ledlie@standardlife.com
craig_x_macdonald@standardlife.com
daniela_kriegenburg@standardlife.com
david_baddon@standardlife.com
david_cumming@standardlife.com
derek_quinn@standardlife.com
dinka.kucic@standardlife.ca
dominic_byrne@standardlife.com
donal_reynolds@standardlife.com
donna_boyd@standardlife.com
doriana.cirella@standardlife.ca
dougie_smyth@standardlife.com
douglas_mcneill@standardlife.com
douglas_roberts@standardlife.com
edward_leggett@standardlife.com
elaine_cairns@standardlife.com
elaine_morrison@standardlife.com
emma_shelton@standardlife.com
erlend_lochen@standardlife.com
euan_munro@standardlife.com
euan_sanderson@standardlife.com
euan_stirling@standardlife.com
evelyn_bourke@standardlife.com
feryal_taki@standardlife.com
fiona_dickinson@standardlife.com
fiona_melville@standardlife.com

firstname_surname@standardlife.com
fraser_chalmers@standardlife.com
gareth_gettinby@standardlife.com
geir-rune.johnskareng@standardlife.ca
george_walker@standardlife.com
georgina_marshall@standardlife.com
gordon_lowson@standardlife.com
graeme_orr@standardlife.com
graham_downie@standardlife.com
greg_cookson@standardlife.com
haider_raja@standardlife.com
harry_nimmo@standardlife.com
hazel_murray@standardlife.com
hector_kilpatrick@standardlife.com
helen_driver@standardlife.com
hilary_oconnor@standardlife.com
iain_galloway@standardlife.com
iain_maccormick@standardlife.com
iain_mason@standardlife.com
ian_robertson@standardlife.com
ivan.francis@standardlife.ca
jane_somerville@standardlife.com
jessica_cheung@standardlife.com
jim.pearson@standardlife.com
jim_conway@standardlife.com
jim_cull@standardlife.com
joanna_dormer@standardlife.com
john_c_wilson@standardlife.com
john_cummins@standardlife.com
john_hughes@standardlife.com
john_metcalfe@standardlife.com
john_page@standardlife.com
john_whelan@standardlife.com
jonathan_gibbs@standardlife.com
jonathan_rowe@standardlife.com
juli_kao@standardlife.com
julie_mason@standardlife.com
karen_e_robertson@standardlife.com
kathleen_mckechnie@standardlife.com
katy_ross@standardlife.com
kay_ayre@standardlife.com
kay_eyre@standardlife.com
kaythie_reid@standardlife.com
keith_skeoch@standardlife.com
kevin_hogg@standardlife.com
kevin_smith@standardlife.com
kevin_thompson@standardlife.com
kiki_macdonald@standardlife.com
leon_webb@standardlife.com
lesley_duncan@standardlife.com
louise_mackenzie@standardlife.com
magdalene_miller@standardlife.com
maher.yaghi@standardlife.ca
malcolm.jones@standardlife.ca
malin_nairn@standardlife.com
marie-eve.savard@standardlife.ca
mark_niznik@standardlife.com
mark_vincent@standardlife.com
marlin_hesslefors@standardlife.com
matthew_harris@standardlife.com

matthew_williams@standardlife.com
mel_stimpson@standardlife.com
michael_hill@standardlife.com
neil_matheson@standardlife.com
norman.raschkowan@standardlife.ca
paul_pasquill@standardlife.com
paul_stackhouse@standardlife.com
pauline_macpherson@standardlife.com
peter.hill@standardlife.ca
raquel.castiel@standardlife.ca
reg_watson@standardlife.com
richard_batty@standardlife.com
richard_moffat@standardlife.com
richard_scholefield@standardlife.com
robert_mckillop@standardlife.com
rod_paris@standardlife.com
ronnie_petrie@standardlife.com
rory_adam@standardlife.com
ross_teverson@standardlife.com
sam_wilkins@standardlife.com
samantha_lamb@standardlife.com
sarah_smart@standardlife.com
scott_allen@standardlife.com
sharon_kane@standardlife.com
shirley.cartmill@standardlife.ca
simon_kinnie@standardlife.com
simon_wood@standardlife.com
sital_cheema@standardlife.com
sli.industrials@standardlife.com
sonia.raikes@standardlife.ca
stan_pearson@standardlife.com
stella.yannoulakis@standardlife.ca
stephen_currie@standardlife.com
stephen_grant@standardlife.com
stephen_mccrow@standardlife.com
stephen_tait@standardlife.com
stephen_weeple@standardlife.com
steve.belisle@standardlife.ca
steven_dailly@standardlife.com
steven_lodge@standardlife.com
steven_swann@standardlife.com
steven_way@standardlife.com
stuart_j_fraser@standardlife.com
stuart_lindsay@standardlife.com
stuart_macarthur@standardlife.com
susan.da-sie@standardlife.ca
susan_tarry@standardlife.com
svitlana_gubriy@standardlife.com
tamsin_balfour@standardlife.com
theresa_costigan@standardlife.com
thomas_moore@standardlife.com
thomas_rahman@standardlife.com
tom_muir@standardlife.com
tony.maturo@standardlife.ca
tony_hood@standardlife.com
tracey_killorn@standardlife.com
valerie.cecchini@standardlife.ca
vicky_frew@standardlife.com
wesley_mccoy@standardlife.com
will_james@standardlife.com

yassar_ali@standardlife.com
akoch@standish.com
dborgman@standish.com
dchen@standish.com
dgillespie@standish.com
dkingsley@standish.com
dleonhardt@standish.com
gnichols@standish.com
jjew@standish.com
jmauceli@standish.com
llam@standish.com
rpatterson@standish.com
ssawren@standish.com
tgraf@standish.com
acatalan@standishmellon.com
achiu@standishmellon.com
afitzgerald@standishmellon.com
aganesan@standishmellon.com
akozhemiakin@standishmellon.com
alindblom@standishmellon.com
anorman@standishmellon.com
asmith@standishmellon.com
bbennett@standishmellon.com
bhu@standishmellon.com
bkeating@standishmellon.com
bli@standishmellon.com
bmaitre@standishmellon.com
bmurphy@standishmellon.com
bstanick@standishmellon.com
bstone@standishmellon.com
cbarris@standishmellon.com
cbernier@standishmellon.com
cdillon@standishmellon.com
cdolan@standishmellon.com
cflammia@standishmellon.com
cfrisoli@standishmellon.com
cpellegrino@standishmellon.com
cpowers@standishmellon.com
ctodd@standishmellon.com
cvanbrunt@standishmellon.com
dbelman@standishmellon.com
dbelton@standishmellon.com
dbowser@standishmellon.com
dchittim@standishmellon.com
dczajak@standishmellon.com
ddriscoll@standishmellon.com
dfishman@standishmellon.com
dguffey@standishmellon.com
dhertan@standishmellon.com
dhorsfall@standishmellon.com
dleduc@standishmellon.com
dma@standishmellon.com
dmarques@standishmellon.com
dmorse@standishmellon.com
dmukhin@standishmellon.com
drabasco@standishmellon.com
drichter@standishmellon.com
dspadafora@standishmellon.com
dswallow@standishmellon.com
dvieira@standishmellon.com

dzigas@standishmellon.com
ebinns@standishmellon.com
efriedland@standishmellon.com
elee@standishmellon.com
epearlman@standishmellon.com
eskanning@standishmellon.com
ewhite@standishmellon.com
fxue@standishmellon.com
gcurran@standishmellon.com
gczamara@standishmellon.com
ghaight@standishmellon.com
gneville@standishmellon.com
hjoy@standishmellon.com
janderson@standishmellon.com
jbak@standishmellon.com
jbarone@standishmellon.com
jbilodeau@standishmellon.com
jbower@standishmellon.com
jcaruso@standishmellon.com
jgately@standishmellon.com
jgaul@standishmellon.com
jharrison@standishmellon.com
jhartwell@standishmellon.com
jhosa@standishmellon.com
jkaniclides@standishmellon.com
jklein@standishmellon.com
jmauceli@standishmellon.com
jmcinerney@standishmellon.com
jmcnichols@standishmellon.com
jmoore@standishmellon.com
jmurcio@standishmellon.com
jninobla@standishmellon.com
jnmurray@standishmellon.com
jnutt@standishmellon.com
jpavao@standishmellon.com
jphilbin@standishmellon.com
jsommariva@standishmellon.com
jsullivan@standishmellon.com
jtocio@standishmellon.com
juhrig@standishmellon.com
jvillela@standishmellon.com
jwhite@standishmellon.com
jwindham@standishmellon.com
kbater@standishmellon.com
kbirkeland@standishmellon.com
kbowes@standishmellon.com
kholmes@standishmellon.com
kwatters@standishmellon.com
kwosepka@standishmellon.com
lansty@standishmellon.com
lcarroll@standishmellon.com
lcriswell@standishmellon.com
lguittarr@standishmellon.com
llu@standishmellon.com
lwhite@standishmellon.com
mbandar@standishmellon.com
mcampbell@standishmellon.com
mcaporale@standishmellon.com
mcassel@standishmellon.com
mcollins@standishmellon.com

mcunningham@standishmellon.com
mdunham@standishmellon.com
mduque@standishmellon.com
mellis@standishmellon.com
mfaloon@standishmellon.com
mfeeley@standishmellon.com
mflinn@standishmellon.com
mgiorgio@standishmellon.com
mhoule@standishmellon.com
mlynch@standishmellon.com
mmcnerney@standishmellon.com
mmullaney@standishmellon.com
mmurray@standishmellon.com
mpiersol@standishmellon.com
msalvi@standishmellon.com
mseidner@standishmellon.com
mzonghetti@standishmellon.com
nhyde2@standishmellon.com
npearson@standishmellon.com
nrogers@standishmellon.com
nsharma@standishmellon.com
pgillis@standishmellon.com
pgoncalves@standishmellon.com
pgordon@standishmellon.com
pkennedy@standishmellon.com
ploughran@standishmellon.com
prockwood@standishmellon.com
psage@standishmellon.com
rbayston@standishmellon.com
rfalchetti@standishmellon.com
rkubiak@standishmellon.com
rmedina@standishmellon.com
rreeves@standishmellon.com
rtate@standishmellon.com
sbonte@standishmellon.com
sbrinkley@standishmellon.com
schhonn@standishmellon.com
scoan@standishmellon.com
scummins@standishmellon.com
sday@standishmellon.com
sdietzel@standishmellon.com
sharvey@standishmellon.com
sheinauer@standishmellon.com
showes@standishmellon.com
skodangil@standishmellon.com
sminer@standishmellon.com
smountain@standishmellon.com
smurphy@standishmellon.com
stubbs@standishmellon.com
syang@standishmellon.com
tbair@standishmellon.com
tbavin@standishmellon.com
tcasey@standishmellon.com
tchase@standishmellon.com
tcriscuolo@standishmellon.com
tenglish@standishmellon.com
tfahey@standishmellon.com
tgregory@standishmellon.com
tjcasey@standishmellon.com
tkniola@standishmellon.com

tmanzi@standishmellon.com
tmarzilli@standishmellon.com
tndoyle@standishmellon.com
treardon@standishmellon.com
vjohnson@standishmellon.com
wcook@standishmellon.com
wkeeley@standishmellon.com
acllo@stanford.edu
ahampton@stanford.edu
akshat@stanford.edu
alextran@stanford.edu
awu09@stanford.edu
bernicepang@stanford.edu
brownh@stanford.edu
catchu@stanford.edu
christine.su@stanford.edu
cjtman@stanford.edu
clar@stanford.edu
dennis.jiang@stanford.edu
dfabunan@stanford.edu
doreenh@stanford.edu
drosanti@stanford.edu
giesecke@stanford.edu
glemens@stanford.edu
hagestad@stanford.edu
haoxiang.zhu@stanford.edu
hartman5@stanford.edu
itang@stanford.edu
jhyang29@stanford.edu
kashmira@stanford.edu
kbjohnson@stanford.edu
klikoff@stanford.edu
kloewke@stanford.edu
kyle.welch@stanford.edu
languyen@stanford.edu
lowkum@stanford.edu
maryho@stanford.edu
mercerj@stanford.edu
mfan09@stanford.edu
mlross@stanford.edu
mmtan@stanford.edu
nilnevik@stanford.edu
pochi@stanford.edu
rchin@stanford.edu
ryean@stanford.edu
sampathj@stanford.edu
sarif@stanford.edu
sgleslie@stanford.edu
sgupta16@stanford.edu
sjacobsn@stanford.edu
sudeept@stanford.edu
syoo@stanford.edu
tifflin@stanford.edu
tomvacek@stanford.edu
vanle@stanford.edu
vera.kotlik@stanford.edu
wafawei@stanford.edu
wpy@stanford.edu
ychuah@stanford.edu
yifuwu@stanford.edu

yud@stanford.edu
andy.christensen@state.mn.us
andy.palmer@state.tn.us
aweisbec@state.nd.us
bjjacksha@state.nm.us
bryan.otero@state.nm.us
carrie.green@state.tn.us
cheryl.k.griffith@state.or.us
colin.macnaught@state.ma.us
connie.lee@state.nm.us
dalee@state.nm.us
daniel.crews@state.tn.us
david.lee@state.nm.us
debbie.k.beyer@state.or.us
deborah.gallegos@state.nm.us
dlyle@state.nm.us
dmhenden@state.nm.us
dwalte1@state.wy.us
dwillocks@state.nm.us
ellen.t.hanby@state.or.us
ffoy@state.nm.us
gward@state.tn.us
hbstucky@state.nm.us
helen_di.bartolomeo@state.co.us
james.a.robinson@state.tn.us
jason.matz@state.mn.us
jeremy.conlin@state.tn.us
jesse.picunko@state.tn.us
jj.kirby@state.mn.us
jmeyer@state.wy.us
joaquin.lujan@state.nm.us
julian.baca@state.nm.us
kay.chippeaux@state.nm.us
leighton.shantz@state.tn.us
marie.harker@state.co.us
marilyn.radovich@state.co.us
mark.canavan@state.nm.us
markus.klar@state.tn.us
matthew.hedges@state.tn.us
mhomko@state.nm.us
michael.brakebill@state.tn.us
michael.custer@state.nm.us
michael.keeler@state.tn.us
michael.moulder@state.nm.us
mike.menssen@state.mn.us
mwalde@state.wy.us
norma.harvey@state.or.us
paulh@state.nm.us
perrin.lim@state.or.us
pratseff@state.tn.us
rachel.roberts@state.tn.us
rmcguf@state.wy.us
rmwest@state.nm.us
robert.gish@state.nm.us
rose.struck@state.nm.us
roy.wellington@state.tn.us
sandy.hall@state.co.us
scott.newman@state.nm.us
sgarla@state.wy.us
slummi@state.wy.us

starla.bennett@state.nm.us
steve.kuettel@state.mn.us
terry.b.davis@state.tn.us
tmcclure@state.tn.us
todd.barger@state.nm.us
tporter@state.nd.us
william.redmond@state.tn.us
becky.byrd.g3mx@statefarm.com
blake.vrooman.hgyr@statefarm.com
brian.bengtson.g6rm@statefarm.com
chad.moser.g3ef@statefarm.com
corey.schieler.hj54@statefarm.com
donald.heltner.hm3n@statefarm.com
doug.hocker.nng9@statefarm.com
duncan.funk.a7x8@statefarm.com
gail.hartley.a4zk@statefarm.com
george.coontz.qhfn@statefarm.com
greg.shull.crlo@statefarm.com
h.p.johnson.alcv@statefarm.com
heather.caldwell.lx95@statefarm.com
jeff.bellisario.q06w@statefarm.com
jeff.roop.l31z@statefarm.com
jim.mullins.jywg@statefarm.com
john.higgins.qcaq@statefarm.com
john.malito.h3gt@statefarm.com
katie.hubbard.hsis@statefarm.com
kevin.rock.h46t@statefarm.com
kris.grant.nne6@statefarm.com
kurt.moser.apvj@statefarm.com
laura.coen.liq7@statefarm.com
lin.yang.lt7n@statefarm.com
lisa.rogers.g7ix@statefarm.com
lon.erickson.hevu@statefarm.com
lyle.triebwasser.awk8@statefarm.com
mary.a.white.cvjq@statefarm.com
michael.miller.hswy@statefarm.com
mike.smith.hgwm@statefarm.com
mike.zaroogian.nrhg@statefarm.com
nancy.e.byers.cpe7@statefarm.com
paul.eckley.agei@statefarm.com
paul.heller.h7br@statefarm.com
phil.fazio.hvg5@statefarm.com
robert.m.reardon.azk7@statefarm.com
robert.stephan.cmy5@statefarm.com
robert.webb.nocl@statefarm.com
sara.mills.ht5g@statefarm.com
sara.press.pdjb@statefarm.com
shane.jent.c2e2@statefarm.com
terry.ludwig.cvwb@statefarm.com
tim.zelgert.q07p@statefarm.com
tom.chang.hbw1@statefarm.com
tonya.sweeden.g3mz@statefarm.com
david.fry@statestree.com
jonathan.byrne@statestree.com
adrian.shanahan@statestreet.com
aduman@statestreet.com
agbhimani@statestreet.com
agmavros@statestreet.com
ahchan@statestreet.com
ahommo@jp.statestreet.com

aito@jp.statestreet.com
albaribeault@statestreet.com
ankwok@statestreet.com
anthony.jones@statestreet.com
apineta@statestreet.com
arali@statestreet.com
armand-didier.kapo@statestreet.com
asaruya@jp.statestreet.com
assunta.borza@statestreet.com
aswagner@statestreet.com
batkins@statestreet.com
bawilliams@statestreet.com
bcollins@statestreet.com
behnan.maclean@statestreet.com
bkeelan@statestreet.com
bmorris@statestreet.com
bparnell@statestreet.com
brderivativescustodykk@statestreet.com
brian.kim@irvine.statestreet.com
brook.milnes@statestreet.com
bwhitfield@statestreet.com
carolyn.kerr@statestreet.com
casvendsen@statestreet.com
cbroderick@statestreet.com
cgreen@statestreet.com
christian.richard@statestreet.com
ciaran.fitzpatrick@statestreet.com
cjprobyn@statestreet.com
clmcguiness@statestreet.com
cmishra@statestreet.com
cnetti@statestreet.com
cprior@statestreet.com
craig_oliver@ssga.statestreet.com
croncari@statestreet.com
cvstarble@statestreet.com
cwmurphy@statestreet.com
d.dwyer@statestreet.com
dan_bouchard@statestreet.com
daniel.sibley@statestreet.com
dasasser@statestreet.com
dbosch@statestreet.com
dcmcguiggin@statestreet.com
dderamo@statestreet.com
ddgillet@statestreet.com
dennis.morway@statestreet.com
derek.lightburn@statestreet.com
devin.kelly@statestreet.com
dhealy@statestreet.com
djforster@statestreet.com
dlgreer@statestreet.com
dpaquet@statestreet.com
dpsmyth@statestreet.com
dsnoirfalise@statestreet.com
dwhite@statestreet.com
eflanaganraynaud@statestreet.com
eiordanova@statestreet.com
ejerouville@statestreet.com
ejobrien@statestreet.com
emckinnon@statestreet.com
estirling@statestreet.com

| | | |
|---|---|---|
| eugene.mullen@statestreet.com | kericsson@statestreet.com | phaddad@statestreet.com |
| famato@statestreet.com | kfleck@statestreet.com | pharris@jp.statestreet.com |
| fdminnellijr@statestreet.com | kma@statestreet.com | pjadhav@statestreet.com |
| fgeerards@statestreet.com | ks.lee@statestreet.com | pkalogeras@statestreet.com |
| fgjerstad@statestreet.com | kshatch@statestreet.com | pmmcavoy@statestreet.com |
| fminatchy@statestreet.com | laderick.daniels@statestreet.com | pmoore@statestreet.com |
| fwhite@statestreet.com | laeggleston@statestreet.com | poconomo@statestreet.com |
| gavin.redmond@statestreet.com | lauretta.buser@statestreet.com | pricingroom@statestreet.com |
| ghorner@statestreet.com | lawrence.tabuso@statestreet.com | prwalsh@statestreet.com |
| glevine@statestreet.com | lcpeck@statestreet.com | pthogan@statestreet.com |
| gmiller@statestreet.com | ldomjanich@statestreet.com | qyang@statestreet.com |
| gmrieunier@statestreet.com | ldrigo@statestreet.com | ralph.smith@statestreet.com |
| gnolan@statestreet.com | lkwok@statestreet.com | rdhall@statestreet.com |
| greg.chmielewski@statestreet.com | lloyd.wynter@statestreet.com | renee.kassis@statestreet.com |
| gsbyers@statestreet.com | lnayak@statestreet.com | rjdegirolamo@statestreet.com |
| gus_fleites@ssga.statestreet.com | london-ims-slambe@statestreet.com | robin.kokilananda@statestreet.com |
| hani.mansour@statestreet.com | lpgomes@statestreet.com | ron.logue@statestreet.com |
| heather.watts@statestreet.com | lrharrison@statestreet.com | rpinto@statestreet.com |
| henry.tran@statestreet.com | lsberg@statestreet.com | rsewradj@statestreet.com |
| hmolog@statestreet.com | lyng@statestreet.com | sabdikeev@jp.statestreet.com |
| hwinokur@statestreet.com | macrawford@statestreet.com | salarie@statestreet.com |
| ibtcalreconnightteam@statestreet.com | mark.mcdonnell@statestreet.com | sam.hunter-nolan@statestreet.com |
| ilnicki@statestreet.com | matthew.schroeder@statestreet.com | sambroceo@statestreet.com |
| jaime.halligan@statestreet.com | mcstegeman@statestreet.com | sbstrader@statestreet.com |
| jain.kim@statestreet.com | mdaleandro@statestreet.com | schallan@statestreet.com |
| james_kramer@ssga.statestreet.com | melissa.coco@statestreet.com | scomiskey@statestreet.com |
| jamesmanning@statestreet.com | memacvicar@statestreet.com | scompton@statestreet.com |
| jcconrad@statestreet.com | mfmurray@statestreet.com | seiji.fukuhara@statestreet.com |
| jdcurtiss@statestreet.com | mfpopolizio@statestreet.com | sergio.leon@statestreet.com |
| jdupond@statestreet.com | mgiddings@statestreet.com | sg_ca308@statestreet.com |
| jecybulski@statestreet.com | mgomes@statestreet.com | sham@jp.statestreet.com |
| jeff.lambert@statestreet.com | mhcarey@statestreet.com | shane.mooney@statestreet.com |
| jflaherty@statestreet.com | michael.crimmings@statestreet.com | sharifsadler@statestreet.com |
| j-f-mcdonald@statestreet.com | mina.tomovska@statestreet.com | sharline.cathalina@statestreet.com |
| jfrewald@statestreet.com | mjdever@statestreet.com | shennessey@statestreet.com |
| jgfitzgibbon@statestreet.com | mjrec@statestreet.com | shschwartz@statestreet.com |
| jhlynch@statestreet.com | mjwhelan@statestreet.com | simon.brook@statestreet.com |
| jjcronin@statestreet.com | mkduarte@statestreet.com | simon.quinn@statestreet.com |
| jjeffcoate@statestreet.com | mlbercume@statestreet.com | sinead.gray@statestreet.com |
| jjlandry@statestreet.com | mllucero@statestreet.com | sinead.mulligan@statestreet.com |
| jjristau@statestreet.com | mmartin@statestreet.com | sjmalley@statestreet.com |
| jlormiston@statestreet.com | mmetcalfe@statestreet.com | sjmink@statestreet.com |
| jmaroney@statestreet.com | mmulka@statestreet.com | skaross@statestreet.com |
| jmcarr@statestreet.com | mrharding@statestreet.com | skothari@statestreet.com |
| jmccann@statestreet.com | mrifflemacher@statestreet.com | slaffoy@statestreet.com |
| jn'guyenton@statestreet.com | mtenney@statestreet.com | slmurphy@statestreet.com |
| joanne.tobin@statestreet.com | mthiam@statestreet.com | snaghibi@statestreet.com |
| john.agyeman@statestreet.com | mtmanteufel@statestreet.com | sschmitz@statestreet.com |
| jonathan.carroll@statestreet.com | mwong@statestreet.com | sue_bonfeld@ssga.statestreet.com |
| jootjers@statestreet.com | ncracknell@statestreet.com | suzanne_schwartz@statestreet.com |
| joseph.dutton@statestreet.com | ndelavouet@statestreet.com | swolson@statestreet.com |
| jpolseno@statestreet.com | neasa.lenehan@statestreet.com | syasuda@statestreet.com |
| jrcoco@statestreet.com | nhloucks@statestreet.com | tbosworth@statestreet.com |
| jshimizu@jp.statestreet.com | nndare@statestreet.com | tjbryant@statestreet.com |
| julio_fuentes@statestreet.com | p.reynolds@statestreet.com | tjmacdonald@statestreet.com |
| jwchua@statestreet.com | peconomou@statestreet.com | tlkaufman@statestreet.com |
| jwood1@statestreet.com | peter.kucharski@statestreet.com | tmdargie@statestreet.com |
| k.sato@jp.statestreet.com | peter_willett@ssga.statestreet.com | tmeringoff@statestreet.com |
| kaquinto@statestreet.com | pfleming@statestreet.com | tmizuno@jp.statestreet.com |
| ken.spillane@statestreet.com | pflynch@statestreet.com | tony.mcghee@irvine.statestreet.com |

twilcox@statestreet.com
twmanning@statestreet.com
tyisha.wolfe@statestreet.com
val.glynn@statestreet.com
vcapalbo@statestreet.com
vickrum.chima@statestreet.com
wayne.han@irvine.statestreet.com
welocke@statestreet.com
wgcromp@statestreet.com
whandrade@statestreet.com
wlmao@statestreet.com
wzantonucci@statestreet.com
yli@statestreet.com
ymizuno@jp.statestreet.com
bnnorth@statestreetkc.com
cssiebel@statestreetkc.com
krsmith@statestreetkc.com
rahagerty@statestreetkc.com
iain.wallace@statestreetnl.com
sara.sterckx@statestreetnl.com
sytze.bouius@statestreetnl.com
thomas.jonk@statestreetnl.com
jvthol@stateetreet.com
anma@statoil.com
dlts@statoil.com
eiey@statoil.com
erifo@statoil.com
gts@statoil.com
kgso@statoil.com
klamo@statoil.com
ojgil@statoil.com
rabu@statoil.com
snapa@statoil.com
terje@statoil.com
thjomoe@statoil.com
tiw@statoil.com
tmoi@statoil.com
ttod@statoil.com
tvo@statoil.com
bbe@statoilhydro.com
blik@statoilhydro.com
ewar@statoilhydro.com
fgv@statoilhydro.com
gsim@statoilhydro.com
harhe@statoilhydro.com
nowers@statoilhydro.com
sirif@statoilhydro.com
sveins@statoilhydro.com
thhans@statoilhydro.com
bob.rout@stbank.net
mark.kochvar@stbank.net
sandy.loperfito@stbank.net
seclendalm@stb-usa.com
dcooley@stcloud.org
andrew@steginsky.com
daniele.crivellini@steinonline.it
enrico.ugolini@steinonline.it
marco.baglione@steinonline.it
silvia.pesci@steinonline.it
bandrews@steinroe.com

bcridland@steinroe.com
bmohr@steinroe.com
bwadden@steinroe.com
eheatwole@steinroe.com
gpierce@steinroe.com
htang@steinroe.com
jbreen@steinroe.com
jkovanda@steinroe.com
jmartin@steinroe.com
jpage@steinroe.com
lhansen@steinroe.com
lmaddox@steinroe.com
lschippl@steinroe.com
ochng@steinroe.com
rtong@steinroe.com
skrull@steinroe.com
slewis@steinroe.com
smatthias@steinroe.com
sulaszek@steinroe.com
tanaya@steinroe.com
tmerkle@steinroe.com
zdonovan@steinroe.com
pierre@stemarie.net
amathes@stephens.com
bbane@stephens.com
bburns@stephens.com
bbush@stephens.com
bill.vanburen@stephens.com
brian.halloran@stephens.com
bruce.kos@stephens.com
bstaten@stephens.com
bwallick@stephens.com
cborromeo@stephens.com
cbradbury@stephens.com
christopher.crum@stephens.com
dalbertson@stephens.com
dfinch@stephens.com
eolsen@stephens.com
gfeltus@stephens.com
gstandridge@stephens.com
hbrooks@stephens.com
jblackwell@stephens.com
jbrown@stephens.com
jcarroll@stephens.com
jcashmore@stephens.com
jerry.pawloski@stephens.com
jsmith@stephens.com
jthornton@stephens.com
kfredericks@stephens.com
khickey@stephens.com
kranucci@stephens.com
kscanlon@stephens.com
lhooker@stephens.com
llants@stephens.com
lnassikas@stephens.com
mark.merricks@stephens.com
mgumm@stephens.com
mia.thompson@stephens.com
mlewis@stephens.com
mmarchand@stephens.com

msteele@stephens.com
nfisken@stephens.com
nilsa.vazquez@stephens.com
nrollins@stephens.com
pcarr@stephens.com
pwoodruff@stephens.com
rblank@stephens.com
rcrane@stephens.com
sara.stein@stephens.com
schase@stephens.com
smadden@stephens.com
snelson@stephens.com
tjyoung@stephens.com
wsimpson@stephens.com
joel.schprechman@sterlingbancorp.com
ahermann@sterlingbank.com
ccommyn@sterlingbank.com
kcotner@sterlingcap.com
bbridges@sterling-capital.com
brasile@sterling-capital.com
bwalton@sterling-capital.com
dralston@sterling-capital.com
ebrea@sterling-capital.com
hnbui@sterling-capital.com
jmcneilis@sterling-capital.com
jmihaltian@sterling-capital.com
krunge@sterling-capital.com
kstoll@sterling-capital.com
lbuchanan@sterling-capital.com
lhouser@sterling-capital.com
ljones@sterling-capital.com
lmastandrea@sterling-capital.com
mkaczmarek@sterling-capital.com
mmarlette@sterling-capital.com
mmontgomery@sterling-capital.com
ngrant@sterling-capital.com
pbrown@sterling-capital.com
prau@sterling-capital.com
ralexander@sterling-capital.com
rduckworth@sterling-capital.com
rlacoff@sterling-capital.com
tbeyer@sterling-capital.com
twippman@sterlingpartner.us
grice@sterlingpartners.us
jreyes@sterlingpartners.us
jrosenberg@sterlingpartners.us
palphonse@sterlingpartners.us
brian.kittredge@sterlingsavings.com
dan.smith@sterlingsavings.com
norm.judd@sterlingsavings.com
rich.hobson@sterlingsavings.com
scott.granly@sterlingsavings.com
steve.page@sterlingsavings.com
tim.cassels@sterlingsavings.com
dbackus@stern.nyu.edu
lveldkam@stern.nyu.edu
mdl313@stern.nyu.edu
tphilipp@stern.nyu.edu
blake@sternagee.com
jsteiner@sternagee.com

apritchett@sterneagee.com
cbarrow@sterneagee.com
clandon@sterneagee.com
fgray@sterneagee.com
jburrow@sterneagee.com
krussell@sterneagee.com
msullivan@sterneagee.com
rsison@sterneagee.com
jharris@sterne-agee.com
kgoostree@sterne-agee.com
krussell@sterne-agee.com
rharris@sterne-agee.com
alain.spadone@stg.ch
allan-peter.holmes@stg.ch
andreas.gyger@stg.ch
andreas.hunzinger@stg.ch
anton.knecht@stg.ch
bernhard.staeger@stg.ch
daniel.saner@stg.ch
john-patrik.gilgen@stg.ch
nadine.probst@stg.ch
olivier.quinodoz@stg.ch
peter.ammann@stg.ch
rene.saner@stg.ch
roger.baumann@stg.ch
stefano.minervini@stg.ch
bud.duffy@sticm.com
abkemeier@stifel.com
baschmucker@stifel.com
boffs@stifel.com
cewasson@stifel.com
champioc@stifel.com
ddickherber@stifel.com
drew.breittholz@stifel.com
dsliney@stifel.com
flemings@stifel.com
gary.diaz@stifel.com
jasullivan@stifel.com
jpbowman@stifel.com
kruszewr@stifel.com
mimhoff@stifel.com
neff@stifel.com
nolld@stifel.com
npenwell@stifel.com
phiferh@stifel.com
pothe@stifel.com
rfroig@stifel.com
rhimelfarb@stifel.com
schlaflj@stifel.com
slineyd@stifel.com
slstark@stifel.com
srcousino@stifel.com
thoelem@stifel.com
tpmulroy@stifel.com
vaugh-r@stifel.com
whitet@stifel.com
armin-peter.bode@stinnes.de
gabriele.roolfs@stinnes.de
georg.mueller@stinnes.de
ines.moser@stinnes.de

investor@stinnes.de
juergen.buchsteiner@stinnes.de
michael.maeltzer@stinnes.de
olaf.bueltmann@stinnes.de
pia.pfeiffer@stinnes.de
wulf.bernotat@stinnes.de
mike.addy@sto.sc.gov
rick.harmon@sto.sc.gov
shakun.tahiliani@sto.sc.gov
snydegger@sto.state.id.us
treasurer@sto.sc.gov
fschea@stonebridgebank.com
lranalli@stonebridgebank.com
tmennie@stonebridgebank.com
cwilson@stonehill.com
akalter@stonehillcap.com
amaietta@stonehillcap.com
jlewis@stonehillcap.com
jmotulsky@stonehillcap.com
jsacks@stonehillcap.com
mthoyer@stonehillcap.com
peter@stonehillcap.com
research@stonehillcap.com
snelson@stonehillcap.com
tom@stonehillcap.com
wteetsel@stonehillcap.com
kenneth_baird@storagetek.com
tanya_quartararone@storagetek.com
anders.johansen@storebrand.no
anders.peinert@storebrand.com
bard.bringedal@storebrand.com
bernt.sagaard@storebrand.com
e2s@storebrand.com
enrique.ferrer@storebrand.com
erik.ferning@storebrand.com
espen.furnes@storebrand.com
frederic.ottesen@storebrand.no
haimiao.bao@storebrand.com
hans.aasnaes@storebrand.com
hans.olav.husum@storebrand.com
hans-martin.thorsen@storebrand.com
hao.wu@storebrand.com
ingunn.gurvin@storebrand.no
ivar.qvist@storebrand.no
jakob.skjold.vejlo@storebrand.com
karsten.solberg@storebrand.com
lars.dahl@storebrand.com
lasse.theimann@storebrand.com
lmu@storebrand.com
mariann.stoltenberg.lind@storebrand.com
morten@storebrand.com
oddvar.frigstad@storebrand.com
p5k@storebrand.no
paal.renli@storebrand.com
sigbjorn.birkeland@storebrand.com
soren.stilling.christensen@storebrand.com
trond.hermansen@storebrand.com
truls.evensen@storebrand.com
v9c@storebrand.com
william.ambrose@storebrand.com

wo2@storebrand.com
arthur_chen@stortek.com
ann.schulte@stpaul.com
dennis.loperfido@stpaul.com
gary.tie@stpaul.com
justus.hedeen@stpaul.com
katie.bourget@stpaul.com
lucy_davies@stpaul.com
scott.durbahn@stpaul.com
tom.kozlak@stpaul.com
tracey.ray@stpaul.com
vikas.singhal@stpaul.com
cholly@stpaultravelers.com
ehess@stpaultravelers.com
gsimpson@stpaultravelers.com
lsitcawi@stpaultravelers.com
mhilt@stpaultravelers.com
mtoppi@stpaultravelers.com
njwatson@stpaultravelers.com
shanifor@stpaultravelers.com
carol_goudey@stratexnet.com
laurent.faure@strenuuscapital.com
bastiaan.braams@stroeve.nl
david.vander.zande@stroeve.nl
janjoost.maas@stroeve.nl
bolsen@strome.com
cbere@strome.com
cborman@strome.com
fsalas@strome.com
mstrome@strome.com
pdavies@strome.com
arobertson@strsoh.org
aroras@strsoh.org
besselmc@strsoh.org
bremerb@strsoh.org
brownind@strsoh.org
brownins@strsoh.org
bumpg@strsoh.org
cantue@strsoh.org
cheek@strsoh.org
chenc@strsoh.org
colasanr@strsoh.org
collinsr@strsoh.org
cottrelb@strsoh.org
creechj@strsoh.org
daultonb@strsoh.org
denneyj@strsoh.org
dienstc@strsoh.org
doddk@strsoh.org
downiem@strsoh.org
draket@strsoh.org
dudaneyd@strsoh.org
dyerh@strsoh.org
eastwoos@strsoh.org
fitzgerj@strsoh.org
fortunad@strsoh.org
fritzb@strsoh.org
furbyo@strsoh.org
gamblej@strsoh.org
geogc@strsoh.org

gerchiko@strsoh.org
ghalah@strsoh.org
gravest@strsoh.org
griffind@strsoh.org
hammonds@strsoh.org
hohenstt@strsoh.org
hooverl@strsoh.org
hulandd@strsoh.org
imbodenj@strsoh.org
kandhars@strsoh.org
karolyis@strsoh.org
keithh@strsoh.org
klingelp@strsoh.org
klught@strsoh.org
lambertt@strsoh.org
leej@strsoh.org
lij@strsoh.org
lynchb@strsoh.org
martinsj@strsoh.org
mathewb@strsoh.org
mauersbi@strsoh.org
mccombst@strsoh.org
mcmahonb@strsoh.org
meethj@strsoh.org
menonr@strsoh.org
mitchels@strsoh.org
morrowj@strsoh.org
muratorm@strsoh.org
postons@strsoh.org
prakashs@strsoh.org
regenbom@strsoh.org
ritterj@strsoh.org
rnichols@strsoh.org
robertsd@strsoh.org
robleep@strsoh.org
rodgersl@strsoh.org
salisbuj@strsoh.org
schwarcj@strsoh.org
sharpeb@strsoh.org
shewrinj@strsoh.org
stoudems@strsoh.org
tabler-yosha@strsoh.com
tedeschl@strsoh.org
tincherj@strsoh.org
warnera@strsoh.org
westr@strsoh.org
wohlfroa@strsoh.org
wolfej@strsoh.org
worleym@strsoh.org
yeamansm@strsoh.org
wang@structuredcredit.com
wickwire@structuredcredit.com
caroline@sturdy.fsnet.co.uk
andy@stw.com
billy@stw.com
cherie@stw.com
christine@stw.com
hugh@stw.com
jb@stw.com
laura@stw.com

lisa@stw.com
michelle@stw.com
rick@stw.com
sangela@stw.com
scott@stw.com
sean@stw.com
todd@stw.com
tony@stw.com
tmcfaul@stwca.com
akuseski@suburbanonline.org
jbraasch@suburbanonline.org
jcastellon@suburbanonline.org
jean_marie.vichot@sudameris.fr
fabio.depaoli@credit.suisse.com
jody.leung@credit.suisse.com
fernando_vera@sumitomo.com
kevin_mccabe@sumitomo.com
nathalie_huet@sumitomo.com
doron_sabag@sumitomobank.com
eduardo_goya@sumitomobank.com
fukumaru873562@sumitomobank.co.jp
greg_aptman@sumitomobank.com
ieki806573@sumitomobank.co.jp
iida569649@sumitomobank.co.jp
mandy.tam@sumitomobank.com.hk
matsui552358@sumitomobank.co.jp
paul_rudewick@sumitomobank.com
romanie.dobbs@gb.sumitomobank.com
shimasaki156801@sumitomobank.co.jp
tajima166786@sumitomobank.co.jp
takashi_shimahara@sumitomobank.com
atsuhiro.yoshitsugu@sumitomocorp.co.jp
feng.wang@sumitomocorp.co.jp
fumiaki.iwase@sumitomocorp.co.jp
hideaki.mizushima@sumitomocorp.co.jp
hidetaka.tomita@sumitomocorp.co.jp
hiroshi.takagi@sumitomocorp.co.jp
kazushi.awa@sumitomocorp.co.jp
kengo.nakashima@sumitomocorp.co.jp
masaru.shiomi@sumitomocorp.co.jp
miho.eto@sumitomocorp.co.jp
shinya.miyazaki@sumitomocorp.co.jp
takashi-a.shibuya@sumitomocorp.co.jp
toshihiro.iwamura@sumitomocorp.co.jp
toshiya.kotake@sumitomocorp.co.jp
ldnhz-trade@sumitomocorpeurope.com
toshihiko.ashizawa@sumitomocorpeurope.com
naoyoshi_kuwata@sumitomolife.co.jp
yoshio_sato@sumitomolife.co.jp
fujiwara-iso@sumitomometals.co.jp
inata-kzh@sumitomometals.co.jp
takahash-iko@sumitomometals.co.jp
tomiyama-ysh@sumitomometals.co.jp
fukada.hajime@sumitomo-rd.co.jp
nishimiya.koh@sumitomo-rd.co.jp
taku.yasuo@sumitomo-rd.co.jp
tobita.shigemi@sumitomo-rd.co.jp
akihiko.hirayama@sumitomotrust.co.jp
aritat@sumitomotrust.co.jp
azuma@sumitomotrust.co.jp

b.lynch@sumitomotrust.co.jp
c.fair@sumitomotrust.co.jp
c.friend@sumitomotrust.co.jp
c.otoole@sumitomotrust.co.jp
c.swinnerton@sumitomotrust.co.jp
d.stanbrook@sumitomotrust.co.jp
daniel.kim@sumitomotrust.co.jp
e.matsuoka@sumitomotrust.co.jp
h.evans@sumitomotrust.co.jp
h.shah@sumitomotrust.co.jp
hirai@sumitomotrust.co.jp
hiroaki.sato@sumitomotrust.co.jp
iijima@sumitomotrust.co.jp
imanishi@sumitomotrust.co.jp
iwasaki@sumitomotrust.co.jp
james.wong@sumitomotrust.co.jp
jenny.chang@sumitomotrust.co.jp
jigami@sumitomotrust.co.jp
judy.liu@sumitomotrust.co.jp
junichi.sayato@sumitomotrust.co.jp
krystie.lei@sumitomotrust.co.jp
linda.goggans@sumitomotrust.co.jp
m.pawlukowska@sumitomotrust.co.jp
masahiko.yamamoto@sumitomotrust.co.jp
nakaij@sumitomotrust.co.jp
natalie.wright@sumitomotrust.co.jp
nishida@sumitomotrust.co.jp
ojika@sumitomotrust.co.jp
onaka@sumitomotrust.co.jp
p.deloffre@sumitomotrust.co.jp
p.flynn@sumitomotrust.co.jp
p.foster@sumitomotrust.co.jp
paul.casino@sumitomotrust.co.jp
r.sierra@sumitomotrust.co.jp
r.yesodharan@sumitomotrust.co.jp
s.duffy@sumitomotrust.co.jp
s.earl@sumitomotrust.co.jp
sakae.igarashi@sumitomotrust.co.jp
sallyong@sumitomotrust.co.jp
shinnousuke.kobayashi@sumitomotrust.co.jp
shipra.gupta@sumitomotrust.co.jp
skawazoe@sumitomotrust.lu
stephanie.fowler@sumitomotrust.co.jp
t.mclaren@sumitomotrust.co.jp
takanabe@sumitomotrust.co.jp
tsuji@sumitomotrust.co.jp
unon@sumitomotrust.co.jp
yamaguchino@sumitomotrust.co.jp
yutaka.hasegawa@sumitomotrust.co.jp
bcummings@sumitomotrustusa.com
pkelly@sumitomotrustusa.com
hmachado@summafs.com
cfowler@summitbank.com
cpalmer@summitbank.com
cpreston@summitbank.com
csabol@summitbank.com
dcunn@summitbank.com
ggillesp@summitbank.com
jcheatham@summitbank.com
jkurdek@summitbank.com

| | | |
|---|---|---|
| jwolk@summitbank.com | sfinnk@sunamerica.com | glenn.barry@sunlife.com |
| mciccone@summitbank.com | skallok@sunamerica.com | greg.spyropoulos@sunlife.com |
| pbennorth@summitbank.com | sneimeth@sunamerica.com | hugh.oneill@sunlife.com |
| rbunning@summitbank.com | snicholls@sunamerica.com | hussam.syed@sunlife.com |
| rzimmerman@summitbank.com | ssalas@sunamerica.com | jack_donnelly@sunlife.com |
| smalkoff@summitbank.com | ssterling@sunamerica.com | james_shannon@sunlife.com |
| wtrotman@summitbank.com | stillinghast@sunamerica.com | jason.zeman@sunlife.com |
| agm@summitpartnersllc.com | tbettingfield@sunamerica.com | jeff_cheng@sunlife.com |
| cdf@summitpartnersllc.com | tbrandt@sunamerica.com | jeffrey.sooy@sunlife.com |
| cds@summitpartnersllc.com | tcampbell@sunamerica.com | jennifer.bialobrzeski@sunlife.com |
| dsk@summitpartnersllc.com | tcesareck@sunamerica.com | jennifer.burque@sunlife.com |
| gcc@summitpartnersllc.com | tchow@sunamerica.com | jim_anderson@sunlife.com |
| grr@summitpartnersllc.com | tdenkler@sunamerica.com | john.chamberlain@sunlife.com |
| jjs@summitpartnersllc.com | tmusante@sunamerica.com | john.d.vincent@sunlife.com |
| jph@summitpartnersllc.com | tpettee@sunamerica.com | john.donovan@sunlife.com |
| kmk@summitpartnersllc.com | twexman@sunamerica.com | john.slocum@sunlife.com |
| kpa@summitpartnersllc.com | jrichardson@sunbankpa.com | john.whelihan@sunlife.com |
| mjs@summitpartnersllc.com | twalter@sunbankpa.com | joi.simpson@sunlife.com |
| pad@summitpartnersllc.com | beth.dubuque@suncapadv.com | julie.perks@sunlife.com |
| smf@summitpartnersllc.com | brian.stanick@suncapadv.com | justin.lessard@sunlife.com |
| spc@summitpartnersllc.com | chenglong.gong@suncapadv.com | kathryn.fric@sunlife.com |
| srs@summitpartnersllc.com | cindy.mu@suncapadv.com | keith.cressman@sunlife.com |
| adoulos@sunamerica.com | cindy.wu@suncapadv.com | ken.march@sunlife.com |
| alarkin@sunamerica.com | david.elwell@suncapadv.com | kenneth.houghton@sunlife.com |
| ameissner@sunamerica.com | jun.gao@suncapadv.com | kevin.phelan@sunlife.com |
| anussenblatt@sunamerica.com | justin.lessard@suncapadv.com | kim.dowdes@sunlife.co.uk |
| asheridan@sunamerica.com | kristi.feinzig@suncapadv.com | laura.cronin@sunlife.com |
| astewart@sunamerica.com | tdorety@suncoastfcu.org | lawson.frazier@sunlife.com |
| bbarrett@sunamerica.com | ajay.batra@sunlife.com | lee_brewda@sunlife.com |
| bvoege@sunamerica.com | alex.secord@sunlife.com | leo.saraceno@sunlife.com |
| bwiese@sunamerica.com | alexandra.zvarich@sunlife.com | manh.pham@sunlife.com |
| cpalumbo@sunamerica.com | amy.fichtenkort@sunlife.com | marc.hurley@sunlife.com |
| d.lew@sunamerica.com | andrew.creedon@sunlife.com | mark.prouty@sunlife.com |
| dgero@sunamerica.com | antonio.garcesii@sunlife.com | matt.zibell@sunlife.com |
| elavender@sunamerica.com | art.baril@sunlife.com | michael.aroian@sunlife.com |
| jadidjaja@sunamerica.com | ashley.smith@sunlife.com | michael.bjelic@sunlife.com |
| james.lee@sunamerica.com | bill_stout@sunlife.com | mike.savage@sunlife.com |
| jbaxter@sunamerica.com | bonnie.ward@sunlife.com | mike_labrinos@sunlife.com |
| jbelardi@sunamerica.com | brad_rubin@sunlife.com | min.he@sunlife.com |
| jmerchant@sunamerica.com | brett.pacific@sunlife.com | mona.yee@sunlife.com |
| jmonaghan@sunamerica.com | caris_cheung@sunlife.com | neil.osullivan@sunlife.com |
| jmosier@sunamerica.com | christopher.laird@sunlife.com | olesya.zhovtanetska@sunlife.com |
| john.massey@sunamerica.com | cnork@sunlife.com | padraic.kiernan@sunlife.com |
| jramsay@sunamerica.com | dan.hess@sunlife.com | paola.decegama@sunlife.com |
| jrisner@sunamerica.com | david.belanger@sunlife.com | patrick_blais@sunlife.com |
| jrushin@sunamerica.com | david.fletcher@sunlife.com | paul.elwood@sunlife.com |
| jwintrob@sunamerica.com | david.medeiros@sunlife.com | paul.sinclair@sunlife.com |
| kchung@sunamerica.com | deborah_foss@sunlife.com | peng.zhou@sunlife.com |
| kforte@sunamerica.com | denver_smith@sunlife.com | peter_crocco@sunlife.com |
| khonig@sunamerica.com | derek.granger@sunlife.com | rick_gable@sunlife.com |
| kmurphy@sunamerica.com | elisabeth.colleran@sunlife.com | rick_gordon@sunlife.com |
| kweeger@sunamerica.com | eric.elg@sunlife.com | robert.sweeney@sunlife.com |
| mbeaulieu@sunamerica.com | eric.granat@sunlife.com | robert.veno@sunlife.com |
| mjackson@sunamerica.com | esther.onoja@sunlife.com | rzilb@sunlife.com |
| mreagan@sunamerica.com | eugene_lundrigan@sunlife.com | sancho.chan@sunlife.com |
| nkelly@sunamerica.com | evan.moskovit@sunlife.com | sara.alvarado@sunlife.com |
| pma@sunamerica.com | felix.mednikov@sunlife.com | sean.craven@sunlife.com |
| pmcmillan@sunamerica.com | gail.hosselbarth@sunlife.com | srbui.seferian@sunlife.com |
| rramirez@sunamerica.com | geoff.cardner@sunlife.com | stephen.r.white@sunlife.com |
| sbenitez@sunamerica.com | gerald.charlette@sunlife.com | steve.kelley@sunlife.com |

steve.morris@sunlife.com
steven.cooper@sunlife.com
steven.theofanis@sunlife.com
steven.wyman@sunlife.com
sylvia.vyrostko@sunlife.com
terri.warren@sunlife.com
terry.tsui@sunlife.com
tim.monahan@sunlife.com
tom.pedulla@sunlife.com
william.mercer@sunlife.com
wilson.ho@sunlife.com
wong2@sunlife.com
urs.edward.blattmann@sunrise.ch
fumiyoshi_mano@suntory.co.jp
kenichi_takamura@suntory.co.jp
manabu_matsumoto@suntory.co.jp
takayuki_funatsu@suntory.co.jp
tiseki@suntory.com
tsutomu_maeda@suntory.co.jp
yoshiteru_ishikawa@suntory.co.jp
adam.white@suntrust.com
amy.creason@suntrust.com
andy.richman@suntrust.com
angela.crews@suntrust.com
bettie.hilliard@suntrust.com
brian.cann@suntrust.com
brian.gaither@suntrust.com
brian.haas@suntrust.com
brian.harhai@suntrust.com
brian.horwitt@suntrust.com
ces.illustre@suntrust.com
chip.johnson@suntrust.com
chris.hett@suntrust.com
david.hippchen@suntrust.com
donna.nance@suntrust.com
eduardo.piedra@suntrust.com
ellen.koebler@suntrust.com
gay.cash@suntrust.com
hance.thurston@suntrust.com
jack.purcell@suntrust.com
jason.bohrer@suntrust.com
john.fisher@suntrust.com
john.reid@suntrust.com
jonathan.nace@suntrust.com
julia.hale@suntrust.com
khoa.a.tran@suntrust.com
lara.hall@suntrust.com
lori.armocida@suntrust.com
margaret.dempster@suntrust.com
mark.brommer@suntrust.com
mark.christman@suntrust.com
matthew.davlin@suntrust.com
michael.sasser@suntrust.com
michele.thompson@suntrust.com
neil.roner@suntrust.com
nicholas.luzecky@suntrust.com
nicholas.ramm@suntrust.com
paul.thompson@suntrust.com
phil.niehaus@suntrust.com
phillip.rogers@suntrust.com

robert.j.williams@suntrust.com
robert.lynn@suntrust.com
robert.parkinson@suntrust.com
robert.partlow@suntrust.com
seth.sprague@suntrust.com
shirley.banes@suntrust.com
steve.brasier@suntrust.com
sundeep.dhaliwal@suntrust.com
tesha.winslow@suntrust.com
tony.brown@suntrust.com
wayne.calvert@suntrust.com
tuck.reed@suntrustmortgage.com
francois.verveur@suravenir.fr
hiroaki.momose@surugabank.co.jp
kazuo.yuyama@surugabank.co.jp
masaki.shibuya@surugabank.co.jp
riyouzo.iknoshita@surugabank.co.jp
seiji.inui@surugabank.co.jp
tetsu.itou@surugabank.co.jp
tsunemitsu.kosuge@surugabank.co.jp
ymn0498@surugabank.co.jp
yoshitake.anzai@surugabank.co.jp
sdeva@susqbanc.com
bruno.wuethrich@suva.ch
christoph.amiet@suva.ch
christophe.ollier@suva.ch
daniel.bieri@suva.com
daniel.hutter@suva.ch
herbert.kupferschmied@suva.ch
hilmar.langensand@suva.ch
hubert.niggli@suva.ch
hug@suva.ch
markus.ostrowski@suva.ch
peter.blum.pbb@suva.ch
urs.meister@suva.ch
ggroothuis@svb.nl
marijkedaamen@svb.nl
mwillems@svb.nl
albert.ohandjanians@s-versicherung.at
alfred.neimke@s-versicherung.at
andreas.schindler@s-versicherung.at
raimund.korherr@s-versicherung.co.at
reza.kazemi@s-versicherung.at
richard.weiland@s-versicherung.co.at
sabine.heidrich@s-versicherung.at
cjeruzal@svmonline.com
cmclean@svmonline.co.uk
ddodds@svmonline.co.uk
drobertson@svmonline.com
hcuthbert@svmonline.com
hkilpatrick@svmonline.com
mcampbell@svmonline.com
mlawson@svmonline.co.uk
nveitch@svmonline.com
sdorward@svmonline.com
gbraylovskiy@svpglobal.com
angelika.wehl@sv-versicherungen.de
sven.simon@sv-versicherungen.de
egamboa@sw.com
milo.bajic@swarovski.com

nicola.scampoli@swarovski.com
susanne.ramer@swarovski.com
dpisarkiewicz@swbank-stl.com
kkane@swbank-stl.com
twdap@swbell.net
anderson@swcorp.org
arnoldj@swcorp.org
bensont@swcorp.org
brewerk@swcorp.org
byrnem@swcorp.org
castillor@swcorp.org
debreem@swcorp.org
elliottb@swcorp.org
foxb@swcorp.org
garnerd@swcorp.org
gossj@swcorp.org
griffink@swcorp.org
haj@swcorp.org
horakb@swcorp.org
jarvelak@swcorp.org
petersonc@swcorp.org
robertsonm@swcorp.org
schiesss@swcorp.org
shic@swcorp.org
smithb@swcorp.org
turnerb@swcorp.org
wilsonz@swcorp.org
anders.durling@swedbank.com
anders.ekedahl@swedbank.com
anders.granstrand@swedbank.com
anders.granstrand@swedbank.se
anders.hamnmark@swedbank.se
anna.jegnell@swedbank.com
anna.von.knorring@swedbank.se
anneli.brummer@swedbank.com
anne-soife.murphy@swedbank.com
annika.wijkstrom@swedbank.com
ann-marie.karlsson@swedbank.se
asa.avestedt@swedbank.com
asa.zernig@swedbank.se
birgitte.bonnesen@swedbank.com
carl.beyer@swedbank.com
cavin.o"driscoll@swedbank.com
christer.ahlquist@swedbank.com
christina.lindell@swedbank.com
eric.stjernstrom@swedbank.com
erik.stjernstrom@swedbank.se
eriksson.henrik@swedbank.com
eva.sohlman-knave@swedbank.com
f.karisson@swedbank.com
fredrik.andersson@swedbank.com
fredrik.thulin@swedbank.com
gill.nacksten-marcusson@swedbank.se
hakan.borgedahl@swedbank.com
hans.jansson@swedbank.com
henrik.grunditzs@swedbank.com
henrik.holmin@swedbank.com
ida.lindgren@swedbank.com
inger.standanger@swedbank.se
jan.lundquist@swedbank.com

jan.o.andersson@swedbank.com
jenny.malmstrom@swedbank.se
jens.isaksson@swedbank.com
jim.linford@swedbank.com
john.matthews@swedbank.com
jonny.sylven@swedbank.com
julian.daley@swedbank.com
karl-johan.lundin@swedbank.com
kristina.melin@swedbank.com
lars.a.persson@swedbank.com
lars.lundquist@swedbank.com
ludvig.uddeholt@swedbank.com
magnus.leijon@swedbank.se
magnus.ljungblad@swedbank.se
marcus.ostman@swedbank.com
margarita.salcedo@swedbank.com
maria.lundell@swedbank.com
martin.rydin@swedbank.se
micael.johansson@swedbank.com
neal.meacham@swedbank.com
niclas.lennartsson@swedbank.com
nikki@swedbank.com
nilla.skallstrom@swedbank.com
olev.trygg@swedbank.com
oringstrom@swedbank.se
patrik.ragan@swedbank.se
patrik.zedendahl@swedbank.com
per.aspegren@swedbank.com
per.aspegren@swedbank.se
per.eklund@swedbank.com
per.forsgren@swedbank.com
per.hoglund@swedbank.com
per-olof.uppeke@swedbank.com
peter.hulqvist@swedbank.com
petter.westlye@swedbank.com
rickard.skogsfors@swedbank.com
robin.ghosal@swedbank.com
sgoldberg@swedbank.com
sofia.branfelt@swedbank.se
stefan.elofsson@swedbank.com
thomas.beckman@swedbank.com
ulf.lindqvist@swedbank.com
anders.dahl@swedbankrobur.se
anders.p.ramsten@swedbankrobur.se
bjarne.persson@swedbankrobur.se
carl-fredrik.lorenius@swedbankrobur.se
christer.engel@swedbankrobur.se
david.stenlund@swedbankrobur.se
elena.loven@swedbankrobur.se
elisabet.nathhorst@swedbankrobur.se
fredrik.mattsson@swedbankrobur.se
fredrik.myren@swedbankrobur.se
giovanni.polastri@swedbankrobur.se
goran.villner@swedbankrobur.se
hans.lindh@swedbankrobur.se
henrik.sandell@swedbankrobur.se
hugo.lewne@swedbankrobur.se
ingrid.albinsson@swedbankrobur.se
jacob.gemmel@swedbankrobur.se
jan.brunn@swedbankrobur.se

johan.b.sandberg@swedbankrobur.se
johan.elmquist@swedbankrobur.se
johan.eriksson@swedbankrobur.se
johan.strand@swedbankrobur.se
jonas.palmqvist@swedbankrobur.se
jonas.ulvsback@swedbankrobur.se
jonas.victorsson@swedbankrobur.se
jorgen.olofsson@swedbankrobur.se
kristofer.barrett@swedbankrobur.se
magnus.bakke@swedbankrobur.se
magnus.henjeby@swedbankrobur.se
maria.ljungqvist.marti@swedbankrobur.se
marten.larsson@swedbankrobur.se
mats.waldemarsson@swedbankrobur.se
niklas.larsson@swedbankrobur.se
paula.treutiger@swedbankrobur.se
per.griberg@swedbankrobur.se
per.lilja@swedbankrobur.se
per.solvin@swedbankrobur.se
peter.abelin@swedbankrobur.se
peter.lingen@swedbankrobur.se
rikard.forssmed@swedbankrobur.se
sara.arfwidsson@swedbankrobur.se
sebastian.arslanogullari@swedbankrobur.se
staffan.knafve@swedbankrobur.se
stefan.franzen@swedbankrobur.se
therese.larsson@swedbankrobur.se
thomas.karlsson@swedbankrobur.se
ulrika.enhorning@swedbankrobur.se
aaron.stakston@swib.state.wi.us
adam.ault@swib.state.wi.us
albert.rauch@swib.state.wi.us
alex.wilson@swib.state.wi.us
barbara.hauge@swib.state.wi.us
bill.mccorkle@swib.state.wi.us
brian.heimsoth@swib.state.wi.us
bruce.johnson@swib.state.wi.us
carissa.callison@swib.state.wi.us
cecilia.silver@swib.state.wi.us
chad.neumann@swib.state.wi.us
chirag.gandhi@swib.state.wi.us
chongyu.hua@swib.state.wi.us
dan.jenkins@swib.state.wi.us
daryl.moe@swib.state.wi.us
david.villa@swib.state.wi.us
dean.martin@swib.state.wi.us
dewalbv@swib.state.wi.us
diane.linn@swib.state.wi.us
doug.adler@swib.state.wi.us
equitiesmeetings@swib.state.wi.us
felipe.moreno@swib.state.wi.us
hungja@swib.state.wi.us
ian.calame@swib.state.wi.us
jackie.doeler@swib.state.wi.us
james.gannon@swib.state.wi.us
jason.schultz@swib.state.wi.us
jeff.lucas@swib.state.wi.us
jeffery.rahm@swib.state.wi.us
jesse.haifley@swib.state.wi.us
joe.woerner@swib.state.wi.us

john.dobson@swib.state.wi.us
john.lahman@swib.state.wi.us
john.nelson@swib.state.wi.us
joy.mukherjee@swib.state.wi.us
judy.yu@swib.state.wi.us
kathy.sanford@swib.state.wi.us
kelli.harris@swib.state.wi.us
kevin.markgraf@swib.state.wi.us
kirk.fox@swib.state.wi.us
kishor.agrawal@swib.state.wi.us
leesj@swib.state.wi.us
liendk@swib.state.wi.us
lina.bandyopadhyay@swib.state.wi.us
lisa.winer@swib.state.wi.us
martha.truog@swib.state.wi.us
marti.dishowitz@swib.state.wi.us
mary.micheels@swib.state.wi.us
michael.harmelink@swib.state.wi.us
monica.jaehnig@swib.state.wi.us
nancy.mccartan@swib.state.wi.us
nicholas.stanton@swib.state.wi.us
rick.petran@swib.state.wi.us
robert.beggs@swib.state.wi.us
robert.severance@swib.state.wi.us
sandeep.brion@swib.state.wi.us
sarah.weis@swib.state.wi.us
tami.rosemeyer@swib.state.wi.us
thomas.freeman@swib.state.wi.us
tilly.steinbeck@swib.state.wi.us
todd.ludgate@swib.state.wi.us
todd.smith@swib.state.wi.us
travejr@swib.state.wi.us
trish.reopelle@swib.state.wi.us
valata.dewalt@swib.state.wi.us
wagnema@swib.state.wi.us
harry.thurairatnam@swift.com
lorraine.esposito@swift.com
richard.chilton@swift.com
russell.jones@swift.com
alan.thompson@swip.com
alison.drackford@swip.com
amelia.taylor@swip.com
andrew.ness@swip.com
arran.craig@swip.com
arun.sarwal@swip.com
bill.bulloch@swip.com
cameron.tod@swip.com
caroline.silander@swip.com
catie.wearmouth@swip.com
chris.clarke@swip.com
chris.fontenla@swip.com
christopher.bamberry@swip.com
christopher.hislop@swip.com
cindy.mccarron@swip.com
colin-j.beveridge@swip.com
craig.inches@swip.com
craig.veysey@swip.com
darren.j.mcconachie@swip.com
david.keir@swip.com
dean.buckley@swip.com

| | | |
|---|---|---|
| demie.demetriou@swip.com | vicky.watson@swip.com | pia.nyholm@swipartnership.co.uk |
| divya.mathur@swip.com | vikas.chopra@swip.com | richard.dingwall-smith@swipartnership.co.uk |
| fraser.laird@swip.com | alan.reid@swipartnership.co.uk | richard.dunbar@swipartnership.co.uk |
| gareth.quantrill@swip.com | andrew.fraser@swipartnership.co.uk | robert.forrest@swipartnership.co.uk |
| garry.williams@swip.com | andrew.herberts@swipartnership.co.uk | rory.hammerson@swipartnership.co.uk |
| gillian.mccall@swip.com | andrew.november@swipartnership.co.uk | sandy.naim@swipartnership.co.uk |
| graeme.caughey@swip.com | andy.frepp@swipartnership.co.uk | sebastian.mackay@swipartnership.co.uk |
| graeme.troy@swip.com | andy.gray@swipartnership.co.uk | simon.moss@swipartnership.co.uk |
| graham.wood@swip.com | andy.playle@swipartnership.co.uk | steven.aitken@swipartnership.co.uk |
| gregor.macdonald@swip.com | anne.fraser@swipartnership.co.uk | steven.logan@swipartnership.co.uk |
| greig.bryson@swip.com | anne.hetherington@swipartnership.co.uk | steven.maxwell@swipartnership.co.uk |
| guy.skinner@swip.com | anne-marie.main@swipartnership.co.uk | stewart.cowe@swipartnership.co.uk |
| harry.mackinnon@swip.com | ben.ebert@swipartnership.co.uk | stewart.mcmillan@swipartnership.co.uk |
| heather.clayton@swip.com | bryan.mcmorrine@swipartnership.co.uk | suhail.arain@swipartnership.co.uk |
| heather.mckay@swip.com | buckett.leslie@swipartnership.co.uk | tim.butcher@swipartnership.co.uk |
| helen.brodison@swip.com | caroline.ely@swipartnership.co.uk | tim.scholefield@swipartnership.co.uk |
| ian.hally@swip.com | chris.hegarty@swipartnership.co.uk | tony.foster@swipartnership.co.uk |
| ian.panton@swip.com | chris.scott@swipartnership.co.uk | tony.mather@swipartnership.co.uk |
| ian.tabberer@swip.com | chrisann.morrison@swipartnership.co.uk | tony.whalley@swipartnership.co.uk |
| ian.vose@swip.com | colin.burt@swipartnership.co.uk | wendy.russell-hall@swipartnership.co.uk |
| ingrid.pino@swip.com | david.urch@swipartnership.co.uk | william.blair@swipartnership.co.uk |
| james.clunie@swip.com | donald.aiken@swipartnership.co.uk | nikki.blues@swippartnership.co.uk |
| janetta.chung@swip.com | douglas.kerr@swipartnership.co.uk | hansjoerg.kaser@mhs.swissbank.com |
| johnny.russell@swip.com | douglas.mcphail@swipartnership.co.uk | aholzgang@swissca.ch |
| juan.valenzuela@swip.com | duncan.sutherland@swipartnership.co.uk | dallan@swissca.co.uk |
| kaori.ishii@swip.com | duncan.thomson@swipartnership.co.uk | daniel.wuermli@swissca.ch |
| kathleen.dewandeleer@swip.com | fabrice.sendra@swipartnership.co.uk | dhunziker@swissca.ch |
| kim.catechis@swip.com | francoise.watson@swipartnership.co.uk | dmilne@swissca.co.uk |
| laurent.frings@swip.com | frank.chen@swipartnership.co.uk | gfischer@swissca.ch |
| lisa.rose@swip.com | frazer.barrie@swipartnership.co.uk | gmills@swissca.co.uk |
| luke.hickmore@swip.com | hilary.kermode@swipartnership.co.uk | michelle.linder@swissca.ch |
| mairi.main@swip.com | iain.havard@swipartnership.co.uk | msouthgate@swissca.co.uk |
| malcolm.reid@swip.com | jeff.casson@swipartnership.co.uk | nhowes@swissca.co.uk |
| mark.wilkie@swip.com | jeff.king@swipartnership.co.uk | pbaenziger@swissca.ch |
| mark@swip.com | jennifer.douglas@swipartnership.co.uk | pmeier@swissca.ch |
| martin.todd@swip.com | jennifer.gillespie@swipartnership.co.uk | rsahli@swissca.ch |
| maureen.hemphill@swip.com | joel.marks@swipartnership.co.uk | alain.waber@swisscanto.ch |
| michael.wassermann@swip.com | john.bale@swipartnership.co.uk | alex.schoeb@swisscanto.ch |
| mike.mcnaught-davis@swip.com | john.lyons@swipartnership.co.uk | alexandra.jung@swisscanto.ch |
| mikiko.abe@swip.com | ken.adams@swipartnership.co.uk | alexandra.kuenzi@swisscanto.ch |
| mohammed.zaidi@swip.com | lesley.o'neill@swipartnership.co.uk | andreas.waeger@swisscanto.ch |
| neil.falconer@swip.com | lisa.farrall@swipartnership.co.uk | beat.gerber@swisscanto.ch |
| neil.fawcett@swip.com | mark.munro@swipartnership.co.uk | ben.hauzenberger@swisscanto.ch |
| nicholas.duncan@swip.com | mark.phillips@swipartnership.co.uk | bettina.rheinberger@swisscanto.ch |
| nick.millington@swip.com | mark.venerus@swipartnership.co.uk | blaise.roduit@swisscanto.ch |
| patricia.wilson@swip.com | mary.nnachi@swipartnership.co.uk | chi.tran@swisscanto.ch |
| richard.patterson@swip.com | michael.smith@swipartnership.co.uk | christian.takushi@swisscanto.ch |
| risto.oja@swip.com | murray.scott@swipartnership.co.uk | daniel.wuermli@swisscanto.ch |
| robert.waugh@swip.com | name.surname@swipartnership.co.uk | denise.gugerli@swisscanto.ch |
| rod.davidson@swip.com | neil.mackay@swipartnership.co.uk | dieter.galli@swisscanto.ch |
| ross.olusanya@swip.com | neil.murray@swipartnership.co.uk | florian.esterer@swisscanto.ch |
| russell.peddie@swip.com | nick.mcleod-clark@swipartnership.co.uk | flurin.joller@swisscanto.ch |
| sean.phayre@swip.com | nick.owen@swipartnership.co.uk | frederik.vonameln@swisscanto.ch |
| simon.hunter@swip.com | nick.thompson@swipartnership.co.uk | gerhard.wagner@swisscanto.ch |
| siobhan.laing@swip.com | ominder.dhillon@swipartnership.co.uk | hans.frey@swisscanto.ch |
| stephen.dry@swip.com | peter.cockburn@swipartnership.co.uk | hansueli.gasser@swisscanto.ch |
| stephen.hall@swip.com | peter.dorward@swipartnership.co.uk | heinrich.flueckiger@swisscanto.ch |
| stuart.mcmaster@swip.com | peter.glynne-percy@swipartnership.com | jerome.benathan@swisscanto.ch |
| stuart.steven@swip.com | philip.chappell@swipartnership.co.uk | karl.stettler@swisscanto.ch |
| tim.dickson@swip.com | philip.rose@swipartnership.co.uk | klaus.goeggelmann@swisscanto.ch |

michael.bretscher@swisscanto.ch
mike.dang@swisscanto.ch
mirko.santucci@swisscanto.ch
mondher.bettaieb-loriot@swisscanto.ch
pascal.schuler@swisscanto.ch
patrik.scheuber@swisscanto.ch
peter.braendle@swisscanto.ch
peter.gachnang@swisscanto.ch
peter.reinmuth@swisscanto.ch
peter.stenz@swisscanto.ch
phirt@swisscanto.ch
reto.niggli@swisscanto.ch
sebastian.felsch@swisscanto.ch
stefan.eichenberger@swisscanto.ch
sule.kusogullari@swisscanto.ch
thomas.haerter@swisscanto.ch
thomas.watter@swisscanto.ch
thomas.zbinden@swisscanto.ch
cronenberghs@swisscap.com
merlini@swisscap.com
montezin@swisscap.com
patelli@swisscap.com
salatti@swisscap.com
sedleger@swisscap.com
topatigh@swisscap.com
joaol@swisscapital.net
christian.lach@swissfirst.ch
dallas.webb@swissfirst.ch
daniel.biedermann@swissfirst.ch
davide.costantini@swissfirst.ch
felicia.reed@swissfirst.ch
frank.rauber@swissfirst.ch
jean-philippe.bertschy@swissfirst.ch
marco.massarotti@swissfirst.ch
martin.muenchbach@swissfirst.ch
rene.schmidli@swissfirst.ch
roland.maier@swissfirst.ch
stephan.meier@swissfirst.ch
stephan.troxler@swissfirst.ch
thomas.maag@swissfirst.ch
thomas.matter@swissfirst.ch
toni.tomasone@swissfirst.ch
verena.kamer@swissfirst.ch
bauer@swissfp.com
bausch@swissfp.com
lahaut@swissfp.com
anita@swissinv.com
gilles.wormser@swissinv.com
peter@swissinv.com
andreas.vonsalis@swisslife.ch
anna.magnusson@swisslife.de
carlo.germana@swisslife.ch
christoph.curtius@swisslife.ch
christoph.riedi@swisslife.ch
daniel.debernardis@swisslife.ch
dieter.baumann@swisslife.ch
kirsten.gut@swisslife.ch
markus.arn@swisslife.ch
martin.senn@swisslife.ch
oliver.oberlach@swisslife.ch

patrick.frost@swisslife.ch
philip.chan@swisslife.ch
philipp.galliker@swisslife.ch
philippe.reichlin@swisslife.ch
rolf.jufer@swisslife.ch
rudolf.keller@swisslife.ch
rudolf.suter@swisslife.ch
ruth.grob@swisslife.ch
tanco.ong@swisslife.ch
volkmar.ritter@swisslife.ch
abhishek_maheshwari@swissre.com
adam_fusco@swissre.com
adolf_decurtins@swissre.com
adrian_halter@swissre.com
adrian_ricketts@swissre.com
alan_niederer@swissre.com
alban_fauchere@swissre.com
albert_papa@swissre.com
alexander_choniski@swissre.com
alison_barbi@swissre.com
amelia_lorenzo@swissre.com
andre_keller@swissre.com
andre_moutenot@swissre.com
andreas_graf@swissre.com
andreas_hillebrand@swissre.com
andreas_weber@swissre.com
andreasdaniel_knecht@swissre.com
andrew_chai@swissre.com
annie_tran@swissre.com
anthony_cinquemani@swissre.com
baris_pinar@swissre.com
beat_luethi@swissre.com
benjamin_ho@swissre.com
benjamin_meuli@swissre.com
benjamin_weidmann@swissre.com
benno_flury@swissre.com
brian_rosenblum@swissre.com
brian_trust@swissre.com
britta_rendlen@swissre.com
bruno_letsch@swissre.com
bryan_niggli@swissre.com
caius_ng@swissre.com
caspar_benz@swissre.com
catherine_ehrlich@swissre.com
cengiz_kayihan@swissre.com
chris_weihs@swissre.com
christian_bausch@swissre.com
christian_meienberger@swissre.com
christian_schmidt@swissre.com
christina_morillo@swissre.com
christine_soenning@swissre.com
christoph_schneider@swissre.com
christopher.squillante@swissre.com
claus_huber@swissre.com
daniel_andris@swissre.com
daniel_gelinas@swissre.com
daniel_groleau@swissre.com
daniel_koepfer@swissre.com
daniel_sun@swissre.com
david_godfrey@swissre.com

david_murphy@swissre.com
david_oloan@swissre.com
davide_crippa@swissre.com
davide_guidicelli@swissre.com
dieter_dobmeier@swissre.com
dietmar_petroll@swissre.com
dominique_zenruffinen@swissre.com
edith_paetzold@swissre.com
edith_patzold@swissre.com
elizabeth_wesson@swissre.com
elliot_katz@swissre.com
elliot_wittlin@swissre.com
eric_hyde@swissre.com
eric_thorlacius@swissre.com
esther_baur@swissre.com
eva_durnermeyer@swissre.com
fabio_robbiani@swissre.com
felix_niederer@swissre.com
felix_stutz@swissre.com
florian_burkhardt@swissre.com
florian_komac@swissre.com
francesca_seegy@swissre.com
frank_ronan@swissre.com
fred_tillman@swissre.com
frederic_mathier@swissre.com
gabriela_stadler@swissre.com
geof_pelger@swissre.com
giacomo_balzarini@swissre.com
giovanni_villanueva@swissre.com
giuseppe_magnano@swissre.com
gloria_vogel@swissre.com
goran_kaiblinger@swissre.com
gordon_boozer@swissre.com
gregor_mast@swissre.com
guido_rust@swissre.com
hanspeter_haessig@swissre.com
harold_weiss@swissre.com
heid_chan@swissre.com
heidi_turner@swissre.com
heike_halsinger@swissre.com
heinz_pfister@swissre.com
honluong_ly@swissre.com
hyde_chow@swissre.com
iordanis_chatziprodromou@swissre.com
irene_luelingduffy@swissre.com
isabelle_armanville@swissre.com
jacques_aigrain@swissre.com
james_molloy@swissre.com
james_tayler@swissre.com
jamie_kudrako@swissre.com
jan_jaeger@swissre.com
jenny_allan@swissre.com
jenny_slater@swissre.com
jerome_haegeli@swissre.com
joe_higgins@swissre.com
john_barrasso@swissre.com
john_davidson@swissre.com
jonas_misteli@swissre.com
jonas_vonoldenskioeld@swissre.com
joseph.hissong@swissre.com

juerg_hess@swissre.com
juerg_steiger@swissre.com
juergalexander_gutzwiller@swissre.com
juergen_mueller@swissre.com
kathrin_schriber@swissre.com
kerry_obrien@swissre.com
kevin_higgins@swissre.com
konstantin_stoev@swissre.com
kristina_schnyder@swissre.com
kummy_wan@swissre.com
kurt_haueter@swissre.com
kurt_karl@swissre.com
kurt_zihlmann@swissre.com
larry_ward@swissre.com
linda_leisengang@swissre.com
lisa_monaco@swissre.com
llewellyn_connolly@swissre.com
luis_reyna@swissre.com
mahmoud_elshaer@swissre.com
marc_fussteig@swissre.com
marc_radice@swissre.com
marcos_baer@swissre.com
maria_custer@swissre.com
mark_knight@swissre.com
mark_mccarthy@swissre.com
mark_meenan@swissre.com
marko_duvnjak@swissre.com
markus_eugster@swissre.com
markus_feurstein@swissre.com
martin_ramseyer@swissre.com
matthew_stone@swissre.com
matthias_vonschumacher@swissre.com
melanie_santos@swissre.com
melissa_mayorga@swissre.com
michael_brendle@swissre.com
michael_dudek@swissre.com
michael_gubser@swissre.com
michael_notaro@swissre.com
michael_stimpfle@swissre.com
mike_hammer@swissre.com
mike_minnich@swissre.com
milos_vujanic@swissre.com
mirjam_trachsel@swissre.com
monika_kollerurben@swissre.com
nehal_patel@swissre.com
niels_slikker@swissre.com
oliver_wolfensberger@swissre.com
owen_deane@swissre.com
pascal_zbinden@swissre.com
patrick_andreatta@swissre.com
patrick_scherrer@swissre.com
patrick_wendt@swissre.com
pattra_piriyapoksombut@swissre.com
paul_cooley@swissre.com
paulandrew_cannon@swissre.com
peter_leffler@swissre.com
peter_middelkamp@swissre.com
peter_reichenbach@swissre.com
philip-wright@swissre.com
polly_kolotas@swissre.com

randy_goodleaf@swissre.com
reinhard_eckl@swissre.com
rich_fitzsimons@swissre.com
richard_tanner@swissre.com
robin_bircher@swissre.com
rodney_scholten@swissre.com
rolf_ehrensberger@swissre.com
ronnie_mueller@swissre.com
salvatore_amato@swissre.com
sandro_galfetti@swissre.com
scott_knapp@swissre.com
sebastian_wernli@swissre.com
sheldon_ross@swissre.com
siamak_izadkia@swissre.com
stephan_eugster@swissre.com
stephane_boisier@swissre.com
stephen_deletto@swissre.com
steve_olentine@swissre.com
steve_triantafilidis@swissre.com
steven_bachman@swissre.com
steven_lin@swissre.com
steven_wolcott@swissre.com
strategy_development@swissre.com
sven_kaiser@swissre.com
tanjaangiola_minella@swissre.com
tauno_loertscher@swissre.com
thomas_farmakis@swissre.com
thomas_graf@swissre.com
thomas_michel@swissre.com
thomas_rothenberger@swissre.com
thomas_schaub@swissre.com
timothy_daggett@swissre.com
todd_cooper@swissre.com
tony_arnese@swissre.com
tyler_ratcliffe@swissre.com
uwe_carl@swissre.com
uweeberhard_remy@swissre.com
verena_zollikofer@swissre.com
vidmantas_pleta@swissre.com
vincent.matsui@swissre.com
walid_bacha@swissre.com
wesley_clifton@swissre.com
xin_fu@swissre.com
yin_chan@swissre.com
yuan_zhou@swissre.com
yvette_becker@swissre.com
zurich_otc@swissre.com
sandner.guenter@swm.de
dcastillo@swst.com
dheidkamp@swst.com
dleland@swst.com
ffellows@swst.com
gluskie@swst.com
jbohnsack@swst.com
kpugliani@swst.com
mgrant@swst.com
mritchie@swst.com
pprice@swst.com
rnash@swst.com
sjagannathan@swst.com

sochel@swst.com
gail.russell@syb.com
mark.holloway@syb.com
nancy.davis@syb.com
anil_phull@symantec.com
charles_rice@symantec.com
christopher_koshiyama@symantec.com
derek_groff@symantec.com
dora_jiang@symantec.com
guojun_chu@symantec.com
heli_erickson@symantec.com
imiranda@symantec.com
jeanmarie_reahl@symantec.com
john_staudenraus@symantec.com
julie_liang@symantec.com
priti_kartik@symantec.com
rossini_stotomas@symantec.com
rowena_lynn@symantec.com
sandeep_varma@symantec.com
sschamel@symantec.com
sshin@symantec.com
taylor_adams@symantec.com
tony_siytangco@symantec.com
veena_avadhanam@symantec.com
ahamilton27@sympatico.ca
andrea.pastorelli@symphonia.it
angelo.abbondio@symphonia.it
luca.corti@symphonia.it
marco.bartolomei@symphonia.it
roberto.cucchetti@symphonia.it
silvia.merendoni@symphonia.it
info@synchrony.ch
jerome.spichiger@synchrony.ch
samuel.guillet@synchrony.ch
stephane.croisier@synchrony.ch
dakemadray@synovus.com
gregpolk@synovus.com
jeremyknezek@synovus.com
jimdorwaldt@synovus.com
jodylowery@synovus.com
lensexton@synovus.com
lizdavis@synovus.com
meredithwatson@synovus.com
mikewienckowski@synovus.com
patreynolds@synovus.com
rickbotthof@synovus.com
timothystrickland@synovus.com
aaronyoder@synovusmortgage.com
davidsmith@synovusmortgage.com
toddcheney@synovusmortgage.com
jhattesrley.sypa@syorks-ja.gov.uk
anders.soderlund@systembolaget.se
alexandre.jaloux@szkb.ch
jeanpierre.hunziker@szkb.ch
juerg.ruf@szkb.ch
roland.kaelin@szkb.ch
tbc@t.com
tbc@t.t
barbara.plato@t_mobil.de
tanabe@t3.rim.or.jp

| | | |
|---|---|---|
| ashleylong@tagfolio.com | kato_koichi@takeda.co.jp | catalan.aa@tbcam.com |
| bobcalhoun@tagfolio.com | nagase_yoshinori@takeda.co.jp | chan.m@tbcam.com |
| carolynrphipps@tagfolio.com | nakajima_yasushi@takeda.co.jp | cheng.pk@tbcam.com |
| cindygillespie@tagfolio.com | okumura_masumi@takeda.co.jp | clark.am@tbcam.com |
| denisequigley@tagfolio.com | yukishige_koichi@takeda.co.jp | cmkang@tbcam.com |
| ericharper@tagfolio.com | rjle@tao.sainsburys.co.uk | corrado.jm@tbcam.com |
| kathleenwebster@tagfolio.com | anna.vaananen@tapiola.fi | costello.we@tbcam.com |
| kevingirts@tagfolio.com | ari.luukkonen@tapiola.fi | cronan.km@tbcam.com |
| larisadakhis@tagfolio.com | hanna.hiidenpalo@tapiola.fi | curran.l@tbcam.com |
| martymartin@tagfolio.com | jari.eklund@tapiola.fi | daglio.da@tbcam.com |
| mehmetcamurdan@tagfolio.com | jari.jarvinen@tapiola.fi | deboever.cf@tbcam.com |
| michellejohnson@tagfolio.com | jonna.pursiainen@tapiola.fi | decristofaro.j@tbcam.com |
| mickeyelliott@tagfolio.com | jyrki.makela@tapiola.fi | diamond.ag@tbcam.com |
| mikeandreessen@tagfolio.com | kari.pihkala@tapiola.fi | dishop.mp@tbcam.com |
| mlivingston@tagfolio.com | lippo.suominen@tapiola.fi | duncan.br@tbcam.com |
| parhambehrooz@tagfolio.com | marko.ojala@tapiola.fi | dutile.d@tbcam.com |
| paulbratten@tagfolio.com | markus.niinikoski@tapiola.fi | eastman.rj@tbcam.com |
| petevatev@tagfolio.com | outi.kalpio@tapiola.fi | fitzgibbon.sp@tbcam.com |
| raymatsuura@tagfolio.com | petteri.vaarnanen@tapiola.fi | forkner.km@tbcam.com |
| scottbrown@tagfolio.com | riitta.naaralainen-vallila@tapiola.fi | friedman.m@tbcam.com |
| scotteldridge@tagfolio.com | stacy.houser@target.com | gennaco.j@tbcam.com |
| shannonbrown@tagfolio.com | richard.pitre@tasitalia.com | ghublikian.ma@tbcam.com |
| shawnferrell@tagfolio.com | archi.quddus@tateandlyle.com | giannacopoulos.kp@tbcam.com |
| staceyrooney@tagfolio.com | tba@tba.com | goguen.fj@tbcam.com |
| steveedelman@tagfolio.com | tbaf@tba.com | grant.td@tbcam.com |
| susanreed@tagfolio.com | 108368@mail.tbb.com.tw | griffin.ca@tbcam.com |
| toddkuimjian@tagfolio.com | a110682@mail.tbb.com.tw | griffin.m@tbcam.com |
| tomburton@tagfolio.com | a8987@mail.tbb.com.tw | han.s@tbcam.com |
| tracylundberg@tagfolio.com | b893a@mail.tbb.com.tw | harrison.r@tbcam.com |
| yolandasparrow@tagfolio.com | dm@tbb.com.hk | hayes.cp@tbcam.com |
| swiggett@tahoeadvisors.com | eloy@mail.tbb.com.tw | henry.dk@tbcam.com |
| john.putz@tahomacapital.com | gm@tbb.com.hk | herskovitz.m@tbcam.com |
| bikram@taib.com | happyday@mail.tbb.com.tw | higgins.cm@tbcam.com |
| hamdan@taicobu.com | lisateng0327@mail.tbb.com.tw | holton.m@tbcam.com |
| h-iwasaki@taiyo-seimei.co.jp | ln1@tbb.com.hk | huang.y@tbcam.com |
| h-yamagata@taiyo-seimei.co.jp | lundytsai@mail.tbb.com.tw | hull.ra@tbcam.com |
| j-kitami@taiyo-seimei.co.jp | lyt3811@mail.tbb.com.tw | intoppa.d@tbcam.com |
| j-ujiie@taiyo-seimei.co.jp | michaelyang@mail.tbb.com.tw | israel.l@tbcam.com |
| k-sekiyama@taiyo-seimei.co.jp | tr@tbb.com.hk | jerome.dg@tbcam.com |
| k-tsujita@taiyo-seimei.co.jp | wtsai@mail.tbb.com.tw | johnson.ia@tbcam.com |
| ma-nakamura@taiyo-seimei.co.jp | yu.lin@mail.tbb.com.tw | jurik.w@tbcam.com |
| mi-yoneda@taiyo-seimei.co.jp | tbc@tbc.tbc | karen.singson@tbcam.com |
| mo-ikeda@taiyo-seimei.co.jp | abutayyoun.jm@tbcam.com | karydas.d@tbcam.com |
| n-kudou@taiyo-seimei.co.jp | bailer.j@tbcam.com | kedersha.c@tbcam.com |
| ta-takahashi@taiyo-seimei.co.jp | balanda.m@tbcam.com | khtikian.d@tbcam.com |
| t-furuya@taiyo-seimei.co.jp | bateman.p@tbcam.com | kierstead.tm@tbcam.com |
| t-hikino@taiyo-seimei.co.jp | benson.sm@tbcam.com | kilbride.sh@tbcam.com |
| t-hirao@taiyo-seimei.co.jp | bloom.e@tbcam.com | kolano.s@tbcam.com |
| t-ichibagase@taiyo-seimei.co.jp | bogar.m@tbcam.com | kuehndorf.f@tbcam.com |
| t-negama@taiyo-seimei.co.jp | bonsignore.fp@tbcam.com | ladner.sd@tbcam.com |
| t-oohori@taiyo-seimei.co.jp | bowers.r@tbcam.com | letourneau.sp@tbcam.com |
| ts-ishiad@taiyo-seimei.co.jp | boyd.jm@tbcam.com | levan.db@tbcam.com |
| t-uemura@taiyo-seimei.co.jp | brady.a@tbcam.com | lydotes.ja@tbcam.com |
| t-yamane@taiyo-seimei.co.jp | brandaleone.sk@tbcam.com | macey.jd@tbcam.com |
| t-yamashita@taiyo-seimei.co.jp | brennan.n@tbcam.com | malikowski.j@tbcam.com |
| yas-ueda@taiyo-seimei.co.jp | brooks.dl@tbcam.com | marshall.as@tbcam.com |
| y-kiyotomo@taiyo-seimei.co.jp | budny.a@tbcam.com | mcgrail.pj@tbcam.com |
| y-onoda@taiyo-seimei.co.jp | cameron.dh@tbcam.com | mcgrew.jd@tbcam.com |
| y-yokoyama@taiyo-seimei.co.jp | campbell.ba@tbcam.com | mchugh.jd@tbcam.com |
| fujishima_akira@takeda.co.jp | carpenter.ps@tbcam.com | mclaughlin.t@tbcam.com |

mead.cl@tbcam.com
miller.eg@tbcam.com
mills.b@tbcam.com
mills.s2@tbcam.com
minerva.ml@tbcam.com
morris.ra@tbcam.com
morrissey.pm@tbcam.com
mundia.dn@tbcam.com
newell.pa@tbcam.com
newman.p@tbcam.com
nguyen@tbcam.com
oconnell.km@tbcam.com
ohl.d@tbcam.com
o'neill.rj@tbcam.com
patzer.ws@tbcam.com
peruzzi.lg@tbcam.com
pescaro.r@tbcam.com
piccione.cc@tbcam.com
pires.jn@tbcam.com
piskorowski.jj@tbcam.com
prentice.jr@tbcam.com
rabelo.l@tbcam.com
rajamani.r@tbcam.com
rosa.jp@tbcam.com
rosania.rr@tbcam.com
royal.tm@tbcam.com
roychoudhury.p@tbcam.com
rubin.b@tbcam.com
ryan.aj@tbcam.com
scarbonchi.v@tbcam.com
sealy.dm@tbcam.com
selvakumar.mc@tbcam.com
sheppard.p@tbcam.com
silberstein.c@tbcam.com
silvia.aa@tbcam.com
slover.e@tbcam.com
smith.ca@tbcam.com
spoont.b@tbcam.com
stephan.md@tbcam.com
strain.bj@tbcam.com
sumner.j@tbcam.com
swords.e@tbcam.com
thayer.ep@tbcam.com
thiaw.a@tbcam.com
thieme.d@tbcam.com
threlfall.r@tbcam.com
trafton.c@tbcam.com
trukas.j@tbcam.com
truschel.je@tbcam.com
tuttle.le@tbcam.com
vogel.p@tbcam.com
vonderluft.h@tbcam.com
wakefield.tw@tbcam.com
walter.er@tbcam.com
watson.rk@tbcam.com
watts.r@tbcam.com
wehbe.r@tbcam.com
welch.j@tbcam.com
wheeler.j@tbcam.com
williamson.bw@tbcam.com

wilson.rc@tbcam.com
zeuthen.r@tbcam.com
peter.dreidel@tbfglobal.com
thybo@tbgmc.com
caroline.price@tbiplc.co.uk
gdlevitz@tbpadvisors.com
jhplunkett@tbpadvisors.com
angie@tcbank.com.tw
arielchou@tcbank.com.tw
ariellin@tcbank.com.tw
bernice.hsu@tcbank.com.tw
calvin_yeh@tcbank.com.tw
chunyi0968@tcbank.com.tw
clo925@tcbank.com.tw
eileenwei@tcbank.com.tw
huichun@tcbank.com.tw
ivanlin@tcbank.com.tw
jamieh@tcbank.com.tw
jason.chen@tcbank.com.tw
jason.yu@tcbank.com.tw
jasonting@tcbank.com.tw
jessicalin@tcbank.com.tw
lawrence.lou@tcbank.com.tw
leochen@tcbank.com.tw
lupe@tcbank.com.tw
maychen@tcbank.com.tw
meganchu@tcbank.com.tw
msing@tcbank.com.tw
rotanni@tcbank.com.tw
sadiehsu@tcbank.com.tw
sherry88233@tcbank.com.tw
william.chung@tcbank.com.tw
winson.chuang@tcbank.com.tw
alantsao@tcb-bank.com.tw
annee@tcb-bank.com.tw
chwanjau@tcb-bank.com.tw
fei-linghu@tcb-bank.com.tw
harry@tcb-bank.com.tw
hsiu-yun@tcb-bank.com.tw
jeanie@tcb-bank.com.tw
mandychen@tcb-bank.com.tw
peterhsieh@tcb-bank.com.tw
dianna@tcdrs.org
paul@tcdrs.org
winsome@tcdrs.org
hanachang@tcenterprise.com.tw
robertfuh@tcenterprise.com.tw
cdk@tchinc.com
cma@tchinc.com
fjr@tchinc.com
research@tchinc.com
sl@tchinc.com
tlt@tchinc.com
wjc@tchinc.com
aycan.aksay@tcmb.gov.tr
aydin.suat@tcmb.gov.tr
aytul.ganioglu@tcmb.gov.tr
banu.kesim@tcmb.gov.tr
disiliskiler@tcmb.gov.tr
gaye.derman@tcmb.gov.tr

ilknur.dumanli@tcmb.gov.tr
jale.ataman@tcmb.gov.tr
lale.gursu@tcmb.gov.tr
piyasa@tcmb.gov.tr
soner.aksu@tcmb.gov.tr
chris.bond@tcm-ltd.com
mark.coy@tcm-ltd.com
matthew.furr@tcm-ltd.com
mike.cameron@tcm-ltd.com
scott.rowell@tcm-ltd.com
wkeyes@tcva.com
adam.coppersmith@tcw.com
alex.stanojevic@tcw.com
allen.li@tcw.com
allyson.pfeifer@tcw.com
amanda.prentiss@tcw.com
amir.rao@tcw.com
amy.vanhoek@tcw.com
andrew.hsu@tcw.com
andrew.lee@tcw.com
andrew.park@tcw.com
anil.lalchand@tcw.com
anth.valencia@tcw.com
antonina.antonova@tcw.com
arianne.pagsisihan@tcw.com
arnold.egli@tcw.com
art.carlson@tcw.com
ayinikkat.radhakrishnan@tcw.com
barbara.vanevery@tcw.com
barbra.ongwico@tcw.com
benjamin.herrick@tcw.com
benjamin.tryon@tcw.com
betania.soto@tcw.com
blair.thomas@tcw.com
blaise.antin@tcw.com
bonnie.baha@tcw.com
bonnie.knapp@tcw.com
brandon.bond@tcw.com
brandon.gray@tcw.com
brendt.stallings@tcw.com
bret.rosen@tcw.com
brett.roth@tcw.com
brett.rowley@tcw.com
brian.beitner@tcw.com
brian.daly@tcw.com
brian.gilmore@tcw.com
brian.shim@tcw.com
bryan.applequist@tcw.com
calvin.ngai@tcw.com
catherine.rist@tcw.com
chang.lee@tcw.com
chris.mann@tcw.com
chris.weber@tcw.com
chris.wright@tcw.com
claude.erb@tcw.com
conrad.chen@tcw.com
craig.blum@tcw.com
craig.rethmeyer@tcw.com
cris.santaanaiii@tcw.com
dan.kale@tcw.com

daniel.pavlinik@tcw.com
darleen.boyle@tcw.com
darryl.schall@tcw.com
david.aung@tcw.com
david.demarchi@tcw.com
david.kennedy@tcw.com
derek.derman@tcw.com
diana.montenegro@tcw.com
don.evenson@tcw.com
edison.hwang@tcw.com
edward.franks@tcw.com
elissar.boujaoude@tcw.com
emily.davidson@tcw.com
eric.arentsen@tcw.com
eric.fuller@tcw.com
erik.karas@tcw.com
ernestina.rodriguez@tcw.com
evan.harwood@tcw.com
fifi.wong@tcw.com
finola.dogerty@tcw.com
finola.doherty@tcw.com
francine.smith@tcw.com
george.kappas@tcw.com
ghobart@tcw.com
gregory.whiteley@tcw.com
guillermo.serrano@tcw.com
haicheng.li@tcw.com
heather.bergman@tcw.com
helen.chen@tcw.com
hoshrav.patel@tcw.com
husam.nazer@tcw.com
iman.brivanlou@tcw.com
james.burns@tcw.com
james.goldberg@tcw.com
james.hassett@tcw.com
james.shevlet@tcw.com
jamison.vanniel@tcw.com
janell.mcdowell@tcw.com
jared.frandle@hsu.com
jason.maxwell@tcw.com
jay.gerard@tcw.com
jean-charles.sambor@tcw.com
jeanie.maldonado@tcw.com
jeffery.atherton@tcw.com
jeffrey.gundlach@tcw.com
jeffrey.lee@tcw.com
jeffrey.lin@tcw.com
jeffrey.mayberry@tcw.com
jeffrey.sherman@tcw.com
jennifer.jacob@tcw.com
jeremy.may@tcw.com
jerome.egan@tcw.com
jessica.gillmor@tcw.com
jm.chapus@tcw.com
joe.galligan@tcw.com
joe.garcia@tcw.com
joe.viola@tcw.com
joel.damiani@tcw.com
john.fekete@tcw.com
john.friedman@tcw.com

john.gibbons@tcw.com
john.hwang@tcw.com
john.nelson@tcw.com
john.rocchio@tcw.com
john.snider@tcw.com
jonathan.marcus@tcw.com
joshua.grumer@tcw.com
julia.juwono@tcw.com
jusceline.diaz@tcw.com
justin.braiker@tcw.com
karen.tsang@tcw.com
karin.lopatin@tcw.com
kate.hua@tcw.com
katherin.kim@tcw.com
ken.austin@tcw.com
ken.shinoda@tcw.com
kevin.hunter@tcw.com
komal.sri-kumar@tcw.com
kristine.smith@tcw.com
kyle.fan@tcw.com
leigh.peffer@tcw.com
leila.ung@tcw.com
lisa.zeller@tcw.com
loren.fleckenstein@tcw.com
lou.dietrich@tcw.com
lou.lucido@tcw.com
luz.padilla@tcw.com
marcela.meirelles@tcw.com
marie.thomasson@tcw.com
mark.attanasio@tcw.com
mark.christensen@tcw.com
mark.senkpiel@tcw.com
mark.wooden@tcw.com
melissa.strausberg@tcw.com
melissa.weiler@tcw.com
meribeth.brand@tcw.com
michael.chambers@tcw.com
michael.dicintio@tcw.com
michael.hsu@tcw.com
michael.lee@tcw.com
michael.parks@tcw.com
michael.quinn@tcw.com
michael.reilly@tcw.com
michelle.skelly@tcw.com
mike.olson@tcw.com
minet.mucka@tcw.com
mona.eraiba@tcw.com
monica.erickson@tcw.com
morris.chen@tcw.com
nanlan.ye@tcw.com
narges.rafigh@tcw.com
natasha.knechtel@tcw.com
needed@tcw.com
neil.chudgar@tcw.com
nick.bartolo@tcw.com
nick.capuano@tcw.com
nicolas.pelletier@tcw.com
nicole.saulet@tcw.com
nihir.shah@tcw.com
nirav.parikh@tcw.com

noah.kauffman@tcw.com
pablo.ferreri@tcw.com
palak.pathak@tcw.com
pat.perez@tcw.com
patrick.todd@tcw.com
paul.kirste@tcw.com
peter.su@tcw.com
peter.viehl@tcw.com
phil.abejar@tcw.com
philip.barach@tcw.com
qun.ju@tcw.com
randolph.birkman@tcw.com
raymond.henze@tcw.com
rhett.neuenschwander@tcw.com
rich.stevenson@tcw.com
richard.smith@tcw.com
rob.holland@tcw.com
robert.beyer@tcw.com
robert.hanisee@tcw.com
robert.park@tcw.com
rod.boone@tcw.com
roland.ho@tcw.com
ross.slusser@tcw.com
safia.abdullah@tcw.com
sagar.parikh@tcw.com
sajjad.naqvi@tcw.com
saker.nusseibeh@tcw.com
sam.garza@tcw.com
samir.sikka@tcw.com
samuel.lau@tcw.com
schwaj@tcw.com
scott.butler@tcw.com
scott.fukumoto@tcw.com
scott.thornton@tcw.com
sena.tak@tcw.com
shannon.callan@tcw.com
shelby.pollard@tcw.com
sherry.fung@tcw.com
shirley.zheng@tcw.com
simon.coombes@tcw.com
stefan.abrams@tcw.com
stephanie.cheung@tcw.com
stephen.keck@tcw.com
stephen.suo@tcw.com
steve.burlingame@tcw.com
steven.bergman@tcw.com
steven.sau@tcw.com
sufei.koo@tcw.com
sumit.sharma@tcw.com
susan.suvall@tcw.com
sydney.guilder@tcw.com
thomas.lyon@tcw.com
tiffany.hayden@tcw.com
tom.mckissick@tcw.com
vera.vanert@tcw.com
veronica.vasquez@tcw.com
vibiana.irvine@tcw.com
vicki.bull@tcw.com
vincent.fiorillo@tcw.com
vitaliy.liberman@tcw.com

wayne.hosang@tcw.com
wendy.barker@tcw.com
will.jordan@tcw.com
xuan.tran@tcw.com
baz@tcwgroup.com
bergas@tcwgroup.com
bergj@tcwgroup.com
brennw@tcwgroup.com
burnsm@tcwgroup.com
emfitmp1@tcwgroup.com
foleyp@tcwgroup.com
harkes@tcwgroup.com
heflim@tcwgroup.com
insulj@tcwgroup.com
kapoom@tcwgroup.com
kayses@tcwgroup.com
noonem@tcwgroup.com
schwej@tcwgroup.com
segalb@tcwgroup.com
segovj@tcwgroup.com
srik@tcwgroup.com
taboal@tcwgroup.com
tellet@tcwgroup.com
thalle@tcwgroup.com
whitea@tcwgroup.com
zhengx@tcwgroup.com
jill.frankle@tdcapital.com
twalker@tde.org
colboc@tdsec.co.uk
hendrt@tdsec.co.uk
holaph@tdsec.co.uk
whitth@tdsec.co.uk
wynnid@tdsec.co.uk
adrian.vandenbok@tdsecurities.com
alex.pop@tdsecurities.com
aye.thiha@tdsecurities.com
brian.healion@tdsecurities.com
carmen.parente@tdsecurities.com
christian.hansson@tdsecurities.com
christopher.kong@tdsecurities.com
christopher.terenzi@tdsecurities.com
christopher.wilcox@tdsecurities.com
damian.park@tdsecurities.com
daniel.elias@tdsecurities.com
daniel.ram@tdsecurities.com
david.cardillo@tdsecurities.com
derek.astley@tdsecurities.com
derrick.herndon@tdsecurities.com
des.monks@tdsecurities.com
diane.maurice@tdsecurities.com
edward.kim@tdsecurities.com
eli.bass@tdsecurities.com
eric.lam@tdsecurities.com
fouad.ahmed@tdsecurities.com
foxcrk@tdsecurities.com
grant.gillan@tdsecurities.com
greg.rosen@tdsecurities.com
holly.wang@tdsecurities.com
imran.rizvi@tdsecurities.com
james.wykes@tdsecurities.com

janek.wichtowski@tdsecurities.com
jason.rich@tdsecurities.com
jason.young@tdsecurities.com
jeffery.weaver@tdsecurities.com
jeffrey.manton@tdsecurities.com
john.b.young@tdsecurities.com
john.gisborne@tdsecurities.com
jordan.lupu@tdsecurities.com
kirill.aleksandrov@tdsecurities.com
leon.rosen@tdsecurities.com
marina.desyak@tdsecurities.com
marselen.spencer@tdsecurities.com
mesbah.ahmed@tdsecurities.com
michael.franzese@tdsecurities.com
nikolaos.koukiasas@tdsecurities.com
peter.echausse@tdsecurities.com
peter.metcalfe@tdsecurities.com
rick.mak@tdsecurities.com
roger.ferguson@tdsecurities.com
samantha.li@tdsecurities.com
sang.han@tdsecurities.com
sanju.raturi@tdsecurities.com
shafin.moledina@tdsecurities.com
shawn.robb@tdsecurities.com
steven.macdougall@tdsecurities.com
terrence.matthews@tdsecurities.com
zachary.latif@tdsecurities.com
hecken@tdusa.com
metcap@tdusa.com
spielp@tdusa.com
brandonwarshawsky@tdwaterhouse.com
daniellezabala@tdwaterhouse.com
alastair.kirkpatrick@tea.state.tx.us
bglenn@tea.state.tx.us
cveintem@tea.state.tx.us
htimmins@tea.state.tx.us
jhubbard@tea.state.tx.us
karim.hirani@tea.state.tx.us
ssheehan@tea.state.tx.us
mge@teachersfcu.org
tf@teachersfcu.org
bsayago@teamcapitalbank.com
brant.hughes@teamstatestreet.com
kerstin.gottsleben@teamstatestreet.com
susanne.joeckle@teamstatestreet.com
bulent.ertuna@teb.com.tr
burak.iyigun@teb.com.tr
burcu.pekuzpaltura@teb.com.tr
ece.yavuz@teb.com.tr
gokhan.erkiralp@teb.com.tr
haydar.colakoglu@teb.com.tr
henza.tukel@teb.com.tr
levent.guven@teb.tr
melik.odabas@teb.com.tr
osman.yilmaz@teb.com.tr
ozan.turkoglu@teb.com.tr
rifatrafi.ojalvo@teb.com.tr
tugrul.ozbakan@teb.com.tr
uleblebici@teb.com.tr
mwaterhouse@tecapital.com

admin@technologyreview.it
n.takano@teijin.co.jp
mark.modjeski@tektronix.com
ambrf@telcocom.com
ivar.stromberg@tele1europe.se
petra.asteson@tele1europe.se
tommy.ekstrom@tele1europe.se
luigi1.premoli@telecomitalia.it
ajimenezh@telefonica.es
almundena.diazvarez@telefonica.es
arturo.polodelamorena@telefonica.es
arturo.sanchez@telefonica.es
carlos.falco@telefonica.es
carlos.fernandezarteaga@telefonica.es
carmen.rodenasgallego@telefonica.es
cdavid.maroto@telefonica.es
dmaus@telefonica.es
dolores.garcia@telefonica.es
eduardo.riospita@telefonica.es
elisa.ariaspalomero@telefonica.es
emilio.vera@telefonica.es
eva.delbarrioarranz@telefonica.es
ezequiel.nieto@telefonica.es
farcuhs@telefonica.es
fatima.espinosacueva@telefonica.es
fermin.alvarezcarril@telefonica.es
francisco.blanco@telefonica.es
francisco.deines@telefonica.es
francisco.mochonmorcillo@telefonica.es
gonzalo.hernandodiazambrona@telefonica.es
h.mahaud@telefonica.es
isabel.beltranespana@telefonica.es
jaime.nicolasmoure@telefonica.es
javier.delgadomartinez@telefonica.es
javier.lopezmanzano@telefonica.es
jmallolnieto@telefonica.es
jose.ceajimenez@telefonica.es
josenrique.sola@telefonica.es
juanantonio.mielgocarrizo@telefonica.es
leticia.rodriguezartolazabal@telefonica.es
mariabelen.cruzgomez@telefonica.es
mariano.garciadelaoliva@telefonica.net
mjose.martinezpardavila@telefonica.es
mjose.massanchez@telefonica.es
nuria.casadohernandez@telefonica.es
oscar.gonzalezgonzalez@telefonica.es
patxi.ipina@telefonica.es
piedad.gonzalezgonzalez@telefonica.es
pilar.castrillocarreira@telefonica.es
pilar.segurasanchez@telefonica.es
s.olivares@telefonica.es
silvia.hernandezmartin@telefonica.es
soledad.seivanenavia@telefonica.es
martin.laborde@telefonicachile.cl
jose.cea@telefonica-data.com
fmenendez@telefonicamedia.com
andres_a@telefonicamoviles.com
ares_a@telefonicamoviles.com
delosreyes_r@telefonicamoviles.com
garcialegaz_m@telefonicamoviles.com

| | | |
|---|---|---|
| herrera-f1@telefonicamoviles.com | thomas-g.winkler@telekom.de | harpeet@temasek.com.sg |
| ibanez_m@telefonicamoviles.com | ursula.jahns@telekom.de | hockleong@temasek.com.sg |
| juan.vidaurrazaga@telefonicamoviles.cl | ute.valerius@telekom.de | hoesoon@temasek.com.sg |
| sanroman_a@telefonicamoviles.com | wolfgang.mueller31@telekom.de | htam@temasek.com.sg |
| jacobo.sanroman@telefonica-msolutions.com | zitta.moncada@telekom.de | huihoon@temasek.com.sg |
| a.baumann@telekom.de | dag.eide@telenor.com | hweifern@temasek.com.sg |
| a.gabelmann@telekom.de | kirsten.hansson@telenor.com | irenesim@temasek.com.sg |
| achim.johannsen@telekom.de | kristine.jensen@telenor.com | ivylun@temasek.com.sg |
| ajung@telekom.de | marianne.moe@telenor.com | jamesliew@temasek.com.sg |
| andre.klaus@telekom.de | tolle.groterud@telenor.com | jimmyphoon@temasek.com.sg |
| andrea.lumma@telekom.de | aboyd@teleos.com | jonathanang@temasek.com.sg |
| andreas.puy@telekom.de | cstella@teleos.com | juliett@temasek.com.sg |
| andreas.spitzauer@telekom.de | ctsien@teleos.com | kahchuen@temasek.com.sg |
| annegret.kintzig-solbach@telekom.de | dgressel@teleos.com | keeheng@temasek.com.sg |
| annett.hempel@telekom.de | dsatake@teleos.com | khooshih@temasek.com.sg |
| arne.baehr@telekom.de | hhuang@teleos.com | kiennguyen@temasek.com.sg |
| axel.scheuermann@telekom.de | jmadonna@teleos.com | kimyin@temasek.com.sg |
| bernard.chevreux@telekom.de | jwang@teleos.com | landao@temasek.com.sg |
| bernd.matheis@telekom.de | kbjerke@teleos.com | lennychen@temasek.com.sg |
| bernward.scholtyseck@telekom.de | kkolev@teleos.com | lesleylu@temasek.com.sg |
| bettina.esser@telekom.de | rlochoff@teleos.com | lilliankiang@temasek.com.sg |
| birgit.woscidlo@telekom.de | robr@teleos.com | lindafoo@temasek.com.sg |
| bjoern.weidenmueller@telekom.de | sgressel@teleos.com | lingling@temasek.com.sg |
| carolin.billetter@telekom.de | teleos@teleos.com | liqian@temasek.com.sg |
| christiane.hoeing@telekom.de | equity@telerate.it | lukehan@temasek.com.ga |
| christina.de-haas@telekom.de | ahswan@temasek.com.sg | lusong@temasek.com.sg |
| christoph.greitemann@telekom.de | alpinmehta@temasek.com.sg | maelim@temasek.com.sg |
| dirk.wehrse@telekom.de | alvingoh@temasek.com.sg | manish.kejriwal@temasek.com |
| erlera@telekom.de | ambrish@temasek.com | mathewwelch@temasek.com.sh |
| fred.eversmann@telekom.de | andrewyeo@temasek.com.sg | mingmin@temasek.com.sg |
| gerhard.mischke@telekom.de | antonydirga@temasek.com.sg | murliravi@temasek.com.sg |
| hilmar.jeschke@telekom.de | ap@temasek.com.sg | nifei@temasek.com.sg |
| holger.rambach@telekom.de | ashok@temasek.com.sg | patrickchong@temasek.com.sg |
| jakob.poggensee@telekom.de | bengteck@temasek.com.sg | phillipchang@temasek.com.sg |
| joachim.schneider@telekom.de | boonhow@temasek.com.sg | punnamas@temasek.com.sg |
| juergen.stettner@telekom.de | bridgetlee@temasek.com.sg | ranjitdandekar@temasek.com.sg |
| karl.matheis@telekom.de | cheefoong@temasek.com.sg | raymondchiam@temasek.com.sg |
| karl-gerhard.eick@telekom.de | cheekeen@temasek.com.sg | rohit@temasek.com.sg |
| kevin.copp@telekom.de | chiak.ming@temasek.com.sg | samuel@temasek.com.sg |
| klaus.schlegel@telekom.de | chicheun@temasek.com.sg | seryin@temasek.com.sg |
| louis.stutterheim@telekom.de | christinalim@temasek.com.sg | shaoming@temasek.com.sg |
| marius.rispeter@telekom.de | chweemein@temasek.com.sg | sheauming.lim@temasek.com.sg |
| mark.fenstermann@telekom.de | colesirucek@temasek.com.sg | shernwei@temasek.com.sg |
| matthias.hildebrand@telekom.de | cong@temasek.com.sg | sherrytan@temasek.com.sg |
| michael.franzen@telekom.de | davidbelmont@temasek.com.sg | shyamsunderr@temasek.com.sg |
| michael.plate@telekom.de | davidheng@temasek.com.sg | siongted@temasek.com.sg |
| michael.schug@telekom.de | dawnchan@temasek.com.sg | skk@temasek.com.sg |
| michel.rosenfeld@telekom.de | delainecheong@temasek.com.sg | sokchuang@temasek.com.sg |
| nicole.niedermeier@telekom.de | dennissiew@temasek.com.sg | stellakwek@temasek.com.sg |
| peer.rossbach@telekom.de | eddieong@temasek.com.sg | suetchee@temasek.com.sg |
| peer.wrede@telekom.de | felixtan@temasek.com.sg | sugandhi@temasek.com.sg |
| robert.hauber@telekom.de | fengfang@temasek.com.sg | suni@temasek.com.sg |
| siegfried.seiffert@telekom.de | fongsin@temasek.com.sg | tanss@temasek.com.sg |
| stefan.neullens@telekom.de | geoffreylai@temasek.com.sg | teckyong@temasek.com.sg |
| stefanie.tholen@telekom.de | gerardlee@temasek.com.sg | touficsehnaoui@temasek.com.sg |
| stephan.eger@telekom.de | grantferguson@temasek.com.sg | vinashgopalakrishnan@temasek.com.sg |
| stephan.schmitt@telekom.de | gregoryvanbeek@temasek.com.sg | warrenhua@temasek.com.sg |
| stephan.wiemann@telekom.de | guanyi@temasek.com.sg | wenhong@temasek.com.sg |
| thilo.kusch@telekom.de | gwendeltung@temasek.com.sg | wilsonwang@temasek.com.sg |
| thilo.theilen@telekom.de | hanboon@temasek.com.sg | wujie@temasek.com.sg |

yechyn@temasek.com.sg
yewheng@temasek.com.sg
yongteck@temasek.com.sg
yoongpin@temasek.com.sg
gwaltz@temgweb.com
aaji@templeton.com
abelg@templeton.com
acallender@templeton.com
acherwenka@templeton.com
achua@templeton.com
acook1@templeton.com
adevadi@templeton.com
adocal@templeton.com
aguardia@templeton.com
ahue@templeton.com
amackirdy@templeton.com
arace@templeton.com
areitma@templeton.com
aridall@templeton.com
bbarret@templeton.com
bbernard@templeton.com
bjennifer@templeton.com
bmichel@templeton.com
bmurphy@templeton.com
bokay@templeton.com
bpickholtz@templeton.com
bradin@templeton.com
bsands@templeton.com
cbayliss@templeton.com
cborn@templeton.com
cchua@templeton.com
cdean1@templeton.com
cgreer@templeton.com
chaugk@templeton.com
cindy.bradley@templeton.com
cliu1@templeton.com
colshan@templeton.com
cpeel@templeton.com
crinald@templeton.com
csweeting@templeton.com
cyoung2@templeton.com
dboehme@templeton.com
dfarago@templeton.com
dgraham@templeton.com
dlewis@templeton.com
dlim@templeton.com
dluu@templeton.com
dpandey@templeton.com
dpettee@templeton.com
dreed@templeton.com
dsmall@templeton.com
dvasquez@templeton.com
dwilliams@templeton.com
edavis@templeton.com
ehowe@templeton.com
eknowles@templeton.com
emiller@templeton.com
evaldes@templeton.com
fkam@templeton.com
gcharles@templeton.com

gcleare@templeton.com
gkonieczny@templeton.com
gmorgan@templeton.com
gmotyl@templeton.com
gzhilyaev@templeton.com
handerson@templeton.com
harnett@templeton.com
hbhodes@templeton.com
hlim2@templeton.com
hmchatt@templeton.com
hwaddell@templeton.com
iwatters@templeton.com
iweinrub@templeton.com
jaychoi@templeton.com
jcoates@templeton.com
jdagena@templeton.com
jdavies@templeton.com
jharper2@templeton.com
jleman@templeton.com
jlopez3@templeton.com
jmanres@templeton.com
jradtke@templeton.com
jrengar@templeton.com
jsheeha@templeton.com
jsheridan@templeton.com
jvelazq@templeton.com
jwhitti@templeton.com
jwong3@templeton.com
jyunk@templeton.com
jzhang@templeton.com
karencoll@templeton.com
kboksiner@templeton.com
kfox@templeton.com
kguggis@templeton.com
kkirkpa@templeton.com
kleung2@templeton.com
knsivasu@templeton.com
krowbotham@templeton.com
ksowen@templeton.com
lbrigevich@templeton.com
lfmyers@templeton.com
lmarcus@templeton.com
lpackham@templeton.com
ltesta@templeton.com
lthompson@templeton.com
mbloemen@templeton.com
mchen2@templeton.com
mellenby@templeton.com
mgulley@templeton.com
mkandiah@templeton.com
mmobius@templeton.com
mmorantz@templeton.com
mmurchison@templeton.com
mmurphy@templeton.com
mnagle@templeton.com
mpatton@templeton.com
mrudy@templeton.com
mstrohf@templeton.com
nboersma@templeton.com
ncarlis@templeton.com

ndevlin@templeton.com
nfernando@templeton.com
nfitzwilliams@templeton.com
nklein@templeton.com
nrenie@templeton.com
nshah@templeton.com
ogaysin@templeton.com
padsule@templeton.com
pdejosselin@templeton.com
pjhaveri@templeton.com
pmccall@templeton.com
pmccarrol@templeton.com
pmoeschter@templeton.com
pnori@templeton.com
pnutter@templeton.com
pwilmsh@templeton.com
rdemarco@templeton.com
rferste@templeton.com
rfilatov@templeton.com
rhakim@templeton.com
rmccall@templeton.com
rparekh@templeton.com
rsuarez@templeton.com
sbarker@templeton.com
sbaucom@templeton.com
schae@templeton.com
sdimitrijevic@templeton.com
sedelst@templeton.com
skelly2@templeton.com
skosior@templeton.com
slin1@templeton.com
sono@templeton.com
spemsin@templeton.com
spersaud@templeton.com
speter1@templeton.com
spetri@templeton.com
srajah@templeton.com
sroger1@templeton.com
sschlus@templeton.com
svfox@templeton.com
sychung@templeton.com
syeung2@templeton.com
tamato@templeton.com
tdickson@templeton.com
tedoua@templeton.com
thellmer@templeton.com
tina.sadler@templeton.com
tlanyi@templeton.com
tong@templeton.com
tpodlewski@templeton.com
tqiu-a@templeton.com
tsands@templeton.com
tscott@templeton.com
twilkin@templeton.com
vlee@templeton.com
wchuang@templeton.com
whopkins@templeton.com
wstephe@templeton.com
x.nguyen@templeton.com
yfung@templeton.com

rahimah@temsek.com.sg
hamada.yoshio@tepco.co.jp
iguchi.seiichi@tepco.co.jp
nita@tepco.co.jp
uchida.masaaki@tepco.co.jp
jpgalichon@terex.com
koreilly@terex.com
claudia.sierra@corp.terra.com
joaquim.agut@corp.terra.com
andrew.higginson@uk.tesco.com
anna.margot@uk.tesco.com
bob.howell@uk.tesco.com
chris.griffith@uk.tesco.com
harjeet.drubra@uk.tesco.com
jo.boorman@uk.tesco.com
kate.vain@uk.tesco.com
keith.richardson@uk.tesco.com
naomi.smith@uk.tesco.com
nicola.chambers@uk.tesco.com
sarah.titterington@uk.tesco.com
steve.n.butler@uk.tesco.com
steve.webb@uk.tesco.com
florian@test.com
test@test.com
thomas.fluegel@test.com
bjorn.thelander@tetral.com
jacques.demaurex@tetral.com
john.odonnell@tetral.com
peterc.andersson@tetral.com
bernard.gehringer@tetrapak.com
jonathan.gale@tetrapak.com
olivier.abulker@tetrapak.com
stephan.sommer@tetrapak.com
chappy.nochumsohn@teva.co.il
dan.suesskind@teva.co.il
dorit@teva.co.il
nurit.heinsdorf@teva.co.il
oren.cohanoff@teva.co.il
shira.y.cohen@teva.co.il
tal.greenberg@teva.co.il
yishay.amon@teva.co.il
yossi.levin@teva.co.il
pattsm@texaco.com
raffeph@texaco.com
smithep@texaco.com
sucha.m@tfb.co.th
kleiman@tfdincome.com
lene.jensen@tfeurope.com
johan@ksc7.th.com
alexandre.dejuniac@thalesgroup.com
cyril.ravilly@fr.thalesgroup.com
eric.chadeyras@thalesgroup.com
florence.serpeau@thalesgroup.com
jean-claude.climeau@thalesgroup.com
marie-helene.heguy@thalesgroup.com
ross.mcinnes@thalesgroup.com
sylvie.lucot@thalesgroup.com
ajohnson@thamesriver.co.uk
akuiper@thamesriver.co.uk
akuti@thamesriver.co.uk

alhonneur@thamesriver.co.uk
awhite@thamesriver.co.uk
axie@thamesriver.co.uk
bsmith@thamesriver.co.uk
btallaksen@thamesriver.co.uk
ccurrington@thamesriver.co.uk
cmt@thamesriver.co.uk
cporter@thamesriver.co.uk
croos@thamesriver.co.uk
daniel_s@thamesriver.co.uk
dforrester@thamesriver.co.uk
dmcgettigan@thamesriver.co.uk
dwinney@thamesriver.co.uk
eclarke@thamesriver.co.uk
fengels@thamesriver.co.uk
firstinitialsurname@thamesriver.co.uk
fmartin@thamesriver.co.uk
gcorr@thamesriver.co.uk
hllewellyn@thamesriver.co.uk
hpike@thamesriver.co.uk
ismith@thamesriver.co.uk
jcallow@thamesriver.co.uk
jcharles@thamesriver.co.uk
jferrario@thamesriver.co.uk
jfkw@thamesriver.co.uk
jgallow@thamesriver.co.uk
jmair@thamesriver.co.uk
jnewdigate@thamesriver.co.uk
jthomson@thamesriver.co.uk
kebrooks@thamesriver.co.uk
kkq@thamesriver.co.uk
matt@thamesriver.co.uk
mbianchi@thamesriver.co.uk
mcowell@thamesriver.co.uk
mfrancis@thamesriver.co.uk
mmabbutt@thamesriver.co.uk
mnoorani@thamesriver.co.uk
morchard@thamesriver.co.uk
mpm@thamesriver.co.uk
nreeves@thamesriver.co.uk
nsamuels@thamesriver.co.uk
nsiegfried@thamesriver.co.uk
nziegelasch@thamesriver.co.uk
pthursby@thamesriver.co.uk
rthomas@thamesriver.co.uk
sbenedetti@thamesriver.co.uk
sdesai@thamesriver.co.uk
sleighmyers@thamesriver.co.uk
sraikundlia@thamesriver.co.uk
tzucker@thamesriver.co.uk
liz.christie@thameswater.co.uk
aperrino@the-ark.com
charleshe@the-ark.com
chetzel@the-ark.com
cmbrandt@the-ark.com
dlyons@the-ark.com
ekane@the-ark.com
hrbreck@the-ark.com
iapicella@the-ark.com
jcscott@the-ark.com

jemullane@the-ark.com
jmermelstein@the-ark.com
jparsons@the-ark.com
jpontone@the-ark.com
jterlau@the-ark.com
kbradely@the-ark.com
mgollinello@the-ark.com
mkravitz@the-ark.com
mmckenna@the-ark.com
mwalker@the-ark.com
ncelantano@the-ark.com
nperetz@the-ark.com
nsingh@the-ark.com
nsmueller@the-ark.com
paheine@the-ark.com
paiaconis@the-ark.com
pjcucurullo@the-ark.com
sdelprete@the-ark.com
sdwood@the-ark.com
smarciano@the-ark.com
ssteiner@the-ark.com
trosinsky@the-ark.com
tujazdowski@the-ark.com
wgcharcalis@the-ark.com
whdavid@the-ark.com
kscheidemantle@thebank.com
mdebiasio@thebank.com
mfrench@thebank.com
tcall@the-cmc.com
jradick@thecolumbiabank.com
andrew.fairman@thederbyshire.co.uk
keith.hurley@thederbyshire.co.uk
kris.gozra@thederbyshire.co.uk
vernet@the-hague.sl.slb.com
megan.haran@theharris.com
nick.momyer@theharris.com
abhishek.rajgarhia@thehartford.com
adrayll.askew@thehartford.com
alison.murdoch@thehartford.com
amanda.howard@thehartford.com
andy.kohnke@thehartford.com
antoine.ortiz@thehartford.com
asheq.fazlullah@thehartford.com
bella.grishtaev@thehartford.com
betsy.roberts@thehartford.com
betty.chan@thehartford.com
beverly.jackowitz@thehartford.com
bhalendu.deshpande@thehartford.com
bill.davison@thehartford.com
bill.meaney@thehartford.com
bill.pauling@thehartford.com
blake.hall@thehartford.com
brian.baczyk@thehartford.com
brian.biskupiak@thehartford.com
brian.dirgins@thehartford.com
brian.mandirola@thehartford.com
buchi.ramagopal@thehartford.com
carlos.feged@thehartford.com
charlene.fang@thehartford.com
charles.grande@thehartford.com

chris.hanlon@thehartford.com
christine.mozonski@thehartford.com
christopher.bade@thehartford.com
christopher.cooper@thehartford.com
chuck.moon@thehartford.com
clifford.abramsky@thehartford.com
cwsmith@thehartford.com
damon.delmonte@thehartford.com
daniel.segal@thehartford.com
dave.jepsky@thehartford.com
david.bovey@thehartford.com
david.braun@thehartford.com
david.grady@thehartford.com
david.harlow@thehartford.com
david.shebit@thehartford.com
david.weigert@thehartford.com
dawn.crunden@thehartford.com
deborah.lewis2@thehartford.com
deirdre.mcguire@thehartford.com
diana.mcnamara@thehartford.com
diane.camerota@thehartford.com
don.waggaman@thehartford.com
donald.oneill@thehartford.com
douglas.lafleur@thehartford.com
edward.caputo@thehartford.com
edward.mcmahon@thehartford.com
edward.vaimberg@thehartford.com
eli.giombi@thehartford.com
elizabeth.ellis@thehartford.com
eva.konopka@thehartford.com
f.trifiro@thehartford.com
felicia.deng@thehartford.com
felicia.peng@thehartford.com
frank.ossino@thehartford.com
fred.eis@thehartford.com
glenn.gazdik@thehartford.com
goran.ridic@thehartford.com
gregory.smith@thehartford.com
gulen.indomenico@thehartford.com
harold.hawkins@thehartford.com
harry.murray@thehartford.com
harry.norman@thehartford.com
james.serhant@thehartford.com
jamie.mitchell@thehartford.com
jaryl.frazer@thehartford.com
jbruno@thehartford.com
jean.jameson@thehartford.com
jean.sennett@thehartford.com
jeannette.drucker@thehartford.com
jeffrey.garnett@thehartford.com
jeffrey.macdonald@thehartford.com
jim.angelo@thehartford.com
jim.connolly@thehartford.com
john.connor@thehartford.com
john.hanecak@thehartford.com
john.hendricks@thehartford.com
john.ladd@thehartford.com
john.o'connor@thehartford.com
john.sadlon@thehartford.com
judith.irish@thehartford.com

julie.graham@thehartford.com
juliet.murphy@thehartford.com
ken.day@thehartford.com
ken.winston@thehartford.com
kenneth.doiron@thehartford.com
kevin.jeram@thehartford.com
kevin.zhu@thehartford.com
kurt.nyman@thehartford.com
lisa.audet@thehartford.com
lisa.piker@thehartford.com
lori.kollmeyer@thehartford.com
lorraine.muir@thehartford.com
lyuben.petrunoff@thehartford.com
margaret.mann@thehartford.com
marie.gagliardi@thehartford.com
mark.hopkins@thehartford.com
mark.hunt@thehartford.com
mark.kurcon@thehartford.com
mark.niland@thehartford.com
mark.wisnesky@thehartford.com
matthew.thomas@thehartford.com
matthew.wiezalis@thehartford.com
michael.appell@thehartford.com
michael.boyle@thehartford.com
michael.pineau@thehartford.com
mike.mecca@thehartford.com
mmahoney@thehartford.com
mpoznar@thehartford.com
nancy.jacy@thehartford.com
nancy.janiszewski@thehartford.com
nancy.o'connor@thehartford.com
nasri.toutoungi@thehartford.com
nathan.jones@thehartford.com
neeraj.mahajan@thehartford.com
nicholas.mocciolo@thehartford.com
papri.bhattacharya@thehartford.com
patrick.hennigan@thehartford.com
patrick.murphy@thehartford.com
peggy.koury@thehartford.com
pete.perrotti@thehartford.com
peter.talbot@thehartford.com
ppask@thehartford.com
ralph.witt@thehartford.com
ray.uy@thehartford.com
renee.beaudreau@thehartford.com
richard.razza@thehartford.com
robert.buzdon@thehartford.com
robert.crusha@thehartford.com
robert.mchenry@thehartford.com
robert.paiano@thehartford.com
rohit.sobti@thehartford.com
rosario.distefano@thehartford.com
sam.otchere@thehartford.com
sarah.driscoll@thehartford.com
scott.wallace@thehartford.com
sharon.adams@thehartford.com
sharon.gentles@thehartford.com
spencer.ruhl@thehartford.com
stanley.cherney@thehartford.com
stephen.petretto@thehartford.com

susan.driscoll@thehartford.com
syed.ali@thehartford.com
thomas.heavron@thehartford.com
thomas.keene@thehartford.com
thomas.kennedy@thehartford.com
thomas.reese@thehartford.com
thorsten.suder@thehartford.com
tim.jarka@thehartford.com
tim.ryan@thehartford.com
tim.wilhide@thehartford.com
timothy.caffrey@thehartford.com
timothy.corbett@thehartford.com
tony.magnoli@thehartford.com
tracy.eccles@thehartford.com
william.gilchrist@thehartford.com
mmaurer@thehbb.com
kgaub@ther.com
mluciano@ther.com
cdanielson@theriverbank.com
mike.fowler@thesouthgroup.com
aaron.task@thestreet.com
cedmonds@thestreet.com
enorton@thestreet.com
markets@thestreet.com
dpetrula@thezenith.com
ktrotman@thezenith.com
mcarty@thfirst.com
jrehor@thirdave.com
dstewart@thirdfedbank.com
reble@thirdfedbank.com
richard.walker@thomascook.com
dr.alexander.zschocke@thomascookag.com
floriandelacomble@siege.thomson-csf.com
laurent.muttelet@siege.thomson-csf.com
abigail.rotheroe@threadneedle.com
adam.spagnoletti@threadneedle.co.uk
alasdair.ross@threadneedle.co.uk
alessandro.tarello@threadneedle.co.uk
alex.lyle@threadneedle.co.uk
alexrobarts@threadneedle.co.uk
alison.henshaw@threadneedle.co.uk
amanda.mcfarlane@threadneedle.co.uk
amy.levenstien@threadneedle.co.uk
andrea.trainer@threadneedle.co.uk
andreas.waldeburg@threadneedle.co.uk
andrew.carter@threadneedle.co.uk
andrew.crawford@threadneedle.co.uk
andrew.hills@threadneedle.co.uk
andrew.holliman@threadneedle.co.uk
andrew.richardson@threadneedle.co.uk
andrew.strong@threadneedle.co.uk
andy.sawyer@threadneedle.co.uk
anita.o'neill@threadneedle.co.uk
anna.macdonald@threadneedle.co.uk
arran.boreham@threadneedle.co.uk
ashish.kochar@threadneedle.co.uk
barrie.whitman@threadneedle.co.uk
belinda.wright@threadneedle.co.uk
ben.cook@threadneedle.co.uk
ben.otoole@threadneedle.co.uk

bill.barker@threadneedle.co.uk
carl.hempenstall@threadneedle.co.uk
caroline.clarke@threadneedle.co.uk
celia.larkin@threadneedle.co.uk
charles.franklin@threadneedle.co.uk
chris.fidyk@threadneedle.co.uk
chris.fox@threadneedle.co.uk
chris.jones@threadneedle.co.uk
christopher.white@threadneedle.co.uk
cindy.larke@threadneedle.co.uk
colin.atkinson@threadneedle.co.uk
cormac.weldon@threadneedle.co.uk
crispin.henderson@threadneedle.co.uk
dan.ison@threadneedle.co.uk
dan.vaughan@threadneedle.co.uk
daniel.ison@threadneedle.co.uk
danny.burton@threadneedle.co.uk
danny.firth@threadneedle.co.uk
daren.miller@threadneedle.co.uk
darrell.o'dea@threadneedle.co.uk
darren.fallon@threadneedle.co.uk
dave.chappell@threadneedle.co.uk
david.backhouse@threadneedle.co.uk
david.blocker@threadneedle.co.uk
david.donora@threadneedle.co.uk
david.dudding@threadneedle.co.uk
david.morgan@threadneedle.co.uk
david.oliphant@threadneedle.co.uk
dawn.bullivant@threadneedle.co.uk
dennis.ferro@threadneedle.co.uk
dominic.baker@threadneedle.co.uk
dominic.rossi@threadneedle.co.uk
don.jordison@threadneedle.co.uk
ed.miller@threadneedle.co.uk
edward.gaunt@threadneedle.co.uk
elana.farr@threadneedle.co.uk
emma.photis@threadneedle.co.uk
esther.perkins@threadneedle.co.uk
eve.gembarski@threadneedle.co.uk
forename.surname@threadneedle.co.uk
gabriel.heskin@threadneedle.co.uk
gareth.davies@threadneedle.co.uk
gareth.williams@threadneedle.co.uk
gary.mcguire@threadneedle.co.uk
gigi.chan@threadneedle.co.uk
helen.phillips@threadneedle.co.uk
henry.stipp@threadneedle.co.uk
ian.farley@threadneedle.co.uk
ian.peddle@threadneedle.co.uk
igor.ojereliev@threadneedle.co.uk
james.blake@threadneedle.co.uk
jan.debruijn@threadneedle.co.uk
jayne.clayson@threadneedle.co.uk
jenny.ljunghammar@threadneedle.co.uk
jeremy.podger@threadneedle.co.uk
jim.longley@threadneedle.co.uk
jonathan.barber@threadneedle.co.uk
jonathan.crown@threadneedle.co.uk
jonathan.staples@threadneedle.co.uk
jules.mort@threadneedle.co.uk

julian.thompson@threadneedle.co.uk
julie.thomas@threadneedle.co.uk
karen.omalley@threadneedle.co.uk
karen.silvester@threadneedle.co.uk
katie.barton@threadneedle.co.uk
katy.mccandless@threadneedle.co.uk
keeley.johnson@threadneedle.co.uk
ken.keating@threadneedle.co.uk
ketish.pothalingam@threadneedle.co.uk
kevin.rowe@threadneedle.co.uk
kim.jupp@threadneedle.co.uk
kirsteen.melandri@threadneedle.co.uk
koray.hassan@threadneedle.co.uk
laurence.mutkin@threadneedle.co.uk
lee.alexander@threadneedle.co.uk
leigh.harrison@threadneedle.co.uk
lisa.lim@threadneedle.co.uk
lorin.gresser@threadneedle.co.uk
madeline.forrester@threadneedle.co.uk
majid.khan@threadneedle.co.uk
majorie.yamvrias@threadneedle.co.uk
malcolm.kemp@threadneedle.co.uk
mandy.coatsworth@threadneedle.co.uk
manon.georga@threadneedle.co.uk
marcus.farr@threadneedle.co.uk
marius.botha@threadneedle.co.uk
mark.harris@threadneedle.co.uk
mark.higgins@threadneedle.co.uk
mark.pearce@threadneedle.co.uk
mark.reinisch@threadneedle.co.uk
mark.westwood@threadneedle.co.uk
martin.collins@threadneedle.co.uk
martin.harvey@threadneedle.co.uk
martyn.horn@threadneedle.co.uk
matthew.kates@threadneedle.co.uk
maureen.lentz@threadneedle.co.uk
maxine.cuffe@threadneedle.co.uk
micael.poole@threadneedle.co.uk
michael.mullaney@threadneedle.co.uk
michael.seymour@threadneedle.co.uk
michael.temchin@threadneedle.co.uk
neil.brown@threadneedle.co.uk
neil.roylance@threadneedle.co.uk
nick.hawkes@threadneedle.co.uk
nick.sofocleous@threadneedle.co.uk
nikolay.sysuev@threadneedle.co.uk
paul.cramp@threadneedle.co.uk
paul.doyle@threadneedle.co.uk
paul.gibbs@threadneedle.co.uk
paul.kirtley@threadneedle.co.uk
paul.mcintyre@threadneedle.co.uk
paul.morgan@threadneedle.co.uk
paul.murray-john@threadneedle.co.uk
paul.witchalls@threadneedle.co.uk
pauline.nepgen@threadneedle.co.uk
per.kunow@threadneedle.co.uk
peter.allwright@threadneedle.co.uk
peter.gladwin@threadneedle.co.uk
philip.best@threadneedle.co.uk
philip.dicken@threadneedle.co.uk

polly.escott@threadneedle.co.uk
quentin.fitzsimmons@threadneedle.co.uk
rafael.polatinsky@threadneedle.com
ramona.glass@threadneedle.co.uk
rebecca.johnson@threadneedle.co.uk
rhys.foulkes@threadneedle.co.uk
richard.house@threadneedle.co.uk
richard.mccormick@threadneedle.co.uk
richard.wilson@threadneedle.co.uk
rob.jones@threadneedle.co.uk
rob.long@threadneedle.co.uk
rob.thompson@threadneedle.co.uk
robert.stirling@threadneedle.co.uk
roman.gaiser@threadneedle.co.uk
rosemary.hann@threadneedle.co.uk
sam.hill@threadneedle.co.uk
sam.morley@threadneedle.co.uk
samantha.nel@threadneedle.co.uk
sandra.holdsworth@threadneedle.co.uk
sanjib.datta@threadneedle.co.uk
sarah.arkle@threadneedle.co.uk
sarah.kendrick@threadneedle.co.uk
sarah.roles-ndibe@threadneedle.co.uk
sarah.williams@threadneedle.co.uk
scott.meech@threadneedle.co.uk
scott.perry@threadneedle.co.uk
simon.astley@threadneedle.co.uk
simon.blakeney@threadneedle.co.uk
simon.bond@threadneedle.co.uk
simon.davies@threadneedle.co.uk
simon.haines@threadneedle.co.uk
simon.jones@threadneedle.co.uk
simon.manning@threadneedle.co.uk
sonia.johnson@threadneedle.co.uk
stephen.moore@threadneedle.co.uk
stephen.thornber@threadneedle.co.uk
stephen.turtle@threadneedle.co.uk
steve.r.brown@threadneedle.co.uk
steven.binks@threadneedle.co.uk
steven.hewitt@threadneedle.co.uk
stuart.hawkins@threadneedle.co.uk
subodh.baid@threadneedle.co.uk
sunian.davies@threadneedle.co.uk
sunita.goklaney@threadneedle.co.uk
syd.wilkinson@threadneedle.co.uk
therese.niklasson@threadneedle.com
tim.craigen@threadneedle.co.uk
tina.allen@threadneedle.co.uk
tjeerd.voskamp@threadneedle.co.uk
toby.foord-kelcey@threadneedle.co.uk
tom.copper@threadneedle.co.uk
toni.jenson@threadneedle.co.uk
tony.jensen@threadneedle.co.uk
tony.sandhu@threadneedle.co.uk
trudie.rothery@threadneedle.co.uk
val.george@threadneedle.co.uk
vanessa.donegan@threadneedle.co.uk
victoria.leggett@threadneedle.co.uk
victoria.norman@threadneedle.co.uk
victoria.port@threadneedle.co.uk

vivek.jeswani@threadneedle.co.uk
william.davies@threadneedle.co.uk
william.frewen@threadneedle.co.uk
yuktai.chan@threadneedle.co.uk
aaron.griga@thrivent.com
al.onstad@thrivent.com
amanda.mason@thrivent.com
andrea.thomas@thrivent.com
andrew.meister@thrivent.com
bill.devens@thrivent.com
bill.stouten@thrivent.com
brett.schwiesow@thrivent.com
brian.flanagan@thrivent.com
brian.wasson@thrivent.com
charles.haff@thrivent.com
cheryl.rhome-brumitt@thrivent.com
chris.serra@thrivent.com
christopher.scheuer@thrivent.com
christy.jaeger@thrivent.com
claire.villamor@thrivent.com
conrad.smith@thrivent.com
darren.bagwell@thrivent.com
dave.maule@thrivent.com
dave.schnarsky@thrivent.com
david.heupel@thrivent.com
david.lund@thrivent.com
david.rudow@thrivent.com
david.spangler@thrivent.com
david.streit@thrivent.com
diane.lindeborg@thrivent.com
eric.scherbarth@thrivent.com
eric.swanson@thrivent.com
fred.plautz@thrivent.com
gary.schaal@thrivent.com
greg.meisenger@thrivent.com
greg.petryszyn@thrivent.com
gregory.anderson@thrivent.com
inger.trooien@thrivent.com
jackie.messerschmidt@thrivent.com
james.dier@thrivent.com
james.king@thrivent.com
james.rolfs@thrivent.com
janet.grangaard@thrivent.com
janine.afflitto@thrivent.com
jean_callaway@thrivent.com
jennifer.zlimen@thrivent.com
jeremy.anderson@thrivent.com
jerry.bayer@thrivent.com
jim.grossman@thrivent.com
johan.akesson@thrivent.com
john.groton@thrivent.com
john.hintz@thrivent.com
john.krause@thrivent.com
john.larish@thrivent.com
john.pickering@thrivent.com
katherine.knowles@thrivent.com
kathy.hegseth@thrivent.com
kati.reese@thrivent.com
keith.gangl@thrivent.com
kenneth.satre@thrivent.com

kent.mortensen@thrivent.com
kent.white@thrivent.com
keri.spanbauer@thrivent.com
kevin.brimmer@thrivent.com
kevin.carlson@thrivent.com
kevin.schmitting@thrivent.com
kurt.carlson@thrivent.com
kurt.kreienbrink@thrivent.com
kurt.lauber@thrivent.com
laura.gearhart@thrivent.com
lauri.brunner@thrivent.com
linda.ohme@thrivent.com
marc.beulke@thrivent.com
mariann.montagne@thrivent.com
marisue.menke@thrivent.com
mark.morgan@thrivent.com
mark.r.anderson@thrivent.com
mark.simenstad@thrivent.com
mary.carmean@thrivent.com
mary.towle@thrivent.com
matthew.finn@thrivent.com
melissa.fowlkes@thrivent.com
michael.binger@thrivent.com
michael.landreville@thrivent.com
michael.swendsen@thrivent.com
michelle.vandinter@thrivent.com
mike.horton@thrivent.com
neil.bizily@thrivent.com
noah.monsen@thrivent.com
patricia.eitrheim@thrivent.com
paul.griesbach@thrivent.com
paul.kern@thrivent.com
paul.ocenasek@thrivent.com
rand.mattsson@thrivent.com
randy.boushek@thrivent.com
reginald.pfeifer@thrivent.com
robb.phillips@thrivent.com
robert.drobinski@thrivent.com
scott.lalim@thrivent.com
scott.vergin@thrivent.com
stephen.fredlund@thrivent.com
steve.lowe@thrivent.com
steven.lee@thrivent.com
susan.mcdonald@thrivent.com
tammie.ryan@thrivent.com
thane.bublitz@thrivent.com
tim.norman@thrivent.com
tom.dutta@thrivent.com
tony.enebo@thrivent.com
travis.sell@thrivent.com
william.hochmuth@thrivent.com
kathy_taylor@thruway.state.ny.us
lawrence_decosmo@thruway.state.ny.us
michael_sikule@thruway.state.ny.us
carlsson@tk.thyssenkrupp.com
empelmann@tk.thyssenkrupp.com
gregor@tk.thyssenkrupp.com
grimm@tk.thyssenkrupp.com
guertler@tk.thyssenkrupp.com
hamberger@tk.thyssenkrupp.com

hecker@tk.thyssenkrupp.com
hilger@tk.thyssenkrupp.com
kirsten@tk.thyssenkrupp.com
panek@tk.thyssenkrupp.com
rademacher@tk.thyssenkrupp.com
regelmann@tk.thyssenkrupp.com
salchow@tk.thyssenkrupp.com
siebel@tk.thyssenkrupp.com
thomas.ebben@thyssenkrupp.com
voss@tk.thyssenkrupp.com
wallesch@tk.thyssenkrupp.com
economic@ti.com
eneira@ti.com
jsantero@ti.telefonica.es
nstapleton@ti.com
sktan@ti.com
ckling@tiaa.cref.org
aorane@tiaacref.org
manish.goyal@tiaacref.com
aacosta@tiaa-cref.org
aafkhami@tiaa-cref.org
aaguilar@tiaa-cref.org
aaquino@tiaa-cref.org
ablackbu@tiaa-cref.org
ablanco@tiaa-cref.org
abrackett@tiaa-cref.org
acao@tiaa-cref.org
achong@tiaa-cref.org
aclearfield@tiaa-cref.org
adamani@tiaa-cref.org
agradus@tiaa-cref.org
aharriga@tiaa-cref.org
ahatta@tiaa-cref.org
ahuffman@tiaa-cref.org
ahung@tiaa-cref.org
akong@tiaa-cref.org
akuzmanov@tiaa-cref.org
alipton@tiaa-cref.org
amao@tiaa-cref.org
amckinnon@tiaa-cref.org
amirabelli@tiaa-cref.org
amitroff@tiaa-cref.org
amuromcew@tiaa-cref.org
aourso@tiaa-cref.org
aparekh@tiaa-cref.org
apatel@tiaa-cref.org
apersson@tiaa-cref.org
apolidor@tiaa-cref.org
arudder@tiaa-cref.org
asapp@tiaa-cref.org
asingh2@tiaa-cref.org
atayjasanant@tiaa-cref.org
atelford@tiaa-cref.org
avenegas@tiaa-cref.org
awinogradoff@tiaa-cref.org
awong@tiaa-cref.org
aziccardi@tiaa-cref.org
baguilar@tiaa-cref.org
bangello@tiaa-cref.org
bberman@tiaa-cref.org

| | | |
|---|---|---|
| benglish@tiaa-cref.org | eenglish@tiaa-cref.org | jchang@tiaa-cref.org |
| bfield@tiaa-cref.org | eeodice@tiaa-cref.org | jcunniff@tiaa-cref.org |
| bfriedman@tiaa-cref.org | eflores@tiaa-cref.org | jdeneher@tiaa-cref.org |
| bgrenning@tiaa-cref.org | egrzybowski@tiaa-cref.org | jdevaney@tiaa-cref.org |
| bgriffen@tiaa-cref.org | egunning@tiaa-cref.org | jdrexel@tiaa-cref.org |
| bguinta@tiaa-cref.org | ehammes@tiaa-cref.org | jdziwura@tiaa-cref.org |
| bhammond@tiaa-cref.org | eismith@tiaa-cref.org | jeasler@tiaa-cref.org |
| billmartin@tiaa-cref.org | ejorgoni@tiaa-cref.org | jemery@tiaa-cref.org |
| bjohnson@tiaa-cref.org | ekim@tiaa-cref.org | jespinosa@tiaa-cref.org |
| blee@tiaa-cref.org | elveus@tiaa-cref.org | jfallon@tiaa-cref.org |
| blefsky@tiaa-cref.org | emartens@tiaa-cref.org | jfernandez@tiaa-cref.org |
| bmartin@tiaa-cref.org | emarti@tiaa-cref.org | jgordin@tiaa-cref.org |
| bmerriman@tiaa-cref.org | emelloul@tiaa-cref.org | jgutierrez@tiaa-cref.org |
| bmoskowitz@tiaa-cref.org | eparissi@tiaa-cref.org | jhan@tiaa-cref.org |
| bpaul@tiaa-cref.org | ephipps@tiaa-cref.org | jharrington@tiaa-cref.org |
| bportnoy@tiaa-cref.org | erosa@tiaa-cref.org | jhiggins@tiaa-cref.org |
| breigel@tiaa-cref.org | esaari@tiaa-cref.org | jhsin@tiaa-cref.org |
| briegel@tiaa-cref.org | esangala@tiaa-cref.org | jibell@tiaa-cref.org |
| broelke@tiaa-cref.org | eschmidt@tiaa-cref.org | jjoseph@tiaa-cref.org |
| brolke@tiaa-cref.org | eschultz@tiaa-cref.org | jkaliberda@tiaa-cref.org |
| bspremulli@tiaa-cref.org | esheridan@tiaa-cref.org | jkerner@tiaa-cref.org |
| btyszka@tiaa-cref.org | esimsolo@tiaa-cref.org | jlaing@tiaa-cref.org |
| cagnew@tiaa-cref.org | etoy@tiaa-cref.org | jlawson@tiaa-cref.org |
| cbaker@tiaa-cref.org | fbeck@tiaa-cref.org | jlin@tiaa-cref.org |
| cberger@tiaa-cref.org | fduque@tiaa-cref.org | jlitchfi@tiaa-cref.org |
| cbush@tiaa-cref.org | garcije@tiaa-cref.org | jliu@tiaa-cref.org |
| ccook@tiaa-cref.org | garianna@tiaa-cref.org | jmazejy@tiaa-cref.org |
| cdisunno@tiaa-cref.org | gchinery@tiaa-cref.org | jmccullough@tiaa-cref.org |
| cfrenes@tiaa-cref.org | gmaccord@tiaa-cref.org | jmerkelson@tiaa-cref.org |
| cjoglekar@tiaa-cref.org | gmaccordy@tiaa-cref.org | jminaya@tiaa-cref.org |
| ckilleen@tiaa-cref.org | gproctor@tiaa-cref.org | jmorriss@tiaa-cref.org |
| ckling@tiaa-cref.org | gsaterson@tiaa-cref.org | johayon@tiaa-cref.org |
| ckuhn@tiaa-cref.org | hallison@tiaa-cref.org | john.goodreds@tiaa-cref.org |
| cmurray2@tiaa-cref.org | harmbrus@tiaa-cref.org | josapia@tiaa-cref.org |
| cnelson@tiaa-cref.org | hbagai@tiaa-cref.org | jpipia@tiaa-cref.org |
| cnolen@tiaa-cref.org | hdavis@tiaa-cref.org | jpozharny@tiaa-cref.org |
| cpower@tiaa-cref.org | herickson@tiaa-cref.org | jrolston@tiaa-cref.org |
| cquinn@tiaa-cref.org | hkerrich@tiaa-cref.org | jromano@tiaa-cref.org |
| croig@tiaa-cref.org | hlee@tiaa-cref.org | jschnabel@tiaa-cref.org |
| csemanuk@tiaa-cref.org | hmann@tiaa-cref.org | jself@tiaa-cref.org |
| cthompson@tiaa-cref.org | hng@tiaa-cref.org | jshane@tiaa-cref.org |
| cyi@tiaa-cref.org | hperrin@tiaa-cref.org | jsmith4@tiaa-cref.org |
| daclarke@tiaa-cref.org | hshigenobu@tiaa-cref.org | jsomers@tiaa-cref.org |
| daxelrod@tiaa-cref.org | hwang@tiaa-cref.org | jspencer@tiaa-cref.org |
| dbroderick@tiaa-cref.org | ibader@tiaa-cref.org | jsummers@tiaa-cref.org |
| dcollins@tiaa-cref.org | ibahena@tiaa-cref.org | jtaymuree@tiaa-cref.org |
| dcopp@tiaa-cref.org | ikapadwala@tiaa-cref.org | jtina@tiaa-cref.org |
| ddial@tiaa-cref.org | imatthew@tiaa-cref.org | jtribolet@tiaa-cref.org |
| dfording@tiaa-cref.org | imoraino@tiaa-cref.org | jtsang@tiaa-cref.org |
| dglickman@tiaa-cref.org | jaferrari@tiaa-cref.org | jtse@tiaa-cref.org |
| djoe@tiaa-cref.org | jalissan@tiaa-cref.org | jveen@tiaa-cref.org |
| dknight@tiaa-cref.org | jascampbell@tiaa-cref.org | jwillis@tiaa-cref.org |
| dladd@tiaa-cref.org | jbarnett@tiaa-cref.org | jwpatel@tiaa-cref.org |
| dmacdona@tiaa-cref.org | jbhansal@tiaa-cref.org | jyearwood@tiaa-cref.org |
| dpatel@tiaa-cref.org | jblair@tiaa-cref.org | jzarzycki@tiaa-cref.org |
| dperry@tiaa-cref.org | jbrooks@tiaa-cref.org | karapp@tiaa-cref.org |
| dpersky@tiaa-cref.org | jburian@tiaa-cref.org | kbadams@tiaa-cref.org |
| dponeman@tiaa-cref.org | jcampagna@tiaa-cref.org | kbeaton@tiaa-cref.org |
| droberts2@tiaa-cref.org | jcantey@tiaa-cref.org | kbubeck@tiaa-cref.org |
| dsepulve@tiaa-cref.org | jcerra@tiaa-cref.org | kechen@tiaa-cref.org |

| | | |
|---|---|---|
| kezhang@tiaa-cref.org | mlee2@tiaa-cref.org | rkwee@tiaa-cref.org |
| kfedoff@tiaa-cref.org | mlembo@tiaa-cref.org | rli@tiaa-cref.org |
| kfedosienko@tiaa-cref.org | mliebowitz@tiaa-cref.org | rlucy@tiaa-cref.org |
| kfloody@tiaa-cref.org | mmaselli@tiaa-cref.org | rmccarter@tiaa-cref.org |
| kgeismore@tiaa-cref.org | mmavraki@tiaa-cref.org | rmclaughlin@tiaa-cref.com |
| khua@tiaa-cref.org | mmichael@tiaa-cref.org | rmulford@tiaa-cref.org |
| kitlee@tiaa-cref.org | mmosher@tiaa-cref.org | rnielsen@tiaa-cref.org |
| kkhemraj@tiaa-cref.org | montione@tiaa-cref.org | rrogovin@tiaa-cref.org |
| klarson@tiaa-cref.org | mperalta@tiaa-cref.org | rsanders@tiaa-cref.org |
| klorenz@tiaa-cref.org | mpeyton@tiaa-cref.org | ryanmiller@tiaa-cref.org |
| kmatsuda@tiaa-cref.org | mpierre@tiaa-cref.org | sbrausa@tiaa-cref.org |
| knohdomi@tiaa-cref.org | mqian@tiaa-cref.org | sbrauser@tiaa-cref.org |
| kolivier@tiaa-cref.org | mrothway@tiaa-cref.org | sbudde@tiaa-cref.org |
| krenfrew@tiaa-cref.org | mschepps@tiaa-cref.org | scheng@tiaa-cref.org |
| kriordan@tiaa-cref.org | mshing@tiaa-cref.org | scordes@tiaa-cref.org |
| kschroder@tiaa-cref.org | mshmaruk@tiaa-cref.org | scorsell@tiaa-cref.org |
| ksiqueiros@tiaa-cref.org | mtam@tiaa-cref.org | scottwilliams@tiaa-cref.org |
| kweldon@tiaa-cref.org | mxliu@tiaa-cref.org | scowilliams@tiaa-cref.org |
| kxyee@tiaa-cref.org | myamini@tiaa-cref.org | sdatta@tiaa-cref.org |
| larchiba@tiaa-cref.org | nbenjamin@tiaa-cref.org | sevans@tiaa-cref.org |
| lbaran@tiaa-cref.org | ncarola@tiaa-cref.org | sgreen@tiaa-cref.org |
| lblack@tiaa-cref.org | nfitzger@tiaa-cref.org | sgruppo@tiaa-cref.org |
| lenloe@tiaa-cref.org | nheller@tiaa-cref.org | shamroff@tiaa-cref.org |
| lfayanju@tiaa-cref.org | njawale@tiaa-cref.org | shanda@tiaa-cref.org |
| liberat@tiaa-cref.org | njayanty@tiaa-cref.org | shirsch@tiaa-cref.org |
| lkamp@tiaa-cref.org | nmerritt@tiaa-cref.org | shooda@tiaa-cref.org |
| llabelle@tiaa-cref.org | nnakano@tiaa-cref.org | skempler@tiaa-cref.org |
| llaing@tiaa-cref.org | nray@tiaa-cref.org | skesanapally@tiaa-cref.org |
| llee@tiaa-cref.org | nrutkiew@tiaa-cref.org | skhan@tiaa-cref.org |
| lli@tiaa-cref.org | nryder@tiaa-cref.org | skraljic@tiaa-cref.org |
| llin@tiaa-cref.org | nsheth@tiaa-cref.org | skupchin@tiaa-cref.org |
| lloren@tiaa-cref.org | pahampton@tiaa-cref.org | slabaugh@tiaa-cref.org |
| lmontgomery@tiaa-cref.org | parana@tiaa-cref.org | sleu@tiaa-cref.org |
| lpalmer2@tiaa-cref.org | patkins@tiaa-cref.org | slevine@tiaa-cref.org |
| lroventi@tiaa-cref.org | pdavis@tiaa-cref.org | smaconald@tiaa-cref.org |
| lschausten@tiaa-cref.org | pdilella@tiaa-cref.org | smalik@tiaa-cref.org |
| lscheinson@tiaa-cref.org | pflood@tiaa-cref.org | soliver@tiaa-cref.org |
| lschmerhold@tiaa-cref.org | pgoginen@tiaa-cref.org | soppenheimer@tiaa-cref.org |
| lschwartz@tiaa-cref.org | pguilbert@tiaa-cref.org | soshea@tiaa-cref.org |
| ltankel@tiaa-cref.org | phershey@tiaa-cref.org | spatel3@tiaa-cref.org |
| ltribuch@tiaa-cref.org | phidar@tiaa-cref.org | spyarilal@tiaa-cref.org |
| lwilson@tiaa-cref.org | pknepple@tiaa-cref.org | sraab@tiaa-cref.org |
| lyingyingli@tiaa-cref.org | pliu@tiaa-cref.org | srichardson2@tiaa-cref.org |
| mainge@tiaa-cref.org | pmchugh@tiaa-cref.org | srossiello@tiaa-cref.org |
| mbauch@tiaa-cref.org | pnolan@tiaa-cref.org | srutz@tiaa-cref.org |
| mbrennan@tiaa-cref.org | pscola@tiaa-cref.org | ssanford@tiaa-cref.org |
| mduthie@tiaa-cref.org | pwright@tiaa-cref.org | ssinnan@tiaa-cref.org |
| mferraro@tiaa-cref.org | razarbayejani@tiaa-cref.org | ssteinberg@tiaa-cref.org |
| mfiducioso@tiaa-cref.org | rcheng@tiaa-cref.org | ssterman@tiaa-cref.org |
| mfleisch@tiaa-cref.org | rchung@tiaa-cref.org | stong@tiaa-cref.org |
| mfrancis@tiaa-cref.org | rcoppola@tiaa-cref.org | straum@tiaa-cref.org |
| mgold@tiaa-cref.org | rcutler@tiaa-cref.org | sulick@tiaa-cref.org |
| mgoyal@tiaa-cref.org | reaton@tiaa-cref.com | svichness@tiaa-cref.org |
| mhalperin@tiaa-cref.org | regbert@tiaa-cref.org | svirgilio@tiaa-cref.org |
| mholbert@tiaa-cref.org | rgeorge@tiaa-cref.org | swolkowicki@tiaa-cref.org |
| mhuang@tiaa-cref.org | rhausmann@tiaa-cref.org | swolrich@tiaa-cref.org |
| mkeyes@tiaa-cref.org | rheckman@tiaa-cref.org | syarcia@tiaa-cref.org |
| mkotov@tiaa-cref.org | rjameson@tiaa-cref.org | tdenapoli@tiaa-cref.org |
| mlaw@tiaa-cref.org | rjohnson@tiaa-cref.org | tfranks@tiaa-cref.org |
| mlee@tiaa-cref.org | rkhoury@tiaa-cref.org | tharte@tiaa-cref.org |

tishmael@tiaa-cref.org
tkohata@tiaa-cref.org
tkolefas@tiaa-cref.org
tleone@tiaa-cref.org
tmaffia@tiaa-cref.org
tscalise@tiaa-cref.org
tsolano@tiaa-cref.org
uengler@tiaa-cref.org
vcao@tiaa-cref.org
vnagarajan@tiaa-cref.org
vsamoilovich@tiaa-cref.org
wchung@tiaa-cref.org
wdalasio@tiaa-cref.org
wferguson@tiaa-cref.org
wiebke.wanner-borchardt@tiaa-cref.org
wshepetin@tiaa-cref.org
wtsai@tiaa-cref.org
wwilkinson@tiaa-cref.org
xchen@tiaa-cref.org
xzhang@tiaa-cref.org
yhyun@tiaa-cref.org
yikeda@tiaa-cref.org
yjiang@tiaa-cref.org
ykoudinov@tiaa-cref.org
ymiura@tiaa-cref.org
yprakash@tiaa-cref.org
yxia@tiaa-cref.org
yxu@tiaa-cref.org
jcook@tiaaa-creff.org
cswihart@tiberasset.com
gripka@tiberasset.com
jhalliday@tiberasset.com
mpschmitt@tiberasset.com
gustavo.quesada@tibom.com
aburner@tibsite.com
eburgess@tibsite.com
ljames@tibsite.com
provalue@tic.ch
gmozzetti@ticino.com
hgplu1@ticino.com
julia.choi@tigerasiafund.com
jun_li@tigerasiafund.com
winnie.liu@tigerasiafund.com
andy_rafal@tigerconsumer.com
kevin_sowers@tigerconsumer.com
alok.agrawal@tigerfund.com
athos.zakou@tigerfund.com
charles_anderson@tigerfund.com
dan_morehead@tigerfund.com
david_golob@tigerfund.com
deborah_lunan@tigerfund.com
jerry_koljenovic@tigerfund.com
jim.davis@tigerfund.com
john_robertson@tigerfund.com
matt_ngai@tigerfund.com
michael_hodge@tigerfund.com
pat_omeara@tigerfund.com
patrick_mccormack@tigerfund.com
paul_brooke@tigerfund.com
peter.lee@tigerfund.com

peter.marturano@tigerfund.com
rob_pohly@tigerfund.co
ron_glantz@tigerfund.com
tim_jenkins@tigerfund.com
aarmenio@tigerglobal.com
achin@tigerglobal.com
aodonnell@tigerglobal.com
astern@tigerglobal.com
bschleppy@tigerglobal.com
ccoleman@tigerglobal.com
cschmitt@tigerglobal.com
cwatts@tigerglobal.com
dchiappinelli@tigerglobal.com
fdewan@tigerglobal.com
germino@tigerglobal.com
jlocker@tigerglobal.com
jmarovich@tigerglobal.com
jsanberg@tigerglobal.com
jzhang@tigerglobal.com
kdeluca@tigerglobal.com
lfixel@tigerglobal.com
mko@tigerglobal.com
mlakhamraju@tigerglobal.com
mrosenberg@tigerglobal.com
nchandra@tigerglobal.com
operations@tigerglobal.com
rfallon@tigerglobal.com
rjones@tigerglobal.com
rrobinson@tigerglobal.com
sshleifer@tigerglobal.com
guy_pennisi@tigersharklp.com
hoffmaw@tillinghast.com
andrew.barr@tilney.com
heather.tomkinson@tilney.com
nigel.davies@tilney.com
peter.botham@tilney.com
stuart.forshaw@tilney.com
verity.criddle@tilney.com
vincent.regan@tilney.com
birc_reports@timeinc.com
steven_mintz@timeinc.com
dan_kadlec@timemagazine.com
alldeals@tin.it
bapvtit@tin.it
cparac@tin.it
estertonnin-linic@tinet.ie
pierrerouy@tinet.ie
ibo.sanz@t-interactiva.com
josec.duran@t-interactiva.com
b.silvestri@tiscali.it
hpw@titan.gr
papoui@titan.gr
crobinson@tjim.com
dhaws@tjim.com
jdavis@tjim.com
lcalfy@tjim.com
nschrems@tjim.com
rparry@tjim.com
sschenk@tjim.com
adrian.stalder@tkb.ch

angelo.iannella@tkb.ch
bernhard.eugster@tkb.ch
handel@tkb.ch
kurt.oswald@tkb.ch
markus.sola@tkb.ch
michael.selb@tkb.ch
michael.singer@tkb.ch
patrick.rutz@tkb.ch
pm@tkb.ch
richard.rossatti@tkb.ch
vivian.brunner@tkb.ch
jjang11@tkit.co.kr
a-masuda@tmam.co.jp
fujimaru@tmam.co.jp
h-sawashima@tmam.co.jp
h-takigawa@tmam.co.jp
imada@tmam.co.jp
inamura@tmam.co.jp
kuga@tmam.co.jp
m-matsushita@tmam.co.jp
m-tojima@tmam.co.jp
n-suzuki@tmam.co.jp
ohira@tmam.co.jp
sakai@tmam.co.jp
t-hagiwara@tmam.co.jp
yamamoto@tmam.co.jp
yasuda@tmam.co.jp
yotsukura@tmam.co.jp
amanyan@tmgchicago.com
breecemckinney@tmgchicago.com
clayg@tmgchicago.com
csarnicki@tmgchicago.com
csmith@tmgchicago.com
cvanella@tmgchicago.com
doug.adam@tmgchicago.com
elliot.lapan@tmgchicago.com
garrett.see@tmgchicago.com
gregv@tmgchicago.com
james.pienta@tmgchicago.com
jeffconrad@tmgchicago.com
jimmcr@tmgchicago.com
joe.kelderman@tmgchicago.com
jpienta@tmgchicago.com
kathleen.calungcagin@tmgchicago.com
kyle.bergstrom@tmgchicago.com
magne@tmgchicago.com
mikef@tmgchicago.com
mmersch@tmgchicago.com
mmorganstern@tmgchicago.com
pierre.lapan@tmgchicago.com
plofdahl@tmgchicago.com
briand@tmgny.com
craigk@tmgny.com
dans@tmgny.com
fredf@tmgny.com
josephs@tmgny.com
jwdiben@tmgny.com
kamrang@tmgny.com
markh@tmgny.com
jamie.guild@t-mi.com

laurence.dare@t-mi.com
mark.searle@t-mi.com
daniel@tmihk.com
eric.meier@tmjchicago.com
kchandra@tmmna.com
karseten.heppner@t-mobil.de
claire.kerr@t-mobile.net
daniel.daub@t-mobile.net
joerg.pergande@t-mobile.net
monika.hoffmann@t-mobile.de
p.geier@t-mobile.net
radek.svoboda@t-mobile.net
ralf.schweers@t-mobile.net
ulrich.vornefeld@t-mobile.net
victoria.feldens@t-mobile.net
cscott@toddinvestment.com
jwhite@toddinvestment.com
rbordogna@toddinvestment.com
ayako_nakamura@tokaitokyo.co.jp
enran_shin@tokaitokyo.co.jp
hiroyo_hozaki@tokaitokyo.co.jp
hiroyuki_machiyama@tokaitokyo.co.jp
hsilien_aw@tokaitokyo.co.jp
kayoko_watanabe@tokaitokyo.co.jp
kazuyuki_araki@tokaitokyo.co.jp
kiyoshi_yamada@tokaitokyo.co.jp
kouji_kawaguchi@tokaitokyo.co.jp
koutarou_satou@tokaitokyo.co.jp
kumiko_kojima@tokaitokyo.co.jp
mayumi_satou@tokaitokyo.co.jp
naomi_inoue@tokaitokyo.co.jp
sadahito_tomioka@tokaitokyo.co.jp
syouhei_rin@tokaitokyo.co.jp
syunji_shiima@tokaitokyo.co.jp
yoh_nihei@tokaitokyo.co.jp
yuuji_sakurai@tokaitokyo.co.jp
takurat@tokyomarineam.co.jp
fumiyasu.yokoo@tokyostarbank.co.jp
hideaki.nagai@tokyostarbank.co.jp
hiroyuki.okuyama@tokyostarbank.co.jp
hiroyuki.tani@tokyostarbank.co.jp
kenji.watanabe@tokyostarbank.co.jp
kentaro.ujiie@tokyostarbank.co.jp
kevin.hoffmansmith@tokyostarbank.co.jp
kimiaki.yamaguchi@tokyostarbank.co.jp
kouji.sugita@tokyostarbank.co.jp
manabu.nagano@tokyostarbank.co.jp
masaru.irie@tokyostarbank.co.jp
reiko.kinoshita@tokyostarbank.co.jp
s.yonemori@tokyostarbank.co.jp
shinichi.yamazoe@tokyostarbank.co.jp
takao.niwa@tokyostarbank.co.jp
takeshi.sasaki@tokyostarbank.co.jp
tomomi.kihara@tokyostarbank.co.jp
yasuharu.kuse@tokyostarbank.co.jp
yasuko.inoue@tokyostarbank.co.jp
yasutoyo.senda@tokyostarbank.co.jp
yasuyuki.mochizuki@tokyostarbank.co.jp
yutaka.komori@tokyostarbank.co.jp
maruyama@tokyotrust.co.jp

masumura@tokyotrust.co.jp
nakada@tokyotrust.co.jp
nio@tokyotrust.co.jp
takada@tokyotrust.co.jp
takeuchi@tokyotrust.co.jp
kigawa@tominbank.co.jp
kojima-y@tominbank.co.jp
tanaka-t@tominbank.co.jp
yanagiha@tominbank.co.jp
conti-pensionskasse@t-online.de
essenhyp@t-online.de
ksk-gp.handel@t-online.de
r.deifel@t-online.de
richard.seissler@t-online.de
fla@topdanmark.dk
nla@topdanmark.dk
too@topdanmark.dk
ahintz@torchmarkcorp.com
eschmidt@torchmarkcorp.com
jlane@torchmarkcorp.com
mpressley@torchmarkcorp.com
rtucker@torchmarkcorp.com
zhamel@tortoiseadvisors.com
benoit.charpentier@total.com
claire.le-louet@total.com
estelle.leroy@total.com
eudes.charpentier@total.com
franºois-m.brice@total.com
holding.financement-bourse@total.com
ir.nyc@total.com
isabelle.lemee-martin@total.com
marianne.spelte@total.com
matthieu.faury@total.com
thibault.hautier@total.com
eric.bigot@totalfinaelf.com
herve.jaskulke@totalfinaelf.com
ladislas.paszkiewicz@totalfinaelf.com
michel.hourcard@totalfinaelf.com
paris.de-bollardiere@totalfinaelf.com
pascal.breant@totalfinaelf.com
raphael.guastalla@totalfinaelf.com
alex.meyersiek@towerbrook.com
anna.ernberg@towerbrook.com
christian.unger@towerbrook.com
christophe.defert@towerbrook.com
jose.arellano@towerbrook.com
katrin.tonning@towerbrook.com
nicolas.chavanne@towerbrook.com
ramez.sousou@towerbrook.com
rayhan.davis@towerbrook.com
tess.strom@towerbrook.com
sean.zimmermann@towerfcu.org
sharon.tengeres@towerfcu.org
stephanie.cook@towerfcu.org
bellons@towers.com
brooke.mcdonald@towers.com
cavek@towers.com
cruicka@towers.com
juddb@towers.com
lewise@towers.com

lik@towers.com
lukinm@towers.com
zumaetj@towers.com
craig.bishop@towersperrin.com
david.bayliffe@towersperrin.com
jeanette.simmons@towersperrin.com
jeffrey.dobro@towersperrin.com
lisa.swatkoski@towersperrin.com
loretta.rasmussen@towersperrin.com
richard.q.wendt@towersperrin.com
steven.treftz@towersperrin.com
william.higgins@towersperrin.com
cindy_wang@toyota.com
dennis.apple@toyota.com
jean_liao@toyota.com
ryan_rycraw@toyota.com
shelby_niss@toyota.com
soo_young_der@toyota.com
y-yoshizawa@toyotrustbank.co.jp
ohmura@toyotrustny.com
cdagostino@tp-cm.com
dgaertner@tp-cm.com
dyelle@tp-cm.com
robertgruwell@tpgbank.com
jtaliaferro@tprice.com
akihiro_kitano@tr.mufg.jp
akio_shimizu@tr.mufg.jp
akira_matsuzaka@tr.mufg.jp
akira_sato@tr.mufg.jp
akira_takanabe@tr.mufg.jp
akira_tanaka@tr.mufg.jp
amd-fbond_post@tr.mufg.jp
atsushi_sakamoto@tr.mufg.jp
chiharu_oka@tr.mufg.jp
chisako_tsuchiya@tr.mufg.jp
emiko1_nakamura@tr.mufg.jp
gyo_kawata@tr.mufg.jp
hajime_ishigami@tr.mufg.jp
hayashida@tr.mufg.jp
hideaki_inoue@tr.mufg.jp
hideaki_sasaki@tr.mufg.jp
hideaki_takaki@tr.mufg.jp
hideki_nukanobu@tr.mufg.jp
hideki_ota@tr.mufg.jp
hideo_fukui@tr.mufg.jp
hideo_shimomura@tr.mufg.jp
hidetomo_yoshizawa@tr.mufg.jp
hidetsugu_minami@tr.mufg.jp
hiroaki_baba@tr.mufg.jp
hiroaki_saito@tr.mufg.jp
hirofumi_horikoshi@tr.mufg.jp
hiroharu_ryoke@tr.mufg.jp
hirokatsu_yoshida@tr.mufg.co.jp
hirokazu_kubo@tr.mufg.jp
hiroki_norimura@tr.mufg.jp
hiroki-masuoka@tr.mufg.jp
hiromitsu_watanabe@tr.mufg.jp
hironobu_takeda@tr.mufg.jp
hiroshi_hashimoto@tr.mufg.jp
hiroshi_kurihara@tr.mufg.jp

hiroshi_minagawa@tr.mufg.jp
hiroshi_nakamura@tr.mufg.jp
hiroshi_nishida@tr.mufg.jp
hiroshi_otsuki@tr.mufg.jp
hiroshi_umayahara@tr.mufg.jp
hiroyasu_omura@tr.mufg.jp
hiroyuki_bando@tr.mufg.jp
hiroyuki_kobayashi@tr.mufg.jp
hiroyuki_shimizu@tr.mufg.jp
hiroyuki_yoshino@tr.mufg.jp
hisato_yasuda@tr.mufg.jp
hitoshi_shinto@tr.mufg.jp
hoshi_nishikawa@tr.mufg.jp
isao_ikegami@tr.mufg.jp
jiro_omori@tr.mufg.jp
judyanna_chau@tr.mufg.jp
junichi_nakano@tr.mufg.jp
junichi_ono@tr.mufg.jp
junko_odakura@tr.mufg.co.jp
kanako_sai@tr.mufg.jp
kaori_ambo@tr.mufg.jp
kaori_iwasaki@tr.mufg.jp
katsuei_tani@tr.mufg.jp
kayoko_fukuda@tr.mufg.jp
kazuhide_aisa@tr.mufg.jp
kazuhiko_sudo@tr.mufg.jp
kazuhiro_kikuchi@tr.mufg.jp
kazuhiro_ohashi@tr.mufg.jp
kazuhiro_sawada@tr.mufg.jp
kazuki_takahashi@tr.mufg.jp
kazunori_terawaki@tr.mufg.jp
kazuo_watanabe@tr.mufg.jp
kazuyuki_mitsuhashi@tr.mufg.jp
kazuyuki_tai@tr.mufg.jp
kei_ito@tr.mufg.jp
kei_shibuya@tr.mufg.jp
keiichiro_takeda@tr.mufg.co.jp
keisuke_koriyama@tr.mufg.jp
keisuke_nishikawa@tr.mufg.jp
keisuke_seko@tr.mufg.jp
ken_mitsutani@tr.mufg.jp
kenichi_fukui@tr.mufg.jp
kenichi_ito@tr.mufg.jp
kenichi_kuga@tr.mufg.jp
kenichi_takano@tr.mufg.jp
kenji_aikawa@tr.mufg.jp
kentaro_kikuchi@tr.mufg.jp
kentaro_shimizu@tr.mufg.jp
kenzo_umetani@tr.mufg.co.jp
kiichiro_tamura@tr.mufg.jp
koichi_ogawa@tr.mufg.jp
koichiro_ono@tr.mufg.jp
koji_hashimoto@tr.mufg.jp
koji_hattori@tr.mufg.jp
kosuke_tsuchida@tr.mufg.jp
kunihiko_nakaji@tr.mufg.jp
maho_tsukahara@tr.mufg.jp
makoto_uemura@tr.mufg.jp
manabu_takano@tr.mufg.jp
masaaki_kobayashi@tr.mufg.jp

masaaki_miyoshi@tr.mufg.jp
masaharu_katsumori@tr.mufg.jp
masaharu_suehira@tr.mufg.jp
masahiro_nakai@tr.mufg.jp
masahisa_ogawa@tr.mufg.jp
masaki_saito@tr.mufg.jp
masanori_tanahashi@tr.mufg.jp
masaru_yamamoto@tr.mufg.jp
masato_ishibe@tr.mufg.jp
masato_sakaguchi@tr.mufg.jp
masatsugu_tsuchiya@tr.mufg.jp
masayuki_otaki@tr.mufj.jp
masuhiro_yamamoto@tr.mufg.jp
mayumi_ono@tr.mufg.jp
megumi_nakano@tr.mufg.jp
michio_iida@tr.mufg.jp
michiyoshi_nishimura@tr.mufg.jp
mikinao_matsushita@tr.mufg.jp
mikio_sugisaki@tr.mufg.jp
minako_kimura@tr.mufg.jp
mitsuhiro_yoneda@tr.mufg.jp
mitsunori_hino@tr.mufg.jp
miyoko_kawamura@tr.mufg.jp
morio_hoshino@tr.mufg.jp
motoki_otsuka@tr.mufg.jp
motoshige_hayashi@tr.mufg.jp
myojin@tr.mufg.jp
naoki_nakazawa@tr.mufg.jp
naoki_shimmura@tr.mufg.jp
naoko_matsuba@tr.mufg.jp
naoko_takada@tr.mufg.jp
naoto_kon@tr.mufg.jp
naoto_suzuki@tr.mufg.jp
noboru_hayakawa@tr.mufg.jp
nobuo_anzai@tr.mufg.jp
nobuyuki1_takeuchi@tr.mufg.jp
noriyuki_okamoto@tr.mufg.jp
risa_genjima@tr.mufg.jp
ryo_furuya@tr.mufg.jp
ryo_hasegawa@tr.mufg.jp
ryo_sawai@tr.mufg.jp
ryo_taniguchi@tr.mufg.jp
ryoichi_tani@tr.mufg.jp
ryoji_shimizu@tr.mufg.jp
satoru_kobayashi@tr.mufg.jp
satoru_nojima@tr.mufg.jp
satoru_takakuwa@tr.mufg.jp
satoshi_kubo@tr.mufg.jp
satoshi_nasu@tr.mufg.jp
satoshi_sakamaki@tr.mufg.jp
satoshi_someya@tr.mufg.jp
saya_nozu@tr.mufg.jp
shigeharu_yuasa@tr.mufg.jp
shigehiro_wakamoto@tr.mufg.jp
shigekazu_kawasaki@tr.mufg.jp
shin_okumoto@tr.mufg.jp
shinichi_harada@tr.mufg.jp
shinichi_okada@tr.mufg.jp
shinichiro_hyogo@tr.mufg.jp
shinichiro_nakada@tr.mufg.jp

shinji_okazawa@tr.mufg.co.jp
shinta_tahara@tr.mufg.co.jp
shinya_ito@tr.mufg.jp
shoichi_oyama@tr.mufg.jp
shoji_shimamura@tr.mufg.jp
shujiro_hosokawa@tr.mufg.jp
shunichi_sakai@tr.mufg.jp
shunsuke_kikutani@tr.mufg.jp
shusei_imai@tr.mufg.jp
sinichi_namikawa@tr.mufg.jp
so_ota@tr.mufg.jp
sunao_yokokawa@tr.mufg.jp
susumu_aono@tr.mufg.jp
tadashi_hoshino@tr.mufg.jp
takaaki_nakamura@tr.mufg.jp
takanori_ishii@tr.mufg.jp
takashi_kubota@tr.mufg.jp
takashi_matsumoto@tr.mufg.jp
takashi_tamura@tr.mufg.jp
takashi_yamaguchi@tr.mufg.jp
takashi_yamamoto@tr.mufg.jp
takefumi_hirose@tr.mufg.co.jp
takefumi_konishi@tr.mufg.jp
takemasa_niki@tr.mufg.jp
takeshi_tagami@tr.mufg.jp
takuma_matsuo@tr.mufg.jp
takuma_okamoto@tr.mufg.jp
taro_yamauchi@tr.mufg.jp
tatsuya_noguchi@tr.mufg.jp
tatsuya_tarumi@tr.mufg.jp
teruhiko_tokuno@tr.mufg.jp
tetsumasa_yamamoto@tr.mufg.jp
tetsuo_yamashita@tr.mufg.co.jp
tetsuo_yamashita@tr.mufg.jp
tetsuro_suwa@tr.mufg.jp
tetsuya_hikino@tr.mufg.jp
tetsuya_kuwabara@tr.mufg.jp
tomohiro_ochiai@tr.mufg.jp
tomohiro_toyota@tr.mufg.jp
tomoo_shimizu@tr.mufg.jp
tomoya_kinugasa@tr.mufg.jp
tomoyuki_awano@tr.mufg.jp
toru_imahori@tr.mufg.jp
toru_watanabe@tr.mufg.jp
toshiaki_fuse@tr.mufg.jp
toshiaki_kajiura@tr.mufg.jp
toshiaki_kimura@tr.mufg.jp
toshihiko_nishi@tr.mufg.jp
toshihiko_sakai@tr.mufg.jp
toshio_goto@tr.mufg.jp
toshio_shimizu@tr.mufg.jp
toshitaka_iinuma@tr.mufg.jp
toshiyuki_miwa@tr.mufg.jp
tsukasa_yoshizaki@tr.mufg.jp
tsunemasa_tsukada@tr.mufg.jp
tsutomu_kinoshita@tr.mufg.jp
tsuyoshi_kodaka@tr.mufg.jp
yasuhiko_fukuda@tr.mufg.jp
yasuhiro_hara@tr.mufg.jp
yasushi_iwamoto@tr.mufg.jp

| | | |
|---|---|---|
| yohei_omichi@tr.mufg.jp | john.huber@transamerica.com | minht@treasury.state.az.us |
| yoichi_kawaguchi@tr.mufg.jp | john.lawrence@transamerica.com | richardh@treasury.state.az.us |
| yorio_ota@tr.mufg.jp | joshua.shaskan@transamerica.com | spappan@treasury.state.la.us |
| yoshiaki_oya@tr.mufg.jp | kirk.feldhus@transamerica.com | steve.joss@treasury.govt.nz |
| yoshifumi_shirahama@tr.mufg.jp | kirk.kim@transamerica.com | timw@treasury.state.az.us |
| yoshiharu_inoue@tr.mufg.jp | krista.mallary@transamerica.com | jmoss@trees-invest.com |
| yoshihisa_okada@tr.mufg.jp | michelle.stevens@transamerica.com | snewhall@trees-invest.com |
| yoshihito_ichiguchi@tr.mufg.jp | mike.papworth@transamerica.com | dalessandro@trefinance.ch |
| yoshinori_takano@tr.mufg.co.jp | patty.arrieta@transamerica.com | gasparri@trefinance.lu |
| yoshio_tominaga@tr.mufg.jp | peter.lopez@transamerica.com | tkennedy@tribune.com |
| yoshiro_mizukami@tr.mufg.jp | rich.farra@transamerica.com | lmason@trigon.com |
| yoshitaka_ino@tr.mufg.jp | scott.dinsdale@transamerica.com | rlsimmons@trigon.com |
| yoshitaka_nagano@tr.mufg.jp | shlomo.crandus@transamerica.com | wlupoletti@trigon.com |
| yoshiyuki_masuda@tr.mufg.jp | susan.vanzeyl@transamerica.com | trading@trigone.com |
| yoshiyuki_sato@tr.mufg.jp | thomas.larkin@transamerica.com | jtremayne@trilon.com |
| yosuke_kobayashi@tr.mufg.jp | thomas.marshall@transamerica.com | alfred.parmentier@trinkaus.de |
| yukari_sakai@tr.mufg.jp | fxdevulder@transat.tm.fr | axel.cron@trinkaus.de |
| yukihiro_miyata@tr.mufg.jp | jmthomas@transat.tm.fr | bernd.schuster@trinkaus.de |
| yukimasa_araki@tr.mufg.jp | tkotrec@transat.tm.fr | c.mueller-goedecke@trinkaus.de |
| yukio_ichikawa@tr.mufg.jp | andrew.motion@transmaket.co.uk | christian.heger@trinkaus.de |
| yuko_hirayama@tr.mufg.jp | calvin.davis@transmarketgroup.com | diana.nolte@trinkaus.de |
| yumi_yoshida@tr.mufg.jp | joep@transtrend.com | dirk.doetsch@trinkaus.de |
| yusuke_fujishima@tr.mufg.jp | alvaro_villamil@travelers.com | dirk.guber@trinkaus.de |
| yusuke_mogami@tr.mufg.jp | amaster1@travelers.com | felix.prinzenberg@trinkaus.de |
| yusuke_tanaka@tr.mufg.jp | bonnie.crisco@travelers.com | frank.joachim@trinkaus.de |
| yutaka_kawakami@tr.mufg.jp | clucci@travelers.com | frank.pradel@trinkaus.de |
| yuya_saijo@tr.mufg.jp | emil.molinaro@travelers.com | gernot.specht@trinkaus.de |
| yuzo_konishiike@tr.mufg.jp | fishman@travelers.com | guenter.hertle@trinkaus.de |
| alexandar.pechovitch@tractebel.com | gnantie@travelers.com | guido.cameron@trinkaus.de |
| daniel.voisey@tractebel.be | hcameron@travelers.com | hans-juergen.kremer@trinkaus.de |
| etienne.deranter@tractebel.be | jfgreen@travelers.com | harald.edele@trinkaus.de |
| jean.rappe@tractebel.com | jordan_m_stitzer@travelers.com | inka.michallek@trinkaus.de |
| marc.verstrate@tractebel.be | pamela_westmoreland@travelers.com | jens.raiser@trinkaus.de |
| olivier.poswick@tractebel.be | rmcilrat@travelers.com | joerg.ludewig@trinkaus.de |
| patrick.verlee@tractebel.be | smorris3@travelers.com | juergen.suess@trinkaus.de |
| phillipe.tacquenier@tractebel.com | teresamtorrey@travelers.com | karsten.tripp@trinkaus.de |
| gmartin@tradersbanking.com | kirstin.mobyed@travelrs.com | klaus.luepertz@trinkaus.de |
| ed.cassens@tradestreetinv.com | joeg@trdlnk.com | klaus-michael.menz@trinkaus.de |
| jim.williams@tradestreetinv.com | dminot@tre.state.vt.us | lars.niggeling@trinkaus.de |
| martha.sherman@tradestreetinv.com | doug@tre.wa.gov | markus.herten@trinkaus.de |
| michael.linnane@tradition.co.uk | fmmrykalo@tre.state.pa.us | martin.sirch@trinkaus.de |
| nick.cremin@trafalgarcapital.com | fpascual@tre.wa.gov | michael.auracher@trinkaus.de |
| simon.colson@trafalgarcapital.com | hclay@tre.state.ma.us | michael.kaplar@trinkaus.de |
| anne.gee@transamerica.com | jmacdonald@tre.state.ma.us | mihnea.stefan.mihai@trinkaus.de |
| brad.slocum@transamerica.com | jwaldron@tre.state.ma.us | nicoletta_krause@trinkaus.de |
| brian.westhoff@transamerica.com | mcoll@tre.wa.gov | olaf.conrad@trinkaus.de |
| david.o'brien@transamerica.com | swong@tre.state.ma.us | peter.cipa@trinkaus.de |
| derek.brown@transamerica.com | parihj@treas.gov.ab.ca | peter.weldner@trinkaus.de |
| desiree.cloud@transamerica.com | talang@treas.gov.ab.ca | ralf.knoch@trinkaus.de |
| edward.han@transamerica.com | beth.harrison@treasurer.state.nc.us | robert.demohn@trinkaus.de |
| erik.u.rolle@transamerica.com | brett.hall@treasurer.state.nc.us | sabine.stahl@trinkaus.de |
| erika.mobley@transamerica.com | carlene.tracy@treasurer.state.nc.us | sandra.gueth@trinkaus.de |
| gary.rolle@transamerica.com | jeff.smith@treasurer.state.nc.us | siegmar.thakur-weigold@trinkaus.de |
| greg.haendel@transamerica.com | john.mccoy@treasurer.state.nc.us | stefanie.tragier@trinkaus.de |
| greg.weirick@transamerica.com | keith.leonard@treasurer.state.nc.us | stephan.muhr@trinkaus.de |
| heidi.hu@transamerica.com | nadine.taylor@treasurer.state.nc.us | wertpapierleihe@trinkaus.de |
| jcaskin@transamerica.com | steve.eubanks@treasurer.state.nc.us | winfried.gausselmann@trinkaus.de |
| jeffrey.hoo@transamerica.com | colleen.park@treasury.govt.nz | nantoim1@triton.ocn.ne.jp |
| jeffrey.lucia@transamerica.com | khoyle@treasury.state.al.us | jctorres@tritonglobalcapital.com |
| jen.robertson@transamerica.com | mattias.grahn@treasury.saab.se | aberris@trmshedge.com |

bcase@trmshedge.com
efisher@trmshedge.com
eoliver@trmshedge.com
jfox@trmshedge.com
jschock@trmshedge.com
ksaathoff@trmshedge.com
maureenr@trmshedge.com
pames@trmshedge.com
pbowen@trmshedge.com
sdisterheft@trmshedge.com
sern@trmshedge.com
shoughton@trmshedge.com
tchernak@trmshedge.com
trow@troweassociates.com
gail_manning@troweprce.com
abrooks@troweprice.com
acecil@troweprice.com
adam_perold@troweprice.com
agnese_melbarde@troweprice.com
ahamilton@troweprice.com
aholcomb@troweprice.com
ajmal_ahmady@troweprice.com
alevenson@troweprice.com
alex_frey@troweprice.com
alexander_strey@troweprice.com
alisa_fiumara@troweprice.com
amit_seth@troweprice.com
anastasia_shiach@troweprice.com
andrew_hyman@troweprice.com
andrew_kyle@troweprice.com
anna_dopkin@troweprice.com
ari_krupp@troweprice.com
arichmond@troweprice.com
art_varnado@troweprice.com
ashley_woodruff@troweprice.com
awilhelm@troweprice.com
b.lewbart@troweprice.com
barry_henderson@troweprice.com
bbeere@troweprice.com
bberghuis@troweprice.com
bbrown@troweprice.com
bdausch@troweprice.com
bebner@troweprice.com
ben_griffiths@troweprice.com
benjamin_riley@troweprice.com
bmanick@troweprice.com
bmarcotte@troweprice.com
bob_smith@troweprice.com
brburns@troweprice.com
brent_warner@troweprice.com
breynolds@troweprice.com
brian_bennett@troweprice.com
brian_brennan@troweprice.com
brian_ropp@troweprice.com
brogers@troweprice.com
brubin@troweprice.com
bruce_kennedy@troweprice.com
bstromberg@troweprice.com
btaylor@troweprice.com
bwaesche@troweprice.com

cailin_rutter@troweprice.com
caroline_teichner@troweprice.com
caroline_young@troweprice.com
carson_dickson@troweprice.com
cbavely@troweprice.com
cberrier@troweprice.com
cbravo@troweprice.com
cchang@troweprice.com
charles_ober@troweprice.com
charles_pfeifer@troweprice.com
charles_shriver@troweprice.com
charlie_hill@troweprice.com
cheid@troweprice.com
chen_shao@troweprice.com
chirag_vasavada@troweprice.com
chris_carlson@troweprice.com
chris_copsey@troweprice.com
chris_kushlis@troweprice.com
chris_rothery@troweprice.com
chris_tuitt@troweprice.com
christian_oneill@troweprice.com
christina_barth@troweprice.com
christopher_alderson@troweprice.com
christopher_brown@troweprice.com
christopher_dillon@troweprice.com
christopher_edge@troweprice.com
christopher_fortune@troweprice.com
christopher_loop@troweprice.com
christopher_mcavoy@troweprice.com
christopher_whitehouse@troweprice.com
chuck_emrich@troweprice.com
cindy_lau@troweprice.com
clark_shields@troweprice.com
clive_williams@troweprice.com
cmickel@troweprice.com
cmunoz@troweprice.com
cnickel@troweprice.com
continia_scruggs@troweprice.com
corey_shull@troweprice.com
corgant@troweprice.com
cpepin@troweprice.com
craig_thiese@troweprice.com
cwendler@troweprice.com
cwills@troweprice.com
dan_schick@troweprice.com
daniel_flax@troweprice.com
daniel_martino@troweprice.com
darrell_braman@troweprice.com
david_beers@troweprice.com
david_eiswert@troweprice.com
david_jones@troweprice.com
david_lee@troweprice.com
david_rowlett@troweprice.com
david_stanley@troweprice.com
david_tan@troweprice.com
david_tiberii@troweprice.com
david_warren@troweprice.com
dawagner@troweprice.com
dean_tenerelli@troweprice.com
deasley@troweprice.com

deborah_dibucci@troweprice.com
deborah_hare@troweprice.com
deborah_mosier@troweprice.com
denice_holin@troweprice.com
denise_grotz@troweprice.com
denise_victor@troweprice.com
dgardner@troweprice.com
dgiroux@troweprice.com
diana_hurley@troweprice.com
dimitri_grechenko@troweprice.com
dmallas@troweprice.com
dmitry_taraschansky@troweprice.com
don_peters@troweprice.com
donna_anderson@troweprice.com
driley@troweprice.com
dshackelford@troweprice.com
dtjones@troweprice.com
dwallack@troweprice.com
edward_bernard@troweprice.com
elena_nikolaeva@troweprice.com
emtel@troweprice.com
eobrien@troweprice.com
eric_chu@troweprice.com
eric_devilbiss@troweprice.com
eric_veiel@troweprice.com
evan_shay@troweprice.com
f_bair@troweprice.com
falonso@troweprice.com
fanshi_zhao@troweprice.com
farah_khan@troweprice.com
federico_santilli@troweprice.com
fiona_leonard@troweprice.com
fmadsen@troweprice.com
fred_rizzo@troweprice.com
gabriel_solomon@troweprice.com
geoffrey_hardin@troweprice.com
geoffrey_stetler@troweprice.com
george_marzano@troweprice.com
ginny_kidd@troweprice.com
gmccrickard@troweprice.com
gnahory@troweprice.com
gonzalo_pangaro@troweprice.com
grace_zheng@troweprice.com
greg_birdsong@troweprice.com
greg_donaldson@troweprice.com
greg_eppley@troweprice.com
greg_fisher@troweprice.com
groche@troweprice.com
gthomas@troweprice.com
guido_stubenrauch@troweprice.com
h_ellenbogen@troweprice.com
hcondez@troweprice.com
heather_mcpherson@troweprice.com
hellen_madden@troweprice.com
hevans@troweprice.com
hmcguirk@troweprice.com
holly_barber@troweprice.com
homero_radway@troweprice.com
howard_woodward@troweprice.com
hubert_stiles@troweprice.com

| | | |
|---|---|---|
| ian_kelson@troweprice.com | jpotee@troweprice.com | maria_yaffe@troweprice.com |
| ian_mcdonald@troweprice.com | jprado@troweprice.com | marisa_alexander@troweprice.com |
| imade_alhaji@troweprice.com | jprey@troweprice.com | mark_bussard@troweprice.com |
| inigo_mijangos@troweprice.com | jriepe@troweprice.com | mark_edwards@troweprice.com |
| invops_reconciliation@troweprice.com | jsalsbery@troweprice.com | mark_hodson@troweprice.com |
| ira_carnahan@troweprice.com | jsiegel@troweprice.com | marta_yago@troweprice.com |
| jack_bannister@troweprice.com | jslater@troweprice.com | martin_lee@troweprice.com |
| jacqueline_peterson@troweprice.com | jsordoni@troweprice.com | mary_miller@troweprice.com |
| jaldave@troweprice.com | julianne_kortz@troweprice.com | matt_balas@troweprice.com |
| james_damian@troweprice.com | julie_waples@troweprice.com | matthew_martinek@troweprice.com |
| james_macmiller@troweprice.com | jung_lieu@troweprice.com | maura_binder@troweprice.com |
| jane_mcmanus@troweprice.com | justin_gerbereux@troweprice.com | max_brummel@troweprice.com |
| janet_cockey@troweprice.com | justin_thomson@troweprice.com | mbs@troweprice.com |
| jason_a_white@troweprice.com | juyen_tan@troweprice.com | mehmet_kinak@troweprice.com |
| jason_collins@troweprice.com | jwakeman@troweprice.com | mekpahamensah@troweprice.com |
| jason_nogueira@troweprice.com | jwells@troweprice.com | melanie_rizzo@troweprice.com |
| jason_polun@troweprice.com | kalisa_hines@troweprice.com | melissa_gallagher@troweprice.com |
| jay_markowitz@troweprice.com | kallen@troweprice.com | melissa_shank@troweprice.com |
| jbergolios@troweprice.com | kamran_baig@troweprice.com | melissa_strilecki@troweprice.com |
| jcallaghan@troweprice.com | kara_cheseby@troweprice.com | mfinn@troweprice.com |
| jcrooks@troweprice.com | karen_ellis@troweprice.com | mhoffman@troweprice.com |
| jdelgado@troweprice.com | karen_farrell@troweprice.com | michael_connelly@troweprice.com |
| jean_medecin@troweprice.com | kate_stewart@troweprice.com | michael_daley@troweprice.com |
| jeff_arricale@troweprice.com | katherine_gavin@troweprice.com | michael_gitlin@troweprice.com |
| jeff_rottinghaus@troweprice.com | kathryn_floyd@troweprice.com | michael_grogan@troweprice.com |
| jeff_zoller@troweprice.com | kburkett@troweprice.com | michael_kubik@troweprice.com |
| jennifer_louison@troweprice.com | kcicchini@troweprice.com | michael_lambe@troweprice.com |
| jennifer_martin@troweprice.com | keir_joyce@troweprice.com | michael_lasota@troweprice.com |
| jeremy_ellis@troweprice.com | kenneth_moreland@troweprice.com | michael_magboo@troweprice.com |
| jerome_clark@troweprice.com | kevin_mastalerz@troweprice.com | michael_oh@troweprice.com |
| jhart@troweprice.com | kevin_mish@troweprice.com | michael_piccinino@troweprice.com |
| jhauser@troweprice.com | kevin_yang@troweprice.com | michael_reinartz@troweprice.com |
| jhirsch@troweprice.com | keysha_page@troweprice.com | michael_roberts@troweprice.com |
| jill_hirsch@troweprice.com | keyvan_alekasir@troweprice.com | michael_shaman@troweprice.com |
| jim_murphy@troweprice.com | kford@troweprice.com | michael_sola@troweprice.com |
| jim_tzitzouris@troweprice.com | kimberly_stokes@troweprice.com | mike_fang@troweprice.com |
| jkennedy@troweprice.com | kjenner@troweprice.com | mike_sewell@troweprice.com |
| jlang@troweprice.com | kloome@troweprice.com | mitchell_todd@troweprice.com |
| jlaporte@troweprice.com | kregan@troweprice.com | mkoons@troweprice.com |
| jlinehan@troweprice.com | kristen_walsh@troweprice.com | mmcgonigle@troweprice.com |
| jlynagh@troweprice.com | kuematsu@troweprice.com | mmioki@troweprice.com |
| jmilano@troweprice.com | kurt_umbarger@troweprice.com | mporterward@troweprice.com |
| joanna_forakis@troweprice.com | kwame_webb@troweprice.com | mtoohey@troweprice.com |
| joanne_sisson@troweprice.com | larry_puglia@troweprice.com | mvankints@troweprice.com |
| joanne_wilson@troweprice.com | laura_mcwilliams@troweprice.com | mvaselkiv@troweprice.com |
| johannah_mcgowan@troweprice.com | lauri_lindgren@troweprice.com | mweigman@troweprice.com |
| john_coe@troweprice.com | lee_arnold@troweprice.com | nalin_yogasundram@troweprice.com |
| john_criezis@troweprice.com | lee_overton@troweprice.com | nathalie_robertson@troweprice.com |
| john_ford@troweprice.com | leigh_robertson@troweprice.com | nathan_tawes@troweprice.com |
| john_sherman@troweprice.com | leigh_woodworth@troweprice.com | ned_notzon@troweprice.com |
| jon_christiansen@troweprice.com | linda_murphy@troweprice.com | neil_smith@troweprice.com |
| jonathan_chirunga@troweprice.com | linda_smith@troweprice.com | niall_gallagher@troweprice.com |
| jonathan_chou@troweprice.com | lmorandi@troweprice.com | nick_welsh@troweprice.com |
| jonty_starbuck@troweprice.com | lucy.warden@troweprice.com | nina_jones@troweprice.com |
| joseph_croteau@troweprice.com | lucy_dwyer@troweprice.com | nina_topham@troweprice.com |
| joseph_fath@troweprice.com | luther_carter@troweprice.com | olivia_barbee@troweprice.com |
| joseph_rohm@troweprice.com | lvassor@troweprice.com | pathey@troweprice.com |
| josh_spencer@troweprice.com | lward@troweprice.com | patrick_hudson@troweprice.com |
| josh_tyson@troweprice.com | marcy_lash@troweprice.com | paul_greene@troweprice.com |
| joshua_nelson@troweprice.com | marey_herrfeldt@troweprice.com | paul_massaro@troweprice.com |

paul_wojcik@troweprice.com
pdeluca@troweprice.com
peggy_hayward@troweprice.com
peggy_meckel@troweprice.com
peter_bates@troweprice.com
phil_kligman@troweprice.com
philip_burger@troweprice.com
philip_rodrigs@troweprice.com
pkarpers@troweprice.com
pkossian@troweprice.com
pleiser@troweprice.com
pnestico@troweprice.com
pputman@troweprice.com
prashant_jeyaganesh@troweprice.com
quanta_graves@troweprice.com
r_t_quinn@troweprice.com
rachel_delahunty@troweprice.com
rahul_ghosh@troweprice.com
raymond_mills@troweprice.com
rebecca_arnold@troweprice.com
regina_hill@troweprice.com
rfoo@troweprice.com
rhett_hunter@troweprice.com
richard_clattenburg@troweprice.com
richard_dent@troweprice.com
richard_presley@troweprice.com
rick_delosreyes@troweprice.com
rob_bartolo@troweprice.com
robert_larkins@troweprice.com
robert_mcwilliam@troweprice.com
robert_panariello@troweprice.com
robert_revel-chion@troweprice.com
robin_eads@troweprice.com
rrubino@troweprice.com
rsharps@troweprice.com
rwhitney@troweprice.com
ryan_burgess@troweprice.com
ryan_turner@troweprice.com
samuel_hecker@troweprice.com
samuel_hecker@troweprice.com
sara_zielske@troweprice.com
sboothe@troweprice.com
sclancy@troweprice.com
scott_berg@troweprice.com
scott_livingston@troweprice.com
scott_solomon@troweprice.com
sebastian_schrott@troweprice.com
sebastien.mallet@troweprice.com
sfecik@troweprice.com
shawn_driscoll@troweprice.com
siby_thomas@troweprice.com
sklein@troweprice.com
snanda@troweprice.com
stefan_hubrich@troweprice.com
stephen_alosa@troweprice.com
stephen_finamore@troweprice.com
stephen_haas@troweprice.com
steve_richter@troweprice.com
steven_brooks@troweprice.com
steven_huber@troweprice.com

steven_krichbaum@troweprice.com
stillet@troweprice.com
stroll@troweprice.com
susan_troll@troweprice.com
suzanne_cho@troweprice.com
tamara_glock@troweprice.com
tammy_wiggs@troweprice.com
taymour_tamaddon@troweprice.com
tdrumgoole@troweprice.com
ted_robson@troweprice.com
terri_hett@troweprice.com
terri_wharton@troweprice.com
terry_davis@troweprice.com
tgosheff@troweprice.com
thea_williams@troweprice.com
thenry@troweprice.com
thomas_harner@troweprice.com
thomas_spratt@troweprice.com
thomas_watson@troweprice.com
thuber@troweprice.com
tim_bei@troweprice.com
tim_parker@troweprice.com
tjordan@troweprice.com
tmagness@troweprice.com
toby_baker@troweprice.com
trevor_denton@troweprice.com
tromero@troweprice.com
ttaylor@troweprice.com
ttewksbury@troweprice.com
twiese@troweprice.com
vanessa_dekker@troweprice.com
victoria_kagler@troweprice.com
vidya_kadiyam@troweprice.com
vreid@troweprice.com
wdiffenbaugh@troweprice.com
william_somers@troweprice.com
wlee@troweprice.com
wstuart@troweprice.com
yazhi_shen@troweprice.com
zhitong_zhang@troweprice.com
andreas.kohler@trs.state.tx.us
anthony.broussard@trs.state.tx.us
belinda.blanchard@trs.state.va.us
ben.woodward@trs.state.tx.us
bernie.bozzelli@trs.state.tx.us
beverly.monroe@trs.state.tx.us
bill@trs.state.ok.us
brad.gilbert@trs.state.tx.us
brad.thawley@trs.state.tx.us
brandon.kunz@trs.state.tx.us
brian.baumhover@trs.state.tx.us
britt.harris@trs.state.tx.us
carlos.chujoy@trs.state.tx.us
carol.leung@trs.state.tx.us
chi.chai@trs.state.tx.us
chriselda.gonzalez@trs.state.tx.us
claudia.williams@trs.state.tx.us
corina.scoggins@trs.state.tx.us
courtney.villalta@trs.state.tx.us
craig.mccullough@trs.state.tx.us

curt.rogers@trs.state.tx.us
david.destefano@trs.state.tx.us
david.johnson@trs.state.tx.us
david.meyer@trs.state.tx.us
deborah.ferguson@trs.state.tx.us
demetrius.pope@trs.state.tx.us
derek.clark@trs.state.tx.us
derek.peterson@trs.state.tx.us
drew.maxwell@trs.state.tx.us
frank.fernandes@trs.state.tx.us
george.ibarra@trs.state.tx.us
herman.barber@trs.state.tx.us
herman.martina@trs.state.tx.us
jaime.llano@trs.state.tx.us
james.hille@trs.state.tx.us
janis.hydak@trs.state.tx.us
jeannine.moreland@trs.state.tx.us
jeffrey.blazek@trs.state.tx.us
jeremy.aston@trs.state.tx.us
jerry.albright@trs.state.tx.us
jim.morris@trs.state.tx.us
jingshan.fu@trs.state.tx.us
john.allen@trs.state.tx.us
john.demichele@trs.state.tx.us
john.ritter@trs.state.tx.us
john.watkins@trs.state.tx.us
jon.hook@trs.state.tx.us
jyoti.gupta@trs.state.tx.us
karen.andersen@trs.state.tx.us
karen.peters@trs.state.tx.us
karoline.freeman@trs.state.tx.us
katy.hoffman@trs.state.tx.us
kay.cuclis@trs.state.tx.us
keith.garrison@trs.state.tx.us
kelly.doggett@trs.state.tx.us
kelly.newhall@trs.state.tx.us
kevin.lincoln@trs.state.tx.us
kj.vanackeren@trs.state.tx.us
komson.silapachai@trs.state.tx.us
kristi.vorce@trs.state.tx.us
larry.powell@trs.state.tx.us
lee.partridge@trs.state.tx.us
linda.wright@trs.state.tx.us
lisa.hill@trs.state.tx.us
lori.brown@trs.state.tx.us
margaret.layne@trs.state.va.us
mark.albert@trs.state.tx.us
mark.cassens@trs.state.tx.us
marshall.reid@trs.state.tx.us
martin.hurtado@trs.state.tx.us
matt.robertson@trs.state.tx.us
matthew.denbleyker@trs.state.tx.us
michael.green@trs.state.tx.us
michiro.naito@trs.state.tx.us
mohan.balachandran@trs.state.tx.us
monica.larson@trs.state.tx.us
pat.barker@trs.state.tx.us
patricia.cantu@trs.state.tx.us
patricia.garcia@trs.state.tx.us
patrick.cosgrove@trs.state.tx.us

pete.mclaughlin@trs.state.tx.us
phillip.auth@trs.state.tx.us
ralph.linn@trs.state.tx.us
richard.campbell@trs.state.tx.us
ross.willmann@trs.state.tx.us
roy.kurian@trs.state.tx.us
scot.leith@trs.state.tx.us
scott.moore@trs.state.tx.us
scott.samuel@trs.state.tx.us
sean.tracey@trs.state.tx.us
sharlyne.toon@trs.state.tx.us
shayne.mcguire@trs.state.tx.us
stacey.peot@trs.state.tx.us
stacy.syphrett@trs.state.tx.us
stephen.kim@trs.state.tx.us
steve.peterson@trs.state.tx.us
steve.sample@trs.state.tx.us
stuart.davidson@trs.state.tx.us
terri.krumnow@trs.state.tx.us
terry.harris@trs.state.tx.us
tim.jones@trs.state.tx.us
tom.cammack@trs.state.tx.us
tom.lyon@trs.state.tx.us
travis.cocke@trs.state.tx.us
victoria.wong@trs.state.tx.us
warren.tucker@trs.state.tx.us
wayne.speer@trs.state.tx.us
yanira.leon@trs.state.tx.us
dan@trsl.state.la.us
paula@trsl.state.la.us
azygarewicz@trumark.org
adam.stewart@trusco.com
aki.pampush@truscocapital.com
alex.okulski@truscocapital.com
andrea.beu@truscocapital.com
andrew.atkins@truscocapital.com
becky.alley@truscocapital.com
betty.pola@truscocapital.com
bill.longan@truscocapital.com
bob.rhodes@truscocapital.com
boyce.reid@truscocapital.com
brian.underwood@truscocapital.com
bryan.bakardjiev@truscocapital.com
celia.stanley@truscocapital.com
chad.stephens@truscocapital.com
charles.east@truscocapital.com
charlie.leonard@truscocapital.com
chip.campbell@truscocapital.com
chris.d.carter@truscocapital.com
chris.giglio@truscocapital.com
christopher.caputo@truscocapital.com
colleen.doremus@truscocapital.com
daniel.bromstad@truscocapital.com
daniel.thernize@truscocapital.com
david.beyer@truscocapital.com
david.mcmackin@truscocapital.com
david.young@truscocapital.com
dean.speer@truscocapital.com
deborah.hopkins@truscocapital.com
denise.wells@truscocapital.com

derek.altenbaugh@truscocapital.com
doug.mitchell@truscocapital.com
earl.denney@truscocapital.com
elliot.perny@truscocapital.com
garrett.smith@truscocapital.com
george.calvert@truscocapital.com
greg.hallman@truscocapital.com
greg.peters@truscocapital.com
gregory.fraser@truscocapital.com
howard.udis@truscocapital.com
jason.wallis@truscocapital.com
jennifer.connolly@truscocapital.com
jennifer.constine@truscocapital.com
jim.kofron@truscocapital.com
jim.luke@truscocapital.com
john.osborne@truscocapital.com
jp.yarusinski@truscocapital.com
julia.short@truscocapital.com
julie.vinar@truscocapital.com
kaltrina.baraliu@truscocapital.com
kim.maichle@truscocapital.com
kimberley.cook@truscocapital.com
lee.poage@truscocapital.com
lewis.wilson@truscocapital.com
linda.bochenski@truscocapital.com
margaret.fowler@truscocapital.com
mark.a.smith@truscocapital.com
marty.yates@truscocapital.com
matt.boden@truscocapital.com
merlin.tolstyk@truscocapital.com
michael.somogyi@truscocapital.com
michael.welker@truscocapital.com
patrick.mason@truscocapital.com
raanan.pritzker@truscocapital.com
rick.nelson@truscocapital.com
risei.goto@truscocapital.com
robert.corner@truscocapital.com
ron.schwartz@truscocapital.com
sabrina.bowens@truscocapital.com
scott.e.craig@truscocapital.com
shelly.simpson@truscocapital.com
sonny.surkin@truscocapital.com
sowmdeb.sen@truscocapital.com
stephen.britt@truscocapital.com
stephen.futch@truscocapital.com
stephen.yarbrough@truscocapital.com
steve.noone@truscocapital.com
steven.kittrell@truscocapital.com
stuart.vanarsdale@truscocapital.com
sunita.sarathi@truscocapital.com
sunny.shreeve@truscocapital.com
tina.long@truscocapital.com
trish.myers@truscocapital.com
kkishiyama@trustbancorp.com
mchen@trustbancorp.com
nathan.baruch@tryg.dk
torben.jorgensen@tryg.dk
alan.sippetts@tsb.co.uk
david.mihlon@tsbj.com
akral@tsbjinc.com

gjacobsen@tsbjinc.com
kbania@tsbjinc.com
lmiller@tsbjinc.com
rkekish@tsbjinc.com
akyildirime@tskb.com.tr
bakircii@tskb.com.tr
buyukerm@tskb.com.tr
cakiroglua@tskb.com.tr
hancia@tskb.com.tr
koftecioglug@tskb.com.tr
polatn@tskb.com.tr
tanferb@tskb.com.tr
tarimtayf@tskb.com.tr
yucek@tskb.com.tr
ebaudendistel@tsocorp.com
jmccoy@tsocorp.com
jnguyen@tsocorp.com
mdelaossa@tsocorp.com
oschwethelm@tsocorp.com
rcoppock@tsocorp.com
michael.russell@tsquarecm.com
bbellamy@tswinvest.com
bdonahoe@tswinvest.com
bharrell@tswinvest.com
bhawkins@tswinvest.com
cbrighton@tswinvest.com
ctafel@tswinvest.com
cwittmann@tswinvest.com
dhinchman@tswinvest.com
ejennings@tswinvest.com
freichel@tswinvest.com
ggoodykoontz@tswinvest.com
hwhitworth@tswinvest.com
jjenkins@tswinvest.com
jkokemor@tswinvest.com
jpickler@tswinvest.com
lgibson@tswinvest.com
mcreager@tswinvest.com
mcullen@tswinvest.com
mrobertson@tswinvest.com
mthompson@tswinvest.com
mtyler@tswinvest.com
pdillard@tswinvest.com
pferwerda@tswinvest.com
pvansaun@tswinvest.com
rporter@tswinvest.com
shorsley@tswinvest.com
smiller@tswinvest.com
soakey@tswinvest.com
tcoleman@tswinvest.com
tminnick@tswinvest.com
tthomson@tswinvest.com
carsten.wallmeier@t-systems.com
christian.ammer@t-systems.com
constanze.jung@t-systems.com
francesco.dibari@t-systems.de
henning.heinrich@t-systems.com
nilesh.paranjape@t-systems.com
roy.vageskar@t-systems.com
thomas.looschen@t-systems.com

wolfgang.bufe@t-systems.com
mtsuruta@ttbgam.co.uk
chughes@ttc.co.san-bernardino.ca.us
jbyerly@ttcpa.sbcounty.gov
rderdowski@ttcpa.sbcounty.gov
alexu@ttmc.com
steveb@ttmc.com
charlie.wall@ttu.edu
phux@tucsonelectric.com
adam.grunfeld@tudor.com
adam.odorczuk@tudor.com
alberto.antonini@tudor.com
alberto.musalem@tudor.com
alex.gordon@tudor.com
alex@tudor.com
allison.aikman@tudor.com
amb@tudor.com
amit.hampel@tudor.com
andrew.flynn@tudor.com
andrew.gellert@tudor.com
andrew.mulberry@tudor.com
andrew.smith@tudor.com
andrew@tudor.com
andy.waugh@tudor.com
angel.ubide@tudor.com
anthony.pizzino@tudor.com
aogorman@tudor.com
ashley.fox@tudor.com
ashwin.vasan@tudor.com
aspascoa@tudor.com
bill.curtis@tudor.com
bill.lu@tudor.com
bjorn.nielsen@tudor.com
bob.mcnally@tudor.com
bobm@tudor.com
brandon.sica@tudor.com
brock.saunders@tudor.com
brooke.bernstein@tudor.com
bruce.bolton@tudor.com
bruce.townsend@tudor.com
bschorn@tudor.com
carl.fantasia@tudor.com
caroline.meroz@tudor.com
chris.long@tudor.com
christopher.eitzmann@tudor.com
cjones@tudor.com
clive.stevens@tudor.com
cmunroe@tudor.com
cormac.kinney@tudor.com
dan.baxter@tudor.com
dan.lee@tudor.com
dan.schiff@tudor.com
daniel.campbell@tudor.com
daniel.farren@tudor.com
daniel.pelletier@tudor.com
darryl.schall@tudor.com
david.dix@tudor.com
david.moore@tudor.com
david.silbering@tudor.com
david.tompkins@tudor.com

david.white@tudor.com
deborah.elliot@tudor.com
deborah.miller@tudor.com
dennis.follmer@tudor.com
dhart@tudor.com
dimitry.shklovsky@tudor.com
doug.hart@tudor.com
elaine.lingle@tudor.com
em-research@tudor.com
eorlander@tudor.com
eric.olander@tudor.com
eric.ross@tudor.com
findata-vendor@tudor.com
francesca.massone@tudor.com
fsaldan@tudor.com
garth.jonson@tudor.com
gary.cheung@tudor.com
geraldine.savastano@tudor.com
glenn.christal@tudor.com
guang-liang.he@tudor.com
helpdesk@tudor.com
hni@tudor.com
hnudelman@tudor.com
howard.spector@tudor.com
hrao@tudor.com
james.cooke@tudor.com
jamesxu@tudor.com
jan.hedges@tudor.com
janeen.donati@tudor.com
janerik.warneryd@tudor.com
jason.jennaro@tudor.com
jeff.silverman@tudor.com
jennifer.ahearn@tudor.com
jeremy.fand@tudor.com
jessica.david@tudor.com
jhelmers@tudor.com
jim.pallotta@tudor.com
jim.phelan@tudor.com
jim.pulaski@tudor.com
john.dolan@tudor.com
john.macfarlane@tudor.com
john.sack@tudor.com
john.torell@tudor.com
joshua.fox@tudor.com
joshua.mcinerney@tudor.com
joyce.choi@tudor.com
jpatafio@tudor.com
jryu@tudor.com
jtormey@tudor.com
kcook@tudor.com
kenneth.cheong@tudor.com
kevin.oles@tudor.com
kishi@tudor.com
kmilsom@tudor.com
lalit.narayan@tudor.com
lauren.garner@tudor.com
laurens.leerink@tudor.com
lesley.anderson@tudor.com
lleon@tudor.com
louise@tudor.com

lourenco.bastostigre@tudor.com
luis.roco@tudor.com
marc.shivers@tudor.com
maria.carbone@tudor.com
marisa.mackey@tudor.com
mark.forziati@tudor.com
mark.hillery@tudor.com
mark.houghton@tudor.com
mark.pickard@tudor.com
marlane.pereiro@tudor.com
matt@tudor.com
mbrown@tudor.com
michael.lins@tudor.com
michael.stansky@tudor.com
michelle.kelner@tudor.com
mikael.andren@tudor.com
mike.riccardi@tudor.com
mlutz@tudor.com
mohamed.alam@tudor.com
neal.wadhera@tudor.com
neil.desai@tudor.com
neil.smaldon@tudor.com
nicholas.raho@tudor.com
paolo.vico@tudor.com
patrick.carney@tudor.com
patrick.dunn@tudor.com
patrick.ryan@tudor.com
paul.kong@tudor.com
peter.monaco@tudor.com
peter.swank@tudor.com
randall@tudor.com
research1@tudor.com
research-newsletter-data@tudor.com
rhd@tudor.com
richard.berthiaume@tudor.com
richard.fuld@tudor.com
richard.jackson@tudor.com
richard.pike@tudor.com
rick.ganong@tudor.com
rmarsh@tudor.com
rmiriam@tudor.com
rob.broggi@tudor.com
robert.ott@tudor.com
roy.standfest@tudor.com
sally.waugh@tudor.com
simon.gillis@tudor.com
sjames@tudor.com
spencer@tudor.com
stephen.bernardi@tudor.com
steve.evans@tudor.com
steve.mathews@tudor.com
susan.dewhurst@tudor.com
sysops@tudor.com
tara.abidi@tudor.com
ted.clark@tudor.com
terry.cooke@tudor.com
thayer.swallen@tudor.com
therese.oswald@tudor.com
thirao@tudor.com
todd.edgar@tudor.com

tommy.zovich@tudor.com
tony.briney@tudor.com
trychlik@tudor.com
uhoffman@tudor.com
ulrike.hoffmann-burchardi@tudor.com
vchow@tudor.com
vgade@tudor.com
vinnie.gade@tudor.com
vinnie@tudor.com
vladamir.zelkov@tudor.com
wade.schwartz@tudor.com
whe@tudor.com
whuston@tudor.com
william.flaherty@tudor.com
peter.ganz@tui.com
dhamilton@tullib.com
gfaedi@tullib.com
irehm@tullib.com
mflachsmann@tullib.com
mscott@tullib.com
pepstein@tullib.com
sbecuzzi@tullib.com
kgates@turner.com
fls@turner-invest.com
jdp@turner-invest.com
jim@turner-invest.com
bclark@turnerinvestments.com
bfarley@turnerinvestments.com
bne@turnerinvestments.com
bturcotte@turnerinvestments.com
cfrantzen@turnerinvestments.com
cmchugh@turnerinvestments.com
dbrenia@turnerinvestments.com
dhirsch@turnerinvestments.com
dhonold@turnerinvestments.com
dkovacs@turnerinvestments.com
dmcmanus@turnerinvestments.com
dsmith@turnerinvestments.com
fsustersic@turnerinvestments.com
gcromwell@turnerinvestments.com
hmcmeekin@turnerinvestments.com
hoshea@turnerinvestments.com
jbarrett@turnerinvestments.com
jbatten@turnerinvestments.com
jclark@turnerinvestments.com
jfh@turnerinvestments.com
jkrocheski@turnerinvestments.com
jrt@turnerinvestments.com
jschrotberger@turnerinvestments.com
kfurgiule@turnerinvestments.com
ks@turnerinvestments.com
mbianchi@turnerinvestments.com
mglaser@turnerinvestments.com
mhinmon@turnerinvestments.com
mlozano@turnerinvestments.com
mlr@turnerinvestments.com
mquigley@turnerinvestments.com
mtopley@turnerinvestments.com
mturner@turnerinvestments.com
mwukitsch@turnerinvestments.com

pechavarria@turnerinvestments.com
rclarke@turnerinvestments.com
rparlanti@turnerinvestments.com
rturner@turnerinvestments.com
rwetmore@turnerinvestments.com
schang@turnerinvestments.com
sgold@turnerinvestments.com
sk@turnerinvestments.com
sswickard@turnerinvestments.com
steveg@turnerinvestments.com
tdibella@turnerinvestments.com
thedlund@turnerinvestments.com
thoang@turnerinvestments.com
vshankaran@turnerinvestments.com
wmcvail@turnerinvestments.com
chris.stinett@tva.com
vbisaria@tva.gov
gerald.slater@twdb.state.tx.us
areda@tweedy.com
bborer@tweedy.com
csenior@tweedy.com
elarner@tweedy.com
fhawrylak@tweedy.com
lgerski@tweedy.com
ljereski@tweedy.com
pneri@tweedy.com
tshrager@tweedy.com
wbrowne@tweedy.com
832860@twfhclife.com.tw
ed.ruggiero@twi.com
rich.bressler@twi.com
raza.hussain@uab.ae
ifascia@uaf-fr.com
mnguyen@uaf-fr.com
mark.heuer@ual.com
hildamelendez@uamc.com
johnhall@uamc.com
kirkpark@uamc.com
pkrell@uaw.net
aosaka_yasuhiko@ub.smbc.co.jp
arako_hideyuki@ub.smbc.co.jp
domae_masahiro@ub.smbc.co.jp
hirano_kenzo@ub.smbc.co.jp
iwai_kazushi@ub.smbc.co.jp
kawara_akihiro@ub.smbc.co.jp
nakamura_nobuaki@ub.smbc.co.jp
nobuhiro_morita@ub.smbc.co.jp
antonino.sprizzi@ubae.it
giulio.campello@ubae.it
massimiliano.schiavoni@ubae.it
daniele.pellegrino@ubibanca.it
fabrizio.valzelli@ubibanca.it
stefano.tiraboschi@ubibanca.it
c.serini@ubipramerica.it
burnettr@ubk.net
healym@ubk.net
mcraea@ubk.co.uk
michael.collis@ubk.net
reynoldr@ubk.co.uk
stakemm@ubk.net

withamd@ubk.co.uk
gohar.bilal@ubk-plc.com
jeff.dober@ubk-plc.com
peter.roseblade@ubk-plc.com
wilkinsn@ubk-plc.com
adriano.poli@ubm.it
alberto.casari@ubm.it
alberto.distefano@ubm.it
alessandro.abbenda@ubm.it
alessia.gaddi@ubm.it
amalotchko.consulente@ubm.unicredit.it
angelo.bigoni@ubm.it
caterina.tamborra@ubm.it
davide.campo@ubm.it
davide.colombo@ubm.it
domenicantonio.degiorgio@ubm.it
elena.bellini@ubm.it
fabio.dezordo@ubm.unicredit.it
fabrizio.ferrini@ubm.unicredit.it
federica.ottavio@ubm.it
franco.spiccia@ubm.unicredit.it
gianfranco.capano@ubm.it
iulca.giussani@ubm.it
julia.scardova@ubm.unicredit.it
loredana.lombardini@ubm.it
lorenzo.ippoliti@ubm.it
luca.bortolami@ubm.unicredit.it
marco.aschieri@ubm.it
marco.funto@ubm.it
marco.mussini@ubm.it
massimo.bianchi@ubm.it
nicola.ferrari@ubm.it
nicola.pochettino@ubm.it
paolo.manfredini@ubm.it
roberto.pezzoli@ubm.it
roberto.tona@ubm.it
sabrina.manco@ubm.it
sandra.armetta@.ubm.com
sandra.rizzuto@ubm.it
sara.bertogali@ubm.it
sara.metelli@ubm.it
sergio.madeo@ubm.it
sergio.molisani@ubm.it
stefano.alberigo@ubm.it
andrew.baron@uboc.com
april.tuders@uboc.com
ben.wood@uboc.com
bernard.tsui@uboc.com
bhong@uboc.com
brian.schelter@uboc.com
chris.niles@uboc.com
chris.smiley@uboc.com
christina.buck@uboc.com
cori.farwell@uboc.com
craig.burrell@uboc.com
daniel.zbyvatel@uboc.com
dave.dobon@uboc.com
david.coffey@uboc.com
david.rhee@uboc.com
david.wines@uboc.com

| | | |
|---|---|---|
| dennis.macritchie@uboc.com | ber@ubp.ch | msy@ubp.ch |
| dorothy.cooney@uboc.com | bff@ubp.ch | mun@ubp.ch |
| erin.selleck@uboc.com | bjp@ubp.ch | nle@ubp.ch |
| florence.velten@uboc.com | boc@ubp.ch | nma@ubp.ch |
| gene.tsui@uboc.com | bro@ubp.ch | npo@ubp.ch |
| glen.schneiderman@uboc.com | but@ubp.ch | ola@ubp.ch |
| gordon.erb@uboc.com | cay@ubp.ch | omo@ubp.ch |
| gregroy.jordan@uboc.com | chg@ubp.ch | op@ubp.ch |
| hitesh.mehta@uboc.com | cho@ubp.ch | ora@ubp.ch |
| hon.to@uboc.com | christophe.bernard@ubp.ch | pcl@ubp.ch |
| jack.jazmadarian@uboc.com | cko@ubp.ch | pcr@ubp.ch |
| jake.lee@uboc.com | clo@ubp.ch | pec@ubp.ch |
| jeff.sakamoto@uboc.com | cok@ubp.ch | pgr@ubp.ch |
| jeffery.volrath@uboc.com | ddepicciotto@ubp.com | ph@ubp.ch |
| jeffrey.hiraishi@uboc.com | dee@ubp.ch | pha@ubp.ch |
| jeffrey.katz@uboc.com | dgh@ubp.ch | phn@ubp.ch |
| jim.griffin@uboc.com | dgi@ubp.ch | plo@ubp.ch |
| joan.farrell@uboc.com | djk@ubp.ch | pmf@ubp.ch |
| john.rice@uboc.com | dmn@ubp.ch | pnf@ubp.ch |
| john.utz@uboc.com | dnf@ubp.ch | ppt@ubp.ch |
| johnark.lee@uboc.com | dpenseyres@ubp.com | pri@ubp.ch |
| k.hamahashi@uboc.com | dwm@ubp.ch | prp@ubp.ch |
| kim.ohara@uboc.com | era@ubp.ch | ptr@ubp.ch |
| kurt.hocker@uboc.com | erz@ubp.ch | pwir@ubp.ch |
| lanyee.chan@uboc.com | esc@ubp.ch | rdc@ubp.ch |
| larry.seipelt@uboc.com | etj@ubp.ch | rea@ubp.ch |
| leslie.well@uboc.com | fbe@ubp.ch | rer@ubp.ch |
| louise.sepulveda@uboc.com | fjo@ubp.ch | rme@ubp.ch |
| mark.kreymer@uboc.com | fod@ubp.ch | rob@ubp.ch |
| mark.penson@uboc.com | frd@ubp.ch | rsb@ubp.ch |
| matthew.sargent@uboc.com | fru@ubp.ch | rsp@ubp.ch |
| michael.ginestro@uboc.com | gap@ubp.ch | rtl@ubp.ch |
| michael.hayashida@uboc.com | gbp@ubp.ch | ruu@ubp.ch |
| michael.tschida@uboc.com | gg@ubp.ch | rwq@ubp.ch |
| mike.soccio@uboc.com | gil@ubp.ch | sck@ubp.ch |
| patti.cheung@uboc.com | gjm@ubp.ch | sem@ubp.ch |
| preston.walters@uboc.com | gln@ubp.ch | sgy@ubp.ch |
| richard.grahman@uboc.com | gth@ubp.ch | sjb@ubp.ch |
| robert.dawson@uboc.com | gul@ubp.ch | ski@ubp.ch |
| robert_bigelow@uboc.com | haj@ubp.ch | skr@ubp.ch |
| scott.jessup@uboc.com | hjo@ubp.ch | snn@ubp.ch |
| sean.toranji@uboc.com | hmt@ubp.ch | str@ubp.ch |
| sebastian.sandoval@uboc.com | jaw@ubp.ch | syi@ubp.ch |
| stender.sweeney@uboc.com | jgo@ubp.ch | ths@ubp.ch |
| steven.ikemura@uboc.com | jne@ubp.ch | tor@ubp.ch |
| tanya.klymkowych@uboc.com | jsa@ubp.ch | uts@ubp.ch |
| tomoko.iwakawa@uboc.com | kav@ubp.ch | wgowen@ubp.com |
| willy.wolfe@uboc.com | khr@ubp.ch | zak@ubp.ch |
| aco@ubp.ch | kod@ubp.ch | dt@ubpam.com |
| aho@ubp.ch | lae@ubp.ch | ri@ubpam.com |
| aka@ubp.ch | lat@ubp.ch | aaron.balsam@ubs.com |
| ala@ubp.ch | lax@ubp.ch | aaron.matzinger@ubs.com |
| alr@ubp.ch | lpe@ubp.ch | aaron.scott@ubs.com |
| amm@ubp.ch | lsp@ubp.ch | aaron.stephens@ubs.com |
| ant@ubp.ch | ltr@ubp.ch | aarti.shah@ubs.com |
| arc@ubp.ch | mdm@ubp.ch | abraham.joseph@ubs.com |
| arh@ubp.ch | mdp@ubp.ch | abraham.lifszyc@ubs.com |
| ati@ubp.ch | mom@ubp.ch | achim.peijan@ubs.com |
| bdb@ubp.ch | moo@ubp.ch | adrian-matthias.weibel@ubs.com |
| bem@ubp.ch | mrk@ubp.ch | adriano.maranta@ubs.com |

| | | |
|---|---|---|
| aengus.mcmahon@ubs.com | andreas.sidler@ubs.com | barbara.passy@ubs.com |
| agathe.bolli@ubs.com | andreas-za.rueegg@ubs.com | barbara.weston@ubs.com |
| agnieszka.felecka@ubs.com | andrej.grossmann@ubs.com | barry.channon@ubs.com |
| agnieszka.kudaj@ubs.com | andres.harr@ubs.com | barry.mcalinden@ubs.com |
| ai-khanh.tran@ubs.com | andrew.cahill@ubs.com | basil.keller@ubs.com |
| alain.bissat@ubs.com | andrew.clifton@ubs.com | beat.jakob@ubs.com |
| alain.eckmann@ubs.com | andrew.ho@ubs.com | beat.john@ubs.com |
| alain.piccinni@ubs.com | andrew.lane@ubs.com | beat.kempf@ubs.com |
| alan.patterson@ubs.com | andrew.larson@ubs.com | beat.moser@ubs.com |
| albert.aberli@ubs.com | andrew.maclaren@ubs.com | beat.schmocker@ubs.com |
| albert.jennings@ubs.com | andrew.mcguire@ubs.com | beat.wagner@ubs.com |
| albert.kuebler@ubs.com | andrew.strommen@ubs.com | beatrice.brunner@ubs.com |
| albert.tsuei@ubs.com | andrew.sutphin@ubs.com | bekim.laski@ubs.com |
| alberto.martinelli@ubs.com | andrew.white@ubs.com | belinda.couniotakis@ubs.com |
| aldo.fischlin@ubs.com | andrew.wilkins@ubs.com | ben.faulkner@ubs.com |
| alec.duchatellier@ubs.com | andy.gang@ubs.com | ben.nielson@ubs.com |
| alejandro.nunez@ubs.com | andy.martin@ubs.com | ben.yuen@ubs.com |
| alejandro.urbina@ubs.com | andy.witten@ubs.com | benedict.nielsen@ubs.com |
| aleksandar.vucenovic@ubs.com | angel.bunesch@ubs.com | benno.weber@ubs.com |
| aleksey.zaurov@ubs.com | angelo.papale@ubs.com | ben-y.zhang@ubs.com |
| alessandra.lenoci@ubs.com | angelo.ranaldo@ubs.com | bernard.bochatey@ubs.com |
| alessandro.barbi@ubs.com | angus.muirhead@ubs.com | bernard.hunter@ubs.com |
| alessandro.dagaro@ubs.com | anirudh.srivastava@ubs.com | bernard.wong@ubs.com |
| alessio.hofer@ubs.com | anne.briglia@ubs.com | bernd.hahn@ubs.com |
| alex.hume@ubs.com | anne.minahan@ubs.com | bernhard.kern@ubs.com |
| alex.jaecklin@ubs.com | anne-caroline.szybilski@ubs.com | bernhard.obenhuber@ubs.com |
| alex.kao@ubs.com | anne-marie.heverin@ubs.com | bertrand.guerin@ubs.com |
| alex.manz@ubs.com | annick.lauper@ubs.com | betsy.kadlec@ubs.com |
| alex.nagel@ubs.com | anthony.hes@ubs.com | bhaskar.sriyapu@ubs.com |
| alex.schoenberger@ubs.com | anthony.lechiara@ubs.com | bill.carroll@ubs.com |
| alexander.alli@ubs.com | antoine.foetisch@ubs.com | bill.talbot@ubs.com |
| alexander.ganz@ubs.com | antoinette.addison@ubs.com | bill-za.martin@ubs.com |
| alexander.kobler@ubs.com | anton.karadakov@ubs.com | bin.shi@ubs.com |
| alexandra.chester@ubs.com | antonia.koenig@ubs.com | bking@ubs.com |
| alexandra.derungs@ubs.com | antonio.manzini@ubs.com | blake.hiltabrand@ubs.com |
| alexandra.iliadis@ubs.com | antonio.piras@ubs.com | bojan.petrovich@ubs.com |
| alexandra-a.mahoney@ubs.com | antony.sander@ubs.com | bonnie.goldsborough@ubs.com |
| alexandre.marcuard@ubs.com | anupam.agrawal@ubs.com | bonnie.wang@ubs.com |
| alison.o-leary@ubs.com | april.robbins@ubs.com | boris.rohrer@ubs.com |
| alistair.mcgiven@ubs.com | arancha.cano@ubs.com | brandan.lavalle@ubs.com |
| alix.stewart@ubs.com | archana.anumula@ubs.com | brandon.bonfig@ubs.com |
| allen.cheung@ubs.com | arian.faesch@ubs.com | brandon.kornhaber@ubs.com |
| amanda.arkley@ubs.com | armeen.bhesania@ubs.com | branimir.petranovic@ubs.com |
| amarnath.reganti@ubs.com | armin.hasler@ubs.com | brendan.hobal@ubs.com |
| amele@ubs.com | arnaud.benoist-vidal@ubs.com | brendan.lavelle@ubs.com |
| anda.rezaioff@ubs.com | art.gresh@ubs.com | brett.schechterman@ubs.com |
| andre.brisacher@ubs.com | arthur.laichtman@ubs.com | brian.boonstra@ubs.com |
| andre.pluess@ubs.com | arthur.wichmann@ubs.com | brian.fehrenbach@ubs.com |
| andre.ryf@ubs.com | arunabh.singh@ubs.com | brian.gallagher@ubs.com |
| andrea.bornaghi@ubs.com | asaf.buchner@ubs.com | brian.markovich@ubs.com |
| andrea.maerk@ubs.com | ashley.patterson@ubs.com | brian.mcmartin@ubs.com |
| andreas.freihofer@ubs.com | astrid.laskowski@ubs.com | brian.oreilly@ubs.com |
| andreas.hinz@ubs.com | athos.bouyakos@ubs.com | brian.pannuzzo@ubs.com |
| andreas.hoefert@ubs.com | aude.nerac@ubs.com | brian.pearce@ubs.com |
| andreas.hug@ubs.com | augustin.werner@ubs.com | brian.rigert@ubs.com |
| andreas.leichter@ubs.com | axel.nygaard@ubs.com | brian.singer@ubs.com |
| andreas.maerk@ubs.com | banu.simmons-sueer@ubs.com | brinson@ubs.com |
| andreas.muenst@ubs.com | barbara.barreca@ubs.com | britta.simon@ubs.com |
| andreas.scherrer@ubs.com | barbara.english@ubs.com | bruce.ebnother@ubs.com |
| andreas.schmidlin@ubs.com | barbara.gruenewald@ubs.com | bruno.bertocci@ubs.com |

bruno.guldener@ubs.com
bruno.heusser@ubs.com
bruno.lechevallier@ubs.com
bruno.marxer@ubs.com
bryan.ashenberg@ubs.com
bryan.choo@ubs.com
bryan.turner@ubs.com
carl.berrisford@ubs.com
carl.vine@ubs.com
carlo.muschietti@ubs.com
carmen.fabian@ubs.com
carole.ratsimandresy-walter@ubs.com
caroline.dupuy@ubs.com
caroline.keany@ubs.com
caroline.miller@ubs.com
caroline.mueller@ubs.com
carsten.schlufter@ubs.com
carter.mccaslin@ubs.com
casey.whymark@ubs.com
cathy.witeck@ubs.com
cedric.degen@ubs.com
celine.jaber@ubs.com
cesare.valeggia@ubs.com
chad.kusserow@ubs.com
charles.bull@ubs.com
charles.gorman@ubs.com
charles.mathys@ubs.com
charles.service@ubs.com
charlotte.baenninger@ubs.com
chee-seng.chan@ubs.com
chester.wierciak@ubs.com
chetan.dandavate@ubs.com
chin-chern.soen@ubs.com
chin-keong.tan@ubs.com
chirag.sheth@ubs.com
chris.bak-phillips@ubs.com
chris.brewster@ubs.com
chris.salvisberg@ubs.com
chris.shibutani@ubs.com
christian.basler@ubs.com
christian.carrillo@ubs.com
christian.dysli@ubs.com
christian.evans@ubs.com
christian.gast@ubs.com
christian.jochum@ubs.com
christian.schoen@ubs.com
christian.senn@ubs.com
christian.tanner@ubs.com
christian.unternaehrer@ubs.com
christian.zwahlen@ubs.com
christiana.toutet@ubs.com
christina.lam@ubs.com
christof.gerstenkorn@ubs.com
christoph.arnold@ubs.com
christoph.hugi@ubs.com
christoph.ritter@ubs.com
christoph.windlin@ubs.com
christopher.noll@ubs.com
christopher.rew@ubs.com
christopher.shea@ubs.com

christy.pedersen@ubs.com
cj.sylvester@ubs.com
claude.gaudin@ubs.com
claudia.dummermuth@ubs.com
claudia.edelmann@ubs.com
claudio.corsi@ubs.com
clive.richardson@ubs.com
clive.standish@ubs.com
colin-d.alexander@ubs.com
colleen.brophy@ubs.com
colleen.farrell@ubs.com
connie.yan@ubs.com
corinna.traumueller@ubs.com
cornel.egger@ubs.com
costa.vayenas@ubs.com
craig.ellinger@ubs.com
craig.walling@ubs.com
cybele.almeida@ubs.com
cyril.berchtold@ubs.com
dalibor.maksimovic@ubs.com
dan.berger@ubs.com
dan.dubrow@ubs.com
dan.shoenholz@ubs.com
daniel.alonso@ubs.com
daniel.bloom@ubs.com
daniel.diaz@ubs.com
daniel.edelman@ubs.com
daniel.etter@ubs.com
daniel.fabbri@ubs.com
daniel.hammar@ubs.com
daniel.kalt@ubs.com
daniel.koenig@ubs.com
daniel.kremer@ubs.com
daniel.lienhard@ubs.com
daniel.lutz@ubs.com
daniel.manz@ubs.com
daniel.matviyenko@ubs.com
daniel.pass@ubs.com
daniel.philips@ubs.com
daniel.rempfler@ubs.com
daniel.shea@ubs.com
daniel.sowho@ubs.com
daniel.t.brown@ubs.com
daniela.marder@ubs.com
daniela.rodriguez-valer@ubs.com
daniela.rodriquez-valer@ubs.com
daniela.steinbrinkmattei@ubs.com
daniele.cometto@ubs.com
danielle.cassidy@ubs.com
daniel-ze.meier@ubs.com
darren.starr@ubs.com
dave.hoskins@ubs.com
david.bailey@ubs.com
david.balmon@ubs.com
david.disque@ubs.com
david.dorgee@ubs.com
david.faulke@ubs.com
david.hobbs@ubs.com
david.hochuli@ubs.com
david.horisberger@ubs.com

david.howey@ubs.com
david.kauppila@ubs.com
david.lefkowitz@ubs.com
david.lettenberger@ubs.com
david.morrow@ubs.com
david.moylett@ubs.com
david.perrett@ubs.com
david.perrotta@ubs.com
david.ric@ubs.com
david.ristau@ubs.com
david.rothweiler@ubs.com
david.small@ubs.com
david.soldatic@ubs.com
david.strouse@ubs.com
david.sullivan@ubs.com
david.wabnik@ubs.com
david.walczak@ubs.com
david-h.kim@ubs.com
david-l.jones@ubs.com
david-r.long@ubs.com
dawn.zerillo@ubs.com
dean.crowe@ubs.com
dean.ungar@ubs.com
debbie.baggett@ubs.com
debbie.johnson@ubs.com
debbie.sanger@ubs.com
deborah.jang@ubs.com
debra.freschl@ubs.com
deepkumar.gandhi@ubs.com
delphine.benahim@ubs.com
delphine.bourrilly@ubs.com
demetri.goradetsky@ubs.com
dena.hydes@ubs.com
denise.groeger@ubs.com
derek.sasveld@ubs.com
desmond.tjiang@ubs.com
dev.sahai@ubs.com
dfriedma@ubs.com
dgagliano@ubs.com
diana.brandsema@ubs.com
diana.mathewson@ubs.com
diane.carabella@ubs.com
diane.green@ubs.com
digby.armstrong@ubs.com
dimitrios.vomvas@ubs.com
dimple.kaur@ubs.com
dirk.faltin@ubs.com
dirk.renkert@ubs.com
dirk.siefert@ubs.com
djones@ubs.com
dkhanna@ubs.com
domingo.kim@ubs.com
dominic.schnider@ubs.com
dominik.brunner@ubs.com
dominik.popp@ubs.ch
dominique.ferrat@ubs.com
don.oliver@ubs.com
donald.jackson@ubs.com
donghong.zheng@ubs.com
donna.quon@ubs.com

| | | |
|---|---|---|
| doug.flegg@ubs.com | fiona.neill@ubs.com | graham.glass@ubs.com |
| douglas.hayley-barker@ubs.com | firstname.surname@ubs.com | graham.pattle@ubs.com |
| douglas.lehman@ubs.com | frances.williams@ubs.com | graham.vance@ubs.com |
| dragan.sestovic@ubs.com | francesco.di-benedetto@ubs.com | grainne.bolland@ubs.com |
| drew.carrington@ubs.com | francesco.forni@ubs.com | grant.chamberlain@ubs.com |
| duccio.giovannini@ubs.com | francis.anner@ubs.com | greg.trinks@ubs.com |
| duncan.larraz@ubs.com | francois.brunault@ubs.com | greg.wachsman@ubs.com |
| dvermann@ubs.com | francois.chavanne@ubs.com | gregor.d-adam@ubs.com |
| eddie.ko@ubs.com | frank.bisdorf@ubs.com | gregory.hung@ubs.com |
| edmond.granges@ubs.com | frank.cross@ubs.com | guido.bigger@ubs.com |
| edouard.senechal@ubs.com | frank.else@ubs.com | guilherme.pini@ubs.com |
| edward.filippi@ubs.com | frank.fiore@ubs.com | guillermo.bublik@ubs.com |
| edward.graham@ubs.com | frank.goergen@ubs.com | gustav.biner@ubs.com |
| edward.hasse@ubs.com | frank.knapp@ubs.com | gwenael.allouche@ubs.com |
| edward.kramer@ubs.com | frank.lubrich@ubs.com | hannes.honnegger@ubs.com |
| edward.oppedisano@ubs.com | frank.manduca@ubs.com | hans.dramm@ubs.com |
| edward-j.haase@ubs.com | frank.muesel@ubs.com | hans.sanders@ubs.com |
| edwin.denson@ubs.com | frank.sikora@ubs.com | hansjoerg.borutta@ubs.com |
| edwy.zoonekynd@ubs.com | frank.vallario@ubs.com | hans-peter.hausheer@ubs.com |
| egerry@ubs.com | fred.lee@ubs.com | hans-ulrich.jost@ubs.com |
| eharris@ubs.com | freddie.napier@ubs.com | harley.esposito@ubs.com |
| eileen.keating@ubs.com | frederic.gajdos@ubs.com | harold.singleton@ubs.com |
| elias.chrysostomou@ubs.com | frieder.helbrecht@ubs.com | harold-clifford.meye@ubs.com |
| elizabeth.dirlam@ubs.com | gabriel.csendes@ubs.com | hartmut.issel@ubs.com |
| elizabeth.ott@ubs.com | gabriella.abderhalden@ubs.com | heenal.patel@ubs.com |
| elizabeth.scott@ubs.com | gabrielle.perregaux@ubs.com | heeralal.choudhary@ubs.com |
| ellen.bakke@ubs.com | gaelle.trezza@ubs.com | heiner.speich@ubs.com |
| emily.meek@ubs.com | gary.clunie@ubs.com | heinz.haemmerli@ubs.com |
| enrique.gomez-tagle@ubs.com | gary.cunningham@ubs.com | heinz.kaiser@ubs.com |
| ephrem.shiu@ubs.com | gary.herrmann@ubs.com | heinz.ruettimann@ubs.com |
| eric.carlson@ubs.com | gary.plummer@ubs.com | heinz-za.schumacher@ubs.com |
| eric.chevallier@ubs.com | gaudenz.schneider@ubs.com | henry.lee@ubs.com |
| eric.foelmli@ubs.com | gaurav.agarwal@ubs.com | henry.schmeltzer@ubs.com |
| eric.glicksman@ubs.com | gene.ko@ubs.com | henry.stalder@ubs.com |
| eric.kaplan@ubs.com | geoff.limroth@ubs.com | henry.tang@ubs.com |
| eric.leng@ubs.com | geoffroy.buffetrille@ubs.com | hermann.rittmeyer@ubs.com |
| eric.maidenberg@ubs.com | georg.nikolaidis@ubs.com | hippolyte.de-weck@ubs.com |
| eric.mark@ubs.com | georg.reichelmeier@ubs.com | holger.steppack@ubs.com |
| eric.staudt@ubs.com | george.halaby@ubs.com | holly.hollub@ubs.com |
| erika.rosado@ubs.com | george.lambertson@ubs.com | hongbing.hsu@ubs.com |
| erin.lawler@ubs.com | georges.marival@ubs.com | hon-hoong.chong@ubs.com |
| ernst.rohner@ubs.com | georgios.sakoulis@ubs.com | hope.lundt@ubs.com |
| etain.mcmahon@ubs.com | gerard.de-senarclens@ubs.com | hubert.lienhard@ubs.com |
| etienne.varloot@ubs.com | gerard.holinski@ubs.com | huylao.derungs@ubs.com |
| eun.lee@ubs.com | gerard.meier@ubs.com | hywel.franklin@ubs.com |
| evan.kominsky@ubs.com | gerard.sistek@ubs.com | ian.ashment@ubs.com |
| evie.limas@ubs.com | gerard.yeo@ubs.com | ian.black@ubs.com |
| fabian.buchmann@ubs.com | gerit.heinz@ubs.com | ian.cross@ubs.com |
| fabian.hildbrand@ubs.com | gero.freund@ubs.com | ian.mcintosh@ubs.com |
| fabio.feitler@ubs.com | giacomo.rallo@ubs.com | ian.paczek@ubs.com |
| fabio-pietro.ferrari@ubs.com | gianreto.camarin@ubs.com | ian.pitfield@ubs.com |
| fabrice.schwarzmann@ubs.com | gianreto.gamboni@ubs.com | ian.quek@ubs.com |
| farhan.naqvi@ubs.com | gilbert.ruiz@ubs.com | igor.lasun@ubs.com |
| fedra.del-aquila@ubs.com | gilles-andre.bey@ubs.com | igor.nicolay@ubs.com |
| felipe.vivacqua-pinto@ubs.com | gina.saleem@ubs.com | igor.nikolay@ubs.com |
| felix.brill@ubs.com | giorgio.cattacin@ubs.com | ilija.murisic@ubs.com |
| felix.heinser@ubs.com | giorgio.cortiana@ubs.com | ingeborg.schumacher@ubs.com |
| felix.landsiedl@ubs.com | giovanni.staunovo@ubs.com | ioannis.drikos@ubs.com |
| felix.stauffer@ubs.com | glenn.schorr@ubs.com | irg.buehrer@ubs.com |
| feyzullah.egriboyun@ubs.com | graham.cohen@ubs.com | irina.budnikova@ubs.com |

| | | |
|---|---|---|
| isa.scheunpflug@ubs.com | jeffrey.ziglar@ubs.com | john-j.kelly@ubs.com |
| isak.ahlbom@ubs.com | jenna.simon@ubs.com | jon.adams@ubs.com |
| ivan.caiola@ubs.com | jennelyn.tanchua@ubs.com | jon.taylor@ubs.com |
| ivano.colanero@ubs.com | jennifer.band@ubs.com | jonathan.beck@ubs.com |
| jacob.bjorheim@ubs.com | jennifer.comparato@ubs.com | jonathan.bilby@ubs.com |
| jacob.miller@ubs.com | jennifer.haidu@ubs.com | jonathan.blum@ubs.com |
| jacqueline.smith@ubs.com | jennifer.miller@ubs.com | jonathan.davies@ubs.com |
| jacquelyn.laux@ubs.com | jens.annerczok@ubs.com | jonathan.marocco@ubs.com |
| jacques.beuchat@ubs.com | jens.finkbeiner@ubs.com | jonathan.napora@ubs.com |
| jae.kim@ubs.com | jeremy.burns@ubs.com | jonathan.woloshin@ubs.com |
| jakob.krummenacher@ubs.com | jeremy.heer@ubs.com | jonathon.rogoff@ubs.com |
| james.cassidy@ubs.com | jeremy.raccio@ubs.com | jorge.ramirez@ubs.com |
| james.chao@ubs.com | jeremy.zirin@ubs.com | jose.blanco@ubs.com |
| james.craft@ubs.com | jerome.raffaldini@ubs.com | jose.gomez@ubs.com |
| james.furman@ubs.com | jian.zhang@ubs.com | josef.graber@ubs.com |
| james.hedley@ubs.com | jiayu.li@ubs.com | josef.rest@ubs.com |
| james.hnilo@ubs.com | jill.dodds@ubs.com | jose-luis.vega@ubs.com |
| james.law@ubs.com | jill.fine@ubs.com | joseph.chapey@ubs.com |
| james.malles@ubs.com | jim.mckeever@ubs.com | joseph.macku@ubs.com |
| james.mclellan@ubs.com | jim.rice@ubs.com | joseph.mancini@ubs.com |
| james.sherman@ubs.com | jim_keegan@ubs.com | joseph.mullally@ubs.com |
| jamie.coutts@ubs.com | jinal.sheth@ubs.com | joseph.pittman@ubs.com |
| jamil.marques@ubs.com | jleblanc@ubs.com | joseph.zalewski@ubs.com |
| jan.peterhans@ubs.com | jmigdal@ubs.com | joseph-anthony.sawe@ubs.com |
| jan.scherer@ubs.com | joachim.brand@ubs.com | joshua.krasner@ubs.com |
| janice.daly@ubs.com | joachim.klement@ubs.com | joshua.mccallum@ubs.com |
| jan-marc.fergg@ubs.com | joachim.loebb@ubs.com | joshua.stone@ubs.com |
| jarard.blake@ubs.com | joan.jackson@ubs.com | jsanchez@ubs.com |
| jared.heine@ubs.com | joanna.pamphilis@ubs.com | judith.houlihan@ubs.com |
| jasmeet-s.chadha@ubs.com | joanny.dalloz@ubs.com | juerg.kramis@ubs.com |
| jasmina.milicevic@ubs.com | joe.nowinski@ubs.com | juerg.nager@ubs.com |
| jason.bastedo@ubs.com | joerg.diedrich@ubs.com | juerg.sterchi@ubs.com |
| jason.feller@ubs.com | joerg.oehmig@ubs.com | juerg.zimmermann@ubs.com |
| jason.jackal@ubs.com | joerg.philipsen@ubs.com | juergen.staerk@ubs.com |
| jason.lai@ubs.com | johannes.grausgruber@ubs.com | juerg-za.mueller@ubs.com |
| jason.modine@ubs.com | johannes.schwab@ubs.com | juerg-zb.schmid@ubs.com |
| jason.perlioni@ubs.com | johesrohan.shanmugarajah@ubs.com | julie.marc@ubs.com |
| jason.spieler@ubs.com | john.balassi@ubs.com | julien.krieger@ubs.com |
| jaspal.tuli@ubs.com | john.baley@ubs.com | justin.denham@ubs.com |
| jatin.doktor@ubs.com | john.brock@ubs.com | justin.lung@ubs.com |
| jean-baptiste.baezner@ubs.com | john.cotton@ubs.com | justin.partington@ubs.com |
| jean-francois.bunlon@ubs.com | john.fraser@ubs.com | justin.tabellione@ubs.com |
| jean-francois.legoux@ubs.com | john.harrison@ubs.com | karen.devlin@ubs.com |
| jean-louis.lumia@ubs.com | john.hegarty@ubs.com | karen.drummond@ubs.com |
| jean-marc.bernon@ubs.com | john.larun@ubs.com | karena.fung@ubs.com |
| jean-marc.schneider@ubs.com | john.leonard@ubs.com | karin.kuelling@ubs.com |
| jeff.hoernemann@ubs.com | john.lyons@ubs.com | karl.graeff@ubs.com |
| jeff.richmond@ubs.com | john.marshall@ubs.com | karla.duss@ubs.com |
| jeff.santos@ubs.com | john.nena@ubs.com | kaspar.bischofberger@ubs.com |
| jeff.song@ubs.com | john.piccard@ubs.com | kate.prince@ubs.com |
| jeff.witmer@ubs.com | john.pickard@ubs.com | kate.saunders@ubs.com |
| jeff.woodard@ubs.com | john.poole@ubs.com | katherine.garcia@ubs.com |
| jeffrey.constantino@ubs.com | john.quackenbush@ubs.com | katherine.johnson@ubs.com |
| jeffrey.cutshall@ubs.com | john.sagan@ubs.com | katherine.ohagan@ubs.com |
| jeffrey.hill@ubs.com | john.snowden@ubs.com | katherine.richardson@ubs.com |
| jeffrey.kanter@ubs.com | john.sung@ubs.com | kathleen.de-clercq@ubs.com |
| jeffrey.laughman@ubs.com | john.vantassel@ubs.com | kathleen.mcnamara@ubs.com |
| jeffrey.leader@ubs.com | john.vinci@ubs.com | kathryn.mak@ubs.com |
| jeffrey.putman@ubs.com | john.white@ubs.com | katja.buenger@ubs.com |
| jeffrey.zhang@ubs.com | john.wollen@ubs.com | kayvan.vahid@ubs.com |

| | | |
|---|---|---|
| keith.stollery@ubs.com | lisa.goh@ubs.com | margaret.charno@ubs.com |
| keith.strong@ubs.com | loo.tze-hsin@ubs.com | margherita.piliero@ubs.com |
| keke.lee@ubs.com | lori.bilker@ubs.com | margrit.luethi@ubs.com |
| kelly.adair@ubs.com | lori.boomgaardt@ubs.com | maria.rabinovich@ubs.com |
| kelly.chang@ubs.com | loris.centola@ubs.com | maria.waite@ubs.com |
| ken.karl@ubs.com | louis.birro@ubs.com | marina.evans@ubs.com |
| kent.crosland@ubs.com | louise.burgess@ubs.com | mario.paolini@ubs.com |
| kerri.pacello@ubs.com | louise.mackenzie@ubs.com | marisa.snell@ubs.com |
| kevan.comstock@ubs.com | lowell.yura@ubs.com | marissa.ponti@ubs.com |
| kevin.barker@ubs.com | lpollack@ubs.com | mark.andersen@ubs.com |
| kevin.mcintyre@ubs.com | lt.lawler@ubs.com | mark.boylan@ubs.com |
| kevin.terhaar@ubs.com | luca.bottinelli@ubs.com | mark.buizen@ubs.com |
| kevin-c.condon@ubs.com | lucia.bonilla@ubs.com | mark.cannan@ubs.com |
| kevin-douglas.stringer@ubs.com | lucia.grimaldi@ubs.com | mark.deans@ubs.com |
| khadine.clifford@ubs.com | luciano.diez-canedo@ubs.com | mark.holder@ubs.com |
| kieran.corr@ubs.com | lucy.oflaherty@ubs.com | mark.lehmann@ubs.com |
| kiki.katsikas@ubs.com | lukas.feh@ubs.com | mark.lohmann@ubs.com |
| kimberley.frazier@ubs.com | luke.gleeson@ubs.com | mark.mckevitt@ubs.com |
| kipp.schrage@ubs.com | lydia.miller@ubs.com | mark.melchiorre@ubs.com |
| kirsten.schulz-lobeck@ubs.com | m.mueller@ubs.com | mark.napp@ubs.com |
| kirstin.gardiner@ubs.com | m.putschert@ubs.com | mark.powers@ubs.com |
| kitty-m.lee@ubs.com | macrina.otieno@ubs.com | mark.reardon@ubs.com |
| kjeld.engberg@ubs.com | malcolm.hawkes@ubs.com | mark.roggensinger@ubs.com |
| klaus.spoeri@ubs.com | malcolm.mortimer@ubs.com | mark.serdan@ubs.com |
| klaus.wellershof@ubs.com | malin.schlebusch@ubs.com | mark.wade@ubs.com |
| konstantin.leidman@ubs.com | manas.satapathy@ubs.com | mark.walkling@ubs.com |
| kris.dorr@ubs.com | manuel.riobo@ubs.com | mark.wallace@ubs.com |
| kristy.lynch@ubs.com | marc.aebli@ubs.com | mark.weeks@ubs.com |
| krockey@ubs.com | marc.bicheler@ubs.com | marko.deuticke@ubs.com |
| kuan.oh@ubs.com | marc.both@ubs.com | mark-sw.chan@ubs.com |
| kumi.matsuoka@ubs.com | marc.buchli@ubs.com | markus.baechtold@ubs.com |
| kurt.billick@ubs.com | marc.denjean@ubs.com | markus.baertschi@ubs.com |
| kylie.luszczynski@ubs.com | marc.herrmann@ubs.com | markus.eichacker@ubs.com |
| lance.heppleston@ubs.com | marc.winter@ubs.com | markus.fuchs@ubs.com |
| lanz.chan@ubs.com | marcel.briggen@ubs.com | markus.heyde@ubs.com |
| lara.meier@ubs.com | marcel.egli@ubs.com | markus.irngartinger@ubs.com |
| larissa.knepper@ubs.com | marcel.huber@ubs.com | markus.roennau@ubs.com |
| larry.gibson@ubs.com | marcel.nellen@ubs.com | markus.thiele@ubs.com |
| laura.marmorale@ubs.com | marcel.progin@ubs.com | markus.winkler@ubs.com |
| laura.wuertenberger@ubs.com | marcel.rohner@ubs.com | markus-f.korner@ubs.com |
| laurent.krein@ubs.com | marcel.wespi@ubs.com | markus-m.studer@ubs.com |
| laurent.wunderli@ubs.com | marco.eng@ubs.com | martha.scheiber@ubs.com |
| laurent-za.favre@ubs.com | marco.estermann@ubs.com | marthe.dupin@ubs.com |
| lawrence.kemp-g@ubs.com | marco.galli@ubs.com | martin.britz@ubs.com |
| lawrence.latner@ubs.com | marco.mascetti@ubs.com | martin.buerki@ubs.com |
| lawrence.swift@ubs.com | marco.peter@ubs.com | martin.clarke@ubs.com |
| lee.sotos@ubs.com | marco.prioni@ubs.com | martin.degen@ubs.com |
| lena.gurba@ubs.com | marco.schaller@ubs.com | martin.goetz@ubs.com |
| lena.gwerder@ubs.com | marco.schwinger@ubs.com | martin.spillmann@ubs.com |
| leon.xin@ubs.com | marco.stucky@ubs.com | martin.tobler@ubs.com |
| leonardo-za.brenna@ubs.com | marco.tritschler@ubs.com | martine.wehlen@ubs.com |
| leteka.bojanowski@ubs.com | marcos.bueno@ubs.com | marvin.liniger@ubs.com |
| lewis.applefeld@ubs.com | marcos.lopez-de-prado@ubs.com | mary.drummond@ubs.com |
| lila.seirafi@ubs.com | marc-philip.grujoski@ubs.com | mary.farrell@ubs.com |
| lilian.montero@ubs.com | marcus.jetzer@ubs.com | mary.may@ubs.com |
| linda.fellmann@ubs.com | marcus.linfoot@ubs.com | mary.tuccillo@ubs.com |
| lindsay.pratt@ubs.com | marcus.sasse@ubs.com | maryam.ettehadieh@ubs.com |
| linus.raeber@ubs.com | marcus.schreiber@ubs.com | maryann.moriarty@ubs.com |
| lionel.oster@ubs.com | marcus.truman@ubs.com | masahide.hata@ubs.com |
| lisa.costabile@ubs.com | marcus-philipp.buergi@ubs.com | massimo.micarelli@ubs.com |

| | | |
|---|---|---|
| mateen.ahmed@ubs.com | michael.wong@ubs.com | nitish.patel@ubs.com |
| mathieu.labille@ubs.com | michael-d.kennedy@ubs.com | noriyuki.arai@ubs.com |
| matilde.acerra@ubs.com | michael-m.murphy@ubs.com | nupur.bhargava@ubs.com |
| matt.chan@ubs.com | michael-t.taylor@ubs.com | olaf.liedtke@ubs.com |
| matt.collins@ubs.com | michail.kougioulis@ubs.com | ol-anq-execution@ubs.com |
| matt-g.johnson@ubs.com | michel.bellia@ubs.com | oliver.adler@ubs.com |
| matthew.boice@ubs.com | michel.vernier@ubs.com | oliver.buschmann@ubs.com |
| matthew.chua@ubs.com | michele.charno@ubs.com | oliver.camponovo@ubs.com |
| matthew.cox@ubs.com | michele.finder@ubs.com | oliver.dettmann@ubs.com |
| matthew.iannucci@ubs.com | michele.grossi@ubs.com | oliver.zellweger@ubs.com |
| matthew.konosky@ubs.com | michele.lanfranchini@ubs.com | olivier.antille@ubs.com |
| matthew.liebman@ubs.com | michele.ponzoni@ubs.com | omowunmi.awomolo@ubs.com |
| matthew.mcwilliams@ubs.com | michelle.boreham@ubs.com | oscar.andreu@ubs.com |
| matthew.stemp@ubs.com | michelle.yeung@ubs.com | oussama.himani@ubs.com |
| matthias.boesch@ubs.com | mike.braden@ubs.com | oyvin.furustol@ubs.com |
| matthias.dettwiler@ubs.com | mike.ryan@ubs.com | pamela.siple@ubs.com |
| matthias.fuerstenberger@ubs.com | mike.welch@ubs.com | pamela.tong@ubs.com |
| maurice.schaffner@ubs.com | misha.weber@ubs.com | pascal.dutler@ubs.com |
| maurin.salzmann@ubs.com | mitchell.spiegel@ubs.com | pascal.engel@ubs.com |
| maurizio.maniglia@ubs.com | mmaldona@ubs.com | pascal.koeppel@ubs.com |
| maurus.capaul@ubs.com | mmarkow@ubs.com | pascal.loeffelmann@ubs.com |
| max.jackson@ubs.com | mmarsall@ubs.com | pascal.rennie@ubs.com |
| max.schneiter@ubs.com | monica.ferri@ubs.com | pascal-za.meier@ubs.com |
| maximilian.anderl@ubs.com | monika.bieri@ubs.com | pat.luby@ubs.com |
| maximilian.muench@ubs.com | monika.gmuer@ubs.com | patrick.bourbon@ubs.com |
| may.teo@ubs.com | monika-za.isler@ubs.com | patrick.brauer@ubs.com |
| mayumi.yamazoe@ubs.com | morgan.duthon@ubs.com | patrick.chan@ubs.com |
| meher.kakalia@ubs.com | moritz.soler@ubs.com | patrick.dutli@ubs.com |
| mehran.nakhjavani@ubs.com | mtincher@ubs.com | patrick.dyson@ubs.com |
| melanie.berchier@ubs.com | mwelty@ubs.com | patrick.henseler@ubs.com |
| melinda.kautz@ubs.com | mzaino@ubs.com | patrick.koplenig@ubs.com |
| mhorn@ubs.com | nadim.drissi@ubs.com | patrick.lupini@ubs.com |
| michael.abellera@ubs.com | nancy.barber@ubs.com | patrick.oustin@ubs.com |
| michael.burka@ubs.com | nancy.lukin@ubs.com | patrick.petz@ubs.com |
| michael.chan@ubs.com | nathalie.loetscher@ubs.com | patrick.suter@ubs.com |
| michael.chatman@ubs.com | nathan.kirkpatrick@ubs.com | patrick-za.zimmermann@ubs.com |
| michael.clements@ubs.com | neal.goss@ubs.com | paul.chambers@ubs.com |
| michael.constantinou@ubs.com | neal.mercer@ubs.com | paul.daley@ubs.com |
| michael.cowin@ubs.com | nedeltcho.akov@ubs.com | paul.drumm@ubs.com |
| michael.davies@ubs.com | neil.mears@ubs.com | paul.fairbrother@ubs.com |
| michael.degregorio@ubs.com | nic.barnes@ubs.com | paul.fiani@ubs.com |
| michael.dion@ubs.com | nicholas.mandrinos@ubs.com | paul.graham@ubs.com |
| michael.ditillio@ubs.com | nicholas.melhuish@ubs.com | paul.harvey@ubs.com |
| michael.dow@ubs.com | nicholas.pavitt@ubs.com | paul.hilsley@ubs.com |
| michael.frankland@ubs.com | nicholas.vagra@ubs.com | paul.kaio@ubs.com |
| michael.hirschberg@ubs.com | nicholas.xanders@ubs.com | paul.mitchell@ubs.com |
| michael.hitzlberger@ubs.com | nicholas-t.king@ubs.com | paul.sharpe@ubs.com |
| michael.huesmann@ubs.com | nick.agarwal@ubs.com | paul.stanley@ubs.com |
| michael.klene@ubs.com | nick.goldsmith@ubs.com | paul.zelisko@ubs.com |
| michael.mahaffy@ubs.com | nick.irish@ubs.com | paul-k.harris@ubs.com |
| michael.markowitz@ubs.com | nico.baader@ubs.com | pawan.dhir@ubs.com |
| michael.moser@ubs.com | nicola.hinton@ubs.com | pearse.griffith@ubs.com |
| michael.nell@ubs.com | nicole.decker@ubs.com | peifang.chan@ubs.com |
| michael.riesner@ubs.com | nigel.barter@ubs.com | pei-jie.shiu@ubs.com |
| michael.rucci@ubs.com | nigel.coleman@ubs.com | perhad.merwanji@ubs.com |
| michael.sabatino@ubs.com | nigel.taylor@ubs.com | peter.agnes@ubs.com |
| michael.schmitt@ubs.com | niklaus.zyndel@ubs.com | peter.begler@ubs.com |
| michael.stalker@ubs.com | nils.rask@ubs.com | peter.brehm@ubs.com |
| michael.tagliaferro@ubs.com | nina.borowczak@ubs.com | peter.cote@ubs.com |
| michael.von-orelli@ubs.com | nitesh.agarwal@ubs.com | peter.doerig-bal@ubs.com |

| | | |
|---|---|---|
| peter.ham@ubs.com | rebecca.parker@ubs.com | ron.veld@ubs.com |
| peter.jecklin@ubs.com | reena.bajwa@ubs.com | ronald.aziz@ubs.com |
| peter.koritschan@ubs.com | regis.gaston@ubs.com | ronald.blogowski@ubs.com |
| peter.lee@ubs.com | reiner.huebner@ubs.com | rory.beaton@ubs.com |
| peter.miselis@ubs.com | rene.capitelli@ubs.com | rory.buchan@ubs.com |
| peter.morgan@ubs.com | rene.hagmann@ubs.com | rory.davan@ubs.com |
| peter.osborne@ubs.com | rene.noelly@ubs.com | rosanna.fabbri@ubs.com |
| peter.ott@ubs.com | reto.demostene@ubs.com | ross.dilkes@ubs.com |
| peter.rundle@ubs.com | riccardo.senn@ubs.com | ruchita.pathak@ubs.com |
| peter.schaerer@ubs.com | richard.cashin@ubs.com | rudolf.enderli@ubs.com |
| peter.siciliano@ubs.com | richard.collins@ubs.com | rudolf.gleisner@ubs.com |
| peter.simmons@ubs.com | richard.flack@ubs.com | rudolf.leemann@ubs.com |
| peter.wan@ubs.com | richard.philips@ubs.com | rudolf.roffler@ubs.com |
| peter.wufli@ubs.com | richard.tanner@ubs.com | rudy.hokanson@ubs.com |
| peter.yuen@ubs.com | richard.west@ubs.com | rui.zheng@ubs.com |
| peter-za.haug@ubs.com | richard-h.thomas@ubs.com | ruiling.zeng@ubs.com |
| pghavami@ubs.com | rika.sato@ubs.com | russell.platts@ubs.com |
| philip.braeker@ubs.com | rina.bhattacharyya@ubs.com | ryan.nugent@ubs.com |
| philip.garbarino@ubs.com | rob.nunn@ubs.com | ryan.peirce@ubs.com |
| philip.guest@ubs.com | rob.turner@ubs.com | ryan.raymond@ubs.com |
| philip.haigh@ubs.com | robert.apter@ubs.com | sacha.bernasconi@ubs.com |
| philip.ruvinsky@ubs.com | robert.child@ubs.com | sacha.holderegger@ubs.com |
| philip.salman@ubs.com | robert.delgrande@ubs.com | sagar.sheth@ubs.com |
| philipp.bochsler@ubs.com | robert.durante@ubs.com | saibal.mukherjee@ubs.com |
| philipp.bonvin@ubs.com | robert.ewers@ubs.com | sally.dessloch@ubs.com |
| philipp.guerber@ubs.com | robert.fitzpatrick@ubs.com | sally.stoffel@ubs.com |
| philipp.hegetschweiler@ubs.com | robert.gambi@ubs.com | sam.lam@ubs.com |
| philipp.matter@ubs.com | robert.grey@ubs.com | samir.parikh@ubs.com |
| philipp.raetz@ubs.com | robert.hellstrand@ubs.com | samuel.kim@ubs.com |
| philipp.ruegg@ubs.com | robert.holmes@ubs.com | sandeep.bhatia@ubs.com |
| philipp.wilson@ubs.com | robert.kaniuk@ubs.com | sandra.cafazzo@ubs.com |
| philippe.graeppi@ubs.com | robert.lam@ubs.com | sandra.goldschneider@ubs.com |
| philippe.heiz@ubs.com | robert.mccarthy@ubs.com | sandro.campestrini@ubs.com |
| philippe.stadler@ubs.com | robert.rausch@ubs.com | sandro.lozza@ubs.com |
| philippe-g.mueller@ubs.com | robert.roberts@ubs.com | sandro.merino@ubs.com |
| phillip-p.hegetschweiler@ubs.com | robert.sabatino@ubs.com | sandro.zwyssig@ubs.com |
| phillip-pt.thompson@ubs.com | robert.takacs@ubs.com | sangeeta.marfatia@ubs.com |
| phoenix.wright@ubs.com | robert-a.murray@ubs.com | sara.cotter@ubs.com |
| pierre.conrad@ubs.com | roberto.ruiz-scholtes@ubs.com | sarah.collins@ubs.com |
| pierre-andre.poletti@ubs.com | robin.aspinall@ubs.com | sarah.kostezer@ubs.com |
| pmccarth@ubs.com | robin.dutt@ubs.com | sarah.webb@ubs.com |
| pratik.shah@ubs.com | robin.gnaegi@ubs.com | saravanan.rajendran@ubs.com |
| preya.patel@ubs.com | rochus.baumgartner@ubs.com | sarosh.nanavati@ubs.com |
| przemyslaw.pyziel@ubs.com | roger.hartmann@ubs.com | satyan.sanghrajka@ubs.com |
| pui-kei.yuen@ubs.com | roger.nizard@ubs.com | satyanarayana.allala@ubs.com |
| purl.hogan@ubs.com | roger.reist@ubs.com | saverio.console@ubs.com |
| qasim.abbas@ubs.com | roger.ruettimann@ubs.com | saverio.cusano@ubs.com |
| rachel.english@ubs.com | roland.emch@ubs.com | scott.bondurant@ubs.com |
| rachmah.idroes@ubs.com | roland.iberg@ubs.com | scott.dolan@ubs.com |
| raffaele.moretti@ubs.com | roland.schetter@ubs.com | scott.vandersnow@ubs.com |
| raffaella.conti@ubs.com | roland-u.niederer@ubs.com | scott.wilkin@ubs.com |
| raffaella.mezzanzanica@ubs.com | rolf.ganter@ubs.com | sean.parker@ubs.com |
| rainer.amacker@ubs.com | rolf.schmidli@ubs.com | sebastian.petrich@ubs.com |
| rami.boustany@ubs.com | romain.lahoste@ubs.com | sebastian.steib@ubs.com |
| raphael.bucher@ubs.com | roman.boner@ubs.com | sebastian.voigt@ubs.com |
| raphael.luescher@ubs.com | roman.huesler@ubs.com | sebastien.delachapelle@ubs.com |
| raphael.zemp@ubs.com | romano.brandenberg@ubs.com | sebastien.gaillot@ubs.com |
| ray.marquette@ubs.com | romeo.maciocci@ubs.com | sebastien.galy@ubs.com |
| raymond.meier@ubs.com | ron.phillips@ubs.com | sefik.feratovic@ubs.com |
| raymond.sulentic@ubs.com | ron.portnoy@ubs.com | selene.mantegani-cioccariello@ubs.com |

| | | |
|---|---|---|
| selva.neelakandan@ubs.com | stephan.bloch@ubs.com | thomas.cole@ubs.com |
| seth.michaels@ubs.com | stephan.demoulin@ubs.com | thomas.digenan@ubs.com |
| shadab.ali@ubs.com | stephan.locher@ubs.com | thomas.flury@ubs.com |
| sh-advanced@ubs.com | stephan.michel@ubs.com | thomas.gut@ubs.com |
| shaheen.iqbal@ubs.com | stephane.astic@ubs.com | thomas.haag@ubs.com |
| shannon.hilton@ubs.com | stephanie.lappe@ubs.com | thomas.herzog@ubs.com |
| shannon-j.curley@ubs.com | stephanie.windsor@ubs.com | thomas.ineke@ubs.com |
| shantanu.agrawal@ubs.com | stephen.flynn@ubs.com | thomas.kruemmel@ubs.com |
| shari.gilfillan@ubs.com | stephen.freedman@ubs.com | thomas.locher@ubs.com |
| sharon.su@ubs.com | steve.best@ubs.com | thomas.mckelvey@ubs.com |
| shawn.lytle@ubs.com | steven.breen@ubs.com | thomas.prangley@ubs.com |
| shayan.hussain@ubs.com | steven.grahame@ubs.com | thomas.rennemann@ubs.com |
| shayan.norasteh@ubs.com | steven.herbert@ubs.com | thomas.rustici@ubs.com |
| sheila.noonan@ubs.com | steven.liu@ubs.com | thomas.saladin@ubs.com |
| shelley.aron@ubs.com | steven.marotta@ubs.com | thomas.stocker@ubs.com |
| shihwan.chung@ubs.com | steven.schwimmer@ubs.com | thomas.van-der-meulen@ubs.com |
| sh-investorrelations@ubs.com | steven.slaughter@ubs.com | thomas.veillet@ubs.com |
| sh-psp-aa-ge-apa@ubs.com | steven.wittwer@ubs.com | thomas.viola@ubs.com |
| shu-yang.tan@ubs.com | steven_za.smith@ubs.com | thomas.wacker@ubs.com |
| signorio.camille@ubs.com | stuart.low@ubs.com | thomas-georg.hasenboehler@ubs.com |
| silas.chu@ubs.com | stuart.moon@ubs.com | thomas-gerhard.huber@ubs.com |
| silvia.marelli@ubs.com | stuart.newman@ubs.com | thomas-markus.oesch@ubs.com |
| silvia.quaglinibarbi@ubs.com | stuart.piper@ubs.com | thomas-t.butler@ubs.com |
| silvio.dieterich@ubs.com | subhash.tripathi@ubs.com | thomas-zd.mueller@ubs.com |
| simeon.zeffert@ubs.com | subodh.agarwal@ubs.com | tiffany.lam@ubs.com |
| simon.densem@ubs.com | sudhansu.sahoo@ubs.com | till.bechtolsheimer@ubs.com |
| simon.fischer@ubs.com | sue.cory@ubs.com | tim.gorle@ubs.com |
| simon.foessmeier@ubs.com | sulamith.wuethrich@ubs.com | tim.jaenecke@ubs.com |
| simon.foster@ubs.com | sumit.juneja@ubs.com | tim.vanklaveren@ubs.com |
| simon.goetschmann@ubs.com | sumit-s.gupta@ubs.com | tim.winstone@ubs.com |
| simon.park@ubs.com | sundeep.gantori@ubs.com | timothy.riddell@ubs.com |
| simona.canepa@ubs.com | sunil.dattani@ubs.com | tina.forssgren@ubs.com |
| simone.bomio@ubs.com | susan.clarke@ubs.com | tminor@ubs.com |
| simone.haefeli@ubs.com | susan.hudson@ubs.com | tobeconfirmed@ubs.com |
| simone.hofer@ubs.com | susan.o'connor@ubs.com | tobias.schulte@ubs.com |
| simon-p.taylor@ubs.com | susanne.leemann@ubs.com | todd-a.greenfield@ubs.com |
| sindhu.tantri@ubs.com | susanne.moosberger@ubs.com | tom.clarke@ubs.com |
| sinead.fitzpatrick@ubs.com | swati.mittal@ubs.com | tom.hill@ubs.com |
| sonia.dezordo@ubs.com | swati.tewari@ubs.com | tom.sciaranetti@ubs.com |
| sophie.payot@ubs.com | swaugh@ubs.com | tommy.mueller@ubs.com |
| spencer.leung@ubs.com | swen.molteni@ubs.com | tony.kauzlarich@ubs.com |
| sryan@ubs.com | syed.saleemuddin@ubs.com | tony-w-a.andersson@ubs.com |
| stacey.lane@ubs.com | sylvain.honold@ubs.com | travis.schaftenaar@ubs.com |
| stanford.horn@ubs.com | sylvester.dube@ubs.com | tricia.mendoza@ubs.com |
| stefan.bohren@ubs.com | tamika.bradford@ubs.com | trideep.bhattacharya@ubs.com |
| stefan.duerler@ubs.com | tanja.karl-sawatzki@ubs.com | trina.yates@ubs.com |
| stefan.feller@ubs.com | tazio.storni@ubs.com | trip.shepard@ubs.com |
| stefan.fischer@ubs.com | terence.cheng@ubs.com | tscott@ubs.com |
| stefan.janoska@ubs.com | teresa.nielsen@ubs.com | ulf.schlenker@ubs.com |
| stefan.krause@ubs.com | terry.smith@ubs.com | ulhas.shenoy@ubs.com |
| stefan.lewellen@ubs.com | theo.amacher@ubs.com | ulrich.niederer@ubs.com |
| stefan.richner@ubs.com | theodore.drury@ubs.com | ulrich.sperl@ubs.com |
| stefan.roderer@ubs.com | theresa.han@ubs.com | urs.antonioli@ubs.com |
| stefan.schaedler@ubs.com | theresa.hickman@ubs.com | urs.beer@ubs.com |
| stefan.weber@ubs.com | thibaud.halewyck@ubs.com | urs.keller@ubs.com |
| stefanie.scholtysik@ubs.com | thom.gascoigne@ubs.com | urs.schnueriger@ubs.com |
| stefano.cavaglia@ubs.com | thomas.angermann@ubs.com | urs.schubiger@ubs.com |
| stefano.solferini@ubs.com | thomas.barrett@ubs.com | urs.von-gunten@ubs.com |
| stefan-r.meyer@ubs.com | thomas.berner@ubs.com | urs-s.weber@ubs.com |
| stefan-za.schneider@ubs.com | thomas.borah@ubs.com | ursula.nitschke@ubs.com |

| | | |
|---|---|---|
| uwe.roehrig@ubs.com | zoe.von-streng@ubs.com | vily.dardanes@ubs-oconnor.com |
| uwe.schillhorn@ubs.com | blair.jason@ubsi-wv.com | will.carpmael@ubs-oconnor.com |
| vadim.moroz@ubs.com | aleksandr.eydelman@ubs-oconnor.com | william.martin@ubs-oconnor.com |
| vanessa.brathwaite@ubs.com | alexander.pasman@ubs-oconnor.com | zachary.ziliak@ubs-oconnor.com |
| vasilios.simantirakis@ubs.com | andrew.wong@ubs-oconnor.com | jmosseri@ubspainewebber.com |
| venkat.badri@ubs.com | bernard.ahkong@ubs-oconnor.com | kspero@ubspainewebber.com |
| venkat.gorantla@ubs.com | beth.malkosky@ubs-oconnor.com | sophia.rui@ubssdic.com |
| vera.kaeppler@ubs.com | brian.fitzpatrick@ubs-oconnor.com | adam.pisarczyk@ubsw.com |
| veronica.lopez-ibor@ubs.com | cherie.farrell@ubs-oconnor.com | amit.valecha@ubsw.com |
| veronika.weisser@ubs.com | chris.dardanes@ubs-oconnor.com | andrew.hayes@ubsw.com |
| victoria.engwell@ubs.com | christian.updyke@ubs-oconnor.com | boris.shir@ubsw.com |
| vijay.sharma@ubs.com | christopher-j.carlson@ubs-oconnor.com | brian.burns@ubsw.com |
| vijaya.govindan@ubs.com | dan.berkery@ubs-oconnor.com | chris.melendes@ubsw.com |
| vikram.kaura@ubs.com | daniel.murphy@ubs-oconnor.com | claudio.hofer@ubsw.com |
| viktoria.beromelidze@ubs.com | david.brumirski@ubs-oconnor.com | cristina.klinger@ubsw.com |
| vincent.couson@ubs.com | david.lau@ubs-oconnor.com | daniel.ferraro@ubsw.com |
| vincent.duval@ubs.com | deborah.morrow@ubs-oconnor.com | david.greenberg@ubsw.com |
| vincent.gilles@ubs.com | denis.graeber@ubs-oconnor.com | david.sotnick@ubsw.com |
| vincent.kouch@ubs.com | derek.beckman@ubs-oconnor.com | edward.kyritz@ubsw.com |
| vincent.mistretta@ubs.com | derek.dabrowski@ubs-oconnor.com | erik.siegel@ubsw.com |
| vipul.arora@ubs.com | dl-ubsoc-ops-chi@ubs-oconnor.com | eunice.singh@ubsw.com |
| vish.khasarla@ubs.com | ella.matt@ubs-oconnor.com | ian.harnett@ubsw.com |
| vitor.palazzo@ubs.com | fred.shultz@ubs-oconnor.com | jay.petit@ubsw.com |
| vivian.lin@ubs.com | george.lacosto@ubs-oconnor.com | jeffrey.sperling@ubsw.com |
| vivienne.chia@ubs.com | george.locasto@ubs-oconnor.com | joakim.slettvoll@ubsw.com |
| vladimir.demine@ubs.com | george.zhang@ubs-oconnor.com | john.cryan@ubsw.com |
| volker.zaworka@ubs.com | gordon.wright@ubs-oconnor.com | john.emanuel@ubsw.com |
| walter.di-egidio@ubs.com | james.delmedico@ubs-oconnor.com | jose.rovalino@ubsw.com |
| walter.edelmann@ubs.com | james.nicholas@ubs-oconnor.com | keith.statfeld@ubsw.com |
| walter.wehrli@ubs.com | james.radke@ubs-oconnor.com | laurence.lee@ubsw.com |
| warren.zhu@ubs.com | jason.randolph@ubs-oconnor.com | martin.schmid@ubsw.com |
| wencheng.chen@ubs.com | jennifr.pape@ubs-oconnor.com | meredith.stabile@ubsw.com |
| werner.ruefenacht@ubs.com | jeremy.mayes@ubs-oconnor.com | michael.stiefel@ubsw.com |
| wfurth@ubs.com | jim.gibbons@ubs-oconnor.com | michael-g.barnes@ubsw.com |
| wido.mina@ubs.com | jim.vanek@ubs-oconnor.com | monica.ulrich@ubsw.com |
| william.brown@ubs.com | jiqiong.dai@ubs-oconnor.com | nicolas.boccabella@ubsw.com |
| william.deallaume@ubs.com | joe.reiff@ubs-oconnor.com | omar.namoos@ubsw.com |
| william.egli@ubs.com | john.moore@ubs-oconnor.com | peter.dorn@ubsw.com |
| william.ferri@ubs.com | joseph.newell@ubs-oconnor.com | peter-l.harnik@ubsw.com |
| william.fleury@ubs.com | joseph.scoby@ubs-oconnor.com | petra.rihm@ubsw.com |
| william.veronda@ubs.com | katrina.winiecki@ubs-oconnor.com | qaiser.waheed@ubsw.com |
| william.weng@ubs.com | keng-swee.yeo@ubs-oconnor.com | reto.cantoni@ubsw.com |
| willy.schmassmann@ubs.com | kenneth.harris@ubs-oconnor.com | reto.stadelmann@ubsw.com |
| wilson.au@ubs.com | kevin.bass@ubs-oconnor.com | richard.hochreutiner@ubsw.com |
| wilson.lin@ubs.com | kong-dong.zheng@ubs-oconnor.com | rob.baretto@ubsw.com |
| xavier.lefranc@ubs.com | laura.devlin@ubs-oconnor.com | sarah.snyder@ubsw.com |
| xiaoqing.hu@ubs.com | lucille.volanti@ubs-oconnor.com | shingmin.lai@ubsw.com |
| xuebo.liu@ubs.com | mark.imbriano@ubs-oconnor.com | sh-otc-client-service@ubsw.com |
| yoichi.sannomiya@ubs.com | matt.houtsma@ubs-oconnor.com | silvio.dieterich@ubsw.com |
| yves.kissenpfennig@ubs.com | matthew.parker@ubs-oconnor.com | simon.phillips@ubsw.com |
| yves.kupferschmid@ubs.com | molly.carl@ubs-oconnor.com | steve.ng@ubsw.com |
| yves.longchamp@ubs.com | nicholas.nocerino@ubs-oconnor.com | sylvia.dresel-waibel@ubsw.com |
| yvonne.goetz@ubs.com | nitish.patel@ubs-oconnor.com | thomas.lally@ubsw.com |
| yvonne.thomas@ubs.com | padraig.hassett@ubs-oconnor.com | tim.macek@ubsw.com |
| zac.bobolakis@ubs.com | philip.cohen@ubs-oconnor.com | vinnie.varca@ubsw.com |
| zahiye.yuksel@ubs.com | randy.lynch@ubs-oconnor.com | wayne.king@ubsw.com |
| zain.nizami@ubs.com | sally.english@ubs-oconnor.com | mark.portz@ubt.com |
| zemira.montemarano@ubs.com | scott.fuller@ubs-oconnor.com | steve.fielder@ubt.com |
| zenon.voyiatzis@ubs.com | scott.kinum@ubs-oconnor.com | sue.hartman@ubt.com |
| ziad.boustani@ubs.com | t-kiang.tan@ubs-oconnor.com | u.mueller@ubz.ch |

| | | |
|---|---|---|
| fitzpajw@ucarb.com | seth@ufj.com | souta.inoue@ufj-partners.co.jp |
| arnaud.denis@ucb-group.com | buhei_yoshida@ufjbank.co.jp | taichiro.kira@ufj-partners.co.jp |
| charles.janssen@ucb-group.com | greg_ziejewski@ufjbank.co.jp | takashi.inagaki@ufj-partners.co.jp |
| doug.gingerella@ucb-group.com | jean-michel_fatovic@ufjbank.co.jp | takuya.hiroi@ufj-partners.co.jp |
| enrico.bastianelli@ucb-group.com | joanne_slack@ufjbank.co.jp | terunobu.kinoshita@ufj-partners.co.jp |
| guy.vandendorpe@ucb-group.com | shigeru_nobukami@ufjbank.co.jp | tetsuya.hasegawa@ufj-partners.co.jp |
| marc.wiers@ucb-group.com | shinichi_shindou@ufjbank.co.jp | tomomitsu.yanaba@ufj-partners.co.jp |
| mohamed.chaoui@ucb-group.com | siew_chiow_walton@ufjbank.co.jp | toshiaki.mizuno@ufj-partners.co.jp |
| jim_hudgins@ucbi.com | tarik_hussain@ufjbank.co.jp | tsuyoshi.matsumoto@ufj-partners.co.jp |
| mark_mershon@ucbi.com | yasutaka_furuya@ufjbank.co.jp | wakako.sano@ufj-partners.co.jp |
| mitch_bleske@ucbi.com | yoshinori_akakura@ufjbank.co.jp | yasuki.sagara@ufj-partners.co.jp |
| rcochran@ucbi.com | yoshiyuki_nishi@ufjbank.co.jp | yasunari.furusawa@ufj-partners.co.jp |
| rex_schuette@ucbi.com | zsuzsana_degia@ufjbank.co.jp | yasutoshi.kaneko@ufj-partners.co.jp |
| rortiz@ucmpartners.com | ttaniura@ufjbgam.com | yauhiro.nozaki@ufj-partners.co.jp |
| tarmstrong@ucmpartners.com | bakerm@ufji.com | yoko.muramatsu@ufj-partners.co.jp |
| aaron.staines@ucop.edu | balintm@ufji.com | yoshikazu.hiranaka@ufj-partners.co.jp |
| alice.yee@ucop.edu | bterrell@ufji.com | yukiko.suzuki@ufj-partners.co.jp |
| allen.woo@ucop.edu | cgoymer@ufji.com | h-fukuro@ufjtrustbank.co.jp |
| brett.johnson@ucop.edu | croberts@ufji.com | hi-oota@ufjtrustbank.co.jp |
| byron.ong@ucop.edu | daviesm@ufji.com | h-nagai@ufjtrustbank.co.jp |
| christine.zhu@ucop.edu | dgeorge@ufji.com | h-shimozato@ufjtrustbank.co.jp |
| david.russ@ucop.edu | harknessm@ufji.com | ko-yoshida@ufjtrustbank.co.jp |
| david.schroeder@ucop.edu | jonesl@ufji.com | m-tsuruta@ufjtrustbank.co.jp |
| duane.gilyot@ucop.edu | keeleyt@ufji.com | nob-shimizu@ufjtrustbank.co.jp |
| ingrid.yang@ucop.edu | martina@ufji.com | ta-inoue@ufjtrustbank.co.jp |
| jeffrey.heil@ucop.edu | molding@ufji.com | t-shibata@ufjtrustbank.co.jp |
| jesse.phillips@ucop.edu | odriscollg@ufji.com | francis.ambrosi@ugls.com |
| kim.evans@ucop.edu | pagem@ufji.com | vincent.molinari@ugsl.com |
| linda.fried@ucop.edu | rconnolly@ufji.com | pkelleher@uh.edu |
| marie.berggren@ucop.edu | rmiddlehurst@ufji.com | rbartlett@uh.edu |
| matt.scoble@ucop.edu | robinsong@ufji.com | warga@uh.edu |
| melvin.stanton@ucop.edu | sbrown@ufji.com | dealingroom@uic.it |
| michael.john@ucop.edu | shatzlstefanis@ufji.com | rbonanni@uic.it |
| neetesh.kumar@ucop.edu | slamberton@ufji.com | rvitale@uic.it |
| omar.sanders@ucop.edu | vdavid-robin@ufji.com | andreas.kempter@ui-gmbh.de |
| patricia.small@ucop.edu | weberm@ufji.com | andreas.marquardt@ui-gmbh.de |
| randolph.wedding@ucop.edu | ai.fujiwara@ufj-partners.co.jp | banzhaf@ui-gmbh.de |
| satish.swamy@ucop.edu | akio.takemoto@ufj-partners.co.jp | christian.burzin@ui-gmbh.de |
| steven.algert@ucop.edu | atsushi.fujino@ufj-partners.co.jp | daniel.andemeskel@ui-gmbh.de |
| alan.mudie@uebgroup.com | hiroshi.yokoyama@ufj-partners.co.jp | goetzke@ui-gmbh.de |
| alexandre.cherneaux@uebgroup.com | isao.isoe@ufj-partners.co.jp | knauer@ui-gmbh.de |
| barry.harris@uebgroup.com | issei.kitamura@ufj-partners.co.jp | lenk@ui-gmbh.de |
| bruce.docherty@uebgroup.com | izumi.yonezawa@ufj-partners.co.jp | markus.pfaff@ui-gmbh.de |
| hans.thurnheer@uebgroup.com | katsuhiro.tamura@ufj-partners.co.jp | mielke@ui-gmbh.de |
| reto.frei@uebgroup.com | katsuji.yoshida@ufj-partners.co.jp | norbert.vock@ui-gmbh.de |
| mgrobien@uecic.cicomore.fr | keiji.funo@ufj-partners.co.jp | oliver.steck@ui-gmbh.de |
| psantucci@uecic.cicomore.fr | keitaro.kanai@ufj-partners.co.jp | pangritz@ui-gmbh.de |
| ha.sakai@uedayagi.co.jp | koji.ito@ufj-partners.co.jp | pauler@ui-gmbh.de |
| abasagoiti@uef.es | masahiko.maruyama@ufj-partners.co.jp | puschroeder@ui-gmbh.de |
| asanmartin@uef.es | masanori.iijima@ufj-partners.co.jp | quaiser@ui-gmbh.de |
| eprieto@uef.es | masaru.wada@ufj-partners.co.jp | stauber@ui-gmbh.de |
| jatomas@uef.es | masayuki.tsukahara@ufj-partners.co.jp | thomas.lachmann@ui-gmbh.de |
| jhernandezr@uef.es | masayuki.yonezawa@ufj-partners.co.jp | udo.klos@ui-gmbh.de |
| jlecubarri@uef.es | mayumi.irie@ufj-partners.co.jp | vorbeck@ui-gmbh.de |
| jmarrojo@uef.es | naomi.inoue@ufj-partners.co.jp | wedewer@ui-gmbh.de |
| jpsanchez@uef.es | naoya.tabuchi@ufj-partners.co.jp | yang.wang@ui-gmbh.de |
| svazquezh@uef.es | noriyuki.kyono@ufj-partners.co.jp | ccloyd@uiuc.edu |
| ffenner@ufgam.com | satoru.tanabe@ufj-partners.co.jp | aalbader@kio.uk.com |
| i.ryabov@ufgam.com | shinichiro.shiraki@ufj-partners.co.jp | aalbuaijan@kio.uk.com |
| itaran@ufgam.com | shu.irikura@ufj-partners.co.jp | aalshehab@kio.uk.com |

| | | |
|---|---|---|
| aaltammar@kio.uk.com | luke.carpenter@uk.mufg.jp | jlinehan@ullico.com |
| abakarat@uk.tr.mutg.jp | makoto.miyazaki@uk.mufg.jp | mpistner@ullico.com |
| acarrier@uk.tr.mufg.jp | malasousi@kio.uk.com | brian.lynch@ulsterbank.com |
| achristev@kio.uk.com | malkharafi@uk.mufg.jp | david.lammas@ulsterbank.com |
| aholcroft@uk.tr.mufg.jp | mark.escott@uk.mufg.jp | jim.fox@ulsterbank.com |
| ahudson@uk.tr.mufg.jp | mark.walker@uk.mufg.jp | marguerite.gaffney@ulsterbank.com |
| akiko.morley@uk.mufg.jp | masaaki.miyake@uk.mufg.jp | niamh.wylie@ulsterbank.com |
| akira.hoshino@uk.mufg.jp | mbishara@kio.uk.com | simon.barry@ulsterbank.com |
| andrew.jenner@uk.mufg.jp | mfrost@kio.uk.com | tad@ultan.net |
| andrew.montford@uk.mufg.jp | msmith@kio.uk.com | tago@ultan.net |
| andrew.sutton@uk.mufg.jp | mwatson@kio.uk.com | joanne_whittier@ulyss.com |
| brett.emms@uk.mufg.jp | nalrifai@kio.uk.com | john_kim@ulyss.com |
| calonso@uk.tr.mufg.jp | naohiko.hirose@uk.mufg.jp | josh_nash@ulyss.com |
| ccareford@uk.mufg.com | nobuaki.murayama@uk.kokusai-am.co.jp | angel.lupercio@umb.com |
| cloader@kio.uk.com | nobuho.nanjo@uk.mufg.jp | anthony.faulkner@umb.com |
| danderson-bassey@kio.uk.com | nryb@uk.tr.mufg.jp | bonnie.johnson@umb.com |
| daren.lorkin@uk.mufg.jp | nyuba@uk.tr.mufg.jp | brenda.mcintosh@umb.com |
| david.bourne@uk.mufg.jp | oalquraishi@kio.uk.com | brian.scharf@umb.com |
| david.r.thomas@uk.mufg.jp | oalsallal@kio.uk.com | bruce.fernandez@umb.com |
| dkrimholtz@uk.tr.mufg.jp | pestephane@kio.uk.com | charles.heath@umb.com |
| dreinecke@kio.uk.com | peter.hanrott@uk.mufg.jp | cheryl.kelley@umb.com |
| dwickham@kio.uk.com | pkyle@kio.uk.com | david.holmes@umb.com |
| ealrashidi@kio.uk.com | plangham@kio.uk.com | deborah.dutoit@umb.com |
| ebergman@kio.uk.com | ptomlin@kio.uk.com | dirk.richter@umb.com |
| elodieat@kio.uk.com | pvithlani@kio.uk.com | gary.anderson@umb.com |
| ematheson@kio.uk.com | rclarke@kio.uk.com | gary.merrill@umb.com |
| emi.clarke@uk.mufg.jp | richard.smithyes@uk.mufg.jp | george.hersh@umb.com |
| emitchell@uk.tr.mufg.jp | rlee@uk.mufg.jp | gustavo.magno@umb.com |
| esther.gilbert@uk.mufg.jp | rwisentaner@kio.uk.com | hanan.levin@umb.com |
| fmouhsine@kio.uk.com | ryo.daido@uk.mufg.jp | iwona.murphy@umb.com |
| gary.hutchings@uk.mufg.jp | salateeqi@kio.uk.com | james.moffett@umb.com |
| gavin.grant@uk.dmg.deuba.com | salothman@kio.uk.com | james.reed@umb.com |
| gconner@kio.uk.com | salsane@kio.uk.com | james.swindler@umb.com |
| glen.pratt@uk.fid.intl.com | sarah.gannon@uk.mufg.jp | jason.votruba@umb.com |
| gpang@kio.uk.com | sez.ulusoy@uk.mufg.jp | john.indellicate@umb.com |
| gtedds@kio.uk.com | sferguson@kio.uk.com | kathryn.johnson@umb.com |
| gwilliams@uk.tr.mufg.jp | sfujine@uk.tr.mufg.jp | kdavison@umb.com |
| hajime.kawada@uk.mufg.jp | shard@kio.uk.com | larry.valencia@umb.com |
| halfouzan@kio.uk.com | shigetake.nakayama@uk.mufg.jp | mark.weber@umb.com |
| harry.eyre@uk.mufg.jp | thomas.fennessey@uk.mufg.jp | mary.curtis@umb.com |
| hford@kio.uk.com | tsder@uk.mufg.jp | melissa.smith-heath@umb.com |
| hideaki.maehara@uk.mufg.jp | wabusuud@kio.uk.com | michael.doyle@umb.com |
| hideo.kazusa@uk.mufg.jp | wdawber@uk.tr.mufg.jp | michael.fogarty@umb.com |
| hiroshi.morioka@uk.mufg.jp | yoshiniobu.onishi@uk.mufg.jp | michael.harold@umb.com |
| hstirrat@kio.uk.com | yoshio.sano@uk.mufg.jp | michael.heimlich@umb.com |
| ian.davies@uk.mufg.jp | yoshitaka.satani@uk.mufg.jp | michael.stack@umb.com |
| ichiei.kuki@uk.mufg.jp | ysuganuma@uk.tr.mufg.jp | nancy.grasse@umb.com |
| iodonovan@kio.uk.com | yuichiro.tawara@uk.mufg.jp | premal.kadakia@umb.com |
| james.lyons@uk.mufg.jp | yumi.kikukawa@uk.mufg.jp | richard.campbell@umb.com |
| jburdass@uk.tr.mufg.jp | huiberg.boumeester@ukabnamro.com | richard.talerico@umb.com |
| jmitsubori@uk.tr.mufg.jp | kevin.neman@ukabnamro.com | robert.weber@umb.com |
| kalmogahwi@kio.uk.com | pabla.vanheck@ukabnamro.com | sanja.milas-hardy@umb.com |
| kazuki_fukunaga@uk.mufg.jp | choldsworth@uk-dexia.com | sean.ketcherside@umb.com |
| kazutoshi.tubakihara@uk.mufg.jp | iwales@uk-dexia.com | shelly.ma@umb.com |
| keitaro.furukawa@uk.mufg.jp | pstiles@uk-dexia.com | sherman.pitts@umb.com |
| kenichi.yoshida@uk.kokusai-am.co.jp | alex.jones@uk-fid-intl.com | steven.vankeirsbilck@umb.com |
| khamadah@kio.uk.com | deborah.kearns@uk-fid-intl.com | timothy.burger@umb.com |
| knakai@uk.tr.mufg.jp | david.renton@ukgateway.net | william.oliver@umb.com |
| kousaku.nakanishi@uk.mufg.jp | briley@ullico.com | william.reese@umb.com |
| ksato@uk.tr.mufg.jp | jdramsta@ullico.com | cahles@umcmortgage.com |

awend@umich.edu
mdougan@umich.edu
c-davy@umn.edu
datse001@umn.edu
mason057@umn.edu
suedb001@umn.edu
banain@umtb.co.il
benelizrs@umtb.co.il
ditalj@umtb.co.il
eldadf@umtb.co.il
eliy@umtb.co.il
erlichd@umtb.co.il
finkelsteins@umtb.co.il
katsnelsons@umtb.co.il
leiblea@umtb.co.il
meirz@umtb.co.il
mesikad@umtb.co.il
nprecel@umtbusa.com
dmoore@umwafunds.org
gsonies@umwafunds.org
jmogg@umwafunds.org
mmerrill@umwafunds.org
ahmed.m.kamel@unb.ae
ganesh.h.kaulaskar@unb.co.ae
jaffar.rizvi@unb.ae
mir.a.ali@unb.ae
nadeem.h.lalani@unb.ae
nihal.manamperi@unb.ae
omeir.jilani@unb.ae
qamar.a.abbasi@unb.ae
sherif.nabih@unb.ae
suroor.khalife@unb.ae
tom@unb.com
zafar.i.rizvi@unb.ae
svisloskie@unbmountcarmel.com
terence@unc.ae
ktucker@uncb.com
rbitner@uncb.com
stockex@cis.u-net.com
csullivan@unfcu.com
mvillamin@unfcu.com
poneill@unfcu.com
rcolavecchio@unfcu.com
vkulkarni@unfcu.com
yadams@unfcu.com
julie.fagart@unibail.fr
marketnews@unibail.fr
anne-sophie.sancerre@unibail-rodamco.com
marguerite.decanecaude@unibail-rodamco.com
ercolepolloni@unibanca.it
marinacacchi@unibanca.it
bruno.magalhaes@unibanco.com
rodrigo.rocha@unibanco.com
ajens@unibank.dk
bknud@unibank.dk
boan@unibank.dk
boste@unibank.dk
cvest@unibank.dk
hebr@unibank.dk
hepe@unibank.dk

jasa@unibank.dk
jhon@unibank.lu
mkofo@unibank.dk
obech@unibank.dk
palle.hansen@unibank.dk
rubyl@unibank.dk
svejg@unibank.dk
albert.ng@unicapital.com.hk
chanik.park@unicapital.com.hk
sanjiv.garg@unicapital.com.hk
adriano.capellini@unicredit.it
alberto.riva@unicredit.it
andrea.laruccia@unicredit.it
antonella.massari@unicredit.it
claudio.volpi@unicredit.it
elena.tonti@unicredit.it
gabriele.simonetti@unicredit.it
lamberto.giusti@unicredit.it
lucio.picca@unicredit.it
luigi.parrilla@unicredit.it
marinella.bottoni@unicredit.it
marta.campriani@unicredit.it
martin.hicks@unicredit.it
massimo.cotella@unicredit.it
mirco.brisighelli@unicredit.it
orazio.tarda@unicredit.it
ranieri.demarchis@unicredit.it
roberto.volpato@unicredit.it
wojciech.mazurkiewicz@unicreditgrop.co.uk
alexander.kohberger@unicreditgroup.at
alfred.deutsch@unicreditgroup.at
barbara.meyler@unicreditgroup.at
carlo.gaudente@unicreditgroup.eu
dennis.rada@unicreditgroup.de
domenico.sabadini@unicreditgroup.de
erich.draxler@unicreditgroup.at
erik.haubold@unicreditgroup.de
georg.kopecek@unicreditgroup.at
gerald.gromann@unicreditgroup.at
gerhard.narbeshuber@unicreditgroup.at
gerold.pum@unicreditgroup.at
giuseppe.rapisarda@unicreditgroup.eu
gunther.adam@unicreditgroup.at
harald.schlick@unicreditgroup.at
janchristoph.gebhardt@unicreditgroup.at
katharina.schmid@unicreditgroup.de
lionel.bignone@unicreditgroup.co.uk
marco.pavoni@unicreditgroup.eu
marion.khueny@unicreditgroup.de
martin.christ@unicreditgroup.at
martin.tuch@unicreditgroup.de
michael.bitton@unicreditgroup.co.uk
nurselin.camlibel@unicreditgroup.de
peter.etzrodt@unicreditgroup.de
robert.blumensaat@unicreditgroup.at
victoria.vonaretin@unicreditgroup.de
aprudent@unigestion.com
btaillardat@unigestion.com
caschenbrenner@unigestion.com
ebague@unigestion.com

echampenois@unigestion.com
ffradin@unigestion.com
ffrick@unigestion.com
jfclement@unigestion.com
mpagetgoy@unigestion.com
nmessing@unigestion.com
oaeschlimann@unigestion.com
pbonart@unigestion.com
podonnet@unigestion.com
vagarwal@unigestion.com
arno.blezer@unilever.com
ben.rijff@unilever.com
danny-van.wijk@unilever.com
debbie.guddens@unilever.com
hans.engelhard@unilever.com
jaimie.lowe@unilever.com
jan.jansens@unilever.com
manon.hazelhof@unilever.com
martin.sanders@unilever.com
nichola.griffiths@unilever.com
paul-van.hastenberg@unilever.com
rob.clement@unilver.com
afelli@unims.org
mrbengson@unionbankph.com
rjempalmado@unionbankph.com
tintin@unionbankph.com
vbv@unionbankph.com
bfeldhaus@union-invest.de
jkellersmann@union-invest.de
aengel@union-investment.de
afagenzer@union-investment.de
akoettner@union-investment.de
alexander.karpov@union-investment.de
alexander.ohl@union-investment.de
alexander.wagner@union-investment.de
alexandra.annecke@union-investment.de
amikus@union-investment.de
ande.stagge@union-investment.de
andre.koettner@union-investment.de
andreas.brandt@union-investment.de
andreas.mark@union-investment.de
andreas.spitzhuettl@union-investment.de
aposthoff@union-investment.de
armin.ingerl@union-investment.de
aschneider@union-investment.de
aschubert@union-investment.de
axel.brosey@union-investment.de
axel.degen@union-investment.de
barbara.pohlmann@union-investment.de
beberhardt@union-investment.de
bernd.gentemann@union-investment.de
bernd.schroeder@union-investment.de
bheiss@union-investment.de
bjoern.strauss@union-investment.de
bodo.schimpfermann@union-investment.de
boris.schakowski@union-investment.de
carsten.hilck@union-investment.de
cfeth@union-investment.de
christian.gaertner@union-investment.de
christoph.niesel@union-investment.de

cwojcik@union-investment.de
david.milleker@union-investment.de
dieter.konrad@union-investment.de
dieter.schwarz@union-investment.de
dirk.rybarczyk@union-investment.de
dmitri.barinov@union-investment.de
drauch@union-investment.de
eicke.reneerkens@union-investment.de
ekaterina.iliouchenko@union-investment.de
eknobelspiess@union-investment.de
elena.ginsburg@union-investment.de
elke.schoeppl@union-investment.de
ewerner@union-investment.de
fabel@union-investment.de
fehrich@union-investment.de
ffeldmann@union-investment.de
ffreund@union-investment.de
florian.leipacher2@union-investment.de
frank.engels@union-investment.de
frank.thormann@union-investment.de
frank.wiederhold@union-investment.de
grantyun.cheng@union-investment.de
gujost@union-investment.de
gunther.kramert@union-investment.de
hakem.saidi@union-investment.de
hannah.cunliffe@union-investment.de
hans.hoelzl@union-investment.de
hansjoachim.koenig@union-investment.de
hansjoerg.walther@union-investment.de
harald.lohre@union-investment.de
hartmut.leibrock@union-investment.de
helen.windischbauer@union-investment.de
helmut.hipper@union-investment.de
hfriedrich@union-investment.de
hhorz@union-investment.de
holger.risse@union-investment.de
ilga.haubelt@union-investment.de
ingo.speich@union-investment.de
jan.zimmermann@union-investment.de
jens.berkenhagen@union-investment.de
jens.hansen@union-investment.de
joachim.buddendick@union-investment.de
joanna.gloeggler@union-investment.de
jochen.guessow@union-investment.de
joerg.boysen@union-investment.de
joerg.schaefer@union-investment.de
joerg.schneider@union-investment.de
joern.spillman@union-investment.de
john.mcmanus@union-investment.de
jschmidt@union-investment.de
juergen.hackenberg@union-investment.de
juergen.schillinger@union-investment.de
jvogler@union-investment.de
jwarncke@union-investment.de
jwilhelm@union-investment.de
jwuest@union-investment.de
kitty.schoenstedt@union-investment.de
lilianna.kielbik@union-investment.de
lorena.vinueza@union-investment.de
luca.paolini@union-investment.de

marco.salcoacci@union-investment.de
marek.koch@union-investment.de
markus.brechtmann@union-investment.de
markus.manns@union-investment.de
markus.walchshofer@union-investment.de
martin.hrdina@union-investment.de
matthias.luetzen@union-investment.de
max.holzer@union-investment.de
mbrechtmann@union-investment.de
mhellingrath@union-investment.de
michael.flaschka@union-investment.de
michael.gierse@union-investment.de
michael.herzum@union-investment.de
michael.muders@union-investment.de
michael.mueller2@union-investment.de
michael.nipp@union-investment.de
michael.schiller@union-investment.de
mkieswetter@union-investment.de
mkrahwinkel@union-investment.de
mmarinov@union-investment.de
monika.friedl@union-investment.de
mschaub@union-investment.de
norbert.faller@union-investment.de
normen.fritz@union-investment.de
patrick.schmidt@union-investment.de
patryk.jablonowski@union-investment.de
peter.albrecht@union-investment.de
peter.hitzler-spital@union-investment.de
peter.schottmueller@union-investment.de
phanau@union-investment.de
pkohlmann@union-investment.de
ralf.boeckel@union-investment.de
ralf.branda@union-investment.de
rboettner@union-investment.de
reiner.kloecker@union-investment.de
rene.przyborowsky@union-investment.de
rginsberg@union-investment.de
rkerth@union-investment.de
robert.volk@union-investment.de
robin.stemann@union-investment.de
rouven.koelmel@union-investment.de
rruchay@union-investment.de
sebastian.rohm@union-investment.de
sebastien.buch@union-investment.de
sergey.dergachev@union-investment.de
sergio.macias@union-investment.de
shirschbrich@union-investment.de
silvia.kronawitter@union-investment.de
skramer@union-investment.de
ssauerschell@union-investment.de
stefan.brugger@union-investment.de
stefan.steinberger@union-investment.de
stefan.thomsen@union-investment.de
stefanie.strabel@union-investment.de
stephan.ertz@union-investment.de
sven.hoelzer@union-investment.de
sweiss@union-investment.de
tafflerbach@union-investment.de
tbossert@union-investment.de
thomas.joekel@union-investment.de

thorsten.neumann@union-investment.de
thschneider@union-investment.de
tmoeller@union-investment.de
torsten.zenner@union-investment.de
upallasch@union-investment.de
uschuh@union-investment.de
ute.rosen@union-investment.de
uwe.wiedl@union-investment.de
vanessa.beck@union-investment.de
vdiehl@union-investment.de
wassili.papas@union-investment.de
wkirsten@union-investment.de
wsiegler@union-investment.de
yvonne.lange@union-investment.de
fstrei@union-investments.de
andre.guenther@union-panagora.de
archontakis@union-panagora.de
christian.wilde@union-panagora.de
cord.brannolte@union-panagora.de
daniel.linzmeier@union-panagora.de
harald.henke@union-panagora.de
helmut.paulus@union-panagora.de
joerg.oswald@union-panagora.de
oliver.murschall@union-panagora.de
rocio.muniz@union-panagora.de
sascha.mergner@union-panagora.de
soenke.steinert@union-panagora.de
soeren.steinert@union-panagora.de
stefan.klein@union-panagora.de
thomas.kieselstein@union-panagora.de
thorsten.muff@union-panagora.de
tobias.stein@union-panagora.de
volker.floegel@union-panagora.de
markus.klug@uniqa.at
david.lerner@unisfair.com
david.burnley@unisys.com
kevin.coleman@unisys.com
femba@unitel.co.kr
jlee22@unitel.co.kr
seasee@unitel.co.kr
ultrayy@unitel.co.kr
sworth@unitymgmt.com
jphipps@university-lending.com
antonio.tomaselli@universoservizi.com
rushp@univest.net
tba@unknown.com
unknowm@unknown.com
unknown@unknown.com
unknowns@unknown.com
ctlasgs@uclhq.unocal.com
bbateman@unum.com
bmiller@unum.com
bvance@unum.com
mbarnett2@unum.com
tawhite@unum.com
wleinberger@unum.com
bbrant@unumprovident.com
bcollins@unumprovident.com
bgilbert@unumprovident.com
bmtaylor@unumprovident.com

bstutts@unumprovident.com
dfussell@unumprovident.com
dsmith@unumprovident.com
egriffith@unumprovident.com
fnewtonjr@unumprovident.com
jbwagnon@unumprovident.com
jfpowell@unumprovident.com
jparker@unumprovident.com
jsuber@unumprovident.com
kbell@unumprovident.com
kboston@unumprovident.com
kmorris@unumprovident.com
lbrown@unumprovident.com
lfinlay@unumprovident.com
lherdle@unumprovident.com
lhuse@unumprovident.com
mcraven@unumprovident.com
mshen@unumprovident.com
mtsanders@unumprovident.com
mupdegraff@unumprovident.com
mvenkatesan@unumprovident.com
psatterfield@unumprovident.com
rbarry@unumprovident.com
rcarroll@unumprovident.com
rhensley@unumprovident.com
rlockerman@unumprovident.com
rlonic@unumprovident.com
sbuchanan@unumprovident.com
smunson@unumprovident.com
snbrown@unumprovident.com
thoye@unumprovident.com
vwaddell@unumprovident.com
chutipon.aus@uobam.co.th
adrienne.gohsl@uobgroup.com
albert.gohyc@uobgroup.com
andrea.leongyh@uobgroup.com
andrea.leougyh@uobgroup.com
andy.eesy@uobgroup.com
belin.ngse@uobgroup.com
boh.huiling@uobgroup.com
chia.tsechern@uobgroup.com
chong.jiunyeh@uobgroup.com
choong.leeming@uobgroup.com
colin.ngck@uobgroup.com
daniel.limkb@uobgroup.com
david.ngwy@uobgroup.com
deng.jiewen@uobgroup.com
dennis.siewtk@uobgroup.com
dharmo.soejanto@uobgroup.com
edmund.onghk@uobgroup.com
elgin.tingst@uobgroup.com
evelyn.ongky@uobgroup.com
fong.waicheong@uobgroup.com
frederick.wongpy@uobgroup.com
freida.tayhk@uobgroup.com
genevieve.taytt@uobgroup.com
gerard.teoky@uobgroup.com
gilbert.ongtc@uobgroup.com
goh.sansan@uobgroup.com
goh.soomay@uobgroup.com

goh.yumin@uobgroup.com
grace.yeoph@uobgroup.com
gunawan.wijaya@uobgroup.com
ho.yewweng@uobgroup.com
huimin.ng@uobgroup.com
imran.khan@uobgroup.com
jacqueline.mok@uobgroup.com
james.liewcs@uobgroup.com
jason.rosendhal@uobgroup.com
joanne.lauch@uobgroup.com
john.doyle@uobgroup.com
jolene.seetohsa@uobgroup.com
joyce.tanml@uobgroup.com
judith.oliver@uobgroup.com
kerrine.kohps@uobgroup.com
koh.hweefong@uobgroup.com
koh.sweenguan@uobgroup.com
leona.tansh@uobgroup.com
leong.mae-e@uobgroup.com
lim.leengoh@uobgroup.com
lim.suetling@uobgroup.com
lim.su-wen@uobgroup.com
lim.yeechoon@uobgroup.com
low.hanseng@uobgroup.com
magdalene.chuahl@uobgroup.com
mark.tanky@uobgroup.com
matthew.limbk@uobgroup.com
melvin.leepc@uobgroup.com
michael.liuwf@uobgroup.com
nah.chiewming@uobgroup.com
nancy.sheng@uobgroup.com
nishish.doshi@uobgroup.com
norman.wukm@uobgroup.com
oeij.yuansiang@uobgroup.com
ooi.guattin@uobgroup.com
paul.cheonghl@uobgroup.com
paul.sugandi@uobgroup.com
rachel.onghy@uobgroup.com
rayner.woohl@uobgroup.com
rebecca.leesy@uobgroup.com
rodney.ungsg@uobgroup.com
shay.pangkh@uobgroup.com
simon.tanwk@uobgroup.com
simon.yangyq@uobgroup.com
stephanie.limpc@uobgroup.com
stephanie.loyxh@uobgroup.com
steven.kohwk@uobgroup.com
tam.kwokfun@uobgroup.com
tan.jweechye@uobgroup.com
tan.yanteck@uobgroup.com
tay.tongpoh@uobgroup.com
teo.hiangboon@uobgroup.com
teo.monkean@uobgroup.com
terence.tanbh@uobgroup.com
thean.hweimei@uobgroup.com
thio.boonkiat@uobgroup.com
tng.kweelian@uobgroup.com
toh.sweehuat@uobgroup.com
uamsic@uobgroup.com
victor.wongky@uobgroup.com

violet.sohbm@uobgroup.com
wang.hoimin@uobgroup.com
wee.tzeming@uobgroup.com
wong.annderk@uobgroup.com
wong.kwongyew@uobgroup.com
wong.soontong@uobgroup.com
yip.sheekeen@uobgroup.com
sufoo@uob-oskam.com.my
crwalters@up.com
jhamann@up.com
mpbendon@up.com
spmele@up.com
may53@upamc.com.tw
peiyitsai@upamc.com.tw
simonchao@upamc.com.tw
benjamin.rawlins@upbna.com
chuck.simmers@upbna.com
dennis.whittaker@upbna.com
joe.panessa@upbna.com
john.crawford@upbna.com
update@update.com
adolny@ups.com
bdykes@ups.com
bhaislip@ups.com
bziolo@ups.com
daxelson@ups.com
eur1adl@europe.ups.com
eur1jxd@europe.ups.com
eur1sjf@europe.ups.com
gbarth@ups.com
gskelley@ups.com
jmcmahan@ups.com
jpowers@ups.com
kkuehn@ups.com
lhillman@ups.com
lisaknudsen@ups.com
mark.vale@ups.com
mculloty@ups.com
mjones9@ups.com
mroper@ups.com
parv.gill@europe.ups.com
peter.dunstan@europe.ups.com
rbotoff@ups.com
rchang@ups.com
rgasway@ups.com
sfowler@ups.com
stuartjones@ups.com
daniel_chang@ms77.url.com.tw
aadvis@us.mufg.jp
aarlotta@us.tr.mufg.jp
adessie@us.mufg.jp
adizon@us.mufg.jp
adon@us.mufg.jp
agiller@us.mufg.jp
amori@us.mufg.jp
bchin@us.tr.mufg.jp
bdunn@us.mufg.jp
bsnyder@us.mufg.jp
cbonaparte@us.mufg.jp
ccamisa@us.mufg.jp

cchegren@us.mufg.jp

cdelauro@us.mufg.jp

cdroussiotis@us.mufg.jp

cfrancavilla@us.mufg.jp

chchen@us.mufg.jp

christopher.h.stanley@us.hsbc.om

crodriguez@us.mufg.jp

cstewart@us.mufg.jp

ctsang@us.mufg.jp

cwoolford@us.mufg.jp

dejima@us.mufg.jp

eoka@us.tr.mufg.jp

epollish@us.mufg.jp

ewhite@us.tr.mufg.jp

fiwasa@us.mufg.jp

gengland@us.mufg.jp

gmule@us.mufg.jp

gstewart@us.mufg.jp

hasamura@us.mufg.jp

hkambara@us.mufg.jp

hzimmermann@us.mufg.jp

jbrown@us.mufg.jp

jcarlos@us.mufg.jp

jfeeney@us.mufg.jp

jjeffers@us.mufg.jp

jjoyner@us.tr.mufg.jp

jleffler@us.mufg.jp

jmak@us.mufg.jp

jmillar@us.mufg.jp

jtazawa@us.mufg.jp

julee@us.mufg.jp

jyeager@us.mufg.jp

kbrinkman@us.mufg.jp

kcheng@us.mufg.jp

kgouda@us.mufg.jp

kkubo@us.mufg.jp

kmcgroary@us.mufg.jp

komori@us.mufg.jp

ktada@us.mufg.jp

lelkins@us.mufg.jp

lfoale@us.mufg.jp

lkim@us.mufg.jp

ltam@us.mufg.jp

mcoseo@us.mufg.jp

mcourtney@us.mufg.jp

mfalkner@us.mufg.jp

mferradas@us.mufg.jp

mgarfinkel@us.mufg.jp

mishii@us.mufg.jp

mmack@us.mufg.jp

mmarron@us.mufg.jp

mmcallister@us.tr.mufg.jp

mnoguchi@us.mufg.jp

mpalmeri@us.mufg.jp

mrini@us.mufg.jp

msaito@us.mufg.jp

msolis@us.mufg.jp

msullivan@us.mufg.jp

mtakagi@us.mufg.jp

myabe@us.tr.mufg.jp

mzion@us.mufg.jp

nbattista@us.mufg.jp

nharima@us.mufg.jp

nokusawa@us.tr.mufg.jp

nsaffra@us.mufg.jp

pdonnelly@us.mufg.jp

pmullen@us.mufg.jp

pshah@us.mufg.jp

rbohner@us.mufg.jp

rdeonarain@us.mufg.jp

rfretz@us.mufg.jp

rfunes@us.mufg.jp

rkay@us.mufg.jp

rtoyoshima@us.mufg.jp

scarvo@us.mufg.jp

sharrison@us.mufg.jp

soconnell@us.mufg.jp

sross@us.tr.mufg.jp

sschaffer@us.mufg.jp

ssmall@us.mufg.jp

tdearth@us.mufg.jp

thussain@us.mufg.jp

tiino@us.mufg.jp

tochiai@us.tr.mufg.jp

tso@us.mufg.jp

ttsuyuzaki@us.mufg.jp

tyakuwa@us.tr.mufg.jp

vadams@us.mufg.jp

wosada@us.mufg.jp

yakakura@us.mufg.jp

yfang@us.mufg.jp

yfuruya@us.mufg.jp

yyamamoto@us.mufg.jp

alanhrice@usa.net

andreas.wuerfel@usa.telekom.de

deancummings@usa.net

nils.paellmann@usa.telekom.de

richard_li@usa.net

semimartingale@usa.net

spongyt@usa.redcross.org

streeterd@usa.redcross.org

t.higuchi@usa.net

andrew.jenkins@usaa.com

anthony.era@usaa.com

arnold.espe@usaa.com

bernie.williams@usaa.com

bob.iverson@usaa.com

bob.sitko@usaa.com

brianw.smith@usaa.com

cliff.gladson@usaa.com

cody.perkins@usaa.com

dale.hoffmann@usaa.com

dan.denbow@usaa.com

daniel.leimbach@usaa.com

darrell.deming@usaa.com

david.terris@usaa.com

diana.kellerman@usaa.com

diane.tobin@usaa.com

didi.weinblatt@usaa.com

don.schulze@usaa.com

donna.baggerly@usaa.com

douglas.rollwitz@usaa.com

douglas.ward@usaa.com

edwin.mcquiston@usaa.com

eileen.dodds@usaa.com

erin.mccoig@usaa.com

hal.candland@usaa.com

jason.bryan@usaa.com

john.camacho@usaa.com

john.spear@usaa.com

judi.kosub@usaa.com

julianne.bass@usaa.com

kelli.leffingwell@usaa.com

kevin.kaase@usaa.com

kevin.moore@usaa.com

kevin1.kelly@usaa.com

kirk.lobb@usaa.com

lisa.alexander@usaa.com

marianne.gerber@usaa.com

mark.oetinger@usaa.com

matthew.freund@usaa.com

maya.chapa@usaa.com

michael.bunting@usaa.com

neal.graves@usaa.com

oleg.maximov@usaa.com

patti.bradshaw@usaa.com

paul.salniker@usaa.com

paul.sandhu@usaa.com

peter.boardman@usaa.com

regina.shafer@usaa.com

richard.kimball@usaa.com

robert.landry@usaa.com

robert.pariseau@usaa.com

robert.urban@usaa.com

roger.price@usaa.com

ronald.sweet@usaa.com

ryan.beach@usaa.com

sarah.wilson@usaa.com

scott.glover@usaa.com

susan.lay@usaa.com

tim.reynolds@usaa.com

trae.willoughby@usaa.com

wasif.latif@usaa.com

yolanda.zamora@usaa.com

jcp@usabancshares.com

machonddjm@usabancshares.com

john.graves@usagbank.com

aaron.mcbroom@usbank.com

allen.steinkopf@usbank.com

andrea.murdock@usbank.com

andrew.adams@usbank.com

andrew.mcdonald@usbank.com

andrew.obrien@usbank.com

andrew.p.haas@usbank.com

ann.vazquez@usbank.com

anthony.burger@usbank.com

ash.stoesz@usbank.com

asitha.sandanayake@usbank.com

barrett.cooke@usbank.com

becky.villeneuve@usbank.com

| | | |
|---|---|---|
| benjamin.stone@usbank.com | john.wenker@usbank.com | scott.cullen@usbank.com |
| beth.carrington@usbank.com | jon.loth@usbank.com | sean.mcleod@usbank.com |
| bri.douglas@usbank.com | jose.rodriguez1@usbank.com | shaista.tajamal@usbank.com |
| bruce.knutson@usbank.com | joseph.belew@usbank.com | stephanie.kay@usbank.com |
| bruce.salvog@usbank.com | joseph.holinka@usbank.com | stephen.meyer@usbank.com |
| catherine.fischer@usbank.com | joseph.tessmer1@usbank.com | tammy.bauer@usbank.com |
| chris.neuharth@usbank.com | joseph.ulrey@usbank.com | tas.keval@usbank.com |
| christina.loutsch@usbank.com | joshua.overholt@usbank.com | thomas.kuhlmann@usbank.com |
| christopher.doering@usbank.com | juanita_morales@usbank.com | tim.russell@usbank.com |
| christopher.drahn@usbank.com | judith.murphy@usbank.com | timothy.crandall@usbank.com |
| christopher.engel@usbank.com | judy.varnado@usbank.com | todd.schwartz@usbank.com |
| christopher.thornton@usbank.com | karen.bowie@usbank.com | tom.palzewicz@usbank.com |
| cori.krebs@usbank.com | kari.nestaval@usbank.com | troy.huff@usbank.com |
| corina.bunu@usbank.com | karin.andreen@usbank.com | vaida.tautvaisaite@usbank.com |
| dana.johanson@usbank.com | katherine.k.miller@usbank.com | victoria.dehn@usbank.com |
| daniel.spiller@usbank.com | kathleen.heltemes@usbank.com | vivian.whiteley@usbank.com |
| daniel.stanley@usbank.com | keith.hembre@usbank.com | walter.dewey@usbank.com |
| danko.turic@usbank.com | kelly.carlson1@usbank.com | william.schmidt@usbank.com |
| darin.k.montgomery@usbank.com | ken.kauffman@usbank.com | yan.luo@usbank.com |
| daryl.bible@usbank.com | kenneth.nelson@usbank.com | yan.tang@usbank.com |
| david.cline@usbank.com | kevin.storm@usbank.com | yun.lan@usbank.com |
| david.jeppson@usbank.com | lawrence.backes@usbank.com | hamao@usc.edu |
| david.moffett@usbank.com | lois.psuik@usbank.com | ndeguzma@usc.edu |
| davidf.johnson@usbank.com | lori.snow@usbank.com | bshelton@uscentral.org |
| dawn.brandhagen@usbank.com | magda.kmiecik@usbank.com | bshulman@uscentral.org |
| deanne.phillips@usbank.com | marcia.ryder@usbank.com | bthomas@uscentral.org |
| derek.bloom@usbank.com | marijo.goldstein@usbank.com | cloveless@uscentral.org |
| don.keller@usbank.com | mark.gierach@usbank.com | ddickens@uscentral.org |
| doug.ebner@usbank.com | mark.green@usbank.com | dedington@uscentral.org |
| doug.harris@usbank.com | mark.jordahl@usbank.com | dfilby@uscentral.org |
| douglas.hedberg@usbank.com | mark.traster@usbank.com | dkempen@uscentral.org |
| douglas.wagner@usbank.com | matthew.corbett@usbank.com | dlee@uscentral.org |
| dustin.mayer@usbank.com | michael.burke@usbank.com | gmoore@uscentral.org |
| edward.kachinski@usbank.com | michael.hamilton@usbank.com | jcox@uscentral.org |
| elisabeth.creighton@usbank.com | michael.shattuck@usbank.com | kbrick@uscentral.org |
| ellen.suchar@usbank.com | michael.stelzer@usbank.com | khatfield@uscentral.org |
| emil.busse@usbank.com | michael.welle@usbank.com | lpartridge@uscentral.org |
| emmanouil.pytikakis@usbank.com | michael.wilkerson@usbank.com | phidaka@uscentral.org |
| gregory.evansky@usbank.com | mike.j.smith@usbank.com | rglenny@uscentral.org |
| gregory.hanson@usbank.com | monica.murray@usbank.com | scarrithers@uscentral.org |
| gregory.park@usbank.com | nancy.olsen@usbank.com | sjones@uscentral.org |
| heidi.stevens@usbank.com | nancy.wiser@usbank.com | kmcging@usg.com |
| helenitsa.mentavlos@usbank.com | natasha.olivia@usbank.com | jean-louis.marchand@usinor.com |
| james.palmer@usbank.com | nicholas.h.luzecky@usbank.com | thierry.royer@usinor.com |
| james.sias@usbank.com | nicholas.negrini@usbank.com | edmund.harvey@usnh.edu |
| jan.meyer@usbank.com | omaira_krueger@usbank.com | aewheaton@uss.com |
| jason.danen@usbank.com | pamela.coleman@usbank.com | afereday@uss.co.uk |
| jason.obrien@usbank.com | patricia.dawson2@usbank.com | amccarthy@uss.co.uk |
| jay.rosenberg@usbank.com | patricia.schrandt@usbank.com | asmith@uss.co.uk |
| jeanne.redelius@usbank.com | patrick.mcsweeney@usbank.com | bcarol@uss.com |
| jeffery.keys@usbank.com | paul.scofield@usbank.com | blevenstein@uss.co.uk |
| jeffrey.ebert@usbank.com | peter.kline@usbank.com | cpratt@uss.co.uk |
| jeffrey.plotnik@usbank.com | phil.melville@usbank.com | dfrank@uss.com |
| jill.ling@usbank.com | robert.barrett@usbank.com | efernando@uss.co.uk |
| jim.arnold@usbank.com | robert.eyre@usbank.com | efguna@uss.com |
| joan.calott@usbank.com | robert.kocur@usbank.com | esandstedt@uss.co.uk |
| joe.kuschke@usbank.com | robin.rettschlag@usbank.com | gaglynn@uss.com |
| joe.neuberger@usbank.com | ruth.mattson@usbank.com | gdwedell@uss.com |
| john.dikeman@usbank.com | ryan.bernardi@usbank.com | grhaggarty@uss.com |
| john.stern@usbank.com | sandra.zerbo@usbank.com | hreid@uss.co.uk |

hvmamelak@uss.com
jdann@uss.co.uk
jfletche@uss.co.uk
jhayward@uss.co.uk
jralward@uss.com
jturner@uss.co.uk
kmstults@uss.com
lgclark@uss.com
mclark@uss.co.uk
mjhosler@uss.com
nbasten@uss.co.uk
nkissack@uss.co.uk
nlandell-mills@uss.co.uk
pagylfe@uss.com
rafink@uss.com
rafisher@uss.com
rrathour@uss.co.uk
rrees@uss.co.uk
rsedwards@uss.com
rwsnyder@uss.com
tghadially@uss.co.uk
tjmcglinn@uss.com
wdonovan@uss.com
wlow@uss.co.uk
dan.kramer@ussocgen.com
abaldassare@ustrust.com
adam_moss@ustrust.com
adela_sanchez@ustrust.com
alan_burnette@ustrust.com
albert_choi@ustrust.com
alejandro.a.gomez@ustrust.com
alex_kopelevich@ustrust.com
alexander.stock@ustrust.com
allison_kellog@ustrust.com
allison_kvikstad@ustrust.com
amber_knighten@ustrust.com
amelia.hopkins@ustrust.com
amy_kong@ustrust.com
amy_sahler@ustrust.com
andrew.gautier@ustrust.com
andrew_kosche@ustrust.com
anita_johal@ustrust.com
anne_spaulding@ustrust.com
anthony_monforton@ustrust.com
anthony_scherrer@ustrust.com
apowers@ustrust.com
aratcliffe@ustrust.com
arthur_greenspon@ustrust.com
ashish_shrivastava@ustrust.com
bdirubbio@ustrust.com
ben_tanen@ustrust.com
benjamin_garfield@ustrust.com
benjamin_lathrop@ustrust.com
bhurt@ustrust.com
bill_shealy@ustrust.com
bill_vaughn@ustrust.com
brett_berry@ustrust.com
brian_fitzgerald@ustrust.com
brian_fry@ustrust.com
brian_kobuszewski@ustrust.com

bruce_elwell@ustrust.com
bruno_fellin@ustrust.com
btavel@ustrust.com
btien@ustrust.com
bwalker@ustrust.com
caleb_david@ustrust.com
cansbro@ustrust.com
carl_henke@ustrust.com
carmen_s_diaz@ustrust.com
cathy_yau@ustrust.com
cbhalla@ustrust.com
ccarilli@ustrust.com
charles_cullen@ustrust.com
charles_grosvenor@ustrust.com
charles_wert@ustrust.com
cheryl_curtin@ustrust.com
cheryl_maclachlan@ustrust.com
chris_fittin@ustrust.com
christine_macnally@ustrust.com
christine_wallace@ustrust.com
christopher_hyzy@ustrust.com
christopher_kavanagh@ustrust.com
christopher_scheper@ustrust.com
cryan@ustrust.com
curt_fintel@ustrust.com
daniel_cunningham@ustrust.com
daniel_gould@ustrust.com
daniel_payne@ustrust.com
daniel_williams@ustrust.com
dave_drew@ustrust.com
dave_ross@ustrust.com
david_fryer@ustrust.com
david_glennon@ustrust.com
david_schwartzman@ustrust.com
david_strenz@ustrust.com
deb_vargo@ustrust.com
deborah_bailey@ustrust.com
deborah_koplick@ustrust.com
deborah_newcomb@ustrust.com
debra_barnard@ustrust.com
debra_ivey@ustrust.com
delefson@ustrust.com
dennis_ott@ustrust.com
diane_jurcik@ustrust.com
dina_mastrangelo@ustrust.com
dlinehan@ustrust.com
donald_spelman@ustrust.com
dpyle@ustrust.com
drichie@ustrust.com
durraj_tase@ustrust.com
ecassidy@ustrust.com
edward_glesmannjr@ustrust.com
edward_reilly@ustrust.com
elisabeth_schwan@ustrust.com
elizabeth_cady@ustrust.com
elizabeth_collins@ustrust.com
emily_shei-sadiq@ustrust.com
eric_blake@ustrust.com
eric_duskin@ustrust.com
eric_grasinger@ustrust.com

eric_hayes@ustrust.com
evan_gordon@ustrust.com
fatima_dickey@ustrust.com
fay_gambee@ustrust.com
fran_burchman@ustrust.com
frances_barrett@ustrust.com
frances_fernandez@ustrust.com
frances_sevilla@ustrust.com
frank_rosetti@ustrust.com
frank_salem@ustrust.com
gail_clay@ustrust.com
gcrosby@ustrust.com
gcuneo@ustrust.com
george_churchilljr@ustrust.com
george_lang@ustrust.com
george_whiteley@ustrust.com
georgianne_latosh@ustrust.com
gerald_calder@ustrust.com
glenn_switzer@ustrust.com
gpagan@ustrust.com
guillaume_detournemire@ustrust.com
hank_greenleaf@ustrust.com
heather_cheney@ustrust.com
helen_roesch@ustrust.com
helen_wong@ustrust.com
herb_achey@ustrust.com
hgreenleaf@ustrust.com
ipeters@ustrust.com
iprior@ustrust.com
james_g_dempsey@ustrust.com
james_landers@ustrust.com
janelle_joaquim@ustrust.com
jannet_aminov@ustrust.com
japruzzese@ustrust.com
jay_baumgardner@ustrust.com
jaybrian_springer@ustrust.com
jbutler@ustrust.com
jcorcoran@ustrust.com
jeanette_duras@ustrust.com
jeanpaul_desrochers@ustrust.com
jeffrey_buyak@ustrust.com
jennifer_bryne@ustrust.com
jennifer_charlebois@ustrust.com
jeremy_stjean@ustrust.com
jessica_mcmullin@ustrust.com
jhayes@ustrust.com
jholihan@ustrust.com
jknox@ustrust.com
jlafferty@ustrust.com
jmoore@ustrust.com
jnicholas_smith@ustrust.com
joan_ellis@ustrust.com
joan_lanius-nichol@ustrust.com
john_carey@ustrust.com
john_clymer@ustrust.com
john_corcoran@ustrust.com
john_doppman@ustrust.com
john_harris@ustrust.com
john_lafferty@ustrust.com
john_lent@ustrust.com

| | | |
|---|---|---|
| john_mcdermott@ustrust.com | mboland@ustrust.com | robert_mcgee@ustrust.com |
| john_minogue@ustrust.com | mbrisbane@ustrust.com | robert_meyer@ustrust.com |
| john_rendinaro@ustrust.com | meaghan_moran@ustrust.com | robert_pitti@ustrust.com |
| john_rich@ustrust.com | medwards@ustrust.com | robert_rudnick@ustrust.com |
| john_wright@ustrust.com | melanie_hayes@ustrust.com | roger_li@ustrust.com |
| john_zhang@ustrust.com | mercedeh_shahbodaghi@ustrust.com | rosalyn_schick@ustrust.com |
| jonathan_bergner@ustrust.com | mgnadinger@ustrust.com | rosemarie_reardon@ustrust.com |
| jonathan_stanley@ustrust.com | michael_cannella@ustrust.com | rsagar@ustrust.com |
| jose_fernandez@ustrust.com | michael_innocenti@ustrust.com | rshemesh@ustrust.com |
| joseph_gallagher@ustrust.com | michael_kirkbride@ustrust.com | sagnewhuke@ustrust.com |
| joseph_gardino@ustrust.com | michael_kramer@ustrust.com | sanderson@ustrust.com |
| jpaladino@ustrust.com | michael_oliver@ustrust.com | sandy_boes@ustrust.com |
| jpugh@ustrust.com | michael_zazzarino@ustrust.com | sara_leslie@ustrust.com |
| jshort@ustrust.com | michel_stack@ustrust.com | scott_benesch@ustrust.com |
| jsmith@ustrust.com | michelle_thomas@ustrust.com | scott_gasparini@ustrust.com |
| judith_cranna@ustrust.com | michelle_watson@ustrust.com | scott_merritt@ustrust.com |
| judith_tomo@ustrust.com | mike_pucci@ustrust.com | scraige@ustrust.com |
| julie_jackson@ustrust.com | mike_rogers@ustrust.com | sergio_dearujo@ustrust.com |
| junius_davenport@ustrust.com | mike_shea@ustrust.com | sgillia@ustrust.com |
| karla_encarnacion@ustrust.com | mildred_killian@ustrust.com | sharvey@ustrust.com |
| katherine.maciag@ustrust.com | mindy_hodges@ustrust.com | skosier@ustrust.com |
| kchang@ustrust.com | mitchell_feingold@ustrust.com | spanetta@ustrust.com |
| keith_jaret@ustrust.com | morris_noble@ustrust.com | stephen_evans@ustrust.com |
| keith_sullivan@ustrust.com | mscott@ustrust.com | stephen_kistner@ustrust.com |
| kenneth_thomas@ustrust.com | mtaggart@ustrust.com | steven_hobbs@ustrust.com |
| kim_sommers@ustrust.com | muriel_nichols@ustrust.com | susan_walton@ustrust.com |
| kkellison@ustrust.com | mwarner@ustrust.com | suzanne_wilcox@ustrust.com |
| kmcalley@ustrust.com | nadine_armstrong@ustrust.com | tanya_birmingham@ustrust.com |
| kris_krauel@ustrust.com | nstubel@ustrust.com | tavallone@ustrust.com |
| kristina_alley@ustrust.com | pai@ustrust.com | tcook@ustrust.com |
| lauren_guaimano@ustrust.com | pamela_diamantis@ustrust.com | tevnin@ustrust.com |
| lee_gardella@ustrust.com | pamela_hunter@ustrust.com | tgalvin@ustrust.com |
| leo_grohowski@ustrust.com | pamela_sweet@ustrust.com | theresa_pereira@ustrust.com |
| linda_dubrow@ustrust.com | patrick_yip@ustrust.com | thomas_appleton@ustrust.com |
| linda_ludwig@ustrust.com | paul_albonetti@ustrust.com | thomas_arrington@ustrust.com |
| lisa_lyons@ustrust.com | paul_kronlokken@ustrust.com | thomas_ashton@ustrust.com |
| lisa_mcgowan@ustrust.com | paul_napoli@ustrust.com | thomas_brennecke@ustrust.com |
| lisa_premo@ustrust.com | paul_oldfield@ustrust.com | thomas_connolly@ustrust.com |
| lissa_rurik@ustrust.com | paul_unchalipongse@ustrust.com | thomas_rogowski@ustrust.com |
| lnadel@ustrust.com | paula_blacher@ustrust.com | tim_leach@ustrust.com |
| lorinda_laub@ustrust.com | paula_laliberte@ustrust.com | timothy_evnin@ustrust.com |
| louis_abel@ustrust.com | pauline_sheedy@ustrust.com | tiricia_mills@ustrust.com |
| lromero@ustrust.com | peter_yuen@ustrust.com | tj_brannon@ustrust.com |
| lweiss@ustrust.com | phil.mierzwa@ustrust.com | tleach@ustrust.com |
| lynne_dombroski@ustrust.com | philip_roberts@ustrust.com | tmarvel@ustrust.com |
| lynne_gorski@ustrust.com | pking@ustrust.com | todd_fellerman@ustrust.com |
| marc_doss@ustrust.com | pkscaturro@ustrust.com | tparliman@ustrust.com |
| margaret_hou@ustrust.com | pschaffer@ustrust.com | tporcelli@ustrust.com |
| margaret_mccarthy@ustrust.com | ptracey@ustrust.com | tsmith@ustrust.com |
| marilyn_wales@ustrust.com | raghav_nandagopal@ustrust.com | tsynnott@ustrust.com |
| marilynaponte-cotto@ustrust.com | randy_peterson@ustrust.com | valerie_connolly@ustrust.com |
| mark_livesay@ustrust.com | rbayles@ustrust.com | vhammond@ustrust.com |
| mark_ryan@ustrust.com | rchesterton@ustrust.com | walter_seibert@ustrust.com |
| mark_wieland@ustrust.com | rebecca_hillis@ustrust.com | wbrigham@ustrust.com |
| mark_wolkstein@ustrust.com | reiner_triltsch@ustrust.com | william.ferdinand@ustrust.com |
| martin_chanzit@ustrust.com | rhansen@ustrust.com | william_dodds@ustrust.com |
| mary_davey@ustrust.com | rich_carter@ustrust.com | william_glasgow@ustrust.com |
| matthew_roddy@ustrust.com | richard_limekiller@ustrust.com | william_graham@ustrust.com |
| matthew_welsh@ustrust.com | rmcgreevey@ustrust.com | wseibert@ustrust.com |
| maureen_ganley@ustrust.com | robert_aufenanger@ustrust.com | yani_lee@ustrust.com |

| | | |
|---|---|---|
| ychan@ustrust.com | aconway@valcourt.ch | brian_w_quigley@vanguard.com |
| zeba_ahmad@ustrust.com | mconway@valcourt.ch | bryan_r_baebler@vanguard.com |
| vhjohn@uswest.com | pwaro@valcourt.ch | carol_s_rosiak@vanguard.com |
| cbrandt@utah.gov | benoit.deryng@valeo.com | catherine_gordon@vanguard.com |
| aaron.bromage@pw.utc.com | john.thomason@valeo.com | celine.whiting@vanguard.com.au |
| akhil.johri@utc.com | remy.dumoulin@valeo.com | chad_sumpter@vanguard.com |
| alvin.wang@pw.utc.com | vincent.marcel@valeo.com | chantille_a_jackson@vanguard.com |
| barbara.nguyen@pw.utc.com | ashley.smith@valero.com | chao_han@vanguard.com |
| charles.vanvleet@utc.com | brian.glenn@valero.com | charles_m_shuey@vanguard.com |
| christopher.paolino@utc.com | eric.fisher@valero.com | charles_w._smith@vanguard.com |
| claire.carney@utc.com | gene.edwards@valero.com | chase_j_stewart@vanguard.com |
| david.porter@utc.com | greg.kin@valero.com | cheryl_roberts@vanguard.com |
| douglas.scheffel@pw.utc.com | jim.malott@valero.com | christian_loxham@vanguard.com |
| james.moody@utc.com | joseph.gorder@valero.com | christina_drissel@vanguard.com |
| johanne.sognnaes@pw.utc.com | kerry.o'brien@valero.com | christine_symington@vanguard.com |
| ken.parks@utc.com | matthew.jackson@valero.com | christopher_a_kender@vanguard.com |
| maria.lee@utc.com | mike.ciskowski@valero.com | christopher_alwine@vanguard.com |
| rick.baril@utc.com | william.klesser@valero.com | christopher_g_lemmo@vanguard.com |
| robert.king@pw.utc.com | bill_trimbur@valic.com | christopher_philips@vanguard.com |
| robin.diamonte@utc.com | heikki.halkilahti@valio.fi | christopher_reece@vanguard.com |
| roganti@corphq.utc.com | john.robinson@vallourec.fr | coleen_mcelwee@vanguard.com |
| ryan.hutson@pw.utc.com | balston@valueline.com | corey_r_holeman@vanguard.com |
| witzkyc@corphq.utc.com | bbrooks@valueline.com | corinne_morrone@vanguard.com |
| yunjc@pw.utc.com | bmitstifer@valueline.com | craig_jubinski@vanguard.com |
| tom.mceachin@utcpower.com | cheebner@valueline.com | dan_kostaroff@vanguard.com |
| boris@ucm.utendahl.com | jgeffen@valueline.com | daniel_sullivan@vanguard.com |
| cpapadoullos@utendahl.com | jkaplan@valueline.com | daniel_w_wallick@vanguard.com |
| dburns@utendahl.com | kbramlage@valueline.com | daniel_wallick@vanguard.com |
| dmaurice@utendahl.com | nbendig@valueline.com | darlene_marshall@vanguard.com |
| jcorkran@ucm.utendahl.com | pdebbas@valueline.com | david_forcey@vanguard.com |
| jferguson@ucm.utendahl.com | rplummer@valueline.com | david_glocke@vanguard.com |
| jkamil@ucm.utendahl.com | rromaine@valueline.com | david_holliday@vanguard.com |
| jmenozzi@utendahl.com | rstock@valueline.com | david_lee@vanguard.com |
| jutendahl@utendahl.com | sgrant@valueline.com | david_vanommeren@vanguard.com |
| kfrancis@utendahl.com | sviebrock@valueline.com | david_w_mcnamara@vanguard.com |
| kwoods@utendahl.com | syeary@valueline.com | david_zhu@vanguard.com |
| mrhodes@utendahl.com | mark.post@vanderhoop.nl | dawn_murtaugh@vanguard.com |
| prinfret@utendahl.com | kenneth_frantzen@vangaurd.com | deborah_voit@vanguard.com |
| pzuckerwise@ucm.utendahl.com | aaron_j_wilson@vanguard.com | delbert_stafford@vanguard.com |
| smallick@utendahl.com | abe_georges@vanguard.com | denise.delaney@vanguard.com.au |
| sortiz@utendahl.com | adam_g_eccles@vanguard.com | derek_carr@vanguard.com |
| tmandel@utendahl.com | adam_michael_ferguson@vanguard.com | diane_smith@vanguard.com |
| vmarks@ucm.utendahl.com | ahilya_george@vanguard.com | diboo_a_daniel@vanguard.com |
| jhardt@utilicorp.com | aileen_duffy@vanguard.com | dmitry_gaysinskiy@vanguard.com |
| ciberg@utimco.org | alan_randall@vanguard.com | donald_m_butler@vanguard.com |
| hdoak@utimco.org | allison_s_boxer@vanguard.com | donald_r_hanrahan@vanguard.com |
| jmandeville@utimco.org | andrea_m_tomb@vanguard.com | donna_sanna@vanguard.com |
| mnewcomb@utimco.org | andrew_maack@vanguard.com | douglass_m_dies@vanguard.com |
| rkampfe@utimco.org | anne_b_wachter@vanguard.com | duane_kelly@vanguard.com |
| rmollen@utimco.org | anthony_r_durant@vanguard.com | earl_robinson@vanguard.com |
| rruebsahm@utimco.org | balaji_macherla@vanguard.com | edward_mcgettigan@vanguard.com |
| dburck@utsystem.edu | barbara_nesspor@vanguard.com | edward_rosenberg@vanguard.com |
| thull@utsystem.edu | barbara_samett@vanguard.com | elena_singleton@vanguard.com |
| togorman@vaamllc.com | barry_wzorek@vanguard.com | elizabeth_berry@vanguard.com |
| cguerra@valance.us | bill_bonawitz@vanguard.com | elizabeth_noble@vanguard.com |
| dpatton@valance.us | bob_behal@vanguard.com | ellen_d_harvey@vanguard.com |
| gwebber@valance.us | brandon_l_bowers@vanguard.com | ellen_d_miller@vanguard.com |
| mpede@valance.us | brent_j_causey@vanguard.com | emily.chow@vanguard.com.au |
| mprochazka@valance.us | brian_conlan@vanguard.com | emily_wong@vanguard.com |
| soreilly@valance.us | brian_k_hilliard@vanguard.com | eric_arinsburg@vanguard.com |

eric_handsman@vanguard.com
eric_vannoy@vanguard.com
erick_g_miller@vanguard.com
erin_c_kelly@vanguard.com
ethan_t_swartz@vanguard.com
fei_xu@vanguard.com
felix.sommerhalder@vanguard.com.au
felix_lim@vanguard.com
frank_cesario@vanguard.com
garth_fealey@vanguard.com
geoffrey_kenneck@vanguard.com
geoffrey_s_kenneck@vanguard.com
george_sauter@vanguard.com
gerald_hwang@vanguard.com
giancarlo_ciccarone@vanguard.com
glenn_e_sheay@vanguard.com
gregory_davis@vanguard.com
gregory_s_nassour@vanguard.com
hamed_kone@vanguard.com
hugh_p_watters@vanguard.com
j_bruce_martin@vanguard.com
james_d_troyer@vanguard.com
james_faulker@vanguard.com
james_mchugh@vanguard.com
jason_hannon@vanguard.com
jean_lu@vanguard.com
jeffrey_forney@vanguard.com
jeffrey_johnson@vanguard.com
jeffrey_yellin@vanguard.com
jennifer_kwon@vanguard.com
jeremy_mathias@vanguard.com
jessica_fedderly@vanguard.com
jessica_m_mendez@vanguard.com
jim_heisler@vanguard.com
joel_b_steinberg@vanguard.com
joel_m_dickson@vanguard.com
john_c_malley@vanguard.com
john_galante@vanguard.com
john_grimes@vanguard.com
john_hollyer@vanguard.com
john_lanius@vanguard.com
john_m_carbone@vanguard.com
john_t_mcdevitt@vanguard.com
john_wertz@vanguard.com
jonah_andrew_white@vanguard.com
jonathan.burne@vanguard.com.au
jonathan_jacoby@vanguard.com
jonathan_lemco@vanguard.com
jonathan_wilkenfeld@vanguard.com
jong_c_bahk@vanguard.com
joseph_brennan@vanguard.com
joseph_davis@vanguard.com
joseph_ferrari@vanguard.com
joseph_v_keltz@vanguard.com
josh_c_barrickman@vanguard.com
juan_trujillo@vanguard.com
julia_smith@vanguard.com
julie_yoo@vanguard.com
justin_a_judd@vanguard.com
justin_mandeville@vanguard.com

justin_schwartz@vanguard.com
kara_tuinstra@vanguard.com
karen_grozinski@vanguard.com
kari_a_pietrafitta@vanguard.com
kathleen_d_hyland@vanguard.com
kathryn_allen@vanguard.com
kathy_mchenry@vanguard.com
kelly_a_peterson@vanguard.com
kelsey_carrington@vanguard.com
kenneth_volpert@vanguard.com
ker_moua@vanguard.com
kevin_barger@vanguard.com
kevin_carsley@vanguard.com
kevin_j_concannon@vanguard.com
kevin_laughlin@vanguard.com
kimberly_a_d'angelo@vanguard.com
kimberly_stockton@vanguard.com
kurt_j_ayling@vanguard.com
kyla_rivera@vanguard.com
larry_ring@vanguard.com
laura_w_hunt@vanguard.com
leo_corrigan@vanguard.com
les.bright@vanguard.com.au
leslie_a_mccabe@vanguard.com
li_zhu@vanguard.com
lynne_brady@vanguard.com
mabel_c_yu@vanguard.com
malcolm_smith@vanguard.com
maritsa_blavakis@vanguard.com
mark_dorfler@vanguard.com
mark_katarsky@vanguard.com
mark_lahoda@vanguard.com
mark_louka@vanguard.com
marlin_brown@vanguard.com
marques_glaze@vanguard.com
mathew.mccrum@vanguard.com.au
matthew_price@vanguard.com
maura_k_mcfadden@vanguard.com
maya_burkova@vanguard.com
melissa_l_o'meara@vanguard.com
melissa_leedom@vanguard.com
michael.carmel@vanguard.com.au
michael_albano@vanguard.com
michael_bartsch@vanguard.com
michael_drayo@vanguard.com
michael_h_buek@vanguard.com
michael_luong@vanguard.com
michael_mcginn@vanguard.com
michael_montanez@vanguard.com
michael_perre@vanguard.com
michael_praplaski@vanguard.com
michael_salevsky@vanguard.com
michael_wintrode@vanguard.com
mindy_iannacone@vanguard.com
mirza_cavalic@vanguard.com
nafis_t_smith@vanguard.com
natasha_roselli@vanguard.com
nathan_newport@vanguard.com
nathan_t_persons@vanguard.com
nelson_w_wicas@vanguard.com

nicholas_pronko@vanguard.com
nicole_m_martin@vanguard.com
omar_f_selim@vanguard.com
omar_k_sanders@vanguard.com
pamela_wisehaupt_tynan@vanguard.com
patricia_a_lunova@vanguard.com
patrick_gremban@vanguard.com
patrick_milligan@vanguard.com
paul_jakubowski@vanguard.com
paul_lohrey@vanguard.com
paul_m_malloy@vanguard.com
peter.embury@vanguard.com.au
peter_m_steinmetz@vanguard.com
peter_mahoney@vanguard.com
phileasa_p_patrick@vanguard.c
phillip_sapovits@vanguard.com
pramela_krishna@vanguard.com
qeg_research@vanguard.com
quinn_d_nguyen@vanguard.com
quynh.vu@vanguard.com.au
rachael.foo@vanguard.com.au
rachel_smith@vanguard.com
rahul_k_vyas@vanguard.com
randall_pollock@vanguard.com
randy_smith@vanguard.com
reid_smith@vanguard.com
rich_petruzzo@vanguard.com
richard_c_hepner@vanguard.com
richard_powers@vanguard.com
richard_whitfield@vanguard.com
robert_buckwalter@vanguard.com
robert_f._auwaerter@vanguard.com
roger.mcintosh@vanguard.com.au
ronald_reardon@vanguard.com
rosanna.vecchio@vanguard.com.au
ross_howell@vanguard.com.au
russell.papst@vanguard.com
russell_dussling@vanguard.com
ruth_levine@vanguard.com
ruwan_wickrema@vanguard.com
ryan_j_gill@vanguard.com
ryan_lindsay@vanguard.com
ryan_ludt@vanguard.com
samuel.weaner@vanguard.com.au
sarah_carbone@vanguard.com
scott_e_miles@vanguard.com
shan.kwee@vanguard.com.au
shawn_moser@vanguard.com
shruti_basavaraj@vanguard.com
stephanie_setyadi@vanguard.com
stephen.howard@vanguard.com.au
stephen_burke@vanguard.com
stephen_m_mcfee@vanguard.com
stephen_m_steenkamer@vanguard.com
stephen_w_kozeracki@vanguard.com
steve_xia@vanguard.com
stuart_hosansky@vanguard.com
susan_graef@vanguard.com
susy_m_kim@vanguard.com
tara_hillegass@vanguard.com

| | | |
|---|---|---|
| tara_s_hillegas@vanguard.com | lederj@vankampen.com | h.beltman@vanlanschot.com |
| thomas_p_lynch@vanguard.com | littlee@vankampen.com | h.m.smits@vanlanschot.com |
| thomas_perks@vanguard.com | lochj@vankampen.com | h.veugelers@vanlanschot.com |
| tom_ennis@vanguard.com | maloneye@vankampen.com | i.j.w.p.vanoudenhoven@vanlanschot.com |
| twana_cooper@vanguard.com | malym@vankampen.com | j.a.c.horsten@vanlanschot.com |
| ubcd@vanguard.com | marches@vankampen.com | j.a.p.molenaar@vanlanschot.com |
| ugxo@vanguard.com | mark.laskin@vankampen.com | j.h.g.m.dollevoet@vanlanschot.com |
| victory_lan_team@vanguard.com | mcmeanc@vankampen.com | j.p.f.vanrhee@vanlanschot.com |
| w_robert_main@vanguard.com | millers@vankampen.com | j.p.vanwijngaarden@vanlanschot.com |
| william_d_baird@vanguard.com | minierm@vankampen.com | j.stam@vanlanschot.com |
| william_k_roberts@vanguard.com | mollbea@vankampen.com | j.storm@vanlanschot.com |
| william_w_smith@vanguard.com | paulhl@vankampen.com | j.vanbavel@vanlanschot.com |
| yan_pu@vanguard.com | phillipj@vankampen.com | jan.verhaeghen@vanlanschot.be |
| yan_zilbering@vanguard.com | pietrzad@vankampen.com | m.engelbertink@vanlanschot.com |
| yesim_tokat@vanguard.com | piraroj@vankampen.com | m.g.benders@vanlanschot.com |
| yong_yao@vanguard.com | pricee1@vankampen.com | m.krauss@vanlanschot.com |
| zakia_andrews@vanguard.com | purpuro@vankampen.com | m.vandiesen@vanlanschot.nl |
| zia_e_qasim@vanguard.com | recendm@vankampen.com | o.zee@vanlanschot.com |
| rohit.reddy@vanguardasia.com | reynolj@vankampen.com | p.j.zweep@vanlanschot.com |
| p.worrall@vanguardmedica.com | rieglerw@vankampen.com | r.t.c.m.obbens@vanlanschot.com |
| bob@vanguardventure.com | roederj@vankampen.com | r.vanheyningen@vanlanschot.com |
| avelarl@vankampen.com | ruizj@vankampen.com | w.wiegel@vanlanschot.com |
| bakerb@vankampen.com | schickw@vankampen.com | wwalbrun@vanliewtrust.com |
| bednarc@vankampen.com | schorlej@vankampen.com | gboyadjieff@varco.com |
| birdm@vankampen.com | schultk@vankampen.com | roberto@vargasr.com |
| blackb@vankampen.com | schumar@vankampen.com | jadams@vartanbank.com |
| browne@vankampen.com | scottjef@vankampen.com | harald.hagenauer@vatech.at |
| burgesc@vankampen.com | shahmes@vankampen.com | andreas.wiklund@vattenfall.com |
| byrnej@vankampen.com | shermanb@vankampen.com | benny.karlsson@vattenfall.com |
| byront@vankampen.com | sherrof@vankampen.com | lars.johnsson@vattenfall.com |
| cherins@vankampen.com | smithd@vankampen.com | drenaud@vaudoise.ch |
| connifm@vankampen.com | starshm@vankampen.com | hsuter@vaudoise.ch |
| coppert@vankampen.com | strykerr@vankampen.com | kschoeb@vaudoise.ch |
| damicoj@vankampen.com | terresed@vankampen.com | paegerter@vaudoise.ch |
| david.walker@vankampen.com | tom.bastian@vankampen.com | aihara_hirofumi@vb.smbc.co.jp |
| devin.armstrong@vankampen.com | vickreb@vankampen.com | katayama_kei@vb.smbc.co.jp |
| donna.tucker@vankampen.com | vksenloanfunds@vankampen.com | kawahara_eiji@vb.smbc.co.jp |
| doylej@vankampen.com | wallace1@vankampen.com | masuda_susumu@vb.smbc.co.jp |
| edlingr@vankampen.com | warwicj@vankampen.com | takahashi_yui@vb.smbc.co.jp |
| faldutoc@vankampen.com | wellsj@vankampen.com | takashima_makoto@vb.smbc.co.jp |
| frankji@vankampen.com | whiteg@vankampen.com | watanabe_akiya@vb.smbc.co.jp |
| friess@vankampen.com | willial@vankampen.com | watanabe_tomonori@vb.smbc.co.jp |
| gary.jones@vankampen.com | wimmelr@vankampen.com | georg.geenen@vbl.de |
| gerard.fogarty@vankampen.com | wintersb@vankampen.com | kurt.koehler@vbl.de |
| gilberk@vankampen.com | wlodarskis@vankampen.com | pascal.mangang@vbl.de |
| godlinw@vankampen.com | yarrowp@vankampen.com | thomas.konanz@vbl.de |
| golodr@vankampen.com | yiy@vankampen.com | hutchip@vbloomberg.net |
| gonzalpj@vankampen.com | zaroogianm@vankampen.com | alexander.frauenfeld@vblt.de |
| greenes@vankampen.com | a.klijn@vanlanschot.com | ahaghighat@vcallc.com |
| hartma@vankampen.com | a.knottenbelt@vanlanschot.com | cbaker@vcallc.com |
| hayesj@vankampen.com | assets@vanlanschot.lu | dortiz@vcallc.com |
| hodgee@vankampen.com | c.wijtvliet@vanlanschot.com | ecurry@vcallc.com |
| holtk@vankampen.com | david.putzeys@vanlanschot.be | emaisel@vcallc.com |
| houseyb@vankampen.com | dirk.verrelst@vanlanschot.be | eohara@vcallc.com |
| jamiesc@vankampen.com | e.wening@vanlanschot.com | ezikry@vcallc.com |
| jim.gilligan@vankampen.com | f.j.h.vanriel@vanlanschot.com | hrubinstein@vcallc.com |
| joanna.anderson@vankampen.com | f.korver@vanlanschot.com | jhill@vcallc.com |
| joneslj@vankampen.com | f.vanolphen@vanlanschot.com | jmcguire@vcallc.com |
| justin.speer@vankampen.com | g.sirks@vanlanschot.com | kdarwish@vcallc.com |
| kevin.christensen@vankampen.com | g.zwart@vanlanschot.com | lzeno@vcallc.com |

| | | |
|---|---|---|
| mkonheiser@vcallc.com | jelrod@vestarcap.com | martin_l_shagrin@victoryconnect.com |
| mtaylor@vcallc.com | asaltoun@vestarcapital.com | matthew_lombardo@victoryconnect.com |
| npauwels@vcallc.com | bmodesitt@vestarcapital.com | mdirienzo@victoryconnect.com |
| plivney@vcallc.com | boconnor@vestarcapital.com | michael_k_barr@victoryconnect.com |
| ppancza@vcallc.com | erussell@vestarcapital.com | michael_sanders@victoryconnect.com |
| rlee@vcallc.com | gbernstein@vestarcapital.com | mkoskuba@victoryconnect.com |
| rsalazar@vcallc.com | kwhalen@vestarcapital.com | mvanmeter@victoryconnect.com |
| sbernhardt@vcallc.com | nahmad@vestarcapital.com | nicholas_a_dame@victoryconnect.com |
| srobbins@vcallc.com | pcalamari@vestarcapital.com | owen_spaite@victoryconnect.com |
| tgoepfert@vcallc.com | ptegano@vestarcapital.com | paul_a_toft@victoryconnect.com |
| vtimpanelli@vcallc.com | jbard@vestarden.com | paul_d_danes@victoryconnect.com |
| wli@vcallc.com | koroberts@vestarden.com | rascal_house@victoryconnect.com |
| wmaloney@vcallc.com | mthomsic@vestarden.com | reuben_scherzer@victoryconnect.com |
| tsutsui_shinichi@ve.smbc.co.jp | ehughes@vestareurope.com | richard_a_janus@victoryconnect.com |
| avk@veb.ru | conrad_r_metz@victoryconeect.com.com | richard_j_turgeon@victoryconnect.com |
| gkk@veb.ru | adam_d_sherman@victoryconnect.com | richard_vanden_boogard@victoryconnect.com |
| gornostaeva@veb.ru | andrew_j_givens@victoryconnect.com | robert_israel@victoryconnect.com |
| kuvaeva_e_e@veb.ru | aneep_d_maniar@victoryconnect.com | robert_j_strnad@victoryconnect.com |
| mas@veb.ru | angie_kavc@victoryconnect.com | robert_r_maneri@victoryconnect.com |
| mkh@veb.ru | arlene_blackman@victoryconnect.com | robin_m_hudson@victoryconnect.com |
| pnk@veb.ru | arvind_k_sachdeva@victoryconnect.com | robin_n_ventura@victoryconnect.com |
| staroverov_s_v@veb.ru | brent_c_zimmerman@victoryconnect.com | russell_vellequette@victoryconnect.com |
| csales@vector.com.mx | brian.pears@victoryconnect.com | sarah_k_bondurant@victoryconnect.com |
| sdm@vegafinance.fr | brian_pears@victoryconnect.com | scott_stokes@victoryconnect.com |
| stefano.costagli@vegagest.it | c_stephen_wesselkamper@victoryconnect.com | sean_m_roche@victoryconnect.com |
| dstrumwasser@vegapartners.com | carolyn_rains@victoryconnect.com | skefer@victoryconnect.com |
| jbuick@vegapartners.com | chris_welker@victoryconnect.com | theresa_tipton-fletcher@victoryconnect.com |
| mikes@vegapartners.com | cindy_m_janez@victoryconnect.com | thomas_uutala@victoryconnect.com |
| nlouie@vegapartners.com | cnapolitano@victoryconnect.com | tkne@victoryconnect.com |
| rtjong@vegapartners.com | craig_e_ruch@victoryconnect.com | william_allen@victoryconnect.com |
| sgendal@vegapartners.com | dave_gimera@victoryconnect.com | ahall@vigilantcap.com |
| sgreenhaus@vegapartners.com | david_a_kolpak@victoryconnect.com | dmulkern@vigilantcap.com |
| swerner@vegapartners.com | dennis_walsh@victoryconnect.com | jcarlisle@vigilantcap.com |
| sylvie.fromont@vendome.com | donna_p_jacobs@victoryconnect.com | ssorensen@vigilantcap.com |
| zahra.kassim-lakha@vendome.com | donna_pitroski@victoryconnect.com | cgeorgou@vilpa.net |
| aldo.santi@venetobanca.it | emaronak@victoryconnect.com | abosworth@viningsparks.com |
| angelo.ceccato@venetobanca.it | ernest_c_pelaia@victoryconnect.com | dgarson@viningsparks.com |
| centrocambi@venetobanca.it | fumiko_hagiwara@victoryconnect.com | dhaskins@viningsparks.com |
| dario.tramarin@venetobanca.it | gary_h_miller@victoryconnect.com | fscott@viningsparks.com |
| michele.trova@venetobanca.it | greg_conners@victoryconnect.com | jward@viningsparks.com |
| tesoreria@venetobanca.it | harriet_uhlir@victoryconnect.com | kgrossutti@viningsparks.com |
| rita@venetoireland.com | heidi_adelman@victoryconnect.com | lorton@viningsparks.com |
| cindy.v.macaulay@verizon.com | jack_b_lake@victoryconnect.com | msquitieri@viningsparks.com |
| johnl.graves@verizon.net | jame_j_balazsy@victoryconnect.com | rhiett@viningsparks.com |
| jungyun@verizon.net | james_m_albers@victoryconnect.com | tmay@viningsparks.com |
| leslie.a.book@verizon.com | jason_e_putman@victoryconnect.com | mpardo@vircap.com |
| sewickley.sb@verizon.net | jason_m_mirr@victoryconnect.com | alex.harris@fly.virgin.com |
| thomas.w.fiske@verizon.com | jason_rottinger@victoryconnect.com | branko.ilic@fly.virgin.com |
| venture.quest@verizon.net | jdahl@victoryconnect.com | julie.southern@fly.virgin.com |
| west.fed@verizon.net | jean_horenstein@victoryconnect.com | paul.tydeman@fly.virgin.com |
| akaup@verkehrsbank.de | jeff_graff@victoryconnect.com | roger.dutton@fly.virgin.com |
| peter.strassmann@verkehrsbank.de | jvanderoord@victoryconnect.com | nrjwfg@visi.com |
| vschoett@verkehrsbank.de | katherine_manahan@victoryconnect.com | a_acutis@vittoriaassicurazioni.it |
| michael.urzendnik@vers-am.de | kathy_a_heigle@victoryconnect.com | browningj@vkac.com |
| rolf.geck@vers-am.de | kelly_j_butauski@victoryconnect.com | a.goergner@vkb.de |
| mwellein@versorgungskammer.de | kirk_a_schmitt@victoryconnect.com | barbara.hausmann@vkb.de |
| rweger@versorgungskammer.de | lawrence_g_babin@victoryconnect.com | bastian.hentschel@vkb.de |
| kwonkyun.chung@verzon.net | leslie_z_globits@victoryconnect.com | bernd.quaiser@vkb.de |
| karsten.koch@vescore.com | lori_swain@victoryconnect.com | harald.fischer@vkb.de |
| kirsten.stoll@vescore.com | mark_h_summers@victoryconnect.com | monika.cronenberg@vkb.de |

richard.wagner@vkb.de
roland.kluger@vkb.de
roland.koessler@vkb.de
stefan.lechner@vkb.de
volkmar.kriesch@vkb.de
pierced@vkm.com
carnwathd@vmcmail.com
reeset@vmcmail.com
dkaplan@vmfcapital.com
jaugustine@vmfcapital.com
mvanmeter@vmfcapital.com
mwolfe@vmfcapital.com
tgordinier@vmfcapital.com
tmyers@vmfcapital.com
b.hilberts@hq.vnu.com
d.van.den.berg@hq.vnu.com
f.cremers@hq.vnu.com
h.de.visser@hq.vnu.com
h.galavazi@hq.vnu.com
h.platschorre@hq.vnu.com
m.borkink@hq.vnu.com
p.flach@hq.vnu.com
r.de.meel@hq.vnu.com
ulrike.kroener@vodafone.com
charleyc@voicenet.com
jmerry@volcorp.org
alois.schrott@volksbank.it
axel.tomio@volksbank.it
fth@volksbank.it
roberto.marini@volksbank.it
si@volksbank.it
albrecht.moehle@volkswagen.de
g.savoini@volkswagen.de
gerhard.neufer@volkswagen.de
hans.jansen@volkswagen.de
hans-heinrich.pahl@volkswagen.de
jan.ruecker@volkswagen.de
bengt.ohlsson@volvo.com
thomas.lestin@volvo.com
hans-peter.rub@vomagfinanz.de
adam.hrdina@vontobel.ch
alain.dettling@vontobel.ch
aleardo.snozzi@vontobel.ch
amira.ayoubi@vontobel.ch
andrea.schneider@vontobel.ch
andreas.feller@vontobel.ch
andreas.lippold@vontobel.de
andreas.nigg@vontobel.ch
andreas.sarbach@vontobel.ch
anne.tschanz@vontobel.ch
asella.keiser@vontobel.ch
beat.muerset@vontobel.ch
beat.weiss@vontobel.ch
bernhard.vier@vontobel.ch
brigitte.favre@vontobel.ch
bruno.gartmann@vontobel.ch
carmen.baumann@vontobel.ch
cedric.lewy@vontobel.ch
chiara.bellon@vontobel.it
christian.koenig@vontobel.ch

christian.meury@vontobel.ch
christian.mossdorf@vontobel.ch
christina.haemmerli@vontobel.ch
christoph.blaettler@vontobel.ch
christoph.ledergerber@vontobel.ch
christophe-pierre.lobisommer@vontobel.ch
claudia.werren@vontobel.ch
dan.ruchti@vontobel.ch
daniel.bruehwiler@vontobel.ch
daniel.grueneisen@vontobel.ch
daniel.kuehne@vontobel.ch
daniela.schoeb@vontobel.ch
david.molnar@vontobel.ch
dimitrios.manolidis@vontobel.ch
domenico.grenci@vontobel.ch
edmund.wandeler@vontobel.ch
erik.steffen@vontobel.ch
european.equity@vontobel.ch
fabienne.beguin@vontobel.ch
fabio.bartesaghi@vontobel.ch
francois.karacsony@vontobel.ch
franziska.hofweber@vontobel.ch
fredy.flury@vontobel.ch
georg.vonwattenwyl@vontobel.ch
giada.cereghetti@vontobel.ch
hans.speich@vontobel.ch
herbert.scheidt@vontobel.ch
herve.sumi@vontobel.ch
ilona.monz@vontobel.ch
ivan.cheng@vontobel.ch
jacqueline.sprenger@vontobel.ch
jean-philippe.hechel@vontobel.ch
jiazhi.chenseiler@vontobel.ch
jon.peter@vontobel.ch
juerg.huegli@vontobel.ch
leif.ludwig@vontobel.ch
manuel.gadient@vontobel.ch
marc.haenni@vontobel.ch
marco.kipfer@vontobel.li
marco.knoerr@vontobel.ch
marianne.herren@vontobel.ch
mark.friis@vontobel.ch
markus.brun@vontobel.ch
martha.travers@vontobel.ch
martin.dequervain@vontobel.ch
martin.leber@vontobel.ch
martin.roesch@vontobel.ch
martina.honegger@vontobel.ch
matthias.schaefer@vontobel.ch
maurice.picard@vontobel.ch
maurus.huser@vontobel.ch
maya.elias@vontobel.ch
michael.negele@vontobel.ch
michel.rodrigues@vontobel.ch
monika.frauenschuh@vontobel.at
muriel.michaud@vontobel.ch
natalie.depil@vontobel.ch
nick.saager@vontobel.ch
oliver.buerge@vontobel.ch
olivier.bamert@vontobel.ch

paolo.beltrami@vontobel.it
pascal.curtet@vontobel.ch
pascal.dudle@vontobel.ch
patric.ackermann@vontobel.ch
patrick.brandenberger@vontobel.ch
patrick.loepfe@vontobel.ch
paul.hirschi@vontobel.ch
peter.berger@vontobel.ch
peter.camenzind@vontobel.ch
peter.rebsamen@vontobel.ch
philip.ammann@vontobel.ch
philip.farnum@vontobel.ch
philippe.jaquet@vontobel.ch
rafael.rudnik@vontobel.ch
ralf.wiedenmann@vontobel.ch
ralph.bilger@vontobel.ch
ralph.lattner@vontobel.ch
reinhard.wirz@vontobel.ch
remy.mattey@vontobel.ch
rene.exenberger@vontobel.ch
rene.landtwing@vontobel.ch
rene.schertenleib@vontobel.ch
reto.grieder@vontobel.com
robert.gonzales@vontobel.ch
roberto.picano@vontobel.ch
roger.studer@vontobel.ch
roland.bercher@vontobel.ch
roland.schoch@vontobel.ch
rolf.hossli@vontobel.ch
rolf.schaller@vontobel.ch
romain.pasche@vontobel.ch
ronald.angst@vontobel.ch
rudolf.stutz@vontobel.ch
sanjay.jhaveri@vontobel.ch
sascha.graf@vontobel.ch
sascha.imhof@vontobel.ch
serge.lauper@vontobel.ch
silvana.fiorillo@vontobel.ch
stefan.buchli@vontobel.ch
stephan.arnold@vontobel.ch
steve.pochop@vontobel.ch
susanne.brandenberger@vontobel.ch
thomas.buri@vontobel.ch
thomas.burri@vontobel.ch
thomas.hunziker@vontobel.ch
thomas.maurer@vontobel.ch
thomas.steinemann@vontobel.ch
tina.knecht@vontobel.ch
urbain.mbazoa@vontobel.ch
urs.bieri@vontobel.ch
urs.knuchel@vontobel.ch
vedran.rudelj@vontobel.ch
volker.wehrle@vontobel.ch
werner.bollier@vontobel.ch
werner.wegmann@vontobel.ch
youri.vorobiev@vontobel.ch
zeno.staub@vontobel.ch
jfpaschoud@vonwiller.ch
acarlson@voyageur.net
bsvendahl@voyageur.net

| | | |
|---|---|---|
| bswensen@voyageur.net | hendrik.breitenstein@vpbank.com | taskin@vtbam.ru |
| cji@voyageur.net | janette.buehler@vpbank.com | dominic.adams@vtbeurope.com |
| cmadden@voyageur.net | joerg.lorenz@vpbank.com | edward.bungey@vtbeurope.com |
| dcox@voyageur.net | juergen.negele@vpbank.com | kris.yip@vtbeurope.com.sg |
| dnoren@voyageur.net | klaus.burger@vpbank.com | mctan@vtbeurope.co.sg |
| ehathaway@voyageur.net | manuel.matt@vpbank.com | peter.johnston@vtbeurope.com |
| gtelfer@voyageur.net | marcel.fleisch@vpbank.com | tm.yap@vtbeurope.com.sg |
| jhuber@voyageur.net | marco.seeger@vpbank.com | alex.medlock@vtb-europe.com |
| jlammers@voyageur.net | markus.falk@vpbank.com | andreas.schwichtenberg@vuw.de |
| jlee@voyageur.net | markus.huber@vpbank.com | dirk.froebe@vuw.de |
| jmccain@voyageur.com | markus.natter@vpbank.com | holger.pudimat@vuw.de |
| jmercer@voyageur.net | martin.aebi@vpbank.com | lothar.bick@vuw.de |
| jmowbray@voyageur.net | martina.mueller@vpbank.com | lutz.krabbe@vuw.de |
| jnorungolo@voyageur.net | nathalie.loeliger@vpbank.com | marcus.hagel@vuw.de |
| jrath@voyageur.net | norbert.noser@vpbank.com | markus.heuer@vuw.de |
| jstit@voyageur.net | philippe.christen@vpbank.com | matthias.pickert@vuw.de |
| kdimitrov@voyageur.net | rolf.zuercher@vpbank.com | stefan.raida@vuw.de |
| khaberman@voyageur.net | sandra.erne@vpbank.com | stella.vonahrentschildt@vuw.de |
| kharemza@voyageur.net | stefan.meyer@vpbank.com | udo.meyer@vuw.de |
| ktroedsson@voyageur.net | sylwia.buechel@vpbank.com | yvonne.kurkowski@vuw.com |
| ktyszko@voyageur.net | thomas.lusetti@vpbank.com | grant.nicholson@vw.com |
| lberry@voyageur.net | thomas.wille@vpbank.com | peter.schupp@vw.com |
| lwieczorek@voyageur.net | tino.tziotzios@vpbank.com | vwd@vwd.org |
| malbert@voyageur.net | werner.holpp@vpbank.com | c.denks@vwfsag.de |
| mcarlson@voyageur.net | roland.egger@vph.ch | m.mueller2@vwfsag.de |
| mlee@voyageur.net | bakker@vpv.nl | greenertj@vystarcu.org |
| mneska@voyageur.net | buijink@vpv.nl | lawrenceg@vystarcu.org |
| nscinto@voyageur.net | hof@vpv.nl | aaron.elliott@wachovia.com |
| nwalstrom@voyageur.net | kwakkenbos@vpv.nl | aj.guido@wachovia.com |
| pcoleman@voyageur.net | nakad@vpv.nl | alan.buchwald@wachovia.com |
| plafontaine@voyageur.net | versnel@vpv.nl | alan.chudoba@wachovia.com |
| rcook@voyageur.net | wang@vpv.nl | alan.kabbani@wachovia.com |
| rharrison@voyageur.net | ito_yoshikazu@vr.smbc.co.jp | alex.henley@wachovia.com |
| rkanzenbach@voyageur.net | kanai_keiji@vr.smbc.co.jp | alice.lehman@wachovia.com |
| rlarson@voyageur.net | ooka_eiko@vr.smbc.co.jp | alicia.overcash@wachovia.com |
| scabalka@voyageur.net | sakono_kenji@vr.smbc.co.jp | andrew.yost@wachovia.com |
| seddleblute@voyageur.net | sato_shuichi@vr.smbc.co.jp | andy.tomsho@wachovia.com |
| seldredge@voyageur.net | rmeraviglia@vrgestioni.it | ann.dixon@wachovia.com |
| sgibbons@voyageur.net | frabell@mail.vsuarez.com | ann.gill@wachovia.com |
| spotvin@voyageur.com | admitriev@vtb.ru | anna.stavreska@wachovia.com |
| srusnak@voyageur.net | adubenskiy@vtb.ru | anthony.colacino@wachovia.com |
| sveluri@voyageur.net | borunov@vtb.ru | ashley.coleman@wachovia.com |
| tbrux@voyageur.net | dmelnikov@vtb.ru | bill.hughes@wachovia.com |
| thinze@voyageur.net | dmitry_ponomarev@vtb.ru | bill.wight@wachovia.com |
| tknutson@voyageur.net | ibobryshev@vtb.ru | bimal.mishra@wachovia.com |
| tmcglinch@voyageur.net | kisselev@vtb.ru | bob.mccoy@wachovia.com |
| wschramm@voyageur.net | kkozhin@vtb.ru | bobby.clemente@wachovia.com |
| ythor@voyageur.net | kni@vtb.ru | brendan.thorpe@wachovia.com |
| czuelke@voyaguer.net | krasnikov@vtb.ru | brian.grabenstein@wachovia.com |
| yoshimatsu_hitoshi@vp.smbc.co.jp | lyubchenko@vtb.ru | brian.joyce@wachovia.com |
| adrian.morger@vpbank.com | malykhin@vtb.ru | brian.roth@wachovia.com |
| belinda.mettier@vpbank.com | mouratov@vtb.ru | brian.zirkle1@wachovia.com |
| bernd.hartmann@vpbank.com | piankov@vtb.ru | brianna.white@wachovia.com |
| cecilia.isaksson@vpbank.com | rozhanskaya@vtb.ru | brunno.alvarez@wachovia.com |
| dominik.brueschweiler@vpbank.com | suchkov@vtb.ru | bryan.brading@wachovia.com |
| edward.werner@vpbank.com | szlobin@vtb.ru | caroline.shelton@wachovia.com |
| florian.riener@vpbank.com | td77@vtb.ru | caryn.chittenden@wachovia.com |
| fulgenzio.jorio@vpbank.com | zarezov@vtb.ru | charlotte.barnette@wachovia.com |
| guenther.hotz@vpbank.com | aapikyan@vtbam.ru | chris.corcoran@wachovia.com |
| hans-ulrich.nigg@vpbank.com | garbuz@vtbam.ru | chris.haverland@wachovia.com |

| | | |
|---|---|---|
| christina.carpenter@wachovia.com | hulya.erbas@wachovia.com | mansour.benkreira@wachovia.com |
| christophe.schroeder@wachovia.com | ibrahim.bitar@wachovia.com | margaret.d'ambrosio@wachovia.com |
| christopher.appleman@wachovia.com | igor.axenov@wachovia.com | mark.abrahm@wachovia.com |
| cliff.jordan@wachovia.com | jack.sullivan@wachovia.com | mark.harden@wachovia.com |
| colleen.taylor@wachovia.com | jake.zelnick@wachovia.com | mark.mahone@wachovia.com |
| conor.dooley@wachovia.com | james.burke1@wachovia.com | mark.mcfalls@wachovia.com |
| craig.noble@wachovia.com | james.guptill@wachovia.com | mark.misenheimer@wachovia.com |
| craig.zedalis@wachovia.com | james.johnson@wachovia.com | mark.noonan@wachovia.com |
| curtis.arledge@wachovia.com | james.maino@wachovia.com | mark.spaulding@wachovia.com |
| dake.madray@wachovia.com | jamie.gregory@wachovia.com | mary.sherrill@wachovia.com |
| dale.lawton@wachovia.com | jamie.oneill@wachovia.com | matthew.fiordaliso@wachovia.com |
| dan.zynda@wachovia.com | jamie.swisher@wachovia.com | matthew.myers1@wachovia.com |
| daniel.w.eichelberger@wachovia.com | jason.schenker@wachovia.com | michael.c.smith@wachovia.com |
| daniel.wang@wachovia.com | jay.bryson@wachovia.com | michael.dorfman1@wachovia.com |
| darrell.baber@wachovia.com | jeff.cook@wachovia.com | michael.hill@wachovia.com |
| david.hauglid@wachovia.com | jeff.richardson@wachovia.com | michael.schaufler@wachovia.com |
| david.king@wachovia.com | jeffrey.martin@wachovia.com | mike.buttner@wachovia.com |
| david.kramer@wachovia.com | jerry.alston@wachovia.com | mike.holt@wachovia.com |
| david.kraybill@wachovia.com | jerry.burton@wachovia.com | mitch.wilson@wachovia.com |
| david.mason@wachovia.com | jerry.keefe@wachovia.com | natasha.mahmutovic@wachovia.com |
| david.silander@wachovia.com | jill.enzmann@wachovia.com | nazma.ahsan1@wachovia.com |
| david.trepanier@wachovia.com | jill.hamilton@wachovia.com | neil.lambiotte@wachovia.com |
| david.worley@wachovia.com | jim.beck@wachovia.com | neil.ryan@wachovia.com |
| david.zhai@wachovia.com | jim.burr@wachovia.com | paolo.giordano@wachovia.com |
| davidh.simmons@wachovia.com | jim.dolan@wachovia.com | patrice.green@wachovia.com |
| deb.mcdonald@wachovia.com | jim.makhlouf@wachovia.com | patrick.bumann@wachovia.com |
| dennis.harvey@wachovia.com | jim.ouzts@wachovia.com | paul.caleca@wachovia.com |
| derek.armour@wachovia.com | jimmie.wilson@wachovia.com | paul.hulbert@wachovia.com |
| deron.smithy@wachovia.com | jm.cunniff@wachovia.com | paul.ringsted@wachovia.com |
| dianne.cobb@wachovia.com | joe.buechler@wachovia.com | pauline.hedgecock@wachovia.com |
| dludeman@wachovia.com | joe.campanie@wachovia.com | peter.abric@wachovia.com |
| donnie.johnson@wachovia.com | joe.waterfill@wachovia.com | peter.kelly@wachovia.com |
| doug.connor@wachovia.com | john.brady1@wachovia.com | peter.lang@wachovia.com |
| douglas.sipkin@wachovia.com | john.elster@wachovia.com | phil.dumns@wachovia.com |
| ed.cherry@wachovia.com | john.jurek@wachovia.com | phillip.neuhart@wachovia.com |
| ed.covington@wachovia.com | john.mcloughlin@wachovia.com | phyllis.allgood@wachovia.com |
| eddie.anderson@wachovia.com | john.mercante@wachovia.com | pm.research@wachovia.com |
| edwarde.moise@wachovia.com | john.milani@wachovia.com | ramu.singh@wachovia.com |
| elena.korneeva@wachovia.com | john.shope@wachovia.com | randall.lynch@wachovia.com |
| elizabeth.richardson@wachovia.com | john.wooten@wachovia.com | reggie.imamura@wachovia.com |
| ellen.taylor@wachovia.com | jon.currier@wachovia.com | remy.levy@wachovia.com |
| eric.painter@wachovia.com | jon.farrin@wachovia.com | richard.edmonds@wachovia.com |
| eric.peyton@wachovia.com | jonathan.reed@wachovia.com | robbie.holler@wachovia.com |
| erin.wohlnick@wachovia.com | jonathan.turnbull1@wachovia.com | robert.brown@wachovia.com |
| ernest.lang@wachovia.com | jonathan.webb1@wachovia.com | robert.teller@wachovia.com |
| francis.jacobs@wachovia.com | joseph.bossong@wachovia.com | roger.french@wachovia.com |
| franklin.mccoy@wachovia.com | joseph.gieker@wachovia.com | romano.kwok@wachovia.com |
| fred.pennekamp@wachovia.com | kai.su@wachovia.com | ross.tauchert@wachovia.com |
| gary.lee@wachovia.com | kammal.patel@wachovia.com | russ.kimbro@wachovia.com |
| gary.thornton@wachovia.com | kazeem.kashimawo@wachovia.com | sam.bullard@wachovia.com |
| george.mccall@wachovia.com | ken.bolich@wachovia.com | sammy.sangiovanni@wachovia.com |
| george.scott@wachovia.com | kevin.lesage@wachovia.com | samrah.kazmi@wachovia.com |
| gerry.luff@wachovia.com | kevin.sweeney@wachovia.com | sarath.madap@wachovia.com |
| greg.dawson@wachovia.com | kim.shaffer@wachovia.com | scott.beveridge@wachovia.com |
| greg.kares@wachovia.com | kimberly.langell@wachovia.com | scott.weaver@wachovia.com |
| gregory.richardson@wachovia.com | kristin.engelberger@wachovia.com | sean.cronin@wachovia.com |
| harold.lorenzo@wachovia.com | larry.topper@wachovia.com | shanikwa.peterkin@wachovia.com |
| harry.blanchard@wachovia.com | leary.dixon@wachovia.com | sheila.swanson@wachovia.com |
| heathe.clark@wachovia.com | louis.carousa@wachovia.com | smriti.popenoe@wachovia.com |
| huaiyu.xiong1@wachovia.com | louis.serra@wachovia.com | snehashis.das@wachovia.com |

| | | |
|---|---|---|
| stephen.smith@wachovia.com | bwarden@waddell.com | nnewton@waddell.com |
| steve.desalvo@wachovia.com | cbrundige@waddell.com | pmorris@waddell.com |
| steven.hughes@wachovia.com | cbuchanan@waddell.com | psanders@waddell.com |
| steven.jones@wachovia.com | ccoffin@waddell.com | psrinivas@waddell.com |
| steven.reynolds@wachovia.com | cdeeds@waddell.com | psterner@waddell.com |
| steven.sawyer1@wachovia.com | cgunther@waddell.com | rcaldwell@waddell.com |
| steven.zapata@wachovia.com | chooper@waddell.com | rhechler@waddell.com |
| sue.bachman@wachovia.com | cma@waddell.com | rheidemann@waddell.com |
| suzanne.morrison@wachovia.com | cnewman@waddell.com | rnightingale@waddell.com |
| syed.shah@wachovia.com | cparker@waddell.com | sbrown@waddell.com |
| ted.ake@wachovia.com | daustin@waddell.com | sdavenport@waddell.com |
| terry.begley@wachovia.com | dbecker@waddell.com | sfisher@waddell.com |
| tim.pratt@wachovia.com | dborberg@waddell.com | sregan@waddell.com |
| timothy.macphail@wachovia.com | dcartwright@waddell.com | sross@waddell.com |
| todd.hunter@wachovia.com | ddercher@waddell.com | sschneider@waddell.com |
| todd.stitt@wachovia.com | dginther@waddell.com | ssollars@waddell.com |
| tom.graf@wachovia.com | dhamilton@waddell.com | sstarbuc@waddell.com |
| tom.johnson@wachovia.com | druth@waddell.com | sstotts@waddell.com |
| tom.speir@wachovia.com | dvrabac@waddell.com | ssullivan@waddell.com |
| tom.wurtz@wachovia.com | ebecker@waddell.com | tbechter@waddell.com |
| tony.carey@wachovia.com | fjiang@waddell.com | tburger@waddell.com |
| tonya.joseph@wachovia.com | gscott@waddell.com | tcjohnst@waddell.com |
| trey.stenersen@wachovia.com | gzinn@waddell.com | tdykman@waddell.com |
| tricia.harris@wachovia.com | hherrmann@waddell.com | tjacos@waddell.com |
| vamsi.raju@wachovia.com | hzhao@waddell.com | tjmiller@waddell.com |
| varsay.sirleaf@wachovia.com | jalbright@waddell.com | tlewis@waddell.com |
| wade.stinnette@wachovia.com | jcusser@waddell.com | tmengel@waddell.com |
| walter.dolhare@wachovia.com | jkrumplys@waddell.com | ttowery@waddell.com |
| wes.davis@wachovia.com | jmaxwell@waddell.com | vhoward@waddell.com |
| william.odonnell@wachovia.com | jmoore@waddell.com | vlee@waddell.com |
| william.ponder@wachovia.com | jobrown@waddell.com | vreddy@waddell.com |
| wilson.moore@wachovia.com | jsander@waddell.com | zshafran@waddell.com |
| woojung.park@wachovia.com | jsundeen@waddell.com | a.vigh@wafra.com |
| yankel.fernandez@wachovia.com | jsurles@waddell.com | c.cataldi@wafra.com |
| yulia.gilman@wachovia.com | jvandiver@waddell.com | c.leary@wafra.com |
| ziggy.stubelek@wachovia.com | kascott@waddell.com | d.kallus@wafra.com |
| elizabeth.traster@wachoviasec.com | kgau@waddell.com | f.al-mubaraki@wafra.com |
| glenn.jaffe@wachoviasec.com | kmcquade@waddell.com | f.mubaraki@wafra.com |
| graphael@wachoviasec.com | kmonroe@waddell.com | j.briceno@wafra.com |
| jbwhite@wachoviasec.com | ktucker@waddell.com | j.divito@wafra.com |
| jjoseph@wachoviasec.com | lcipolla@waddell.com | j.gillies@wafra.com |
| mark.dinora@wachoviasec.com | ldobyns@waddell.com | j.jewett@wafra.com |
| mwlee@wachoviasec.com | lglogau@waddell.com | j.whitehorn@wafra.com |
| pthornton@wachoviasec.com | llytle@waddell.com | k.baldauf@wafra.com |
| sam.turner@wachoviasec.com | lrieke@waddell.com | m.schaffer@wafra.com |
| scooke@wachoviasec.com | mavery@waddell.com | p.kandhari@wafra.com |
| timothy.anderson@wachoviasec.com | mbeischel@waddell.com | r.solenske@wafra.com |
| valerie.sussman@wachoviasec.com | mcorty@waddell.com | r.tateossian@wafra.com |
| william.straub@wachoviasec.com | mhekman@waddell.com | t.jenkins@wafra.com |
| akapoor@waddell.com | mnorris@waddell.com | v.seaman@wafra.com |
| amoulton@waddell.com | motterstrom@waddell.com | pat.shevlin@wahcovia.com |
| awang@waddell.com | mseferovich@waddell.com | anarvades@walterind.com |
| ayoung@waddell.com | mstevovich@waddell.com | ehart@walterind.com |
| bbailey@waddell.com | mvanmaanen@waddell.com | jkelly@walterind.com |
| bclark@waddell.com | mwalls@waddell.com | jtroy@walterind.com |
| bhalverson@waddell.com | mwarden@waddell.com | mdearden@walterind.com |
| bklapmeyer@waddell.com | mwilliams@waddell.com | mzakas@walterind.com |
| bkrug@waddell.com | mwolverton@waddell.com | vryan@walterind.com |
| bnelson@waddell.com | nbrown@waddell.com | schulman@waltonst.com |
| bogden@waddell.com | nmcintosh@waddell.com | mzelouf@wamco.co.uk |

abigail.matthias@wamu.net
adam.rodgers@wamu.net
alex.park@wamu.net
alex.zlotnikov@wamu.net
alison.yake@wamu.net
allen.bond@wamu.net
amy.bohall@wamu.net
andrew.eschenbach@wamu.net
andriy.pokotilov@wamu.net
angela.liu@wamu.net
anna.griffel@wamu.net
ashish.negandhi@wamu.net
ashli.black@wamu.net
bart.maser@wamu.net
bill.longbrake@wamu.net
bradley.curtis@wamu.net
brett.atkinson@wamu.net
brian.terpstra@wamu.net
bruce.kendrex@wamu.net
bryson.hadley@wamu.net
carroll.moseley@wamu.net
catherine.tong@wamu.net
charles.chen.u201181@wamu.net
charles.fix@wamu.net
chris.gaffney@wamu.net
christian.branlund@wamu.net
christopher.moen@wamu.net
courtney.hashimoto@wamu.net
crystal.wallace@wamu.net
dale.ramquist@wamu.net
dandan.zhu@wamu.net
daniel.medak@wamu.net
dave.coultas@wamu.net
david.beck@wamu.net
david.farstead@wamu.net
david.frederickson@wamu.net
david.gilhooley@wamu.net
david.griffith@wamu.net
david.horning@wamu.net
david.piechowski@wamu.net
deborah.wardwell@wamu.net
dennis.lai@wamu.net
dennis.lau@wamu.net
diana.kaspic@wamu.net
douglas.potolsky@wamu.net
edward.o.brien@wamu.net
elaine.lu@wamu.net
elaine.wang@wamu.net
elizabeth.wilson@wamu.net
eric.jacks@wamu.net
eric.mohr@wamu.com
erik.digiacomo@wamu.net
gary.hunter@wamu.net
gary.wang@wamu.net
genet.solomon@wamu.net
george.cooksey@wamu.net
george.juscsak@wamu.net
gerald.hansen@wamu.net
greg.camas@wamu.net
gregory.harris@wamu.net

gregory.hull@wamu.net
harrison.luvai@wamu.net
henrik.aas@wamu.net
henry.darakhovskiy@wamu.net
holley.huang@wamu.net
hq.chen@wamu.net
hubert.shen@wamu.net
hung.ngo@wamu.net
james.douthitt@wamu.net
jane.repensek@wamu.net
jeff.he@wamu.net
jennifer.stock@wamu.net
jian.yang@wamu.net
jie.yang@wamu.net
jim.mcdougall@wamu.net
jin.wu@wamu.net
john.drastal@wamu.net
john.lauber@wamu.net
josh.lavik@wamu.net
jun.ma@wamu.net
k.johnson@wamu.net
karen.shao@wamu.net
karen.veraa@wamu.net
karen.westwood@wamu.net
keith.kuenzli@wamu.net
kent.usell@wamu.net
kevin.pitt@wamu.net
kevin.richmond@wamu.net
kiantie.njauw@wamu.net
kristine.mantey@wamu.net
kyle.johnson@wamu.net
larry.holden@wamu.net
lawrence.olivier@wamu.net
lene.cooper@wamu.net
lisa.leikin@wamu.net
mark.hurley@wamu.net
mark.lieberman@wamu.net
marsha.yuan@wamu.net
martha.johnsen@wamu.net
matthew.kennedy@wamu.net
matthew.wolden@wamu.net
maxwell.zhu@wamu.net
meeta.koregaonkar@wamu.net
melissa.rose@wamu.net
mercy.lu@wamu.net
michael.aaknes@wamu.net
michael.b.li@wamu.net
michael.gill-more@wamu.net
michael.hack@wamu.net
michael.kocz@wamu.net
michael.lash@wamu.net
michelle.fogerty@wamu.net
mingmin.zhang@wamu.net
molly.rang@wamu.net
morgan.collins@wamu.net
munish.gupta@wamu.net
myron.dutenhoffer@wamu.net
nicholas.foley@wamu.net
paul.a.herbst@wamu.net
paul.zych@wamu.net

peggy.burton@wamu.net
peter.freilinger@wamu.net
peter.struck@wamu.net
qiang.fu@wamu.net
rahul.sen@wamu.net
raymond.man@wamu.net
richard.colavecchio@wamu.net
richard.fisher@wamu.net
rob.moore@wamu.net
robert.batt@wamu.net
robert.furutani@wamu.net
robert.kern@wamu.net
robert.l.titus@wamu.net
robert.miles@wamu.net
robin.secrist@wamu.net
ryan.mccann@wamu.net
ryan.olsen@wamu.net
sam.crocker@wamu.net
sarah.hewitt@wamu.net
scott.gordon@wamu.net
scott.maw@wamu.net
sean.becketti@wamu.net
sean.koval@wamu.net
sean.marion@wamu.net
sehbal.oner@wamu.net
shafiq.akhtar@wamu.net
shengyu.zhang@wamu.net
shijun.liu@wamu.net
smriti.shetty@wamu.net
stephen.mak@wamu.net
steve.miller@wamu.net
steve.spencer@wamu.net
steve.stearns@wamu.net
steven.center@wamu.net
steven.tholl@wamu.net
susan.lee@wamu.net
thomas.colvin@wamu.net
tim.lemmon@wamu.net
tim.pihl@wamu.net
toan.nguyen@wamu.net
todd.hanssen@wamu.net
tom.borer@wamu.net
tom.casey@wamu.net
tony.yu@wamu.net
trent.williams@wamu.net
troy.haines@wamu.net
ulf.ghosh@wamu.net
vera.ho@wamu.net
vicky.wu@wamu.net
vijay.bhasin@wamu.net
vincent.varca@wamu.net
wei.wu@wamu.net
william.l.smith@wamu.net
winston.pun@wamu.net
xiaohai.liao@wamu.net
yoav.tamir@wamu.net
youyi.chen@wamu.net
yvonne.so@wamu.net
zhongwu.huang@wamu.net
patricia.evans@wamulends.net

patrick.cutler@wamulends.net
scott.bowes@wamulends.net
mike.aaknes@wamuloans.net
ahoang@wamumortgage.com
ckennedy@wamumortgage.com
dkelher@wamumortgage.com
dmurphy@wamumortgage.com
dwisdorf@wamumortgage.com
zmccune@wamumortgage.com
bdr.paris@wanadoo.fe
bdr.paris@wanadoo.fr
dev.sdm.bqhervet@wanadoo.fr
gerard.de-maupeou@wanadoo.com
nbkparis@wanadoo.fr
pascal.hautcoeur@wanadoo.fr
philippe@wanadoo.com
dietmar.bahr@warburg-ai.com
jan.bassewitz@warburg-ai.com
cgonzalo@warburgpincus.com
csiu@warburgpincus.com
hnewman@warburgpincus.com
researchrequest@warburgpincus.com
rking@warburgpincus.com
tsommerfeld@warburgpincus.com
jukka.hakola@wartsila.com
t.eriksson@wartsila.com
ajay@wasatchadvisors.com
akutuzov@wasatchadvisors.com
aoreilly@wasatchadvisors.com
aschaber@wasatchadvisors.com
asunderland@wasatchadvisors.com
bhadden@wasatchadvisors.com
blake@wasatchadvisors.com
brian@wasatchadvisors.com
cbowen@wasatchadvisors.com
clattin@wasatchadvisors.com
cmccready@wasatchadvisors.com
dan@wasatchadvisors.com
dboston@wasatchadvisors.com
dchace@wasatchadvisors.com
dholder@wasatchadvisors.com
dshaffer@wasatchadvisors.com
dwillis@wasatchadvisors.com
gbohlen@wasatchadvisors.com
gmata@wasatchadvisors.com
jb@wasatchadvisors.com
jcardon@wasatchadvisors.com
jiml@wasatchadvisors.com
jlarsen@wasatchadvisors.com
jmalooly@wasatchadvisors.com
jmazanec@wasatchadvisors.com
jscowcroft@wasatchadvisors.com
jstewart@wasatchadvisors.com
jwhatcott@wasatchadvisors.com
karey@wasatchadvisors.com
laura@wasatchadvisors.com
lgeritz@wasatchadvisors.com
lhoffman@wasatchadvisors.com
linda@wasatchadvisors.com
mbengtzen@wasatchadvisors.com

mcocorinis@wasatchadvisors.com
mgerding@wasatchadvisors.com
mhynes@wasatchadvisors.com
mlappas@wasatchadvisors.com
mmadsen@wasatchadvisors.com
mmodi@wasatchadvisors.com
mpetty@wasatchadvisors.com
mstanley@wasatchadvisors.com
ndihora@wasatchadvisors.com
nkamruddin@wasatchadvisors.com
paul@wasatchadvisors.com
pcapri@wasatchadvisors.com
phoebe@wasatchadvisors.com
rgreen@wasatchadvisors.com
robert@wasatchadvisors.com
roger@wasatchadvisors.com
rpearce@wasatchadvisors.com
rsnow@wasatchadvisors.com
rstoichev@wasatchadvisors.com
sam@wasatchadvisors.com
sswenson@wasatchadvisors.com
stucker@wasatchadvisors.com
tchristenson@wasatchadvisors.com
twilliams@wasatchadvisors.com
vanya@wasatchadvisors.com
zlarkin@wasatchadvisors.com
jbrand@washfed.com
jmilin@washfed.com
brent.beardall@washingtonfederal.com
rwhitehead@washingtonfederal.com
falerb@washpost.com
hamiltonm@washpost.com
lozadac@washpost.com
pearlsteins@washpost.com
rampellc@washpost.com
schneiderh@washpost.com
troyb@washtenawmortgage.com
bswilliams@washtrust.com
cjturcotte@washtrust.com
dlpicozzi@washtrust.com
dmheiberger@washtrust.com
gjfogarty@washtrust.com
mffriel@washtrust.com
mjlanglois@washtrust.com
mkgim@washtrust.com
prphillips@washtrust.com
lior_jassur@wasserella.com
esmith@watchhillfunds.com
richard.chin@watchhillfunds.com
ericz@waterfield.com
gretap@waterfield.com
jfeccko@waterfield.com
natea@waterfield.com
andy@watermarkgroup.com
bbenedict@watermarkgroup.com
bill@watermarkgroup.com
brian@watermarkgroup.com
david@watermarkgroup.com
guobin@watermarkgroup.com
howard@watermarkgroup.com

jeff@watermarkgroup.com
john@watermarkgroup.com
kirsten@watermarkgroup.com
bbrill@watrust.com
bkittredge@watrust.com
jheath@watrust.com
lstallinga@watrust.com
nreynolds@watrust.com
peter@watrust.com
rboutz@watrust.com
rrichard@watrust.com
sscranton@watrust.com
andrea.scaffidi@eu.watsonwyatt.com
ton.bruijne@wavin.com
bill_murphy@wayne.edu
joyce.libby@waypointbank.com
aplummer@wbcap.net
dradtke@wbcap.net
josier@wbcap.net
jyoungers@wbcap.net
kcroft@wbcap.net
lmardis@wbcap.net
mcollet@wbcap.net
jbgauzere@wbfinance.com
thomas.middendorf@wbm-am.de
cwebb@wcbarksdale.com
draja@wcbarksdale.com
fpuryear@wcbarksdale.com
tcarpenter@wcbarksdale.com
herendp@wclabs.com
brian.canion@wcmadvisors.com
chris.andress@wcmadvisors.com
elana.russell@wcmadvisors.com
joyce.chiang@wcmadvisors.com
kevin.loucks@wcmadvisors.com
kristi.guay@wcmadvisors.com
linda.selegue@wcmadvisors.com
mark.little@wcmadvisors.com
michael.cheung@wcmadvisors.com
patricia.elmer@wcmadvisors.com
paul.ravetta@wcmadvisors.com
peter.bury@wcmadvisors.com
karyn.ishler@wdr.com
abalestrieri@wdwitter.com
autterman@wdwitter.com
dianen@wdwitter.com
jverdis@wdwitter.com
mwitter@wdwitter.com
nstuebe@wdwitter.com
ptsu@wdwitter.com
rgreulich@wdwitter.com
sdlanders@wdwitter.com
tbarrens@wdwitter.com
tbyrne@wdwitter.com
alexlaux@web.de
erich.marquart@web.de
ais.research@weberbank.de
denis.kahl@weberbank.de
dirk.ruettgers@weberbank.de
ingo.klamroth@weberbank.de

soeren.wiedau@weberbank.de
thomas.meissner@weberbank.de
aerickson@websterbank.com
akocay@websterbank.com
bbernabe@websterbank.com
bwandelmaier@websterbank.com
cmartin@websterbank.com
cpanasci@websterbank.com
dbirulin@websterbank.com
drosato@websterbank.com
eahjerpe@websterbank.com
fmilley@websterbank.com
gbruhn@websterbank.com
hjung@websterbank.com
jbond@websterbank.com
jdalton@websterbank.com
jgilsenan@websterbank.com
jli@websterbank.com
jpalmer@websterbank.com
jplush@websterbank.com
kmccutcheon@websterbank.com
kpartesano@websterbank.com
ldevey@websterbank.com
lsweeney@websterbank.com
nlosek@websterbank.com
nmarchetti@websterbank.com
nolson@websterbank.com
rkostraba@websterbank.com
rsforza@websterbank.com
ssmith@websterbank.com
tmangan@websterbank.com
towens@websterbank.com
allan.johnston@wedbush.com
chuck.kuechler@wedbush.com
daryl.david@wedbush.com
david.seymour@wedbush.com
dyan.sotelo@wedbush.com
ed.carlson@wedbush.com
jon.workman@wedbush.com
madeline.matias@wedbush.com
mark.germond@wedbush.com
michael.sims@wedbush.com
vincent.moy@wedbush.com
mark.taylor@wedbushbank.com
pleischner@wella.de
ppielmeyer@wella.de
jennifer.breese@wellfargo.com
hwang@wellilngton.com
aacanty@wellington.com
aairving@wellington.com
aamullins@wellington.com
ababson@wellington.com
abasi@wellington.com
acfisher@wellington.com
acgallo@wellington.com
achall@wellington.com
achugh@wellington.com
acmoran@wellington.com
acneedham@wellington.com
acnicolaou@wellington.com

aehug@wellington.com
agelhausen@wellington.com
agitnik@wellington.com
agupta@wellington.com
agzaldastani@wellington.com
ahgao@wellington.com
ahillfelder@wellington.com
ahughes@wellington.com
akfinger@wellington.com
akhaitan@wellington.com
akholden@wellington.com
albirardar@wellington.com
alchen@wellington.com
aldurant@wellington.com
alkaplan@wellington.com
amchetoukhina@wellington.com
amcorry@wellington.com
amfisher@wellington.com
apaone@wellington.com
apartani@wellington.com
aplam@wellington.com
ardesai@wellington.com
arheiskell@wellington.com
arkohler@wellington.com
asdriansky@wellington.com
asheisler@wellington.com
asmall@wellington.com
assareen@wellington.com
atoirac@wellington.com
atrabocchi@wellington.com
avarvak@wellington.com
avianello@wellington.com
avlajinac@wellington.com
ayfong@wellington.com
azepstein@wellington.com
bathompson@wellington.com
baypondgrp@wellington.com
bcavazos@wellington.com
bdoherty@wellington.com
bdverrecchia@wellington.com
belogan@wellington.com
bgeorge@wellington.com
bglazer@wellington.com
bjmatthews@wellington.com
bjpowers@wellington.com
bjswords@wellington.com
bkwallenmeyer@wellington.com
bmgarvey@wellington.com
bmritter@wellington.com
bmrosenbaum@wellington.com
bnguyen@wellington.com
bnsinger-scott@wellington.com
bnswanson@wellington.com
bphan@wellington.com
brmurray@wellington.com
bsantiago@wellington.com
bssohn@wellington.com
bstoesser@wellington.com
btbrown@wellington.com
btoconnor@wellington.com

bwhastreiter@wellington.com
bwoolmington@wellington.com
bwoolminton@wellington.com
bwzink@wellington.com
bzmeunier@wellington.com
cacoutinho@wellington.com
cagainey@wellington.com
caheckscher@wellington.com
cajones@wellington.com
camadill@wellington.com
canicholson@wellington.com
cargyle@wellington.com
casmith@wellington.com
castewart@wellington.com
cchace@wellington.com
ccmartin@wellington.com
cdnorton@wellington.com
cdperry@wellington.com
cdzindler@wellington.com
cefanning@wellington.com
cefleming@wellington.com
cemartin@wellington.com
cfercolino@wellington.com
cfuchs@wellington.com
cgoodman@wellington.com
cgrohe@wellington.com
cjmccarthy@wellington.com
cjnorton@wellington.com
cjtringali@wellington.com
clcrosby@wellington.com
clgootkind@wellington.com
clleow@wellington.com
cmbreen@wellington.com
cmcrimaldi@wellington.com
cmdacosta@wellington.com
cmlopez@wellington.com
cmmylod@wellington.com
cmnatale@wellington.com
cmorales@wellington.com
cmrivas@wellington.com
cmulhern@wellington.com
cprotzko@wellington.com
crconway@wellington.com
crpouillart@wellington.com
cstaehly@wellington.com
csteachout@wellington.com
dachang@wellington.com
dacollins@wellington.com
dasiegle@wellington.com
david.palmisano@wellington.com
dbdubard@wellington.com
dbmarshak@wellington.com
dcandida@wellington.com
dccushing@wellington.com
dcmoore@wellington.com
dcnordin@wellington.com
ddo@wellington.com
deshahmoon@wellington.com
dgoddeau@wellington.com
dgorovitz@wellington.com

| | | |
|---|---|---|
| dguerrero@wellington.com | fdcatrickes@wellington.com | jfcahill@wellington.com |
| djelliott@wellington.com | fjboggan@wellington.com | jfkelkel@wellington.com |
| djfitzpatrick@wellington.com | flee@wellington.com | jfmarvan@wellington.com |
| djkeene@wellington.com | fteixeira@wellington.com | jfox@wellington.com |
| djkilbride@wellington.com | fvwisneski@wellington.com | jfrice@wellington.com |
| djpozen@wellington.com | gakim@wellington.com | jgbullion@wellington.com |
| dkim@wellington.com | gaross@wellington.com | jgcarter@wellington.com |
| dknoll@wellington.com | gavincenzo@wellington.com | jglionna@wellington.com |
| dkramer@wellington.com | gbhardwaj@wellington.com | jgood@wellington.com |
| dlallinson@wellington.com | gdpool@wellington.com | jhschwartz@wellington.com |
| dlherlihy@wellington.com | ggallison@wellington.com | jhshakin@wellington.com |
| dlkaschub@wellington.com | ggianarikas@wellington.com | jjash@wellington.com |
| dmaclary@wellington.com | gjgarabedian@wellington.com | jjbalboni@wellington.com |
| dmgrzywacz@wellington.com | gjkochanski@wellington.com | jkhng@wellington.com |
| dmneubert@wellington.com | gjwilson@wellington.com | jkostohryz@wellington.com |
| dmukhin@wellington.com | glacek@wellington.com | jlavender@wellington.com |
| dmurphy@wellington.com | gleblanc@wellington.com | jlee@wellington.com |
| dphannafin@wellington.com | gmgoldman@wellington.com | jlkripke@wellington.com |
| dpowell@wellington.com | gpfrasca@wellington.com | jlnettesheim@wellington.com |
| drdaly@wellington.com | gptucker@wellington.com | jlydotes@wellington.com |
| drfassnacht@wellington.com | grlawrence@wellington.com | jmberger@wellington.com |
| dskoko@wellington.com | gtbauer@wellington.com | jmberteaux@wellington.com |
| dspope@wellington.com | gvondrashek@wellington.com | jmgoins@wellington.com |
| dstunnell@wellington.com | heduffy@wellington.com | jmhynes@wellington.com |
| dtdwyer@wellington.com | hgbender@wellington.com | jmkelliher@wellington.com |
| dwbarnard@wellington.com | hhuang@wellington.com | jmlangton@wellington.com |
| eashea@wellington.com | hlalva@wellington.com | jmorton@wellington.com |
| ebpealman@wellington.com | horloff@wellington.com | jmoschitz@wellington.com |
| ecgriffin@wellington.com | hsoykan@wellington.com | jnberg@wellington.com |
| eclandsiedel@wellington.com | hwhiles@wellington.com | jnmordy@wellington.com |
| ecronin@wellington.com | ichanana@wellington.com | jparker@wellington.com |
| ecvigsnes@wellington.com | igarcia@wellington.com | jphoffman@wellington.com |
| edhall@wellington.com | irlink@wellington.com | jphoffmann@wellington.com |
| eemcevoy@wellington.com | jaboselli@wellington.com | jrroberts@wellington.com |
| efjeffries@wellington.com | jahorowitz@wellington.com | jrryan@wellington.com |
| eiraniparast@wellington.com | jalord@wellington.com | jsansome@wellington.com |
| ejdoherty@wellington.com | jaramos@wellington.com | jsblout@wellington.com |
| ejkleinerman@wellington.com | jarome@wellington.com | jscurran@wellington.com |
| ejouellette@wellington.com | jarullo@wellington.com | jshafer@wellington.com |
| ejshapiro@wellington.com | jbarlow@wellington.com | jsnaidu@wellington.com |
| ejtateosian@wellington.com | jbevilacqua@wellington.com | jsoukas@wellington.com |
| ekhmelnik@wellington.com | jcashe@wellington.com | jspeterson@wellington.com |
| elee@wellington.com | jcbouchard@wellington.com | jstephan@wellington.com |
| elmeyi@wellington.com | jceastman@wellington.com | jthomson@wellington.com |
| emingle@wellington.com | jchen@wellington.com | jttan@wellington.com |
| emrice@wellington.com | jcheng@wellington.com | jvalentino@wellington.com |
| eomalley@wellington.com | jchung@wellington.com | jvpalowich@wellington.com |
| epbousa@wellington.com | jcjensen@wellington.com | jwagenseller@wellington.com |
| ephamilton@wellington.com | jckeogh@wellington.com | jwcoffey@wellington.com |
| epowens@wellington.com | jcotoole@wellington.com | jwheuer@wellington.com |
| epsalazar@wellington.com | jcronin@wellington.com | jwjeong@wellington.com |
| ereznik@wellington.com | jcsaboliauskas@wellington.com | jwvalone@wellington.com |
| erking@wellington.com | jdacosta@wellington.com | jyin@wellington.com |
| erlambi@wellington.com | jdhawan@wellington.com | jykim@wellington.com |
| ertumasz@wellington.com | jdwek@wellington.com | jyoh@wellington.com |
| esgrace@wellington.com | jekim@wellington.com | jywang@wellington.com |
| estromquist@wellington.com | jesimkin@wellington.com | jzhou@wellington.com |
| etroutman@wellington.com | jespinoza@wellington.com | kabrams@wellington.com |
| ewwebb@wellington.com | jessica.upchurch@wellington.com | kaloring@wellington.com |
| eyeo@wellington.com | jfaverill@wellington.com | kamcluskey@wellington.com |

| | | |
|---|---|---|
| kamignault@wellington.com | mchand@wellington.com | mtabbott@wellington.com |
| kamolino@wellington.com | mctaylor@wellington.com | mtlynch@wellington.com |
| kaoshea@wellington.com | mcwitherell@wellington.com | mtmasdea@wellington.com |
| kdence@wellington.com | mdemarco@wellington.com | mtstover@wellington.com |
| kebandtel@wellington.com | mdflanagan@wellington.com | mvandersen@wellington.com |
| kejackson@wellington.com | mdhudson@wellington.com | mvmckee@wellington.com |
| kelorincz@wellington.com | mdmandel@wellington.com | mvpike@wellington.com |
| kespelman@wellington.com | mdrawding@wellington.com | mwhasib@wellington.com |
| kewhite@wellington.com | meabularach@wellington.com | nabuhoff@wellington.com |
| kfreytag@wellington.com | mecarroll@wellington.com | nacarpentier@wellington.com |
| khgrimes@wellington.com | mel-husseini@wellington.com | naltieri@wellington.com |
| khyap@wellington.com | memaclachlan@wellington.com | nbboullet@wellington.com |
| kiwai@wellington.com | memegargel@wellington.com | nbooth@wellington.com |
| kjmayer@wellington.com | menunez@wellington.com | nelfner@wellington.com |
| klabrams@wellington.com | mestabrook@wellington.com | nghajar@wellington.com |
| klaud@wellington.com | mestack@wellington.com | nkofman@wellington.com |
| kmbarry@wellington.com | mfallon@wellington.com | nlirette@wellington.com |
| kmcdowell@wellington.com | mfgarrett@wellington.com | nmchoumenkovitch@wellington.com |
| kmiyazaki@wellington.com | mgbaker@wellington.com | nmjackman@wellington.com |
| kplinska@wellington.com | mhansbury@wellington.com | nmlam@wellington.com |
| kprowell@wellington.com | mhbosworth@wellington.com | nnitisusanta@wellington.com |
| kshishimi@wellington.com | mhnat@wellington.com | noelf@wellington.com |
| ksking@wellington.com | mhsullivan@wellington.com | npundavia@wellington.com |
| ktburns@wellington.com | miford@wellington.com | nsiddiqui@wellington.com |
| ktwilliams@wellington.com | mjbeckwith@wellington.com | nslevy@wellington.com |
| kwilliams@wellington.com | mjbirmingham@wellington.com | ntuteja@wellington.com |
| labaumann@wellington.com | mjmaresco@wellington.com | nusiyama@wellington.com |
| lagabriel@wellington.com | mjmcgonagle@wellington.com | oafalase@wellington.com |
| lakeady@wellington.com | mjsager@wellington.com | pacoleman@wellington.com |
| laparrington@wellington.com | mjwandimi@wellington.com | pasummerville@wellington.com |
| laschultz@wellington.com | mkbatgos@wellington.com | pblain@wellington.com |
| laweir@wellington.com | mkbittar@wellington.com | pbreault@wellington.com |
| lcao@wellington.com | mkobayashi@wellington.com | pemarrkand@wellington.com |
| lchabrier@wellington.com | mkoide@wellington.com | pfisher@wellington.com |
| lching@wellington.com | mkpiccuiro@wellington.com | pgartin@wellington.com |
| lclark@wellington.com | mkpiccuirro@wellington.com | pgmcpherson@wellington.com |
| lesaba@wellington.com | mlcillan@wellington.com | pgoodstadt@wellington.com |
| lfpohlman@wellington.com | mlevitzky@wellington.com | phperelmuter@wellington.com |
| lhenao@wellington.com | mlhong@wellington.com | pihiggins@wellington.com |
| lhshortsleeve@wellington.com | mlneft@wellington.com | pmahn@wellington.com |
| ljkeene@wellington.com | mlobue@wellington.com | pmtraquina@wellington.com |
| ljsardone@wellington.com | mmahdasian@wellington.com | prkulkarni@wellington.com |
| lkchong@wellington.com | mmcosta@wellington.com | psalniker@wellington.com |
| lkshah@wellington.com | mmgeorge@wellington.com | psun@wellington.com |
| lktan@wellington.com | mmwalsh@wellington.com | pwcarpi@wellington.com |
| lli@wellington.com | mnviviano@wellington.com | pwruedi@wellington.com |
| llsmith@wellington.com | mpdigregorio@wellington.com | rabruno@wellington.com |
| lmlynch@wellington.com | mpmiller@wellington.com | radrogue@wellington.com |
| lpzhong@wellington.com | mpryshlak@wellington.com | ramrhein@wellington.com |
| lshea@wellington.com | mpshumway@wellington.com | ranagle@wellington.com |
| lsthrift@wellington.com | mrodier@wellington.com | rawurster@wellington.com |
| lthill@wellington.com | msato@wellington.com | rbcawley@wellington.com |
| lwang@wellington.com | msbakshi@wellington.com | rcheung@wellington.com |
| mabutler@wellington.com | mschwab@wellington.com | rcsykes@wellington.com |
| maflaherty@wellington.com | msgignac@wellington.com | rdburn@wellington.com |
| maneely@wellington.com | mslacamera@wellington.com | rdrands@wellington.com |
| mawhitaker@wellington.com | msmakivic@wellington.com | rdsykes@wellington.com |
| mayarger@wellington.com | msrikantaiah@wellington.com | rejustice@wellington.com |
| mbiggi@wellington.com | mstrzepka@wellington.com | rfhayes@wellington.com |
| mceverett@wellington.com | msznajer@wellington.com | rfuhrman@wellington.com |

rgmohan@wellington.com
rgrubbs@wellington.com
rjbarrett@wellington.com
rjfaro@wellington.com
rjfreniere@wellington.com
rjiang@wellington.com
rjkaye@wellington.com
rjmoro@wellington.com
rjthurston@wellington.com
rkhoffman@wellington.com
rkrishnan@wellington.com
rlalexander@wellington.com
rlderesiewicz@wellington.com
rlevans@wellington.com
rmarsjanik@wellington.com
rmzdunczyk@wellington.com
rpmeagher@wellington.com
rpmelanson@wellington.com
rrpatel@wellington.com
rsdynan@wellington.com
rsmurphy@wellington.com
rtcrawford@wellington.com
rteixeira@wellington.com
rvdyer@wellington.com
rwlangway@wellington.com
saabramowitz@wellington.com
sagorman@wellington.com
salangone@wellington.com
sandymehta@wellington.com
sapons@wellington.com
sarichter@wellington.com
sasardinha@wellington.com
sasoderberg@wellington.com
sbogiony@wellington.com
scangeli@wellington.com
scbearce@wellington.com
schakravarthy@wellington.com
sdzaleski@wellington.com
senelson@wellington.com
sesimpson@wellington.com
sevickers@wellington.com
sfbrown@wellington.com
sfpedersen@wellington.com
sgao@wellington.com
sgaya@wellington.com
sgkovacs@wellington.com
sgopalraman@wellington.com
shenry@wellington.com
sistjohn@wellington.com
sjboxer@wellington.com
sjpannell@wellington.com
sjplace@wellington.com
sjsturtevant@wellington.com
skennedy@wellington.com
slcastonguay@wellington.com
slmole@wellington.com
slopez@wellington.com
slouyang@wellington.com
slstefany@wellington.com
slutzinger@wellington.com

smelliott@wellington.com
smfanning@wellington.com
smharrington@wellington.com
smhayes@wellington.com
smillan@wellington.com
smkammann@wellington.com
smlaplante@wellington.com
smleonard@wellington.com
smortimer@wellington.com
smpike@wellington.com
so'halloran@wellington.com
srhart@wellington.com
srmay@wellington.com
srsinger@wellington.com
sshah@wellington.com
ssingh@wellington.com
ssmayhugh@wellington.com
stirons@wellington.com
stobrien@wellington.com
svchivukula@wellington.com
taggart@wellington.com
tdhaney@wellington.com
tdscribner@wellington.com
teconnolly@wellington.com
tesmith@wellington.com
tfbourell@wellington.com
tgmckinnon@wellington.com
tizuta@wellington.com
tjane@wellington.com
tjayne@wellington.com
tjcoleman@wellington.com
tjmccarthy@wellington.com
tjmccormack@wellington.com
tjmeidhof@wellington.com
tkamimura@wellington.com
tkamo@wellington.com
tlcancelarich@wellington.com
tlee@wellington.com
tlevering@wellington.com
tlong@wellington.com
tlpappas@wellington.com
tnmanning@wellington.com
tnpickering@wellington.com
tpappas@wellington.com
tseveritt@wellington.com
tshasta@wellington.com
twbaxter@wellington.com
twegan@wellington.com
twleung@wellington.com
vbacheller@wellington.com
vegannae@wellington.com
vmdiamond@wellington.com
vmtrojan@wellington.com
vmurthy@wellington.com
vpetrov@wellington.com
vsingh@wellington.com
wadoyle@wellington.com
wdgoldenthal@wellington.com
wdiianni@wellington.com
wflynn@wellington.com

whparker@wellington.com
wjfoley@wellington.com
wjhannigan@wellington.com
wli@wellington.com
wlwrightson@wellington.com
wmcromwell@wellington.com
wmogrodnick@wellington.com
wnbooth@wellington.com
wreckmeyer@wellington.com
xxia@wellington.com
yapan@wellington.com
yiwang@wellington.com
yiyu@wellington.com
ylu@wellington.com
ypmodak@wellington.com
yxwang@wellington.com
yyang@wellington.com
jquinn@wellingtonmgt.com
ajshilling@wellmanage.com
amkillian@wellmanage.com
asoffit@wellmanage.com
btmcgill@wellmanage.com
ctfreeman@wellmanage.com
dgmurray@wellmanage.com
dtdwyer@wellmanage.com
dwpalmer@wellmanage.com
jjohara@wellmanage.com
jrryan@wellmanage.com
mcarmen@wellmanage.com
mchally@wellmanage.com
nbgreene@wellmanage.com
przepf@wellmanage.com
rcdaigle@wellmanage.com
rscherfke@wellmanage.com
scconcannon@wellmanage.com
smtremble@wellmanage.com
spglendon@wellmanage.com
sshan@wellmanage.com
tskramstad@wellmanage.com
wfwanner@wellmanage.com
brad@wells.com
matt@wells.com
need@wells.com
jhullar@wellsbrokerage.com
acragg@wellscap.com
alex.basman@wellscap.com
alison.shimada@wellscap.com
allengr@wellscap.com
andrew.greenberg@wellscap.com
atrachte@wellscap.com
bmulliga@wellscap.com
bridget.a.powers@wellscap.com
casas@wellscap.com
chalida.meas@wellscap.com
chantrac@wellscap.com
choup@wellscap.com
darek.j.martin@wellscap.com
david.brandmire@wellscap.com
david.hand@wellscap.com
dean.meddaugh@wellscap.com

| | | |
|---|---|---|
| debra.delsecco@wellscap.com | weaverje@wellscap.com | connie.ou@wellsfargo.com |
| dermott.g.larkin@wellscap.com | whiteal@wellscap.com | cory.darr@wellsfargo.com |
| douglas.gregor@wellscap.com | william.stevens@wellscap.com | cowdenw@wellsfargo.com |
| douglas.n.pratt@wellscap.com | wisniews@wellscap.com | craig.allen@wellsfargo.com |
| elaine.tse@wellscap.com | adam.bordner@wellsfargo.com | dana.chesterman@wellsfargo.com |
| frank.chiang@wellscap.com | adam.wilkie@wellsfargo.com | dana.stephens@wellsfargo.com |
| george.matthews@wellscap.com | alan.mckenney@wellsfargo.com | daniel.l.lee@wellsfargo.com |
| hansense@wellscap.com | alexander.kalkanis@wellsfargo.com | darryl.f.hannington@wellsfargo.com |
| ilan.weiss@wellscap.com | alisa.w.hsieh@wellsfargo.com | david.bialzak@mortgage.wellsfargo.com |
| irenen@wellscap.com | allen.ayvazian@wellsfargo.com | david.d.sylvester@wellsfargo.com |
| james.w.paulsen@wellscap.com | amy.z.bracken@wellsfargo.com | david.grijalva@wellsfargo.com |
| jarad.vasquez@wellscap.com | anderjr@wellsfargo.com | david.hogenkamp@mortgage.wellsfargo.com |
| jbcraig@wellscap.com | andrew.peskin@mortgage.wellsfargo.com | david.l.navarre@wellsfargo.com |
| jimieram@wellscap.com | andrew.tennant@wellsfargo.com | dayalj@wellsfargo.com |
| joel.carlson@wellscap.com | angela.freeman@wellsfargo.com | dennis.l.nelson@wellsfargo.com |
| john.peetz@wellscap.com | angela.guller@mortgage.wellsfargo.com | dennis.lui@wellsfargo.com |
| jonathan.r.terry@wellscap.com | angiusd@wellsfargo.com | derek.hine@wellsfargo.com |
| jschristensen@wellscap.com | anthony.r.winkeler@wellsfargo.com | diane.k.veltri@wellsfargo.com |
| kazanchv@wellscap.com | arreolan@wellsfargo.com | dominic.marshall@wellsfargo.com |
| kirk.hartman@wellscap.com | attardo@wellsfargo.com | duvallm@wellsfargo.com |
| kirstin.a.pumper@wellscap.com | banlawim@wellsfargo.com | earl.takasaki@wellsfargo.com |
| kochs@wellscap.com | barbara.s.brett@wellsfargo.com | edna.rodriguez@wellsfargo.com |
| kokoszka@wellscap.com | barbara.wintemberg@mortgage.wellsfargo.com | elopez@wellsfargo.com |
| linda.o'brian@wellscap.com | becky.poyser@wellsfargo.com | eric.b.backer@wellsfargo.com |
| lindsey.b.wilde@wellscap.com | benjamin.m.calhoun@wellsfargo.com | evansart@wellsfargo.com |
| madeline.y.wu@wellscap.com | bill.zuro@wellsfargo.com | evansdw@wellsfargo.com |
| marie.chandoha@wellscap.com | bob.muske@mortgage.wellsfargo.com | fianne.chen@wellsfargo.com |
| matt.steadman@wellscap.com | bonillaj@wellsfargo.com | fkoster@wellsfargo.com |
| matthew.a.grimes@wellscap.com | bonnie.b.newman@wellsfargo.com | franz.seow@wellsfargo.com |
| maulik.bhansali@wellscap.com | book@wellsfargo.com | frmoreno@wellsfargo.com |
| melanie.santos@wellscap.com | boscoec@wellsfargo.com | froebjn@wellsfargo.com |
| melvillt@wellscap.com | boveet@wellsfargo.com | garth.wahlberg@wellsfargo.com |
| mike.j.nelson@wellscap.com | brad.davis@wellsfargo.com | gary.westphal@wellsfargo.com |
| mike.mcdougall@wellscap.com | bradley.g.spartz@wellsfargo.com | genevieve.ramsay@wellsfargo.com |
| mike.volberding@wellscap.com | brent.eckhoff@wellsfargo.com | gishm@wellsfargo.com |
| mira.l.park@wellscap.com | brent.hemminghaus@wellsfargo.com | glenn.e.johnson@wellsfargo.com |
| mseeman@wellscap.com | brett.stein@wellsfargo.com | greg.genung@wellsfargo.com |
| nichole.hammond@wellscap.com | brian.a.smith@wellsfargo.com | greg.lavallee@wellsfargo.com |
| omalley@wellscap.com | brian.d.krum@wellsfargo.com | greg.t.maddox@wellsfargo.com |
| peter.i.shih@wellscap.com | brian.i.hsieh@wellsfargo.com | hakan.beygo@wellsfargo.com |
| riveraj@wellscap.com | brian.r.landy@wellsfargo.com | hal.kotowsky@wellsfargo.com |
| rmangels@wellscap.com | bruce.saldinger@wellsfargo.com | halea@wellsfargo.com |
| robert.chuck@wellscap.com | bryan.r.mead@wellsfargo.com | harkend@wellsfargo.com |
| ryan.mcreynolds@wellscap.com | byersk@wellsfargo.com | henry.naah@wellsfargo.com |
| satomi.matsumoto@wellscap.com | c.david.allman@wellsfargo.com | hhermann@wellsfargo.com |
| sbrady@wellscap.com | callahaj@wellsfargo.com | highsmj@wellsfargo.com |
| schaffsu@wellscap.com | carhidrj@wellsfargo.com | hiren.r.patel@wellsfargo.com |
| sean.dunne@wellscap.com | carla.chayet@wellsfargo.com | hobie.hodge@wellsfargo.com |
| sean.mcginnis@wellscap.com | carla.l.clement@wellsfargo.com | holly.tillman@wellsfargo.com |
| sebrell@wellscap.com | carlos.v.quimbo@wellsfargo.com | hopkindl@wellsfargo.com |
| smithsco@wellscap.com | cary.immesoete@wellsfargo.com | howard.chak@wellsfargo.com |
| ssayer@wellscap.com | casas@wellsfargo.com | hsumarj@wellsfargo.com |
| steve.ricks@wellscap.com | cheryl.j.rosen@mortgage.wellsfargo.com | hughesc@wellsfargo.com |
| terry.goode@wellscap.com | chewja@wellsfargo.com | jack.ahlert@wellsfargo.com |
| theresa.fennell@wellscap.com | chinlori@wellsfargo.com | jacobus.louw@wellsfargo.com |
| tiffanie.wong@wellscap.com | chinsw@wellsfargo.com | james.p.rutzen@wellsfargo.com |
| tony.ledergerber@wellscap.com | chris.c.gilbertson@wellsfargo.com | james.r.wetschka@wellsfargo.com |
| vicki.bryce@wellscap.com | chris.downey@wellsfargo.com | jamie.k.johnson@wellsfargo.com |
| walter.beveridge@wellscap.com | chris.jordan@mortgage.wellsfargo.com | janice.a.wallis@wellsfargo.com |
| waltonm@wellscap.com | cindyli@wellsfargo.com | jason.j.thelen@wellsfargo.com |

| | | |
|---|---|---|
| jay.fisher@wellsfargo.com | michael.d.miller@wellsfargo.com | shen@wellsfargo.com |
| jeff.a.myers@wellsfargo.com | michael.dorsey@wellsfargo.com | sherwood.h.yuen@wellsfargo.com |
| jeff.morsman@wellsfargo.com | michael.strong@wellsfargo.com | sheryl.graf@wellsfargo.com |
| jennifer.vraney@wellsfargo.com | michael.w.shinners@wellsfargo.com | shewsjr@imc.wellsfargo.com |
| jeremy.r.goebel@wellsfargo.com | michelle.beattie@mortgage.wellsfargo.com | silas.l.matthies@wellsfargo.com |
| jeremy.stokes@wellsfargo.com | mike.castle@wellsfargo.com | sonja.j.rodine@wellsfargo.com |
| jerome.philpott@wellsfargo.com | mike.heid@wellsfargo.com | sonja.reed@wellsfargo.com |
| jesse.abraham@wellsfargo.com | mike.mcdougall@wellsfargo.com | sophia.l.talkington@wellsfargo.com |
| jim.e.dabroi@wellsfargo.com | mike.schlarman@wellsfargo.com | stephanie.christie@wellsfargo.com |
| joe.r.york@wellsfargo.com | mirandss@wellsfargo.com | steve.kuhns@wellsfargo.com |
| joe.white@wellsfargo.com | mjohnson@wellsfargo.com | steven.r.ashley@wellsfargo.com |
| johancla@wellsfargo.com | mohan.chellaswami@wellsfargo.com | steven.s.pfeiffer@wellsfargo.com |
| john.critchfield@wellsfargo.com | nagsa@wellsfargo.com | susan.hughes@wellsfargo.com |
| john.p.gibbons@wellsfargo.com | nancy.lederer@wellsfargo.com | susan.k.miller@wellsfargo.com |
| john.q.wang@wellsfargo.com | neil.dey@wellsfargo.com | tai.vu@wellsfargo.com |
| john.wong@wellsfargo.com | nelsone@wellsfargo.com | taorong.jiang@wellsfargo.com |
| jon.w.salmon@wellsfargo.com | newell@wellsfargo.com | thaiqu@wellsfargo.com |
| jonathan.gray@wellsfargo.com | noah.wise@wellsfargo.com | thomas.bellone@wellsfargo.com |
| joseph.g.mcmahon@wellsfargo.com | pamela.a.inghram@wellsfargo.com | thomas.oconnor@wellsfargo.com |
| josephine.jimenez@wellsfargo.com | patricia.bloom@wellsfargo.com | tim.covington@mortgage.wellsfargo.com |
| josh.d.bales@wellsfargo.com | patrick.greene@mortgage.wellsfargo.com | tim.kitt@mortgage.wellsfargo.com |
| karen.a.cheng@wellsfargo.com | patrick.seelen@wellsfargo.com | tim.l.musik@wellsfargo.com |
| karen.c.parrin@wellsfargo.com | paul.ardleigh@wellsfargo.com | tim.mankus@wellsfargo.com |
| karen.j.ekegren@wellsfargo.com | paul.h.sperling@wellsfargo.com | timothy.andrew@wellsfargo.com |
| kathy.faulkner@wellsfargo.com | paul.lockwood@imc.wellsfargo.com | tinglei@wellsfargo.com |
| kathy.sheng@wellsfargo.com | paul.y.hikichi@wellsfargo.com | todd.a.neils@wellsfargo.com |
| keith.j.hopkins@wellsfargo.com | peter.r.diliberti@wellsfargo.com | tom.potts@wellsfargo.com |
| kenny.earl@wellsfargo.com | philip.r.rice@wellsfargo.com | troy.ludgood@wellsfargo.com |
| kevin.penner@wellsfargo.com | polly.m.traer@wellsfargo.com | valerie.s.dahlman@wellsfargo.com |
| khambay.vankham@wellsfargo.com | pooja.rajput@wellsfargo.com | vlad.stavitskiy@wellsfargo.com |
| kimberly.e.ryan@wellsfargo.com | poonmo@wellsfargo.com | wardj@wellsfargo.com |
| lance.marx@wellsfargo.com | randy.angerhofer@wellsfargo.com | weiscaro@wellsfargo.com |
| larry.l.scholl@mortgage.wellsfargo.com | ray.wong@wellsfargo.com | weldonjc@wellsfargo.com |
| lasdenj@wellsfargo.com | raymond.k.tong@wellsfargo.com | wendy.a.willett@wellsfargo.com |
| laurie.r.white@wellsfargo.com | raymond.leffler@wellsfargo.com | will.jacobsen@wellsfargo.com |
| lawalice@wellsfargo.com | rebecca.j.norman@wellsfargo.com | william.r.posch@wellsfargo.com |
| leechris@wellsfargo.com | richard.d.mellin@wellsfargo.com | wladkomh@wellsfargo.com |
| leonard.austin@wellsfargo.com | rita.chu@wellsfargo.com | ying.hu@wellsfargo.com |
| leslie.e.paulson@wellsfargo.com | rob.cue@wellsfargo.com | young.cho@wellsfargo.com |
| lewsusank@wellsfargo.com | robert.g.smith@wellsfargo.com | zachary.tyler@wellsfargo.com |
| linda.m.barbeau@wellsfargo.com | robyn.haley@wellsfargo.com | merten.trautmann@wemam.com |
| liuj@wellsfargo.com | roderick.d.boothby@wellsfargo.com | brichmond@wesbanco.com |
| lynne.royer@wellsfargo.com | roger.w.adams@wellsfargo.com | piergallini@wesbanco.com |
| manila.sisamouth@wellsfargo.com | rosenbes@wellsfargo.com | ryoung@wesbanco.com |
| maria.t.fox@wellsfargo.com | ruben.avilez@wellsfargo.com | schmitt@wesbanco.com |
| marjorie.h.grace@wellsfargo.com | ryan.curdy@wellsfargo.com | bburrell@wescorp.org |
| mark.clegg@wellsfargo.com | ryan.e.lowe@wellsfargo.com | bchang@wescorp.org |
| mark.m.niles@wellsfargo.com | ryan.g.huckstorf@wellsfargo.com | beberhardt@wescorp.org |
| mark.munger@wellsfargo.com | sanderje@wellsfargo.com | bfrench@wescorp.org |
| mark.oman@wellsfargo.com | sanjay.roy@wellsfargo.com | chu@wescorp.org |
| mark.stanley@wellsfargo.com | santiagt@wellsfargo.com | dhuesch@wescorp.org |
| mark.w.goyne@wellsfargo.com | schlossg@wellsfargo.com | djohnston@wescorp.org |
| masontoa@wellsfargo.com | scott.chambers@wellsfargo.com | dparsons@wescorp.org |
| matt.ginsburg@wellsfargo.com | scott.grupe@wellsfargo.com | dthompson@wescorp.org |
| matthew.herron@wellsfargo.com | scott.quigley@wellsfargo.com | dtrinder@wescorp.org |
| maya.sarda@wellsfargo.com | scott.schwindt@wellsfargo.com | gchan@wescorp.org |
| megan.salb@wellsfargo.com | sedrick.tydus@wellsfargo.com | gsmithb@wescorp.org |
| meirg1@wellsfargo.com | senftan@wellsfargo.com | iyu@wescorp.org |
| michael.a.schaefer@wellsfargo.com | shannon.r.edgar@wellsfargo.com | jhamilton@wescorp.org |
| michael.c.bird@wellsfargo.com | sharkemw@wellsfargo.com | jthomas@wescorp.org |

jxue@wescorp.org
kcheng@wescorp.org
kgensler@wescorp.org
plin@wescorp.org
pschulten@wescorp.org
raraujo@wescorp.org
rdouglass@wescorp.org
srickert@wescorp.org
swaddell@wescorp.org
tlane@wescorp.org
vherman@wescorp.org
wrickert@wescorp.org
a.toorn@wessanen-hq.com
timothyweir@wessex.co.uk
carolinerogers@wessexam.co.uk
maisienicholls@wessexam.co.uk
peterchesterfield@wessexam.co.uk
richarddennis@wessexam.co.uk
alexis.renault@westam.de
andre.schlingloff@westam.com
andre_schaefer@westam.de
andreas.schipull@westam.com
bastian.gries@westam.com
christian.doppstadt@westam.com
christian.hantel@westam.com
christian.sobatta@westam.com
claudia.bengtson@westam.com
claudia.kleinherne@westam.com
claudia.trojca@westam.com
david.hays@westam.com
david.kroon@westam.com
eckhard.pflieger@westam.com
elke.hadenfeldt@westam.com
ernst.osiander@westam.com
frank.blass@westam.de
frank.richter@westam.com
guenther_welter@westam.de
gundula.oehlke@westam.com
heike_juergens@westam.com
henning.flender@westam.com
henning.lenz@westam.com
jan.pieterse@westam.com
jim.kellerse@westam.com
juergen.heinz@westam.com
karin.spletzer@westam.com
katrin_schneider@westam.de
kevin.spires@westam.com
lsheryl.hudson@westam.com
marc.siebel@westam.com
markus.ilg@westam.com
markus.knebel@westam.com
max.kircher@westam.com
michael.dobler@westam.com
michael.grunow@westam.com
michael.linden@westam.com
mike.willett@westam.com
natascha_finger@westam.de
natascha_kluike@westam.de
patrick.lyn@westam.com
peter-noel.schoemig@westam.com

raimund.saier@westam.com
sandra.tessarek@westam.com
stefan.braun@westam.com
stephanie.brennan@westam.com
susan.malone@westam.com
suzy.chapman@westam.com
tara.dierschke@westam.com
thomas.noack@westam.com
tim.frankenheim@westam.com
uwe.fuiten@westam.com
vanessa.schumack@westam.com
vanessa.shumack@westam.com
vikki.hanges@westam.com
vinay.sharma@westam.com
vinay_sharma@westam.com
walter.schepers@westam.com
yvonne.quintero@westam.com
brian.bock@westamerica.com
doug.young@westamerica.com
gcweirick@westcapinv.com
gedelstein@westcapinv.com
glweirick@westcapinv.com
jshaskon@westcapinv.com
kgorny@westcapinv.com
lmcguigan@westcapinv.com
pfisher@westcapinv.com
acormack@westernasset.co.uk
adiaz@westernasset.com
aewing@westernasset.com
ajagajeeranram@westernasset.co.uk
ajajoo@westernasset.com
akong@westernasset.com
alan.thetford@westernasset.com
alexei.koval@westernasset.com
alyng@westernasset.com
amack@westernasset.com
amardia@westernasset.com
amcclymonds@westernasset.com
amorberg@westernasset.com
amy.lieu@westernasset.com
amy.shim@westernasset.com
amy.tsao@westernasset.com
ann.chan@westernasset.com
aoganezov@westernasset.com
apace@westernasset.com
apatros@westernasset.com
areeves@westernasset.com
arvinder.chowdhary@westernasset.com
asanto@westernasset.com
awong@westernasset.com
ayukichae@westernasset.com
barbara.ferguson@westernasset.com
bbarrall@westernasset.com
bbertucci@westernasset.com
bedivierre.bagui@westernasset.com
benjamin.birnbaum@westernasset.com
bherkenhoff@westernasset.com
bhunsaker@westernasset.com
bjacoby@westernasset.com
bkeh@westernasset.com

bkhoo@westernasset.com
bmartin@westernasset.com
bmok@westernasset.com
bnoble@westernasset.com
brendan.bowman@westernasset.com
brian.t.giordano@westernasset.com
bspeiser@westernasset.com
bwongtrakool@westernasset.com
cbau@westernasset.com
cdiegelman@westernasset.com
cduff@westernasset.com
cecilia.fung@westernasset.com
ceichstaedt@westernasset.com
cgollmeier@westernasset.co.uk
charles.bardes@westernasset.com
chetna.mistry@westernasset.com
chlam@westernasset.com
christian.amantea@westernasset.com
christian.heller@westernasset.com
christine.dizon@westernasset.com
christopher.jacobs@westernasset.com
cifeacho@westernasset.co.uk
cjendra@westernasset.com
cjobling@westernasset.co.uk
cjong@westernasset.com
ckilpatrick@westernasset.com
cmatthews@westernasset.co.uk
cmedema@westernasset.com
cnavalta@westernasset.com
conor.christopher@westernasset.com
cpoon@westernasset.com
cschloss@westernasset.com
cshia@westernasset.com
csibley@westernasset.com
csu@westernasset.com
ctelling@westernasset.co.uk
cwelch@westernasset.com
cyee@westernasset.com
dalexander@westernasset.com
dalvarado@westernasset.com
daniel.wong@westernasset.com
david.shillaber@westernasset.com
dcheng@westernasset.com
ddeveies@westernasset.com
deandre.parks@westernasset.com
dfleet@westernasset.com
dgibson@westernasset.com
dheng@westernasset.com
dklein@westernasset.co.uk
dloebig@westernasset.com
dmcnamara@westernasset.com
dmitry.zolotarevsky@westernasset.com
dneary@westernasset.com
douglas.wade@westernasset.com
dplotsky@westernasset.com
dschlichter@westernasset.co.uk
dslogoff@westernasset.com
dsmith@westernasset.com
dwest@westernasset.co.uk
ecuellar@westernasset.com

edward.paulinski@westernasset.com
ehren.stanhope@westernasset.com
ekio.arai@westernasset.com
ekwon@westernasset.com
ema@westernasset.com
emoody@westernasset.com
eneumayer@westernasset.com
eramirez@westernasset.com
erecord@westernasset.com
eri.suzuoka@westernasset.com
eric.bush@westernasset.com
eric.stratmoen@westernasset.com
erin.b.olphert@westernasset.com
erobie@westernasset.com
erovetti@westernasset.com
esalim@westernasset.com
ewiller@westernasset.com
fjohnson@westernasset.com
fpoon@westernasset.com
frances.lee@westernasset.com.sg
frank.gao@westernasset.com
frederick.marki@westernasset.com
frederick.poon@westernasset.com
fredrik.walfridsson@westernasset.com
fusafumi.saito@westernasset.com
gbenoit@westernasset.com
gbound@westernasset.co.uk
gchin@westernasset.com
gcooper@westernasset.com
george.lee@westernasset.com
ggorman@westernasset.com
ghandler@westernasset.com
gkass@westernasset.com
gordon.chiu@westernasset.com
gparker@westernasset.co.uk
gpeeke@westernasset.com
grant.schick@westernasset.com
gslavin@westernasset.com
gyu@westernasset.com
hdoek@westernasset.co.uk
hiroshi.yumura@westernasset.com
hiroyuki.kimura@westernasset.com
hsafonoff@westernasset.com
hscott@westernasset.co.uk
hvu@westernasset.com
hyokota@westernasset.com
iabukhlal@westernasset.co.uk
iayala@westernasset.com
ideharo@westernasset.com
iedmonds@westernasset.co.uk
iharker@westernasset.com
ijustice@westernasset.com
irvin.lee@westernasset.com
ivo.iliev@westernasset.com
jarek.karpinski@westernasset.com
jasmith@westernasset.com
jcarieri@westernasset.com
jcarlson@westernasset.com
jchang@westernasset.com
jeff.vanschaick@westernasset.com

jeffrey.jones@westernasset.com
jellis@westernasset.com
jennifer.anderson@westernasset.com
jennifer.crane@westernasset.com
jessie.robinson@westernasset.com
jewald@westernasset.com
jflick@westernasset.com
jgibson@westernasset.com
jgreenan@westernasset.co.uk
jgregory@westernasset.com
jhartviksen@westernasset.com
jhirschmann@westernasset.com
jhuynh@westernasset.com
jibraev@westernasset.com
jin.kim@westernasset.com
jing.zhou@westernasset.com
jjlee@westernasset.com
jkatz@westernasset.com
jkim@westernasset.com
jmarquez@westernasset.com
jmatsui@westernasset.com
jmccourt@westernasset.com
jnewbery@westernasset.co.uk
jnuruki@westernasset.com
joanna.poon@westernasset.com
joel.dignadice@westernasset.com
john.hwang@westernasset.com
john.mooney@westernasset.com
joseph.genco@westernasset.com
jpark@westernasset.com
jramachandran@westernasset.com
jrowlinson@westernasset.co.uk
jsavarese@westernasset.com
jscholnick@westernasset.com
jsharpe@westernasset.com
jso@westernasset.com
julie.callahan@westernasset.com
julie.choi@westernasset.com
julius.charoensook@westernasset.com
jvnelson@westernasset.com
jwhincup@westernasset.co.uk
jziegler@westernasset.com
kailash.chhaya@westernasset.com
kazuto.doi@westernasset.com
kchang@westernasset.com
kcoffin@westernasset.com
kevin.faulcon@westernasset.com
kevin.gore@westernasset.com
kevin.kennedy@westernasset.com
kgardner@westernasset.com
khathirat@westernasset.com
kieran.hughes@westernasset.com
kleech@westernasset.com
kluna@westernasset.com
kly@westernasset.com
kmeidl@westernasset.com
kpoutre@westernasset.com
kritter@westernasset.com
ktran@westernasset.com
kumi.shinomiya@westernasset.com

kuyehara@westernasset.com
kyle.colburn@westernasset.com
landerson@westernasset.com
lawrence.daly@westernasset.com
lblanco@westernasset.com
lbouwhuis@westernasset.co.uk
lenero@westernasset.com
liam.lynch@westernasset.com
lterrones@westernasset.com
madams@westernasset.com
marco.avanzobarbieri@westernasset.com
marcos.collina@westernasset.com
margarita.blandon@westernasset.com
mari.ohnuki@westernasset.com
marie.pollerana@westernasset.com
mark.kimbrough@westernasset.com
mark.nigro@westernasset.com
martin.hanley@westernasset.com
masako.aoki@westernasset.com
mbuchanan@westernasset.com
mcampbell@westernasset.com
mcgraves@westernasset.com
mduda@westernasset.com
mhodges@westernasset.co.uk
mhsieh@westernasset.com
michael.bazdarich@westernasset.com
michael.bismark@westernasset.com
michael.danso@westernasset.com
michael.fine@westernasset.com
michael.herrera@westernasset.com
michael.jorgenson@westernasset.com
michael.kearney@westernasset.com
michele.mirabella@westernasset.com
midori.murata@westernasset.com
midori.omura@westernasset.com
miki.nagao@westernasset.com
mjackson@westernasset.co.uk
mlieberman@westernasset.com
mlindbloom@westernasset.com
mlooker@westernasset.co.uk
mmckenzie@westernasset.co.uk
molly.schwartz@westernasset.com
mpak@westernasset.com
msoussan@westernasset.com
mstory@westernasset.com
mvanraaphorst@westernasset.com
nkhosla@westernasset.com
nlieu@westernasset.com
nmatsui@westernasset.co.uk
nobuya.nemoto@westernasset.com
nsheth@westernasset.com
ntshua@westernasset.com
nyaroslavskiy@westernasset.com
o.alvarez@westernasset.com
olivier.asselin@westernasset.com
olivier.guipet@westernasset.com
osaeed@westernasset.co.uk
otto.dichtl@westernasset.com
parthapratim.chakraborty@westernasset.com
patrick.budden@westernasset.com

patrick.purington@westernasset.com
patrick.tan@westernasset.com
paulo.alexandrecaricati@westernasset.com
pbrandow@westernasset.com
pchandran@westernasset.com
peyre@westernasset.com
philip.foronda@westernasset.com
pierre.gurdal@westernasset.com
piyush.sahni@westernasset.com
pkendall@westernasset.com
polsen@westernasset.com
ppatel@westernasset.com
pstutz@westernasset.com
rakhee.popat@westernasset.com
ramici@westernasset.com
raymond.lee@westernasset.com
rbooth@westernasset.co.uk
rdotson@westernasset.com
reisenhauer@westernasset.com
rgarza@westernasset.com
rich.ghazarian@westernasset.com
rkouliev@westernasset.com
rledis@westernasset.com
rlundelius@westernasset.com
rmacphee@westernasset.com
rmass@westernasset.com
rmessina@westernasset.com
rnightingale@westernasset.co.uk
robert.abad@westernasset.com
robert.amodeo@westernasset.com
ronald.perry@westernasset.com
rshih@westernasset.com
rsnoke@westernasset.com
rsotter@westernasset.com
russell.grimwood@westernasset.co.uk
rvillanueva@westernasset.com
ryang@westernasset.com
ryi@westernasset.com
rzielonka@westernasset.com
sbang@westernasset.com
sbeatty@westernasset.com
sbisht@westernasset.com
schester@westernasset.co.uk
schuthari@westernasset.com
sdavis@westernasset.com
sdelarosa@westernasset.com
sfulton@westernasset.com
shanbo.tao@westernasset.com
shannon.chesnut@westernasset.com
shaun.ramcharitar@westernasset.com
shiori.takinami@westernasset.com
shuang@westernasset.com
sidney.santos@westernasset.com
sjohnson@westernasset.com
slin@westernasset.com
sluh@westernasset.com
smorrison@westernasset.com
spuodziunas@westernasset.com
srogan@westernasset.com
ssattarzadeh@westernasset.co.uk

stan@westernasset.com
stephen.cook@westernasset.com
stephen.sibley@westernasset.com
steven.delarosa@westernasset.com
stpark@westernasset.com
strepp@westernasset.com
sudha.sethuraman@westernasset.com
suguru.yasuno@westernasset.com
susan.signori@westernasset.com
swaps.operations@westernasset.com
takahiro.omura@westernasset.com
tcarr@westernasset.com
tgalloway@westernasset.com
thomas.hansen@westernasset.com
thomas.kwong@westernasset.com
thomas.miller@westernasset.com
tmcmahon@westernasset.com
tnallasamy@westernasset.com
togrady@westernasset.com
towers@westernasset.com
tpham@westernasset.com
traney@westernasset.com
tsettel@westernasset.com
tslight@westernasset.co.uk
ttint@westernasset.com
tvigna@westernasset.com
twoodhams@westernasset.co.uk
vacharya@westernasset.com
vbudinger@westernasset.com
vchavez@westernasset.com
victor.chu@westernasset.com
vidhu.aggarwal@westernasset.com
wilfred.wong@westernasset.com
william.quinones@westernasset.com
wkilcullen@westernasset.com
wmuller@westernasset.com
ybaguindoc@westernasset.com
yevgeniy.falkovich@westernasset.com
ykurosawa@westernasset.com
yping@westernasset.com
zahmed@westernasset.com
dpurcell@westernbank.com
g.meserole@westernworld.com
joekohmann@westfieldgrp.com
johnhaney@westfieldgrp.com
kevinfellman@westfieldgrp.com
ronaldstephonic@westfieldgrp.com
troygayle@westfieldgrp.com
agriffith@westgen.bm
adrian.burkhard@westhyp.de
andreas.cziborra@westhyp.de
peggy.flemming@westhyp.de
sylke.schaefer@westhyp.de
tobias.ilgen@westimmo.de
alexander.saur@westimmobank.com
andreas.nockel@westimmobank.de
heiko.dech@westimmobank.de
jan.maass@westimmobank.de
joachim.flasnoecker@westimmobank.de
juergen.mann@westimmobank.com

klaus.schreiner@westimmobank.com
alan_bookspan@westlb.com
alastair_neely@westlb.co.uk
alfonso_famiglietti@westlb.co.uk
ali_riza_incekara@westlb.co.uk
alina_gonzalez@westlb.com
alvaro_ballesteros@westlb.co.uk
amit_patel@westlb.co.uk
andreas_strate@westlb.de
andrew.saideman@westlb.com
andrew_tait@westlb.co.uk
angus_cameron@westlb.co.jp
anne-marie_corry@westlb.co.uk
anoop_manhas@westlb.co.uk
anthony_cheng@westlb.co.uk
anthony_lawlor@westlb.com
anthony_lofaso@westlb.com
antoine_baert@westlb.co.uk
anton_martin@westlb.co.uk
antonio.pagano@westlb.com
antonios.gemeliaris@westlb.com
araceli_munoz@westlb.co.uk
arminee_bowler@westlb.com
axel_jager@westlb.co.uk
barbara_abts@westlb.de
barry_groveman@westlb.com
bartlomiej_rutkowski@westlb.co.uk
bill_mccormick@westlb.com
bjoern_bauermeister@westlb.de
bjoern_erwart@westlb.de
bob_brown@westlb.com
bruno_bardavid@westlb.co.uk
candace_daly@westlb.co.uk
carrie_gensler@westlb.com
chris_case@westlb.co.uk
chris_mckenna@westlb.co.uk
christa_koenigstein@westlb.com
christian.schuetze@westlb.com
christian_grane@westlb.com
christian_schablitzki@westlb.de
christine_jacobsen@westlb.com
claire_mead@westlb.co.uk
claudia_neurath@westlb.de
claus_duelfer@westlb.de
clemens_krieg@westlb.de
cyril_derveloy@westlb.com
dagmar_lange@westlb.de
dan_mules@westlb.com
danny_carrasco@westlb.co.uk
darren_nolan@westlb.co.uk
david_brown@westlb.co.uk
david_gault@westlb.com
david_johnson@westlb.com
david_wagner@westlb.com
deedee_sklar@westlb.com
derek_mcgirt@westlb.com
derek_pattanakreingkrai@westlb.co.uk
dimitris_printzos@westlb.co.uk
dirk.krauth@westlb.de
dirk_van_hout@westlb.de

donna_button@westlb.co.uk
dr_m_vandenadel@westlb.de
efstathios_margonis@westlb.co.uk
ernst.benninghoven@westlb.de
fabian_vieth@westlb.com
festus_marinho@westlb.co.uk
florian_merkel@westlb.de
frank.neugebauer@westlb.lu
frank_eggers@westlb.de
frank_schuermann@westlb.de
fred_maus@westlb.com
futures_settlements@westlb.co.uk
g.ghiglieno@westlb.it
gary_o'connor@westlb.co.uk
gavin_doyle@westlb.co.uk
george_suspanic@westlb.com
gerd-henning.beck@westlb.lu
gerhard_roggemann@westlb.de
girish_narula@westlb.co.uk
glenn_davies@westlb.co.uk
gordon_bryant@westlb.com
grahame_pilcher@westlb.co.uk
gregory_faranello@westlb.com
guido_mundt@westlb.de
hagen-jens_braun@westlb.de
hans-josef_peusquens@westlb.de
herbert_jackel@westlb.de
hkg_apac_derivatives_processing_westlbhongkong
@westlb.com.hk
horst-kaspar.greven@westlb.com
iain_burnett@westlb.co.uk
ian_griffin@westlb.co.uk
ingo_wichelhaus@westlb.de
j.sengera@westlb.de
jacob_manczyk@westlb.com
james.neill@westlb.com
james_turner@westlb.co.uk
jane_harps@westlb.com
jarl_kristensen@westlb.de
jason_rosenthal@westlb.co.jp
jean_pierre_albin@westlb.co.uk
jennifer_tarozzi@westlb.com
jens-kristian.hoenen@westlb.com
jerry_long@westlb.co.uk
jing_min.li@westlb.com
jochen.kirst@westlb.com
joerg_brinkmann@westlb.co.uk
johannes.scheel@westlb.lu
john_geremia@westlb.com
john_penny@westlb.co.uk
johnathan_cheung@westlb.com
jonathan_glen@westlb.co.uk
jose_perez@westlb.com
joseph_carroll@westlb.com
joyce_taylor@westlb.co.uk
karl_bejasa@westlb.com
karl_eschelbach@westlb.com
kayvan_fateh-tehrani@westlb.com
keith_clement@westlb.co.uk
kerstin.koehler@westlb.de

kheil_mcintyre@westlb.com
klemens_breuer@westlb.de
kurt_vilio@westlb.co.uk
leon_vaysburd@westlb.com
leonardo_moreno@westlb.com
manfred_puffer@westlb.de
marc_j_cohen@westlb.com
marc_moehr@westlb.co.uk
marcel_morisse@westlb.co.uk
marcus_kramer@westlb.de
mardoche.assor@westlb.co.uk
margarita_roman-ramirez@westlb.com
mark.thompson@westlb.de
mark_lanspa@westlb.com
markus.maier@westlb.com
marni_joy@westlb.com
martin_stief@westlb.de
mathieu_rabiller@westlb.co.uk
matthew_bianco@westlb.com
matthew_leone@westlb.com
maureen_powell@westlb.com
maurizio_fazzari@westlb.de
melanie_struve@westlb.de
michael.pohr@westlb.lu
michael_antonicelli@westlb.com
michael_balzer@westlb.co.uk
michael_kraft@westlb.com
michael_mikolajczak@westlb.com
michael_renner@westlb.de
michael_stoelting@westlb.de
miguel_viani@westlb.com
mike_east@westlb.co.uk
mirko_panse@westlb.de
naomi_kirwan@westlb.co.uk
neil_colverd@westlb.co.uk
neil_young@westlb.co.uk
nick_field@westlb.co.uk
nigel_denison@westlb.co.uk
norbert_doerr@westlb.de
norberto_zaiet@westlb.com
olaf-alexander.priess@westlb.lu
olga_dadamatova@westlb.com
oliver.schleypen@westlb.com
patrick_okeefe@westlb.com
paul_edwards@westlb.co.uk
paul_heath@westlb.co.uk
paul_j.edwards@westlb.co.uk
paul_martin@westlb.com
peter_decrem@westlb.com
peter_dow@westlb.co.uk
peter_zafiris@westlb.com
philip_aspinall@westlb.com
philip_chu@westlb.co.jp
portfoliomanagement@westlb.lu
pui_chow@westlb.com
rafael_valbuena@westlb.co.uk
ralf.recktenwald@westlb.lu
ravi_nathan@westlb.co.uk
reiner_michels@westlb.de
richard_a_hill@westlb.co.uk

richard_c_hughes@westlb.co.uk
richard_neuman@westlb.com
robert.bourke@westlb.co.uk
robert_anzalone@westlb.com
robert_diforio@westlb.com
robert_dollery@westlb.co.uk
robert_stein@westlb.com
robert_wieser@westlb.com
ronnie_lawrence@westlb.co.uk
ruediger.lange@westlb.de
sanjay_bhasin@westlb.co.uk
sanjay_bhatt@westlb.com
scott_carr@westlb.co.uk
scott_wojie@westlb.com
sean_tully@westlb.com
sharif_islam@westlb.com
sharon_mcgarvey@westlb.com
shaun_williams@westlb.co.uk
sigrid.derichs@westlb.de
sigrid.nauss@westlb.de
simon_mcdonagh@westlb.co.uk
simon_wilkinson@westlb.co.uk
simone_erhardt@westlb.com
sofia_larsen@westlb.co.uk
stefan_boecker@westlb.de
stephan.kemper@westlb.de
stephan_plagemann@westlb.co.uk
stephen_piatkowski@westlb.com
steven_petrie@westlb.com
stuart_bennett@westlb.co.uk
stuart_frohmaier@westlb.co.uk
tara_moore@westlb.co.uk
terence_mark@westlb.com
thierry_nardon@westlb.de
thomas.keith@westlb.lu
thomas_irwin@westlb.com
thomas_reh@westlb.de
thomas_schrebel@westlb.com
thorsten_kanzler@westlb.de
tim_richards@westlb.co.uk
tim_sai_louie@westlb.co.uk
tom_lodge@westlb.co.uk
tony_baildon@westlb.co.jp
udo_bodewig@westlb.de
ulrich_corbach@westlb.de
victor_hong@westlb.com
vinit_patel@westlb.co.uk
volker_rheinfeld@westlb.de
walid_assaf@westlb.co.uk
wayne.foster@westlb.co.uk
wendy_ferguson@westlb.com
yoon_chang@westlb.com
markus_bolder@westlbpanmure.com
michael.trogisch@westlbpanmure.com
nils.becker@westlbpanmure.com
jan.friske@westlbtrust.com
darren.read@westmerchant.co.uk
lisa.rozario@westmerchant.co.uk
rsmith@westmiltonstatebank.com
ahector@westpac.com.au

| | | |
|---|---|---|
| alukas@westpac.com.au | plarson@wfgweb.com | blimpert@wharton.upenn.edu |
| anoll@westpac.com.au | skeenan@wfgweb.com | burnsl@wharton.upenn.edu |
| aramsay@westpac.com.au | talbrecht@wfgweb.com | choo@wharton.upenn.edu |
| bholman@westpac.com.au | peter.estlick@wfweb.com | colb@wharton.upenn.edu |
| bscammell@westpac.com.au | dshaw@wga.com | croninkc@wharton.upenn.edu |
| dblenkinsop@westpac.com.au | jchang@wga.com | czhang@wharton.upenn.edu |
| dhoney@westpac.com.au | jsmith@wga.com | dragesic@wharton.upenn.edu |
| dmalcom@westpac.com.au | mlewis@wga.com | eichlerl@wharton.upenn.edu |
| dtelfer@westpac.com.au | vidur.goel@wgsl.com | elas@wharton.upenn.edu |
| emilym@westpac.com.au | barella@wgtrading.com | farberlj@wharton.upenn.edu |
| fbalzer@westpac.com.au | bburnes@wgtrading.com | goldiesh@wharton.upenn.edu |
| gkopsiaftis@westpac.com.au | kmehrzad@wgtrading.com | grossad@wharton.upenn.edu |
| hkillen@westpac.com.au | rjaeger@wgtrading.com | hamet@wharton.upenn.edu |
| irankin@westpac.com.au | swalsh@wgtrading.com | hanhu@wharton.upenn.edu |
| jcarter@westpac.com.au | klaus.brachmann@wgv-online.de | hani@wharton.upenn.edu |
| jcleary@westpac.com.au | ralf.krott@wgv-online.de | headley@wharton.upenn.edu |
| jengel@westpac.com.au | diego.alvarez@wgz.de | hefty@wharton.upenn.edu |
| jshelbourne@westpac.co.au | andreas.mailaender@wgzbank.de | henryu@wharton.upenn.edu |
| lberetin@westpac.com | andreas.ziegler@wgzbank.de | hunterp@wharton.upenn.edu |
| lporter@westpac.com.au | bernd.roth@wgzbank.de | isuzuki@wharton.upenn.edu |
| mhawkins@westpac.com.au | conor.walley@wgzbank.ie | jamieg@wharton.upenn.edu |
| mhunt@westpac.com.au | geraldine.walsh@wgzbank.ie | jasoncd@wharton.upenn.edu |
| mjohn@westpac.com.au | patrick.gallagher@wgzbank.ie | joyyxu@wharton.upenn.edu |
| mstatham@westpac.com.au | robert.melvin@wgzbank.ie | jqc@wharton.upenn.edu |
| nfjalltoft@westpac.com.au | ruth.norton@wgzbank.ie | juheda@wharton.upenn.edu |
| nobrien@westpac.com.au | ulrich.schulze-ueding@wgzbank.de | kirstien@wharton.upenn.edu |
| noconnor@westpac.com.au | walter.schmidt@wgzbank.ie | kkliu@wharton.upenn.edu |
| nwaite@westpac.com.au | carsten.mack@wgz-bank.de | kylew@wharton.upenn.edu |
| pdavidson@westpac.com.au | christian.bree@wgz-bank.de | lclark@wharton.upenn.edu |
| phadden@westpac.com.au | christine.allmann@wgz-bank.de | linachan@wharton.upenn.edu |
| rconnolly@westpac.com.au | claus.stegemann@wgz-bank.de | lippinco@wharton.upenn.edu |
| rduff@westpac.com.au | drosario@wgz-bank.ie | meras@wharton.upenn.edu |
| sbensan@westpac.com.au | duc.nguyen@wgz-bank.de | mfaiella@wharton.upenn.edu |
| sonyajenkins@westpac.com.au | fokke-tann.paradies@wgz-bank.de | minglu@wharton.upenn.edu |
| targent@westpac.com.au | franco.scheil@wgz-bank.de | msanch@wharton.upenn.edu |
| tonysmith@westpac.com.au | heiko.fleer@wgz-bank.de | mutreja@wharton.upenn.edu |
| tstalker@westpac.com.au | holger.riedel@wgz-bank.de | nana@wharton.upenn.edu |
| wayne_bruce@westpac.co.nz | irvine@wgz-bank.ie | neillo@wharton.upenn.edu |
| michael.tyler@westshorefund.com | kavanagh@wgz-bank.ie | nkhoda@wharton.upenn.edu |
| twhaling@westunionbank.com | klaus.gehrmann@wgz-bank.de | nortonk@wharton.upenn.edu |
| brsperandeo@wewill4u.com | martin.koetter@wgz-bank.de | ntuteja@wharton.upenn.edu |
| jwood@wewill4u.com | metscher@wgz-bank.lu | phills@wharton.upenn.edu |
| aleksander.weiler@weyerhaeuser.com | michael.fink@wgz-bank.de | pille@wharton.upenn.edu |
| aly.kanji@weyerhaeuser.com | michael.frenzel@wgz-bank.de | pirrucce@wharton.upenn.edu |
| jeffrey.klein@weyerhaeuser.com | rainer.hagemann@wgz-bank.de | psavor@wharton.upenn.edu |
| laura.coen@weyerhaeuser.com | short@wgz-bank.ie | pshen@wharton.upenn.edu |
| nicki.wolfert@weyerhaeuser.com | somers@wgz-bank.ie | rafaelh@wharton.upenn.edu |
| william.stivers@weyerhaeuser.com | stefan.hein@wgz-bank.de | rakshitp@wharton.upenn.edu |
| cglick@wffoothill.com | stephan.hink@wgz-bank.de | rready@wharton.upenn.edu |
| abhiram.vijayasarathy@wfg.com | timon.lissel@wgz-bank.de | sai@wharton.upenn.edu |
| abigail.james@wfg.com | volker.bosch@wgz-bank.de | saikatc@wharton.upenn.edu |
| jason.baichtal@wfg.com | adewole@wharton.upenn.edu | saket.saurabh.wg09@wharton.upenn.edu |
| lily.yau@wfg.com | aedmans@wharton.upenn.edu | sarkar@wharton.upenn.edu |
| matthew.coleman@wfg.com | akouassi@wharton.upenn.edu | shanr@wharton.upenn.edu |
| crau@wfgweb.com | akronfol@wharton.upenn.edu | shawny@wharton.upenn.edu |
| dkoch@wfgweb.com | albornoz@wharton.upenn.edu | singhh@wharton.upenn.edu |
| kflynn@wfgweb.com | amarczak@wharton.upenn.edu | sjalan@wharton.upenn.edu |
| khendrickson@wfgweb.com | aminl@wharton.upenn.edu | souleles@wharton.upenn.edu |
| lcoffey@wfgweb.com | anily@wharton.upenn.edu | stal@wharton.upenn.edu |
| mmehl@wfgweb.com | apak2@wharton.upenn.edu | thardt@wharton.upenn.edu |

tingz@wharton.upenn.edu
toublan@wharton.upenn.edu
tumurd@wharton.upenn.edu
uranguma@wharton.upenn.edu
vrvikas@wharton.upenn.edu
weihan@wharton.upenn.edu
weihuaxu@wharton.upenn.edu
wtawornt@wharton.upenn.edu
yencheng@wharton.upenn.edu
anupam.batura@whartonco.com
caroline.velarde@whartonco.com
daniel.cook@whartonco.com
dave.shastri@whartonco.com
david_prosser@whartonco.com
gerard.hammond@whartonco.com
heath@whartonco.com
james.mccunn@whartonco.com
js.paley@whartonco.com
julio.arriaza@whartonco.com
mariano@whartonco.com
maurice.salem@whartonco.com
frank@whbhk.com
frankiewu@whbhk.com
honcheongwu@whbhk.com
kwokhingliu@whbhk.com
raymondwong@whbhk.com
suiwahchan@whbhk.com
akishore@whippoorwhillassociates.com
mlee@whippoorwhillassociates.com
mark_brown@whirlpool.com
bwalker@whitepinecapital.com
cbellows@whitepinecapital.com
dsenneseth@whitepinecapital.com
dtaft@whitepinecapital.com
jboylan@whitepinecapital.com
mwallace@whitepinecapital.com
psmith@whitepinecapital.com
bferguson@whitneybank.com
bogden@whitneybank.com
ghodlewsky@whitneybank.com
glowe@whitneybank.com
jgay@whitneybank.com
jmcelroy@whitneybank.com
lmcdougal@whitneybank.com
mdudley@whitneybank.com
nhunt@whitneybank.com
rfox@whitneybank.com
ssolomon@whitneybank.com
tfisher@whitneybank.com
wmurry@whitneybank.com
erichuen@whkbk.com
jacksonyuen@whkbk.com
ahowes@whummer.com
dcox@whummer.com
dmueller@whummer.com
dpoitras@whummer.com
jcorrenti@whummer.com
mdierkes@whummer.com
mmcmahon@whummer.com
trowland@whummer.com

fawcett.p@whv.com
g.isak@wieneritalia.com
p.masci@wieneritalia.com
andreas.kysela@wienerstadtwerke.at
allison.rea@wil.com
binahn@wil.com
dougb@wil.com
vincentn@wil.com
adams@willcap.com
burdeshaw@willcap.com
carl@willcap.com
coard@willcap.com
copeland@willcap.com
finkelstein@willcap.com
jones@willcap.com
levin@willcap.com
mcclearin@willcap.com
rwilliams@willcap.com
seidita@willcap.com
williams@willcap.com
malnak@willcapmanagement.com
owusu@willcapmanagement.com
paul@willcapmanagement.com
stclaire@willcapmanagement.com
tbc@willdolater.com
aamiry@williamblair.com
aanderson@williamblair.com
adesai@williamblair.com
aflynn@williamblair.com
ahezroni@williamblair.com
ahuson@williamblair.com
akominik@williamblair.com
areddi@williamblair.com
bkasten@williamblair.com
bwaller@williamblair.com
ccoustan@williamblair.com
ckilmer@williamblair.com
cohara@williamblair.com
cpreyss@williamblair.com
cramos@williamblair.com
cvincent@williamblair.com
dbuckley@williamblair.com
dfording@williamblair.com
diannessa@williamblair.com
dmerjan@williamblair.com
dmitchell@williamblair.com
dricci@williamblair.com
emaddix@williamblair.com
ggreig@williamblair.com
gpusinelli@williamblair.com
hbundy@williamblair.com
jessica.jasko@williamblair.com
jgolan@williamblair.com
jgomberg@williamblair.com
jjostrand@williamblair.com
jkaplan@williamblair.com
jkarlis@williamblair.com
jkrantz@williamblair.com
jlapalm@williamblair.com
jmccaffrey@williamblair.com

jnedoss@williamblair.com
jnelson@williamblair.com
jroberts@williamblair.com
jrocca@williamblair.com
jurbina@williamblair.com
kbrewer@williamblair.com
kgaffud@williamblair.com
kgagnon@williamblair.com
klynch@williamblair.com
kmcatamney@williamblair.com
kwiese@williamblair.com
lmccourt@williamblair.com
mbuchta@williamblair.com
mcthompson@williamblair.com
mdthompson@williamblair.com
mjanuszewski@williamblair.com
mleslie@williamblair.com
mmcgrane@williamblair.com
mseitz@williamblair.com
nhynds@williamblair.com
nseltzer@williamblair.com
ntruderung@williamblair.com
pdonnelly@williamblair.com
pquinn@williamblair.com
pstekl@williamblair.com
psularz@williamblair.com
rgordon@williamblair.com
rjbukovac@williamblair.com
rlanphier@williamblair.com
rmorris@williamblair.com
rspitz@williamblair.com
rweaver@williamblair.com
sbraming@williamblair.com
sriddell@williamblair.com
ssanchez@williamblair.com
sschiff@williamblair.com
svoulgaris@williamblair.com
tcope@williamblair.com
tkauss@williamblair.com
tkurisu@williamblair.com
tmcclone@williamblair.com
tmccormick@williamblair.com
tobryan@williamblair.com
tsternberg@williamblair.com
tstory@williamblair.com
tsullivan@williamblair.com
wbenton@williamblair.com
wsexton@williamblair.com
sharna.reingold@williams.com
peter.marquard@willis.com
fmarrapodi@willowbridge.com
jschwartz@willowbridge.com
mgan@willowbridge.com
ahopkins@wilmingtontrust.com
akaczmarczyk@wilmingtontrust.com
aweaver@wilmingtontrust.com
calbright@wilmingtontrust.com
ckjohnson@wilmingtontrust.com
dderamo@wilmingtontrust.com
ddickinson@wilmingtontrust.com

| | | |
|---|---|---|
| dmorgan@wilmingtontrust.com | akhandwala@wisi.com | wjt@wmblair.com |
| dnishi@wilmingtontrust.com | aprabhu@wisi.com | aleonida@wmcdirect.com |
| dpoplos@wilmingtontrust.com | avandaalen@wisi.com | hpark@wmcdirect.com |
| esmith@wilmingtontrust.com | cgoudreau@wisi.com | jzollo@wmcdirect.com |
| gellis@wilmingtontrust.com | csimko@wisi.com | mgrossma@wmcdirect.com |
| gpaloni@wilmingtontrust.com | dforgie@wisi.com | cepstein@wmfd.net |
| jbitter@wilmingtontrust.com | gkryskiewicz@wisi.com | caverill@wmgf.net |
| jfahey@wilmingtontrust.com | jcorchard@wisi.com | jhealy@wmgf.net |
| jgleason@wilmingtontrust.com | jdiogostine@wisi.com | svanallen@wmgf.net |
| jmalloy@wilmingtontrust.com | jfields@wisi.com | johnson@wmich.edu |
| jsitek@wilmingtontrust.com | jmehta@wisi.com | robert.beam@wmich.edu |
| kstrohmeier@wilmingtontrust.com | jwhite@wisi.com | adam.decaire@wnco.com |
| lmanista@wilmingtontrust.com | mflament@wisi.com | blair.mcgrain@wnco.com |
| lmerritt@wilmingtontrust.com | mloura@wisi.com | bob.kneisley@wnco.com |
| lmore@wilmingtontrust.com | rbard@wisi.com | charlene.jones@wnco.com |
| mlawrence@wilmingtontrust.com | skirtman@wisi.com | chris.monroe@wnco.com |
| mlyster@wilmingtontrust.com | udaley@wisi.com | lee.lipton@wnco.com |
| ptheriault@wilmingtontrust.com | georges.luggen@wkb.ch | leslie.carr@wnco.com |
| rbabiak@wilmingtontrust.com | hermann.kallwey@wl-bank.de | lonny.hurwitz@wnco.com |
| rhoffman@wilmingtontrust.com | oliver.battling@wl-bank.de | marcy.brand@wnco.com |
| rkent@wilmingtontrust.com | torsten.probst@wl-bank.de | megan.gregory@wnco.com |
| rvogel@wilmingtontrust.com | bogdan.covaciu@wmam.com | megan.parmelee@wnco.com |
| sdavenport@wilmingtontrust.com | cem.mani@wmam.com | nan.barry@wnco.com |
| sedmonds@wilmingtontrust.com | christian.exner@wmam.com | paul.sacco@wnco.com |
| srobinson@wilmingtontrust.com | cynthia.podschuweit@wmam.com | ryan.martinez@wnco.com |
| tjohnson@wilmingtontrust.com | daniel.tubbs@wmam.com | scott.topping@wnco.com |
| tkisaka@wilmingtontrust.com | gabriele.breuer@wmam.com | tammy.romo@wnco.com |
| tneale@wilmingtontrust.com | gunther.westen@wmam.com | n.fiebig@woelbern.de |
| vparameswaran@wilmingtontrust.com | iris.secker@wmam.com | m.brodesser@woelbern-invest.de |
| wpease@wilmingtontrust.com | karsten.seier@wmam.com | ahull@wolterskluwer.com |
| zqasim@wilmingtontrust.com | maik.ohm@wmam.com | didier.rinkel@wolterskluwer.com |
| mbrown@wilmingtrust.com | marc.herres@wmam.com | fmuusse@wolterskluwer.com |
| gilsec@winstarmail.com | marion.stommel@wmam.com | folkert.van.breugel@wolterskluwer.com |
| elke.felber@winterthur.ch | ngoc_bao_ha.dippold@wmam.com | gdessing@wolterskluwer.com |
| emmanuel.leblanc@winterthur.com | sarah.luetgert@wmam.com | jsmalen@wolterskluwer.com |
| erhard.ammann@winterthur.ch | stephanie.kolacki@wmam.com | kirsten.beach@wolterskluwer.com |
| frank.wigger@winterthur.ch | sven.rudolf@wmam.com | prensink@wolterskluwer.com |
| hans-ulrich.furger@winterthur.ch | ulrich.faupel@wmam.com | rkloek@wolterskluwer.com |
| herbert.fuchs@winterthur.ch | am4@wmblair.com | rmulder@wolterskluwer.com |
| jeremy.klein@winterthur.ch | bmm@wmblair.com | davidevans@wolverhampton.gov.uk |
| konstantin.principe@winterthur.ch | cw@wmblair.com | dlcripps@wolverhampton.gov.uk |
| luca.santamaria@winterthur.it | des@wmblair.com | matt.underhill@wolverhampton.gov.uk |
| lutz.honstetter@winterthur.com | di@wmblair.com | sychung@woobibank.com |
| marcel.sieger@winterthur.ch | dkm@wmblair.com | andy@woodfern.com |
| mark.romano@winterthur.com | dm2@wmblair.com | cindy@woodfern.com |
| matt.pfister@winterthur.ch | fcf@wmblair.com | leah@woodfern.com |
| matthias.henny@winterthur.ch | ff@wmblair.com | jstolze@woodman.com |
| matthias.pestalozzi@winterthur.ch | intlresearch@wmblair.com | rmaher@woodman.com |
| maurizio.ghilosso@winterthur.it | jc2@wmblair.com | sbengtson@woodmen.com |
| michael.stamm@winterthur.ch | jgj@wmblair.com | adriand@woodstockcorp.com |
| peter.sigg@winterthur.ch | jpn@wmblair.com | annk@woodstockcorp.com |
| roland.prien@winterthur.ch | jwm@wmblair.com | jenniferc@woodstockcorp.com |
| roman.rohner@winterthur.ch | keb@wmblair.com | jenniferr@woodstockcorp.com |
| vincent.fleury@winterthur.ch | kh@wmblair.com | lfoster@woodstockcorp.com |
| ddykstra@wintrust.com | lt@wmblair.com | maryc@woodstockcorp.com |
| dgalvan@wintrust.com | lvm@wmblair.com | mikeh@woodstockcorp.com |
| psheridan@wintrust.com | nhb@wmblair.com | naomid@woodstockcorp.com |
| sweichle@wintrust.com | rjt@wmblair.com | peterh@woodstockcorp.com |
| budiman.swardi@wisa.com.sg | sf@wmblair.com | petes@woodstockcorp.com |
| kkavajecz@wisc.edu | tas@wmblair.com | rogerf@woodstockcorp.com |

| | | |
|---|---|---|
| sdoyle@woodstockcorp.com | yong76@wooribank.com | jdraaisma1@worldbank.org |
| tedf@woodstockcorp.com | yunhongsong@wooribank.com | jfrancis@worldbank.org |
| toma@woodstockcorp.com | ziyoon@wooribank.com | jgandolfo@worldbank.org |
| tstakem@woodstockcorp.com | kmahajan@worldbank.org | jherliby@worldbank.org |
| anthony.lee@woolwich.co.uk | axel.schmitt@work.de | jjohnsoncalari@worldbank.org |
| chris.stroud@woolwich.co.uk | eyal@work.com | jpoulsen@worldbank.org |
| debbie.laurel@woolwich.co.uk | francois@work.com | jwang1@worldbank.org |
| raghnall.craighead@woolwich.co | helena@work.com | kahmed5@worldbank.org |
| andrew.lee@wooribank.com | morten@work.com | kasadsyed@worldbank.org |
| aquabally@wooribank.com | abajaj@worldbank.org | kcaldwell@worldbank.org |
| cchalong@wooribank.com | abalana@worldbank.org | kchandrasekhar@worldbank.org |
| chae0911@wooribank.com | aberkelaar@worldbank.org | kkrouskas@worldbank.org |
| daniel@wooribank.com | aboubker@worldbank.org | klay@worldbank.org |
| derivatives@wooribank.com | ajuhasz@worldbank.org | klloyd@worldbank.org |
| dknife21@wooribank.com | aklippel@worldbank.org | krice@worldbank.org |
| don.choi@wooribank.com | akobor@worldbank.org | ksubramanian@worldbank.org |
| gubonnie@wooribank.com | akuijs@worldbank.org | kthankavelu@worldbank.org |
| haekyun@wooribank.com | alevy@worldbank.org | kyabe@worldbank.org |
| haha3730@wooribank.com | amantri@worldbank.org | lburakreis@worldbank.org |
| happyhome@wooribank.com | asailesh@worldbank.org | lpacis@worldbank.org |
| hsk@wooribank.com | bkrupa@worldbank.org | lvangeijlswijk@worldbank.org |
| ilhoahn@wooribank.com | bmurira@worldbank.org | mbennett1@worldbank.org |
| iykang@wooribank.com | cbartlett@worldbank.org | mbennett2@worldbank.org |
| jeonghochoi@wooribank.com | cburroughs@worldbank.org | mbrennan@worldbank.org |
| jihoonkim@wooribank.com | cdelvalle@worldbank.org | mcushman@worldbank.org |
| jintkim@wooribank.com | charrison1@worldbank.org | mdado@worldbank.org |
| jiyunchoi@wooribank.com | ckanejanus@worldbank.org | mfarid6@worldbank.org |
| jkjt0007@wooribank.com | cna@worldbank.org | mfranco@worldbank.org |
| jungsooha@wooribank.com | cnachnani@worldbank.org | mgonzalez5@worldbank.org |
| jyoung@wooribank.com | cperque@worldbank.org | mguillenpeters@worldbank.org |
| khhwang@wooribank.com | csuarez@worldbank.org | mkoch@worldbank.org |
| ksm.1023@wooribank.com | cteng@worldbank.org | mnearon@worldbank.org |
| kssuh@wooribank.com | cwang@worldbank.org | mprokunina@worldbank.org |
| lee0039@wooribank.com | cyazgan@worldbank.org | mrivero@worldbank.org |
| mantrey@wooribank.com | dbelcher@worldbank.org | mskuratovskaya@worldbank.org |
| mckwak@wooribank.com | ddanker@worldbank.org | mzhao1@worldbank.org |
| minyou@wooribank.com | ddworfrecaut@worldbank.org | nayoub@worldbank.org |
| mklee@wooribank.com | dmartin2@worldbank.org | njiang@worldbank.org |
| moosookim@wooribank.com | dratha@worldbank.org | nmarais@worldbank.org |
| myojeong@wooribank.com | echen1@worldbank.org | nmckenzie@worldbank.org |
| nugisid@wooribank.com | efavaro@worldbank.org | nsumardi@worldbank.org |
| patrickryoo@wooribank.com | egratcheva@worldbank.org | nvenkatesh@worldbank.org |
| paulkim@wooribank.com | embi@worldbank.org | oschmitt@worldbank.org |
| pilho.cho@wooribank.com | esu@worldbank.org | plimlomwongse@worldbank.org |
| pss8837@wooribank.com | fcastro@worldbank.org | qchen@worldbank.org |
| pym@wooribank.com | fmainolfi@worldbank.org | qfan@worldbank.org |
| pym3@wooribank.com | gperry@worldbank.org | qli2@worldbank.org |
| sam@wooribank.com | gpetre@worldbank.org | qwang@worldbank.org |
| sehong@wooribank.com | greiter@worldbank.org | rbrivera@worldbank.org |
| seoeunah@wooribank.com | gwheeler@worldbank.org | rchidiac@worldbank.org |
| shnam720@wooribank.com | hakama@worldbank.org | rlicorish@worldbank.org |
| singapore@wooribank.com | hbouhia@worldbank.org | rmalikyar@worldbank.org |
| snowk@wooribank.co.jp | hreichelt@worldbank.org | rpellegrino@worldbank.org |
| sshyun@wooribank.com | hsierra@worldbank.org | rpernia1@worldbank.org |
| ssoy@wooribank.com | htsubota@worldbank.org | rramiah@worldbank.org |
| sunshine@wooribank.com | hwilliams1@worldbank.org | rwilliams1@worldbank.org |
| swlee@wooribank.com | imendelson@worldbank.org | scalvo@worldbank.org |
| ttaogi@wooribank.com | izelenko@worldbank.org | sellis@worldbank.org |
| vincentngcc@wooribank.com | jbasterra@worldbank.org | skhalatbari@worldbank.org |
| yipaik@wooribank.com | jclark3@worldbank.org | sng@worldbank.org |

soliveros@worldbank.org
span@worldbank.org
spiot@worldbank.com
srajkumar@worldbank.org
srutledge@worldbank.org
ssem@worldbank.org
sshivraman@worldbank.org
sstreifel@worldbank.org
svanderbreetstra@worldbank.org
tdayioglu@worldbank.org
tfay@worldbank.org
tfukui@worldbank.org
tgeorge@worldbank.org
tglaessner@worldbank.org
tstrider@worldbank.org
tthangpijaigul@worldbank.org
twang@worldbank.org
vmarghescu@worldbank.org
vrustaman@worldbank.org
vtagle@worldbank.org
wchen5@worldbank.org
wdonkor@worldbank.org
ziqbal@worldbank.org
atlanti@worldcom.ch
firstname.surname@worldinvest.com
gwenda.jenkins@worldinvest.com
alissa.douglas@wpginv.com
amy.lichstein@wpginvest.com
betham@wpginvest.com
brennanr@wpginvest.com
camilla.hsiung@wpginvest.com
christopher.conneely@wpginvest.com
easton.ragsdale@wpginvest.com
guzmane@wpginvest.com
howard.mattsson@wpginvest.com
joanne.ricca@wpginvest.com
ken.kaplan@wpginvest.com
maheshwr@wpginvest.com
manuel.russon@wpginvest.com
margery.flicker@wpginvest.com
mcgehee.porter@wpginvest.com
michael.lee@wpginvest.com
mickie.chow@wpginvest.com
nancy.enslein@wpginvest.com
nicole.cash@wpginvest.com
peter.albanese@wpginvest.com
peter.moukios@wpginvest.com
richard.shuster@wpginvest.com
rod.moore@wpginvest.com
roupen.ardhaldjian@wpginvest.com
schaen@wpginvest.com
sfrancisco.ghiglino@wpginvest.com
sheri.kaplan@wpginvest.com
thomas.delpiaz@wpginvest.com
todd.ehret@wpginvest.com
trina.steinbach@wpginvest.com
wen.wang@wpginvest.com
koontzl@wpgonvest.com
rmahtre@wpgvp.com
michael@wrainvest.com

elinekin@wrberkley.com
jmcgrath@wrberkley.com
jshiel@wrberkley.com
lhenjes@wrberkley.com
nlang@wrberkley.com
wberkley@wrberkley.com
abr@wscapital.com
alenzi@wscapital.com
alucero@wscapital.com
cking@wscapital.com
esteel@wscapital.com
gberg@wscapital.com
jjangro@wscapital.com
jjangrow@wscapital.com
judelhofen@wscapital.com
lfouts@wscapital.com
mgunning@wscapital.com
pgoeller@wscapital.com
rparyani@wscapital.com
sbrasher@wscapital.com
tcabra@wscapital.com
tlefevre@wscapital.com
zwydra@wscapital.com
mturner@wsfsbank.com
paul.greenplate@wsfsbank.com
rsamuels@wsfsbank.com
sfowle@wsfsbank.com
ttraber@wssc.dst.md.us
eugene_chan@wstlb.com
rglaesche@wuerttag.de
bernhard.kuehn@wuerttembergische.de
katrin.fischer@wuerttembergische.de
marc.bauer@wuerttembergische.de
oliver.bleickert@wuerttembergische.de
praktikum@wuerttembergische.de
ralf.draeger@wuerttembergische.de
tanja.uhlmann@wuerttembergische.de
andreas.schenk@wuert-hyp.de
christoph.schwarz@wuert-hyp.de
robert.grassinger@wuertt-hyp.de
alexander.van.echelpoel@wuestenrot.de
andrea.reinwald@wuestenrot.de
andreas.fischle@wuestenrot.de
andreas.lingenfelder@wuestenrot.de
bernd.fischer@wuestenrot.de
bernhard.wischkoni@wuestenrot.de
frank.boetzer@wuestenrot.de
frank.retzmann@wuestenrot.de
guenther.winklhofer@wuestenrot.at
hans-joachim.staats@wuestenrot.de
joachim.froehlich@wuestenrot.de
manuela.stiefel@wuestenrot.de
markus.gerber@wuestenrot.de
volker.kunath@wuestenrot.de
wolfgang.wiefel@wuestenrot.de
jasons@wvimb.org
toms@wvimb.org
accounting@wvsbank.com
r.maier@ww-ag.com
brad@wwal.com

artur.podlejski@wwasset.de
bernd.graessler@wwasset.de
christian.pompejus@wwasset.de
ernst-ludwig.haaks@wwasset.de
goetz.alles@wwasset.de
jens.wildermuth@wwasset.de
jochen.veith@wwasset.de
martin.seitz@wwasset.de
michael.engelhard@wwasset.de
sabine.mueller@wwasset.de
torben.riedel@wwasset.de
torsten.gruber@wwasset.de
wolfgang.stuelb@wwasset.de
janeleung@wwinv.com.hk
alfred.stix@wwk.de
dieter.wussler@wwk.de
gunther.hahn@wwk.de
michael.limmert@wwk.de
peter.siegmund@wwk.de
thomas.winterholler@wwk.de
siegert@wai.wyeth.com
dchait@xcla.com
martha.hertanu@xilinx.com
ted.boufaissal@xilinx.com
wrobbie@xl.bm
ralph.diserio@xlca.com
allen.roth@xlgroup.com
anne.hohbein@xlgroup.com
brendan.mazur@xlgroup.com
cheryl.sedlak@xlgroup.com
craig.koszewski@xlgroup.com
daniel.stecklein@xlgroup.com
ed.hubbard@xlgroup.com
frank.beardsley@xlgroup.com
gregory.berman@xlgroup.com
jas.jalaf@xlgroup.com
kevin.mcgivern@xlgroup.com
kurt.edmark@xlgroup.com
kurtis.holle@xlgroup.com
nina.khromova@xlgroup.com
sohail.rasul@xlgroup.com
steven.harms@xlgroup.com
steven.powell@xlgroup.com
timothy.swenson@xlgroup.com
vincent.torres@xlgroup.com
dmurnin@xlserv.com
dseymour@xlserv.com
gking@xlserv.com
mrego@xlserv.com
pgonzalez@xlserv.com
pjsnyder@xlserv.com
pwallace@xlserv.com
sturner@xlserv.com
f.mitani@xm.mitsui.co.jp
osamumori@xm.mitsui.co.jp
t.iwamoto@xm.mitsui.co.jp
ta.mizuno@xm.mitsui.co.jp
jsindelar@xroadcapital.com
xx@xxx.com
xxx@xxx.com

xxxx@xxx.com
edwin.laws@yadkinvalleybank.com
abachee@yahoo.com
ageday@yahoo.com
akashabibb@yahoo.com
blackbeller@yahoo.co.jp
bpgiroud@yahoo.fr
breckinridgesmith@yahoo.com
bryanlhchen@yahoo.com.tw
ccsteve@yahoo.com.tw
chilgefort_silchester@yahoo.com
csw1469@yahoo.co.kr
dbthomas2@yahoo.com
dennis_c_chen@yahoo.com
djones_nyc@yahoo.com
dougneish@yahoo.com
fengxj2000@yahoo.com.cn
gordacha@yahoo.com
heejoonyoon@yahoo.co.kr
hoshuiwei@yahoo.com
jcpca356@yahoo.com
jdpark21@yahoo.co.kr
jeffasher2@yahoo.com
jesperaway@yahoo.com
jhmoehling@yahoo.com
johnjjkramer@yahoo.com
joshua.zwass@yahoo.com
joshuafan@yahoo.com
jparchidec@yahoo.fr
jss_shin@yahoo.co.kr
jun_kang@yahoo.com
kash6970@yahoo.com
kdbetc@yahoo.co.kr
kevinkilduff@yahoo.com
kocfa@yahoo.com
kori.sykiba@yahoo.com
kperry1@yahoo.com
ktwist1@yahoo.com
kyuhyukpark@yahoo.co.kr
macfukimo@yahoo.com.tw
mannypatel_2000@yahoo.com
marcello_morini@yahoo.com
marcs1955@yahoo.com
michael_spinello@yahoo.com
michaeljmoster@yahoo.com
mlinsteven@yahoo.com.tw
mmurphy1014@yahoo.com
mohlman_k@yahoo.com
mtish18@yahoo.com
mynameandy1972@yahoo.com
noikokyrakisie@yahoo.com
nosbigneb@yahoo.com
pa_volery@yahoo.com
parkerjeffery@yahoo.com
pctan_99@yahoo.com
pierrjohnson@yahoo.com
rgstcollins@yahoo.com
rw658658@yahoo.com.tw
s_pomerantz@yahoo.com
s_tindall@yahoo.com

sanchototo@yahoo.co.kr
sancruri@yahoo.co.kr
sara_alasfour@yahoo.com
shariffr@yahoo.com
shawn_boire@yahoo.com
shlee369@yahoo.co.kr
srgobran@yahoo.com
subhaguha@yahoo.com
sugx1967@yahoo.com.cn
todd_qed@yahoo.com
tombillcook@yahoo.com
torucrazy@yahoo.co.jp
vzanardi11@yahoo.com
wrhufftr@yahoo.com
xuzhengguang2003@yahoo.co.uk
yeyos@yahoo.com
antti.petajisto@yale.edu
carrie.abildgaard@yale.edu
guillermo.mondino@yale.edu
james.choi@yale.edu
mike.finnerty@yale.edu
seth.alexander@yale.edu
thomas.kaufmann@yale.edu
victoria.raucci@yale.edu
cmaid@yamagatabank.co.jp
hironobu_ueda@yamaguchibank.co.jp
hiroyuki_yoshimura@yamaguchibank.co.jp
itaru_takahashi@yamaguchibank.co.jp
keiji_sasaki@yamaguchibank.co.jp
kiyofumi_yanagida@yamaguchibank.co.jp
kouji_sasaki@yamaguchibank.co.jp
makoto_emoto@yamaguchibank.co.jp
mitsuo_shigemura@yamaguchibank.co.jp
seiichirou_oka@yamaguchibank.co.jp
soichi_takimoto@yamaguchibank.co.jp
takashi_hirota@yamaguchibank.co.jp
takehiro_shinya@yamaguchibank.co.jp
tetsuyoshi_kubo@yamaguchibank.co.jp
yoshichika_araki@yamaguchibank.co.jp
yoshinori_ichikawa@yamaguchibank.co.jp
toushi@yamanashibank.co.jp
berna.cagatay@yapikredi.com.tr
defne.dilber@yapikredi.com.tr
ebru.basci@yapikredi.com.tr
mert.oncu@yapikredi.com.tr
okay.kiygi@yapikredi.com.tr
saruhan.yucel@yapikredi.com.tr
yasemin.oktay@yapikredi.com.tr
a-chan@yasudalife.com.hk
a-morinaga@yasuda-life.co.jp
g-seino@yasuda-life.co.jp
h-nogawa@yasuda-life.co.jp
h-shijmizu@yasuda-life.co.jp
k-higawa@yasuda-life.co.jp
k-matsuyama@yasuda-life.co.jp
k-sekigu@yasuda-life.com.jp
ma-kawai@yasuda-life.co.jp
n-matsunaga@yasuda-life.co.jp
n-miyata@yasuda-life.co.jp
r-toyota@yasuda-life.co.jp

sh_takahashi@yasuda-life.co.jp
s-otsuka@yasuda-life.co.jp
s-tanahara@yasuda-life.co.jp
s-tsubuku@yasuda-life.co.jp
t.akimoto@yasuda-life.co.jp
t-oishi@yasuda-life.co.jp
t-sagasaki@yasuda-life.co.jp
y-shimura@yasuda-life.co.jp
t-fujimoto@yasudalifeny.com
amcaton@ybs.co.uk
clparrish@ybs.co.uk
crhuitson@ybs.co.uk
djmurray@ybs.co.uk
dwmundy@ybs.co.uk
jzhayes@ybs.co.uk
rjdriver@ybs.co.uk
robin.hargrave@ybs.co.uk
sljones@ybs.co.uk
ishida_shigeru@yd.smbc.co.jp
kotoyori_setsuya@yd.smbc.co.jp
nagasaki_takahide@yd.smbc.co.jp
otsu_yukio@yd.smbc.co.jp
david.schlesinger@yesbank.com
francis.mitchell@yesbank.com
james.gertie@yesbank.com
jstaskel@yesbank.com
kfarrell@yesbank.com
michael.thomson@yesbank.com
peter.krawchuk@yesbank.com
vwhill2@yesbank.com
mark.persichetti@yesinvest.com
shiyola@yf7.so-net.ne.jp
dennyc@yieldworks.com
hamazaki_koji@yk.smbc.co.jp
kodaira_masaaki@yk.smbc.co.jp
komori_seiji@yk.smbc.co.jp
matsuo_yasunari@yk.smbc.co.jp
miyamoto_manabu@yk.smbc.co.jp
nagata_arihiro@yk.smbc.co.jp
sakuragi_toshiharu@yk.smbc.co.jp
tsujino_hirohiko@yk.smbc.co.jp
yamashita_etsuko@yk.smbc.co.jp
yatagai_tomoaki@yk.smbc.co.jp
wolert@ymcanet.org
arjun@ymcaret.org
hays@ymcaret.org
kerin@ymcaret.org
kwon@ymcaret.org
lundgren@ymcaret.org
nauman@ymcaret.org
raskin@ymcaret.org
rubinstein@ymcaret.org
hkeller@yorktraditionsbank.com
jblecher@yorktraditionsbank.com
mgalloway@yorktraditionsbank.com
phelsel@yorktraditionsbank.com
tclinton@yorktraditionsbank.com
vwisman@yorktraditionsbank.com
hbueno@youngstovall.com
s-invest@ytb.co.jp

marc.weibel@zas.admin.ch
philippe.kuttler@zas.admin.ch
philip.chan@zcmgroup.com
david@zelengora.com
vlad@zelengora.com
higashi@zenkyoren-usa.com
k-higuchi@zenkyoren-usa.com
oguro@zenkyoren-usa.com
burkhard.ischler@zf.siemens.de
eckhard.muenchow@zf.siemens.de
marcus.desimoni@zf.siemens.de
frank.zinnecker@zinnecker-consult.com
kalfusova@zinobanka.cz
clark.hinckley@zionsbancorp.com
andy.robbins@zionsbank.com
david.vanwagoner@zionsbank.com
flint@zionsbank.com
s192jmw@zionsbank.com
s221drg@zionsbank.com
s221jeb@zionsbank.com
daryl@zionyf.net
fncetinel@ziraatbank.com.tr
tberdil@ziraatbank.com.tr
alessandro.ianeselli@zkb.ch
alfonso.lopez@zkb.ch
anastassios.frangulidis@zkb.ch
andre.buck@zkb.ch
andre.ziltener@zkb.ch
andrea.baiker@zkb.ch
andreas.habluetzel@zkb.ch
andreas.holzer@zkb.ch
andreas.venditti@zkb.ch
andrej.subaric@zkb.ch
annett.baumast@zkb.ch
atilla.koc@zkb.ch
beat.gabathuler@zkb.ch
beat.pfiffner@zkb.ch
beat.schumacher@zkb.ch
bernhard.straub@zkb.ch
bruno.ammann@zkb.ch
can.marfurt@zkb.ch
christian.schmid@zkb.ch
christoph.hoop@zkb.ch
christoph.riedweg@zkb.ch
christoph.ritschard@zkb.ch
claude.zehnder@zkb.ch
daniel.benz@zkb.ch
daniel.buerki@zkb.ch
daniel.burki@zkb.ch
daniel.guenther@zkb.ch
daniel.gunther@zkb.ch
daniel.meyer@zkb.ch
daniel.muff@zkb.ch
daniel.rohner@zkb.ch
daniel.treichler@zkb.ch
daniel.zuercher@zkb.ch
daniele.tedesco@zkb.ch
danilo.zanetti@zkb.ch
dario.laterza@zkb.ch
dominik.irniger@zkb.ch

edwin.j.erne@zkb.ch
enrico.denicola@zkb.ch
erich.meier@zkb.ch
fabian.jacoma@zkb.ch
fabio.pervangher@zkb.ch
florian.kuebler@zkb.ch
florian.streiff@zkb.ch
gabriel.bartholdi@zkb.ch
georg.marti@zkb.ch
giulia.sanna@zkb.ch
hans.fischer@zkb.ch
hans.valer@zkb.ch
hansjoerg.schmidt@zkb.ch
john.hansen@zkb.zh
judith.wider@zkb.ch
juerg.reichen@zkb.ch
juerg.syz@zkb.ch
karin.bendler@zkb.ch
klaus.brugger@zkb.ch
klemenz.huser@zkb.ch
lasse.andersen@zkb.ch
laszlo.temesi@zkb.ch
luana.guerriero@zkb.ch
luca.corletto@zkb.ch
lucian.caflisch@zkb.ch
luigi.vignola@zkb.ch
marc.mattes@zkb.ch
marc.schulthess@zkb.ch
marcel.riedener@zkb.ch
marcello.musio@zkb.ch
marco.curti@zkb.ch
marco.mazotti@zkb.ch
marco.strittmatter@zkb.ch
mark.diethelm@zkb.ch
markus.hofmann@zkb.ch
markus.kramer@zkb.ch
markus.thony@zkb.ch
markus.waeber@zkb.ch
martin.huesler@zkb.ch
martin.rosenberger@zkb.ch
martin.schreiber@zkb.ch
martin.sieg@zkb.ch
matthias.rohr@zkb.ch
max.zuberbuehler@zkb.ch
meinrad.gyr@zkb.ch
michael.nawrath@zkb.ch
michael.winkler1@zkb.ch
michel.dacher@zkb.ch
michele.beffa@zkb.ch
michele.hofmann@zkb.ch
miguel.perez@zkb.ch
miguel.pino@zkb.ch
nicholas.porchet@zkb.ch
nicolas.porchet@zkb.ch
olaf.martin@zkb.ch
oliver.kubli@zkb.ch
paolo.vanini@zkb.ch
paolo.zagaria@zkb.ch
pascal.seidner@zkb.ch
patrick.burgermeister@zkb.ch

patrick.fenske@zkb.ch
patrick.frey@zkb.ch
patrick.lutz@zkb.ch
patrick.pagotto@zkb.ch
patrik.schwendimann@zkb.ch
peter.berger@zkb.ch
peter.eichenberger@zkb.ch
peter.huwyler@zkb.ch
peter.schmid2@zkb.ch
peter.scot@zkb.ch
philipp.rieder@zkb.ch
priska.scot@zkb.ch
raffaele.carmine@zkb.ch
regula.schaub@zkb.ch
remo.krauer@zkb.ch
rene.nicolodi@zkb.ch
reto.lienhard@zkb.ch
richard.frei@zkb.ch
richard.friederich@zkb.ch
richard.jucker@zkb.ch
robert.hauser@zkb.ch
robert.sekula@zkb.ch
roland.berchtold@zkb.ch
roland.kalt@zkb.ch
roland.koster@zkb.ch
roland.woehr@zkb.ch
rolf.luescher@zkb.ch
roman.luethy@zkb.ch
ronald.born@zkb.ch
rosario.dellaquila@zkb.ch
rouven-dean.dibbern@zkb.ch
sabine.doebeli@zkb.ch
sacha.ziegler@zkb.ch
sascha.kessler@zkb.ch
serge.rotzer@zkb.ch
sibylle.bischofberger@zkb.ch
silvano.de.col@zkb.ch
simon.weiss@zkb.ch
simone.farinelli@zkb.ch
simone.schaerer@zkb.ch
stefan.zimmermann@zkb.ch
stephan.krenboeck@zkb.ch
susanne.torren@zkb.ch
sven.bucher@zkb.ch
thomas.bruhin@zkb.ch
thomas.domenig@zkb.ch
thomas.feurer@zkb.ch
thomas.germann@zkb.ch
thomas.keller@zkb.ch
thomas.nellen@zkb.ch
thorsten.hock@zkb.ch
tim.mueller1@zkb.ch
titus.schnyder@zkb.ch
ueli.von.burg@zkb.ch
urs.beck@zkb.ch
urs.fischbach@zkb.ch
ursula.oser@zkb.ch
vitus.vonwil@zkb.ch
willy.hautle@zkb.ch
yasemin.ersan@zkb.ch

wmeier@zkblondon.co.uk
bunno_masakazu@zn.smbc.co.jp
horiuchi_shigeto@zn.smbc.co.jp
kawamura_yoshinori@zn.smbc.co.jp
maekawa_masahiko@zn.smbc.co.jp
nemoto_haruo@zn.smbc.co.jp
tanaka_yasuyuki@zn.smbc.co.jp
szuo@zscap.com
bomatter@zuam.ch
koeppel@zuam.ch
maggi@zuam.ch
marti@zuam.ch
research@zuam.ch
bruno.bachmann@zugerkb.ch
daniel.rossacher@zugerkb.ch
fernando.fernandez@zugerkb.ch
jouke.douma@zugerkb.ch
nick.corcoran@zurcapm.com
carl.emanuel.schillig@zurich.com
christopher.vincent@zurich.com
chung.keat.khov@zurich.com
felix.stadelmann@zurich.com
francesco.colombo.berrettarossa@it.zurich.com
george.klein@zurich.com
graham.nankivell@zurich.com
ian.chapman@zurich.com
jens.a.werner@zurich.ch
luca.cioffi@it.zurich.com
manfredi.rosso@it.zurich.com
mark.steiger@zurich.com
matteo.riccardi@it.zurich.com
michele.cullom@zurich.com
michelle.vrba@zurich.com
mike.parker@zurich.com
paolo.penco@it.zurich.com
paul.steiger@zurich.com
pierre.wauthier@zurich.com
reed.nuttall@zurich.com
sandro.doudin@zurich.com
saoirse.jones@zurich.com
saranja.andrews@zurich.com
stafano.racco@it.zurich.com
stephanie.douglas@zurich.com
susana.sanchez@zurich.com
udo.von.werne@zurich.com
urban.angehrn@zurich.com
hitesh.bharkhda@zurichscudder.co.uk
h.hendriks@zwitserleven.nl
h.molenaar@zwitserleven.nl
m.engelen@zwitserleven.nl
m.veling@zwitserleven.nl
p.konneman@zwitserleven.nl
r.van.hees@zwitserleven.nl
abaia@searchjapan.zzn.com

**EXHIBIT B**

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALLEN & OVERY LLP | ATTN: JOHN KIBLER 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ALSTON & BIRD LLP | ATTN: MARTIN G. BUNIN 90 PARK AVENUE NEW YORK NY 10016-1387 |
| ALSTON & BIRD LLP | ATTN: JAMES C. GRANT / WILLIAM S. SUGDEN ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| ALSTON & BIRD LLP | ATTN: JOHN C. WEITNAUER ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| ANDREWS KURTH LLP | 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| BALCH & BINGHAM LLP | ATTN: W. CLARK WATSON 1901 SIXTH AVENUE NORTH SUITE 1500 BIRMINGHAM AL 35203-4642 |
| BERNSTEIN SHUR | ATTN: MICHAEL A. FAGONE 100 MIDDLE STREET PO BOX 9729 PORTLAND ME 04104-5029 |
| BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: MOLLY CAMPBELL TAYLOR ONE FEDERAL PLACE 1819 5TH AVENUE NORTH BIRMINGHAM AL 35203-2119 |
| BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: J. PATRICK DARBY / RASHAD BLOSSOM ONE FEDERAL PLACE 1819 5TH AVENUE NORTH BIRMINGHAM AL 35203-2119 |
| CHAPMAN AND CUTLER LLP | ATTN: FRANKLIN H TOP III 111 WEST MONROE STREET CHICAGO IL 60603 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS J. MALONEY, ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COLEMAN LAW FIRM | ATTN: STEVE JAKUBOWSKI, ESQ 77 WEST WACKER DRIVE CHICAGO IL 60601 |
| COSTELL & CORNELIUS | ATTN: JEFFREY LEE COSTELL 1299 OCEAN AVENUE, SUITE 400 SANTA MONICA CA 90401 |
| DECHERT LLP | ATTN: GLEN E. SIEGEL AND IVA UROIC 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| EDWARDS ANGELL PALVER & DODGE | ATTN: LARRY D. HENIN / PAUL J. LABOV 750 LEXINGTON AVENUE NEW YORK NY 10022 |
| EDWARDS ANGELL PALVER & DODGE | ATTN: JOHN L. WHITLOCK 111 HUNTINGTON AVENUE BOSTON MA 02199-7613 |
| FAEGRE & BENSON LLP | ATTN: STEPHEN M. MERTZ / MICHAEL K. KRAUSS / MICHAEL DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402-3901 |
| GREENBERG TRAURIG, LLP | ATTN: MARIA J. DICONZA, ESQ. 200 PARK AVENUE NEW YORK NY 10166 |
| GREENBERG TRAURIG, LLP | ATTN: SCOTT D. COUSINS THE NEMOURS BUILDING 1007 NORTH ORANGE STREET, SUITE 1200 WILMINGTON DE 19801 |
| HAYNES AND BOONE LLP | 1221 AVENUE OF THE AMERICAS 26TH FLOOR NEW YORK NY 10020 |
| HUNTON & WILLIAMS LLP | ATTN: PETER S. PARTEE 200 PARK AVENUE NEW YORK NY 10166 |
| KLESTADT & WINTERS, LLP | ATTN: TRACY KLESTADT 292 MADISON AVENUE, 17TH FLOOR NEW YORK NY 10017-6314 |
| KUTAK ROCK LLP | ATTN: JEREMY WILLIAMS BANK OF AMERICA CENTER 1111 EAST MAIN STREET SUITE 800 RICHMOND VA 23219-3500 |
| KUTAK ROCK LLP | ATTN: BRUCE A. WILSON THE OMAHA BUILDING 1650 FARNAM STREET OMAHA NE 68102-2186 |
| MORITT HOCK HAMROFF & HOROWITZ LLP | ATTN: LESLIE A. BERKOFF 400 GARDEN CITY PLAZA GARDEN CITY NY 11530 |
| MOSES & SINGER LLP | ATTN: ALAN E. GAMZA / CHRISTOPHER J CARUSO THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174-1299 |
| MULLEN HOLLAND & COOPER P.A. | ATTN: J. MARK HEAVNER 301 SOUTH YORK STREET PO BOX 488 GASTONIA NC 28053-0488 |
| O'MELVENY & MEYERS LLP | ATTN: GERALD BENDER TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: DAVID A. CRICHLOW, ESQ. 1540 BROADWAY NEW YORK NY 10036-4039 |
| REED SMITH LLP | ATTN: ANDREA J. PINCUS 599 LEXINGTON AVENUE 22ND FLOOR NEW YORK NY 10022 |
| RIKER DANZIG SCHERER HYLAND PERRETTI LLP | ATTN: JOSEPH L. SCHWARTZ / KEVIN LARNER ONE SPEEDWELL AVENUE MORRISTOWN NJ 07962-1981 |
| RIKER DANZIG SCHERER HYLAND PERRETTI LLP | 500 FIFTH AVENUE NEW YORK NY 10110 |
| ROBBINS GELLER RUDMAN & DOWD LLP | ATTN: DAVID A. ROSENFELD / SAMUEL H. RUDMAN 58 SOUTH SERVICE RD, SUITE 200 MELVILLE NY 11747 |
| ROBBINS GELLER RUDMAN & DOWD LLP | ATTN: DARRYL J. ALVARADO 655 WEST BROADWAY, SUITE 1900 SAN DIEGO CA 92101 |
| ROBBINS GELLER RUDMAN & DOWD LLP | ATTN: JASON C. DAVIS ONE MONTGOMERY STREET, SUITE 1800 SAN FRANCISCO CA 94104 |
| SCHLAM STONE & DOLAN LLP | ATTN: BENNETTE D. KRAMER 26 BROADWAY NEW YORK NY 10004 |
| SHEARMAN & STERLING LLP | ATTN: DOUGLAS P. BARTNER / SOLOMON J. NOH 599 LEXINGTON AVENUE NEW YORK NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SHEARMAN & STERLING LLP | ATTN: NED S. SCHODEK, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SHEARMAN & STERLING LLP | ATTN: DANIEL H.R. LAGUARDIA 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ANTHONY W. CLARK / ROBERT A. WEBER ONE RODNEY SQUARE WILMINGTON DE 19801 |
| STROOCK & STROOCK & LAVAN LLP | ATTN: CLAUDE SZYFER / FRANCIS C. HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| SULLIVAN & CROMWELL LLP | ATTN: PENNY SHANE 125 BROAD STREET NEW YORK NY 10004-2498 |

**Total Creditor count  42**