B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Empyrean Investments, LLC</u>                    <u>Merrill Lynch Credit Products, LLC</u>
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): <u>66800</u>
should be sent:                                     Amount of Claim: <u>$64,000,000.00 (as allowed)</u>
                                                    Amount of Claim Transferred: <u>$10,000,000.00 (as allowed)</u>
Sterling Hathaway
Empyrean Capital Partners, LP                       Date Claim Filed: <u>June 7, 2010</u>
10250 Constellation Blvd., Ste 2950                 Debtor: <u>Lehman Brothers Special Financing Inc.</u>
Los Angeles, CA 90067
Email: shathaway@empyrean.com
Fax: 310-843-4915

Phone: <u>310-843-3070</u>                          Phone: _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____          Date: 4/20/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

6999610.1

BOA                Fax 6468550114            Apr 30 2012 02:25pm  P035/036

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Merrill Lynch Credit Products, LLC, with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Empyrean Investments, LLC ("Buyer"), a pro rata portion, in the amount of $10,000,000.00 in and to all rights, title and interest in and to the claim of Seller against Lehman Brothers Special Financing Inc. (Claim No.: 66800) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 30 day of April, 2012.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____
Name: Ronald Torok
Title: Vice President

EMPYREAN INVESTMENTS, LLC

By: _____
Name: Ryan Mayetani
Title: Authorized Signatory

KL2 27377943
7004218.1