UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

In re                        :
LEHMAN BROTHERS HOLDING INC.      :       Chapter 11 Case No. 08-13555

------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE PRO HAV VICEM

I, Helge Naber, a member in good standing of the bar of the State of Montana (Montana Bar Id. 7059), the bar of the U.S. District Court for the District of Montana, and the U.S. Ninth Circuit Court of Appeals, hereby respectfully seek admission *pro hac vice*, pursuant to L.R. 2090-1(b), before the Honorable James M. Peck, to represent certain Creditors currently subject to *Debtors' 92nd Omnibus Objection*. I do not conduct business in New York on regular basis, am not a resident of New York, and my offices are located at:

NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T (406) 452 3100
e helge.naber@naberpc.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

RESPECTFULLY SUBMITTED this *16th* day of *April*, 2012.

NABER PC

_____
Helge Naber

## ORDER

**ORDERED** that Helge Naber, Esq. is admitted to practice *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED _____
_____, New York

/s/ _____
U.S. Bankruptcy Judge



State of Montana
Office of the Clerk of the Supreme Court
Helena 59620

**2012**

This is to certify that: **Helge  Naber**
Bar No: **7059**
Membership Status: **Active Attorney Member**
Date Paid: **2012-03-23**
is hereby licensed to practice as an attorney and counselor-at-law in all
the courts of this state for the period beginning on April 1, 2012 and
ending March 31, 2013, pursuant to the provisions of Section 37-61-211,
Montana Code Annotated.
By:



ED SMITH
Clerk of the Supreme Court