JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Jayant W. Tambe
Aviva W. Sisitsky
Laura W. Sawyer
Benjamin Rosenblum

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                              :  Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :  Case No. 08-13555 (JMP)
:
:  (Jointly Administered)
:
Debtors.                        :
:
--------------------------------------------------------------- x

**NOTICE OF SUBPOENA ISSUED PURSUANT TO
ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

NYI-4447609v1

As required by the Order, the Debtors hereby file: (i) notice of the subpoena, naming the witness and setting forth the date, time and place of any examination (attached hereto as Exhibit A); and (ii) a declaration of service (attached hereto as Exhibit B).

Dated: May 2, 2012
      New York, New York

JONES DAY

*s/* Benjamin Rosenblum
Jayant W. Tambe
Aviva W. Sisitsky
Laura W. Sawyer
Benjamin Rosenblum
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Attorneys for Debtors and Debtors in Possession*

NYI-4447609v1

# EXHIBIT A

## NOTICE OF SUBPOENA

| Name of Witness: | The Golden State Tobacco Securitization Corporation |
|---|---|
| Date of Service of Subpoena: | April 30, 2012 |
| Subject of Subpoena: | Production of documents pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination | Documents to be produced by May 30, 2012 at 10:00 A.M. (ET) at:<br>Jones Day, 222 East 41st Street, New York, New York 10017 |

NYI-4447609v1

## EXHIBIT B

## DECLARATION OF SERVICE

NYI-4447609v1

# RETURN OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## Southern District of New York

Index Number: 08-13555(JMP)                                           Date Filed: _____

In re:
**LEHMAN BROTHERS HOLDINGS, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **THE GOLDEN STATE TOBACCO SECURITIZATION CORPORATION, c/o Orrick, herrington & Sutcliffe LLP, 51 West 52nd St., New York, NY 10019-6142**.

I, Simon Kahn, do hereby affirm that on the **30th day of April, 2012** at **11:20 am, I:**

Personally delivered a true copy of the **Subpoena for rule 2004 Examination , cover Letter and Exhibits A & B** to William O'Conner, authorize Clerk and that said documents were in actuality delivered to the business at the location noted above

**Description** of Person Served:  Age: 28,  Sex: M,  Race/Skin Color: Caucasian,  Height: 5'8",  Weight: 155,  Hair: Brown,  Glasses: Y

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.  Executed on _____5/1/12_____

_Simon Kahn_
Simon Kahn
Process Server

**ASK Litigation Support, Inc.**
**D/B/A Firm Service**
**130 East 18th St., Apt. 16 B**
**New York, NY  10003**
**(212) 481-9000**
Our Job Serial Number: 2012000137

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j