BENSIÓN, ALBERTO AND/OR ZULEMA MALLO, in Pro Per
Br.Artigas 34, P.10
Montevideo, CP 11300
Uruguay
(Proof of Claim 47495)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*

Debtors.

Chapter 11 Case No.:

08-13555 (JMP)
(Jointly Administered)

---

### HEARING ON DEBTORS' TWO HUNDRED FIFTEENTH OMNIBUS OBJECTION TO CLAIMS

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT

I hereby respectfully advise the Court and all parties involved that I plan to appear telephonically at the hearing on Debtors' Two Hundred Fifteenth Omnibus Objection to Claims [Docket No. 20104] to be held on April 26, 2012 at 10:00 a.m. I plan to appear at said hearing on behalf of myself and my son (Andrés Bensión Mallo, Proof of Claim 47496) as previously agreed with Debtors' legal representatives, whether said hearing takes place on the aforementioned date or whether it is adjourned again to a later date.

Dated: April 20, 2012



Alberto Bensión
Proof of Claim 47495

BENSION, ALBERTO AND/OR ZULEMA MALLO, In Pro Per
Br Artigas 34, P.10
Montevideo, CP 11300
Uruguay
(Proof of Claim #7495)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., et al.

Debtors.

Chapter 11 Case No.:

08-13555 (JMP)
(Jointly Administered)

HEARING ON DEBTORS' TWO HUNDRED FIFTEENTH OMNIBUS OBJECTION TO CLAIMS

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT

I hereby respectfully advise the Court and all parties involved that I plan to appear telephonically at the hearing on Debtors' Two Hundred Fifteenth Omnibus Objection to Claims [ECF No. 26104] to be held on April 26, 2012 at 10:00 a.m. I plan to appear at said hearing on behalf of myself and my son (Andrea Bension Mallo, Proof of Claim #7496) as previously [illegible]

aforementioned date or whether it is adjourned again to a later date.

Dated: April 20, 2012

Alberto Bension
Proof of Claim #7495

C/ C

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.);

The Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.);

and

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.)