April 17, 2012

Weil, Gotshal & Manges LLP
Attn: Robert J. Lemons
767 Fifth Avenue
New York, New York 10153

RE:   Lehman Brothers Bankruptcy – Chapter 11, Case No. 08-13555 (JMP) –
      Claim No. 10665 and 10656

This communication is to provide notification at I am unable to travel to New York for the hearing on the Debtors' One Hundred Fifty-Fourth Omnibus Objection to Claims (Employment-Related Claims) {ECF No. 25059}, schedule for April 26, 2012, at 10:00 a.m. As new legal representation has not been obtained, I hereby request that I and/or my wife, Loree Littlefield, be allowed to participate in this hearing via conference call or Skype. Please provide us with your response to this request no later than April 24, 2012.

With regards,

David A. Littlefield
81740 Camino Montevideo
Indio, CA 92203
760-863-8409


Cc:   Honorable James M. Peck
      One Bowling Green
      Courtroom 601
      New York, New York 10004


      Office of the United States Trustee for Region 2
      Attn: Tracy Hope David, Esq., Elisabetta Gasparini, Esq., and Endrea Schwartz, Esq.
      33 Whitehall Street, 21st Floor
      New York, New York 10004


      Milbank, Tweek, Hadley and McCloy LLP
      Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.
      1 Chase Manhattan Plaza
      New York, New York 10005



RECEIVED
APR 24 2012
U.S. BANKRUPTCY COURT, SDNY
JMP