*Cotten & Arnold et. al., Creditors v. Lehman Brothers Holding Inc. – Request for Extension of Time to Sustain Object to Debtor
Discharge and Debtors Objection to Claims*

*Kathleen Arnold and*
*Timothy A. Cotten, Creditors*
*9543 North Side Drive*
*Owings, Maryland 20736*
*Phone: 410.257.5283*
*Plaintiff, Pro Se Creditors*
*Related Case, AP. No. 11-01540*



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                                                    :
                                                                              :       Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et. al. :
                                                                              :
                            Debtor,                           :       Case No. 08-13555 (JMP)
                                                                              :       Jointly Administered
-----------------------------------------------------------x

TO THE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

### REQUEST FOR EXTENSION OF TIME TO SUBMIT OBJECTION TO DEBTORS MARCH 2012 DISCHARGE AND ADMINISTRATORS HEARING ON DEBTORS' OMNIBUS

**NOW COMES CREDITORS,** Kathleen Arnold and Timothy A. Cotten, in their

"Request for Extension of Time to Provide Objection to Debtors Discharge and

Administrators PLAN ADMINISTRATORS OBJECTION TO CLAIMS:

### JURISDICTION

2.    These objections constitutes a core proceeding under 28 U.S.C. § 157(b)(2)

(A) and (O).

3.    Venue is proper in this district pursuant to 28 U.S.C. § 1409(a.

4.    "Contract Covenants- Joint and Several Liability Contract/Deed of Trust".

### JOINT NOTICE OF OBJECTION TO DEBTOR DISCHARGE AND REQUEST FOR SHORT EXTENSION OF TIME TO SUBMIT BRIEF

1

08-13555-mg   Doc 27705   Filed 04/30/12   Entered 05/03/12 10:55:40   Main Document
Pg 2 of 2

*Cotten & Arnold et. al., Creditors v. Lehman Brothers Holding Inc. – Request for Extension of Time to Sustain Object to Debtor Discharge and Debtors Objection to Claims*

4. Creditors request for good cause extension of time to submit detailed briefs in both the Order of Discharge issued by this honorable court on

WHEREFORE CREDITORS REQUEST EXTENSION OF TIME TO SUBMIT BRIEFS.

### CERTIFICATION OF SERVICE

We, Kathleen Arnold and Timothy A. Cotten, Pro Se, Creditors, hereby certify on this April 28, 2012 that a and correct copy of the above-referenced Motion for Extension of time to submit briefs in creditors objection thereto and were served upon the following parties by prepaid, first class United States Mail, Certified Restr Receipt prepaid or other, like, approved and prescribe method to the following:

Respectfully submitted April 28, 2012,

Timothy A. Cotten and Kathleen Arnold, Pro Se Creditors,
9543 North Side Drive
Owings, MD 20736
410-257-5283

United States Bankruptcy Court,
Southern District of New York
The Honorable Judge Peck,
One Bowling Green, Courtroom 601
New York, NY 10004-1408

U.S. Trustee, Region 2,
Attn: Hope-Davis, Gasparini and Schwartz, Esqs.
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dunne, O'Donnell, Fleck Esqs.
1 Chase Manhattan Plaza
New York, New York 10005

Weil Gotshal's and Manges, LLP
Attn: Counsel for the Debtor and Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153

2