Lisa M. Solomon, Esq. (LS 0086)
LAW OFFICES OF LISA M. SOLOMON
305 Madison Avenue, Suite 4700
New York, NY 10165
Tel: 212- 471-0067; Fax: 212-980-6965

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | | Case No. 08-13555 (JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., | | |
| et al., | | (Jointly Administered) |
| | : | |
| Debtors. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## SUPPLEMENTAL VERIFIED STATEMENT OF
## LAW OFFICES OF LISA M. SOLOMON PURSUANT TO RULE 2019(a)
## OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Law Offices of Lisa M. Solomon (the "Solomon Firm") hereby makes the following verified statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure and states as follows:

1.     On or about October 11, 2011, the Solomon Firm filed its Verified Statement Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure (the "Initial 2019 Statement"), identifying, among other things, its representations in the above-captioned chapter 11 cases (the "Cases") of various creditors (the "Creditors") identified therein that hold claims against the debtors and debtors in possession (collectively, the "Debtors") in the Cases. Since the filing of the Initial 2019 Statement, the Solomon Firm has been requested to represent additional creditors (the "Additional Creditors") in the Cases. Accordingly, the Solomon Firm hereby files this Supplemental 2019 Statement.

2. The names and addresses of the Additional Creditors the Solomon Firm has been requested to represent and on whose behalf the Solomon Firm has made an appearance in these Cases as of the date hereof are listed on Exhibit "A" annexed hereto.

3. The claims held by the Additional Creditors, arising out of the Additional Creditors' contractual, statutory and common law or other rights with or against the Debtors, and/or by operation of law, were acquired in part more than one year prior to the filing of the Cases. For more information regarding the Additional Creditors' claims in the Cases, including their claims acquired within one year of the Cases, reference is made to their proofs of claim filed in the Cases and/or the responses such Additional Creditors have filed to the Debtors' omnibus objections to their proofs of claim herein.

4. The Solomon Firm has been retained to represent each Additional Creditor whom has each separately requested that the Solomon Firm represent him or her in the Cases.

5. The Solomon Firm does not hold any claim against, or interest in, the Debtors.

6. If and to the extent the Solomon Firm makes an appearance in these Cases on behalf of any other creditors herein, the Solomon Firm will supplement this Verified Statement in accordance with Bankruptcy Rule 2019.

Dated: New York, New York
       May 1, 2012

                              LAW OFFICES OF LISA M. SOLOMON

                              By: __/s/ Lisa M. Solomon_____
                                  Lisa M. Solomon (LS-0086)
                            305 Madison Avenue, Suite 4700
                            New York, New York 10165
                            (212) 471-0067

## EXHIBIT A

Charles Spero
555 West 59th Street
New York, NY 10019

Timothy A. Burke
149 Split Rock Road
Syosset, NY 11791

Gordon Sweely
56 Gillespie Avenue
Fair Haven, NJ 00704

Jonathan Sebiri
10 Manchester Court
Morristown, NJ 07960

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                              :            Chapter 11
                                                                 Case No. 08-13555 (JMP)
                                                    :
LEHMAN BROTHERS HOLDINGS, INC.,
et al.,                                                          (Jointly Administered)
                                                    :
              Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      I, Lisa M. Solomon, declare under penalty of perjury that the attached statement under Rule 2019 of the Federal Rules of Bankruptcy Procedure is true and correct to the best of my knowledge and that the filing of the Rule 2019 Statement on behalf of Law Offices of Lisa M. Solomon has been authorized.

                                                                               /s/ Lisa M. Solomon
                                                                               Lisa M. Solomon