UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                :
In re                                           :        Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :        08-13555 (JMP)
                                                :        (Jointly Administered)
                    Debtors.                    :
                                                :
-----------------------------------------------------------------------x        Ref. Docket Nos. 27058, 27060,
                                                         27094, 27207, 27232-27235, 27258,
                                                         27301, 27302, 27306, 27340, 27345,
                                                         37353-27356, 27431, 27432, 27489-
                                                         27492, 27494-27499, 27521-27524,
                                                         27530, 27536, 27544-27547, 27551-
                                                         27553, 27556-27558, 27564-27566,
                                                         27568, 27579-27581, 27583-27585,
                                                         27587, 27589, 27590, 27591, 27598,
                                                         27610

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 27, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
3rd day of May, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
   To:  BANK HAPOALIM B.M.                          BANK HAPOALIM B.M.
        ATTN: DAVID HERTZ & HAROLD J. WEISSLER      PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
        1177 AVENUE OF THE AMERICAS                 ATTN: DOUGLAS R. DAVIS
        NEW YORK NY 10019                           1285 AVENUE OF THE AMERICAS
                                                    NEW YORK NY 10019
```

Please note that your claim # 55854-62 in the above referenced case and in the amount of
       $1,800,000.00   allowed at $1,823,826.43         has been transferred **(unless previously expunged by court order)**

```
        RBS SECURITIES INC.
        TRANSFEROR: BANK HAPOALIM B.M.
        ATTN: MATTHEW ROSENCRANS
        600 WASHINGTON BLVD.
        STAMFORD CT 06901
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                       UNITED STATES BANKRUPTCY COURT
                       Southern District of New York
                       One Bowling Green
                       New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 27094      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2012                             Vito Genna, Clerk of Court


                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2012.

**EXHIBIT B**

```
TIME: 21:20:45                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 04/27/12                                    CREDITOR LISTING

Name                                                        Address
ALPAKA INVESTMENTS INC                                      TRANSFEROR: BANK HAPOALIM (SWITZERLAND) LTD. C/O RBC WEALTH MANAGEMENT ATTN: EDUARDO BRENDER, FINANCIAL ADVISOR
                                                            801 BRICKELL AVE., SUITE 1500 MIAMI FL 33131
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD                      ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD                      TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                            NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD                      TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                            NEW YORK NY 10012
AURELIUS CAPITAL PARTNERS, LP                               TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: DAVID TIOMKIN 535 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10022
AURELIUS INVESTMENT, LLC                                    TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: DAVID TIOMKIN 535 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10022
AURELIUS INVESTMENT, LLC                                    TRANSFEROR: SEA POST GROUP SECURITIES, LLC
AVIVA INSURANCE LIMITED                                     TRANSFEROR: AVIVA INTERNATIONAL INSURANCE LTD. ST HELEN'S 1 UNDERSHAFT LONDON EC3P 3DQ UNITED KINGDOM
AVIVA INTERNATIONAL INSURANCE LTD.                          ATTN: ANGUS EATON ST. HELEN'S 1 UNDERSHAFT LONDON EC3P 3DQ UNITED KINGDOM
BANK HAPOALIM (SWITZERLAND) LTD.                            ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER STOCKERSTRASSE 33 ZURICH CH-8002 SWITZERLAND
BANK HAPOALIM (SWITZERLAND) LTD.                            PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                          18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                          ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                          PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK JULIUS BAER & CO. LTD.                                 ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND
BANK JULIUS BAER & CO. LTD.                                 TRANSFEROR: UBS AG ATTN: PATRICK ROOS BAHNHOFSTRASSE 36 ZURICH   8010 SWITZERLAND
BANQUE PIGUET & CIE S.A.                                    ATTN: NICOLAS TERRIER, FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14
                                                            YVERDON  CH-1400 SWITZERLAND
CANYON BALANCED MASTER FUND LTD.                            ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON BALANCED MASTER FUND LTD.                            TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN LYER, JONATHAN KAPLAN, ESQ.
                                                            2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067
CANYON VALUE REALIZATION FUND L.P.                          ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON VALUE REALIZATION FUND L.P.                          TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN LYER, JONATHAN KAPLAN, ESQ.
                                                            2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067
CANYON VALUE REALIZATION MASTER FUND LP,                    ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
THE
CANYON VALUE REALIZATION MASTER FUND LP,                    TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN LYER, JONATHAN KAPLAN, ESQ.
THE                                                         2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067
CHASE LINCOLN FIRST COMMERCIAL                              TRANSFEROR: GSA COMPOSITE ALPHA MASTER FUND LIMITED MAIL CODE NY1-A436 ONE CHASE MANHATTAN PLAZA FLOOR 26 NEW YORK NY 10005
CORPORATION
CHASE LINCOLN FIRST COMMERCIAL                              TRANSFEROR: GSA GLOBAL EQUITIES MASTER FUND LIMITED MAIL CODE NY1-A436 ONE CHASE MANHATTAN PLAZA FLOOR 26 NEW YORK NY 10005
CORPORATION
CHASE LINCOLN FIRST COMMERCIAL                              TRANSFEROR: H/2 CREDIT PARTNERS MASTER FUND LTD. MAIL CODE NY1-A436 ONE CHASE MANHATTAN PLAZA FLOOR 26 NEW YORK NY 10005
CORPORATION
CITIBANK (HONG KONG) LIMITED                                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIBANK (HONG KONG) LIMITED                                ATTN: LUM, SO FAN, FANNY 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD QUARRY BAY   HONG KONG
CITIBANK, N.A. SINGAPORE BRANCH                             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 ACENUE OF THE AMERICA NEW YORK NY 10019-6064
CITIBANK, N.A. SINGAPORE BRANCH                             ATTN: SAMEER DESPHANDE 3 CHANGI BUSINESS PARK CRESCENT, 8TH FLOOR SINGAPORE 486026 SINGAPORE
CITIGROUP GLOBAL MARKETS INC.                               PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                               ATTN: DOUGLAS R DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                               TRANSFEROR: ALTMA FUND SICAV PLC IN RESPECT OF ROWAN SUB FUND ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                               TRANSFEROR: CITIBANK (HONG KONG) LIMITED ATTN: BRIAN JOHNSON 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                               TRANSFEROR: SCOTTWOOD MASTER LTD ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
COUNTY OF DUPAGE, ILLINOIS, THE                             ATTN: FREDERIC BACKFIELD 421 NORTH COUNTY FARM RD. WHEATON IL 60187
CPV/CAP PENSIONSKASSE COOP (FORMERLY                        PERSONALVERSICHERUNG) C/O PUTNAM INVESTMENTS; ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109
KNOWN AS CPV/CAP COOP
DEUTSCHE BANK AG, LONDON BRANCH                             DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS ATTN: CONOR MCGOVERN 99 BISHOPSGATE 21ST FLOOR LONDON EC2M 3XD UK
DEUTSCHE BANK AG, LONDON BRANCH                             TRANSFEROR: CPV/CAP PENSIONSKASSE COOP (FORMERLY KNOWN AS CPV/CAP COOP ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR
                                                            NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                             TRANSFEROR: DEUTSCHE SECURITIES INC. ATTN: SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                             TRANSFEROR: DOVER MASTER FUND II, L.P. ATTN: JEFFREY OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                             WINCHESTER HOUSE ATTN: MICHAEL SUTTON/ ALEXANDER DRAEMER 1 GREAT WINCHESTER STREET LONDON EC2M 3XD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                             WINCHESTER HOUSE ATTN: MICHAEL SUTTON/ ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM

                                                                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```

TIME: 21:20:45
DATE: 04/27/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE SECURITIES INC. | TRANSFEROR: KYOTO PREFECTURAL CREDIT FEDERATION OF AGRICULTURAL COOPS 2-11-1 NAGATACHO, CHIYODA-KU TOKYO 100-617 JAPAN |
| DOVER MASTER FUND II, L.P. | TRANSFEROR: DIAMOND NOTCH OPPORTUNITIES MASTER FUND LTD C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FL NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| FRANZ, ROBERT | TRANSFEROR: BANK HAPOALIM B.M. 6 BAYER LANE BOONTON NJ 07005 |
| GFA I LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ASHURST LLP, ATTN: AMANDA GOEHRING 7 TIMES SQUARE NEW YORK NY 10036 ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS INTERNATIONAL | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: RICHARDS KIBBE & ORBE LLP MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: JCAM GLOBAL FUND (MASTER) LP ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: VISIUM LONG BIAS FUND LP C/O GOLDMAN, SACHS & CO. ATTN: LAURA DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: VISIUM LONG BIAS FUND LP C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 38TH FLOOR ATTN: LAUREN DAY JERSEY CITY NJ 07302 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. 610 BROADWAY, 6TH FLOOR ATTN:: SUSAN MORIELLO NEW YORK NY 10012 |
| GRF MASTER FUND II, LP | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND II, LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GSA COMPOSITE ALPHA MASTER FUND LIMITED | C/O GSA CAPITAL PARTNERS LLP, FIRST FLOOR 11 BERKELEY STREET ATTN: CHRIS HULLIN LONDON W1J 8DS UNITED KINGDOM |
| GSA GLOBAL EQUITIES MASTER FUND LIMITED | C/O GSA CAPITAL PARTNERS LLP, FIRST FLOOR ATTN: CHRIS HULLIN 11 BERKELEY STREET LONDON W1J 8DS UNITED KINGDOM |
| H/2 CREDIT PARTNERS MASTER FUND LTD. | ATTN: DEBRA HESS 680 WASHINGTON BLVD FL 7 STAMFORD CT 06901-3727 |
| H/2 CREDIT PARTNERS MASTER FUND LTD. | ATTN: JAY GOFFMAN, ESQ., & ANDREW THAU, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| HARVEST SS, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) STRATEGIC VALUE PARTNERS LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| HYPOSWISS PRIVATBANK AG | TRANSFEROR: UBS AG ATTN: CORPORATE ACTIONS STAUFFACHERSTRASSE 41 ZURICH CH-8021 GERMANY |
| IBERDROLA GENERACION, S.A. | UNIPERSONAL ATTN: FERNANDO TALLON YAGUEZ, LEGAL DIRECTOR TOMAS REDONDO 1 MADRID 28033 SPAIN |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: COUNTY OF DUPAGE, ILLINOIS, THE ONE STATION PLACE THREE NORTH STAMFORD CT 06902 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SWISSCANTO (CH) PORTFOLIO FUND VALCA ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT COMPANY S.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| KYOTO PREFECTURAL CREDIT FEDERATION OF AGRICULTURAL COOPS | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: HITOSHI IBARAKI, FUNDS & SECURITIES DEPARTMENT 1, NISHISANNOU-CHO HIGASHIKUJO MINAMI-KU KYOTO-CITY 601-8585 JAPAN |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: PHARO MACRO FUND, LTD ATTN: GARY S. COHEN BANK OF AMERICA TWR 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: PHARO MACRO FUND, LTD ATTN: GARY S. COHEN BANK OF AMERICA TWR 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: TLP TRADING LLC ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| METTIER, LILLIAN | TRANSFEROR: UBS AG C/O AARGAUISCHE KANTONALBANK ATTN: MR. MATHIAS WIRZ BAHNHOFPLATZ 1 AARAU 5000 SWITZERLAND |
| MORGAN STANLEY SENIOR FUNDING INC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY SENIOR FUNDING INC | TRANSFEROR: VISIUM BALANCED OFFSHOREFUND LTD 1585 BROADWAY NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING INC. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY SENIOR FUNDING INC. | TRANSFEROR: VISIUM LONG BIAS OFFSHOREFUND LTD 1585 BROADWAY NEW YORK NY 10036 |
| NADOLNY, MANDFRED | TRANSFEROR: UBS AG C/O AARGAUISCHE KANTONALBANK ATTN: MATHIAS WIRZ BAHNHOFPLATZ 1 AARAU 5000 SWITZERLAND |
| NORDEA BANK S.A. | TRANSFEROR: CITIBANK, N.A. SINGAPORE BRANCH ATTN: GOS-CUSTODY DEPT. 562, RUE DE NEUDORF P.O. BOX 562 G.D. LUXEMBOURG L-2015 LUXEMBOURG |
| PCI FUND L.L.C. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 21:20:45                                    LEHMAN BROTHERS HOLDING INC.                                            PAGE:    3
DATE: 04/27/12                                         CREDITOR LISTING

Name                                              Address
PCI FUND L.L.C.                                   TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. 610 BROADWAY, 6TH FLOOR ATTN: SUSAN MORIELLO
                                                  NEW YORK NY 10012
PCI FUND LLC                                      ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PCI FUND LLC                                      TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
PERMAL STONE LION FUND LTD                        TRANSFEROR: MERRILL LYNCH INTERNATIONAL STONE LION CAPITAL PARTNERS LP ATTN: BRIAN WOOD 461 5TH AVENUE, 14TH FLOOR NEW YORK NY 10017
PHARO MACRO FUND, LTD                             ATTN: JEFF HANLON 1370 AVENUE OF THE AMERICAS SUITE 2603 NEW YORK NY 10019
PHARO MACRO FUND, LTD                             KATTEN MUCHIN ROSENMAN LLP ATTN: MARILYN SELBY OKOSHI 575 MADISON AVENUE NEW YORK NY 10022
RAHN & BODMER CO.                                 TRANSFEROR: BANQUE PIGUET & CIE S.A. ATTN: ENRICO NUSSIO POSTFACH 8022 ZURICH  SWITZERLAND
RBS SECURITIES INC.                               TRANSFEROR: BANK HAPOALIM B.M. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
RESTORATION HOLDINGS LTD                          TRANSFEROR: BANK HAPOALIM B.M. 325 GREENWICH AVE GREENWICH CT 06830
RESTORATION HOLDINGS LTD                          TRANSFEROR: BANK HAPOALIM B.M. ATTN: PAMELA M. LAWRENCE, MANAGING DIRECTOR 325 GREENWICH AVE, 3RD FL GREENWICH CT 06830
RESTORATION HOLDINGS LTD                          TRANSFEROR: SUNSET PARTNERS ATTN: CLAIMS PROCESSING (BANKRUPTCY) 325 GREENWICH AVE - 3RD FLOOR GREENWICH CT 06830
RESTORATION SPECIAL OPPORTUNITIES MASTER          TRADITION ASIEL SECURITIES AS RISKLESS PRINCIPAL TRANSFEROR: BANK HAPOALIM B.M. 325 GREENWICH AVE - 3RD FLOOR GREENWICH CT 06830
LTD.
RESTORATION SPECIAL OPPORTUNITIES                 TRANSFEROR: BANK HAPOALIM B.M. 325 GREENWICH AVE GREENWICH CT 06830
MASTER, LTD.
SEA PORT GROUP SECURITIES, LLC                    TRANSFEROR: RESTORATION HOLDINGS LTD ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                    TRANSFEROR: RESTORATION HOLDINGS LTD. ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                    TRANSFEROR: RESTORATION SPECIAL OPPORTUNITIES MASTER LTD. ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                    TRANSFEROR: RESTORATION SPECIAL OPPORTUNITIES MASTER, LTD. ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA POST GROUP SECURITIES, LLC                    TRANSFEROR: RESTORATION HOLDINGS LTD ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SILVER POINT CAPITAL FUND, L.P.                   DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.                   TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER              DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVIS F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
FUND, L.P.                                        GREENWICH CT 06830
ST. GALLER KANTONALBANK AG                        TRANSFEROR: UBS AG ST. LEONHARDSTRASSE 25 ST. GALLEN CH-9001 SWITZERLAND
STONE LION PORTFOLIO LP                           TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O STONE LION CAPITAL PARTNERS LP ATTN: BRIAN WOOD 461 5TH AVENUE, 14TH FLOOR
                                                  NEW YORK NY 10017
STRATEGIC VALUE MASTER FUND LTD                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) STRATEGIC VALUE PARTNERS LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE
                                                  GREENWICH CT 06830
TANNOR PARTNERS CREDIT FUND, LP                   TRANSFEROR: UBS AG 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
THE ROYAL BANK OF SCOTLAND PLC                    MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
THE ROYAL BANK OF SCOTLAND PLC                    TRANSFEROR: IBERDROLA GENERACION, S.A.U. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06901
THE ROYAL BANK OF SCOTLAND PLC                    TRANSFEROR: IBERDROLA GENERACION, S.A.U. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
UBS AG                                            TRANSFEROR: 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            BAHNHOFSTR. ATTN: HUGO KOLLER, OQ9C/05GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS SECURITIES JAPAN CO, LTD                      TRANSFEROR: UBS SECURITIES JAPAN LIMITED OTEMACHI FIRST SQUARE, 5-1, OTEMACHI I-CHOME, CHIYODA-KU TOKYO  100-0004 JAPAN
UBS SECURITIES JAPAN LIMITED                      TRANSFEROR: TOKYO SHINKIN BANK, THE OTEMACHI FIRST SQUARE, 5-1, OTEMACHI I-CHOME, CHIYODA-KU TOKYO  100-0004 JAPAN
UBS SECURITIES LLC                                TRANSFEROR: BANK JULIUS BAER & CO. LTD. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD. STAMFORD CT 06901
VISIUM BALANCED FUND LP                           ATTN:ALLEN SILBERSTEIN VISIUM BALANCED FUND L.P. C/O VISIUM ASSET MANAGEMENT, LLC 950 THIRD AVENUE 29TH FLOOR NEW YORK NY 10022
VISIUM BALANCED OFFSHOREFUND LTD                  ATTN:ALLEN SILBERSTEIN VISIUM BALANCED FUND L.P. C/O VISIUM ASSET MANAGEMENT, LLC 950 THIRD AVENUE 29TH FLOOR NEW YORK NY 10022
VISIUM LONG BIAS FUND LP                          ATTN:ALLEN SILBERSTEIN VISIUM BALANCED FUND L.P. C/O VISIUM ASSET MANAGEMENT, LLC 950 THIRD AVENUE 29TH FLOOR NEW YORK NY 10022
VISIUM LONG BIAS OFFSHOREFUND LTD                 ATTN:ALLEN SILBERSTEIN VISIUM BALANCED FUND L.P. C/O VISIUM ASSET MANAGEMENT, LLC 950 THIRD AVENUE 29TH FLOOR NEW YORK NY 10022


Total Number of Records Printed                   126


                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```