May 1st 2012

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

**Re: Notice of address change**

Dear Sir or Madam,

[CREDITOR ( Teddy Tanniel and Lisa Sukamto ) ] timely filed certain claims based on "Lehman Programs Securities" as part of the larger Lehman Brothers Holdings, Inc. claims process. A list of those claims is annexed hereto as <u>Annex A</u>. CREDITOR'S address has changed. Please note that the new address is:  Jln. AGUNG UTARA RAYA  D1/5B
JAKARTA  14350  INDONESIA

Please contact <u>Teddy Tanniel</u> at  08 99907 5111  if there are any questions.
08899075111

Sincerely,

_____
Name: Teddy Tanniel
[Title:     ]

## ANNEX A

Proof of Claim numbers:

1. 0000065424

NY - 002840/000001 - 2390949 v1