FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, New York 10036-6516
Telephone: (212) 833-1100
William P. Weintraub
Lance J. Gotko
Anne E. Beaumont
Kizzy L. Jarashow

*Attorneys for Bank of Montreal*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC. *et al.*, | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

-------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *sine die* OF HEARING ON BANK OF MONTREAL'S
RESPONSES AND OBJECTIONS TO SUBPOENA OF DEBTORS
AND DEBTORS IN POSSESSION PURSUANT TO RULES
2004 AND 9016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE** that the hearing on Bank of Montreal's Responses and Objections to Subpoena of Debtors and Debtors in Possession Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure [Docket No. 24847], previously scheduled for May 16, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to a date to be determined** (the "Hearing"). BMO will provide notice of the new date and time of the Hearing by filing a notice of hearing with the Court. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, Room 601, New York, New York 10004.

2694697.1

Dated: New York, New York
May 4, 2012

FRIEDMAN KAPLAN SEILER &
  ADELMAN LLP


      s/ Anne E. Beaumont
William P. Weintraub
Lance J. Gotko
Anne E. Beaumont
Kizzy L. Jarashow
7 Times Square
New York, New York 10036-6516
Telephone:   (212) 833-1100
E-mail:   wweintraub@fklaw.com
          lgotko@fklaw.com
          abeaumont@fklaw.com
          kjarashow@fklaw.com

*Attorneys for Bank of Montreal*

2694697.1