# **EXHIBIT B**

**Summary of Hours and Fees by Timekeeper and Project Category**

**EXHIBIT B-1**
**Godfrey and Kahn, S.C.**
**Summary of Hours and Fees by Project Category From**
**May 1, 2011 through August 31, 2011**

| # | Exhibit No. | Project Category | Carla Andres Hours | Carla Andres Fees | Peggy L. Barlett Hours | Peggy L. Barlett Fees | Monica Santa Maria Hours | Monica Santa Maria Fees | Brian C. Spahn Hours | Brian C. Spahn Fees | Katherine Stadler Hours | Katherine Stadler Fees | Patricia Wheeler Hours | Patricia Wheeler Fees | Brady C. Williamson Hours | Brady C. Williamson Fees | Eric Wilson Hours | Eric Wilson Fees | TOTAL HOURS | TOTAL FEES[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Exhibit C-0002 | General Case Administration | 5.5 | $1,925.00 | 14.6 | $3,285.00 | 0.5 | $120.00 | 0.3 | $76.50 | 2.5 | $1,075.00 | 2.0 | $570.00 | | | 10.7 | $4,815.00 | 36.1 | $11,866.50 |
| 3 | Exhibit C-0003 | Godfrey & Kahn's Fee Application | | | | | | | | | 2.3 | $989.00 | 35.8 | $10,203.00 | 2.5 | $1,312.50 | | | 40.6 | $12,504.50 |
| 5 | Exhibit C-0005 | Project Monitoring/Court Calendar & Docket Maintenance | | | | | | | | | | | | | | | | | 0.0 | $0.00 |
| 6 | Exhibit C-0006 | General Contact/Comm. | | | | | | | | | 26.5 | $11,395.00 | 0.1 | $28.50 | 23.8 | $12,495.00 | | | 50.4 | $23,918.50 |
| 8 | Exhibit C-0008 | Prepare for and Attend Fee Committee Meetings | | | | | 12.0 | $2,880.00 | 1.8 | $459.00 | 54.1 | $23,263.00 | 6.1 | $1,738.50 | 32.9 | $17,272.50 | | | 106.9 | $45,613.00 |
| 9 | Exhibit C-0009 | Non-Working Travel[1] | 7.85 | $2,747.50 | 8.1 | $1,822.50 | 16.5 | $3,960.00 | 7.95 | $2,027.25 | 32.7 | $14,061.00 | | | 16.6 | $8,715.00 | | | 89.7 | $33,333.25 |
| 10 | Exhibit C-0010 | Preparation of Summary Reports | | | | | 16.8 | $4,032.00 | | | 13.3 | $5,719.00 | | | 13.3 | $6,982.50 | | | 43.4 | $16,733.50 |
| 11 | Exhibit C-0011 | Prepare for and Attend Hearings and Court Communication | | | | | 0.3 | $72.00 | | | 1.3 | $559.00 | | | 1.8 | $945.00 | | | 3.4 | $1,576.00 |
| 12 | Exhibit C-0012 | Godfrey & Kahn's Retention Issues (Task | | | | | 0.2 | $48.00 | | | 0.6 | $258.00 | | | 0.4 | $210.00 | | | 1.2 | $516.00 |
| 13 | Exhibit C-0013 | Legal/Factual Research | 0.4 | $140.00 | | | 11.1 | $2,664.00 | | | 2.6 | $1,118.00 | 10.6 | $3,021.00 | 1.1 | $577.50 | | | 25.8 | $7,520.50 |
| 14 | Exhibit C-0014 | General Case Meetings (Task Code 0200) | 10.7 | $3,745.00 | 9.8 | $2,205.00 | 12.1 | $2,904.00 | 11.6 | $2,958.00 | 10.9 | $4,687.00 | 11.2 | $3,192.00 | 1.1 | $577.50 | 9.1 | $4,095.00 | 76.5 | $24,363.50 |
| 15 | Exhibit C-0015 | Preparation of Fee Protocols/Orders/ | 1.4 | $490.00 | | | | | 10.3 | $2,626.50 | 15.1 | $6,493.00 | 5.8 | $1,653.00 | 4.5 | $2,362.50 | 1.6 | $720.00 | 38.7 | $14,345.00 |
| 16 | Exhibit C-0016 | Retained Professionals | | | | | | | | | 6.3 | $2,709.00 | 14.7 | $4,189.50 | 2.9 | $1,522.50 | | | 23.9 | $8,421.00 |
| 16A | Exhibit C-016A | Alverez & Marsal | | | | | | | | | | | | | 0.2 | $105.00 | | | 0.2 | $105.00 |
| 16C | Exhibit C-016C | Bingham McCutchen LLP | | | | | 8.9 | $2,136.00 | | | 5.4 | $2,322.00 | 16.0 | $4,560.00 | 1.6 | $840.00 | | | 31.9 | $9,858.00 |
| 16D | Exhibit C-016D | Bloomer deVere Group Avia, Inc. | | | | | | | | | 0.2 | $86.00 | | | | | | | 0.2 | $86.00 |
| 16E | Exhibit C-016E | Bortstein Legal, LLC | | | | | 5.2 | $1,248.00 | | | 1.6 | $688.00 | | | 0.5 | $262.50 | | | 7.3 | $2,198.50 |
| 16F | Exhibit C-016F | BrownGreer PLC | 21.2 | $7,420.00 | 32.6 | $7,335.00 | 23.9 | $5,736.00 | 11.2 | $2,856.00 | 23.5 | $10,105.00 | 2.2 | $627.00 | 4.5 | $2,362.50 | 1.6 | $720.00 | 120.7 | $37,161.50 |
| 16G | Exhibit C-016G | CB Richard Ellis, Inc. | | | | | | | | | 0.1 | $43.00 | | | 0.1 | $52.50 | | | 0.2 | $95.50 |
| 16H | Exhibit C-016H | Clyde Click, P.C. | | | | | 1.8 | $432.00 | | | 0.8 | $344.00 | 5.8 | $1,653.00 | 0.4 | $210.00 | | | 8.8 | $2,639.00 |
| 16I | Exhibit C-016I | Curtis Mallet-Prevost, et al. | | | | | 29.8 | $7,152.00 | | | 12.0 | $5,160.00 | 1.4 | $399.00 | 2.5 | $1,312.50 | | | 45.7 | $14,023.50 |
| 16J | Exhibit C-016J | Dechert LLP | | | | | 2.9 | $696.00 | | | 0.8 | $344.00 | 11.2 | $3,192.00 | 1.4 | $735.00 | | | 16.3 | $4,967.00 |
| 16K | Exhibit C-016K | Deloitte Tax LLP | | | | | | | 0.6 | $153.00 | 0.9 | $387.00 | | | 0.9 | $472.50 | 6.2 | $2,790.00 | 8.6 | $3,802.50 |
| 16M | Exhibit C-016M | Duff & Phelps | | | | | 0.9 | $216.00 | | | 3.5 | $1,505.00 | | | 0.1 | $52.50 | | | 4.5 | $1,773.50 |

**EXHIBIT B-1**
**Godfrey and Kahn, S.C.**
**Summary of Hours and Fees by Project Category From**
**May 1, 2011 through August 31, 2011**

| # | Exhibit No. | Project Category | Carla Andres Hours | Carla Andres Fees | Peggy L. Barlett Hours | Peggy L. Barlett Fees | Monica Santa Maria Hours | Monica Santa Maria Fees | Brian C. Spahn Hours | Brian C. Spahn Fees | Katherine Stadler Hours | Katherine Stadler Fees | Patricia Wheeler Hours | Patricia Wheeler Fees | Brady C. Williamson Hours | Brady C. Williamson Fees | Eric Wilson Hours | Eric Wilson Fees | TOTAL HOURS | TOTAL FEES[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16N | Exhibit C-016N | Ernst & Young LLP | | | | | | | | | | | | | 0.2 | $105.00 | | | 0.2 | $105.00 |
| 16O | Exhibit C-016O | FTI Consulting, Inc. | 26.7 | $9,345.00 | 12.6 | $2,835.00 | | | | | 1.5 | $645.00 | | | 1.1 | $577.50 | | | 41.9 | $13,402.50 |
| 16P | Exhibit C-016P | Gibson Dunn & Crutcher LLP | | | | | 28.3 | $6,792.00 | | | 9.3 | $3,999.00 | 0.8 | $228.00 | 5.4 | $2,835.00 | | | 43.8 | $13,854.00 |
| 16Q | Exhibit C-016Q | Houlihan, Lokey, Howard et al. | 2.3 | $805.00 | 10.8 | $2,430.00 | | | | | | | | | 0.4 | $210.00 | | | 13.5 | $3,445.00 |
| 16T | Exhibit C-016T | Jenner & Block LLP | | | | | | | | | 0.3 | $129.00 | | | | | | | 0.3 | $129.00 |
| 16U | Exhibit C-016U | Jones Day | | | | | 50.7 | $12,168.00 | | | 7.1 | $3,053.00 | 1.4 | $399.00 | 5.3 | $2,782.50 | | | 64.5 | $18,402.50 |
| 16V | Exhibit C-016V | Kasowitz, Benson, Torres et al. | | | | | 5.3 | $1,272.00 | | | 1.1 | $473.00 | 6.7 | $1,909.50 | 1.2 | $630.00 | | | 14.3 | $4,284.50 |
| 16W | Exhibit C-016W | Kleyr Grasso Associates | | | | | 8.8 | $2,112.00 | | | 1.6 | $688.00 | | | 1.9 | $997.50 | | | 12.3 | $3,797.50 |
| 16X | Exhibit C-016X | Latham & Watkins LLP | | | | | 5.5 | $1,320.00 | | | 1.7 | $731.00 | 9.6 | $2,736.00 | 1.3 | $682.50 | | | 18.1 | $5,469.50 |
| 16Y | Exhibit C-016Y | Lazard Freres & Co. LLC | | | 0.8 | $180.00 | 0.1 | $24.00 | | | 2.4 | $1,032.00 | | | 3.4 | $1,785.00 | 5.1 | $2,295.00 | 11.8 | $5,316.00 |
| 16AA | Exhibit C-16AA | McKenna Long & Aldridge LLP | | | | | 7.6 | $1,824.00 | | | 0.8 | $344.00 | 22.6 | $6,441.00 | 1.2 | $630.00 | | | 32.2 | $9,239.00 |
| 16BB | Exhibit C-16BB | Milbank, Tweed, Hadley et al. | 14.6 | $5,110.00 | 62.0 | $13,950.00 | 1.9 | $456.00 | | | 5.9 | $2,537.00 | | | 3.8 | $1,995.00 | | | 88.2 | $24,048.00 |
| 16CC | Exhibit C-16CC | MMOR Consulting, Inc. | | | 1.1 | $247.50 | 0.1 | $24.00 | | | 0.9 | $387.00 | | | 0.2 | $105.00 | 5.4 | $2,430.00 | 7.7 | $3,193.50 |
| 16DD | Exhibit C-16DD | Momo-O, Matsuo & Namba | | | | | 2.9 | $696.00 | | | 0.4 | $172.00 | | | 0.5 | $262.50 | | | 3.8 | $1,130.50 |
| 16FF | Exhibit C-16FF | Pachulski, Stang, Ziehl & Jones LLP | | | 0.1 | $22.50 | 20.8 | $4,992.00 | | | 4.6 | $1,978.00 | 1.4 | $399.00 | 3.5 | $1,837.50 | | | 30.4 | $9,229.00 |
| 16GG | Exhibit C-16GG | Paul Hastings Janofsky & Walker LLP | | | | | 8.5 | $2,040.00 | | | 0.6 | $258.00 | | | 0.9 | $472.50 | | | 10.0 | $2,770.50 |
| 16HH | Exhibit C-16HH | Pricewaterhouse Coopers LLP | | | | | | | | | 1.4 | $602.00 | | | 1.0 | $525.00 | 6.8 | $3,060.00 | 9.2 | $4,187.00 |
| 16II | Exhibit C-16II | Quinn, Emanuel, Urquhart & Sullivan LLP | 10.7 | $3,745.00 | 32.7 | $7,357.50 | 0.4 | $96.00 | | | 0.3 | $129.00 | | | 1.3 | $682.50 | | | 45.4 | $12,010.00 |
| 16JJ | Exhibit C-16JJ | Reed Smith LLP | | | | | 4.9 | $1,176.00 | | | 1.2 | $516.00 | 9.3 | $2,650.50 | 0.8 | $420.00 | | | 16.2 | $4,762.50 |
| 16KK | Exhibit C-16KK | Reilly Pozner LLP | | | | | 0.7 | $168.00 | 9.4 | $2,397.00 | 1.9 | $817.00 | | | 0.6 | $315.00 | 12.0 | $5,400.00 | 24.6 | $9,097.00 |
| 16LL | Exhibit C-16LL | Richard Sheldon QC | | | 0.6 | $135.00 | | | | | | | | | | | | | 0.6 | $135.00 |
| 16MM | Exhibit C-16MM | Simpson Thacher & Bartlett LLP | | | | | 2.9 | $696.00 | | | 1.5 | $645.00 | 11.6 | $3,306.00 | 0.6 | $315.00 | | | 16.6 | $4,962.00 |
| 16NN | Exhibit C-16NN | SNR Denton US LLP | | | | | 1.1 | $264.00 | 1.5 | $382.50 | 1.1 | $473.00 | | | 1.5 | $787.50 | 8.8 | $3,960.00 | 14.0 | $5,867.00 |
| 16OO | Exhibit C-16OO | Sutherland Asbill & Brennan LLP | | | | | 1.7 | $408.00 | | | 1.6 | $688.00 | 9.9 | $2,821.50 | 1.1 | $577.50 | | | 14.3 | $4,495.00 |

08-13555-mg    Doc 27724-2    Filed 05/04/12    Entered 05/04/12 16:34:18    Exhibit B - Summary of Hours and Fees    Pg 4 of 7

EXHIBIT B-1
Godfrey and Kahn, S.C.
**Summary of Hours and Fees by Project Category From**
**May 1, 2011 through August 31, 2011**

| # | Exhibit No. | Project Category | Carla Andres | | Peggy L. Barlett | | Monica Santa Maria | | Brian C. Spahn | | Katherine Stadler | | Patricia Wheeler | | Brady C. Williamson | | Eric Wilson | | TOTAL HOURS | TOTAL FEES[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | | |
| 16PP | Exhibit C-16PP | The O'Neil Group | | | 0.9 | $202.50 | 0.1 | $24.00 | | | 1.9 | $817.00 | | | 0.5 | $262.50 | 5.0 | $2,250.00 | 8.4 | $3,556.00 |
| 16QQ | Exhibit C-16QQ | Weil Gotshal & Manges LLP | | | | | 1.2 | $288.00 | 66.5 | $16,957.50 | 5.4 | $2,322.00 | | | 7.0 | $3,675.00 | 10.9 | $4,905.00 | 91.0 | $28,147.50 |
| 16RR | Exhibit C-16RR | Windels Marx Lane & Mittendorf LLP | | | | | 0.3 | $72.00 | | | 0.9 | $387.00 | | | 0.6 | $315.00 | 5.5 | $2,475.00 | 7.3 | $3,249.00 |
| 16SS | Exhibit C-16SS | Wollmuth Maher & Deutsch LLP | | | | | 14.6 | $3,504.00 | | | 1.0 | $430.00 | | | 0.5 | $262.50 | | | 16.1 | $4,196.50 |
| 16TT | Exhibit C-16TT | Foster, Graham, Milstein & Calisher LLP | | | | | 0.1 | $24.00 | | | | | | | | | | | 0.1 | $24.00 |
| 16UU | Exhibit C-16UU | Locke Lord Bissell & Liddell LLP | | | | | | | | | | | | | 0.2 | $105.00 | | | 0.2 | $105.00 |
| 16WW | Exhibit C-16WW | Kramer Levin Naftalis & Frankel LLP | | | | | 0.1 | $24.00 | | | | | | | 0.2 | $105.00 | | | 0.3 | $129.00 |
| 16YY | Exhibit C-16YY | Moulton Bellingham, P.C. | | | | | | | | | 0.2 | $86.00 | | | | | | | 0.2 | $86.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | TOTAL HOURS EXHIBIT B-1 [2] | 101.35 | 186.7 | 311.5 | 121.15 | 273.6 | 196.2 | 159.3 | 88.7 | TOTAL HOURS: | 1,438.50 |
| | TOTAL FEES EXHIBIT B-1 [2] | $35,472.50 | $42,007.50 | $74,760.00 | $30,893.25 | $117,648.00 | $55,917.00 | $83,632.50 | $39,915.00 | TOTAL FEES: | $480,245.75 |

[1] Total Travel Time is 192.5 (Hours) and $68,828.00 (Fees). The amounts listed represent a reduction of 50% for non-working travel time.

[2] See Exhibit B-2 for grand totals of all timekeepers.

**EXHIBIT B-2**
**Godfrey Kahn, S.C.**
**Summary of Hours and Fees by Project Category From**
**May 1, 2011 through August 31, 2011**

| # | Exhibit No. | Project Category | Rebecca (Jill) Bradshaw | | Zerithea Raiche | | Maribeth Roufus | | Nicole E. Talbott Settle | | Sally Granec | | Leah Viola | | TOTAL HOURS | TOTAL FEES | GRAND TOTAL HOURS (EXH B-1 and B-2) | GRAND TOTAL FEES (EXH. B-1 and B-2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | | | | |
| 2 | Exhibit C-0002 | General Case Administration | | | 138.7 | $22,885.50 | 15.5 | $2,557.50 | 30.6 | $5,049.00 | | | 90.7 | $14,058.50 | 275.5 | $44,550.50 | 311.60 | $56,417.00 |
| 3 | Exhibit C-0003 | Godfrey & Kahn's Fee Application | | | 6.3 | $1,039.50 | | | 0.5 | $82.50 | | | | | 6.8 | $1,122.00 | 47.40 | $13,626.50 |
| 5 | Exhibit C-0005 | Project Monitoring/Court Calendar & Docket Maintenance | | | 5.5 | $907.50 | | | | | | | | | 5.5 | $907.50 | 5.50 | $907.50 |
| 6 | Exhibit C-0006 | General Contact/Communication | | | 2.8 | $462.00 | | | 0.1 | $16.50 | | | | | 2.9 | $478.50 | 53.30 | $24,397.00 |
| 8 | Exhibit C-0008 | Prepare for and Attend Fee Committee Meetings | | | 122.1 | $20,146.50 | | | 44.9 | $7,408.50 | | | 12.3 | $1,906.50 | 179.3 | $29,461.50 | 286.20 | $75,074.50 |
| 9 | Exhibit C-0009 | Non-Working Travel [1] | | | | | | | 6.55 | $1,080.75 | | | | | 6.6 | $1,080.75 | 96.25 | $34,414.00 |
| 10 | Exhibit C-0010 | Preparation of Summary Reports | | | 2.4 | $396.00 | | | | | | | | | 2.4 | $396.00 | 45.80 | $17,129.50 |
| 11 | Exhibit C-0011 | Prepare for and Attend Hearings and Court Communication | | | 0.1 | $16.50 | | | | | | | | | 0.1 | $16.50 | 3.50 | $1,592.50 |
| 12 | Exhibit C-0012 | Godfrey & Kahn's Retention Issues (Task Code 470) | | | | | | | | | | | | | 0.0 | $0.00 | 1.20 | $516.00 |
| 13 | Exhibit C-0013 | Legal/Factual Research | 8.6 | $1,505.00 | 8.3 | $1,369.50 | | | | | | | | | 16.9 | $2,874.50 | 42.70 | $10,395.00 |
| 14 | Exhibit C-0014 | General Case Meetings (Task Code 0200) | | | 11.8 | $1,947.00 | 3.8 | $627.00 | 11.0 | $1,815.00 | 2.8 | $490.00 | 5.2 | $806.00 | 34.6 | $5,685.00 | 111.10 | $30,048.50 |
| 15 | Exhibit C-0015 | Preparation of Fee Protocols/Orders/Other Pleadings | 0.6 | $105.00 | 14.5 | $2,392.50 | 1.7 | $280.50 | 0.8 | $132.00 | | | | | 17.6 | $2,910.00 | 56.30 | $17,255.00 |
| 16 | Exhibit C-0016 | Retained Professionals | | | 3.3 | $544.50 | | | | | | | | | 3.3 | $544.50 | 27.20 | $8,965.50 |
| 16A | Exhibit C-016A | Alverez & Marsal | | | | | | | | | | | | | 0.0 | $0.00 | 0.20 | $105.00 |
| 16C | Exhibit C-016C | Bingham McCutchen LLP | | | 1.8 | $297.00 | 0.1 | $16.50 | 6.0 | $990.00 | 0.5 | $87.50 | | | 8.4 | $1,391.00 | 40.30 | $11,249.00 |
| 16D | Exhibit C-016D | Bloomer deVere Group Avia, Inc. | | | | | | | | | | | | | | | 0.20 | $86.00 |
| 16E | Exhibit C-016E | Bortstein Legal, LLC | | | 4.2 | $693.00 | 0.2 | $33.00 | | | | | | | 4.4 | $726.00 | 11.70 | $2,924.50 |
| 16F | Exhibit C-016F | BrownGreer PLC | | | 29.6 | $4,884.00 | 2.1 | $346.50 | 56.8 | $9,372.00 | 1.4 | $245.00 | | | 89.9 | $14,847.50 | 210.60 | $52,009.00 |
| 16GG | Exhibit C-016G | CB Richard Ellis, Inc. | | | | | | | | | | | | | | | 0.20 | $95.50 |
| 16H | Exhibit C-016H | Clyde Click, P.C. | | | 0.1 | $16.50 | | | 1.4 | $231.00 | 0.4 | $70.00 | | | 1.9 | $317.50 | 10.70 | $2,956.50 |
| 16I | Exhibit C-016I | Curtis Mallet-Prevost, et al. | | | 0.9 | $148.50 | | | 13.1 | $2,161.50 | 0.5 | $87.50 | | | 14.5 | $2,397.50 | 60.20 | $16,421.00 |
| 16J | Exhibit C-016J | Dechert LLP | | | 0.3 | $49.50 | | | 5.7 | $940.50 | 0.5 | $87.50 | | | 6.5 | $1,077.50 | 22.80 | $6,044.50 |

**EXHIBIT B-2**
**Godfrey Kahn, S.C.**
**Summary of Hours and Fees by Project Category From**
**May 1, 2011 through August 31, 2011**

| # | Exhibit No. | Project Category | Rebecca (Jill) Bradshaw Hours | Rebecca (Jill) Bradshaw Fees | Zerithea Raiche Hours | Zerithea Raiche Fees | Maribeth Roufus Hours | Maribeth Roufus Fees | Nicole E. Talbott Settle Hours | Nicole E. Talbott Settle Fees | Sally Granec Hours | Sally Granec Fees | Leah Viola Hours | Leah Viola Fees | TOTAL HOURS | TOTAL FEES | GRAND TOTAL HOURS (EXH B-1 and B-2) | GRAND TOTAL FEES (EXH. B-1 and B-2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16K | Exhibit C-016K | Deloitte Tax LLP | | | 6.6 | $1,089.00 | | | 1.5 | $247.50 | 1.4 | $245.00 | | | 9.5 | $1,581.50 | 18.10 | $5,384.00 |
| 16M | Exhibit C-016M | Duff & Phelps | | | | | | | | | | | | | 0.0 | $0.00 | 4.50 | $1,773.50 |
| 16N | Exhibit C-016N | Ernst & Young LLP | | | | | | | | | | | | | 0.0 | $0.00 | 0.20 | $105.00 |
| 16O | Exhibit C-016O | FTI Consulting, Inc. | | | 17.9 | $2,953.50 | | | | | 1.0 | $175.00 | | | 18.9 | $3,128.50 | 60.80 | $16,531.00 |
| 16P | Exhibit C-016P | Gibson Dunn & Crutcher LLP | | | 0.3 | $49.50 | | | 7.4 | $1,221.00 | 0.5 | $87.50 | | | 8.2 | $1,358.00 | 52.00 | $15,212.00 |
| 16Q | Exhibit C-016Q | Houlihan, Lokey, Howard et al. | | | 12.7 | $2,095.50 | | | 0.8 | $132.00 | | | | | 13.5 | $2,227.50 | 27.00 | $5,672.50 |
| 16T | Exhibit C-016T | Jenner & Block LLP | | | | | | | | | | | | | 0.0 | $0.00 | 0.30 | $129.00 |
| 16U | Exhibit C-016U | Jones Day | | | 4.6 | $759.00 | 0.2 | $33.00 | 10.9 | $1,798.50 | 0.5 | $87.50 | | | 16.2 | $2,678.00 | 80.70 | $21,080.50 |
| 16V | Exhibit C-016V | Kasowitz, Benson, Torres et al. | | | 2.2 | $363.00 | | | 1.2 | $198.00 | 0.5 | $87.50 | | | 3.9 | $648.50 | 18.20 | $4,933.00 |
| 16W | Exhibit C-016W | Kleyr Grasso Associates | | | 2.3 | $379.50 | 0.2 | $33.00 | 0.2 | $33.00 | | | | | 2.7 | $445.50 | 15.00 | $4,243.00 |
| 16X | Exhibit C-016X | Latham & Watkins LLP | | | 0.8 | $132.00 | 0.2 | $33.00 | 1.7 | $280.50 | 0.4 | $70.00 | | | 3.1 | $515.50 | 21.20 | $5,985.00 |
| 16Y | Exhibit C-016Y | Lazard Freres & Co. LLC | | | 3.0 | $495.00 | | | 3.4 | $561.00 | | | | | 6.4 | $1,056.00 | 18.20 | $6,372.00 |
| 16AA | Exhibit C-16AA | McKenna Long & Aldridge LLP | | | 0.5 | $82.50 | | | 3.6 | $594.00 | | | | | 4.1 | $676.50 | 36.30 | $9,915.50 |
| 16BB | Exhibit C-16BB | Milbank, Tweed, Hadley et al. | | | 21.3 | $3,514.50 | 0.2 | $33.00 | 2.4 | $396.00 | 0.5 | $87.50 | | | 24.4 | $4,031.00 | 112.60 | $28,079.00 |
| 16CC | Exhibit C-16CC | MMOR Consulting, Inc. | | | 3.7 | $610.50 | | | 1.1 | $181.50 | | | | | 4.8 | $792.00 | 12.50 | $3,985.50 |
| 16DD | Exhibit C- 16DD | Momo-O, Matsuo & Namba | | | 0.9 | $148.50 | | | 0.3 | $49.50 | | | | | 1.2 | $198.00 | 5.00 | $1,328.50 |
| 16FF | Exhibit C-16FF | Pachulski, Stang, Ziehl & Jones LLP | | | | | | | 4.6 | $759.00 | 0.5 | $87.50 | | | 5.1 | $846.50 | 35.50 | $10,075.50 |
| 16GG | Exhibit C-16GG | Paul Hastings Janofsky & Walker LLP | | | | | | | 5.2 | $858.00 | | | | | 5.2 | $858.00 | 15.20 | $3,628.50 |
| 16HH | Exhibit C-16HH | PricewaterhouseCoopers LLP | | | | | | | 6.4 | $1,056.00 | 0.5 | $87.50 | 0.7 | $108.50 | 7.6 | $1,252.00 | 16.80 | $5,439.00 |
| 16II | Exhibit C-16II | Quinn, Emanuel, Urquhart & Sullivan LLP | | | 19.8 | $3,267.00 | | | 0.5 | $82.50 | 0.5 | $87.50 | | | 20.8 | $3,437.00 | 66.20 | $15,447.00 |
| 16JJ | Exhibit C-16JJ | Reed Smith LLP | | | 1.6 | $264.00 | | | 8.8 | $1,452.00 | 0.9 | $157.50 | 0.7 | $108.50 | 12.0 | $1,982.00 | 28.20 | $6,744.50 |
| 16KK | Exhibit C-16KK | Reilly Pozner LLP | | | 10.7 | $1,765.50 | | | 3.6 | $594.00 | 0.5 | $87.50 | | | 14.8 | $2,447.00 | 39.40 | $11,544.00 |
| 16LL | Exhibit C-16LL | Richard Sheldon QC | | | | | | | | | | | | | 0.0 | $0.00 | 0.60 | $135.00 |

**EXHIBIT B-2**
**Godfrey Kahn, S.C.**
**Summary of Hours and Fees by Project Category From**
**May 1, 2011 through August 31, 2011**

| # | Exhibit No. | Project Category | Rebecca (Jill) Bradshaw | | Zerithea Raiche | | Maribeth Roufus | | Nicole E. Talbott Settle | | Sally Granec | | Leah Viola | | TOTAL HOURS | TOTAL FEES | GRAND TOTAL HOURS (EXH B-1 and B-2) | GRAND TOTAL FEES (EXH. B-1 and B-2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | | | | |
| 16MM | Exhibit C-16MM | Simpson Thacher & Bartlett LLP | | | 0.1 | $16.50 | | | 5.4 | $891.00 | | | | | 5.5 | $907.50 | 22.10 | $5,869.50 |
| 16NN | Exhibit C-16NN | SNR Denton US LLP | | | 5.5 | $907.50 | | | 0.9 | $148.50 | | | | | 6.4 | $1,056.00 | 20.40 | $6,923.00 |
| 16OO | Exhibit C-16OO | Sutherland Asbill & Brennan LLP | | | 0.1 | $16.50 | | | 5.2 | $858.00 | | | | | 5.3 | $874.50 | 19.60 | $5,369.50 |
| 16PP | Exhibit C-16PP | The O'Neil Group | | | 2.8 | $462.00 | | | 0.7 | $115.50 | | | | | 3.5 | $577.50 | 11.90 | $4,133.50 |
| 16QQ | Exhibit C-16QQ | Weil Gotshal & Manges LLP | | | 1.3 | $214.50 | | | 12.1 | $1,996.50 | | | 0.8 | $124.00 | 14.2 | $2,335.00 | 105.20 | $30,482.50 |
| 16RR | Exhibit C-16RR | Windels Marx Lane & Mittendorf LLP | | | 5.2 | $858.00 | | | | | 0.4 | $70.00 | | | 5.6 | $928.00 | 12.90 | $4,177.00 |
| 16SS | Exhibit C-16SS | Wollmuth Maher & Deutsch LLP | | | | | | | 7.0 | $1,155.00 | 0.5 | $87.50 | | | 7.5 | $1,242.50 | 23.60 | $5,439.00 |
| 16TT | Exhibit C-16TT | Foster, Graham, Milstein & Calisher LLP | | | 0.7 | $115.50 | | | | | | | | | 0.7 | $115.50 | 0.80 | $139.50 |
| 16UU | Exhibit C-16UU | Locke Lord Bissell & Liddell LLP | | | | | | | | | | | | | 0.0 | $0.00 | 0.20 | $105.00 |
| 16WW | Exhibit C-16WW | Kramer Levin Naftalis & Frankel LLP | | | 0.2 | $33.00 | | | | | | | | | 0.2 | $33.00 | 0.50 | $162.00 |
| 16YY | Exhibit C-16YY | Moulton Bellingham, P.C. | | | | | | | | | | | | | 0.0 | $0.00 | 0.20 | $86.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | | 9.2 | 477.5 | 24.2 | 272.35 | 14.7 | 110.4 | TOTAL HOURS: | 908.4 | |
| TOTAL FEES | | $1,610.00 | $78,787.50 | $3,993.00 | $44,937.75 | $2,572.50 | $17,112.00 | TOTAL FEES: | $149,012.75 | |

[1]Total Travel Time is 192.5 (Hours) and $68,828.00 (Fees). The amounts listed represent a reduction of 50% for non-working travel time.

| | |
|---|---|
| **GRAND TOTALS OF ALL TIMEKEEPERS - HOURS   (EXHIBIT B-1 and B-2.)** | 2,346.85 |
| **GRAND TOTAL OF ALL TIMEKEEPERS - FEES (EXHIBIT B-1 and B-2.)** | $629,258.50 |