# EXHIBIT C-0002

## General Case Administration



**GODFREY KAHN** S.C.

780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL • 414.273.3500   FAX • 414.273.5198

www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.        554820
Re:    General Case Administration (Task Code 0100)        Matter No.        009878-0002

Billing Attorney:
Brady C. Williamson

Invoice Total            $        56,417.00

Prior Balance Due        $            0.00

**Total Amount Now Due**    **$        56,417.00**

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARIUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL·414.273.3500  FAX·414.273.5198

www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:    General Case Administration (Task Code 0100)

Invoice No.        554820
Matter No.         009878-0002

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-02-2011 | N. Talbott Settle | Circulate documents regarding April budget summary. | 0.30 | 49.50 |
| 05-02-2011 | N. Talbott Settle | Updates to website for materials provided to the U.S. Trustee. | 0.10 | 16.50 |
| 05-02-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 2.40 | 396.00 |
| 05-03-2011 | Mary Roufus | Complete naming of documents and review monthly operating reports for inclusion on internal website. | 2.40 | 396.00 |
| 05-03-2011 | Zerithea Raiche | Revise agreement for review of confidential information in time detail. | 0.60 | 99.00 |
| 05-03-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, budgets, and supporting documents. | 5.60 | 924.00 |
| 05-03-2011 | N. Talbott Settle | Review responses to reports from retained professionals and place them in electronic file. | 0.40 | 66.00 |

Matter Number: 009878-0002                                                    March 8, 2012
Invoice No.:  554820                                                              Page 2

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-03-2011 | N. Talbott Settle | Create table of Lehman Management assigned to various retained professionals. | 1.60 | 264.00 |
| 05-03-2011 | Peggy Barlett | Conference on naming and cataloging all operating reports. | 0.20 | 45.00 |
| 05-04-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.40 | 231.00 |
| 05-05-2011 | Carla Andres | Conference on fee committee issues and BrownGreer administration. | 0.50 | 175.00 |
| 05-05-2011 | Carla Andres | Review General Growth Properties, Inc. objections regarding success fees and enhancements. | 1.40 | 490.00 |
| 05-05-2011 | Mary Roufus | Review Epiq website for documents filed by Quinn Emanuel and download materials. | 0.70 | 115.50 |
| 05-05-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.70 | 280.50 |
| 05-05-2011 | N. Talbott Settle | Review monthly fee statements from Clyde Click, SNR Denton and Dechert and post non-duplicative material. | 0.40 | 66.00 |
| 05-06-2011 | Mary Roufus | Review, download, name, and catalog retention documents to be included on internal website. | 0.60 | 99.00 |
| 05-06-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 3.60 | 594.00 |
| 05-06-2011 | Zerithea Raiche | Prepare detailed email on recent filings of Quinn Emanuel. | 0.20 | 33.00 |
| 05-06-2011 | Peggy Barlett | Review internal communications regarding draft of confidentiality agreement and protective order. | 0.20 | 45.00 |

Matter Number: 009878-0002                                              March 8, 2012
Invoice No.: 554820                                                            Page 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-06-2011 | Peggy Barlett | Review General Growth Properties, Inc. documents for use in report review. | 1.60 | 360.00 |
| 05-09-2011 | Zerithea Raiche | Update website to include responses from retained professionals. | 1.40 | 231.00 |
| 05-09-2011 | Zerithea Raiche | Conference on report and objection filings for sixth interim fee period applications. | 0.20 | 33.00 |
| 05-09-2011 | N. Talbott Settle | Review daily correspondence and prepare documents for uploading to the website. | 0.30 | 49.50 |
| 05-09-2011 | N. Talbott Settle | Update the website with responses to reports and articles. | 0.20 | 33.00 |
| 05-09-2011 | N. Talbott Settle | Correspondence regarding BrownGreer meeting. | 0.20 | 33.00 |
| 05-09-2011 | Peggy Barlett | Review order regarding confidentiality of redacted information from retained professionals. | 0.20 | 45.00 |
| 05-10-2011 | Carla Andres | Review e-mail regarding potential resolutions, draft e-mail regarding discussion points and review response on discussions. | 0.40 | 140.00 |
| 05-10-2011 | Zerithea Raiche | Update website to include responses from retained professionals. | 0.80 | 132.00 |
| 05-10-2011 | N. Talbott Settle | Review correspondence and update file with internal emails on negotiations with retained professionals. | 0.20 | 33.00 |
| 05-10-2011 | N. Talbott Settle | Review daily correspondence on fee negotiations for various professionals. | 0.10 | 16.50 |

Matter Number: 009878-0002                                          March 8, 2012
Invoice No.:  554820                                                      Page 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-10-2011 | Peggy Barlett | Review e-mails regarding current issues with retained professionals and objections to the fee applications. | 0.20 | 45.00 |
| 05-10-2011 | Peggy Barlett | Conference regarding outstanding issues with information entered by audit firm, BrownGreer, and calculations and data entry errors. | 0.40 | 90.00 |
| 05-11-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.90 | 313.50 |
| 05-12-2011 | Zerithea Raiche | Update website. | 0.90 | 148.50 |
| 05-13-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.30 | 214.50 |
| 05-14-2011 | Carla Andres | Review e-mails regarding response format. | 0.10 | 35.00 |
| 05-15-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 0.70 | 115.50 |
| 05-17-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents for use in review of fee applications of retained professionals. | 2.60 | 429.00 |
| 05-18-2011 | Carla Andres | Review e-mail regarding exhibit summary format and review and respond to e-mail regarding expenses. | 0.40 | 140.00 |
| 05-18-2011 | Mary Roufus | Review monthly operating reports and begin to prepare chart of amounts paid to each professional based on monthly operating report information. | 5.20 | 858.00 |

Matter Number: 009878-0002
Invoice No.:  554820

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-18-2011 | Zerithea Raiche | Update website protocols on naming and cataloging documents. | 0.20 | 33.00 |
| 05-18-2011 | Peggy Barlett | Verify listing and proper full names of all retained professionals for compilation of monthly operating reports. | 0.40 | 90.00 |
| 05-19-2011 | Mary Roufus | Complete chart of payments made to professionals pursuant to monthly operating reports. | 4.30 | 709.50 |
| 05-19-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.40 | 231.00 |
| 05-19-2011 | Peggy Barlett | Review e-mails and attachment regarding draft of summaries for communications and status with all retained professionals. | 0.30 | 67.50 |
| 05-23-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 0.40 | 66.00 |
| 05-24-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.90 | 313.50 |
| 05-25-2011 | N. Talbott Settle | Update case directory and review docket regarding contact information. | 0.40 | 66.00 |
| 05-25-2011 | N. Talbott Settle | Review docket for retained professionals listing to assist in response to retained professional inquiry. | 0.30 | 49.50 |
| 05-26-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.90 | 313.50 |

Matter Number: 009878-0002                                                      March 8, 2012
Invoice No.:  554820                                                                     Page 6

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-26-2011 | Peggy Barlett | Review and respond to correspondence regarding preparation of sample exhibits. | 0.20 | 45.00 |
| 05-26-2011 | Katherine Stadler | Review and forward draft fee committee standards for fee committee consideration. | 0.30 | 129.00 |
| 05-27-2011 | Zerithea Raiche | Prepare summary chart of final fees/expenses granted and reductions made to requests of retained professionals. | 1.40 | 231.00 |
| 05-27-2011 | N. Talbott Settle | Review monthly reports and load website. | 0.30 | 49.50 |
| 05-31-2011 | Zerithea Raiche | Prepare emails to Epiq on service of orders on Jones Day granting fifth fee period applications. | 0.40 | 66.00 |
| 05-31-2011 | Zerithea Raiche | Respond to emails on service of orders granting fifth fee period applications on Jones Day. | 0.20 | 33.00 |
| 05-31-2011 | Zerithea Raiche | Update website. | 1.30 | 214.50 |
| 05-31-2011 | N. Talbott Settle | Review correspondence and add materials for the next fee committee meeting. | 0.80 | 132.00 |
| 05-31-2011 | N. Talbott Settle | Upload sixth interim reports with PDF's of corresponding exhibits into a sub-folder on the website to facilitate access. | 1.40 | 231.00 |
| 06-02-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents for use in review of fee applications of retained professionals. | 2.20 | 363.00 |
| 06-03-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.30 | 214.50 |

Matter Number: 009878-0002                                           March 8, 2012
Invoice No.:  554820                                                        Page 7

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-03-2011 | N. Talbott Settle | Update internal website with new documents. | 0.10 | 16.50 |
| 06-03-2011 | Peggy Barlett | Review several e-mails and attachments regarding seventh interim fee applications for retained professionals. | 0.40 | 90.00 |
| 06-03-2011 | Peggy Barlett | Updates and issues with monthly operating reports filed by retained professionals. | 0.20 | 45.00 |
| 06-05-2011 | Zerithea Raiche | Update website to include responses from retained professionals. | 1.60 | 264.00 |
| 06-06-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.40 | 231.00 |
| 06-06-2011 | Peggy Barlett | Review correspondence and attached chart detailing deadlines for seventh interim fee applications and review. | 0.20 | 45.00 |
| 06-07-2011 | N. Talbott Settle | Review and upload non-duplicative mailings and fee committee material. | 2.70 | 445.50 |
| 06-07-2011 | Peggy Barlett | Conference regarding preparation of stipulations for retained professionals. | 0.20 | 45.00 |
| 06-07-2011 | Eric Wilson | Conference regarding outstanding issues for stipulated orders and upcoming review of seventh interim fee applications, prepare correspondence summarizing results of conference. | 0.70 | 315.00 |
| 06-07-2011 | Eric Wilson | Review draft stipulated fee order and respond with comments. | 0.40 | 180.00 |
| 06-08-2011 | N. Talbott Settle | Review new mail for duplication with materials already on internal website and post new materials. | 0.70 | 115.50 |

Matter Number: 009878-0002                                              March 8, 2012
Invoice No.:  554820                                                         Page 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-08-2011 | N. Talbott Settle | Review amended verified statement of Sheppard Mullin and search docket for previous filings for that professional. | 0.30 | 49.50 |
| 06-09-2011 | Mary Roufus | Review and profile motions, objections, joinders and responses regarding motion of ad hoc group of creditors to establish disclosure procedures. | 2.30 | 379.50 |
| 06-09-2011 | N. Talbott Settle | Review and post daily correspondence to internal website. | 1.60 | 264.00 |
| 06-09-2011 | Peggy Barlett | Review e-mails and attachments regarding memorandum to professionals. | 0.10 | 22.50 |
| 06-10-2011 | N. Talbott Settle | Create seventh fee period tracking sheet to log status and attorney review of fee applications. | 0.20 | 33.00 |
| 06-10-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents for use in review of fee applications of retained professionals. | 1.20 | 198.00 |
| 06-10-2011 | Zerithea Raiche | Prepare emails and list of daily postings to the internal website and court filings. | 0.60 | 99.00 |
| 06-10-2011 | Peggy Barlett | Review e-mails and attachments to retained professionals regarding current issues and review of seventh interim fee applications. | 0.30 | 67.50 |
| 06-11-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 3.90 | 643.50 |
| 06-13-2011 | Zerithea Raiche | Update website to include responses from retained professionals. | 0.40 | 66.00 |

Matter Number: 009878-0002
Invoice No.:  554820

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-13-2011 | Zerithea Raiche | Prepare email with contact information for SNR Denton and update contacts for Bingham McCutchen as requested. | 0.40 | 66.00 |
| 06-14-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.10 | 181.50 |
| 06-15-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 0.90 | 148.50 |
| 06-16-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.20 | 198.00 |
| 06-17-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents for use in review of fee applications of retained professionals. | 0.70 | 115.50 |
| 06-20-2011 | N. Talbott Settle | Update spreadsheet of seventh period applications to include materials received by BrownGreer. | 0.70 | 115.50 |
| 06-20-2011 | Zerithea Raiche | Conference on exhibit preparation for reports. | 0.20 | 33.00 |
| 06-20-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 0.70 | 115.50 |
| 06-20-2011 | Zerithea Raiche | Prepare list of additional billing categories for use in work on issues regarding the first through fifth fee periods. | 0.70 | 115.50 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-20-2011 | Katherine Stadler | Review and forward monthly operating report for details on fee payments to include in letter reports. | 0.20 | 86.00 |
| 06-20-2011 | Katherine Stadler | Review e-mail and chart from Ms. Raiche summarizing monthly operating report. | 0.20 | 86.00 |
| 06-21-2011 | Zerithea Raiche | Update website to include responses from retained professionals. | 0.80 | 132.00 |
| 06-22-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 2.10 | 346.50 |
| 06-22-2011 | Brian C Spahn | Review updated correspondence to fee committee members. | 0.30 | 76.50 |
| 06-22-2011 | Katherine Stadler | Travel planning for June 29 meeting. | 1.20 | No Charge |
| 06-23-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 0.30 | 49.50 |
| 06-24-2011 | N. Talbott Settle | Correspondence routing seventh interim spreadsheet billing summary reports and update staff directive on process of BrownGreer spreadsheets. | 0.40 | 66.00 |
| 06-24-2011 | Zerithea Raiche | Update website to include responses from retained professionals and daily filings. | 1.70 | 280.50 |
| 06-27-2011 | Zerithea Raiche | Update website to include responses from retained professionals. | 1.20 | 198.00 |
| 06-28-2011 | Katherine Stadler | Follow-up on paralegal issues. | 0.30 | No Charge |

Matter Number: 009878-0002                      March 8, 2012
Invoice No.:  554820                               Page 11

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-29-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents for use in review of fee applications of retained professionals. | 1.30 | 214.50 |
| 06-30-2011 | Zerithea Raiche | Update website to include responses from retained professionals. | 1.70 | 280.50 |
| 06-30-2011 | Peggy Barlett | Review correspondence regarding fee detail for coordinating responses to the fee committee, impact under the American Rule and how rule affects fee review in the seventh interim period. | 0.10 | 22.50 |
| 06-30-2011 | Katherine Stadler | Review notice and hearing dates for second amended plan and disclosure statement and e-mail exchanges on same. | 0.30 | 129.00 |
| 07-01-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 2.10 | 346.50 |
| 07-01-2011 | Katherine Stadler | Travel arrangements for July 14 fee committee meeting. | 1.00 | No Charge |
| 07-05-2011 | Zerithea Raiche | Prepare emails and include list of daily postings to the internal website and court filings. | 0.80 | 132.00 |
| 07-05-2011 | Zerithea Raiche | Update list of naming conventions and distribute. | 0.30 | 49.50 |
| 07-05-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 0.90 | 148.50 |
| 07-05-2011 | Eric Wilson | Review correspondence regarding fee applications for review, devise strategy for dividing responsibilities. | 0.50 | 225.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-06-2011 | Carla Andres | E-mail regarding consistency on disallowances. | 0.30 | 105.00 |
| 07-06-2011 | Zerithea Raiche | Update website to include responses from retained professionals. | 1.60 | 264.00 |
| 07-06-2011 | Monica Santa Maria | Update chart showing report status for sixth and seventh fee periods. | 0.40 | 96.00 |
| 07-07-2011 | Zerithea Raiche | Respond to email on issues regarding billing summary reports for Windels Marx, Latham & Watkins and Deloitte Tax for use in preparation of seventh fee period reports. | 0.40 | 66.00 |
| 07-07-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents for use in review of fee applications. | 0.40 | 66.00 |
| 07-07-2011 | Peggy Barlett | Meeting on seventh interim fee application review, upcoming deadlines and key issues to identify. | 0.70 | 157.50 |
| 07-07-2011 | Eric Wilson | Telephone conference regarding PricewaterhouseCoopers and Jones Day interaction. | 0.10 | 45.00 |
| 07-08-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.70 | 280.50 |
| 07-08-2011 | Eric Wilson | Telephone conference on status of fee application review. | 0.20 | 90.00 |
| 07-08-2011 | Eric Wilson | Review chart of fee committee guidelines and exchange correspondence on suggested revisions. | 2.00 | 900.00 |
| 07-09-2011 | Peggy Barlett | Review updated fee guidelines several e-mails regarding them. | 0.70 | 157.50 |

Matter Number: 009878-0002
Invoice No.:  554820

March 8, 2012
Page 13

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-10-2011 | Zerithea Raiche | Prepare materials for use by case assistant. | 1.20 | 198.00 |
| 07-10-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 0.90 | 148.50 |
| 07-11-2011 | Zerithea Raiche | Conferences to chart monthly operating reports, budgets and fee statements of retained professionals. | 0.70 | 115.50 |
| 07-11-2011 | Peggy Barlett | Review correspondence and attached revisions regarding fee review rules and application issues with the same. | 0.30 | 67.50 |
| 07-11-2011 | Peggy Barlett | Review correspondence regarding monthly operating reports. | 0.10 | 22.50 |
| 07-12-2011 | Zerithea Raiche | Review chart listing amounts reported in the Debtors' monthly operating reports and note revisions and updates to the chart. | 0.80 | 132.00 |
| 07-12-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.30 | 214.50 |
| 07-12-2011 | Leah Viola | Verify data entries in monthly operating report for summary chart of disbursements to retained professionals. | 3.70 | 573.50 |
| 07-12-2011 | Leah Viola | Update monthly operating reports chart to include May 2011 disbursements to retained professionals. | 0.70 | 108.50 |
| 07-12-2011 | Leah Viola | Prepare emails regarding total disbursements reported in monthly operating reports during the seventh interim fee period. | 0.40 | 62.00 |

Matter Number: 009878-0002                                              March 8, 2012
Invoice No.:  554820                                                           Page 14

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-13-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.20 | 198.00 |
| 07-13-2011 | Zerithea Raiche | Prepare email on reflection of Debtors' adjustments to payments made to retained professionals in chart of amounts paid as reported in the monthly operating reports. | 0.40 | 66.00 |
| 07-13-2011 | Leah Viola | Update monthly operating reports chart to include April 2011 disbursements to retained professionals. | 0.60 | 93.00 |
| 07-13-2011 | Leah Viola | Compare and verify total and cumulative disbursement totals as reported on monthly operating reports and include adjustment information as footnotes in monthly operating report summary chart of disbursements. | 4.30 | 666.50 |
| 07-13-2011 | Leah Viola | Create chart of monthly fee statements received from retained professionals for tracking objection deadlines. | 0.80 | 124.00 |
| 07-13-2011 | Leah Viola | Conference on preparation of monthly operating report chart to reflect adjustments made by Debtors for retained professional payments. | 0.30 | 46.50 |
| 07-13-2011 | N. Talbott Settle | Update website to include fee committee meeting materials. | 0.60 | 99.00 |
| 07-13-2011 | Peggy Barlett | Review e-mail and revised fee review list. | 0.10 | 22.50 |
| 07-14-2011 | Leah Viola | Complete formatting chart of monthly fee statements received from retained professionals. | 0.50 | 77.50 |

Matter Number: 009878-0002                                                                                    March 8, 2012
Invoice No.:  554820                                                                                              Page 15

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-14-2011 | Leah Viola | Work on total fees and expense data into chart of monthly fee statements received from retained professionals. | 4.70 | 728.50 |
| 07-14-2011 | Leah Viola | Conference on preparation of fee statement chart. | 0.20 | 31.00 |
| 07-14-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 0.90 | 148.50 |
| 07-14-2011 | N. Talbott Settle | Work on staff directive memorandum regarding process for exhibits to reports. | 0.20 | 33.00 |
| 07-14-2011 | Peggy Barlett | Review correspondence and proposed language for inclusion in seventh interim fee period reports. | 0.30 | 67.50 |
| 07-14-2011 | Eric Wilson | Conference regarding compensability of time spent by professionals curing deficiencies in fee entries. | 0.30 | 135.00 |
| 07-14-2011 | Eric Wilson | Conference regarding strategy and status of fee application review. | 0.30 | 135.00 |
| 07-15-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 0.70 | 115.50 |
| 07-15-2011 | N. Talbott Settle | Conference on fee committee conference call and forward appointment for the call. | 0.30 | 49.50 |
| 07-18-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.70 | 280.50 |
| 07-18-2011 | N. Talbott Settle | Conference regarding exhibits to reports. | 0.30 | 49.50 |

Matter Number: 009878-0002                                     March 8, 2012
Invoice No.:  554820                                                Page 16

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-18-2011 | Leah Viola | Continue preparing  total fees and expenses data into chart of monthly fee statements. | 2.00 | 310.00 |
| 07-18-2011 | Leah Viola | Create chart summarizing responses received from retained professionals to request for information regarding rate increases. | 2.30 | 356.50 |
| 07-18-2011 | Eric Wilson | Conference regarding preparation of exhibits for reports. | 0.30 | 135.00 |
| 07-19-2011 | Leah Viola | Update fee statement chart to include newly-received information from U.S. Trustee regarding monthly fee statements received from retained professionals. | 1.60 | 248.00 |
| 07-19-2011 | Leah Viola | Update fee statement chart to include fee statement data from BrownGreer for seventh interim fee period. | 2.10 | 325.50 |
| 07-19-2011 | Leah Viola | Verify fee and expense detail in fee statement chart. | 3.00 | 465.00 |
| 07-19-2011 | Leah Viola | Conference regarding chart of budget submissions from retained professionals. | 0.30 | 46.50 |
| 07-19-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents for use in review of fee applications. | 1.10 | 181.50 |
| 07-19-2011 | Zerithea Raiche | Conference on staffing for review of reports and exhibits - seventh fee period applications. | 0.20 | 33.00 |
| 07-19-2011 | Zerithea Raiche | Conference on insertion of information on fee statements received by the U.S. Trustee and verifying lists provided by Ms. Nguyen. | 0.40 | 66.00 |

Matter Number: 009878-0002                                          March 8, 2012
Invoice No.:  554820                                                     Page 17

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 07-19-2011 | Zerithea Raiche | Conference on format for chart of budgets. | 0.30 | 49.50 |
| 07-19-2011 | N. Talbott Settle | Review requests to prepare and forward spreadsheets to BrownGreer for preparation of exhibits. | 0.50 | 82.50 |
| 07-20-2011 | Zerithea Raiche | Prepare exhibits and calculate amounts for insertion into six seventh fee period reports. | 0.60 | 99.00 |
| 07-20-2011 | Zerithea Raiche | Prepare instructions for review and revision of exhibits to confidential letter reports in preparation for transmittal to BrownGreer. | 0.70 | 115.50 |
| 07-20-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 0.80 | 132.00 |
| 07-20-2011 | N. Talbott Settle | Conference regarding exhibits to report. | 0.70 | 115.50 |
| 07-20-2011 | Leah Viola | Verify fee and expense detail in fee statement chart. | 2.30 | 356.50 |
| 07-20-2011 | Leah Viola | Work on footnotes to summary chart of fee statements for retained professionals to include additional relevant information pertaining to total fees and expenses requested. | 2.40 | 372.00 |
| 07-20-2011 | Leah Viola | Continue inputting total fees and expenses data into chart of monthly fee statements. | 0.40 | 62.00 |
| 07-20-2011 | Leah Viola | Create chart of monthly budgets submitted by retained professionals. | 0.90 | 139.50 |
| 07-20-2011 | Leah Viola | Review monthly budgets submitted by retained professionals and insert data into chart. | 0.50 | 77.50 |

Matter Number: 009878-0002
Invoice No.:  554820

March 8, 2012
Page 18

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-20-2011 | Leah Viola | Review April budget summary list created by Mr. Suckow and compare with chart of monthly budgets submitted by retained professionals. | 0.20 | 31.00 |
| 07-20-2011 | Eric Wilson | Review and respond to correspondence on block billing, task codes, and time increments. | 0.20 | 90.00 |
| 07-20-2011 | Eric Wilson | Exchange correspondence regarding reimbursement of professionals for fees paid to other professionals. | 0.20 | 90.00 |
| 07-21-2011 | N. Talbott Settle | Correspondence and conference on case contacts and status of reports. | 0.40 | 66.00 |
| 07-21-2011 | Leah Viola | Review table of monthly budgets for retained professionals and compare with chart of monthly budgets submitted by retained professionals. | 0.60 | 93.00 |
| 07-21-2011 | Leah Viola | Search and review retained professional sub-files for additional monthly budget submissions. | 1.10 | 170.50 |
| 07-21-2011 | Leah Viola | Update chart of monthly budgets by retained professionals to include ninth interim fee period. | 0.50 | 77.50 |
| 07-21-2011 | Leah Viola | Verify data in chart of monthly budgets submitted by retained professionals. | 0.60 | 93.00 |
| 07-21-2011 | Leah Viola | Update chart of monthly budgets submitted by retained professionals to include comparison data between actual and estimated monthly total fees and expenses. | 2.70 | 418.50 |
| 07-21-2011 | Leah Viola | Conference regarding comparison of data updates to chart of monthly budgets submitted by retained professionals. | 0.20 | 31.00 |

Matter Number: 009878-0002                                          March 8, 2012
Invoice No.:  554820                                                    Page 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-21-2011 | Zerithea Raiche | Conference on comparisons required in chart of monthly budgets by retained professionals for use in eighth fee period analysis. | 0.20 | 33.00 |
| 07-21-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 2.90 | 478.50 |
| 07-21-2011 | Peggy Barlett | Review e-mail regarding exhibit preparation for seventh fee period. | 0.10 | 22.50 |
| 07-21-2011 | Peggy Barlett | Telephone conference regarding conflicts for Pyxis litigation and issues with retained professionals. | 0.20 | 45.00 |
| 07-21-2011 | Peggy Barlett | Respond to e-mail regarding exhibit preparation for seventh interim fee applications. | 0.20 | 45.00 |
| 07-21-2011 | Eric Wilson | Review and respond to correspondence on preparation of exhibits for reports. | 1.20 | 540.00 |
| 07-22-2011 | N. Talbott Settle | Conference call regarding exhibits to reports. | 0.20 | 33.00 |
| 07-22-2011 | Zerithea Raiche | Additional updates to website to include responses from retained professionals, daily filings, and supporting document . | 2.90 | 478.50 |
| 07-22-2011 | Peggy Barlett | Review memorandum and other materials from July 14 fee committee meeting. | 0.90 | 202.50 |
| 07-22-2011 | Peggy Barlett | Review and respond to several e-mails regarding exhibit preparation for seventh fee period. | 0.20 | 45.00 |
| 07-22-2011 | Peggy Barlett | Telephone conference regarding exhibit preparation. | 0.40 | 90.00 |

Matter Number: 009878-0002
Invoice No.:  554820

March 8, 2012
Page 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-22-2011 | Eric Wilson | Review draft language for hourly rates to be included in reports and examine fee applications for compliance. | 0.80 | 360.00 |
| 07-23-2011 | Zerithea Raiche | Prepare email on status of exhibit preparation and task assignments. | 0.20 | 33.00 |
| 07-23-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.80 | 297.00 |
| 07-23-2011 | Eric Wilson | Review and edit language for reports regarding hourly rate increases and distribute. | 0.30 | 135.00 |
| 07-24-2011 | Zerithea Raiche | Prepare email updating status of exhibit preparation. | 0.20 | 33.00 |
| 07-25-2011 | Carla Andres | Summary review of U.S. Trustee's comments on draft reports. | 0.60 | 210.00 |
| 07-25-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.30 | 214.50 |
| 07-25-2011 | Zerithea Raiche | Review status tracking chart for the seventh fee period exhibits and reports. | 0.20 | 33.00 |
| 07-25-2011 | N. Talbott Settle | Update spreadsheet with status of seventh interim reports and exhibits. | 1.00 | 165.00 |
| 07-25-2011 | N. Talbott Settle | Conference on review of reports and exhibits for the seventh fee period. | 0.20 | 33.00 |
| 07-25-2011 | Leah Viola | Update fee statement chart to include recent submissions from retained professionals. | 0.70 | 108.50 |
| 07-25-2011 | Leah Viola | Update budget chart to include recent submissions from retained professionals. | 0.30 | 46.50 |

Matter Number: 009878-0002
Invoice No.:  554820

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-25-2011 | Leah Viola | Scan fee statements received from retained professionals and email. | 0.80 | 124.00 |
| 07-25-2011 | Leah Viola | Update chart of monthly operating reports to include June 2011 disbursements to retained professionals. | 1.00 | 155.00 |
| 07-25-2011 | Leah Viola | Update chart of monthly budgets submitted by retained professionals to include comparison data between actual and estimated monthly total fees and expenses. | 1.00 | 155.00 |
| 07-25-2011 | Leah Viola | Conference on assignments for review of confidential letter reports and exhibits to the reports - seventh fee period. | 0.20 | 31.00 |
| 07-25-2011 | Peggy Barlett | Conference regarding Houlihan Lokey exhibits, status of all reports and various issues with review for seventh fee period. | 0.20 | 45.00 |
| 07-26-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.80 | 297.00 |
| 07-26-2011 | Zerithea Raiche | Prepare email with instructions on access to the intranet website. | 0.20 | 33.00 |
| 07-26-2011 | Leah Viola | Conference regarding guidelines for drafting sixth interim fee order and schedules. | 0.20 | 31.00 |
| 07-26-2011 | Leah Viola | Conduct search and review stipulations regarding the sixth interim applications for information regarding final reductions and amounts paid to date. | 1.50 | 232.50 |
| 07-26-2011 | Leah Viola | Update fee statement chart to include recent submissions from retained professionals. | 0.20 | 31.00 |

Matter Number: 009878-0002                                          March 8, 2012
Invoice No.:  554820                                                     Page 22

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 07-26-2011 | Peggy Barlett | Conference regarding additional updates at U.S. Trustee's request to reports for seventh fee period. | 0.10 | 22.50 |
| 07-26-2011 | Peggy Barlett | Conference regarding rate increase calculations and incorporation into report. | 0.10 | 22.50 |
| 07-27-2011 | N. Talbott Settle | Work on status of exhibits and report spreadsheet. | 1.00 | 165.00 |
| 07-27-2011 | Leah Viola | Create Schedule A(1) for proposed order granting applications of retained professionals for the sixth interim period. | 1.50 | 232.50 |
| 07-27-2011 | Leah Viola | Review stipulations regarding the sixth interim applications for information regarding final reductions and amounts paid to date. | 0.40 | 62.00 |
| 07-27-2011 | Leah Viola | Update fee statement chart to include recent submissions from retained professionals. | 0.40 | 62.00 |
| 07-27-2011 | Leah Viola | Update budget chart to include recent submissions from retained professionals. | 0.10 | 15.50 |
| 07-27-2011 | Leah Viola | Format formulas in chart of monthly budgets received from retained professionals to correlate with data in the chart of fee statements from retained professionals. | 0.20 | 31.00 |
| 07-27-2011 | Leah Viola | Create chart of disbursement summaries as reported in interim fee applications. | 0.20 | 31.00 |
| 07-27-2011 | Leah Viola | Construct Schedule A(2) for proposed order granting applications of retained professionals for the sixth interim period. | 0.40 | 62.00 |

Matter Number: 009878-0002                                                    March 8, 2012
Invoice No.:  554820                                                              Page 23

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-27-2011 | Leah Viola | Conference regarding drafted proposed order granting applications of retained professionals for the sixth interim period and calculation of fees awarded for Schedule A(1). | 0.50 | 77.50 |
| 07-27-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.90 | 313.50 |
| 07-27-2011 | Eric Wilson | Exchange correspondence regarding completion of reports. | 0.20 | 90.00 |
| 07-28-2011 | Carla Andres | Review recent filings, e-mails regarding status of reports and exhibits. | 0.50 | 175.00 |
| 07-28-2011 | N. Talbott Settle | Update status spreadsheet for seventh interim reports and exhibits. | 0.80 | 132.00 |
| 07-28-2011 | Leah Viola | Create chart of disbursement summaries as reported in interim applications from retained professionals. | 4.70 | 728.50 |
| 07-28-2011 | Leah Viola | Update budget chart to include recent submissions from retained professionals. | 0.10 | 15.50 |
| 07-28-2011 | Leah Viola | Create Schedule A(1) for proposed order granting applications to retained professionals for the sixth interim period. | 0.20 | 31.00 |
| 07-28-2011 | Peggy Barlett | E-mail regarding exhibit preparation. | 0.10 | 22.50 |
| 07-28-2011 | Eric Wilson | Review and respond to correspondence regarding status of review of exhibits for reports. | 0.50 | 225.00 |
| 07-28-2011 | Katherine Stadler | E-mail exchange on timeline for generating final draft reports. | 0.30 | 129.00 |

Matter Number: 009878-0002                                     March 8, 2012
Invoice No.:  554820                                                Page 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-29-2011 | Carla Andres | E-mails on reports and exhibit status. | 0.30 | 105.00 |
| 07-29-2011 | N. Talbott Settle | Revise status table of reports and corresponding exhibits for the seventh fee period. | 0.50 | 82.50 |
| 07-29-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 2.10 | 346.50 |
| 07-29-2011 | Eric Wilson | Incorporate comments of U.S. Trustee's office into fee applications under review. | 1.00 | 450.00 |
| 07-29-2011 | Eric Wilson | Review and respond to correspondence regarding communications with U.S. Trustee's office. | 0.40 | 180.00 |
| 07-29-2011 | Katherine Stadler | Telephone conference on completing stipulations and order resolving sixth interim fee applications. | 0.20 | 86.00 |
| 07-29-2011 | Katherine Stadler | E-mail exchange and telephone conference on incorporating U.S. Trustee changes into draft reports. | 0.40 | 172.00 |
| 07-30-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 2.40 | 396.00 |
| 07-30-2011 | N. Talbott Settle | Conferences on exhibit preparations for seventh fee period applications and status of review. | 0.30 | 49.50 |
| 07-30-2011 | N. Talbott Settle | Correspondence to support staff forwarding directives for processing exhibits to facilitate review. | 0.90 | 148.50 |
| 07-30-2011 | N. Talbott Settle | Correspondence regarding status of reports and exhibits. | 0.40 | 66.00 |

Matter Number: 009878-0002                                                      March 8, 2012

Invoice No.:  554820                                                               Page 25

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-31-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 0.60 | 99.00 |
| 07-31-2011 | Peggy Barlett | Conference regarding formatting of exhibits and preparation of reports. | 0.40 | 90.00 |
| 08-01-2011 | Carla Andres | Review and respond to e-mails on status of reports and exhibits and report on rate increase impact. | 0.50 | 175.00 |
| 08-01-2011 | Leah Viola | Review executed stipulations on sixth interim applications and calculate amounts payable and totals requested and awarded to date for Schedules A(1) and A(2). | 3.40 | 527.00 |
| 08-01-2011 | Leah Viola | Update fee statement chart to include recent submissions from retained professionals. | 0.20 | 31.00 |
| 08-01-2011 | Leah Viola | Create chart of disbursement summaries as reported in interim applications from retained professionals. | 0.30 | 46.50 |
| 08-01-2011 | N. Talbott Settle | Prepare index to seventh fee period reports. | 0.40 | 66.00 |
| 08-01-2011 | N. Talbott Settle | Conference on report status. | 0.40 | 66.00 |
| 08-01-2011 | N. Talbott Settle | Conference on reports and update the file for final reports. | 0.40 | 66.00 |
| 08-01-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.70 | 280.50 |
| 08-02-2011 | N. Talbott Settle | Update status report of reports. | 0.40 | 66.00 |
| 08-02-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.80 | 297.00 |
| 08-03-2011 | N. Talbott Settle | Conference on status of reports. | 0.50 | 82.50 |

Matter Number: 009878-0002                                      March 8, 2012
Invoice No.:  554820                                                  Page 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-03-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.30 | 49.50 |
| 08-03-2011 | Peggy Barlett | Telephone conference on status of reports for seventh fee period and exhibits. | 0.10 | 22.50 |
| 08-03-2011 | Peggy Barlett | Telephone conference on litigation overhead objections and fee committee brief tasks by professionals and objections. | 0.30 | 67.50 |
| 08-03-2011 | Peggy Barlett | Conference on multiple attendees and suggested reduction for objectionable entries. | 0.10 | 22.50 |
| 08-03-2011 | Peggy Barlett | Meeting to discuss fee procedures, review and preparation of reports and case status. | 0.80 | 180.00 |
| 08-04-2011 | Carla Andres | E-mail regarding structure for editing draft reports and revisions. | 0.20 | 70.00 |
| 08-04-2011 | Leah Viola | Update fee statement chart to include recent submissions from retained professionals. | 0.40 | 62.00 |
| 08-04-2011 | N. Talbott Settle | Correspondence on seventh interim fees and exhibits and revisions. | 0.20 | 33.00 |
| 08-04-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents for use in review of applications. | 2.40 | 396.00 |
| 08-04-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.20 | 33.00 |
| 08-04-2011 | Peggy Barlett | E-mail on review of reports and template language. | 0.20 | 45.00 |
| 08-04-2011 | Peggy Barlett | Prepare materials and verify citations and information in the reports for the seventh fee period. | 0.30 | 67.50 |

Matter Number: 009878-0002
Invoice No.:  554820

March 8, 2012
Page 27

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-04-2011 | Peggy Barlett | Review several e-mails regarding updates to letters, exhibits and additional language to reports. | 0.30 | 67.50 |
| 08-04-2011 | Katherine Stadler | Work on protocol for preparing letter report exhibits. | 0.30 | 129.00 |
| 08-04-2011 | Katherine Stadler | Review and revise memorandum to Mr. Gitlin on plan and disclosure statement issues. | 0.30 | 129.00 |
| 08-05-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 0.40 | 66.00 |
| 08-05-2011 | Peggy Barlett | Conference on template language and discrepancies between reports. | 0.40 | 90.00 |
| 08-05-2011 | Peggy Barlett | Review comments from the U.S. Trustee to identify required changes for all draft reports. | 0.90 | 202.50 |
| 08-05-2011 | Peggy Barlett | Conference on updated template paragraphs in seventh period reports. | 0.20 | 45.00 |
| 08-07-2011 | Carla Andres | E-mails and conference on time detail review, status, and timing of reports and exhibits. | 0.30 | 105.00 |
| 08-07-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.80 | 297.00 |
| 08-08-2011 | Leah Viola | Update fee statement chart to include recent submissions. | 0.30 | 46.50 |
| 08-08-2011 | Leah Viola | Update budget chart to include recent submissions from retained professionals. | 0.10 | 15.50 |
| 08-08-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 0.90 | 148.50 |

Matter Number: 009878-0002
Invoice No.: 554820

March 8, 2012
Page 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-08-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.70 | 115.50 |
| 08-08-2011 | Eric Wilson | Conference on uniformity of reports to professionals. | 0.20 | 90.00 |
| 08-09-2011 | Leah Viola | Create chart of reports with timelines for negotiation and responses. | 0.50 | 77.50 |
| 08-09-2011 | N. Talbott Settle | Conference on eighth fee period reports. | 0.20 | 33.00 |
| 08-09-2011 | N. Talbott Settle | Prepare reports and corresponding exhibits for electronic reproduction for fee committee. | 0.60 | 99.00 |
| 08-09-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 2.10 | 346.50 |
| 08-10-2011 | N. Talbott Settle | Update reports status. | 0.20 | 33.00 |
| 08-10-2011 | Peggy Barlett | Prepare e-mail on status of exhibit review for Houlihan Lokey, Milbank Tweed and Quinn Emanuel. | 0.10 | 22.50 |
| 08-10-2011 | Peggy Barlett | Internal email on comments to Houlihan Lokey exhibits, status of Quinn Emanuel review and status of exhibit preparation for Milbank Tweed. | 0.20 | 45.00 |
| 08-10-2011 | Peggy Barlett | Prepare summary list of specific review issues for BrownGreer. | 0.40 | 90.00 |
| 08-11-2011 | Leah Viola | Continue to create chart of reports with timelines for negotiation and responses. | 0.60 | 93.00 |
| 08-11-2011 | Leah Viola | Update fee statement chart to include recent submissions from retained professionals. | 1.60 | 248.00 |

Matter Number: 009878-0002

March 8, 2012

Invoice No.:  554820

Page 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-11-2011 | N. Talbott Settle | Correspondence and conference regarding timeline for the eighth interim fee period. | 0.20 | 33.00 |
| 08-11-2011 | N. Talbott Settle | Prepare and compile working copies of letter reports. | 0.40 | 66.00 |
| 08-12-2011 | N. Talbott Settle | Work on the format of rate analysis report for insertion into memorandum. | 0.50 | 82.50 |
| 08-12-2011 | Zerithea Raiche | Update website to include expenses from retained professionals, daily filings, and supporting documents. | 3.50 | 577.50 |
| 08-15-2011 | Leah Viola | Review fee statements from retained professionals and prepare upload. | 1.60 | 248.00 |
| 08-15-2011 | Leah Viola | Update fee statement chart to include recent submissions from retained professionals. | 0.80 | 124.00 |
| 08-15-2011 | Leah Viola | Download eighth interim fee applications filed by retained professionals. | 0.70 | 108.50 |
| 08-15-2011 | Leah Viola | Create eighth fee period tracking sheet to log status and attorney review of fee applications. | 0.30 | 46.50 |
| 08-15-2011 | N. Talbott Settle | Correspondence on new retained professionals: Lord Bisell, Kramer Levin and eighth interim fee period. | 0.20 | 33.00 |
| 08-15-2011 | N. Talbott Settle | Prepare electronic files of reports for committee members. | 1.70 | 280.50 |
| 08-15-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents for use in review of fee applications. | 2.70 | 445.50 |
| 08-16-2011 | Leah Viola | Download eighth interim fee applications filed by retained professionals. | 3.20 | 496.00 |

Matter Number: 009878-0002                                        March 8, 2012
Invoice No.:  554820                                                  Page 30

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 08-16-2011 | Leah Viola | Review fee statements from retained professionals and prepare for upload. | 0.50 | 77.50 |
| 08-16-2011 | Leah Viola | Update eighth fee period tracking sheet to include applications filed by professionals. | 1.10 | 170.50 |
| 08-16-2011 | Leah Viola | Update budget chart to include recent submissions. | 0.10 | 15.50 |
| 08-16-2011 | Leah Viola | Download pleadings related to disclosure statement hearing. | 2.20 | 341.00 |
| 08-16-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.30 | 214.50 |
| 08-17-2011 | Leah Viola | Update chart of seventh fee period reports with extension dates and modified deadlines. | 0.20 | 31.00 |
| 08-17-2011 | Leah Viola | Review recent fee application to determine whether duplicative to document filed with court. | 0.30 | 46.50 |
| 08-17-2011 | N. Talbott Settle | Post recent fee committee communications. | 0.20 | 33.00 |
| 08-17-2011 | N. Talbott Settle | Prepare correspondence forwarding reports for the seventh fee period. | 0.20 | 33.00 |
| 08-18-2011 | Leah Viola | Prepare email correspondence listing status of eighth interim fee period application filings by retained professionals. | 0.40 | 62.00 |
| 08-18-2011 | Leah Viola | Update chart of seventh fee period reports and forward. | 0.20 | 31.00 |
| 08-18-2011 | Leah Viola | Download pleadings related to disclosure statement hearing. | 0.20 | 31.00 |
| 08-18-2011 | N. Talbott Settle | Conference regarding report edits. | 0.30 | 49.50 |
| 08-19-2011 | N. Talbott Settle | Update internal website with reports and responses. | 0.40 | 66.00 |

Matter Number: 009878-0002                                          March 8, 2012
Invoice No.:  554820                                                      Page 31

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-19-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.20 | 33.00 |
| 08-22-2011 | Leah Viola | Review eighth interim submissions from retained professionals and prepare for internal website. | 1.10 | 170.50 |
| 08-22-2011 | Leah Viola | Update fee statement chart to include recent submissions. | 0.40 | 62.00 |
| 08-22-2011 | Leah Viola | Download pleadings related to disclosure statement hearing. | 0.20 | 31.00 |
| 08-22-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents for use in review of fee applications. | 6.50 | 1,072.50 |
| 08-22-2011 | Eric Wilson | Conference on eighth interim fee applications. | 0.30 | 135.00 |
| 08-23-2011 | Leah Viola | Update eighth fee period tracking sheet to include newly-filed applications filed. | 0.40 | 62.00 |
| 08-23-2011 | Leah Viola | Review recent fee applications from retained professionals to determine whether duplicative of documents filed with court. | 0.70 | 108.50 |
| 08-23-2011 | Leah Viola | Update chart of seventh fee period reports with extension dates and modified deadlines. | 0.10 | 15.50 |
| 08-23-2011 | Leah Viola | Prepare supplemental exhibits to filed fee applications from retained professionals for internal website. | 2.50 | 387.50 |
| 08-23-2011 | Leah Viola | Review recent fee statements from retained professionals and confirm. | 0.10 | 15.50 |
| 08-23-2011 | N. Talbott Settle | Update website to include seventh interim reports period reports. | 1.20 | 198.00 |

Matter Number: 009878-0002                                                    March 8, 2012
Invoice No.:  554820                                                               Page 32

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-23-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 2.30 | 379.50 |
| 08-23-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.40 | 66.00 |
| 08-24-2011 | Leah Viola | Prepare supplemental exhibits to filed fee applications from retained professionals. | 0.70 | 108.50 |
| 08-24-2011 | Leah Viola | Review recent fee statements and interim applications. | 0.70 | 108.50 |
| 08-24-2011 | Leah Viola | Conference on assigned tasks to facilitate preparation of proposed orders and corresponding schedules for retained professionals. | 0.60 | 93.00 |
| 08-24-2011 | Leah Viola | Update website to include interim fee applications and supporting documents from retained professionals. | 2.70 | 418.50 |
| 08-24-2011 | Leah Viola | Restructure sixth fee period tracking sheet for reports to include stipulation details. | 0.40 | 62.00 |
| 08-25-2011 | Leah Viola | Review and organize stipulation documents for the sixth interim applications to chart totals requested and awarded to date for Schedules A(1) and A(2). | 2.50 | 387.50 |
| 08-25-2011 | Leah Viola | Update website to include supporting documents for interim fee applications. | 0.40 | 62.00 |
| 08-25-2011 | Leah Viola | Work on Schedule A(1) for proposed order granting applications to retained professionals for the sixth interim period. | 0.50 | 77.50 |

Matter Number: 009878-0002                                          March 8, 2012
Invoice No.:  554820                                                    Page 33

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-25-2011 | Leah Viola | Update monthly operating reports chart to include July 2011 disbursements to retained professionals. | 0.30 | 46.50 |
| 08-25-2011 | Leah Viola | Update chart of seventh fee period reports with extension dates and modified deadlines. | 0.10 | 15.50 |
| 08-25-2011 | Leah Viola | Update budget chart to include recent submissions. | 0.40 | 62.00 |
| 08-25-2011 | Leah Viola | Update eighth fee period tracking sheet to include newly-filed applications. | 0.20 | 31.00 |
| 08-25-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.60 | 264.00 |
| 08-26-2011 | Monica Santa Maria | Conference and email regarding possible reassignment of primary responsibility of special counsel professionals. | 0.10 | 24.00 |
| 08-28-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents. | 1.90 | 313.50 |
| 08-28-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.20 | 33.00 |
| 08-29-2011 | Zerithea Raiche | Arrange through CourtCall to attend the disclosure statement hearing by telephone. | 0.20 | 33.00 |
| 08-29-2011 | Eric Wilson | Review draft memorandum to professionals on rate increases. | 0.60 | 270.00 |
| 08-30-2011 | Leah Viola | Review documents from retained professionals and prepare for upload. | 1.00 | 155.00 |

Matter Number: 009878-0002                                                    March 8, 2012
Invoice No.:  554820                                                            Page 34

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-30-2011 | Leah Viola | Update chart of seventh fee period reports with extension dates and modified deadlines. | 0.20 | 31.00 |
| 08-30-2011 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents for use in review of fee applications of retained professionals. | 2.80 | 462.00 |
| 08-31-2011 | Leah Viola | Update budget chart to include recent submissions from retained professionals, update fee statement chart to include recent submissions, review documents from retained professionals and prepare for upload, update eighth fee period tracking sheet to include newly-filed applications filed by retained professionals. | 0.40 | 62.00 |
| 08-31-2011 | Leah Viola | Update chart of seventh fee period reports with extension dates and modified deadlines. | 0.40 | 62.00 |
| 08-31-2011 | Patricia Wheeler | Review responses from retained professionals regarding reports from seventh fee period. | 2.00 | 570.00 |

| | Total Fees | $ | 56,417.00 |
|--|-----------|---|-----------|
| | Total Disbursements | $ | 0.00 |
| | **Total For This Invoice** | **$** | **56,417.00** |

Matter Number: 009878-0002                                      March 8, 2012
Invoice No.:  554820                                               Page 35

# Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| CARLA ANDRES | Special Counsel | 5.50 | 350.00 | 1,925.00 |
| **Special Counsel Total** | | **5.50** | | **1,925.00** |
| ZERITHEA RAICHE | Paralegal | 138.70 | 165.00 | 22,885.50 |
| N. TALBOTT SETTLE | Paralegal | 30.60 | 165.00 | 5,049.00 |
| MARY ROUFUS | Paralegal | 15.50 | 165.00 | 2,557.50 |
| LEAH VIOLA | Paralegal | 90.70 | 155.00 | 14,058.50 |
| **Paralegal Total** | | **275.50** | | **44,550.50** |
| PATRICIA WHEELER | Associate | 2.00 | 285.00 | 570.00 |
| MONICA SANTA MARIA | Associate | 0.50 | 240.00 | 120.00 |
| PEGGY BARLETT | Associate | 14.60 | 225.00 | 3,285.00 |
| BRIAN C SPAHN | Associate | 0.30 | 255.00 | 76.50 |
| **Associate Total** | | **17.40** | | **4,051.50** |
| KATHERINE STADLER | Shareholder | 2.50 | 430.00 | 1,075.00 |
| ERIC WILSON | Shareholder | 10.70 | 450.00 | 4,815.00 |
| **Shareholder Total** | | **13.20** | | **5,890.00** |
| **TIMEKEEPER TOTALS** | | **311.60** | | **$56,417.00** |

*We adjust our hourly billing rates effective January 1 of each year.  Accordingly, billing rate changes are reflected on this statement for work performed in 2012.  Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*