# **EXHIBIT C-0003**

## **Fee Application Preparation**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**

TEL・414.273.3500   FAX・414.273.5198
www・GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

           March 8, 2012

Re:   Godfrey & Kahn's Fee Application        Invoice No.    554822
      (Task Code 4600)                        Matter No.     009878-0003

           Billing Attorney:
           Brady C. Williamson

|  |  |
|---|---|
| Invoice Total | $   13,626.50 |
| Prior Balance Due | $   0.00 |
| **Total Amount Now Due** | **$   13,626.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.   BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714   SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500  FAX • 414.273.5198
www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:  Godfrey & Kahn's Fee Application
(Task Code 4600)

Invoice No.    554822
Matter No.    009878-0003

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-02-2011 | Katherine Stadler | E-mail exchange with Mr. Gitlin on fee application issues. | 0.40 | 172.00 |
| 05-11-2011 | N. Talbott Settle | Work on travel expenses and telephone conference to the Marriott to confirm charged expenses. | 2.30 | No Charge |
| 05-23-2011 | N. Talbott Settle | Conference, correspondence and research regarding docket date for retroactive fee application. | 0.50 | 82.50 |
| 05-27-2011 | Brady C. Williamson | Initial preparation of first interim fee application, including narrative draft. | 1.60 | 840.00 |
| 06-21-2011 | Katherine Stadler | Confer on billing categories. | 0.40 | No Charge |
| 06-28-2011 | Zerithea Raiche | Review, verify and provide to billing department the correct spelling of names for use in invoices. | 2.40 | 396.00 |
| 08-02-2011 | Zerithea Raiche | Revise spreadsheets of January through April time entries to isolate specific entries. | 4.90 | No Charge |
| 08-15-2011 | Patricia Wheeler | Review prior fee applications in preparation to draft fee application. | 1.40 | 399.00 |

Matter Number: 009878-0003  March 8, 2012
Invoice No.: 554822  Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-16-2011 | Zerithea Raiche | Locate and forward supporting records for use in preparation of Godfrey & Kahn's interim fee application. | 1.90 | 313.50 |
| 08-16-2011 | Patricia Wheeler | Review fee applications, initial orders and retention documents to draft Godfrey & Kahn fee application. | 3.70 | 1,054.50 |
| 08-16-2011 | Patricia Wheeler | Draft Godfrey & Kahn fee application. | 1.80 | 513.00 |
| 08-17-2011 | Zerithea Raiche | Locate and forward supporting documents for use in the preparation interim fee application. | 1.30 | 214.50 |
| 08-17-2011 | Patricia Wheeler | Draft initial fee application. | 2.40 | 684.00 |
| 08-18-2011 | Patricia Wheeler | Continue work on fee application draft. | 5.40 | 1,539.00 |
| 08-19-2011 | Zerithea Raiche | Locate supporting records for interim fee application. | 0.70 | 115.50 |
| 08-19-2011 | Patricia Wheeler | Review fee committee meeting materials to prepare draft fee application. | 2.60 | 741.00 |
| 08-22-2011 | Patricia Wheeler | Draft first interim fee application narrative. | 4.70 | 1,339.50 |
| 08-23-2011 | Patricia Wheeler | Continue work on application. | 7.30 | 2,080.50 |
| 08-23-2011 | Katherine Stadler | Confer on initial contents of fee application and e-mail response to inquiries on application format and content. | 1.20 | 516.00 |
| 08-26-2011 | Patricia Wheeler | Review and edit draft of first interim fee application. | 5.00 | 1,425.00 |
| 08-29-2011 | Brady C. Williamson | Revise and add sections to Godfrey & Kahn and Gitlin first fee application. | 0.90 | 472.50 |

Matter Number: 009878-0003  
Invoice No.: 554822

March 8, 2012  
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-29-2011 | Katherine Stadler | Review and revise draft fee application. | 0.70 | 301.00 |
| 08-30-2011 | Patricia Wheeler | Edit and revise fee application with comments. | 1.50 | 427.50 |
| | | **Total Fees** | $ | 13,626.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **13,626.50** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| ZERITHEA RAICHE | Paralegal | 6.30 | 165.00 | 1,039.50 |
| N. TALBOTT SETTLE | Paralegal | 0.50 | 165.00 | 82.50 |
| **Paralegal Total** | | **6.80** | | **1,122.00** |
| PATRICIA WHEELER | Associate | 35.80 | 285.00 | 10,203.00 |
| **Associate Total** | | **35.80** | | **10,203.00** |
| BRADY C. WILLIAMSON | Shareholder | 2.50 | 525.00 | 1,312.50 |
| KATHERINE STADLER | Shareholder | 2.30 | 430.00 | 989.00 |
| **Shareholder Total** | | **4.80** | | **2,301.50** |
| **TIMEKEEPER TOTALS** | | **47.40** | | **$13,626.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*