# **EXHIBIT C-0005**

**Project Monitoring/Calendar and Docket Maintenance**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500    FAX • 414.273.5198
www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:    Project Monitoring/Court Calendar & Docket Maintenance (Task Code 0300)

Invoice No.    554823
Matter No.    009878-0005

Billing Attorney:
Brady C. Williamson

|  |  |  |
|---|---|---|
| Invoice Total | $ | 907.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **907.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL · 414.273.3500   FAX · 414.273.5198
www · GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:  Project Monitoring/Court Calendar & Docket Maintenance (Task Code 0300)

Invoice No.   554823
Matter No.    009878-0005

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-03-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.30 | 49.50 |
| 05-06-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.20 | 33.00 |
| 05-12-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.20 | 33.00 |
| 05-24-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.20 | 33.00 |
| 06-02-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines for seventh fee period applications. | 0.20 | 33.00 |
| 06-10-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.30 | 49.50 |
| 06-17-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.60 | 99.00 |

Matter Number: 009878-0005 March 8, 2012
Invoice No.: 554823 Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-22-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.20 | 33.00 |
| 06-23-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.20 | 33.00 |
| 07-01-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.30 | 49.50 |
| 07-06-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.20 | 33.00 |
| 07-11-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.40 | 66.00 |
| 07-11-2011 | Zerithea Raiche | Prepare chart of monthly operating reports filed by Debtors and monthly payments reported for retained professionals. | 0.60 | 99.00 |
| 07-13-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.30 | 49.50 |
| 07-14-2011 | Zerithea Raiche | Conference on preparation of chart listing information on monthly fee statements from retained professionals. | 0.20 | 33.00 |
| 07-18-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.20 | 33.00 |
| 07-20-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.20 | 33.00 |
| 07-22-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.30 | 49.50 |

Matter Number: 009878-0005 March 8, 2012
Invoice No.: 554823 Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-25-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.20 | 33.00 |
| 07-26-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines. | 0.20 | 33.00 |
| | | Total Fees | $ | 907.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **907.50** |

Matter Number: 009878-0005        March 8, 2012
Invoice No.: 554823        Page 4

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 5.50 | 165.00 | 907.50 |
| **Paralegal Total** | | **5.50** | | **907.50** |
| **TIMEKEEPER TOTALS** | | **5.50** | | **$907.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*