# **EXHIBIT C-0006**

**General Contact/Communication**



**GODFREY & KAHN** S.C.

780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL• 414.273.3500   FAX• 414.273.5198
www•GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:    General Contact/Communication

Invoice No.       554824
Matter No.        009878-0006

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 24,397.00 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **24,397.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   General Contact/Communication

Invoice No.    554824
Matter No.    009878-0006

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-01-2011 | Brady C. Williamson | Exchange telephone calls with Mr. Gitlin on May schedule and status of reports and responses. | 0.40 | 210.00 |
| 05-02-2011 | Katherine Stadler | E-mail exchange with Ms. Arthur of Weil Gotshal on status of fifth interim fee order and ordinary course issues. | 0.20 | 86.00 |
| 05-03-2011 | Brady C. Williamson | Exchange telephone calls with Mr. Gitlin on preparation for his meeting with John Suckow. | 0.40 | 210.00 |
| 05-03-2011 | Brady C. Williamson | Exchange telephone calls with U.S. Trustee on procedures, schedule and latest report responses. | 0.20 | 105.00 |
| 05-03-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on discretionary fee issues and, in particular, Lazard Freres. | 0.30 | 129.00 |
| 05-04-2011 | Brady C. Williamson | Conference call with Mr. Gitlin on meeting agendas and materials, his discussions with Mr. Suckow and status of report responses. | 0.30 | 157.50 |
| 05-05-2011 | Brady C. Williamson | Exchange telephone calls with Mr. Gitlin and assemble responsive materials for inquiry. | 0.20 | 105.00 |

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Matter Number: 009878-0006  
Invoice No.: 554824

March 8, 2012  
Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-09-2011 | Katherine Stadler | Extended telephone conference with Ms. Schwartz of U.S. Trustee's office on conflicts issues and scheduling meeting to review substantive recommendations. | 0.70 | 301.00 |
| 05-10-2011 | Brady C. Williamson | Exchange email with U.S. Trustee on open issues and meeting schedule. | 0.30 | 157.50 |
| 05-11-2011 | Katherine Stadler | E-mail update to Mr. Gitlin on status of MMOR Consulting and The O'Neil Group retentions and recent communications with U.S. Trustee's office and Ms. O'Neil on status. | 0.20 | 86.00 |
| 05-12-2011 | Brady C. Williamson | Exchange telephone calls with Mr. Gitlin on schedule and meeting agenda. | 0.30 | 157.50 |
| 05-12-2011 | Katherine Stadler | E-mail communication on status of orders for fifth interim compensation. | 0.20 | 86.00 |
| 05-13-2011 | Brady C. Williamson | Email to Mr. Gitlin on status of open issues. | 0.20 | 105.00 |
| 05-16-2011 | Katherine Stadler | E-mail exchange with Ms. Arthur on status of fifth interim compensation orders. | 0.20 | 86.00 |
| 05-17-2011 | Brady C. Williamson | Exchange email and telephone calls with Mr. Purcell and Mr. Gitlin on schedule and open issues. | 0.30 | 157.50 |
| 05-17-2011 | Katherine Stadler | E-mail exchange with Ms. Arthur on communication from court on fifth interim orders and follow-up e-mails and telephone calls to resolve. | 0.30 | 129.00 |
| 05-19-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on status of review and responses. | 0.40 | 210.00 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 05-19-2011 | Katherine Stadler | Telephone conference with Ms. Schwartz on logistics for Monday meetings and materials for review of negotiated sixth interim settlements. | 0.20 | 86.00 |
| 05-20-2011 | Brady C. Williamson | Prepare for conference call with Mr. Gitlin and Mr. Purcell on pending issues: Milbank Tweed, FTI Consulting, Quinn Emanuel. | 0.30 | 157.50 |
| 05-20-2011 | Brady C. Williamson | Participate in conference call with Mr. Gitlin and Mr. Purcell on pending issues: Milbank Tweed, FTI Consulting, Quinn Emanuel. | 0.60 | 315.00 |
| 05-20-2011 | Katherine Stadler | E-mail exchange with Ms. Gasparini at U.S. Trustee's office on rate increases and agenda items. | 0.10 | 43.00 |
| 05-20-2011 | Katherine Stadler | Prepare for call with Mr. Purcell by reviewing status of Milbank Tweed, FTI Consulting and Quinn Emanuel settlement discussions. | 0.40 | 172.00 |
| 05-20-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin and Mr. Purcell on remaining issues with Unsecured Creditors' Committee professionals. | 0.60 | 258.00 |
| 05-23-2011 | Brady C. Williamson | Participate in meeting with U.S. Trustee's counsel on pending applications and schedule. | 0.60 | 315.00 |
| 05-23-2011 | Brady C. Williamson | Conference with Mr. Gitlin and Lehman Management on pending issues. | 0.90 | 472.50 |
| 05-24-2011 | Brady C. Williamson | Follow up conference with Mr. Purcell for Creditors' Committee. | 0.60 | 315.00 |
| 05-24-2011 | Katherine Stadler | Conference with Mr. Purcell on Creditors' Committee professionals. | 0.50 | 215.00 |
| 05-25-2011 | Brady C. Williamson | Review media material from Lehman Management. | 0.40 | 210.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-27-2011 | Brady C. Williamson | Exchange email with Lehman Management on media inquiries. | 0.20 | 105.00 |
| 06-02-2011 | Brady C. Williamson | Exchange email with Lehman Management on media inquiries and responses. | 0.30 | 157.50 |
| 06-02-2011 | Brady C. Williamson | Conference call with U.S. Trustee and counsel on pending issues. | 0.30 | 157.50 |
| 06-02-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on pending matters. | 0.20 | 86.00 |
| 06-03-2011 | Zerithea Raiche | Respond to the U.S. Trustee and attach approved minutes for the March 31 and April 6, 2011 fee committee meetings. | 0.10 | 16.50 |
| 06-03-2011 | Brady C. Williamson | Exchange email with Mr. Gitlin on agendas and schedule. | 0.20 | 105.00 |
| 06-06-2011 | Brady C. Williamson | Prepare for conference call with Mr. Gitlin on schedule and agenda. | 0.30 | 157.50 |
| 06-06-2011 | Brady C. Williamson | Participate in conference call. | 0.20 | 105.00 |
| 06-06-2011 | Brady C. Williamson | Exchange telephone calls with Lehman Management on media contacts. | 0.20 | 105.00 |
| 06-06-2011 | Brady C. Williamson | Follow up telephone call with Mr. Gitlin. | 0.20 | 105.00 |
| 06-06-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on open issues, scheduling. | 0.30 | 129.00 |
| 06-08-2011 | Katherine Stadler | Draft memorandum to professionals on status of sixth interim fee process and schedule for seventh interim process. | 1.70 | 731.00 |
| 06-09-2011 | Patricia Wheeler | Review draft memorandum to retained professionals concerning timing of review of seventh interim period. | 0.10 | 28.50 |

Matter Number: 009878-0006  March 8, 2012
Invoice No.: 554824  Page 5

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-09-2011 | Katherine Stadler | Review and revise draft memorandum to professionals in light of comments from Mr. Gitlin and distribute draft memorandum to fee committee members. | 0.80 | 344.00 |
| 06-10-2011 | Zerithea Raiche | Prepare and send email to retained professionals forwarding memorandum from the fee committee counsel on the review process - development and timetable. | 0.90 | 148.50 |
| 06-10-2011 | Zerithea Raiche | Memorandum from the fee committee counsel to retained professionals on the fee review process - development and timetable. | 0.70 | 115.50 |
| 06-10-2011 | Katherine Stadler | Telephone conferences with U.S. Trustee's counsel on revisions to memorandum to professionals on status and seventh interim review process. | 0.10 | 43.00 |
| 06-10-2011 | Katherine Stadler | Telephone conference with U.S. Trustee counsel on changes to stipulation on sixth interim fees. | 0.20 | 86.00 |
| 06-10-2011 | Katherine Stadler | Review and revise memorandum to professionals on seventh interim fee process incorporating U.S. Trustee changes and finalizing for service on all professionals. | 0.90 | 387.00 |
| 06-13-2011 | Brady C. Williamson | Conference call with U.S. Trustee on pending issues, including summary report. | 0.30 | 157.50 |
| 06-13-2011 | Katherine Stadler | Review and revise draft form stipulations and communications to retained professionals. | 0.10 | 43.00 |
| 06-14-2011 | N. Talbott Settle | Correspondence regarding time increment exhibits to reports. | 0.10 | 16.50 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 06-14-2011 | Katherine Stadler | E-mail exchange with Mr. Gitlin on status report. | 0.20 | 86.00 |
| 06-15-2011 | Brady C. Williamson | Conference on latest developments in SunCal dispute. | 0.40 | 210.00 |
| 06-16-2011 | Brady C. Williamson | Review email exchange with Mr. Purcell for Creditors' Committee on rate increase questions. | 0.20 | 105.00 |
| 06-16-2011 | Katherine Stadler | E-mail exchange with Susan Golden at U.S. Trustee's office on revisions to status report. | 0.10 | 43.00 |
| 06-20-2011 | Brady C. Williamson | Internal conference on schedule and seventh period application analysis. | 0.60 | 315.00 |
| 06-21-2011 | Brady C. Williamson | Review emails involving media coverage and potential response. | 0.40 | 210.00 |
| 06-21-2011 | Brady C. Williamson | Email to Mr. Gitlin on pending projects, summary statement and research. | 0.30 | 157.50 |
| 06-21-2011 | Katherine Stadler | Email exchange with Mr. Gitlin on reporting on monthly operating reports. | 0.30 | 129.00 |
| 06-21-2011 | Katherine Stadler | Telephone conferences on status report and content, stipulation form, and upcoming meeting with John Suckow. | 0.50 | 215.00 |
| 06-22-2011 | Katherine Stadler | Detailed email to fee committee enclosing updated draft status report, with comments, and red-lined stipulations to resolve sixth interim applications, with proposed time-line to file. | 0.80 | 344.00 |
| 06-24-2011 | Katherine Stadler | Email exchange with Mr. Suckow on plan status and upcoming meeting as they relate to necessary changes to the status report. | 0.20 | 86.00 |
| 06-28-2011 | Brady C. Williamson | Exchange email with U.S. Trustee on status and schedule. | 0.40 | 210.00 |

Matter Number: 009878-0006 March 8, 2012
Invoice No.: 554824 Page 7

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-29-2011 | Brady C. Williamson | Participate, by telephone, in conference with Lehman Management. | 0.70 | 367.50 |
| 06-29-2011 | Brady C. Williamson | Follow up conferences on meeting results and summary report revisions. | 0.80 | 420.00 |
| 06-29-2011 | Brady C. Williamson | Exchange email with U.S. Trustee on schedules. | 0.20 | 105.00 |
| 06-29-2011 | Katherine Stadler | Meeting with Mr. Gitlin on status and matters to discuss with Mr. Suckow. | 0.50 | 215.00 |
| 06-29-2011 | Katherine Stadler | Meeting with Mr. Suckow and Lehman Management on plan negotiations and status as they relate to fee issues. | 2.40 | 1,032.00 |
| 06-29-2011 | Katherine Stadler | Telephone conference and e-mails on plan status and update. | 0.30 | 129.00 |
| 06-30-2011 | Brady C. Williamson | Exchange calls with Mr. Gitlin on June 29 meetings and developments. | 0.30 | 157.50 |
| 06-30-2011 | Katherine Stadler | Telephone conference on U.S. Trustee memorandum on status report. | 0.20 | 86.00 |
| 06-30-2011 | Katherine Stadler | E-mail exchange with Mr. Gitlin on hourly rates analysis. | 0.20 | 86.00 |
| 07-01-2011 | Brady C. Williamson | Participate in several telephone conferences with Mr. Gitlin on July 14 meeting and response to U.S. Trustee issues. | 0.40 | 210.00 |
| 07-01-2011 | Brady C. Williamson | Exchange e-mails with U.S. Trustee's office. | 0.30 | 157.50 |
| 07-01-2011 | Katherine Stadler | E-mail to Ms. Schwartz on U.S. Trustee's June 30 memorandum outlining changes to status report. | 0.10 | 43.00 |

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Matter Number: 009878-0006  
Invoice No.: 554824

March 8, 2012  
Page 8

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-01-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on changes to status report proposed by the U.S. Trustee in her June 30 memorandum. | 0.40 | 172.00 |
| 07-05-2011 | Katherine Stadler | Conference with Mr. Gitlin on hourly rate increase issue. | 0.20 | 86.00 |
| 07-06-2011 | Brady C. Williamson | Conference call with U.S. Trustee and colleagues on case status and schedule. | 0.70 | 367.50 |
| 07-06-2011 | Katherine Stadler | Telephone conference with Ms. Hope Davis on revisions to fifth and sixth interim status report, rate increases, and other issues. | 0.70 | 301.00 |
| 07-07-2011 | Brady C. Williamson | Review plan deadlines. | 0.30 | 157.50 |
| 07-07-2011 | Katherine Stadler | E-mail to Mr. Gitlin summarizing Chapter 11 plan provisions relating to fees. | 0.20 | 86.00 |
| 07-12-2011 | Brady C. Williamson | Conference on response to U.S. Trustee's annotations on staff report and related issues. | 0.30 | 157.50 |
| 07-14-2011 | Katherine Stadler | Conference with Ms. Hope Davis, Ms. Schwartz and Ms. Golden on Section 503(b) fee application issues. | 0.40 | 172.00 |
| 07-14-2011 | Katherine Stadler | Meeting with Ms. Joelle Halperin, Lehman, on management of fees and budgets of real estate professionals. | 0.60 | 258.00 |
| 07-14-2011 | Brady C. Williamson | Exchange email with Lehman Management on schedule. | 0.20 | 105.00 |
| 07-14-2011 | Brady C. Williamson | Follow up email and telephone conference with Mr. Gitlin on meeting requests and pending projects. | 0.50 | 262.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-15-2011 | Katherine Stadler | E-mail exchange on professional responses to fee committee request for rate information. | 0.20 | 86.00 |
| 07-16-2011 | Brady C. Williamson | Exchange telephone calls with Mr. Gitlin on meeting follow up. | 0.20 | 105.00 |
| 07-18-2011 | Zerithea Raiche | Prepare email to the members of the fee committee and the U S. Trustee's office forwarding filed fee committee report on fifth and sixth interim period applications. | 0.20 | 33.00 |
| 07-18-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on Section 503(b) memorandum. | 0.20 | 86.00 |
| 07-19-2011 | Katherine Stadler | E-mail Section 503(b) recommendation to fee committee in anticipation of July 20 meeting. | 0.20 | 86.00 |
| 07-20-2011 | Katherine Stadler | E-mail requesting call to Judge Peck's clerk on meeting times. | 0.20 | 86.00 |
| 07-21-2011 | Katherine Stadler | E-mail exchange with Mr. Gitlin on rate increase language. | 0.20 | 86.00 |
| 07-22-2011 | Zerithea Raiche | Message for Ms. Calderon on setting up an informal meeting with Judge Peck and the fee committee, telephone conference with Mr. Denman on arranging informal meeting with Judge Peck. | 0.10 | 16.50 |
| 07-22-2011 | Brady C. Williamson | Exchange telephone calls and email with Mr. Gitlin on procedure, rate issues and schedule. | 0.30 | 157.50 |
| 07-22-2011 | Katherine Stadler | Conference on incorporating draft rate increase language into letter reports. | 0.30 | 129.00 |
| 07-22-2011 | Katherine Stadler | E-mail to Mr. Gitlin on status of scheduling a meeting with Judge Peck to discuss Section 503(b) matters. | 0.20 | 86.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-22-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on his proposed changes to the rate increase language for inclusion in letter reports. | 0.20 | 86.00 |
| 07-25-2011 | Katherine Stadler | E-mail to Mr. Gitlin on U.S. Trustee changes to draft letter reports. | 0.20 | 86.00 |
| 07-26-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on U.S. Trustee changes to draft letter reports and, in particular, changes to rate increase language. | 0.30 | 129.00 |
| 07-27-2011 | Brady C. Williamson | Email and telephone calls to Mr. Gitlin on pending issues and schedule. | 0.40 | 210.00 |
| 07-29-2011 | Brady C. Williamson | Conference with U.S. Trustee and colleagues on recommended changes to letter reports. | 0.20 | 105.00 |
| 07-29-2011 | Brady C. Williamson | Review email exchanges on language for letters. | 0.30 | 157.50 |
| 07-29-2011 | Brady C. Williamson | Review latest U.S. Trustee email on suggested changes. | 0.80 | 420.00 |
| 07-29-2011 | Katherine Stadler | Telephone conferences on U.S. Trustee comments to letters and detailed follow-up email for conversation with U.S. Trustee. | 0.60 | 258.00 |
| 07-29-2011 | Katherine Stadler | E-mail to Ms. Schwartz on rate increase language. | 0.20 | 86.00 |
| 07-29-2011 | Katherine Stadler | E-mail exchange on U.S. Trustee revisions to letter reports. | 0.20 | 86.00 |
| 07-29-2011 | Katherine Stadler | Detailed e-mail reporting on results of conversations with the U.S. Trustee staff on revisions to letter reports. | 0.70 | 301.00 |
| 07-30-2011 | Brady C. Williamson | Call to U.S. Trustee on reports, schedule and issues for next hearing. | 0.20 | 105.00 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 07-30-2011 | Katherine Stadler | E-mail to Mr. Gitlin on status of discussions with the U.S. Trustee. | 0.20 | 86.00 |
| 07-30-2011 | Katherine Stadler | Telephone conference on status of U.S. Trustee changes to letter reports. | 0.30 | 129.00 |
| 07-31-2011 | Katherine Stadler | Conferences on status of letter reports. | 0.20 | 86.00 |
| 08-01-2011 | Brady C. Williamson | Conference calls with Mr. Gitlin on schedule, agenda, and discussions with U.S. Trustee. | 0.50 | 262.50 |
| 08-01-2011 | Katherine Stadler | Telephone conferences with Mr. Gitlin on schedule and agenda for upcoming meetings and to report on dialogue with U.S. Trustee's office on letter report content. | 0.50 | 215.00 |
| 08-01-2011 | Katherine Stadler | E-mail draft letter reports on seventh interim fee applications to fee committee members for comment. | 0.20 | 86.00 |
| 08-02-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on meeting agenda, review schedule, and rate issues. | 0.40 | 210.00 |
| 08-02-2011 | Katherine Stadler | Telephone conferences with Mr. Gitlin on meeting agenda, schedule, and rate increases. | 0.40 | 172.00 |
| 08-03-2011 | Katherine Stadler | E-mail exchange with Mr. Gitlin on August 17 meeting agenda and other scheduled meetings. | 0.40 | 172.00 |
| 08-03-2011 | Katherine Stadler | E-mail exchange with Ms. Golden at U.S. Trustee's office on revisions and comments to draft letter reports. | 0.40 | 172.00 |
| 08-04-2011 | Brady C. Williamson | Telephone calls from Mr. Gitlin on agenda and status of reports. | 0.30 | 157.50 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 08-04-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on status of letter reports and agenda for upcoming meeting. | 0.30 | 129.00 |
| 08-05-2011 | Katherine Stadler | Telephone conference with U.S. Trustee's office on status of reports. | 0.20 | 86.00 |
| 08-06-2011 | Brady C. Williamson | Exchange email on notice question. | 0.10 | 52.50 |
| 08-06-2011 | Brady C. Williamson | Telephone call from Mr. Gitlin on pending issues: reports, agenda, notice for meeting and schedule. | 0.20 | 105.00 |
| 08-10-2011 | Katherine Stadler | E-mail with Mr. Gitlin on preparations for August 17 meeting. | 0.20 | 86.00 |
| 08-11-2011 | Katherine Stadler | E-mail exchanges with Mr. Purcell for Creditors' Committee and Mr. Suckow for Debtors on informal chambers conference with Judge Peck. | 0.20 | 86.00 |
| 08-13-2011 | Brady C. Williamson | Email on relevant disclosure statement objections. | 0.30 | 157.50 |
| 08-15-2011 | Katherine Stadler | Revisions to memorandum to fee committee on rate increases. | 0.50 | 215.00 |
| 08-17-2011 | Katherine Stadler | Follow-up telephone calls with Mr. Gitlin on results of fee committee meeting. | 0.30 | 129.00 |
| 08-22-2011 | Brady C. Williamson | Conference call with U.S. Trustee on pending issues, including notice, schedule, plan and disclosure statement. | 0.40 | 210.00 |
| 08-22-2011 | Katherine Stadler | Telephone conference with U.S. Trustee and staff on disclosure statement objection and hearing. | 0.40 | 172.00 |
| 08-23-2011 | Brady C. Williamson | Email from U.S. Trustee on plan and disclosure statement issues. | 0.20 | 105.00 |
| 08-24-2011 | Brady C. Williamson | Exchange emails with U.S. Trustee on plan and disclosure statement revisions. | 0.80 | 420.00 |

Matter Number: 009878-0006 March 8, 2012
Invoice No.: 554824 Page 13

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-24-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on disclosure statement and plan issues and on Weil Gotshal compensation order. | 0.30 | 129.00 |
| 08-25-2011 | Brady C. Williamson | Conference call with Mr. Gitlin on rate increase and fee memorandum issues. | 0.40 | 210.00 |
| 08-25-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on rate increase issues, fee memorandum, and Weil Gotshal compensation order. | 0.40 | 172.00 |
| 08-27-2011 | Brady C. Williamson | Conference call with Mr. Gitlin on pending issues, including BrownGreer standards, "fees for fees" issues and hourly rate increases. | 0.40 | 210.00 |
| 08-29-2011 | Brady C. Williamson | Telephone call from Mr. Gitlin on plan and disclosure statement agenda. | 0.10 | 52.50 |
| 08-29-2011 | Brady C. Williamson | Email from Ms. Schwartz for U.S. Trustee on plan and disclosure statement status. | 0.20 | 105.00 |
| 08-30-2011 | Zerithea Raiche | Prepare email to Moulton Bellingham forwarding all general communications between the fee committee and retained professionals along with a copy of the universal billing codes. | 0.80 | 132.00 |
| 08-30-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on disclosure statement hearing and hourly rate issues. | 0.30 | 157.50 |
| 08-30-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on disclosure statement issues. | 0.30 | 129.00 |

Matter Number: 009878-0006        March 8, 2012
Invoice No.: 554824        Page 14

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-31-2011 | Brady C. Williamson | Exchange emails and telephone calls with U.S. Trustee on plan and disclosure statement hearing and Creditors' Committee requests. | 0.30 | 157.50 |
| 08-31-2011 | Brady C. Williamson | Email from Mr. Purcell on plan and disclosure statement. | 0.10 | 52.50 |
| 08-31-2011 | Brady C. Williamson | Review email from U.S. Trustee counsel on plan and disclosure statement sections involving fee committee. | 0.80 | 420.00 |
| 08-31-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on plan and disclosure statement issues and need to address with full committee. | 0.40 | 172.00 |
| | | Total Fees | $ | 24,397.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **24,397.00** |

Matter Number: 009878-0006 — March 8, 2012
Invoice No.: 554824 — Page 15

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 2.80 | 165.00 | 462.00 |
| N. TALBOTT SETTLE | Paralegal | 0.10 | 165.00 | 16.50 |
| **Paralegal Total** | | **2.90** | | **478.50** |
| PATRICIA WHEELER | Associate | 0.10 | 285.00 | 28.50 |
| **Associate Total** | | **0.10** | | **28.50** |
| BRADY C. WILLIAMSON | Shareholder | 23.80 | 525.00 | 12,495.00 |
| KATHERINE STADLER | Shareholder | 26.50 | 430.00 | 11,395.00 |
| **Shareholder Total** | | **50.30** | | **23,890.00** |
| **TIMEKEEPER TOTALS** | | **53.30** | | **$24,397.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*