# EXHIBIT C-0008

## Prepare for and Attend Fee Committee Meetings



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL • 414.273.3500    FAX • 414.273.5198

www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:    Prepare for and Attend Fee Committee Meetings

Invoice No.    554825
Matter No.    009878-0008

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 75,074.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **75,074.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL · 414.273.3500   FAX · 414.273.5198

www · GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:    Prepare for and Attend Fee Committee Meetings

Invoice No.        554825
Matter No.        009878-0008

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-02-2011 | Zerithea Raiche | Revise and post approved minutes for the March 8 fee committee meeting. | 0.10 | 16.50 |
| 05-02-2011 | Katherine Stadler | Review U.S. Trustee revisions to fee committee minutes. | 0.30 | 129.00 |
| 05-02-2011 | Katherine Stadler | E-mail communications with Ms. Gasparini of U.S. Trustee's office on fee committee minutes. | 0.20 | 86.00 |
| 05-03-2011 | Katherine Stadler | Email fee committee members on scheduling of May 9 telephonic meeting. | 0.20 | 86.00 |
| 05-04-2011 | N. Talbott Settle | Work on materials for May 24 fee committee meeting. | 0.30 | 49.50 |
| 05-04-2011 | Katherine Stadler | Draft and distribute agenda for May 9 meeting. | 0.30 | 129.00 |
| 05-05-2011 | Zerithea Raiche | Revise chart that lists all fee applications filed in the case for inclusion in fee committee meeting materials. | 3.60 | 594.00 |
| 05-05-2011 | N. Talbott Settle | Review responses to reports from retained professionals in preparation for the May 9 conference. | 0.50 | 82.50 |

Matter Number: 009878-0008

March 8, 2012

Invoice No.:  554825

Page 2

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-05-2011 | Monica Santa Maria | Forward response from professionals for inclusion in agenda for Monday call with fee committee. | 0.20 | 48.00 |
| 05-05-2011 | Brady C. Williamson | Review and revise draft agenda and materials for May 9 meeting. | 0.30 | 157.50 |
| 05-05-2011 | Katherine Stadler | Prepare materials and agenda for May 9 fee committee meeting and email to fee committee members. | 1.30 | 559.00 |
| 05-06-2011 | Zerithea Raiche | Update chart on fee applications filed by retained professionals to date and include compensation awarded for inclusion in fee committee meeting materials. | 0.80 | 132.00 |
| 05-06-2011 | N. Talbott Settle | Gather responses of retained professionals and cross-reference duplicates in preparation for May 9 conference. | 3.20 | 528.00 |
| 05-06-2011 | Monica Santa Maria | Send agenda and attachments to fee committee. | 0.30 | 72.00 |
| 05-06-2011 | Brady C. Williamson | Final revisions to agenda and review of responses and reports going to fee committee for May 9 meeting. | 0.30 | 157.50 |
| 05-06-2011 | Katherine Stadler | Review and revise March 31 and April 6 fee committee minutes to reflect U.S. Trustee's office comments and changes. | 0.40 | 172.00 |
| 05-06-2011 | Katherine Stadler | Compile all recent professional responses to sixth interim applications and forward to fee committee members in advance of May 9 telephone meeting. | 0.80 | 344.00 |
| 05-09-2011 | Zerithea Raiche | Update chart on fee applications filed by retained professionals to date and include compensation awarded for inclusion in fee committee meeting materials. | 3.40 | 561.00 |

Matter Number: 009878-0008                                              March 8, 2012
Invoice No.: 554825                                                            Page 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-09-2011 | Brian C Spahn | Conference with fee committee regarding status of sixth interim fee period negotiations and May 24 fee committee meeting. | 0.70 | 178.50 |
| 05-09-2011 | Brian C Spahn | Prepare for call with fee committee by reviewing notes on status of negotiations with Reilly Pozner and Weil Gotshal. | 1.10 | 280.50 |
| 05-09-2011 | Monica Santa Maria | Attend fee committee meeting telephonically. | 0.80 | 192.00 |
| 05-09-2011 | Monica Santa Maria | Conference on summary of resolutions to date for U.S. Trustee's office in advance of next fee committee meeting. | 0.20 | 48.00 |
| 05-09-2011 | Monica Santa Maria | Begin preparing summaries of settlement status. | 1.50 | 360.00 |
| 05-09-2011 | Brady C. Williamson | Exchange email with Mr. Purcell for Creditors' Committee on agenda. | 0.20 | 105.00 |
| 05-09-2011 | Brady C. Williamson | Preparatory telephone call with Mr. Gitlin for fee committee conference call. | 0.30 | 157.50 |
| 05-09-2011 | Brady C. Williamson | Participate in fee committee conference call. | 0.80 | 420.00 |
| 05-09-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin in preparation for telephonic fee committee meeting. | 0.30 | 129.00 |
| 05-09-2011 | Katherine Stadler | Prepare for fee committee meeting, reviewing all professional responses to report to date. | 1.50 | 645.00 |
| 05-09-2011 | Katherine Stadler | Attend fee committee telephonic meeting. | 0.80 | 344.00 |
| 05-10-2011 | Zerithea Raiche | Revise and post approved minutes for the March 31 and April 6 fee committee meetings. | 0.20 | 33.00 |

Matter Number: 009878-0008
Invoice No.:  554825

March 8, 2012
Page 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-10-2011 | Zerithea Raiche | Update chart on fee applications filed by retained professionals to date and include compensation awarded for inclusion in fee committee meeting materials. | 1.40 | 231.00 |
| 05-10-2011 | Katherine Stadler | E-mail on fee committee approval of March 31 and April 6 fee committee minutes. | 0.20 | 86.00 |
| 05-11-2011 | Zerithea Raiche | Prepare chart for use by the fee committee on the monthly fee statements and hourly rate increases for retained professionals. | 2.40 | 396.00 |
| 05-11-2011 | Zerithea Raiche | Update chart on fee applications filed by retained professionals to date and include compensation awarded. | 2.30 | 379.50 |
| 05-11-2011 | Brady C. Williamson | Conference with Mr. Gitlin on agenda and prospective Section 503 issues. | 0.30 | 157.50 |
| 05-12-2011 | Monica Santa Maria | Begin drafting summary of resolutions to date with retained professionals for next fee committee meeting. | 0.20 | 48.00 |
| 05-12-2011 | Katherine Stadler | Draft May 24 fee committee meeting agenda and forward to Mr. Gitlin with covering e-mail. | 0.70 | 301.00 |
| 05-13-2011 | N. Talbott Settle | Review correspondence regarding sixth fee period negotiations and prepare for meeting with the U.S. Trustee. | 0.20 | 33.00 |
| 05-13-2011 | Brady C. Williamson | Continue work on May 24 agenda and related materials. | 0.40 | 210.00 |
| 05-13-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on agenda and forward, with covering e-mail, to full fee committee. | 0.30 | 129.00 |

Matter Number: 009878-0008                March 8, 2012

Invoice No.: 554825                       Page 5

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-15-2011 | N. Talbott Settle | Prepare table of responses and supporting documentation to final reports for the sixth interim period in preparation for meeting with U.S. Trustee's counsel. | 1.60 | 264.00 |
| 05-16-2011 | Monica Santa Maria | Begin editing summaries of proposed settlements for use at next fee committee meeting. | 0.40 | 96.00 |
| 05-17-2011 | Monica Santa Maria | Continue editing summaries describing current status of negotiations and settlement for inclusion in fee committee materials. | 1.00 | 240.00 |
| 05-17-2011 | Katherine Stadler | Work on materials for upcoming fee committee meeting, compiling documentation of tentative settlement agreements with professionals for U.S. Trustee and fee committee approval. | 2.80 | 1,204.00 |
| 05-17-2011 | Katherine Stadler | E-mail communications on scheduling meeting and preparations for May 24 fee committee meeting. | 0.70 | 301.00 |
| 05-18-2011 | N. Talbott Settle | Obtain previous interim summaries in preparation for meeting with the U.S. Trustee. | 0.70 | 115.50 |
| 05-18-2011 | N. Talbott Settle | Work on binder of sixth interim fee period final negotiated status in preparation for meeting with the U.S. Trustee. | 0.40 | 66.00 |
| 05-18-2011 | N. Talbott Settle | Work on materials for fee committee meeting. | 1.80 | 297.00 |
| 05-19-2011 | N. Talbott Settle | Prepare materials and binder of retained professional responses and negotiation discussions for pending sixth interim fee applications in preparation for meeting with Ms. Schwartz, U.S. Trustee's office. | 6.50 | 1,072.50 |

Matter Number: 009878-0008

March 8, 2012

Invoice No.: 554825

Page 6

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-19-2011 | N. Talbott Settle | Prepare materials in preparation for the fee committee meeting. | 2.60 | 429.00 |
| 05-19-2011 | Patricia Wheeler | Prepare summaries of negotiations with retained professionals for fee committee meeting on May 24. | 4.20 | 1,197.00 |
| 05-19-2011 | Monica Santa Maria | Edit summaries describing current status of negotiations and settlement for inclusion in fee committee materials. | 1.70 | 408.00 |
| 05-19-2011 | Katherine Stadler | Work on compilation of materials for May 24 fee committee meeting, review and edit table of contents and other materials. | 2.70 | 1,161.00 |
| 05-20-2011 | N. Talbott Settle | Continue preparation of memorandum regarding logistics for the May 24 fee committee meeting. | 0.80 | 132.00 |
| 05-20-2011 | N. Talbott Settle | Continue preparation of working binders for fee committee meeting. | 0.80 | 132.00 |
| 05-20-2011 | N. Talbott Settle | Continue preparation of index and corresponding materials for the fee committee meeting. | 2.80 | 462.00 |
| 05-20-2011 | Monica Santa Maria | Edit memorandum on compensation requests pursuant to Sections 503(b)(3) and (4). | 0.20 | 48.00 |
| 05-20-2011 | Brady C. Williamson | Review, edit and assemble meeting materials. | 1.00 | 525.00 |
| 05-20-2011 | Brady C. Williamson | Review and revise final agenda for May 24 meeting. | 0.20 | 105.00 |
| 05-20-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on meeting agenda. | 0.30 | 157.50 |
| 05-20-2011 | Brady C. Williamson | Follow up email from Mr. Purcell in advance of May 24 meeting. | 0.10 | 52.50 |
| 05-20-2011 | Katherine Stadler | Final preparation of materials for May 24 fee committee meeting. | 2.40 | 1,032.00 |

Matter Number: 009878-0008

Invoice No.:  554825

March 8, 2012

Page 7

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-21-2011 | Brady C. Williamson | Preparation for May 23 and May 24 meetings in New York, including review of summary of trends and potential objections. | 2.30 | 1,207.50 |
| 05-22-2011 | Zerithea Raiche | Prepare materials for the May 24 fee committee meeting. | 0.70 | 115.50 |
| 05-22-2011 | Zerithea Raiche | Revise and update chart of fee applications filed by all retained professionals to date, list fees/expenses requested and awarded, reductions to requested fees/expenses and fee committee's recommendations for inclusion in fee committee meeting materials. | 4.30 | 709.50 |
| 05-22-2011 | Katherine Stadler | Final preparations for fee committee meeting. | 1.40 | 602.00 |
| 05-23-2011 | Zerithea Raiche | Prepare materials for May 24 fee committee meeting. | 0.60 | 99.00 |
| 05-23-2011 | Zerithea Raiche | Revise chart of fee applications filed by all retained professionals to date, list fees/expenses requested and awarded, reductions to requested fees/expenses and fee committee's recommendations for distribution at fee committee meeting. | 9.10 | 1,501.50 |
| 05-23-2011 | N. Talbott Settle | Review seventh interim fee application information for insertion into the fee chart for the fee committee meeting. | 0.60 | 99.00 |
| 05-23-2011 | Brady C. Williamson | Conference with Mr. Gitlin to prepare for May 24 meeting. | 0.80 | 420.00 |
| 05-23-2011 | Katherine Stadler | Extended meeting with Ms. Davis, Ms. Schwartz and U.S. Trustee counsel in preparation for fee committee meeting and review comments on proposed negotiated settlements. | 3.40 | 1,462.00 |

Matter Number: 009878-0008                                                    March 8, 2012
Invoice No.:  554825                                                               Page 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-24-2011 | Zerithea Raiche | Prepare summary chart of sixth fee period applications for use by the U.S. Trustee and fee committee. | 1.70 | 280.50 |
| 05-24-2011 | Zerithea Raiche | Prepare summary chart of seventh fee period applications for use by the U.S. Trustee and the fee committee. | 1.60 | 264.00 |
| 05-24-2011 | Zerithea Raiche | Prepare spreadsheet for transmittal to all fee committee members - summary of interim fee applications and interim awards for all retained professionals. | 0.70 | 115.50 |
| 05-24-2011 | N. Talbott Settle | Review correspondence regarding materials for the fee committee meeting. | 0.40 | 66.00 |
| 05-24-2011 | Brady C. Williamson | Conference with Mr. Gitlin to prepare for fee committee meeting. | 0.80 | 420.00 |
| 05-24-2011 | Brady C. Williamson | Attend fee committee meeting. | 2.20 | 1,155.00 |
| 05-24-2011 | Katherine Stadler | Meeting with Mr. Gitlin to prepare for fee committee meeting and provide updates on U.S. Trustee meeting. | 0.80 | 344.00 |
| 05-24-2011 | Katherine Stadler | Attend fee committee meeting, reporting on status of sixth interim resolutions and related matters. | 2.20 | 946.00 |
| 05-25-2011 | Monica Santa Maria | Conference regarding responses to retained professionals with disclosure issues in light of fee committee meeting on May 24. | 0.20 | 48.00 |
| 05-26-2011 | Zerithea Raiche | Update summary chart of sixth fee period applications for use by fee committee and the U.S. Trustee. | 2.90 | 478.50 |
| 05-27-2011 | Zerithea Raiche | Update summary chart of seventh fee period applications for use by the fee committee and the U.S. Trustee. | 0.60 | 99.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-27-2011 | Brady C. Williamson | Additional revisions to draft agenda. | 0.10 | 52.50 |
| 05-31-2011 | Zerithea Raiche | Update summary chart of seventh fee period applications filed by retained professionals. | 0.90 | 148.50 |
| 05-31-2011 | Patricia Wheeler | Review fee committee materials from April meeting. | 1.90 | 541.50 |
| 05-31-2011 | Brady C. Williamson | Conference call with Mr. Gitlin on pending issues and agenda for next meetings. | 0.40 | 210.00 |
| 05-31-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on agenda for June 29 and July 14 meetings and related issues. | 0.60 | 258.00 |
| 06-02-2011 | Zerithea Raiche | Update chart of seventh fee period applications for use at the June 29 and July 14 fee committee meetings. | 3.70 | 610.50 |
| 06-02-2011 | N. Talbott Settle | Prepare articles for possible use in the July fee committee materials. | 0.20 | 33.00 |
| 06-03-2011 | Zerithea Raiche | Update chart of seventh fee period applications for use at the June 29 and July 14 fee committee meetings. | 1.90 | 313.50 |
| 06-03-2011 | Katherine Stadler | Review and revise draft agenda for July 14 meeting and points for June 29 meeting with Mr. Suckow. | 0.70 | 301.00 |
| 06-03-2011 | Katherine Stadler | Begin drafting of minutes of May 24 fee committee meeting. | 0.50 | 215.00 |
| 06-05-2011 | Brady C. Williamson | Review and revise draft agendas (June and July). | 0.30 | 157.50 |
| 06-06-2011 | Zerithea Raiche | Prepare chart of seventh fee period applications for use at June 16 fee committee meeting. | 2.40 | 396.00 |

Matter Number: 009878-0008

Invoice No.: 554825

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-07-2011 | Katherine Stadler | E-mails to and from fee committee with draft agenda for July 14 meeting, proposal for telephonic meeting on June 16, and enclosing draft minutes from May 24 meeting. | 0.30 | 129.00 |
| 06-07-2011 | Katherine Stadler | Draft, review and revise agenda for July 14 meeting. | 0.70 | 301.00 |
| 06-07-2011 | Katherine Stadler | Draft minutes of May 24 meeting. | 0.90 | 387.00 |
| 06-08-2011 | Katherine Stadler | Confer with Mr. Gitlin on plans for June 16 telephonic meeting. | 0.10 | 43.00 |
| 06-08-2011 | Katherine Stadler | E-mail communications with fee committee members on scheduling of June 16 telephonic meeting. | 0.20 | 86.00 |
| 06-11-2011 | Zerithea Raiche | Update chart of the seventh fee period applications and add applications from previous fee periods that were not reviewed for use at the June 16 fee committee meeting. | 1.70 | 280.50 |
| 06-13-2011 | Zerithea Raiche | Prepare materials for the June 16 and July 14 fee committee meetings. | 1.80 | 297.00 |
| 06-13-2011 | Zerithea Raiche | Update chart of seventh fee period applications to include additional professionals from previous fee periods for use at the July 14 fee committee meeting. | 0.60 | 99.00 |
| 06-13-2011 | Zerithea Raiche | Prepare chart of sixth fee period applications and include reduction recommendations and amounts negotiated with retained professionals. | 4.40 | 726.00 |
| 06-13-2011 | Brady C. Williamson | Review updated spreadsheet on applications. | 0.20 | 105.00 |
| 06-13-2011 | Katherine Stadler | Arrangements for telephonic fee committee meeting on June 16 and communications to members. | 0.20 | 86.00 |

Matter Number: 009878-0008

Invoice No.:  554825

March 8, 2012

Page 11

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-14-2011 | Zerithea Raiche | Update chart of sixth fee period applications and include reduction recommendations and amounts negotiated with retained professionals for July 14 fee committee meeting. | 3.70 | 610.50 |
| 06-14-2011 | Zerithea Raiche | Prepare materials for the June 16 fee committee meeting. | 0.80 | 132.00 |
| 06-14-2011 | Monica Santa Maria | Review draft summary report on sixth interim fee application, including request for legal citations. | 0.10 | 24.00 |
| 06-14-2011 | Brady C. Williamson | Continue work on summary report in preparation for conference call on June 16. | 1.80 | 945.00 |
| 06-15-2011 | Zerithea Raiche | Update chart of sixth fee period applications and include reduction recommendations and amounts negotiated with retained professionals. | 1.10 | 181.50 |
| 06-15-2011 | Monica Santa Maria | Review draft summary report being forwarded to fee committee for comment. | 0.20 | 48.00 |
| 06-15-2011 | Katherine Stadler | Prepare materials and rough agenda for June 16 telephonic meeting. | 0.60 | 258.00 |
| 06-16-2011 | Zerithea Raiche | Attend telephonic status conference of fee committee. | 0.30 | 49.50 |
| 06-16-2011 | Zerithea Raiche | Update chart of sixth fee period applications and include reduction recommendations and amounts negotiated with retained professionals for use at the July 14 fee committee meeting. | 2.70 | 445.50 |
| 06-16-2011 | Brady C. Williamson | Prepare for conference call on summary report. | 0.50 | 262.50 |
| 06-16-2011 | Brady C. Williamson | Participate in conference call on summary report. | 0.30 | 157.50 |

Matter Number: 009878-0008

March 8, 2012

Invoice No.: 554825

Page 12

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-16-2011 | Katherine Stadler | Attend, by telephone, fee committee meeting. | 0.30 | 129.00 |
| 06-17-2011 | Zerithea Raiche | Update chart of sixth fee period applications and include reduction recommendations and amounts negotiated with retained professionals for use at the July 14 meeting. | 1.70 | 280.50 |
| 06-17-2011 | Katherine Stadler | Draft minutes of June 16 telephonic meeting and distribute. | 0.70 | 301.00 |
| 06-20-2011 | Zerithea Raiche | Respond to email on charting of payments made to retained professionals as reported in the Debtors' monthly operating reports. | 0.40 | 66.00 |
| 06-20-2011 | Zerithea Raiche | Update chart of sixth fee period applications and include reduction recommendations and amounts negotiated with retained professionals. | 3.90 | 643.50 |
| 06-21-2011 | Zerithea Raiche | Prepare materials for the July 14 fee committee meeting. | 2.30 | 379.50 |
| 06-21-2011 | Zerithea Raiche | Update chart of sixth fee period applications and include reduction recommendations and amounts negotiated with retained professionals for use at the July 14 fee committee meeting. | 3.60 | 594.00 |
| 06-22-2011 | N. Talbott Settle | Work on index material for fee committee meeting. | 2.60 | 429.00 |
| 06-22-2011 | Zerithea Raiche | Update chart of sixth fee period applications and include reduction recommendations and amounts negotiated with retained professionals. | 1.60 | 264.00 |
| 06-23-2011 | N. Talbott Settle | Conference regarding index and material for fee committee meeting. | 0.10 | 16.50 |

Matter Number: 009878-0008
Invoice No.:  554825

March 8, 2012
Page 13

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-23-2011 | N. Talbott Settle | Continue work on index and pamphlet material for fee committee meeting. | 1.70 | 280.50 |
| 06-23-2011 | Zerithea Raiche | Update chart of seventh fee period applications calculating total amounts requested for the seventh fee period with a line item to subtract amounts requested from the first through fifth fee periods for use at the July 14 fee committee meeting. | 0.70 | 115.50 |
| 06-23-2011 | Zerithea Raiche | Update chart of sixth fee period applications and include reduction recommendations and amounts negotiated with retained professionals for use at the July 14 fee committee meeting. | 2.60 | 429.00 |
| 06-23-2011 | Zerithea Raiche | Update summary chart of interim fee applications and interim awards for all retained professionals to include recently filed fee applications. | 0.60 | 99.00 |
| 06-23-2011 | Katherine Stadler | Conference on July 14 meeting materials. | 0.10 | 43.00 |
| 06-23-2011 | Katherine Stadler | Work on index of materials for July 14 meeting. | 0.70 | 301.00 |
| 06-24-2011 | Zerithea Raiche | Update chart of sixth fee period applications and include reduction recommendations and amounts negotiated with retained professionals. | 4.20 | 693.00 |
| 06-24-2011 | Brady C. Williamson | Review summary charts on applications and awards. | 0.60 | 315.00 |
| 06-24-2011 | Katherine Stadler | Continue work on materials and agenda for July 14 meeting. | 1.20 | 516.00 |
| 06-27-2011 | Zerithea Raiche | Prepare materials for use at the July 14 fee committee meeting. | 1.10 | 181.50 |

Matter Number: 009878-0008                                     March 8, 2012
Invoice No.:  554825                                                Page 14

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 06-28-2011 | Zerithea Raiche | Prepare materials for the July 14 meeting. | 0.60 | 99.00 |
| 06-28-2011 | Brady C. Williamson | Telephone call from Mr. Gitlin on June 29 meeting and agenda. | 0.30 | 157.50 |
| 06-28-2011 | Brady C. Williamson | Preparation for meeting including spreadsheet review of applications and issues. | 0.70 | 367.50 |
| 06-29-2011 | Zerithea Raiche | Update summary chart of interim fee applications and interim awards for all retained professionals for use at the July 14 meeting. | 0.60 | 99.00 |
| 06-29-2011 | Zerithea Raiche | Update chart of seventh fee period applications to include applications to be reviewed from the first through fifth fee periods. | 0.90 | 148.50 |
| 06-29-2011 | Zerithea Raiche | Prepare materials for use at the July 14 fee committee meeting. | 1.80 | 297.00 |
| 06-30-2011 | Zerithea Raiche | Prepare materials for the July 14 meeting. | 0.80 | 132.00 |
| 06-30-2011 | Zerithea Raiche | Update chart of sixth fee period applications and include reduction recommendations and amounts negotiated with retained professionals for use at the July 14 meeting. | 2.60 | 429.00 |
| 07-01-2011 | Zerithea Raiche | Prepare materials for the July 14 fee committee meeting. | 0.90 | 148.50 |
| 07-01-2011 | Brady C. Williamson | Prepare for telephone conference with Mr. Gitlin on July 14 meeting and response to U.S. Trustee issues. | 0.30 | 157.50 |
| 07-01-2011 | Brady C. Williamson | Revise latest draft agenda and Richmond report. | 0.30 | 157.50 |
| 07-01-2011 | Katherine Stadler | Revise July 14 agenda and e-mail to fee committee with covering note on meeting scheduling. | 0.30 | 129.00 |
| 07-01-2011 | Katherine Stadler | Work on materials and index for July 14 meeting. | 0.70 | 301.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-05-2011 | Zerithea Raiche | Prepare materials for July 14 fee committee meeting to include recent responses from and billing rate variance reports on retained professionals. | 1.30 | 214.50 |
| 07-06-2011 | Zerithea Raiche | Update chart of sixth fee period applications to include recent negotiations on reductions. | 2.10 | 346.50 |
| 07-07-2011 | Monica Santa Maria | Edit fee review rules and guidelines to be forwarded to the fee committee at the July 14 meeting. | 1.50 | 360.00 |
| 07-07-2011 | Brady C. Williamson | Telephone call with Mr. Gitlin on schedule, agenda and related issues for next meeting. | 0.30 | 157.50 |
| 07-08-2011 | Zerithea Raiche | Update chart of sixth interim fee applications to include negotiated reductions to fees and expenses and verify initial reduction recommendations for use at the July 14 fee committee meeting. | 1.80 | 297.00 |
| 07-08-2011 | Zerithea Raiche | Update chart of seventh interim fee applications for use at the July 14 fee committee meeting. | 0.70 | 115.50 |
| 07-08-2011 | Monica Santa Maria | Edit amended fee protocol to include draft language authorizing the review of requests for compensation under Sections 503(b)(3) and (4) in preparation for presenting to fee committee. | 0.30 | 72.00 |
| 07-08-2011 | Monica Santa Maria | Email correspondence regarding draft fee rules. | 0.20 | 48.00 |
| 07-08-2011 | Katherine Stadler | E-mail exchange with Mr. Gitlin on upcoming fee committee meeting and related scheduling issues. | 0.20 | 86.00 |
| 07-10-2011 | Zerithea Raiche | Prepare email forwarding updated chart of sixth interim fee applications with notes on updates. | 0.20 | 33.00 |

Matter Number: 009878-0008
Invoice No.:  554825

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-10-2011 | Zerithea Raiche | Update chart of sixth interim fee applications to include negotiated reductions to fees and expenses and verify initial reduction recommendations for use at the July 14 fee committee meeting. | 3.70 | 610.50 |
| 07-11-2011 | Zerithea Raiche | Review and update materials for the July 14 fee committee meeting. | 4.70 | 775.50 |
| 07-11-2011 | Zerithea Raiche | Prepare materials for the July 14 fee committee meeting with notes on specific sections regarding hourly rate increases, stipulations and confidentiality agreements. | 0.30 | 49.50 |
| 07-11-2011 | Monica Santa Maria | Edit fee review rules and guidelines in preparation for inclusion in fee committee materials for July 14 meeting. | 0.50 | 120.00 |
| 07-11-2011 | Katherine Stadler | Work on materials for July 14 fee committee meeting, including BrownGreer status memorandum and status report on fifth and sixth interim compensation. | 1.10 | 473.00 |
| 07-11-2011 | Katherine Stadler | Telephone conference with Mr. Gitlin on rate increase issue and in preparation for July 14 fee committee meeting. | 0.30 | 129.00 |
| 07-11-2011 | Brady C. Williamson | Exchange telephone calls with Mr. Gitlin on July 14 materials and agenda. | 0.30 | 157.50 |
| 07-12-2011 | Zerithea Raiche | Prepare structure of chart to monitor monthly fee statements of retained professionals and review by the fee committee. | 0.80 | 132.00 |
| 07-12-2011 | Zerithea Raiche | Respond to emails on materials for the July fee committee meeting. | 0.40 | 66.00 |
| 07-12-2011 | Zerithea Raiche | Review response from Jones Day for inclusion in the July 14 fee committee meeting binder. | 0.40 | 66.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-12-2011 | Zerithea Raiche | Update chart of sixth fee period interim applications with updates to negotiated reductions. | 1.30 | 214.50 |
| 07-12-2011 | N. Talbott Settle | Work on fee committee meeting materials. | 0.70 | 115.50 |
| 07-12-2011 | N. Talbott Settle | Prepare material and corresponding index and materials for the fee committee meeting. | 4.90 | 808.50 |
| 07-12-2011 | N. Talbott Settle | Conference to review fee committee meeting materials. | 0.90 | 148.50 |
| 07-12-2011 | N. Talbott Settle | Prepare hourly rates chart in preparation for meeting. | 0.20 | 33.00 |
| 07-12-2011 | Monica Santa Maria | Update fee guidelines to be forwarded to fee committee at July 14 meeting. | 0.30 | 72.00 |
| 07-12-2011 | Katherine Stadler | Work on materials for July 14 fee committee meeting. | 1.90 | 817.00 |
| 07-12-2011 | Katherine Stadler | Review and revise agenda for July 14 fee committee meeting. | 0.30 | 129.00 |
| 07-12-2011 | Brady C. Williamson | Exchange telephone calls with Mr. Gitlin on meeting agenda and materials. | 0.30 | 157.50 |
| 07-12-2011 | Brady C. Williamson | Telephone call from U.S. Trustee on issues for July 14 meeting. | 0.30 | 157.50 |
| 07-13-2011 | Zerithea Raiche | Begin preparation of chart for eighth fee period applications for use at the August 2011 fee committee meeting. | 1.30 | 214.50 |
| 07-13-2011 | N. Talbott Settle | Obtain excerpts of plan and prepare additional materials for the fee committee meeting. | 0.50 | 82.50 |
| 07-13-2011 | Katherine Stadler | E-mail to fee committee on materials for fee committee meeting and on billing rates memorandum. | 0.20 | 86.00 |

Matter Number: 009878-0008                                    March 8, 2012
Invoice No.:  554825                                              Page 18

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-13-2011 | Katherine Stadler | E-mail from Ms. Schwartz with proposed revisions to May 24 and June 16 meeting minutes and revise minutes to incorporate. | 0.90 | 387.00 |
| 07-13-2011 | Katherine Stadler | E-mail to Lehman Management on arrangements for budget meetings. | 0.20 | 86.00 |
| 07-13-2011 | Brady C. Williamson | Continue preparation for July 14 meeting. | 1.80 | 945.00 |
| 07-14-2011 | Zerithea Raiche | Review file for submission of budgets by Quinn Emanuel and report results for use at July 14 fee committee meeting. | 0.20 | 33.00 |
| 07-14-2011 | Monica Santa Maria | Email correspondence on confidentiality issues related to Jones Day's services in the Adelphia matter for use at fee committee meeting. | 0.10 | 24.00 |
| 07-14-2011 | Katherine Stadler | Attend fee committee meeting. | 2.20 | 946.00 |
| 07-14-2011 | Katherine Stadler | Meeting with Mr. Gitlin in preparation for fee committee meeting. | 1.40 | 602.00 |
| 07-14-2011 | Brady C. Williamson | Prepare for fee committee meeting including meeting with Mr. Gitlin. | 1.40 | 735.00 |
| 07-14-2011 | Brady C. Williamson | Attend fee committee meeting. | 2.20 | 1,155.00 |
| 07-18-2011 | Zerithea Raiche | Update chart on all retained professionals to include reductions negotiated to sixth interim fee applications. | 1.20 | 198.00 |
| 07-18-2011 | Katherine Stadler | E-mail to fee committee on July 20 telephonic committee meeting. | 0.10 | 43.00 |
| 07-20-2011 | Zerithea Raiche | Attend July 20 fee committee telephonic meeting. | 0.60 | 99.00 |
| 07-20-2011 | Brady C. Williamson | Prepare for fee committee telephonic meeting. | 0.50 | 262.50 |

Matter Number: 009878-0008                                                    March 8, 2012
Invoice No.:  554825                                                              Page 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-20-2011 | Brady C. Williamson | Participate in telephonic meeting on pending issues, including potential Section 503(b) claims. | 0.60 | 315.00 |
| 07-20-2011 | Brady C. Williamson | Review draft minutes. | 0.30 | 157.50 |
| 07-20-2011 | Katherine Stadler | Review, revise and complete May 24 and June 16 minutes reflecting U.S. Trustee's final changes. | 0.30 | 129.00 |
| 07-20-2011 | Katherine Stadler | Attend telephonic fee committee meeting to discuss Section 503(b) matters. | 0.60 | 258.00 |
| 07-20-2011 | Katherine Stadler | Draft short agenda for meeting and e-mail agenda, minutes, and reminder for telephonic meeting. | 0.40 | 172.00 |
| 07-21-2011 | Zerithea Raiche | Update chart of sixth fee period negotiated reductions for use in preparation of orders authorizing payment. | 3.40 | 561.00 |
| 07-26-2011 | Zerithea Raiche | Update chart of retained professional fee applications to include negotiated reductions approved by the fee committee. | 1.80 | 297.00 |
| 07-26-2011 | Monica Santa Maria | Telephone conference with representative of U.S. Trustee's office regarding UST's edits to draft confidential letter reports. | 0.30 | 72.00 |
| 07-26-2011 | Katherine Stadler | E-mail on scheduling of August 16 meeting with Judge Peck and corresponding e-mail to Mr. Gitlin and fee committee members on rescheduling of August 17 meeting. | 0.40 | 172.00 |
| 07-29-2011 | Zerithea Raiche | Update status chart of fee applications filed by retained professionals to include negotiated reductions for sixth interim fee period. | 1.60 | 264.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-01-2011 | Zerithea Raiche | Calculate funds held by Debtors on fees incurred by retained professionals by fee period for inclusion in meeting materials. | 0.70 | 115.50 |
| 08-01-2011 | Zerithea Raiche | Prepare email listing funds held by Debtors on fees incurred by retained professionals by fee period. | 0.30 | 49.50 |
| 08-02-2011 | Brady C. Williamson | Review and revise agenda draft. | 0.20 | 105.00 |
| 08-02-2011 | Katherine Stadler | Draft agenda for August 17 fee committee meeting and e-mail same to Mr. Gitlin. | 0.40 | 172.00 |
| 08-03-2011 | Katherine Stadler | Begin creating index of materials for fee committee use at August 17 meeting. | 0.60 | 258.00 |
| 08-04-2011 | Leah Viola | Conference regarding material for fee committee meeting. | 0.30 | 46.50 |
| 08-04-2011 | Leah Viola | Conference regarding material for fee committee meeting. | 0.20 | 31.00 |
| 08-04-2011 | N. Talbott Settle | Conference on material for fee committee meeting. | 0.40 | 66.00 |
| 08-05-2011 | Brady C. Williamson | Additions to August 17 agenda. | 0.10 | 52.50 |
| 08-05-2011 | Katherine Stadler | Work on agenda for August 17 meeting. | 0.60 | 258.00 |
| 08-08-2011 | Leah Viola | Work on materials for August 17 fee committee meeting. | 4.20 | 651.00 |
| 08-08-2011 | N. Talbott Settle | Prepare materials for fee committee meeting. | 0.20 | 33.00 |
| 08-09-2011 | Leah Viola | Continue work on materials for August 17 meeting. | 0.60 | 93.00 |
| 08-10-2011 | N. Talbott Settle | Work on materials for fee committee meeting. | 0.80 | 132.00 |
| 08-10-2011 | Brady C. Williamson | Exchange email with Mr. Gitlin on next week's meeting. | 0.20 | 105.00 |

Matter Number: 009878-0008

March 8, 2012

Invoice No.:  554825

Page 21

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-11-2011 | Leah Viola | Continue work on materials for August 17 meeting. | 3.60 | 558.00 |
| 08-11-2011 | N. Talbott Settle | Conference regarding fee committee material. | 0.30 | 49.50 |
| 08-12-2011 | N. Talbott Settle | Review revised meeting agenda and update material for fee committee meeting. | 1.20 | 198.00 |
| 08-12-2011 | N. Talbott Settle | Review fee committee materials and agenda. | 0.50 | 82.50 |
| 08-13-2011 | N. Talbott Settle | Revise fee committee materials and index. | 1.20 | 198.00 |
| 08-13-2011 | Brady C. Williamson | Review and revise draft meeting minutes. | 0.30 | 157.50 |
| 08-13-2011 | Brady C. Williamson | Complete work on agenda. | 0.10 | 52.50 |
| 08-14-2011 | Brady C. Williamson | Conference on meeting materials. | 0.30 | 157.50 |
| 08-15-2011 | N. Talbott Settle | Work on materials for August 17 meetings. | 0.10 | 16.50 |
| 08-15-2011 | N. Talbott Settle | Work on schedule and materials for August 17 meetings. | 0.70 | 115.50 |
| 08-15-2011 | N. Talbott Settle | Prepare meeting materials for the fee committee. | 1.10 | 181.50 |
| 08-15-2011 | N. Talbott Settle | Review and revise fee committee meeting packet. | 1.70 | 280.50 |
| 08-15-2011 | Brady C. Williamson | Preparation for August 17 meeting. | 0.60 | 315.00 |
| 08-15-2011 | Brady C. Williamson | Exchange telephone calls and emails with Mr. Gitlin on agenda, issues and schedule. | 0.60 | 315.00 |
| 08-15-2011 | Brady C. Williamson | Final review of meeting materials. | 1.20 | 630.00 |
| 08-15-2011 | Katherine Stadler | Revise draft minutes of September meeting. | 0.30 | 129.00 |

Matter Number: 009878-0008

Invoice No.:  554825

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-15-2011 | Katherine Stadler | Review and revise draft agenda for August 17 meeting. | 0.40 | 172.00 |
| 08-15-2011 | Katherine Stadler | Complete materials for August 17 meeting. | 3.80 | 1,634.00 |
| 08-15-2011 | Katherine Stadler | E-mails and telephone conferences with Mr. Gitlin in preparation for August 17 meeting. | 0.20 | 86.00 |
| 08-16-2011 | N. Talbott Settle | Work on materials for August 17 meetings. | 1.70 | 280.50 |
| 08-16-2011 | Brady C. Williamson | Preparation for August 17 meeting, including telephone calls and email with Mr. Gitlin and U.S. Trustee. | 1.70 | 892.50 |
| 08-16-2011 | Katherine Stadler | Telephone calls and e-mails with Mr. Gitlin and U.S. Trustee in preparation for August 17 meeting. | 0.30 | 129.00 |
| 08-16-2011 | Katherine Stadler | Final preparation of materials for fee committee meeting. | 1.60 | 688.00 |
| 08-17-2011 | Monica Santa Maria | Attend meeting to discuss pending issues, including the resolution of the sixth and seventh interim periods. | 1.80 | 432.00 |
| 08-17-2011 | Brady C. Williamson | Conference with U.S. Trustee on pre-meeting on agenda items. | 0.30 | 157.50 |
| 08-17-2011 | Brady C. Williamson | Participate in fee committee meeting. | 1.80 | 945.00 |
| 08-17-2011 | Brady C. Williamson | Follow up telephone calls with Mr. Gitlin. | 0.30 | 157.50 |
| 08-17-2011 | Katherine Stadler | Meeting with Mr. Gitlin to prepare for fee committee meeting. | 0.50 | 215.00 |
| 08-17-2011 | Katherine Stadler | Attend fee committee meeting. | 1.80 | 774.00 |
| 08-18-2011 | Brady C. Williamson | Follow up conferences with Mr. Gitlin on August 17 meetings and hearing. | 0.40 | 210.00 |
| 08-18-2011 | Brady C. Williamson | Review schedule for September. | 0.20 | 105.00 |

Matter Number: 009878-0008                                          March 8, 2012
Invoice No.:  554825                                                    Page 23

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-18-2011 | Brady C. Williamson | Exchange email with Assistant U.S. Trustee on schedule. | 0.20 | 105.00 |
| 08-18-2011 | Katherine Stadler | Review e-mails with U.S. Trustee on upcoming meeting schedule. | 0.10 | 43.00 |
| 08-19-2011 | Brady C. Williamson | Exchange email with Mr. Gitlin and U.S. Trustee on schedule. | 0.30 | 157.50 |
| 08-23-2011 | Katherine Stadler | Review and revise July 14 fee committee minutes. | 0.20 | 86.00 |
| 08-25-2011 | Leah Viola | Work on materials for September 28 fee committee meeting. | 1.20 | 186.00 |
| 08-26-2011 | Leah Viola | Work on materials for September 28 fee committee meeting. | 1.30 | 201.50 |
| 08-29-2011 | Katherine Stadler | E-mail to fee committee members on supplemental telephonic meeting to discuss professional responses. | 0.10 | 43.00 |
| 08-30-2011 | Leah Viola | Work on materials for September 28 fee committee meeting. | 0.20 | 31.00 |
| 08-31-2011 | Leah Viola | Work on materials for September 28 meeting. | 0.70 | 108.50 |
| 08-31-2011 | Katherine Stadler | E-mail exchange with fee committee members to schedule telephonic meeting. | 0.20 | 86.00 |

|  |  | Total Fees | $ | 75,074.50 |
|--|--|------------|---|-----------|
|  |  | Total Disbursements | $ | 0.00 |
|  |  | **Total For This Invoice** | **$** | **75,074.50** |

Matter Number: 009878-0008                                    March 8, 2012
Invoice No.:  554825                                               Page 24

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|------:|-----:|-------:|
| ZERITHEA RAICHE | Paralegal | 122.10 | 165.00 | 20,146.50 |
| N. TALBOTT SETTLE | Paralegal | 44.90 | 165.00 | 7,408.50 |
| LEAH VIOLA | Paralegal | 12.30 | 155.00 | 1,906.50 |
| **Paralegal Total** | | **179.30** | | **29,461.50** |
| PATRICIA WHEELER | Associate | 6.10 | 285.00 | 1,738.50 |
| MONICA SANTA MARIA | Associate | 12.00 | 240.00 | 2,880.00 |
| BRIAN C SPAHN | Associate | 1.80 | 255.00 | 459.00 |
| **Associate Total** | | **19.90** | | **5,077.50** |
| BRADY C. WILLIAMSON | Shareholder | 32.90 | 525.00 | 17,272.50 |
| KATHERINE STADLER | Shareholder | 54.10 | 430.00 | 23,263.00 |
| **Shareholder Total** | | **87.00** | | **40,535.50** |
| **TIMEKEEPER TOTALS** | | **286.20** | | **$75,074.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*