# **EXHIBIT C-0009**

## **Non-Working Travel**



**GODFREY‖KAHN** S.C.

780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:    Non-Working Travel (Task Code 0500)

Invoice No.      554826
Matter No.       009878-0009

Billing Attorney:
Brady C. Williamson

|  |  |
|---|---|
| Invoice Total | $       68,828.00 |
| Less 50% (Local Rule) | $      -34,414.00 |
| **Current Invoice Total** | **$       34,414.00** |
| Prior Balance Due | $              0.00 |
| **Total Amount Now Due** | **$       34,414.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL·414.273.3500  FAX·414.273.5198
WWW·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Non-Working Travel (Task Code 0500)

Invoice No.    554826
Matter No.     009878-0009

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-23-2011 | Brady C. Williamson | Travel to New York from Madison/Milwaukee. | 5.70 | 2,992.50 |
| 05-23-2011 | Katherine Stadler | Travel to New York for fee committee meeting and meetings with U.S. Trustee. | 7.00 | 3,010.00 |
| 05-24-2011 | Brady C. Williamson | Return to Madison through Milwaukee from fee committee meeting. | 5.50 | 2,887.50 |
| 05-24-2011 | Katherine Stadler | Return travel from New York from fee committee meeting. | 6.40 | 2,752.00 |
| 06-16-2011 | Carla Andres | Travel from Green Bay to Washington, D.C. to Richmond for BrownGreer. | 8.20 | 2,870.00 |
| 06-16-2011 | N. Talbott Settle | Travel from Madison to Richmond for BrownGreer. | 5.60 | 924.00 |
| 06-16-2011 | Brian C Spahn | Travel to Richmond for meeting with BrownGreer. | 8.50 | 2,167.50 |
| 06-16-2011 | Monica Santa Maria | Travel to Richmond for meeting with BrownGreer. | 5.60 | 1,344.00 |
| 06-16-2011 | Peggy Barlett | Travel from Milwaukee to Chicago and from Chicago to Richmond for BrownGreer. | 8.80 | 1,980.00 |

Matter Number: 009878-0009          March 8, 2012
Invoice No.: 554826          Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-16-2011 | Katherine Stadler | Travel to Richmond via Washington, D.C., for meeting at BrownGreer. | 5.60 | 2,408.00 |
| 06-16-2011 | Katherine Stadler | Return travel from Richmond. | 3.50 | 1,505.00 |
| 06-17-2011 | N. Talbott Settle | Travel from Madison to BrownGreer, Richmond. | 7.50 | 1,237.50 |
| 06-17-2011 | Brian C Spahn | Return travel from Richmond. | 7.40 | 1,887.00 |
| 06-17-2011 | Monica Santa Maria | Travel from Richmond to Madison from meeting with BrownGreer. | 7.50 | 1,800.00 |
| 06-17-2011 | Peggy Barlett | Return travel from Richmond to Milwaukee. | 7.40 | 1,665.00 |
| 06-17-2011 | Katherine Stadler | Re-arrange return flights in light of canceled flight, return travel to Madison. | 6.40 | 2,752.00 |
| 06-18-2011 | Carla Andres | Travel from Richmond to Green Bay. | 7.50 | 2,625.00 |
| 06-28-2011 | Katherine Stadler | Non-working travel to New York, via Milwaukee, for June 29 meeting with Mr. Suckow. | 5.50 | 2,365.00 |
| 06-29-2011 | Katherine Stadler | Non-working travel from New York to Madison via Milwaukee. | 5.10 | 2,193.00 |
| 07-13-2011 | Katherine Stadler | Non-working travel to New York via Milwaukee. | 4.60 | 1,978.00 |
| 07-13-2011 | Brady C. Williamson | Travel to New York through Milwaukee. | 4.60 | 2,415.00 |
| 07-14-2011 | Katherine Stadler | Return travel from New York. | 4.30 | 1,849.00 |
| 07-16-2011 | Brady C. Williamson | Return to Madison. | 4.30 | 2,257.50 |
| 08-16-2011 | Monica Santa Maria | Travel to New York from Madison to attend meetings with BrownGreer, fee committee and Judge Peck. | 8.80 | 2,112.00 |
| 08-16-2011 | Katherine Stadler | Travel to New York for August 17 meeting. | 5.60 | 2,408.00 |

Matter Number: 009878-0009 March 8, 2012
Invoice No.: 554826 Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-17-2011 | Monica Santa Maria | Non-working travel to and between BrownGreer meeting, fee committee meeting and meeting with Judge Peck. | 2.90 | 696.00 |
| 08-17-2011 | Monica Santa Maria | Travel to Madison from New York meetings. | 8.20 | 1,968.00 |
| 08-17-2011 | Brady C. Williamson | Travel to New York from Madison. | 4.80 | 2,520.00 |
| 08-17-2011 | Brady C. Williamson | Travel to U.S. Trustee's office for meeting. | 0.60 | 315.00 |
| 08-17-2011 | Katherine Stadler | Travel to and from courthouse for informal chambers conference with Judge Peck. | 1.40 | 602.00 |
| 08-19-2011 | Brady C. Williamson | Return to Madison (with weather delay through Detroit). | 7.70 | 4,042.50 |
| 08-20-2011 | Katherine Stadler | Return travel from New York to Madison (with airline delay). | 10.00 | 4,300.00 |

|  |  |  |
|---|---|---|
| Total Fees | $ | 68,828.00 |
| Less 50% (Local Rule) | $ | -34,414.00 |
| Total Adjusted Fees | $ | 34,414.00 |
| Total Disbursements | $ | 0.00 |
| **Total For This Invoice** | **$** | **34,414.00** |

Matter Number: 009878-0009  March 8, 2012
Invoice No.: 554826  Page 4

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| CARLA ANDRES | Special Counsel | 15.70 | 350.00 | 5,495.00 |
| **Special Counsel Total** | | **15.70** | | **5,495.00** |
| N. TALBOTT SETTLE | Paralegal | 13.10 | 165.00 | 2,161.50 |
| **Paralegal Total** | | **13.10** | | **2,161.50** |
| MONICA SANTA MARIA | Associate | 33.00 | 240.00 | 7,920.00 |
| PEGGY BARLETT | Associate | 16.20 | 225.00 | 3,645.00 |
| BRIAN C SPAHN | Associate | 15.90 | 255.00 | 4,054.50 |
| **Associate Total** | | **65.10** | | **15,619.50** |
| BRADY C. WILLIAMSON | Shareholder | 33.20 | 525.00 | 17,430.00 |
| KATHERINE STADLER | Shareholder | 65.40 | 430.00 | 28,122.00 |
| **Shareholder Total** | | **98.60** | | **45,552.00** |
| **TIMEKEEPER TOTALS** | | **192.50** | | **$68,828.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*