# EXHIBIT C-0010

## Preparation of Summary Reports



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL · 414.273.3500  FAX · 414.273.5198

www · GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.        554827

Re:    Preparation of Summary Reports          Matter No.        009878-0010

Billing Attorney:
Brady C. Williamson


Invoice Total                    $          17,129.50

Prior Balance Due                $               0.00

**Total Amount Now Due**         **$          17,129.50**


PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.


**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL · 414.273.3500  FAX · 414.273.5198
**www · GKLAW.COM**

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

| | |
|---|---|
| Invoice No. | 554827 |
| Matter No. | 009878-0010 |

Re:    Preparation of Summary Reports

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-03-2011 | Monica Santa Maria | Review possible resolution of contested issues in Pachulski Stang and questions regarding process raised by Mr. Leiwant, Duff & Phelps. | 0.60 | 144.00 |
| 05-04-2011 | Monica Santa Maria | Conference on status and next steps for Curtis Mallet-Prevost, Duff & Phelps and Bingham McCutchen requests for compensation. | 0.70 | 168.00 |
| 05-09-2011 | Monica Santa Maria | Review email correspondence regarding professionals' responses to some expense objections, including long distance telephone. | 0.10 | 24.00 |
| 05-12-2011 | Monica Santa Maria | Status conferences with particular focus on responses pending to Dechert, McKenna Long, Gibson Dunn and Paul Hastings. | 0.80 | 192.00 |
| 05-12-2011 | Monica Santa Maria | Email correspondence regarding possible edits to template reports in light of professionals' inquiries. | 0.10 | 24.00 |
| 05-17-2011 | Monica Santa Maria | Draft template letter for professionals in advance of fling an objection. | 0.60 | 144.00 |

GODFREY & KAHN IS A MEMBER OF  TERRALEX® ,  A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Matter Number: 009878-0010                                                March 8, 2012
Invoice No.:  554827                                                           Page 2

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-27-2011 | Brady C. Williamson | Initial draft of summary of comments on sixth interim applications. | 0.80 | 420.00 |
| 05-31-2011 | Brady C. Williamson | Continue work on summary report. | 1.40 | 735.00 |
| 06-01-2011 | Monica Santa Maria | Draft template stipulation to resolve fee applications with consensual settlements. | 0.50 | 120.00 |
| 06-02-2011 | Monica Santa Maria | Edit template stipulation. | 0.10 | 24.00 |
| 06-06-2011 | Monica Santa Maria | Edit template stipulation and forward for review. | 0.40 | 96.00 |
| 06-08-2011 | Monica Santa Maria | Edit template stipulation. | 0.30 | 72.00 |
| 06-10-2011 | Monica Santa Maria | Review edits to draft stipulations forwarded by the U.S. Trustee's office. | 0.30 | 72.00 |
| 06-10-2011 | Brady C. Williamson | Final revisions on schedule and memorandum to professionals on status. | 0.60 | 315.00 |
| 06-10-2011 | Brady C. Williamson | Review U.S. Trustee's comments on memorandum draft. | 0.20 | 105.00 |
| 06-13-2011 | Monica Santa Maria | Conference regarding updating fee rules in preparation for trip to BrownGreer and open issues regarding Curtis Mallet-Prevost response and Jones Day expanded retention motion. | 0.30 | 72.00 |
| 06-13-2011 | Brady C. Williamson | Continue work on summary report. | 1.70 | 892.50 |
| 06-14-2011 | Monica Santa Maria | Telephone conferences regarding disclosure obligations under Section 329 as it relates to position taken by Pachulski Stang and Gibson Dunn. | 0.50 | 120.00 |
| 06-14-2011 | Katherine Stadler | Continue drafting, reviewing and revising summary report on fifth and sixth interim fee periods. | 4.20 | 1,806.00 |

GODFREY & KAHN IS A MEMBER OF  TERRALEX® ,  A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Matter Number: 009878-0010                                    March 8, 2012
Invoice No.:  554827                                                    Page 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-15-2011 | Monica Santa Maria | Conference regarding disclosures and case law regarding duty to supplement. | 0.30 | 72.00 |
| 06-15-2011 | Brady C. Williamson | Final revision to draft summary statement and review related emails. | 0.80 | 420.00 |
| 06-15-2011 | Katherine Stadler | Review and revise draft summary report on fifth and sixth interim fee applications and forward to all fee committee members. | 3.80 | 1,634.00 |
| 06-16-2011 | Brady C. Williamson | Follow up on U.S. Trustee suggested changes to summary report. | 0.30 | 157.50 |
| 06-16-2011 | Brady C. Williamson | Review redline revisions to summary report and evaluate. | 0.60 | 315.00 |
| 06-18-2011 | Brady C. Williamson | Exchange email with Mr. Gitlin and Mr. Purcell on changes to summary report. | 0.20 | 105.00 |
| 06-22-2011 | Monica Santa Maria | Update status of pending applications for the sixth interim period, including stipulations that have been reviewed and accepted by retained professionals. | 0.30 | 72.00 |
| 06-22-2011 | Brady C. Williamson | Review email exchanges with and between fee committee members on summary report revisions and stipulations. | 0.40 | 210.00 |
| 06-23-2011 | Brady C. Williamson | Review and revise latest drafts of status report and stipulations. | 0.80 | 420.00 |
| 06-24-2011 | Brady C. Williamson | Review latest draft of summary report and related email from fee committee members. | 0.60 | 315.00 |
| 06-30-2011 | Monica Santa Maria | Email correspondence regarding compensability of services for coordinating responses to fee committee among retained professionals. | 0.10 | 24.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-30-2011 | Monica Santa Maria | Review memorandum forwarded by U.S. Trustee regarding confidential letter reports and conference regarding drafting template of confidential letter reports for seventh fee period. | 0.30 | 72.00 |
| 06-30-2011 | Brady C. Williamson | Email and memorandum from U.S. Trustee commenting on sixth interim summary report. | 0.40 | 210.00 |
| 07-01-2011 | Monica Santa Maria | Email correspondence regarding positions among retained professionals on fee issues. | 0.50 | 120.00 |
| 07-01-2011 | Brady C. Williamson | Continue work on summary report in response to U.S. Trustee points. | 0.60 | 315.00 |
| 07-01-2011 | Katherine Stadler | Review and revise status report on fifth and sixth interim fee period, incorporating all U.S. Trustee comments from June 30 memorandum and conversation with Mr. Gitlin, e-mail revised draft of status report to Mr. Gitlin. | 2.10 | 903.00 |
| 07-07-2011 | Katherine Stadler | E-mail updated draft of status report, reflecting U.S. Trustee's proposed changes, to Ms. Hope Davis. | 0.20 | 86.00 |
| 07-12-2011 | Monica Santa Maria | Review and edit draft stipulations to resolve sixth interim fee period applications of Sutherland Asbill and Simpson Thacher. | 0.10 | 24.00 |
| 07-12-2011 | Monica Santa Maria | Status conference to review completion schedule for outstanding stipulations and seventh fee period reviews. | 0.20 | 48.00 |
| 07-12-2011 | Brady C. Williamson | Review U.S. Trustee's annotations on status report. | 0.60 | 315.00 |
| 07-12-2011 | Brady C. Williamson | Review and revise draft report on rate increases - facts and law. | 0.90 | 472.50 |

Matter Number: 009878-0010                                                                        March 8, 2012
Invoice No.:  554827                                                                                      Page 5

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 07-13-2011 | Katherine Stadler | Review and revise status report on sixth and seventh interim fee applications, incorporating U.S. Trustee's latest set of revisions and emailing redline to fee committee. | 0.80 | 344.00 |
| 07-14-2011 | Monica Santa Maria | Email communications regarding completion of reviews and preparation of confidential letter reports. | 0.20 | 48.00 |
| 07-14-2011 | Brady C. Williamson | Review draft language: fees on fees section of letter reports. | 0.40 | 210.00 |
| 07-15-2011 | Katherine Stadler | Review and revise sixth interim status report in light of fee committee discussions and distribute final draft. | 1.10 | 473.00 |
| 07-18-2011 | Zerithea Raiche | Review and revise fee committee's report on fifth and sixth interim period applications to prepare for filing. | 0.60 | 99.00 |
| 07-18-2011 | Zerithea Raiche | File with the court the fee committee's report on fifth and sixth interim period applications. | 0.40 | 66.00 |
| 07-18-2011 | Zerithea Raiche | Prepare and serve chambers' copy of the fee committee's report on fifth and sixth interim period applications, effectuate service by Epiq Bankruptcy Solutions. | 0.30 | 49.50 |
| 07-21-2011 | Brady C. Williamson | Review and revise section for reports on hourly rates. | 0.30 | 157.50 |
| 07-22-2011 | Brady C. Williamson | Additional revisions to rate text for letters. | 0.20 | 105.00 |
| 07-25-2011 | Monica Santa Maria | Edit introductory and final paragraphs of confidential reports and forward to incorporate into pending reports. | 0.20 | 48.00 |

Matter Number: 009878-0010

March 8, 2012

Invoice No.: 554827

Page 6

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-25-2011 | Monica Santa Maria | Review proposed edits forwarded by U.S. Trustee's office to Jones Day, Kleyr Grasso, Clyde Click, Wollmuth Maher, Momo-O and Latham & Watkins and prepare note. | 0.90 | 216.00 |
| 07-25-2011 | Monica Santa Maria | Review proposed edits to numerous reports and incorporate conforming edits to fees on fees sections for pending draft reports. | 0.60 | 144.00 |
| 07-25-2011 | Brady C. Williamson | Review comments from U.S. Trustee's office on letter reports and conference on response. | 1.00 | 525.00 |
| 07-26-2011 | Monica Santa Maria | Edit confidential letter reports for special counsel to incorporate edits from U.S. Trustee's office. | 3.80 | 912.00 |
| 07-26-2011 | Monica Santa Maria | Prepare new template document incorporating U.S. Trustee's edits and circulate for use in preparing other letter reports. | 0.30 | 72.00 |
| 07-26-2011 | Brady C. Williamson | Review latest suggested changes to letter reports. | 0.30 | 157.50 |
| 07-27-2011 | Zerithea Raiche | Revise confidential letter report template - seventh fee period applications. | 0.80 | 132.00 |
| 07-27-2011 | Monica Santa Maria | Review and edit entries marked in support of objections for Latham & Watkins, Reed Smith and Clyde Click and forward. | 0.80 | 192.00 |
| 07-29-2011 | Monica Santa Maria | Begin reviewing proposed edits forwarded by U.S. Trustee's office to reports, including Bingham McCutchen and Jones Day. | 0.70 | 168.00 |
| 07-29-2011 | Monica Santa Maria | Numerous email and telephone conferences regarding status of exhibits and confidential reports and proposed edits forwarded by U.S. Trustee's office to reports. | 0.60 | 144.00 |

Matter Number: 009878-0010                                                                    March 8, 2012
Invoice No.:  554827                                                                                Page 7

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-01-2011 | Zerithea Raiche | Prepare email on change to first paragraph of reports regarding the amended fee protocol and prepare email with template for paragraph on the amended fee protocol. | 0.30 | 49.50 |
| 08-01-2011 | Monica Santa Maria | Edit stipulations for Bortstein Legal, McKenna Long, Kasowitz Benson, Jones Day and Gibson Dunn and forward for execution in preparation for filing. | 0.20 | 48.00 |
| 08-04-2011 | Monica Santa Maria | Conferences regarding exhibit preparation for Curtis Mallet-Prevost and Reed Smith. | 0.30 | 72.00 |
| 08-05-2011 | Brady C. Williamson | Conference with U.S. Trustee and colleagues on status of reports and schedule. | 0.20 | 105.00 |
| 08-11-2011 | Monica Santa Maria | Review email regarding questions raised by professionals on stipulations and reservations of rights. | 0.10 | 24.00 |
| 08-12-2011 | Monica Santa Maria | Telephone conference regarding U.S. Trustee's comments to fee committee reports. | 0.10 | 24.00 |
| 08-12-2011 | Monica Santa Maria | Telephone conference regarding stipulations for sixth interim period that still need to be completed. | 0.10 | 24.00 |
| 08-25-2011 | Katherine Stadler | E-mail to application review group on uniform treatment of time increment billing. | 0.30 | 129.00 |

Matter Number: 009878-0010                                                     March 8, 2012
Invoice No.: 554827                                                            Page 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-26-2011 | Monica Santa Maria | Status conference regarding outstanding issues for sixth and seventh interim periods including Pachulski Stang stipulation for sixth period, possible reassignment of special counsel professionals, and Wollmuth Maher extension request. | 0.80 | 192.00 |
| 08-26-2011 | Katherine Stadler | Conference on Pachulski Stang and Wollmuth Maher reports and outstanding issues regarding sixth interim fee period. | 0.80 | 344.00 |
| | | Total Fees | $ | 17,129.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **17,129.50** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| ZERITHEA RAICHE | Paralegal | 2.40 | 165.00 | 396.00 |
| **Paralegal Total** | | **2.40** | | **396.00** |
| MONICA SANTA MARIA | Associate | 16.80 | 240.00 | 4,032.00 |
| **Associate Total** | | **16.80** | | **4,032.00** |
| BRADY C. WILLIAMSON | Shareholder | 13.30 | 525.00 | 6,982.50 |
| KATHERINE STADLER | Shareholder | 13.30 | 430.00 | 5,719.00 |
| **Shareholder Total** | | **26.60** | | **12,701.50** |
| **TIMEKEEPER TOTALS** | | **45.80** | | **$17,129.50** |

*We adjust our hourly billing rates effective January 1 of each year.  Accordingly, billing rate changes are reflected on this statement for work performed in 2012.  Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*