# EXHIBIT C-0011

## Prepare for and Attend Hearings and Court Communications



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL · 414.273.3500   FAX · 414.273.5198

www · GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.        554828
Re:    Prepare for and Attend Hearings and          Matter No.        009878-0011
       Court Communications (Task Code 0400)

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 1,592.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **1,592.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**GODFREY KAHN** s.c.

780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL · 414.273.3500   FAX · 414.273.5198
www · GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.      554828
Matter No.      009878-0011

Re:    Prepare for and Attend Hearings and
        Court Communications (Task Code 0400)

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-26-2011 | Zerithea Raiche | Telephone conference with Ms. Calderon to arrange for a meeting between Judge Peck and members of the fee committee. | 0.10 | 16.50 |
| 07-26-2011 | Brady C. Williamson | Conference on response from court on meeting. | 0.20 | 105.00 |
| 08-11-2011 | Brady C. Williamson | Review email exchanges on informal meeting with Judge Peck. | 0.20 | 105.00 |
| 08-11-2011 | Brady C. Williamson | Conference on response. | 0.10 | 52.50 |
| 08-11-2011 | Katherine Stadler | Conference on notice of informal chambers' conference to interested parties. | 0.10 | 43.00 |
| 08-12-2011 | Brady C. Williamson | Conference on emails for August 17 chambers' conference. | 0.30 | 157.50 |
| 08-17-2011 | Monica Santa Maria | Attend meeting with Judge Peck, Fee Committee members, U.S. Trustee personnel, and Debtors' and Creditors' Committee counsel regarding possible review of 503(b)(3) compensation applications. | 0.30 | 72.00 |
| 08-17-2011 | Brady C. Williamson | Attend chambers' conference with Judge Peck. | 0.30 | 157.50 |

GODFREY & KAHN IS A MEMBER OF TERRALEX® , A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Matter Number: 009878-0011

Invoice No.: 554828

March 8, 2012

Page 2

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-17-2011 | Katherine Stadler | Prepare for and attend chambers' conference with Judge Peck to discuss 503(b) applicants and related issues. | 1.20 | 516.00 |
| 08-30-2011 | Brady C. Williamson | Intermittent attendance by telephone at court hearing. | 0.70 | 367.50 |
| | | Total Fees | $ | 1,592.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **1,592.50** |

Matter Number: 009878-0011                                                March 8, 2012
Invoice No.: 554828                                                            Page 3

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| ZERITHEA RAICHE | Paralegal | 0.10 | 165.00 | 16.50 |
| **Paralegal Total** | | **0.10** | | **16.50** |
| MONICA SANTA MARIA | Associate | 0.30 | 240.00 | 72.00 |
| **Associate Total** | | **0.30** | | **72.00** |
| BRADY C. WILLIAMSON | Shareholder | 1.80 | 525.00 | 945.00 |
| KATHERINE STADLER | Shareholder | 1.30 | 430.00 | 559.00 |
| **Shareholder Total** | | **3.10** | | **1,504.00** |
| **TIMEKEEPER TOTALS** | | **3.50** | | **$1,592.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS