# EXHIBIT C-0012

## Godfrey & Kahn's Retention Issues



**GODFREY KAHN** S.C.

780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL · 414.273.3500   FAX · 414.273.5198

WWW · GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.        554829

Re:    Godfrey & Kahn's Retention Issues (Task Code 47
       (Task Code 4700)

Matter No.        009878-0012

Billing Attorney:
Brady C. Williamson

| | |
|---|---|
| Invoice Total | $        516.00 |
| Prior Balance Due | $          0.00 |
| **Total Amount Now Due** | **$        516.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL·414.273.3500  FAX·414.273.5198

www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.      554829
Re:    Godfrey & Kahn's Retention Issues (Task Code 47      Matter No.      009878-0012
       (Task Code 4700)

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-04-2011 | Monica Santa Maria | Email correspondence regarding status of Godfrey & Kahn's disclosures. | 0.10 | 24.00 |
| 05-06-2011 | Katherine Stadler | Consider disclosure obligations, if any, related to confidentiality agreement. | 0.40 | 172.00 |
| 05-18-2011 | Katherine Stadler | Internal e-mails on additional disclosures necessitated by co-counsel engagement. | 0.20 | 86.00 |
| 05-26-2011 | Brady C. Williamson | Additional conferences on potential conflicts and disclosure issues. | 0.40 | 210.00 |
| 06-03-2011 | Monica Santa Maria | Email correspondence regarding possible supplemental disclosures. | 0.10 | 24.00 |

|  | | Total Fees | $ | 516.00 |
|--|--|------------|---|--------|
|  | | Total Disbursements | $ | 0.00 |
|  | | **Total For This Invoice** | **$** | **516.00** |

Matter Number: 009878-0012                                          March 8, 2012
Invoice No.:  554829                                                     Page 2

# Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| MONICA SANTA MARIA | Associate | 0.20 | 240.00 | 48.00 |
| **Associate Total** | | **0.20** | | **48.00** |
| BRADY C. WILLIAMSON | Shareholder | 0.40 | 525.00 | 210.00 |
| KATHERINE STADLER | Shareholder | 0.60 | 430.00 | 258.00 |
| **Shareholder Total** | | **1.00** | | **468.00** |
| **TIMEKEEPER TOTALS** | | **1.20** | | **$516.00** |

*We adjust our hourly billing rates effective January 1 of each year.  Accordingly, billing rate changes are reflected on this statement for work performed in 2012.  Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*