# **EXHIBIT C-0013**

**Legal/Factual Research**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL· 414.273.3500  FAX· 414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

        March 8, 2012

        Invoice No.      554830
Re:    Legal/Factual Research        Matter No.      009878-0013

        Billing Attorney:
        Brady C. Williamson

|                     |                  |
|---------------------|------------------|
| Invoice Total       | $    10,395.00   |
| Prior Balance Due   | $         0.00   |
| **Total Amount Now Due** | **$    10,395.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.      554830
Re:   Legal/Factual Research                    Matter No.      009878-0013

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-03-2011 | Zerithea Raiche | Locate and forward Judge Gerber's November 18, 2010 decision in the Adelphia bankruptcy case on professional fees. | 0.20 | 33.00 |
| 05-03-2011 | Zerithea Raiche | Locate and download filings on administrative expense claim for a fee enhancement. | 0.30 | 49.50 |
| 05-03-2011 | Zerithea Raiche | Prepare email to team members on amendment of General Order M-388. | 0.10 | 16.50 |
| 05-03-2011 | Zerithea Raiche | Review and download five additional confidentiality agreements for use by the fee committee in the review of time detail . | 0.30 | 49.50 |
| 05-03-2011 | Katherine Stadler | Conference on necessity of protective order and confidentiality agreement and research need for it. | 0.80 | 344.00 |
| 05-04-2011 | Zerithea Raiche | Review records for contact with NN Trust, Abacus Trust and Curtis Mallet-Prevost. | 0.70 | 115.50 |
| 05-17-2011 | Monica Santa Maria | Research case law regarding compensation under Sections 503(b)(3) and (4). | 1.10 | 264.00 |

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Matter Number: 009878-0013  
Invoice No.: 554830

March 8, 2012  
Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-18-2011 | Zerithea Raiche | Review and locate U.S. Trustee's report in Madoff proceeding on objections by the U.S. Trustee to fee applications. | 0.60 | 99.00 |
| 05-19-2011 | Monica Santa Maria | Research case law regarding compensation and reimbursement pursuant to Sections 503(b)(3) and (4). | 1.70 | 408.00 |
| 05-19-2011 | Monica Santa Maria | Draft and edit memorandum to fee committee on compensation requests pursuant to Sections 503(b)(3) and (4). | 1.40 | 336.00 |
| 05-19-2011 | Brady C. Williamson | Review and revise memorandum requested by Mr. Gitlin on Sections 503(b) and 1123 issues. | 0.70 | 367.50 |
| 05-19-2011 | Brady C. Williamson | Review and revise memorandum requested by Mr. Gitlin on Sections 503(b) and 1123 issues. | 0.20 | 105.00 |
| 05-19-2011 | Katherine Stadler | Review and revise Section 503(b)(3) memorandum. | 1.00 | 430.00 |
| 05-20-2011 | Rebecca J. Bradshaw | Citation/check brief. | 0.90 | 157.50 |
| 05-25-2011 | Monica Santa Maria | Research disclosure obligations under Section 329 and Rule 2016(b). | 0.50 | 120.00 |
| 05-27-2011 | Zerithea Raiche | Review fee committee objections in the General Growth Properties, Inc. bankruptcy case and list objections. | 0.40 | 66.00 |
| 05-27-2011 | Zerithea Raiche | Review monthly fee statements and list rate increases disclosed by the retained professionals. | 1.60 | 264.00 |
| 05-27-2011 | Brady C. Williamson | Review latest decision on fees: Mesa Air. | 0.20 | 105.00 |

08-13555-mg   Doc 27724-12   Filed 05/04/12   Entered 05/04/12 16:34:18   Exhibit
C-0013   Pg 5 of 8

Matter Number: 009878-0013
Invoice No.: 554830

March 8, 2012
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-01-2011 | Monica Santa Maria | Research case law and treatises regarding conflict of interest analysis under Sections 372(a) and 327(e), retention under 327(c), and disclosure obligations pursuant to Section 329 and Rule 2016(b). | 5.10 | 1,224.00 |
| 06-01-2011 | Monica Santa Maria | Review article on cost of fee review in large Chapter 11 cases and Second Circuit case regarding payment of attorneys' fees notwithstanding lack of contemporaneous time records. | 0.30 | 72.00 |
| 06-02-2011 | Zerithea Raiche | Locate and forward to American Bar Institute article on data analysis and evaluation of professional fees. | 0.20 | 33.00 |
| 06-02-2011 | Monica Santa Maria | Continue legal research regarding Rule 2016(b) disclosures. | 0.50 | 120.00 |
| 06-07-2011 | Carla Andres | Telephone conference regarding stipulated orders, review draft and comments on form. | 0.40 | 140.00 |
| 06-07-2011 | Monica Santa Maria | Review Supreme Court case on fee shifting in civil rights cases. | 0.20 | 48.00 |
| 06-14-2011 | Zerithea Raiche | Review docket for filing of Section 503(b)(3) claims and report results to team members. | 0.30 | 49.50 |
| 06-14-2011 | Patricia Wheeler | Research law regarding Section 329 disclosures. | 4.90 | 1,396.50 |
| 06-15-2011 | Patricia Wheeler | Research and review case law regarding Section 329 disclosures. | 5.20 | 1,482.00 |
| 06-15-2011 | Katherine Stadler | Review and discuss case law on compensation-related disclosures under Section 329 and Rule 1206. | 0.30 | 129.00 |
| 06-20-2011 | Patricia Wheeler | Conference regarding disclosure issues. | 0.50 | 142.50 |
| 06-27-2011 | Zerithea Raiche | Calculate total fees paid to Alvarez & Marsal and to Weil Gotshal through May 2011. | 0.60 | 99.00 |

Matter Number: 009878-0013 March 8, 2012
Invoice No.: 554830 Page 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-05-2011 | Monica Santa Maria | Review article related to Barclays litigation. | 0.10 | 24.00 |
| 07-07-2011 | Katherine Stadler | Review Chapter 11 plan provisions relating to fees. | 0.50 | 215.00 |
| 07-13-2011 | Zerithea Raiche | Locate and prepare email on related Debtor entities and review listing for Debtor that matches the "LBC" acronym found in billing detail. | 0.40 | 66.00 |
| 07-18-2011 | Zerithea Raiche | Locate transcript excerpt from Judge Gerber in the Motors Liquidation Company case on "professional" in bankruptcy cases. | 0.60 | 99.00 |
| 07-18-2011 | Zerithea Raiche | Research and prepare email on a "professional" under the bankruptcy code. | 0.40 | 66.00 |
| 07-18-2011 | Zerithea Raiche | Locate transcript excerpt from Judge Gerber's ruling in the Motors Liquidation Company on professionals hiring consultants. | 0.80 | 132.00 |
| 07-22-2011 | Zerithea Raiche | Locate and download adversary proceeding against Bank of New York Mellon and forward search results for review of Curtis Mallet-Prevost and Weil Gotshal seventh fee period applications. | 0.60 | 99.00 |
| 07-25-2011 | Zerithea Raiche | Locate record citation for Mesa Air Group memorandum opinion, locate and forward CCT Communications memorandum decision. | 0.20 | 33.00 |
| 07-26-2011 | Rebecca J. Bradshaw | Compile legal fee surveys and reports from 2009, 2010 and 2011. | 1.90 | 332.50 |
| 07-27-2011 | Rebecca J. Bradshaw | Contact ALM and Altman Weil for permission to use surveys as exhibits. | 0.40 | 70.00 |
| 07-28-2011 | Rebecca J. Bradshaw | Cite check Jones Day letter. | 0.60 | 105.00 |

Matter Number: 009878-0013  March 8, 2012
Invoice No.: 554830  Page 5

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-04-2011 | Rebecca J. Bradshaw | Search reorganization plan and disclosure statement for fee-related provisions. | 0.70 | 122.50 |
| 08-08-2011 | Rebecca J. Bradshaw | Compile information on bankruptcy fees in ASARCO case. | 1.70 | 297.50 |
| 08-11-2011 | Monica Santa Maria | Review U.S. Trustee objection to disclosure statement and plan. | 0.20 | 48.00 |
| 08-15-2011 | Rebecca J. Bradshaw | Research and compile expert testimony and reports on fees in ASARCO bankruptcy. | 2.40 | 420.00 |
| | | **Total Fees** | $ | 10,395.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **10,395.00** |

Matter Number: 009878-0013 March 8, 2012
Invoice No.: 554830 Page 6

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| CARLA ANDRES | Special Counsel | 0.40 | 350.00 | 140.00 |
| **Special Counsel Total** | | **0.40** | | **140.00** |
| REBECCA J. BRADSHAW | Other - Staff | 8.60 | 175.00 | 1,505.00 |
| **Other - Staff Total** | | **8.60** | | **1,505.00** |
| ZERITHEA RAICHE | Paralegal | 8.30 | 165.00 | 1,369.50 |
| **Paralegal Total** | | **8.30** | | **1,369.50** |
| PATRICIA WHEELER | Associate | 10.60 | 285.00 | 3,021.00 |
| MONICA SANTA MARIA | Associate | 11.10 | 240.00 | 2,664.00 |
| **Associate Total** | | **21.70** | | **5,685.00** |
| BRADY C. WILLIAMSON | Shareholder | 1.10 | 525.00 | 577.50 |
| KATHERINE STADLER | Shareholder | 2.60 | 430.00 | 1,118.00 |
| **Shareholder Total** | | **3.70** | | **1,695.50** |
| **TIMEKEEPER TOTALS** | | **42.70** | | **$10,395.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*