# EXHIBIT C-0014

## General Case Meetings



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500   FAX • 414.273.5198
www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   General Case Meetings (Task Code 0200)

Invoice No.      554831
Matter No.      009878-0014

Billing Attorney:
Brady C. Williamson

|  |  |  |
|---|---|---|
| Invoice Total | $ | 30,048.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **30,048.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.   BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL · 414.273.3500  FAX · 414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   General Case Meetings (Task Code 0200)

Invoice No.   554831
Matter No.    009878-0014

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-02-2011 | Carla Andres | Attend team meeting. | 0.70 | 245.00 |
| 05-02-2011 | N. Talbott Settle | Attend team meeting. | 0.70 | 115.50 |
| 05-02-2011 | Mary Roufus | Attend team meeting. | 0.70 | 115.50 |
| 05-02-2011 | Zerithea Raiche | Attend team meeting. | 0.70 | 115.50 |
| 05-02-2011 | Patricia Wheeler | Attend team meeting. | 0.70 | 199.50 |
| 05-02-2011 | Monica Santa Maria | Prepare for team meeting by reviewing status of each response to confidential reports, including professionals that have not responded by the deadline. | 0.20 | 48.00 |
| 05-02-2011 | Monica Santa Maria | Attend team meeting. | 0.70 | 168.00 |
| 05-02-2011 | Peggy Barlett | Attend team meeting. | 0.70 | 157.50 |
| 05-02-2011 | Eric Wilson | Partial attendance at team meeting. | 0.60 | 270.00 |
| 05-02-2011 | Katherine Stadler | Attend team meeting. | 0.70 | 301.00 |
| 05-09-2011 | Carla Andres | Attend team meeting. | 0.50 | 175.00 |
| 05-09-2011 | Mary Roufus | Attend team meeting. | 0.50 | 82.50 |
| 05-09-2011 | Zerithea Raiche | Attend team meeting on materials for the May 23 meeting with the U.S. Trustee and preparations for the May 24 fee committee meeting. | 0.50 | 82.50 |
| 05-09-2011 | N. Talbott Settle | Attend team meeting. | 0.50 | 82.50 |

Matter Number: 009878-0014     March 8, 2012
Invoice No.: 554831     Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-09-2011 | Brian C Spahn | Attend team meeting. | 0.50 | 127.50 |
| 05-09-2011 | Brian C Spahn | Conference regarding status of negotiations with retained professionals and recap of call with fee committee. | 0.50 | 127.50 |
| 05-09-2011 | Patricia Wheeler | Attend team meeting. | 0.50 | 142.50 |
| 05-09-2011 | Monica Santa Maria | Attend team meeting. | 0.50 | 120.00 |
| 05-09-2011 | Peggy Barlett | Attend team meeting. | 0.50 | 112.50 |
| 05-09-2011 | Brady C. Williamson | Follow up conference on assignments and meeting with U.S. Trustee on open issues. | 0.40 | 210.00 |
| 05-10-2011 | Katherine Stadler | E-mail exchange on consistency issues with professional responses and negotiations. | 0.60 | 258.00 |
| 05-11-2011 | Brian C Spahn | Conference regarding negotiation status with Reilly Pozner and Weil Gotshal. | 0.30 | 76.50 |
| 05-20-2011 | Carla Andres | Attend team meeting. | 0.60 | 210.00 |
| 05-20-2011 | Mary Roufus | Attend team meeting. | 0.60 | 99.00 |
| 05-20-2011 | Zerithea Raiche | Attend team meeting. | 0.60 | 99.00 |
| 05-20-2011 | N. Talbott Settle | Attend team meeting. | 0.60 | 99.00 |
| 05-20-2011 | Patricia Wheeler | Attend team meeting. | 0.60 | 171.00 |
| 05-20-2011 | Brian C Spahn | Review email regarding outstanding issues with sixth interim fee applications and review agenda for May 24 fee committee meeting. | 0.50 | 127.50 |
| 05-20-2011 | Brian C Spahn | Attend team meeting. | 0.60 | 153.00 |
| 05-20-2011 | Monica Santa Maria | Attend team meeting. | 0.60 | 144.00 |
| 05-20-2011 | Peggy Barlett | Attend team meeting. | 0.60 | 135.00 |
| 05-20-2011 | Brady C. Williamson | Participate in segment of internal planning conference. | 0.20 | 105.00 |
| 05-20-2011 | Eric Wilson | Attend team meeting. | 0.60 | 270.00 |

08-13555-mg   Doc 27724-13   Filed 05/04/12   Entered 05/04/12 16:34:18   Exhibit
C-0014   Pg 5 of 11

Matter Number: 009878-0014
Invoice No.: 554831

March 8, 2012
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-20-2011 | Katherine Stadler | Attend team meeting. | 0.60 | 258.00 |
| 05-23-2011 | Carla Andres | Meeting regarding BrownGreer standards. | 0.50 | 175.00 |
| 05-26-2011 | Carla Andres | Attend team meeting. | 1.10 | 385.00 |
| 05-26-2011 | Zerithea Raiche | Attend team meeting. | 1.10 | 181.50 |
| 05-26-2011 | N. Talbott Settle | Attend team meeting. | 1.10 | 181.50 |
| 05-26-2011 | Mary Roufus | Attend team meeting. | 1.10 | 181.50 |
| 05-26-2011 | Patricia Wheeler | Attend team meeting. | 1.10 | 313.50 |
| 05-26-2011 | Monica Santa Maria | Attend team meeting. | 1.10 | 264.00 |
| 05-26-2011 | Brian C Spahn | Attend team meeting. | 1.10 | 280.50 |
| 05-26-2011 | Peggy Barlett | Partial attendance at team meeting. | 0.40 | 90.00 |
| 05-26-2011 | Eric Wilson | Attend team meeting, and subsequent conference regarding analysis of time increments. | 1.20 | 540.00 |
| 05-26-2011 | Brady C. Williamson | Attend and present status report at internal administrative meeting. | 0.50 | 262.50 |
| 05-26-2011 | Katherine Stadler | Attend team meeting to report on results of May 24 fee committee meeting. | 1.10 | 473.00 |
| 06-01-2011 | Patricia Wheeler | Discuss work to finalize negotiations for sixth interim period. | 0.20 | 57.00 |
| 06-01-2011 | Patricia Wheeler | Review materials provided to fee committee for May meeting. | 1.20 | 342.00 |
| 06-06-2011 | Carla Andres | Attend team meeting. | 0.90 | 315.00 |
| 06-06-2011 | Mary Roufus | Attend team meeting. | 0.90 | 148.50 |
| 06-06-2011 | N. Talbott Settle | Attend team meeting. | 0.90 | 148.50 |
| 06-06-2011 | Zerithea Raiche | Attend team meeting. | 0.90 | 148.50 |
| 06-06-2011 | Patricia Wheeler | Attend team meeting. | 0.90 | 256.50 |
| 06-06-2011 | Monica Santa Maria | Attend team meeting. | 0.90 | 216.00 |
| 06-06-2011 | Peggy Barlett | Attend team meeting. | 0.90 | 202.50 |

Matter Number: 009878-0014  
Invoice No.: 554831

March 8, 2012  
Page 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-06-2011 | Eric Wilson | Attend team meeting. | 0.90 | 405.00 |
| 06-06-2011 | Katherine Stadler | Attend team meeting. | 0.90 | 387.00 |
| 06-07-2011 | Brian C Spahn | Discuss sixth interim fee application stipulations and seventh interim fee applications. | 0.20 | 51.00 |
| 06-09-2011 | N. Talbott Settle | Work on preliminary chart for exhibit flow/confidential letter reports. | 0.70 | 115.50 |
| 06-13-2011 | N. Talbott Settle | Attend team meeting. | 0.40 | 66.00 |
| 06-13-2011 | Zerithea Raiche | Attend team meeting. | 0.40 | 66.00 |
| 06-13-2011 | Patricia Wheeler | Attend team meeting. | 0.40 | 114.00 |
| 06-13-2011 | Brian C Spahn | Attend team meeting. | 0.40 | 102.00 |
| 06-13-2011 | Monica Santa Maria | Attend team meeting. | 0.40 | 96.00 |
| 06-13-2011 | Peggy Barlett | Attend team meeting. | 0.40 | 90.00 |
| 06-14-2011 | Carla Andres | Conference regarding status of stipulations. | 0.30 | 105.00 |
| 06-14-2011 | Zerithea Raiche | Attend team meeting. | 0.40 | 66.00 |
| 06-14-2011 | Brian C Spahn | Discuss sixth interim stipulations, seventh interim review, and trip to Richmond. | 0.30 | 76.50 |
| 06-20-2011 | Carla Andres | Attend team meeting. | 1.40 | 490.00 |
| 06-20-2011 | N. Talbott Settle | Prepare agenda meeting. | 0.50 | 82.50 |
| 06-20-2011 | N. Talbott Settle | Attend team meeting. | 1.40 | 231.00 |
| 06-20-2011 | Zerithea Raiche | Attend team meeting. | 1.40 | 231.00 |
| 06-20-2011 | Brian C Spahn | Attend team meeting. | 1.40 | 357.00 |
| 06-20-2011 | Patricia Wheeler | Attend team meeting. | 1.40 | 399.00 |
| 06-20-2011 | Peggy Barlett | Attend team meeting. | 1.40 | 315.00 |
| 06-20-2011 | Monica Santa Maria | Attend team meeting. | 1.40 | 336.00 |
| 06-20-2011 | Eric Wilson | Attend team meeting. | 1.40 | 630.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-20-2011 | Katherine Stadler | Team meeting to evaluate and discuss results of BrownGreer meetings. | 1.40 | 602.00 |
| 06-27-2011 | Carla Andres | Attend team meeting. | 0.40 | 140.00 |
| 06-27-2011 | Sally Granec | Attend team meeting. | 0.40 | 70.00 |
| 06-27-2011 | Zerithea Raiche | Attend team meeting. | 0.40 | 66.00 |
| 06-27-2011 | Patricia Wheeler | Attend team meeting. | 0.40 | 114.00 |
| 06-27-2011 | Peggy Barlett | Attend team meeting. | 0.40 | 90.00 |
| 06-27-2011 | Monica Santa Maria | Attend team meeting. | 0.40 | 96.00 |
| 06-27-2011 | Brian C Spahn | Attend team meeting. | 0.40 | 102.00 |
| 06-27-2011 | Eric Wilson | Attend team meeting. | 0.40 | 180.00 |
| 06-27-2011 | Katherine Stadler | Attend team meeting. | 0.40 | 172.00 |
| 06-28-2011 | Zerithea Raiche | Conferences on time increment analysis by BrownGreer. | 0.20 | 33.00 |
| 07-05-2011 | Brian C Spahn | Discuss seventh interim fee period review, review seventh interim applications and send email. | 0.50 | 127.50 |
| 07-05-2011 | Brian C Spahn | Follow-up conversation to outline plan for reviewing seventh interim fee applications. | 0.20 | 51.00 |
| 07-07-2011 | Carla Andres | Conference regarding reports and status of fee applications. | 0.70 | 245.00 |
| 07-11-2011 | Zerithea Raiche | Attend team meeting. | 0.50 | 82.50 |
| 07-11-2011 | Leah Viola | Attend team meeting. | 0.50 | 77.50 |
| 07-11-2011 | Patricia Wheeler | Attend team meeting. | 0.50 | 142.50 |
| 07-11-2011 | Brian C Spahn | Attend team meeting. | 0.50 | 127.50 |
| 07-11-2011 | Monica Santa Maria | Attend team meeting. | 0.50 | 120.00 |
| 07-11-2011 | Peggy Barlett | Attend team meeting. | 0.50 | 112.50 |
| 07-11-2011 | Eric Wilson | Attend team meeting. | 0.50 | 225.00 |
| 07-11-2011 | Katherine Stadler | Attend team meeting. | 0.50 | 215.00 |

08-13555-mg    Doc 27724-13    Filed 05/04/12    Entered 05/04/12 16:34:18    Exhibit
C-0014    Pg 8 of 11

Matter Number: 009878-0014  
Invoice No.: 554831  
March 8, 2012  
Page 6

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-14-2011 | Brian C Spahn | Conference regarding seventh interim fee period reviews. | 0.10 | 25.50 |
| 07-18-2011 | Carla Andres | Attend team meeting. | 1.40 | 490.00 |
| 07-18-2011 | Zerithea Raiche | Attend team meeting. | 1.40 | 231.00 |
| 07-18-2011 | Leah Viola | Attend team meeting. | 1.40 | 217.00 |
| 07-18-2011 | N. Talbott Settle | Attend team meeting. | 1.40 | 231.00 |
| 07-18-2011 | Patricia Wheeler | Attend team meeting. | 1.40 | 399.00 |
| 07-18-2011 | Brian C Spahn | Attend team meeting. | 1.40 | 357.00 |
| 07-18-2011 | Monica Santa Maria | Attend team meeting. | 1.40 | 336.00 |
| 07-18-2011 | Peggy Barlett | Attend team meeting. | 1.40 | 315.00 |
| 07-18-2011 | Eric Wilson | Attend team meeting. | 1.40 | 630.00 |
| 07-18-2011 | Katherine Stadler | Attend team meeting to discuss July 14 fee committee determinations and status. | 1.40 | 602.00 |
| 07-21-2011 | Monica Santa Maria | Conferences regarding status of confidential letter reports and coordinating quality control reviews. | 0.70 | 168.00 |
| 07-25-2011 | Carla Andres | Attend team meeting. | 0.90 | 315.00 |
| 07-25-2011 | Carla Andres | Conference regarding assignments for reports and exhibits. | 0.20 | 70.00 |
| 07-25-2011 | Zerithea Raiche | Attend team meeting. | 0.90 | 148.50 |
| 07-25-2011 | Zerithea Raiche | Conference on task assignments for review of exhibits to and seventh fee period letter reports. | 0.20 | 33.00 |
| 07-25-2011 | N. Talbott Settle | Attend team meeting. | 0.90 | 148.50 |
| 07-25-2011 | Leah Viola | Attend team meeting. | 0.90 | 139.50 |
| 07-25-2011 | Brian C Spahn | Attend team meeting. | 0.90 | 229.50 |
| 07-25-2011 | Peggy Barlett | Attend team meeting. | 0.90 | 202.50 |
| 07-25-2011 | Monica Santa Maria | Attend team meeting. | 0.90 | 216.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-25-2011 | Katherine Stadler | Attend team meeting to discuss confidential letter reports timing and status. | 0.90 | 387.00 |
| 07-30-2011 | Zerithea Raiche | Conferences on exhibit preparations for seventh fee period applications and status of review. | 0.30 | 49.50 |
| 08-01-2011 | Carla Andres | Attend team meeting. | 0.50 | 175.00 |
| 08-01-2011 | Leah Viola | Attend team meeting. | 0.50 | 77.50 |
| 08-01-2011 | Sally Granec | Attend team meeting. | 0.50 | 87.50 |
| 08-01-2011 | N. Talbott Settle | Attend team meeting. | 0.50 | 82.50 |
| 08-01-2011 | Zerithea Raiche | Attend team meeting. | 0.50 | 82.50 |
| 08-01-2011 | Brian C Spahn | Attend team meeting. | 0.50 | 127.50 |
| 08-01-2011 | Monica Santa Maria | Attend team meeting. | 0.50 | 120.00 |
| 08-01-2011 | Eric Wilson | Attend team meeting. | 0.50 | 225.00 |
| 08-01-2011 | Katherine Stadler | Attend team meeting. | 0.50 | 215.00 |
| 08-08-2011 | Leah Viola | Attend team meeting. | 0.50 | 77.50 |
| 08-08-2011 | Sally Granec | Attend team meeting. | 0.50 | 87.50 |
| 08-08-2011 | N. Talbott Settle | Attend team meeting. | 0.50 | 82.50 |
| 08-08-2011 | Zerithea Raiche | Attend team meeting. | 0.50 | 82.50 |
| 08-08-2011 | Brian C Spahn | Partial attendance at team meeting. | 0.20 | 51.00 |
| 08-08-2011 | Peggy Barlett | Attend team meeting. | 0.50 | 112.50 |
| 08-08-2011 | Patricia Wheeler | Attend team meeting. | 0.50 | 142.50 |
| 08-08-2011 | Monica Santa Maria | Attend team meeting. | 0.50 | 120.00 |
| 08-08-2011 | Eric Wilson | Attend team meeting. | 0.50 | 225.00 |
| 08-08-2011 | Katherine Stadler | Attend team meeting. | 0.50 | 215.00 |
| 08-15-2011 | Leah Viola | Attend team meeting. | 0.30 | 46.50 |
| 08-15-2011 | Sally Granec | Attend team meeting. | 0.30 | 52.50 |
| 08-15-2011 | Zerithea Raiche | Attend team meeting. | 0.30 | 49.50 |
| 08-15-2011 | N. Talbott Settle | Attend team meeting. | 0.30 | 49.50 |
| 08-15-2011 | Peggy Barlett | Attend team meeting. | 0.30 | 67.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-15-2011 | Patricia Wheeler | Attend team meeting. | 0.30 | 85.50 |
| 08-15-2011 | Monica Santa Maria | Attend team meeting. | 0.30 | 72.00 |
| 08-15-2011 | Katherine Stadler | Attend team meeting. | 0.30 | 129.00 |
| 08-22-2011 | Carla Andres | Attend team meeting. | 0.60 | 210.00 |
| 08-22-2011 | Leah Viola | Attend team meeting. | 0.60 | 93.00 |
| 08-22-2011 | Sally Granec | Attend team meeting. | 0.60 | 105.00 |
| 08-22-2011 | N. Talbott Settle | Attend team meeting. | 0.60 | 99.00 |
| 08-22-2011 | Zerithea Raiche | Attend team meeting. | 0.60 | 99.00 |
| 08-22-2011 | Brian C Spahn | Attend team meeting. | 0.60 | 153.00 |
| 08-22-2011 | Patricia Wheeler | Attend team meeting. | 0.60 | 171.00 |
| 08-22-2011 | Monica Santa Maria | Attend team meeting. | 0.60 | 144.00 |
| 08-22-2011 | Peggy Barlett | Attend team meeting. | 0.60 | 135.00 |
| 08-22-2011 | Eric Wilson | Attend team meeting. | 0.60 | 270.00 |
| 08-22-2011 | Katherine Stadler | Attend team meeting. | 0.60 | 258.00 |
| 08-29-2011 | Leah Viola | Attend team meeting. | 0.50 | 77.50 |
| 08-29-2011 | Sally Granec | Attend team meeting. | 0.50 | 87.50 |
| 08-29-2011 | Patricia Wheeler | Attend team meeting. | 0.50 | 142.50 |
| 08-29-2011 | Monica Santa Maria | Attend team meeting. | 0.50 | 120.00 |
| 08-29-2011 | Peggy Barlett | Partial attendance at team meeting. | 0.30 | 67.50 |
| 08-29-2011 | Brian C Spahn | Attend team meeting. | 0.50 | 127.50 |
| 08-29-2011 | Eric Wilson | Attend team meeting. | 0.50 | 225.00 |
| 08-29-2011 | Katherine Stadler | Attend team meeting. | 0.50 | 215.00 |
| | | **Total Fees** | $ | 30,048.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **30,048.50** |

Matter Number: 009878-0014 | March 8, 2012
Invoice No.: 554831 | Page 9

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| CARLA ANDRES | Special Counsel | 10.70 | 350.00 | 3,745.00 |
| **Special Counsel Total** | | **10.70** | | **3,745.00** |
| ZERITHEA RAICHE | Paralegal | 11.80 | 165.00 | 1,947.00 |
| N. TALBOTT SETTLE | Paralegal | 11.00 | 165.00 | 1,815.00 |
| MARY ROUFUS | Paralegal | 3.80 | 165.00 | 627.00 |
| LEAH VIOLA | Paralegal | 5.20 | 155.00 | 806.00 |
| SALLY GRANEC | Paralegal | 2.80 | 175.00 | 490.00 |
| **Paralegal Total** | | **34.60** | | **5,685.00** |
| PATRICIA WHEELER | Associate | 11.20 | 285.00 | 3,192.00 |
| MONICA SANTA MARIA | Associate | 12.10 | 240.00 | 2,904.00 |
| PEGGY BARLETT | Associate | 9.80 | 225.00 | 2,205.00 |
| BRIAN C SPAHN | Associate | 11.60 | 255.00 | 2,958.00 |
| **Associate Total** | | **44.70** | | **11,259.00** |
| BRADY C. WILLIAMSON | Shareholder | 1.10 | 525.00 | 577.50 |
| KATHERINE STADLER | Shareholder | 10.90 | 430.00 | 4,687.00 |
| ERIC WILSON | Shareholder | 9.10 | 450.00 | 4,095.00 |
| **Shareholder Total** | | **21.10** | | **9,359.50** |
| **TIMEKEEPER TOTALS** | | **111.10** | | **$30,048.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*