# EXHIBIT C-0015

## Preparation of Fee Protocols/Orders Other Pleadings



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

| | |
|---|---|
| Invoice No. | 554832 |
| Matter No. | 009878-0015 |

Re:  Preparation of Fee Protocols/Orders
     Other Pleadings

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 17,255.00 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **17,255.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500  FAX • 414.273.5198
www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:  Preparation of Fee Protocols/Orders
     Other Pleadings

Invoice No.    554832
Matter No.     009878-0015

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-02-2011 | Zerithea Raiche | Revise and file certificate of no objection for proposed order granting fifth fee period applications of retained professionals. | 0.40 | 66.00 |
| 05-02-2011 | Katherine Stadler | Prepare certificate of no objection on fifth interim fee orders. | 0.20 | 86.00 |
| 05-03-2011 | Brian C Spahn | Conference regarding legal research into attorney-client privilege waiver issue. | 0.20 | 51.00 |
| 05-03-2011 | Brian C Spahn | Research into attorney-client privilege waiver issue. | 2.90 | 739.50 |
| 05-03-2011 | Eric Wilson | Conference regarding confidentiality agreements and privilege concerns. | 0.30 | 135.00 |
| 05-03-2011 | Eric Wilson | Conference regarding confidentiality agreements and privilege concerns. | 0.50 | 225.00 |
| 05-04-2011 | Zerithea Raiche | Revise proposed order granting fifth fee period applications and split into three orders to include 10 or fewer professionals per order as instructed by Judge Peck's chambers. | 1.30 | 214.50 |

Matter Number: 009878-0015  
Invoice No.: 554832

March 8, 2012  
Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-04-2011 | Brian C Spahn | Research implications of Federal Rule of Evidence 502(d) orders on third-parties and subsequent litigation. | 2.40 | 612.00 |
| 05-04-2011 | Brian C Spahn | Draft universal confidentiality agreement and protective order. | 3.10 | 790.50 |
| 05-04-2011 | Brian C Spahn | Conference regarding FRE 502(d) research and status of Reilly Pozner negotiation. | 0.40 | 102.00 |
| 05-04-2011 | Eric Wilson | Conference regarding legal research into Federal Rule of Evidence 502(d) and review results. | 0.80 | 360.00 |
| 05-04-2011 | Katherine Stadler | Review research on protective orders and claims of privilege waiver, requesting follow up work. | 0.70 | 301.00 |
| 05-04-2011 | Katherine Stadler | Review and revise draft confidentiality and projective order. | 0.80 | 344.00 |
| 05-05-2011 | Brian C Spahn | Meet regarding protective order and revise same. | 0.80 | 204.00 |
| 05-06-2011 | Brian C Spahn | Edit stipulation and protective order and distribute. | 0.50 | 127.50 |
| 05-06-2011 | Katherine Stadler | Review, revise and distribute draft protective order. | 0.70 | 301.00 |
| 05-09-2011 | Mary Roufus | Work on stipulation and protective order. | 1.70 | 280.50 |
| 05-09-2011 | Zerithea Raiche | Update memorandum on website protocol as to conventions for naming and storing documents. | 0.40 | 66.00 |
| 05-11-2011 | Zerithea Raiche | Review and revise template for disclosure stipulation with retained professionals. | 0.30 | 49.50 |
| 05-11-2011 | N. Talbott Settle | Assist in the preparation of protective order for circulation. | 0.80 | 132.00 |
| 05-12-2011 | Katherine Stadler | Review and revise draft protective order stipulation. | 0.80 | 344.00 |

08-13555-mg    Doc 27724-14    Filed 05/04/12    Entered 05/04/12 16:34:18    Exhibit
C-0015    Pg 5 of 10

Matter Number: 009878-0015
Invoice No.: 554832

March 8, 2012
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-18-2011 | Rebecca J. Bradshaw | Citation check memorandum. | 0.60 | 105.00 |
| 05-18-2011 | Zerithea Raiche | Conference with case administrator on changes to proposed order granting fifth fee period applications, revise order to correct entry for Curtis Mallet-Prevost as to its fifth fee period application and prepare email attaching revised order. | 0.40 | 66.00 |
| 05-19-2011 | Brady C. Williamson | Confirmation of entry of orders for fifth interim period. | 0.10 | 52.50 |
| 05-26-2011 | Katherine Stadler | Revise and forward stipulated protective order for fee committee information. | 1.20 | 516.00 |
| 05-31-2011 | Carla Andres | Review revised draft of disclosure agreement and protective order. | 0.20 | 70.00 |
| 06-07-2011 | Brady C. Williamson | Review and revise draft stipulations for sixth interim period and conference on appropriate procedure. | 0.40 | 210.00 |
| 06-09-2011 | Katherine Stadler | Distribute six draft stipulations resolving sixth interim fee applications to fee committee members for review and comment. | 0.40 | 172.00 |
| 06-13-2011 | Patricia Wheeler | Revise and edit draft stipulations. | 1.70 | 484.50 |
| 06-14-2011 | Patricia Wheeler | Edit and revise draft stipulations for sixth interim period. | 0.80 | 228.00 |
| 07-01-2011 | Carla Andres | Review draft brief regarding fee protocol. | 0.50 | 175.00 |
| 07-06-2011 | Patricia Wheeler | Update fee committee guidelines for seventh fee period. | 2.90 | 826.50 |
| 07-08-2011 | Carla Andres | Review e-mails from team regarding protocols. | 0.40 | 140.00 |
| 07-11-2011 | Brady C. Williamson | Review and revise draft guidelines. | 0.50 | 262.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-12-2011 | Katherine Stadler | Review and revise template confidentiality order for use with Jones Day and as a sample for inclusion in July 14 meeting materials. | 0.90 | 387.00 |
| 07-13-2011 | Carla Andres | Review and comment on fee committee guidelines. | 0.30 | 105.00 |
| 07-14-2011 | Patricia Wheeler | Review and revise language for confidential letter report for seventh fee period. | 0.40 | 114.00 |
| 07-16-2011 | Brady C. Williamson | Draft letter to court for Mr. Gitlin. | 0.20 | 105.00 |
| 07-18-2011 | Katherine Stadler | Draft proposed fee committee position statement on Section 503(b) fee applications. | 1.10 | 473.00 |
| 07-19-2011 | Zerithea Raiche | Prepare initial draft of order approving sixth interim fee applications and schedules. | 2.60 | 429.00 |
| 07-21-2011 | Katherine Stadler | Draft proposed language for confidential letter reports addressing fee committee's position on rate increases and revisions to draft. | 1.20 | 516.00 |
| 07-22-2011 | Katherine Stadler | Review and revise rate increase language for letter reports based on comments from Mr. Gitlin. | 1.30 | 559.00 |
| 07-25-2011 | Katherine Stadler | Review U.S. Trustee's changes to confidential letter reports and conference on revisions. | 0.70 | 301.00 |
| 07-26-2011 | Zerithea Raiche | Review and revise confidential letter report template for seventh fee period applications. | 1.20 | 198.00 |
| 07-26-2011 | Zerithea Raiche | Revise order authorizing payment of sixth fee period applications. | 1.10 | 181.50 |
| 07-27-2011 | Zerithea Raiche | Review and revise draft schedules for order authorizing payment of sixth fee period applications. | 1.30 | 214.50 |

08-13555-mg   Doc 27724-14   Filed 05/04/12   Entered 05/04/12 16:34:18   Exhibit
C-0015   Pg 7 of 10

Matter Number: 009878-0015
Invoice No.: 554832

March 8, 2012
Page 5

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-30-2011 | Zerithea Raiche | Prepare order for approval of stipulations authorizing payment of sixth fee period applications. | 1.30 | 214.50 |
| 08-01-2011 | Zerithea Raiche | Prepare email on drafting of schedules for use in the preparation of stipulated order for sixth fee period applications. | 0.20 | 33.00 |
| 08-01-2011 | Katherine Stadler | Review and execute stipulations resolving sixth interim fee period applications of Bortstein Legal, Kasowitz Benson, Jones Day, and Gibson Dunn. | 0.60 | 258.00 |
| 08-04-2011 | Brady C. Williamson | Draft memorandum on plan and disclosure statement suggestions. | 0.30 | 157.50 |
| 08-04-2011 | Brady C. Williamson | Draft memorandum for Mr. Gitlin on plan and disclosure statement issues. | 0.80 | 420.00 |
| 08-09-2011 | Zerithea Raiche | Review of proposed order for Judge Peck on Weil Gotshal's sixth fee period application and note discrepancies in schedules. | 0.40 | 66.00 |
| 08-09-2011 | Zerithea Raiche | Prepare revised schedules to Weil Gotshal's proposed order on sixth fee period application. | 0.30 | 49.50 |
| 08-11-2011 | Katherine Stadler | Review U.S. Trustee objection to disclosure statement. | 0.40 | 172.00 |
| 08-12-2011 | Katherine Stadler | Confer internally on sixth interim fee period stipulations. | 0.20 | 86.00 |
| 08-17-2011 | Zerithea Raiche | Review and note discrepancies to amounts listed in proposed sixth fee period order for Milbank Tweed. | 0.60 | 99.00 |
| 08-22-2011 | Brady C. Williamson | Review and revise proposal for plan amendment. | 0.20 | 105.00 |
| 08-23-2011 | Brady C. Williamson | Review proposed plan language related to fee committee. | 0.30 | 157.50 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 08-24-2011 | Zerithea Raiche | Prepare stipulations resolving sixth fee period applications and proposed order. | 1.20 | 198.00 |
| 08-24-2011 | Katherine Stadler | Review updated disclosure statement and plan language on fee committee role and forward comments to U.S. Trustee's office. | 0.70 | 301.00 |
| 08-25-2011 | Brady C. Williamson | Cursory review of revised plan and disclosure statement. | 0.30 | 157.50 |
| 08-28-2011 | Brady C. Williamson | Draft supplemental memorandum on rate increases. | 0.50 | 262.50 |
| 08-29-2011 | Zerithea Raiche | Revise proposed order authorizing payment of stipulated sixth fee period applications. | 0.90 | 148.50 |
| 08-29-2011 | Brady C. Williamson | Additional work on rate increase memorandum. | 0.40 | 210.00 |
| 08-29-2011 | Katherine Stadler | Review and revise draft memorandum to professionals requesting additional data on hourly rate increases. | 1.40 | 602.00 |
| 08-29-2011 | Katherine Stadler | Review amended fee protocol and fee committee appointment order to determine treatment of post-confirmation fee applications under current draft of plan and disclosure statement. | 0.80 | 344.00 |
| 08-30-2011 | Brady C. Williamson | Additional work on hourly rate memorandum. | 0.50 | 262.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-31-2011 | Zerithea Raiche | Revise schedules to proposed order for payment of sixth fee period applications. | 0.60 | 99.00 |
| 08-31-2011 | Katherine Stadler | Telephone conferences and e-mail exchanges with U.S. Trustee's office on plan and disclosure statement issues related to compensation of Creditors' Committee representatives and counsel, telephone conferences with Mr. Purcell. | 1.00 | 430.00 |
| | | Total Fees | $ | 17,255.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **17,255.00** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| CARLA ANDRES | Special Counsel | 1.40 | 350.00 | 490.00 |
| **Special Counsel Total** | | **1.40** | | **490.00** |
| REBECCA J. BRADSHAW | Other - Staff | 0.60 | 175.00 | 105.00 |
| **Other - Staff Total** | | **0.60** | | **105.00** |
| ZERITHEA RAICHE | Paralegal | 14.50 | 165.00 | 2,392.50 |
| N. TALBOTT SETTLE | Paralegal | 0.80 | 165.00 | 132.00 |
| MARY ROUFUS | Paralegal | 1.70 | 165.00 | 280.50 |
| **Paralegal Total** | | **17.00** | | **2,805.00** |
| PATRICIA WHEELER | Associate | 5.80 | 285.00 | 1,653.00 |
| BRIAN C SPAHN | Associate | 10.30 | 255.00 | 2,626.50 |
| **Associate Total** | | **16.10** | | **4,279.50** |
| BRADY C. WILLIAMSON | Shareholder | 4.50 | 525.00 | 2,362.50 |
| KATHERINE STADLER | Shareholder | 15.10 | 430.00 | 6,493.00 |
| ERIC WILSON | Shareholder | 1.60 | 450.00 | 720.00 |
| **Shareholder Total** | | **21.20** | | **9,575.50** |
| **TIMEKEEPER TOTALS** | | **56.30** | | **$17,255.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*