# EXHIBIT C-0016

## Retained Professionals



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL · 414.273.3500   FAX · 414.273.5198

www · GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

|  |  |
|---|---|
| Invoice No. | 554833 |
| Matter No. | 009878-0016 |

Re:   Retained Professionals

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 8,965.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **8,965.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL·414.273.3500  FAX·414.273.5198

www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:     Retained Professionals

Invoice No.        554833
Matter No.        009878-0016

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-03-2011 | Patricia Wheeler | Conference regarding status of responses to reports. | 0.10 | 28.50 |
| 05-04-2011 | Brady C. Williamson | Email from U.S. Trustee counsel on Kleyr Grasso and Kramer Levin submissions. | 0.20 | 105.00 |
| 05-09-2011 | Brady C. Williamson | Review latest responses and outline replies and negotiation approaches. | 1.60 | 840.00 |
| 05-13-2011 | Patricia Wheeler | Prepare summaries of negotiations with retained professionals for fee committee meeting. | 1.20 | 342.00 |
| 05-13-2011 | Patricia Wheeler | Review memorandum on basis for fee committee review standards in preparation for conferences with retained professionals. | 1.20 | 342.00 |
| 05-18-2011 | Patricia Wheeler | Conference regarding summaries of negotiations with professionals. | 0.30 | 85.50 |
| 05-18-2011 | Patricia Wheeler | Email correspondence regarding summaries of negotiations with retained professionals. | 0.20 | 57.00 |
| 06-15-2011 | Zerithea Raiche | Calculate total fees and expenses requested through the sixth fee period for use in the fee committee's summary report. | 0.70 | 115.50 |

GODFREY & KAHN IS A MEMBER OF TERRALEX® , A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Matter Number: 009878-0016

Invoice No.: 554833

March 8, 2012

Page 2

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-15-2011 | Zerithea Raiche | Calculate reductions to fees and expenses requested for the sixth fee period for use in the preparation of the fee committee's summary report. | 2.60 | 429.00 |
| 06-16-2011 | Katherine Stadler | Review and revise draft status report to professionals on fifth and sixth interim fee application in light of proposed revisions from U.S. Trustee's office, distributing redline reflecting changes. | 0.80 | 344.00 |
| 06-17-2011 | Katherine Stadler | E-mail exchange with Noel Purcell on revisions to draft summary report and follow-up e-mails from Mr. Gitlin. | 0.40 | 172.00 |
| 06-20-2011 | Katherine Stadler | Review and revise status report on fifth and sixth interim fee period. | 1.00 | 430.00 |
| 06-22-2011 | Katherine Stadler | Work on revised draft and red-line of status reports and stipulations resolving sixth interim applications. | 1.80 | 774.00 |
| 06-30-2011 | Katherine Stadler | Review memorandum from U.S. Trustee's office on fifth and sixth interim status report, raising substantial revisions to content. | 0.70 | 301.00 |
| 06-30-2011 | Katherine Stadler | Review and revise status report in preparation for filing. | 1.60 | 688.00 |
| 08-02-2011 | Brady C. Williamson | Review latest rate increase data. | 0.50 | 262.50 |
| 08-08-2011 | Patricia Wheeler | Review confidential letter reports and exhibits to professionals in preparation for negotiations. | 1.70 | 484.50 |
| 08-08-2011 | Patricia Wheeler | Review previous objections regarding rate increases. | 0.60 | 171.00 |
| 08-09-2011 | Patricia Wheeler | Review objection and supporting documentation regarding rate increases. | 2.70 | 769.50 |

GODFREY & KAHN IS A MEMBER OF TERRALEX® , A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Matter Number: 009878-0016                                                    March 8, 2012
Invoice No.:  554833                                                              Page 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-10-2011 | Patricia Wheeler | Review materials prepared for May and July fee committee meetings. | 2.00 | 570.00 |
| 08-12-2011 | Patricia Wheeler | Review status of stipulations between fee committee and retained professionals. | 0.80 | 228.00 |
| 08-13-2011 | Brady C. Williamson | Review and revise draft memorandum on rate increases. | 0.60 | 315.00 |
| 08-29-2011 | Patricia Wheeler | Review responses from retained professionals regarding seventh fee period to prepare summary. | 2.30 | 655.50 |
| 08-31-2011 | Patricia Wheeler | Review memoranda on rate increases. | 1.60 | 456.00 |
| | | Total Fees | $ | 8,965.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **8,965.50** |

GODFREY & KAHN IS A MEMBER OF  TERRALEX® ,  A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Matter Number: 009878-0016                                              March 8, 2012
Invoice No.: 554833                                                          Page 4

# Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| ZERITHEA RAICHE | Paralegal | 3.30 | 165.00 | 544.50 |
| **Paralegal Total** | | **3.30** | | **544.50** |
| PATRICIA WHEELER | Associate | 14.70 | 285.00 | 4,189.50 |
| **Associate Total** | | **14.70** | | **4,189.50** |
| BRADY C. WILLIAMSON | Shareholder | 2.90 | 525.00 | 1,522.50 |
| KATHERINE STADLER | Shareholder | 6.30 | 430.00 | 2,709.00 |
| **Shareholder Total** | | **9.20** | | **4,231.50** |
| **TIMEKEEPER TOTALS** | | **27.20** | | **$8,965.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*

GODFREY & KAHN IS A MEMBER OF  TERRALEX® ,  A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS