# **EXHIBIT C-16A**

**Alverez & Marsal**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500   FAX • 414.273.5198
www.GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Alverez & Marsal

Invoice No.      554834
Matter No.      009878-016A

Billing Attorney:
Brady C. Williamson

|  | | |
|---|---|---|
| Invoice Total | $ | 105.00 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **105.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.   BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL•414.273.3500  FAX•414.273.5198
www•GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

| | |
|---|---|
| Invoice No. | 554834 |
| Matter No. | 009878-016A |

Re:    Alverez & Marsal

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-05-2011 | Brady C. Williamson | Email from Mr. Suckow on post-confirmation issues. | 0.20 | 105.00 |
| | | Total Fees | $ | 105.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **105.00** |

Matter Number: 009878-016A  March 8, 2012
Invoice No.: 554834  Page 2

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| BRADY C. WILLIAMSON | Shareholder | 0.20 | 525.00 | 105.00 |
| **Shareholder Total** | | **0.20** | | **105.00** |
| **TIMEKEEPER TOTALS** | | **0.20** | | **$105.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*