# **EXHIBIT C-16C**

## **Bingham McCuthen LLP**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500   FAX • 414.273.5198
www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

                                                             March 8, 2012

|  |  |  |
|---|---|---|
|  | Invoice No. | 554835 |
| Re:  Bingham McCutchen LLP | Matter No. | 009878-016C |

Billing Attorney:
Brady C. Williamson

|  |  |  |
|---|---|---|
| Invoice Total | $ | 11,249.00 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **11,249.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:    Bingham McCutchen LLP

Invoice No.    554835
Matter No.    009878-016C

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-03-2011 | Monica Santa Maria | Review email regarding telephone conference with Ms. Dillon regarding confidential information provided to fee committee. | 0.10 | 24.00 |
| 05-03-2011 | Katherine Stadler | Telephone conference with Ms. Dillon on fee application, confidentiality, and task description issues. | 0.40 | 172.00 |
| 05-03-2011 | Katherine Stadler | Follow up conference on professional's issues. | 0.20 | 86.00 |
| 05-04-2011 | Katherine Stadler | Conference on Bingham McCutchen status. | 0.20 | 86.00 |
| 05-05-2011 | Monica Santa Maria | Telephone conference with Ms. Barbour regarding revised monthly statements. | 0.10 | 24.00 |
| 05-06-2011 | Zerithea Raiche | Prepare revised summary and exhibit for use in negotiations with Bingham McCutchen on sixth fee period application. | 0.60 | 99.00 |
| 05-06-2011 | Patricia Wheeler | Review response to report in preparation for call with Bingham McCutchen. | 0.40 | 114.00 |
| 05-06-2011 | Patricia Wheeler | Telephone conference with Ms. Dillon regarding report. | 0.30 | 85.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-06-2011 | Monica Santa Maria | Edit spreadsheet containing entries in support of counter-proposal. | 0.60 | 144.00 |
| 05-06-2011 | Monica Santa Maria | Status conferences on response to report. | 0.20 | 48.00 |
| 05-06-2011 | Monica Santa Maria | Conference to discuss possible resolution to issues raised in report. | 0.20 | 48.00 |
| 05-06-2011 | Katherine Stadler | Internal conference on ongoing discussions on settlement and telephone conference with Ms. Dillon on same. | 1.60 | 688.00 |
| 05-09-2011 | Monica Santa Maria | Email correspondence with Ms. Dillon confirming Bingham McCutchen's agreement to counter-proposal. | 0.10 | 24.00 |
| 05-13-2011 | Brady C. Williamson | Review March statement. | 0.20 | 105.00 |
| 05-20-2011 | Katherine Stadler | E-mail exchange with Ms. Dillon on fifth interim orders. | 0.10 | 43.00 |
| 06-01-2011 | Mary Roufus | Review and save ninth supplemental declaration to internal website and forward. | 0.10 | 16.50 |
| 06-01-2011 | Brady C. Williamson | Initial review of seventh application. | 0.50 | 262.50 |
| 06-07-2011 | Monica Santa Maria | Draft stipulation to resolve sixth interim fee application. | 0.80 | 192.00 |
| 06-07-2011 | Brady C. Williamson | Review monthly statement. | 0.20 | 105.00 |
| 06-13-2011 | Katherine Stadler | Review draft stipulation resolving sixth interim fee application and communications with professional. | 0.10 | 43.00 |
| 06-21-2011 | Zerithea Raiche | Email on requested changes to contact information for Bingham McCutchen by Ms. Owen. | 0.20 | 33.00 |
| 07-06-2011 | Sally Granec | Review and profile spreadsheet of the seventh fee period to facilitate attorney review. | 0.50 | 87.50 |

Matter Number: 009878-016C  
Invoice No.: 554835

March 8, 2012  
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-12-2011 | Patricia Wheeler | Review seventh interim fee application of Bingham McCutchen. | 1.30 | 370.50 |
| 07-14-2011 | Patricia Wheeler | Review Bingham McCutchen's seventh interim fee application. | 2.30 | 655.50 |
| 07-15-2011 | Patricia Wheeler | Continue review seventh interim application. | 4.10 | 1,168.50 |
| 07-15-2011 | Patricia Wheeler | Prepare confidential letter report for Bingham McCutchen. | 2.60 | 741.00 |
| 07-18-2011 | Patricia Wheeler | Edit and revise confidential letter report and exhibits. | 0.30 | 85.50 |
| 07-19-2011 | Patricia Wheeler | Review supplemental information on consultants provided by Ms. Dillon at Bingham McCutchen. | 1.00 | 285.00 |
| 07-21-2011 | Patricia Wheeler | Edit and revise report and exhibits for Bingham McCutchen. | 0.60 | 171.00 |
| 07-22-2011 | N. Talbott Settle | Prepare spreadsheet for preparation of exhibits. | 0.30 | 49.50 |
| 07-24-2011 | Zerithea Raiche | Review fee statements for supporting invoices provided for seventh fee period application. | 0.80 | 132.00 |
| 07-24-2011 | N. Talbott Settle | Review correspondence regarding revised exhibits. | 0.10 | 16.50 |
| 07-24-2011 | N. Talbott Settle | Review and prepare new spreadsheet for exhibit preparation. | 1.50 | 247.50 |
| 07-24-2011 | Monica Santa Maria | Edit letter report and entries in support of billing-activities reduction. | 1.70 | 408.00 |
| 07-25-2011 | N. Talbott Settle | Conference regarding exhibits to the letter report and correspondence with Ms. Barbour forwarding exhibits for preparation. | 0.40 | 66.00 |
| 07-25-2011 | Monica Santa Maria | Edit report. | 0.30 | 72.00 |
| 07-25-2011 | Brady C. Williamson | Review and revise letter report. | 0.30 | 157.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-26-2011 | N. Talbott Settle | Review exhibits to the confidential letter report for the seventh interim fee period. | 0.60 | 99.00 |
| 07-26-2011 | N. Talbott Settle | Correspondence forwarding exhibits to BrownGreer for revisions. | 0.20 | 33.00 |
| 07-26-2011 | Monica Santa Maria | Analyze discrepancies in entries marked for reduction in support of objection in report and entries possibly reduced voluntarily by Bingham McCutchen. | 1.00 | 240.00 |
| 07-26-2011 | Katherine Stadler | Review and forward draft letter report to U.S. Trustee's office for review and comment. | 0.30 | 129.00 |
| 07-27-2011 | N. Talbott Settle | Review correspondence and exhibits from Ms. Barbour. | 0.80 | 132.00 |
| 07-27-2011 | N. Talbott Settle | Review revised exhibits to the letter report. | 1.10 | 181.50 |
| 07-28-2011 | Monica Santa Maria | Begin reviewing exhibits in conjunction with letter report to complete documents. | 0.20 | 48.00 |
| 07-29-2011 | N. Talbott Settle | Correspondence to Ms. Barbour regarding instructions for revisions to the exhibits. | 0.40 | 66.00 |
| 07-29-2011 | Monica Santa Maria | Complete stipulation and forward to Ms. Dillon for execution. | 0.20 | 48.00 |
| 07-30-2011 | Monica Santa Maria | Edit confidential letter report to incorporate suggestions from the U.S. Trustee and for conformity. | 0.30 | 72.00 |
| 08-01-2011 | Zerithea Raiche | Prepare and file stipulation on sixth fee period application. | 0.20 | 33.00 |
| 08-02-2011 | Brady C. Williamson | Review additional changes to letter report. | 0.20 | 105.00 |
| 08-02-2011 | Katherine Stadler | Review revised letter report. | 0.20 | 86.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-04-2011 | N. Talbott Settle | Complete preparation of the exhibits for forwarding to the professional. | 0.60 | 99.00 |
| 08-04-2011 | Monica Santa Maria | Email with Ms. Dillon for firm regarding filed stipulation and timing of letter report. | 0.10 | 24.00 |
| 08-04-2011 | Monica Santa Maria | Fact-check and edit confidential letter report and exhibits. | 1.70 | 408.00 |
| 08-04-2011 | Katherine Stadler | Review revised letter report. | 0.60 | 258.00 |
| 08-08-2011 | Brady C. Williamson | Review monthly statement and budget. | 0.20 | 105.00 |
| 08-11-2011 | Monica Santa Maria | Edit draft confidentiality agreement between Bingham McCutchen and fee committee and forward to Ms. Dillon for review. | 0.40 | 96.00 |
| 08-11-2011 | Monica Santa Maria | Conference Ms. Dillon regarding issues raised in report. | 0.30 | 72.00 |
| 08-11-2011 | Katherine Stadler | Review and revise draft disclosure and confidentiality agreement. | 0.20 | 86.00 |
| 08-11-2011 | Katherine Stadler | Telephone conference with Ms. Dillon on seventh interim fee report and issues raised. | 0.30 | 129.00 |
| 08-18-2011 | Patricia Wheeler | Conference on issues to be addressed with Bingham McCutchen regarding seventh interim period. | 0.20 | 57.00 |
| 08-20-2011 | Monica Santa Maria | Review email regarding Ms. Dillon's questions about confidentiality agreement. | 0.10 | 24.00 |
| 08-22-2011 | Patricia Wheeler | Conference regarding response to Ms. Dillon's inquiry. | 0.20 | 57.00 |
| 08-22-2011 | Patricia Wheeler | Email correspondence with Ms. Dillon regarding confidentiality agreement and protective order. | 0.20 | 57.00 |
| 08-22-2011 | Monica Santa Maria | Conference regarding confidentiality agreement. | 0.20 | 48.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-22-2011 | Katherine Stadler | Review e-mail on confidentiality agreement and discuss response. | 0.30 | 129.00 |
| 08-23-2011 | Patricia Wheeler | Prepare for telephone conference with Ms. Dillon regarding protective order. | 0.50 | 142.50 |
| 08-23-2011 | Patricia Wheeler | Email correspondence with Ms. Dillon regarding protective order. | 0.20 | 57.00 |
| 08-23-2011 | Monica Santa Maria | Conference regarding confidentiality agreement. | 0.40 | No Charge |
| 08-23-2011 | Monica Santa Maria | Edit new confidentiality agreement. | 0.20 | 48.00 |
| 08-23-2011 | Katherine Stadler | Telephone conference with Ms. Dillon on status of confidentiality order and review revisions to updated protective order. | 0.60 | 258.00 |
| 08-26-2011 | Patricia Wheeler | Review response of Bingham McCutchen to report on seventh fee period. | 0.20 | 57.00 |
| 08-26-2011 | Katherine Stadler | Review response from Bingham McCutchen to interim letter report. | 0.30 | 129.00 |
| 08-29-2011 | Patricia Wheeler | Review Bingham McCutchen's proposed edits to protective order and conference regarding response, email correspondence with Ms. Dillon regarding conference. | 0.40 | 114.00 |
| 08-30-2011 | Patricia Wheeler | Prepare for call with Ms. Dillon on report and protective order. | 0.50 | 142.50 |
| 08-30-2011 | Patricia Wheeler | Telephone conference with Ms. Dillon on report and protective order. | 0.30 | 85.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-30-2011 | Patricia Wheeler | Prepare memorandum to file on telephone conference with Ms. Dillon regarding protective order and response to report. | 0.40 | 114.00 |
| 08-30-2011 | Monica Santa Maria | Conference on proposed response to Ms. Dillon's letter in light of prior conversations. | 0.10 | 24.00 |
| | | Total Fees | $ | 11,249.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **11,249.00** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 1.80 | 165.00 | 297.00 |
| N. TALBOTT SETTLE | Paralegal | 6.00 | 165.00 | 990.00 |
| MARY ROUFUS | Paralegal | 0.10 | 165.00 | 16.50 |
| SALLY GRANEC | Paralegal | 0.50 | 175.00 | 87.50 |
| **Paralegal Total** | | **8.40** | | **1,391.00** |
| PATRICIA WHEELER | Associate | 16.00 | 285.00 | 4,560.00 |
| MONICA SANTA MARIA | Associate | 8.90 | 240.00 | 2,136.00 |
| **Associate Total** | | **24.90** | | **6,696.00** |
| BRADY C. WILLIAMSON | Shareholder | 1.60 | 525.00 | 840.00 |
| KATHERINE STADLER | Shareholder | 5.40 | 430.00 | 2,322.00 |
| **Shareholder Total** | | **7.00** | | **3,162.00** |
| **TIMEKEEPER TOTALS** | | **40.30** | | **$11,249.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*