# EXHIBIT C-16E

**Borstein Legal, LLC**



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL · 414.273.3500   FAX · 414.273.5198

www · GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.      554837

Re:    Bortstein Legal, LLC                          Matter No.      009878-016E

Billing Attorney:
Brady C. Williamson

Invoice Total              $          2,924.50

Prior Balance Due          $              0.00

**Total Amount Now Due**    **$          2,924.50**

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL·414.273.3500   FAX·414.273.5198

www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Bortstein Legal, LLC

Invoice No.     554837
Matter No.     009878-016E

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-09-2011 | Monica Santa Maria | Review correspondence from Ms. Abrams confirming that Bortstein Legal has not raised its rates during its retention. | 0.10 | 24.00 |
| 06-01-2011 | Mary Roufus | Review and save seventh interim fee application to internal website. | 0.20 | 33.00 |
| 06-07-2011 | Monica Santa Maria | Draft stipulation to resolve sixth interim fee application. | 0.30 | 72.00 |
| 06-13-2011 | Katherine Stadler | Review draft stipulation resolving sixth interim fee application and communications with professional on same. | 0.10 | 43.00 |
| 06-20-2011 | Monica Santa Maria | Begin reviewing seventh fee application time detail. | 0.30 | 72.00 |
| 06-20-2011 | Brady C. Williamson | Review budget. | 0.10 | 52.50 |
| 06-21-2011 | Monica Santa Maria | Continue reviewing time detail of seventh fee application, including marking questionable entries. | 0.80 | 192.00 |
| 07-18-2011 | Monica Santa Maria | Draft confidential letter report. | 1.30 | 312.00 |
| 07-19-2011 | Monica Santa Maria | Edit confidential letter report to incorporate changes to basic paragraphs. | 0.20 | 48.00 |

Matter Number: 009878-016E

March 8, 2012

Invoice No.:  554837

Page 2

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-19-2011 | Brady C. Williamson | Review and revise draft report for seventh interim period. | 0.20 | 105.00 |
| 07-19-2011 | Katherine Stadler | Review and forward August budget. | 0.10 | 43.00 |
| 07-20-2011 | Zerithea Raiche | Prepare spreadsheet of seventh fee period application for exhibit preparation. | 1.10 | 181.50 |
| 07-20-2011 | Zerithea Raiche | Correspondence to Ms. Barbour forwarding spreadsheet for exhibit preparation. | 0.20 | 33.00 |
| 07-22-2011 | Monica Santa Maria | Edit letter report. | 0.40 | 96.00 |
| 07-22-2011 | Katherine Stadler | Review and edit draft letter report on seventh interim fee period application. | 0.50 | 215.00 |
| 07-23-2011 | Zerithea Raiche | Revise exhibits to seventh fee period report from BrownGreer. | 0.80 | 132.00 |
| 07-23-2011 | Brady C. Williamson | Review budget. | 0.10 | 52.50 |
| 07-26-2011 | Katherine Stadler | Review and forward draft letter report to U.S. Trustee's office for review and comment. | 0.20 | 86.00 |
| 07-28-2011 | Monica Santa Maria | Begin reviewing exhibits in conjunction with confidential letter report. | 0.20 | 48.00 |
| 07-28-2011 | Katherine Stadler | Review and forward U.S. Trustee comments to draft letter report. | 0.30 | 129.00 |
| 07-29-2011 | Monica Santa Maria | Complete stipulation and forward to Mr. Bortstein for execution, email correspondence with Ms. Abrams regarding edits, edit same and forward stipulation to Ms. Abrams. | 0.40 | 96.00 |
| 07-30-2011 | Zerithea Raiche | Review final letter report to Bortstein Legal on seventh fee period application:  verify calculations and record citations. | 0.90 | 148.50 |

Matter Number: 009878-016E

Invoice No.: 554837

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-30-2011 | Monica Santa Maria | Edit letter report to incorporate suggestions from the U.S. Trustee and for conformity. | 0.50 | 120.00 |
| 08-01-2011 | Zerithea Raiche | Prepare and file stipulation on sixth fee period application. | 0.30 | 49.50 |
| 08-02-2011 | Brady C. Williamson | Review additional changes to letter report. | 0.10 | 52.50 |
| 08-03-2011 | Zerithea Raiche | Verify calculations for seventh fee period report. | 0.30 | 49.50 |
| 08-03-2011 | Zerithea Raiche | Prepare exhibits for transmittal with seventh fee period report. | 0.60 | 99.00 |
| 08-03-2011 | Katherine Stadler | Review revised letter report. | 0.10 | 43.00 |
| 08-04-2011 | Monica Santa Maria | Edit confidential letter report in advance of sending to Bortstein Legal. | 0.50 | 120.00 |
| 08-04-2011 | Katherine Stadler | Review draft correspondence to professional. | 0.20 | 86.00 |
| 08-18-2011 | Monica Santa Maria | Review email confirming no objection to recommended reductions. | 0.10 | 24.00 |
| 08-18-2011 | Katherine Stadler | Review email on seventh interim period resolution. | 0.10 | 43.00 |
| 08-19-2011 | Monica Santa Maria | Email correspondence with Ms. Abrams on September budget. | 0.10 | 24.00 |

|  |  | Total Fees | $ | 2,924.50 |
|  |  | Total Disbursements | $ | 0.00 |
|  |  | **Total For This Invoice** | **$** | **2,924.50** |

Matter Number: 009878-016E                                                    March 8, 2012
Invoice No.:  554837                                                              Page 4

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| ZERITHEA RAICHE | Paralegal | 4.20 | 165.00 | 693.00 |
| MARY ROUFUS | Paralegal | 0.20 | 165.00 | 33.00 |
| **Paralegal Total** | | **4.40** | | **726.00** |
| MONICA SANTA MARIA | Associate | 5.20 | 240.00 | 1,248.00 |
| **Associate Total** | | **5.20** | | **1,248.00** |
| BRADY C. WILLIAMSON | Shareholder | 0.50 | 525.00 | 262.50 |
| KATHERINE STADLER | Shareholder | 1.60 | 430.00 | 688.00 |
| **Shareholder Total** | | **2.10** | | **950.50** |
| **TIMEKEEPER TOTALS** | | **11.70** | | **$2,924.50** |

*We adjust our hourly billing rates effective January 1 of each year.  Accordingly, billing rate changes are reflected on this statement for work performed in 2012.  Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*