# EXHIBIT C-16F

**BrownGreer PLC**



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL · 414.273.3500  FAX · 414.273.5198
www · GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:    BrownGreer PLC

Invoice No.        554838
Matter No.        009878-016F

Billing Attorney:
Brady C. Williamson

| Invoice Total | $ | 52,009.00 |
|---|---|---|
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **52,009.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**

TEL • 414.273.3500    FAX • 414.273.5198

**www • GKLAW.COM**

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:    BrownGreer PLC

Invoice No.        554838
Matter No.        009878-016F

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-10-2011 | Carla Andres | Conference on BrownGreer input, substantive analysis, and exhibits. | 0.60 | 210.00 |
| 05-10-2011 | Brian C Spahn | Conference regarding BrownGreer training and outstanding issues with retained professionals regarding sixth interim fee period reports and draft update email. | 0.30 | 76.50 |
| 05-10-2011 | Monica Santa Maria | Conference regarding BrownGreer trip and conference call to discuss consistency issues in settlement proposals. | 0.20 | 48.00 |
| 05-10-2011 | Peggy Barlett | Compilation of exhibit issues and materials for presentation to BrownGreer. | 0.20 | 45.00 |
| 05-10-2011 | Peggy Barlett | Begin compiling relevant exhibits and samples for presentation to BrownGreer regarding fee review and preparation of exhibit spreadsheets. | 0.90 | 202.50 |
| 05-12-2011 | Carla Andres | Review BrownGreer issue summary. | 0.30 | 105.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-12-2011 | Peggy Barlett | Correspondence regarding other categories of fee and expense review for BrownGreer to analyze in future fee applications. | 0.30 | 67.50 |
| 05-16-2011 | Carla Andres | Telephone conference with Leah Barbour, BrownGreer, regarding June meeting and conference regarding comments on BrownGreer review. | 0.30 | 105.00 |
| 05-17-2011 | Monica Santa Maria | Draft email with list of training issues for BrownGreer. | 0.20 | 48.00 |
| 05-21-2011 | Peggy Barlett | Review and prepare sample spreadsheets for BrownGreer presentation. | 3.70 | 832.50 |
| 05-22-2011 | Peggy Barlett | Continue preparing materials for presentation to BrownGreer regarding sample exhibit formats and data analysis. | 2.30 | 517.50 |
| 05-23-2011 | Carla Andres | Review and respond to e-mail regarding BrownGreer tasks. | 0.20 | 70.00 |
| 05-23-2011 | Carla Andres | Review e-mail from Ms. Barbour, BrownGreer. | 0.10 | 35.00 |
| 05-23-2011 | Peggy Barlett | Discuss BrownGreer issues and preparation of materials. | 0.50 | 112.50 |
| 05-23-2011 | Brian C Spahn | Meet regarding issues to discuss with BrownGreer on trip to Richmond. | 0.50 | 127.50 |
| 05-25-2011 | Brian C Spahn | Prepare for trip to Richmond to discuss tasks for BrownGreer. | 0.10 | 25.50 |
| 05-25-2011 | Peggy Barlett | Continue preparing exhibits and presentation materials for BrownGreer. | 3.50 | 787.50 |
| 05-25-2011 | Katherine Stadler | E-mail exchange on scheduling and protocol for meeting with BrownGreer. | 0.20 | 86.00 |
| 05-26-2011 | N. Talbott Settle | Prepare binders of potential exhibits for BrownGreer meeting. | 0.80 | 132.00 |

Matter Number: 009878-016F

Invoice No.: 554838

March 8, 2012

Page 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-26-2011 | Mary Roufus | Review, select and compile exhibits for BrownGreer presentation. | 2.10 | 346.50 |
| 05-26-2011 | Peggy Barlett | Review, select and compile exhibits for BrownGreer presentation. | 2.30 | 517.50 |
| 05-26-2011 | Peggy Barlett | Telephone conference regarding final exhibit samples for BrownGreer presentation. | 0.20 | 45.00 |
| 05-31-2011 | N. Talbott Settle | Work on logistics for trip to BrownGreer for meetings. | 2.20 | 363.00 |
| 05-31-2011 | Katherine Stadler | E-mail exchange on arrangements for June trip to BrownGreer. | 0.30 | 129.00 |
| 06-01-2011 | Carla Andres | E-mails with Leah Barbour at BrownGreer regarding travel, meeting arrangements, and materials. | 0.30 | 105.00 |
| 06-01-2011 | N. Talbott Settle | Work on schedule and travel logistics for meeting to review fee review process with BrownGreer. | 1.40 | 231.00 |
| 06-02-2011 | Carla Andres | Conference regarding BrownGreer meetings. | 0.40 | 140.00 |
| 06-02-2011 | N. Talbott Settle | Prepare memorandum on meeting with BrownGreer regarding review of the seventh period fee applications. | 0.70 | 115.50 |
| 06-02-2011 | N. Talbott Settle | Obtain requested materials for review for BrownGreer meetings. | 0.70 | 115.50 |
| 06-02-2011 | Monica Santa Maria | Email regarding pending trip to Richmond to discuss review of seventh interim fee applications with BrownGreer staff. | 0.10 | 24.00 |
| 06-02-2011 | Peggy Barlett | Prepare correspondence regarding travel to Richmond and outstanding issues with presentation materials. | 0.40 | 90.00 |
| 06-03-2011 | Zerithea Raiche | Prepare email to Ms. Barbour with inquiry on receipt of fee and expense detail for the seventh fee period application of Weil Gotshal. | 0.10 | 16.50 |

Matter Number: 009878-016F
March 8, 2012

Invoice No.:  554838
Page 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-03-2011 | N. Talbott Settle | Prepare logistics memorandum for BrownGreer meeting. | 0.90 | 148.50 |
| 06-06-2011 | N. Talbott Settle | Review prior billing rate variation analysis from BrownGreer. | 0.50 | 82.50 |
| 06-06-2011 | N. Talbott Settle | Prepare travel logistics for meeting with BrownGreer. | 0.70 | 115.50 |
| 06-06-2011 | N. Talbott Settle | Correspondence with Ms. Barbour, BrownGreer, requesting updated billing analysis. | 0.20 | 33.00 |
| 06-06-2011 | N. Talbott Settle | Prepare presentation materials for meeting with BrownGreer to include exhibit checklist. | 0.20 | 33.00 |
| 06-06-2011 | Zerithea Raiche | Review and prepare email to Ms. Barbour forwarding April 2011 fee statement of MMOR Consulting. | 0.10 | 16.50 |
| 06-06-2011 | Katherine Stadler | Review e-mail communications with BrownGreer on seventh interim applications and billing rate variations report. | 0.40 | 172.00 |
| 06-07-2011 | N. Talbott Settle | Correspondence with Ms. Barbour of BrownGreer regarding fee and expense data from Weil Gotshal. | 0.10 | 16.50 |
| 06-08-2011 | Carla Andres | E-mails regarding BrownGreer exhibits. | 0.20 | 70.00 |
| 06-08-2011 | N. Talbott Settle | Prepare summary of exhibits for June meeting with BrownGreer. | 2.90 | 478.50 |
| 06-08-2011 | Patricia Wheeler | Email correspondence with Ms. Barbour of BrownGreer regarding data for seventh interim period. | 0.20 | 57.00 |
| 06-09-2011 | N. Talbott Settle | Internal conference regarding training materials for BrownGreer and revision to those materials. | 0.50 | 82.50 |
| 06-09-2011 | N. Talbott Settle | Internal conferences on exhibits for BrownGreer meeting and prepare memorandum to and conference with vendor on exhibits. | 0.50 | 82.50 |

Matter Number: 009878-016F                                                    March 8, 2012
Invoice No.:  554838                                                              Page 5

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-09-2011 | Monica Santa Maria | Review training materials prepared for BrownGreer. | 0.40 | 96.00 |
| 06-09-2011 | Monica Santa Maria | Conference regarding edits and proposed changes to BrownGreer training materials. | 0.50 | 120.00 |
| 06-09-2011 | Peggy Barlett | Telephone conference regarding draft materials for BrownGreer presentation. | 0.20 | 45.00 |
| 06-09-2011 | Peggy Barlett | Review draft exhibit materials for BrownGreer presentation. | 0.90 | 202.50 |
| 06-09-2011 | Peggy Barlett | Telephone conference regarding BrownGreer training materials and strategy for discussion of review issues. | 0.10 | 22.50 |
| 06-10-2011 | N. Talbott Settle | Prepare additional exhibit materials for use in BrownGreer meeting. | 1.40 | 231.00 |
| 06-10-2011 | N. Talbott Settle | Prepare materials for June meeting with BrownGreer to include checklist for fee review exhibits for confidential letter reports. | 2.40 | 396.00 |
| 06-11-2011 | Carla Andres | E-mails regarding BrownGreer meeting. | 0.20 | 70.00 |
| 06-13-2011 | Carla Andres | Conference regarding meeting summary and BrownGreer issues, revise BrownGreer work list. | 0.40 | 140.00 |
| 06-13-2011 | Carla Andres | Review and revisions to BrownGreer criteria. | 1.50 | 525.00 |
| 06-13-2011 | Carla Andres | Review materials for discussion with BrownGreer. | 1.90 | 665.00 |
| 06-13-2011 | N. Talbott Settle | Review changes and revise items for BrownGreer review and correspondence on those changes in preparation for meeting with BrownGreer. | 0.20 | 33.00 |
| 06-13-2011 | N. Talbott Settle | Revise materials and index for meeting with BrownGreer. | 5.20 | 858.00 |

Matter Number: 009878-016F

Invoice No.:  554838

March 8, 2012

Page 6

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-13-2011 | N. Talbott Settle | Prepare materials for meeting with BrownGreer to include checklist with corresponding attachments and exhibits. | 3.00 | 495.00 |
| 06-13-2011 | N. Talbott Settle | Conference regarding BrownGreer presentation materials. | 1.20 | 198.00 |
| 06-13-2011 | N. Talbott Settle | Conference on checklist for BrownGreer review in preparation for meeting. | 0.10 | 16.50 |
| 06-13-2011 | N. Talbott Settle | Telephone conversation with Ms. Barbour on variation analysis, seventh interim and meeting. | 0.20 | 33.00 |
| 06-13-2011 | Monica Santa Maria | Review materials in preparation for meeting on BrownGreer training materials and related conferences. | 1.20 | 288.00 |
| 06-13-2011 | Peggy Barlett | Conference regarding review of quality control checklist. | 0.10 | 22.50 |
| 06-13-2011 | Peggy Barlett | Review quality control checklist and other attachments. | 0.30 | 67.50 |
| 06-13-2011 | Peggy Barlett | Telephone conference regarding updates and revisions to quality control checklist for BrownGreer presentation. | 0.10 | 22.50 |
| 06-13-2011 | Katherine Stadler | Discussion of upcoming BrownGreer meetings. | 0.60 | 258.00 |
| 06-14-2011 | Carla Andres | E-mails and conferences regarding BrownGreer schedule. | 0.50 | 175.00 |
| 06-14-2011 | N. Talbott Settle | Work on additional materials for June 16 and 17 meetings at BrownGreer. | 1.80 | 297.00 |
| 06-14-2011 | N. Talbott Settle | Continue work on report exhibits for BrownGreer meeting. | 1.00 | 165.00 |
| 06-14-2011 | N. Talbott Settle | Update memorandum on BrownGreer meeting materials and forward those materials. | 0.30 | 49.50 |

Matter Number: 009878-016F

March 8, 2012

Invoice No.:  554838

Page 7

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-14-2011 | N. Talbott Settle | Continue work on logistics memorandum regarding trip to BrownGreer. | 1.60 | 264.00 |
| 06-14-2011 | N. Talbott Settle | Correspondence and conferences with Ms. Barbour forwarding back-up for Deloitte Tax and conference regarding upcoming meeting with BrownGreer. | 0.50 | 82.50 |
| 06-14-2011 | Brian C Spahn | Prepare for meeting with BrownGreer in Richmond. | 0.20 | 51.00 |
| 06-14-2011 | Monica Santa Maria | Conference regarding training materials, review proposed agenda and comment. | 0.20 | 48.00 |
| 06-14-2011 | Brady C. Williamson | Preparation for Richmond meetings including telephone call to Orran Brown. | 0.50 | 262.50 |
| 06-14-2011 | Katherine Stadler | E-mail exchange on upcoming meeting with BrownGreer. | 0.30 | 129.00 |
| 06-15-2011 | N. Talbott Settle | Continue work on logistics memorandum for the BrownGreer meeting and circulate. | 0.90 | 148.50 |
| 06-15-2011 | N. Talbott Settle | Correspondence with Ms. Barbour regarding BrownGreer meeting. | 0.10 | 16.50 |
| 06-15-2011 | N. Talbott Settle | Prepare additional materials for BrownGreer meeting. | 0.50 | 82.50 |
| 06-15-2011 | Brian C Spahn | Prepare for trip to Richmond to meet with BrownGreer by reviewing meeting materials. | 0.40 | 102.00 |
| 06-15-2011 | Eric Wilson | Telephone conference regarding progress of stipulated fee orders and tasks to accomplish in trip to BrownGreer. | 0.30 | 135.00 |
| 06-16-2011 | Carla Andres | Meeting regarding expense and fee items for BrownGreer review and exhibits, web portal and generating exhibits. | 5.00 | 1,750.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-16-2011 | N. Talbott Settle | Meeting with BrownGreer on expense and fee items for review and exhibits for confidential letter reports and web portal. | 5.00 | 825.00 |
| 06-16-2011 | Zerithea Raiche | Prepare email on billing categories for time entry and review information on BrownGreer web portal and work on access issues. | 0.40 | 66.00 |
| 06-16-2011 | Zerithea Raiche | Respond to email with priority list for fee application analysis by BrownGreer. | 0.30 | 49.50 |
| 06-16-2011 | Zerithea Raiche | Telephone conference on functionality of web portal. | 0.60 | 99.00 |
| 06-16-2011 | Brian C Spahn | Meeting with BrownGreer team on expense and fee items for review meeting with BrownGreer regarding web portal. | 5.00 | 1,275.00 |
| 06-16-2011 | Monica Santa Maria | Meeting with Ms. Barbour and other BrownGreer analysts regarding web portal development and fee review analysis and protocol. | 5.00 | 1,200.00 |
| 06-16-2011 | Peggy Barlett | Attend meeting with BrownGreer team on expenses and fee items for BrownGreer review and exhibits. | 5.00 | 1,125.00 |
| 06-16-2011 | Katherine Stadler | Team meetings with BrownGreer to review web portal process, lessons learned from sixth interim fee period, and proposed process for analysis of seventh interim fee applications. | 5.00 | 2,150.00 |
| 06-17-2011 | Carla Andres | Meeting regarding exhibit formatting. | 0.40 | 140.00 |
| 06-17-2011 | Carla Andres | Meeting to discuss fee applications of professionals to facilitate review of seventh interim. | 4.40 | 1,540.00 |

Matter Number: 009878-016F

March 8, 2012

Invoice No.: 554838

Page 9

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-17-2011 | N. Talbott Settle | Meeting with BrownGreer to review and discuss fee applications of professionals and to facilitate review of the seventh interim applications. | 4.40 | 726.00 |
| 06-17-2011 | N. Talbott Settle | Meeting with BrownGreer on exhibit formatting. | 0.40 | 66.00 |
| 06-17-2011 | Zerithea Raiche | Prepare list of retained professionals for seventh fee period review and list of retained professionals with corresponding attorney assignments for BrownGreer. | 0.70 | 115.50 |
| 06-17-2011 | Brian C Spahn | Meeting with BrownGreer team to review and discuss fee applications of various professionals to facilitate review of seventh interim applications. | 4.40 | 1,122.00 |
| 06-17-2011 | Monica Santa Maria | Meeting with Ms. Barbour and other BrownGreer analysts to discuss exhibit formatting and fee applications to facilitate review of the seventh interim applications. | 4.40 | 1,056.00 |
| 06-17-2011 | Peggy Barlett | Attend meeting with BrownGreer team on exhibit formatting. | 0.40 | 90.00 |
| 06-17-2011 | Peggy Barlett | Attend meeting with BrownGreer team to review and discuss fee applications of various professionals to facilitate review of the seventh interim applications. | 4.40 | 990.00 |
| 06-18-2011 | Brady C. Williamson | Follow up conference on meetings in Richmond. | 0.30 | 157.50 |
| 06-20-2011 | N. Talbott Settle | Conference regarding review criteria for BrownGreer. | 0.20 | 33.00 |
| 06-20-2011 | Peggy Barlett | Review notes and discussion issues from BrownGreer presentation. | 0.30 | 67.50 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-20-2011 | Peggy Barlett | Discuss preparation of memorandum to retained professionals regarding issues and highlights from BrownGreer presentation. | 0.30 | 67.50 |
| 06-21-2011 | N. Talbott Settle | Conference regarding BrownGreer, web portal and case schedule. | 0.30 | 49.50 |
| 06-21-2011 | N. Talbott Settle | Continue to update spreadsheet of seventh period applications to include materials received by BrownGreer in preparation for conference call with Ms. Barbour. | 1.30 | 214.50 |
| 06-21-2011 | N. Talbott Settle | Conference with Ms. Barbour, BrownGreer, regarding web portal and case schedule. | 0.40 | 66.00 |
| 06-21-2011 | N. Talbott Settle | Correspondence to Ms. Barbour, BrownGreer, forwarding table tracking seventh fee period. | 0.20 | 33.00 |
| 06-21-2011 | Zerithea Raiche | Attend conference call with Ms. Barbour of BrownGreer regarding web portal and case schedule. | 0.40 | 66.00 |
| 06-21-2011 | Zerithea Raiche | Conference regarding BrownGreer directives, web portal and case schedule. | 0.30 | 49.50 |
| 06-21-2011 | Katherine Stadler | Work on schedule for BrownGreer audit materials. | 0.70 | 301.00 |
| 06-21-2011 | Katherine Stadler | Communications with BrownGreer on billing rate variation report. | 0.30 | 129.00 |
| 06-22-2011 | N. Talbott Settle | Conference regarding process of BrownGreer spreadsheets for fee analysis and case flow. | 0.20 | 33.00 |
| 06-22-2011 | N. Talbott Settle | Prepare staff directive on process of BrownGreer spreadsheets and exhibits for fee analysis. | 1.80 | 297.00 |
| 06-22-2011 | N. Talbott Settle | Meeting to discuss the process of BrownGreer spreadsheets for fee analysis. | 1.10 | 181.50 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-22-2011 | Sally Granec | Meeting to discuss the processing of BrownGreer spreadsheets for fee analysis. | 1.10 | 192.50 |
| 06-22-2011 | Zerithea Raiche | Conference on case flow and processing of BrownGreer spreadsheets for fee analysis. | 0.20 | 33.00 |
| 06-22-2011 | Zerithea Raiche | Meeting on processing of BrownGreer spreadsheets for fee analysis. | 1.10 | 181.50 |
| 06-23-2011 | N. Talbott Settle | Telephone conference with Ms. Barbour, BrownGreer, regarding billing rate variation. | 0.10 | 16.50 |
| 06-23-2011 | Peggy Barlett | Review and prepare memorandum regarding details of BrownGreer meeting and training sessions. | 1.40 | 315.00 |
| 06-24-2011 | N. Talbott Settle | Correspondence from Ms. Barbour and update file with billing variation report, and circulate report. | 0.40 | 66.00 |
| 06-24-2011 | N. Talbott Settle | Conference regarding billing rate variation report and fee committee materials. | 0.20 | 33.00 |
| 06-24-2011 | Peggy Barlett | Memorandum summarizing details of the BrownGreer meeting and training sessions. | 0.70 | 157.50 |
| 06-24-2011 | Peggy Barlett | Prepare correspondence regarding draft memorandum detailing BrownGreer training presentation. | 0.10 | 22.50 |
| 06-24-2011 | Monica Santa Maria | Review draft memorandum summarizing BrownGreer meetings and additional training on fee detail review and exhibit preparation. | 0.10 | 24.00 |
| 06-24-2011 | Katherine Stadler | Review, in detail, billing variation report from BrownGreer and consider formatting and content issues. | 1.20 | 516.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-27-2011 | Sally Granec | Review revised staff directive for process of BrownGreer spreadsheets. | 0.30 | 52.50 |
| 06-27-2011 | Zerithea Raiche | Prepare email to Ms. Barbour on status of billing summary reports scheduled for production on June 27. | 0.20 | 33.00 |
| 06-27-2011 | Peggy Barlett | Prepare correspondence regarding memorandum detailing training presentation at BrownGreer. | 0.10 | 22.50 |
| 06-27-2011 | Katherine Stadler | Detailed e-mail to Ms. Barbour, BrownGreer, with requested changes to billing variation report. | 0.40 | 172.00 |
| 06-27-2011 | Katherine Stadler | Continue detailed evaluation of billing variation report and necessary changes for use at July 14 fee committee meeting. | 1.50 | 645.00 |
| 06-27-2011 | Katherine Stadler | Review and revise draft memorandum on BrownGreer meetings. | 1.10 | 473.00 |
| 06-28-2011 | Carla Andres | Conferences regarding time increment analysis. | 0.40 | 140.00 |
| 06-28-2011 | Carla Andres | Review e-mails regarding time increment analysis and conference with Ms. Barbour. | 0.50 | 175.00 |
| 06-28-2011 | Zerithea Raiche | Review and forward four billing summary reports from BrownGreer for processing. | 0.30 | 49.50 |
| 06-28-2011 | Peggy Barlett | Revise and e-mail memorandum regarding details of the BrownGreer meeting and training. | 0.70 | 157.50 |
| 06-28-2011 | Monica Santa Maria | Conference regarding time increments problem with BrownGreer. | 0.10 | 24.00 |
| 06-28-2011 | Monica Santa Maria | Conference regarding scheduling conference with Ms. Barbour. | 0.10 | 24.00 |

Matter Number: 009878-016F                                                         March 8, 2012
Invoice No.:  554838                                                                     Page 13

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-28-2011 | Monica Santa Maria | Conference with Ms. Barbour regarding time increments analysis. | 0.10 | 24.00 |
| 06-30-2011 | Zerithea Raiche | Prepare emails to Ms. Barbour regarding the fee statement received from Locke Lord for period July 1, 2010 to May 31, 2011. | 0.40 | 66.00 |
| 07-05-2011 | Carla Andres | Review e-mails regarding status of BrownGreer reports. | 0.20 | 70.00 |
| 07-05-2011 | Carla Andres | Review e-mails regarding BrownGreer review and conference with Ms. Hain regarding FTI Consulting stipulation. | 0.40 | 140.00 |
| 07-05-2011 | Zerithea Raiche | Prepare email to Ms. Barbour of BrownGreer on status of the billing summary reports due for July 5. | 0.30 | 49.50 |
| 07-05-2011 | Katherine Stadler | Review billing rate variation report and summary sheets, prepare exhibit for fee committee consideration. | 0.80 | 344.00 |
| 07-07-2011 | Zerithea Raiche | Prepare detailed email to Ms. Barbour on missing billing summary reports and list of information received from BrownGreer to date for the retained professionals. | 0.70 | 115.50 |
| 07-07-2011 | Zerithea Raiche | Locate and forward to Ms. Barbour the final exhibit reports for Dechert, FTI Consulting, Quinn Emanuel, Houlihan Lokey and details on MMOR and The O'Neil Group reports. | 1.60 | 264.00 |
| 07-07-2011 | Zerithea Raiche | Review transmittals from BrownGreer for billing summary reports for Reed Smith, SNR Denton and Deloitte Tax and note missing reports for fee periods. | 0.90 | 148.50 |

Matter Number: 009878-016F                                                      March 8, 2012

Invoice No.:  554838                                                                  Page 14

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-08-2011 | Zerithea Raiche | Telephone conference with Ms. Barbour on billing detail missing in the billing summary reports for Deloitte Tax and Reed Smith, discuss revisions to the reports. | 0.30 | 49.50 |
| 07-12-2011 | Zerithea Raiche | Conference with Ms. Barbour on missing time detail for Reed Smith for sixth fee period report. | 0.10 | 16.50 |
| 07-12-2011 | Katherine Stadler | E-mail to Ms. Barbour on billing rate report. | 0.20 | 86.00 |
| 07-12-2011 | Katherine Stadler | Continue detailed review of BrownGreer billing rate variation report and drafting memorandum proposing fee committee position for inclusion in meeting materials, review and revise billing rate memorandum. | 2.90 | 1,247.00 |
| 07-13-2011 | Katherine Stadler | E-mail exchange with Ms. Barbour on revised billing rate variation report and review report and evaluate new figures. | 0.90 | 387.00 |
| 07-15-2011 | Carla Andres | E-mails regarding fee committee input on compensation issues, comments on fees for fees and BrownGreer auditing. | 0.50 | 175.00 |
| 07-18-2011 | Katherine Stadler | E-mail exchange with Ms. Barbour on rate increase data. | 0.20 | 86.00 |
| 07-19-2011 | N. Talbott Settle | Correspondence with Ms. Barbour requesting edits to Sutherland Asbill exhibits. | 0.20 | 33.00 |
| 07-20-2011 | Zerithea Raiche | Correspondence to Ms. Barbour forwarding spreadsheet for Kasowitz Benson exhibit preparation and correspondence with Ms. Barbour requesting edits to exhibits. | 0.40 | 66.00 |

Matter Number: 009878-016F

March 8, 2012

Invoice No.:  554838

Page 15

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-20-2011 | Zerithea Raiche | Review exhibits to Kasowitz Benson seventh fee period report from BrownGreer. | 0.30 | 49.50 |
| 07-21-2011 | Carla Andres | Review and respond to e-mails regarding BrownGreer concerns. | 0.20 | 70.00 |
| 07-21-2011 | Monica Santa Maria | Several email communications regarding procedure for quality controlling exhibits prepared by BrownGreer. | 0.20 | 48.00 |
| 07-21-2011 | Monica Santa Maria | Draft email correspondence to Ms. Barbour identifying miscoded data in spreadsheet related to currency exchange rates. | 0.20 | 48.00 |
| 07-21-2011 | Eric Wilson | Exchange multiple emails regarding BrownGreer analysis. | 0.20 | 90.00 |
| 07-24-2011 | N. Talbott Settle | Review draft confidential letter report and forward spreadsheet to Ms. Barbour for additional incremental coding. | 0.50 | 82.50 |
| 07-25-2011 | Zerithea Raiche | Prepare email to Ms. Barbour on summary sheet and exhibit formats. | 0.10 | 16.50 |
| 07-25-2011 | Zerithea Raiche | Review and revise exhibits to the seventh interim fee period report for Deloitte Tax from BrownGreer correcting cell computations. | 1.20 | 198.00 |
| 07-25-2011 | Zerithea Raiche | Review exhibits from BrownGreer for the sixth and seventh interim fee periods report and correct exhibit cell formulas. | 1.20 | 198.00 |
| 07-25-2011 | Zerithea Raiche | Prepare email with corrected exhibits and list of changes made to exhibit from BrownGreer. | 0.10 | 16.50 |
| 07-25-2011 | Zerithea Raiche | Review and revise exhibits to the seventh interim fee period report for The O'Neil Group from BrownGreer and revise exhibit calculations. | 0.90 | 148.50 |

Matter Number: 009878-016F                                          March 8, 2012

Invoice No.: 554838                                                      Page 16

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-25-2011 | Zerithea Raiche | List changes made to cell calculations on revised exhibits. | 0.20 | 33.00 |
| 07-25-2011 | N. Talbott Settle | Correspondence from Ms. Barbour regarding time incremental analysis. | 0.40 | 66.00 |
| 07-27-2011 | Monica Santa Maria | Conferences regarding possible errors found in Exhibit A for Bingham McCutchen regarding non-compensable billing activities. | 0.60 | 144.00 |
| 07-28-2011 | N. Talbott Settle | Correspondence regarding BrownGreer status and contacts. | 0.10 | 16.50 |
| 07-28-2011 | N. Talbott Settle | Correspondence with Ms. Barbour on rate analysis. | 0.10 | 16.50 |
| 07-28-2011 | Monica Santa Maria | Numerous emails regarding status of pending exhibit requests to BrownGreer. | 0.20 | 48.00 |
| 07-28-2011 | Katherine Stadler | E-mail exchange on revised draft of billing rate report. | 0.20 | 86.00 |
| 07-30-2011 | Zerithea Raiche | Convert billing rate variation analysis report and forward for use in memorandum to fee committee. | 0.20 | 33.00 |
| 07-30-2011 | Zerithea Raiche | Review and revise Windels Marx exhibits from BrownGreer to include calculations for vague task descriptions and computation errors. | 0.90 | 148.50 |
| 07-30-2011 | N. Talbott Settle | Review correspondence from Ms. Barbour with exhibits to the letter report and circulate. | 0.20 | 33.00 |
| 07-30-2011 | N. Talbott Settle | Review exhibits from BrownGreer and correspondence to Ms. Barbour for revisions to those exhibits. | 0.50 | 82.50 |
| 07-30-2011 | Monica Santa Maria | Identify numerical and formatting errors in Jones Day exhibits and emails to Ms. Barbour regarding same. | 0.70 | 168.00 |

Matter Number: 009878-016F                                          March 8, 2012
Invoice No.:  554838                                                    Page 17

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-30-2011 | Monica Santa Maria | Identify numerical and formatting errors in Wollmuth Maher exhibits and email summary to Ms. Barbour requesting edits. | 0.50 | 120.00 |
| 07-30-2011 | Brady C. Williamson | Review revised rate data from BrownGreer. | 0.30 | 157.50 |
| 07-30-2011 | Eric Wilson | Review exhibits forwarded by BrownGreer and revise draft letter on fee application for seventh interim compensation period. | 0.60 | 270.00 |
| 07-30-2011 | Eric Wilson | Review exhibits prepared by BrownGreer for Windels Marx and draft related correspondence. | 0.50 | 225.00 |
| 07-30-2011 | Katherine Stadler | Review hourly rate increase from BrownGreer and e-mail to Mr. Gitlin with comments. | 0.70 | 301.00 |
| 07-31-2011 | N. Talbott Settle | Correspondence regarding the exhibits and correspondence to Ms. Barbour for update to time increment update. | 2.00 | 330.00 |
| 07-31-2011 | N. Talbott Settle | Review Weil Gotshal returned exhibits from BrownGreer. | 0.90 | 148.50 |
| 07-31-2011 | N. Talbott Settle | Circulate returned Weil Gotshal exhibits to BrownGreer with comment and correspondence to Ms. Barbour for update to time increment update. | 0.30 | 49.50 |
| 08-01-2011 | Monica Santa Maria | Email correspondence with Ms. Barbour regarding error on Jones Day exhibit summary page. | 0.10 | 24.00 |
| 08-01-2011 | Brady C. Williamson | Review emails, data discrepancies and related issues. | 0.30 | 157.50 |
| 08-02-2011 | N. Talbott Settle | Correspondence with Ms. Barbour of BrownGreer regarding Dechert holdback. | 0.20 | 33.00 |
| 08-03-2011 | Brady C. Williamson | Conference with Orran Brown on status and schedule. | 0.20 | 105.00 |

Matter Number: 009878-016F                                                March 8, 2012
Invoice No.:  554838                                                         Page 18

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-04-2011 | N. Talbott Settle | Prepare spreadsheet for BrownGreer for the preparation of Curtis Mallet-Prevost report exhibits. | 1.20 | 198.00 |
| 08-04-2011 | N. Talbott Settle | Review correspondence from and correspondence to Ms. Barbour on Curtis Mallet-Prevost exhibits. | 0.50 | 82.50 |
| 08-04-2011 | N. Talbott Settle | Review and revise Curtis Mallet-Prevost exhibits from BrownGreer. | 0.30 | 49.50 |
| 08-08-2011 | N. Talbott Settle | Review chain of correspondence with BrownGreer regarding Pachulski Stang exhibit summary and monthly statements. | 0.20 | 33.00 |
| 08-09-2011 | Carla Andres | Review and respond to inquiry on BrownGreer function in connection with eighth interim fee applications. | 0.10 | 35.00 |
| 08-10-2011 | Carla Andres | E-mails regarding BrownGreer agenda items. | 0.20 | 70.00 |
| 08-10-2011 | N. Talbott Settle | Conference regarding BrownGreer meeting. | 0.20 | 33.00 |
| 08-10-2011 | N. Talbott Settle | Forward documents relating to BrownGreer in preparation for the meeting. | 0.30 | 49.50 |
| 08-10-2011 | Brian C Spahn | Review notes to provide examples of BrownGreer data entry. | 0.30 | 76.50 |
| 08-10-2011 | Monica Santa Maria | Conferences regarding BrownGreer data analysis for the seventh period in preparation for drafting summary for meeting with Mr. Brown and Ms. Barbour. | 0.30 | 72.00 |
| 08-10-2011 | Monica Santa Maria | Begin preparing summary of examples of data reporting in preparation for meeting with Mr. Brown and Ms. Barbour. | 1.20 | 288.00 |

Matter Number: 009878-016F                                   March 8, 2012
Invoice No.:  554838                                              Page 19

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-10-2011 | Peggy Barlett | Conference regarding BrownGreer data analysis for seventh fee period and issues with data preparation. | 0.20 | 45.00 |
| 08-10-2011 | Peggy Barlett | Review notes, spreadsheets and other supporting documents to identify issues with BrownGreer's review and data analysis. | 0.90 | 202.50 |
| 08-10-2011 | Katherine Stadler | Conferences in preparation for meeting with BrownGreer on quality control. | 0.20 | 86.00 |
| 08-11-2011 | Patricia Wheeler | Review BrownGreer analysis for examples of data discrepancy issues. | 1.60 | 456.00 |
| 08-11-2011 | Monica Santa Maria | Draft memorandum of concerns noted during seventh interim fee period in preparation for meeting. | 1.20 | 288.00 |
| 08-12-2011 | Monica Santa Maria | Draft and edit memorandum to Mr. Brown on process issues identified during seventh interim period. | 0.70 | 168.00 |
| 08-12-2011 | Brady C. Williamson | Review and revise draft memorandum. | 0.30 | 157.50 |
| 08-12-2011 | Katherine Stadler | Confer on draft memorandum in anticipation of August 17 meeting in New York. | 0.40 | 172.00 |
| 08-14-2011 | Patricia Wheeler | Review memorandum to BrownGreer regarding analysis. | 0.20 | 57.00 |
| 08-15-2011 | Zerithea Raiche | Revise BrownGreer seventh fee period exhibits for FTI Consulting. | 2.70 | 445.50 |
| 08-15-2011 | Zerithea Raiche | Revise BrownGreer exhibits for FTI Consulting. | 1.70 | 280.50 |
| 08-15-2011 | Peggy Barlett | Review memorandum on data issues and send comments. | 0.40 | 90.00 |
| 08-15-2011 | Patricia Wheeler | Review BrownGreer memorandum to verify facts. | 0.20 | 57.00 |

Matter Number: 009878-016F                                      March 8, 2012
Invoice No.:  554838                                                Page 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-15-2011 | Monica Santa Maria | Conference calls and emails on final facts, review of BrownGreer memorandum and edit. | 1.20 | 288.00 |
| 08-15-2011 | Brady C. Williamson | Exchange telephone calls with Mr. Brown on meeting agenda. | 0.30 | 157.50 |
| 08-15-2011 | Katherine Stadler | Additional review and revisions to BrownGreer memorandum on data discrepancy issues. | 0.70 | 301.00 |
| 08-16-2011 | Carla Andres | Revisions to FTI Consulting exhibits. | 1.90 | 665.00 |
| 08-16-2011 | Zerithea Raiche | Revise seventh fee period spreadsheet for FTI Consulting after review of calculations and corresponding time entries for disallowance. | 4.10 | 676.50 |
| 08-17-2011 | Zerithea Raiche | Revise FTI Consulting fee spreadsheet for BrownGreer and verify line entries against amounts disallowed. | 3.70 | 610.50 |
| 08-17-2011 | Zerithea Raiche | Revise FTI Consulting exhibit spreadsheet for BrownGreer and verify line entries against amounts disallowed. | 2.20 | 363.00 |
| 08-17-2011 | Peggy Barlett | Review and provide comments to revised seventh fee period exhibits for FTI Consulting. | 1.70 | 382.50 |
| 08-17-2011 | Monica Santa Maria | Meeting with Mr. Gitlin in preparation for BrownGreer meeting to discuss issues. | 0.50 | 120.00 |
| 08-17-2011 | Monica Santa Maria | Meeting with Mr. Brown, Ms. Barbour and  Mr. Gitlin to discuss issues in seventh fee period and improving process. | 0.90 | 216.00 |
| 08-17-2011 | Brady C. Williamson | Participate in meeting with BrownGreer representatives. | 0.90 | 472.50 |

Matter Number: 009878-016F                                                    March 8, 2012
Invoice No.:  554838                                                             Page 21

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-17-2011 | Katherine Stadler | Meeting with Mr. Brown and Ms. Barbour of BrownGreer on communication and quality issues. | 0.90 | 387.00 |
| 08-17-2011 | Katherine Stadler | Meeting with Mr. Gitlin in preparation for BrownGreer meeting. | 0.50 | 215.00 |
| 08-18-2011 | Monica Santa Maria | Review email from Mr. Brown regarding meeting and next steps on process. | 0.10 | 24.00 |
| 08-18-2011 | Monica Santa Maria | Conferences on meeting with BrownGreer and possible next steps for eighth interim period. | 0.40 | 96.00 |
| 08-18-2011 | Monica Santa Maria | Draft memorandum regarding meeting with BrownGreer and revisions going forward. | 1.20 | 288.00 |
| 08-18-2011 | Katherine Stadler | Review e-mail reports from Mr. Brown and Adam Gregory summarizing BrownGreer meeting and next steps. | 0.30 | 129.00 |
| 08-19-2011 | Zerithea Raiche | Prepare email to BrownGreer with instructions on preparation of FTI Consulting exhibits. | 0.40 | 66.00 |
| 08-19-2011 | Monica Santa Maria | Review email from Mr. Gregory regarding changes in BrownGreer staffing and next steps. | 0.10 | 24.00 |
| 08-19-2011 | Brady C. Williamson | Email from Mr. Brown in light of changes following August 17 meeting. | 0.20 | 105.00 |
| 08-20-2011 | Monica Santa Maria | Review email from Mr. Gitlin to Mr. Brown regarding meeting with BrownGreer to improve process. | 0.10 | 24.00 |
| 08-20-2011 | Brady C. Williamson | Review emails on meeting follow up. | 0.30 | 157.50 |
| 08-22-2011 | Carla Andres | Review and respond to e-mail from Ms. Barbour regarding FTI Consulting exhibits. | 0.10 | 35.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-22-2011 | Zerithea Raiche | Respond to inquiries from Ms. Barbour of BrownGreer on preparation of exhibits to seventh fee period report for FTI Consulting. | 0.30 | 49.50 |
| 08-22-2011 | Katherine Stadler | Review e-mail from Mr. Gitlin on BrownGreer status. | 0.10 | 43.00 |
| 08-23-2011 | Brady C. Williamson | Email to Mr. Gregory on adjustments. | 0.20 | 105.00 |
| 08-25-2011 | Brady C. Williamson | Exchange email with Mr. Gregory on schedule. | 0.20 | 105.00 |
| 08-26-2011 | Brady C. Williamson | Conference on discussions with BrownGreer. | 0.30 | 157.50 |
| 08-26-2011 | Katherine Stadler | Telephone conference with new BrownGreer team, including Mr. Gregory and Mr. Earman to address data discrepancy issues. | 1.30 | 559.00 |
| 08-27-2011 | Katherine Stadler | Conference call with Mr. Gitlin on BrownGreer standards and other open issues. | 0.40 | 172.00 |
| 08-29-2011 | Katherine Stadler | E-mail exchange with Ms. Schwartz for U.S. Trustee on status of plan and disclosure statement amendments. | 0.10 | 43.00 |
| 08-31-2011 | Monica Santa Maria | Conference with Ms. Barbour and Mr. Gregory on next steps in preparing eighth interim data. | 0.30 | 72.00 |
| 08-31-2011 | Monica Santa Maria | Review status chart forwarded by Ms. Barbour and draft email to Ms. Barbour and email on next steps. | 0.60 | 144.00 |
| 08-31-2011 | Brady C. Williamson | Review email exchange on eighth interim period analysis. | 0.20 | 105.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-31-2011 | Katherine Stadler | Conference with Mr. Gregory, Mr. Earman and Ms. Barbour on eighth interim analysis. | 0.30 | 129.00 |
| 08-31-2011 | Katherine Stadler | Work on chart of eighth interim data and BrownGreer's review schedule. | 0.40 | 172.00 |
| | | Total Fees | $ | 52,009.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **52,009.00** |

Matter Number: 009878-016F                                                 March 8, 2012
Invoice No.:  554838                                                          Page 24

# Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| CARLA ANDRES | Special Counsel | 21.20 | 350.00 | 7,420.00 |
| **Special Counsel Total** | | **21.20** | | **7,420.00** |
| ZERITHEA RAICHE | Paralegal | 29.60 | 165.00 | 4,884.00 |
| N. TALBOTT SETTLE | Paralegal | 56.80 | 165.00 | 9,372.00 |
| MARY ROUFUS | Paralegal | 2.10 | 165.00 | 346.50 |
| SALLY GRANEC | Paralegal | 1.40 | 175.00 | 245.00 |
| **Paralegal Total** | | **89.90** | | **14,847.50** |
| PATRICIA WHEELER | Associate | 2.20 | 285.00 | 627.00 |
| MONICA SANTA MARIA | Associate | 23.90 | 240.00 | 5,736.00 |
| PEGGY BARLETT | Associate | 32.60 | 225.00 | 7,335.00 |
| BRIAN C SPAHN | Associate | 11.20 | 255.00 | 2,856.00 |
| **Associate Total** | | **69.90** | | **16,554.00** |
| BRADY C. WILLIAMSON | Shareholder | 4.50 | 525.00 | 2,362.50 |
| KATHERINE STADLER | Shareholder | 23.50 | 430.00 | 10,105.00 |
| ERIC WILSON | Shareholder | 1.60 | 450.00 | 720.00 |
| **Shareholder Total** | | **29.60** | | **13,187.50** |
| **TIMEKEEPER TOTALS** | | **210.60** | | **$52,009.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*