# **EXHIBIT C-16H**

## **Clyde Click, PC**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**

TEL• 414.273.3500  FAX• 414.273.5198
www•GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

                                              March 8, 2012

| | |
|---|---|
| | Invoice No.    554840 |
| Re:   Clyde Click, P.C. | Matter No.    009878-016H |
| | Billing Attorney: |
| | Brady C. Williamson |

| | | |
|---|---|---|
| | Invoice Total | $        2,956.50 |
| | Prior Balance Due | $             0.00 |
| | **Total Amount Now Due** | **$        2,956.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.   BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Clyde Click, P.C.

Invoice No.    554840
Matter No.    009878-016H

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-05-2011 | Brady C. Williamson | Review monthly statement. | 0.10 | 52.50 |
| 06-06-2011 | Katherine Stadler | Review and forward Cyde Click budget. | 0.10 | 43.00 |
| 07-06-2011 | Zerithea Raiche | Prepare email for review of seventh fee period application and transmittal of BrownGreer billing summary report. | 0.10 | 16.50 |
| 07-07-2011 | Sally Granec | Review and profile spreadsheet of the seventh fee period to facilitate attorney review. | 0.40 | 70.00 |
| 07-15-2011 | Brady C. Williamson | Review monthly fee statement for June. | 0.10 | 52.50 |
| 07-18-2011 | Patricia Wheeler | Review first interim application of Clyde Click to prepare confidential letter report. | 2.60 | 741.00 |
| 07-18-2011 | Patricia Wheeler | Prepare confidential letter report. | 1.50 | 427.50 |
| 07-19-2011 | Patricia Wheeler | Revise exhibits and confidential letter report. | 1.70 | 484.50 |
| 07-20-2011 | Monica Santa Maria | Edit letter report. | 0.30 | 72.00 |
| 07-20-2011 | Brady C. Williamson | Review and revise draft letter report. | 0.10 | 52.50 |

Matter Number: 009878-016H  
Invoice No.: 554840

March 8, 2012  
Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-22-2011 | Monica Santa Maria | Edit letter report. | 0.30 | 72.00 |
| 07-22-2011 | Katherine Stadler | Review and edit draft letter report on seventh interim fee period application. | 0.60 | 258.00 |
| 07-29-2011 | N. Talbott Settle | Review correspondence from Ms. Barbour with exhibits to the confidential letter. | 0.20 | 33.00 |
| 07-29-2011 | N. Talbott Settle | Prepare spreadsheet for seventh interim fee period for exhibit preparation. | 0.50 | 82.50 |
| 07-30-2011 | Monica Santa Maria | Edit report to incorporate suggestions from the U.S. Trustee and for conformity. | 0.60 | 144.00 |
| 08-01-2011 | N. Talbott Settle | Complete preparation of the exhibits for forwarding to the professional. | 0.70 | 115.50 |
| 08-01-2011 | Monica Santa Maria | Final edits to report and exhibits. | 0.60 | 144.00 |
| 08-02-2011 | Brady C. Williamson | Review additional changes to letter report. | 0.10 | 52.50 |
| 08-03-2011 | Katherine Stadler | Review revised letter report. | 0.10 | 43.00 |
| | | **Total Fees** | $ | 2,956.50 |
| | | **Total Disbursements** | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **2,956.50** |

Matter Number: 009878-016H  
Invoice No.: 554840

March 8, 2012  
Page 3

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 0.10 | 165.00 | 16.50 |
| N. TALBOTT SETTLE | Paralegal | 1.40 | 165.00 | 231.00 |
| SALLY GRANEC | Paralegal | 0.40 | 175.00 | 70.00 |
| **Paralegal Total** | | **1.90** | | **317.50** |
| PATRICIA WHEELER | Associate | 5.80 | 285.00 | 1,653.00 |
| MONICA SANTA MARIA | Associate | 1.80 | 240.00 | 432.00 |
| **Associate Total** | | **7.60** | | **2,085.00** |
| BRADY C. WILLIAMSON | Shareholder | 0.40 | 525.00 | 210.00 |
| KATHERINE STADLER | Shareholder | 0.80 | 430.00 | 344.00 |
| **Shareholder Total** | | **1.20** | | **554.00** |
| **TIMEKEEPER TOTALS** | | **10.70** | | **$2,956.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*