# **EXHIBIT C-16I**

**Curtis Mallet-Prevost**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL· 414.273.3500  FAX· 414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

| | |
|---|---|
| Invoice No. | 554841 |
| Matter No. | 009878-016I |

Re:   Curtis Mallet-Prevost

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 16,421.00 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **16,421.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Curtis Mallet-Prevost

Invoice No.    554841
Matter No.    009878-016I

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-04-2011 | Monica Santa Maria | Edit report and forward for review. | 1.00 | 240.00 |
| 05-04-2011 | Katherine Stadler | Review and revise draft report. | 1.70 | 731.00 |
| 05-06-2011 | Zerithea Raiche | Review and revise draft of report to Curtis Mallet-Prevost for sixth fee period application. | 0.40 | 66.00 |
| 05-06-2011 | Patricia Wheeler | Telephone conference with Mr. Olsham regarding report to Curtis Mallet-Prevost. | 0.90 | 256.50 |
| 05-06-2011 | Monica Santa Maria | Edit report and forward to Lehman. | 0.70 | 168.00 |
| 05-06-2011 | Monica Santa Maria | Conference with Mr. Olsham regarding report to Curtis Mallet-Prevost. | 0.90 | 216.00 |
| 05-06-2011 | Monica Santa Maria | Email correspondences regarding conversation with Mr. Olsham regarding possible duplication of services between Weil Gotshal and Curtis Mallet-Prevost and Curtis Mallet-Prevost's services related to a subpoena served on Weil Gotshal. | 0.10 | 24.00 |
| 05-06-2011 | Katherine Stadler | Telephone conference with Mr. Olsham, Lehman Management, on professional's report and related issues. | 0.40 | 172.00 |

08-13555-mg   Doc 27724-23   Filed 05/04/12   Entered 05/04/12 16:34:18   Exhibit
C-016I   Pg 4 of 11

Matter Number: 009878-016I  
Invoice No.: 554841

March 8, 2012  
Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-09-2011 | Monica Santa Maria | Review and forward correspondence regarding conflicts and disclosure issues related to Curtis Mallet-Prevost's, Weil Gotshal's and Wollmuth Maher's services. | 0.60 | 144.00 |
| 05-09-2011 | Monica Santa Maria | Forward a copy of the fee committee's March 16 memorandum to Mr. Olsham. | 0.10 | 24.00 |
| 05-09-2011 | Katherine Stadler | Internal emails on Weil Gotshal supervision of Curtis Mallet-Prevost conflicts work. | 0.70 | 301.00 |
| 05-09-2011 | Katherine Stadler | Review and forward draft Curtis Mallet-Prevost report to Ms. Schwartz, U.S. Trustee's office. | 0.20 | 86.00 |
| 05-12-2011 | Monica Santa Maria | Email correspondence to Mr. Olsham regarding draft report. | 0.10 | 24.00 |
| 05-17-2011 | Monica Santa Maria | Edit report. | 1.30 | 312.00 |
| 05-17-2011 | Katherine Stadler | E-mail exchange with Ms. Schwartz at U.S. Trustee's office on draft Curtis Mallet-Prevost letter. | 0.20 | 86.00 |
| 05-18-2011 | Katherine Stadler | E-mail exchange with Ms. Schwartz on Curtis Mallet-Prevost letter and related issues. | 0.30 | 129.00 |
| 05-19-2011 | Brady C. Williamson | Review and revise letter and conference on issues raised. | 0.60 | 315.00 |
| 05-19-2011 | Katherine Stadler | Telephone conference with Ms. Schwartz on Curtis Mallet-Prevost letter and e-mail update on U.S. Trustee comments. | 0.40 | 172.00 |
| 05-20-2011 | Monica Santa Maria | Edit report. | 0.30 | 72.00 |
| 05-20-2011 | Katherine Stadler | Additional review and revision of Curtis Mallet-Prevost draft report. | 0.60 | 258.00 |
| 05-21-2011 | Zerithea Raiche | Locate and forward fourth supplemental disclosure affidavit for Curtis Mallet-Prevost. | 0.10 | 16.50 |

Matter Number: 009878-016I  
Invoice No.: 554841

March 8, 2012  
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-23-2011 | Katherine Stadler | Review and forward comments from U.S. Trustee on Curtis Mallet-Prevost draft report. | 0.20 | 86.00 |
| 05-24-2011 | N. Talbott Settle | Review report for verification of citations. | 0.30 | 49.50 |
| 05-24-2011 | N. Talbott Settle | Review, compare and verify spreadsheet with report and revise potential exhibits. | 1.30 | 214.50 |
| 05-24-2011 | Monica Santa Maria | Conference regarding exhibit preparations. | 0.20 | 48.00 |
| 05-25-2011 | N. Talbott Settle | Prepare/revise exhibits to report. | 4.60 | 759.00 |
| 05-25-2011 | N. Talbott Settle | Telephone conference with Ms. Barbour, BrownGreer, regarding exhibits to report. | 0.10 | 16.50 |
| 05-25-2011 | Monica Santa Maria | Telephone conference with Mr. Harrison and Ms. Eilbott regarding seventh interim fee application. | 0.40 | 96.00 |
| 05-25-2011 | Monica Santa Maria | Draft email summary to file regarding conference call with Mr. Harrison and Ms. Eilbott regarding seventh interim fee application. | 0.20 | 48.00 |
| 05-25-2011 | Monica Santa Maria | Conferences regarding finalizing report and underlying exhibits. | 0.40 | 96.00 |
| 05-25-2011 | Brady C. Williamson | Review monthly fee statement and budget. | 0.30 | 157.50 |
| 05-26-2011 | N. Talbott Settle | Verify factual citations and data in report. | 2.30 | 379.50 |
| 05-26-2011 | N. Talbott Settle | Verify, review and revise exhibits received from BrownGreer and insert numbers into report. | 1.80 | 297.00 |
| 05-26-2011 | Brady C. Williamson | Conference on letter draft. | 0.20 | 105.00 |
| 05-27-2011 | N. Talbott Settle | Work on final exhibits to report. | 0.90 | 148.50 |
| 05-27-2011 | N. Talbott Settle | Prepare exhibits for forwarding to the professional. | 0.50 | 82.50 |

Matter Number: 009878-016I  
Invoice No.: 554841

March 8, 2012  
Page 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-27-2011 | Katherine Stadler | Review and revise draft report, checking all exhibits and completing report for service. | 3.40 | 1,462.00 |
| 06-05-2011 | Brady C. Williamson | Initial review of additional seventh interim application. | 0.40 | 210.00 |
| 06-10-2011 | Monica Santa Maria | Review response to confidential letter report and begin making notes for reply. | 0.50 | 120.00 |
| 06-10-2011 | Katherine Stadler | Review Curtis Mallet-Prevost response to letter report on sixth interim fee application. | 0.30 | 129.00 |
| 06-20-2011 | Monica Santa Maria | Begin drafting response to June 10 response to confidential letter report. | 1.50 | 360.00 |
| 06-21-2011 | Patricia Wheeler | Telephone conference with Curtis Mallet-Prevost regarding response to confidential letter report. | 0.50 | 142.50 |
| 06-21-2011 | Monica Santa Maria | Conference with Mr. Harrison on outstanding issues for sixth fee application. | 0.50 | 120.00 |
| 06-21-2011 | Monica Santa Maria | Draft memorandum summarizing call with Mr. Harrison regarding outstanding issues. | 0.20 | 48.00 |
| 06-21-2011 | Brady C. Williamson | Review summary of issues and emails. | 0.20 | 105.00 |
| 06-21-2011 | Katherine Stadler | Confer on strategy for continued negotiations and review email on continuing negotiations. | 0.30 | 129.00 |
| 06-29-2011 | Brady C. Williamson | Review fee statement for April. | 0.20 | 105.00 |
| 07-05-2011 | Monica Santa Maria | Review and analyze Curtis Mallet-Prevost's supplementation on entries still questioned in preparation for drafting response. | 2.30 | 552.00 |
| 07-06-2011 | Sally Granec | Review and profile spreadsheet of the seventh fee period to facilitate attorney review. | 0.50 | 87.50 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 07-06-2011 | Zerithea Raiche | Clean and password protect revisions to Curtis Mallet-Prevost's June 30, 2011 response to the sixth fee period report. | 0.40 | 66.00 |
| 07-06-2011 | Monica Santa Maria | Draft and edit response regarding outstanding issues. | 1.70 | 408.00 |
| 07-06-2011 | Katherine Stadler | Review correspondence on Curtis Mallet-Prevost billing discrepancies and reconciliation process, review and edit response to Curtis Mallet-Prevost on sixth interim fee application. | 1.00 | 430.00 |
| 07-11-2011 | Monica Santa Maria | Review email from Mr. Harrison confirming negotiated settlement. | 0.10 | 24.00 |
| 07-20-2011 | Monica Santa Maria | Review fee detail, identifying entries in support of possible objections, with particular focus on Pyxis services. | 4.30 | 1,032.00 |
| 07-21-2011 | Monica Santa Maria | Review fee application narrative in support of analysis of detailed time entries. | 0.50 | 120.00 |
| 07-21-2011 | Monica Santa Maria | Telephone conference with Mr. Olsham, Lehman Brothers, regarding fee application, Pyxis services and staffing levels. | 0.30 | 72.00 |
| 07-21-2011 | Monica Santa Maria | Memorandum summarizing conference call with Mr. Olsham and correspondence related to reviewing fee application. | 0.30 | 72.00 |
| 07-21-2011 | Monica Santa Maria | Continue reviewing fee detail, marking questionable entries in support of possible objections. | 2.10 | 504.00 |
| 07-21-2011 | Katherine Stadler | Conference and e-mail on Pyxis matter and related billing inquiry. | 0.40 | 172.00 |
| 07-22-2011 | Monica Santa Maria | Draft stipulation to resolve sixth interim period application. | 0.20 | 48.00 |

Matter Number: 009878-016I  March 8, 2012
Invoice No.: 554841  Page 6

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-26-2011 | Monica Santa Maria | Edit stipulation to resolve sixth interim application and forward to Curtis Mallet-Prevost, conference call with Ms. Giglio regarding miscalculation and edit stipulation to correct error. | 0.30 | 72.00 |
| 07-27-2011 | Monica Santa Maria | Email correspondence with Ms. Giglio regarding edits to draft stipulation and execution. | 0.10 | 24.00 |
| 07-27-2011 | Brady C. Williamson | Review fee statement. | 0.20 | 105.00 |
| 07-28-2011 | Monica Santa Maria | Continue reviewing time detail, identifying entries in support of possible objections. | 1.00 | 240.00 |
| 07-29-2011 | Monica Santa Maria | Continue fee detail review, identifying entries in support of possible objections. | 2.90 | 696.00 |
| 07-29-2011 | Monica Santa Maria | Review expense detail, identifying entries in support of possible objections. | 0.60 | 144.00 |
| 07-29-2011 | Monica Santa Maria | Begin drafting confidential letter report. | 1.00 | 240.00 |
| 07-29-2011 | Monica Santa Maria | Forward marked fee detail with instructions on exhibit needs. | 0.20 | 48.00 |
| 07-29-2011 | Monica Santa Maria | Correspondence to Ms. Giglio regarding edits to stipulation and execution. | 0.10 | 24.00 |
| 08-01-2011 | Monica Santa Maria | Email and telephone conference with Mr. Harrison on edits to draft stipulation to resolve sixth interim confidential letter report. | 0.20 | 48.00 |
| 08-01-2011 | Katherine Stadler | Review and revise letter report. | 0.60 | 258.00 |
| 08-02-2011 | Monica Santa Maria | Review proposed revisions to sixth interim period stipulation and email to Ms. Hiznay on changes to stipulation. | 0.20 | 48.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-05-2011 | N. Talbott Settle | Complete preparation of the exhibits for forwarding to the professional. | 0.70 | 115.50 |
| 08-05-2011 | N. Talbott Settle | Continue to review and revise exhibits to the report. | 0.60 | 99.00 |
| 08-05-2011 | Monica Santa Maria | Final editing of confidential letter report in advance of sending to Mr. Harrison. | 1.40 | 336.00 |
| 08-05-2011 | Brady C. Williamson | Review and revise letter report. | 0.40 | 210.00 |
| 08-05-2011 | Katherine Stadler | Review and revise draft letter report. | 0.40 | 172.00 |
| 08-05-2011 | Katherine Stadler | Final review of draft letter report. | 0.40 | 172.00 |
| 08-24-2011 | Monica Santa Maria | Prepare memorandum regarding sixth interim stipulation. | 0.10 | 24.00 |
| 08-24-2011 | Monica Santa Maria | Conference with Mr. Harrison regarding sixth interim stipulation. | 0.10 | 24.00 |
| 08-24-2011 | Monica Santa Maria | Edit stipulation and forward to Mr. Harrison. | 0.30 | 72.00 |
| 08-24-2011 | Katherine Stadler | Review correspondence with Mr. Harrison and stipulation resolving sixth interim application. | 0.20 | 86.00 |
| 08-24-2011 | Katherine Stadler | Review memorandum on resolution of sixth interim fee application. | 0.10 | 43.00 |
| 08-25-2011 | Monica Santa Maria | Conference with Mr. Harrison and Ms. Giglio regarding letter report. | 0.20 | 48.00 |
| 08-25-2011 | Monica Santa Maria | Prepare memorandum summarizing communications with Mr. Harrison on issues raised in letter report. | 0.10 | 24.00 |

Matter Number: 009878-016I  March 8, 2012
Invoice No.: 554841  Page 8

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-25-2011 | Katherine Stadler | Review memorandum on status of negotiations with Mr. Harrison. | 0.20 | 86.00 |
| 08-30-2011 | Monica Santa Maria | Voicemail and conference with Mr. Harrison on response deadline extension for report. | 0.20 | 48.00 |
| | | Total Fees | $ | 16,421.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **16,421.00** |

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

08-13555-mg    Doc 27724-23    Filed 05/04/12    Entered 05/04/12 16:34:18    Exhibit
C-016I    Pg 11 of 11

Matter Number: 009878-016I  
Invoice No.: 554841

March 8, 2012  
Page 9

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| ZERITHEA RAICHE | Paralegal | 0.90 | 165.00 | 148.50 |
| N. TALBOTT SETTLE | Paralegal | 13.10 | 165.00 | 2,161.50 |
| SALLY GRANEC | Paralegal | 0.50 | 175.00 | 87.50 |
| **Paralegal Total** | | **14.50** | | **2,397.50** |
| PATRICIA WHEELER | Associate | 1.40 | 285.00 | 399.00 |
| MONICA SANTA MARIA | Associate | 29.80 | 240.00 | 7,152.00 |
| **Associate Total** | | **31.20** | | **7,551.00** |
| BRADY C. WILLIAMSON | Shareholder | 2.50 | 525.00 | 1,312.50 |
| KATHERINE STADLER | Shareholder | 12.00 | 430.00 | 5,160.00 |
| **Shareholder Total** | | **14.50** | | **6,472.50** |
| **TIMEKEEPER TOTALS** | | **60.20** | | **$16,421.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*