# **EXHIBIT C-16J**

## **Dechert LLP**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.     554842

Re:    Dechert LLP                           Matter No.     009878-016J

Billing Attorney:
Brady C. Williamson

|  |  |  |
|---|---|---|
| Invoice Total | $ | 6,044.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **6,044.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.   BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714   SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:    Dechert LLP

Invoice No.    554842
Matter No.    009878-016J

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-02-2011 | Brady C. Williamson | Review budget. | 0.10 | 52.50 |
| 05-05-2011 | Brady C. Williamson | Review monthly statement. | 0.20 | 105.00 |
| 05-06-2011 | Katherine Stadler | Review communications to and from Dechert on proposed resolution of sixth interim fee application. | 0.30 | 129.00 |
| 05-09-2011 | Patricia Wheeler | Review Dechert response to fee committee's report. | 0.60 | 171.00 |
| 05-12-2011 | Patricia Wheeler | Review Dechert response to report in preparation for telephone conference with Mr. Greer. | 1.60 | 456.00 |
| 05-13-2011 | Patricia Wheeler | Telephone conference with Mr. Greer and Ms. Brody of Dechert regarding response to fee committee report. | 0.30 | 85.50 |
| 05-13-2011 | Patricia Wheeler | Review Dechert response to fee committee report in preparation for telephone conference. | 0.50 | 142.50 |
| 05-13-2011 | Monica Santa Maria | Review report and professional's response in preparation for telephone conference with Mr. Greer. | 0.80 | 192.00 |

Matter Number: 009878-016J  March 8, 2012
Invoice No.: 554842  Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-13-2011 | Monica Santa Maria | Conference with Mr. Greer and Ms. Brody regarding possible settlement to issues raised in report. | 0.30 | 72.00 |
| 05-25-2011 | Brady C. Williamson | Review monthly fee statement and budget. | 0.10 | 52.50 |
| 06-03-2011 | Brady C. Williamson | Review monthly statement. | 0.10 | 52.50 |
| 06-07-2011 | Monica Santa Maria | Draft stipulation to resolve second interim fee application. | 0.20 | 48.00 |
| 07-05-2011 | Monica Santa Maria | Follow-up regarding fee committee consent to amend language in the draft stipulation. | 0.10 | 24.00 |
| 07-06-2011 | Sally Granec | Review and profile spreadsheet of the seventh fee period to facilitate attorney review. | 0.50 | 87.50 |
| 07-11-2011 | Zerithea Raiche | Review and revise draft stipulation for Dechert to include footnote on reservation of rights - sixth fee period application. | 0.20 | 33.00 |
| 07-11-2011 | Monica Santa Maria | Email correspondence regarding edit to Dechert stipulation. | 0.10 | 24.00 |
| 07-15-2011 | Patricia Wheeler | Review third interim application. | 3.10 | 883.50 |
| 07-16-2011 | Patricia Wheeler | Review third interim application to prepare confidential letter report. | 3.00 | 855.00 |
| 07-16-2011 | Patricia Wheeler | Prepare letter report for seventh fee period. | 0.90 | 256.50 |
| 07-19-2011 | N. Talbott Settle | Correspondence to Ms. Barbour forwarding spreadsheet for exhibit preparation. | 0.50 | 82.50 |
| 07-20-2011 | N. Talbott Settle | Review exhibits to seventh interim report from BrownGreer. | 0.70 | 115.50 |
| 07-21-2011 | N. Talbott Settle | Correspondence to BrownGreer regarding revisions to exhibits to confidential letter report. | 0.10 | 16.50 |
| 07-23-2011 | Brady C. Williamson | Review additional budget. | 0.10 | 52.50 |

Matter Number: 009878-016J  March 8, 2012
Invoice No.: 554842  Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-24-2011 | Brady C. Williamson | Review and revise report. | 0.20 | 105.00 |
| 07-26-2011 | N. Talbott Settle | Conference regarding exhibits to confidential letter report and fee detail. | 0.30 | 49.50 |
| 07-26-2011 | N. Talbott Settle | Review correspondence regarding revisions to the exhibits. | 0.20 | 33.00 |
| 07-26-2011 | N. Talbott Settle | Prepare spreadsheet and instructions for revisions to exhibits. | 1.20 | 198.00 |
| 07-26-2011 | Katherine Stadler | Review and forward draft letter report to U.S. Trustee's office for review and comment. | 0.30 | 129.00 |
| 07-30-2011 | Zerithea Raiche | Prepare exhibits for use in review of letter report. | 0.10 | 16.50 |
| 07-30-2011 | Monica Santa Maria | Edit report to incorporate suggestions from the U.S. Trustee and for conformity. | 0.40 | 96.00 |
| 08-01-2011 | Monica Santa Maria | Review application to expand retention. | 0.10 | 24.00 |
| 08-01-2011 | Brady C. Williamson | Review supplemental retention application. | 0.20 | 105.00 |
| 08-02-2011 | N. Talbott Settle | Prepare exhibits for professional. | 0.80 | 132.00 |
| 08-02-2011 | N. Talbott Settle | Review report for verification of factual citations and data. | 1.90 | 313.50 |
| 08-02-2011 | Monica Santa Maria | Review proposed edits to confidential letter report based on fact-checking. | 0.30 | 72.00 |
| 08-02-2011 | Brady C. Williamson | Review edits to letter based on U.S. Trustee's comments. | 0.10 | 52.50 |
| 08-02-2011 | Katherine Stadler | Review revised draft of letter report. | 0.10 | 43.00 |
| 08-08-2011 | Patricia Wheeler | Telephone conference with Ms. Brody on Dechert's stipulation resolving sixth interim period. | 0.20 | 57.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-08-2011 | Patricia Wheeler | Email correspondence on Dechert's stipulation covering sixth interim period. | 0.30 | 85.50 |
| 08-08-2011 | Monica Santa Maria | Telephone and email correspondence with Ms. Brody on stipulation to resolve sixth interim fee period issues. | 0.30 | 72.00 |
| 08-08-2011 | Katherine Stadler | Review correspondence on sixth interim fee application. | 0.10 | 43.00 |
| 08-12-2011 | Patricia Wheeler | Complete stipulation on sixth interim period. | 0.30 | 85.50 |
| 08-12-2011 | Patricia Wheeler | Email correspondence with Ms. Brody on stipulation resolving sixth period. | 0.10 | 28.50 |
| 08-24-2011 | Monica Santa Maria | Review and consider response to letter report. | 0.30 | 72.00 |
| 08-24-2011 | Brady C. Williamson | Review response and conference on effect on recommendations. | 0.30 | 157.50 |
| 08-26-2011 | Patricia Wheeler | Review response of Dechert to report on seventh fee period. | 0.30 | 85.50 |

|  |  |  |
|---|---|---|
| Total Fees | $ | 6,044.50 |
| Total Disbursements | $ | 0.00 |
| **Total For This Invoice** | **$** | **6,044.50** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 0.30 | 165.00 | 49.50 |
| N. TALBOTT SETTLE | Paralegal | 5.70 | 165.00 | 940.50 |
| SALLY GRANEC | Paralegal | 0.50 | 175.00 | 87.50 |
| **Paralegal Total** | | **6.50** | | **1,077.50** |
| PATRICIA WHEELER | Associate | 11.20 | 285.00 | 3,192.00 |
| MONICA SANTA MARIA | Associate | 2.90 | 240.00 | 696.00 |
| **Associate Total** | | **14.10** | | **3,888.00** |
| BRADY C. WILLIAMSON | Shareholder | 1.40 | 525.00 | 735.00 |
| KATHERINE STADLER | Shareholder | 0.80 | 430.00 | 344.00 |
| **Shareholder Total** | | **2.20** | | **1,079.00** |
| **TIMEKEEPER TOTALS** | | **22.80** | | **$6,044.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*