# EXHIBIT C-16M

## Duff & Phelps



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL・414.273.3500  FAX・414.273.5198
www・GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

| | |
|---|---|
| Invoice No. | 554844 |
| Matter No. | 009878-016M |

Re:    Duff & Phelps

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 1,773.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **1,773.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500  FAX • 414.273.5198
www.GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.     554844
Re:   Duff & Phelps                                          Matter No.      009878-016M

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-02-2011 | Monica Santa Maria | Voicemail to Mr. Leiwant regarding lack of response to report. | 0.10 | 24.00 |
| 05-02-2011 | Katherine Stadler | Conference on status of Duff & Phelps negotiations. | 0.20 | 86.00 |
| 05-03-2011 | Monica Santa Maria | Telephone conference with Mr. Leiwant regarding process for resolving contested issues related to the fifth interim application and fee applications from prior periods. | 0.40 | 96.00 |
| 05-03-2011 | Monica Santa Maria | Voicemail to Mr. Leiwant regarding response to report. | 0.10 | 24.00 |
| 05-04-2011 | Katherine Stadler | Review status of negotiations and communication from Mr. Pfeiffer. | 0.70 | 301.00 |
| 05-17-2011 | Katherine Stadler | Review article on new accounting standards arising from Chapter 11 Examiner process. | 0.30 | 129.00 |
| 05-20-2011 | Katherine Stadler | E-mail exchange with Mr. Leiwant on upcoming meeting. | 0.10 | 43.00 |
| 05-24-2011 | Katherine Stadler | Meeting with Mr. Pfeiffer on proposed resolution of prior fee applications. | 0.90 | 387.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-26-2011 | Monica Santa Maria | Review and consider memorandum from Mr. Pfeiffer outlining proposal for resolving prior fee committee disallowances for prior periods. | 0.30 | 72.00 |
| 05-26-2011 | Katherine Stadler | Review communication from Mr. Leiwant on proposed final fee application. | 1.30 | 559.00 |
| 07-23-2011 | Brady C. Williamson | Telephone call from Mr. Gitlin on professional's final application. | 0.10 | 52.50 |
|  |  | Total Fees | $ | 1,773.50 |
|  |  | Total Disbursements | $ | 0.00 |
|  |  | **Total For This Invoice** | **$** | **1,773.50** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| MONICA SANTA MARIA | Associate | 0.90 | 240.00 | 216.00 |
| **Associate Total** | | **0.90** | | **216.00** |
| BRADY C. WILLIAMSON | Shareholder | 0.10 | 525.00 | 52.50 |
| KATHERINE STADLER | Shareholder | 3.50 | 430.00 | 1,505.00 |
| **Shareholder Total** | | **3.60** | | **1,557.50** |
| **TIMEKEEPER TOTALS** | | **4.50** | | **$1,773.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*