# **EXHIBIT C-16O**

**FTI Consulting, Inc.**



**GODFREY KAHN S.C.**

780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL • 414.273.3500   FAX • 414.273.5198
www.GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

|  |  |
|---|---|
| Invoice No. | 554847 |
| Matter No. | 009878-016O |

Re:   FTI Consulting, Inc.

Billing Attorney:
Brady C. Williamson

|  |  |
|---|---|
| Invoice Total | $    16,531.00 |
| Prior Balance Due | $           0.00 |
| **Total Amount Now Due** | **$    16,531.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:    FTI Consulting, Inc.

Invoice No.     554847
Matter No.      009878-016O

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-04-2011 | Carla Andres | Exchange e-mails with Ms. Korsman and Mr. Eisenband on conference call. | 0.20 | 70.00 |
| 05-04-2011 | Carla Andres | Review response to report. | 1.20 | 420.00 |
| 05-05-2011 | Carla Andres | Review notes and conference with Mr. Eisenband and Ms. Korsman regarding draft report. | 0.50 | 175.00 |
| 05-19-2011 | Carla Andres | Review amended responses. | 0.60 | 210.00 |
| 05-21-2011 | Carla Andres | Review June budget. | 0.10 | 35.00 |
| 05-23-2011 | Carla Andres | Conference regarding consistency of objections. | 0.40 | 140.00 |
| 05-23-2011 | Carla Andres | Draft correspondence to Mr. Eisenband regarding status of negotiations. | 1.20 | 420.00 |
| 06-01-2011 | Carla Andres | Finish review of FTI Consulting response to complete e-mail to Mr. Eisenband. | 1.10 | 385.00 |
| 06-09-2011 | Carla Andres | E-mail with Ms. Hain regarding conference call. | 0.10 | 35.00 |
| 06-11-2011 | Carla Andres | E-mails with Ms. Hain regarding conference call. | 0.30 | 105.00 |

Matter Number: 009878-016O  
Invoice No.: 554847

March 8, 2012  
Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-14-2011 | Carla Andres | Review file for telephone conference and notes after conference. | 0.40 | 140.00 |
| 06-14-2011 | Carla Andres | Conference with Mr. Eisenband and Ms. Hain regarding settlement and stipulation. | 0.70 | 245.00 |
| 06-17-2011 | Carla Andres | Prepare e-mail to Mr. Eisenband and Ms. Hain regarding Ms. Korsman and BrownGreer requests. | 0.20 | 70.00 |
| 06-21-2011 | Carla Andres | Review e-mail regarding non-delivery of FTI Consulting time detail to BrownGreer, draft response, review e-mail from Ms. Hain regarding fee detail. | 0.30 | 105.00 |
| 06-21-2011 | Zerithea Raiche | Prepare email on contact at FTI Consulting on transmittal of fee detail to BrownGreer for seventh fee period application. | 0.10 | 16.50 |
| 06-24-2011 | Carla Andres | Review revised comments from Mr. Eisenband on multiple attendees. | 0.20 | 70.00 |
| 06-28-2011 | Sally Granec | Review and profile to the system spreadsheet of the seventh fee period to facilitate attorney review, circulate spreadsheet. | 0.50 | 87.50 |
| 07-06-2011 | Carla Andres | Document review and preparation for conference call. | 0.40 | 140.00 |
| 07-06-2011 | Carla Andres | Conference with Ms. Hain and Mr. Eisenband on pending issues. | 0.40 | 140.00 |
| 07-06-2011 | Carla Andres | Draft stipulation. | 0.60 | 210.00 |
| 07-06-2011 | Sally Granec | Review and profile spreadsheet of the seventh fee period to facilitate attorney review. | 0.50 | 87.50 |
| 07-19-2011 | Carla Andres | Begin review of seventh interim fee detail. | 2.10 | 735.00 |
| 07-23-2011 | Carla Andres | Review time detail for interim fee application. | 3.30 | 1,155.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-03-2011 | Carla Andres | Review time and expense detail. | 0.70 | 245.00 |
| 08-04-2011 | Carla Andres | Begin drafting letter report. | 0.60 | 210.00 |
| 08-04-2011 | Carla Andres | Review fee detail and application. | 1.90 | 665.00 |
| 08-04-2011 | Peggy Barlett | Telephone conference on status of reports, review of FTI Consulting fee detail and template language. | 0.30 | 67.50 |
| 08-05-2011 | Peggy Barlett | Review seventh period fee detail, identifying objectionable entries. | 2.20 | 495.00 |
| 08-07-2011 | Carla Andres | Continue time detail review. | 3.00 | 1,050.00 |
| 08-07-2011 | Carla Andres | Mark expense detail for creation of exhibit. | 1.10 | 385.00 |
| 08-07-2011 | Peggy Barlett | Review e-mails regarding review of fee detail, updated exhibit key and specific issues with certain FTI Consulting timekeepers. | 0.40 | 90.00 |
| 08-07-2011 | Peggy Barlett | Revise draft of letter to incorporate the U.S. Trustee's latest revisions. | 0.60 | 135.00 |
| 08-07-2011 | Peggy Barlett | Continue reviewing fee detail for seventh period, identifying objectionable entries. | 1.70 | 382.50 |
| 08-08-2011 | Carla Andres | Conference regarding letter report and time detail review. | 0.30 | 105.00 |
| 08-08-2011 | Peggy Barlett | Conference on status of final reports for seventh fee period and status of FTI Consulting fee detail review, particularly specific categories of objections. | 0.30 | 67.50 |
| 08-08-2011 | Peggy Barlett | Revise FTI Consulting letter report to incorporate comments. | 0.20 | 45.00 |
| 08-08-2011 | Peggy Barlett | Telephone conference regarding exhibit review for FTI Consulting and objection categories. | 0.30 | 67.50 |
| 08-08-2011 | Peggy Barlett | Additional revisions to letter to incorporate template language. | 0.30 | 67.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-08-2011 | Peggy Barlett | Review comments on objectionable entries and revise exhibits accordingly. | 0.40 | 90.00 |
| 08-09-2011 | Zerithea Raiche | Prepare spreadsheet for preparation of exhibits to seventh fee period report. | 6.20 | 1,023.00 |
| 08-09-2011 | Peggy Barlett | Conference regarding revisions to objectionable entries in fee detail. | 0.10 | 22.50 |
| 08-10-2011 | Carla Andres | Telephone conference regarding status of reports and feedback from committee on specific issues. | 0.20 | 70.00 |
| 08-11-2011 | Zerithea Raiche | Revise expense spreadsheet. | 3.10 | 511.50 |
| 08-11-2011 | Peggy Barlett | Prepare correspondence on FTI Consulting's expenses, particularly designation of hard drive expense requests and preparation of exhibits for seventh report. | 0.10 | 22.50 |
| 08-11-2011 | Peggy Barlett | Telephone conference regarding exhibit designations for expenses only and issues with review for completion of spreadsheet of exhibits. | 0.20 | 45.00 |
| 08-14-2011 | Zerithea Raiche | Revise expense spreadsheet for use in preparing exhibits. | 3.20 | 528.00 |
| 08-16-2011 | Carla Andres | Draft letter report. | 3.20 | 1,120.00 |
| 08-16-2011 | Carla Andres | Telephone conference with Ms. Hain regarding Mr. Ulin, rate increases, and sixth interim stipulation. | 0.30 | 105.00 |
| 08-16-2011 | Peggy Barlett | Conference on objectionable entries and preparation of report. | 0.20 | 45.00 |
| 08-16-2011 | Peggy Barlett | Review and revise draft seventh fee period report. | 2.40 | 540.00 |
| 08-16-2011 | Peggy Barlett | Additional updates in template language of report. | 0.40 | 90.00 |

08-13555-mg     Doc 27724-28     Filed 05/04/12     Entered 05/04/12 16:34:18     Exhibit
C-016O     Pg 7 of 9

Matter Number: 009878-016O
Invoice No.: 554847

March 8, 2012
Page 5

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-19-2011 | Carla Andres | Review draft letter and e-mail comments on draft request and status of U.S. Trustee review of draft report. | 0.30 | 105.00 |
| 08-22-2011 | Brady C. Williamson | Review and revise report. | 0.40 | 210.00 |
| 08-22-2011 | Katherine Stadler | Review and revise draft report. | 0.90 | 387.00 |
| 08-23-2011 | Brady C. Williamson | Review and revise report. | 0.70 | 367.50 |
| 08-23-2011 | Katherine Stadler | Review and revise draft letter report, forwarding to U.S. Trustee's office for comment. | 0.60 | 258.00 |
| 08-25-2011 | Carla Andres | Review comments from U.S. Trustee on draft report. | 0.20 | 70.00 |
| 08-26-2011 | Carla Andres | Review and respond to e-mails on letter report status, conference regarding U.S. Trustee's comments. | 0.30 | 105.00 |
| 08-26-2011 | Zerithea Raiche | Revise exhibits to seventh fee period report. | 3.10 | 511.50 |
| 08-26-2011 | Peggy Barlett | Review and respond to e-mail regarding U.S. Trustee's revisions. | 0.20 | 45.00 |
| 08-28-2011 | Zerithea Raiche | Revise calculations on time increments and verify against each time entry. | 1.30 | 214.50 |
| 08-28-2011 | Peggy Barlett | Prepare correspondence regarding multiple attendees and other comments from U.S. Trustee to report. | 0.10 | 22.50 |
| 08-29-2011 | Peggy Barlett | Review exhibits and send comments for revision. | 1.20 | 270.00 |
| 08-29-2011 | Peggy Barlett | Revise report to include U.S. Trustee's revisions and final reductions from exhibits. | 0.80 | 180.00 |
| 08-30-2011 | Carla Andres | Final review and execution of FTI Consulting report and final exhibits. | 0.30 | 105.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-30-2011 | Zerithea Raiche | Prepare exhibits to seventh fee period report for transmittal to Mr. Eisenband. | 0.70 | 115.50 |
| 08-30-2011 | Zerithea Raiche | Prepare email to Mr. Eisenband with seventh fee period report and exhibits. | 0.20 | 33.00 |
| 08-30-2011 | Peggy Barlett | Prepare correspondence on completion of report and status. | 0.20 | 45.00 |
| | | **Total Fees** | $ | 16,531.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **16,531.00** |

GODFREY & KAHN IS A MEMBER OF TERRALEX® , A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Matter Number: 009878-016O                                                                 March 8, 2012
Invoice No.: 554847                                                                             Page 7

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| CARLA ANDRES | Special Counsel | 26.70 | 350.00 | 9,345.00 |
| **Special Counsel Total** | | **26.70** | | **9,345.00** |
| ZERITHEA RAICHE | Paralegal | 17.90 | 165.00 | 2,953.50 |
| SALLY GRANEC | Paralegal | 1.00 | 175.00 | 175.00 |
| **Paralegal Total** | | **18.90** | | **3,128.50** |
| PEGGY BARLETT | Associate | 12.60 | 225.00 | 2,835.00 |
| **Associate Total** | | **12.60** | | **2,835.00** |
| BRADY C. WILLIAMSON | Shareholder | 1.10 | 525.00 | 577.50 |
| KATHERINE STADLER | Shareholder | 1.50 | 430.00 | 645.00 |
| **Shareholder Total** | | **2.60** | | **1,222.50** |
| **TIMEKEEPER TOTALS** | | **60.80** | | **$16,531.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*