# **EXHIBIT C-16P**

**Gibson Dunn & Crutcher LLP**



Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

    March 8, 2012

Re:    Gibson Dunn & Crutcher LLP

Invoice No.    554848
Matter No.    009878-016P

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 15,212.00 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **15,212.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:    Gibson Dunn & Crutcher LLP

Invoice No.    554848
Matter No.    009878-016P

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-05-2011 | Monica Santa Maria | Email correspondence with Mr. Graves on response to report. | 0.10 | 24.00 |
| 05-06-2011 | Katherine Stadler | Review correspondence from Gibson Dunn in response to draft report. | 0.40 | 172.00 |
| 05-11-2011 | Monica Santa Maria | Review response to report. | 0.40 | 96.00 |
| 05-11-2011 | Monica Santa Maria | Case law research regarding joint representation issues for Gibson Dunn. | 0.70 | 168.00 |
| 05-17-2011 | Monica Santa Maria | Conferences with Mr. Graves and Mr. Horowitz regarding possible extension of the negotiation and objection deadlines. | 0.20 | 48.00 |
| 05-17-2011 | Brady C. Williamson | Review email on disclosure question. | 0.10 | 52.50 |
| 05-25-2011 | Monica Santa Maria | Begin drafting response to partial settlement offer. | 5.00 | 1,200.00 |
| 05-26-2011 | Monica Santa Maria | Edit draft response to settlement offer. | 1.40 | 336.00 |
| 05-26-2011 | Brady C. Williamson | Review and revise Gibson Dunn letter. | 0.70 | 367.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-26-2011 | Katherine Stadler | Review and revise draft Gibson Dunn letter on disclosure issues, forwarding to fee committee for consideration. | 0.90 | 387.00 |
| 06-01-2011 | Patricia Wheeler | Review response to Gibson Dunn addressing issue of disclosures. | 0.80 | 228.00 |
| 06-01-2011 | Monica Santa Maria | Email correspondence with Mr. Horowitz regarding April monthly fee statement. | 0.10 | 24.00 |
| 06-01-2011 | Brady C. Williamson | Conference on open application issues and telephone call from U.S. Trustee's office. | 0.20 | 105.00 |
| 06-01-2011 | Katherine Stadler | Telephone conference with Ms. Hope Davis, U.S. Trustee, on revisions to Gibson Dunn letter. | 0.20 | 86.00 |
| 06-02-2011 | Monica Santa Maria | Review and edit draft response regarding outstanding issues. | 0.10 | 24.00 |
| 06-02-2011 | Brady C. Williamson | Additional revisions to correspondence on open issues. | 0.20 | 105.00 |
| 06-03-2011 | Monica Santa Maria | Review proposed edits from U.S. Trustee's office and edit response letter. | 0.70 | 168.00 |
| 06-03-2011 | Katherine Stadler | Review U.S. Trustee's proposed revisions to draft letter to Gibson Dunn and confer on substantive revisions. | 0.40 | 172.00 |
| 06-05-2011 | Brady C. Williamson | Review and revise correspondence. | 0.80 | 420.00 |
| 06-06-2011 | Monica Santa Maria | Edit response letter regarding open issues and forward to Mr. McArdle and Mr. Horowitz. | 1.00 | 240.00 |
| 06-06-2011 | Katherine Stadler | Review and revise latest correspondence to retained professional on disclosure issues and sixth interim fee application. | 0.70 | 301.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-13-2011 | Monica Santa Maria | Conferences with Mr. Horowitz regarding disclosure issues and time increments analysis and follow-up communication. | 0.20 | 48.00 |
| 06-15-2011 | Monica Santa Maria | Conference with Mr. Horowitz regarding disclosures related to third-party fees. | 0.10 | 24.00 |
| 06-20-2011 | Monica Santa Maria | Telephone conference with Mr. Horowitz regarding time increments issue and disclosure updates. | 0.60 | 144.00 |
| 06-20-2011 | Monica Santa Maria | Conference regarding outstanding disclosure issues and next steps in light of call from Mr. Horowitz. | 0.20 | 48.00 |
| 06-22-2011 | Monica Santa Maria | Conference with Mr. Horowitz regarding time increments issue. | 0.20 | 48.00 |
| 06-22-2011 | Monica Santa Maria | Conference with Mr. Horowitz regarding outstanding disclosure issues. | 0.30 | 72.00 |
| 06-23-2011 | Brady C. Williamson | Review February fee statement. | 0.30 | 157.50 |
| 06-27-2011 | Monica Santa Maria | Conference with Mr. McArdle regarding outstanding time increments issues. | 0.30 | 72.00 |
| 06-27-2011 | Monica Santa Maria | Conferences regarding outstanding disclosure and time increment issues. | 0.20 | 48.00 |
| 06-30-2011 | Monica Santa Maria | Review and consider response from Gibson Dunn to outstanding issues. | 1.10 | 264.00 |
| 06-30-2011 | Brady C. Williamson | Email from LBHI on Gibson Dunn payment. | 0.20 | 105.00 |
| 06-30-2011 | Brady C. Williamson | Review fee statement. | 0.30 | 157.50 |
| 06-30-2011 | Katherine Stadler | Review Gibson Dunn response and conference on strategy for resolving open issues. | 0.90 | 387.00 |

Matter Number: 009878-016P  
Invoice No.: 554848

March 8, 2012  
Page 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-01-2011 | Monica Santa Maria | Draft response regarding outstanding issues. | 2.10 | 504.00 |
| 07-01-2011 | Brady C. Williamson | Review and revise letter to Gibson Dunn. | 0.60 | 315.00 |
| 07-06-2011 | Sally Granec | Review spreadsheet of the seventh fee period to facilitate attorney review. | 0.50 | 87.50 |
| 07-06-2011 | Monica Santa Maria | Edit response to Mr. McArdle regarding outstanding issues. | 0.30 | 72.00 |
| 07-06-2011 | Monica Santa Maria | Conference with Mr. Horowitz regarding response letter and possible extension to negotiation period. | 0.10 | 24.00 |
| 07-06-2011 | Monica Santa Maria | Email regarding response letter and possible extension to negotiation period. | 0.10 | 24.00 |
| 07-06-2011 | Brady C. Williamson | Review latest correspondence. | 0.30 | 157.50 |
| 07-06-2011 | Katherine Stadler | Conference on status of negotiations with Gibson Dunn, review and edit correspondence and follow up e-mail exchange on further negotiations. | 1.70 | 731.00 |
| 07-08-2011 | Monica Santa Maria | Email correspondence with Mr. Horowitz regarding extension of time to resolve outstanding issues. | 0.40 | 96.00 |
| 07-08-2011 | Katherine Stadler | Conference on Gibson Dunn discussions, review Mr. Horowitz's most recent e-mail communication and re-draft response. | 0.40 | 172.00 |
| 07-09-2011 | Brady C. Williamson | Review email exchanges with professional. | 0.40 | 210.00 |
| 07-10-2011 | Monica Santa Maria | Review email from Mr. Horowitz providing further explanation of time increments issue. | 0.10 | 24.00 |

Matter Number: 009878-016P  
Invoice No.: 554848

March 8, 2012  
Page 5

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-12-2011 | Monica Santa Maria | Conference with Mr. Horowitz regarding firm's position on time increments issue. | 0.10 | 24.00 |
| 07-14-2011 | Monica Santa Maria | Draft letter to Gibson Dunn regarding fee committee decision to object if consensual resolution not reached. | 0.20 | 48.00 |
| 07-15-2011 | Monica Santa Maria | Review email correspondence to Mr. Horowitz and Mr. McArdle regarding fee committee authorization for objection. | 0.10 | 24.00 |
| 07-15-2011 | Brady C. Williamson | Review follow up correspondence on fee committee's decisions. | 0.20 | 105.00 |
| 07-15-2011 | Katherine Stadler | E-mail to Mr. Horowitz and Mr. McArdle on results of fee committee discussion on time increments issue and telephone conference with Mr. Horowitz. | 0.70 | 301.00 |
| 07-18-2011 | Monica Santa Maria | Review email summarizing settlement discussions. | 0.10 | 24.00 |
| 07-18-2011 | Brady C. Williamson | Review email summary on disagreements and resolution. | 0.30 | 157.50 |
| 07-18-2011 | Katherine Stadler | Telephone conference with Mr. McArdle on status of fee application negotiations and possible resolution. | 0.30 | 129.00 |
| 07-18-2011 | Katherine Stadler | E-mail to Mr. Gitlin on status of Gibson Dunn discussions and obtain recommendation from Mr. Gitlin on final resolution. | 0.20 | 86.00 |
| 07-19-2011 | Monica Santa Maria | Confirm total reductions for third fee application by email. | 0.10 | 24.00 |
| 07-19-2011 | Katherine Stadler | E-mail exchange with Mr. McArdle on settlement. | 0.10 | 43.00 |

08-13555-mg   Doc 27724-29   Filed 05/04/12   Entered 05/04/12 16:34:18   Exhibit
C-016P   Pg 8 of 11

Matter Number: 009878-016P  
Invoice No.: 554848

March 8, 2012  
Page 6

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-20-2011 | Monica Santa Maria | Review email from Mr. Horowitz regarding payment of holdback pending court approval of sixth interim fee stipulation. | 0.10 | 24.00 |
| 07-20-2011 | Monica Santa Maria | Email to Mr. Horowitz regarding timing of draft stipulation being prepared and forwarded. | 0.10 | 24.00 |
| 07-21-2011 | Katherine Stadler | Review e-mail from Mr. Horowitz on payment of holdbacks. | 0.10 | 43.00 |
| 07-21-2011 | Katherine Stadler | Review fifth interim compensation order and related correspondence with Gibson Dunn on scheduled amounts to be paid. | 0.60 | 258.00 |
| 07-21-2011 | Katherine Stadler | E-mail to Mr. Horowitz on schedule issues. | 0.20 | 86.00 |
| 07-21-2011 | Katherine Stadler | E-mail to Mr. Mieghan responding to his inquiry on discrepancy in Gibson Dunn data. | 0.20 | 86.00 |
| 07-22-2011 | Monica Santa Maria | Draft stipulation to resolve sixth interim period confidential letter report. | 0.50 | 120.00 |
| 07-25-2011 | Monica Santa Maria | Email correspondence to Mr. Horowitz regarding status of stipulation. | 0.10 | 24.00 |
| 07-28-2011 | Monica Santa Maria | Conferences with Mr. Horowitz regarding soon-to-be-filed amendments and supplements to third and fourth fee applications. | 0.20 | 48.00 |
| 07-28-2011 | Monica Santa Maria | Email regarding amendments to third and fourth fee applications. | 0.10 | 24.00 |
| 07-28-2011 | Brady C. Williamson | Review Gibson Dunn email exchange. | 0.20 | 105.00 |
| 07-29-2011 | Monica Santa Maria | Email correspondence with Mr. Horowitz regarding executing stipulation. | 0.10 | 24.00 |
| 08-01-2011 | Zerithea Raiche | Prepare and file stipulation on sixth fee period application. | 0.30 | 49.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-01-2011 | Monica Santa Maria | Email correspondence with Mr. Horowitz on June fee statement. | 0.10 | 24.00 |
| 08-02-2011 | Monica Santa Maria | Email correspondence with Mr. Horowitz on forwarding electronic data for amended fee application. | 0.10 | 24.00 |
| 08-04-2011 | N. Talbott Settle | Review and profile to the system spreadsheet of the seventh fee period to facilitate review. | 0.30 | 49.50 |
| 08-08-2011 | N. Talbott Settle | Review correspondence from Ms. Barbour, BrownGreer, forwarding professional data without reductions and prepare for review. | 0.40 | 66.00 |
| 08-08-2011 | Monica Santa Maria | Email and telephone correspondence with Mr. Horowitz regarding extension to file fifth fee application. | 0.20 | 48.00 |
| 08-08-2011 | Monica Santa Maria | Review amended fourth fee application and certifications. | 0.50 | 120.00 |
| 08-08-2011 | Monica Santa Maria | Begin reviewing fee detail. | 0.60 | 144.00 |
| 08-08-2011 | Katherine Stadler | Review correspondence on timing of fifth interim fee application. | 0.20 | 86.00 |
| 08-09-2011 | Monica Santa Maria | Continue reviewing fee detail, identifying entries in support of possible objections. | 2.00 | 480.00 |
| 08-10-2011 | Monica Santa Maria | Review expense detail, identifying questionable entries. | 0.20 | 48.00 |
| 08-10-2011 | Monica Santa Maria | Review email from Mr. Horowitz explaining connection between Gibson Dunn and PricewaterhouseCoopers. | 0.10 | 24.00 |
| 08-10-2011 | Monica Santa Maria | Organize entries marked in support of possible objections in preparation for drafting report. | 0.80 | 192.00 |
| 08-10-2011 | Monica Santa Maria | Begin drafting report, with particular attention to summary of sixth interim concerns, billing activities, and rate increases. | 4.00 | 960.00 |

Matter Number: 009878-016P  March 8, 2012
Invoice No.: 554848  Page 8

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-11-2011 | Monica Santa Maria | Continue drafting report on fourth fee application. | 1.50 | 360.00 |
| 08-12-2011 | N. Talbott Settle | Prepare spreadsheet for preparation of report exhibits. | 0.20 | 33.00 |
| 08-13-2011 | N. Talbott Settle | Continue review and preparation of spreadsheet of exhibits. | 2.30 | 379.50 |
| 08-13-2011 | Brady C. Williamson | Review and revise report. | 0.60 | 315.00 |
| 08-15-2011 | N. Talbott Settle | Review report exhibits. | 0.20 | 33.00 |
| 08-15-2011 | Katherine Stadler | Review and revise draft letter report. | 1.00 | 430.00 |
| 08-18-2011 | N. Talbott Settle | Review of the exhibits and letter report to verify of citations and data. | 2.20 | 363.00 |
| 08-18-2011 | Monica Santa Maria | Conference on exhibit preparation. | 0.10 | 24.00 |
| 08-19-2011 | N. Talbott Settle | Verify data for non-compensable billing and specific timekeepers. | 1.30 | 214.50 |
| 08-19-2011 | N. Talbott Settle | Revise Exhibit A to report. | 0.50 | 82.50 |
| 08-19-2011 | Monica Santa Maria | Conference on exhibit preparation. | 0.10 | 24.00 |
| 08-23-2011 | Monica Santa Maria | Email Mr. Horowitz on report for sixth interim period. | 0.10 | 24.00 |
| 08-23-2011 | Monica Santa Maria | Conference with Mr. Horowitz on currency exchange calculations for seventh interim fee application. | 0.10 | 24.00 |
| 08-23-2011 | Katherine Stadler | E-mail to U.S. Trustee's office following up on draft letter report to Gibson Dunn. | 0.10 | 43.00 |
| | | **Total Fees** | $ | 15,212.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **15,212.00** |

Matter Number: 009878-016P  
Invoice No.: 554848

March 8, 2012  
Page 9

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 0.30 | 165.00 | 49.50 |
| N. TALBOTT SETTLE | Paralegal | 7.40 | 165.00 | 1,221.00 |
| SALLY GRANEC | Paralegal | 0.50 | 175.00 | 87.50 |
| **Paralegal Total** | | **8.20** | | **1,358.00** |
| PATRICIA WHEELER | Associate | 0.80 | 285.00 | 228.00 |
| MONICA SANTA MARIA | Associate | 28.30 | 240.00 | 6,792.00 |
| **Associate Total** | | **29.10** | | **7,020.00** |
| BRADY C. WILLIAMSON | Shareholder | 5.40 | 525.00 | 2,835.00 |
| KATHERINE STADLER | Shareholder | 9.30 | 430.00 | 3,999.00 |
| **Shareholder Total** | | **14.70** | | **6,834.00** |
| **TIMEKEEPER TOTALS** | | **52.00** | | **$15,212.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*