# EXHIBIT C-16Q

## Houlihan, Lokey Howard



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL• 414.273.3500  FAX• 414.273.5198
www•GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Houlihan, Lokey, Howard

Invoice No.        554849
Matter No.         009878-016Q

Billing Attorney:
Brady C. Williamson

|  |  |  |
|---|---|---|
| Invoice Total | $ | 5,672.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **5,672.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:    Houlihan, Lokey, Howard

Invoice No.    554849
Matter No.    009878-016Q

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-09-2011 | N. Talbott Settle | Update the file with correspondence regarding March billing. | 0.20 | 33.00 |
| 06-03-2011 | Brady C. Williamson | Initial review of seventh interim application. | 0.20 | 105.00 |
| 06-14-2011 | Peggy Barlett | Prepare sixth interim fee period stipulation regarding payment to Houlihan, Lokey. | 0.50 | 112.50 |
| 06-15-2011 | Peggy Barlett | Complete stipulation regarding payment to Houlihan, Lokey for sixth interim fee period fees and expenses. | 0.30 | 67.50 |
| 06-24-2011 | N. Talbott Settle | Review and profile to the system spreadsheet of the seventh fee period to facilitate attorney review and circulate spreadsheet. | 0.20 | 33.00 |
| 06-24-2011 | Peggy Barlett | Review correspondence regarding Houlihan, Lokey data for seventh interim period. | 0.10 | 22.50 |
| 07-20-2011 | Peggy Barlett | Review seventh interim fee application. | 3.30 | 742.50 |
| 07-21-2011 | Peggy Barlett | Continue reviewing seventh period expense detail. | 1.60 | 360.00 |

Matter Number: 009878-016Q  
Invoice No.: 554849  

March 8, 2012  
Page 2

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 07-22-2011 | Zerithea Raiche | Prepare spreadsheet for seventh fee period application for exhibit preparation. | 0.90 | 148.50 |
| 07-22-2011 | Peggy Barlett | Prepare confidential letter report for seventh interim fee period. | 1.10 | 247.50 |
| 07-22-2011 | Peggy Barlett | Finish seventh period expense review. | 0.90 | 202.50 |
| 07-24-2011 | Zerithea Raiche | Revise spreadsheet for seventh interim application exhibit preparation. | 1.40 | 231.00 |
| 07-25-2011 | Zerithea Raiche | Prepare and forward exhibit spreadsheets for review. | 0.30 | 49.50 |
| 07-26-2011 | Peggy Barlett | Revise letter to incorporate revisions in template language for all letters. | 0.30 | 67.50 |
| 07-31-2011 | Zerithea Raiche | Revise spreadsheet for exhibit preparation by BrownGreer for the seventh interim fee period application. | 0.60 | 99.00 |
| 08-03-2011 | Carla Andres | Review draft stipulation and revise, draft e-mail to Ms. Comiskey on sixth interim stipulation and order. | 0.40 | 140.00 |
| 08-04-2011 | Carla Andres | Review draft exhibits, review and revise draft letter report and e-mail regarding exhibits and timing. | 0.50 | 175.00 |
| 08-05-2011 | Carla Andres | Review final draft, conference regarding report auditing and e-mail drafts. | 0.30 | 105.00 |
| 08-05-2011 | Zerithea Raiche | Revise spreadsheet for preparation of exhibits to seventh fee period report. | 0.90 | 148.50 |
| 08-05-2011 | Zerithea Raiche | Verify prepared exhibits to seventh fee period report. | 0.60 | 99.00 |
| 08-05-2011 | Brady C. Williamson | Review and revise letter report. | 0.20 | 105.00 |

08-13555-mg    Doc 27724-30    Filed 05/04/12    Entered 05/04/12 16:34:18    Exhibit
C-016Q    Pg 5 of 7

Matter Number: 009878-016Q  
Invoice No.: 554849

March 8, 2012  
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-07-2011 | Zerithea Raiche | Verify calculations for seventh fee period report. | 0.80 | 132.00 |
| 08-07-2011 | Zerithea Raiche | Verify record citations. | 0.60 | 99.00 |
| 08-07-2011 | Peggy Barlett | Review of exhibits for accuracy. | 0.90 | 202.50 |
| 08-07-2011 | Peggy Barlett | Letter to incorporate all U.S. Trustee comments and final amounts. | 0.80 | 180.00 |
| 08-10-2011 | Zerithea Raiche | Revise exhibit calculations to report. | 1.60 | 264.00 |
| 08-10-2011 | Zerithea Raiche | Prepare email with questions on changes to the report. | 0.30 | 49.50 |
| 08-11-2011 | Peggy Barlett | Review correspondence regarding consistency review for Houlihan Lokey and incorporation of edits from U.S. Trustee. | 0.10 | 22.50 |
| 08-11-2011 | Peggy Barlett | Revise seventh fee period report to include all updated amounts. | 0.20 | 45.00 |
| 08-12-2011 | Carla Andres | Review U.S. Trustee's comments and proposed revisions to report and e-mails regarding report. | 0.30 | 105.00 |
| 08-12-2011 | Zerithea Raiche | Verify calculations in seventh fee period report. | 1.70 | 280.50 |
| 08-12-2011 | Zerithea Raiche | Verify record citations in report. | 1.40 | 231.00 |
| 08-12-2011 | Peggy Barlett | Revise Houlihan Lokey report to include current round of U.S. Trustee's revisions. | 0.50 | 112.50 |
| 08-12-2011 | Peggy Barlett | Prepare correspondence on revisions to report and section on rate analysis. | 0.20 | 45.00 |
| 08-15-2011 | N. Talbott Settle | Prepare report exhibits. | 0.40 | 66.00 |
| 08-15-2011 | Zerithea Raiche | Prepare seventh fee period report exhibits for transmittal. | 1.30 | 214.50 |
| 08-15-2011 | Zerithea Raiche | Prepare email to Ms. Davey with seventh fee period report and exhibits. | 0.30 | 49.50 |

Matter Number: 009878-016Q  March 8, 2012
Invoice No.: 554849  Page 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-24-2011 | Carla Andres | Conference with Ms. Davey regarding issues raised in letter report, receive and review follow-up e-mail on airfare expense. | 0.40 | 140.00 |
| 08-24-2011 | Carla Andres | Review letter report in connection with pending telephone conference. | 0.40 | 140.00 |
| | | Total Fees | $ | 5,672.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **5,672.50** |

Matter Number: 009878-016Q  March 8, 2012
Invoice No.: 554849  Page 5

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| CARLA ANDRES | Special Counsel | 2.30 | 350.00 | 805.00 |
| **Special Counsel Total** | | **2.30** | | **805.00** |
| ZERITHEA RAICHE | Paralegal | 12.70 | 165.00 | 2,095.50 |
| N. TALBOTT SETTLE | Paralegal | 0.80 | 165.00 | 132.00 |
| **Paralegal Total** | | **13.50** | | **2,227.50** |
| PEGGY BARLETT | Associate | 10.80 | 225.00 | 2,430.00 |
| **Associate Total** | | **10.80** | | **2,430.00** |
| BRADY C. WILLIAMSON | Shareholder | 0.40 | 525.00 | 210.00 |
| **Shareholder Total** | | **0.40** | | **210.00** |
| **TIMEKEEPER TOTALS** | | **27.00** | | **$5,672.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*