# **EXHIBIT C-16U**

## **Jones Day**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**

TEL • 414.273.3500  FAX • 414.273.5198
www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

                                      March 8, 2012

                                      Invoice No.      554851

Re:   Jones Day                                   Matter No.     009878-016U

                                      Billing Attorney:
                                      Brady C. Williamson

|  | Invoice Total | $ | 21,080.50 |
|---|---|---|---|
|  | Prior Balance Due | $ | 0.00 |
|  | **Total Amount Now Due** | **$** | **21,080.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE: MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL·414.273.3500   FAX·414.273.5198

www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.    554851
Re:   Jones Day                                             Matter No.     009878-016U

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-02-2011 | Monica Santa Maria | Emails with Mr. Barr to schedule a telephone conference to discuss report and Jones Day response. | 0.10 | 24.00 |
| 05-02-2011 | Katherine Stadler | Analysis of issues related to Jones Day's sixth interim fee application. | 1.20 | 516.00 |
| 05-03-2011 | Patricia Wheeler | Review response to report of Jones Day in preparation for conference with Mr. Barr. | 0.50 | 142.50 |
| 05-04-2011 | Monica Santa Maria | Prepare for conference call with Mr. Barr, May 5, including marking entries where supplemental information does not resolve objections. | 0.90 | 216.00 |
| 05-05-2011 | Patricia Wheeler | Telephone conference with Mr. Barr on sixth interim application. | 0.90 | 256.50 |
| 05-05-2011 | Monica Santa Maria | Conferences regarding proposed settlement of issues raised in report. | 0.20 | 48.00 |
| 05-05-2011 | Monica Santa Maria | Complete spreadsheet showing counter-proposal and draft email explaining counter-proposal. | 1.60 | 384.00 |
| 05-05-2011 | Monica Santa Maria | Conference with Mr. Barr on response to report and proposed settlement. | 0.90 | 216.00 |

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-06-2011 | Zerithea Raiche | Prepare revised summary and exhibit for use in negotiations with Jones Day on sixth fee period application. | 0.80 | 132.00 |
| 05-06-2011 | Monica Santa Maria | Edit summary of counter-proposal. | 1.00 | 240.00 |
| 05-06-2011 | Monica Santa Maria | Correspondence on proposed agreement. | 0.40 | 96.00 |
| 05-06-2011 | Monica Santa Maria | Edit chart of proposed settlement. | 0.20 | 48.00 |
| 05-06-2011 | Brady C. Williamson | Review and revise resolution outline for application. | 0.30 | 157.50 |
| 05-06-2011 | Brady C. Williamson | Review related email exchanges. | 0.20 | 105.00 |
| 05-06-2011 | Brady C. Williamson | Review latest submissions - March 2011 statement and exhibits. | 0.40 | 210.00 |
| 05-06-2011 | Brady C. Williamson | Review May budget. | 0.10 | 52.50 |
| 05-06-2011 | Katherine Stadler | Review materials on settlement, fee application, and negotiated resolution. | 0.90 | 387.00 |
| 05-10-2011 | Monica Santa Maria | Two conferences with Mr. Barr regarding time increment deficiencies in seventh interim fee application and reduction for billing activities to sixth interim fee application. | 0.20 | 48.00 |
| 05-10-2011 | Monica Santa Maria | Review email correspondence from Mr. Barr confirming further details of proposed settlement. | 0.10 | 24.00 |
| 05-10-2011 | Monica Santa Maria | Email correspondences on proposal from Mr. Barr regarding voluntary reductions to the seventh interim fee application to correct time increment deficiencies. | 0.40 | 96.00 |
| 05-10-2011 | Brady C. Williamson | Review status of discussions and email exchanges on issue resolution. | 0.30 | 157.50 |

08-13555-mg    Doc 27724-32    Filed 05/04/12    Entered 05/04/12 16:34:18    Exhibit
C-016U    Pg 5 of 13

Matter Number: 009878-016U
Invoice No.: 554851

March 8, 2012
Page 3

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 05-10-2011 | Katherine Stadler | Review and respond to detailed e-mail on Jones Day negotiations and proposed resolution. | 0.30 | 129.00 |
| 05-16-2011 | Monica Santa Maria | Review supplemental information forwarded by Mr. Barr regarding issues outstanding from report and proposed settlement and respond. | 0.30 | 72.00 |
| 05-16-2011 | Brady C. Williamson | Review latest exchange on open issues. | 0.30 | 157.50 |
| 05-17-2011 | Monica Santa Maria | Review email correspondence from Mr. Barr concurring on agreed reduction. | 0.10 | 24.00 |
| 05-31-2011 | Katherine Stadler | E-mail exchange with Mr. Barr on fifth interim fee order and notice issues, investigate same and provide Mr. Barr with affidavit of service and service information. | 0.70 | 301.00 |
| 06-01-2011 | Mary Roufus | Review and save seventh interim fee application to internal website and forward. | 0.20 | 33.00 |
| 06-01-2011 | Monica Santa Maria | Review email communications regarding lack of service of fifth interim compensation order. | 0.10 | 24.00 |
| 06-01-2011 | Monica Santa Maria | Conference with Mr. Barr regarding voluntary reduction to seventh fee application due to time increment issue. | 0.10 | 24.00 |
| 06-01-2011 | Katherine Stadler | E-mail exchange with Mr. Barr and Mr. Meighan on reconciling Jones Day's fifth interim fee payments. | 0.50 | 215.00 |
| 06-02-2011 | Monica Santa Maria | Draft stipulation to resolve sixth interim fee application. | 0.40 | 96.00 |
| 06-02-2011 | Katherine Stadler | Review and revise draft Jones Day stipulation. | 0.40 | 172.00 |
| 06-06-2011 | N. Talbott Settle | Check factual citations in stipulation between Jones Day and fee committee. | 0.80 | 132.00 |

08-13555-mg   Doc 27724-32   Filed 05/04/12   Entered 05/04/12 16:34:18   Exhibit
C-016U    Pg 6 of 13

Matter Number: 009878-016U  
Invoice No.: 554851

March 8, 2012  
Page 4

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 06-06-2011 | Katherine Stadler | Review and revise stipulation resolving sixth interim fee application. | 0.30 | 129.00 |
| 06-06-2011 | Katherine Stadler | Review e-mail from Mr. Barr on adjustments to seventh application. | 0.20 | 86.00 |
| 06-08-2011 | Monica Santa Maria | Edit stipulation to resolve sixth interim fee application. | 0.30 | 72.00 |
| 06-11-2011 | Brady C. Williamson | Initial review of application to expand retention. | 0.30 | 157.50 |
| 06-11-2011 | Brady C. Williamson | Review monthly invoice and budget. | 0.40 | 210.00 |
| 06-13-2011 | N. Talbott Settle | Conference on factual citations in new Jones Day's stipulation. | 0.10 | 16.50 |
| 06-13-2011 | Monica Santa Maria | Forward draft stipulation to Mr. Barr. | 0.10 | 24.00 |
| 06-13-2011 | Monica Santa Maria | Telephone conference with Mr. Barr regarding expanded retention motion and draft stipulation for resolution of sixth fee application, memorandum to file. | 0.20 | 48.00 |
| 06-13-2011 | Monica Santa Maria | Telephone conferences with Mr. Rosenblum regarding motion to expand retention and email to file. | 0.30 | 72.00 |
| 06-13-2011 | Katherine Stadler | Review and discuss Jones Day expanded retention motion and follow-up e-mail. | 0.30 | 129.00 |
| 06-13-2011 | Katherine Stadler | Review e-mail from Mr. Barr on Jones Day stipulation. | 0.10 | 43.00 |
| 06-14-2011 | Monica Santa Maria | Review email communication from Jones Day with proposed edits to draft stipulation. | 0.10 | 24.00 |
| 06-14-2011 | Brady C. Williamson | Review April fee statement. | 0.60 | 315.00 |
| 06-20-2011 | Katherine Stadler | Review redline stipulation and order and forward to Mr. Gitlin with covering e-mail. | 0.20 | 86.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-28-2011 | Sally Granec | Review and profile to the system spreadsheet of the seventh fee period to facilitate attorney review and circulate spreadsheet. | 0.50 | 87.50 |
| 06-28-2011 | Monica Santa Maria | Begin reviewing time detail for seventh interim fee application. | 0.70 | 168.00 |
| 06-29-2011 | Brady C. Williamson | Review retention order. | 0.10 | 52.50 |
| 06-30-2011 | Monica Santa Maria | Begin reviewing seventh interim fee application time detail. | 0.70 | 168.00 |
| 07-01-2011 | Monica Santa Maria | Analyze time entries, noting questioned entries. | 0.70 | 168.00 |
| 07-04-2011 | Monica Santa Maria | Continue analyzing time detail, noting questioned entries. | 1.40 | 336.00 |
| 07-05-2011 | Monica Santa Maria | Continue reviewing fee detail, identifying questioned entries. | 2.10 | 504.00 |
| 07-06-2011 | Monica Santa Maria | Continue reviewing fee detail, identifying questionable entries. | 2.90 | 696.00 |
| 07-07-2011 | Monica Santa Maria | Continue reviewing fee detail. | 2.40 | 576.00 |
| 07-07-2011 | Monica Santa Maria | Email correspondence with Mr. Barr regarding supplemental time detail for Adelphia matters. | 0.20 | 48.00 |
| 07-08-2011 | Zerithea Raiche | Conference on download of Adelphia materials from Jones Day for use in review of seventh fee period application. | 0.10 | 16.50 |
| 07-08-2011 | Zerithea Raiche | Review and password protect confidential Adelphia materials. | 1.90 | 313.50 |
| 07-08-2011 | Monica Santa Maria | Communications with Ms. Perry regarding additional billing detail related to Adelphia matters. | 0.20 | 48.00 |
| 07-10-2011 | Monica Santa Maria | Review expense detail, identifying questionable expenses. | 0.80 | 192.00 |
| 07-10-2011 | Monica Santa Maria | Continue reviewing fee detail, identifying questionable entries. | 1.80 | 432.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-11-2011 | Monica Santa Maria | Complete initial review of fee detail and begin organizing data for potential objections. | 3.50 | 840.00 |
| 07-12-2011 | Zerithea Raiche | Password encrypt invoices for use in the review of Jones Day's seventh fee period application. | 1.20 | 198.00 |
| 07-12-2011 | Monica Santa Maria | Numerous emails to and from with Mr. Barr and Mr. Marks regarding billing for Hudson contract attorneys for document review services to Jones Day. | 0.30 | 72.00 |
| 07-12-2011 | Monica Santa Maria | Continue evaluating time entries with particular focus on possible objections to billing-related services. | 0.80 | 192.00 |
| 07-12-2011 | Monica Santa Maria | Email correspondence with Mr. Barr regarding confidentiality issues for Adelphia fee detail and possible protective order. | 0.10 | 24.00 |
| 07-13-2011 | Monica Santa Maria | Email correspondence with Mr. Marks regarding Hudson contract attorneys and OCP invoicing references in seventh fee application. | 0.10 | 24.00 |
| 07-13-2011 | Monica Santa Maria | Organize questioned time entries in support of objections in preparation for drafting confidential letter report. | 3.30 | 792.00 |
| 07-14-2011 | Monica Santa Maria | Continue drafting letter report with particular emphasis on fees on fees and hearing attendance objections. | 2.50 | 600.00 |
| 07-14-2011 | Monica Santa Maria | Conference with Mr. Barr regarding numerical discrepancy in compensation sought on seventh fee application. | 0.20 | 48.00 |

08-13555-mg    Doc 27724-32    Filed 05/04/12    Entered 05/04/12 16:34:18    Exhibit
C-016U    Pg 9 of 13

Matter Number: 009878-016U  
Invoice No.: 554851

March 8, 2012  
Page 7

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-14-2011 | Monica Santa Maria | Email correspondence updating Ms. Barbour and internal team on discrepancy in seventh fee application and forthcoming explanation. | 0.10 | 24.00 |
| 07-15-2011 | Monica Santa Maria | Continue drafting confidential letter report, focusing on rate analysis. | 5.40 | 1,296.00 |
| 07-15-2011 | Brady C. Williamson | Review July budget. | 0.20 | 105.00 |
| 07-15-2011 | Brady C. Williamson | Review monthly fee statement for May. | 0.30 | 157.50 |
| 07-15-2011 | Katherine Stadler | E-mail exchange with Mr. Suckow on Jones Day work in Adelphia bankruptcy and concerns. | 0.20 | 86.00 |
| 07-17-2011 | Monica Santa Maria | Complete first draft of letter report. | 3.10 | 744.00 |
| 07-18-2011 | Monica Santa Maria | Edit letter report. | 0.80 | 192.00 |
| 07-18-2011 | Brady C. Williamson | Review and revise draft report for seventh interim period. | 0.60 | 315.00 |
| 07-19-2011 | N. Talbott Settle | Conference regarding letter report and exhibits. | 0.10 | 16.50 |
| 07-19-2011 | Monica Santa Maria | Email correspondence with Mr. Barr regarding mathematical error in seventh fee application related to total amount requested and stipulation to resolve sixth interim fee application. | 0.20 | 48.00 |
| 07-19-2011 | Monica Santa Maria | Email correspondence with Ms. Barbour regarding calculation of total fees requested by Jones Day. | 0.10 | 24.00 |
| 07-19-2011 | Monica Santa Maria | Edit letter report, and exhibit entries, to account for below-the-line voluntary reduction taken by Jones Day to resolve time increment concerns. | 1.40 | 336.00 |
| 07-19-2011 | Monica Santa Maria | Forward Jones Day entries with instructions for exhibit preparations. | 0.20 | 48.00 |

Matter Number: 009878-016U  
Invoice No.: 554851

March 8, 2012  
Page 8

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 07-19-2011 | Brady C. Williamson | Continue work on draft report, as amended, including conferences on policy issues. | 0.40 | 210.00 |
| 07-19-2011 | Brady C. Williamson | Review email exchanges with Mr. Barr on open issues. | 0.20 | 105.00 |
| 07-20-2011 | Monica Santa Maria | Edit letter report. | 0.30 | 72.00 |
| 07-22-2011 | Monica Santa Maria | Edit report. | 0.60 | 144.00 |
| 07-22-2011 | Katherine Stadler | Review and edit draft letter report on seventh interim fee application. | 0.80 | 344.00 |
| 07-25-2011 | Monica Santa Maria | Edit letter report, incorporating expanded objection to compliance review. | 0.60 | 144.00 |
| 07-26-2011 | Katherine Stadler | Review and forward draft letter report to U.S. Trustee's office for review and comment. | 0.40 | 172.00 |
| 07-27-2011 | Brady C. Williamson | Review latest budget. | 0.20 | 105.00 |
| 07-28-2011 | N. Talbott Settle | Conference regarding exhibits to the seventh fee period letter report. | 0.20 | 33.00 |
| 07-28-2011 | N. Talbott Settle | Prepare spreadsheet with instructions for the preparation of exhibits. | 2.50 | 412.50 |
| 07-28-2011 | Monica Santa Maria | Conference regarding exhibits. | 0.30 | 72.00 |
| 07-29-2011 | Zerithea Raiche | Review and revise legal citations in seventh fee period letter report. | 0.30 | 49.50 |
| 07-29-2011 | Monica Santa Maria | Complete stipulation and forward to Mr. Barr for execution. | 0.20 | 48.00 |
| 07-30-2011 | N. Talbott Settle | Review correspondence from Ms. Barbour with exhibits to the report and review correspondence regarding exhibits and updates to those exhibits. | 0.50 | 82.50 |
| 07-30-2011 | Monica Santa Maria | Edit report to incorporate suggestions from the U.S. Trustee and for conformity. | 0.60 | 144.00 |

Matter Number: 009878-016U  
Invoice No.: 554851

March 8, 2012  
Page 9

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-01-2011 | N. Talbott Settle | Review revised exhibits and prepare for review. | 1.10 | 181.50 |
| 08-01-2011 | Zerithea Raiche | Prepare and file stipulation on sixth fee period application. | 0.30 | 49.50 |
| 08-02-2011 | N. Talbott Settle | Review citation check to the report. | 0.20 | 33.00 |
| 08-02-2011 | Brady C. Williamson | Review additional changes to letter. | 0.20 | 105.00 |
| 08-03-2011 | N. Talbott Settle | Prepare and revise Exhibit D. | 1.90 | 313.50 |
| 08-03-2011 | N. Talbott Settle | Review report for verification of factual citations and data. | 2.60 | 429.00 |
| 08-03-2011 | N. Talbott Settle | Complete preparation of exhibits for forwarding to professional. | 0.70 | 115.50 |
| 08-03-2011 | Monica Santa Maria | Fact-check report and exhibits with particular attention to Exhibit D in preparation for forwarding to Mr. Barr. | 3.50 | 840.00 |
| 08-03-2011 | Monica Santa Maria | Email correspondence with Mr. Barr regarding timing of response to confidential letter report. | 0.10 | 24.00 |
| 08-08-2011 | Monica Santa Maria | Review notices of appeal filed by Jones Day and Creditors Committee in Barclays litigation. | 0.20 | 48.00 |
| 08-08-2011 | Monica Santa Maria | Email correspondence with Mr. Barr regarding possible extension to response and objection deadlines for seventh fee application report. | 0.10 | 24.00 |
| 08-08-2011 | Brady C. Williamson | Review monthly statement and budget. | 0.20 | 105.00 |
| 08-08-2011 | Katherine Stadler | Review notices of appeal filed in Barclays litigation. | 0.20 | 86.00 |
| 08-15-2011 | Monica Santa Maria | Email correspondence from Ms. Buonome on voluntary reductions to eighth interim fee application to address time increments concerns. | 0.10 | 24.00 |
| 08-15-2011 | Katherine Stadler | Conference on time increments issue. | 0.20 | 86.00 |

Matter Number: 009878-016U  March 8, 2012
Invoice No.: 554851  Page 10

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-16-2011 | N. Talbott Settle | Review correspondence on voluntary reductions and contact information. | 0.20 | 33.00 |
| 08-31-2011 | Monica Santa Maria | Email with Mr. Barr on extension of response deadline for seventh interim report. | 0.10 | 24.00 |
| 08-31-2011 | Katherine Stadler | Email from Mr. Barr on potential resolution of seventh interim fee application. | 0.20 | 86.00 |
| | | **Total Fees** | $ | 21,080.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **21,080.50** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| ZERITHEA RAICHE | Paralegal | 4.60 | 165.00 | 759.00 |
| N. TALBOTT SETTLE | Paralegal | 10.90 | 165.00 | 1,798.50 |
| MARY ROUFUS | Paralegal | 0.20 | 165.00 | 33.00 |
| SALLY GRANEC | Paralegal | 0.50 | 175.00 | 87.50 |
| **Paralegal Total** | | **16.20** | | **2,678.00** |
| PATRICIA WHEELER | Associate | 1.40 | 285.00 | 399.00 |
| MONICA SANTA MARIA | Associate | 50.70 | 240.00 | 12,168.00 |
| **Associate Total** | | **52.10** | | **12,567.00** |
| BRADY C. WILLIAMSON | Shareholder | 5.30 | 525.00 | 2,782.50 |
| KATHERINE STADLER | Shareholder | 7.10 | 430.00 | 3,053.00 |
| **Shareholder Total** | | **12.40** | | **5,835.50** |
| **TIMEKEEPER TOTALS** | | **80.70** | | **$21,080.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*