# EXHIBIT C-16V

**Kasowitz, Benson, Torres**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500  FAX • 414.273.5198
www.GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

                                                                  March 8, 2012

|  |  |  |
|---|---|---|
|  | Invoice No. | 554852 |
| Re:   Kasowitz, Benson, Torres | Matter No. | 009878-016V |

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 4,933.00 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **4,933.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051  ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500   FAX • 414.273.5198
www.GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Kasowitz, Benson, Torres

Invoice No.   554852
Matter No.   009878-016V

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-02-2011 | Monica Santa Maria | Telephone conferences with Mr. Goldstein regarding possible response to report. | 0.10 | 24.00 |
| 05-02-2011 | Katherine Stadler | Conference on status of negotiations with Kasowitz Benson. | 0.20 | 86.00 |
| 05-04-2011 | Monica Santa Maria | Telephone conference and email with Mr. Goldstein regarding response to report and extension. | 0.10 | 24.00 |
| 05-04-2011 | Katherine Stadler | Conference on Kasowitz Benson status. | 0.20 | 86.00 |
| 05-17-2011 | Monica Santa Maria | Review response to report and prepare settlement email. | 0.50 | 120.00 |
| 05-18-2011 | Monica Santa Maria | Forward email to Mr. Goldstein regarding resolution to issues raised in report. | 0.10 | 24.00 |
| 05-18-2011 | Brady C. Williamson | Review email on resolution of issues. | 0.20 | 105.00 |
| 05-19-2011 | Patricia Wheeler | Telephone conference with Mr. Goldstein regarding status of Kasowitz Benson response to report. | 0.20 | 57.00 |

Matter Number: 009878-016V  
Invoice No.: 554852

March 8, 2012  
Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-19-2011 | Katherine Stadler | Conference on settlement of issues related to sixth interim fee application. | 0.20 | 86.00 |
| 06-03-2011 | Brady C. Williamson | Initial review of seventh interim application. | 0.30 | 157.50 |
| 06-08-2011 | Monica Santa Maria | Draft stipulation to resolve sixth interim fee application. | 0.30 | 72.00 |
| 06-13-2011 | Katherine Stadler | Review draft stipulation resolving sixth interim fee application and communications with professional. | 0.10 | 43.00 |
| 07-06-2011 | Sally Granec | Review and profile spreadsheet of the seventh fee period to facilitate attorney review. | 0.50 | 87.50 |
| 07-17-2011 | Patricia Wheeler | Review third fee application from Kasowitz Benson to prepare confidential letter report. | 3.20 | 912.00 |
| 07-17-2011 | Patricia Wheeler | Prepare confidential letter report for Kasowitz Benson. | 0.90 | 256.50 |
| 07-18-2011 | Patricia Wheeler | Edit and revise report and exhibits. | 0.80 | 228.00 |
| 07-20-2011 | Zerithea Raiche | Prepare spreadsheet of seventh fee period application for exhibit preparation. | 0.90 | 148.50 |
| 07-20-2011 | Patricia Wheeler | Edit and revise report to Kasowitz Benson. | 0.70 | 199.50 |
| 07-23-2011 | Zerithea Raiche | Revise exhibits to seventh fee period report from BrownGreer. | 0.90 | 148.50 |
| 07-23-2011 | Monica Santa Maria | Edit draft report with particular emphasis on billing activities and rates. | 0.40 | 96.00 |
| 07-23-2011 | Monica Santa Maria | Edit draft confidential report with particular emphasis on billing activities, time increments and rates. | 0.90 | 216.00 |
| 07-24-2011 | Brady C. Williamson | Review and revise report. | 0.30 | 157.50 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 07-26-2011 | Katherine Stadler | Review and forward draft letter report to U.S. Trustee's office for review and comment. | 0.20 | 86.00 |
| 07-27-2011 | Brady C. Williamson | Review latest budget. | 0.10 | 52.50 |
| 07-29-2011 | Monica Santa Maria | Complete stipulation and forward to Mr. Goldstein for execution. | 0.20 | 48.00 |
| 07-30-2011 | Monica Santa Maria | Edit letter report to incorporate suggestions from the U.S. Trustee and for conformity. | 0.20 | 48.00 |
| 08-01-2011 | Zerithea Raiche | Prepare and file stipulation on sixth fee period application. | 0.40 | 66.00 |
| 08-01-2011 | Monica Santa Maria | Email on discrepancy in data due to voluntary reduction by professional not accounted for in BrownGreer spreadsheet. | 0.10 | 24.00 |
| 08-01-2011 | Monica Santa Maria | Review discrepancy in data for exhibits based on voluntary reductions in fee application. | 0.50 | 120.00 |
| 08-01-2011 | Katherine Stadler | Review e-mail on discrepancy in fee application. | 0.20 | 86.00 |
| 08-02-2011 | N. Talbott Settle | Review correspondence on voluntary reduction. | 0.20 | 33.00 |
| 08-02-2011 | Monica Santa Maria | Fact-check report and exhibits in preparation for sending to professional. | 1.00 | 240.00 |
| 08-02-2011 | Brady C. Williamson | Review additional changes to letter, including exhibit issues. | 0.30 | 157.50 |
| 08-03-2011 | N. Talbott Settle | Complete preparation of the exhibits for forwarding to the professional. | 1.00 | 165.00 |
| 08-03-2011 | Monica Santa Maria | Final review of letter report and exhibits and forward to Ms. Vladimirsky. | 0.60 | 144.00 |

Matter Number: 009878-016V  March 8, 2012
Invoice No.: 554852  Page 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-11-2011 | Patricia Wheeler | Prepare for call with Kasowitz Benson on report on third interim application. | 0.30 | 85.50 |
| 08-11-2011 | Patricia Wheeler | Telephone conference with Mr. Dunn and Ms. Vladimirsky regarding report on third interim application. | 0.40 | 114.00 |
| 08-11-2011 | Patricia Wheeler | Prepare memorandum to file on telephone conference with Kasowitz Benson regarding report. | 0.20 | 57.00 |
| 08-11-2011 | Monica Santa Maria | Conference with Mr. Dunn and Ms. Vladimirsky regarding issues raised in report. | 0.30 | 72.00 |
| | | **Total Fees** | $ | 4,933.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **4,933.00** |

Matter Number: 009878-016V                                                            March 8, 2012
Invoice No.: 554852                                                                         Page 5

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| ZERITHEA RAICHE | Paralegal | 2.20 | 165.00 | 363.00 |
| N. TALBOTT SETTLE | Paralegal | 1.20 | 165.00 | 198.00 |
| SALLY GRANEC | Paralegal | 0.50 | 175.00 | 87.50 |
| **Paralegal Total** | | **3.90** | | **648.50** |
| PATRICIA WHEELER | Associate | 6.70 | 285.00 | 1,909.50 |
| MONICA SANTA MARIA | Associate | 5.30 | 240.00 | 1,272.00 |
| **Associate Total** | | **12.00** | | **3,181.50** |
| BRADY C. WILLIAMSON | Shareholder | 1.20 | 525.00 | 630.00 |
| KATHERINE STADLER | Shareholder | 1.10 | 430.00 | 473.00 |
| **Shareholder Total** | | **2.30** | | **1,103.00** |
| **TIMEKEEPER TOTALS** | | **18.20** | | **$4,933.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*