# **EXHIBIT C-16W**

## **Kleyr Grasso Associates**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500  FAX • 414.273.5198
www•GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

          March 8, 2012

          Invoice No.    554853

Re:   Kleyr Grasso Associates         Matter No.    009878-016W

          Billing Attorney:
          Brady C. Williamson

|  |  |
|---|---|
| Invoice Total | $ 4,243.00 |
| Prior Balance Due | $ 0.00 |
| **Total Amount Now Due** | **$ 4,243.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE: MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL · 414.273.3500   FAX · 414.273.5198
www · GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:    Kleyr Grasso Associates

Invoice No.    554853
Matter No.    009878-016W

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-03-2011 | Monica Santa Maria | Review and consider response from Mr. Burel to report, noting points of continued disagreement. | 0.30 | 72.00 |
| 05-03-2011 | Monica Santa Maria | Review newly-filed affidavit regarding rate increases as of January. | 0.10 | 24.00 |
| 05-03-2011 | Brady C. Williamson | Conference on rate increase and on professional's response. | 0.30 | 157.50 |
| 05-03-2011 | Katherine Stadler | Review email from Mr. Burel on status of sixth interim negotiations. | 0.30 | 129.00 |
| 05-06-2011 | Monica Santa Maria | Begin drafting response. | 1.70 | 408.00 |
| 05-10-2011 | Monica Santa Maria | Begin drafting response to Mr. Burel on issues still outstanding. | 0.50 | 120.00 |
| 05-10-2011 | Brady C. Williamson | Review status of discussions and email exchanges on issue resolution. | 0.50 | 262.50 |
| 05-11-2011 | Monica Santa Maria | Edit response to Mr. Burel regarding possible resolution and forward by email to him. | 0.20 | 48.00 |
| 05-11-2011 | Katherine Stadler | Review and comment on communication to Mr. Burel on his response to fee committee report. | 0.30 | 129.00 |

Matter Number: 009878-016W  
Invoice No.: 554853

March 8, 2012  
Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-17-2011 | Monica Santa Maria | Draft fee objection letter and forward to Mr. Burel. | 0.20 | 48.00 |
| 05-17-2011 | Brady C. Williamson | Review letter on status of review. | 0.10 | 52.50 |
| 05-19-2011 | Monica Santa Maria | Review, consider and respond to request for extension to continue negotiation period. | 0.10 | 24.00 |
| 05-19-2011 | Katherine Stadler | Conference on status of Kleyr Grasso negotiations and extension. | 0.20 | 86.00 |
| 05-26-2011 | Monica Santa Maria | Review counter-offer and draft response. | 0.60 | 144.00 |
| 05-26-2011 | Brady C. Williamson | Conference on resolution. | 0.10 | 52.50 |
| 06-01-2011 | Mary Roufus | Review and save seventh interim fee application to internal website. | 0.20 | 33.00 |
| 06-08-2011 | Monica Santa Maria | Draft stipulation to resolve sixth interim fee application. | 0.40 | 96.00 |
| 06-10-2011 | N. Talbott Settle | Review and profile to the system spreadsheet of the seventh fee period to facilitate attorney review. | 0.20 | 33.00 |
| 06-13-2011 | Katherine Stadler | Review draft stipulation resolving sixth interim fee application and communications with professional. | 0.10 | 43.00 |
| 06-21-2011 | Monica Santa Maria | Review time detail for seventh interim fee application, marking questionable entries. | 0.80 | 192.00 |
| 06-21-2011 | Brady C. Williamson | Review May fee statement. | 0.20 | 105.00 |
| 06-23-2011 | Monica Santa Maria | Continue analysis of fee detail. | 0.30 | 72.00 |
| 07-09-2011 | Brady C. Williamson | Review fee statement. | 0.10 | 52.50 |
| 07-18-2011 | Monica Santa Maria | Draft confidential letter report. | 1.90 | 456.00 |
| 07-19-2011 | Monica Santa Maria | Edit report to incorporate edits to basic paragraphs. | 0.30 | 72.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-19-2011 | Brady C. Williamson | Review and revise draft report for seventh interim period. | 0.20 | 105.00 |
| 07-20-2011 | Zerithea Raiche | Prepare spreadsheet of seventh fee period application for exhibit preparation. | 0.70 | 115.50 |
| 07-20-2011 | Zerithea Raiche | Correspondence to Ms. Barbour forwarding spreadsheet for exhibit preparation. | 0.20 | 33.00 |
| 07-22-2011 | Katherine Stadler | Review and edit draft letter report on seventh interim fee period application. | 0.30 | 129.00 |
| 07-23-2011 | Zerithea Raiche | Revise exhibits to seventh fee period report from BrownGreer. | 0.70 | 115.50 |
| 07-28-2011 | Monica Santa Maria | Edit report. | 0.30 | 72.00 |
| 07-29-2011 | Monica Santa Maria | Complete stipulation and forward to Mr. Burel for execution. | 0.20 | 48.00 |
| 07-30-2011 | Monica Santa Maria | Edit report to incorporate suggestions from the U.S. Trustee and for conformity. | 0.20 | 48.00 |
| 08-02-2011 | Brady C. Williamson | Review additional changes to letter report. | 0.10 | 52.50 |
| 08-02-2011 | Katherine Stadler | Review and execute stipulation for resolution of sixth interim fee application. | 0.20 | 86.00 |
| 08-03-2011 | Zerithea Raiche | Review and revise exhibits to seventh fee period report. | 0.30 | 49.50 |
| 08-03-2011 | Zerithea Raiche | Prepare seventh fee period report and exhibits for transmittal to Kleyr Grasso. | 0.40 | 66.00 |
| 08-03-2011 | Monica Santa Maria | Final review of letter report and forward to Mr. Burel. | 0.30 | 72.00 |
| 08-09-2011 | Monica Santa Maria | Conference with Mr. Burel on report and evidence in support of rate increases in European market. | 0.20 | 48.00 |

Matter Number: 009878-016W  March 8, 2012
Invoice No.: 554853  Page 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-09-2011 | Monica Santa Maria | Email correspondence summarizing conference with Mr. Burel and confidentiality for evidence submitted in support of rate increases. | 0.10 | 24.00 |
| 08-09-2011 | Brady C. Williamson | Review email on report. | 0.20 | 105.00 |
| 08-09-2011 | Katherine Stadler | Review e-mail on draft report status. | 0.10 | 43.00 |
| 08-09-2011 | Katherine Stadler | Conference on status of rate increase discussions. | 0.10 | 43.00 |
| 08-24-2011 | Brady C. Williamson | Review latest disclosure. | 0.10 | 52.50 |
| 08-25-2011 | Monica Santa Maria | Review newly filed supplemental declaration. | 0.10 | 24.00 |
| | | Total Fees | $ | 4,243.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **4,243.00** |

Matter Number: 009878-016W  March 8, 2012
Invoice No.: 554853  Page 5

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 2.30 | 165.00 | 379.50 |
| N. TALBOTT SETTLE | Paralegal | 0.20 | 165.00 | 33.00 |
| MARY ROUFUS | Paralegal | 0.20 | 165.00 | 33.00 |
| **Paralegal Total** | | **2.70** | | **445.50** |
| MONICA SANTA MARIA | Associate | 8.80 | 240.00 | 2,112.00 |
| **Associate Total** | | **8.80** | | **2,112.00** |
| BRADY C. WILLIAMSON | Shareholder | 1.90 | 525.00 | 997.50 |
| KATHERINE STADLER | Shareholder | 1.60 | 430.00 | 688.00 |
| **Shareholder Total** | | **3.50** | | **1,685.50** |
| **TIMEKEEPER TOTALS** | | **15.00** | | **$4,243.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*