# EXHIBIT C-16X

## Latham & Watkins LLP



**GODFREY KAHN** s.c.

780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

                                             March 8, 2012

Re:    Latham & Watkins LLP

Invoice No.    554854
Matter No.    009878-016X

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 5,985.00 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **5,985.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE: MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500  FAX • 414.273.5198
www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:    Latham & Watkins LLP

Invoice No.    554854
Matter No.    009878-016X

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-02-2011 | Monica Santa Maria | Review email regarding possibility that response to report may be sent after deadline. | 0.10 | 24.00 |
| 05-02-2011 | Katherine Stadler | Telephone conference with Ms. Tackenberg on Latham & Watkins negotiations. | 0.10 | 43.00 |
| 05-03-2011 | Monica Santa Maria | Review supplemental information provided in response to report, identifying entries still objectionable. | 1.20 | 288.00 |
| 05-03-2011 | Katherine Stadler | Review email communication from Ms. Tackenberg with response to fee committee's report. | 0.40 | 172.00 |
| 05-05-2011 | Brady C. Williamson | Review response. | 0.20 | 105.00 |
| 05-06-2011 | Patricia Wheeler | Review Latham & Watkins response to report. | 0.80 | 228.00 |
| 05-09-2011 | Patricia Wheeler | Review fee committee response to Latham & Watkins response to report. | 0.40 | 114.00 |
| 05-09-2011 | Monica Santa Maria | Review confirmation regarding proposed counter-proposal to Latham & Watkins. | 0.10 | 24.00 |

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Matter Number: 009878-016X  
Invoice No.: 554854

March 8, 2012  
Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-10-2011 | Zerithea Raiche | Prepare summary and exhibits for use in negotiations with Latham & Watkins on sixth fee period report. | 0.80 | 132.00 |
| 05-10-2011 | Monica Santa Maria | Complete response to proposed counter-offer. | 0.20 | 48.00 |
| 05-10-2011 | Brady C. Williamson | Review status of discussions and email exchanges on issue resolution. | 0.10 | 52.50 |
| 05-11-2011 | Monica Santa Maria | Forward spreadsheet and summary of issues still unresolved to Ms. Tackenberg. | 0.10 | 24.00 |
| 05-11-2011 | Brady C. Williamson | Exchange email on pending settlement discussions. | 0.20 | 105.00 |
| 05-17-2011 | Monica Santa Maria | Multiple voicemails to and conference with Ms. Tackenberg regarding supplemental response and extension to negotiation deadline. | 0.20 | 48.00 |
| 05-17-2011 | Monica Santa Maria | Review additional supplemental response forwarded by Ms. Tackenberg. | 0.20 | 48.00 |
| 05-17-2011 | Brady C. Williamson | Review correspondence and conference on extension. | 0.20 | 105.00 |
| 06-01-2011 | Patricia Wheeler | Telephone conference with Latham & Watkins to discuss outstanding issues in sixth interim period. | 0.10 | 28.50 |
| 06-01-2011 | Patricia Wheeler | Prepare for telephone conference to negotiate agreement on withdrawal of requests. | 0.20 | 57.00 |
| 06-01-2011 | Monica Santa Maria | Review outstanding issues in preparation for telephone conference with Ms. Tackenberg. | 0.30 | 72.00 |
| 06-02-2011 | Patricia Wheeler | Telephone conference with Latham & Watkins to address outstanding issues in sixth interim period. | 0.20 | 57.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-02-2011 | Monica Santa Maria | Conference with Ms. Tackenberg regarding outstanding issues, including vague entries and missing participants to communications. | 0.20 | 48.00 |
| 06-07-2011 | Katherine Stadler | Review e-mail message from Ms. Tackenberg on resolution of sixth interim fee application. | 0.20 | 86.00 |
| 06-07-2011 | Katherine Stadler | Conference on dispute resolution. | 0.20 | 86.00 |
| 06-08-2011 | Monica Santa Maria | Conference with Ms. Tackenberg regarding possible voluntary reductions to seventh fee application. | 0.10 | 24.00 |
| 06-09-2011 | Mary Roufus | Review, save to internal website and forward seventh fee application. | 0.20 | 33.00 |
| 06-09-2011 | Monica Santa Maria | Draft stipulation to resolve second fee application for sixth interim period. | 0.40 | 96.00 |
| 07-07-2011 | Sally Granec | Review and profile spreadsheet of the seventh fee period to facilitate attorney review. | 0.40 | 70.00 |
| 07-18-2011 | N. Talbott Settle | Correspondence forwarding seventh interim spreadsheet for fee review. | 0.10 | 16.50 |
| 07-18-2011 | Patricia Wheeler | Review seventh interim application of Latham & Watkins. | 1.60 | 456.00 |
| 07-19-2011 | Patricia Wheeler | Telephone conference with Ms. Reilly (Ms.Tackenberg) regarding apparent errors in billing matter numbers in seventh interim period. | 0.20 | 57.00 |
| 07-19-2011 | Patricia Wheeler | Draft confidential letter report to Latham & Watkins regarding third fee application. | 1.10 | 313.50 |
| 07-19-2011 | Patricia Wheeler | Review Latham & Watkin's third fee application. | 2.40 | 684.00 |
| 07-20-2011 | Patricia Wheeler | Edit and revise report to Latham & Watkins. | 1.40 | 399.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-20-2011 | Monica Santa Maria | Edit report. | 0.30 | 72.00 |
| 07-20-2011 | Brady C. Williamson | Review and revise draft report. | 0.20 | 105.00 |
| 07-22-2011 | Monica Santa Maria | Edit report. | 0.80 | 192.00 |
| 07-22-2011 | Katherine Stadler | Review and edit draft letter report on seventh interim fee period application. | 0.40 | 172.00 |
| 07-29-2011 | N. Talbott Settle | Prepare spreadsheet for seventh interim applications for exhibit preparation. | 0.50 | 82.50 |
| 07-29-2011 | N. Talbott Settle | Review correspondence from Ms. Barbour with exhibits to the report and circulate. | 0.20 | 33.00 |
| 07-30-2011 | Monica Santa Maria | Edit report to incorporate suggestions from the U.S. Trustee and for conformity. | 0.30 | 72.00 |
| 08-01-2011 | N. Talbott Settle | Complete preparation of exhibits for forwarding to the professional. | 0.70 | 115.50 |
| 08-01-2011 | N. Talbott Settle | Correspondence to Mr. Singer with report and exhibits. | 0.20 | 33.00 |
| 08-01-2011 | Monica Santa Maria | Fact-check exhibits and report. | 0.90 | 216.00 |
| 08-12-2011 | Patricia Wheeler | Complete stipulation resolving sixth fee period. | 0.30 | 85.50 |
| 08-12-2011 | Patricia Wheeler | Email correspondence with Mr. Singer on stipulation. | 0.10 | 28.50 |
| 08-18-2011 | Patricia Wheeler | Telephone call to Mr. Singer on filing of Latham & Watkins' eighth interim application. | 0.10 | 28.50 |
| 08-18-2011 | Patricia Wheeler | Email correspondence with Ms. Reilly on Latham & Watkins' eighth interim fee application. | 0.20 | 57.00 |
| 08-25-2011 | Monica Santa Maria | Email communications with Ms. Reilly confirming no rate increases for Latham & Watkins to date. | 0.10 | 24.00 |

Matter Number: 009878-016X  
Invoice No.: 554854

March 8, 2012  
Page 5

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-25-2011 | Brady C. Williamson | Review email response to letter report. | 0.20 | 105.00 |
| 08-25-2011 | Katherine Stadler | Review communications on rate increases. | 0.20 | 86.00 |
| 08-25-2011 | Katherine Stadler | Review professional response to letter report. | 0.20 | 86.00 |
| 08-26-2011 | Patricia Wheeler | Review response of Latham & Watkins to report on seventh fee period. | 0.50 | 142.50 |
| 08-27-2011 | Brady C. Williamson | Initial review of eighth application. | 0.20 | 105.00 |
| | | **Total Fees** | $ | 5,985.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **5,985.00** |

Matter Number: 009878-016X  
Invoice No.: 554854

March 8, 2012  
Page 6

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 0.80 | 165.00 | 132.00 |
| N. TALBOTT SETTLE | Paralegal | 1.70 | 165.00 | 280.50 |
| MARY ROUFUS | Paralegal | 0.20 | 165.00 | 33.00 |
| SALLY GRANEC | Paralegal | 0.40 | 175.00 | 70.00 |
| **Paralegal Total** | | **3.10** | | **515.50** |
| PATRICIA WHEELER | Associate | 9.60 | 285.00 | 2,736.00 |
| MONICA SANTA MARIA | Associate | 5.50 | 240.00 | 1,320.00 |
| **Associate Total** | | **15.10** | | **4,056.00** |
| BRADY C. WILLIAMSON | Shareholder | 1.30 | 525.00 | 682.50 |
| KATHERINE STADLER | Shareholder | 1.70 | 430.00 | 731.00 |
| **Shareholder Total** | | **3.00** | | **1,413.50** |
| **TIMEKEEPER TOTALS** | | **21.20** | | **$5,985.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*