# **EXHIBIT C-16Y**

## **Lazard Freres & Co. LLC**



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

|  |  |
|---|---|
| Invoice No. | 554855 |

Re:    Lazard Freres & Co. LLC

| | |
|---|---|
| Matter No. | 009878-016Y |

Billing Attorney:
Brady C. Williamson

| | |
|---|---|
| Invoice Total | $      6,372.00 |
| Prior Balance Due | $             0.00 |
| **Total Amount Now Due** | **$      6,372.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.   554855
Re:    Lazard Freres & Co. LLC          Matter No.    009878-016Y

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-02-2011 | Zerithea Raiche | Review and forward retention application, orders, supplements and amendments to retention documents for Lazard Freres. | 0.40 | 66.00 |
| 05-02-2011 | Brady C. Williamson | Email and telephone call from Mr. Gitlin on issues for meeting with Mr. Suckow, including Lazard Freres. | 0.60 | 315.00 |
| 05-02-2011 | Brady C. Williamson | Initial review of materials. | 1.00 | 525.00 |
| 05-03-2011 | Brady C. Williamson | Draft memorandum on status and procedural history of professional's retention at fee committee's request. | 1.30 | 682.50 |
| 05-03-2011 | Katherine Stadler | Review and revise memorandum on Lazard Freres retention and discretionary fees and email to Mr. Gitlin with additional comments. | 0.80 | 344.00 |
| 06-03-2011 | Brady C. Williamson | Review monthly statement | 0.20 | 105.00 |
| 06-03-2011 | Katherine Stadler | Review Lazard Freres discretionary fee request. | 0.40 | 172.00 |
| 06-24-2011 | N. Talbott Settle | Review and profile to the system spreadsheet of the seventh fee period to facilitate attorney review. | 0.20 | 33.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-15-2011 | Eric Wilson | Review fee application for seventh interim compensation period and corresponding expense entries. | 0.50 | 225.00 |
| 07-16-2011 | Eric Wilson | Draft letter report regarding fee application for seventh interim period. | 0.80 | 360.00 |
| 07-20-2011 | Zerithea Raiche | Review revisions to spreadsheet and calculate exhibit amounts for use in preparation of seventh fee period report and prepare email listing exhibit amounts for use in preparation of seventh fee period report. | 0.30 | 49.50 |
| 07-20-2011 | Eric Wilson | Review and revise letter report on fee application for seventh interim period. | 0.30 | 135.00 |
| 07-20-2011 | Katherine Stadler | Review and revise proposed language for letter report on sub-retention of SNR Denton. | 0.30 | 129.00 |
| 07-23-2011 | Zerithea Raiche | Prepare spreadsheet for seventh fee period application for exhibit preparation. | 0.90 | 148.50 |
| 07-23-2011 | Zerithea Raiche | Prepare email to Ms. Barbour at BrownGreer forwarding spreadsheet for exhibit preparation. | 0.10 | 16.50 |
| 07-25-2011 | Zerithea Raiche | Review and revise exhibits to the seventh interim fee period report from BrownGreer. | 1.10 | 181.50 |
| 07-25-2011 | Zerithea Raiche | Prepare email with details on changes made to exhibit calculations. | 0.20 | 33.00 |
| 07-26-2011 | Eric Wilson | Review and revise letter report on fee application for seventh interim compensation period. | 0.30 | 135.00 |
| 07-27-2011 | Brady C. Williamson | Review and revise letter report. | 0.30 | 157.50 |

Matter Number: 009878-016Y  
Invoice No.: 554855

March 8, 2012  
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-27-2011 | Eric Wilson | Review and revise letter report on fee application for seventh interim compensation period. | 0.60 | 270.00 |
| 07-27-2011 | Katherine Stadler | Review and edit draft report. | 0.30 | 129.00 |
| 07-29-2011 | Eric Wilson | Review engagement agreement between Lazard Freres and Debtors. | 0.40 | 180.00 |
| 07-29-2011 | Eric Wilson | Review comments received from U.S. Trustee's office regarding draft report on fee application for seventh interim compensation period, revise report. | 0.60 | 270.00 |
| 07-29-2011 | Katherine Stadler | E-mail updated draft report to U.S. Trustee for review and comment, review U.S. Trustee comments. | 0.40 | 172.00 |
| 07-30-2011 | Peggy Barlett | Review letter report to verify citations, reductions and revisions. | 0.80 | 180.00 |
| 08-01-2011 | Monica Santa Maria | Edit report for consistency with fee standards language. | 0.10 | 24.00 |
| 08-11-2011 | N. Talbott Settle | Review report for verification of factual citations and data. | 1.30 | 214.50 |
| 08-11-2011 | N. Talbott Settle | Prepare exhibits for forwarding to the professional. | 0.40 | 66.00 |
| 08-11-2011 | N. Talbott Settle | Correspondence on report content. | 0.20 | 33.00 |
| 08-12-2011 | N. Talbott Settle | Correspondence forwarding report and exhibits to Mr. Dunn. | 0.10 | 16.50 |
| 08-23-2011 | Eric Wilson | Review reductions proposed by Mr. Dunn and revise exhibits. | 0.70 | 315.00 |
| 08-23-2011 | Katherine Stadler | E-mail exchange on review of eighth interim fee application. | 0.20 | 86.00 |

Matter Number: 009878-016Y  March 8, 2012
Invoice No.: 554855  Page 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-24-2011 | N. Talbott Settle | Review changes to the spreadsheet on negotiations for professional. | 1.20 | 198.00 |
| 08-24-2011 | Eric Wilson | Prepare spreadsheet with negotiated resolution of deductions for seventh interim compensation period and prepare correspondence to Mr. Dunn. | 0.90 | 405.00 |
| | | Total Fees | $ | 6,372.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **6,372.00** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 3.00 | 165.00 | 495.00 |
| N. TALBOTT SETTLE | Paralegal | 3.40 | 165.00 | 561.00 |
| **Paralegal Total** | | **6.40** | | **1,056.00** |
| MONICA SANTA MARIA | Associate | 0.10 | 240.00 | 24.00 |
| PEGGY BARLETT | Associate | 0.80 | 225.00 | 180.00 |
| **Associate Total** | | **0.90** | | **204.00** |
| BRADY C. WILLIAMSON | Shareholder | 3.40 | 525.00 | 1,785.00 |
| KATHERINE STADLER | Shareholder | 2.40 | 430.00 | 1,032.00 |
| ERIC WILSON | Shareholder | 5.10 | 450.00 | 2,295.00 |
| **Shareholder Total** | | **10.90** | | **5,112.00** |
| **TIMEKEEPER TOTALS** | | **18.20** | | **$6,372.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*