# **EXHIBIT C-16AA**

## **McKenna Long & Aldridge**



Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   McKenna Long & Aldridge LLP

Invoice No.     554856
Matter No.      009878-16AA

Billing Attorney:
Brady C. Williamson

|   |   |
|---|---|
| Invoice Total | $ 9,915.50 |
| Prior Balance Due | $ 0.00 |
| **Total Amount Now Due** | **$ 9,915.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500   FAX • 414.273.5198
www•GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.     554856
Re:   McKenna Long & Aldridge LLP         Matter No.     009878-16AA

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-02-2011 | Katherine Stadler | Review detailed response to fee committee report from McKenna Long. | 0.50 | 215.00 |
| 05-03-2011 | Patricia Wheeler | Review response to report. | 0.30 | 85.50 |
| 05-04-2011 | Brady C. Williamson | Review response. | 0.20 | 105.00 |
| 05-05-2011 | Patricia Wheeler | Begin review of McKenna Long response to report for sixth interim period. | 0.50 | 142.50 |
| 05-09-2011 | Zerithea Raiche | Prepare email on exhibit for McKenna Long's response to the fee committee's sixth fee period report. | 0.10 | 16.50 |
| 05-09-2011 | N. Talbott Settle | Create spreadsheet from retained professional's response to include comments column. | 0.20 | 33.00 |
| 05-09-2011 | Patricia Wheeler | Review McKenna Long response to report on sixth interim period. | 1.10 | 313.50 |
| 05-10-2011 | Monica Santa Maria | Conference on McKenna Long's response to the report and scheduling a conference call to discuss resolution. | 0.10 | 24.00 |

Matter Number: 009878-16AA  
Invoice No.: 554856

March 8, 2012  
Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-11-2011 | Patricia Wheeler | Review McKenna Long's response to fee committee report to prepare response. | 1.10 | 313.50 |
| 05-12-2011 | Patricia Wheeler | Continue review of response from McKenna Long to report in preparation for telephone conference with Ms. Elko. | 2.80 | 798.00 |
| 05-13-2011 | Patricia Wheeler | Telephone conference with Ms. Elko regarding response to fee committee report. | 0.70 | 199.50 |
| 05-13-2011 | Patricia Wheeler | Email correspondence to Ms. Elko in follow up from telephone conference regarding response to report. | 0.30 | 85.50 |
| 05-13-2011 | Monica Santa Maria | Conference with Ms. Elko regarding issues raised in report. | 0.70 | 168.00 |
| 05-13-2011 | Monica Santa Maria | Review report and Ms. Elko's response in preparation for conference call with Ms. Elko. | 0.50 | 120.00 |
| 05-16-2011 | Patricia Wheeler | Prepare written reply to McKenna Long's response to fee committee report. | 0.90 | 256.50 |
| 05-17-2011 | N. Talbott Settle | Complete and prepare exhibit spreadsheet for forwarding to professional. | 0.30 | 49.50 |
| 05-17-2011 | Patricia Wheeler | Create summary page for report negotiation exhibit. | 0.40 | 114.00 |
| 05-17-2011 | Patricia Wheeler | Prepare email correspondence with Ms. Elko on status of report negotiations. | 0.40 | 114.00 |
| 05-17-2011 | Patricia Wheeler | Email correspondence regarding report. | 0.10 | 28.50 |
| 05-17-2011 | Monica Santa Maria | Review and revise response to McKenna Long. | 0.20 | 48.00 |

08-13555-mg    Doc 27724-37    Filed 05/04/12    Entered 05/04/12 16:34:18    Exhibit
C-016AA    Pg 5 of 9

Matter Number: 009878-16AA  
Invoice No.: 554856

March 8, 2012  
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-01-2011 | Patricia Wheeler | Prepare for telephone conference with Ms. Elko to try to resolve outstanding issues in sixth interim period. | 0.30 | 85.50 |
| 06-01-2011 | Patricia Wheeler | Telephone conference with McKenna Long representatives to resolve outstanding issues in sixth interim period. | 0.10 | 28.50 |
| 06-01-2011 | Monica Santa Maria | Conference regarding outstanding issues and voicemail to Ms. Elko. | 0.10 | 24.00 |
| 06-02-2011 | Patricia Wheeler | Review email correspondence and attached responses from McKenna Long representatives regarding outstanding issues in sixth interim period. | 0.30 | 85.50 |
| 06-02-2011 | Patricia Wheeler | Review fee application for seventh interim period. | 0.80 | 228.00 |
| 06-02-2011 | Patricia Wheeler | Conference regarding McKenna Long's position on outstanding issues in sixth interim period. | 0.20 | 57.00 |
| 06-02-2011 | Monica Santa Maria | Review email from Ms. Elko forwarding additional supplementation and new counter-offer on fees. | 0.20 | 48.00 |
| 06-03-2011 | Patricia Wheeler | Telephone conference with McKenna Long representatives regarding resolution of outstanding issues in sixth interim period. | 0.20 | 57.00 |
| 06-03-2011 | Monica Santa Maria | Conference with Ms. Elko regarding proposed consensual resolution. | 0.20 | 48.00 |
| 06-07-2011 | Brady C. Williamson | Initial review of application for seventh interim period. | 0.30 | 157.50 |
| 06-09-2011 | Monica Santa Maria | Begin drafting stipulation to resolve sixth fee application. | 0.20 | 48.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-16-2011 | Patricia Wheeler | Email correspondence with Ms. Elko regarding McKenna Long budget. | 0.10 | 28.50 |
| 06-22-2011 | Monica Santa Maria | Begin drafting stipulation to resolve sixth interim fee application. | 0.40 | 96.00 |
| 06-24-2011 | N. Talbott Settle | Review and profile to the system spreadsheet of the seventh fee period to facilitate attorney review and circulate spreadsheet. | 0.20 | 33.00 |
| 06-30-2011 | Patricia Wheeler | Review seventh interim application of McKenna Long. | 1.00 | 285.00 |
| 07-01-2011 | Patricia Wheeler | Review seventh interim fee application from McKenna Long. | 2.20 | 627.00 |
| 07-07-2011 | Patricia Wheeler | Review seventh interim fee application from McKenna Long. | 4.30 | 1,225.50 |
| 07-08-2011 | Patricia Wheeler | Begin drafting confidential letter report for seventh interim period. | 0.60 | 171.00 |
| 07-11-2011 | Monica Santa Maria | Edit draft stipulation formalizing sixth interim period negotiations. | 0.10 | 24.00 |
| 07-12-2011 | Patricia Wheeler | Review draft stipulation resolving sixth interim period. | 0.10 | 28.50 |
| 07-12-2011 | Patricia Wheeler | Email correspondence to Ms. Elko regarding draft stipulation resolving sixth interim application. | 0.20 | 57.00 |
| 07-14-2011 | Patricia Wheeler | Prepare draft report and exhibits for seventh fee period. | 2.20 | 627.00 |
| 07-15-2011 | Patricia Wheeler | Edit and revise draft report regarding seventh fee period. | 0.80 | 228.00 |
| 07-15-2011 | Monica Santa Maria | Edit report. | 0.60 | 144.00 |
| 07-19-2011 | N. Talbott Settle | Correspondence to Ms. Barbour forwarding spreadsheet for exhibit preparation. | 0.10 | 16.50 |
| 07-19-2011 | N. Talbott Settle | Prepare spreadsheet for applications for exhibit preparation. | 0.60 | 99.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-20-2011 | N. Talbott Settle | Review exhibits to the seventh interim report from BrownGreer. | 1.20 | 198.00 |
| 07-21-2011 | N. Talbott Settle | Revise exhibits to letter report. | 0.40 | 66.00 |
| 07-22-2011 | Patricia Wheeler | Email correspondence with Ms. Elko regarding final stipulation resolving the sixth interim fee application. | 0.10 | 28.50 |
| 07-22-2011 | Monica Santa Maria | Email correspondence regarding execution of McKenna Long stipulation. | 0.10 | 24.00 |
| 07-22-2011 | Monica Santa Maria | Edit letter report, including new language to billing-activities section. | 1.80 | 432.00 |
| 07-23-2011 | Brady C. Williamson | Review additional budget. | 0.20 | 105.00 |
| 07-24-2011 | Brady C. Williamson | Review and revise report. | 0.40 | 210.00 |
| 07-25-2011 | Monica Santa Maria | Edit confidential letter report. | 0.30 | 72.00 |
| 07-25-2011 | Monica Santa Maria | Edit draft stipulation and forward to Ms. Elko for final review and execution. | 0.30 | 72.00 |
| 07-26-2011 | Monica Santa Maria | Email correspondence with Ms. Elko regarding stipulation. | 0.10 | 24.00 |
| 07-26-2011 | Katherine Stadler | Review and forward draft letter report to U.S. Trustee's office for review and comment. | 0.20 | 86.00 |
| 07-27-2011 | Monica Santa Maria | Email correspondence with Ms. Elko regarding executing the stipulation and objections to the fifth interim period. | 0.20 | 48.00 |
| 07-30-2011 | Zerithea Raiche | Prepare exhibits for use in review of letter report. | 0.10 | 16.50 |
| 07-30-2011 | Monica Santa Maria | Edit report to incorporate suggestions from the U.S. Trustee and for conformity. | 0.40 | 96.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-01-2011 | Zerithea Raiche | Prepare and file stipulation on sixth fee period application. | 0.30 | 49.50 |
| 08-02-2011 | N. Talbott Settle | Complete preparation of the exhibits for forwarding to the professional. | 0.60 | 99.00 |
| 08-02-2011 | Monica Santa Maria | Fact-check McKenna Long report and exhibits in preparation for sending to professional. | 1.00 | 240.00 |
| 08-02-2011 | Brady C. Williamson | Review edits to letter based on U.S. Trustee's comments. | 0.10 | 52.50 |
| 08-02-2011 | Katherine Stadler | Review revised draft of letter report in light of U.S. Trustee's comments. | 0.10 | 43.00 |
| 08-03-2011 | Monica Santa Maria | Review revised invoice for November 2010 and email correspondence with Ms. Elko. | 0.10 | 24.00 |
| 08-26-2011 | Patricia Wheeler | Review response of McKenna Long to report on seventh fee period. | 0.50 | 142.50 |
| | | Total Fees | $ | 9,915.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **9,915.50** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 0.50 | 165.00 | 82.50 |
| N. TALBOTT SETTLE | Paralegal | 3.60 | 165.00 | 594.00 |
| **Paralegal Total** | | **4.10** | | **676.50** |
| PATRICIA WHEELER | Associate | 22.60 | 285.00 | 6,441.00 |
| MONICA SANTA MARIA | Associate | 7.60 | 240.00 | 1,824.00 |
| **Associate Total** | | **30.20** | | **8,265.00** |
| BRADY C. WILLIAMSON | Shareholder | 1.20 | 525.00 | 630.00 |
| KATHERINE STADLER | Shareholder | 0.80 | 430.00 | 344.00 |
| **Shareholder Total** | | **2.00** | | **974.00** |
| **TIMEKEEPER TOTALS** | | **36.30** | | **$9,915.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*