# **EXHIBIT C-16BB**

## **Milbank, Tweed**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500   FAX • 414.273.5198
www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

        March 8, 2012

        Invoice No.    554857

Re:   Milbank, Tweed         Matter No.    009878-16BB

        Billing Attorney:
        Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 28,079.00 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **28,079.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.   BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714   SWIFT CODE: MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL · 414.273.3500   FAX · 414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Milbank, Tweed

Invoice No.      554857
Matter No.       009878-16BB

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-04-2011 | Carla Andres | Telephone conference with Dennis O'Donnell granting extension for report. | 0.10 | 35.00 |
| 05-06-2011 | Carla Andres | E-mail to Creditors' Committee counsel regarding fee application issues raised by committee professionals, review response and prepare notes to file. | 0.40 | 140.00 |
| 05-06-2011 | Katherine Stadler | Conference on negotiations and claimed exceptions to fee and expense rules. | 0.30 | 129.00 |
| 05-10-2011 | Carla Andres | Begin review of responsive materials. | 0.80 | 280.00 |
| 05-11-2011 | Carla Andres | Review response detail. | 3.10 | 1,085.00 |
| 05-11-2011 | Katherine Stadler | Telephone conference on Milbank Tweed response, status, and strategy. | 0.60 | 258.00 |
| 05-13-2011 | Carla Andres | Review and respond to e-mail regarding call from Mr. O'Donnell. | 0.10 | 35.00 |
| 05-13-2011 | Katherine Stadler | Telephone conference with Mr. O'Donnell on fee report status and e-mail update. | 0.30 | 129.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-16-2011 | N. Talbott Settle | Obtain and forward requested materials regarding report response. | 0.20 | 33.00 |
| 05-18-2011 | Peggy Barlett | Review response from Milbank Tweed to fee committee's report to verify all references to its fee application and explanations for possible objections. | 1.10 | 247.50 |
| 05-18-2011 | Peggy Barlett | Prepare correspondence regarding specific citation from Milbank Tweed's response to the report. | 0.20 | 45.00 |
| 05-19-2011 | Carla Andres | Prepare e-mail to Mr. O'Donnell regarding reply. | 0.60 | 210.00 |
| 05-20-2011 | Carla Andres | E-mails and conference call with Mr. O'Donnell and follow-up call. | 0.50 | 175.00 |
| 05-20-2011 | Monica Santa Maria | Telephone conference regarding partial Milbank Tweed resolution and instructions for call with Mr. O'Donnell. | 0.40 | 96.00 |
| 05-20-2011 | Monica Santa Maria | Review correspondence regarding possible settlement with Milbank Tweed in preparation for conference with Mr. O'Donnell. | 0.30 | 72.00 |
| 05-20-2011 | Monica Santa Maria | Conference with Mr. O'Donnell and Ms. McNamara regarding issues outstanding from report. | 1.10 | 264.00 |
| 05-20-2011 | Katherine Stadler | Conference on status of settlement negotiations with Milbank Tweed. | 0.80 | 344.00 |
| 05-23-2011 | Carla Andres | Review summary e-mail from Mr. O'Donnell. | 0.20 | 70.00 |
| 05-23-2011 | Monica Santa Maria | Review email from Mr. O'Donnell summarizing proposed settlement terms. | 0.10 | 24.00 |
| 06-01-2011 | Carla Andres | Telephone conference with Dennis O'Donnell regarding resolution of issues regarding multiple attendees. | 0.20 | 70.00 |
| 06-05-2011 | Brady C. Williamson | Initial review of seventh interim application. | 0.60 | 315.00 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 06-09-2011 | Mary Roufus | Review, download to website and forward notice of adjournment of amended retention application. | 0.20 | 33.00 |
| 06-14-2011 | Peggy Barlett | Review settlement discussions with Milbank Tweed professionals and prepare stipulation for sixth interim fee period. | 1.10 | 247.50 |
| 06-15-2011 | Peggy Barlett | Complete stipulation regarding payment to Milbank Tweed for sixth interim fee period fees and expenses. | 0.40 | 90.00 |
| 06-28-2011 | Sally Granec | Review and profile to the system spreadsheet of the seventh fee period to facilitate attorney review and circulate spreadsheet. | 0.50 | 87.50 |
| 06-30-2011 | Carla Andres | E-mails regarding fee committee discussions with retained professionals and input on Milbank Tweed response to fee committee, investigate issue. | 0.70 | 245.00 |
| 06-30-2011 | Peggy Barlett | Review e-mails regarding fee review and time spent by professionals, specifically Milbank Tweed, in preparing documents relating to the fee committee and fee review standards. | 0.30 | 67.50 |
| 06-30-2011 | Katherine Stadler | E-mail exchange on coordination between firms on fee committee position. | 0.20 | 86.00 |
| 07-01-2011 | Carla Andres | E-mails regarding draft brief to fee committee. | 0.20 | 70.00 |
| 07-01-2011 | Carla Andres | E-mail regarding consistency issues in fee review. | 0.10 | 35.00 |
| 07-02-2011 | Peggy Barlett | Begin reviewing seventh fee detail. | 1.30 | 292.50 |
| 07-02-2011 | Peggy Barlett | Review seventh interim fee application. | 0.90 | 202.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-08-2011 | Peggy Barlett | Continue review of seventh fee application billing details to identify objectionable entries. | 1.60 | 360.00 |
| 07-09-2011 | Peggy Barlett | Continue review of seventh interim fee detail, identifying objectionable entries. | 2.20 | 495.00 |
| 07-12-2011 | Peggy Barlett | Continue review of seventh interim fee detail, identifying objectionable entries. | 0.60 | 135.00 |
| 07-14-2011 | Peggy Barlett | Continue review of seventh interim fee detail, identifying objectionable entries. | 2.50 | 562.50 |
| 07-17-2011 | Peggy Barlett | Review seventh period fee detail. | 0.90 | 202.50 |
| 07-18-2011 | Peggy Barlett | Continue reviewing seventh period fee detail. | 0.50 | 112.50 |
| 07-20-2011 | Carla Andres | E-mails regarding expanded retention proposal. | 0.20 | 70.00 |
| 07-20-2011 | Peggy Barlett | E-mail regarding review of Milbank Tweed seventh fee period for retention issues. | 0.10 | 22.50 |
| 07-21-2011 | Carla Andres | Conferences regarding Pyxis engagement. | 0.30 | 105.00 |
| 07-21-2011 | Peggy Barlett | Review correspondence and time entries regarding Pyxis and issues of duplication with other professionals. | 0.20 | 45.00 |
| 07-23-2011 | Peggy Barlett | Continue fee detail review for seventh fee period, identifying objectionable entries. | 3.20 | 720.00 |
| 07-26-2011 | Zerithea Raiche | Review and forward exhibit spreadsheet for Milbank Tweed's seventh fee period application. | 0.40 | 66.00 |
| 07-26-2011 | Peggy Barlett | Continue fee detail review for seventh fee period, identifying objectionable entries. | 10.30 | 2,317.50 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 07-27-2011 | Peggy Barlett | Continue review of fee detail for seventh fee period, identifying objectionable entries. | 7.80 | 1,755.00 |
| 07-27-2011 | Brady C. Williamson | Review fee statement. | 0.80 | 420.00 |
| 07-28-2011 | Carla Andres | Conference regarding status of time detail review and associated issues. | 0.20 | 70.00 |
| 07-28-2011 | Peggy Barlett | Complete fee and expense review for seventh fee period, identifying objectionable entries. | 5.90 | 1,327.50 |
| 07-30-2011 | Zerithea Raiche | Conferences on spreadsheet review and review email on exhibit calculations for seventh fee period application. | 0.40 | 66.00 |
| 07-30-2011 | Peggy Barlett | Revise seventh fee period letter report. | 0.40 | 90.00 |
| 07-30-2011 | Peggy Barlett | Revise objection list and summary notes regarding seventh fee period. | 2.80 | 630.00 |
| 07-30-2011 | Peggy Barlett | Conference regarding Milbank Tweed exhibit preparation and formatting issues. | 0.30 | 67.50 |
| 07-30-2011 | Peggy Barlett | Prepare correspondence detailing review of Milbank Tweed and status of confidential letter report. | 0.20 | 45.00 |
| 07-31-2011 | Zerithea Raiche | Review and revise exhibit spreadsheet for the seventh interim fee period application. | 1.70 | 280.50 |
| 08-01-2011 | Peggy Barlett | Revise letter report to include all template language and categories for objections. | 1.20 | 270.00 |
| 08-02-2011 | Carla Andres | Telephone conference with Mr. O'Donnell regarding form stipulation and timing of order, telephone conference on change to stipulation format. | 0.20 | 70.00 |
| 08-03-2011 | Carla Andres | Review exhibits and mark comments. | 2.20 | 770.00 |

Matter Number: 009878-16BB  
Invoice No.: 554857

March 8, 2012  
Page 6

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-03-2011 | Carla Andres | E-mail Mr. O'Donnell draft stipulation, telephone conference regarding exhibit and report status. | 0.40 | 140.00 |
| 08-03-2011 | Carla Andres | Review draft report and telephone conference on comments. | 0.30 | 105.00 |
| 08-04-2011 | Carla Andres | Review and respond to e-mail on changes to letter report. | 0.20 | 70.00 |
| 08-04-2011 | Peggy Barlett | Telephone conference regarding notes in Milbank Tweed spreadsheet identifying problem entries. | 0.20 | 45.00 |
| 08-04-2011 | Peggy Barlett | Fact-check and reorganize exhibits for seventh fee period in preparation for exhibit preparation. | 4.50 | 1,012.50 |
| 08-05-2011 | Carla Andres | Review voice mail from Mr. O'Donnell regarding stipulation and order process, review draft Milbank Tweed seventh interim report. | 0.40 | 140.00 |
| 08-05-2011 | Peggy Barlett | Review March 31, 2011 letter from Milbank Tweed detailing yearly rate increases. | 0.60 | 135.00 |
| 08-05-2011 | Peggy Barlett | Conference regarding revisions to Milbank Tweed letter. | 0.10 | 22.50 |
| 08-05-2011 | Peggy Barlett | Review and revise letter report section on rate increases from 2010-2011. | 1.70 | 382.50 |
| 08-05-2011 | Peggy Barlett | Conference on letter section on rate increases. | 0.10 | 22.50 |
| 08-05-2011 | Brady C. Williamson | Review and revise letter report. | 0.50 | 262.50 |
| 08-05-2011 | Katherine Stadler | Review and revise draft letter report. | 0.60 | 258.00 |
| 08-08-2011 | Peggy Barlett | Revise seventh confidential letter report to include all template language, U.S. Trustee's comments and final objections. | 1.50 | 337.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-10-2011 | Zerithea Raiche | Prepare spreadsheet for exhibit preparation. | 6.70 | 1,105.50 |
| 08-10-2011 | Zerithea Raiche | Prepare list of exhibit designations with percentage reductions. | 0.70 | 115.50 |
| 08-10-2011 | Zerithea Raiche | Review supplemental detail to seventh fee period application for preparation of report exhibits. | 0.90 | 148.50 |
| 08-11-2011 | Zerithea Raiche | Revise spreadsheet for exhibit preparation. | 1.90 | 313.50 |
| 08-11-2011 | Zerithea Raiche | Email to BrownGreer with detailed instructions on preparation of exhibits. | 0.30 | 49.50 |
| 08-11-2011 | Zerithea Raiche | Prepare list of exhibit designations and percentages for use in preparation of seventh fee period report. | 0.60 | 99.00 |
| 08-11-2011 | Peggy Barlett | Review and respond to e-mail on changes to exhibit designations before exhibit preparation. | 0.40 | 90.00 |
| 08-12-2011 | Carla Andres | Review U.S. Trustee comments on letter report and revised draft, e-mail regarding comments on final report. | 0.30 | 105.00 |
| 08-12-2011 | Zerithea Raiche | Respond to questions on preparation of exhibits to seventh fee period report. | 0.80 | 132.00 |
| 08-12-2011 | Peggy Barlett | Revise report to incorporate U.S. Trustee's revisions. | 0.90 | 202.50 |
| 08-13-2011 | N. Talbott Settle | Review and verify report exhibits. | 1.40 | 231.00 |
| 08-15-2011 | N. Talbott Settle | Review correspondence from Ms. Barbour with exhibits to report. | 0.40 | 66.00 |
| 08-15-2011 | Peggy Barlett | Review fee exhibits and verify amounts and objections listed. | 1.10 | 247.50 |
| 08-15-2011 | Peggy Barlett | Revise report to incorporate updated amounts. | 0.70 | 157.50 |

Matter Number: 009878-16BB  
Invoice No.: 554857

March 8, 2012  
Page 8

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-15-2011 | Peggy Barlett | Review expense exhibits and cross-reference with additional supplemental entries from Milbank Tweed. | 1.80 | 405.00 |
| 08-15-2011 | Peggy Barlett | Additional revisions to report. | 0.50 | 112.50 |
| 08-15-2011 | Peggy Barlett | Prepare correspondence regarding status of report and revisions to exhibits. | 0.20 | 45.00 |
| 08-16-2011 | Carla Andres | Telephone conference with Mr. O'Donnell regarding preparation of order on sixth interim fee application, conference and emails on seventh interim exhibits and letter report. | 0.40 | 140.00 |
| 08-16-2011 | Zerithea Raiche | Verify calculations in seventh fee period report. | 2.90 | 478.50 |
| 08-16-2011 | Zerithea Raiche | Verify record citations in seventh fee period report. | 1.30 | 214.50 |
| 08-16-2011 | Zerithea Raiche | Revise calculations in exhibit spreadsheet for report. | 1.80 | 297.00 |
| 08-16-2011 | Zerithea Raiche | Prepare email with seventh fee period report and exhibits. | 0.20 | 33.00 |
| 08-17-2011 | Carla Andres | Review final letter report, e-mail from Mr. O'Donnell regarding order. | 0.30 | 105.00 |
| 08-17-2011 | Zerithea Raiche | Verify calculations in seventh fee period report. | 0.30 | 49.50 |
| 08-17-2011 | Zerithea Raiche | Verify record citations for added sections in seventh fee period report. | 0.40 | 66.00 |
| 08-17-2011 | Peggy Barlett | Review and respond to correspondence regarding revised exhibits. | 0.10 | 22.50 |
| 08-17-2011 | Peggy Barlett | Conference regarding review of reduction amounts and issues with certain objections. | 0.10 | 22.50 |

Matter Number: 009878-16BB  March 8, 2012
Invoice No.: 554857  Page 9

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-17-2011 | Peggy Barlett | Review revised exhibits. | 0.90 | 202.50 |
| 08-17-2011 | Peggy Barlett | Additional updates to seventh fee period report. | 0.60 | 135.00 |
| 08-18-2011 | N. Talbott Settle | Correspondence to Ms. Conis forwarding report and exhibits. | 0.40 | 66.00 |
| 08-23-2011 | Carla Andres | E-mails with Mr. O'Donnell regarding conference request. | 0.10 | 35.00 |
| 08-24-2011 | Carla Andres | Conference with Mr. O'Donnell and Ms. Conis regarding issues raised in letter report. | 1.00 | 350.00 |
| 08-24-2011 | Carla Andres | Review letter report in connection with pending telephone conference. | 0.40 | 140.00 |
| 08-24-2011 | Brady C. Williamson | Return call from Mr. O'Donnell on compensation for fee memorandum. | 0.20 | 105.00 |
| 08-24-2011 | Katherine Stadler | Conferences with Mr. Purcell on compensation of time for research memorandum on fee committee dispute issues. | 0.70 | 301.00 |
| 08-25-2011 | Carla Andres | Review and respond to e-mail regarding increased reductions, e-mails regarding areas of concern expressed by Mr. O'Donnell, e-mail regarding inconsistencies in proposed sixth interim order. | 0.50 | 175.00 |
| 08-25-2011 | Brady C. Williamson | Conference call with Mr. O'Donnell on a series of issues: charges for memorandum on fees, hourly rate increases and transient billers. | 0.80 | 420.00 |
| 08-25-2011 | Katherine Stadler | Prepare background materials for conference with Mr. O'Donnell and status update. | 0.60 | 258.00 |
| 08-26-2011 | Brady C. Williamson | Email from Mr. O'Donnell on fee question and background material. | 0.20 | 105.00 |
| 08-26-2011 | Brady C. Williamson | Evaluate response to Mr. O'Donnell's position on fee memorandum and rate increases. | 0.70 | 367.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-26-2011 | Katherine Stadler | Review prior correspondence and hearing transcripts on research memorandum drafted by Milbank Tweed in preparation for litigation with the fee committee. | 1.30 | 559.00 |
| 08-26-2011 | Katherine Stadler | Telephone conference with U.S. Trustee's office, Mr. Velez-Rivera, on his recollection of the August 2010 chambers' conference. | 0.30 | 129.00 |
| 08-26-2011 | Katherine Stadler | Draft memorandum to Mr. Gitlin on status of payment. | 0.20 | 86.00 |
| 08-31-2011 | Carla Andres | E-mails and conferences regarding BrownGreer reports for eighth interim period. | 0.20 | 70.00 |
|  |  | Total Fees | $ | 28,079.00 |
|  |  | Total Disbursements | $ | 0.00 |
|  |  | **Total For This Invoice** | **$** | **28,079.00** |

Matter Number: 009878-16BB  
Invoice No.: 554857

March 8, 2012  
Page 11

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| CARLA ANDRES | Special Counsel | 14.60 | 350.00 | 5,110.00 |
| **Special Counsel Total** | | **14.60** | | **5,110.00** |
| ZERITHEA RAICHE | Paralegal | 21.30 | 165.00 | 3,514.50 |
| N. TALBOTT SETTLE | Paralegal | 2.40 | 165.00 | 396.00 |
| MARY ROUFUS | Paralegal | 0.20 | 165.00 | 33.00 |
| SALLY GRANEC | Paralegal | 0.50 | 175.00 | 87.50 |
| **Paralegal Total** | | **24.40** | | **4,031.00** |
| MONICA SANTA MARIA | Associate | 1.90 | 240.00 | 456.00 |
| PEGGY BARLETT | Associate | 62.00 | 225.00 | 13,950.00 |
| **Associate Total** | | **63.90** | | **14,406.00** |
| BRADY C. WILLIAMSON | Shareholder | 3.80 | 525.00 | 1,995.00 |
| KATHERINE STADLER | Shareholder | 5.90 | 430.00 | 2,537.00 |
| **Shareholder Total** | | **9.70** | | **4,532.00** |
| **TIMEKEEPER TOTALS** | | **112.60** | | **$28,079.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*