# **EXHIBIT C-16CC**

## **MMOR Consulting, Inc.**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**

TEL• 414.273.3500  FAX• 414.273.5198
www•GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

                                       March 8, 2012

Re:    MMOR Consulting, Inc.

Invoice No.    554858
Matter No.    009878-16CC

Billing Attorney:
Brady C. Williamson

| | |
|---|---|
| Invoice Total | $    3,985.50 |
| Prior Balance Due | $    0.00 |
| **Total Amount Now Due** | **$    3,985.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500   FAX • 414.273.5198
www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.     554858
Re:    MMOR Consulting, Inc.                    Matter No.     009878-16CC

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-06-2011 | Brady C. Williamson | Review April monthly statement. | 0.10 | 52.50 |
| 06-24-2011 | N. Talbott Settle | Review and profile to the system spreadsheet of the seventh fee period to facilitate attorney review and circulate spreadsheet. | 0.30 | 49.50 |
| 07-16-2011 | Eric Wilson | Draft letter report regarding fee application for seventh interim compensation period. | 1.20 | 540.00 |
| 07-16-2011 | Eric Wilson | Review fee application for seventh interim compensation period and corresponding fee and expense entries. | 0.80 | 360.00 |
| 07-20-2011 | Zerithea Raiche | Review revisions to spreadsheet and calculate exhibit amounts for use in preparation of seventh fee period report. | 0.40 | 66.00 |
| 07-20-2011 | Zerithea Raiche | Prepare email listing exhibit amounts for seventh fee period report. | 0.20 | 33.00 |
| 07-20-2011 | Eric Wilson | Review and revise letter report on fee application for seventh interim compensation period. | 0.30 | 135.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-20-2011 | Katherine Stadler | Review and revise proposed language for letter report on sub-retention of Morrison & Foerster. | 0.20 | 86.00 |
| 07-23-2011 | Eric Wilson | Review and revise letter report relating to seventh interim compensation period. | 0.30 | 135.00 |
| 07-24-2011 | Zerithea Raiche | Prepare spreadsheet for sixth and seventh fee period applications exhibit preparation. | 1.40 | 231.00 |
| 07-24-2011 | Zerithea Raiche | Prepare email to Ms. Barbour of BrownGreer forwarding spreadsheet for exhibit preparation and notes on inclusion of line items for sixth fee period reductions. | 0.20 | 33.00 |
| 07-24-2011 | Brady C. Williamson | Review monthly fee statement. | 0.10 | 52.50 |
| 07-26-2011 | Eric Wilson | Review and revise letter report on fee application for seventh interim compensation period. | 0.30 | 135.00 |
| 07-27-2011 | Zerithea Raiche | Locate and forward retention application and engagement letter for MMOR Consulting. | 0.20 | 33.00 |
| 07-27-2011 | Eric Wilson | Review and revise letter report on fee applications for seventh interim compensation period. | 0.70 | 315.00 |
| 07-27-2011 | Katherine Stadler | Review and edit draft report. | 0.40 | 172.00 |
| 07-29-2011 | Eric Wilson | Review comments from U.S. Trustee's office regarding draft letter report on fee application for seventh interim compensation period, revise draft letter report, and forward. | 0.70 | 315.00 |
| 07-29-2011 | Eric Wilson | Review engagement agreement between MMOR Consulting and Debtors. | 0.40 | 180.00 |

Matter Number: 009878-16CC  March 8, 2012
Invoice No.: 554858  Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-29-2011 | Katherine Stadler | E-mail updated draft report to U.S. Trustee for review and comment and review U.S. Trustee comments. | 0.30 | 129.00 |
| 07-30-2011 | Peggy Barlett | Review seventh fee period letter report to verify citations, reductions, and calculations. | 1.10 | 247.50 |
| 08-01-2011 | Monica Santa Maria | Edit report for consistency with fee review standards language. | 0.10 | 24.00 |
| 08-09-2011 | Zerithea Raiche | Verify calculations in sixth and seventh fee period reports. | 0.70 | 115.50 |
| 08-09-2011 | Zerithea Raiche | Verify record citations in sixth and seventh fee period reports. | 0.60 | 99.00 |
| 08-10-2011 | N. Talbott Settle | Prepare exhibits for forwarding to the professional. | 0.40 | 66.00 |
| 08-10-2011 | Eric Wilson | Complete report on fee application for seventh interim compensation period. | 0.20 | 90.00 |
| 08-11-2011 | N. Talbott Settle | Conference with Mr. Morgese regarding letter report and prepare materials. | 0.40 | 66.00 |
| 08-11-2011 | Eric Wilson | Conference with Mr. Morgese regarding report. | 0.20 | 90.00 |
| 08-11-2011 | Eric Wilson | Review and respond to correspondence about communications from Mr. Morgese regarding report. | 0.30 | 135.00 |

|  |  |  |
|---|---|---|
| Total Fees | $ | 3,985.50 |
| Total Disbursements | $ | 0.00 |
| **Total For This Invoice** | **$** | **3,985.50** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 3.70 | 165.00 | 610.50 |
| N. TALBOTT SETTLE | Paralegal | 1.10 | 165.00 | 181.50 |
| **Paralegal Total** | | **4.80** | | **792.00** |
| MONICA SANTA MARIA | Associate | 0.10 | 240.00 | 24.00 |
| PEGGY BARLETT | Associate | 1.10 | 225.00 | 247.50 |
| **Associate Total** | | **1.20** | | **271.50** |
| BRADY C. WILLIAMSON | Shareholder | 0.20 | 525.00 | 105.00 |
| KATHERINE STADLER | Shareholder | 0.90 | 430.00 | 387.00 |
| ERIC WILSON | Shareholder | 5.40 | 450.00 | 2,430.00 |
| **Shareholder Total** | | **6.50** | | **2,922.00** |
| **TIMEKEEPER TOTALS** | | **12.50** | | **$3,985.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*