# **EXHIBIT C-16DD**

**Momo-O, Matsuo & Namba**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL· 414.273.3500  FAX· 414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

                                                                                                                                 March 8, 2012

| | |
|---|---|
| | Invoice No.       554859 |
| Re:   Momo-O, Matsuo & Namba | Matter No.      009878-16DD |

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---:|
| Invoice Total | $ | 1,328.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **1,328.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Momo-O, Matsuo & Namba

Invoice No.      554859
Matter No.       009878-16DD

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-24-2011 | N. Talbott Settle | Review and profile to the system spreadsheet of the seventh fee period to facilitate attorney review and circulate spreadsheet. | 0.30 | 49.50 |
| 06-27-2011 | Monica Santa Maria | Begin reviewing time detail, referencing fee application narrative as necessary. | 0.80 | 192.00 |
| 06-27-2011 | Brady C. Williamson | Review May statement. | 0.10 | 52.50 |
| 07-13-2011 | Monica Santa Maria | Review fee application and time entries in light of possible duplication of efforts with Jones Day. | 0.50 | 120.00 |
| 07-18-2011 | Monica Santa Maria | Draft confidential letter report. | 0.80 | 192.00 |
| 07-19-2011 | Monica Santa Maria | Edit letter report to incorporate edits to basic paragraphs. | 0.20 | 48.00 |
| 07-20-2011 | Brady C. Williamson | Review and revise draft report. | 0.10 | 52.50 |
| 07-22-2011 | Monica Santa Maria | Edit report. | 0.40 | 96.00 |
| 07-22-2011 | Katherine Stadler | Review and edit draft report on seventh interim fee period application. | 0.40 | 172.00 |

Matter Number: 009878-16DD  March 8, 2012
Invoice No.: 554859  Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-27-2011 | Brady C. Williamson | Review and revise report. | 0.20 | 105.00 |
| 07-27-2011 | Brady C. Williamson | Review fee statement. | 0.10 | 52.50 |
| 08-01-2011 | Zerithea Raiche | Verify calculations for seventh fee period report. | 0.20 | 33.00 |
| 08-01-2011 | Zerithea Raiche | Verify and revise record citations for seventh fee period report. | 0.40 | 66.00 |
| 08-01-2011 | Zerithea Raiche | Revise report to include record references. | 0.30 | 49.50 |
| 08-02-2011 | Monica Santa Maria | Review proposed edits based on fact-checking, review and forward final report to professional. | 0.20 | 48.00 |
| | | Total Fees | $ | 1,328.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **1,328.50** |

Matter Number: 009878-16DD  March 8, 2012
Invoice No.: 554859  Page 3

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 0.90 | 165.00 | 148.50 |
| N. TALBOTT SETTLE | Paralegal | 0.30 | 165.00 | 49.50 |
| **Paralegal Total** | | **1.20** | | **198.00** |
| MONICA SANTA MARIA | Associate | 2.90 | 240.00 | 696.00 |
| **Associate Total** | | **2.90** | | **696.00** |
| BRADY C. WILLIAMSON | Shareholder | 0.50 | 525.00 | 262.50 |
| KATHERINE STADLER | Shareholder | 0.40 | 430.00 | 172.00 |
| **Shareholder Total** | | **0.90** | | **434.50** |
| **TIMEKEEPER TOTALS** | | **5.00** | | **$1,328.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*