# EXHIBIT C-16FF

**Pachulski, Stang, Ziehl & Jones LLP**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500   FAX • 414.273.5198
www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

                                         March 8, 2012

                                         Invoice No.      554860

Re:    Pachulski, Stang, Ziehl & Jones LLP        Matter No.     009878-16FF

                                         Billing Attorney:
                                         Brady C. Williamson

|  | Invoice Total | $ | 10,075.50 |
|---|---|---|---|
|  | Prior Balance Due | $ | 0.00 |
|  | **Total Amount Now Due** | **$** | **10,075.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.   BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Pachulski, Stang, Ziehl & Jones LLP

Invoice No.     554860
Matter No.      009878-16FF

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-02-2011 | Monica Santa Maria | Prepare for telephone conference with Ms. Bove (May 3) by reviewing Pachulski Stang response letter and drafting notes in response, including line-by-line responses to additional information supplementing vague entries. | 1.70 | 408.00 |
| 05-03-2011 | N. Talbott Settle | Complete and prepare response for forwarding to the retained professional. | 0.20 | 33.00 |
| 05-03-2011 | Patricia Wheeler | Review response of Pachulski Stang to report in preparation for telephone conference with Ms. Bove. | 0.50 | 142.50 |
| 05-03-2011 | Patricia Wheeler | Telephone conference with Ms. Bove regarding Pachulski Stang response to report recommended reductions. | 0.40 | 114.00 |
| 05-03-2011 | Monica Santa Maria | Continue preparation for conference call with Ms. Bove regarding report including making additional notations on vague entries and reviewing retention and fee applications. | 1.00 | 240.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-03-2011 | Monica Santa Maria | Conference to discuss pending responses, including response from Pachulski Stang. | 0.10 | 24.00 |
| 05-03-2011 | Monica Santa Maria | Telephone conference with Ms. Bove to discuss issues still outstanding, including vague entries and services performed in conjunction with the plan and disclosure statement. | 0.40 | 96.00 |
| 05-03-2011 | Monica Santa Maria | Continue marking responses to entries that are still objectionable in light of written supplemental information provided by Ms. Bove. | 2.00 | 480.00 |
| 05-03-2011 | Monica Santa Maria | Prepare summary email to Ms. Bove identifying issues still in dispute, including forwarding chart of entries still deemed vague. | 0.70 | 168.00 |
| 05-03-2011 | Brady C. Williamson | Review email on discussions. | 0.30 | 157.50 |
| 05-16-2011 | Monica Santa Maria | Follow-up telephone conferences with Ms. Bove regarding supplemental information. | 0.20 | 48.00 |
| 05-19-2011 | Patricia Wheeler | Telephone conference and email correspondence with Ms. Bove regarding status of response to report. | 0.30 | 85.50 |
| 05-19-2011 | Monica Santa Maria | Review and respond to email correspondence from Ms. Bove forwarding supplemental information and requesting telephone conference to discuss pending issues. | 0.20 | 48.00 |
| 05-19-2011 | Brady C. Williamson | Review supplemental responses. | 0.30 | 157.50 |
| 05-19-2011 | Katherine Stadler | Conference on Pachulski Stang status and impediments to settlement. | 0.20 | 86.00 |

Matter Number: 009878-16FF  March 8, 2012
Invoice No.: 554860  Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-20-2011 | Katherine Stadler | Conference on status of Pachulski Stang negotiations. | 0.20 | 86.00 |
| 05-23-2011 | Monica Santa Maria | Telephone conference with Ms. Bove and Mr. Orgel regarding services related to plan drafting and staffing. | 0.20 | 48.00 |
| 05-23-2011 | Monica Santa Maria | Email correspondences regarding outstanding issues related to report. | 0.40 | 96.00 |
| 05-24-2011 | Brady C. Williamson | Review email on open issues with firm. | 0.20 | 105.00 |
| 05-25-2011 | Brady C. Williamson | Review monthly fee statement and budget. | 0.30 | 157.50 |
| 05-26-2011 | Monica Santa Maria | Review supplemented time entries previously flagged as vague. | 0.30 | 72.00 |
| 05-26-2011 | Monica Santa Maria | Review article and motion related to Debtor's allegations that the SunCal Debtors are violating the automatic stay. | 0.20 | 48.00 |
| 06-01-2011 | Monica Santa Maria | Conferences regarding motion to expand retention by Pachulski Stang and draft response letters to professionals with possible disclosure issues. | 0.60 | 144.00 |
| 06-01-2011 | Monica Santa Maria | Review and consider motion to expand retention. | 0.50 | 120.00 |
| 06-01-2011 | Monica Santa Maria | Conference with Ms. Bove regarding motion to expand firm's retention and disclosure obligations. | 0.20 | 48.00 |
| 06-05-2011 | Brady C. Williamson | Review expanded retention application. | 0.30 | 157.50 |
| 06-06-2011 | Patricia Wheeler | Conference regarding disclosure issues. | 0.20 | 57.00 |
| 06-06-2011 | Monica Santa Maria | Draft response letter summarizing outstanding issues and raising disclosure questions. | 1.50 | 360.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-06-2011 | Monica Santa Maria | Conference with Ms. Bove regarding motion to expand retention. | 0.10 | 24.00 |
| 06-06-2011 | Monica Santa Maria | Draft summary email regarding Pachulski Stang expanded retention application and possible disclosure issue. | 0.50 | 120.00 |
| 06-07-2011 | Monica Santa Maria | Edit draft letter to Pachulski Stang regarding outstanding issues. | 0.30 | 72.00 |
| 06-07-2011 | Monica Santa Maria | Review article summarizing dispute in SunCal cases and email. | 0.10 | 24.00 |
| 06-08-2011 | Monica Santa Maria | Edit letter regarding outstanding issues and forward to Ms. Bove. | 0.40 | 96.00 |
| 06-08-2011 | Brady C. Williamson | Review and revise correspondence to retained professional. | 0.30 | 157.50 |
| 06-08-2011 | Katherine Stadler | Confer on Pachulski Stang fee application. | 0.50 | 215.00 |
| 06-10-2011 | Monica Santa Maria | Conference on motion to expand retention and disclosure issue. | 0.40 | 96.00 |
| 06-10-2011 | Monica Santa Maria | Email to Ms. Bove requesting telephone conference to discuss negotiation status in advance of fee committee objection deadline. | 0.10 | 24.00 |
| 06-10-2011 | Brady C. Williamson | Internal conference and exchange email with U.S. Trustee on professional's issue. | 0.20 | 105.00 |
| 06-10-2011 | Katherine Stadler | Detailed review of Pachulski Stang amended retention application, along with original retention materials and forward information to U.S. Trustee's office on same. | 1.10 | 473.00 |
| 06-13-2011 | Monica Santa Maria | Conference with and email communication from Ms. Bove regarding disclosures and consensual resolution. | 0.20 | 48.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-13-2011 | Katherine Stadler | Review e-mail communications with Pachulski Stang on sixth interim fee application. | 0.20 | 86.00 |
| 06-14-2011 | Monica Santa Maria | Conferences regarding disclosure obligations under Section 329 and Rules 2016 and 2014 in light of communication from Weil Gotshal that no additional disclosures are necessary. | 1.10 | 264.00 |
| 06-14-2011 | Monica Santa Maria | Draft and edit correspondence to Pachulski Stang regarding consensual resolution to fee application and outstanding disclosure issues. | 0.60 | 144.00 |
| 06-14-2011 | Katherine Stadler | Telephone conference with Mr. Fail of Weil Gotshal on Pachulski Stang disclosures and related issues. | 0.20 | 86.00 |
| 06-14-2011 | Katherine Stadler | E-mail communication from U.S. Trustee's office on motion to expand Pachulski Stang retention. | 0.10 | 43.00 |
| 06-14-2011 | Katherine Stadler | Review and revise correspondence to Pachulski Stang on sixth interim fee application and disclosure issues. | 0.70 | 301.00 |
| 06-15-2011 | Katherine Stadler | Review recent media reports on SunCal dispute. | 0.20 | 86.00 |
| 07-06-2011 | Sally Granec | Review spreadsheet of the seventh fee period to facilitate attorney review. | 0.50 | 87.50 |
| 07-11-2011 | Monica Santa Maria | Review objection to extended retention application filed by U.S. Trustee. | 0.20 | 48.00 |
| 07-11-2011 | Katherine Stadler | Review U.S. Trustee's objection to revised retention agreement. | 0.30 | 129.00 |
| 07-12-2011 | Katherine Stadler | E-mail exchange on U.S. Trustee's Pachulski Stang objection. | 0.10 | 43.00 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 07-24-2011 | Brady C. Williamson | Review monthly fee statement. | 0.20 | 105.00 |
| 07-25-2011 | Monica Santa Maria | Continue reviewing fee detail, identifying questionable entries in support of possible objections. | 1.90 | 456.00 |
| 07-27-2011 | Monica Santa Maria | Finish reviewing fee detail, identifying questionable entries in support of possible objections. | 1.10 | 264.00 |
| 07-27-2011 | Monica Santa Maria | Begin drafting confidential letter report. | 1.30 | 312.00 |
| 07-28-2011 | Monica Santa Maria | Correspondence with Mr. Hatch regarding numerical discrepancies in spreadsheet data due to Pachulski Stang's voluntary reductions. | 0.20 | 48.00 |
| 07-28-2011 | Monica Santa Maria | Draft confidential letter report. | 1.30 | 312.00 |
| 07-28-2011 | Monica Santa Maria | Review expense detail, identifying entries in support of possible objections. | 0.20 | 48.00 |
| 07-28-2011 | Brady C. Williamson | Review Pachulski Stang letter report. | 1.00 | 525.00 |
| 07-31-2011 | N. Talbott Settle | Review correspondence regarding exhibit preparation for the seventh fee period. | 0.20 | 33.00 |
| 08-01-2011 | Brady C. Williamson | Review and revise draft letter. | 0.40 | 210.00 |
| 08-01-2011 | Katherine Stadler | Review and revise report. | 0.40 | 172.00 |
| 08-04-2011 | N. Talbott Settle | Prepare spreadsheet for exhibit preparation. | 0.80 | 132.00 |
| 08-05-2011 | N. Talbott Settle | Telephone conference with Ms. Barbour regarding the exhibit summary. | 0.20 | 33.00 |
| 08-05-2011 | Monica Santa Maria | Email correspondence with Ms. Bove regarding timing of report. | 0.10 | 24.00 |
| 08-05-2011 | Katherine Stadler | Review e-mail on timing of letter report. | 0.10 | 43.00 |

08-13555-mg    Doc 27724-41    Filed 05/04/12    Entered 05/04/12 16:34:18    Exhibit
C-016FF    Pg 9 of 10

Matter Number: 009878-16FF
Invoice No.: 554860

March 8, 2012
Page 7

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-09-2011 | N. Talbott Settle | Review exhibits and prepare for attorney review. | 1.70 | 280.50 |
| 08-11-2011 | N. Talbott Settle | Prepare exhibits for forwarding to retained professional. | 0.80 | 132.00 |
| 08-11-2011 | Monica Santa Maria | Review and final edits to report and exhibits. | 0.50 | 120.00 |
| 08-11-2011 | Peggy Barlett | Prepare correspondence on missing expense detail in BrownGreer data analysis. | 0.10 | 22.50 |
| 08-11-2011 | Katherine Stadler | Review draft report. | 0.30 | 129.00 |
| 08-15-2011 | N. Talbott Settle | Review revised rate analysis from BrownGreer. | 0.70 | 115.50 |
|  |  | Total Fees | $ | 10,075.50 |
|  |  | Total Disbursements | $ | 0.00 |
|  |  | **Total For This Invoice** | **$** | **10,075.50** |

Matter Number: 009878-16FF  March 8, 2012
Invoice No.: 554860  Page 8

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| N. TALBOTT SETTLE | Paralegal | 4.60 | 165.00 | 759.00 |
| SALLY GRANEC | Paralegal | 0.50 | 175.00 | 87.50 |
| **Paralegal Total** | | **5.10** | | **846.50** |
| PATRICIA WHEELER | Associate | 1.40 | 285.00 | 399.00 |
| MONICA SANTA MARIA | Associate | 20.80 | 240.00 | 4,992.00 |
| PEGGY BARLETT | Associate | 0.10 | 225.00 | 22.50 |
| **Associate Total** | | **22.30** | | **5,413.50** |
| BRADY C. WILLIAMSON | Shareholder | 3.50 | 525.00 | 1,837.50 |
| KATHERINE STADLER | Shareholder | 4.60 | 430.00 | 1,978.00 |
| **Shareholder Total** | | **8.10** | | **3,815.50** |
| **TIMEKEEPER TOTALS** | | **35.50** | | **$10,075.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*