# **EXHIBIT C-16GG**

**Paul Hastings Janofsky & Walker LLP**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500   FAX • 414.273.5198
www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Paul Hastings Janofsky & Walker LLP

Invoice No.      554861
Matter No.       009878-16GG

Billing Attorney:
Brady C. Williamson

|   |   |
|---|---|
| Invoice Total | $        3,628.50 |
| Prior Balance Due | $             0.00 |
| **Total Amount Now Due** | **$        3,628.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.   BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL·414.273.3500   FAX·414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Paul Hastings Janofsky & Walker LLP

Invoice No.    554861
Matter No.     009878-16GG

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-04-2011 | Katherine Stadler | Review email report on updated disclosure issues. | 0.20 | 86.00 |
| 05-05-2011 | Monica Santa Maria | Receive response from firm, email acknowledging receipt and forward. | 0.10 | 24.00 |
| 05-05-2011 | Brady C. Williamson | Review response. | 0.20 | 105.00 |
| 05-11-2011 | Monica Santa Maria | Analyze response to report and begin making notes for reply. | 0.80 | 192.00 |
| 05-12-2011 | Monica Santa Maria | Draft response to Ms. Traxler regarding unresolved issues on second fee application and forward by email. | 1.00 | 240.00 |
| 05-12-2011 | Brady C. Williamson | Review and revise latest correspondence. | 0.20 | 105.00 |
| 05-17-2011 | Monica Santa Maria | Email correspondence with Ms. Traxler confirming consensual resolution. | 0.20 | 48.00 |
| 06-01-2011 | Brady C. Williamson | Review April statement. | 0.10 | 52.50 |
| 06-30-2011 | Brady C. Williamson | Review fee statement. | 0.10 | 52.50 |
| 07-18-2011 | Monica Santa Maria | Begin reviewing fee application with focus on rate increases. | 1.20 | 288.00 |

GODFREY & KAHN IS A MEMBER OF  TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-19-2011 | Monica Santa Maria | Telephone conferences with Ms. Traxler regarding possible errors in currency calculations in fee application. | 0.30 | 72.00 |
| 07-19-2011 | Monica Santa Maria | Draft memorandum summarizing conversation with Ms. Traxler regarding possible errors to currency exchanges in fee application. | 0.10 | 24.00 |
| 07-21-2011 | N. Talbott Settle | Review and profile revised spreadsheet of the seventh fee period to facilitate attorney review. | 0.20 | 33.00 |
| 07-21-2011 | Monica Santa Maria | Review correspondence from Ms. Traxler regarding currency exchange in fee application. | 0.20 | 48.00 |
| 07-21-2011 | Monica Santa Maria | Continue reviewing time detail with emphasis on currency conversion issues. | 1.00 | 240.00 |
| 07-21-2011 | Monica Santa Maria | Review detailed expense entries. | 0.20 | 48.00 |
| 07-22-2011 | Monica Santa Maria | Draft stipulation to resolve sixth interim period application. | 0.20 | 48.00 |
| 07-24-2011 | Monica Santa Maria | Draft confidential letter report. | 1.30 | 312.00 |
| 07-25-2011 | Monica Santa Maria | Review comments to letter report and edit. | 0.30 | 72.00 |
| 07-25-2011 | Brady C. Williamson | Review and revise letter report. | 0.20 | 105.00 |
| 07-26-2011 | Monica Santa Maria | Edit stipulation to resolve sixth interim period and forward to Ms. Traxler. | 0.10 | 24.00 |
| 07-26-2011 | Katherine Stadler | Review and forward draft letter report to U.S. Trustee's office for review and comment. | 0.20 | 86.00 |
| 07-29-2011 | Monica Santa Maria | Edit stipulation and email correspondence with Ms. Traxler regarding stipulation for filing. | 0.30 | 72.00 |

Matter Number: 009878-16GG  
Invoice No.: 554861

March 8, 2012  
Page 3

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 08-04-2011 | N. Talbott Settle | Prepare spreadsheet for preparation of exhibits. | 0.70 | 115.50 |
| 08-04-2011 | N. Talbott Settle | Conference with Ms. Barbour of BrownGreer on conversion rate and correspondence forwarding spreadsheet for exhibit preparation. | 0.30 | 49.50 |
| 08-04-2011 | N. Talbott Settle | Review exhibits from BrownGreer and conference on preferred format. | 0.40 | 66.00 |
| 08-04-2011 | Monica Santa Maria | Review email from Ms. Traxler forwarding fourth fee application. | 0.10 | 24.00 |
| 08-04-2011 | Monica Santa Maria | Correspondence with Ms. Traxler regarding stipulation resolving sixth interim period application. | 0.10 | 24.00 |
| 08-05-2011 | N. Talbott Settle | Correspondence with Ms. Barbour regarding report exhibits and revisions. | 0.40 | 66.00 |
| 08-08-2011 | N. Talbott Settle | Conference regarding exhibits to report. | 0.30 | 49.50 |
| 08-08-2011 | N. Talbott Settle | Review report for verification of factual citations and data. | 1.10 | 181.50 |
| 08-08-2011 | N. Talbott Settle | Complete preparation of exhibits for forwarding to the professional. | 0.90 | 148.50 |
| 08-08-2011 | N. Talbott Settle | Correspondence with Ms. Barbour regarding revisions to report exhibits. | 0.10 | 16.50 |
| 08-08-2011 | Monica Santa Maria | Conferences regarding edits to exhibits and report. | 0.20 | 48.00 |
| 08-08-2011 | Brady C. Williamson | Review monthly statement and budget. | 0.10 | 52.50 |
| 08-08-2011 | Katherine Stadler | Review exhibits to draft letter report. | 0.20 | 86.00 |
| 08-09-2011 | N. Talbott Settle | Review revisions to Paul Hastings report. | 0.80 | 132.00 |
| 08-09-2011 | Monica Santa Maria | Final edits to report. | 0.60 | 144.00 |

Matter Number: 009878-16GG  March 8, 2012
Invoice No.: 554861  Page 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-30-2011 | Monica Santa Maria | Email correspondence with Ms. Traxler regarding extension of response deadline for seventh interim report. | 0.10 | 24.00 |
| 08-31-2011 | Monica Santa Maria | Voicemail to Ms. Traxler regarding extension of response deadline and negotiation period. | 0.10 | 24.00 |
| | | Total Fees | $ | 3,628.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **3,628.50** |

Matter Number: 009878-16GG  
Invoice No.: 554861

March 8, 2012  
Page 5

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| N. TALBOTT SETTLE | Paralegal | 5.20 | 165.00 | 858.00 |
| **Paralegal Total** | | **5.20** | | **858.00** |
| MONICA SANTA MARIA | Associate | 8.50 | 240.00 | 2,040.00 |
| **Associate Total** | | **8.50** | | **2,040.00** |
| BRADY C. WILLIAMSON | Shareholder | 0.90 | 525.00 | 472.50 |
| KATHERINE STADLER | Shareholder | 0.60 | 430.00 | 258.00 |
| **Shareholder Total** | | **1.50** | | **730.50** |
| **TIMEKEEPER TOTALS** | | **15.20** | | **$3,628.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*