# EXHIBIT C-16HH

## PricewaterhouseCoopers LLP



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL·414.273.3500  FAX·414.273.5198

www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.        554862

Re:    PricewaterhouseCoopers LLP                     Matter No.       009878-16HH

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 5,439.00 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **5,439.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL • 414.273.3500   FAX • 414.273.5198

www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.        554862

Re:    PricewaterhouseCoopers LLP                  Matter No.        009878-16HH

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-06-2011 | Eric Wilson | Review correspondence from Ms. Clark Smith regarding fifth interim fee period. | 0.60 | 270.00 |
| 05-06-2011 | Katherine Stadler | Review email communication with Ms. Clark Smith on fifth interim fee application and responses to same. | 0.40 | 172.00 |
| 05-06-2011 | Katherine Stadler | Review notes and file on fifth interim application. | 0.30 | 129.00 |
| 05-25-2011 | Brady C. Williamson | Review monthly fee statement and budget. | 0.10 | 52.50 |
| 06-27-2011 | Brady C. Williamson | Review budget. | 0.20 | 105.00 |
| 07-06-2011 | Sally Granec | Review spreadsheet of the seventh fee period to facilitate attorney review. | 0.50 | 87.50 |
| 07-07-2011 | Brady C. Williamson | Review fee statement for May. | 0.20 | 105.00 |
| 07-15-2011 | Eric Wilson | Review fee application for seventh interim compensation period and corresponding time and expense entries. | 1.90 | 855.00 |

GODFREY & KAHN IS A MEMBER OF TERRALEX® , A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Matter Number: 009878-16HH                                                  March 8, 2012
Invoice No.:  554862                                                            Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-16-2011 | Eric Wilson | Draft letter report for seventh interim compensation period. | 1.30 | 585.00 |
| 07-20-2011 | N. Talbott Settle | Prepare spreadsheets for the preparation of exhibits and correspondence regarding those exhibits. | 0.50 | 82.50 |
| 07-20-2011 | Eric Wilson | Review and revise letter report on fee application for seventh interim compensation period. | 0.20 | 90.00 |
| 07-21-2011 | N. Talbott Settle | Conference regarding clarification on exhibits to letter report. | 0.10 | 16.50 |
| 07-21-2011 | Eric Wilson | Review spreadsheet of fees and expenses accompanying fee application for seventh interim compensation period to assess compliance with time increment billing requirements. | 0.60 | 270.00 |
| 07-21-2011 | Eric Wilson | Conference regarding further analysis necessary on time increments recorded on fee application filed for seventh interim period. | 0.30 | 135.00 |
| 07-23-2011 | Brady C. Williamson | Review sixth interim application. | 0.20 | 105.00 |
| 07-23-2011 | Brady C. Williamson | Review additional budget. | 0.10 | 52.50 |
| 07-23-2011 | Eric Wilson | Review and revise letter report relating to seventh interim compensation period. | 0.40 | 180.00 |
| 07-26-2011 | Eric Wilson | Review and revise report on fee application for seventh interim compensation period. | 0.40 | 180.00 |
| 07-27-2011 | N. Talbott Settle | Prepare spreadsheet for seventh interim applications for exhibit preparation. | 0.90 | 148.50 |
| 08-01-2011 | Brady C. Williamson | Review and revise draft letter report. | 0.20 | 105.00 |

GODFREY & KAHN IS A MEMBER OF  TERRALEX® ,  A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Matter Number: 009878-16HH                                    March 8, 2012
Invoice No.: 554862                                                    Page 3

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 08-01-2011 | Katherine Stadler | Review and revise draft letter report on seventh interim fee application. | 0.70 | 301.00 |
| 08-02-2011 | Eric Wilson | Review time increment analysis of fee application for seventh interim compensation period and revise draft report. | 0.60 | 270.00 |
| 08-04-2011 | Leah Viola | Verification of Exhibit D, time increment analysis. | 0.70 | 108.50 |
| 08-04-2011 | N. Talbott Settle | Review exhibits to report. | 0.40 | 66.00 |
| 08-04-2011 | N. Talbott Settle | Conference regarding time increment analysis and correspondence on this analysis. | 0.40 | 66.00 |
| 08-06-2011 | Eric Wilson | Analyze time increment exhibit and draft correspondence. | 0.50 | 225.00 |
| 08-08-2011 | N. Talbott Settle | Revise exhibits. | 0.60 | 99.00 |
| 08-09-2011 | N. Talbott Settle | Review report for verification of factual citations and data. | 1.90 | 313.50 |
| 08-09-2011 | N. Talbott Settle | Conference with and correspondence from Ms. Barbour regarding exhibits to the report. | 0.10 | 16.50 |
| 08-09-2011 | N. Talbott Settle | Complete preparation of the exhibits for forwarding to the professional. | 0.70 | 115.50 |
| 08-10-2011 | N. Talbott Settle | Review revisions to the report. | 0.40 | 66.00 |
| 08-10-2011 | N. Talbott Settle | Prepare and forward report and exhibits to Ms. Clark Smith. | 0.40 | 66.00 |

|  | Total Fees | $ | 5,439.00 |
|--|------------|---|----------|
|  | Total Disbursements | $ | 0.00 |
|  | **Total For This Invoice** | **$** | **5,439.00** |

Matter Number: 009878-16HH                                                March 8, 2012
Invoice No.:  554862                                                          Page 4

# Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| N. TALBOTT SETTLE | Paralegal | 6.40 | 165.00 | 1,056.00 |
| LEAH VIOLA | Paralegal | 0.70 | 155.00 | 108.50 |
| SALLY GRANEC | Paralegal | 0.50 | 175.00 | 87.50 |
| **Paralegal Total** | | **7.60** | | **1,252.00** |
| BRADY C. WILLIAMSON | Shareholder | 1.00 | 525.00 | 525.00 |
| KATHERINE STADLER | Shareholder | 1.40 | 430.00 | 602.00 |
| ERIC WILSON | Shareholder | 6.80 | 450.00 | 3,060.00 |
| **Shareholder Total** | | **9.20** | | **4,187.00** |
| **TIMEKEEPER TOTALS** | | **16.80** | | **$5,439.00** |

*We adjust our hourly billing rates effective January 1 of each year.  Accordingly, billing rate changes are reflected on this statement for work performed in 2012.  Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*