# **EXHIBIT C-16II**

## **Quinn, Emanuel, Urquhart**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**

TEL · 414.273.3500  FAX · 414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

|  |  |
|---|---|
| Invoice No. | 554863 |
| Matter No. | 009878-16II |

Re:    Quinn, Emanuel, Urquhart & Sullivan LLP

Billing Attorney:
Brady C. Williamson

|  |  |
|---|---|
| Invoice Total | $   15,447.00 |
| Prior Balance Due | $         0.00 |
| **Total Amount Now Due** | **$   15,447.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL · 414.273.3500   FAX · 414.273.5198
www · GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.      554863
Re:    Quinn, Emanuel, Urquhart & Sullivan LLP          Matter No.       009878-16II

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-02-2011 | Carla Andres | Prepare for conference call on open issues. | 0.20 | 70.00 |
| 05-03-2011 | Carla Andres | Telephone conference with Mr. Dakis and Ms. Urbieta. | 0.70 | 245.00 |
| 05-04-2011 | Carla Andres | Conference on Quinn Emanuel comments on report. | 0.20 | 70.00 |
| 05-04-2011 | Peggy Barlett | Conference on discussion with Quinn Emanuel about report and issues with fees and expenses. | 0.20 | 45.00 |
| 05-04-2011 | Peggy Barlett | Review sixth fee application to identify references discussed in review with Quinn Emanuel and exhibits. | 0.30 | 67.50 |
| 05-05-2011 | Carla Andres | Review and respond to extension request from Ms. Urbieta. | 0.10 | 35.00 |
| 05-09-2011 | Carla Andres | Review and respond to e-mail from Ms. Urbieta regarding extension. | 0.10 | 35.00 |
| 05-14-2011 | Carla Andres | Review response to report. | 0.60 | 210.00 |
| 05-15-2011 | N. Talbott Settle | Attempt to access Excel document in response to correspondence to and from Ms. Urbieta regarding attachment, review and circulate that attachment. | 0.40 | 66.00 |

08-13555-mg    Doc 27724-44    Filed 05/04/12    Entered 05/04/12 16:34:18    Exhibit
C-016II    Pg 4 of 9

Matter Number: 009878-16II  
Invoice No.: 554863

March 8, 2012  
Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-18-2011 | Peggy Barlett | Review and compare responses to fee application to verify all references and arguments relating to disallowance amounts. | 0.60 | 135.00 |
| 05-23-2011 | Carla Andres | Review responses and annotate. | 1.90 | 665.00 |
| 05-23-2011 | Peggy Barlett | Telephone conference regarding legal research and Barclays litigation issues and responses from Quinn Emanuel. | 0.20 | 45.00 |
| 05-23-2011 | Peggy Barlett | Further review of Quinn Emanuel's response to report in comparison to sixth fee application materials. | 0.40 | 90.00 |
| 05-25-2011 | Carla Andres | Conference with Mr. Dakis and Ms. Urbieta regarding fee response. | 0.40 | 140.00 |
| 05-30-2011 | Carla Andres | Review e-mail and supplemental material from Ms. Urbieta. | 0.20 | 70.00 |
| 06-05-2011 | Brady C. Williamson | Review seventh interim fee application. | 0.40 | 210.00 |
| 06-23-2011 | Brady C. Williamson | Review February fee statement. | 0.30 | 157.50 |
| 07-06-2011 | Carla Andres | Draft stipulation. | 0.70 | 245.00 |
| 07-06-2011 | Carla Andres | Review supplemental materials. | 0.80 | 280.00 |
| 07-06-2011 | Carla Andres | Prepare e-mail to Ms. Urbieta regarding resolved and open issues and proposed resolution. | 0.40 | 140.00 |
| 07-06-2011 | Sally Granec | Review and profile spreadsheet of the seventh fee period to facilitate attorney review. | 0.50 | 87.50 |
| 07-12-2011 | Carla Andres | Respond to e-mail from Ms. Urbieta regarding stipulation, amend stipulation and email regarding format. | 0.30 | 105.00 |
| 07-14-2011 | N. Talbott Settle | Review and respond to correspondence regarding budgets. | 0.10 | 16.50 |
| 07-15-2011 | Carla Andres | Review e-mail regarding budgets. | 0.10 | 35.00 |

Matter Number: 009878-16II  
Invoice No.: 554863

March 8, 2012  
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---:|---:|
| 07-22-2011 | Peggy Barlett | Review seventh interim application fee detail. | 4.40 | 990.00 |
| 07-23-2011 | Peggy Barlett | Review seventh period fee detail to identify objectionable entries. | 3.40 | 765.00 |
| 07-24-2011 | Peggy Barlett | Continue review of fee and expense detail for seventh fee period. | 10.40 | 2,340.00 |
| 07-25-2011 | Peggy Barlett | Complete fee and expense detail review for seventh fee period. | 3.60 | 810.00 |
| 07-27-2011 | Peggy Barlett | Prepare draft of confidential letter report. | 0.70 | 157.50 |
| 07-27-2011 | Brady C. Williamson | Review fee statement. | 0.30 | 157.50 |
| 07-30-2011 | Peggy Barlett | Revise letter report for seventh fee period. | 0.20 | 45.00 |
| 07-30-2011 | Monica Santa Maria | Edit report to incorporate suggestions from the U.S. Trustee and for conformity. | 0.40 | 96.00 |
| 07-31-2011 | Zerithea Raiche | Review and revise spreadsheet for the seventh interim fee period application. | 1.70 | 280.50 |
| 07-31-2011 | Zerithea Raiche | Conference on status of exhibits for preparation by BrownGreer for seventh fee period application. | 0.20 | 33.00 |
| 07-31-2011 | Peggy Barlett | Revise letter to incorporate objections and preliminary amounts. | 0.90 | 202.50 |
| 08-03-2011 | Carla Andres | Telephone conference regarding comments on letter report and follow up on exhibits. | 0.40 | 140.00 |
| 08-03-2011 | Carla Andres | Review and comment on draft report. | 0.80 | 280.00 |
| 08-03-2011 | Carla Andres | Review exhibits. | 1.10 | 385.00 |
| 08-03-2011 | Carla Andres | Telephone conference regarding report and exhibit status. | 0.70 | 245.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-03-2011 | Zerithea Raiche | Revise Exhibits A through Q for transmittal to BrownGreer. | 2.60 | 429.00 |
| 08-03-2011 | Peggy Barlett | Review and revise confidential letter report for seventh fee period. | 1.60 | 360.00 |
| 08-03-2011 | Peggy Barlett | Revise exhibits to allow flagged vague entries and to separate certain categories of objections for letter report. | 1.70 | 382.50 |
| 08-03-2011 | Peggy Barlett | Telephone conference regarding exhibit preparation and verification of objections to litigation review and work product completed by Quinn Emanuel. | 0.10 | 22.50 |
| 08-03-2011 | Peggy Barlett | Review seventh fee application and Quinn Emanuel's response to sixth fee application to identify litigation work and, in particular, JPMorgan litigation matters, and verify whether any duplication occurred with seventh fee application. | 0.60 | 135.00 |
| 08-04-2011 | Zerithea Raiche | Review and prepare exhibits to seventh fee period report for transmittal to BrownGreer. | 1.90 | 313.50 |
| 08-05-2011 | Carla Andres | Review and revise draft report. | 0.40 | 140.00 |
| 08-05-2011 | Brady C. Williamson | Review and revise letter report. | 0.30 | 157.50 |
| 08-05-2011 | Katherine Stadler | Review and revise letter report. | 0.30 | 129.00 |
| 08-06-2011 | Zerithea Raiche | Revise spreadsheet for preparation of exhibits to seventh fee period report. | 4.90 | 808.50 |
| 08-06-2011 | Peggy Barlett | Prepare for and participate in telephone conference on preparation of Quinn Emanuel's exhibits and discuss outstanding issues. | 0.40 | 90.00 |

Matter Number: 009878-16II  
Invoice No.: 554863

March 8, 2012  
Page 5

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-07-2011 | Zerithea Raiche | Revise chart of exhibit percentages and designations for use in preparation of seventh fee period exhibits. | 0.30 | 49.50 |
| 08-07-2011 | Zerithea Raiche | Verify calculations in seventh fee period report. | 1.30 | 214.50 |
| 08-07-2011 | Zerithea Raiche | Verify record citations in seventh fee period report. | 0.70 | 115.50 |
| 08-07-2011 | Peggy Barlett | Complete letter report for seventh period to incorporate all U.S. Trustee comments and additional template language. | 1.40 | 315.00 |
| 08-08-2011 | Carla Andres | E-mail regarding final letter reports for U.S. Trustee review. | 0.20 | 70.00 |
| 08-08-2011 | Zerithea Raiche | Respond to inquiry from BrownGreer on calculation for exhibit preparation. | 0.20 | 33.00 |
| 08-10-2011 | Zerithea Raiche | Revise exhibit calculations for seventh fee period report. | 3.70 | 610.50 |
| 08-12-2011 | Carla Andres | Review U.S. Trustee's comments and proposed revisions to draft report and conference on incorporating. | 0.40 | 140.00 |
| 08-12-2011 | Zerithea Raiche | Revise exhibit to include highest paralegal rate calculation. | 0.20 | 33.00 |
| 08-12-2011 | Zerithea Raiche | Revise seventh fee period report to include updated calculations. | 0.60 | 99.00 |
| 08-12-2011 | Peggy Barlett | Revise report to incorporate U.S. Trustee's current revisions. | 0.90 | 202.50 |
| 08-12-2011 | Peggy Barlett | Prepare correspondence regarding U.S. Trustee's current revisions to report. | 0.20 | 45.00 |
| 08-12-2011 | Peggy Barlett | Conference regarding status of Barclays and JPMorgan paragraphs from report. | 0.10 | 22.50 |

Matter Number: 009878-16II  March 8, 2012
Invoice No.: 554863  Page 6

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-15-2011 | Zerithea Raiche | Prepare seventh fee period exhibits for transmittal to Mr. Dakis. | 1.30 | 214.50 |
| 08-15-2011 | Zerithea Raiche | Prepare email to Mr. Dakis with seventh fee period report and exhibits. | 0.20 | 33.00 |
| 08-15-2011 | Peggy Barlett | Additional revisions to report. | 0.40 | 90.00 |
| | | Total Fees | $ | 15,447.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **15,447.00** |

Matter Number: 009878-16II  March 8, 2012
Invoice No.: 554863  Page 7

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| CARLA ANDRES | Special Counsel | 10.70 | 350.00 | 3,745.00 |
| **Special Counsel Total** | | **10.70** | | **3,745.00** |
| ZERITHEA RAICHE | Paralegal | 19.80 | 165.00 | 3,267.00 |
| N. TALBOTT SETTLE | Paralegal | 0.50 | 165.00 | 82.50 |
| SALLY GRANEC | Paralegal | 0.50 | 175.00 | 87.50 |
| **Paralegal Total** | | **20.80** | | **3,437.00** |
| MONICA SANTA MARIA | Associate | 0.40 | 240.00 | 96.00 |
| PEGGY BARLETT | Associate | 32.70 | 225.00 | 7,357.50 |
| **Associate Total** | | **33.10** | | **7,453.50** |
| BRADY C. WILLIAMSON | Shareholder | 1.30 | 525.00 | 682.50 |
| KATHERINE STADLER | Shareholder | 0.30 | 430.00 | 129.00 |
| **Shareholder Total** | | **1.60** | | **811.50** |
| **TIMEKEEPER TOTALS** | | **66.20** | | **$15,447.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*