# **EXHIBIT C-16JJ**

## **Reed Smith LLP**



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL• 414.273.3500  FAX• 414.273.5198
www•GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

          March 8, 2012

          Invoice No.    554864

Re:    Reed Smith LLP          Matter No.    009878-16JJ

          Billing Attorney:
          Brady C. Williamson

|  |  |  |
|---|---|---|
| Invoice Total | $ | 6,744.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **6,744.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.      554864
Re:    Reed Smith LLP                              Matter No.       009878-16JJ

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-13-2011 | Brady C. Williamson | Review April statement. | 0.10 | 52.50 |
| 06-05-2011 | Brady C. Williamson | Initial review of additional seventh interim application. | 0.40 | 210.00 |
| 06-13-2011 | Zerithea Raiche | Prepare email to Ms. Arundel of Reed Smith on submission of budgets to the fee committee. | 0.10 | 16.50 |
| 06-17-2011 | Zerithea Raiche | Prepare email to Ms. Arundel with distribution list and contact information for submission of monthly budgets to the fee committee. | 0.20 | 33.00 |
| 07-06-2011 | Sally Granec | Review and profile spreadsheet of the seventh fee period to facilitate attorney review. | 0.50 | 87.50 |
| 07-08-2011 | Zerithea Raiche | Prepare email on billing summary report for Reed Smith and revisions to be made to the report by BrownGreer. | 0.20 | 33.00 |
| 07-13-2011 | Zerithea Raiche | Review revised billing summary report for Reed Smith's sixth fee period application, prepare email on the revised billing summary report for Reed Smith. | 0.30 | 49.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-13-2011 | Sally Granec | Review spreadsheet of the amended sixth fee period to facilitate attorney review. | 0.40 | 70.00 |
| 07-19-2011 | Zerithea Raiche | Review files and prepare email on applications that request fees outside the designated period. | 0.40 | 66.00 |
| 07-19-2011 | Patricia Wheeler | Review Reed Smith's first and second interim applications. | 1.00 | 285.00 |
| 07-19-2011 | Patricia Wheeler | Email correspondence with Ms. Rosenberg regarding Reed Smith's fee application extending beyond seventh fee period. | 0.20 | 57.00 |
| 07-20-2011 | Patricia Wheeler | Review first and second interim applications of Reed Smith. | 1.80 | 513.00 |
| 07-21-2011 | Patricia Wheeler | Prepare confidential letter report and exhibits for Reed Smith. | 2.10 | 598.50 |
| 07-21-2011 | Patricia Wheeler | Review first and second interim applications of Reed Smith. | 3.50 | 997.50 |
| 07-23-2011 | Brady C. Williamson | Review additional budget. | 0.10 | 52.50 |
| 07-24-2011 | Monica Santa Maria | Edit letter report. | 0.40 | 96.00 |
| 07-24-2011 | Brady C. Williamson | Review monthly fee statement. | 0.10 | 52.50 |
| 07-26-2011 | Zerithea Raiche | Locate and forward memoranda issued by the fee committee to retained professionals since January 2011 and transmittal to Reed Smith. | 0.40 | 66.00 |
| 07-26-2011 | N. Talbott Settle | Conference regarding letter report and exhibits. | 0.20 | 33.00 |
| 07-26-2011 | Monica Santa Maria | Email correspondence with Mr. Moss regarding review of Reed Smith's request for compensation for periods outside the seventh interim period. | 0.10 | 24.00 |

Matter Number: 009878-16JJ　　　　　　　　　　　　　　　　　　　　　March 8, 2012
Invoice No.: 554864　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-26-2011 | Monica Santa Maria | Review fee detail for February 2011, marking entries in support of possible objections. | 0.80 | 192.00 |
| 07-26-2011 | Katherine Stadler | E-mails on Reed Smith interim fee application and inclusion of February 2011 in fee period, draft e-mail response to Mr. Moss. | 0.60 | 258.00 |
| 07-30-2011 | N. Talbott Settle | Review correspondence regarding spreadsheet for seventh interim applications for exhibit preparation. | 0.20 | 33.00 |
| 07-30-2011 | N. Talbott Settle | Prepare spreadsheet with February time for sixth interim fee period for exhibit preparation. | 0.20 | 33.00 |
| 07-31-2011 | N. Talbott Settle | Correspondence to Ms. Barbour regarding preparation of exhibits. | 0.20 | 33.00 |
| 07-31-2011 | N. Talbott Settle | Correspondence regarding exhibit preparation and directions for the preparation of those exhibits. | 0.20 | 33.00 |
| 07-31-2011 | N. Talbott Settle | Continue to prepare spreadsheet for sixth interim application for exhibit preparation. | 1.30 | 214.50 |
| 07-31-2011 | N. Talbott Settle | Prepare spreadsheet for seventh interim application for exhibit preparation. | 0.50 | 82.50 |
| 07-31-2011 | N. Talbott Settle | Review and compare three spreadsheets for exhibit preparation. | 1.20 | 198.00 |
| 08-04-2011 | Leah Viola | Verification of reduced hours on exhibits. | 0.70 | 108.50 |
| 08-04-2011 | N. Talbott Settle | Conference regarding seventh interim fees and corresponding exhibit summary. | 0.30 | 49.50 |
| 08-04-2011 | N. Talbott Settle | Review and revise exhibits to the report. | 0.90 | 148.50 |
| 08-04-2011 | N. Talbott Settle | Review correspondence and exhibits from BrownGreer. | 1.40 | 231.00 |

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-05-2011 | N. Talbott Settle | Conference regarding report exhibits. | 0.10 | 16.50 |
| 08-05-2011 | N. Talbott Settle | Revise and prepare exhibits for forwarding to the professional. | 2.10 | 346.50 |
| 08-05-2011 | Monica Santa Maria | Fact-check letter report and exhibits in preparation for sending to Ms. Rosenberg. | 3.00 | 720.00 |
| 08-05-2011 | Katherine Stadler | Review draft of letter report. | 0.40 | 172.00 |
| 08-09-2011 | Patricia Wheeler | Telephone conference with Ms. Rosenberg and Mr. Moss of Reed Smith on report. | 0.40 | 114.00 |
| 08-09-2011 | Patricia Wheeler | Prepare for telephone conference with Reed Smith on report. | 0.30 | 85.50 |
| 08-09-2011 | Monica Santa Maria | Conference with Ms. Rosenberg and Mr. Moss regarding issues raised in report including rate increases, redaction and voluntary reductions. | 0.40 | 96.00 |
| 08-09-2011 | Monica Santa Maria | Draft memorandum summarizing conversation with Ms. Rosenberg and Mr. Moss regarding issues raised in report. | 0.20 | 48.00 |
| 08-09-2011 | Brady C. Williamson | Review summary of discussions. | 0.10 | 52.50 |
| 08-09-2011 | Katherine Stadler | Review e-mail summary of report status. | 0.20 | 86.00 |
| | | Total Fees | $ | 6,744.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **6,744.50** |

Matter Number: 009878-16JJ  March 8, 2012
Invoice No.: 554864  Page 5

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 1.60 | 165.00 | 264.00 |
| N. TALBOTT SETTLE | Paralegal | 8.80 | 165.00 | 1,452.00 |
| LEAH VIOLA | Paralegal | 0.70 | 155.00 | 108.50 |
| SALLY GRANEC | Paralegal | 0.90 | 175.00 | 157.50 |
| **Paralegal Total** | | **12.00** | | **1,982.00** |
| PATRICIA WHEELER | Associate | 9.30 | 285.00 | 2,650.50 |
| MONICA SANTA MARIA | Associate | 4.90 | 240.00 | 1,176.00 |
| **Associate Total** | | **14.20** | | **3,826.50** |
| BRADY C. WILLIAMSON | Shareholder | 0.80 | 525.00 | 420.00 |
| KATHERINE STADLER | Shareholder | 1.20 | 430.00 | 516.00 |
| **Shareholder Total** | | **2.00** | | **936.00** |
| **TIMEKEEPER TOTALS** | | **28.20** | | **$6,744.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*