# **EXHIBIT C-16KK**

**Reilly Pozner, LLP**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL · 414.273.3500   FAX · 414.273.5198
www · GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Reilly Pozner LLP

Invoice No.       554865
Matter No.       009878-16KK

Billing Attorney:
Brady C. Williamson

|  |  |  |
|---|---|---|
| Invoice Total | $ | 11,544.00 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **11,544.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.   BANK ABA: #075000051   ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714   SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500   FAX • 414.273.5198
www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Reilly Pozner LLP

Invoice No.      554865
Matter No.       009878-16KK

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-04-2011 | Brian C Spahn | Review correspondence from Mr. Rollin regarding issues raised in sixth interim fee period report and update status of negotiation spreadsheet. | 0.70 | 178.50 |
| 05-04-2011 | Eric Wilson | Conference regarding response to Mr. Rollin on fee committee report. | 0.40 | 180.00 |
| 05-06-2011 | Brady C. Williamson | Review proposed adjustments. | 0.10 | 52.50 |
| 05-06-2011 | Eric Wilson | Review correspondence and supplemental information provided by Mr. Rollin, original fee committee report and exhibits, and prepare correspondence to Mr. Rollin regarding proposed resolution. | 2.20 | 990.00 |
| 05-06-2011 | Katherine Stadler | Review status of settlement negotiations on sixth interim fee application. | 0.20 | 86.00 |
| 05-10-2011 | Eric Wilson | Review correspondence from Mr. Rollin regarding proposed resolution of outstanding issues on sixth interim fee application. | 0.40 | 180.00 |

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

08-13555-mg    Doc 27724-46    Filed 05/04/12    Entered 05/04/12 16:34:18    Exhibit
C-016KK    Pg 4 of 8

Matter Number: 009878-16KK
Invoice No.: 554865

March 8, 2012
Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-11-2011 | Brian C Spahn | Review correspondence from Mr. Rollin regarding items for negotiation on sixth interim fee application. | 0.30 | 76.50 |
| 05-11-2011 | Brian C Spahn | Review material provided by Mr. Rollin regarding sixth interim fee application negotiation in preparation for call with Mr. Rollin. | 0.50 | 127.50 |
| 05-11-2011 | Brian C Spahn | Conference with Mr. Rollin and negotiation on sixth interim fee application. | 0.30 | 76.50 |
| 05-11-2011 | Brian C Spahn | Draft email to Mr. Rollin documenting resolution of sixth interim fee application issues. | 0.50 | 127.50 |
| 05-11-2011 | Eric Wilson | Conference on proposed resolution of issues in sixth interim fee application. | 0.30 | 135.00 |
| 05-11-2011 | Brady C. Williamson | Exchange email on pending settlement discussions. | 0.20 | 105.00 |
| 05-18-2011 | Eric Wilson | Review correspondence regarding status report to fee committee and conference regarding preparation of draft insertion for Reilly Pozner reports. | 0.30 | 135.00 |
| 05-18-2011 | Eric Wilson | Review draft insertion for Reilly Pozner for status report to fee committee. | 0.20 | 90.00 |
| 05-27-2011 | Katherine Stadler | Telephone conference with Mr. Rollin on payment of fifth interim period fees. | 0.30 | 129.00 |
| 06-13-2011 | Brian C Spahn | Draft stipulation pertaining to sixth interim fee application. | 0.70 | 178.50 |
| 06-13-2011 | Katherine Stadler | Review draft stipulation resolving sixth interim fee application and communications with professional. | 0.10 | 43.00 |

08-13555-mg   Doc 27724-46   Filed 05/04/12   Entered 05/04/12 16:34:18   Exhibit
C-016KK   Pg 5 of 8

Matter Number: 009878-16KK
Invoice No.: 554865

March 8, 2012
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-20-2011 | Katherine Stadler | Review redline stipulation and order and forward to Mr. Gitlin with covering e-mail. | 0.30 | 129.00 |
| 06-21-2011 | Brian C Spahn | Review Reilly Pozner stipulation and correspondence on redline comparison of stipulation. | 0.30 | 76.50 |
| 06-28-2011 | Sally Granec | Review and profile to the system spreadsheet of the seventh fee period to facilitate attorney review and circulate spreadsheet. | 0.50 | 87.50 |
| 07-05-2011 | Brian C Spahn | Begin reviewing seventh interim fee application. | 2.40 | 612.00 |
| 07-06-2011 | Brian C Spahn | Continue reviewing seventh interim fee application. | 2.60 | 663.00 |
| 07-18-2011 | Eric Wilson | Review time and expense entries submitted in connection with fee application for seventh interim period and compile for submission with letter report. | 3.70 | 1,665.00 |
| 07-20-2011 | Eric Wilson | Review and revise letter report on fee application for seventh interim period. | 0.40 | 180.00 |
| 07-23-2011 | Eric Wilson | Review and revise letter report relating to seventh interim period. | 0.50 | 225.00 |
| 07-26-2011 | Eric Wilson | Review and revise letter report on fee application for seventh interim period. | 0.40 | 180.00 |
| 07-30-2011 | Zerithea Raiche | Prepare spreadsheet for exhibit preparation by BrownGreer for the seventh interim period application. | 2.30 | 379.50 |
| 07-30-2011 | Zerithea Raiche | Prepare email with calculation of percentages and list of instructions for BrownGreer for exhibit preparation - seventh fee period application. | 0.10 | 16.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-31-2011 | Zerithea Raiche | Prepare spreadsheet for exhibit preparation by BrownGreer for the seventh interim fee period application. | 2.10 | 346.50 |
| 07-31-2011 | Eric Wilson | Review spreadsheets, study voluntary reductions issue from October 2010 fee and expense detail, and draft correspondence regarding same. | 0.60 | 270.00 |
| 08-01-2011 | Katherine Stadler | Review and revise draft letter report. | 0.30 | 129.00 |
| 08-02-2011 | Zerithea Raiche | Revise Exhibits A through H to seventh fee period report. | 3.20 | 528.00 |
| 08-03-2011 | Zerithea Raiche | Review Exhibits A through H for consistency and verify calculations. | 1.90 | 313.50 |
| 08-04-2011 | Monica Santa Maria | Review and edit report for conformity with standard language. | 0.70 | 168.00 |
| 08-04-2011 | Katherine Stadler | Review draft letter report. | 0.40 | 172.00 |
| 08-05-2011 | Zerithea Raiche | Update Exhibits C and D and revise those amounts in report. | 0.40 | 66.00 |
| 08-05-2011 | Brian C Spahn | Review seventh interim fee period report and exhibits. | 0.60 | 153.00 |
| 08-07-2011 | Zerithea Raiche | Revise summary page to include reduction for correction of October 2010 fees and expenses. | 0.30 | 49.50 |
| 08-07-2011 | Eric Wilson | Review and revise letter report in connection with seventh interim compensation period. | 0.60 | 270.00 |
| 08-08-2011 | Brian C Spahn | Edit sixth interim fee application stipulation and email to Mr. Rollin. | 0.50 | 127.50 |
| 08-11-2011 | N. Talbott Settle | Review exhibits. | 1.10 | 181.50 |
| 08-11-2011 | Eric Wilson | Review correspondence from Mr. Rollin regarding proposed stipulation. | 0.70 | 315.00 |
| 08-12-2011 | N. Talbott Settle | Review report for verification of factual citations and data. | 2.00 | 330.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-12-2011 | N. Talbott Settle | Prepare and send report and exhibits to Mr. Rollin. | 0.50 | 82.50 |
| 08-12-2011 | Brady C. Williamson | Review email exchange on resolution of sixth interim period application. | 0.30 | 157.50 |
| 08-12-2011 | Eric Wilson | Conference regarding questions from Mr. Rollin about stipulation. | 0.20 | 90.00 |
| 08-12-2011 | Eric Wilson | Review and revise response to Mr. Rollin to his question regarding stipulation. | 0.40 | 180.00 |
| 08-12-2011 | Katherine Stadler | Review e-mails with update on status of sixth interim fee application. | 0.30 | 129.00 |
| 08-21-2011 | Eric Wilson | Review and respond to correspondence regarding contact with Lehman Management to change bank account information. | 0.20 | 90.00 |
| 08-24-2011 | Zerithea Raiche | Review and revise stipulation with Reilly Pozner resolving sixth fee period application and prepare email noting revisions made to sixth fee period stipulation. | 0.40 | 66.00 |
| 08-24-2011 | Eric Wilson | Review revisions to draft stipulation and prepare correspondence to Mr. Rollin. | 0.50 | 225.00 |
|  |  | Total Fees | $ | 11,544.00 |
|  |  | Total Disbursements | $ | 0.00 |
|  |  | **Total For This Invoice** | **$** | **11,544.00** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| ZERITHEA RAICHE | Paralegal | 10.70 | 165.00 | 1,765.50 |
| N. TALBOTT SETTLE | Paralegal | 3.60 | 165.00 | 594.00 |
| SALLY GRANEC | Paralegal | 0.50 | 175.00 | 87.50 |
| **Paralegal Total** | | **14.80** | | **2,447.00** |
| MONICA SANTA MARIA | Associate | 0.70 | 240.00 | 168.00 |
| BRIAN C SPAHN | Associate | 9.40 | 255.00 | 2,397.00 |
| **Associate Total** | | **10.10** | | **2,565.00** |
| BRADY C. WILLIAMSON | Shareholder | 0.60 | 525.00 | 315.00 |
| KATHERINE STADLER | Shareholder | 1.90 | 430.00 | 817.00 |
| ERIC WILSON | Shareholder | 12.00 | 450.00 | 5,400.00 |
| **Shareholder Total** | | **14.50** | | **6,532.00** |
| **TIMEKEEPER TOTALS** | | **39.40** | | **$11,544.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*