# **EXHIBIT C-16LL**

## **Richard Sheldon QC**

# GODFREY KAHN S.C.

780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL·414.273.3500  FAX·414.273.5198

www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Richard Sheldon QC

Invoice No.      554866
Matter No.      009878-16LL

Billing Attorney:
Brady C. Williamson

|                      |    |         |
|----------------------|----|---------|
| Invoice Total        | $  | 135.00  |
| Prior Balance Due    | $  | 0.00    |
| **Total Amount Now Due** | $  | **135.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE: MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC

# GODFREY KAHN S.C.

780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL·414.273.3500  FAX·414.273.5198
WWW·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:    Richard Sheldon QC

Invoice No.    554866
Matter No.     009878-16LL

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-14-2011 | Peggy Barlett | Prepare sixth interim fee period stipulation regarding payment to Richard Sheldon. | 0.40 | 90.00 |
| 06-15-2011 | Peggy Barlett | Complete stipulation regarding payment to Richard Sheldon for sixth interim fee period fees and expenses. | 0.20 | 45.00 |
| | | Total Fees | $ | 135.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **135.00** |

Matter Number: 009878-16LL
Invoice No.: 554866

March 8, 2012
Page 2

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| PEGGY BARLETT | Associate | 0.60 | 225.00 | 135.00 |
| **Associate Total** | | **0.60** | | **135.00** |
| **TIMEKEEPER TOTALS** | | **0.60** | | **$135.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*