# **EXHIBIT C-16MM**

**Simpson Thacher**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL• 414.273.3500   FAX• 414.273.5198
www•GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Simpson Thacher & Bartlett LLP

Invoice No.    554867
Matter No.     009878-16MM

Billing Attorney:
Brady C. Williamson

|  |  |  |
|---|---|---|
| Invoice Total | $ | 5,869.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **5,869.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL · 414.273.3500   FAX · 414.273.5198
www · GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

|            |                              |
|------------|------------------------------|
| Invoice No. | 554867                      |
| Matter No. | 009878-16MM                  |

Re:    Simpson Thacher & Bartlett LLP

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-02-2011 | Katherine Stadler | Review correspondence from Ms. Knight on Simpson Thacher's sixth fee application and proposed reductions. | 0.40 | 172.00 |
| 05-05-2011 | Brady C. Williamson | Review response. | 0.20 | 105.00 |
| 05-06-2011 | Patricia Wheeler | Review response to report in preparation for call with Simpson Thacher. | 0.30 | 85.50 |
| 05-06-2011 | Patricia Wheeler | Telephone conference with Ms. Miller at Simpson Thacher on response to report. | 0.10 | 28.50 |
| 05-11-2011 | Patricia Wheeler | Email correspondence with Ms. Knight regarding response to fee committee report. | 0.20 | 57.00 |
| 05-11-2011 | Monica Santa Maria | Review email correspondence from Ms. Knight confirming resolution of issues raised in report. | 0.10 | 24.00 |
| 06-10-2011 | N. Talbott Settle | Review and profile to the system spreadsheet of the seventh fee period to facilitate attorney review. | 0.20 | 33.00 |
| 06-17-2011 | Patricia Wheeler | Review seventh interim application of Simpson Thacher. | 1.60 | 456.00 |

Matter Number: 009878-16MM  
Invoice No.: 554867

March 8, 2012  
Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-21-2011 | Patricia Wheeler | Continue review seventh interim fee application. | 2.60 | 741.00 |
| 07-12-2011 | Patricia Wheeler | Prepare draft stipulation resolving sixth interim fee application. | 0.70 | 199.50 |
| 07-12-2011 | Katherine Stadler | E-mail exchange on stipulation resolving sixth interim fees. | 0.10 | 43.00 |
| 07-13-2011 | Patricia Wheeler | Prepare draft confidential letter report for seventh fee period to Simpson Thacher. | 3.50 | 997.50 |
| 07-13-2011 | Monica Santa Maria | Edit letter report. | 0.90 | 216.00 |
| 07-14-2011 | N. Talbott Settle | Prepare spreadsheet of seventh fee period for exhibits. | 0.60 | 99.00 |
| 07-14-2011 | N. Talbott Settle | Prepare correspondence to Ms. Barbour requesting preparation of exhibits. | 0.30 | 49.50 |
| 07-14-2011 | Patricia Wheeler | Edit and revise draft report and exhibits for seventh fee period. | 0.70 | 199.50 |
| 07-15-2011 | N. Talbott Settle | Update correspondence on seventh fee period, conference and correspondence with Ms. Barbour regarding reductions. | 0.50 | 82.50 |
| 07-15-2011 | N. Talbott Settle | Correspondence with Ms. Barbour regarding summary exhibits and update the file to include exhibits and correspondence. | 0.50 | 82.50 |
| 07-15-2011 | Monica Santa Maria | Conferences on edits to letter report exhibits to address the firm's voluntary reductions. | 0.20 | 48.00 |
| 07-15-2011 | Katherine Stadler | Conference on Simpson Thacher letter report and exhibits. | 0.20 | 86.00 |
| 07-18-2011 | Patricia Wheeler | Email correspondence and telephone conference with Ms. Barbour regarding exhibits to Simpson Thacher report. | 0.40 | 114.00 |
| 07-19-2011 | N. Talbott Settle | Review revised exhibits from BrownGreer. | 0.60 | 99.00 |

Matter Number: 009878-16MM  
Invoice No.: 554867

March 8, 2012  
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-20-2011 | Patricia Wheeler | Edit and revise letter report. | 1.10 | 313.50 |
| 07-23-2011 | Monica Santa Maria | Edit draft report with particular emphasis on billing activities and rates. | 0.80 | 192.00 |
| 07-24-2011 | Brady C. Williamson | Review and revise report. | 0.30 | 157.50 |
| 07-26-2011 | Katherine Stadler | Review and forward draft letter report to U.S. Trustee's office for review and comment. | 0.30 | 129.00 |
| 07-30-2011 | Zerithea Raiche | Prepare exhibits for use in letter report. | 0.10 | 16.50 |
| 07-30-2011 | Monica Santa Maria | Edit letter report to incorporate suggestions from the U.S. Trustee and for conformity. | 0.20 | 48.00 |
| 08-01-2011 | N. Talbott Settle | Complete preparation of the exhibits for forwarding to the professional. | 0.50 | 82.50 |
| 08-01-2011 | N. Talbott Settle | Review report for verification of factual citations and data. | 2.20 | 363.00 |
| 08-01-2011 | Monica Santa Maria | Complete report and forward to Ms. Knight. | 0.30 | 72.00 |
| 08-01-2011 | Katherine Stadler | Conference on final revisions to letter report. | 0.20 | 86.00 |
| 08-02-2011 | Brady C. Williamson | Review edits to letter based on U.S. Trustee's comments. | 0.10 | 52.50 |
| 08-12-2011 | Patricia Wheeler | Complete stipulation resolving sixth fee period. | 0.30 | 85.50 |
| 08-12-2011 | Patricia Wheeler | Email correspondence with Ms. Knight regarding stipulation resolving sixth fee period. | 0.10 | 28.50 |
| 08-24-2011 | Monica Santa Maria | Review response to report and email to Ms. Knight regarding rate increase information. | 0.20 | 48.00 |
| 08-24-2011 | Katherine Stadler | Review professional's rate increase response. | 0.20 | 86.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-25-2011 | Monica Santa Maria | Review response to letter report and email communications with Ms. Knight regarding rate increases support. | 0.20 | 48.00 |
| 08-25-2011 | Katherine Stadler | Review ongoing communication with Ms. Knight on rate increases. | 0.10 | 43.00 |
|  |  | Total Fees | $ | 5,869.50 |
|  |  | Total Disbursements | $ | 0.00 |
|  |  | **Total For This Invoice** | **$** | **5,869.50** |

Matter Number: 009878-16MM  
Invoice No.: 554867

March 8, 2012  
Page 5

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| ZERITHEA RAICHE | Paralegal | 0.10 | 165.00 | 16.50 |
| N. TALBOTT SETTLE | Paralegal | 5.40 | 165.00 | 891.00 |
| **Paralegal Total** | | **5.50** | | **907.50** |
| PATRICIA WHEELER | Associate | 11.60 | 285.00 | 3,306.00 |
| MONICA SANTA MARIA | Associate | 2.90 | 240.00 | 696.00 |
| **Associate Total** | | **14.50** | | **4,002.00** |
| BRADY C. WILLIAMSON | Shareholder | 0.60 | 525.00 | 315.00 |
| KATHERINE STADLER | Shareholder | 1.50 | 430.00 | 645.00 |
| **Shareholder Total** | | **2.10** | | **960.00** |
| **TIMEKEEPER TOTALS** | | **22.10** | | **$5,869.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*