# **EXHIBIT C-16NN**

## **SNR Denton US LLP**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**

TEL • 414.273.3500  FAX • 414.273.5198
www.GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

                                    March 8, 2012

                                    Invoice No.      554868

Re:    SNR Denton US LLP                  Matter No.      009878-16NN

                                    Billing Attorney:
                                    Brady C. Williamson

| | | |
|---|---|---:|
| | Invoice Total | $ 6,923.00 |
| | Prior Balance Due | $ 0.00 |
| | **Total Amount Now Due** | **$ 6,923.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051  ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   SNR Denton US LLP

Invoice No.    554868
Matter No.    009878-16NN

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 05-05-2011 | Brady C. Williamson | Review monthly statement. | 0.10 | 52.50 |
| 05-25-2011 | Brady C. Williamson | Review monthly fee statement and budget. | 0.20 | 105.00 |
| 06-01-2011 | Brady C. Williamson | Review monthly statement. | 0.10 | 52.50 |
| 06-08-2011 | Brian C Spahn | Review sixth interim fee application. | 0.40 | 102.00 |
| 06-13-2011 | Brian C Spahn | Review status of sixth and seventh interim fee application amounts and message for Ms. Bechutsky. | 0.30 | 76.50 |
| 06-21-2011 | Katherine Stadler | Review and forward July 2011 budget. | 0.10 | 43.00 |
| 06-22-2011 | Brian C Spahn | Conference with Ms. Bechutsky regarding review of sixth and seventh interim fee period applications, review correspondence from Ms. Bechutsky regarding status as OCP. | 0.50 | 127.50 |
| 06-22-2011 | Brady C. Williamson | Review budget. | 0.10 | 52.50 |

08-13555-mg    Doc 27724-49    Filed 05/04/12    Entered 05/04/12 16:34:18    Exhibit
C-016NN    Pg 4 of 7

Matter Number: 009878-16NN  
Invoice No.: 554868

March 8, 2012  
Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-22-2011 | Katherine Stadler | Review email on timing of fee review and related email from Ms. Bechutsky. | 0.20 | 86.00 |
| 06-24-2011 | N. Talbott Settle | Review and profile to the system spreadsheet of the seventh fee period to facilitate attorney review and circulate spreadsheet. | 0.30 | 49.50 |
| 06-24-2011 | Eric Wilson | Review correspondence from Ms. Bechutsky regarding communications with Mr. Spahn. | 0.50 | 225.00 |
| 06-30-2011 | Brady C. Williamson | Review fee statement. | 0.10 | 52.50 |
| 07-15-2011 | Eric Wilson | Review fee application for seventh interim compensation period and corresponding time and expense entries. | 3.60 | 1,620.00 |
| 07-16-2011 | Eric Wilson | Draft letter report regarding fee applications for seventh interim compensation period. | 2.20 | 990.00 |
| 07-20-2011 | Zerithea Raiche | Review revisions to spreadsheet and calculate exhibit amounts for use in preparation of sixth and seventh period reports. | 0.80 | 132.00 |
| 07-20-2011 | Zerithea Raiche | Prepare email listing exhibit amounts for use in preparation of sixth and seventh fee period reports. | 0.30 | 49.50 |
| 07-20-2011 | Eric Wilson | Review and revise letter report on fee application for seventh interim compensation period. | 0.50 | 225.00 |
| 07-23-2011 | Brady C. Williamson | Review additional budget. | 0.10 | 52.50 |
| 07-23-2011 | Brady C. Williamson | Review third interim application. | 0.20 | 105.00 |
| 07-23-2011 | Eric Wilson | Review and revise letter report relating to seventh compensation period. | 0.50 | 225.00 |

Matter Number: 009878-16NN  
Invoice No.: 554868  

March 8, 2012  
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-26-2011 | Eric Wilson | Review and revise letter report on fee application for seventh interim compensation period. | 0.50 | 225.00 |
| 07-27-2011 | Brady C. Williamson | Review fee statement. | 0.20 | 105.00 |
| 07-29-2011 | Zerithea Raiche | Review exhibits from BrownGreer for sixth and seventh fee period letter report. | 0.70 | 115.50 |
| 07-29-2011 | Zerithea Raiche | Review exhibits to seventh interim report from BrownGreer. | 0.40 | 66.00 |
| 07-29-2011 | Zerithea Raiche | Prepare spreadsheet for sixth and seventh fee period applications for exhibit preparation. | 0.60 | 99.00 |
| 07-29-2011 | Zerithea Raiche | Prepare email to Ms. Barbour of BrownGreer forwarding spreadsheet for exhibit preparation with notes on exhibit categories. | 0.10 | 16.50 |
| 08-01-2011 | Brady C. Williamson | Review and revise draft letter. | 0.30 | 157.50 |
| 08-01-2011 | Katherine Stadler | Review and revise draft report. | 0.40 | 172.00 |
| 08-05-2011 | Brian C Spahn | Review previous correspondence with SNR Denton in response to questions raised. | 0.30 | 76.50 |
| 08-07-2011 | Zerithea Raiche | Verify calculations in seventh fee period report. | 0.80 | 132.00 |
| 08-07-2011 | Zerithea Raiche | Verify record citations in seventh fee period report. | 0.60 | 99.00 |
| 08-08-2011 | Zerithea Raiche | Verify report calculations for changes made to disallowance. | 0.40 | 66.00 |
| 08-08-2011 | Zerithea Raiche | Prepare report exhibits for transmittal to professional. | 0.30 | 49.50 |
| 08-08-2011 | Monica Santa Maria | Edit report for conformity with standards language. | 1.00 | 240.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-08-2011 | Eric Wilson | Conference with Ms. Bechutsky regarding progress of fee committee reports on first and second interim fee applications and prepare summary memorandum. | 0.40 | 180.00 |
| 08-08-2011 | Katherine Stadler | Review draft letter report. | 0.40 | 172.00 |
| 08-09-2011 | Zerithea Raiche | Verify record citations in added sections to the sixth and seventh fee period report. | 0.40 | 66.00 |
| 08-10-2011 | N. Talbott Settle | Prepare and forward confidential letter report and corresponding exhibits. | 0.40 | 66.00 |
| 08-10-2011 | N. Talbott Settle | Correspondence to Mr. Morgese forwarding report and exhibits. | 0.20 | 33.00 |
| 08-10-2011 | Eric Wilson | Complete report on first and second fee applications for seventh interim compensation period. | 0.30 | 135.00 |
| 08-19-2011 | Zerithea Raiche | Prepare email on contact from SNR Denton regarding unpaid invoices. | 0.10 | 16.50 |
| 08-19-2011 | Monica Santa Maria | Conference with Ms. Bechutsky regarding question on monthly compensation procedures. | 0.10 | 24.00 |
| 08-22-2011 | Brady C. Williamson | Review budget for August. | 0.10 | 52.50 |
| 08-30-2011 | Eric Wilson | Review and respond to multiple correspondence from Mr. McDonald regarding scheduling of conference to discuss report. | 0.30 | 135.00 |
| | | **Total Fees** | $ | 6,923.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **6,923.00** |

Matter Number: 009878-16NN  
Invoice No.: 554868

March 8, 2012  
Page 5

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 5.50 | 165.00 | 907.50 |
| N. TALBOTT SETTLE | Paralegal | 0.90 | 165.00 | 148.50 |
| **Paralegal Total** | | **6.40** | | **1,056.00** |
| MONICA SANTA MARIA | Associate | 1.10 | 240.00 | 264.00 |
| BRIAN C SPAHN | Associate | 1.50 | 255.00 | 382.50 |
| **Associate Total** | | **2.60** | | **646.50** |
| BRADY C. WILLIAMSON | Shareholder | 1.50 | 525.00 | 787.50 |
| KATHERINE STADLER | Shareholder | 1.10 | 430.00 | 473.00 |
| ERIC WILSON | Shareholder | 8.80 | 450.00 | 3,960.00 |
| **Shareholder Total** | | **11.40** | | **5,220.50** |
| **TIMEKEEPER TOTALS** | | **20.40** | | **$6,923.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*