# **EXHIBIT C-16OO**

**Sutherland Asbil & Brennan LLP**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

                                                                              March 8, 2012

                                                                              Invoice No.       554870

Re:    Sutherland Asbill & Brennan LLP              Matter No.       009878-16OO

                                                                               Billing Attorney:
                                                                                Brady C. Williamson

|  | Invoice Total | $ | 5,369.50 |
|---|---|---|---|
|  | Prior Balance Due | $ | 0.00 |
|  | **Total Amount Now Due** | **$** | **5,369.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:    Sutherland Asbill & Brennan LLP

Invoice No.    554870
Matter No.    009878-16OO

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 05-03-2011 | Patricia Wheeler | Email correspondence with Mr. Libin regarding Sutherland Asbill's response to fee committee's proposed reductions. | 0.10 | 28.50 |
| 05-03-2011 | Katherine Stadler | Review email exchange and obtain update on status of sixth interim negotiations. | 0.40 | 172.00 |
| 05-05-2011 | Brady C. Williamson | Review response. | 0.10 | 52.50 |
| 05-06-2011 | Katherine Stadler | Review correspondence on settlement of sixth interim issues. | 0.50 | 215.00 |
| 05-13-2011 | Monica Santa Maria | Review email correspondence to Mr. Libin regarding proposed settlement. | 0.10 | 24.00 |
| 05-17-2011 | Monica Santa Maria | Review correspondence from Mr. Libin seeking to schedule a conference call. | 0.10 | 24.00 |
| 05-18-2011 | Patricia Wheeler | Review report, exhibit summary, and email correspondence in preparation for telephone conference with Mr. Libin. | 0.50 | 142.50 |
| 05-18-2011 | Patricia Wheeler | Telephone conference with Mr. Libin regarding issues identified in fee committee's report. | 0.20 | 57.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-31-2011 | Brady C. Williamson | Initial review of seventh interim application. | 0.20 | 105.00 |
| 06-03-2011 | Brady C. Williamson | Initial review of seventh interim application. | 0.20 | 105.00 |
| 06-10-2011 | N. Talbott Settle | Review and profile to the system spreadsheet of the seventh fee period to facilitate attorney review. | 0.20 | 33.00 |
| 06-21-2011 | Patricia Wheeler | Review third interim application of Sutherland Asbill. | 0.50 | 142.50 |
| 06-27-2011 | Patricia Wheeler | Continue review third interim application. | 4.20 | 1,197.00 |
| 07-07-2011 | Brady C. Williamson | Review May statement. | 0.20 | 105.00 |
| 07-12-2011 | Patricia Wheeler | Prepare draft stipulation resolving second interim fee application. | 0.70 | 199.50 |
| 07-12-2011 | Katherine Stadler | E-mail exchange on stipulation resolving sixth interim fees. | 0.10 | 43.00 |
| 07-13-2011 | Patricia Wheeler | Prepare draft confidential letter report for seventh fee period for Sutherland Asbill. | 1.10 | 313.50 |
| 07-14-2011 | N. Talbott Settle | Prepare spreadsheet of seventh fee period for exhibits. | 0.50 | 82.50 |
| 07-14-2011 | Patricia Wheeler | Prepare draft report and exhibits for seventh fee period. | 1.90 | 541.50 |
| 07-14-2011 | Monica Santa Maria | Edit confidential letter report. | 0.60 | 144.00 |
| 07-15-2011 | N. Talbott Settle | Prepare spreadsheet for the seventh interim for exhibit preparation. | 0.90 | 148.50 |
| 07-19-2011 | N. Talbott Settle | Review exhibits to the seventh interim report from BrownGreer. | 0.90 | 148.50 |
| 07-24-2011 | Monica Santa Maria | Edit report. | 0.40 | 96.00 |
| 07-25-2011 | N. Talbott Settle | Review exhibits to the report and correspondence to BrownGreer regarding revisions to those exhibits. | 0.50 | 82.50 |

08-13555-mg    Doc 27724-50    Filed 05/04/12    Entered 05/04/12 16:34:18    Exhibit
C-016OO    Pg 5 of 7

Matter Number: 009878-16OO
Invoice No.: 554870

March 8, 2012
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-25-2011 | Brady C. Williamson | Review and revise report. | 0.20 | 105.00 |
| 07-26-2011 | Katherine Stadler | Review and forward draft letter report to U.S. Trustee's office for review and comment. | 0.40 | 172.00 |
| 07-27-2011 | N. Talbott Settle | Review correspondence from Ms. Barbour with revised exhibits to the confidential letter report. | 0.20 | 33.00 |
| 07-30-2011 | Zerithea Raiche | Prepare exhibits for use in letter report. | 0.10 | 16.50 |
| 07-30-2011 | Monica Santa Maria | Edit confidential letter report to incorporate suggestions from the U.S. Trustee and for conformity. | 0.20 | 48.00 |
| 08-01-2011 | N. Talbott Settle | Complete preparation of the exhibits for forwarding to the professional. | 0.30 | 49.50 |
| 08-01-2011 | N. Talbott Settle | Review report for verification of factual citations and data. | 1.60 | 264.00 |
| 08-01-2011 | N. Talbott Settle | Correspondence to Mr. Libin with report and exhibits. | 0.10 | 16.50 |
| 08-02-2011 | Brady C. Williamson | Review edits to letter based on U.S. Trustee's comments. | 0.20 | 105.00 |
| 08-02-2011 | Katherine Stadler | Review U.S. Trustee comments and revised draft report. | 0.20 | 86.00 |
| 08-12-2011 | Patricia Wheeler | Complete stipulation resolving sixth fee period. | 0.30 | 85.50 |
| 08-12-2011 | Patricia Wheeler | Email correspondence with Mr. Libin regarding stipulation resolving sixth fee period. | 0.10 | 28.50 |
| 08-22-2011 | Monica Santa Maria | Review response and identify open issues. | 0.20 | 48.00 |

Matter Number: 009878-16OO  
Invoice No.: 554870

March 8, 2012  
Page 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-22-2011 | Monica Santa Maria | Review response from professional. | 0.10 | 24.00 |
| 08-26-2011 | Patricia Wheeler | Review response of Sutherland Asbill to report on seventh fee period. | 0.30 | 85.50 |
| | | Total Fees | $ | 5,369.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **5,369.50** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 0.10 | 165.00 | 16.50 |
| N. TALBOTT SETTLE | Paralegal | 5.20 | 165.00 | 858.00 |
| **Paralegal Total** | | **5.30** | | **874.50** |
| PATRICIA WHEELER | Associate | 9.90 | 285.00 | 2,821.50 |
| MONICA SANTA MARIA | Associate | 1.70 | 240.00 | 408.00 |
| **Associate Total** | | **11.60** | | **3,229.50** |
| BRADY C. WILLIAMSON | Shareholder | 1.10 | 525.00 | 577.50 |
| KATHERINE STADLER | Shareholder | 1.60 | 430.00 | 688.00 |
| **Shareholder Total** | | **2.70** | | **1,265.50** |
| **TIMEKEEPER TOTALS** | | **19.60** | | **$5,369.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*