# EXHIBIT C-16PP

## The O'Neil Group



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500   FAX • 414.273.5198
www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

|  |  |
|---|---|
| Invoice No. | 554871 |
| Matter No. | 009878-16PP |

Re:   The O'Neil Group

Billing Attorney:
Brady C. Williamson

|  |  |
|---|---|
| Invoice Total | $      4,133.50 |
| Prior Balance Due | $           0.00 |
| **Total Amount Now Due** | **$      4,133.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.   BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714   SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500  FAX • 414.273.5198
www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.   554871
Re:   The O'Neil Group                            Matter No.   009878-16PP

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-03-2011 | Katherine Stadler | Email exchange with Ms. O'Neil on status of ordinary course matters and fee committee on discussions of that issue. | 0.30 | 129.00 |
| 05-11-2011 | Katherine Stadler | E-mail exchange with Ms. O'Neil on sixth interim fee application deadlines and status. | 0.30 | 129.00 |
| 06-06-2011 | Katherine Stadler | Review and forward May invoice. | 0.10 | 43.00 |
| 06-07-2011 | Katherine Stadler | E-mail exchange with Ms. O'Neil on seventh interim fee application. | 0.10 | 43.00 |
| 06-20-2011 | Katherine Stadler | E-mail response to Ms. O'Neil's inquiry resulting from status memorandum to professionals. | 0.20 | 86.00 |
| 06-24-2011 | N. Talbott Settle | Review and profile to the system spreadsheet of the seventh fee period to facilitate attorney review and circulate spreadsheet. | 0.30 | 49.50 |
| 07-16-2011 | Eric Wilson | Review fee application for seventh interim compensation period and corresponding fee and expense entries. | 1.20 | 540.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-16-2011 | Eric Wilson | Exchange correspondence regarding status of deliberation by fee committee on whether The O'Neil Group is subject to review. | 0.20 | 90.00 |
| 07-16-2011 | Eric Wilson | Draft letter report regarding fee application for seventh interim compensation period. | 1.30 | 585.00 |
| 07-16-2011 | Katherine Stadler | E-mail exchange on fee committee status regarding treatment of professional. | 0.10 | 43.00 |
| 07-20-2011 | Zerithea Raiche | Review revisions to spreadsheet and calculate exhibit amounts for use in preparation of seventh fee period report and list exhibit amounts for use in preparation of seventh fee period report. | 0.40 | 66.00 |
| 07-23-2011 | Eric Wilson | Review and revise report relating to seventh interim period. | 0.30 | 135.00 |
| 07-24-2011 | Zerithea Raiche | Prepare spreadsheet for sixth and seventh fee period applications exhibit preparation. | 1.10 | 181.50 |
| 07-24-2011 | Zerithea Raiche | Prepare email to Ms. Barbour of BrownGreer forwarding spreadsheet for exhibit preparation. | 0.10 | 16.50 |
| 07-26-2011 | Eric Wilson | Review and revise letter report on fee application for seventh interim compensation period. | 0.30 | 135.00 |
| 07-27-2011 | Brady C. Williamson | Review and revise report. | 0.30 | 157.50 |
| 07-27-2011 | Eric Wilson | Review and revise report regarding fee applications for seventh interim compensation period. | 0.50 | 225.00 |
| 07-27-2011 | Katherine Stadler | Review and edit draft report, e-mail comments. | 0.20 | 86.00 |

Matter Number: 009878-16PP  
Invoice No.: 554871

March 8, 2012  
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-29-2011 | Eric Wilson | Review comments from U.S. Trustee's office regarding draft letter report on fee application for seventh interim compensation period, revise draft report. | 0.50 | 225.00 |
| 07-29-2011 | Eric Wilson | Prepare correspondence regarding proper treatment of vague time entries in fee applications submitted by The O'Neil Group. | 0.40 | 180.00 |
| 07-29-2011 | Katherine Stadler | E-mail updated draft report to U.S. Trustee for review and comment, review U.S. Trustee comments. | 0.30 | 129.00 |
| 07-31-2011 | Peggy Barlett | Review seventh fee period letter report to verify citations, reductions, and calculations. | 0.90 | 202.50 |
| 08-01-2011 | Monica Santa Maria | Edit report for consistency in standards language. | 0.10 | 24.00 |
| 08-02-2011 | Brady C. Williamson | Conference on treatment of application. | 0.20 | 105.00 |
| 08-02-2011 | Katherine Stadler | E-mail exchange with Ms. O'Neil on possible ordinary course status. | 0.20 | 86.00 |
| 08-09-2011 | Zerithea Raiche | Revise exhibits to sixth and seventh fee period report. | 0.40 | 66.00 |
| 08-09-2011 | Zerithea Raiche | Verify record citations in sixth and seventh fee period report. | 0.80 | 132.00 |
| 08-10-2011 | N. Talbott Settle | Prepare and forward report and corresponding exhibits to Ms. O'Neil. | 0.40 | 66.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-10-2011 | Eric Wilson | Complete report on fee application for seventh interim compensation period. | 0.30 | 135.00 |
| 08-25-2011 | Katherine Stadler | E-mail exchange with Ms. O'Neil on payment of monthly fee statements. | 0.10 | 43.00 |
| | | Total Fees | $ | 4,133.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **4,133.50** |

Matter Number: 009878-16PP  
Invoice No.: 554871

March 8, 2012  
Page 5

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 2.80 | 165.00 | 462.00 |
| N. TALBOTT SETTLE | Paralegal | 0.70 | 165.00 | 115.50 |
| **Paralegal Total** | | **3.50** | | **577.50** |
| MONICA SANTA MARIA | Associate | 0.10 | 240.00 | 24.00 |
| PEGGY BARLETT | Associate | 0.90 | 225.00 | 202.50 |
| **Associate Total** | | **1.00** | | **226.50** |
| BRADY C. WILLIAMSON | Shareholder | 0.50 | 525.00 | 262.50 |
| KATHERINE STADLER | Shareholder | 1.90 | 430.00 | 817.00 |
| ERIC WILSON | Shareholder | 5.00 | 450.00 | 2,250.00 |
| **Shareholder Total** | | **7.40** | | **3,329.50** |
| **TIMEKEEPER TOTALS** | | **11.90** | | **$4,133.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*