# <u>EXHIBIT C-16QQ</u>

## Weil, Gotshal & Manges LLP



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL · 414.273.3500  FAX · 414.273.5198
www · GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.       554872

Re:   Weil Gotshal & Manges LLP               Matter No.      009878-16QQ

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 30,482.50 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **30,482.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL·414.273.3500  FAX·414.273.5198

www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Invoice No.        554872
Re:     Weil Gotshal & Manges LLP            Matter No.        009878-16QQ

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-06-2011 | Brian C Spahn | Review notes from call with Garrett Fail and summary email. | 0.30 | 76.50 |
| 05-06-2011 | Brian C Spahn | Prepare for conference with Mr. Fail regarding sixth interim fee period report by reviewing report and Weil Gotshal's response spreadsheet. | 1.10 | 280.50 |
| 05-06-2011 | Monica Santa Maria | Review summary of negotiations. | 0.20 | 48.00 |
| 05-06-2011 | Brady C. Williamson | Review summary of discussions and exhibits. | 0.30 | 157.50 |
| 05-06-2011 | Brady C. Williamson | Review U.S. Trustee's email on rate increases and related email from professional. | 0.30 | 157.50 |
| 05-06-2011 | Eric Wilson | Review correspondence and spreadsheet provided by Mr. Fail in response to fee committee report. | 1.50 | 675.00 |
| 05-06-2011 | Eric Wilson | Telephone conference with Mr. Fail regarding fee committee report and proposed resolutions. | 1.00 | 450.00 |
| 05-06-2011 | Eric Wilson | Conference regarding communications with Mr. Fail and appropriate manner to update fee committee. | 0.30 | 135.00 |

Matter Number: 009878-16QQ

Invoice No.:  554872

March 8, 2012

Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-06-2011 | Eric Wilson | Draft memorandum regarding status of negotiation regarding fee committee report. | 1.30 | 585.00 |
| 05-06-2011 | Katherine Stadler | Review status of settlement negotiations on sixth interim reductions and forward to Mr. Gitlin on status. | 0.30 | 129.00 |
| 05-09-2011 | Brian C Spahn | Review billing entries for sixth interim fee period for reference to JP Morgan matters. | 0.70 | 178.50 |
| 05-10-2011 | Brian C Spahn | Correspond internally regarding status of sixth interim fee period negotiation. | 0.30 | 76.50 |
| 05-10-2011 | Monica Santa Maria | Review summary of negotiations with Weil Gotshal. | 0.10 | 24.00 |
| 05-10-2011 | Katherine Stadler | Review status report on Weil Gotshal discussions. | 0.20 | 86.00 |
| 05-11-2011 | Brian C Spahn | Follow up with Mr. Fail regarding sixth interim fee application negotiation by reviewing supplemental information provided by Weil Gotshal. | 0.80 | 204.00 |
| 05-11-2011 | Brian C Spahn | Telephone conference with Mr. Fail regarding sixth interim fee application negotiation. | 0.70 | 178.50 |
| 05-11-2011 | Eric Wilson | Conference regarding proposed resolution for outstanding issues on sixth interim fee application. | 0.30 | 135.00 |
| 05-11-2011 | Eric Wilson | Review previous submissions by Mr. Fail and internal analysis in preparation for call with Mr. Fail. | 0.70 | 315.00 |
| 05-11-2011 | Eric Wilson | Conferences with Mr. Fail regarding proposed resolution of outstanding issues on sixth interim fee application. | 0.50 | 225.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05-13-2011 | Eric Wilson | Telephone conference with Mr. Fail regarding status of negotiated resolution to recommended disallowances from sixth interim fee application and prepare memorandum. | 0.50 | 225.00 |
| 05-13-2011 | Brady C. Williamson | Review email exchange on sixth interim negotiations. | 0.30 | 157.50 |
| 05-17-2011 | Brian C Spahn | Conference regarding sixth interim fee application negotiation consensus. | 0.10 | 25.50 |
| 05-18-2011 | Brady C. Williamson | Review exchange of email with Mr. Fail on resolution of differences and on holdback proposal. | 0.30 | 157.50 |
| 05-18-2011 | Eric Wilson | Review correspondence regarding status report to fee committee and conference regarding preparation of draft insertion for Weil Gotshal reports. | 0.30 | 135.00 |
| 05-18-2011 | Eric Wilson | Review draft insertion for Weil Gotshal for status report to fee committee. | 0.20 | 90.00 |
| 05-19-2011 | Katherine Stadler | Conference on summary and status of Weil Gotshal negotiations on sixth interim fee application. | 0.40 | 172.00 |
| 05-27-2011 | Brian C Spahn | Review SunCal pleadings to evaluate fees requested. | 0.80 | 204.00 |
| 05-31-2011 | Brian C Spahn | Review Lehman motion regarding SunCal motion practice and Weil Gotshal bills for entries regarding SunCal dispute. | 1.60 | 408.00 |
| 06-02-2011 | Katherine Stadler | Telephone conference with Garrett Fail on various issues, including resolution of first through fourth interim fees, ordinary course professionals, and related matters. | 0.40 | 172.00 |

Matter Number: 009878-16QQ                                           March 8, 2012
Invoice No.: 554872                                                       Page 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-03-2011 | Zerithea Raiche | Prepare email on fee and expense detail for the seventh fee period application of Weil Gotshal. | 0.10 | 16.50 |
| 06-03-2011 | Brian C Spahn | Review seventh interim fee application and correspond regarding that. | 0.30 | 76.50 |
| 06-03-2011 | Eric Wilson | Review seventh interim fee application and prepare correspondence regarding submission of fee and expense detail. | 0.50 | 225.00 |
| 06-05-2011 | Brady C. Williamson | Initial review of additional seventh interim application. | 0.60 | 315.00 |
| 06-07-2011 | N. Talbott Settle | Review correspondence and detailed time records and details of expenses and upload onto website. | 0.40 | 66.00 |
| 06-08-2011 | Brian C Spahn | Draft stipulation between Weil Gotshal and fee committee regarding sixth interim fee application. | 0.50 | 127.50 |
| 06-13-2011 | Brian C Spahn | Review sixth interim application stipulation and correspond on that. | 0.40 | 102.00 |
| 06-13-2011 | Katherine Stadler | Review draft stipulation resolving sixth interim fee application and communications with professional on stipulation. | 0.10 | 43.00 |
| 06-14-2011 | Brady C. Williamson | Review April fee statement. | 0.90 | 472.50 |
| 07-05-2011 | Zerithea Raiche | Prepare for attorney review and analysis seventh fee period billing summary reports for Weil Gotshal. | 0.60 | 99.00 |
| 07-06-2011 | Brian C Spahn | Begin reviewing seventh interim fee application. | 0.70 | 178.50 |
| 07-07-2011 | Brian C Spahn | Review seventh interim fee application. | 2.80 | 714.00 |
| 07-09-2011 | Brian C Spahn | Review seventh interim fee application. | 2.20 | 561.00 |

Matter Number: 009878-16QQ                                                      March 8, 2012
Invoice No.:  554872                                                            Page 5

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-11-2011 | Brian C Spahn | Continue reviewing seventh interim fee application. | 2.90 | 739.50 |
| 07-13-2011 | Brian C Spahn | Review seventh interim fee application. | 3.70 | 943.50 |
| 07-14-2011 | Brian C Spahn | Review seventh interim fee application. | 2.10 | 535.50 |
| 07-15-2011 | Brian C Spahn | Review seventh interim fee application. | 1.60 | 408.00 |
| 07-15-2011 | Brady C. Williamson | Review monthly fee statement for February. | 1.40 | 735.00 |
| 07-17-2011 | Brian C Spahn | Review seventh interim fee application. | 7.90 | 2,014.50 |
| 07-18-2011 | Brian C Spahn | Review seventh interim fee application. | 6.20 | 1,581.00 |
| 07-18-2011 | Eric Wilson | Conference regarding progress of review of seventh interim fee application. | 0.20 | 90.00 |
| 07-20-2011 | Brian C Spahn | Review seventh interim fee application. | 3.30 | 841.50 |
| 07-21-2011 | Brian C Spahn | Review seventh interim fee application. | 1.60 | 408.00 |
| 07-22-2011 | Brian C Spahn | Review seventh interim fee application. | 1.20 | 306.00 |
| 07-23-2011 | Brian C Spahn | Review seventh interim fee application. | 3.70 | 943.50 |
| 07-23-2011 | Eric Wilson | Exchange correspondence regarding status of review of time and expense entries from fee application for seventh interim compensation period. | 0.70 | 315.00 |
| 07-24-2011 | Brian C Spahn | Review seventh interim fee application. | 1.10 | 280.50 |
| 07-24-2011 | Brady C. Williamson | Review monthly fee statement. | 0.60 | 315.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-25-2011 | Brian C Spahn | Review seventh interim fee application. | 1.30 | 331.50 |
| 07-26-2011 | Brian C Spahn | Review seventh interim fee application. | 3.60 | 918.00 |
| 07-26-2011 | Brian C Spahn | Begin drafting seventh interim fee period letter report. | 3.00 | 765.00 |
| 07-26-2011 | Eric Wilson | Review and revise report on fee application for seventh interim period. | 1.80 | 810.00 |
| 07-27-2011 | Brian C Spahn | Review comments on exhibits to seventh interim report. | 0.50 | 127.50 |
| 07-27-2011 | Brian C Spahn | Complete initial review and organization of seventh interim fee period report exhibits. | 0.80 | 204.00 |
| 07-27-2011 | Brian C Spahn | Continue working on seventh interim period report. | 0.50 | 127.50 |
| 07-27-2011 | Eric Wilson | Conference regarding revisions to exhibits to letter report and revisions. | 0.40 | 180.00 |
| 07-28-2011 | Brian C Spahn | Review proposed order for sixth interim fee application. | 0.30 | 76.50 |
| 07-28-2011 | Brady C. Williamson | Review Weil Gotshal procedural request. | 0.20 | 105.00 |
| 07-28-2011 | Eric Wilson | Review email correspondence from Mr. Fail regarding proposed order on sixth interim fee application, draft separate correspondence regarding Mr. Fail's correspondence, and respond to Mr. Fail. | 0.40 | 180.00 |
| 07-29-2011 | N. Talbott Settle | Correspondence regarding exhibits to the confidential letter report. | 0.40 | 66.00 |
| 07-29-2011 | N. Talbott Settle | Review reductions and prepare spreadsheet for seventh interim fee period exhibit preparation. | 3.60 | 594.00 |

Matter Number: 009878-16QQ                                                      March 8, 2012
Invoice No.:  554872                                                                    Page 7

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-29-2011 | Brian C Spahn | Correspond regarding seventh interim fee period report exhibit. | 0.50 | 127.50 |
| 07-31-2011 | Brian C Spahn | Review seventh interim application letter report exhibits. | 0.80 | 204.00 |
| 08-01-2011 | N. Talbott Settle | Conference regarding time increment exhibits. | 0.20 | 33.00 |
| 08-01-2011 | N. Talbott Settle | Review revised exhibits from BrownGreer and prepare those exhibits for attorney review. | 0.70 | 115.50 |
| 08-01-2011 | Brian C Spahn | Continue drafting seventh interim fee period letter report. | 0.50 | 127.50 |
| 08-02-2011 | N. Talbott Settle | Review and revise exhibits to the report. | 1.20 | 198.00 |
| 08-03-2011 | N. Talbott Settle | Correspondence regarding edits to exhibits. | 0.10 | 16.50 |
| 08-03-2011 | Brian C Spahn | Continue drafting and editing seventh interim fee period report. | 3.60 | 918.00 |
| 08-03-2011 | Brian C Spahn | Call with Mr. Fail regarding seventh interim fee application. | 0.20 | 51.00 |
| 08-03-2011 | Monica Santa Maria | Edit draft letter report for conformity with edits proposed by U.S. Trustee's office. | 0.60 | 144.00 |
| 08-03-2011 | Brady C. Williamson | Review emails on telephone calls from Mr. Fail. | 0.20 | 105.00 |
| 08-03-2011 | Brady C. Williamson | Review and revise report. | 0.70 | 367.50 |
| 08-03-2011 | Katherine Stadler | Review and revise draft letter report. | 0.80 | 344.00 |
| 08-05-2011 | N. Talbott Settle | Review and revise report exhibits. | 1.90 | 313.50 |
| 08-05-2011 | Brian C Spahn | Review seventh interim letter report exhibits. | 0.20 | 51.00 |
| 08-08-2011 | Monica Santa Maria | Edit report for conformity with standards language. | 0.30 | 72.00 |
| 08-08-2011 | Katherine Stadler | Review and revise draft report. | 1.40 | 602.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-10-2011 | N. Talbott Settle | Complete preparation of exhibits for forwarding to the professional. | 1.10 | 181.50 |
| 08-10-2011 | N. Talbott Settle | Review report verification of factual citations and data. | 2.10 | 346.50 |
| 08-10-2011 | N. Talbott Settle | Correspondence regarding edits to the report. | 0.20 | 33.00 |
| 08-10-2011 | N. Talbott Settle | Correspondence to Mr. Fail with report and exhibits. | 0.20 | 33.00 |
| 08-10-2011 | Brian C Spahn | Review sixth interim fee application proposed order and discuss. | 0.30 | 76.50 |
| 08-10-2011 | Brian C Spahn | Review seventh interim fee application report and exhibits and discuss. | 0.30 | 76.50 |
| 08-10-2011 | Brian C Spahn | Conferences with Mr. Fail regarding sixth interim application. | 0.40 | 102.00 |
| 08-10-2011 | Brian C Spahn | Email correspondence regarding sixth interim fee application order. | 0.70 | 178.50 |
| 08-10-2011 | Eric Wilson | Complete report on fee application for seventh interim compensation period. | 0.30 | 135.00 |
| 08-10-2011 | Brady C. Williamson | Conference on conflict in position on final order. | 0.30 | 157.50 |
| 08-10-2011 | Brady C. Williamson | Review related emails on conflict. | 0.20 | 105.00 |
| 08-10-2011 | Katherine Stadler | Conference on issues related to Weil Gotshal's sixth interim fee order and and e-mail exchanges on that. | 0.50 | 215.00 |
| 08-23-2011 | Brady C. Williamson | Review email exchange with Mr. Fail. | 0.30 | 157.50 |
| 08-23-2011 | Brady C. Williamson | Conference on email exchange response. | 0.20 | 105.00 |

Matter Number: 009878-16QQ                                                    March 8, 2012
Invoice No.:  554872                                                              Page 9

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-23-2011 | Katherine Stadler | E-mail exchange with Mr. Fail on order for compensation for sixth interim fee period and fee committee resolution on that issue, responsive email from Mr. Fail and conference on that issue. | 0.50 | 215.00 |
| 08-24-2011 | Leah Viola | Review proposed order and schedules to verify stipulated amounts for fees and expenses. | 0.80 | 124.00 |
| 08-24-2011 | Zerithea Raiche | Review and revise schedule resolving sixth fee period application of Weil Gotshal. | 0.30 | 49.50 |
| 08-24-2011 | Brian C Spahn | Respond to email regarding sixth interim application stipulation. | 0.40 | 102.00 |
| 08-24-2011 | Brady C. Williamson | Conference on email on order for approval. | 0.20 | 105.00 |
| 08-24-2011 | Katherine Stadler | Review and revise draft compensation order for sixth interim fee period and update schedules. | 0.80 | 344.00 |
| 08-25-2011 | Zerithea Raiche | Review billing detail forwarded by Weil Gotshal for eighth fee period application. | 0.30 | 49.50 |

|  | | Total Fees | $ | 30,482.50 |
|--|--|------------|---|-----------|
|  | | Total Disbursements | $ | 0.00 |
|  | | **Total For This Invoice** | **$** | **30,482.50** |

Matter Number: 009878-16QQ                                        March 8, 2012
Invoice No.: 554872                                                    Page 10

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| ZERITHEA RAICHE | Paralegal | 1.30 | 165.00 | 214.50 |
| N. TALBOTT SETTLE | Paralegal | 12.10 | 165.00 | 1,996.50 |
| LEAH VIOLA | Paralegal | 0.80 | 155.00 | 124.00 |
| **Paralegal Total** | | **14.20** | | **2,335.00** |
| MONICA SANTA MARIA | Associate | 1.20 | 240.00 | 288.00 |
| BRIAN C SPAHN | Associate | 66.50 | 255.00 | 16,957.50 |
| **Associate Total** | | **67.70** | | **17,245.50** |
| BRADY C. WILLIAMSON | Shareholder | 7.00 | 525.00 | 3,675.00 |
| KATHERINE STADLER | Shareholder | 5.40 | 430.00 | 2,322.00 |
| ERIC WILSON | Shareholder | 10.90 | 450.00 | 4,905.00 |
| **Shareholder Total** | | **23.30** | | **10,902.00** |
| **TIMEKEEPER TOTALS** | | **105.20** | | **$30,482.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*