# **EXHIBIT C-16RR**

## **Windels Marx Lane**



**GODFREY & KAHN** s.c.

780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590

TEL· 414.273.3500  FAX· 414.273.5198

www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Windels Marx Lane & Mittendorf LLP

Invoice No.    554873
Matter No.    009878-16RR

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 4,177.00 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **4,177.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Windels Marx Lane & Mittendorf LLP

Invoice No.   554873
Matter No.    009878-16RR

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-04-2011 | Katherine Stadler | Email exchange with Mr. Rossi on fifth interim fee status. | 0.20 | 86.00 |
| 06-24-2011 | Brady C. Williamson | Review May fee statement. | 0.20 | 105.00 |
| 07-06-2011 | Zerithea Raiche | Prepare email on review of seventh fee period application and transmittal of BrownGreer billing summary report. | 0.10 | 16.50 |
| 07-07-2011 | Sally Granec | Review and profile spreadsheet of the seventh fee period to facilitate attorney review. | 0.40 | 70.00 |
| 07-15-2011 | Eric Wilson | Review fee application for seventh interim period and corresponding fee and expense entries. | 1.80 | 810.00 |
| 07-16-2011 | Eric Wilson | Draft letter report regarding fee application for seventh interim period. | 1.80 | 810.00 |
| 07-20-2011 | Zerithea Raiche | Review revisions to spreadsheet and calculate exhibit amounts for use in preparation of report - seventh fee period. | 0.40 | 66.00 |

Matter Number: 009878-16RR  
Invoice No.: 554873  

March 8, 2012  
Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-20-2011 | Zerithea Raiche | Prepare email listing exhibit amounts for use in preparation of confidential letter report - seventh fee period. | 0.20 | 33.00 |
| 07-20-2011 | Eric Wilson | Review and revise letter report. | 0.40 | 180.00 |
| 07-23-2011 | Eric Wilson | Review and revise letter report relating to seventh interim period. | 0.40 | 180.00 |
| 07-26-2011 | Eric Wilson | Review and revise letter report on fee application for seventh interim period. | 0.50 | 225.00 |
| 07-27-2011 | Brady C. Williamson | Review fee statement. | 0.10 | 52.50 |
| 07-29-2011 | Zerithea Raiche | Prepare spreadsheet for exhibit preparation by BrownGreer for the seventh interim fee period application. | 2.30 | 379.50 |
| 08-01-2011 | Brady C. Williamson | Review and revise draft letter. | 0.30 | 157.50 |
| 08-01-2011 | Katherine Stadler | Review and revise draft letter. | 0.40 | 172.00 |
| 08-07-2011 | Zerithea Raiche | Verify calculations for seventh fee period report. | 0.70 | 115.50 |
| 08-07-2011 | Zerithea Raiche | Verify record citations for seventh fee period report. | 0.60 | 99.00 |
| 08-08-2011 | Zerithea Raiche | Verify report calculations for changes to disallowances. | 0.60 | 99.00 |
| 08-08-2011 | Zerithea Raiche | Prepare report exhibits for transmittal. | 0.30 | 49.50 |
| 08-08-2011 | Monica Santa Maria | Edit report for conformity with standards language. | 0.30 | 72.00 |

08-13555-mg    Doc 27724-53    Filed 05/04/12    Entered 05/04/12 16:34:18    Exhibit
C-016RR    Pg 5 of 6

Matter Number: 009878-16RR  
Invoice No.: 554873

March 8, 2012  
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-08-2011 | Eric Wilson | Review and revise report on fee application for seventh interim compensation period. | 0.60 | 270.00 |
| 08-08-2011 | Katherine Stadler | Review and revise draft report. | 0.30 | 129.00 |
| | | Total Fees | $ | 4,177.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **4,177.00** |

Matter Number: 009878-16RR  March 8, 2012
Invoice No.: 554873  Page 4

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 5.20 | 165.00 | 858.00 |
| SALLY GRANEC | Paralegal | 0.40 | 175.00 | 70.00 |
| **Paralegal Total** | | **5.60** | | **928.00** |
| MONICA SANTA MARIA | Associate | 0.30 | 240.00 | 72.00 |
| **Associate Total** | | **0.30** | | **72.00** |
| BRADY C. WILLIAMSON | Shareholder | 0.60 | 525.00 | 315.00 |
| KATHERINE STADLER | Shareholder | 0.90 | 430.00 | 387.00 |
| ERIC WILSON | Shareholder | 5.50 | 450.00 | 2,475.00 |
| **Shareholder Total** | | **7.00** | | **3,177.00** |
| **TIMEKEEPER TOTALS** | | **12.90** | | **$4,177.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*