# EXHIBIT C-16SS

## Wollmuth Maher & Deutsch, LLP



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500   FAX • 414.273.5198
www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Wollmuth Maher & Deutsch LLP

Invoice No.     554874
Matter No.      009878-16SS

Billing Attorney:
Brady C. Williamson

| | | |
|---|---|---|
| Invoice Total | $ | 5,439.00 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **5,439.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.   BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL · 414.273.3500  FAX · 414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Wollmuth Maher & Deutsch LLP

Invoice No.   554874
Matter No.    009878-16SS

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-03-2011 | Brady C. Williamson | Initial review of seventh interim application. | 0.10 | 52.50 |
| 07-06-2011 | Sally Granec | Review and profile spreadsheet of the seventh fee period to facilitate attorney review. | 0.50 | 87.50 |
| 07-19-2011 | Monica Santa Maria | Review detailed time entries, identifying questionable entries for possible objections. | 4.40 | 1,056.00 |
| 07-20-2011 | N. Talbott Settle | Conference regarding exhibits. | 0.10 | 16.50 |
| 07-20-2011 | Monica Santa Maria | Review expenses, identifying questionable entries. | 0.40 | 96.00 |
| 07-20-2011 | Monica Santa Maria | Draft confidential letter report. | 3.10 | 744.00 |
| 07-20-2011 | Brady C. Williamson | Review and revise draft report. | 0.20 | 105.00 |
| 07-22-2011 | Monica Santa Maria | Edit report. | 0.60 | 144.00 |
| 07-22-2011 | Katherine Stadler | Review and edit draft report on seventh interim period application. | 0.40 | 172.00 |
| 07-24-2011 | N. Talbott Settle | Prepare spreadsheet for seventh interim applications for exhibit preparation. | 0.40 | 66.00 |

Matter Number: 009878-16SS  March 8, 2012
Invoice No.: 554874  Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-25-2011 | N. Talbott Settle | Correspondence and conference regarding exhibits to the confidential letter report. | 0.30 | 49.50 |
| 07-25-2011 | N. Talbott Settle | Continue to prepare spreadsheet for preparation of exhibits to reports. | 0.90 | 148.50 |
| 07-25-2011 | Monica Santa Maria | Edit report, incorporating expanded objections to compliance review. | 0.70 | 168.00 |
| 07-27-2011 | N. Talbott Settle | Prepare spreadsheet for forwarding to BrownGreer for exhibits. | 2.10 | 346.50 |
| 07-27-2011 | Monica Santa Maria | Edit time entries marked in support of objections. | 0.20 | 48.00 |
| 07-28-2011 | N. Talbott Settle | Correspondence to Ms. Barbour requesting exhibits. | 0.40 | 66.00 |
| 07-29-2011 | N. Talbott Settle | Review correspondence from Ms. Barbour with exhibits to the confidential letter report. | 0.10 | 16.50 |
| 07-30-2011 | Monica Santa Maria | Edit letter report to incorporate suggestions from the U.S. Trustee and for conformity. | 0.40 | 96.00 |
| 08-02-2011 | N. Talbott Settle | Prepare exhibits for attorney review. | 0.20 | 33.00 |
| 08-02-2011 | N. Talbott Settle | Review correspondence and exhibits from Ms. Barbour at BrownGreer. | 0.20 | 33.00 |
| 08-02-2011 | Monica Santa Maria | Fact-check confidential letter reports and exhibits, identifying additional data problems in exhibits. | 1.20 | 288.00 |
| 08-02-2011 | Brady C. Williamson | Review edits to letter based on U.S. Trustee's comments. | 0.20 | 105.00 |
| 08-02-2011 | Katherine Stadler | Review revised draft of letter report in light of U.S. Trustee comments. | 0.10 | 43.00 |
| 08-03-2011 | N. Talbott Settle | Conference regarding exhibits and review revised exhibits from BrownGreer. | 0.40 | 66.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-03-2011 | N. Talbott Settle | Review report for verification of factual citations and data. | 1.90 | 313.50 |
| 08-03-2011 | Monica Santa Maria | Continue fact-checking letter report and exhibits. | 1.60 | 384.00 |
| 08-03-2011 | Monica Santa Maria | Forward report to Mr. Giampolo with exhibits. | 0.10 | 24.00 |
| 08-04-2011 | Monica Santa Maria | Conference with Mr. Giampolo regarding fee review process and issues raised in report. | 1.00 | 240.00 |
| 08-04-2011 | Monica Santa Maria | Correspondence with Mr. Giampolo regarding Uniform Task Code billing. | 0.10 | 24.00 |
| 08-04-2011 | Katherine Stadler | Report on negotiations with professional. | 0.20 | 86.00 |
| 08-05-2011 | Monica Santa Maria | Email and telephone communications with Mr. Giampolo regarding use of Uniform Task Codes. | 0.20 | 48.00 |
| 08-08-2011 | Monica Santa Maria | Conference with Mr. Giampolo regarding Uniform Task Code billing. | 0.10 | 24.00 |
| 08-08-2011 | Katherine Stadler | Confer on use of task codes. | 0.10 | 43.00 |
| 08-18-2011 | Monica Santa Maria | Conference with Mr. Giampolo regarding possible extension to seventh interim report response and requested delay in filing eighth interim fee application. | 0.20 | 48.00 |
| 08-24-2011 | Monica Santa Maria | Email correspondence to Mr. Giampolo regarding extension request. | 0.10 | 24.00 |
| 08-24-2011 | Katherine Stadler | Review correspondence with Mr. Giampolo on extension request. | 0.10 | 43.00 |
| 08-25-2011 | Monica Santa Maria | Review extension request from Mr. Giampolo. | 0.10 | 24.00 |

Matter Number: 009878-16SS  March 8, 2012
Invoice No.: 554874  Page 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-26-2011 | Monica Santa Maria | Email communications with Mr. Giampolo regarding extension request for response to seventh period report and late filing of eighth interim application. | 0.10 | 24.00 |
| 08-26-2011 | Katherine Stadler | Review e-mail exchange with Mr. Giampolo on extension of deadlines. | 0.10 | 43.00 |
| | | Total Fees | $ | 5,439.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **5,439.00** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| N. TALBOTT SETTLE | Paralegal | 7.00 | 165.00 | 1,155.00 |
| SALLY GRANEC | Paralegal | 0.50 | 175.00 | 87.50 |
| **Paralegal Total** | | **7.50** | | **1,242.50** |
| MONICA SANTA MARIA | Associate | 14.60 | 240.00 | 3,504.00 |
| **Associate Total** | | **14.60** | | **3,504.00** |
| BRADY C. WILLIAMSON | Shareholder | 0.50 | 525.00 | 262.50 |
| KATHERINE STADLER | Shareholder | 1.00 | 430.00 | 430.00 |
| **Shareholder Total** | | **1.50** | | **692.50** |
| **TIMEKEEPER TOTALS** | | **23.60** | | **$5,439.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*