# **EXHIBIT C-16TT**

**Foster Graham, Milstein & Calisher**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**

TEL• 414.273.3500  FAX• 414.273.5198
www•GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

                                              March 8, 2012

                                              Invoice No.      554875
Re:   Foster, Graham, Milstein & Calisher LLP     Matter No.     009878-16TT

                                              Billing Attorney:
                                              Brady C. Williamson

|  | Invoice Total | $ | 139.50 |
|---|---|---|---|
|  | Prior Balance Due | $ | 0.00 |
|  | **Total Amount Now Due** | **$** | **139.50** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
**GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318**
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL· 414.273.3500  FAX· 414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

                                                March 8, 2012

                                                Invoice No.      554875

Re:    Foster, Graham, Milstein & Calisher LLP      Matter No.      009878-16TT

                                                Billing Attorney:
                                                Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-16-2011 | Zerithea Raiche | Conferences with Mr. Katz on preparation of first fee application of Foster Graham. | 0.40 | 66.00 |
| 08-16-2011 | Zerithea Raiche | Prepare email listing specific questions of Mr. Katz on the fee committee's requirements in the preparation of Foster Graham's first interim fee application. | 0.10 | 16.50 |
| 08-17-2011 | Zerithea Raiche | Prepare email to Mr. Katz on preparation of first interim fee application along with requested billing Uniform Task Codes. | 0.20 | 33.00 |
| 08-19-2011 | Monica Santa Maria | Voicemail to Mr. Katz regarding fee application preparation. | 0.10 | 24.00 |
| | | Total Fees | $ | 139.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **139.50** |

Matter Number: 009878-16TT  
Invoice No.: 554875

March 8, 2012  
Page 2

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 0.70 | 165.00 | 115.50 |
| **Paralegal Total** | | **0.70** | | **115.50** |
| MONICA SANTA MARIA | Associate | 0.10 | 240.00 | 24.00 |
| **Associate Total** | | **0.10** | | **24.00** |
| **TIMEKEEPER TOTALS** | | **0.80** | | **$139.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*