# **EXHIBIT C-16UU**

## **Locke, Lorde, Bissell & Liddell**



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500  FAX • 414.273.5198
www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

                                                                 March 8, 2012

                                                                 Invoice No.      554876
Re:   Locke Lord Bissell & Liddell LLP                    Matter No.     009878-16UU

                                                                  Billing Attorney:
                                                                  Brady C. Williamson

|  | Invoice Total | $ | 105.00 |
|---|---|---|---|
|  | Prior Balance Due | $ | 0.00 |
|  | **Total Amount Now Due** | **$** | **105.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE: MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



**780 NORTH WATER STREET**
**MILWAUKEE, WISCONSIN 53202-3590**
TEL • 414.273.3500  FAX • 414.273.5198
www • GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

                                                March 8, 2012

                                                Invoice No.       554876
Re:    Locke Lord Bissell & Liddell LLP          Matter No.      009878-16UU

                                                Billing Attorney:
                                                Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-30-2011 | Brady C. Williamson | Review fee statement. | 0.20 | 105.00 |
| | | Total Fees | $ | 105.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **105.00** |

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Matter Number: 009878-16UU  March 8, 2012
Invoice No.: 554876  Page 2

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| BRADY C. WILLIAMSON | Shareholder | 0.20 | 525.00 | 105.00 |
| **Shareholder Total** | | **0.20** | | **105.00** |
| **TIMEKEEPER TOTALS** | | **0.20** | | **$105.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*