# EXHIBIT C-16WW

## Kramer Levin Naftalis & Frankel



**GODFREY KAHN** S.C.

780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

|  |  |
|---|---|
| Invoice No. | 554877 |
| Matter No. | 009878-16WW |

Re: Kramer Levin Naftalis & Frankel LLP

Billing Attorney:
Brady C. Williamson

|  |  |
|---|---|
| Invoice Total | $         162.00 |
| Prior Balance Due | $             0.00 |
| **Total Amount Now Due** | **$         162.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.   BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Kramer Levin Naftalis & Frankel LLP

Invoice No.     554877
Matter No.      009878-16WW

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-03-2011 | Monica Santa Maria | Review motion by Kramer Levin to convert from ordinary course professional to retained professional. | 0.10 | 24.00 |
| 08-16-2011 | Zerithea Raiche | Respond to inquiry on status of Kramer Levin as an ordinary course or retained professional. | 0.20 | 33.00 |
| 08-16-2011 | Brady C. Williamson | Telephone call and email from Gabriel Fischbarg with respect to Kramer Levin. | 0.20 | 105.00 |
| | | **Total Fees** | $ | 162.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **162.00** |

Matter Number: 009878-16WW  
Invoice No.: 554877

March 8, 2012  
Page 2

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 0.20 | 165.00 | 33.00 |
| **Paralegal Total** | | **0.20** | | **33.00** |
| MONICA SANTA MARIA | Associate | 0.10 | 240.00 | 24.00 |
| **Associate Total** | | **0.10** | | **24.00** |
| BRADY C. WILLIAMSON | Shareholder | 0.20 | 525.00 | 105.00 |
| **Shareholder Total** | | **0.20** | | **105.00** |
| **TIMEKEEPER TOTALS** | | **0.50** | | **$162.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*