# **EXHIBIT C-16YY**

## **Moulton Bellingham, P.C.**



**GODFREY + KAHN** s.c.

780 NORTH WATER STREET
MILWAUKEE, WISCONSIN 53202-3590
TEL· 414.273.3500  FAX· 414.273.5198
www·GKLAW.COM

Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Moulton Bellingham, P.C.

Invoice No.      554878
Matter No.       009878-16YY

Billing Attorney:
Brady C. Williamson

|  |  |  |
|---|---|---|
| Invoice Total | $ | 86.00 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | **$** | **86.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.   BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714   SWIFT CODE:  MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC



Lehman Brothers Holdings, Inc. Fee Committee
Richard Gitlin, Chair

March 8, 2012

Re:   Moulton Bellingham, P.C.

Invoice No.    554878
Matter No.    009878-16YY

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through August 31, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-30-2011 | Katherine Stadler | Telephone conference with newly-retained professional on fee protocol and other issues. | 0.20 | 86.00 |
| | | Total Fees | $ | 86.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **86.00** |

Matter Number: 009878-16YY  March 8, 2012
Invoice No.: 554878  Page 2

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| KATHERINE STADLER | Shareholder | 0.20 | 430.00 | 86.00 |
| **Shareholder Total** | | **0.20** | | **86.00** |
| **TIMEKEEPER TOTALS** | | **0.20** | | **$86.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2012. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*