# **EXHIBIT D**

## Summary of Expense Categories

# Exhibit D

## Godfrey & Kahn, S.C. Expense Summary
## for the period September 1, 2011 through February 29, 2012

| Expense/Disbursement Category | Amount |
|---|---|
| Photocopies-external | 14,578.86 |
| Photocopies-internal ($0.10 per page for black and white and color) | $1,398.20 |
| Express Mail | $4,493.87 |
| Lexis/Westlaw | $2,121.36 |
| Other Database Search (PACER) | $102.88 |
| Service of Process (Epiq) | $8,313.89 |
| Telephone (Conference calls) | $149.50 |
| Travel-Transportation, Hotels, and Related Expenses (including travel meals maximum $40 per person) | $21,138.35 |
| Database development and server charges | $40,236.97 |
| Travel-Mileage | $93.24 |
| **TOTAL for the period September 1, 2011 through February 29, 2012** | $92,627.12 |

7586681_1