# EXHIBIT F

**Detailed Time Records for Richard Gitlin**

RICHARD GITLIN
GITLIN & COMPANY LLC
31 MOUNTAIN FARMS RD
WEST HARTFORD, CT 06117

March 15, 2012

Statement for Services: May 1, 2011 through August 31, 2011

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| 05/01/11 | Review Lazard fee arrangement and role. | .9 |
| | Review articles on Lehman fees | .2 |
| | Review and analysis of Jones Day response to the Sixth Interim Letter report. | .8 |
| | Update telephone calls with Brady Williamson. | .4 |
| 05/02/11 | Review Dechert budget for May. | .2 |
| | Review U.S. Trustee comments to minutes of Fee Committee Meeting. | .1 |
| | Review arrangements with all financial advisors. | 2.1 |
| | Telephone calls with Brady Williamson on Lazard. | .4 |
| 05/03/11 | Review Lehman article. | .2 |
| | Review Katherine Stadler memo regarding Fee Committee call and responses. | .2 |
| | Review and analysis of Godfrey & Kahn memo on Lazard. | .7 |
| | Analysis of Adelphia decision and its effect on fee applications in Lehman. | 1.2 |
| | Telephone conference calls with Brady Williamson on discretionary fee issues and Lazard. | .3 |
| 05/04/11 | Preparation for meeting with John Suckow. | 1.1 |
| | Attendance at meeting with John Suckow on Lazard and other fee issues. | .9 |
| | Travel time for meetings on May 4 to and from Hartford. | 3.0 |
| | Review supplemental disclosure of Kleyr Grasso. | .2 |
| | Review Kramer Levin application to modify compensation. | .3 |
| | Analysis of Alvarez & Marsal fees and budget and way to review Alvarez & Marsal fees. | 1.2 |
| | Telephone conference with Brady Williamson regarding meeting with John Suckow and Alvarez & Marsal fees. | .3 |

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| 05/05/11 | Preparation for call on media strategy including review of published articles. | 1.1 |
| | Review email of U.S. Trustee on Kleyr Grasso. | .1 |
| | Planning for Fee Committee call on May 9. | .9 |
| | Review McKenna Long response to Fee Committee Letter for Sixth Interim. | .4 |
| | Review Jones Day response to Fee Committee letter for Sixth Interim. | .3 |
| | Review Godfrey & Kahn letter to Kasowitz on Second Interim Application. | .2 |
| | Review Simpson Thatcher response to Committee letter for Sixth Interim. | .1 |
| | Telephone conference with Brady Williamson on media inquiries. | .2 |
| 05/06/11 | Review revised Fee Committee minutes for March 31 and April 6. | .2 |
| | Review Godfrey & Kahn correspondence with Bill Olsham. | .1 |
| | Review and analysis on Godfrey & Kahn report on negotiations with Weil. | .3 |
| 05/07/11 | Review articles on Barclay lawsuit with Lehman. | .2 |
| | Analysis on status of Barclay lawsuit. | .3 |
| 05/09/11 | Preparation for telephonic committee meeting. | .9 |
| | Telephone conference with Katherine Stadler in preparation for committee call. | .3 |
| | Review articles. | .1 |
| 05/11/11 | Review Godfrey & Kahn emails on the O'Neill Group and analysis of best approach. | .4 |
| | Analysis on committee role in 503(b) application. | 1.7 |
| | Telephone conference with Brady Williamson on agenda and 503(b) issues. | .3 |
| 05/12/11 | Review and analysis of proposed agenda for May 24 Fee Committee meeting. | .3 |
| | Review and analysis of Stipulated Disclosure Agreement and Protective Order. | .3 |
| | Telephone call with Brady Williamson on agenda items. | .2 |
| 05/13/11 | Planning for telephone call with John Suckow. | .2 |
| | Review status of discussions with Weil. | .2 |

2

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| | Review final agenda for 24th Meeting. | .1 |
| | Telephone conference with John Suckow on fee process. | .2 |
| | Assessment of approach and strategy to the media. | 1.2 |
| | Telephone conference with Katherine Stadler on agenda and May 24 meeting. | .2 |
| 05/16/11 | Review email from John Suckow on strategy. | .1 |
| | Review Lehman articles. | .2 |
| | Telephone conference with Kimberly Macleod on media. | .3 |
| | Review Windels April Fee Statement. | .4 |
| 05/14/11 | Analysis of strategy of dealing with the media. | .7 |
| | Review status of plan negotiations. | .3 |
| | Analysis of issues relating to Milbank. | 1.1 |
| | Telephone conference with Brady Williamson on Milbank and open issue. | .3 |
| 05/18/11 | Update from Godfrey & Kahn on Weil negotiations and analysis of issues. | .8 |
| 05/19/11 | Analysis on potential article on fees. | .6 |
| | Analysis on holdbacks and hourly rate increases. | .9 |
| | Review press article on Lehman. | .2 |
| | Review email from K. Macleod on media. | .1 |
| | Review and analysis of 503(b) role of Fee Committee including memo from Godfrey & Kahn. | 2.2 |
| | Review Milbank issues and preparation for call with Noel Purcell. | .4 |
| | Review FTI June budget. | .2 |
| | Telephone conference with Brady Williamson on status of fee reviews. | .4 |
| 05/20/11 | Review Weil rate increase issues. | .3 |
| | Telephone conference with Noel Purcell on Milbank fee objections. | .6 |
| | Follow telephone conference with Brady Williamson. | .3 |
| | Review settlement proposal with Milbank. | .2 |
| | Review of agenda for committee meeting and plan for discussion of issues. | 1.4 |
| 05/22/11 | Review materials prepared by Godfrey & Kahn for Fee Committee Meeting. | 1.8 |

3

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| 05/23/11 | Development of approach on fees. | 1.1 |
| | Conference with K. Macleod and Stephen Cohn on media and fees. | .9 |
| | Assessment of Fee Committee role on 503(b) applications. | .6 |
| | Preparation for Fee Committee Meeting, including meeting with Brady Williamson. | 1.3 |
| | Travel from Hartford to New York. | 3.0 |
| | Review Denton June budget. | .1 |
| 05/24/11 | Review video-casts on Lehman fees. | .3 |
| | Review Eric Marath article on fees. | .2 |
| | Review summary of interim fee requests and awards. | 1.9 |
| | Attendance at Fee Committee Meeting. | 2.0 |
| | Further analysis on role of Fee Committee in 503(b) applications. | 1.1 |
| | Travel to Hartford. | 2.5 |
| 05/25/11 | Review articles. | .2 |
| | Follow up on articles and strategy. | .5 |
| 05/26/11 | Review agenda for June meeting. | .3 |
| | Review and analysis of latest standards for Fee Committee review process. | .7 |
| | Review of articles. | .2 |
| 05/27/11 | Analysis of Gibson Dunn disclosure issue and Godfrey & Kahn response. | .7 |
| | Review draft stipulation agreement and protective order prepared by Godfrey & Kahn. | .4 |
| | Review articles. | .1 |
| | Review Milbank budget for June. | .2 |
| 05/31/11 | Conference call with Godfrey & Kahn on pending issues. | .6 |
| | Review Lehman articles and review of proposed interviews. | .2 |
| 06/01/11 | Review media articles. | .2 |
| 06/02/11 | Telephone conference with Godfrey & Kahn on strategy. | .2 |
| | Analysis on open issues with Weil. | .5 |
| 06/03/11 | Review major fee issues that need to be resolved. | 1.4 |

4

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| 06/05/11 | Analysis on approach to reviewing Alvarez & Marsal fees and preparation for meeting with John Suckow. | .9 |
| 06/06/11 | Review issues to be discussed with John Suckow. | .4 |
| | Conference with John Suckow on Alvarez & Marsal fees. | 1.0 |
| | Review Alvarez & Marsal budget and actual fees and method of review. | 1.1 |
| | Travel from Hartford to New York. | 2.5 |
| | Telephone call with Godfrey & Kahn on meeting. | .3 |
| | Analysis of results from interviews and media articles. | .4 |
| 06/07/11 | Coordination and planning on Fee Committee telephone call on June 16. | .4 |
| | Review articles and strategy. | .3 |
| 06/08/11 | Review issues for June 16 telephone call and telephone conference with Katherine Stadler. | .3 |
| | Review draft memorandum to professionals and analysis on ways to communicate Fee Committee position. | 1.5 |
| 06/09/11 | Review email from Godfrey & Kahn and six draft stipulations for the sixth interim fee period. | 1.2 |
| 06/10/11 | Review and analyze response of Cutis Mallet to Fee Committee letter on sixth interim fee period. | .6 |
| | Review final memorandum from Fee Committee to professionals. | .3 |
| 06/11/11 | Analysis of impact of Plan negotiations on the amount of fees to be paid to non-retained professionals. | 1.8 |
| 06/13/11 | Review and analysis of fees requested for the seventh interim period. | 2.3 |
| | Review articles. | .1 |
| | Plan for Fee Committee telephone meeting on June 16. | .3 |
| 06/14/11 | Review and revise first draft of Fee Committee report to the Court for the fifth and sixth interim periods. | 1.8 |
| | Review latest articles. | .2 |
| 06/15/11 | Review BrownGreer invoice for May. | .2 |
| | Review revised report to the Court. | .3 |
| 06/16/11 | Preparations and participation in the Fee Committee telephone call. | 1.3 |
| | Review changes to Fee Committee report. | .2 |
| | Review articles. | .1 |

5

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| 06/17/11 | Analysis on objections to hourly rate increases and ways to evaluate appropriate rate increases. | 1.6 |
| 06/18/11 | Coordination with Godfrey & Kahn and review of latest draft of Fee Committee report. | .3 |
| | Review timeline for Fee Committee work and for consensual resolution of issues. | 1.2 |
| 06/20/11 | Review Lehman monthly operating report and fees paid during May. | .4 |
| 06/21/11 | Review Godfrey & Kahn email and redlined Fee Committee report. | .3 |
| | Review Jones Day stipulation for sixth interim fee period. | .1 |
| | Review best timing to file stipulations and orders for sixth interim fee period. | .4 |
| | Review current inquiries and latest articles. | .4 |
| | Review Dechert July budget. | .2 |
| | Review Denton July budget. | .1 |
| | Analysis on report and appropriate response. | .5 |
| 06/24/11 | Review monthly fee statement of Windels for May. | .4 |
| | Review memorandum from Godfrey & Kahn on status report and stipulations for the sixth interim fee period. | .2 |
| | Review comments from John Suckow. | .1 |
| 06/27/11 | Review PricewaterhouseCoopers' budget for July. | .1 |
| 06/28/11 | Analysis on approach to reviewing Alvarez & Marsal fees, including incentive compensation. | .9 |
| | Review Godfrey & Kahn status report and preparation for meetings at Lehman. | .8 |
| | Telephone conference with Brady Williamson on meeting agenda. | .3 |
| 06/29/11 | Review issues to discuss with John Suckow, including Alvarez & Marsal fees, 503(b) applications and status of plan. | 1.2 |
| | Review issues with Katherine Stadler. | .5 |
| | Attend meeting with John Suckow. | 1.4 |
| | Review Alvarez & Marsal fees. | .8 |
| | Travel to and from Harford. | 4.5 |
| 06/30/11 | Analysis of data and approach on hourly rate increases. | 1.6 |
| | Review media reports. | .1 |

6

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| | Review U.S. Trustee comments on status report. | .3 |
| | Telephone conference with Brady Williamson on meeting with John Suckow. | .3 |
| 07/01/11 | Analysis of issues to be discussed at July 14 Fee Committee meeting and review of agenda. | 1.8 |
| | Review open issues on status report and revised draft. | .3 |
| | Telephone calls with Godfrey & Kahn on status report. | .4 |
| 07/05/11 | Review details of hourly rate increases. | 1.1 |
| | Analysis on position to propose to the Fee Committee on addressing hourly rate increases. | 1.3 |
| | Telephone conference with Katherine Stadler on hourly rate increases. | .2 |
| | Plan for Fee Committee meeting on July 14. | .4 |
| 07/06/11 | Finalize Fee Committee status report. | .4 |
| 07/07/11 | Review Lehman second amended plan with a focus on sections affecting fees and expenses. | 1.6 |
| | Telephone conference with Brady Williamson on planning for next Fee Committee meeting. | .3 |
| 07/08/11 | Coordination of meetings and discussion of issues for next Fee Committee meeting. | .4 |
| | Review articles on Lehman. | .1 |
| 07/11/11 | Development of position on hourly rate increases for discussion at July 14 meeting. | 1.3 |
| | Plan for July 14 meeting, including telephone conference with Godfrey & Kahn. | .4 |
| 07/12/11 | Analysis of law related to hourly rate increases including review of Godfrey & Kahn memorandum. | 2.1 |
| | Telephone conference with Brady Williamson on July 14 meeting and discussion of issues. | .3 |
| | Review and analysis of objection to retention of Pachulski as special counsel. | .5 |
| | Review status of negotiations with Jones Day. | .2 |
| 07/13/11 | Review materials prepared by Godfrey & Kahn for July 14 Fee Committee meeting. | 1.7 |
| | Review of results of budget process and coordination of meeting with those responsible to monitor budgets at Lehman. | .9 |

7

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| 07/14/11 | Preparation for Fee Committee meeting. | 1.4 |
| | Analysis of impact of hourly rate increases. | .9 |
| | Meet with Godfrey & Kahn on key issues in preparation for Fee Committee meeting. | 1.1 |
| | Attend Fee Committee meeting. | 1.9 |
| | Analysis of ways to improve monitoring fees and expenses through budget process. | 1.2 |
| | Review Lehman monthly operating report as to payment of fees and expenses. | .2 |
| | Travel to and from Hartford. | 3.5 |
| | Telephone conference with Brady Williamson as follow up to discussions at Fee Committee meeting. | .3 |
| 07/15/11 | Review of final status report to Judge Peck. | .3 |
| | Review Godfrey & Kahn email to Gibson Dunn. | .1 |
| | Review of Lehman articles. | .1 |
| 07/16/11 | Telephone conference with Brady Williamson on meeting follow up. | .2 |
| | Review of draft letter to Judge Peck for submission of status report. | .1 |
| 07/18/11 | Review of status of plan process. | .4 |
| | Review and analysis of proposed resolution to Gibson Dunn dispute. | .4 |
| | Review and analysis of 503(b) memorandum of Godfrey & Kahn and assessment of Fee Committee's role with 503(b) applications. | 1.6 |
| | Telephone conference with Katherine Stadler on 503(b). | .1 |
| | Plan for July 20 telephonic meeting of Fee Committee. | .3 |
| | Review minutes of May 24 and June 16 Fee Committee meetings. | .2 |
| | Review PricewaterhouseCoopers monthly budget. | .1 |
| | Review of fifth and sixth interim period reports. | 1.2 |
| 07/19/11 | Prepare for 503(b) discussion with Fee Committee. | .5 |
| | Review of Noel Purcell email on 503(b). | .1 |
| | Review Dechert budget for August. | .1 |
| 07/20/11 | Prepare for Fee Committee telephone conference. | .5 |
| | Participate in Fee Committee telephone conference. | .6 |
| | Review of U.S. Trustee proposed changes to May 24 Fee Committee meeting minutes. | .1 |

8

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| | Review Denton August budget. | .1 |
| | Analysis of next steps on 503(b) issues. | .6 |
| 07/21/11 | Analysis of performance of BrownGreer and its role going forward. | .7 |
| | Review rate increase approach and language to be inserted for letters to professionals. | .8 |
| | Analysis on minimizing discovery costs in Barclays litigation. | .3 |
| | Telephone conference with Katherine Stadler on rate increase language. | .2 |
| | Plan for status conference with Judge Peck. | .3 |
| | Review articles on Lehman. | .1 |
| 07/22/11 | Review and analysis of rate increase language in professionals' memo. | .2 |
| | Telephone conference with Godfrey & Kahn on memorandum to professionals. | .2 |
| | Prepare for status conference with Judge Peck on 503(b) issues. | .4 |
| | Review sixth interim fee application of PricewaterhouseCoopers. | .4 |
| | Review draft letter reports prepared by Godfrey & Kahn for seven professional firms. | 1.2 |
| 07/23/11 | Telephone conference with Brady Williamson on fee process. | .1 |
| 07/25/11 | Review and analysis of U.S. Trustee comments to proposed letters to investors. | .4 |
| 07/26/11 | Review Windels fee statement for June. | .3 |
| | Coordinate August 17 status conference with Judge Peck. | .2 |
| | Telephone conference with Katherine Stadler on professionals' report. | .3 |
| | Review draft letters prepared by Godfrey & Kahn for 10 professionals on seventh interim fee period. | 1.4 |
| 07/27/11 | Review email from and telephone conference with Katherine Stadler on pending issues. | .4 |
| 07/29/11 | Discussion and review of emails from Godfrey & Kahn on rate increase language in memorandum to professionals. | .6 |
| | Review articles on Lehman. | .1 |
| 07/30/11 | Review updated chart from BrownGreer on detailed rate increases and analysis of impact. | 1.2 |
| | Review Lehman action to appeal Barclay case. | .4 |
| 08/01/11 | Telephone calls with Brady Williamson on U.S. Trustee positions and scheduling. | .5 |

9

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
|  | Analysis of holdback in relation to hourly rate increase dispute. | .8 |
| 08/02/11 | Consider proposed U.S. Trustee guidelines and effect on Lehman Fee Committee process. | .5 |
|  | Review Committee's position and letter to The O'Neil Group. | .3 |
|  | Review affidavit in GM case and analysis of impact on rate increase issue in Lehman. | 1.6 |
|  | Review proposed agenda for August 17 Fee Committee meeting. | .3 |
|  | Telephone conference with Brady Williamson on open issues and scheduling. | .3 |
| 08/03/11 | Plan and coordinate with Godfrey & Kahn on Fee Committee meeting and status conference on August 17. | .5 |
|  | Review status of stipulations between Fee Committee and professionals. | .2 |
| 08/04/11 | Analysis of changes necessary in the disclosure statement on the Fee Committee and review of memorandum from Godfrey & Kahn. | 1.4 |
|  | Telephone conference with Godfrey & Kahn on agenda and status of reports to professionals. | .3 |
| 08/05/11 | Review draft agenda for August 17 Fee Committee meeting. | .2 |
|  | Review articles on Lehman. | .1 |
| 08/06/11 | Plan next Fee Committee meeting and status conference. | .6 |
|  | Telephone conference with Brady Williamson on pending issues. | .2 |
| 08/10/11 | Review of issues to be discussed at August 17 Fee Committee meeting and coordinate with Godfrey & Kahn. | .7 |
| 08/11/11 | Analysis of role of Fee Committee in relation to role of U.S. Trustee and Creditors Committee's fee requests. | 1.2 |
| 08/13/11 | Review status of exchanges between Reilly Posner and Godfrey & Kahn on sixth interim fee period. | .3 |
|  | Review articles on Lehman. | .1 |
| 08/14/11 | Review status of U.S. Trustee objections and email from Brady Williamson. | .1 |
|  | Review latest agenda and minutes of July 14 and July 26 Fee Committee meetings. | .4 |
| 08/15/11 | Review and analyze U.S. Trustee objections to disclosure statement. | .9 |
|  | Analysis of BrownGreer and assessment to be provided at August 17 meeting. | .8 |

10

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| | Review Godfrey & Kahn memorandum on BrownGreer. | .3 |
| | Telephone conference with Godfrey & Kahn preparing for August 17 meetings. | .2 |
| 08/16/11 | Review materials prepared for by Godfrey & Kahn for August 17 Fee Committee meeting. | 1.9 |
| | Consider position with Judge Peck at status conference. | .7 |
| | Prepare for August 17 meetings. | .6 |
| | Telephone conference with Godfrey & Kahn on August 17 meetings. | .3 |
| 08/17/11 | Plan meeting with Katherine Stadler. | .1 |
| | Attend meeting with Orann Brown of BrownGreer. | 1.4 |
| | Attend Fee Committee meeting. | 2.0 |
| | Prepare and attend status conference with Judge Peck. | 1.4 |
| | Travel to and from Hartford. | 5.5 |
| | Telephone conference with Brady Williamson on August 17 meetings. | .3 |
| 08/18/11 | Telephone conference with Brady Williamson on next steps after meetings. | .4 |
| | Review Dechert September budget. | .1 |
| | Review Lehman monthly operating report as to fees and expenses. | .2 |
| | Review changes made by BrownGreer. | .3 |
| 08/19/11 | Review and assess BrownGreer approach. | .5 |
| | Assess timeline for Chapter 11 and impact of work of Fee Committee. | .7 |
| 08/22/11 | Review Denton September budget. | .1 |
| 08/23/11 | Review of literature on lawyer hourly rate increases and assess appropriate range of rate in crease in Lehman. | 2.2 |
| | Review email from Garrett Fail and assess methods to review and resolve reviews of pre-Gitlin appointment applications. | .7 |
| 08/24/11 | Telephone conference with Katherine Stadler on disclosure statement and plan issues. | .3 |
| | Review of status of Weil stipulations for sixth interim application. | .3 |
| | Analysis of open issues with Milbank. | .2 |
| 08/25/11 | Analysis of rate increase approach for Fee Committee. | .9 |
| | Telephone conference with Godfrey & Kahn on rate increase issues. | .4 |

| DATE | DESCRIPTION | TIME (HOURS) |
|---|---|---|
| 08/26/11 | Analysis on approach to fees incurred by Milbank and other counsel in preparation to litigate Fee Committee positions. | .8 |
| | Review settlement with Lehman officers and directors. | .2 |
| 08/27/11 | Telephone conference with Godfrey & Kahn on BrownGreer and open issues. | .4 |
| 08/28/11 | Analysis of approach to resolution of increases in hourly rates with review of Godfrey & Kahn memorandum to professionals. | 2.4 |
| 08/29/11 | Review open issues in disclosure statement on fees and expenses. | .3 |
| | Telephone conference with Brady Williamson on disclosure statement. | .1 |
| | Plan next Fee Committee meeting. | .4 |
| | Review of Windels fee statement for July. | .4 |
| 08/30/11 | Telephone conference with Brady Williamson on disclosure statement hearing. | .3 |
| | Review latest draft of memorandum to professionals. | .2 |
| 08/31/11 | Review U.S. Trustee report on changes to disclosure statement. | .2 |
| | Analysis on PricewaterhouseCoopers' proposed reductions and request for meeting. | .3 |
| | Plan next Fee Committee meeting. | .4 |
| | Telephone conference with Katherine Stadler on disclosure statement issues. | .4 |
| | TOTAL HOURS: | 184.9 |

7600710_2