# **EXHIBIT G**

**Summary of Expenses – Richard Gitlin**

Richard A. Gitlin
Gitlin Company, LLC
7836 Montecito Place
Delray Beach, FL 33446

# Lehman Brothers
## Expenses Sheet for July 1, 2011 to February 22, 2012  Invoice

We hereby invoice the following calculation of expenses for July 1, 2011 to February 22, 2012 and request payment to the specified bank account.

| Date | Item of Expense | Purpose | Amount |
| --- | --- | --- | --- |
| 7/14/2011 | Arthur's Private Transport | RT Transport to NYC - meetings | $305.00 |
| 8/17/2011 | Arthur's Private Transport | Transport to NYC - meetings | $155.00 |
| 8/17/2011 | Taxi | To meetings | $20.80 |
| 8/17/2011 | Lincoln restaurant | meeting (1/2) | $40.00 |
| 9/28/2011 | Arthur's Private Transport | Transport to NYC - meetings | $140.00 |
| 11/28/2011 | Arthur's Private Transport | Transport to NYC - meetings | $155.00 |
| 11/28/2011 | The Waldorf Towers | Hotel - meetings | $408.27 |
| 11/28/2011 | Taxi | To meetings | $6.40 |
| 11/29/2011 | Arthur's Private Transport | Transport from NYC - meetings | $85.00 |
| 12/12/2011 | JetBlue airfare | FLL to LGA - meetings | $199.70 |
| 12/12/2011 | Taxi | From home to airport in FL | $50.00 |
| 12/12/2011 | Taxi | Return to airport | $34.32 |
| 12/12/2011 | The Waldorf Towers | Hotel - meetings | $460.20 |
| 1/19/2012 | The Waldorf Towers | Hotel - meetings | $439.47 |
| 1/19/2012 | Taxi | Transport from airport to meetings | $59.30 |
| 2/22/2012 | JetBlue airfare | FLL to LGA - meetings | $293.80 |
| 2/22/2012 | JetBlue airfare | LGA to FLL | $303.80 |
| 2/22/2012 | Taxi | To and From airport at home | $100.00 |
| 2/22/2012 | Taxi | From airport to Court | $38.06 |
| 2/22/2012 | Lunch at courthouse | Lunch | $15.51 |
| 2/22/2012 | Taxi | From courthouse to airport | $54.60 |

**Total Invoiced Expenses Amount    $3,364.23**