# **EXHIBIT H**

## **Proposed Order**

Presentment Date and Time: May 30, 2012 at 12:00 p.m. (Noon) (Prevailing Eastern Time)
Objection Date and Time: May 30, 2012 at 11:00 a.m. (Prevailing Eastern Time)
Hearing Date and Time (if an Objection is Filed): TBD

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
In re                                    :   Chapter 11
                                         :
LEHMAN BROTHERS HOLDINGS, INC. *et al.*, :   Case No. 08-13555 (JMP)
                                         :
               Debtors.                  :   (Jointly Administered)
----------------------------------------x

## ORDER GRANTING SECOND CONSOLIDATED APPLICATION OF RICHARD A. GITLIN, FEE COMMITTEE CHAIR, AND GODFREY & KAHN, S.C., COUNSEL TO THE FEE COMMITTEE, FOR RETROACTIVE AND INTERIM ALLOWANCE OF FIXED FEE COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FROM MAY 1, 2011 THROUGH AUGUST 31, 2011, AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM AUGUST 31, 2011 TO FEBRUARY 29, 2012

Upon consideration of the *Second Consolidated Application of Richard A. Gitlin, Fee Committee Chair, and Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Retroactive and Interim Allowance of Fixed Fee Compensation for Professional Services Rendered from May 1, 2011 Through August 31, 2011, and Reimbursement of Actual and Necessary Expenses Incurred from August 31, 2011 to February 29, 2012* [Docket No. _____], (the "**Application**") for the stated periods (the "**Compensation Period**"), pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, filed on May 3, 2012, in the aggregate amount of $950,000.00 as listed on **Schedule A** that accompanies this order; and after due notice pursuant to the second amended order entered on June 17, 2010 governing case management and administrative procedures

7907204_1

[Docket No. 9635], and it appearing that no other or further notice need be provided; and there being no objection to the Application filed before the deadline of May 30, 2012; and after due deliberation and upon all of the proceedings had before the Court, and sufficient cause appearing therefor, it is hereby

**ORDERED**, that pursuant to sections 330 and 331 of the Bankruptcy Code, the Application is granted and approved as provided in Schedule A.

        Dated: New York, New York
              May ____, 2012.

                                            _____
                                            Hon. James M. Peck
                                            UNITED STATES BANKRUPTCY JUDGE

7907204_1

## SCHEDULE A

### CURRENT INTERIM FEE PERIOD
### May 1, 2011 Through August 31, 2011
### (Expenses Through February 29, 2012)

Case No.: 08-13555 (JMP) (Chapter 11)
Case Name: In re Lehman Brothers Holdings, Inc., *et al.*

| Applicant | Date/ Document Number of Application | Interim Fees Requested on Application ($) | Fees Allowed ($) | Fees to be Paid for Current Fee Period ($) | Fees to be Paid for Prior Fee Period(s) (if any) (Including Fees Held Back) ($) | Total Fees to be Paid ($) | Interim Expenses Requested ($) | Expenses to be Paid for Current Fee Period ($) |
|---|---|---|---|---|---|---|---|---|
| Godfrey & Kahn, S.C. and Richard A. Gitlin, Fee Committee Chair | 05/03/2012 [_____] | 950,000.00 | 950,000.00 | 0.00 | 0.00 | 0.00 | 95,404.35 | 95,404.35 |

Schedule A                    Dated: May __, 2012                    INITIALS: _____USBJ

7907204_1

## SCHEDULE B

### CUMULATIVE FEE APPLICATIONS
(September 15, 2008 Through and Including August 31, 2011)
(Expenses Through February 29, 2012)

Case No.: 08-13555 (JMP) (Chapter 11)
Case Name: In re Lehman Brothers Holdings, Inc., *et al.*

| Applicant | Total Fees Requested ($) | Total Fees Paid (including amounts to be paid pursuant to this Order) ($) | Total Expenses Requested ($) | Total Expenses Paid (including amounts to be paid pursuant to this Order) ($) |
|---|---|---|---|---|
| Godfrey & Kahn, S.C. and Richard A. Gitlin, Fee Committee Chair | 1,756,450.00 | 1,756,450.00 | 162,643.96 | 162,643.96 |

**Schedule B**             Dated: May __, 2012             INITIALS: _____USBJ

7907204_1