GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                        :    Chapter 11
                                                             :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.,*                 :    Case No. 08-13555 (JMP)
                                                             :
                                  Debtors.                   :    (Jointly Administered)
------------------------------------------------------------ x

**STIPULATION BETWEEN GIBSON, DUNN & CRUTCHER LLP
AND THE FEE COMMITTEE REGARDING THE
SIXTH INTERIM APPLICATION
FOR COMPENSATION AND EXPENSES FOR THE PERIOD
<u>JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011</u>**

TO:   THE HONORABLE JAMES M. PECK
      U.S. BANKRUPTCY JUDGE

WHEREAS, on December 14, 2011, Gibson, Dunn & Crutcher LLP ("**Gibson Dunn**") filed the *Sixth Application of Gibson, Dunn & Crutcher LLP, as a 327(e) Professional, for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2011 Through September 30, 2011* (the "**Sixth Fee Application**") [Docket No. 23377], seeking fees in the amount of $498,467.37 for professional services rendered and reimbursement of out-of-pocket expenses in the amount of $23,679.76;

WHEREAS, Gibson Dunn regularly has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to the *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "**Fee Committee**") has reviewed the Sixth Fee Application, issued a Confidential Letter Report on February 20, 2012, and entered into a dialogue with Gibson Dunn regarding the Sixth Fee Application; and

WHEREAS, as a result of this dialogue, Gibson Dunn has agreed to accept the Fee Committee's recommended disallowance of the fees sought in the amount of $27,653.84 for professional services rendered and $772.05 in expenses for the Sixth Fee Application.

## STIPULATION

NOW, THEREFORE, the Fee Committee and Gibson, Dunn & Crutcher LLP hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Gibson Dunn's request for interim compensation and reimbursement of expenses in the reduced amount of $470,813.53 in fees and $22,907.71 in expenses for the Sixth Fee Application.

[SIGNATURE PAGE TO FOLLOW]

Dated: Madison, Wisconsin
April 30, 2012.

                                                            GODFREY & KAHN, S.C.

By:      /s/ *Katherine Stadler*

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for Fee Committee*

Dated: London, England
April 27, 2012.

                                                            GIBSON, DUNN & CRUTCHER LLP

By:      /s/ *Wayne McArdle*

Wayne McArdle
GIBSON, DUNN & CRUTCHER LLP
Telephone House
2-4 Temple Avenue
London, EC4Y 0HB
Telephone: +44 (0)20 7071 4237
Facsimile: +44 (0)20 7070 9237
Email: wmcardle@gibsondunn.com

7879339_ 1

Dated: Madison, Wisconsin
       April 30, 2012.

By: /s/ Katherine Stadler

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for Fee Committee*

Dated: London, England
       April 27, 2012.

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Wayne McArdle

Wayne McArdle
GIBSON, DUNN & CRUTCHER LLP
Telephone House
2-4 Temple Avenue
London, EC4Y 0HB
Telephone: +44 (0)20 7071 4237
Facsimile: +44 (0)20 7070 9237
Email: wmcardle@gibsondunn.com

7879339_1

3