STEVEN D. USDIN, ESQUIRE
FLASTER/GREENBERG P.C.
4 Penn Center, 2nd Floor
1600 J.F.K. Boulevard
Philadelphia, PA 19103
Tel: (215) 279-9903
Fax: (215) 279-9394
Email: steven.usdin@flastergreenberg.com
*Attorneys for The Irvine Company*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ------------------------------------------------------------------------x | **Chapter 11** |
| **In re:** |  |
|  | **Case No. 08-13555 JMP** |
| **LEHMAN BROTHERS HOLDING, INC.,** *et al.*, |  |
|  | **Jointly Administered** |
| **Debtors** |  |
| ------------------------------------------------------------------------x |  |

To the Clerk of the Bankruptcy Court, the Debtor, and all other Parties-in-Interest:

PLEASE TAKE NOTICE that the undersigned law firm is counsel for The Irvine Company, a creditor and party-in-interest in the above Chapter 11 case. Pursuant to Rules 2002 and 9007 of the Rules of Bankruptcy Procedure we, on behalf of our client, respectfully request that all notices given or required to be given in this case by the Court, the Debtor, the Office of the U.S. Trustee and/or any other party to this case, be given to the undersigned at the address and telephone number set forth below. This request includes all orders, notices, copies of motions, applications, petitions, pleading, requests, complaint or demand, whether formal or informal whether written or oral, and whether transmitted or conveyed by mail, electronic mail, electronic filing, courier service, delivery service, telephone, telephone, telegraph, telex or otherwise:

Steven D. Usdin, Esquire
FLASTER/GREENBERG PC
4 Penn Center, 2nd Floor
1600 J.F.K. Boulevard
Philadelphia, PA 19103
Tel: (215) 279-9903
Fax: (215) 279-9394
Email: steven.usdin@flastergreenberg.com

FLASTER/GREENBERG P.C.

Dated:  May 7, 2012         By:     /s/ Steven D. Usdin
                                         Steven D. Usdin, Esquire