Duncan E. Barber, #16768
Steven T. Mulligan, #19901
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO 80237
Phone: 720-488-0220
Fax: 720-488-7711

ATTORNEYS FOR IRONBRIDGE MOUNTAIN COTTAGES, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*      :    Case No. 08-13555 (JMP)
                                              :
         Debtor.                              :    Jointly Administered
                                              :
------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I, Lacy Sorensen, certify and say:

1. Deponent is not a party to this action, is over eighteen years of age, and is an employee of Bieging Shapiro & Barber LLP, 4582 S. Ulster Street Parkway, Suite 1650, Denver, Colorado 80237.

2. On May 7, 2012 I caused to be served the *Sixth Notice of Adjournment of Hearing of Motion for Relief from the Automatic Stay* by causing true and correct copies be:

   (a) delivered via electronic mail to those parties listed on the annexed Exhibit A;

   (b) delivered via facsimile to those parties listed on the annexed Exhibit B;

   (c) enclosed securely in a separate postage-pre-paid envelope and delivered via overnight mail to the Office of the U.S. Trustee, Tracy Hope Davis, Esq., Elisabetta G Gasparini, Esq., Andrea B. Schwartz, Esq., 33 Whitehall Street, 21st Floor, New York, NY 10004

/s/ *Lacy Sorensen*
Lacy Sorensen

217030

# EXHIBIT A

217030

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

**Email Addresses**

amonson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanlcnewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobreicim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadboume.com
arthur.rosenberg@hklaw.com
arwolf@wirk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com

bankr@zuckerman.com
bankcruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carlsons@sullcrom.com
carol.weinerievy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wihnerhale.com

08-13555-mg    Doc 27731    Filed 05/07/12    Entered 05/07/12 15:07:34    Main Document
Pg 4 of 10

crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@pubficans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@ldrkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufinan@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermatm@kramerlevin.com
deggert@freebornpeters.com
demetraliggins@tklaw.com
deryck.palmer@cvvt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirksoberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com

dneier@winstort.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcasiunan.com
drosenzweig@fulbright.com
drosner@goulstonstorm.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
eflen.halstead@cwt.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmettnarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@suficrom.com
fftn@bostonbusinesslaw.com
fhyman@mayerbrown.cotn
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergerfier.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com

Page 2 of 6

217030

| | |
|---|---|
| gkaden@goulstonstorrs.com | jennifer.demarco@cliffordchance.com |
| glenn.siegel@dechert.com | jennifer.gore@shell.com |
| gmoss@riemerlaw.com | jeremy.eiden@state.mn.us |
| gravert@mwe.com | jessica.fink@cwt.com |
| gspilsbury@jsslaw.com | jfalgowski@reedsmith.com |
| guzzi@whitecase.com | jflaxer@golenbock.com |
| harrisjm@michigan.gov | jfox@joefoxlaw.com |
| harveystrickon@paulhastings.com | jfreeberg@wfw.com |
| hbeltzer@mayerbrown.com | jg5786@att.com |
| heidi@crwnbielaw.com | jgarrity@sheartnan.com |
| heim.steve@dorsey.com | jgenovese@gjb-law.com |
| heiser@chapman.com | jguy@orrick.com |
| hirsch.robert@arentfox.com | jherzog@gklaw.com |
| hollace.cohen@troutmansanders.com | jhiggins@fdlaw.com |
| holsen@stroock.com | jhorgan@phxa.com |
| howard.hawkins@cwt.com | jhuggett@margolisedelstein.com |
| hseife@chadbourne.com | jhuh@ffwplaw.com |
| hsnovikoff@wlrk.com | jim@atkinslawfirm.com |
| icatto@kirkland.com | jjoyce@dresslerpeters.com |
| igoldstein@dl.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| info2@normandyhffl.com | jkehoe@sbtklaw.com |
| ira.herman@tklaw.com | jlamar@maynardcooper.com |
| isgreene@hhlaw.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jaclyn.genchi@kayescholer.com | jlipson@crockerkuno.com |
| jacobsonn@sec.gov | jliu@dl.com |
| jafeltman@wlrk.com | jlovi@steptoe.com |
| james.mcclammy@dpw.com | jlscott@reedsmith.com |
| james.sprayregen@kirkland.com | jmaddocic@mcguirewoods.com |
| jamestecce@quinnemanuel.com | jmazermarino@msek.com |
| jamie.nelson@dubafic.com | jmcginley@wilmingtontrust.com |
| jar@outtengolden.com | jmelko@gardere.com |
| jason.jurgens@cwt.com | jmerva@fult.com |
| jay.hurst@oag.state.tx.us | jmmurphy@stradley.com |
| jay@kleinsolomon.com | jmr@msf-law.com |
| Thecker@wilmingtontrust.com | john.monaghan@hklaw.com |
| jbeemer@entwistle-law.com | john.rapisardi@cwt.com |
| jbird@polsinelli.com | john@crumbielaw.com |
| jbromley@cgsh.com | joli@crIpc.com |
| jcarberry@cl-law.com | jorbach@hahnhessen.com |
| jchristian@tobinlaw.com | Joseph.Cordaro@usdoj.gov |
| Jdrucker@coleschotz.com | joshua.dorchak@bingham.com |
| jdyas@halperinlaw.net | jowen769@yahoo.com |
| jean-david.barnea@usdoj.gov | jowolf@law.nyc.gov |
| jeannette.boot@wilmerhale.com | joy.mathias@dubaiic.com |
| jeff.wittig@coair.com | JPintarelli@mofo.com |
| jeffrey.sabin@bingham.com | jpintarelli@mofo.com |
| jeldredge@velaw.com | jporter@entwistle-law.com |
| jen.premisler@cliffordchance.com | jprol@lowenstein.com |

| | |
|---|---|
| jrabinowitz@rltlawfirm.com | LJKotler@duanemorris.com |
| jrsmith@hunton.com | hnarinuzzi@mofo.com |
| jschwartz@hahnhessen.com | Lmay@coleschotz.com |
| jsheerin@mcguirewoods.com | lmcgowen@orrick.com |
| jshickich@riddellwilliams.com | lm1@ppgms.com |
| jsmairo@pbnlaw.com | lmolfetta@mayerbrown.com |
| jstoll@mayerbrown.com | lnashelsky@mofo.com |
| jthnko@allemnatkins.com | loizides@loizides.com |
| jtimko@shutts.com | lromansic@steptoe.com |
| jtougas@mayerbrown.com | lscarcella@farrellfritz.com |
| judy.morse@crowedunlevy.com | lschweitzer@cgsh.com |
| jwallack@goulstonstorrs.com | lthompson@whitecase.com |
| jwang@sipc.org | lubell@hugheshubbard.com |
| jwcohen@daypitney.com | lwhidden@salans.com |
| jweiss@gibsondunn.com | mabrams@willkie.com |
| jwest@velaw.com | MAOFILING@CGSH.COM |
| jwh@njlawfirm.com | Marc.Chait@standardchartered.com |
| jwhitman@entwistle-law.com | margolin@hugheshubbard.com |
| k4.nomura.@aozorabank.co.jp | mark.deveno@bingham.com |
| karen.wagner@dpw.com | mark.ellenberg@cwt.com |
| KDWBankruptcyDepartinent@kelleydrye.com | mark.houle@pillsburylaw.com |
| | mark.sherrill@sutherland.com |
| keith.simon@lw.com | martin.davis@ots.treas.gov |
| Ken.Colemn@allenovery.com | Marvin.Clements@ag.tn.gov |
| ken.higman@hp.com | matthew.klepper@dlapiper.com |
| kgwynne@reedsmith.com | matthew.morris@lovells.com |
| kiplok@hugheshubbard.com | mbenner@tishmanspeyer.com |
| kkelly@ebglaw.com | mberman@nixonpeabody.com |
| klyman@irell.com | mbienenstock@dl.com |
| kmayer@mccarter.com | mbossi@thompsoncoburn.com |
| kobak@hugheshubbard.com | mcademartori@sheppardmullin.com |
| koff@orrick.com | mcordone@stradley.com |
| KOstad@mofo.com | mcto@debevoise.com |
| kovskyd@pepperlaw.com | mdorval@stradley.com |
| kowens@foley.com | meltzere@pepperlaw.com |
| kpiper@steptoe.com | metkin@lowenstein.com |
| kressk@pepperlaw.com | mfeldman@willkie.com |
| KReynolds@mklawnyc.com | mgordon@briggs.com |
| krosen@lowenstein.com | mgreger@allenmatkins.com |
| kuehn@bragarwexler.com | mhanchet@mayerbrown.com |
| kurt.mayr@bglIp.com | mhopkins@cov.com |
| lacyr@sullcrom.com | michael.frege@cms-hs.com |
| Landon@StreusandLandon.com | michael.kim@kobrekim.com |
| lawallf@pepperlaw.com | millee12@nationwide.com |
| lberkoff@moritthock.com | miller@taftlaw.com |
| Lee.Stremba@troutmansanders.com | mimi.m.wong@irscounsel.treas.gov |
| lgranfield@cgsh.com | mitchell.ayer@tklaw.com |
| lhandelsman@stroock.com | mjacobs@pryorcashman.com |
| linda.boyle@tvdelecom.com | mjedelman@vedderprice.com |
| lisa.ewart@wilmerhale.com | MJR1@westchestergov.com |
| lisa.kraidin@allenovery.com | mkjaer@winston.com |

mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolwa.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brovvtuudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
pauiturner@sutherland.com
pbattista@gjb-law.com •
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com

r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcaslunan.com
rbernard@bakerlaw.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
metzer@willkie.com
morton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robertyalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.sfiverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com

sbernstein@hunton.com
scargifi@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdg@yoss.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com

TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
ThomasNoguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com

217030

# EXHIBIT B

217030

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| **NAME** | **FAX** |
| --- | --- |
| Office of the US Trustee: T H Davis, E Gasparini, A Schwartz | 212-668-2255 |
| Internal Revenue Service | 212-436-1931 |

217030