WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**                                                      :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                         :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

## SEVENTH NOTICE OF AGENCY TERMINATIONS

On October 5, 2008, Lehman Commercial Paper Inc. ("LCPI"), as debtor and debtor in possession, filed the Debtor's Motion Pursuant to Sections 105(a), 363(b), 363(c) and 541(d) of the Bankruptcy Code and Bankruptcy Rule 6004 for Authority to (A) Continue to Utilize its Agency Bank Account, (B) Terminate Agency Relationships, and (C) Elevate Loan Participations [ECF No. 3 in Case No. 08-13900].

On October 6, 2008, the Court entered the Order Pursuant to Sections 105(a), 363(b), 363(c), and 541(d) of the Bankruptcy Code and Bankruptcy Rule 6004 Authorizing the Debtor to (A) Continue to Utilize its Agency Bank Account, (B) Terminate Agency Relationships, and (C) Elevate Loan Participations [ECF No. 11 in Case No. 08-13900 ] (the "Order").

Pursuant to the Order, LCPI is required to file with the Court a notice of the transfer, assignment or resignation from any administrative agent position, which notice shall include the name of the specific entity to which the position is being transferred or assigned.

LCPI filed the first Notice of Filing of Agency Terminations [ECF No. 2854] on February 17, 2009, the Second Notice of Filing of Agency Terminations [ECF No. 4034] on June 18, 2009, the Third Notice of Filing of Agency Terminations [ECF No. 5014] on August 31, 2009, the Fourth Notice of Filing of Agency Terminations [ECF No. 6325] on December 21, 2009, the Fifth Notice of Filing of Agency Terminations [ECF No. 11887] on October 11, 2010, and the Sixth Notice of Filing of Agency Terminations [ECF No. 15953] (the "Sixth Notice") on April 13, 2011.  Since the filing of the Sixth Notice, LCPI has transferred, assigned or resigned from additional administrative agent positions.

Accordingly, attached hereto as Exhibit A is the Seventh Notice of Agency Terminations, which specifies, as of March 6, 2012, those administrative agent positions that LCPI has terminated by transfer, assignment or resignation since the date of the filing of the Sixth Notice and the specific entities to which such positions were transferred or assigned.

Inasmuch as the effective date of the Modified Third Amended Joint

Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors occurred on

March 6, 2012, LCPI will not be filing any further Notices of Agency Terminations.

Dated:  May 7, 2012
       New York, New York

                             /s/ Jacqueline Marcus
                             Jacqueline Marcus

                             WEIL, GOTSHAL & MANGES LLP
                             767 Fifth Avenue
                             New York, New York 10153
                             Telephone: (212) 310-8000
                             Facsimile: (212) 310-8007

                             Attorneys for Lehman Brothers Holdings
                             Inc. and Certain of Its Affiliates

# EXHIBIT A

## SEVENTH NOTICE OF AGENCY TERMINATIONS

US_ACTIVE:\43887059\06\58399.0008

| Borrower | Date | New Agent |
|---|---|---|
| Caribe Media Inc. | 4/4/2011 | Cantor Fitzgerald Securities |
| Varel Funding LLC | 9/13/2011 | Credit Suisse AG, Cayman Islands Branch |
| Sequa Corporation | 10/14/2011 | Barclays Bank PLC |
| Vertrue LLC (First Lien Facility) | 10/17/2011 | Barclays Bank PLC |
| Vertrue LLC (Second Lien Facility) | 10/20/2011 | Barclays Bank PLC[1] |
| Insignia Vessel Acquisition, LLC (First Lien Facility) | 11/1/2011 | Barclays Bank PLC |
| Insignia Vessel Acquisition, LLC (Second Lien Facility) | 11/1/2011 | Barclays Bank PLC |
| BHM Technologies, LLC | 12/2/2011 | Wilmington Trust, National Association |
| Arinc Incorporated (Second Lien Facility) | 12/14/2011 | Wilmington Trust, National Association |
| Aveos Fleet Performance Inc. | 1/6/2012 | Credit Suisse AG, Cayman Islands Branch |

---

[1] LCPI has been informed that Barclays Bank PLC transferred its agency position in the Vertrue LLC (Second Lien Facility) loan to Wilmington Trust, National Association on December 9, 2011.