Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings, Inc., et al., Chapter 11 Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Deutsche Bank AG, London Branch**
Name of Transferee

**Shinhan Investment Corporation (formerly known as GoodMorning Shinhan Securities Co., Ltd.)**
Name of Transferor

Name and Address where notices to transferee should be sent:
Deutsche Bank AG, Hong Kong Branch
Level 60, International Commerce Centre,
1 Austin Road West, Kowloon, Hong Kong
Attention: Jack Tsai/ Udai Bajaj
Email: jack.tsai@db.com/
udai.bajaj@db.com
Phone: +852 2203 8660
Last Four Digits of Acct #: 66500

Court Claim #: Claim #66500 (supersedes and replaces Claim # Nos. 2710 previously filed by Transferor)
Amount of Claim: US$13,942,060.91 plus all accrued interest and outstanding amounts
Date Claim Filed: Claim #66500 filed on 6 April 2010
23-2 Yoido, Youngdeungpo-Gu
Seoul, 150-712, Korea
Attention: Sae Yong Yu
Email: syu@shinhan.com
Phone: +852 2140 2888
Last Four Digits of Acct.: 66500

Name and Address where transferee payments should be sent (if different from above): NA

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: 26 APR 2012
Transferee/Transferee's Agent
Maria Chang    Henry Wu
Director       Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Exhibit B (to Terms and Conditions of Assignment)

LBHI Notice of Assignment

TO: United States Bankruptcy Court for the
Southern District of New York ("**Bankruptcy Court**")

TO: Lehman Brothers Holdings Inc. ("**Debtor**")
Chapter 11
Case No. 08-13555 (JMP)

Attn: Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station
P.O. Box 5076
New York NY 10150-5076
United States of America

Date: _April 26_, 2012

Claim #: 66500 (supersedes and replaces Claim #: 2710 previously filed)

**Shinhan Investment Corporation (formerly known as GoodMorning Shinhan Securities Co., Ltd.),** its successors and assigns ("**Seller**"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
Level 60, International Commerce Centre,
1 Austin Road West, Kowloon, Hong Kong
Attn: Jack Tsai / Udai Bajaj
Email: jack.tsai@db.com / christopher.yn.wong@db.com
Phone: +852 2203 8660
Fax: +852 2203 7224

its successors and assigns ("**Buyer**"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of USD13,942,060.91 plus all outstanding and accrued interest in relation thereto (the "**Claim**") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the

Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _April 26_, 2012.

Shinhan Investment Corporation (formerly known as GoodMorning Shinhan Securities Co., Ltd.), as Assignor

By: _/s/ Nam Koong, Hoon_
Name: Nam Koong, Hoon
Title: Senior Vice President

Deutsche Bank AG, London Branch, as Assignee

By: _/s/_
Name:    Jack Tsai         Maria Chang
Title:   Director          Director

LMA Assignment Agree. (Dist/Claims)        - 13 -