Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case Nos. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Goldman Sachs Lending Partners LLC | Goldman Sachs Bank USA |

Name and Address where notices to transferee should be sent:

GOLDMAN SACHS LENDING
PARTNERS LLC
Attn: Dennis Lafferty
200 West Street
New York, NY 10282

Court Claim # (if known): 28099
Debtor: Lehman Brothers Special Financing Inc.
Date Claim Filed: 9/22/2009
Transferred Claim Amount:
$100,000,000

Last Four Digits of Acct #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Wendy Myers    Date: April 30, 2012
    Transferee/Transferee's Agent
Name: Wendy Myers
Title: Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

EXHIBIT A1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn:   Clerk

AND TO:   Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 28099

**Goldman Sachs Bank USA**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Goldman Sachs Lending Partners LLC**
c/o Goldman, Sachs & Co.
200 West Street
New York, NY 10282-2198
Attn: Dennis Lafferty

its successors and assigns ("Buyer"), its rights, title and interest in and to Proof of Claim Number 28099, solely to the extent of $100,000,000 (the "Assigned Claim") out of the aggregate $705,807,411 claim against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated April 30, 2012.

| SELLER | BUYER |
|---|---|
| GOLDMAN SACHS BANK USA | GOLDMAN SACHS LENDING PARTNERS LLC |
| By: _[signature]_<br>Name:<br>Title: | By: _[signature]_<br>Name: Wendy Myers<br>Title: Authorized Signatory |