STROOCK & STROOCK & LAVAN LLP
Claude G. Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for CIFG Assurance North America, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
*In re*                                                    :    Chapter 11
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,               :    Case No. 08-13555 (JMP)
                                                           :
                                                           :    (Jointly Administered)
                      Debtors.                             :
------------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF OBJECTION OF CIFG ASSURANCE NORTH
AMERICA, INC. TO LEHMAN BROTHERS SPECIAL FINANCING INC.'S
PROPOSED ASSUMPTION OF PURPORTED EXECUTORY CONTRACTS LISTED
<u>ON EXHIBIT 2 OF THE PLAN SUPPLEMENT</u>**

PLEASE TAKE NOTICE that Lehman Brothers Special Financing, Inc. ("LBSF") sought the assumption of, inter alia, all derivative contracts between LBSF, on the one hand, and New Generation Funding Trust 15, New Generation Funding Trust 16, New Generation Funding Trust 37, New Generation Funding Trust 38, New Generation Funding Trust 39, and/or New Generation Funding Trust 83 (collectively, the "New Generation Funding Trusts") on the other, pursuant to (i) the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (collectively, the "Debtors"), dated December 5, 2011 (D.I. 22973), (ii) the Plan Supplement, dated October 25, 2011 (D.I. 2125) and (iii) Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third

Amended Joint Plan Pursuant to Section 1121 of the Bankruptcy Code, dated October 27, 2011 (the "Notices").

    PLEASE TAKE FURTHER NOTICE that on January 30, 2012, CIFG Assurance North America, Inc. ("CIFG"), pursuant to its rights under Parts 5(m) and (t) of the Schedules to the Master Agreements (as defined in the Objection) and on behalf of the New Generation Funding Trusts, filed an Objection with respect to the proposed assumption of all derivative contracts between LBSF and the New Generation Funding Trusts (D.I. 24763, the "Objection").

    PLEASE TAKE FURTHER NOTICE that by notice dated April 3, 2012 (D.I. 27262), the Debtors have withdrawn their assumption application as to all derivative contracts between LBSF and the New Generation Funding Trusts.

    PLEASE TAKE FURTHER NOTICE that CIFG hereby withdraws the Objection without prejudice.

Dated: May 9, 2012
   New York, New York

          STROOCK & STROOCK & LAVAN LLP

          /s/ Claude G. Szyfer
          Claude G. Szyfer
          Francis C. Healy
          180 Maiden Lane
          New York, New York 10038
          Telephone: (212) 806-5400
          Facsimile: (212) 806-6006

          *Attorneys for CIFG Assurance North America, Inc.*