UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Lehman Brothers Holdings Inc.,

                Debtor.

Chapter 11

Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice and attached evidence.

Barclays Bank PLC
Name of Transferee

Nationale Nederlanden Interfinance B.V.
Name of Transferor

Name and Address where notices to transferee should be sent:

Barclays Bank PLC
5 The North Colonnade, Canary Wharf,
London E14 4BB
Telephone: +44 207 773 3914
Attention: Scott Barnett

Claim No.: 67777 (Amends Claim No. 12839)

Amount of Claim: $31,691,640.03

Date Claim Filed: September 15, 2009

(amended December 6, 2011)

Phone: _____

Name and Address where transferee payments should be sent (if different from above):

Telephone: _____
Attention: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____        Date: 9 May 2012
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### EVIDENCE OF TRANSFER OF LBHI CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, Nationale Nederlanden Interfinance B.V. ("Seller") has, pursuant to and as more fully detailed in a claim purchase agreement dated March 30, 2012, unconditionally and irrevocably sold, transferred and assigned to Barclays Bank PLC ("Buyer") all of Seller's rights, title and interest in and to Seller's claim no. 12839, which claim was amended on December 6, 2011 by Claim No. 67777 (the "Claim") against Lehman Brothers Holdings Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 30 day of March, 2012.

| SELLER: | BUYER: |
|---|---|
| Nationale Nederlanden Interfinance B.V. | Barclays Bank PLC |
| Name: | Name: J. BARNETT |
| Title: | Title: VICE PRESIDENT |