**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                  :   08-13555 (JMP)
                                                                  :
        Debtors.                                                  :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------x   Ref. Docket No. 27644

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 27, 2012, I caused to be served the "Notice of Amendment to Exhibit A to the Two Hundred Eighty-First Omnibus Objection to Claims (Warrant Claims)," dated April 27, 2012 [Docket No. 27644], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

    c. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Eleni Kossivas*
Sworn to before me this                             Eleni Kossivas
30th day of April, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

*Email Addresses*

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
anann@foley.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com

cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com

dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com

gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com

| | |
|---|---|
| jsmairo@pbnlaw.com | LJKotler@duanemorris.com |
| jstoll@mayerbrown.com | lkatz@ltblaw.com |
| jsullivan@mosessinger.com | lmarinuzzi@mofo.com |
| jteitelbaum@tblawllp.com | Lmay@coleschotz.com |
| jtimko@shutts.com | lmcgowen@orrick.com |
| jtougas@mayerbrown.com | lml@ppgms.com |
| judy.morse@crowedunlevy.com | lnashelsky@mofo.com |
| jvail@ssrl.com | loizides@loizides.com |
| jwallack@goulstonstorrs.com | lromansic@steptoe.com |
| jwang@sipc.org | lscarcella@farrellfritz.com |
| jwcohen@daypitney.com | lschweitzer@cgsh.com |
| jweiss@gibsondunn.com | lsilverstein@potteranderson.com |
| jwest@velaw.com | lubell@hugheshubbard.com |
| jwh@njlawfirm.com | lwhidden@salans.com |
| kanema@formanlaw.com | mabrams@willkie.com |
| karen.wagner@dpw.com | MAOFILING@CGSH.COM |
| KDWBankruptcyDepartment@kelleydrye.com | Marc.Chait@SC.com |
| keckhardt@hunton.com | margolin@hugheshubbard.com |
| keith.simon@lw.com | mark.bane@ropesgray.com |
| Ken.Coleman@allenovery.com | mark.deveno@bingham.com |
| ken.higman@hp.com | mark.ellenberg@cwt.com |
| kerry.moynihan@hro.com | mark.ellenberg@cwt.com |
| kgwynne@reedsmith.com | mark.sherrill@sutherland.com |
| kiplok@hugheshubbard.com | martin.davis@ots.treas.gov |
| kjarashow@fklaw.com | Marvin.Clements@ag.tn.gov |
| kkelly@ebglaw.com | matt@willaw.com |
| kkolbig@mosessinger.com | matthew.klepper@dlapiper.com |
| klyman@irell.com | maustin@orrick.com |
| klynch@formanlaw.com | max.polonsky@skadden.com |
| kmayer@mccarter.com | mbenner@tishmanspeyer.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mbienenstock@dl.com |
| kpiper@steptoe.com | mbloemsma@mhjur.com |
| kressk@pepperlaw.com | mbossi@thompsoncoburn.com |
| KReynolds@mklawnyc.com | mcademartori@sheppardmullin.com |
| krosen@lowenstein.com | mccombst@sullcrom.com |
| kuehn@bragarwexler.com | mcordone@stradley.com |
| kurt.mayr@bgllp.com | mcto@debevoise.com |
| lacyr@sullcrom.com | mcyganowski@oshr.com |
| Landon@StreusandLandon.com | mdahlman@kayescholer.com |
| lapeterson@foley.com | mdorval@stradley.com |
| lathompson@co.sanmateo.ca.us | melorod@gtlaw.com |
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| Lee.Stremba@troutmansanders.com | metkin@lowenstein.com |
| lgotko@fklaw.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mgordon@briggs.com |
| lhandelsman@stroock.com | mgreger@allenmatkins.com |
| linda.boyle@twtelecom.com | mh1@mccallaraymer.com |
| lisa.ewart@wilmerhale.com | mhopkins@cov.com |
| lisa.kraidin@allenovery.com | michael.frege@cms-hs.com |

michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com

patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
SABVANROOY@HOTMAIL.COM
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
steven@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com

smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com

wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

08-13555-mg    Doc 27767    Filed 05/09/12    Entered 05/09/12 17:17:52    Main Document
Pg 10 of 17

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT C

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 1991 INVESTMENT COMPANY | CADWALADER, WICKERSHAM & TAFT LLP ATTN: RAY SHIRAZI ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| 1991 INVESTMENT COMPANY | ATTN: GENE FURNISH 9520 NORTH MAY AVENUE SUITE 310 OKLAHOMA CITY OK 73120 |
| 469 BERGMAN PROPERTIES LLC | C/O CHESTER B. SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVENUE NEW YORK NY 10171 |
| ABRAHAMS, GARY & DALE | 132 QUAYSIDE DRIVE JUPITER FL 33477 |
| AL-RASHID, IBRAHIM | 1114 LOST CREEK BLVD., SUITE 120 AUSTIN TX 78746-6370 |
| ALAN B. LEE TRUST DTD 10/14/04 | 2800 NORTH LAKESHORE DRIVE # 1416 CHICAGO IL 60657-6210 |
| AME CAPITAL GROUP LLC | 45 BROADWAY 25TH FLOOR NEW YORK NY 10006 |
| AMINI, MICHAEL AND MOLLY | 100 NORTHEAST LOOP 410, SUITE 1300 SAN ANTONIO TX 78216 |
| ARRAMREDDY, SUJITH K. AND YAMINI R. TRUSTEES | ARRAMREDDY 2003 LIVING TRUST 7131 HEARTLAND WAY SAN JOSE CA 95135 |
| B&J HOLLAND CAPITAL LTD. | C.T. HOLLAND P.O. BOX 25143 DALLAS TX 75225 |
| BAKER, JAMES R. JR. | 600 EAGLE DRIVE PINEVILLE LA 71360 |
| BERKMAN, WILLIAM | C/O ASSOCIATED PARTNERS, LP 1230 AVENUE OF THE AMERICAS, SUITE 8C NEW YORK NY 10020-1513 |
| BESHEARS, PRISCILLA | 4500 BELCLAIRE AVENUE DALLAS TX 75205 |
| BISGAIER FAMILY LLC | 3605 TANGLEWOOD DRIVE ANN ARBOR MI 48105 |
| BISGIAER, CHARLES & PATRICIA | 3605 TANGLEWOOD DRIVE ANN ARBOR MI 48105 |
| BOB AND AMY TRUEL COMMUNITY PROPERTY | 10 PICCADILLY COURT SAN CARLOS CA 94070 |
| BONNER, JEFFREY & BERNADETTE JTWROS | 104 ELLISEN ROAD WATCHUNG NJ 07069 |
| BRICK, BILL | 5864 VERSAILLES AVENUE FRISCO TX 75034 |
| CANN 1997 TRUST | DATED 1/10/1997 C/O RUDD FAMILY OFFICE 2175 N. CALIFORNIA BLVD, STE 400 WALNUT CREEK CA 94596 |
| CERF, WILLIAM M. | 35 WARFIELD STREET UPPER MONTCLAIR NJ 07043 |
| CHILDERS, MICHAEL P. AND REBECCA | 8066 PARK LN APT 1107 DALLAS TX 75231-5969 |
| CONE, SCOTT | 909 WIRT ROAD HOUSTON TX 77024-3405 |
| CRUIKSHANK, DOUGLAS A. | 376 NEW ROCHELLE RD. BRONXVILLE NY 10708 |
| CTH LOYAL TRUST | C.T. HOLLAND P.O. BOX 25143 DALLAS TX 75225 |
| CYPRES, KATHI BEIFER | 13045 RIVERS RD. LOS ANGELES CA 90049 |
| DAVID L. MCDONALD LIVING TRUST | 14141 MILLERTON ROAD PRATHER CA 93651-9798 |
| DEANS, ALISON | 115 EAST 9TH STREET APT 20E NEW YORK NY 10003 |
| DEFRANCESCO, JIM | 2668 GOLF ISLAND RD ELLICOT CITY MD 21042-2287 |
| DEGENHARDT FAMILY ENTERPRISES LP | 165 W. BAY ST, # 404 SAVANNAH GA 31401 |
| DEL LAGO LIMITED | HAYDEN BROOKS 712 CONGRESS AVENUE, SUITE 200 AUSTIN TX 78701 |
| DEMATTEIS, RICHARD | 820 ELMONT ROAD ELMONT NY 11003 |
| DEMATTEIS, SCOTT L. | 820 ELMONT ROAD ELMONT NY 11003 |
| DESAI, DINESH | 779 ALLISON CT MOORESTOWN NJ 08057-1400 |
| DEVLIN, J. HUGH | C/O TRIPAR CORPORATION 47 WEST RIVER ROAD, SUITE A RUMSON NJ 07760 |
| DEVLIN, J. HUGH & N., TTEES | THE NAVESINK FOUNDATION DTD 06/17/1998 47 WEST RIVER ROAD, SUITE A RUMSON NJ 07760 |
| DIBIASIO, ADOLF R. & JOSEPHINE, JTWROS | 26 HIGH VIEW RD DARIEN CT 06820 |
| DIENER INVESTMENTS, L.P. | ROBERT DIENER 8 INDIAN CREEK ISLAND ROAD INDIAN CREEK VILLAGE FL 33154 |
| DOLE, ROBERT BRYN AND SUSAN BALDRY, COMMUNITY PROP | 1597 LOCHINVAR AVE SUNNYVALE CA 94087 |
| DONALD J LITWIN REVOCABLE TRUST | DTD 03/05/04 168 WEST BLVD FAR ROCKAWAY NY 11518-2513 |
| DRAZAN, ANDREW | 2 HAOGLANDS LANE GLEN HEAD NY 11545 |
| DUFFY, JAMES AND DEBORAH JTROS | 8 RUNNING BROOK LANE NEW CANAAN CT 06840 |
| DWORECKI, ROMAN | 535 EAST 86TH STREET APT 7C NEW YORK NY 10028-7533 |
| EINBINDER, LEE J. | 121 SQUIRE ROAD ROXBURY CT 06783 |

| Claim Name | Address Information |
|---|---|
| EINSIDLER, LEE | SIDNEY FRANK IMPORTING CO., INC. 20 CEDAR STREET NEW ROCHELLE NY 10801 |
| ELKINS, JAY S. | 79 GRIFFEN AVENUE SCARSDALE NY 10583 |
| EMERALD TRAIL LTD. | 808 TRAVIS ST. SUITE 2100 HOUSTON TX 77002 |
| ESPERANCE FAMILY FOUNDATION, THE | 3672 PROSPECT RD ANN ARBOR MI 48105-9534 |
| FAGEN, BRIAN R. | 4 JOHN JAY PLACE RYE NY 10580 |
| FERTITTA, JULIAN | 3742 CHEVY CHASE DRIVE HOUSTON TX 77019 |
| FIFTY-NINTH STREET INVESTORS, LLC | 110 EAST 59H STREET 34TH FLOOR NEW YORK NY 10022-1308 |
| FLUHR, JEFFREY G. TTEE THE JEFFREY G. FLUHR REV. T | 200 LOCUST ST SAN FRANCISCO CA 941181841 |
| FORTNER MARITAL TRUST | STEVE FORTNER TRUSTEE 16850 COLLINS AVE. 112-200 SUNNY ISLES BEACH FL 33160 |
| FRANK, FREDERICK TTEE | FREDERICK FRANK REV TRUST DTD 11/28/2006 109 EAST 91ST STREET NEW YORK NY 10128-1601 |
| FROMMER, JACQUELINE | 45 EAST 85TH ST. 4A NEW YORK NY 10028 |
| FROMMER, JACQUELINE | 45 EAST 85TH ST. APT# 4A NEW YORK NY 10028 |
| GADIRAJU, SAI & VANAJA, TTEES GADIRAJU 2002 LIVING | 27882 VIA VENTANA WAY LOS ALTOS CA 94022-3269 |
| GALDI, GREGORY G. | 14 FOX MEADOW LANE LLOYD HARBOR NY 11743-1016 |
| GALLATIN VENTURES, LLC | 4362 CHICKERING LANE NASHVILLE TN 37215 |
| GALLATIN, RONALD L., TTEE | 17061 BROOKWOOD DRIVE BOCA RATON FL 33496 |
| GARY SALOMON TRUST | C/O GARY SALOMON 2542 HIGHLANDER WAY CARROLLTON TX 75006 |
| GATTO, JOSEPH | 146 BROOKSIDE DRIVE GREENWICH CT 06831 |
| GIBRALTER, TORIE | 4360 LIVINGSTON AVE DALLAS TX 752052608 |
| GIFFUNI, MATTHEW | 353 E 83RD ST, #23H NEW YORK NY 10028 |
| GIFFUNI, VINCENT | 2 FOX RUN HO HO KUS NJ 07423 |
| GOLDFARB, DAVID | 11 CHAUNCEY PLACE WOODBURY NY 11797 |
| GOLDMAN ASSOCIATES | 17305 ST JAMES COURT BOCA RATON FL 33496 |
| GOLDMAN, MICHAEL | 17305 ST JAMES COURT BOCA RATON FL 33496 |
| GOLDSCHEIN, STEVEN | 2075 BLANCHE LANE MERRICK NY 11566-5504 |
| GRAHAM, RICHARD D. | 341 PINETREE DR NE ATLANTA GA 30305 |
| GREEN, ADAM M. | 147 CROSS HIGHWAY WESTPORT CT 06880 |
| GRIFFIN, WILLIAM D. AND LISA | CADWALADER, WICKERSHAM & TAFT LLP ATTN: RAY SHIRAZI ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GRIFFIN, WILLIAM D. AND LISA | 6538 NORWAY ROAD DALLAS TX 75230-5242 |
| H. GROSS FAMILY LP | C/O HENRY GROSS 444 MADSION AVENUE, 18TH FL NEW YORK NY 10022 |
| HAQUE, AISHA | 171 WEST 57TH STREET APARTMENT 3C NEW YORK NY 10019 |
| HAROLD SHAMAH 2010 FAMILY TRUST | TRANSFEROR: SHAMAH 2000 FAMILY TRUST C/O HIS JUVENILES # 1004 35 WEST 35TH STREET NEW YORK NY 10001 |
| HARTZELL, TIMOTHY NOLAN | 50 WOOSTER STREET, APT 6 NEW YORK NY 10013 |
| HECHINGER, JOHN W | MINTZ LEVIN ATTN: JACQUELYN A. CANNATA ONE FINANCIAL CENTER BOSTON MA 02111 |
| HECHINGER, JOHN W | 970 WEST BROADWAY PMB 300 P.O. BOX 30,000 JACKSON WY 83002 |
| HECHINGER, JUNE | MINTZ LEVIN ATTN: JACQUELYN A. CANNATA ONE FINANCIAL CENTER BOSTON MA 02111 |
| HECHINGER, JUNE | 2838 CHAIN BRIDGE ROAD WASHINGTON DC 20016 |
| HECHINGER, S. ROSS | 5001 UPTON ST, NW WASHINGTON DC 20016 |
| HKSCC NOMINEES LIMITED | ROOM 2505-06, 25/F VICWOOD PLAZA 199 DES VOEUX ROAD CENTRAL HONG KONG |
| HOROWITZ, RUTH E. | 975 PARK AVENUE, APT. 16 C NEW YORK NY 10028 |
| HOWARD, NICHOLAS P. | 114 WEST ROAD NEW CANAAN CT 06840 |
| HVJ INVESTMENTS, LP | HYLTON JONAS 6443 RIVERVIEW LANE DALLAS TX 75248 |
| IRAGORRI, JULIAN | 800 5TH AVE-25C NEW YORK NY 10065-7289 |
| IRAGORRI, JULIAN | 800  5TH  AVE  APT 25C NEW YORK NY 10065-7289 |
| IRELAND, DOUGLAS M. & MARY J. JTWROS | 17 SIERRA AVENUE PIEDMONT CA 94611-3815 |

| Claim Name | Address Information |
|---|---|
| J.P MORGAN SECURITIES LLC, | AS AGENT WITH RESPECT TO CERTAIN BENEFICIAL HOLDERS OF CALL WARRANTS ISSUED BY LEHMAN BROTHERS HOLDINGS INC. ATTN: ROSE M. BURKE 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| J.P MORGAN SECURITIES LLC, | AS AGENT WITH RESPECT TO CERTAIN BENEFICIAL HOLDERS OF CALL WARRANTS ISSUED BY LEHMAN BROTHERS HOLDINGS INC. HOLDINGS INC. ATTN: ROSE M. BURKE 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| J.P MORGAN SECURITIES LLC, | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| J.P MORGAN SECURITIES LLC, | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ & KATHRYN GETTLES-ATWA, ESQ 51 WEST 52ND STREET NEW YORK NY 10019 |
| JACKSON DESCENDANTS 2002 TRUST | C/O ALEXANDER E. JACKSON, TRUSTEE 33 GILLIAM LANE RIVERSIDE CT 06878 |
| JEFFREY SAMBERG TRUST | 10 IVY HILL ROAD CHAPPAQUA NY 10514 |
| JOHN GALT INVESTMENTS, LLC | 4870 BLUEBONNET BOULEVARD SUITE B BATON ROUGE LA 70809 |
| JOHNSON, BRIAN AND JONI | JTWROS 888 TOWER ROAD WINNETKA IL 60093 |
| JT SERKO LP | 7 WHITEGATE DRIVE OLD BROOKVILLE NY 11545 |
| JULIANO, TRACY L. | 137 WESTMINSTER DR. MARS PA 16046 |
| K. CAMP BAILEY | 440 LOUISIANA ST SUITE 2100 HOUSTON TX 77002-4206 |
| KAPLAN, ALICE | 1965 BROADWAY APT 24E NEW YORK NY 10023 |
| KASSON, AMY | 2 STRAWBERRY LANE WARREN NJ 07059 |
| KASSON, MARK S. | C/O SIG MANAGEMENT, LLC 26 JOURNAL SQUARE, SUITE 803 JERSEY CITY NJ 07306 |
| KCB PROPERTIES, LTD. | 440 LOUISIANA ST, SUITE 2100 HOUSTON TX 77002-4206 |
| KEVIN F. FLYNN JUNE, 1992 NON-EXEMPT TRUST | C/O SVEN NYLEN K&L GATES LLP 70 WEST MADISON STREET, SUITE 3100 CHICAGO IL 60602-4207 |
| KHOWAYLO, ALEX | 10 FOREST RIDGE RD UPPER SADDLE RIVER NJ 07458 |
| KOBERNICK, JEFFREY AND LOURDES | 349 RIDGEWOOD AVE GLEN RIDGE NJ 07028 |
| KOEHLER, KARL H.J., III | 1112 PARK AVE #14B NEW YORK NY 10128-1235 |
| KSP PROPERTIES LLC | 840 BLUE MOUNTAIN ROAD SANTA ROSA BEACH FL 32459 |
| LAGRATTA, ROGER J. & CONSTANCE A. | 1 BIRCHWOOD LANE DANBURY CT 06811-4317 |
| LANGER INVESTMENT PARTNERS | 5144 E. PALOMINO ROAD PHOENIX AZ 85018 |
| LAPIDUS, ALVIN M. | ALVIN LAPIDUS 1726 REISTERTOWN RD #212 BALTIMORE MD 21208 |
| LAPIDUS, ALVIN M. | 19333 COLLINS AVE #1601 SUNNY ISLES FL 33160 |
| LEWIS, GEORGE | 3100 MONTICELLO AVENUE, SUITE 150 DALLAS TX 75205 |
| LIEBERBERG, ROBERT | 120 EAST END AVE. APT 4B NEW YORK NY 10028 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CESERY, BARBARA H. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LOCHER, KURT A. | 500 W END AVE APT 5C NEW YORK NY 100244317 |
| LOEBER MOTORS INC. | 4255 W. TOUHY AVE. LINCOLNWOOD IL 60712 |
| LORENZ CAPITAL LTD. | ANDY SCHWITTER 1216 MONTEREY CIRCLE PLANO TX 75075 |
| LOVENEST, LLC | ROBERT ERVIN 450 PRYOR BLVD STURGIS KY 42459 |
| LOWITT, IAN THEO | BARCLAYS WEALTH 200 PARK AVENUE, 4TH FLOOR NEW YORK NY 10166 |
| MARANTZ, ALAN J. | 545 TOMPKINS AVENUE, 3FL. MAMARONECK NY 10543 |
| MARCUS FOUNDATION, INC. | ATTN: DOUG DINAPOLI 1266 WEST PACES FERRY ROAD #615 ATLANTA GA 30327-2306 |
| MARCUS, BERNARD | 1266 WEST PACES FERRY ROAD, #615 ATLANTA GA 30327 |
| MARINO, THOMAS | 91 CENTRAL PARK W APT 14A NEW YORK NY 10023-4660 |
| MAY, MARK | 262 CENTRAL PARK WEST, # 3B NEW YORK NY 10024 |
| MAYERS, ROY AND NANCY | 3552 LOST CREEK BOULEVARD AUSTIN TX 78735-1507 |
| MCCASKEY CHARITABLE REMAINDER TRUST, THE | 14836 THREE OAKS CT SARATOGA CA 95070-5500 |
| MCKEIGE, DOUGLAS AND BARNEVIK, MARIE | 1337 FLAGLER DR MAMARONECK NY 10543-4604 |
| MEYER, H. CONRAD III & | MEYER, SARAH S. JTWROS 1 WOODLAND AVE BRONXVILLE NY 10708-3208 |
| MICIONI, PETER | 98 LEWIS PT. RD FAIR HAVEN NJ 07704 |

| Claim Name | Address Information |
|---|---|
| MIKULICH, RAYMOND C. | 15 CENTRAL PARK WEST, APT 15D NEW YORK NY 10023 |
| MILBURN REVOCABLE TRUST | WILLIAM MILBURN 3801 N. CAPITAL OF TEXAS HIGHWAY SUITE J200 AUSTIN TX 78746 |
| MILLER, JOHN T. | 11330 HARBOR BREEZE DR. MONTGOMERY TX 77356 |
| MMB LLC | TIMOTHY ERVIN 450 PRYOR BLVD STURGIS KY 42459 |
| MOONEY, JOHN | 1 PATRIOTS DRIVE LEXINGTON MA 02420 |
| MOORE, WALTER T. | 715 EAST BROW RD LOOKOUT MOUNTAIN TN 37350 |
| MORTON FAMILY TRUST | MR. LON MORTON 23945 CALABASAS ROAD #203 CALABASAS CA 91302 |
| MOSES, PETER J. | 2 VISTA AVENUE OLD GREENWICH CT 06870 |
| NEWTON, ROGER AND COCO JTWROS | 3672 PROSPECT RD ANN ARBOR MI 48105-9534 |
| NICHOLS, JAMES M. | 407 SAVOIE DR PALM BEACH GARDENS FL 33410 |
| NOTO, LUCIO A. | 215 OTTER ROCK DRIVE GREENWICH CT 06830 |
| OLIVE TREE HOLDINGS, LLC | 45 BROADWAY, 25TH FLOOR NEW YORK NY 10006 |
| PATEL, VARSHA | 1 BETTY ANN DRIVE EDISON NJ 08820 |
| PIPKIN, GREGORY | 11227 SMITHDALE RD HOUSTON TX 77024 |
| PORTAGALLO, MARGUERITE & JAMES | 6 TULLER CT LINCROFT NJ 07738-1626 |
| PWM SECURE TRUST | PATRICIA MILLER 10995 CROOKED CREEK DRIVE DALLAS TX 75229 |
| RAJU VEGESNA FOUNDATION, THE | ATTN: RAJU VEGESNA 5808 TROWBRIDGE WAY SAN JOSE CA 95138-2362 |
| RAMSEY, PETER | 50 FERNWOOD RD SUMMIT NJ 07901-2954 |
| RICH AND HEIDI SKRENTA COMMUNITY PROPERTY | 103 DEER LANE SAN CARLOS CA 94070 |
| ROBERT M NEUMEISTER JR TRUST DTD 12/6/05 | ROBERT M NEUMEISTER JR TRUSTEE 2729 SILVER CLOUD DR PARK CITY UT 84060 |
| ROCKRIVER, LLC | GARY ERVIN 450 PRYOR BLVD STURGIS KY 42459 |
| ROFOUGARAN, AHMADREZA (REZA) | 33 VISTA LUCI NEWPORT COAST CA 92657 |
| ROGER L. WESTON REV TRUST | 360 W ILLINOIS ST APT 11C CHICAGO IL 606545246 |
| ROSE, WALTER E. | C/O ARI H. JAFFE KOHRMAN JACKSON & KRANTZ, PLL ONE CLEVELAND CENTER 20TH FLOOR 1375 E. 9TH STREET CLEVELAND OH 44114 |
| ROTI, STEPHEN L. & AIMEE, JOINT TENANTS | 333 DUCK POND RD MATINECOCK NY 11560 |
| RYDEX NV, INC | 316 CALIFORNIA AVE #448 RENO NV 89509-1650 |
| SALZMAN, BARBARA | SAMUEL RIKEN, ESQ. 150 RIVER ROAD, SUITE J1 MONTVILLE NJ 07045 |
| SALZMAN, BARBARA | C/O SAMUEL N. REIKEN, ESQ. 314 WEST 22NDS STREET, APT. 1 NEW YORK NY 10022 |
| SAMMONS, JOHN | 9202 MARKVILLE DR DALLAS TX 75243 |
| SCHAEFFER, DONALD & JOAN | 11 PAYNE CIRCLE HEWLETT NY 11557 |
| SEARS, BRIAN | 230 WEST 56TH APT 53C NEW YORK NY 10019 |
| SEMPLE, ALAN & LAUREN, AS TENANTS IN | COMMON C/O ROBERT D. ALBERGOTTI HAYNES AND BOONE, LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| SHAMAH, HAROLD H. | C/O CHESTER B SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFY LLP 299 PARK AVENUE NEW YORK NY 10171 |
| SHAMAH, ISAAC | C/O CHESTER B. SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVE NEW YORK NY 10171 |
| SHAW, JEROME M. TTEE | JEROME M. SHAW REV TRUST DTD 10/17/05 3 GROVE ISLE DRIVE PENTHOUSE ONE COCONUT GROVE FL 33133-4118 |
| SHERMAN, RICHARD F. | 202 SCHOONER LANE DUCK KEY FL 33050 |
| SHULIN SUN | #402 PARK HOUSE SHIMAZUYAMA 6-1-8 KITA-SHINAGAWA SHINAGAWA-KU TOKYO 141-0001 JAPAN |
| SIKELE INVESTMENTS HOLDINGS LP | BRIAN ROSENBLOOM 6015 YORKVILLE COURT DALLAS TX 75248 |
| SILBERSTEIN, STEVEN | 46 MURRAY AVE PORT WASHINGTON NY 11050 |
| SIMPSON, JOHN C. | PO BOX 11636 ALEXANDRIA LA 71315 |
| SINGER, ROBERT | VIA VIVALO 17 20122 MILANO ITALY |
| SIX TWENTY TWO INVESTMENTS, INC | 12 SABINE ROAD SYOSSET NY 11791 |

| Claim Name | Address Information |
|---|---|
| SMITH, KEVIN | 7290 S.W. 42ND STREET MIAMI FL 33155 |
| SOBEL, CLIFFORD M. & BARBARA | 225 MILLBURN AVE STE 202A MILLBURN NJ 07041-1712 |
| SOBEL, DR. HOWARD | 960 A- PARK AVENUE NEW YORK NY 10028 |
| SOUTHFIELD INVESTORS, LIMITED PARTNERSHIP | C/O WILLIAM LIPKIND, ESQ. 80 MAIN STREET, SUITE 350 WEST ORANGE NJ 07052 |
| STACKMAN, SCOTT | 385 W 12TH ST APT W4 NEW YORK NY 10014-1888 |
| STEIN III., SIDNEY J. | 33 EAST RIDGE RD LOUDONVILLE NY 12211 |
| STEVEN G. HOLDER LIVING TRUST | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| SULLIVAN, THOMAS | 11509 HIGHLAND FARM ROAD POTOMAC MD 20854 |
| SZCZERBIAK, WALTER TTEE | 26 PEABODY ROAD COLD SPRING HARBOR NY 11724-1714 |
| TALBOT FAMILY LIMITED PARTNERSHIP | 15 CATHEDRAL AVENUE GARDEN CITY NY 11530 |
| TEMPIC FIVE, LLC | 22 CANYON RIM NEWPORT COAST CA 92657 |
| THE JETTER LIVING TRUST | 417 MANZANITA AVENUE CORTE MADERA CA 94925 |
| THE MOLOKAI TRUST | JOEL LEVINE TTEE 505 SOUTH FLAGLER DRIVE, SUITE 900 WEST PALM BEACH FL 33401 |
| TYREE, C D | PO BOX 161 MORAN WY 83013 |
| UBELHART, KAREN A | 800 WEST END AVE APT 7A NEW YORK NY 10025-5467 |
| VEGESNA, RAJU & BALA - TTEES VEGESNA FAMILY TRUST | MR. AND MRS. RAJU VEGESNA 5808 TROWBRIDGE WAY SAN JOSE CA 95138-2362 |
| VIRAGH, KATHERINE, A. & VIRAGH, MARK S. AS TRUSTEE | 50 NORTH SIERRA STREET, UNIT # 1101 RENO NV 89501 |
| VIRAGH, MARK AND ROBERT, AS TRUSTEES | 3605 WOODHAVEN COURT BEDFORD TX 76021 |
| VIRAGH, ROBERT J. AND | KATHERINE A. VIRAGH, AS TRUSTEES 4325 GULF OF MEXICO DRIVE, UNIT 601 LONGBOAT KEY FL 34228 |
| WEISBROD, LESLIE STEPPEL | NIXON PEABODY LLP 437 MADISON AVENUE, 18TH FLOOR ATTN: ADAM B. GILBERT , ESQ. NEW YORK NY 10022 |
| WENDER, HERBERT & PENNEY | 144 VINTAGE ISLE LANE PALM BEACH GARDENS FL 33418-4604 |
| WERTENTEIL, IRA | C/O CHESTER B. SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVE NEW YORK NY 10171 |
| WIENER, PAULETTE | 166 MONTAGUE STREET BROOKLYN NY 11201 |
| WINFREY, GRANTHAM | 869 MELVILLE AVENUE PALO ALTO CA 94301 |
| WITOVER, M. KENNETH | 12 SABINE ROAD SYOSSET NY 11791 |
| WITTEN, RICHARD E. | CHESTER B. SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVE NEW YORK NY 10171 |
| WOHLEBER, ROBERT | 21 STARBOARD COURT MIRAMAR BEACH FL 32550-4904 |
| WOLITZER, STEVEN B | 1185 PARK AVENUE APARTMENT 6A NEW YORK NY 10128-1309 |
| WOLT, ETHAN | 155 WEST 68TH STREET, APT 24B NEW YORK NY 10023 |
| WREN, DONALD D. | 100 EVANS LN #115W LANTANA FL 33462-3301 |
| YETNIKOFF, WALTER | 181 EAST 90TH STREET - APT 24B NEW YORK NY 10128-2395 |
| YOUNG, ROGER & BROPHY, PETER | 11021 WINCOPIN CIRCLE, SUITE 450 COLUMBIA MD 21044 |
| ZALTZMAN, LEON & NINA | 348 CRESCENT DR FRANKLIN LAKES NJ 07417 |
| ZOREK, JEFFREY A. | 689 SHUNPIKE ROAD GREEN VILLAGE NJ 07935 |
| ZWARENSTEIN & HIRMAND TRUST | 54 MOUNT HAMILTON AVE LOS ALTOS CA 94022-2233 |

**Total Creditor count  207**