**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
------------------------------------------------------------------------x    **Ref. Docket No. 27601**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                              )  ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 25, 2012, I caused to be served the:

    a)  "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Omnibus Claims Objections Scheduled for Hearing on April 26, 2012," dated April 25, 2012 [Docket No. 27601], (the "Claims Objections Hearing With Exhibits"), and

    b)  "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Omnibus Claims Objections Scheduled for Hearing on April 26, 2012," dated April 25, 2012 [Docket No. 27601], (the "Claims Objections Hearing Without Exhibits),

    by causing true and correct copies of the:

    a.  Claims Objections Hearing With Exhibits, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b.  Claims Objections Hearing Without Exhibits, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
4th day of May, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Claims Objections Hearing With & Without Exhibits_DI 27601_AFF_4-25-12.doc

# EXHIBIT A

## Email Addresses

ddunne@milbank.com
wfoster@milbank.com
dodonnell@milbank.com
efleck@milbank.com
paronzon@milbank.com
gbray@milbank.com

**EXHIBIT B**

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |