REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                                      :    **Chapter 11 Case No.**
                                                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*        :    **08-13555 (JMP)**
                                                                               :
                                              Debtors.                   :    **(Jointly Administered)**
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF DEBTORS' NINETY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION)  SOLELY AS TO CLAIM NO. 19289

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, "Debtors") are withdrawing without prejudice their Ninety-Seventh Omnibus

Objection to Claims (Insufficient Documentation) [Dkt. No. 14492] solely as to claim number

19289.  The Debtors reserve their rights to object to the claim on any grounds in the future.

Dated:  May 9, 2012

　 /s/ *Michael A. Rollin*
Michael A. Rollin
REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Attorneys for Debtors
and Debtors in Possession