[*Lehman Brothers*]

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, [SOCIETE GENERALE PRIVATE BANKING (SUISSE)SA] ("Transferor") unconditionally and irrevocably transferred to HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. [36532]), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 01.03.2012                                             Date: 1.05.2012

**Transferor**                                               **Transferee**

SOCIETE GENERALE PRIVATE BANKING (SUISSE)SA                  HSBC PRIVATE BANK (SUISSE) S.A.

AVENUE DE RUMINE 20                                          Quai Général –Guisan 2 / P.O. Box 3580

CASE POSTALE POSTALE 220                                     CH- 1211 Geneva 3

1001 LAUSANNE

Frédéric Fauland
Signature(s): _____                           Signature(s): _____

Thierry Mory                                                 Giorgio Gagliani
                                                             Associate Director

                                                             Stéphane Bernotti
                                                             Associate

*[Lehman Brothers]*

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0301813522 | 36532 | 06/10/2009 | Lehman Brothers UK Capital Funding V LP | USD 32000.-- |

**HSBC Private Bank**

RECEIVED
MAY 03 2012
LEGAL SERVICES

EPIQ BANKRUPTCY SOLUTIONS, LLC
Attn : Lehman Brothers Holdings Claims Processing
757 Third avenue, 3rd Floor
New York, NY 10017
USA

Geneva, May 1st, 2012/peh

Dear Sirs,

Please find attached two "Agreement and Evidence of Transfer of Claim Lehman Program Security". These documents represent the two following transfers of claims :

Claim transfer 1:
Claim No. 51'605 – EUR 660'000.- /ISIN XS0313327370
Transferor : HSBC PRIVATE BANK (SUISSE) S.A., Geneva
Transferee : PKB PRIVAT BANK AG

Claim transfer 2 :
Claim No. 36532 – USD 32'000.- /ISIN XS0301813522
Transferor : SOCIETE GENERALE PRIVATE BANKING (SUISSE) SA
Transferee : HSBC PRIVATE BANK (SUISSE) S.A., Geneva

We are looking forward to receiving your prompt transfer confirmation.

Should you need any additional information, please feel free to contact :
Pedro Horcajo – tel. +41(0)58.705.55.48 / e-mail : pedro.horcajo@hsbcpb.com

Many thanks in advance and best regards,

Giorgio Gagliani
Associate Director

Stéphane Bernotti
Associate

HSBC Private Bank (Suisse) SA
Quai Général-Guisan 2, PO Box 3580
CH-1211 Geneva 3

T  +41 (0) 58 705 55 55
F  +41 (0) 58 705 51 51

www.theworldsprivatebank.com

