[*Lehman Brothers*]

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transferred to PKB Privatbank AG ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51'605), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 02/03/2012

Date: 22nd February 2012

**Transferor**

**Transferee**

HSBC PRIVATE BANK (SUISSE) S.A.

PKB PRIVATBANK AG

Quai Général –Guisan 2 / P.O. Box 3580

Via Balestra 1

CH- 1211 Geneva 3

CH – 6900 Lugano

**PKB PRIVATBANK AG**
ON BEHALF OF ITS CLIENTS

Signature(s): _____

Signature(s): _____

Giorgio Gagliani
Associate Director

S. Consonni      R. Ricci

Stéphane Bernotti
Associate

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0313327370 | 51605 | 10/28/2009 | LEHMAN BROTHERS TREASURY CO B.V. | EUR 660'000.- |


# HSBC Private Bank

**RECEIVED**
**MAY 0 3 2012**
**LEGAL SERVICES**

EPIQ BANKRUPTCY SOLUTIONS, LLC
Attn : Lehman Brothers Holdings Claims Processing
757 Third avenue, 3rd Floor
New York, NY 10017
USA

Geneva, May 1st, 2012/peh

Dear Sirs,

Please find attached two "Agreement and Evidence of Transfer of Claim Lehman Program Security". These documents represent the two following transfers of claims :

Claim transfer 1:
Claim No. 51'605 – EUR 660'000.- /ISIN XS0313327370
Transferor : HSBC PRIVATE BANK (SUISSE) S.A., Geneva
Transferee : PKB PRIVAT BANK AG

Claim transfer 2 :
Claim No. 36532 – USD 32'000.- /ISIN XS0301813522
Transferor : SOCIETE GENERALE PRIVATE BANKING (SUISSE) SA
Transferee : HSBC PRIVATE BANK (SUISSE) S.A., Geneva

We are looking forward to receiving your prompt transfer confirmation.

Should you need any additional information, please feel free to contact :
Pedro Horcajo – tel. +41(0)58.705.55.48 / e-mail : pedro.horcajo@hsbcpb.com

Many thanks in advance and best regards,

Giorgio Gagliani
Associate Director

Stéphane Bernotti
Associate

HSBC Private Bank (Suisse) SA
Quai Général-Guisan 2, PO Box 3580
CH-1211 Geneva 3

T +41 (0) 58 705 55 55
F +41 (0) 58 705 51 51

www.theworldsprivatebank.com

**Express Worldwide** IntraShip  **DOX**  **DHL**

From HSBC PRIVATE BANK
2 QUAI GENERAL GUISAN 41 58 705 55 55
POBOX 3580
1211 GENEVE
CH SWITZERLAND

Origin: **GVA**

To: EPIQ BANKRUPTCY SOLUTIONS LLC
LEHMAN BROTHERS HOLDINGS INC
ALLEN BLIVD 10300

**97005 BEAVERTON OREGON**
**US UNITED STATES OF AMERICA**

US-PDX-PDX

Day / Time

kg / Piece 1/1

WAYBILL 40 0978 4720

Account No. 196286490
Ref code GNU
Pcs / Shpt Weight / Piece 0.10 / 0.10 KG  1/1

E80
US-PDX-PDX
97005 BEAVERTON, United States
Origin: GVA

www.dhl.com