UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| Lehman Brothers Holdings, Inc, et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF CLAIMS

PLEASE TAKE NOTICE that Christoph Henkel, by and through his undersigned counsel, hereby withdraws his claims, filed as proofs of claim number 30697 and 30698, against Lehman Brothers Holdings, Inc. and the related questionnaires filed pursuant to this Court's *Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rules 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form* [Docket No. 4271].

Dated: New York, New York
May 10, 2012

By: /s/ Paul V. Shalhoub

Paul V. Shalhoub
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Attorneys for Christoph Henkel