UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re

LEHMAN BROTHERS HOLDINGS, INC., *et al.*,

        Debtors.

_____ /

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

## NOTICE OF WITHDRAWAL OF DUPLICATE PROOF OF CLAIM

PLEASE TAKE NOTICE that GMAC Mortgage LLC, by and through its undersigned counsel, hereby withdraws proof of claim number 25913 filed on September 21, 2009 against Lehman Brothers Holdings, Inc. This withdrawal is not intended to affect, modify or withdraw GMAC's Mortgage LLC's amended proof of claim number 67676 against Lehman Brothers Holdings Inc. which shall remain in full force and effect.

Date: May 11, 2012

Respectfully submitted,

/s/ Charles M. Tatelbaum
Charles M. Tatelbaum
Steven E. Seward
Hinshaw & Culbertson LLP
One E. Broward Boulevard, Suite 1010
Ft. Lauderdale, FL 33301
Telephone: (954) 457-7900
Facsimile: (954) 467-1024
Email: ctatelbaum@hinshawlaw.com

and

Concepcion A. Montoya
Hinshaw & Culbertson LLP

18677190 0925269

780 Third Avenue, 4th Floor  
New York, NY 10017  
Telephone: (212) 471-6200  
Facsimile: (212) 935-1166  
Email: cmontoya@hinshawlaw.com

Attorneys for GMAC Mortgage, LLC