**Presentment Date and Time: May 21, 2012 at 2:00 p.m. (Prevailing Eastern Time)**
**Objection Deadline: May 18, 2012 at 2:00 p.m.. (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): May 31, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
-----------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF AMENDED ORDER GRANTING DEBTORS' OBJECTION TO THE CLAIM FILED BY WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE (CLAIM NUMBER 10082)

**PLEASE TAKE NOTICE** that the undersigned will present the annexed Debtors' proposed Second Supplemental Order Granting Debtors' Objection to the Claim Filed By Wilmington Trust Company as Indenture Trustee (Claim Number 10082) (the "Second Supplemental Order") on **May 21, 2012 at 2:00 p.m. (Prevailing Eastern Time)** The Second Supplemental Order corrects an error in the Supplemental Order Granting Debtors' Objection to the Claim Filed by Wilmington Trust Company as Indenture Trustee (Claim No. 10082), ECF No. 23663, with respect to the allowed amount for the portion of the Wilmington Trust Proof of Claim based on CUSIP 524908NF3.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Second Supplemental Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **May 18, 2011 at 2:00 p.m. (Prevailing Eastern Time)**, there will not be a hearing and the Second Supplemental Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Second Supplemental Order on **May, 31, 2012 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: May 10, 2012
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                       :    **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :    **08-13555 (JMP)**
                                            :
            Debtors.                        :    **(Jointly Administered)**
---------------------------------------------------------------x

### SECOND SUPPLEMENTAL ORDER GRANTING DEBTORS' OBJECTION TO THE CLAIM FILED BY WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE (CLAIM NUMBER 10082)

Upon consideration of the objection, dated September 30, 2011 (the "Objection"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007(a) of the Federal Rules of Bankruptcy Procedure, reducing and allowing claim number 10082, filed by the Wilmington Trust Company, as Indenture Trustee (the "Wilmington Trust Claim"), all as more fully described in the Objection; and hearings having been held on November 30, 2011 and December 21, 2011 to consider the relief requested in the Objection; and an order having been entered on December 1, 2011, ECF No. 22837 (the "Initial Order"), and a supplemental order having been entered on December 22, 2011, ECF No. 23663 (the "First Supplemental Order"), together granting the relief requested in the Objection; and it having been determined that there was an error in the First Supplemental Order

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

US_ACTIVE:\43996484\01\58399.0008

with respect to the allowed amount for the portion of the Wilmington Trust Claim based on CUSIP 524908NF3; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that notwithstanding anything to the contrary in the Objection, the Initial Order or the First Supplemental Order including the exhibits thereto, the allowed amount of the portion of the Wilmington Trust Claim relating to the security with CUSIP No. 524908NF3 shall be $100,139,549; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2012
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE