# EXHIBIT B

### Summary of Expenses

| SUMMARY OF EXPENSES | |
|---|---|
| Category | Total |
| Official Records Search | $35.28 |
| Transcripts | $7,038.86 |
| Professional Investigative Services | $284,186.71 |
| Automated Research | $463.88 |
| Local Transportation | $134.16 |
| Business Meals | $486.39 |
| Document Reproduction | $1,035.50 |
| Document Delivery | $499.03 |
| TOTAL | $293,879.81 |