# EXHIBIT B-1

| SUMMARY OF LEGAL EXPENSES BY TASK CODE | |
| --- | --- |
| TASK CODE - 4100   MATTER NO. 09114014 | |
| 2004 ISSUES | |
| Category | Total |
| Professional Investigative Services | $284,186.71 |
| Official Records Searches | $35.28 |
| Transcripts | $7,038.86 |
| Automated Research | $463.88 |
| Local Transportation | $134.16 |
| Document Reproduction | $770.80 |
| Document Delivery | $120.90 |
| Business Meals | $486.39 |
| TOTAL | $293,236.98 |

| SUMMARY OF LEGAL EXPENSES BY TASK CODE | |
| --- | --- |
| TASK CODE - 4600   MATTER NO. 09114019 | |
| FIRM'S OWN BILLING/FEE APPLICATIONS | |
| Category | Total |
| Document Reproduction | $264.70 |
| Document Delivery | $378.13 |
| TOTAL | $642.83 |