# EXHIBIT C

**Hours and Fees for Services Rendered for the Interim Fee Period by Category**

| SUMMARY BY PROJECT CATEGORY | | |
|---|---|---|
| Category | Total Hours | Total Amount |
| 2004 Issues<br>4100  (09114014) | 1,347.80 | $439,647.00 |
| Firm's Own Billing/Fee Applications<br>4600 (09114019) | 48.40 | $19,708.00 |
| Firm's Own Retention Issues<br>4700   (09114020) | 3.40 | $1,402.50 |
| Total | 1,396.20 | $460,757.50 |