# EXHIBIT C-1

| TASK CODE - 4100 MATTER NO. 09114014 | | | | | |
|---|---|---|---|---|---|
| 2004 ISSUES | | | | | |
| Name of Professional | Year Admitted | Title | Rate | Total Hours | Total Amount |
| Michael J. Bowe | 1993 | Partner | $750 | 74.40 | $55,800.00 |
| Albert Mishaan | 1995 | Partner | $685 | 1.20 | $822.00 |
| Robert M. Novick | 1994 | Partner | $775 | 0.20 | $155.00 |
| Andreas Bojesen | 2004 | Associate | $360 | 42.80 | $15,408.00 |
| Gary W. Dunn | 1990 | Associate | $450 | 451.80 | $203,310.00 |
| David M. Rubinstein | 2009 | Associate | $275 | 5.00 | $1,375.00 |
| Michele J. Vladimirsky | 2007 | Associate | $360 | 35.70 | $12,495.00 |
| Karina Aiello Rocha | 2006 | Associate | $300 | 170.50 | $51,150.00 |
| Aneta Naumova Brzova | N/A | Staff Attorney | $175 | 391.30 | $68,477.50 |
| Ricardo McLean | N/A | Lit. Support | $220 | 4.40 | $968.00 |
| Michael Birnbaum | N/A | Paralegal | $165 | 1.10 | $181.50 |
| Christine F. Gleitsmann | N/A | Paralegal | $225 | 25.80 | $5,805.00 |
| Gabriel Irizarry | N/A | Paralegal | $165 | 139.40 | $23,001.00 |
| Joyce Li | N/A | Paralegal | $135 | 1.80 | $243.00 |
| Noah Plakun | N/A | Paralegal | $190 | 2.40 | $456.00 |
| | | | | | |
| TOTAL: | | | | 1,347.80 | $439,647.00 |

| TASK CODE - 4600 MATTER NO. 09114019 | | | | | |
|---|---|---|---|---|---|
| FIRM'S OWN BILLING/FEE APPLICATIONS | | | | | |
| Name of Professional | Year Admitted | Title | Rate | Total Hours | Total Amount |
| Robert M. Novick | 1994 | Partner | $775 | 2.50 | $1,937.50 |
| Gary W. Dunn | 1990 | Associate | $450 | 23.00 | $10,350.00 |
| Michelle Vladimirsky | 2007 | Associate | $360/$350 | 23.50 | $8,225.00 |
| Rashaan Russell | N/A | Lit. Support | $165 | 1.20 | $198.00 |
| Francisco J. Velez | N/A | Managing Clerk | $175 | 0.70 | $122.50 |
| | | | | | |
| TOTAL: | | | | 50.90 | $20,833.00 |

| TASK CODE - 4700 MATTER NO. 09114020 ||||||
|---|---|---|---|---|---|
| FIRM'S OWN RETENTION ISSUES ||||||
| Name of Professional | Year Admitted | Title | Rate | Total Hours | Total Amount |
| Robert M. Novick | 1994 | Partner | $775 | 0.50 | $387.50 |
| Michelle J. Vladimirsky | $2,007 | Associate | $350 | 2.90 | $1,015.00 |
| TOTAL: | | | | 3.40 | $1,402.50 |