# EXHIBIT D

# KBTF Group llc

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-3352

FACSIMILE: 212-265-9179

IGNATIUS LICATO
SENIOR INVESTIGATOR

December 8, 2011

The following report is a description of the work and hours spent conducting an investigation during the month of August 2011 and September 2011.
The investigation was conducted by KBTF group.

RE:    Lehman Brothers

The investigation included but was not limited to researching documents such as news stories, blogs, internet and proprietary data base searches.

The following is a total of hours billed for the month of August and September 2011.
**Invoice#1106747**

| Date | Description | Amount |
|------|-------------|--------|
| 08/16/2011 | 1-Investigator 6.00 hours @ 270.00 an hour | 1620.00 |
| 08/18/2011 | 1-Investigator 7.00 hours @ 270.00 an hour | 1890.00 |
| 08/23/2011 | 1-Investigator 6.50 hours @ 270.00 an hour | 1755.00 |
| 08/25/2011 | 1-Investigator 7.00 hours @ 270.00an hour | 1890.00 |
| 08/30/2011 | 1-Investigator 6.00 hours @ 270.00 an hour | 1620.00 |
| 09/01/2011 | 1-Investigator  3.00hours @ 340.00 an hour | 1020.00 |
| 09/01/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 09/01/2011 | 1-Investigator 5.00 hours @ 235.00 an hour | 1350.00 |
| 09/02/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 09/06/2001 | 1-Investigator 2.00 hours @ 340.00 an hour | 680.00 |
| 09/06/2011 | 2-Investigator 16.00 hours@235.00 an hour | 3760.00 |
| 09/06/2001 | 1-Investigator 6.00 hours @ 270.00 an hour | 1620.00 |
| 09/07/2011 | 2-Investigator16.00 hours @ 235.00 an hour | 3760.00 |
| 09/08/2011 | 1-Investigator .50 hours   @ 425.00 an hour | 212.50 |
| 09/08/2011 | 1-Investigator 1.50 hours @ 340.00 an hour | 510.00 |
| 09/08/2011 | 1-Investigator 5.50 hours @ 270.00 an hour | 1485.00 |
| 09/09/2011 | 2-Investigator 12.00 hours@ 235.00 an hour | 2820.00 |
| 09/11/2011 | 1-Investigator 4.00 hours @ 235.00 an hour | 940.00 |

## KBTF GROUP LLC

| Date | Description | Amount |
|---|---|---|
| 09/12/2011 | 1-Investigator .50 hours @ 425.00 an hour | 212.50 |
| 09/12/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 09/13/2011 | 1-Investigator 1.00 hours @ 425.00 an hour | 425.00 |
| 09/13/2011 | 2-Investigator16.00 hours @ 235.00 an hour | 3760.00 |
| 09/13/2011 | 1-Investigator 5.00 hours @ 270.00 an hour | 1350.00 |
| 09/14/2011 | 1-Investigator 1.50 hours @ 340.00 an hour | 510.00 |
| 09/14/2011 | 1-Investigator 4.00 hours @ 235.00 an hour | 940.00 |
| 09/15/2011 | 2-Investigator 12.00 hours@ 235.00 an hour | 2820.00 |
| 09/15/2011 | 1-Investigator .6.00 hours @ 270.00 an hour | 1620.00 |
| 09/16/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 09/16/2011 | 1-Investigator .50 hours @ 425.00 an hour | 212.50 |
| 09/19/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 09/19/2011 | 1-Investigator .50 hours @ 425.00 an hour | 212.50 |
| 09/20/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 09/21/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 09/21/2011 | 1-Investigator 2.00 hours @ 340.00 an hour | 680.00 |
| 09/22/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 09/23/2011 | 1-Investigator 1.00 hour @ 425.00 an hour | 425.00 |
| 09/23/2011 | 2-Investigators12.00 hours@235.00 an hour | 2820.00 |
| 09/24/2011 | 1-Investigator 4.00 hours @ 235.00 an hour | 940.00 |
| 09/26/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 09/27/2011 | 2-Investigators16.00 hours@ 235.00 an hour | 3760.00 |
| 09/28/2011 | 2-Investigator 16.00 hours @ 230.00 an hour | 3760.00 |
| 09/29/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 09/30/2011 | 1-Investigator 2.50 hours @ 340.00 an hour | 850.00 |

| | | |
|---|---|---|
| Total Hours/Amount | 284.50 | $71,030.00 |
| Disbursements | | 181.25 |
| Sales Tax | | 6,303.91 |
| **Total Amount Due** | | **$77,515.16** |

## KBTF GROUP LLC

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

FED. I.D. 02-0530967

212-506-3352

FACSIMILE: 212-265-9179

Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

MARC E. KASOWITZ
K09114001

INVOICE NUMBER 1106747                    October 26, 2011

RE: Lehman Brothers Holdings Inc.

FOR INVESTIGATIVE SERVICES rendered for the month of SEPTEMBER 2011

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 09/30/2011 Investigative Duties. | 208.00 | 235.00 | 48,880.00 |
| 09/30/2011 Investigative Duties. | 60.00 | 270.00 | 16,200.00 |
| 09/30/2011 Investigative Duties. | 12.50 | 340.00 | 4,250.00 |
| 09/30/2011 Investigative Duties. | 4.00 | 425.00 | 1,700.00 |
| TOTAL HOURS/AMOUNT | 284.50 |  | $71,030.00 |
| TOTAL DISBURSEMENTS |  |  | $181.25 |

|  |  |
|---|---|
| FEES | $71,030.00 |
| DISBURSEMENTS | 181.25 |
| SALES TAX | 6,303.91 |
| TOTAL AMOUNT DUE | $77,515.16 |

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

DATE: 12/08/11 13:13:54 RECAP PRO FORMA FOR INVOICE 1106747 FOR FILE (K09114001) K09114001                Page 1 (1)


*-----MATTER DESCRIPTION-----*                    *-----BILLING INSTRUCTIONS-----*
Lehman Brothers Holdings Inc.

*-----CLIENT INFORMATION-----*        --CLIENT NUMBER--    --ORIGINATING--    --BILLING--    --SUPERVISING--
Kasowitz, Benson, Torres & Friedman LLP    444444              5864            5864             5401
                                                          J HOLOHAN       J HOLOHAN       M KASOWITZ


*-----TIME ENTRIES-----*

                                WORKED          BILLED
                              ---------------  ---------------
INDEX    INIT  DATE   STAT HOURS   AMOUNT   HOURS   AMOUNT   BILL DATE DESCRIPTION
3421752  6779  081611 B   6.00    1620.00   6.00   1620.00   10/26/11 Investigative Research
         (ASC)
              Timekeeper: Kenneth L. Cain
3421753  6779  081811 B   7.00    1890.00   7.00   1890.00   10/26/11 Investigative Research
         (ASC)
              Timekeeper: Kenneth L. Cain
3421754  6779  082311 B   6.50    1755.00   6.50   1755.00   10/26/11 Investigative Research
         (ASC)
              Timekeeper: Kenneth L. Cain
3421755  6779  082511 B   7.00    1890.00   7.00   1890.00   10/26/11 Investigative Research
         (ASC)
              Timekeeper: Kenneth L. Cain
3421756  6779  083011 B   6.00    1620.00   6.00   1620.00   10/26/11 Investigative Research
         (ASC)
              Timekeeper: Kenneth L. Cain
3364484  6145  090111 B   3.00    1020.00   3.00   1020.00   10/26/11 Document and email research in Relativity.
         (6145)
              Timekeeper: IGNATIUS LICATO
3422097  6739  090111 B   8.00    1880.00   8.00   1880.00   10/26/11 Investigative Research
         (ASC)
              Timekeeper: Robert Coffaro
3421758  6779  090111 B   5.00    1350.00   5.00   1350.00   10/26/11 Investigative Research
         (ASC)
              Timekeeper: Kenneth L. Cain
3422098  6739  090211 B   8.00    1880.00   8.00   1880.00   10/26/11 Investigative Research
         (ASC)
              Timekeeper: Robert Coffaro
3376341  6145  090611 B   2.00     680.00   2.00    680.00   10/26/11 Email and instant message research.
         (6145)
              Timekeeper: IGNATIUS LICATO
3422099  6739  090611 B   8.00    1880.00   8.00   1880.00   10/26/11 Investigative Research
         (ASC)
              Timekeeper: Robert Coffaro
3422087  6755  090611 B   8.00    1880.00   8.00   1880.00   10/26/11 Investigative Research
         (ASC)
              Timekeeper: Andrew McDonald
3421759  6779  090611 B   6.00    1620.00   6.00   1620.00   10/26/11 Investigative Research
         (ASC)
              Timekeeper: Kenneth L. Cain
3422100  6739  090711 B   8.00    1880.00   8.00   1880.00   10/26/11 Investigative Research
         (ASC)
              Timekeeper: Robert Coffaro

DATE: 12/08/11 13:13:54 RECAP PRO FORMA FOR INVOICE 1106747 FOR FILE (K09114001) K09114001                         Page 2 (2)

```
3422088 6755  090711 B     8.00   1880.00    8.00  1880.00    10/26/11 Investigative Research
        (ASC)
        Timekeeper: Andrew McDonald
3384151 5864  090811 B      .50    212.50     .50   212.50    10/26/11 Investigative research.
        (5864)
        Timekeeper: JAMES HOLOHAN
3376340 6145  090811 B     1.50    510.00    1.50   510.00    10/26/11 Research on emails and Im's.
        (6145)
        Timekeeper: IGNATIUS LICATO
3421760 6779  090811 B     5.50   1485.00    5.50  1485.00    10/26/11 Investigative Research
        (ASC)
        Timekeeper: Kenneth L. Cain
3422101 6739  090911 B     8.00   1880.00    8.00  1880.00    10/26/11 Investigative Research
        (ASC)
        Timekeeper: Robert Coffaro
3422089 6755  090911 B     4.00    940.00    4.00   940.00    10/26/11 Investigative Research
        (ASC)
        Timekeeper: Andrew McDonald
3422090 6755  091111 B     4.00    940.00    4.00   940.00    10/26/11 Investigative Research
        (ASC)
        Timekeeper: Andrew McDonald
3384150 5864  091211 B      .50    212.50     .50   212.50    10/26/11 Investigative research.
        (5864)
        Timekeeper: JAMES HOLOHAN
3422091 6755  091211 B     8.00   1880.00    8.00  1880.00    10/26/11 Investigative Research
        (ASC)
        Timekeeper: Andrew McDonald
3384149 5864  091311 B     1.00    425.00    1.00   425.00    10/26/11 Investigative research.
        (5864)
        Timekeeper: JAMES HOLOHAN
3422102 6739  091311 B     8.00   1880.00    8.00  1880.00    10/26/11 Investigative Research
        (ASC)
        Timekeeper: Robert Coffaro
3422092 6755  091311 B     8.00   1880.00    8.00  1880.00    10/26/11 Investigative Research
        (ASC)
        Timekeeper: Andrew McDonald
3421761 6779  091311 B     5.00   1350.00    5.00  1350.00    10/26/11 Investigative Research
        (ASC)
        Timekeeper: Kenneth L. Cain
3376339 6145  091411 B     1.50    510.00    1.50   510.00    10/26/11 Email and instant message research in
        (6145)                                                         Relativity.
        Timekeeper: IGNATIUS LICATO
3422093 6755  091411 B     4.00    940.00    4.00   940.00    10/26/11 Investigative Research
        (ASC)
        Timekeeper: Andrew McDonald
3422103 6739  091511 B     8.00   1880.00    8.00  1880.00    10/26/11 Investigative Research
        (ASC)
        Timekeeper: Robert Coffaro
3422094 6755  091511 B     4.00    940.00    4.00   940.00    10/26/11 Investigative Research
        (ASC)
        Timekeeper: Andrew McDonald
3422083 6779  091511 B     6.00   1620.00    6.00  1620.00    10/26/11 Investigative Research
        (ASC)
        Timekeeper: Kenneth L. Cain
```

DATE: 12/08/11 13:13:54 RECAP PRO FORMA FOR INVOICE 1106747 FOR FILE (K09114001) K09114001                    Page 3 (3)

```
3384147 5864  091611 B      .50    212.50     .50    212.50   10/26/11 Investigative research.
        (5864)
        Timekeeper:  JAMES HOLOHAN
3422119 6739  091611 B     8.00   1880.00    8.00   1880.00   10/26/11 Investigative Research
        (ASC)
        Timekeeper:  Robert Coffaro
3384146 5864  091911 B      .50    212.50     .50    212.50   10/26/11 Investigative research.
        (5864)
        Timekeeper:  JAMES HOLOHAN
3422126 6755  091911 B     8.00   1880.00    8.00   1880.00   10/26/11 Investigative Research
        (ASC)
        Timekeeper:  Andrew McDonald
3422127 6755  092011 B     8.00   1880.00    8.00   1880.00   10/26/11 Investigative Research
        (ASC)
        Timekeeper:  Andrew McDonald
3380266 6145  092111 B     2.00    680.00    2.00    680.00   10/26/11 Email and instant message research in
        (6145)                                                        relativity.
        Timekeeper:  IGNATIUS LICATO
3422120 6739  092111 B     8.00   1880.00    8.00   1880.00   10/26/11 Investigative Research
        (ASC)
        Timekeeper:  Robert Coffaro
3422121 6739  092211 B     8.00   1880.00    8.00   1880.00   10/26/11 Investigative Research
        (ASC)
        Timekeeper:  Robert Coffaro
3384148 5864  092311 B     1.00    425.00    1.00    425.00   10/26/11 Investigative research.
        (5864)
        Timekeeper:  JAMES HOLOHAN
3422122 6739  092311 B     8.00   1880.00    8.00   1880.00   10/26/11 Investigative Research
        (ASC)
        Timekeeper:  Robert Coffaro
3422128 6755  092311 B     4.00    940.00    4.00    940.00   10/26/11 Investigative Research
        (ASC)
        Timekeeper:  Andrew McDonald
3422129 6755  092411 B     4.00    940.00    4.00    940.00   10/26/11 Investigative Research
        (ASC)
        Timekeeper:  Andrew McDonald
3422130 6755  092611 B     8.00   1880.00    8.00   1880.00   10/26/11 Investigative Research
        (ASC)
        Timekeeper:  Andrew McDonald
3422123 6739  092711 B     8.00   1880.00    8.00   1880.00   10/26/11 Investigative Research
        (ASC)
        Timekeeper:  Robert Coffaro
3422131 6755  092711 B     8.00   1880.00    8.00   1880.00   10/26/11 Investigative Research
        (ASC)
        Timekeeper:  Andrew McDonald
3422124 6739  092811 B     8.00   1880.00    8.00   1880.00   10/26/11 Investigative Research
        (ASC)
        Timekeeper:  Robert Coffaro
3422147 6755  092811 B     8.00   1880.00    8.00   1880.00   10/26/11 Investigative Research
        (ASC)
        Timekeeper:  Andrew McDonald
3422125 6739  092911 B     8.00   1880.00    8.00   1880.00   10/26/11 Investigative Research
        (ASC)
        Timekeeper:  Robert Coffaro
```

DATE: 12/08/11 13:13:54 RECAP PRO FORMA FOR INVOICE 1106747 FOR FILE (K09114001) K09114001                 Page 4 (4)


3390437 6145  093011 B     2.50   850.00    2.50   850.00    10/26/11 Document research in Relativity.
        (6145)
        Timekeeper:  IGNATIUS LICATO
                                        ----------
                       FEE SUBTOTAL         71030.00
                                        ----------

*-----COST ENTRIES-----*

|  INDEX  | DATE STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER | BILL DATE |
|---------|-----------|--------|-------------|------|-------|---------|-----------|
| 2308106 | 090111 B  | 160.00 | OFFICIAL RECORDS SEARCH - - VENDOR: PERSONAL INVESTIGATIONS, INC. IRB RECORD SEARCH/REPORTS FROM 8/16/11 TO 8/31/11, INV # 083111, DATE 9/1/11 | 01 | 5864 | 295455 | 10/26/11 |
| 2327492 | 092511 B  | 21.25  | OFFICIAL RECORDS SEARCH - - VENDOR: AMERICAN EXPRESS IRB RECORD SEARCH/REPORTS ON 9/2/11, INV # 092511JH, DATE 9/25/11 | 01 | 5864 | 296921 | 10/26/11 |

                           ----------
                             181.25
                           ----------


        TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . . . .   7232.50
        COST VALUE FOR THE MATTER AFTER THE CUTOFF DATS . . . . . .    223.87


        ( ) BILL COSTS AND FEES          ( ) DO NOT BILL
        ( ) BILL FEES ONLY               ( ) CLOSE FILE
        ( ) BILL COSTS ONLY              ( ) FINAL BILL

# KBTF GROUP LLC

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-3352

FACSIMILE: 212-265-9179

IGNATIUS LICATO
SENIOR INVESTIGATOR

December 20, 2011

The following report is a description of the work and hours spent conducting an investigation during the month of September and October 2011.
The investigation was conducted by KBTF group.

RE:    Lehman Brothers

The investigation included but was not limited to researching documents such as news stories, blogs, internet and proprietary data base searches.

The following is a total of hours billed for the month of September and October 2011.
**Invoice#1107602**

| Date | Description | Amount |
|------|-------------|--------|
| 09/20/2011 | 1-Investigator 7.00 hours @ 270.00 an hour | 1890.00 |
| 09/27/2011 | 1-Investigator 6.50 hours @ 270.00 an hour | 1755.00 |
| 09/29/2011 | 1-Investigator 4.50 hours @ 270.00 an hour | 1215.00 |
| 10/04/2011 | 1-Investigator 2.00 hours @ 340.00 an hour | 680.00 |
| 10/04/2011 | 2-Investigator 16.00 hours @ 235.00 an hour | 3760.00 |
| 10/05/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 10/06/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 10/07/2011 | 2-Investigator 10.00 hours @ 235.00 an hour | 2350.00 |
| 10/08/2011 | 1-Investigator 6.00 hours @ 235.00 an hour | 1410.00 |
| 1010/2011 | 1-Investigator 1.50 hours @ 340.00 an hour | 510.00 |
| 10/10/2011 | 1-Investigator 8.00 hours@235.00 an hour | 1880.00 |
| 10/11/2001 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 10/12/2011 | 1-Investigator 4.00 hours @ 235.00 an hour | 940.00 |
| 10/12/2011 | 1-Investigator 7 .50 hours   @270.00 an hour | 2025.00 |
| 10/13/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 10/14/2011 | 1-Investigator 4.50 hours @ 270.00 an hour | 1215.00 |
| 10/14/2011 | 2-Investigator 12.00 hours@ 235.00 an hour | 2820.00 |
| 10/15/2011 | 1-Investigator 4.00 hours @ 235.00 an hour | 940.00 |

KBTF GROUP LLC

| 10/17/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 10/18/2011 | 1-Investigator 1.00 hours @ 340.00 an hour | 340.00 |
| 10/18/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 10/19/2011 | 1-Investigator 7.00 hours @ 235.00 an hour | 1645.00 |
| 10/20/2011 | 1-Investigator .50 hours @ 425.00 an hour | 212.50 |
| 10/20/2011 | 2-Investigator 12.00 hours @ 235.00 an hour | 2820.00 |
| 10/21/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 10/23/2011 | 1-Investigator 4.00 hours@ 235.00 an hour | 940.00 |
| 10/24/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 10/25/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 10/26/2011 | 1-Investigator 4.00 hours @ 235.00 an hour | 940.00 |
| 10/27/2011 | 1-Investigator 3.00 hours @ 235.00 an hour | 705.00 |
| 10/28/2011 | 2-Investigator 16.00 hours @ 235.00 an hour | 3760.00 |
| 10/29/2011 | 1-Investigator 9.00 hours @ 235.00 an hour | 2115.00 |

Total Hours/Amount          222.00                    $53,787.50

Disbursements                                         21.50

Sales Tax                                            4,773.64

**Total Amount Due**                                 **$58,582.64**

## KBTF GROUP LLC

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

FED. I.D. 02-0530967

212-506-3352

FACSIMILE: 212-265-9179

Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

MARC E. KASOWITZ
K09114001

---

INVOICE NUMBER 1107602                    November 28, 2011

RE: Lehman Brothers Holdings Inc.

FOR INVESTIGATIVE SERVICES rendered for the month of OCTOBER 2011

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 10/30/2011 Investigative Duties. | 187.00 | 235.00 | 43,945.00 |
| 10/30/2011 Investigative Duties. | 30.00 | 270.00 | 8,100.00 |
| 10/30/2011 Investigative Duties. | 4.50 | 340.00 | 1,530.00 |
| 10/30/2011 Investigative Duties. | .50 | 425.00 | 212.50 |
| TOTAL HOURS/AMOUNT | 222.00 |  | $53,787.50 |
| TOTAL DISBURSEMENTS |  |  | $21.50 |

| FEES | $53,787.50 |
|---|---|
| DISBURSEMENTS | 21.50 |
| SALES TAX | 4,773.64 |
| TOTAL AMOUNT DUE | $58,582.64 |

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

DATE: 12/20/11 11:55:54 RECAP PRO FORMA FOR INVOICE 1107602 FOR FILE (K09114001) K09114001                    Page 1 (1)

*-----MATTER DESCRIPTION-----*                        *-----BILLING INSTRUCTIONS-----*
Lehman Brothers Holdings Inc.

                                        --CLIENT NUMBER--    --ORIGINATING--    --BILLING--    --SUPERVISING--
*-----CLIENT INFORMATION-----*              444444              5864              5864              5401
Kasowitz, Benson, Torres & Friedman LLP
                                                              J HOLOHAN          J HOLOHAN        M KASOWITZ

*-----TIME ENTRIES-----*

                        WORKED              BILLED
                    ----------------    ----------------
INDEX    INIT  DATE   STAT HOURS  AMOUNT  HOURS  AMOUNT  BILL DATE  DESCRIPTION
3465268  6779  092011 B   7.00   1890.00  7.00  1890.00  11/28/11   Investigative Research
         (ASC)
         Timekeeper: Kenneth L. Cain
3465269  6779  092711 B   6.50   1755.00  6.50  1755.00  11/28/11   Investigative Research
         (ASC)
         Timekeeper: Kenneth L. Cain
3465270  6779  092911 B   4.50   1215.00  4.50  1215.00  11/28/11   Investigative Research
         (ASC)
         Timekeeper: Kenneth L. Cain
3402278  6145  100411 B   2.00    680.00  2.00   680.00  11/28/11   Document research
         (6145)
         Timekeeper: IGNATIUS LICATO
3465239  6739  100411 B   8.00   1880.00  8.00  1880.00  11/28/11   Investigative Research
         (ASC)
         Timekeeper: Robert Coffaro
3465228  6755  100411 B   8.00   1880.00  8.00  1880.00  11/28/11   Investigative Research
         (ASC)
         Timekeeper: Andrew McDonald
3465240  6739  100511 B   8.00   1880.00  8.00  1880.00  11/28/11   Investigative Research
         (ASC)
         Timekeeper: Robert Coffaro
3465229  6755  100611 B   8.00   1880.00  8.00  1880.00  11/28/11   Investigative Research
         (ASC)
         Timekeeper: Andrew McDonald
3465241  6739  100711 B   8.00   1880.00  8.00  1880.00  11/28/11   Investigative Research
         (ASC)
         Timekeeper: Robert Coffaro
3465230  6755  100711 B   2.00    470.00  2.00   470.00  11/28/11   Investigative Research
         (ASC)
         Timekeeper: Andrew McDonald
3465231  6755  100811 B   6.00   1410.00  6.00  1410.00  11/28/11   Investigative Research
         (ASC)
         Timekeeper: Andrew McDonald
3412922  6145  101011 B   1.50    510.00  1.50   510.00  11/28/11   Document research.
         (6145)
         Timekeeper: IGNATIUS LICATO
3465232  6755  101011 B   8.00   1880.00  8.00  1880.00  11/28/11   Investigative Research
         (ASC)
         Timekeeper: Andrew McDonald
3465233  6755  101111 B   8.00   1880.00  8.00  1880.00  11/28/11   Investigative Research
         (ASC)
         Timekeeper: Andrew McDonald

```
3465243 6739  101211 B    4.00    940.00    4.00    940.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Robert Coffaro
3465271 6779  101211 B    7.50   2025.00    7.50   2025.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Kenneth L. Cain
3465244 6739  101311 B    8.00   1880.00    8.00   1880.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Robert Coffaro
3465245 6739  101411 B    8.00   1880.00    8.00   1880.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Robert Coffaro
3465234 6755  101411 B    4.00    940.00    4.00    940.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Andrew McDonald
3465272 6779  101411 B    4.50   1215.00    4.50   1215.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Kenneth L. Cain
3465235 6755  101511 B    4.00    940.00    4.00    940.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Andrew McDonald
3465288 6755  101711 B    8.00   1880.00    8.00   1880.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Andrew McDonald
3421042 6145  101811 B    1.00    340.00    1.00    340.00    11/28/11 Document research in Relativity.
        (6145)
        Timekeeper:  IGNATIUS LICATO
3465289 6755  101811 B    8.00   1880.00    8.00   1880.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Andrew McDonald
3465302 6739  101911 B    7.00   1645.00    7.00   1645.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Robert Coffaro
3423471 5864  102011 B     .50    212.50     .50    212.50    11/28/11 Investigative research.
        (5864)
        Timekeeper:  JAMES HOLOHAN
3465303 6739  102011 B    8.00   1880.00    8.00   1880.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Robert Coffaro
3465291 6755  102011 B    4.00    940.00    4.00    940.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Andrew McDonald
3465305 6739  102111 B    8.00   1880.00    8.00   1880.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Robert Coffaro
3465292 6755  102311 B    4.00    940.00    4.00    940.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Andrew McDonald
3465293 6755  102411 B    8.00   1880.00    8.00   1880.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Andrew McDonald
3465294 6755  102511 B    8.00   1880.00    8.00   1880.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Andrew McDonald
```

DATE: 12/20/11 11:55:54 RECAP PRO FORMA FOR INVOICE 1107602 FOR FILE (K09114001) K09114001                     Page 3 (3)

```
3465307 6739  102611 B    4.00    940.00    4.00   940.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Robert Coffaro
3465310 6739  102711 B    3.00    705.00    3.00   705.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Robert Coffaro
3465312 6739  102811 B    8.00   1880.00    8.00  1880.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Robert Coffaro
3465297 6755  102811 B    8.00   1880.00    8.00  1880.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Andrew McDonald
3465313 6739  102911 B    9.00   2115.00    9.00  2115.00    11/28/11 Investigative Research
        (ASC)
        Timekeeper:  Robert Coffaro
                                           ----------
                    FEE SUBTOTAL            53787.50
                                           ----------
```

*-----COST ENTRIES-----*

| INDEX | DATE STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER | BILL DATE |
|-------|-----------|--------|-------------|------|-------|---------|-----------|
| 2326907 | 100111 B | 21.50 | OFFICIAL RECORDS SEARCH - - VENDOR: PERSONAL | 01 | 5864 | 296897 | 11/28/11 |
|  |  |  | INVESTIGATIONS, INC. IRB RECORD SEARCH/REPORTS |  |  |  |  |
|  |  |  | FROM 9/19/11 TO 9/28/11, INV # 100111, DATE |  |  |  |  |
|  |  |  | 10/1/11 |  |  |  |  |

```
                    ----------
                        21.50
                    ----------


        TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . . .  12652.50
        COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . . . .   223.87


        ( ) BILL COSTS AND FEES          ( ) DO NOT BILL
        ( ) BILL FEES ONLY               ( ) CLOSE FILE
        ( ) BILL COSTS ONLY              ( ) FINAL BILL
```

## KBTF Group LLC

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-3352

FACSIMILE: 212-265-9179

IGNATIUS LICATO
SENIOR INVESTIGATOR

January 20, 2012

The following report is a description of the work and hours spent conducting an investigation during the month of July, October and November 2011.
The investigation was conducted by KBTF group.

RE:    Lehman Brothers

The investigation included but was not limited to researching documents such as news stories, blogs, internet and proprietary data base searches.

The following is a total of hours billed for the month of July, October and November 2011.
**Invoice#1108348**

| | | |
|---|---|---|
| 07/10/2011 | 1-Investigator 3.25 hours @ 270.00 an hour | 877.50 |
| 07/11/2011 | 1-Investigator 1.50 hours @ 270.00 an hour | 405.00 |
| 10/18/2011 | 1-Investigator 6.50 hours @ 270.00 an hour | 1755.00 |
| 10/20/2011 | 1-Investigator 4.00 hours @ 270.00 an hour | 1080.00 |
| 10/25/2011 | 1-Investigator 6.00 hours @ 270.00 an hour | 1620.00 |
| 10/27/2011 | 1-Investigator 4.50 hours @ 270.00 an hour | 1215.00 |
| 10/31/2011 | 1-Investigator 1.50 hours @ 340.00 an hour | 510.00 |
| 10/31/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 11/01/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 11/02/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 11/03/2011 | 1-Investigator .50 hours @ 425.00 an hour | 212.50 |
| 11/03/2001 | 1-Investigator 1.50 hours @ 340.00 an hour | 510.00 |
| 11/03/2011 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 11/04/2011 | 2-Investigator 16.00 hours @235.00 an hour | 3760.00 |
| 11/07/2011 | 2-Investigator 11.00 hours @ 235.00 an hour | 2585.00 |
| 11/08/2011 | 2-Investigator 17.00 hours @ 235.00 an hour | 3995.00 |
| 11/09/2011 | 1-Investigator 1.00 hours @ 425.00 an hour | 425.00 |
| 11/09/2011 | 1-Investigator 2.00 hours@ 340.00 an hour | 680.00 |

KBTF GROUP LLC

| | | |
|---|---|---|
| 11/09/2011 | 2-Investigator 9.00 hours @ 235.00 an hour | 2115.00 |
| 11/11/2011 | 5-Investigator 13.00 hours @ 235.00 an hour | 3055.00 |
| 11/14/2011 | 1-Investigator 2.00 hours @ 340.00 an hour | 680.00 |
| 11/14/2011 | 2-Investigator 11.00 hours @ 235.00 an hour | 2585.00 |
| 11/15/2011 | 1-Investigator .50 hours @ 425.00 an hour | 212.50 |
| 11/15/2011 | 2-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 11/15/2011 | 1-Investigator 15.00 hours @ 270.00 an hour | 4050.00 |
| 11/16/2011 | 2-Investigator 5.00 hours @ 235.00 an hour | 1175.00 |
| 11/17/2011 | 2-Investigator 5.00 hours@ 235.00 an hour | 1175.00 |
| 11/18/2011 | 1-Investigator 2.00 hours @ 275.00 an hour | 550.00 |
| 11/18/2011 | 1-Investigator 6.00 hours @ 235.00 an hour | 1410.00 |
| 11/20/2011 | 1-Investigator 4.00 hours @ 235.00 an hour | 940.00 |
| 11/21/2011 | 2-Investigator 7.00 hours @ 235.00 an hour | 1645.00 |
| 11/22/2011 | 1-Investigator .50 hours @ 425.00 an hour | 212.50 |
| 11/22/2011 | 2-Investigator 3.00 hours @ 235.00 an hour | 705.00 |
| 11/23/2011 | 2-Investigator 4.00 hours @ 235.00 an hour | 940.00 |
| 11/25/2011 | 1-Investigator 4.00 hours @ 235.00 an hour | 940.00 |
| 11/27/2011 | 1-Investigator 6.00 hours @ 235.00 an hour | 1410.00 |
| 11/28/2011 | 2-Investigator 5.00 hours @ 235.00 an hour | 1175.00 |
| 11/29/2011 | 1-Investigator 2.00 hours @ 340.00 an hour | 680.00 |
| 11/29/2011 | 2-Investigator 11.00 hours @ 235.00 an hour | 2585.00 |
| 11/30/2011 | 1-Investigator 2.00 hours @ 340.00 an hour | 680.00 |
| 11/30/2011 | 1-Investigator 5.00 hours @ 235.00 an hour | 1175.00 |
| 11/30/2011 | 1-Investigator 10.00 hours @ 270.00 an hour | 2700.00 |

| Total Hours/Amount | 248.25 | $61,825.00 |
|---|---|---|
| Disbursements | | 223.87 |
| Sales Tax | | 5,486.97 |

| **Total Amount Due** | | **$67,535.84** |
|---|---|---|

## KBTF GROUP LLC

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

FED. I.D 02-0530967

212-506-3352

FACSIMILE: 212-265-9179

Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

MARC E. KASOWITZ
K09114001

INVOICE NUMBER 1108348                          December 27, 2011

RE: Lehman Brothers Holdings Inc.

FOR INVESTIGATIVE SERVICES rendered for the month of NOVEMBER 2011

|  |  | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 11/30/2011 | Investigative Duties. | 182.00 | 235.00 | 42,770.00 |
| 11/30/2011 | Investigative Duties. | 50.75 | 270.00 | 13,702.50 |
| 11/30/2011 | Investigative Duties. | 2.00 | 275.00 | 550.00 |
| 11/30/2011 | Investigative Duties. | 11.00 | 340.00 | 3,740.00 |
| 11/30/2011 | Investigative Duties. | 2.50 | 425.00 | 1,062.50 |
| TOTAL HOURS/AMOUNT |  | 248.25 |  | $61,825.00 |
| TOTAL DISBURSEMENTS |  |  |  | $223.87 |

Kasowitz, Benson, Torres & Friedman
Page    2

| | |
|---|---:|
| FEES | $61,825.00 |
| DISBURSEMENTS | 223.87 |
| SALES TAX | 5,486.97 |
| **TOTAL AMOUNT DUE** | $67,535.84 |

KBTF GROUP LLC IS A SUBSIDIARY COMPANY OF THE LAW FIRM
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

DATE: 01/18/12 14:11:56 RECAP PRO FORMA FOR INVOICE 1108348 FOR FILE (K09114001) K09114001

```
*-----MATTER DESCRIPTION-----*                    *-----BILLING INSTRUCTIONS-----*
Lehman Brothers Holdings Inc.

                                    --CLIENT NUMBER--  --ORIGINATING--  --BILLING--   --SUPERVISING--
*-----CLIENT INFORMATION-----*          444444           5864            5864            5401
Kasowitz, Benson, Torres & Friedman LLP                J HOLOHAN      J HOLOHAN       M KASOWITZ


*-----TIME ENTRIES-----*

                         WORKED            BILLED
                    ----------------   ----------------
INDEX   INIT  DATE  STAT HOURS  AMOUNT  HOURS  AMOUNT  BILL DATE DESCRIPTION
3511456 6748 071011 B    3.25  877.50   3.25  877.50   12/27/11 Investigative Research
        (ASC)
        Timekeeper: Jeffrey A. Kaplan
3511457 6748 071111 B    1.50  405.00   1.50  405.00   12/27/11 Investigative Research
        (ASC)
        Timekeeper: Jeffrey A. Kaplan
3511465 6779 101811 B    6.50 1755.00   6.50 1755.00   12/27/11 Investigative Research
        (ASC)
        Timekeeper: Kenneth L. Cain
3511466 6779 102011 B    4.00 1080.00   4.00 1080.00   12/27/11 Investigative Research
        (ASC)
        Timekeeper: Kenneth L. Cain
3511467 6779 102511 B    6.00 1620.00   6.00 1620.00   12/27/11 Investigative Research
        (ASC)
        Timekeeper: Kenneth L. Cain
3511468 6779 102711 B    4.50 1215.00   4.50 1215.00   12/27/11 Investigative Research
        (ASC)
        Timekeeper: Kenneth L. Cain
3431289 6145 103111 B    1.50  510.00   1.50  510.00   12/27/11 Document research.
        (6145)
        Timekeeper: IGNATIUS LICATO
3465299 6755 103111 B    8.00 1880.00   8.00 1880.00   12/27/11 Investigative Research
        (ASC)
        Timekeeper: Andrew McDonald
3511352 6755 110111 B    8.00 1880.00   8.00 1880.00   12/27/11 Investigative Research
        (ASC)
        Timekeeper: Andrew McDonald
3511480 6739 110211 B    8.00 1880.00   8.00 1880.00   12/27/11 Investigative Research
        (ASC)
        Timekeeper: Robert Coffaro
3454935 5864 110311 B     .50  212.50    .50  212.50   12/27/11 Investigative research.
        (5864)
        Timekeeper: JAMES HOLOHAN
3454949 6145 110311 B    1.50  510.00   1.50  510.00   12/27/11 Document research in Relativity.
        (6145)
        Timekeeper: IGNATIUS LICATO
3511481 6739 110311 B    8.00 1880.00   8.00 1880.00   12/27/11 Investigative Research
        (ASC)
        Timekeeper: Robert Coffaro
3511482 6739 110411 B    8.00 1880.00   8.00 1880.00   12/27/11 Investigative Research
        (ASC)
        Timekeeper: Robert Coffaro
```

```
3511354 6755  110411 B    8.00   1880.00    8.00  1880.00    12/27/11 Investigative Research
        (ASC)
           Timekeeper:  Andrew McDonald
3511487 6739  110711 B    3.00    705.00    3.00   705.00    12/27/11 Investigative Research
        (ASC)
           Timekeeper:  Robert Coffaro
3511474 6760  110711 B    8.00   1880.00    8.00  1880.00    12/27/11 Investigative Research
        (ASC)
           Timekeeper:  Eugene Murray
3511488 6739  110811 B    9.00   2115.00    9.00  2115.00    12/27/11 Investigative Research
        (ASC)
           Timekeeper:  Robert Coffaro
3511358 6755  110811 B    8.00   1880.00    8.00  1880.00    12/27/11 Investigative Research
        (ASC)
           Timekeeper:  Andrew McDonald
3464688 5864  110911 B    1.00    425.00    1.00   425.00    12/27/11 Investigative research.
        (5864)
           Timekeeper:  JAMES HOLOHAN
3464709 6145  110911 B    2.00    680.00    2.00   680.00    12/27/11 Document research.
        (6145)
           Timekeeper:  IGNATIUS LICATO
3511489 6739  110911 B    5.00   1175.00    5.00  1175.00    12/27/11 Investigative Research
        (ASC)
           Timekeeper:  Robert Coffaro
3511359 6755  110911 B    4.00    940.00    4.00   940.00    12/27/11 Investigative Research
        (ASC)
           Timekeeper:  Andrew McDonald
3511492 6739  111011 B    3.00    705.00    3.00   705.00    12/27/11 Investigative Research
        (ASC)
           Timekeeper:  Robert Coffaro
3511361 6755  111011 B    3.00    705.00    3.00   705.00    12/27/11 Investigative Research
        (ASC)
           Timekeeper:  Andrew McDonald
3511494 6739  111111 B    4.00    940.00    4.00   940.00    12/27/11 Investigative Research
        (ASC)
           Timekeeper:  Robert Coffaro
3511363 6755  111111 B    1.00    235.00    1.00   235.00    12/27/11 Investigative Research
        (ASC)
           Timekeeper:  Andrew McDonald
3511476 6760  111111 B    2.00    470.00    2.00   470.00    12/27/11 Investigative Research
        (ASC)
           Timekeeper:  Eugene Murray
3454948 6145  111411 B    2.00    680.00    2.00   680.00    12/27/11 Document research.
        (6145)
           Timekeeper:  IGNATIUS LICATO
3511495 6739  111411 B    6.00   1410.00    6.00  1410.00    12/27/11 Investigative Research
        (ASC)
           Timekeeper:  Robert Coffaro
3511364 6755  111411 B    5.00   1175.00    5.00  1175.00    12/27/11 Investigative Research
        (ASC)
           Timekeeper:  Andrew McDonald
3464687 5864  111511 B     .50    212.50     .50   212.50    12/27/11 Investigative research.
        (5864)
           Timekeeper:  JAMES HOLOHAN
```

```
3511497 6739  111511 B    4.00    940.00    4.00   940.00    12/27/11 Investigative Research
        (ASC)
        Timekeeper: Robert Coffaro
3511366 6755  111511 B    4.00    940.00    4.00   940.00    12/27/11 Investigative Research
        (ASC)
        Timekeeper: Andrew McDonald
3511469 6779  111511 B   15.00   4050.00   15.00  4050.00    12/27/11 Investigative Research
        (ASC)
        Timekeeper: Kenneth L. Cain
3511395 6739  111611 B    1.00    235.00    1.00   235.00    12/27/11 Investigative Research
        (ASC)
        Timekeeper: Robert Coffaro
3511368 6755  111611 B    4.00    940.00    4.00   940.00    12/27/11 Investigative Research
        (ASC)
        Timekeeper: Andrew McDonald
3511397 6739  111711 B    2.00    470.00    2.00   470.00    12/27/11 Investigative Research
        (ASC)
        Timekeeper: Robert Coffaro
3511371 6755  111711 B    3.00    705.00    3.00   705.00    12/27/11 Investigative Research
        (ASC)
        Timekeeper: Andrew McDonald
3494765 6369  111811 B    2.00    550.00    2.00   550.00    12/27/11 Locate contact information for former SAC
        (6369)                                                        employee.
        Timekeeper: JACQUELINE BUDA
3511399 6739  111811 B    2.00    470.00    2.00   470.00    12/27/11 Investigative Research
        (ASC)
        Timekeeper: Robert Coffaro
3511373 6755  111811 B    4.00    940.00    4.00   940.00    12/27/11 Investigative Research
        (ASC)
        Timekeeper: Andrew McDonald
3511375 6755  112011 B    4.00    940.00    4.00   940.00    12/27/11 Investigative Research
        (ASC)
        Timekeeper: Andrew McDonald
3511402 6739  112111 B    2.00    470.00    2.00   470.00    12/27/11 Investigative Research
        (ASC)
        Timekeeper: Robert Coffaro
3511376 6755  112111 B    5.00   1175.00    5.00  1175.00    12/27/11 Investigative Research
        (ASC)
        Timekeeper: Andrew McDonald
3488631 5864  112211 B     .50    212.50     .50   212.50    12/27/11 Investigative research.
        (5864)
        Timekeeper: JAMES HOLOHAN
3511404 6739  112211 B    1.00    235.00    1.00   235.00    12/27/11 Investigative Research
        (ASC)
        Timekeeper: Robert Coffaro
3511381 6755  112211 B    2.00    470.00    2.00   470.00    12/27/11 Investigative Research
        (ASC)
        Timekeeper: Andrew McDonald
3511406 6739  112311 B    2.00    470.00    2.00   470.00    12/27/11 Investigative Research
        (ASC)
        Timekeeper: Robert Coffaro
3511383 6755  112311 B    2.00    470.00    2.00   470.00    12/27/11 Investigative Research
        (ASC)
        Timekeeper: Andrew McDonald
```

DATE: 01/18/12 14:11:56 RECAP PRO FORMA FOR INVOICE 1108348 FOR FILE (K09114001) K09114001                    Page 4 (4)

```
3511384 6755  112511 B    4.00   940.00    4.00   940.00    12/27/11 Investigative Research
         (ASC)
         Timekeeper: Andrew McDonald
3511387 6755  112711 B    6.00  1410.00    6.00  1410.00    12/27/11 Investigative Research
         (ASC)
         Timekeeper: Andrew McDonald
3511410 6739  112811 B    2.00   470.00    2.00   470.00    12/27/11 Investigative Research
         (ASC)
         Timekeeper: Robert Coffaro
3511389 6755  112811 B    3.00   705.00    3.00   705.00    12/27/11 Investigative Research
         (ASC)
         Timekeeper: Andrew McDonald
3488653 6145  112911 B    2.00   680.00    2.00   680.00    12/27/11 Research on emails and instant messages in
         (6145)                                                     Relativity.
         Timekeeper: IGNATIUS LICATO
3511412 6739  112911 B    5.00  1175.00    5.00  1175.00    12/27/11 Investigative Research
         (ASC)
         Timekeeper: Robert Coffaro
3511390 6755  112911 B    6.00  1410.00    6.00  1410.00    12/27/11 Investigative Research
         (ASC)
         Timekeeper: Andrew McDonald
3494734 6145  113011 B    2.00   680.00    2.00   680.00    12/27/11 Research on emails.
         (6145)
         Timekeeper: IGNATIUS LICATO
3511414 6739  113011 B    5.00  1175.00    5.00  1175.00    12/27/11 Investigative Research
         (ASC)
         Timekeeper: Robert Coffaro
3511184 6779  113011 B   10.00  2700.00   10.00  2700.00    12/27/11 Investigative research.
         (ASC)
         Timekeeper: Kenneth L. Cain
                                          ----------
                    FEE SUBTOTAL          61825.00
                                          ----------
```

*-----COST ENTRIES-----*

| INDEX | DATE STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER | BILL DATE |
|-------|-----------|--------|-------------|------|-------|---------|-----------|
| 2373901 | 103111 B | 50.40 | OFFICIAL RECORDS SEARCH - - VENDOR: RJC PROFESSIONAL SERVICES, INC. IRB RECORD SEARCH/REPORTS FROM 10/1/11-10/31/11, INV # 1079, DATE 10/31/11 | 01 | 5864 | 298264 | 12/27/11 |
| 2373902 | 103111 B | 9.47 | OFFICIAL RECORDS SEARCH - - VENDOR: RJC PROFESSIONAL SERVICES, INC. LOCATEPLUS RECORD SEARCH/REPORTS FROM 10/1/11-10/31/11, INV # 1079, DATE 10/31/11 | 01 | 5864 | 298264 | 12/27/11 |
| 2373907 | 110111 B | 164.00 | OFFICIAL RECORDS SEARCH - - VENDOR: PERSONAL INVESTIGATIONS, INC. IRB RECORD SEARCH/REPORTS FROM 10/17/11 TO 10/31/11, INV # 110111, DATE 11/1/11 | 01 | 5864 | 298265 | 12/27/11 |

```
                    ----------
                       223.87
                    ----------
```

DATE: 01/18/12 14:11:56 RECAP PRO FORMA FOR INVOICE 1108340 FOR FILE (K09114001) K09114001                    Page 5 (5)


TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . . . .    5057.50
COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . . . .      89.00


( ) BILL COSTS AND FEES                    ( ) DO NOT BILL
( ) BILL FEES ONLY                         ( ) CLOSE FILE
( ) BILL COSTS ONLY                        ( ) FINAL BILL

## KBTF Group LLC

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-3352

FACSIMILE: 212-265-9179

IGNATIUS LICATO
SENIOR INVESTIGATOR

February 3, 2012

The following report is a description of the work and hours spent conducting an investigation during the months of December 2011 and January 2012.
The investigation was conducted by KBTF group.

RE:    Lehman Brothers

The investigation included but was not limited to researching documents such as news stories, blogs, internet and proprietary data base searches.

The following is a total of hours billed for the months of December 2011 and January 2012.
**Invoice#1200499**

| Date | Description | Amount |
|---|---|---|
| 12/01/2011 | 2-Investigator 9.00 hours @ 235.00 an hour | 2115.00 |
| 12/02/2011 | 2-Investigator 10.00 hours @ 235.00 an hour | 2350.00 |
| 12/04/2011 | 1-Investigator 4.00 hours @ 235.00 an hour | 940.00 |
| 12/05/2011 | 2-Investigator 6.00 hours @ 235.00 an hour | 1410.00 |
| 12/06/2011 | 1-Investigator .50 hours @ 425.00 an hour | 212.50 |
| 12/06/2011 | 1-Investigator 1.50 hours @ 340.00 an hour | 510.00 |
| 12/06/2011 | 2-Investigator 10.00 hours @ 235.00 an hour | 2350.00 |
| 12/07/2011 | 1-Investigator 1.50 hours @ 425.00 an hour | 637.50 |
| 12/07/2011 | 2-Investigator 9.00 hours @ 235.00 an hour | 2115.00 |
| 12/08/2011 | 2-Investigator 10.00 hours @ 235.00 an hour | 2350.00 |
| 12/09/2011 | 1-Investigator .50 hours @ 425.00 an hour | 212.50 |
| 12/09/2001 | 1-Investigator 2.00 hours @ 340.00 an hour | 680.00 |
| 12/09/2011 | 1-Investigator 4.00 hours @ 235.00 an hour | 940.00 |
| 12/12/2011 | 1-Investigator 1.00 hours @235.00 an hour | 235.00 |
| 12/13/2011 | 1-Investigator .50 hours @ 425.00 an hour | 212.50 |
| 12/13/2011 | 1-Investigator 2.00 hours @ 340.00 an hour | 680.00 |
| 12/13/2011 | 1-Investigator 1.00 hours @ 235.00 an hour | 235.00 |
| 12/15/2011 | 1-Investigator 2.00 hours@ 235.00 an hour | 470.00 |

KBTF Group llc

| Date | Description | Amount |
|---|---|---|
| 12/15/2011 | 1-Investigator 9.75 hours @ 270.00 an hour | 2632.50 |
| 12/16/2011 | 1-Investigator 3.00 hours @ 235.00 an hour | 705.00 |
| 12/19/2011 | 1-Investigator .50 hours @ 425.00 an hour | 212.50 |
| 12/19/2011 | 1-Investigator 1.00 hours @ 235.00 an hour | 235.00 |
| 12/20/2011 | 1-Investigator .50 hours @ 340.00 an hour | 510.00 |
| 12/20/2011 | 2-Investigator 10.00 hours @ 235.00 an hour | 2350.00 |
| 12/21/2011 | 3-Investigator 20.00 hours @235.00 an hour | 4700.00 |
| 12/22/2011 | 1-Investigator 2.50 hours@ 340.00 an hour | 850.00 |
| 12/22/2011 | 2-Investigator 12.00 hours @ 235.00 an hour | 2820.00 |
| 12/23/2011 | 1-Investigator 1.00 hours @ 340.00 an hour | 340.00 |
| 12/23/2011 | 2-Investigator 12.00 hours @ 235.00 an hour | 2820.00 |
| 12/27/2011 | 2-Investigator 16.00 hours @ 235.00 an hour | 3760.00 |
| 12/28/2011 | 2-Investigator 14.00 hours @ 235.00 an hour | 3290.00 |
| 12/29/2011 | 2-Investigator 12.00 hours @ 235.00 an hour | 2820.00 |
| 12/30/2011 | 2-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 12/31/2011 | 1-Investigator 10.00 hours @ 270.00 an hour | 2700.00 |
| 01/03/2012 | 1-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 01/04/2012 | 1-Investigator 2.50 hours @ 355.00 an hour | 887.50 |
| 01/04/2012 | 1-Investigator 2.00 hours @ 235.00 an hour | 470.00 |
| 01/05/2012 | 1-Investigator 1.00 hours @ 445.00 an hour | 445.00 |
| 01/05/2012 | 1-Investigator 3.00 hours @ 235.00 an hour | 705.00 |
| 01/06/2012 | 1-Investigator 1.00 hours @ 355.00 an hour | 355.00 |
| 01/06/2012 | 1-Investigator 2.00 hours @ 235.00 an hour | 470.00 |
| 01/09/2012 | 1-Investigator 2.00 hours @ 355.00 an hour | 710.00 |
| 01/09/2012 | 2-Investigator 10.00 hours @ 235.00 an hour | 2350.00 |
| 01/11/2012 | 1-Investigator 1.50 hours @ 355.00 an hour | 532.50 |
| 01/11/2012 | 2-Investigator 8.00 hours @ 235.00 an hour | 1880.00 |
| 01/12/2012 | 1-Investigator 1.50 hours @ 445.00 an hour | 667.50 |
| 01/12/2012 | 1-Investigator 1.50 hours @ 355.00 an hour | 532.50 |
| 01/13/2012 | 1-Investigator 2.00 hours @ 355.00 an hour | 710.00 |
| 01/13/2012 | 2-Investigator 10.00 hours @ 235.00 an hour | 2350.00 |
| 01/15/2012 | 1-Investigator 5.00 hours @ 270.00 an hour | 1350.00 |
| 01/17/2012 | 1-Investigator .50 hours @ 445.00 an hour | 222.50 |
| 01/17/2012 | 1-Investigator 2.00 hours @ 235.00 an hour | 470.00 |
| 01/19/2012 | 1-Investigator .50 hours @ 445.00 an hour | 222.50 |
| 01/19/2012 | 1-Investigator 5.00 hours @ 235.00 an hour | 1175.00 |
| 01/20/2012 | 1-Investigator 1.50 hours @ 355.00 an hour | 532.50 |
| 01/20/2012 | 1-Investigator 4.00 hours @ 235.00 an hour | 940.00 |
| 01/20/2012 | 1-Investigator 10.25 hours @ 270.00 an hour | 2767.50 |

Total Hours/Amount          292.50                    $73,905.00

Disbursements                                             89.00

KBTF Group llc

Sales Tax                                                     6,559.07

**Total Amount Due**                                  $80,553.07

# KBTF GROUP LLC

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

FED. I.D. 02-0530967

212-506-3352

FACSIMILE: 212-265-9179

Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

MARC E. KASOWITZ
K09114001

INVOICE NUMBER 1200499                January 31, 2012

RE: Lehman Brothers Holdings Inc.

FOR INVESTIGATIVE SERVICES rendered for the month of JANUARY 2012

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 01/31/2012 Investigative Duties. | 228.00 | 235.00 | 53,580.00 |
| 01/31/2012 Investigative Duties. | 35.00 | 270.00 | 9,450.00 |
| 01/31/2012 Investigative Duties. | 10.50 | 340.00 | 3,570.00 |
| 01/31/2012 Investigative Duties. | 12.00 | 355.00 | 4,260.00 |
| 01/31/2012 Investigative Duties. | 3.50 | 425.00 | 1,487.50 |
| 01/31/2012 Investigative Duties. | 3.50 | 445.00 | 1,557.50 |
| TOTAL HOURS/AMOUNT | 292.50 |  | $73,905.00 |
| TOTAL DISBURSEMENTS |  |  | $89.00 |

Kasowitz, Benson, Torres & Friedman
Page   2

| | |
|---|---:|
| FEES | $73,905.00 |
| DISBURSEMENTS | 89.00 |
| SALES TAX | 6,559.07 |
| **TOTAL AMOUNT DUE** | **$80,553.07** |

KBTF GROUP LLC IS A SUBSIDIARY COMPANY OF THE LAW FIRM
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

DATE: 02/02/12 09:04:43 PRO FORMA STATEMENT AS OF 123111 FOR FILE (K09114001) K09114001          #259727(84487)    Page 17 (1)


*-----MATTER DESCRIPTION-----*                              *-----BILLING INSTRUCTIONS-----*
Lehman Brothers Holdings Inc.

*-----CLIENT INFORMATION-----*          --CLIENT NUMBER--   --ORIGINATING--   --BILLING--    --SUPERVISING--
Kasowitz, Benson, Torres & Friedman LLP      444444              5864             5864             5401
                                                            J HOLOHAN        J HOLOHAN       M KASOWITZ


*-----TIME ENTRIES-----*

                           WORKED              BILLED
                        ----------------    ----------------
INDEX   INIT  DATE   STAT HOURS   AMOUNT   HOURS   AMOUNT  CUMULATIVE DESCRIPTION
3536611 6739  120111 B   5.00   1175.00    5.00  1175.00    1175.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Robert Coffaro
3536582 6755  120111 B   4.00    940.00    4.00   940.00    2115.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Andrew McDonald
3536613 6739  120211 B   6.00   1410.00    6.00  1410.00    3525.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Robert Coffaro
3536583 6755  120211 B   4.00    940.00    4.00   940.00    4465.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Andrew McDonald
3536585 6755  120411 B   4.00    940.00    4.00   940.00    5405.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Andrew McDonald
3536615 6739  120511 B   4.00    940.00    4.00   940.00    6345.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Robert Coffaro
3536587 6755  120511 B   2.00    470.00    2.00   470.00    6815.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Andrew McDonald
3511235 5864  120611 B    .50    212.50     .50   212.50    7027.50 Investigative research.
        (5864)
        Timekeeper: JAMES HOLOHAN
3511271 6145  120611 B   1.50    510.00    1.50   510.00    7537.50 Research on Lehman Brothers.
        (6145)
        Timekeeper: IGNATIUS LICATO
3536617 6739  120611 B   2.00    470.00    2.00   470.00    8007.50 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Robert Coffaro
3536574 6760  120611 B   8.00   1880.00    8.00  1880.00    9887.50 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Eugene Murray
3511234 5864  120711 B   1.50    637.50    1.50   637.50   10525.00 Investigative research.
        (5864)
        Timekeeper: JAMES HOLOHAN
3536619 6739  120711 B   3.00    705.00    3.00   705.00   11230.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Robert Coffaro
3536589 6755  120711 B   6.00   1410.00    6.00  1410.00   12640.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Andrew McDonald

DATE: 02/02/12 09:04:43 PRO FORMA STATEMENT AS OF 123111 FOR FILE (K09114001) K09114001          #259727(84487)   Page 18 (2)

```
3536622 6739  120811 B      6.00   1410.00     6.00  1410.00      14050.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Robert Coffaro
3536590 6755  120811 B      4.00    940.00     4.00   940.00      14990.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Andrew McDonald
3514097 5864  120911 B       .50    212.50      .50   212.50      15202.50 Investigation.
        (5864)
        Timekeeper: JAMES HOLOHAN
3511270 6145  120911 B      2.00    680.00     2.00   680.00      15882.50 Research in Relativity on Lehman subjects.
        (6145)
        Timekeeper: IGNATIUS LICATO
3536591 6755  120911 B      4.00    940.00     4.00   940.00      16822.50 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Andrew McDonald
3536626 6739  121211 B      1.00    235.00     1.00   235.00      17057.50 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Robert Coffaro
3514096 5864  121311 B       .50    212.50      .50   212.50      17270.00 Investigative research.
        (5864)
        Timekeeper: JAMES HOLOHAN
3511272 6145  121311 B      2.00    680.00     2.00   680.00      17950.00 Research on Lehman productions in Relativity.
        (6145)
        Timekeeper: IGNATIUS LICATO
3536628 6739  121311 B      1.00    235.00     1.00   235.00      18185.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Robert Coffaro
3536596 6755  121511 B      2.00    470.00     2.00   470.00      18655.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Andrew McDonald
3536633 6779  121511 B      9.75   2632.50     9.75  2632.50      21287.50 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Kenneth L. Cain
3536708 6739  121611 B      3.00    705.00     3.00   705.00      21992.50 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Robert Coffaro
3514098 5864  121911 B       .50    212.50      .50   212.50      22205.00 Investigative research.
        (5864)
        Timekeeper: JAMES HOLOHAN
3536712 6739  121911 B      1.00    235.00     1.00   235.00      22440.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Robert Coffaro
3514123 6145  122011 B      1.50    510.00     1.50   510.00      22950.00 Research on subjects reports and email
        (6145)                                                             retrieved in Relativity.
        Timekeeper: IGNATIUS LICATO
3536714 6739  122011 B      2.00    470.00     2.00   470.00      23420.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Robert Coffaro
3536678 6755  122011 B      8.00   1880.00     8.00  1880.00      25300.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Andrew McDonald
3536715 6739  122111 B      8.00   1880.00     8.00  1880.00      27180.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Robert Coffaro
```

DATE: 02/02/12 09:04:43 PRO FORMA STATEMENT AS OF 123111 FOR FILE (K09114001) K09114001          #259727(84487)   Page 19 (3)

```
3536679 6755  122111 B      8.00  1880.00     8.00  1880.00      29060.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper:  Andrew McDonald
3536650 6760  122111 B      4.00   940.00     4.00   940.00      30000.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper:  Eugene Murray
3514124 6145  122211 B      2.50   850.00     2.50   850.00      30850.00 Reviewed Lehamn docs.
        (6145)
        Timekeeper:  IGNATIUS LICATO
3536716 6739  122211 B      8.00  1880.00     8.00  1880.00      32730.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper:  Robert Coffaro
3536680 6755  122211 B      4.00   940.00     4.00   940.00      33670.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper:  Andrew McDonald
3529754 6145  122311 B      1.00   340.00     1.00   340.00      34010.00 Research on Lehman case in Relativity.
        (6145)
        Timekeeper:  IGNATIUS LICATO
3536717 6739  122311 B      8.00  1880.00     8.00  1880.00      35890.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper:  Robert Coffaro
3536681 6755  122311 B      4.00   940.00     4.00   940.00      36830.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper:  Andrew McDonald
3536718 6739  122711 B      8.00  1880.00     8.00  1880.00      38710.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper:  Robert Coffaro
3536682 6755  122711 B      8.00  1880.00     8.00  1880.00      40590.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper:  Andrew McDonald
3536719 6739  122811 B      6.00  1410.00     6.00  1410.00      42000.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper:  Robert Coffaro
3536683 6755  122811 B      8.00  1880.00     8.00  1880.00      43880.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper:  Andrew McDonald
3536721 6739  122911 B      4.00   940.00     4.00   940.00      44820.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper:  Robert Coffaro
3536684 6755  122911 B      8.00  1880.00     8.00  1880.00      46700.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper:  Andrew McDonald
3536723 6739  123011 B      5.00  1175.00     5.00  1175.00      47875.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper:  Robert Coffaro
3536685 6755  123011 B      3.00   705.00     3.00   705.00      48580.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper:  Andrew McDonald
3536704 6779  123111 B     10.00  2700.00    10.00  2700.00      51280.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper:  Kenneth L. Cain
3544577 6739  010312 B      8.00  1880.00     8.00  1880.00      53160.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper:  Robert Coffaro
```

```
3529753 6145  010412 B    2.50   887.50    2.50   887.50    54047.50 Document research in Relativity.
        (6145)
          Timekeeper:  IGNATIUS LICATO
3544578 6739  010412 B    2.00   470.00    2.00   470.00    54517.50 INVESTIGATIVE RESEARCH
        (ASC)
          Timekeeper:  Robert Coffaro
3538394 5864  010512 B    1.00   445.00    1.00   445.00    54962.50 Investigative research.
        (5864)
          Timekeeper:  JAMES HOLOHAN
3544580 6739  010512 B    3.00   705.00    3.00   705.00    55667.50 INVESTIGATIVE RESEARCH
        (ASC)
          Timekeeper:  Robert Coffaro
3532418 6145  010612 B    1.00   355.00    1.00   355.00    56022.50 Document research on Lehman Brothers case.
        (6145)
          Timekeeper:  IGNATIUS LICATO
3544582 6739  010612 B    2.00   470.00    2.00   470.00    56492.50 INVESTIGATIVE RESEARCH
        (ASC)
          Timekeeper:  Robert Coffaro
3532419 6145  010912 B    2.00   710.00    2.00   710.00    57202.50 Document research
        (6145)
          Timekeeper:  IGNATIUS LICATO
3544584 6739  010912 B    2.00   470.00    2.00   470.00    57672.50 INVESTIGATIVE RESEARCH
        (ASC)
          Timekeeper:  Robert Coffaro
3545478 6755  010912 B    8.00  1880.00    8.00  1880.00    59552.50 INVESTIGATIVE RESEARCH
        (ASC)
          Timekeeper:  Andrew McDonald
3533264 6145  011012 B    1.50   532.50    1.50   532.50    60085.00 Document and email research. Preparation and
        (6145)                                                       review of weekly Lehman Brothers rumor report.
          Timekeeper:  IGNATIUS LICATO
3544586 6739  011012 B    3.00   705.00    3.00   705.00    60790.00 INVESTIGATIVE RESEARCH
        (ASC)
          Timekeeper:  Robert Coffaro
3545480 6755  011012 B    5.00  1175.00    5.00  1175.00    61965.00 INVESTIGATIVE RESEARCH
        (ASC)
          Timekeeper:  Andrew McDonald
3538393 5864  011212 B    1.50   667.50    1.50   667.50    62632.50 Investigative research.
        (5864)
          Timekeeper:  JAMES HOLOHAN
3538427 6145  011212 B    1.50   532.50    1.50   532.50    63165.00 Research on documents and phone numbers
        (6145)                                                       affiliated with Lehman Brothers.
          Timekeeper:  IGNATIUS LICATO
3538428 6145  011312 B    2.00   710.00    2.00   710.00    63875.00 Document research
        (6145)
          Timekeeper:  IGNATIUS LICATO
3544595 6739  011312 B    4.00   940.00    4.00   940.00    64815.00 INVESTIGATIVE RESEARCH
        (ASC)
          Timekeeper:  Robert Coffaro
3545485 6755  011312 B    6.00  1410.00    6.00  1410.00    66225.00 INVESTIGATIVE RESEARCH
        (ASC)
          Timekeeper:  Andrew McDonald
3544599 6779  011512 B    5.00  1350.00    5.00  1350.00    67575.00 INVESTIGATIVE RESEARCH
        (ASC)
          Timekeeper:  Kenneth L. Cain
```

```
3538392 5864  011712 B      .50   222.50      .50   222.50     67797.50 Investigative duties.
        (5864)
        Timekeeper: JAMES HOLOHAN
3545493 6755  011712 B     2.00   470.00     2.00   470.00     68267.50 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Andrew McDonald
3538391 5864  011912 B      .50   222.50      .50   222.50     68490.00 Investigative research.
        (5864)
        Timekeeper: JAMES HOLOHAN
3545494 6755  011912 B     5.00  1175.00     5.00  1175.00     69665.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Andrew McDonald
3538426 6145  012012 B     1.50   532.50     1.50   532.50     70197.50 Document research in Relativity.
        (6145)
        Timekeeper: IGNATIUS LICATO
3545495 6755  012012 B     4.00   940.00     4.00   940.00     71137.50 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Andrew McDonald
3545456 6779  012012 B    10.25  2767.50    10.25  2767.50     73905.00 INVESTIGATIVE RESEARCH
        (ASC)
        Timekeeper: Kenneth L. Cain
                                        ----------
            FEE SUBTOTAL                   73905.00
                                        ----------
```

*-----COST ENTRIES-----*

```
  INDEX    DATE STAT    AMOUNT   DESCRIPTION                                        CODE   TKPER VOUCHER
2406477   123111 B      89.00   OFFICIAL RECORDS SEARCH - - VENDOR: GM               01    5864  300761
                                INVESTIGATIONS, INC. IRB RECORD SEARCH/REPORTS
                                ON 12/6/11, INV # 123111, DATE 12/31/11

                    ----------
                         89.00
                    ----------
```

```
        TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . . . .  22625.00
        COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . . . .      0.00
```

```
        ( ) BILL COSTS AND FEES            ( ) DO NOT BILL
        ( ) BILL FEES ONLY                 ( ) CLOSE FILE
        ( ) BILL COSTS ONLY                ( ) FINAL BILL
```