# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
In re:                              : Chapter 11
                                    :
LEHMAN BROTHERS HOLDINGS INC., et al. : No. 08-13555 (JMP)
                                    :
                    Debtors.        : (Jointly Administered)
                                    :
------------------------------x

### [PROPOSED] ORDER GRANTING APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Summary Of Sixth Interim Application Of Kasowitz, Benson, Torres & Friedman LLP, Special Counsel To The Debtors And Debtors In Possession, For Interim Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From October 1, 2011 Through March 6, 2012 (the "Application") for professional services rendered and expenses incurred during the period commencing October 1, 2011 through March 6, 2012; and a hearing having been held before this Court to consider the Application on _____; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby

ORDERED that the Application is granted to the extent set forth in Schedule "A."

Date:  New York, New York
       _____, 2012

                                   _____
                                   United States Bankruptcy Judge
                                   Southern District of New York

Case No.:      08-13555 (JMP)
Case Name:     In Re Lehman Brothers Holdings, Inc., et al.

## CURRENT FEE PERIOD:
### October 1, 2011 through March 6, 2012

| APPLICANT | DATE AND DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Kasowitz, Benson, Torres & Friedman LLP | _____, 2011 Docket No. | $459,365.00 | | $293,687.48 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SCHEDULE: A          DATE:_____          INITIALS: _____ USBJ