B 210A (Form 210A) (12/09)

## United States Bankruptcy Court

### Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Morgan Stanley Senior Funding, Inc. | SPCP Group, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 7484 |
|---|---|
| | Amount of Claim: $16,018,913.00 (reduced from $16,597,219.56) |
| Morgan Stanley Senior Funding, Inc. | Date Claim Filed: August 6, 2009 |
| 1585 Broadway – 2nd Floor | Debtor: Lehman Brothers Commodity Services, Inc. |
| New York, NY 10036 | |
| Attn: Joshua Rawlins | |
| Attn: Morgan Stanley – Legal & Compliance Division – Corporate Loans Group | |

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: _____    Phone: _____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

21

BB AO

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*John Ragusa*_____   Date: _5/10/12_
Transferee/Transferee's Agent
John Ragusa
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
Transferor/Transferor's Agent
Jennifer Poccia
Authorized Signatory

22

BB AO

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

and to LEHMAN BROTHERS COMMODITY SERVICES, INC. Case No. 08-13885:

SPCP Group, LLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Morgan Stanley Senior Funding, Inc. and its successors and assigns ("Buyer"), all of Seller's right, title and interest in and to Proof of Claim No. 7484 against Lehman Brothers Commodity Services, Inc. but solely to the extent of $16,018,913.00 (the "Claim") filed in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13885.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 10th day of MAY, 2012.

SELLER: SPCP GROUP, LLC

By: _____
Name: Jennifer Poccia
Title: Authorized Signatory

BUYER: MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
Name: John Ragusa
      Authorized Signatory
Title: _____

17