Exhibit E

B210A (Form 210A) (12/09)

United States Bankruptcy Court

Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors. Case No. 08-13555 (JMP) (Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Morgan Stanley Senior Funding Inc.<br><br>Name of Transferee | SPCP Group, LLC<br><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>Morgan Stanley Senior Funding, Inc.<br>1585 Broadway, 2nd Floor<br>New York, NY 10036<br>Attn:  Joshua Rawlins<br>Attn:  Morgan Stanley – Legal & Compliance Division – Corporate Loans Group | Court Claim # (if known):  7603<br>Amount of Claim:  $440,084<br>Date Claim Filed:  August 7, 2009<br>Debtor:  Lehman Brothers Holdings Inc. |
| With a copy to:<br><br>Richard Kibbe & Orbe LLP<br>Attn:  Managing Clerk<br>One World Financial Center<br>New York, NY 10281<br><br>Phone:<br>Last Four Digits of Acct #: | Phone:<br>Last Four Digits of Acct #: |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Phone:<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____John Ragusa_____    Date: __May 10, 2012__
Transferee/Transferee's Agent
John Ragusa
Authorized Signatory

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
Transferor/Transferor's Agent

Jennifer Poccia
Authorized Signatory

Exhibit D

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO: LEHMAN BROTHERS HOLDINGS INC. ("Debtor") Case No. 08-13555 (the "Case")

Claim # 7603

SPCP GROUP, LLC ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

MORGAN STANLEY SENIOR FUNDING, INC.
1585 Broadway, 2nd Floor
New York, NY 10036
Attn: Joshua Rawlins

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 7603, solely to the extent of $440,084, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 10, 2012.

SPCP GROUP, LLC                              MORGAN STANLEY SENIOR FUNDING, INC.

By: _____                  By: _John Ragusa_____
Name: Jennifer Poccia                         Name: John Ragusa
Title: Authorized Signatory                   Title: Authorized Signatory