B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Permal Stone Lion Fund Ltd. | Macquarie Bank Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Stone Lion Portfolio L.P.
Stone Lion Capital Partners L.P.
461 Fifth Avenue, 14th Fl
New York, NY 10017
bwood@stonelioncapital.com

Attn: Brian Wood
Phone: (212) 843-1243
Last Four Digits of Acct #: _____

Court Claim # (if known): 25155
Amount of Claim Total: $12,909,634.00
Amount of Claim Transferred: $801,659.00
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Claudia Borg     Date: 5/14/2012
Claudia Borg
Authorized Signatory
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Permal Stone Lion Fund Ltd.
By: Stone Lion Capital Partners L.P.,
Investment Manager

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Macquarie Bank Limited ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto Permal Stone Lion Fund Ltd. ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as Proof of Claim No. 25155, solely to the extent of the claims thereunder in the amount of $801,659.00, arising from a promissory note dated March 8, 2005 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc., et. al, Case No. 08-13555 (JMP) (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representatives dated the 14th day of May, 2012.

| ASSIGNOR: (Sydney, POA #594/10) MACQUARIE BANK LIMITED | ASSIGNEE: PERMAL STONE LION FUND LTD. By: Stone Lion Capital Partners L.P., Investment Manager |
|---|---|
| By: _[signature]_<br>Name:<br>Title: Alan D Cameron<br>Executive Director<br>Fixed Income & Currencies<br>Macquarie Bank Ltd<br><br>By: _[signature]_<br>Name: Nathan Booker<br>Title: Associate Director<br>Legal Risk Management | By: _____<br>Name:<br>Title: |

#932401

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Macquarie Bank Limited ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto Permal Stone Lion Fund Ltd. ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as Proof of Claim No. 25155, solely to the extent of the claims thereunder in the amount of $801,659.00, arising from a promissory note dated March 8, 2005 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc., et. al, Case No. 08-13555 (JMP) (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representatives dated the 14th day of May, 2012.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| MACQUARIE BANK LIMITED | PERMAL STONE LION FUND LTD.<br>By: Stone Lion Capital Partners L.P., Investment Manager |
| By: _____<br>Name:<br>Title: | By: _____<br>Name:<br>Title:<br>Claudia Borg<br>Authorized Signatory |
| By: _____<br>Name:<br>Title: | |