**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

May 14, 2012

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY  10004

Re:  **ADR Procedures Order Dated 9/17/09 ("Order")**
    **Thirtieth Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the thirtieth) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order dated September 10, 2010. Debtors will file this report on the docket in advance of the May 16, 2012 omnibus hearing.

In the just-ended 30-day period, Debtors served four additional ADR Notices in Tier I. When added to the total Notices served in Tier Two, the total number of Notices served is now 241. Also during the immediately past reporting period, Debtors achieved settlements with counterparties in eight additional ADR matters, four as a result of mediation. Upon closing of those settlements, Debtors will have received an aggregate total of $1,145,321,299 new dollars for the Debtors' estates. Settlements have now been achieved in 202 ADR matters involving 224 counterparties.

Honorable James M. Peck  
May 14, 2012  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 77 ADR matters that have reached the mediation stage and have been concluded, 73 have been settled in mediation. Only four mediations have terminated without settlement. Thirteen additional mediations have been scheduled to commence on the following dates: May 15, 22, 23, 24, 30 and 31; June 5, 6, 14, 26 and 28; and July 10 and 11, 2012.

Respectfully submitted,

*[signature]*

Peter Gruenberger  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Debtors  
and Debtors in Possession

PG:mp

cc: Jacob Esher, Esq.  
    James Freund, Esq.  
    David Geronemus, Esq.  
    Ralph Mabey, Esq.  
    David Cohen, Esq.  
    (all cc's via E-mail)