B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.　　　Case No. <u>08-13555 (JMP)</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Morgan Stanley Senior Funding, Inc.</u> | <u>Avila Master Fund L.P.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Morgan Stanley Senior Funding, Inc.
c/o Joshua Rawlins
1585 Broadway, 2nd Floor
New York, NY 10036
Tel: 212-761-2991
Email: nydocs@morganstanley.com

With a copy to:

Richards Kibbe & Orbe LLP
Attn: Managing Clerk (Bankruptcy)
One World Financial Center
New York, NY 10281

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): <u>23572</u>
Amount of Claim:<u>$ 1,278,720.00</u>
Date Claim Filed: <u>9/21/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

DOC ID-18390536.6

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*John Ragusa*_____   Date: _____

Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Acknowledged and agreed:

By: _____         Date: 5/11/2012
    Transferor/Transferor's Agent