UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
                        :

In re                            :        Chapter 11 Case No.
                        :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                        :        (Jointly Administered)
            Debtors.        :
                        :

---------------------------------------------------------------------------x    Ref. Docket Nos. 27185, 27668,
                                          27670, 27673

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 3, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
14th day of May, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   AMERICAN AIRLINES, INC.
          C/O ROBERT D. ALBERGOTTI
          HAYNES AND BOONE, LLP
          2323 VICTORY AVE., STE 700
          DALLAS TX 75261-9616

Please note that your claim # 17298 in the above referenced case and in the amount of
        $3,801,000.00  allowed at $1,850,000.00        has been transferred **(unless previously expunged by court order)**

          DEUTSCHE BANK AG, LONDON BRANCH
          TRANSFEROR: AMERICAN AIRLINES, INC.
          C/O DEUTSCHE BANK SECURITIES, INC.
          ATTN: MATTHEW WEINSTEIN
          60 WALL STREET, 3RD FLOOR
          NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 27670      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/03/2012

                              Vito Genna, Clerk of Court

                              /s/ Lauren Rodriguez
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 3, 2012.

# EXHIBIT B

```
TIME: 20:31:22                                                                                          PAGE:    1
DATE: 05/03/12
                                      LEHMAN BROTHERS HOLDING INC.
                                          CREDITOR LISTING

Name                                         Address
AMERICAN AIRLINES, INC.                      C/O ROBERT D. ALBERGOTTI HAYNES AND BOONE, LLP 2323 VICTORY AVE., STE 700 DALLAS TX 75219
AMERICAN AIRLINES, INC.                      C/O ROBERT D. ALBERGOTTI HAYNES AND BOONE, LLP 2323 VICTORY AVE., STE 700 DALLAS TX 75261-9616
BANK OF AMERICA, NATIONAL ASSOCIATION        AS SUCCESSOR BY MERGER TO LASALLE BANK NA HUNTON & WILLIAMS LLP ATTN: J.R. SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER
                                             951 E. BYRD STREET RICHMOND VA 23219
DEUTSCHE BANK AG, LONDON BRANCH              TRANSFEROR: AMERICAN AIRLINES, INC. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                             NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH              TRANSFEROR: AMERICAN AIRLINES, INC. C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                             NEW YORK NY 10005
ELISHA SHAHMOON                              TRANSFEROR: POLAK, MARTIN J., A/O POLAK-SCHOENBECK, I. 26 OFAKIM STREET TEL AVIV  69697 ISRAEL
GOLDMAN SACHS & CO.                          TRANSFEROR: BANQUE HAVILLAND S.A. ATTN: ANDREW CADIZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
LBVN HOLDINGS LLC                            ANDREW N ROSENBERG PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS LLC                            TRANSFEROR: GOLDMAN SACHS & CO. PO BOX 1641 NEW YORK NY 10150
POLAK, MARTIN J., A/O POLAK-SCHOENBECK,      4 KIRIATI ST. RAMAT GAN  52223 ISRAEL
I.
US BANK NATIONAL ASSOCIATION                 TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION SACHIKO NISHIDA CORPORATE TRUST SERVICES 190 SOUTH LASALLE STREET CHICAGO IL 60603


Total Number of Records Printed     11


                                                                                             EPIQ BANKRUPTCY SOLUTIONS, LLC
```