UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                :

In re                                          :        Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                        :        (Jointly Administered)
                Debtors.                  :
                                        :
------------------------------------------------------------x        Ref. Docket No. 27537

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 3, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                       /s/ *Lauren Rodriguez*
                                                                       Lauren Rodriguez

Sworn to before me this
14th day of May, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   BLUEBAY STRUCTURED FUNDS- HIGH YIELD ENHANCED FUND
              ATTN: DAN BEBELLO & LUCIEN ORLOVIUS
              C/O BLUEBAY ASSET MANAGEMENT PLC
              77 GROSVENOR STREET
              LONDON W1K 3JR UNITED KINGDOM


Additional:   BLUEBAY STRUCTURED FUNDS- HIGH YIELD ENHANCED FUND
              ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ.
              CHADBOURNE & PARKE LLP
              30 ROCKEFELLER PLAZA
              NEW YORK NY 10112




Transferee:   BARCLAYS BANK PLC
              745 SEVENTH AVENUE
              NEW YORK NY 10019



**Your transfer   of claim #   30132   is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match
Amount On Transfer Agreement Does Not Match




Docket Number 27537              Date 04/20/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 3, 2012.

# EXHIBIT B

```
TIME: 20:32:28                              LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 05/03/12                                  CREDITOR LISTING

Name                                 Address
BARCLAYS BANK PLC                    745 SEVENTH AVENUE NEW YORK NY 10019
BLUEBAY STRUCTURED FUNDS- HIGH YIELD ATTN: DAN BEBELLO & LUCIEN ORLOVIUS C/O BLUEBAY ASSET MANAGEMENT PLC 77 GROSVENOR STREET LONDON    W1K 3JR UNITED KINGDOM
 ENHANCED FUND
BLUEBAY STRUCTURED FUNDS- HIGH YIELD ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112
 ENHANCED FUND


Total Number of Records Printed         3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC