UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                             :     Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :     08-13555 (JMP)
                                                                  :     (Jointly Administered)
                       Debtors.                                   :
                                                                  :
------------------------------------------------------------------x     Ref. Docket Nos. 27082, 27207,
                                                                        27269, 27318-27320, 27564, 27679-
                                                                        27693, 27699-27701, 27708, 27713,
                                                                        27716-27719, 27723, 27728, 27733-
                                                                        27738, 27743, 27745-27749

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 10, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         */s/ Lauren Rodriguez*
                                                         Lauren Rodriguez

Sworn to before me this
14th day of May, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 27082, 27207, 27269...27743, 27745-27749_AFF_05-10-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|   |   |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ANCHORAGE CAPITAL MASTER OFFSHORE, LTD
     TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC.
     ANCHORAGE CAPITAL GROUP, LLC
     ATTN: SUSAN MORIELLO
     610 BROADWAY, 6TH FLOOR
     NEW YORK NY 10012
```

Please note that your claim # 66017 in the above referenced case and in the amount of
       $633,543.35       has been transferred **(unless previously expunged by court order)**

```
     DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD
     ATTN: RICH VICHAIDITH
     60 WALL STREET, 3RD FLOOR
     NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 27716    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/10/2012                             Vito Genna, Clerk of Court

                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 10, 2012.

# EXHIBIT B

08-13555-mg    Doc 27880    Filed 05/14/12    Entered 05/14/12 22:10:49    Main Document
Pg 4 of 7

```
TIME: 18:05:08                                          LEHMAN BROTHERS HOLDING INC.                                                  PAGE:    1
DATE: 05/10/12                                              CREDITOR LISTING

Name                                            Address
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD          TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD          TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.         TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO ANCHORAGE CAPITAL GROUP, L.L.C. 610 BROADWAY, 6TH FLOOR
                                                NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD          TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO ANCHORAGE CAPITAL GROUP, L.L.C. 610 BROADWAY, 6TH FLOOR
                                                NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD          TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO ANCHORAGE CAPITAL GROUP, LLC 610 BROADWAY, 6TH FLOOR
                                                NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.         TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO ANCHORAGE CAPITAL GROUP, L.L.C 610 BROADWAY, 6TH FLOOR
                                                NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.         TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO 610 BROADWAY 6TH FL
                                                NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.         TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY 6TH FL
                                                NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.         TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.         TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY 6TH FL
                                                NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.         TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                NEW YORK NY 10012
AVIGNON CAPITAL LTD.                            CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112
AVIGNON CAPITAL LTD.                            TRANSFEROR: MINARDI CAPITAL CORP C/O CITCO B.V.I. LTD. WICKHAMS CAPY P.O. BOX 662 ROADTOWN TORTOLA   BRITISH VIRGIN ISLANDS
BANCA FIDEURAM S.P.A                            PIAZZALE GIULLO DOUHET, 31 ROMA  00163 ITALY
BANCA MONTE DEI PASCHI DE SIENA SPA             TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILAN  20124 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A.          TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: DORIANA FRAGNELLI, MANAGER PIAZZA SALIMBENI, 3 SIENA (SI)  53100 ITALY
BANK HAPOALIM B.M.                              18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                              ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK JULIUS BAER & CO. LTD.                     PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BARCLAYS BANK PLC                               ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND
BARCLAYS BANK PLC                               TRANSFEROR: BAYERISCHE HYPO- UND VEREINSBANK AG 745 SEVENTH AVENUE NEW YORK NY 10019
BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER        TRANSFEROR: BARCLAYS BANK PLC C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
FUND, L.P.
BLUEMOUNTAIN DISTRESSED MASTER FUND,            TRANSFEROR: BARCLAYS BANK PLC C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
L.P.
BLUEMOUNTAIN LONG/SHORT CREDIT MASTER           TRANSFEROR: BARCLAYS BANK PLC C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
FUND, L.P.
BLUEMOUNTAIN TIMBERLINE, LTD.                   TRANSFEROR: BARCLAYS BANK PLC C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BSOF MASTER FUND L.P.                           BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: AUTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND L.P.                           TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR
                                                NEW YORK NY 10022
CHEHEBAR, JACK AND MARILYN                      JTWROS 433 AVENUE T BROOKLYN NY 11223-4002
CHENAVARI FINANCIAL ADVISORS LTD                TRANSFEROR: KREISSPARKASSE LIMBURG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 1 GROSVENOR PLACE LONDON  SW1X 7JH UNITED KINGDOM
CHOW, LEE BERNA                                 A8 SOUTH BAY VILLAS, 4 SOUTH BAY CLOSE REPULSE BAY  HONG KONG
CITIGROUP FINANCIAL PRODUCTS, INC.              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.              TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
                                                ATTENTION: EDWARD G. TURAN 388 GREENWICH ST NEW YORK NY 10013-2375
CITIGROUP GLOBAL MARKETS INC.                   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                   DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIGROUP GLOBAL MARKETS INC.                   TRANSFEROR: CITIBANK, N.A. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                   TRANSFEROR: CITIGROUP GLOBAL MARKETS JAPAN INC. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS LTD                    CITIGROUP CENTRE, CANADA SQUARE ATTENTION: PETER FISHER-JONES CANARY WHARF LONDON  E14 5LB UNITED KINGDOM
CITIGROUP GLOBAL MARKETS LTD                    DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005

                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:05:08                                            LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    2
DATE: 05/10/12                                                 CREDITOR LISTING

Name                                                Address
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. ATTN: RICH VICHAIDITH 30 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: CARLYLE CREDIT PARTNERS MASTER FUND ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: GRF MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: GRF MASTER FUND, L.P. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: GRF MASTER FUND,L.P. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: HIGHLAND CRUSADER OFFSHORE PARTNERS LP C/O DEUTSCHE BANK SECURITIES INC. ATTN; RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                                    NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: TENASKA POWER SERVICES CO. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)                TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                    LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK, LONDON BRANCH                        TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DZ BANK AG DEUTSCHE                                 ATTN: STEPHAN ROST D-60265 FRANKFURT AM MAIN FEDERAL REPUBLIC OF GERMANY  GERMANY
ZENTRAL-GENOSSENSCHAFTSBANK
DZ BANK AG DEUTSCHE                                 FRANCIS HEALY STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LANE NEW YORK NY 10038
ZENTRAL-GENOSSENSCHAFTSBANK
ELLIOTT ASSOCIATES, L.P.                            TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                    NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                            TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                    NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                    NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                    NEW YORK NY 10019
EMPYREAN INVESTMENTS LLC                            TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS LP 10250 CONSTELLATION BLVD., STE 2950
                                                    LOS ANGELES CA 90067
EMPYREAN INVESTMENTS LLC                            TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O EMPYREAN CAPITAL PARTNERS, L.P. ATTN: STERLING HATHAWAY
                                                    10250 CONSTELLATION BLVD., STE. 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS LLC                            TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                    10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS LLC                            TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                    10250 CONSTELLATION BLVD., STE. 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                    10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                           TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O EMPYREAN CAPITAL PARTNERS, L.P. ATTN: STERLING HATHAWAY
                                                    10250 CONSTELLATION BLVD., STE. 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                           TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                    10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                           TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS LP 10250 CONSTELLATION BLVD, STE 2950
                                                    LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                           TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950
                                                    LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                           TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., SUITE 2950
                                                    LOS ANGELES CA 90067
FAR EAST LIMITED                                    TRIDENT CHAMBERS PO BOX 146 ROAD TOWN  VIRGIN ISLANDS (BRITISH)
FAR EAST LIMITED                                    C/O RM 4203 TWO EXCHANGE SQUARE 8 CONNAUGHT PLACE CENTRAL  HONG KONG
FRANZ, ROBERT                                       TRANSFEROR: BANK HAPOALIM B.M. 6 BAYER LANE BOONTON NJ 07005
GOLDMAN, SACHS & CO.                                TRANSFEROR: BANCO BANIF, S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                                TRANSFEROR: MPS CAPITAL SERVICES BANCA PER LE IMPRESE S.P.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GRF MASTER FUND LP                                  TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY 6TH FL
                                                    NEW YORK NY 10012
GRF MASTER FUND, L.P.                               TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO ANCHORAGE CAPITAL GROUP, L.L.C. 610 BROADWAY, 6TH FLOOR
                                                    NEW YORK NY 10012

                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:05:08                                          LEHMAN BROTHERS HOLDING INC.                                                         PAGE:    3
DATE: 05/10/12                                               CREDITOR LISTING

Name                                          Address
GRF MASTER FUND, L.P.                         TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO ANCHORAGE CAPITAL GROUP, LLC. 610 BROADWAY, 6TH FLOOR
                                              NEW YORK NY 10012
GRF MASTER FUND, L.P.                         TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY 6TH FL
                                              NEW YORK NY 10012
GRF MASTER FUND, L.P.                         TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                              NEW YORK NY 10012
GRF MASTER FUND, L.P.                         TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                              NEW YORK NY 10012
GRF MASTER FUND, LP                           TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                              NEW YORK NY 10012
GRF MASTER FUND,L.P.                          TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO ANCHORAGE CAPITAL GROUP, L.L.C. 610 BROADWAY, 6TH FLOOR
                                              NEW YORK NY 10012
KREISSPARKASSE LIMBURG                        ATTN: ALEXANDER RIES SCHIEDE 41 LIMBURG  65549 GERMANY
KWAN, KA SIN GRACE                            FLACT C, 21/F., TOWER 27, SOUTH HORIZONS AP LEI CHAU   HONG KONG
KWAN, KA SIN GRACE                            FLAT C, 21/F., TOWER 27, SOUTH HORIZONS AP LEI CHAU   HONG KONG
LAU, KAM HUEN                                 3A, BLOCK 6, VILLA RHAPSODY SYMPHONY BAY 533 SAI SHA ROAD SAI KUNG, N.T.    HONG KONG
LUZERNER KANTONALBANK AG                      TRANSFEROR: BANK JULIUS BAER & CO. LTD. PILATUSSTRASSE 12 LUZERN  CH-6002 SWITZERLAND
MERRILL LYNCH CREDIT PRODUCTS, LLC            C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH/RON TOROK BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: BANCO SANTANDER (MEXICO), S.A. ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                              NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: GPC 79, LLC ATTN: GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: GPC LXIV, LLC ATTN: GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: GUGGENHEIM PORTFOLIO COMPANY VII LLC ATTN: JEFFREY BENESH & GARY S COHEN BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK
                                              NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: STONE TOWER CREDIT MASTER FUND LTD ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER -3RD FLOOR ONE BRYANT PARK
                                              NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: STONE TOWER CREDIT MASTER FUND LTD. ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER -3RD FLOOR ONE BRYANT PARK
                                              NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: WILLOW RE LIMITED ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK NY 10036
MIDTOWN ACQUISITIONS L.P.                     TRANSFEROR: YORVIK PARTNERS LLP ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET, 20TH FLOOR NEW YORK NY 10022
MINARDI CAPITAL CORP                          CHADBOURNE & PARKE, LLP ATTN: DAVID LEMAY, CHRITY RIVERA, ESQS 30 ROCKEFELLER PLAZA NEW YORK NY 10112
MINARDI CAPITAL CORP                          TRANSFEROR: CENTRAL BANCO UNIVERSAL VANTERPOOL PLAZA 2ND FLOOR WICKHAMS CAY 1, ROAD TOWN BRITISH VIRGIN ISLANDS
MPS CAPITAL SERVICES BANCA PER LE             TRANSFEROR: QUADRIFOGLIO VITA S.P.A. ATTN: MR. ENRICO CARCANI VIALE MAZZINI 23 53100 SIENA   ITALY
  IMPRESE S.P.A.
PATEL, VARSHA                                 1 BETTY ANN DRIVE EDISON NJ 08820
PIGUET GALLAND & CIE SA                       ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14
                                              YVERDON  CH-1400 SWITZERLAND
RAHN & BODMER CO                              TRANSFEROR: PIGUET GALLAND & CIE SA ATTN: ENRICO NUSSIO POSTFACH ZURICH  8022 SWITZERLAND
TANNOR PARTNERS CREDIT FUND LP                TRANSFEROR: CHEHEBAR, JACK AND MARILYN 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND LP                TRANSFEROR: PATEL, VARSHA 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP               TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP               TRANSFEROR: CHOW, LEE BERNA 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP               TRANSFEROR: FAR EAST LIMITED 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP               TRANSFEROR: KWAN, KA SIN GRACE 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP               TRANSFEROR: LAU, KAM HUEN 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TENASKA POWER SERVICES CO.                    ATTN: MANAGER, CONTRACE ADMINISTRATION 1701 E. LAMAR BLVD. SUITE 100 ARLINGTON TX 76006
TSO LLC                                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ASHURST LLP ATTN: AMANDA GOEHRING 7 TIMES SQUARE NEW YORK NY 10036
UNIONE DI BANCHE ITALIANE SCPA                ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO  24121 ITALY
UNIONE DI BANCHE ITALIANE SCPA                ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO  20121 ITALY
YORVIK PARTNERS LLP                           TRANSFEROR: PRIVATBANK IHAG ZURICH AG 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed       113
```