Doonan, Graves, and Longoria, LLC
Erin P. Severini, Esq. (ES 8383)
35 Old Tarrytown Road  (NY Office)
White Plains, NY 10603
Tel. (914) 949-8373
100 Cummings Center, Ste. 225D (Main Office)
Beverly, MA 02118
Tel. (978) 921-2670
es@dgandl.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **CHAPTER 11** |
| **LEHMAN BROTHERS HOLDINGS INC., ET AL.** | ) | **CASE NO. 08-13555 – jmp** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors** | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF
### FROM THE AUTOMATIC STAY AS IT APPLIES TO A QUIET TITLE ACTION RE:
### 7437 E. MAIN STREET, STOCKTON, CA (Docket No. 27287)

PLEASE TAKE NOTICE that ClearVue Opportunity XVIII, LLC, by and through its

counsel, hereby withdraws its Motion for Relief From the Automatic Stay, filed on April 6,

2012, at Docket No. 27287.

Respectfully Submitted,

ClearVue Opportunity XVIII, LLC
By its attorneys,

DATED:  May 15, 2012                /s/ Erin P. Severini
Erin P. Severini, Esq. (ES8383)
Kevin Graves, Esq.
Doonan, Graves, & Longoria, LLC
35 Old Tarrytown Road,
White Plains, NY 10603
Tel. (914) 949-8373
100 Cummings Center Ste. 225D

Beverly, MA 01915
Tel. (978) 921-2670
es@dgandl.com