**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **CHAPTER 11** |
| **LEHMAN BROTHERS HOLDINGS INC., ET AL.** | ) | **CASE NO. 08-13555 – jmp** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Erin P. Severini, do hereby certify that a true and correct copy of Clearvue Opportunity XVIII, LLC's Notice of Withdrawal of Motion for Relief From the Automatic Stay has been served by electronic notification and by placing same in the United States Mail, postage prepaid, on May 15, 2012, to the parties on the following service list.

/s/ Erin P. Severini
Erin P. Severini

**SERVICE LIST**

Jones Day
Attn: Arthur J. Margulies
Benjamin Rosenblum
Jane Rue Wittstein
William J. Hine
Attorneys for the Debtors
222 East 41st Street
New York, NY 10017

Weil, Gotshal & Manges, LLP
Attn: Diane Harvey, Esq.
Harvey R. Miller, Esq.
Jacqueline Marcus, Esq.
Robert J. Lemons, Esq.
Shai Y. Waisman, Esq.
Attorneys for the Debtors
767 Fifth Ave.
New York, NY 10153

Wollmuth Maher & Deutsch, LLP
Attn: James N. Lawlor, Esq.

Attorney for the Debtors
One Gateway Center
9th Floor
Newark, NJ 07102

Curtis, Mallet-Prevost, Colt & Mosle, LLP
Attn: Jerrold Lyle Bregman, Esq.
Lynn P. Harrison, III, Esq.
Steven J. Reiman, Esq.
Attorneys for the Debtors
101 Park Avenue
New York, NY 10178

Reilly Pozner, LLP
Attn: Michael A. Rollin
Attorney for the Debtors
1900 Sixteenth Street Ste. 1700
Denver, CO 80202

Kramer Levin Naftalis & Frankel, LLP
Attn: Paul B. O'Neill, Esq.
Thomas T. Janover, Esq.
1177 Avenue of the Americas
New York, NY 10036

Kasowitz, Benson, Torres & Friedman, LLP
Attn: Robert M. Novick, Esq.
Robert M. Novick, Esq.
Attorneys for the Debtors
1633 Broadway
21st Floor
New York, NY 10019

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman, Esq.
Attorney for the Debtors
101 Park Avenue
New York, NY 10178

Office of the US Trustee
Attn: Andrea B. Schwartz, Esq.
Andrew D. Velez-Rivera, Esq.
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004