WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
: 
**In re**                                                          :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**          :    **08-13555 (JMP)**
:
            Debtors.                                  :    **(Jointly Administered)**
:
--------------------------------------------------------------------x
:
**In re**                                                          :
:    **Case No.**
**LEHMAN BROTHERS INC.,**                                          :
:    **08-01420 (JMP) (SIPA)**
            Debtor.                                   :
:
--------------------------------------------------------------------x

US_ACTIVE:\43998368\03\58399.0008

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE
# FIFTIETH OMNIBUS HEARING ON MAY 16, 2012 AT 10:00 A.M.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.  CONTESTED MATTERS:**

1. Motion of Edward J Agostini, *et al*. for Relief from the Automatic Stay **[ECF No. 24769]**

   Response Deadline:  May 9, 2012 at 4:00 p.m.

   Response Received:

       A.  Debtors' Objection **[ECF No. 27754]**

   Related Document:

       B.  Reply of Edward J Agostini **[ECF No. 27861]**

   Status:  This matter is going forward.

**MATTERS TO BE HEARD AT 2:00 P.M.**

**II.  ADVERSARY PROCEEDINGS:**

2. Williams-Pate v. Lehman Brothers Holdings Inc. **[Adversary Proceeding No. 12-01220]**

   **Pre-Trial Conference**

   Related Documents:

       A.  Adversary Complaint **[ECF No. 1]**

       B.  Motion to Dismiss of McCurdy & Candler, LLC **[ECF No. 4]**

       C.  Lehman Brothers Holdings Inc.'s Motion to Dismiss Adversary Complaint **[ECF No. 6]**

       D.  Motion of Aurora Bank FSB to Dismiss Adversary Proceeding **[ECF No. 7]**

       E.  Memorandum of Law of Aurora Bank FSB **[ECF No. 9]**

   Status:  This matter is going forward solely as a status conference.

III. **ADJOURNED MATTERS:**

A. **Lehman Brothers Holdings Inc.:**

3. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

    Response Deadline: February 9, 2011 at 4:00 p.m.

    Responses Received:

    A. Debtors' Objection **[ECF No. 14398]**

    B. Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

    Related Documents:

    C. Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

    D. Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

    Status: This matter has been adjourned to June 13, 2012 at 10:00 a.m.

4. Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[ECF No. 16803]**

    Response Deadline: June 8, 2011 at 4:00 p.m.

    Response Received:

    A. Debtors' Objection **[ECF No. 17502]**

    Related Documents: None.

    Status: This matter has been adjourned to June 13, 2012 at 10:00 a.m.

5. Amended Motion of Ironbridge Homes, LLC, *et al*. for Relief from the Automatic Stay **[ECF No. 23551]**

    Response Deadline: April 11, 2012 at 4:00 p.m.

    Responses Received: None.

Related Documents:    None.

Status:  This matter has been adjourned to June 13, 2012 at 10:00 a.m.

6.  Motion of Grace Farrelly Pursuant to §§ 105 and 362 for Relief from Automatic Stay **[ECF No. 25205]**

Response Deadline:    March 23, 2012 at 4:00 p.m.

Response Received:

   A.    BNC Mortgage LLC's Response **[ECF No. 27145]**

Related Documents:    None.

Status:  This matter has been adjourned to June 13, 2012 at 10:00 a.m.

7.  Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[ECF No. 16016]**

Response Deadline:    May 11, 2011 at 4:00 p.m.

Responses Received:

   A.    Debtors' Objection **[ECF No. 16680]**

   B.    Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[ECF No. 16683]**

Related Documents:    None.

Status:  This matter has been adjourned to June 13, 2012 at 10:00 a.m.

8.  Bank of Montreal's Responses and Objections to Subpoena of Debtors and Debtors in Possession Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure **[ECF No. 24847]**

Response Deadline:    February 1, 2012 at 4:00 p.m.

Response Received:    None.

Related Documents:    None.

Status:  This matter has been adjourned *sine die*.

B.  **Lehman Brothers Inc.**

9.  Cardinal Investment Sub I, L.P. and Oak Hill Strategic Partners, L.P.'s Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[LBI ECF No. 4634]**

    Response Deadline:    February 8, 2012 at 4:00 p.m.

    Responses Received:    None.

    Related Documents:

    A.  Declaration of Luke A. Barefoot in Support of Movant's Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of its Affiliates **[LBI ECF No. 4635]**

    B.  Notices of Adjournment **[LBI ECF Nos. 4663, 4759, 4824, 4892, 4946, 5017, 5066]**

    Status:  This matter has been adjourned to June 13, 2012 at 10:00 a.m.

IV.  **WITHDRAWN MATTERS:**

10.  Motion of ClearVue Opportunity XVIII, LLC for Relief from the Automatic Stay **[ECF No. 27287]**

    Response Deadline:    May 9, 2012 at 4:00 p.m.

    Response Received:

    A.  Debtors' Objection **[ECF No. 27754]**

<u>Related Document</u>:

    A.    Notice of Withdrawal **[ECF No. 27781]**

<u>Status</u>:  This matter has been withdrawn.

Dated: May 15, 2012
       New York, New York

                            /s/ Jacqueline Marcus
                            Jacqueline Marcus

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Lehman Brothers Holdings Inc.
                            and Certain of Its Affiliates

Dated: May 15, 2012
       New York, New York

                            /s/ Jeffrey S. Margolin
                            James B. Kobak, Jr.
                            Jeffrey S. Margolin

                            HUGHES HUBBARD & REED LLP
                            One Battery Park Plaza
                            New York, New York 10004
                            Telephone: (212) 837-6000
                            Facsimile: (212) 422-4726

                            Attorneys for James W. Giddens, Trustee for
                            the SIPA Liquidation of Lehman Brothers Inc.