**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Tel: 212-705-7000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                                    :        Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.,    :        Case No. 08-13555 (JMP)
:
Debtors.                              :        (Jointly Administered)
:
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

David Marcus, an attorney admitted to this Court, hereby certifies under penalty of perjury that on May 14, 2012 via the Court's Electronic Case Filing system, and on May 15, 2012 in the manner listed below, I caused copies of Highbridge International LLC's Response to Lehman Brothers Holdings Inc.'s and Creditors Committee's Objection to Claim No. 67911 to be served on the following by hand delivery unless noted otherwise:

Weil Gotshal & Manges LLP
Attn: Robert J. Lemmons and Mark Bernstein
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
for the Southern District of New York
Attn: Tracy Hope Davis
33 Whitehall Street,
New York, NY 10004

Millbank Tweed Hadley & McCloy LLP
Attn: Dennis O'Donnell and Evan Fleck
One Chase Manhattan Plaza
New York, NY 10005

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: L.P. Harrison III and Cindi E. Giglio
101 Park Avenue
New York, NY 10178

Quinn Emanuel Urquhart & Sullivan LLP
Attn: John B. Quinn and Erica Taggart
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
*by FedEx, overnight delivery*

/s/ David Marcus

A/72692058.1