B210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors, Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Halcyon Loan Trading Fund LLC | Morgan Stanley Senior Funding Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Halcyon Loan Trading Fund LLC
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, New York   10022
Attn: Matt Seltzer

Phone:
Last Four Digits of Acct #:

Court Claim # (if known):  2901
Amount of Claim:   $3,321,808.00, reduced from $3,496,640.46
Date Claim Filed:   February 19, 2009
Debtor:     Lehman Brothers Commodity Services, Inc.

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ David _____
    Transferee/Transferee's Agent   Controller       Date: 5/14/12

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____                                    Date: _____
    Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____*John Ragusa*_____        Date: ____5/14/12____
    Transferor/Transferor's Agent
    John Ragusa
    Authorized Signatory

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, MORGAN STANLEY SENIOR FUNDING, INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to HALCYON LOAN TRADING FUND LLC ("Assignee"), all of Assignor's right, title and interest in and to Proof of Claim No. 2901, solely to the extent of $3,321,808.00 (the "Assigned Claim"), against Lehman Brothers Commodity Services, Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13885 JMP (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on May 14, 2012.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____ John Ragusa _____
Name of person signing  John Ragusa
Title of person signing  Authorized Signatory

HALCYON LOAN TRADING FUND LLC

By: Halcyon Offshore Asset Management, LLC,
its Investment Manager

By: _____
Name of person signing
Title of person signing

EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, MORGAN STANLEY SENIOR FUNDING, INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to HALCYON LOAN TRADING FUND LLC ("Assignee"), all of Assignor's right, title and interest in and to Proof of Claim No. 2901, solely to the extent of $3,321,808.00 (the "Assigned Claim"), against Lehman Brothers Commodity Services, Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13885 JMP (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on May 14, 2012.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
Name of person signing
Title of person signing

HALCYON LOAN TRADING FUND LLC

By: Halcyon Offshore Asset Management, LLC,
its Investment Manager

By: _____
Name of person signing
Title of person signing