EXHIBIT D

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors. Case No. 08-13555 (JMP)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Halcyon Loan Trading Fund LLC | Morgan Stanley Senior Funding, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Halcyon Loan Trading Fund LLC
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, New York  10022
Attn: Matt Seltzer

Court Claim # (if known): 7485
Amount of Claim: $16,018,913.00 (reduced from $16,597,219.56)
Date Claim Filed: August 6, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  David Martino  Date: 5/14/12
    Transferee/Transferee's Agent   Controller

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
    Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: _____
        Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: *John Ragusa* (signature)
        Transferor/Transferor's Agent
        John Ragusa
        Authorized Signatory

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York and to LEHMAN BROTHERS HOLDINGS INC. Case No. 08-13555:

Morgan Stanley Senior Funding, Inc. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Halcyon Loan Trading Fund LLC, and its successors and assigns ('Buyer"), all of Seller's right, title and interest in and to Proof of Claim No. 7485 against Lehman Brothers Holdings Inc. but solely to the extent of $16,018,913.00 (the "Claim") filed in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 14th of MAY, 2012.

SELLER: MORGAN STANLEY SENIOR FUNDING, INC.

By: _John Ragusa_

Name: John Ragusa
Authorized Signatory

Title: _____

BUYER: HALCYON LOAN TRADING FUND LLC

By: Halcyon Offshore Asset Management, LLC,
its Investment Manager

By: _____

Name: _____

Title: _____

# EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York and to LEHMAN BROTHERS HOLDINGS INC. Case No. 08-13555:

Morgan Stanley Senior Funding, Inc. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Halcyon Loan Trading Fund LLC, and its successors and assigns ("Buyer"), all of Seller's right, title and interest in and to Proof of Claim No. 7485 against Lehman Brothers Holdings Inc. but solely to the extent of $16,018,913.00 (the "Claim") filed in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 14th of May 2012.

SELLER: MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
Name: _____
Title: _____

BUYER: HALCYON LOAN TRADING FUND LLC

By: Halcyon Offshore Asset Management, LLC,
its Investment Manager

By: _____[signature]_____
Name: _____
Title: _____