<u>Exhibit D</u>

B210A (Form 210A) (12/09)

### United States Bankruptcy Court

### Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors. Case No. 08-13555 (JMP) (Jointly Administered)
In re Lehman Brothers Commodity Services, Inc., Debtor. Case No. 08-13885 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).    Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

<u>Halcyon Loan Trading Fund LLC</u>

Name of Transferee

Name and Address where notices to
transferee should be sent:

Halcyon Loan Trading Fund LLC
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, New York    10022
Attn: Matt Seltzer

Phone:
Last Four Digits of Acct #:

<u>Morgan Stanley Senior Funding Inc.</u>

Name of Transferor

Court Claim # (if known):    <u>7602</u>
Amount of Claim:    <u>$440,084</u>
Date Claim Filed:    <u>August 7, 2009</u>
Debtor:    <u>Lehman Brothers Commodity Services,
Inc.</u>

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ David Martino        Date: __5/14/12_____

Transferee/Transferee's Agent   Controller

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____

Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____

      Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____

      Transferor/Transferor's Agent

         John Ragusa
         Authorized Signatory

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO:    LEHMAN BROTHERS COMMODITY SERVICES, INC.
            ("Debtor") Case No. 08-13885 (the "Case")

Claim # 7602

MORGAN STANLEY SENIOR FUNDING, INC. ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Halcyon Loan Trading Fund LLC, its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 7602, solely to the extent of $440,084, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 14, 2012.

MORGAN STANLEY SENIOR FUNDING, INC.    HALCYON LOAN TRADING FUND LLC

                                        By:    Halcyon Offshore Asset Management, LLC,
                                        its Investment Manager

By:  _John Ragusa_____         By:  _____
Name:  _____      Name:  _____
          John Ragusa
Title:    Authorized Signatory          Title:  _____

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO:    LEHMAN BROTHERS COMMODITY SERVICES, INC.
("Debtor") Case No. 08-13885 (the "Case")

Claim # 7602

MORGAN STANLEY SENIOR FUNDING, INC. ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Halcyon Loan Trading Fund LLC, its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 7602, solely to the extent of $440,084, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 14, 2012.

MORGAN STANLEY SENIOR FUNDING, INC.    HALCYON LOAN TRADING FUND LLC

By:  Halcyon Offshore Asset Management, LLC,
its Investment Manager

By: _____     By: _____
Name: _____   Name:  David Martino
Title: _____  Title:  Controller