WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                                 :   **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         :   **08-13555 (JMP)**
:
Debtors.                              :   **(Jointly Administered)**
:
:
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF TWO
### HUNDRED NINETY-SIXTH OMNIBUS OBJECTION TO CLAIMS
### (AMENDED AND SUPERSEDED CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan

Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its Two

Hundred Ninety-Sixth Omnibus Objection to Claims (Amended and Superseded Claims)

[ECF No. 27867] **solely as to the claim listed on Exhibit A attached hereto**.

Dated: May 15, 2012
      New York, New York

    /s/ Jacqueline Marcus
    Jacqueline Marcus

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of Its Affiliates

# Exhibit A

## Claim for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| COLORADO LOCAL GOVERNMENT LIQUID ASSET TRUST ("COLOTRUST") | 13023 |