UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $4,000,000.00 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor"):

| Proof of Claim<br>Amount | Proof of Claim<br>No. |
|---|---|
| 4,000,000 | 16840 |

has been transferred and assigned to Quantum Partners LP ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $4,000,000.00 of or an undivided 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Quantum Partners LP
Address: Quantum Partners LP
c/o Soros Fund Management LLC
888 Seventh Avenue
New York, NY 10106
Attention: Suzanne Auerbach - Compliance Dept.
By: QP GP LLC, its General Partner
Signature: _____
Name: JAY A. SCHOENFARBER
Title: Attorney-in-Fact
Date: 5/14/12

ASSIGNOR: Citigroup Financial Products Inc.
Address: Citigroup Financial Products Inc.
390 Greenwich Street, 4th Floor
New York, NY 10013
Attention: Peter Hall
Signature: _____
Name: Scott R. Evan
Title: Authorized Signatory
Date: _____

US1:7838775v8