UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :    (Jointly Administered)
            Debtors.                          :
                                              :
-----------------------------------------------------------------x    Ref. Docket Nos. 27617-27619,
                                                    27626, 27627, 27645-27647, 27658,
                                                    27659, 27663-27666

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 2, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          /s/ Lauren Rodriguez
                                          Lauren Rodriguez

Sworn to before me this
14th day of May, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   SEAPORT GROUP EUROPE LLP, THE
          TRANSFEROR: STICHTING THE VALUE FOUNDATION
          ATTN: JAY CONKLIN
          GROUND FLOOR WEST
          ONE FINSBURY CIRCUS
          LONDON    EC2M 7EB
          UNITED KINGDOM

Please note that your claim # 48734-51 in the above referenced case and in the amount of
        $212,462.16    allowed at $80,826.74         has been transferred (unless previously expunged by court order)

          VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P.
          TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE
          ATTN: EDWINA P.J. STEFFER
          8500 NORMANDALE LAKE BOULEVARD
          SUITE 1500
          MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 27251      in your objection.
If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 04/20/2012                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on   May 2, 2012

**EXHIBIT B**

08-13555-mg    Doc 27911    Filed 05/16/12    Entered 05/16/12 14:31:54    Main Document
Pg 4 of 5

TIME: 21:29:58  
DATE: 05/02/12

LEHMAN BROTHERS HOLDING INC.  
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| AUSTARITY GROUP LLC | TRANSFEROR: BARCLAYS BANK PLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| BANCA EUROMOBILIARE (SUISSE) SA | TRANSFEROR: BANCO DI CREDITO P. AZZOAGLIO S.P.A. ATTN: ELENA CAROSI VIA BALESTRA 17 LUGANO 6900 SWITZERLAND |
| BANCO DI CREDITO P. AZZOAGLIO S.P.A. | ATTN: MR ROSSI ALLESANDRO - LEGAL DEPARTMENT 17 VIA A. DORIA CEVA (CN) 12073 ITALY |
| BANQUE HAVILLAND S.A. | 35 A, AVENUE J.F. KENNEDY L-1855 LUXEMBOURG |
| BARCLAYS BANK PLC | KATTEN MUCHIN ROSENMAN LLP ATTN: GUY C. DEMPSEY, JR., ESQ. 575 MADISON AVENUE NEW YORK NY 10022 |
| BARCLAYS BANK PLC | TRANSFEROR: BANGKOK BANK PUBLIC CORPORATION LIMITED ATTN: DORON ZEIF 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: GSA COMPOSITE ALPHA MASTER FUND LIMITED MAIL CODE NY1-A436 ONE CHASE MANHATTAN PLAZA FLOOR 26 NEW YORK NY 10005 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: GSA GLOBAL EQUITIES MASTER FUND LIMITED MAIL CODE NY1-A436 ONE CHASE MANHATTAN PLAZA FLOOR 26 NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: H/2 CREDIT PARTNERS MASTER FUND LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| EMPYREAN INVESTMENTS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 20067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| GOLDMAN SACHS & CO. | TRANSFEROR: BANQUE HAVILLAND S.A. ATTN: ANDREW CADIZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS BANK USA ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282 |
| HABIB BANK AG ZURICH | WEINBERGSTRASSE 59 ZURICH 8006 SWITZERLAND |
| IRAGORRI, JULIAN | 800 5TH AVE APT 25C NEW YORK NY 10065-7289 |
| IRAGORRI, JULIAN | 800 5TH AVE-25C NEW YORK NY 10065-7289 |
| OZ SPECIAL MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O PAULSON & CO LTD 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10019 |
| PP OPPORTUNITIES LTD | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PP OPPORTUNITIES LTD | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O PAULSON & CO. INC. 900 THIRD AVENUE NEW YORK NY 10022 |
| PRIVATBANK IHAG ZURICH AG | BLEICHERWEG 18 ZURICH CH-8022 SWITZERLAND |
| TALAMOD MASTER FUND LP | TRANSFEROR: YORVIK PARTNERS LLP C/O TALAMOD ASSET MANAGEMENT LLC 2100 MCKINNEY AVENUE, SUITE 1425 DALLAS TX 75201 |
| TANNOR PARTNERS CREDIT FUND LP | TRANSFEROR: IRAGORRI, JULIAN 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND LP | TRANSFEROR: ZALITZMAN, LEON & NINA 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: IRAGORRI, JULIAN 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| YORVIK PARTNERS LLP | TRANSFEROR: HABIB BANK AG ZURICH 11 IRONMONGER LANE LONDON EC2V 8EY |
| YORVIK PARTNERS LLP | TRANSFEROR: PRIVATBANK IHAG ZURICH AG 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| ZALITZMAN, LEON & NINA | 348 CRESCENT DR FRANKLIN LAKES NJ 07417 |

Total Number of Records Printed  31

EPIQ BANKRUPTCY SOLUTIONS, LLC