UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
: Chapter 11 Case No.
In re :
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------x Ref. Docket No. 27536

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 2, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
14th day of May, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 27536_Aff 05-02-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                         |
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                Debtors.                 |
                                         |
_____|
```

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   G.A.-FUND-L: BOND HIGHER YIELD EURO TP
              ATTN: DAN BEBELLO & LUCIEN ORLOVIUS
              C/O BLUEBAY ASSET MANAGEMENT PLC
              77 GROSVENOR STREET
              LONDON W1K 3JR UNITED KINGDOM


Additional:  G.A.-FUND-L: BOND HIGHER YIELD EURO TP
             ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ.
             CHADBOURNE & PARKE LLP
             30 ROCKEFELLER PLAZA
             NEW YORK NY 10112


Transferee:  BARCLAYS BANK PLC
             ATTN: DANIEL MIRANDA
             745 SEVENTH AVENUE
             NEW YORK NY 10019


**Your transfer** of claim #   30127   is defective for the reason(s) checked below:

Amount On Transfer Agreement Does Not Match



Docket Number 27536              Date 04/20/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 2, 2012.

# EXHIBIT B

08-13555-mg    Doc 27912    Filed 05/16/12    Entered 05/16/12 14:34:44    Main Document
Pg 4 of 5

```
TIME: 22:29:08                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 05/02/12                                    CREDITOR LISTING

Name                                        Address
BARCLAYS BANK PLC                           ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
G.A.-FUND-L: BOND HIGHER YIELD EURO TP      ATTN: DAN BEBELLO & LUCIEN ORLOVIUS C/O BLUEBAY ASSET MANAGEMENT PLC 77 GROSVENOR STREET LONDON  W1K 3JR UNITED KINGDOM
G.A.-FUND-L: BOND HIGHER YIELD EURO TP      ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112

Total Number of Records Printed    3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC