**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                       :

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | |

---------------------------------------------------------------------x

### THIRD INTERIM APPLICATION FOR THE TENTH INTERIM APPLICATION PERIOD OF LOCKE LORD LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | |
|---|---|
| Name of Applicant: | <u>Locke Lord LLP</u> |
| Authorized to Provide Professional Services to: | Lehman Brothers Holdings Inc. |
| Date of Retention: | August 2008 |
| Period for which compensation and reimbursement are sought: | October 1, 2011 through March 6, 2012 |
| Amount of compensation sought as Actual, reasonable and necessary: | $105,898.04 |
| Amount of expenses sought as Actual, reasonable and necessary: | $36,560.39 |

This is a(n):      ___ Monthly  __**X**__ Interim       _____ Final Application

**First Interim Application for the Eighth Interim Application Period**

| Monthly Fee Statement Period | Total Fees Requested | Total Expenses Requested | Fees Paid | Expenses Paid | Holdback Amount |
|---|---|---|---|---|---|
| First Monthly 6/1/10 – 5/31/11 | $1,242,675.11 | $106,574.87 | $994,140.09 | $106,574.87 | $248,535.02 |
| **Totals** | **$1,242,675.11** | **$106,574.87** | **$994,140.09** | **$106,574.87** | **$248,535.02** |

**Second Interim Application for the Ninth Interim Application Period**

| Monthly Fee Statement Period | Total Fees Requested | Total Expenses Requested | Fees Paid | Expenses Paid | Holdback Amount |
|---|---|---|---|---|---|
| Second Monthly 6/1/2011 – 6/30/11 | $69,421.69 | $11,356.37 | $55,537.35 | $11,356.37 | $13,884.34 |
| Third Monthly 7/1/2011 – 7/31/11 | $65,169.75 | $4,978.59 | $52,135.80 | $4,978.59 | $13,033.95 |
| Fourth Monthly 8/1/2011 – 8/31/11 | $56,536.34 | $4,226.40 | $45,229.07 | $4,226.40 | $11,307.27 |
| Fifth Monthly 9/1/2011 – 9/30/11 | $33,096.62 | $6,531.15 | $26,477.30 | $6,531.15 | $6,619.32 |
| **Totals** | **$224,224.40** | **$27,092.51** | **$179,379.52** | **$27,092.51** | **$44,844.88** |

**Third Interim Application for the Tenth Interim Application Period**

| Monthly Fee Statement Period | Total Fees Requested | Total Expenses Requested | Fees Paid | Expenses Paid | Holdback Amount |
|---|---|---|---|---|---|
| Sixth Monthly 10/1/2011–10/31/11 | $30,141.89 | $7,135.65 | $24,113.51 | $7,135.65 | $6,028.38 |
| Seventh Monthly 11/1/2011–11/30/11 | $21,141.74 | $17,165.90 | $16,913.40 | $17,165.90 | $4,228.34 |
| Eighth Monthly 12/1/2011–12/31/11 | $20,979.31 | $5,175.15 | $16,783.45 | $5,175.15 | $4,195.86 |
| Ninth Monthly 1/1/2011 – 1/31/11 | $26,074.18 | $5,340.86 | $20,859.34 | $5,340.86 | $5,214.84 |
| Tenth Monthly 2/1/2012 – 2/29/12 | $6,391.91 | $1,235.03 | $5,113.53 | $1,235.03 | $1,278.38 |
| Eleventh Monthly 3/1/2012 – 3/6/12 | $1,169.01 | $0 | $935.21 | $0 | $233.80 |
| **Totals** | **$105,898.04** | **$36,560.39** | **$84,718.43** | **$36,560.39** | **$21,179.61** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (JMP)**
                                                    :
                                Debtors.            :        **(Jointly Administered)**
                                                    :
                                                    :
------------------------------------------------------------------x

### THIRD INTERIM APPLICATION FOR THE TENTH INTERIM APPLICATION PERIOD OF LOCKE LORD LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Locke Lord LLP ("<u>Locke Lord</u>" or "<u>Applicant</u>"), special counsel for Lehman Brothers

Holdings Inc. ("<u>LBHI</u>") and certain of its direct and indirect subsidiaries, as debtors and debtors

in possession here (collectively, the "<u>Debtors</u>"), submit this Third Interim Application for the

Tenth Interim Application Period of Locke Lord LLP for Compensation and Reimbursement of

Expenses (the "<u>Application</u>") seeking the entry of an Order pursuant to 11 U.S.C. §§ 330 and

331 awarding interim compensation to Locke Lord for the period of October 1, 2011 through and

including March 6, 2012 (the "<u>Tenth Interim Application Period</u>") of $105,898.04 for fees

incurred by the Debtor for services totaling 372.3 hours (resulting in a blended hourly rate of

$284.44) and $36,560.39 for expenses, in accordance with the Fourth Amended Order Pursuant

to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing

Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals

dated April 14, 2011 (Docket No. 15997) (the "<u>Monthly Compensation Order</u>"), and granting

related relief, and respectfully sets forth and represents as follows:

1.      This Application is made in accordance with the Monthly Compensation Order. Locke Lord has incurred fees of $105,898.04 during the Tenth Interim Application Period. Summaries reflecting the incurrence of fees and expenses are annexed hereto as follows:

**Exhibit A** is a list of all open matters;

**Exhibit B** are summaries of the total fees and expenses for all open matters and for each individual matter from October 1, 2011 through March 6, 2012;

**Exhibit C** is a detailed description of the services rendered on behalf of the Debtors, including the actual time recorded, the date services were rendered, and the names and rates of the professionals performing the services, for all open matters from October 1, 2011 through March 6, 2012;

**Exhibit D** is a detailed description of the expenses Locke Lord has incurred on behalf of the Debtors from October 1, 2011 through March 6, 2012;

**Exhibit E** are true and correct copies of invoices of expenses in amounts over $1,000 for services rendered on behalf of the Debtors from October 1, 2011 through March 6, 2012.

2.      Assuming no objections are interposed to Locke Lord's monthly fee statements, it would be entitled to be paid $105,898.04 in fees, and $36,560.39 in expenses under the Monthly Compensation Order.  Assuming Locke Lord is paid 80% of all fees and 100% of all expenses incurred during the Tenth Interim Application Period through the monthly compensation procedure, the outstanding balance due to Locke Lord on account of the monthly invoices for that period will be $21,179.61 (the "Tenth Interim Holdback").

## Background

3.      Commencing on September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court

voluntary cases under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On September 17, 2008, the United States Trustee for the Southern District of New York (the "<u>U.S. Trustee</u>") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "<u>Creditors Committee</u>").

5.      On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("<u>SIPA</u>") with respect to Lehman Brothers Inc. ("<u>LBI</u>").  A trustee appointed under SIPA is administering LBI's estate.

6.      By order dated March 23, 2011 (Docket No. 15720), Locke Lord was retained by the Debtors as special counsel, effective *nunc pro tunc* to July 1, 2010, to prosecute loss recovery litigation and/or pre-filing settlement negotiations against sellers of defective mortgage loans on the secondary market to an affiliate of LBHI and ancillary matters arising in such lawsuits.  A copy of the Order Authorizing Employment and Retention of Locke Lord as Special Counsel is annexed hereto as **Exhibit F**.

7.      On September 1, 2011, the Debtors filed a third amended joint chapter 11 plan (the "Plan") and disclosure statement (the "Disclosure Statement") (Docket Nos. 19627 and 19629).  On September 1, 2011, the Court entered an amended order (Docket No. 19631) approving the Disclosure Statement, establishing solicitation and voting procedures in connection with the Plan, scheduling the confirmation hearing and establishing notice and

objection procedures for the confirmation hearing.  On September 15, 2011, the Court entered an

order (Docket No. 20016) approving a modification to the Disclosure Statement.

8.      This Court has subject matter jurisdiction to consider and determine this matter

pursuant to 28 U.S.C. § 1334, and the Order of Reference of the United States District Court for

the Southern District of New York, dated July 10, 1984 (Ward, Acting C.J.).  This Court is the

proper venue for this proceeding in accordance with 28 U.S.C. § 1409.

### The Application

9.      This Application is made pursuant to 11 U.S.C. §§105, 330 and 331 and the

Monthly Compensation Order, a copy of which is annexed hereto as **Exhibit G**.

10.     Locke Lord is a full-service, national law firm with approximately 650 attorneys,

that, in this matter, prosecutes loss recovery litigation and/or pre-filing settlement negotiations

against sellers of defective mortgage loans on the secondary market to an affiliate of LBHI and

ancillary matters arising in such lawsuits.  Locke Lord has extensive knowledge and experience

with these kinds of matters and has represented the Debtors and their affiliates in these types of

matters for several years.  In addition, Locke Lord's litigation professionals frequently represent

individuals and business entities in a wide range of litigation matters, including government

investigations and proceedings.

11.     Locke Lord has represented LBHI, directly or through its subsidiary Aurora Loan

Services, LLC, since 2006 in loss recovery litigation.   During that time, Locke Lord has

represented LBHI or its affiliates in state and federal court litigation in several states.  Over the

course of its representation of the Debtors and their affiliates, Locke Lord has become familiar

with the relevant business personnel and operations, as well as the legal matters described in this

Application.

12.     Locke Lord has annexed to this Application, as incorporated in **Exhibit A**, a list of all open matters.  Locke Lord has annexed to this Application, as incorporated in **Exhibit B**, summaries of the total fees and expenses for all open matters and for each individual matter during the Tenth Interim Application Period.  Pursuant to the Fee Committee Billing Guidelines and as reflected in the "Adjusted Fees" column of **Exhibit B**, the total fees incurred by Debtor include a 50% reduction for non-working travel time and the fees for reviewing and/or editing time entries, monthly invoices, and fee applications have also been adjusted to not exceed 1% of the fees sought during the Tenth Monthly Interim Application Period (the "Adjustments").[1] Locke Lord has annexed to this Application, as incorporated in **Exhibit C**, a detailed description of the services rendered on behalf of the Debtors, including the actual time recorded, the date services were rendered and the names and rates of the professionals performing the services during the Tenth Interim Application Period.  The rate for each of the individuals referred to above is equal to the billing rate for such individual's time, inclusive of a 7% discount that Locke Lord gives to the Debtors, for similar services rendered to clients in connection with non-bankruptcy matters.  Locke Lord believes that these rates, as well as its standard rates exclusive of the 7% discount it gives to the Debtors, constitute market rates and are equal to or less than the rates charged by professionals with similar experience.  Locke Lord has annexed to this Application, as incorporated in **Exhibit D**, a detailed print-out of the expenses Locke Lord has necessarily incurred on behalf of the Debtors during the Tenth Interim Application Period. Locke Lord has annexed to this Application, as incorporated in **Exhibit E**, true and correct copies of invoices of expenses in amounts over $1,000 for services rendered on behalf of the Debtors during the Tenth Interim Application Period.

---

[1] The 50% reduction in fees for non-working travel time was made prior to calculating the reduction in fees for reviewing and/or editing time entries, monthly invoices, and fee applications.

### Professional Services Rendered

13.     To date in this case, Locke Lord has been asked to assist the Debtors in mortgage loan-related litigation.  Specifically, Locke Lord has researched, prepared, filed, litigated, and/or settled cases on behalf of the Debtors against sellers of defective mortgage loans on the secondary mortgage market to an affiliate of LBHI.

14.     Locke Lord regularly maintains records of time expended in the rendition of all professional services and records of costs and expenses incurred on behalf of the Debtors.  These records were made substantially concurrent with the rendition of the professional services.  All such records are available for inspection.  A copy of the time records, in chronological order and segregated by individual matter, relating to Locke Lord's representation of the Debtors during the Tenth Monthly Application Period, is annexed hereto as **Exhibit C**.[2]

15.     The foregoing services performed by Locke Lord were necessary and appropriate to the effective and efficient administration of the secondary market litigation.  The professional services performed by Locke Lord were in the best interests of the Debtors, their creditors, and other parties in interest and were provided without unnecessary duplication of effort or expense.  Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved.  The professional services were performed with expedition and in an efficient manner.

16.     The professional services performed by Locke Lord's partners, associates, and paraprofessionals on behalf of the Debtors during the Tenth Monthly Application Period required an aggregate expenditure of approximately 548.70 worked hours resulting in $154,825.57 in worked fees.  Taking into consideration Locke Lord's customary practice of reducing and/or

removing certain time entries from the Debtors' invoices (which are not reflected in **Exhibits B**, **C**, and **D**), the professional services performed by Locke Lord on behalf of the Debtors during the Tenth Monthly Application Period resulted in an aggregate expenditure of approximately 372.30 billed hours totaling $115,787.33 in billed fees, exclusive of the Adjustments.  *See* **Exhibit B**.  Of the aggregate billed time expended, 201.70 billed hours were expended by partners, 119.60 billed hours were expended by associates, and 51.00 billed hours were expended by paraprofessionals.  *Id*.  Taking into consideration the Adjustments, the total fees during the Tenth Monthly Application Period incurred by the Debtor for professional services performed by Locke Lord are $105,898.04.

17.    During the Tenth Monthly Application Period, Locke Lord's discounted hourly billing rates for attorneys ranged from $199.95 to $613.80 per hour.  Allowance of compensation in the amount requested would result in a blended hourly rate for attorneys of approximately $284.44 based on recorded hours at Locke Lord's discounted billing rates in effect at the time of the performance of services.  As noted, annexed hereto as **Exhibit B** is a summary of each individual matter listing each Locke Lord professional and paraprofessional who performed services in these cases during the Tenth Monthly Application Period, the discounted hourly rate charged by Locke Lord for services performed by each individual, and the aggregate number of hours and charges by each such individual.

### Actual and Necessary Disbursements of Locke Lord

18.    As stated, annexed hereto as **Exhibit D** is a schedule of the actual and necessary expenses incurred by Locke Lord in connection with its representation of the Debtors.  As set forth in **Exhibit D**, Locke Lord requests allowance of actual and necessary expenses incurred by

---

[2] The descriptions of the services rendered by Locke Lord in **Exhibit C** have been modified to conform with the Fee Committee Billing Guidelines where appropriate and therefore do not in all instances exactly match the descriptions

Locke Lord during the Tenth Monthly Application Period in the aggregate amount of $36,560.39. Also annexed hereto as **Exhibit E** are invoices of expenses of amounts over $1,000 for services rendered on behalf of the Debtors during the Tenth Monthly Application Period.

## The Requested Compensation Should Be Allowed

19.    Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation. 11 U.S.C. § 331.   Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including ---
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and
>
> (E)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

---

that Locke Lord attorneys and paraprofessionals entered into Locke Lord's timekeeping software.

20.    In the instant cases, Locke Lord respectfully submits that the professional services and the expenditures for which it seeks reimbursement in this Application were, at the time rendered, believed to be necessary for and beneficial to the Debtors and their chapter 11 estates. Accordingly, Locke Lord further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors, their estates, and all parties in interest.

**<u>Notice</u>**

21.    Pursuant to the Monthly Compensation Order, notice of this Application will be served upon (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, 45th Floor, New York, New York 10020 (Attn:  John Suckow and David Coles); (ii) Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y. Waisman, Esq.); (iii) Milbank, Tweed, Hadley & McCoy LLP 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.), attorneys for the Creditors' Committee; (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 22nd Floor, New York, New York 10004 (Attn: Elisabetta G. Gasparini and Andrea B. Schwartz); and (v) Richard Gitlin, Chair of the Fee Committee c/o Godfrey & Kahn, S.C., One East Main Street, P.O. Box 2719, Madison, WI 53701-2719.  In addition to being served with a paper copy, the Office of the United States Trustee, Richard Gitlin through Godfrey & Kahn, and Lehman Brothers Holdings Inc. are also being served with a disc containing an electronic version of this Application and its Exhibits.

22.    All services for which compensation and reimbursement of expenses are requested by Locke Lord were performed for and on behalf of the Debtors.  No agreement or understanding exists between Locke Lord and any other person for the sharing of compensation

to be received for the services rendered in connection with Locke Lord's representation of the Debtors, and no action prohibited by §504 of the Bankruptcy Code has been, or will be, made by Locke Lord.

23.    No previous application or motion for the relief requested herein has been made to this or any other Court.

## Conclusion

24.    Based on the foregoing, Locke Lord respectfully submits that the services rendered in the instant case during the Tenth Interim Application Period have been efficient and effective.  Locke Lord will continue to prosecute loss recovery litigation and/or pre-filing settlement negotiations against sellers of defective mortgage loans on the secondary market to an affiliate of LBHI and ancillary matters arising in such lawsuits.  As previously stated, Locke Lord seeks (i) an award of fees in the amount of $105,898.04 (inclusive of the Adjustments) and expenses of $36,560.39, all incurred from October 1, 2011 through March 6, 2011; and (ii) authorization for the Debtors to pay those amounts.

WHEREFORE, Locke Lord respectfully requests that this Court enter an Order consistent with the relief requested herein for such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ *Robert T. Mowrey*

**Robert T. Mowrey**
  e-mail:  rmowrey@lockelord.com
**Jason L. Sanders**
  e-mail:  jsanders@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas  711201
Telephone:  (214) 740-8000
Telecopier:  (214) 740-8800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :        **08-13555 (JMP)**
                                                    :
                            Debtors.                :        **(Jointly Administered)**
                                                    :
                                                    :
---------------------------------------------------------------------x

## <u>CERTIFICATION OF ROBERT T. MOWREY</u>

Robert T. Mowrey, a member of the firm of Locke Lord LLP, ("<u>Locke Lord</u>" or

"<u>Applicant</u>"), attorneys authorized to provide legal services as Special Counsel to Lehman

Brothers Holdings Inc. ("<u>LBHI</u>"), and its affiliated debtors in the above referenced chapter 11

cases pursuant to an order of this Court.  This certification is made in support of the Third

Interim Application for the Tenth Interim Application Period of Locke Lord LLP for

Compensation and Reimbursement of Expenses (the "<u>Application</u>") seeking the entry of an

Order pursuant to 11 U.S.C. §§ 330 and 331 awarding interim compensation to Locke Lord for

the period of October 1, 2011 through and including March 6, 2012 (the "<u>Tenth Interim</u>

<u>Application Period</u>") and in compliance with Rule 2016(a) and with the United States Trustee's

Guidelines for Review Applications for Compensation and Reimbursement of Expenses Filed

Under 11 U.S.C. § 330.

I have read the Application and I certify that the Application substantially complies with

the Rule and the Guidelines.

DATED:  May 14, 2012

/s/ *Robert T. Mowrey*

**Robert T. Mowrey**
e-mail:  rmowrey@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas  711201
Telephone:  (214) 740-8000
Telecopier:  (214) 740-8800

# EXHIBIT A

## OPEN MATTERS

| Matter ID | Matter Name |
|-----------|-------------|
| 103045.00001 | Cornerstone Mortgage Company |
| 103045.00005 | Gateway Mortgage Group |
| 103045.00006 | Pine State Mortgage Corporation |
| 103045.00007 | 1st New England Mortgage Corporation |
| 103045.00010 | Realty Mortgage Corporation |
| 103045.00011 | Loan Network LLC |
| 103045.00012 | Lincoln Mortgage Company |
| 103045.00013 | Eagle Home Mortgage, LLC |
| 103045.00021 | America HomeKey, Inc. |
| 103045.00022 | Primary Capital Advisors |
| 103045.00026 | Brightgreen Home Loans, Inc. |
| 103045.00027 | United Northern Mortgage Bankers Limited |
| 103045.00029 | Amerihome Loan Corp. |

# EXHIBIT B

**ALL MATTERS**
**SUMMARY OF SERVICES BY PROFESSIONAL**

| PROFESSIONAL NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| Cabrera, Marc D. | Associate | 2009 (TX) | 105.10 | 199.95 | 21,014.75 |
| Froehlich, Joseph N | Partner | 1996 (NJ); 1997 (NY) | 1.90 | 558.00 | 1,060.20 |
| Mowrey, Robert T. | Partner | 1977 (TX) | 14.30 | 613.80 | 8,777.34 |
| Richards, P. Nelsene | Paralegal | N/A | 50.70 | 213.90 | 10,844.73 |
| Sanders, Jason L. | Partner | 2002 (TX); 2004 (CA); 2004 (AZ) | 175.80 | 367.35 | 64,580.13 |
| Lowry, Gregory A. | Partner | 1986 (TX) | 1.60 | 595.20 | 952.32 |
| Kirby, Brent | Associate | 2010 (TX) | 0.50 | 199.95 | 99.98 |
| Burcham, Amanda L. | Associate | 2008 (TX) | 0.20 | 213.90 | 42.78 |
| Knapp, Brad C. | Associate | 2007 (TX) | 0.30 | 237.15 | 71.15 |
| Sheets, Shelly E. | Paralegal | N/A | 0.30 | 213.90 | 64.17 |
| Hinderliter, J. Dean | Partner | 1995 (TX) | 6.00 | 585.90 | 3,515.40 |
| Collins, Johnathan E. | Associate | 2006 (TX) | 2.20 | 274.35 | 603.57 |
| Chen, Sarah M. | Associate | 2007 (NY); 2006 (NJ) | 9.60 | 311.55 | 2,990.88 |
| Campbell, Elizabeth | Partner | 2003 (GA); 2008 (FL) | 2.10 | 316.20 | 664.02 |
| Franklin, Kenneth B. | Associate | 2007 (GA); 2008 (FL) | 1.70 | 297.60 | 505.92 |

TOTALS:    372.30                115,787.33

**SUMMARY OF SERVICES BY TASK CODE**

| TASK CODE | DESCRIPTION | HOURS | TOTAL | ADJUSTED FEES* |
|---|---|---|---|---|
| 0100 | General Case Admin | 2.20 | 473.37 | 473.37 |
| 0500 | Non-Working Travel | 33.20 | 12,196.02 | 6,098.01 |
| 4000 | Non-Bankruptcy Litigation | 314.30 | 98,353.55 | 98,353.55 |
| 4600 | Firm's Own Billing/Fee Appl | 22.60 | 4,764.39 | 973.12 |

TOTALS:    372.30    115,787.33    105,898.04

**ALL MATTERS**
**SUMMARY OF DISBURSEMENTS BY TASK CODE**

| TASK CODE | DESCRIPTION | TOTAL |
|---|---|---|
| E101 | Copying | 1,685.20 |
| E105 | Telephone | 58.59 |
| E106 | Online Research | 2,860.21 |
| E107 | Delivery services/messengers | 614.17 |
| E123 | Other Professionals | 9,423.82 |
| E124 | Other | 1,547.00 |
| E110 | Out-of-town travel | 6,518.66 |
| E118 | Litigation Support Vendor | 1,486.69 |
| E119 | Experts | 8,837.50 |
| E112 | Court Fees | 375.56 |
| E102 | Outside Printing | 349.98 |
| E111 | Meals | 230.13 |
| E115 | Deposition Transcripts | 234.83 |
| E113 | Subpoena Fees | 2,338.05 |

**TOTALS:    36,560.39**

*Pursuant to the Fee Committee Billing Guidelines, the total fees incurred by Debtor have been adjusted to include a 50% reduction for non-working travel time and the fees for reviewing and/or editing time entries, monthly invoices, and fee applications have also been adjusted to not exceed 1% of the fees sought during the Tenth Interim Application Period.

**MATTER: 00001 - Cornerstone Mortgage Company**
**SUMMARY OF SERVICES BY PROFESSIONAL**

| Matter | 103045.00001 | | | | |
|--------|--------------|--|--|--|--|
| **PROFESSIONAL NAME** | **TITLE** | **YEAR ADMITTED** | **HOURS** | **RATE** | **FEES** |
| Sanders, Jason L. | Partner | 2002 (TX); 2004 (CA); 2004 (AZ) | 0.50 | 367.35 | 183.68 |
| | | | 0.50 | | 183.68 |

**SUMMARY OF SERVICES BY TASK CODE**

| Matter | 103045.00001 | | |
|--------|--------------|--|--|
| **TASK CODE** | **DESCRIPTION** | **HOURS** | **TOTAL** |
| 4000 | Non-Bankruptcy Litigation | 0.50 | 183.68 |
| | | 0.50 | 183.68 |

**SUMMARY OF DISBURSEMENTS BY TASK CODE**

| Matter | 103045.00001 | |
|--------|--------------|--|
| **TASK CODE** | **DESCRIPTION** | **TOTAL** |
| E101 | Copying | 51.20 |
| E107 | Delivery services/messengers | 266.79 |
| | | 317.99 |

**MATTER: 00005 - Gateway Mortgage Group**
**SUMMARY OF SERVICES BY PROFESSIONAL**

| Matter | 103045.0005 | | | | |
|--------|-------------|-----------|-------|------|------|
| **PROFESSIONAL NAME** | **TITLE** | **YEAR ADMITTED** | **HOURS** | **RATE** | **FEES** |
| Cabrera, Marc D. | Associate | 2009 (TX) | 27.90 | 199.95 | 5,578.61 |
| Mowrey, Robert T. | Partner | 1977 (TX) | 5.80 | 613.80 | 3,560.04 |
| Richards, P. Nelsene | Paralegal | N/A | 10.60 | 213.90 | 2,267.34 |
| Sanders, Jason L. | Partner | 2002 (TX); 2004 (CA); 2004 (AZ) | 43.40 | 367.35 | 15,942.99 |
| | | | 87.70 | | 27,348.98 |


**SUMMARY OF SERVICES BY TASK CODE**

| Matter | 103045.00005 | | |
|--------|-------------|-----------|------|
| **TASK CODE** | **DESCRIPTION** | **HOURS** | **TOTAL** |
| 0500 | Non-Working Travel | 4.70 | 1,726.55 |
| 4000 | Non-Bankruptcy Litigation | 79.80 | 24,921.21 |
| 4600 | Firm's Own Billing/Fee | 3.20 | 701.22 |
| | | 87.70 | 27,348.98 |


**SUMMARY OF DISBURSEMENTS BY TASK CODE**

| Matter | 103045.00005 | |
|--------|-------------|------|
| **TASK CODE** | **DESCRIPTION** | **TOTAL** |
| E101 | Copying | 464.20 |
| E105 | Telephone | 5.68 |
| E106 | Online Research | 1,808.71 |
| E107 | Delivery services/messengers | 48.30 |
| E124 | Other | 1,537.00 |
| E110 | Out-of-town travel | 441.90 |
| E118 | Litigation Support Vendor | 1,384.30 |
| E119 | Experts | 8,837.50 |
| E112 | Court Fees | 25.56 |
| E102 | Outside Printing | 110.59 |
| E111 | Meals | 27.76 |
| | | 14,691.50 |

**MATTER: 00006 - Pine State Mortgage Corporation**
**SUMMARY OF SERVICES BY PROFESSIONAL**

| Matter | 103045.00006 | | | | |
|---|---|---|---|---|---|
| PROFESSIONAL NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
| Cabrera, Marc D. | Associate | 2009 (TX) | 0.70 | 199.95 | 139.97 |
| Mowrey, Robert T. | Partner | 1977 (TX) | 0.80 | 613.80 | 491.04 |
| Sanders, Jason L. | Partner | 2002 (TX); 2004 (CA); 2004 (AZ) | 0.10 | 367.35 | 36.74 |
| | | | 1.60 | | 667.74 |

**SUMMARY OF SERVICES BY TASK CODE**

| Matter | 103045.00006 | | |
|---|---|---|---|
| TASK CODE | DESCRIPTION | HOURS | TOTAL |
| 0100 | General Case Admin | 0.50 | 99.98 |
| 4000 | Non-Bankruptcy Litigation | 0.90 | 527.78 |
| 4600 | Firm's Own Billing/Fee | 0.20 | 39.99 |
| | | 1.60 | 667.74 |

**SUMMARY OF DISBURSEMENTS BY TASK CODE**

| Matter | 103045.00006 | |
|---|---|---|
| TASK CODE | DESCRIPTION | TOTAL |
| E106 | Online Research | 1.12 |
| | | 1.12 |

**MATTER: 00007 - 1st New England Mortgage Corporation**
**SUMMARY OF SERVICES BY PROFESSIONAL**

| Matter | 103045.00007 | | | | |
|---|---|---|---|---|---|
| **PROFESSIONAL NAME** | **TITLE** | **YEAR ADMITTED** | **HOURS** | **RATE** | **FEES** |
| Cabrera, Marc D. | Associate | 2009 (TX) | 33.10 | 199.95 | 6,618.35 |
| Mowrey, Robert T. | Partner | 1977 (TX) | 0.90 | 613.80 | 552.42 |
| Richards, P. Nelsene | Paralegal | N/A | 13.30 | 213.90 | 2,844.87 |
| Sanders, Jason L. | Partner | 2002 (TX); 2004 (CA); 2004 (AZ) | 30.70 | 367.35 | 11,277.65 |
| Kirby, Brent | Associate | 2010 (TX) | 0.20 | 199.95 | 39.99 |
| Burcham, Amanda L. | Associate | 2008 (TX) | 0.20 | 213.90 | 42.78 |
| | | | 78.40 | | 21,376.05 |

**SUMMARY OF SERVICES BY TASK CODE**

| Matter | 103045.00007 | | |
|---|---|---|---|
| **TASK CODE** | **DESCRIPTION** | **HOURS** | **TOTAL** |
| 0100 | General Case Admin | 0.50 | 99.98 |
| 0500 | Non-Working Travel | 10.20 | 3,746.97 |
| 4000 | Non-Bankruptcy | 62.60 | 16,509.36 |
| 4600 | Firm's Own Billing/Fee | 5.10 | 1,019.75 |
| | | 78.40 | 21,376.05 |

**SUMMARY OF DISBURSEMENTS BY TASK CODE**

| Matter | 103045.00007 | |
|---|---|---|
| **TASK CODE** | **DESCRIPTION** | **TOTAL** |
| E101 | Copying | 252.00 |
| E105 | Telephone | 2.96 |
| E106 | Online Research | 129.66 |
| E107 | Delivery services/messengers | 52.04 |
| E123 | Other Professionals | 2,400.00 |
| E110 | Out-of-town travel | 2,740.57 |
| E102 | Outside Printing | 239.39 |
| E115 | Deposition Transcripts | 234.83 |
| | | 6,051.45 |

**MATTER: 00010 - Realty Mortgage Corporation**
**SUMMARY OF SERVICES BY PROFESSIONAL**

| Matter | 103045.00010 | | | | | |
|---|---|---|---|---|---|---|
| **PROFESSIONAL NAME** | **TITLE** | **YEAR ADMITTED** | **HOURS** | **RATE** | **FEES** | |
| Sanders, Jason L. | Partner | 2002 (TX); 2004 (CA); 2004 (AZ) | 0.70 | 367.35 | 257.15 | |
| Knapp, Brad C. | Associate | 2007 (TX) | 0.30 | 237.15 | 71.15 | |
| | | | 1.00 | | 328.29 | |

**SUMMARY OF SERVICES BY TASK CODE**

| Matter | 103045.00010 | | |
|---|---|---|---|
| **TASK CODE** | **DESCRIPTION** | **HOURS** | **TOTAL** |
| 4000 | Non-Bankruptcy Litigation | 1.00 | 328.29 |
| | | 1.00 | 328.29 |

**SUMMARY OF DISBURSEMENTS BY TASK CODE**

| Matter | 103045.00010 | |
|---|---|---|
| **TASK CODE** | **DESCRIPTION** | **TOTAL** |
| E105 | Telephone | 0.88 |
| E106 | Online Research | 5.76 |
| E123 | Other Professionals | 1,000.00 |
| | | 1,006.64 |

**MATTER: 00011 - Loan Network LLC**
**SUMMARY OF SERVICES BY PROFESSIONAL**

| Matter | 103045.00011 | | | | |
|---|---|---|---|---|---|
| PROFESSIONAL NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
| Cabrera, Marc D. | Associate | 2009 (TX) | 2.60 | 199.95 | 519.87 |
| Sanders, Jason L. | Partner | 2002 (TX); 2004 (CA); 2004 (AZ) | 0.20 | 367.35 | 73.47 |
| Sheets, Shelly E. | Paralegal | N/A | 0.10 | 213.90 | 21.39 |
| | | | 2.90 | | 614.73 |

**SUMMARY OF SERVICES BY TASK CODE**

| Matter | 103045.00011 | | |
|---|---|---|---|
| TASK CODE | DESCRIPTION | HOURS | TOTAL |
| 4000 | Non-Bankruptcy Litigation | 2.90 | 614.73 |
| | | 2.90 | 614.73 |

**SUMMARY OF DISBURSEMENTS BY TASK CODE**

| Matter | 103045.00011 | |
|---|---|---|
| TASK CODE | DESCRIPTION | TOTAL |
| E101 | Copying | 246.80 |
| E107 | Delivery services/messengers | 46.25 |
| E113 | Subpoena Fees | 1,974.45 |
| | | 2,267.50 |

**MATTER: 00012 - Lincoln Mortgage Company**
**SUMMARY OF SERVICES BY PROFESSIONAL**

| Matter | 103045.00012 | | | | |
|---|---|---|---|---|---|
| PROFESSIONAL NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
| Cabrera, Marc D. | Associate | 2009 (TX) | 7.80 | 199.95 | 1,559.61 |
| Froehlich, Joseph N | Partner | 1996 (NJ); 1997 (NY) | 1.90 | 558.00 | 1,060.20 |
| Sanders, Jason L. | Partner | 2002 (TX); 2004 (CA); 2004 (AZ) | 1.00 | 367.35 | 367.35 |
| | | | 10.70 | | 2,987.16 |

**SUMMARY OF SERVICES BY TASK CODE**

| Matter | 103045.00012 | | |
|---|---|---|---|
| TASK CODE | DESCRIPTION | HOURS | TOTAL |
| 0100 | General Case Admin | 0.80 | 176.70 |
| 4000 | Non-Bankruptcy Litigation | 9.00 | 2,630.51 |
| 4600 | Firm's Own Billing/Fee | 0.90 | 179.96 |
| | | 10.70 | 2,987.16 |

**SUMMARY OF DISBURSEMENTS BY TASK CODE**

| Matter | 103045.00012 | |
|---|---|---|
| TASK CODE | DESCRIPTION | TOTAL |
| E106 | Online Research | 1.04 |
| | | 1.04 |

**MATTER: 00013 - Eagle Home Mortgage, LLC**
**SUMMARY OF SERVICES BY PROFESSIONAL**

| Matter | 103045.00013 | | | | |
|---|---|---|---|---|---|
| **PROFESSIONAL NAME** | **TITLE** | **YEAR ADMITTED** | **HOURS** | **RATE** | **FEES** |
| Cabrera, Marc D. | Associate | 2009 (TX) | 12.20 | 199.95 | 2,439.39 |
| Mowrey, Robert T. | Partner | 1977 (TX) | 2.40 | 613.80 | 1,473.12 |
| Richards, P. Nelsene | Paralegal | N/A | 1.50 | 213.90 | 320.85 |
| Sanders, Jason L. | Partner | 2002 (TX); 2004 (CA); 2004 (AZ) | 34.00 | 367.35 | 12,489.90 |
| | | | 50.10 | | 16,723.26 |

**SUMMARY OF SERVICES BY TASK CODE**

| Matter | 103045.00013 | | |
|---|---|---|---|
| **TASK CODE** | **DESCRIPTION** | **HOURS** | **TOTAL** |
| 0500 | Non-Working Travel | 11.00 | 4,040.85 |
| 4000 | Non-Bankruptcy Litigation | 29.50 | 10,762.89 |
| 4600 | Firm's Own Billing/Fee | 9.60 | 1,919.52 |
| | | 50.10 | 16,723.26 |

**SUMMARY OF DISBURSEMENTS BY TASK CODE**

| Matter | 103045.00013 | |
|---|---|---|
| **TASK CODE** | **DESCRIPTION** | **TOTAL** |
| E101 | Copying | 124.60 |
| E105 | Telephone | 12.94 |
| E106 | Online Research | 17.84 |
| E123 | Other Professionals | 2,916.32 |
| E110 | Out-of-town travel | 1,666.80 |
| E111 | Meals | 26.31 |
| | | 4,764.81 |

**MATTER: 00021 - America HomeKey, Inc.**
**SUMMARY OF SERVICES BY PROFESSIONAL**

| Matter | 103045.00021 | | | | |
|--------|--------------|-----|------|------|------|
| **PROFESSIONAL NAME** | **TITLE** | **YEAR ADMITTED** | **HOURS** | **RATE** | **FEES** |
| Cabrera, Marc D. | Associate | 2009 (TX) | 3.20 | 199.95 | 639.84 |
| Mowrey, Robert T. | Partner | 1977 (TX) | 0.60 | 613.80 | 368.28 |
| Sanders, Jason L. | Partner | 2002 (TX); 2004 (CA); 2004 (AZ) | 6.70 | 367.35 | 2,461.25 |
| Sheets, Shelly E. | Paralegal | N/A | 0.20 | 213.90 | 42.78 |
| | | | 10.70 | | 3,512.15 |

**SUMMARY OF SERVICES BY TASK CODE**

| Matter | 103045.00021 | | |
|--------|--------------|-------|-------|
| **TASK CODE** | **DESCRIPTION** | **HOURS** | **TOTAL** |
| 4000 | Non-Bankruptcy Litigation | 10.70 | 3,512.15 |
| | | 10.70 | 3,512.15 |

**SUMMARY OF DISBURSEMENTS BY TASK CODE**

| Matter | 103045.00021 | |
|--------|--------------|-------|
| **TASK CODE** | **DESCRIPTION** | **TOTAL** |
| E101 | Copying | 1.80 |
| E105 | Telephone | 4.72 |
| E106 | Online Research | 255.65 |
| E107 | Delivery services/messengers | 52.43 |
| | | 314.60 |

**MATTER: 00022 - Primary Capital Advisors**
**SUMMARY OF SERVICES BY PROFESSIONAL**

| Matter | 103045.00022 | | | | |
|---|---|---|---|---|---|
| **PROFESSIONAL NAME** | **TITLE** | **YEAR ADMITTED** | **HOURS** | **RATE** | **FEES** |
| Cabrera, Marc D. | Associate | 2009 (TX) | 17.60 | 199.95 | 3,519.12 |
| Mowrey, Robert T. | Partner | 1977 (TX) | 3.80 | 613.80 | 2,332.44 |
| Richards, P. Nelsene | Paralegal | N/A | 25.30 | 213.90 | 5,411.67 |
| Sanders, Jason L. | Partner | 2002 (TX); 2004 (CA); 2004 (AZ) | 58.50 | 367.35 | 21,489.98 |
| Kirby, Brent | Associate | 2010 (TX) | 0.30 | 199.95 | 59.99 |
| Hinderliter, J. Dean | Partner | 1995 (TX) | 6.00 | 585.90 | 3,515.40 |
| Collins, Johnathan E. | Associate | 2006 (TX) | 2.20 | 274.35 | 603.57 |
| | | | 113.70 | | 36,932.16 |

**SUMMARY OF SERVICES BY TASK CODE**

| Matter | 103045.00022 | | |
|---|---|---|---|
| **TASK CODE** | **DESCRIPTION** | **HOURS** | **TOTAL** |
| 0100 | General Case Admin | 0.40 | 96.72 |
| 0500 | Non-Working Travel | 7.30 | 2,681.66 |
| 4000 | Non-Bankruptcy | 102.40 | 33,249.83 |
| 4600 | Firm's Own Billing/Fee | 3.60 | 903.96 |
| | | 113.70 | 36,932.16 |

**SUMMARY OF DISBURSEMENTS BY TASK CODE**

| Matter | 103045.00022 | |
|---|---|---|
| **TASK CODE** | **DESCRIPTION** | **TOTAL** |
| E101 | Copying | 537.40 |
| E105 | Telephone | 30.61 |
| E106 | Online Research | 640.43 |
| E107 | Delivery services/messengers | 148.36 |
| E123 | Other Professionals | 3,107.50 |
| E110 | Out-of-town travel | 1,669.39 |
| E111 | Meals | 99.70 |
| E113 | Subpoena Fees | 363.60 |
| | | 6,596.99 |

**MATTER: 00026 - Brightgreen Home Loans, Inc.**
**SUMMARY OF SERVICES BY PROFESSIONAL**

| Matter | 103045.00026 | | | | |
|---|---|---|---|---|---|
| **PROFESSIONAL NAME** | **TITLE** | **YEAR ADMITTED** | **HOURS** | **RATE** | **FEES** |
| Lowry, Gregory A. | Partner | 1986 (TX) | 1.60 | 595.20 | 952.32 |
| | | | 1.60 | | 952.32 |

**SUMMARY OF SERVICES BY TASK CODE**

| Matter | 103045.00026 | | |
|---|---|---|---|
| **TASK CODE** | **DESCRIPTION** | **HOURS** | **TOTAL** |
| 4000 | Non-Bankruptcy Litigation | 1.60 | 952.32 |
| | | 1.60 | 952.32 |

**SUMMARY OF DISBURSEMENTS BY TASK CODE**

| Matter | 103045.00026 | |
|---|---|---|
| **TASK CODE** | **DESCRIPTION** | **TOTAL** |
| E124 | Other | 10.00 |
| | | 10.00 |

**MATTER: 00027 - United Northern Mortgage Bankers Limited**
**SUMMARY OF SERVICES BY PROFESSIONAL**

| Matter | 103045.00027 | | | | |
|--------|--------------|--|--|--|--|
| PROFESSIONAL NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
| Chen, Sarah M. | Associate | 2007 (NY); 2006 (NJ) | 9.60 | 311.55 | 2,990.88 |
| | | | 9.60 | | 2,990.88 |

**SUMMARY OF SERVICES BY TASK CODE**

| Matter | 103045.00027 | | |
|--------|--------------|--|--|
| TASK CODE | DESCRIPTION | HOURS | TOTAL |
| 4000 | Non-Bankruptcy Litigation | 9.60 | 2,990.88 |
| | | 9.60 | 2,990.88 |

**SUMMARY OF DISBURSEMENTS BY TASK CODE**

| Matter | 103045.00027 | |
|--------|--------------|--|
| TASK CODE | DESCRIPTION | TOTAL |
| E101 | Copying | 7.20 |
| E105 | Telephone | 0.80 |
| E118 | Litigation Support Vendor | 102.39 |
| E111 | Meals | 76.36 |
| | | 186.75 |

**MATTER: 00029 - Amerihome Loan Corp.**
**SUMMARY OF SERVICES BY PROFESSIONAL**

| Matter | 103045.00029 | | | | |
|---|---|---|---|---|---|
| PROFESSIONAL NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
| Campbell, Elizabeth | Partner | 2003 (GA); 2008 (FL) | 2.10 | 316.20 | 664.02 |
| Franklin, Kenneth B. | Associate | 2007 (GA); 2008 (FL) | 1.70 | 297.60 | 505.92 |
| | | | 3.80 | | 1,169.94 |

**SUMMARY OF SERVICES BY TASK CODE**

| Matter | 103045.00029 | | |
|---|---|---|---|
| TASK CODE | DESCRIPTION | HOURS | TOTAL |
| 4000 | Non-Bankruptcy Litigation | 3.80 | 1,169.94 |
| | | 3.80 | 1,169.94 |

**SUMMARY OF DISBURSEMENTS BY TASK CODE**

| Matter | 103045.00029 | |
|---|---|---|
| TASK CODE | DESCRIPTION | TOTAL |
| E112 | Court Fees | 350.00 |
| | | 350.00 |

# EXHIBIT C

| Date | Matter ID | Professional | Task | Narrative | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 10/1/2011 | 00001 | Sanders, Jason L. | 4000 | E-mail Mr. Hurt regarding Cornerstone contacting LBHI's servicer regarding transferring servicing of the second loan. | 0.10 | 367.35 | 36.74 |
| 11/10/2011 | 00001 | Sanders, Jason L. | 4000 | Analyze how to properly conclude the second loan. | 0.10 | 367.35 | 36.74 |
| 11/11/2011 | 00001 | Sanders, Jason L. | 4000 | E-mails with opposing counsel regarding transfer of loan. | 0.30 | 367.35 | 110.21 |
|  | 00001 Total |  |  |  | 0.50 |  | 183.68 |
| 10/1/2011 | 00005 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding corporate representative deposition dates. | 0.20 | 367.35 | 73.47 |
| 10/2/2011 | 00005 | Cabrera, Marc D. | 4000 | Review e-mails regarding Gateway corporate representative deposition. | 0.10 | 199.95 | 20.00 |
| 10/3/2011 | 00005 | Cabrera, Marc D. | 4000 | Review settlement offer from Gateway. | 0.10 | 199.95 | 20.00 |
| 10/3/2011 | 00005 | Sanders, Jason L. | 4000 | Work on settlement counter. | 0.20 | 367.35 | 73.47 |
| 10/3/2011 | 00005 | Mowrey, Robert T. | 4000 | Work on settlement strategy. | 0.30 | 613.80 | 184.14 |
| 10/4/2011 | 00005 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding conference call (.1); E-mail transcripts of depositions of LBHI and Aurora (.2). | 0.30 | 367.35 | 110.21 |
| 10/4/2011 | 00005 | Cabrera, Marc D. | 4000 | Review deposition transcripts of J. Baker and Y. Kaikova. | 0.50 | 199.95 | 99.98 |
| 10/5/2011 | 00005 | Sanders, Jason L. | 4000 | Conference with Mr. Baker regarding settlement counter. | 0.20 | 367.35 | 73.47 |
| 10/5/2011 | 00005 | Cabrera, Marc D. | 4600 | Attention to monthly invoice spreadsheet. | 0.40 | 199.95 | 79.98 |
| 10/9/2011 | 00005 | Cabrera, Marc D. | 4000 | Review e-mails regarding designation of expert, settlement offer, and extension of deadlines to designate experts. | 0.20 | 199.95 | 39.99 |
| 10/9/2011 | 00005 | Sanders, Jason L. | 4600 | Work on revisions to invoices for purposes of complying with the Bankruptcy Court billing procedures. | 0.30 | 367.35 | 110.21 |
| 10/9/2011 | 00005 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding documents he requested during the deposition of John Baker (.1); Begin to review deposition transcript of Mr. Baker (.3). | 0.40 | 367.35 | 146.94 |
| 10/9/2011 | 00005 | Sanders, Jason L. | 4000 | Review e-mails regarding settlement negotiations (.1); Draft and send e-mail to opposing counsel with a settlement counteroffer (.4). | 0.50 | 367.35 | 183.68 |
| 10/9/2011 | 00005 | Sanders, Jason L. | 4000 | Begin to review and analyze deposition of Aurora's corporate representative (.3); Review and analyze Seller's Guide (.2). | 0.50 | 367.35 | 183.68 |
| 10/10/2011 | 00005 | Mowrey, Robert T. | 4000 | Work on deposition and discovery issues. | 0.30 | 613.80 | 184.14 |
| 10/10/2011 | 00005 | Sanders, Jason L. | 4000 | Work on strategy regarding documents to prove Gateway's liability in the lawsuit. | 0.40 | 367.35 | 146.94 |

| Date | | Name | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 10/11/2011 | 00005 | Cabrera, Marc D. | 4000 | Telephone call with C. Morrow regarding designation. | 0.40 | 199.95 | 79.98 |
| 10/11/2011 | 00005 | Sanders, Jason L. | 4000 | Work on expert designation issues. | 0.40 | 367.35 | 146.94 |
| 10/12/2011 | 00005 | Cabrera, Marc D. | 4000 | Attention to deadline for J. Baker to review and sign deposition (.1); Conference with J. Sanders regarding the same (.1) | 0.20 | 199.95 | 39.99 |
| 10/12/2011 | 00005 | Sanders, Jason L. | 4000 | Work on issues related to supplemental document production. | 0.20 | 367.35 | 73.47 |
| 10/12/2011 | 00005 | Cabrera, Marc D. | 4000 | Revise time entries to conform with fee committee guidelines for monthly statement for compensation and reimbursement of expenses. | 0.30 | 199.95 | 59.99 |
| 10/12/2011 | 00005 | Cabrera, Marc D. | 4600 | Attention to monthly invoice and forecast spreadsheet (.1); Conference with J. Sanders regarding the same (.1); Draft monthly statement for compensation and reimbursement of expenses (.2). | 0.40 | 199.95 | 79.98 |
| 10/12/2011 | 00005 | Sanders, Jason L. | 4000 | Work on expert designation issues. | 0.50 | 367.35 | 183.68 |
| 10/12/2011 | 00005 | Cabrera, Marc D. | 4000 | Telephone call to H. Gray regarding underwriting of loans (.3); Telephone call to C. Morrow regarding the same (.4). | 0.70 | 199.95 | 139.97 |
| 10/13/2011 | 00005 | Sanders, Jason L. | 4000 | Work on case strategy. | 0.30 | 367.35 | 110.21 |
| 10/13/2011 | 00005 | Cabrera, Marc D. | 4600 | Revise monthly statement for compensation and reimbursement of expenses. | 0.50 | 199.95 | 99.98 |
| 10/13/2011 | 00005 | Cabrera, Marc D. | 4000 | Telephone call with LBHI group regarding underwriting of loans (.5); Call with expert regarding the same (.5); Draft expert designation (1). | 2.00 | 199.95 | 399.90 |
| 10/14/2011 | 00005 | Cabrera, Marc D. | 4600 | Review monthly statement for compensation and reimbursement of expenses (.2); Attention to sending the same to LBHI group and notice parties (.2). | 0.40 | 199.95 | 79.98 |
| 10/14/2011 | 00005 | Mowrey, Robert T. | 4000 | Review discovery issues and case strategy (.3); Review expert designations (.2). | 0.50 | 613.80 | 306.90 |
| 10/14/2011 | 00005 | Sanders, Jason L. | 4000 | Work on expert designation. | 0.70 | 367.35 | 257.15 |
| 10/14/2011 | 00005 | Cabrera, Marc D. | 4000 | Conference with J. Sanders regarding expert designation (.4); Telephone call with C. Morrow regarding designation (.4); Revise expert designation (.8); Attention to serving designation (.2); Review e-mails regarding settlement (.2). | 2.00 | 199.95 | 399.90 |
| 10/15/2011 | 00005 | Cabrera, Marc D. | 4000 | Review invoice from expert for services rendered. | 0.10 | 199.95 | 20.00 |

| 10/17/2011 | 00005 | Sanders, Jason L. | 4000 | Work on scheduling deposition dates, discovery, and settlement issues. | 0.30 | 367.35 | 110.21 |
|---|---|---|---|---|---|---|---|
| 10/18/2011 | 00005 | Cabrera, Marc D. | 4000 | Telephone call to C. Pignuolo regarding settlement. | 0.10 | 199.95 | 20.00 |
| 10/18/2011 | 00005 | Cabrera, Marc D. | 4000 | Exchange e-mails with J. Sanders regarding invoices. | 0.10 | 199.95 | 20.00 |
| 10/18/2011 | 00005 | Sanders, Jason L. | 4000 | Conference with opposing counsel regarding mediation (.3); work on scheduling mediation (.2). | 0.50 | 367.35 | 183.68 |
| 10/19/2011 | 00005 | Sanders, Jason L. | 4000 | Telephone conference with Mr. Baker regarding his conversation with Gateway's owner (.2); e-mail opposing counsel regarding settlement and depositions (.1) | 0.30 | 367.35 | 110.21 |
| 10/22/2011 | 00005 | Sanders, Jason L. | 4000 | Review deposition of John Baker. | 0.40 | 367.35 | 146.94 |
| 10/23/2011 | 00005 | Sanders, Jason L. | 4000 | Work on requests for production. | 0.10 | 367.35 | 36.74 |
| 10/24/2011 | 00005 | Mowrey, Robert T. | 4000 | Work on mediation issues and discovery strategy. | 0.30 | 613.80 | 184.14 |
| 10/24/2011 | 00005 | Sanders, Jason L. | 4000 | Conference with opposing counsel regarding mediation and depositions. | 0.40 | 367.35 | 146.94 |
| 10/24/2011 | 00005 | Sanders, Jason L. | 4000 | Work on requests for production. | 0.40 | 367.35 | 146.94 |
| 10/24/2011 | 00005 | Richards, P. Nelsene | 4000 | Duplicate CD's of documents produced and depositions taken to date; coordinate with O. Kham loading of depositions in summation. | 1.00 | 213.90 | 213.90 |
| 10/24/2011 | 00005 | Sanders, Jason L. | 4000 | Review and analyze deposition of Mr. Baker. | 1.00 | 367.35 | 367.35 |
| 10/24/2011 | 00005 | Cabrera, Marc D. | 4000 | Draft second set of requests for production (.8); Draft letter to Gateway regarding availability of dates for mediation (.3); E-mail J. Sanders regarding the same (.1). | 1.20 | 199.95 | 239.94 |
| 10/24/2011 | 00005 | Richards, P. Nelsene | 4000 | Attention to documents produced by Gateway for processing in summation; download documents and send to O. Kham in preparation of summation production database; prepare detailed email with instructions and coordinate with O. Kham summation load files; attention to production log. | 1.50 | 213.90 | 320.85 |
| 10/25/2011 | 00005 | Mowrey, Robert T. | 4000 | Work on assignment and note issues. | 0.30 | 613.80 | 184.14 |
| 10/25/2011 | 00005 | Sanders, Jason L. | 4000 | Work on analysis related to documents necessary to demonstrate Gateway's liability and loan ownership. | 0.50 | 367.35 | 183.68 |
| 10/25/2011 | 00005 | Sanders, Jason L. | 4000 | Work on selecting a mediator and mediation date. | 0.50 | 367.35 | 183.68 |
| 10/25/2011 | 00005 | Sanders, Jason L. | 4000 | Review and analyze deposition of Mr. Baker. | 0.90 | 367.35 | 330.62 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/25/2011 | 00005 | Richards, P. Nelsene | 4000 | Attention to documents produced by Gateway. | 1.00 | 213.90 | 213.90 |
| 10/25/2011 | 00005 | Cabrera, Marc D. | 4000 | Draft corporate representative deposition of Gateway (.7); Revise letter to Gateway regarding availability of dates for mediation (.3); Review e-mail from J. Sanders regarding J. Baker deposition signature and correction pages (.1). | 1.10 | 199.95 | 219.95 |
| 10/26/2011 | 00005 | Mowrey, Robert T. | 4000 | Work on mediation issues and strategy. | 0.30 | 613.80 | 184.14 |
| 10/26/2011 | 00005 | Sanders, Jason L. | 4000 | Consideration of mediator and mediation date (.2); Telephone conference with Mr. Baker regarding mediation (.2). | 0.40 | 367.35 | 146.94 |
| 10/26/2011 | 00005 | Cabrera, Marc D. | 4000 | Telephone calls to J. Baker regaring signature to deposition (.2); Telephone call to J. Sanders regarding same (.1); Attention to service of deposition signature and correction page (.2). | 0.50 | 199.95 | 99.98 |
| 10/26/2011 | 00005 | Cabrera, Marc D. | 4000 | Draft notice of corporate representative deposition of Gateway. | 1.00 | 199.95 | 199.95 |
| 10/27/2011 | 00005 | Cabrera, Marc D. | 4000 | Exchange e-mails with J. Sanders regarding notice of corporate representative deposition of Gateway. | 0.10 | 199.95 | 20.00 |
| 10/27/2011 | 00005 | Sanders, Jason L. | 4000 | Work on settlement issues. | 0.30 | 367.35 | 110.21 |
| 10/27/2011 | 00005 | Sanders, Jason L. | 4000 | Work on requests for production. | 0.40 | 367.35 | 146.94 |
| 10/27/2011 | 00005 | Cabrera, Marc D. | 4000 | Draft third requests for production and second requests for admission. | 1.00 | 199.95 | 199.95 |
| 10/28/2011 | 00005 | Cabrera, Marc D. | 4000 | Revise notice of corporate representative deposition of Gateway. | 0.40 | 199.95 | 79.98 |
| 10/28/2011 | 00005 | Sanders, Jason L. | 4000 | Work on scheduling mediation and settlement issues. | 0.50 | 367.35 | 183.68 |
| 10/28/2011 | 00005 | Sanders, Jason L. | 4000 | Work on and review and revise discovery. | 0.80 | 367.35 | 293.88 |
| 10/31/2011 | 00005 | Mowrey, Robert T. | 4000 | Work on assignment and mediation issues. | 0.30 | 613.80 | 184.14 |
| 10/31/2011 | 00005 | Sanders, Jason L. | 4000 | Review and revise notice of corporate representative deposition. | 0.50 | 367.35 | 183.68 |
| 10/31/2011 | 00005 | Sanders, Jason L. | 4000 | Work on strategy related to contesting Gateway's loan-ownership arguments. | 0.70 | 367.35 | 257.15 |
| 11/1/2011 | 00005 | Cabrera, Marc D. | 4000 | Draft agreed motion for continuance. | 0.70 | 199.95 | 139.97 |
| 11/1/2011 | 00005 | Sanders, Jason L. | 4000 | Review and analyze documents related to claims and defenses. | 0.80 | 367.35 | 293.88 |
| 11/2/2011 | 00005 | Mowrey, Robert T. | 4000 | Review Gateway expert designations (.3); review discovery to Gateway (.2). | 0.50 | 613.80 | 306.90 |

| 11/2/2011 | 00005 | Sanders, Jason L. | 4000 | Review discovery and deposition notice (.3); Revise discovery and deposition notice (.7). | 1.00 | 367.35 | 367.35 |
|---|---|---|---|---|---|---|---|
| 11/3/2011 | 00005 | Sanders, Jason L. | 4000 | Analyze settlement issues. | 0.20 | 367.35 | 73.47 |
| 11/3/2011 | 00005 | Mowrey, Robert T. | 4000 | Review summary judgment and assignment issues. | 0.50 | 613.80 | 306.90 |
| 11/3/2011 | 00005 | Richards, P. Nelsene | 4000 | Review documents for production (.6) and update production log (.4). | 1.00 | 213.90 | 213.90 |
| 11/4/2011 | 00005 | Sanders, Jason L. | 4000 | Call with opposing counsel (.2); monthly meeting (.3). | 0.50 | 367.35 | 183.68 |
| 11/4/2011 | 00005 | Richards, P. Nelsene | 4000 | Redact documents in preparation of production. | 1.30 | 213.90 | 278.07 |
| 11/7/2011 | 00005 | Cabrera, Marc D. | 4000 | Conference with J. Sanders regarding deposition and mediation. | 0.20 | 199.95 | 39.99 |
| 11/7/2011 | 00005 | Mowrey, Robert T. | 4000 | Analyze mediation and discovery issues. | 0.30 | 613.80 | 184.14 |
| 11/8/2011 | 00005 | Mowrey, Robert T. | 4000 | Review proposed trial schedule, expert, and mediation issues. | 0.30 | 613.80 | 184.14 |
| 11/8/2011 | 00005 | Cabrera, Marc D. | 4000 | E-mail C. Pignuolo (opposing counsel) regarding agreed motion to continue (.1); Revise agreed motion to continue (.2); Received call from C. Pignuolo regarding agreed motion (.1). | 0.40 | 199.95 | 79.98 |
| 11/9/2011 | 00005 | Cabrera, Marc D. | 4000 | Review documents from mediator (.1); Review amended notice of submission on Gateway's motion for summary judgment (.1). | 0.20 | 199.95 | 39.99 |
| 11/10/2011 | 00005 | Richards, P. Nelsene | 4600 | Prepare documents for Fifth Monthly Statement for Compensation and Expenses. | 0.80 | 213.90 | 171.12 |
| 11/11/2011 | 00005 | Sanders, Jason L. | 4000 | Analysis of motion for summary judgment issues. | 0.30 | 367.35 | 110.21 |
| 11/11/2011 | 00005 | Richards, P. Nelsene | 4000 | Review documents produced by Gateway in preparation of mediation and upcoming depositions for review by J. Sanders. | 1.00 | 213.90 | 213.90 |
| 11/11/2011 | 00005 | Cabrera, Marc D. | 4000 | Continue to draft mediation statement (1); Review exhibits (1). | 2.00 | 199.95 | 399.90 |
| 11/12/2011 | 00005 | Sanders, Jason L. | 4000 | Review and revise deposition notice. | 0.20 | 367.35 | 73.47 |
| 11/12/2011 | 00005 | Sanders, Jason L. | 4000 | Begin to prepare for deposition of Gateway's corporate representative. | 1.50 | 367.35 | 551.03 |
| 11/12/2011 | 00005 | Richards, P. Nelsene | 4000 | Assist J. Sanders with preparation of exhibits for mediation and upcoming depositions. | 2.00 | 213.90 | 427.80 |
| 11/13/2011 | 00005 | Sanders, Jason L. | 500 | Travel to Houston for mediation. | 2.00 | 367.35 | 734.70 |

| 11/13/2011 | 00005 | Cabrera, Marc D. | 4000 | Draft and revise mediation statement with focus on indorsement of notes issues (2.0); Legal research regarding special indorsements and indorsements in blank (1). | 3.00 | 199.95 | 599.85 |
|---|---|---|---|---|---|---|---|
| 11/14/2011 | 00005 | Mowrey, Robert T. | 4000 | Review amended counterclaim. | 0.30 | 613.80 | 184.14 |
| 11/14/2011 | 00005 | Sanders, Jason L. | 4000 | Prepare for mediation and call with opposing counsel regarding the same. | 1.50 | 367.35 | 551.03 |
| 11/14/2011 | 00005 | Cabrera, Marc D. | 4000 | Revise mediation statement with focus on indorsement of notes issues (1.0); Additional legal research regarding holder and owner status and ability to enforce notes with special indorsements and/or indorsements in blank (.5 ); Conference with J. Sanders regarding the same (.5); Attention to exhibits to mediation statements (.5); Review notes related to borrowers at issue (.5). | 3.00 | 199.95 | 599.85 |
| 11/15/2011 | 00005 | Cabrera, Marc D. | 4600 | Conferences with J. Sanders and M. Martin regarding monthly statements for compensation and reimbursement. | 0.40 | 199.95 | 79.98 |
| 11/15/2011 | 00005 | Mowrey, Robert T. | 4000 | Analysis of case and mediation strategy (.3); review mediation statement (.4). | 0.70 | 613.80 | 429.66 |
| 11/15/2011 | 00005 | Richards, P. Nelsene | 4000 | Redact fee statements for review by M. Cabrera. | 1.00 | 213.90 | 213.90 |
| 11/15/2011 | 00005 | Sanders, Jason L. | 4000 | Work on preparation for mediation and finalizing mediation statement. | 2.50 | 367.35 | 918.38 |
| 11/16/2011 | 00005 | Sanders, Jason L. | 4000 | Prepare for and attend mediation. | 9.50 | 367.35 | 3,489.83 |
| 11/17/2011 | 00005 | Mowrey, Robert T. | 4000 | Review settlement agreement. | 0.30 | 613.80 | 184.14 |
| 11/17/2011 | 00005 | Sanders, Jason L. | 4000 | Review settlement agreement (.4); Revise settlement agreement (.6) | 1.00 | 367.35 | 367.35 |
| 11/17/2011 | 00005 | Cabrera, Marc D. | 4000 | Revise settlement agreement. | 1.40 | 199.95 | 279.93 |
| 11/18/2011 | 00005 | Cabrera, Marc D. | 4000 | Revise settlement agreement. | 0.50 | 199.95 | 99.98 |
| 11/18/2011 | 00005 | Sanders, Jason L. | 500 | Travel from mediation in Houston to Dallas. | 2.70 | 367.35 | 991.85 |
| 11/28/2011 | 00005 | Sanders, Jason L. | 4000 | Review and revise settlement agreement. | 0.20 | 367.35 | 73.47 |
| 11/29/2011 | 00005 | Sanders, Jason L. | 4000 | Review and revise settlement agreement. | 0.50 | 367.35 | 183.68 |
| 12/6/2011 | 00005 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding settlement agreement. | 0.10 | 367.35 | 36.74 |
| 12/11/2011 | 00005 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding withdrawing motion for summary judgment and notice of submission. | 0.10 | 367.35 | 36.74 |
| 12/20/2011 | 00005 | Sanders, Jason L. | 4000 | Review Gateway's revisions to the settlement agreement. | 0.20 | 367.35 | 73.47 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/27/2011 | 00005 | Sanders, Jason L. | 4000 | Review and analyze settlement agreement. | 0.10 | 367.35 | 36.74 |
| 1/5/2012 | 00005 | Sanders, Jason L. | 4000 | Communicate with opposing counsel regarding settlement agreement. | 0.10 | 367.35 | 36.74 |
| 1/9/2012 | 00005 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding finalizing settlement agreement (.1); Call with opposing counsel regarding same (.2). | 0.30 | 367.35 | 110.21 |
| 1/10/2012 | 00005 | Sanders, Jason L. | 4000 | Review letter from Court regarding dismissal and e-mail opposing counsel regarding settlement agreement. | 0.10 | 367.35 | 36.74 |
| 1/16/2012 | 00005 | Sanders, Jason L. | 4000 | Review and analyze opposing counsel revisions to settlement agreement (.1); E-mail opposing counsel concerning the same (.1). | 0.20 | 367.35 | 73.47 |
| 1/16/2012 | 00005 | Mowrey, Robert T. | 4000 | Review and analyze settlement. | 0.30 | 613.80 | 184.14 |
| 1/17/2012 | 00005 | Sanders, Jason L. | 4000 | Review and revise settlement agreement. | 0.50 | 367.35 | 183.68 |
| 1/18/2012 | 00005 | Sanders, Jason L. | 4000 | Review settlement agreement (.1); Communicate with Mr. Baker regarding settlement agreement (.1); Communicate with opposing counsel regarding settlement agreement (.1). | 0.30 | 367.35 | 110.21 |
| 1/18/2012 | 00005 | Mowrey, Robert T. | 4000 | Analyze settlement regarding counterclaim. | 0.30 | 613.80 | 184.14 |
| 1/19/2012 | 00005 | Sanders, Jason L. | 4000 | Review and revise settlement agreement with Gateway's revisions. | 0.30 | 367.35 | 110.21 |
| 1/21/2012 | 00005 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding finalizing settlement agreement. | 0.10 | 367.35 | 36.74 |
| 2/1/2012 | 00005 | Sanders, Jason L. | 4000 | E-mails with opposing counsel regarding settlement agreement. | 0.10 | 367.35 | 36.74 |
| 2/2/2012 | 00005 | Sanders, Jason L. | 4000 | Telephone conference with opposing counsel regarding revisions to the settlement agreement; e-mail with Mr. Baker regarding the same (.3); review and revise settlement agreement (.3). | 0.60 | 367.35 | 220.41 |
| 2/3/2012 | 00005 | Sanders, Jason L. | 4000 | Review and revise settlement agreement. | 0.30 | 367.35 | 110.21 |
| 2/4/2012 | 00005 | Sanders, Jason L. | 4000 | E-mail opposing counsel revised settlement agreement. | 0.10 | 367.35 | 36.74 |
| 2/6/2012 | 00005 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding conference call to discuss settlement agreement. | 0.10 | 367.35 | 36.74 |
| 2/7/2012 | 00005 | Sanders, Jason L. | 4000 | Communicate with opposing counsel regarding settlement agreement (.1); review settlement agreement (.2). | 0.30 | 367.35 | 110.21 |

| Date | | Name | | Description | | | |
|---|---|---|---|---|---|---|---|
| 2/9/2012 | 00005 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding finalizing settlement agreement. | 0.10 | 367.35 | 36.74 |
| 2/11/2012 | 00005 | Sanders, Jason L. | 4000 | E-mail Mr. Cabrera regarding preparing a pleading to request that the Court retain the lawsuit on its docket until March 22, 2012. | 0.10 | 367.35 | 36.74 |
| 2/11/2012 | 00005 | Cabrera, Marc D. | 4000 | Draft motion to retain case on docket (.3); Draft order granting motion to retain case on docket (.2); E-mail the same to J. Sanders (.1). | 0.60 | 199.95 | 119.97 |
| 2/13/2012 | 00005 | Cabrera, Marc D. | 4000 | File joint motion to retain. | 0.20 | 199.95 | 39.99 |
| 2/13/2012 | 00005 | Sanders, Jason L. | 4000 | Review and revise motion and order to retain case while we finalize the settlement agreement (.1); e-mail the same to opposing counsel (.1). | 0.20 | 367.35 | 73.47 |
| 2/20/2012 | 00005 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding finalizing settlement agreement. | 0.10 | 367.35 | 36.74 |
| 2/21/2012 | 00005 | Cabrera, Marc D. | 4000 | Telephone call to clerk regarding dismissal docket. | 0.20 | 199.95 | 39.99 |
| 2/23/2012 | 00005 | Sanders, Jason L. | 4000 | Review Gateway's most recent revisions to the settlement agreement (.2); e-mail the same to Mr. Baker (.1). | 0.30 | 367.35 | 110.21 |
| 2/24/2012 | 00005 | Sanders, Jason L. | 4000 | Review settlement agreement. | 0.10 | 367.35 | 36.74 |
| 2/24/2012 | 00005 | Cabrera, Marc D. | 4000 | Review settlement agreement (.6); Revise settlement agreement (.3); Conference with J. Sanders regarding the same (.2). | 1.10 | 199.95 | 219.95 |
| 3/3/2012 | 00005 | Cabrera, Marc D. | 4000 | Review e-mail from J. Sanders regarding status of settlement agreement. | 0.10 | 199.95 | 20.00 |
| 3/3/2012 | 00005 | Sanders, Jason L. | 4000 | E-mails with opposing counsel regarding finalizing settlement agreement. | 0.10 | 367.35 | 36.74 |
| 3/5/2012 | 00005 | Sanders, Jason L. | 4000 | E-mails with opposing counsel regarding settlement agreement. | 0.10 | 367.35 | 36.74 |
| 3/6/2012 | 00005 | Cabrera, Marc D. | 4000 | Review e-mails from J. Sanders regarding settlement agreement. | 0.10 | 199.95 | 20.00 |
| | 00005 Total | | | | 87.70 | | 27,348.98 |
| 10/19/2011 | 00006 | Mowrey, Robert T. | 4000 | Review summary judgment motion, documents, and court order. | 0.50 | 613.80 | 306.90 |
| 10/25/2011 | 00006 | Cabrera, Marc D. | 100 | Review and respond to e-mails from H. Gray regarding monthly invoice and forecast spreadsheet. | 0.20 | 199.95 | 39.99 |
| 10/25/2011 | 00006 | Cabrera, Marc D. | 4600 | Telephone calls to C. Andres regarding interim applications. | 0.20 | 199.95 | 39.99 |
| 10/28/2011 | 00006 | Cabrera, Marc D. | 100 | Work on monthly case status report. | 0.30 | 199.95 | 59.99 |
| 11/8/2011 | 00006 | Mowrey, Robert T. | 4000 | Review withdrawal motion and case strategy. | 0.30 | 613.80 | 184.14 |

| 12/26/2011 | 00006 | Sanders, Jason L. | 4000 | E-mail Mr. Collins regarding getting case dismissed. | 0.10 | 367.35 | 36.74 |
|---|---|---|---|---|---|---|---|
| | 00006 Total | | | | 1.60 | | 667.74 |
| 10/1/2011 | 00007 | Sanders, Jason L. | 4000 | Review letter from JAMS (.1); Review mediation agreement (.1); Review e-mail regarding the same (.1); E-mail Mr. Baker regarding the same (.1). | 0.40 | 367.35 | 146.94 |
| 10/2/2011 | 00007 | Cabrera, Marc D. | 4000 | Review e-mail regarding mediation. | 0.10 | 199.95 | 20.00 |
| 10/4/2011 | 00007 | Cabrera, Marc D. | 4000 | Review e-mail from H. Gray regarding endorsed note. | 0.10 | 199.95 | 20.00 |
| 10/4/2011 | 00007 | Sanders, Jason L. | 4000 | Review and analyze documents for summary judgment. | 0.20 | 367.35 | 73.47 |
| 10/4/2011 | 00007 | Cabrera, Marc D. | 4000 | Attention to new documents uploaded to file share by H. Gray. | 0.30 | 199.95 | 59.99 |
| 10/4/2011 | 00007 | Richards, P. Nelsene | 4000 | Attention to documents in file share in preparation of production (.3); attention to client document log (.2). | 0.50 | 213.90 | 106.95 |
| 10/5/2011 | 00007 | Sanders, Jason L. | 4000 | Work on mediation strategy. | 0.10 | 367.35 | 36.74 |
| 10/5/2011 | 00007 | Cabrera, Marc D. | 4600 | Attention to monthly invoice spreadsheet. | 0.40 | 199.95 | 79.98 |
| 10/6/2011 | 00007 | Cabrera, Marc D. | 4000 | Review e-mail regarding mediation statement. | 0.10 | 199.95 | 20.00 |
| 10/6/2011 | 00007 | Sanders, Jason L. | 4000 | Review mediation documents. | 0.10 | 367.35 | 36.74 |
| 10/7/2011 | 00007 | Cabrera, Marc D. | 4000 | Review e-mail regarding mediation. | 0.10 | 199.95 | 20.00 |
| 10/7/2011 | 00007 | Sanders, Jason L. | 4000 | Work on mediation issues. | 0.30 | 367.35 | 110.21 |
| 10/8/2011 | 00007 | Cabrera, Marc D. | 4000 | E-mail J. Sanders regarding mediation statement. | 0.10 | 199.95 | 20.00 |
| 10/8/2011 | 00007 | Sanders, Jason L. | 4000 | Work on mediation issues. | 0.10 | 367.35 | 36.74 |
| 10/9/2011 | 00007 | Sanders, Jason L. | 4000 | Review and analyze documents for mediation and summary judgment. | 1.00 | 367.35 | 367.35 |
| 10/11/2011 | 00007 | Sanders, Jason L. | 4000 | Work on supplemental document production. | 0.20 | 367.35 | 73.47 |
| 10/11/2011 | 00007 | Cabrera, Marc D. | 100 | Attention to invoice summary and forecast spreadsheet. | 0.30 | 199.95 | 59.99 |
| 10/11/2011 | 00007 | Cabrera, Marc D. | 4000 | Draft mediation statement. | 2.80 | 199.95 | 559.86 |
| 10/12/2011 | 00007 | Cabrera, Marc D. | 4000 | Review e-mail regarding 1st New England financials. | 0.10 | 199.95 | 20.00 |
| 10/12/2011 | 00007 | Sanders, Jason L. | 4000 | Review and respond to e-mail from opposing counsel regarding mediation and 1st New England's financials. | 0.10 | 367.35 | 36.74 |
| 10/12/2011 | 00007 | Cabrera, Marc D. | 4600 | Revise time entries to conform with fee committee guidelines for monthly statement for compensation and reimbursement of expenses. | 0.30 | 199.95 | 59.99 |
| 10/12/2011 | 00007 | Richards, P. Nelsene | 4000 | Redact exhibits to Mediation Statement. | 1.00 | 213.90 | 213.90 |

| 10/12/2011 | 00007 | Cabrera, Marc D. | 4000 | Revise mediation statement (2.4); Review supplemental documents to be produced (1.5); E-mail J. Sanders regarding supplemental document production. (.1) | 4.00 | 199.95 | 799.80 |
|---|---|---|---|---|---|---|---|
| 10/13/2011 | 00007 | Cabrera, Marc D. | 4000 | Attention to supplemental document production. | 0.30 | 199.95 | 59.99 |
| 10/13/2011 | 00007 | Cabrera, Marc D. | 4600 | Revise monthly statement for compensation and reimbursement of expenses. | 0.50 | 199.95 | 99.98 |
| 10/13/2011 | 00007 | Richards, P. Nelsene | 4000 | Unitize documents in preparation of production. | 1.50 | 213.90 | 320.85 |
| 10/14/2011 | 00007 | Cabrera, Marc D. | 4600 | Review monthly statement for compensation and reimbursement of expenses (.2); Attention to sending the same to LBHI group and notice parties (.2). | 0.40 | 199.95 | 79.98 |
| 10/16/2011 | 00007 | Richards, P. Nelsene | 4000 | Redact documents in preparation of production. | 1.00 | 213.90 | 213.90 |
| 10/17/2011 | 00007 | Sanders, Jason L. | 4000 | Call and e-mail opposing counsel regarding mediation. | 0.20 | 367.35 | 73.47 |
| 10/17/2011 | 00007 | Sanders, Jason L. | 4000 | Work on mediation statement. | 0.50 | 367.35 | 183.68 |
| 10/17/2011 | 00007 | Richards, P. Nelsene | 4000 | Redact additional documents in preparation of production; coordinate production CD with O. Kham (.5); attention to production log (.5). | 1.00 | 213.90 | 213.90 |
| 10/17/2011 | 00007 | Cabrera, Marc D. | 4000 | Review documents to be produced (.6); Attention to exhibits to mediation statement (.7). | 1.30 | 199.95 | 259.94 |
| 10/17/2011 | 00007 | Richards, P. Nelsene | 4000 | Organize, assemble and redact exhibits to mediation statement. | 1.50 | 213.90 | 320.85 |
| 10/18/2011 | 00007 | Mowrey, Robert T. | 4000 | Review mediation statement and documents. | 0.30 | 613.80 | 184.14 |
| 10/18/2011 | 00007 | Richards, P. Nelsene | 4000 | Attention to production log. | 0.50 | 213.90 | 106.95 |
| 10/18/2011 | 00007 | Richards, P. Nelsene | 4000 | Work on document production. | 1.00 | 213.90 | 213.90 |
| 10/18/2011 | 00007 | Richards, P. Nelsene | 4000 | Work on exhibits to Mediation statement. | 1.50 | 213.90 | 320.85 |
| 10/18/2011 | 00007 | Cabrera, Marc D. | 4000 | Attention to additional documents added to supplemental document production (.5); Attention to exhibits to mediation statement (.7); Attention to mediation statement (.5); E-mail J. Sanders regarding mediation statement (.1). | 1.80 | 199.95 | 359.91 |

| 10/19/2011 | 00007 | Cabrera, Marc D. | 4000 | Telephone call with opposing counsel regarding exhibits to mediation statement (.2); Attention to exhibits to mediation statements (.1); E-mail mediation statement to J. Baker (.1); E-mail opposing counsel regarding 1st New England's financials (.1); E-mail N. Richards regarding mediation notebook (.1); Review 1st New England's mediation statement (.3). | 0.90 | 199.95 | 179.96 |
| 10/19/2011 | 00007 | Richards, P. Nelsene | 4000 | Work on Mediation notebooks. | 1.50 | 213.90 | 320.85 |
| 10/20/2011 | 00007 | Sanders, Jason L. | 4000 | Prepare for mediation. | 0.50 | 367.35 | 183.68 |
| 10/20/2011 | 00007 | Richards, P. Nelsene | 4000 | Organize and assemble documents produced into file folders and label. | 1.00 | 213.90 | 213.90 |
| 10/20/2011 | 00007 | Richards, P. Nelsene | 4000 | Organize and assemble exhibits to Mediation Statement into zip files and send to Andrew Gately. | 1.00 | 213.90 | 213.90 |
| 10/20/2011 | 00007 | Sanders, Jason L. | 500 | Travel to Boston for mediation. | 4.00 | 367.35 | 1,469.40 |
| 10/21/2011 | 00007 | Cabrera, Marc D. | 4000 | Attention to property valuation document (.2); E-mail the same to J. Baker and J. Sanders for mediation (.1). | 0.30 | 199.95 | 59.99 |
| 10/21/2011 | 00007 | Sanders, Jason L. | 4000 | Prepare for and attend mediation. | 8.00 | 367.35 | 2,938.80 |
| 10/22/2011 | 00007 | Sanders, Jason L. | 500 | Travel from mediation in Boston to Dallas. | 6.20 | 367.35 | 2,277.57 |
| 10/24/2011 | 00007 | Cabrera, Marc D. | 4000 | E-mail J. Sanders regarding motion for summary judgment. | 0.10 | 199.95 | 20.00 |
| 10/24/2011 | 00007 | Cabrera, Marc D. | 4600 | Telephone call to C. Andres regarding interim application (.1); Exchange e-mails with R. Mowrey and J. Sanders regarding the same (.1). | 0.20 | 199.95 | 39.99 |
| 10/25/2011 | 00007 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding whether his client seeks to continue to negotiate settlement. | 0.10 | 367.35 | 36.74 |
| 10/29/2011 | 00007 | Cabrera, Marc D. | 4000 | Review e-mail from J. Sanders regarding motion for summary judgment. | 0.10 | 199.95 | 20.00 |
| 10/29/2011 | 00007 | Sanders, Jason L. | 4000 | Review and revise motion for summary judgment. | 1.00 | 367.35 | 367.35 |
| 10/31/2011 | 00007 | Sanders, Jason L. | 4000 | E-mail Mr. Cabrera regarding finalizing and filing motion for summary judgment. | 0.10 | 367.35 | 36.74 |
| 10/31/2011 | 00007 | Cabrera, Marc D. | 100 | Revise monthly case status report. | 0.20 | 199.95 | 39.99 |
| 11/1/2011 | 00007 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding status of settlement negotiations. | 0.10 | 367.35 | 36.74 |
| 11/1/2011 | 00007 | Cabrera, Marc D. | 4000 | Revise motion to summary judgment with emphasis on liability only. | 0.30 | 199.95 | 59.99 |

| 11/2/2011 | 00007 | Cabrera, Marc D. | 4000 | Revise declaration of J. Baker in support of motion for summary judgment. | 1.10 | 199.95 | 219.95 |
|---|---|---|---|---|---|---|---|
| 11/3/2011 | 00007 | Cabrera, Marc D. | 4000 | Revise motion for summary judgment... | 3.00 | 199.95 | 599.85 |
| 11/4/2011 | 00007 | Cabrera, Marc D. | 4000 | Revise declaration of J. Baker (.2); Revise motion for summary judgment (.1). | 0.30 | 199.95 | 59.99 |
| 11/7/2011 | 00007 | Sanders, Jason L. | 4000 | Telephone conference with opposing counsel regarding settlement counter. | 0.20 | 367.35 | 73.47 |
| 11/8/2011 | 00007 | Sanders, Jason L. | 4000 | Conference with opposing counsel regarding settlement (.1); conference with Mr. Baker regarding the same (.1). | 0.20 | 367.35 | 73.47 |
| 11/8/2011 | 00007 | Cabrera, Marc D. | 4000 | Telephone call to A. Gately regarding unopposed motion to appear by telephone at status conference (.1); Revise motion (.2). | 0.30 | 199.95 | 59.99 |
| 11/13/2011 | 00007 | Sanders, Jason L. | 4000 | Revise motion for summary judgment. | 0.50 | 367.35 | 183.68 |
| 11/16/2011 | 00007 | Cabrera, Marc D. | 4000 | Telephone calls to court regarding status conference (.2); Exchange e-mails with J. Sanders regarding mediation (.1). | 0.30 | 199.95 | 59.99 |
| 11/16/2011 | 00007 | Cabrera, Marc D. | 4600 | Conferences with M. Martin regarding data backup for monthly fee statement applications (.8); Detailed e-mail to J. Sanders regarding the same (.2). | 1.00 | 199.95 | 199.95 |
| 11/18/2011 | 00007 | Sanders, Jason L. | 4000 | E-mail Mr. Baker regarding settlement (.1); e-mail Mr. Gately regarding the same (.1). | 0.20 | 367.35 | 73.47 |
| 11/28/2011 | 00007 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding settlement. | 0.10 | 367.35 | 36.74 |
| 11/29/2011 | 00007 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding settlement. | 0.10 | 367.35 | 36.74 |
| 12/6/2011 | 00007 | Kirby, Brent | 4600 | Phone conference with M. Cabrera regarding exhibits to monthly statement. | 0.20 | 199.95 | 39.99 |
| 12/11/2011 | 00007 | Sanders, Jason L. | 4000 | Review and revise motion for summary judgment. | 1.50 | 367.35 | 551.03 |
| 12/12/2011 | 00007 | Cabrera, Marc D. | 4000 | Conference with J. Sanders regarding motion for summary judgment (.3); Revise statement of undisputed facts (.1). | 0.40 | 199.95 | 79.98 |
| 12/12/2011 | 00007 | Sanders, Jason L. | 4000 | Review and revise motion for summary judgment. | 0.50 | 367.35 | 183.68 |
| 12/12/2011 | 00007 | Cabrera, Marc D. | 4600 | Prepare monthly forecast summary (.3); Conference with J. Sanders regarding the same (.1); E-mail forecast summary to H. Grey (.1). | 0.50 | 199.95 | 99.98 |

| 12/13/2011 | 00007 | Cabrera, Marc D. | 4000 | Revise motion for summary judgment (.3); Revise declaration of J. Baker (1); Revise memorandum of law in support of motion for summary judgment (.6); Revise statement of undisputed facts (.6). | 2.50 | 199.95 | 499.88 |
|---|---|---|---|---|---|---|---|
| 12/14/2011 | 00007 | Cabrera, Marc D. | 4000 | Revise statement of undisputed facts (1.3), motion for summary judgment (.3), and memorandum in support of motion for summary judgment (.7). | 2.30 | 199.95 | 459.89 |
| 12/15/2011 | 00007 | Sanders, Jason L. | 4000 | Review and revise declaration. | 0.20 | 367.35 | 73.47 |
| 12/15/2011 | 00007 | Mowrey, Robert T. | 4000 | Review summary judgment and declaration. | 0.30 | 613.80 | 184.14 |
| 12/16/2011 | 00007 | Richards, P. Nelsene | 4000 | Review exhibits to Baker Declaration requested by M. Cabrera. | 0.30 | 213.90 | 64.17 |
| 12/16/2011 | 00007 | Sanders, Jason L. | 4000 | Review and revise documents for motion for summary judgment. | 0.40 | 367.35 | 146.94 |
| 12/16/2011 | 00007 | Cabrera, Marc D. | 4000 | Revise declaration of J. Baker (1); Conference with N. Richards regarding exhibits to declaration of J. Baker (.2). | 1.20 | 199.95 | 239.94 |
| 12/20/2011 | 00007 | Sanders, Jason L. | 4000 | Review and revise declaration. | 0.20 | 367.35 | 73.47 |
| 12/21/2011 | 00007 | Burcham, Amanda L. | 4000 | Review and execute declaration pertaining to summary judgment evidence. | 0.20 | 213.90 | 42.78 |
| 12/21/2011 | 00007 | Mowrey, Robert T. | 4000 | Review motion for summary judgment (.2); review declaration (.1). | 0.30 | 613.80 | 184.14 |
| 12/21/2011 | 00007 | Sanders, Jason L. | 4000 | Review and revise motion for summary judgment. | 0.30 | 367.35 | 110.21 |
| 12/21/2011 | 00007 | Cabrera, Marc D. | 4000 | Review local rules regarding summary judgment (.4); Revise declaration of A. Burcham (.2); Revise motion for summary judgment (.2); Revise memorandum of law in support of motion for summary judgment (.2); Revise statement of facts (.1); Conference with J. Sanders regarding motion for summary judgment (.2); Telephone call to A. Gateway regarding conference on motion for summary judgment (.2). | 1.50 | 199.95 | 299.93 |
| 12/27/2011 | 00007 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding the status of the case. | 0.10 | 367.35 | 36.74 |
| 12/31/2011 | 00007 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding settlement offer. | 0.10 | 367.35 | 36.74 |
| 1/3/2012 | 00007 | Sanders, Jason L. | 4000 | Exchange e-mails with opposing counsel regarding counter to LBHI's most recent counter. | 0.10 | 367.35 | 36.74 |

| Date | | Timekeeper | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1/6/2012 | 00007 | Sanders, Jason L. | 4000 | Review rules for deadline to file response to motion for summary judgment. | 0.10 | 367.35 | 36.74 |
| 1/13/2012 | 00007 | Cabrera, Marc D. | 4000 | Telephone call to clerk regarding hearing on motion for summary judgment. | 0.10 | 199.95 | 20.00 |
| 1/18/2012 | 00007 | Cabrera, Marc D. | 4000 | Telephone call to clerk regarding hearing on motion for summary judgment. | 0.10 | 199.95 | 20.00 |
| 1/19/2012 | 00007 | Cabrera, Marc D. | 4000 | Draft detailed e-mail to J. Sanders regarding status of case. | 0.50 | 199.95 | 99.98 |
| 1/19/2012 | 00007 | Sanders, Jason L. | 4000 | Telephone conference with opposing counsel regarding motion for summary judgment and settlement (.1); Review and revise status update (.2). | 0.30 | 367.35 | 110.21 |
| 1/20/2012 | 00007 | Sanders, Jason L. | 4000 | Review and revise continuance (.1); E-mail opposing counsel regarding the same (.1). | 0.20 | 367.35 | 73.47 |
| 1/20/2012 | 00007 | Cabrera, Marc D. | 4000 | Revise unopposed motion to extend deadline to respond to motion for summary judgment. | 0.50 | 199.95 | 99.98 |
| 1/23/2012 | 00007 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding deposition dates. | 0.10 | 367.35 | 36.74 |
| 1/24/2012 | 00007 | Cabrera, Marc D. | 4600 | Exchange e-mails with J. Sanders regarding invoices. | 0.10 | 199.95 | 20.00 |
| 1/30/2012 | 00007 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding depositions. | 0.10 | 367.35 | 36.74 |
| 2/2/2012 | 00007 | Sanders, Jason L. | 4000 | Telephone conference with opposing counsel regarding deposition of LBHI's corporate representative. | 0.30 | 367.35 | 110.21 |
| 2/5/2012 | 00007 | Cabrera, Marc D. | 4000 | Exchange e-mails with J. Sanders regarding corporate representative deposition. | 0.20 | 199.95 | 39.99 |
| 2/5/2012 | 00007 | Sanders, Jason L. | 4000 | Begin to prepare for deposition. | 0.20 | 367.35 | 73.47 |
| 2/6/2012 | 00007 | Sanders, Jason L. | 4000 | E-mail Mr. Baker and Mr. Gately regarding deposition dates (.1); conference call with opposing counsel regarding depositions and trial (.2). | 0.30 | 367.35 | 110.21 |
| 2/7/2012 | 00007 | Sanders, Jason L. | 4000 | E-mails regarding deposition (.1); communicate with opposing counsel regarding deposition (.2). | 0.30 | 367.35 | 110.21 |
| 2/10/2012 | 00007 | Sanders, Jason L. | 4000 | E-mail Mr. Baker, opposing counsel, and Mr. Spohn regarding deposition. | 0.20 | 367.35 | 73.47 |
| 2/13/2012 | 00007 | Sanders, Jason L. | 4000 | E-mails with opposing counsel regarding deposition of LBHI (.1); call with opposing counsel and e-mail Mr. Baker (.1) | 0.20 | 367.35 | 73.47 |
| 2/13/2012 | 00007 | Cabrera, Marc D. | 4600 | Revise monthly application for compensation and reimbursement of expenses (.8); E-mail M. Martin regarding the same (.1) | 0.90 | 199.95 | 179.96 |

| Date | ID | Name | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2/14/2012 | 00007 | Sanders, Jason L. | 4000 | E-mails with John Baker and opposing counsel regarding deposition. | 0.10 | 367.35 | 36.74 |
| 2/14/2012 | 00007 | Cabrera, Marc D. | 4600 | Revise monthly statement for compensation and reimbursement of expenses. | 0.60 | 199.95 | 119.97 |
| 2/15/2012 | 00007 | Sanders, Jason L. | 4000 | E-mails with Mr. Baker regarding deposition. | 0.20 | 367.35 | 73.47 |
| 2/15/2012 | 00007 | Cabrera, Marc D. | 4000 | Draft unopposed motion to appear by phone and order (.2); Review e-mail from J. Sanders regarding the same (.2). | 0.40 | 199.95 | 79.98 |
| 2/16/2012 | 00007 | Cabrera, Marc D. | 4000 | Revise unopposed motion to appear at status conference by telephone. | 0.20 | 199.95 | 39.99 |
| 2/21/2012 | 00007 | Sanders, Jason L. | 4000 | Conference with Mr. Baker regarding deposition. | 0.10 | 367.35 | 36.74 |
| 2/27/2012 | 00007 | Sanders, Jason L. | 4000 | E-mail Mr. Gately regarding conference with the Court. | 0.10 | 367.35 | 36.74 |
| | 00007 Total | | | | 78.40 | | 21,376.05 |
| 10/30/2011 | 00010 | Sanders, Jason L. | 4000 | E-mail Mr. Spohn regarding hearing to close case. | 0.10 | 367.35 | 36.74 |
| | 00010 Total | | | | 0.10 | | 36.74 |
| 11/18/2011 | 00001 | Sanders, Jason L. | 4000 | E-mails with Mr. Spohn and Mr. Knapp regarding LBHI not receiving any distributions from Realty Mortgage's bankruptcy. | 0.10 | 367.35 | 36.74 |
| 11/21/2011 | 00001 | Sanders, Jason L. | 4000 | E-mail regarding status of the bankruptcy case. | 0.10 | 367.35 | 36.74 |
| 11/21/2011 | 00001 | Knapp, Brad C. | 4000 | Review Realty Mortgage filings to determine whether similarly-named entities are related companies. | 0.30 | 237.15 | 71.15 |
| 11/22/2011 | 00001 | Sanders, Jason L. | 4000 | E-mails regarding loans at issue in the case. | 0.30 | 367.35 | 110.21 |
| 12/15/2011 | 00001 | Sanders, Jason L. | 4000 | Review order on closure of case. | 0.10 | 367.35 | 36.74 |
| | 00001 Total | | | | 0.90 | | 291.56 |
| 10/4/2011 | 00011 | Cabrera, Marc D. | 4000 | Follow-up on status of document subpoena to Chase (.1); E-mail regarding the same to M. Spohn (.1). | 0.20 | 199.95 | 39.99 |
| 10/23/2011 | 00011 | Cabrera, Marc D. | 4000 | Review e-mails from J. Sanders regarding status of documents from JPMorgan Chase Bank, N.A. | 0.10 | 199.95 | 20.00 |
| 10/24/2011 | 00011 | Cabrera, Marc D. | 4000 | Review e-mails regarding records from JPMorgan Chase Bank, N.A. | 0.10 | 199.95 | 20.00 |
| 10/25/2011 | 00011 | Cabrera, Marc D. | 4000 | Follow up on status of documents from JPMorgan Chase Bank, N.A. | 0.10 | 199.95 | 20.00 |
| 10/28/2011 | 00011 | Cabrera, Marc D. | 4000 | Attention to documents obtained by subpoena from JPMorgan Chase Bank, N.A (.4); E-mail M. Spohn regaring the same (.1). | 0.50 | 199.95 | 99.98 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/1/2011 | 00011 | Cabrera, Marc D. | 4000 | Review documents obtained by subpoena for purposes of requesting legible copies of certain checks. | 0.50 | 199.95 | 99.98 |
| 12/5/2011 | 00011 | Sheets, Shelly E. | 4000 | Prepare email to records-retrieval service requesting name of contact at JPMorgan Chase. | 0.10 | 213.90 | 21.39 |
| 12/9/2011 | 00011 | Sanders, Jason L. | 4000 | E-mail Mr. Cabrera regarding obtaining documents from subpoenas. | 0.10 | 367.35 | 36.74 |
| 12/9/2011 | 00011 | Cabrera, Marc D. | 4000 | Telephone call to Chase subpoena processing department to obtain legible copies of certain checks. | 0.10 | 199.95 | 20.00 |
| 12/13/2011 | 00011 | Sanders, Jason L. | 4000 | Review letter regarding subpoenaed documents. | 0.10 | 367.35 | 36.74 |
| 12/13/2011 | 00011 | Cabrera, Marc D. | 4000 | Telephone call with B. Montgomery regarding check requests (.2); Draft letter requesting copies of certain checks (.3); E-mail J. Sanders regarding same (.1). | 0.60 | 199.95 | 119.97 |
| 1/6/2012 | 00011 | Cabrera, Marc D. | 4000 | E-mail B. Montgomery regarding status of check request. | 0.10 | 199.95 | 20.00 |
| 1/9/2012 | 00011 | Cabrera, Marc D. | 4000 | Review emails from B. Montgomery regarding check requests (.10); Confirm all requested check were received (.10); E-mail additional documents to M. Spohn (.10). | 0.30 | 199.95 | 59.99 |
| | 00011 Total | | | | 2.90 | | 614.73 |
| 10/1/2011 | 00012 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding execution of settlement agreements. | 0.10 | 367.35 | 36.74 |
| 10/3/2011 | 00012 | Sanders, Jason L. | 4000 | Work on settlement issues. | 0.10 | 367.35 | 36.74 |
| 10/3/2011 | 00012 | Cabrera, Marc D. | 4000 | Telephone call to T. Harley (counsel for Malatesta) regarding signature on settlement agreement (.1); E-mail to T. Harley regarding the same (.1); E-mail final settlement to J. Baker for signature (.1). | 0.30 | 199.95 | 59.99 |
| 10/4/2011 | 00012 | Cabrera, Marc D. | 4000 | Follow-up e-mail to D. Hopkins regarding potential mediators. | 0.10 | 199.95 | 20.00 |
| 10/4/2011 | 00012 | Sanders, Jason L. | 4000 | Work on settlement issues. | 0.10 | 367.35 | 36.74 |
| 10/4/2011 | 00012 | Cabrera, Marc D. | 4000 | E-mail settlement agreements signed by LBHI to other parties. | 0.30 | 199.95 | 59.99 |
| 10/5/2011 | 00012 | Froehlich, Joseph N | 4000 | Preparing email to and reviewing emails from J. Sanders and M. Cabrera regarding settlement. | 0.20 | 558.00 | 111.60 |
| 10/5/2011 | 00012 | Cabrera, Marc D. | 4000 | Prepare signature pages and e-mail executed agreements to LBHI group. | 0.50 | 199.95 | 99.98 |
| 10/6/2011 | 00012 | Froehlich, Joseph N | 4000 | Reviewing emails from M. Cabrera and J. Baker regarding final settlement agreement. | 0.10 | 558.00 | 55.80 |

| 10/6/2011 | 00012 | Sanders, Jason L. | 4000 | Conference with Mr. Froehlich regarding settlement and dismissal documents. | 0.10 | 367.35 | 36.74 |
|---|---|---|---|---|---|---|---|
| 10/6/2011 | 00012 | Froehlich, Joseph N | 4000 | Conferring with J. Sanders and M. Cabrera regarding final settlement and cancellation of court conference. | 0.20 | 558.00 | 111.60 |
| 10/6/2011 | 00012 | Cabrera, Marc D. | 4000 | Draft notice of settlement letter to clerk. | 0.30 | 199.95 | 59.99 |
| 10/6/2011 | 00012 | Cabrera, Marc D. | 4000 | Attention to settlement agreement. | 0.30 | 199.95 | 59.99 |
| 10/10/2011 | 00012 | Froehlich, Joseph N | 4000 | Preparing email to and reviewing email from M. Cabrera regarding adjournment of court conference. | 0.10 | 558.00 | 55.80 |
| 10/10/2011 | 00012 | Cabrera, Marc D. | 4000 | Respond to e-mails from J. Froehlich and A. Sayles regarding cancellation of status conference (.2); E-mail A. Sayles executed settlement agreement (.1). | 0.30 | 199.95 | 59.99 |
| 10/12/2011 | 00012 | Cabrera, Marc D. | 4600 | Attention to monthly invoice and forecast spreadsheet (.1); Conference with J. Sanders regarding the same (.1); Draft monthly statement for compensation and reimbursement of expenses (.2). | 0.40 | 199.95 | 79.98 |
| 10/13/2011 | 00012 | Cabrera, Marc D. | 4600 | Revise monthly statement for compensation and reimbursement of expenses. | 0.50 | 199.95 | 99.98 |
| 10/14/2011 | 00012 | Froehlich, Joseph N | 4000 | Reviewing and analyzing order of conditional dismissal by court due to settlement. | 0.20 | 558.00 | 111.60 |
| 10/14/2011 | 00012 | Froehlich, Joseph N | 4000 | Reviewing voicemail from and preparing email to M. Cabrera regarding conditional dismissal by court. | 0.20 | 558.00 | 111.60 |
| 10/17/2011 | 00012 | Sanders, Jason L. | 4000 | Conference with Mr. Froehlich regarding strategy with respect to the Court's dismissal of the lawsuit without prejudice. | 0.10 | 367.35 | 36.74 |
| 10/17/2011 | 00012 | Cabrera, Marc D. | 4000 | Telephone call with J. Froehlich and J. Sanders regarding order dismissing case. | 0.20 | 199.95 | 39.99 |
| 10/17/2011 | 00012 | Froehlich, Joseph N | 4000 | Conferring with J. Sanders and M. Cabrera regarding response to court's dismissal order prior to payment under settlement agreement. | 0.20 | 558.00 | 111.60 |
| 10/20/2011 | 00012 | Sanders, Jason L. | 4000 | E-mail Mr. Cabrera regarding issues related to the dismissal of the lawsuit. | 0.10 | 367.35 | 36.74 |
| 10/25/2011 | 00012 | Cabrera, Marc D. | 4000 | Telephone calls to P. Mullaney and T. Harley regarding settlement agreement payments (.2); E-mail M. Spohn and J. Baker regarding the same (.1) | 0.40 | 199.95 | 79.98 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/26/2011 | 00012 | Froehlich, Joseph N | 4000 | Reviewing emails from P. Mullaney and M. Cabrera regarding payment of settlement funds by defendants. | 0.10 | 558.00 | 55.80 |
| 10/26/2011 | 00012 | Cabrera, Marc D. | 4000 | Received calls from P. Mullaney and Tom Harley regarding settlement fund payments (.2); Telephone call to M. Spohn regarding wire instructions (.1); E-mail P. Mullaney regarding wiring instructions (.1). | 0.40 | 199.95 | 79.98 |
| 10/28/2011 | 00012 | Sanders, Jason L. | 4000 | Conference with Mr. Cabrera regarding dismissal. | 0.10 | 367.35 | 36.74 |
| 10/28/2011 | 00012 | Cabrera, Marc D. | 4000 | Telephone call and e-mail to A. Sayles regarding stipulation of dismissal. | 0.20 | 199.95 | 39.99 |
| 10/28/2011 | 00012 | Cabrera, Marc D. | 100 | Work on monthly case status report. | 0.30 | 199.95 | 59.99 |
| 10/30/2011 | 00012 | Sanders, Jason L. | 100 | Review and revise monthly report. | 0.10 | 367.35 | 36.74 |
| 10/30/2011 | 00012 | Cabrera, Marc D. | 100 | Revise monthly case status monthly report. | 0.40 | 199.95 | 79.98 |
| 10/31/2011 | 00012 | Cabrera, Marc D. | 4000 | Follow up with P. Mullaney regarding Lincoln Mortgage wire (.2); Review e-mail from A. Sayles regarding stipulation of dismissal (.1). | 0.30 | 199.95 | 59.99 |
| 11/2/2011 | 00012 | Cabrera, Marc D. | 4000 | Received telephone call from T. Harley regarding settlement payments. | 0.30 | 199.95 | 59.99 |
| 11/2/2011 | 00012 | Cabrera, Marc D. | 4000 | Draft stipulation of dismissal. | 0.50 | 199.95 | 99.98 |
| 11/3/2011 | 00012 | Cabrera, Marc D. | 4000 | Revise stipulation of dismissal and order. | 0.60 | 199.95 | 119.97 |
| 11/4/2011 | 00012 | Sanders, Jason L. | 4000 | Conference with Mr. Cabrera regarding counsel's modifications to motion to dismiss; review e-mail regarding the same. | 0.10 | 367.35 | 36.74 |
| 11/4/2011 | 00012 | Cabrera, Marc D. | 4000 | Revise stipulation of dismissal. | 0.30 | 199.95 | 59.99 |
| 11/7/2011 | 00012 | Froehlich, Joseph N | 4000 | Reviewing, editing and finalizing stipulation and proposed order for dismissal with prejudice. | 0.40 | 558.00 | 223.20 |
| 11/8/2011 | 00012 | Froehlich, Joseph N | 4000 | Preparing email to and reviewing email from J. Sanders regarding final invoice from mediator and order of discharge for Fatimah Boone. | 0.20 | 558.00 | 111.60 |
| 11/28/2011 | 00012 | Cabrera, Marc D. | 4000 | E-mail P. Mullaney regarding payment from F. Boone. | 0.10 | 199.95 | 20.00 |
| 11/29/2011 | 00012 | Cabrera, Marc D. | 4000 | Telephone call to C. Andres regarding fee committee letter report. | 0.10 | 199.95 | 20.00 |
| 11/30/2011 | 00012 | Cabrera, Marc D. | 4000 | Received call from C. Andres regarding fee committee regarding letter report. | 0.40 | 199.95 | 79.98 |
| 12/13/2011 | 00012 | Sanders, Jason L. | 4000 | Review e-mails regarding settlement funds. | 0.10 | 367.35 | 36.74 |

| Date | | Name | | Description | | | |
|---|---|---|---|---|---|---|---|
| 12/13/2011 | 00012 | Cabrera, Marc D. | 4000 | E-mail exchanges with P. Mullaney regarding Boone payments (.2); E-mail J. Sanders regarding same (.1). | 0.30 | 199.95 | 59.99 |
| | 00012 Total | | | | 10.70 | | 2,987.16 |
| 10/1/2011 | 00013 | Sanders, Jason L. | 4000 | Revise order on motion for summary judgment and motion for clarification of order on motion for summary judgment. | 0.10 | 367.35 | 36.74 |
| 10/3/2011 | 00013 | Sanders, Jason L. | 4000 | Review response to objection of default against First Choice. | 0.10 | 367.35 | 36.74 |
| 10/4/2011 | 00013 | Sanders, Jason L. | 4000 | Work on review of documents for dispositive motion. | 0.40 | 367.35 | 146.94 |
| 10/7/2011 | 00013 | Sanders, Jason L. | 4000 | Review motion related to default and Ms. Bitting's bankruptcy. | 0.10 | 367.35 | 36.74 |
| 10/10/2011 | 00013 | Sanders, Jason L. | 4000 | Work on case strategy. | 0.20 | 367.35 | 73.47 |
| 10/11/2011 | 00013 | Cabrera, Marc D. | 4600 | Attention to invoice summary and forecast spreadsheet. | 0.30 | 199.95 | 59.99 |
| 10/12/2011 | 00013 | Cabrera, Marc D. | 4600 | Revise time entries to conform with fee committee guidelines for monthly statement for compensation and reimbursement of expenses. | 0.30 | 199.95 | 59.99 |
| 10/13/2011 | 00013 | Cabrera, Marc D. | 4600 | Revise monthly statement for compensation and reimbursement of expenses. | 0.50 | 199.95 | 99.98 |
| 10/17/2011 | 00013 | Sanders, Jason L. | 4000 | Work on strategy related to proving Gateway's liability with the current documents. | 0.10 | 367.35 | 36.74 |
| 10/21/2011 | 00013 | Mowrey, Robert T. | 4000 | Review reply supporting request for clarification. | 0.30 | 613.80 | 184.14 |
| 10/24/2011 | 00013 | Sanders, Jason L. | 4000 | Conference with opposing counsel regarding the status of the lawsuit and next steps. | 0.20 | 367.35 | 73.47 |
| 10/24/2011 | 00013 | Cabrera, Marc D. | 4000 | Draft motion requesting status conference (.3); E-mail J. Sanders regarding the same (.1). | 0.40 | 199.95 | 79.98 |
| 10/28/2011 | 00013 | Sanders, Jason L. | 4000 | Review and revise motion for scheduling order. | 0.10 | 367.35 | 36.74 |
| 10/28/2011 | 00013 | Cabrera, Marc D. | 4000 | Revise motion requesting scheduling conference. | 0.40 | 199.95 | 79.98 |
| 10/31/2011 | 00013 | Sanders, Jason L. | 4000 | Review order scheduling hearing on motion for clarification and scheduling order; E-mail Mr. Mowrey regarding the same. | 0.10 | 367.35 | 36.74 |
| 11/7/2011 | 00013 | Cabrera, Marc D. | 4600 | Revise time entries and expenses to conform with fee committee guidelines for Fifth Monthly Statement for Compensation and Reimbursement of Expenses (.5); Attention to monthly invoice spreadsheet (.1). | 0.60 | 199.95 | 119.97 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/11/2011 | 00013 | Cabrera, Marc D. | 4600 | Review invoices for Sixth Monthly Statement for Compensation and Reimbursement of Expenses (.5); Draft Sixth Monthly Statement for Compensation and Reimbursement of Expenses (.3); Revise monthly forecast spreadsheet; Conference with J. Sanders regarding same (.2). | 1.00 | 199.95 | 199.95 |
| 11/18/2011 | 00013 | Sanders, Jason L. | 4000 | Consideration of strategy regarding hearing. | 0.20 | 367.35 | 73.47 |
| 11/18/2011 | 00013 | Mowrey, Robert T. | 4000 | Analysis of hearing strategy. | 0.30 | 613.80 | 184.14 |
| 11/29/2011 | 00013 | Sanders, Jason L. | 4000 | Prepare for hearing (.4); conference with Eagle Home's counsel concerning the same (.2). | 0.60 | 367.35 | 220.41 |
| 11/29/2011 | 00013 | Sanders, Jason L. | 500 | Travel to Arizona for hearing. | 1.50 | 367.35 | 551.03 |
| 11/30/2011 | 00013 | Sanders, Jason L. | 4000 | Review and e-mail letter from FBI regarding prosecution of fraudsters. | 0.10 | 367.35 | 36.74 |
| 11/30/2011 | 00013 | Sanders, Jason L. | 4000 | Attend hearing on motion for clarification and motion to continue deadlines. | 1.50 | 367.35 | 551.03 |
| 12/4/2011 | 00013 | Sanders, Jason L. | 4000 | Drafted modified scheduling order; (.10); e-mail the same to counsel (.10). | 0.20 | 367.35 | 73.47 |
| 12/4/2011 | 00013 | Mowrey, Robert T. | 4000 | Consider trial strategy and review modification of scheduling order. | 0.30 | 613.80 | 184.14 |
| 12/4/2011 | 00013 | Sanders, Jason L. | 500 | Travel to Dallas from hearing in Arizona. | 2.80 | 367.35 | 1,028.58 |
| 12/5/2011 | 00013 | Sanders, Jason L. | 4000 | Consider strategy related to continuance issues. | 0.10 | 367.35 | 36.74 |
| 12/6/2011 | 00013 | Sanders, Jason L. | 4000 | Review and analyze scheduling order. | 0.10 | 367.35 | 36.74 |
| 12/6/2011 | 00013 | Cabrera, Marc D. | 4600 | Draft response letter to fee committee regarding letter report for first interim application (1.5); Revisions to time entries to conform with fee committee guidelines (4); E-mail R.J. DeRose regarding revisions to time entries (.1); E-mail R. Mowrey regarding revisions to time entries (.1); E-mails with J. Sanders regarding revisions to time entries (.2). | 5.90 | 199.95 | 1,179.71 |
| 12/7/2011 | 00013 | Sanders, Jason L. | 4000 | Communicate with Mr. Gooch regarding mediation dates. | 0.10 | 367.35 | 36.74 |
| 12/8/2011 | 00013 | Sanders, Jason L. | 4000 | Review and revise joint notice and order of continuance. | 0.60 | 367.35 | 220.41 |
| 12/8/2011 | 00013 | Cabrera, Marc D. | 4000 | Draft joint notice of filing agreed scheduling order. | 0.70 | 199.95 | 139.97 |
| 12/12/2011 | 00013 | Sanders, Jason L. | 4000 | Review and send e-mail regarding mediation. | 0.10 | 367.35 | 36.74 |
| 12/13/2011 | 00013 | Sanders, Jason L. | 4000 | Prepare for mediation. | 0.10 | 367.35 | 36.74 |

| 12/14/2011 | 00013 | Sanders, Jason L. | 4000 | Review and respond to Mr. Gooch regarding mediation (.1); e-mail Mr. Baker regarding the same (.1). | 0.20 | 367.35 | 73.47 |
|---|---|---|---|---|---|---|---|
| 12/15/2011 | 00013 | Sanders, Jason L. | 4000 | Preparation for mediation. | 0.10 | 367.35 | 36.74 |
| 12/16/2011 | 00013 | Sanders, Jason L. | 4000 | Conference call with mediator and group of lawyers regarding mediation. | 0.60 | 367.35 | 220.41 |
| 12/20/2011 | 00013 | Sanders, Jason L. | 4000 | E-mail mediator's assistant regarding conference call with Mr. Baker; Review Court order related to trial. | 0.10 | 367.35 | 36.74 |
| 12/21/2011 | 00013 | Sanders, Jason L. | 4000 | E-mail mediator's assistant and Mr. Baker regarding conference call with mediator. | 0.10 | 367.35 | 36.74 |
| 12/22/2011 | 00013 | Sanders, Jason L. | 4000 | E-mail mediator (.1); review and analyze orders (.1). | 0.20 | 367.35 | 73.47 |
| 12/22/2011 | 00013 | Mowrey, Robert T. | 4000 | Review order denying motion for clarification. | 0.30 | 613.80 | 184.14 |
| 12/23/2011 | 00013 | Sanders, Jason L. | 4000 | Review and analyze order deny motion for clarification. | 0.40 | 367.35 | 146.94 |
| 12/28/2011 | 00013 | Sanders, Jason L. | 4000 | Analyze full-credit bid issues for preparation for second mediation. | 0.30 | 367.35 | 110.21 |
| 12/31/2011 | 00013 | Sanders, Jason L. | 4000 | E-mail mediator regarding submitting mediation agreement. | 0.10 | 367.35 | 36.74 |
| 1/3/2012 | 00013 | Richards, P. Nelsene | 4000 | Attention to documents produced by Eagle Home for processing in summation (1.2); Attention to production log (.2). | 1.40 | 213.90 | 299.46 |
| 1/4/2012 | 00013 | Sanders, Jason L. | 4000 | Review mediation agreement (.2); E-mail the same to Mr. Baker (.1); Telephone conference with mediator (2); Telephone conference with Mr. Baker (.1). | 0.60 | 367.35 | 220.41 |
| 1/9/2012 | 00013 | Sanders, Jason L. | 4000 | Prepare for call with mediator (.4); Participate in conference call with mediator (.9). | 1.30 | 367.35 | 477.56 |
| 1/12/2012 | 00013 | Richards, P. Nelsene | 4000 | Internal conferences with attorneys regarding mediation notebook. | 0.10 | 213.90 | 21.39 |
| 1/12/2012 | 00013 | Cabrera, Marc D. | 4600 | Attention to invoice summary/forecast spreadsheet. | 0.30 | 199.95 | 59.99 |
| 1/12/2012 | 00013 | Sanders, Jason L. | 500 | Travel to Phoenix for mediation. | 3.50 | 367.35 | 1,285.73 |
| 1/13/2012 | 00013 | Cabrera, Marc D. | 4000 | Review trustee's deed and settlement statement, delegated underwriting authority letter, and seller's guide for purposes of mediation (.3); E-mail the same to J. Sanders (.2); Received call from J. Sanders regarding documents for mediation (.2). | 0.70 | 199.95 | 139.97 |
| 1/13/2012 | 00013 | Sanders, Jason L. | 4000 | Participate in and attend mediation. | 9.00 | 367.35 | 3,306.15 |
| 1/14/2012 | 00013 | Sanders, Jason L. | 500 | Travel to Dallas from mediation in Arizona. | 3.20 | 367.35 | 1,175.52 |

| 1/17/2012 | 00013 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding settlement. | 0.10 | 367.35 | 36.74 |
|---|---|---|---|---|---|---|---|
| 1/18/2012 | 00013 | Mowrey, Robert T. | 4000 | Review and analyze on mediation settlement. | 0.30 | 613.80 | 184.14 |
| 1/21/2012 | 00013 | Sanders, Jason L. | 4000 | Begin to draft settlement agreement. | 1.00 | 367.35 | 367.35 |
| 1/26/2012 | 00013 | Mowrey, Robert T. | 4000 | Consider and analyze settlement issues. | 0.30 | 613.80 | 184.14 |
| 1/26/2012 | 00013 | Sanders, Jason L. | 4000 | Review and revise settlement agreement. | 0.90 | 367.35 | 330.62 |
| 1/27/2012 | 00013 | Cabrera, Marc D. | 4600 | Telephone call to K. Garvey regarding status of mediation and expert invoices. | 0.10 | 199.95 | 20.00 |
| 1/30/2012 | 00013 | Sanders, Jason L. | 4000 | E-mail Mr. Baker regarding settlement agreement. | 0.10 | 367.35 | 36.74 |
| 1/31/2012 | 00013 | Sanders, Jason L. | 4000 | Review and revise settlement agreement (.1); E-mail the same to counsel (.1); Review mediation settlement agreement (.1); E-mail Hartford's counsel concerning the same (.1). | 0.40 | 367.35 | 146.94 |
| 2/1/2012 | 00013 | Sanders, Jason L. | 4000 | Consideration of strategy regarding settlement issues. | 0.10 | 367.35 | 36.74 |
| 2/3/2012 | 00013 | Sanders, Jason L. | 4000 | Review e-mails regarding revisions to settlement agreement. | 0.10 | 367.35 | 36.74 |
| 2/5/2012 | 00013 | Sanders, Jason L. | 4000 | Review and revise settlement agreement. | 0.20 | 367.35 | 73.47 |
| 2/9/2012 | 00013 | Cabrera, Marc D. | 4000 | Review e-mail correspondence from opposing counsel regarding revisions to settlement agreement. | 0.10 | 199.95 | 20.00 |
| 2/9/2012 | 00013 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding revisions to settlement agreement. | 0.10 | 367.35 | 36.74 |
| 2/9/2012 | 00013 | Mowrey, Robert T. | 4000 | Formulate strategy regarding settlement issues. | 0.30 | 613.80 | 184.14 |
| 2/14/2012 | 00013 | Cabrera, Marc D. | 4600 | Revise monthly statement for compensation and reimbursement of expenses. | 0.60 | 199.95 | 119.97 |
| 2/22/2012 | 00013 | Sanders, Jason L. | 4000 | Review and analyze notice of settlement to be filed with the Court and e-mail counsel regarding the same. | 0.10 | 367.35 | 36.74 |
| 3/4/2012 | 00013 | Cabrera, Marc D. | 4000 | Review e-mail from J. Sanders regarding settlement agreement. | 0.10 | 199.95 | 20.00 |
| 3/4/2012 | 00013 | Sanders, Jason L. | 4000 | Review and analyze suggested revisions to settlement agreement from Eagle Home, First American Title, and Hartford (.3); review and revise settlement agreement (.8); | 1.10 | 367.35 | 404.09 |
| 3/5/2012 | 00013 | Sanders, Jason L. | 4000 | Revise settlement agreement (.2); Conference with Mr. Baker regarding the same (.2). | 0.40 | 367.35 | 146.94 |
| 3/6/2012 | 00013 | Cabrera, Marc D. | 4000 | Review e-mails from J. Sanders regarding settlement agreement. | 0.20 | 199.95 | 39.99 |

| Date | Matter | Name | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 3/6/2012 | 00013 | Sanders, Jason L. | 4000 | Review and revise settlement agreement (.2); E-mail the same to Mr. Baker (.1). | 0.30 | 367.35 | 110.21 |
| 3/6/2012 | 00013 | Mowrey, Robert T. | 4000 | Review settlement agreement. | 0.30 | 613.80 | 184.14 |
| | 00013 Total | | | | 50.10 | | 16,723.26 |
| 10/1/2011 | 00021 | Sanders, Jason L. | 4000 | Review letter to Mr. Spohn and e-mail the same to Mr. Spohn. | 0.10 | 367.35 | 36.74 |
| 10/19/2011 | 00021 | Cabrera, Marc D. | 4000 | Review e-mails from J. Sanders and C. Pignuolo regarding settlement payments. | 0.10 | 199.95 | 20.00 |
| 10/19/2011 | 00021 | Sanders, Jason L. | 4000 | Conference with opposing counsel regarding settlement payments. | 0.20 | 367.35 | 73.47 |
| 10/20/2011 | 00021 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding late payment. | 0.10 | 367.35 | 36.74 |
| 10/24/2011 | 00021 | Sanders, Jason L. | 4000 | Communicate with opposing counsel regarding payment under settlement agreement. | 0.10 | 367.35 | 36.74 |
| 10/25/2011 | 00021 | Sanders, Jason L. | 4000 | Work on getting payment due under the settlement agreement. | 0.10 | 367.35 | 36.74 |
| 10/31/2011 | 00021 | Cabrera, Marc D. | 4000 | Review e-mail to C. Pignuolo regarding wire instructions. | 0.10 | 199.95 | 20.00 |
| 10/31/2011 | 00021 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding settlement payment. | 0.10 | 367.35 | 36.74 |
| 11/21/2011 | 00021 | Sanders, Jason L. | 4000 | E-mail Mr. Spohn regarding status. | 0.10 | 367.35 | 36.74 |
| 12/4/2011 | 00021 | Sanders, Jason L. | 4000 | Prepare letter to Mr. Spohn with settlement payment. | 0.10 | 367.35 | 36.74 |
| 12/28/2011 | 00021 | Sanders, Jason L. | 4000 | E-mail Ms. Akell regarding opposing counsel's contact information. | 0.10 | 367.35 | 36.74 |
| 12/30/2011 | 00021 | Sanders, Jason L. | 4000 | Prepare letter to Matt Spohn transmitting settlement payment. | 0.10 | 367.35 | 36.74 |
| 12/30/2011 | 00021 | Sheets, Shelly E. | 4000 | Forward letter of transmittal of settlement check and check to Mr. Spohn via Federal Express. | 0.20 | 213.90 | 42.78 |
| 12/31/2011 | 00021 | Sanders, Jason L. | 4000 | E-mail Mr. Baker and Ms. Akell letter with settlement check. | 0.10 | 367.35 | 36.74 |
| 1/9/2012 | 00021 | Sanders, Jason L. | 4000 | E-mail Mr. Spohn regarding returned check and e-mail opposing counsel regarding the same. | 0.10 | 367.35 | 36.74 |
| 1/10/2012 | 00021 | Sanders, Jason L. | 4000 | Review e-mails regarding the status of the most recent settlement payment. | 0.10 | 367.35 | 36.74 |
| 1/17/2012 | 00021 | Sanders, Jason L. | 4000 | E-mail Robin Akell regarding payment and opposing regarding the same. | 0.10 | 367.35 | 36.74 |
| 1/18/2012 | 00021 | Cabrera, Marc D. | 4000 | Review settlement agreement. | 0.60 | 199.95 | 119.97 |
| 1/18/2012 | 00021 | Sanders, Jason L. | 4000 | E-mails regarding default under the settlement agreement (2.); review settlement agreement (.1); call with John Baker regarding remedies under settlement agreement (.2). | 0.50 | 367.35 | 183.68 |
| 1/18/2012 | 00021 | Mowrey, Robert T. | 4000 | Formulate strategy for collection and default issues. | 0.30 | 613.80 | 184.14 |

| Date | Matter | Timekeeper | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1/19/2012 | 00021 | Sanders, Jason L. | 4000 | Review and revise demand letter for breach of settlement agreement. | 0.30 | 367.35 | 110.21 |
| 1/19/2012 | 00021 | Cabrera, Marc D. | 4000 | Draft default letter to AmericaHomeKey (1.5); Review settlement agreement (.3); Conference with J. Sanders regarding the same (.2). | 2.00 | 199.95 | 399.90 |
| 1/23/2012 | 00021 | Sanders, Jason L. | 4000 | Communicate with Robin Akell regarding demand letter. | 0.10 | 367.35 | 36.74 |
| 1/24/2012 | 00021 | Sanders, Jason L. | 4000 | Review and revise demand letter to AmericaHomeKey (.2); E-mail the same to Ms. Akell (.1). | 0.30 | 367.35 | 110.21 |
| 1/26/2012 | 00021 | Cabrera, Marc D. | 4000 | Review e-mail from J. Sanders regarding default letter (.1); E-mail J. Sanders regarding the same (.1). | 0.20 | 199.95 | 39.99 |
| 1/26/2012 | 00021 | Sanders, Jason L. | 4000 | Review demand letter (.1); e-mail the same to opposing counsel (.1). | 0.20 | 367.35 | 73.47 |
| 1/26/2012 | 00021 | Mowrey, Robert T. | 4000 | Review default letter issues. | 0.30 | 613.80 | 184.14 |
| 2/7/2012 | 00021 | Cabrera, Marc D. | 4000 | Exchange e-mails with J. Sanders regarding delinquent settlement payments. | 0.20 | 199.95 | 39.99 |
| 2/7/2012 | 00021 | Sanders, Jason L. | 4000 | E-mails regarding default (.2); review settlement agreement (.2). | 0.40 | 367.35 | 146.94 |
| 2/9/2012 | 00021 | Sanders, Jason L. | 4000 | E-mail Mr. Baker regarding the status of the communications with AmericaHomeKey. | 0.10 | 367.35 | 36.74 |
| 2/13/2012 | 00021 | Sanders, Jason L. | 4000 | Research and analyze case law to determine ways in which to accelerate payments due under settlement agreement. | 1.60 | 367.35 | 587.76 |
| 2/14/2012 | 00021 | Sanders, Jason L. | 4000 | Review and analyse strategies to sue under settlement agreement. | 0.30 | 367.35 | 110.21 |
| 2/15/2012 | 00021 | Sanders, Jason L. | 4000 | Analyze ways in which to sue AmericaHomeKey under settlement agreement. | 0.10 | 367.35 | 36.74 |
| 2/21/2012 | 00021 | Sanders, Jason L. | 4000 | Conference with Mr. Baker regarding suing under settlement agreement. | 0.20 | 367.35 | 73.47 |
| 2/25/2012 | 00021 | Sanders, Jason L. | 4000 | Analyze anticipatory breach cases. | 0.10 | 367.35 | 36.74 |
| 2/26/2012 | 00021 | Sanders, Jason L. | 4000 | Review and analyze anticipatory breach of contract case law (.4); e-mail Mr. Baker regarding questions to ask John Krugh (.3). | 0.70 | 367.35 | 257.15 |
| 3/3/2012 | 00021 | Sanders, Jason L. | 4000 | E-mails with Mr. Baker regarding call with opposing counsel. | 0.10 | 367.35 | 36.74 |
| 3/5/2012 | 00021 | Sanders, Jason L. | 4000 | Conference with Mr. Baker regarding strategy and potential new lawsuit. | 0.20 | 367.35 | 73.47 |
| | 00021 Total | | | | 10.70 | | 3,512.15 |
| 10/1/2011 | 00022 | Sanders, Jason L. | 4000 | Work on continuance. | 0.10 | 367.35 | 36.74 |
| 10/2/2011 | 00022 | Cabrera, Marc D. | 4000 | Review documents for purposes of privileged information. | 1.60 | 199.95 | 319.92 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/3/2011 | 00022 | Mowrey, Robert T. | 4000 | Review motion to continue and case strategy. | 0.30 | 613.80 | 184.14 |
| 10/3/2011 | 00022 | Cabrera, Marc D. | 4000 | Conference with N. Richards regarding redactions to additional document production. | 0.60 | 199.95 | 119.97 |
| 10/4/2011 | 00022 | Cabrera, Marc D. | 4000 | Exchange e-mails with A. Kent (opposing counsel) regarding deadlines. | 0.20 | 199.95 | 39.99 |
| 10/4/2011 | 00022 | Sanders, Jason L. | 4600 | Work on billing issues. | 0.30 | 367.35 | 110.21 |
| 10/4/2011 | 00022 | Richards, P. Nelsene | 4000 | Redact documents in preparation of production. | 4.00 | 213.90 | 855.60 |
| 10/5/2011 | 00022 | Richards, P. Nelsene | 4000 | Redact documents in preparation of production. | 0.80 | 213.90 | 171.12 |
| 10/6/2011 | 00022 | Richards, P. Nelsene | 4000 | Redact documents in preparation of production. | 4.00 | 213.90 | 855.60 |
| 10/7/2011 | 00022 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding continuance issues. | 0.10 | 367.35 | 36.74 |
| 10/7/2011 | 00022 | Cabrera, Marc D. | 4000 | Telephone call to A. Kent regarding motion to continue and proposed mediators; Review e-mails regarding deadlines. | 0.30 | 199.95 | 59.99 |
| 10/7/2011 | 00022 | Richards, P. Nelsene | 4000 | Redact documents in preparation of production. | 2.00 | 213.90 | 427.80 |
| 10/9/2011 | 00022 | Sanders, Jason L. | 4600 | Work on revisions to invoices for purposes of complying with the Bankruptcy Court billing procedures. | 0.30 | 367.35 | 110.21 |
| 10/11/2011 | 00022 | Sanders, Jason L. | 4000 | Work on case strategy. | 0.10 | 367.35 | 36.74 |
| 10/11/2011 | 00022 | Cabrera, Marc D. | 4600 | Attention to invoice summary and forecast spreadsheet. | 0.30 | 199.95 | 59.99 |
| 10/11/2011 | 00022 | Cabrera, Marc D. | 4000 | Telephone call to clerk regarding amended dates in scheduling order (.2); E-mail A. Kent regarding the same (.1). | 0.30 | 199.95 | 59.99 |
| 10/12/2011 | 00022 | Cabrera, Marc D. | 4000 | Review e-mail regarding production of securitization documents. | 0.10 | 199.95 | 20.00 |
| 10/12/2011 | 00022 | Sanders, Jason L. | 4600 | Work on billing issues. | 0.20 | 367.35 | 73.47 |
| 10/12/2011 | 00022 | Cabrera, Marc D. | 4600 | Revise time entries to conform with fee committee guidelines for monthly statement for compensation and reimbursement of expenses. | 0.30 | 199.95 | 59.99 |
| 10/12/2011 | 00022 | Cabrera, Marc D. | 4600 | Attention to monthly invoice and forecast spreadsheet (.1); Conference with J. Sanders regarding the same (.1); Draft monthly statement for compensation and reimbursement of expenses (.2). | 0.40 | 199.95 | 79.98 |
| 10/13/2011 | 00022 | Cabrera, Marc D. | 4600 | Revise monthly statement for compensation and reimbursement of expenses. | 0.50 | 199.95 | 99.98 |
| 10/14/2011 | 00022 | Sanders, Jason L. | 4000 | Work on selection of mediator. | 0.10 | 367.35 | 36.74 |

| 10/14/2011 | 00022 | Cabrera, Marc D. | 4600 | Review monthly statement for compensation and reimbursement of expenses (.2); Attention to sending the same to LBHI group and notice parties (.2). | 0.40 | 199.95 | 79.98 |
|---|---|---|---|---|---|---|---|
| 10/17/2011 | 00022 | Cabrera, Marc D. | 4600 | Revise monthly invoice and forecast spreadsheet (.2); E-mail the same to H. Gray (.1). | 0.30 | 199.95 | 59.99 |
| 10/17/2011 | 00022 | Sanders, Jason L. | 4000 | Work on mediation and billing issues. | 0.30 | 367.35 | 110.21 |
| 10/17/2011 | 00022 | Richards, P. Nelsene | 4000 | Redact additional documents in preparation of production. | 1.50 | 213.90 | 320.85 |
| 10/18/2011 | 00022 | Cabrera, Marc D. | 4000 | E-mail regarding potential mediators (.1); E-mail regarding documents subpoena on J. Delsoin (.1). | 0.20 | 199.95 | 39.99 |
| 10/23/2011 | 00022 | Cabrera, Marc D. | 4000 | Review e-mail from J. Sanders regarding obtaining documents from J. Delsoin. | 0.10 | 199.95 | 20.00 |
| 10/24/2011 | 00022 | Cabrera, Marc D. | 4000 | Review e-mails regarding obtaining documents from J. Delsoin. | 0.20 | 199.95 | 39.99 |
| 10/25/2011 | 00022 | Sanders, Jason L. | 4000 | Work on strategy related to proving liability with respect to one of the loans in the lawsuit. | 0.10 | 367.35 | 36.74 |
| 10/28/2011 | 00022 | Cabrera, Marc D. | 4000 | Exchange e-mails with J. Sanders regarding review of securitization documents. | 0.10 | 199.95 | 20.00 |
| 10/28/2011 | 00022 | Cabrera, Marc D. | 100 | Work on monthly case status report. | 0.30 | 199.95 | 59.99 |
| 10/30/2011 | 00022 | Sanders, Jason L. | 100 | Review and revise monthly report. | 0.10 | 367.35 | 36.74 |
| 10/30/2011 | 00022 | Cabrera, Marc D. | 4000 | Revise monthly case status monthly report. | 0.40 | 199.95 | 79.98 |
| 10/31/2011 | 00022 | Sanders, Jason L. | 4000 | Work on document production issues. | 0.10 | 367.35 | 36.74 |
| 10/31/2011 | 00022 | Sanders, Jason L. | 4600 | Work on billing issues. | 0.30 | 367.35 | 110.21 |
| 11/1/2011 | 00022 | Richards, P. Nelsene | 4000 | Review documents for processing in summation (.7); internal conferences with attorneys regarding documents (.3); review documents in database to confirm accuracy (.3) | 1.30 | 213.90 | 278.07 |
| 11/2/2011 | 00022 | Sanders, Jason L. | 4000 | Review documents for document production. | 0.10 | 367.35 | 36.74 |
| 11/2/2011 | 00022 | Cabrera, Marc D. | 4000 | Review document production. | 1.60 | 199.95 | 319.92 |
| 11/2/2011 | 00022 | Richards, P. Nelsene | 4000 | Index documents in summation (1.3); internal conferences with attorneys regarding documents to be produced (.3); coordinate summation load files (.7); prepare detailed instructions for summation (.2); review documents in database to confirm accuracy (.5) | 3.00 | 213.90 | 641.70 |
| 11/3/2011 | 00022 | Sanders, Jason L. | 4000 | Prepare for and attend meeting regarding strategy going forward. | 0.50 | 367.35 | 183.68 |

| 11/3/2011 | 00022 | Richards, P. Nelsene | 4000 | Review documents for processing in summation (.7); internal conferences with attorneys regarding documents (.3); review documents in database to confirm accuracy (.3) | 1.30 | 213.90 | 278.07 |
|---|---|---|---|---|---|---|---|
| 11/4/2011 | 00022 | Sanders, Jason L. | 4000 | Call with opposing counsel regarding mediation (.1); monthly meeting (.2). | 0.30 | 367.35 | 110.21 |
| 11/9/2011 | 00022 | Kirby, Brent | 4600 | Update Monthly Application and Exhibits. | 0.30 | 199.95 | 59.99 |
| 11/11/2011 | 00022 | Sanders, Jason L. | 4000 | Call with Mr. Baker regarding assignment of indemnification agreement. | 0.10 | 367.35 | 36.74 |
| 11/14/2011 | 00022 | Sanders, Jason L. | 4000 | E-mail Mr. Baker regarding mediation. | 0.10 | 367.35 | 36.74 |
| 11/15/2011 | 00022 | Sanders, Jason L. | 4000 | Conference with Mr. Baker regarding mediation. | 0.10 | 367.35 | 36.74 |
| 11/21/2011 | 00022 | Richards, P. Nelsene | 4000 | Process documents produced by Primary Capital for processing in summation (.3); download documents from CD and send to O. Kham in preparation of summation production database (.3); prepare detailed email with instructions and coordinate with EQD summation load files (.3); attention to production log (.1). | 1.00 | 213.90 | 213.90 |
| 11/22/2011 | 00022 | Mowrey, Robert T. | 4000 | Analyze strategy, and correspondence regarding mediation. | 0.30 | 613.80 | 184.14 |
| 11/28/2011 | 00022 | Sanders, Jason L. | 4000 | E-mail Mr. Baker regarding mediation. | 0.10 | 367.35 | 36.74 |
| 12/5/2011 | 00022 | Sanders, Jason L. | 4000 | Conference with John Baker regarding mediation. | 0.10 | 367.35 | 36.74 |
| 12/6/2011 | 00022 | Sanders, Jason L. | 4000 | E-mail mediator's office regarding mediation. | 0.10 | 367.35 | 36.74 |
| 12/7/2011 | 00022 | Sanders, Jason L. | 4000 | Prepare for mediation by reviewing and analyzing documents. | 0.30 | 367.35 | 110.21 |
| 12/9/2011 | 00022 | Sanders, Jason L. | 4000 | Prepare for mediation. | 0.10 | 367.35 | 36.74 |
| 12/11/2011 | 00022 | Sanders, Jason L. | 4000 | Prepare for mediation by review pleadings. | 0.50 | 367.35 | 183.68 |
| 12/12/2011 | 00022 | Cabrera, Marc D. | 4000 | Review documents produced by subpoena for mediation statement. | 0.40 | 199.95 | 79.98 |
| 12/12/2011 | 00022 | Sanders, Jason L. | 4000 | Prepare for mediation. | 0.80 | 367.35 | 293.88 |
| 12/13/2011 | 00022 | Sanders, Jason L. | 4000 | Review complaint to prepare mediation statement (.7); Draft mediation statement (.6). | 1.30 | 367.35 | 477.56 |
| 12/14/2011 | 00022 | Cabrera, Marc D. | 4000 | Revise damages spreadsheet for mediation. | 0.30 | 199.95 | 59.99 |
| 12/14/2011 | 00022 | Sanders, Jason L. | 4000 | Review and analyze documents and third-party subpoenaed documents to draft mediation statement and prepare for mediation. | 2.00 | 367.35 | 734.70 |
| 12/14/2011 | 00022 | Sanders, Jason L. | 4000 | Draft mediation statement. | 2.70 | 367.35 | 991.85 |

| 12/15/2011 | 00022 | Cabrera, Marc D. | 4000 | E-mail mediator regarding mediation statement. | 0.10 | 199.95 | 20.00 |
|---|---|---|---|---|---|---|---|
| 12/15/2011 | 00022 | Mowrey, Robert T. | 4000 | Review damages (.1); Review mediation statement (.2). | 0.30 | 613.80 | 184.14 |
| 12/15/2011 | 00022 | Cabrera, Marc D. | 4000 | Review production database for RLT agreement (.2); Prepare RLT spreadsheet for loans sold to SASCO (.5); E-mail the same to J. Sanders for mediation statement (.1). | 0.80 | 199.95 | 159.96 |
| 12/15/2011 | 00022 | Sanders, Jason L. | 4000 | Prepare for mediation. | 0.90 | 367.35 | 330.62 |
| 12/15/2011 | 00022 | Richards, P. Nelsene | 4000 | Organize and assemble documents by borrower in preparation of mediation requested by J. Sanders. | 2.40 | 213.90 | 513.36 |
| 12/16/2011 | 00022 | Richards, P. Nelsene | 4000 | Preparation of notebooks for mediation. | 1.10 | 213.90 | 235.29 |
| 12/16/2011 | 00022 | Sanders, Jason L. | 4000 | Review and analyze documents for mediation. | 1.50 | 367.35 | 551.03 |
| 12/16/2011 | 00022 | Cabrera, Marc D. | 4000 | Draft insert for mediation statement (.5); Revise mediation statement (.7); Conferences with J. Sanders regarding mediation statement (.4); Revise damages spreadsheet (.2); E-mail mediator regarding mediation statement (.1); E-mail A. Kent documents (.1). | 2.00 | 199.95 | 399.90 |
| 12/17/2011 | 00022 | Cabrera, Marc D. | 4000 | Prepare mediation statement exhibits. | 0.80 | 199.95 | 159.96 |
| 12/17/2011 | 00022 | Sanders, Jason L. | 4000 | Prepare for mediation (.5); Review and analyze securitization and loan history for the loans at issue for preparation for mediation (.5); Review and analyze documents received by subpoena from third parties related to the breached of the loan purchase agreement and seller's guide for preparation for mediation (.8). | 1.80 | 367.35 | 661.23 |
| 12/18/2011 | 00022 | Richards, P. Nelsene | 4000 | Attention to preparation of notebooks in preparation of mediation (2.8); Conference with J. Sanders regarding documents for mediation (.1). | 2.90 | 213.90 | 620.31 |
| 12/19/2011 | 00022 | Mowrey, Robert T. | 4000 | Consideration of mediation strategy. | 0.30 | 613.80 | 184.14 |
| 12/19/2011 | 00022 | Sanders, Jason L. | 4000 | Prepare for mediation. | 1.80 | 367.35 | 661.23 |
| 12/19/2011 | 00022 | Sanders, Jason L. | 500 | Travel to Atlanta for mediation. | 4.50 | 367.35 | 1,653.08 |
| 12/20/2011 | 00022 | Sanders, Jason L. | 4000 | Prepare for and attend mediation. | 10.30 | 367.35 | 3,783.71 |
| 12/21/2011 | 00022 | Mowrey, Robert T. | 4000 | Consider discovery strategy in light of no settlement at mediation. | 0.30 | 613.80 | 184.14 |
| 12/21/2011 | 00022 | Sanders, Jason L. | 500 | Travel to Dallas from mediation. | 2.80 | 367.35 | 1,028.58 |
| 12/22/2011 | 00022 | Sanders, Jason L. | 4000 | E-mail Mr. Baker regarding response to most recent offer. | 0.10 | 367.35 | 36.74 |

| 12/31/2011 | 00022 | Sanders, Jason L. | 4000 | E-mail Mr. Baker regarding responding to most recent settlement offer. | 0.10 | 367.35 | 36.74 |
|---|---|---|---|---|---|---|---|
| 1/4/2012 | 00022 | Sanders, Jason L. | 4000 | Conference with Mr. Baker regarding settlement terms (.3); work on settlement agreement (.2). | 0.50 | 367.35 | 183.68 |
| 1/5/2012 | 00022 | Mowrey, Robert T. | 4000 | Review settlement agreement and transfer issues. | 0.50 | 613.80 | 306.90 |
| 1/5/2012 | 00022 | Sanders, Jason L. | 4000 | Review all indemnification agreements and assignments (.7); E-mail Mr. Baker regarding the same (.2). | 0.90 | 367.35 | 330.62 |
| 1/5/2012 | 00022 | Sanders, Jason L. | 4000 | Conference with Mr. Baker regarding settlement terms (.5); Draft settlement agreement (1.0); Conference regarding net income with Dean Hinderliter (.5). | 2.00 | 367.35 | 734.70 |
| 1/6/2012 | 00022 | Sanders, Jason L. | 4000 | Draft and revise settlement agreement (.9); Call with Dean Hinderlighter regarding settlement agreement (.3); E-mails with Mr. Baker regarding the same (.2); | 1.40 | 367.35 | 514.29 |
| 1/6/2012 | 00022 | Hinderliter, J. Dean | 4000 | Reviewed Defendant's audited financial statements (1.5); Reviewed and revised Settlement Agreement (2); Telephone conference with Mr. Sanders regarding settlement agreement (.5). | 4.00 | 585.90 | 2,343.60 |
| 1/9/2012 | 00022 | Mowrey, Robert T. | 4000 | Review settlement agreement. | 0.30 | 613.80 | 184.14 |
| 1/9/2012 | 00022 | Sanders, Jason L. | 4000 | Review and revise settlement agreement (1.0); Review e-mail from Mr. Baker regarding same (.2). | 1.20 | 367.35 | 440.82 |
| 1/9/2012 | 00022 | Sanders, Jason L. | 4000 | E-mail revised provision of settlement agreement to Mr. Hinderliter (.2); Call with Mr. Baker regarding settlement agreement (.2); Begin to prepare promissory note related to settlement agreement; (.1). | 0.50 | 367.35 | 183.68 |
| 1/9/2012 | 00022 | Sanders, Jason L. | 4000 | Review confession of judgment provision in agreement. | 0.10 | 367.35 | 36.74 |
| 1/10/2012 | 00022 | Cabrera, Marc D. | 4000 | Legal research related to confessions of judgment (1.7); Draft confession of judgment (.5); Revise settlement agreement to include wiring instructions (.2). | 2.40 | 199.95 | 479.88 |
| 1/10/2012 | 00022 | Sanders, Jason L. | 4000 | Review and revise promissory note (.8); Revise confession of judgment for settlement agreement (.6). | 1.40 | 367.35 | 514.29 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/10/2012 | 00022 | Hinderliter, J. Dean | 4000 | Reviewed and revised Promissory Note and Settlement Agreement. | 2.00 | 585.90 | 1,171.80 |
| 1/11/2012 | 00022 | Sanders, Jason L. | 4000 | Review settlement agreement (.1); Review promissory note (.2); Send settlement agreement and promissory note to Mr. Baker (.1). | 0.40 | 367.35 | 146.94 |
| 1/11/2012 | 00022 | Mowrey, Robert T. | 4000 | Review comments to settlement agreement. | 0.30 | 613.80 | 184.14 |
| 1/12/2012 | 00022 | Cabrera, Marc D. | 4000 | Legal research related to a prevailing party under New York law with respect to attorney fees (.7); Conference with J. Sanders regarding the same (.3). | 1.00 | 199.95 | 199.95 |
| 1/17/2012 | 00022 | Sanders, Jason L. | 4000 | Review and revise settlement agreement. | 0.70 | 367.35 | 257.15 |
| 1/18/2012 | 00022 | Mowrey, Robert T. | 4000 | Address settlement issues and scope of release. | 0.30 | 613.80 | 184.14 |
| 1/18/2012 | 00022 | Sanders, Jason L. | 4000 | Review and revise changes Primary Capital made to the settlement agreement. | 1.90 | 367.35 | 697.97 |
| 1/19/2012 | 00022 | Cabrera, Marc D. | 4000 | Review and analyze whole loan inventory document. | 0.40 | 199.95 | 79.98 |
| 1/19/2012 | 00022 | Mowrey, Robert T. | 4000 | Review Primary Capital's proposed changes to settlement agreement. | 0.30 | 613.80 | 184.14 |
| 1/19/2012 | 00022 | Sanders, Jason L. | 4000 | Review and revise settlement agreement (1.2); Review loan schedules for the same (.3). | 1.50 | 367.35 | 551.03 |
| 1/20/2012 | 00022 | Cabrera, Marc D. | 4000 | Review and analyze settlement agreement. | 0.70 | 199.95 | 139.97 |
| 1/20/2012 | 00022 | Collins, Johnathan E. | 4000 | Conference with Jason Sanders regarding needed revisions to settlement agreement and release (.5); Review and revise covenant not to sue and tolling agreement (.5). | 1.00 | 274.35 | 274.35 |
| 1/20/2012 | 00022 | Sanders, Jason L. | 4000 | Telephone conference with Primary Capital and Mr. Baker regarding settlement agreement and revisions (1.0); Telephone conference with Mr. Baker regarding the same (.3); Review and revise settlement agreement (1.8). | 3.10 | 367.35 | 1,138.79 |
| 1/22/2012 | 00022 | Sanders, Jason L. | 4000 | Review Primary Capital's most recent revisions to the settlement agreement. | 0.50 | 367.35 | 183.68 |
| 1/23/2012 | 00022 | Sanders, Jason L. | 4000 | Review and revise settlement agreement (1.4); Telephone conferences regarding revisions to the settlement agreement (.3); E-mails regarding revisions to the settlement agreement (.5). | 2.20 | 367.35 | 808.17 |
| 1/24/2012 | 00022 | Collins, Johnathan E. | 4000 | Review and revise settlement agreement. | 0.30 | 274.35 | 82.31 |
| 1/24/2012 | 00022 | Collins, Johnathan E. | 4000 | Conference with Jason Sanders on settlement agreement. | 0.30 | 274.35 | 82.31 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/24/2012 | 00022 | Mowrey, Robert T. | 4000 | Formulate strategy regarding scope of release. | 0.30 | 613.80 | 184.14 |
| 1/24/2012 | 00022 | Sanders, Jason L. | 4000 | Conference call with Messrs Pendelton, Sullivan, and Baker regarding settlement and revisions. | 0.80 | 367.35 | 293.88 |
| 1/24/2012 | 00022 | Sanders, Jason L. | 4000 | Review Primary Capital's revisions to the settlement (.6); Review and revise settlement agreement (.8). | 1.40 | 367.35 | 514.29 |
| 1/25/2012 | 00022 | Collins, Johnathan E. | 4000 | Review and revise settlement agreement. | 0.60 | 274.35 | 164.61 |
| 1/25/2012 | 00022 | Sanders, Jason L. | 4000 | Telephone conference with Mr. Sullivan regarding settlement agreement (.4); E-mails regarding settlement agreement (.4); Calls with Mr. Baker regarding settlement agreement (.3); Review and revise settlement agreement (1.3). | 2.40 | 367.35 | 881.64 |
| 1/31/2012 | 00022 | Mowrey, Robert T. | 4000 | Address settlement issues. | 0.30 | 613.80 | 184.14 |
| 2/1/2012 | 00022 | Sanders, Jason L. | 4000 | Review and revise stipulation of dismissal (.1); e-mail to opposing counsel (.1). | 0.20 | 367.35 | 73.47 |
| 2/1/2012 | 00022 | Cabrera, Marc D. | 4000 | Draft joint stipulation of dismissal with prejudice and order (.3); E-mail the same to J. Sanders (.1). | 0.40 | 199.95 | 79.98 |
| 2/3/2012 | 00022 | Sanders, Jason L. | 4000 | E-mail opposing counsel regarding stipulation of dismissal. | 0.10 | 367.35 | 36.74 |
| 2/6/2012 | 00022 | Sanders, Jason L. | 4000 | E-mail Mr. Baker and opposing counsel regarding joint stipulation with prejudice. | 0.10 | 367.35 | 36.74 |
| 2/9/2012 | 00022 | Cabrera, Marc D. | 4000 | Review e-mail from J. Sanders regarding stipulation of dismissal. | 0.10 | 199.95 | 20.00 |
| 2/9/2012 | 00022 | Sanders, Jason L. | 4000 | E-mail Mr. Baker joint stipulation of dismissal and proposed order granting the same. | 0.10 | 367.35 | 36.74 |
| | 00022 Total | | | | 113.70 | | 36,932.16 |
| 10/3/2011 | 00026 | Lowry, Gregory A. | 4000 | Call with trustee's counsel. | 0.20 | 595.20 | 119.04 |
| 10/26/2011 | 00026 | Lowry, Gregory A. | 4000 | Review new filing and email regarding same. | 0.20 | 595.20 | 119.04 |
| 11/7/2011 | 00026 | Lowry, Gregory A. | 4000 | Review pleadings and email concerning same. | 0.30 | 595.20 | 178.56 |
| 1/13/2012 | 00026 | Lowry, Gregory A. | 4000 | Review new filings and e-mail regarding same. | 0.40 | 595.20 | 238.08 |
| 1/15/2012 | 00026 | Lowry, Gregory A. | 4000 | Review motion to approve settlement and objection to claim. | 0.30 | 595.20 | 178.56 |
| 2/9/2012 | 00026 | Lowry, Gregory A. | 4000 | Review motions and email regarding motion to pay. | 0.20 | 595.20 | 119.04 |
| | 00026 Total | | | | 1.60 | | 952.32 |
| 11/1/2011 | 00027 | Chen, Sarah M. | 4000 | Prepare for and attend court conference (1.9); discuss with RJ DeRose (.3). | 2.20 | 311.55 | 685.41 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/7/2011 | 00027 | Chen, Sarah M. | 4000 | Prepare for and attend Court status conference (1.7); Discuss discovery issues with opposing counsel (.5); Draft email summarizing events to RJ DeRose (1.0). | 3.20 | 311.55 | 996.96 |
| 2/2/2012 | 00027 | Chen, Sarah M. | 4000 | Prepare for and attend status conference; prepare stipulation addressing issues that had arisen in discovery. | 4.20 | 311.55 | 1,308.51 |
| | 00027 Total | | | | 9.60 | | 2,990.88 |
| 1/24/2012 | 00029 | Campbell, Elizabeth | 4000 | Multiple communications with Jason Sanders, Dan Calisher and Stephen Fermelia regarding potential new litigation matter in Southern District of Florida. | 0.90 | 316.20 | 284.58 |
| 1/25/2012 | 00029 | Franklin, Kenneth B. | 4000 | Locate Florida Secretary of State records regarding service of process on Amerihome Loan Corp. (.1); Analysis of Local Rules for the Southern District of Florida to determine all filing requirements (.2); Prepare Summons for Amerihome Loan Corp. (.3) | 0.60 | 297.60 | 178.56 |
| 2/1/2012 | 00029 | Campbell, Elizabeth | 4000 | Review notice from Court regarding issuance of summons (.3); Review multiple orders from Magistrate Judge and District Judge outlining case administration procedures and setting trial and pre-trial dates (.3); Draft correspondence to Dan Calisher and Stephen Femelia regarding same (.2). | 0.80 | 316.20 | 252.96 |
| 2/2/2012 | 00029 | Campbell, Elizabeth | 4000 | Communications with Dan Calisher regarding filings with district court and upcoming deadlines. | 0.40 | 316.20 | 126.48 |
| 2/8/2012 | 00029 | Franklin, Kenneth B. | 4000 | Substantive memorandum regarding calculation of time deadlines in the case and analysis of local rules. | 1.10 | 297.60 | 327.36 |
| | 00029 Total | | | | 3.80 | | 1,169.94 |
| | Grand Total | | | | 372.30 | | 115,787.33 |

# EXHIBIT D

| Date | Matter | Narrative | Task | Units | Price | Vaule |
|------|--------|-----------|------|-------|-------|-------|
| 10/13/2011 | 00001 | Photocopies | E101 | 512 | 0.10 | 51.20 |
| 10/14/2011 | 00001 | FedEx Shipments | E107 | 1 | 23.62 | 23.62 |
| 10/14/2011 | 00001 | FedEx Shipments | E107 | 1 | 34.40 | 34.40 |
| 10/14/2011 | 00001 | FedEx Shipments | E107 | 1 | 26.20 | 26.20 |
| 10/14/2011 | 00001 | FedEx Shipments | E107 | 1 | 29.35 | 29.35 |
| 10/14/2011 | 00001 | FedEx Shipments | E107 | 1 | 34.40 | 34.40 |
| 11/11/2011 | 00001 | FedEx Shipments FedEx: 797724856540 | E107 | 1 | 28.92 | 28.92 |
| 11/11/2011 | 00001 | FedEx Shipments FedEx: 797724917270 | E107 | 1 | 28.92 | 28.92 |
| 11/11/2011 | 00001 | FedEx Shipments FedEx: 797724836343 | E107 | 1 | 32.06 | 32.06 |
| 11/23/2011 | 00001 | FedEx Shipments FedEx: 795437509009 | E107 | 1 | 28.92 | 28.92 |
|  | 00001 Total |  |  |  |  | 317.99 |
| 10/14/2011 | 00005 | Facsimiles @ 1.00 per page | E124 | 1 | 12.00 | 12.00 |
| 10/14/2011 | 00005 | Photocopies | E101 | 52 | 0.10 | 5.20 |
| 10/14/2011 | 00005 | Photocopies | E101 | 22 | 0.10 | 2.20 |
| 10/17/2011 | 00005 | Photocopies | E101 | 126 | 0.10 | 12.60 |
| 10/24/2011 | 00005 | Long Distance Calls Denver, CO | E105 | 1 | 0.64 | 0.64 |
| 10/24/2011 | 00005 | Long Distance Calls Denver, CO | E105 | 1 | 0.32 | 0.32 |
| 10/24/2011 | 00005 | Photocopies | E101 | 26 | 0.10 | 2.60 |
| 10/24/2011 | 00005 | Photocopies | E101 | 78 | 0.10 | 7.80 |
| 10/24/2011 | 00005 | Photocopies | E101 | 6 | 0.10 | 0.60 |
| 10/25/2011 | 00005 | Facsimiles @ 1.00 per page | E124 | 1 | 10.00 | 10.00 |
| 10/25/2011 | 00005 | Long Distance Calls Denver, CO | E105 | 1 | 0.08 | 0.08 |
| 10/25/2011 | 00005 | Long Distance Calls Denver, CO | E105 | 1 | 0.56 | 0.56 |
| 10/25/2011 | 00005 | Long Distance Calls Denver, CO | E105 | 1 | 0.40 | 0.40 |
| 10/25/2011 | 00005 | Photocopies | E101 | 42 | 0.10 | 4.20 |
| 10/25/2011 | 00005 | Photocopies | E101 | 20 | 0.10 | 2.00 |
| 10/26/2011 | 00005 | Depositions and Court Reporters | E118 | 1 | 345.80 | 345.80 |
| 10/26/2011 | 00005 | Depositions and Court Reporters | E118 | 1 | 1,038.50 | 1,038.50 |
| 10/27/2011 | 00005 | Long Distance Calls Denver, CO | E105 | 1 | 0.24 | 0.24 |
| 10/27/2011 | 00005 | Long Distance Calls Longmont, CO | E105 | 1 | 0.08 | 0.08 |
| 10/28/2011 | 00005 | Westlaw Research | E106 | 1 | 47.01 | 47.01 |
| 10/28/2011 | 00005 | Westlaw Research | E106 | 1 | (47.01) | (47.01) |
| 11/2/2011 | 00005 | Long Distance Calls Denver CO | E105 | 1 | 1.36 | 1.36 |
| 11/2/2011 | 00005 | Messenger Services MACH5 COURIERS,LOCKE LORD,600 TRAVIS,HOUSTON,TX 77002 CHARLES PIGNUOLO,1800 BERING,HOUSTON,TX 77057 | E107 | 1 | 22.50 | 22.50 |
| 11/4/2011 | 00005 | Long Distance Calls Denver CO | E105 | 1 | 0.32 | 0.32 |
| 11/7/2011 | 00005 | Long Distance Calls Longmont CO | E105 | 1 | 0.08 | 0.08 |
| 11/7/2011 | 00005 | Long Distance Calls Longmont CO | E105 | 1 | 0.24 | 0.24 |
| 11/8/2011 | 00005 | Photocopies | E101 | 6 | 0.10 | 0.60 |
| 11/8/2011 | 00005 | Photocopies | E101 | 48 | 0.10 | 4.80 |
| 11/8/2011 | 00005 | Photocopies | E101 | 88 | 0.10 | 8.80 |
| 11/8/2011 | 00005 | Photocopies | E101 | 144 | 0.10 | 14.40 |
| 11/8/2011 | 00005 | Services Rendered J. F. Morrow II - Mr. Morrow was desigated as a mortgage industry expert in this case | E119 | 1 | 8,837.50 | 8,837.50 |
| 11/10/2011 | 00005 | Photocopies | E101 | 8 | 0.10 | 0.80 |
| 11/10/2011 | 00005 | Photocopies | E101 | 14 | 0.10 | 1.40 |
| 11/10/2011 | 00005 | Facsimiles @ 1.00 per page | E124 |  | 8.00 | 8.00 |
| 11/10/2011 | 00005 | Mediation Fee  to W. Jerry Hoover | E124 | 1 | 1,500.00 | 1,500.00 |

| 11/10/2011 | 00005 | Case File Xpress - Filing Fees | E112 | 1 | 25.56 | 25.56 |
|---|---|---|---|---|---|---|
| 11/11/2011 | 00005 | Photocopies | E101 | 12 | 0.10 | 1.20 |
| 11/11/2011 | 00005 | Photocopies | E101 | 32 | 0.10 | 3.20 |
| 11/12/2011 | 00005 | Photocopies | E101 | 162 | 0.10 | 16.20 |
| 11/12/2011 | 00005 | Photocopies | E101 | 390 | 0.10 | 39.00 |
| 11/12/2011 | 00005 | Photocopies | E101 | 516 | 0.10 | 51.60 |
| 11/12/2011 | 00005 | Photocopies | E101 | 1062 | 0.10 | 106.20 |
| 11/13/2011 | 00005 | Westlaw Research | E106 | 1 | 801.75 | 801.75 |
| 11/14/2011 | 00005 | Photocopies | E101 | 4 | 0.10 | 0.40 |
| 11/14/2011 | 00005 | Photocopies | E101 | 4 | 0.10 | 0.40 |
| 11/14/2011 | 00005 | Photocopies | E101 | 6 | 0.10 | 0.60 |
| 11/14/2011 | 00005 | Photocopies | E101 | 8 | 0.10 | 0.80 |
| 11/14/2011 | 00005 | Photocopies | E101 | 8 | 0.10 | 0.80 |
| 11/14/2011 | 00005 | Photocopies | E101 | 8 | 0.10 | 0.80 |
| 11/14/2011 | 00005 | Photocopies | E101 | 8 | 0.10 | 0.80 |
| 11/14/2011 | 00005 | Photocopies | E101 | 8 | 0.10 | 0.80 |
| 11/14/2011 | 00005 | Photocopies | E101 | 10 | 0.10 | 1.00 |
| 11/14/2011 | 00005 | Photocopies | E101 | 10 | 0.10 | 1.00 |
| 11/14/2011 | 00005 | Photocopies | E101 | 14 | 0.10 | 1.40 |
| 11/14/2011 | 00005 | Photocopies | E101 | 20 | 0.10 | 2.00 |
| 11/14/2011 | 00005 | Photocopies | E101 | 20 | 0.10 | 2.00 |
| 11/14/2011 | 00005 | Photocopies | E101 | 26 | 0.10 | 2.60 |
| 11/14/2011 | 00005 | Photocopies | E101 | 28 | 0.10 | 2.80 |
| 11/14/2011 | 00005 | Photocopies | E101 | 30 | 0.10 | 3.00 |
| 11/14/2011 | 00005 | Photocopies | E101 | 32 | 0.10 | 3.20 |
| 11/14/2011 | 00005 | Photocopies | E101 | 40 | 0.10 | 4.00 |
| 11/14/2011 | 00005 | Photocopies | E101 | 66 | 0.10 | 6.60 |
| 11/14/2011 | 00005 | Photocopies | E101 | 134 | 0.10 | 13.40 |
| 11/14/2011 | 00005 | Long Distance Calls Longmont CO | E105 | 1 | 0.08 | 0.08 |
| 11/14/2011 | 00005 | Westlaw Research | E106 | 1 | 898.91 | 898.91 |
| 11/14/2011 | 00005 | Westlaw Research | E106 | 1 | 898.91 | 898.91 |
| 11/14/2011 | 00005 | Westlaw Research | E106 | 1 | (898.91) | (898.91) |
| 11/15/2011 | 00005 | Photocopies | E101 | 640 | 0.10 | 64.00 |
| 11/15/2011 | 00005 | Long Distance Calls Longmont CO | E105 | 1 | 0.24 | 0.24 |
| 11/15/2011 | 00005 | Long Distance Calls Longmont CO | E105 | 1 | 1.04 | 1.04 |
| 11/15/2011 | 00005 | Westlaw Research | E106 | 1 | 20.15 | 20.15 |
| 11/15/2011 | 00005 | Westlaw Research | E106 | 1 | 20.15 | 20.15 |
| 11/15/2011 | 00005 | Westlaw Research | E106 | 1 | 80.70 | 80.70 |
| 11/15/2011 | 00005 | Westlaw Research | E106 | 1 | (20.15) | (20.15) |
| 11/16/2011 | 00005 | Westlaw Research | E106 | 1 | 6.72 | 6.72 |
| 11/16/2011 | 00005 | Messenger Services MACH5 COURIERS LOCKE LORD,600 TRAVIS,HOUSTON,TX 77002 W JERRY HOOVER,3 RIVERWAY ,HOUSTON,TX 77056 | E107 | 1 | 25.80 | 25.80 |
| 11/22/2011 | 00005 | Photocopies | E101 | 120 | 0.10 | 12.00 |
| 11/23/2011 | 00005 | Photocopies | E101 | 12 | 0.10 | 1.20 |
| 11/28/2011 | 00005 | Outside Copy Costs - Lighthouse Document Solutions | E102 | 1 | 110.59 | 110.59 |
| 11/30/2011 | 00005 | Expense of trip of Jason Sanders on 11/13-19/11 to Houston, TX to attend Mediation and Deposition Preparation (coach airfare) | E110 | 1 | 416.90 | 416.90 |

| Date | Matter | Description | Code | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/30/2011 | 00005 | Expense of trip of Jason Sanders on 11/13-19/11 to Houston, TX to attend Mediation and Deposition Preparation (taxi) | E110 | 1 | 25.00 | 25.00 |
| 11/30/2011 | 00005 | Expense of trip of Jason Sanders on 11/13-19/11 to Houston, TX to attend Mediation and Deposition Preparation (meal) | E111 | 1 | 27.76 | 27.76 |
| 12/7/2011 | 00005 | Photocopies | E101 | 58 | 0.10 | 5.80 |
| 12/12/2011 | 00005 | Photocopies | E101 | 248 | 0.10 | 24.80 |
| 12/28/2011 | 00005 | PACER Online Research | E106 | 1 | 0.48 | 0.48 |
| 2/13/2012 | 00005 | Facsimiles @ 1.00 per page | E124 | 7 | 1.00 | 7.00 |
| 2/13/2012 | 00005 | Photocopies | E101 | 2 | 0.10 | 0.20 |
| 2/13/2012 | 00005 | Photocopies | E101 | 12 | 0.10 | 1.20 |
| 2/14/2012 | 00005 | Photocopies | E101 | 212 | 0.10 | 21.20 |
| | 00005 Total | | | | | 14,691.50 |
| 10/31/2011 | 00006 | PACER Online Research | E106 | 1 | 1.12 | 1.12 |
| | 00006 Total | | | | | 1.12 |
| 10/3/2011 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 10/5/2011 | 00007 | Photocopies | E101 | 6 | 0.10 | 0.60 |
| 10/7/2011 | 00007 | Photocopies | E101 | 26 | 0.10 | 2.60 |
| 10/10/2011 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 10/12/2011 | 00007 | Services Rendered | E123 | 1 | 2,775.00 | 2,775.00 |
| 10/13/2011 | 00007 | Photocopies | E101 | 256 | 0.10 | 25.60 |
| 10/14/2011 | 00007 | Photocopies | E101 | 8 | 0.10 | 0.80 |
| 10/14/2011 | 00007 | Photocopies | E101 | 12 | 0.10 | 1.20 |
| 10/14/2011 | 00007 | Photocopies | E101 | 36 | 0.10 | 3.60 |
| 10/14/2011 | 00007 | Photocopies | E101 | 128 | 0.10 | 12.80 |
| 10/17/2011 | 00007 | Photocopies | E101 | 40 | 0.10 | 4.00 |
| 10/17/2011 | 00007 | Westlaw Research | E106 | 1 | 4.08 | 4.08 |
| 10/18/2011 | 00007 | FedEx Shipments | E107 | 1 | 35.83 | 35.83 |
| 10/18/2011 | 00007 | FedEx Shipments | E107 | 1 | 16.21 | 16.21 |
| 10/18/2011 | 00007 | Photocopies | E101 | 2 | 0.10 | 0.20 |
| 10/24/2011 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 10/28/2011 | 00007 | Expense of trip of Jason Sanders on 10/20-21/11 to Boston, MA to discuss case and mediation in 1st New England | E110 | 1 | 524.20 | 524.20 |
| 10/29/2011 | 00007 | Westlaw Research | E106 | 1 | 40.85 | 40.85 |
| 10/29/2011 | 00007 | Westlaw Research | E106 | 1 | 40.85 | 40.85 |
| 10/29/2011 | 00007 | Westlaw Research | E106 | 1 | (40.85) | (40.85) |
| 10/31/2011 | 00007 | Expense of trip of Jason Sanders on 10/20-22/11 to Boston, MA to discuss case and mediation in 1st New England | E110 | 1 | 2,216.37 | 2,216.37 |
| 10/31/2011 | 00007 | PACER Online Research | E106 | 1 | 0.24 | 0.24 |
| 10/31/2011 | 00007 | PACER Online Research | E106 | 1 | 2.56 | 2.56 |
| 10/31/2011 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 10/31/2011 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 10/31/2011 | 00007 | Westlaw Research | E106 | 1 | (4.03) | (4.03) |
| 11/3/2011 | 00007 | Photocopies | E101 | 4 | 0.10 | 0.40 |
| 11/3/2011 | 00007 | Photocopies | E101 | 4 | 0.10 | 0.40 |
| 11/3/2011 | 00007 | Photocopies | E101 | 12 | 0.10 | 1.20 |
| 11/7/2011 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 11/7/2011 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 11/7/2011 | 00007 | Westlaw Research | E106 | 1 | (4.03) | (4.03) |
| 11/8/2011 | 00007 | Long Distance Calls Newton MA | E105 | 1 | 0.08 | 0.08 |

| Date | Code | Description | Code2 | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/8/2011 | 00007 | Long Distance Calls Boston MA | E105 | 1 | 0.16 | 0.16 |
| 11/8/2011 | 00007 | Long Distance Calls Newton MA | E105 | 1 | 0.16 | 0.16 |
| 11/10/2011 | 00007 | Photocopies | E101 | 684 | 0.10 | 68.40 |
| 11/14/2011 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 11/14/2011 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 11/14/2011 | 00007 | Westlaw Research | E106 | 1 | (4.03) | (4.03) |
| 11/18/2011 | 00007 | Long Distance Calls Cambridge MA | E105 | 1 | 0.16 | 0.16 |
| 11/21/2011 | 00007 | Long Distance Calls Boston MA | E105 | 1 | 0.08 | 0.08 |
| 11/21/2011 | 00007 | Long Distance Calls Cambridge MA | E105 | 1 | 0.16 | 0.16 |
| 11/21/2011 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 11/21/2011 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 11/21/2011 | 00007 | Westlaw Research | E106 | 1 | (4.03) | (4.03) |
| 11/23/2011 | 00007 | Outside Copy Costs - Equivalent Data | E102 | 1 | 239.39 | 239.39 |
| 11/28/2011 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 11/28/2011 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 11/28/2011 | 00007 | Westlaw Research | E106 | 1 | (4.03) | (4.03) |
| 12/5/2011 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 12/12/2011 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 12/16/2011 | 00007 | Long Distance Calls Denver CO | E105 | 1 | 0.16 | 0.16 |
| 12/16/2011 | 00007 | Long Distance Calls Denver CO | E105 | 1 | 0.80 | 0.80 |
| 12/16/2011 | 00007 | Photocopies | E101 | 6 | 0.10 | 0.60 |
| 12/16/2011 | 00007 | Photocopies | E101 | 20 | 0.10 | 2.00 |
| 12/19/2011 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 12/21/2011 | 00007 | Long Distance Calls Newton MA | E105 | 1 | 0.24 | 0.24 |
| 12/21/2011 | 00007 | Long Distance Calls Newton MA | E105 | 1 | 0.16 | 0.16 |
| 12/26/2011 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 12/28/2011 | 00007 | PACER Online Research | E106 | 1 | 1.44 | 1.44 |
| 12/31/2011 | 00007 | Depositions and Court Reporters - Everman & Everman Inc. - Original Transcript of Bloat, Neira, Bloat, Roger. | E115 | 1 | 234.83 | 234.83 |
| 12/31/2011 | 00007 | PACER Online Research | E106 | 1 | 1.28 | 1.28 |
| 1/2/2012 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 1/9/2012 | 00007 | Check recv'd from JAMS for a refund of mediation fee | E123 | 1 | (375.00) | (375.00) |
| 1/9/2012 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 1/16/2012 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 1/23/2012 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 1/30/2012 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 1/31/2012 | 00007 | PACER Online Research | E106 | 1 | 2.64 | 2.64 |
| 2/2/2012 | 00007 | Long Distance Calls | E105 | 1 | 0.16 | 0.16 |
| 2/2/2012 | 00007 | Long Distance Calls | E105 | 1 | 0.40 | 0.40 |
| 2/6/2012 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 2/7/2012 | 00007 | Long Distance Calls | E105 | 1 | 0.24 | 0.24 |
| 2/13/2012 | 00007 | Westlaw Research | E106 | 1 | 4.03 | 4.03 |
| 2/14/2012 | 00007 | Photocopies | E101 | 1146 | 0.10 | 114.60 |
| 2/14/2012 | 00007 | Photocopies | E101 | 12 | 0.10 | 1.20 |
| 2/14/2012 | 00007 | Photocopies | E101 | 2 | 0.10 | 0.20 |
| 2/14/2012 | 00007 | Photocopies | E101 | 106 | 0.10 | 10.60 |
| 2/16/2012 | 00007 | Photocopies | E101 | 10 | 0.10 | 1.00 |
| | 00007 Total | | | | | 6,051.45 |
| 10/17/2011 | 00010 | Services Rendered | E123 | 1 | 75.00 | 75.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/9/2011 | 00010 | Services Rendered Scott Sullivan Streetman & Fox P.C. ("SSS&F") serves as local counsel in the Realty Mortg. Corp. matter. SSS&F's role in this case is to review, revise, and draft motions, pleadings, and orders handle filings, attend hearings, review and monitor bankruptcy filings of the debtor and additional creditors. | E123 | 1 | 150.00 | 150.00 |
| 11/18/2011 | 00010 | Services Rendered Scott Sullivan Streetman & Fox P.C. ("SSS&F") serves as local counsel in the Realty Mortg. Corp. matter. SSS&F's role in this case is to review, revise, and draft motions, pleadings, and orders handle filings, attend hearings, review and monitor bankruptcy filings of the debtor and additional creditors. | E123 | 1 | 225.00 | 225.00 |
| 11/22/2011 | 00010 | Long Distance Calls Denver CO | E105 | 1 | 0.88 | 0.88 |
| 12/20/2011 | 00010 | Services Rendered - Scott Sullivan Streetman & Fox P.C. serves as local counsel and is responsible for reviewing, revising, and drafting motions, pleadings, and orders, as well as handle filings, attend hearings, review and monitor bankruptcy filings. | E123 | 1 | 175.00 | 175.00 |
| 12/21/2011 | 00010 | Services Rendered - Scott Sullivan Streetman & Fox P.C. serves as local counsel and is responsible for reviewing, revising, and drafting motions, pleadings, and orders, as well as handle filings, attend hearings, review and monitor bankruptcy filings. | E123 | 1 | 125.00 | 125.00 |
| 12/28/2011 | 00010 | PACER Online Research | E106 | 1 | 2.80 | 2.80 |
| 12/28/2011 | 00010 | PACER Online Research | E106 | 1 | 2.96 | 2.96 |
| 1/5/2012 | 00010 | Services Rendered | E123 | 1 | 250.00 | 250.00 |
| | 00010 Total | | | | | 1,006.64 |
| 10/28/2011 | 00011 | Photocopies | E101 | 2452 | 0.10 | 245.20 |
| 10/31/2011 | 00011 | FedEx Shipments FedEx: 795356144701 | E107 | 1 | 46.25 | 46.25 |
| 11/2/2011 | 00011 | Deposition Written Deposition Service Inc - Loan Network, LLC | E113 | 1 | 1,974.45 | 1,974.45 |
| 12/13/2011 | 00011 | Photocopies | E101 | 16 | 0.10 | 1.60 |
| | 00011 Total | | | | | 2,267.50 |
| 10/31/2011 | 00012 | PACER Online Research | E106 | 1 | 0.48 | 0.48 |
| 10/31/2011 | 00012 | PACER Online Research | E106 | 1 | 0.56 | 0.56 |
| | 00012 Total | | | | | 1.04 |
| 10/13/2011 | 00013 | Long Distance Calls Phoenix, AZ | E105 | 1 | 0.08 | 0.08 |
| 10/31/2011 | 00013 | PACER Online Research | E106 | 1 | 2.40 | 2.40 |
| 10/31/2011 | 00013 | PACER Online Research | E106 | 1 | 3.12 | 3.12 |
| 11/1/2011 | 00013 | Long Distance Calls Phoenix AZ | E105 | 1 | 0.08 | 0.08 |
| 11/1/2011 | 00013 | Long Distance Calls Phoenix AZ | E105 | 1 | 0.48 | 0.48 |
| 11/8/2011 | 00013 | Long Distance Calls Phoenix AZ | E105 | 1 | 0.32 | 0.32 |
| 11/22/2011 | 00013 | Photocopies | E101 | 720 | 0.10 | 72.00 |
| 11/29/2011 | 00013 | Long Distance Calls Phoenix AZ | E105 | 1 | 0.88 | 0.88 |
| 12/8/2011 | 00013 | Expense of trip of Jason Sanders on 11/29-12/4/11 to Phoenix, AZ to attend Hearing on Motion for Clarification and to continue deadlines (Coach Airfare) | E110 | 1 | 456.40 | 456.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/8/2011 | 00013 | Expense of trip of Jason Sanders on 11/29-12/4/11 to Phoenix, AZ to attend Hearing on Motion for Clarification and to continue deadlines (Meals) | E111 | 1 | 18.47 | 18.47 |
| 12/8/2011 | 00013 | Expense of trip of Jason Sanders on 11/29-12/4/11 to Phoenix, AZ to attend Hearing on Motion for Clarification and to continue deadlines (Parking) | E110 | 1 | 16.00 | 16.00 |
| 12/8/2011 | 00013 | Expense of trip of Jason Sanders on 11/29-12/4/11 to Phoenix, AZ to attend Hearing on Motion for Clarification and to continue deadlines (Transportation) | E110 | 1 | 208.29 | 208.29 |
| 12/8/2011 | 00013 | Long Distance Calls Denver CO | E105 | 1 | 1.12 | 1.12 |
| 12/8/2011 | 00013 | Long Distance Calls Phoenix AZ | E105 | 1 | 0.48 | 0.48 |
| 12/28/2011 | 00013 | PACER Online Research | E106 | 1 | 8.00 | 8.00 |
| 12/31/2011 | 00013 | PACER Online Research | E106 | 1 | 2.08 | 2.08 |
| 1/3/2012 | 00013 | Photocopies | E101 | 12 | 0.10 | 1.20 |
| 1/4/2012 | 00013 | Long Distance Calls | E105 | 1 | 0.48 | 0.48 |
| 1/4/2012 | 00013 | Long Distance Calls | E105 | 1 | 0.48 | 0.48 |
| 1/4/2012 | 00013 | Photocopies | E101 | 12 | 0.10 | 1.20 |
| 1/5/2012 | 00013 | Long Distance Calls | E105 | 1 | 0.08 | 0.08 |
| 1/9/2012 | 00013 | Long Distance Calls | E105 | 1 | 0.08 | 0.08 |
| 1/9/2012 | 00013 | Long Distance Calls | E105 | 1 | 0.32 | 0.32 |
| 1/9/2012 | 00013 | Long Distance Calls | E105 | 1 | 0.48 | 0.48 |
| 1/9/2012 | 00013 | Long Distance Calls | E105 | 1 | 0.08 | 0.08 |
| 1/9/2012 | 00013 | Long Distance Calls | E105 | 1 | 0.08 | 0.08 |
| 1/9/2012 | 00013 | Telephone Conference Calls | E105 | 1 | 7.26 | 7.26 |
| 1/10/2012 | 00013 | Long Distance Calls | E105 | 1 | 0.16 | 0.16 |
| 1/12/2012 | 00013 | Photocopies | E101 | 336 | 0.10 | 33.60 |
| 1/13/2012 | 00013 | Photocopies | E101 | 8 | 0.10 | 0.80 |
| 1/17/2012 | 00013 | Expense of trip of | E111 | 1 | 2.55 | 2.55 |
| 1/17/2012 | 00013 | Expense of trip of | E110 | 1 | 442.60 | 442.60 |
| 1/17/2012 | 00013 | Expense of trip of | E110 | 1 | 448.11 | 448.11 |
| 1/17/2012 | 00013 | Expense of trip of | E110 | 1 | 57.40 | 57.40 |
| 1/17/2012 | 00013 | Expense of trip of | E110 | 1 | 38.00 | 38.00 |
| 1/21/2012 | 00013 | Photocopies | E101 | 2 | 0.10 | 0.20 |
| 1/24/2012 | 00013 | Photocopies | E101 | 2 | 0.10 | 0.20 |
| 1/26/2012 | 00013 | Photocopies | E101 | 112 | 0.10 | 11.20 |
| 1/26/2012 | 00013 | Photocopies | E101 | 42 | 0.10 | 4.20 |
| 1/27/2012 | 00013 | Services Rendered | E123 | 1 | 2,916.32 | 2,916.32 |
| 1/31/2012 | 00013 | PACER Online Research | E106 | 1 | 2.24 | 2.24 |
| 2/10/2012 | 00013 | Business expense of Jason Sanders on 1/12-14/12 to Phoenix, AZ to attend mediation | E111 | 1 | 5.29 | 5.29 |
| | 00013 Total | | | | | 4,764.81 |
| 11/1/2011 | 00021 | FedEx Shipments FedEx: 795359772041 | E107 | 1 | 11.77 | 11.77 |
| 12/5/2011 | 00021 | FedEx Shipments FedEx: 797805874087 | E107 | 1 | 11.72 | 11.72 |
| 12/30/2011 | 00021 | FedEx Shipments FedEx: 797900872270 | E107 | 1 | 10.83 | 10.83 |
| 12/30/2011 | 00021 | Photocopies | E101 | 4 | 0.10 | 0.40 |
| 12/30/2011 | 00021 | Photocopies | E101 | 14 | 0.10 | 1.40 |
| 1/18/2012 | 00021 | Long Distance Calls | E105 | 1 | 0.08 | 0.08 |
| 1/19/2012 | 00021 | Long Distance Calls | E105 | 1 | 0.72 | 0.72 |
| 1/26/2012 | 00021 | FedEx Shipments | E107 | 1 | 8.26 | 8.26 |
| 1/26/2012 | 00021 | FedEx Shipments | E107 | 1 | 9.85 | 9.85 |
| 2/7/2012 | 00021 | Long Distance Calls | E105 | 1 | 0.96 | 0.96 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/13/2012 | 00021 | Long Distance Calls | E105 | 1 | 1.04 | 1.04 |
| 2/13/2012 | 00021 | Long Distance Calls | E105 | 1 | 0.16 | 0.16 |
| 2/13/2012 | 00021 | Westlaw Research | E106 | 1 | 255.65 | 255.65 |
| 2/16/2012 | 00021 | Long Distance Calls | E105 | 1 | 0.56 | 0.56 |
| 2/20/2012 | 00021 | Long Distance Calls | E105 | 1 | 0.08 | 0.08 |
| 2/21/2012 | 00021 | Long Distance Calls | E105 | 1 | 1.12 | 1.12 |
| | 00021 Total | | | | | 314.60 |
| 10/4/2011 | 00022 | Certified Copies | E101 | 1 | 33.00 | 33.00 |
| 10/31/2011 | 00022 | PACER Online Research | E106 | 1 | 0.64 | 0.64 |
| 10/31/2011 | 00022 | PACER Online Research | E106 | 1 | 5.28 | 5.28 |
| 11/4/2011 | 00022 | Telephone Conference Calls | E105 | 1 | 1.07 | 1.07 |
| 12/9/2011 | 00022 | Written Deposition Service Inc - Subpoena Fee J. Delsoin | E113 | 1 | 236.60 | 236.60 |
| 12/12/2011 | 00022 | Photocopies | E101 | 306 | 0.10 | 30.60 |
| 12/12/2011 | 00022 | Photocopies | E101 | 172 | 0.10 | 17.20 |
| 12/12/2011 | 00022 | Photocopies | E101 | 356 | 0.10 | 35.60 |
| 12/12/2011 | 00022 | Photocopies | E101 | 694 | 0.10 | 69.40 |
| 12/12/2011 | 00022 | Photocopies | E101 | 46 | 0.10 | 4.60 |
| 12/12/2011 | 00022 | Photocopies | E101 | 1736 | 0.10 | 173.60 |
| 12/12/2011 | 00022 | Photocopies | E101 | 2 | 0.10 | 0.20 |
| 12/12/2011 | 00022 | Photocopies | E101 | 12 | 0.10 | 1.20 |
| 12/12/2011 | 00022 | Photocopies | E101 | 12 | 0.10 | 1.20 |
| 12/12/2011 | 00022 | Photocopies | E101 | 2 | 0.10 | 0.20 |
| 12/16/2011 | 00022 | Photocopies | E101 | 12 | 0.10 | 1.20 |
| 12/17/2011 | 00022 | Photocopies | E101 | 54 | 0.10 | 5.40 |
| 12/17/2011 | 00022 | Photocopies | E101 | 250 | 0.10 | 25.00 |
| 12/17/2011 | 00022 | Photocopies | E101 | 102 | 0.10 | 10.20 |
| 12/18/2011 | 00022 | Photocopies | E101 | 30 | 0.10 | 3.00 |
| 12/18/2011 | 00022 | Photocopies | E101 | 10 | 0.10 | 1.00 |
| 12/19/2011 | 00022 | Photocopies | E101 | 12 | 0.10 | 1.20 |
| 12/19/2011 | 00022 | Photocopies | E101 | 2 | 0.10 | 0.20 |
| 12/19/2011 | 00022 | Photocopies | E101 | 112 | 0.10 | 11.20 |
| 12/19/2011 | 00022 | Photocopies | E101 | 672 | 0.10 | 67.20 |
| 12/19/2011 | 00022 | Photocopies | E101 | 10 | 0.10 | 1.00 |
| 12/19/2011 | 00022 | Photocopies | E101 | 22 | 0.10 | 2.20 |
| 12/20/2011 | 00022 | Photocopies | E101 | 8 | 0.10 | 0.80 |
| 12/20/2011 | 00022 | Photocopies | E101 | 12 | 0.10 | 1.20 |
| 12/21/2011 | 00022 | Henning Mediation & Arbitration Service, Inc. - Mediation fee | E123 | 1 | 3,107.50 | 3,107.50 |
| 12/21/2011 | 00022 | Photocopies | E101 | 2 | 0.10 | 0.20 |
| 12/21/2011 | 00022 | Photocopies | E101 | 14 | 0.10 | 1.40 |
| 12/21/2011 | 00022 | Photocopies | E101 | 92 | 0.10 | 9.20 |
| 12/21/2011 | 00022 | Photocopies | E101 | 108 | 0.10 | 10.80 |
| 12/21/2011 | 00022 | Photocopies | E101 | 4 | 0.10 | 0.40 |
| 12/21/2011 | 00022 | Photocopies | E101 | 44 | 0.10 | 4.40 |
| 12/21/2011 | 00022 | Photocopies | E101 | 50 | 0.10 | 5.00 |
| 1/3/2012 | 00022 | Expense of trip of Jason Sanders on 12/19-21/11 to Atlanta, GA to attend Mediation | E110 | 1 | 752.40 | 752.40 |
| 1/3/2012 | 00022 | Expense of trip of Jason Sanders on 12/19-21/11 to Atlanta, GA to attend Mediation | E110 | 1 | 50.00 | 50.00 |
| 1/3/2012 | 00022 | Expense of trip of Jason Sanders on 12/19-21/11 to Atlanta, GA to attend Mediation | E110 | 1 | 692.84 | 692.84 |

| Date | Matter | Description | Code | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/3/2012 | 00022 | Expense of trip of Jason Sanders on 12/19-21/11 to Atlanta, GA to attend Mediation | E111 | 1 | 99.70 | 99.70 |
| 1/3/2012 | 00022 | Expense of trip of Jason Sanders on 12/19-21/11 to Atlanta, GA to attend Mediation | E110 | 1 | 38.00 | 38.00 |
| 1/3/2012 | 00022 | Expense of trip of Jason Sanders on 12/19-21/11 to Atlanta, GA to attend Mediation | E110 | 1 | 8.00 | 8.00 |
| 1/3/2012 | 00022 | Expense of trip of Jason Sanders on 12/19-21/11 to Atlanta, GA to attend Mediation | E110 | 1 | 128.15 | 128.15 |
| 1/4/2012 | 00022 | Long Distance Calls | E105 | 1 | 0.08 | 0.08 |
| 1/4/2012 | 00022 | Long Distance Calls | E105 | 1 | 0.32 | 0.32 |
| 1/4/2012 | 00022 | Photocopies | E101 | 12 | 0.10 | 1.20 |
| 1/4/2012 | 00022 | Photocopies | E101 | 38 | 0.10 | 3.80 |
| 1/5/2012 | 00022 | Long Distance Calls | E105 | 1 | 0.08 | 0.08 |
| 1/5/2012 | 00022 | Long Distance Calls | E105 | 1 | 0.08 | 0.08 |
| 1/5/2012 | 00022 | Long Distance Calls | E105 | 1 | 0.48 | 0.48 |
| 1/5/2012 | 00022 | Photocopies | E101 | 34 | 0.10 | 3.40 |
| 1/6/2012 | 00022 | Long Distance Calls | E105 | 1 | 0.24 | 0.24 |
| 1/6/2012 | 00022 | Long Distance Calls | E105 | 1 | 0.08 | 0.08 |
| 1/9/2012 | 00022 | Long Distance Calls | E105 | 1 | 0.32 | 0.32 |
| 1/9/2012 | 00022 | Westlaw Research | E106 | 1 | 6.72 | 6.72 |
| 1/10/2012 | 00022 | Long Distance Calls | E105 | 1 | 0.08 | 0.08 |
| 1/10/2012 | 00022 | Westlaw Research | E106 | 1 | 113.73 | 113.73 |
| 1/12/2012 | 00022 | Long Distance Calls | E105 | 1 | 1.04 | 1.04 |
| 1/12/2012 | 00022 | Westlaw Research | E106 | 1 | 507.18 | 507.18 |
| 1/18/2012 | 00022 | Long Distance Calls | E105 | 1 | 1.04 | 1.04 |
| 1/18/2012 | 00022 | Long Distance Calls | E105 | 1 | 0.32 | 0.32 |
| 1/19/2012 | 00022 | Long Distance Calls | E105 | 1 | 0.40 | 0.40 |
| 1/20/2012 | 00022 | Long Distance Calls | E105 | 1 | 1.36 | 1.36 |
| 1/20/2012 | 00022 | Telephone Conference Calls | E105 | 1 | 8.80 | 8.80 |
| 1/23/2012 | 00022 | Long Distance Calls | E105 | 1 | 3.12 | 3.12 |
| 1/24/2012 | 00022 | Long Distance Calls | E105 | 1 | 0.08 | 0.08 |
| 1/24/2012 | 00022 | Long Distance Calls | E105 | 1 | 0.24 | 0.24 |
| 1/24/2012 | 00022 | Long Distance Calls | E105 | 1 | 0.64 | 0.64 |
| 1/24/2012 | 00022 | Long Distance Calls | E105 | 1 | 1.92 | 1.92 |
| 1/24/2012 | 00022 | Telephone Conference Calls | E105 | 1 | 8.74 | 8.74 |
| 1/25/2012 | 00022 | Long Distance Calls | E105 | 1 | 0.08 | 0.08 |
| 1/31/2012 | 00022 | PACER Online Research | E106 | 1 | 6.88 | 6.88 |
| 2/2/2012 | 00022 | Service of Process Fee | E113 | 1 | 127.00 | 127.00 |
| 2/14/2012 | 00022 | FedEx Shipments | E107 | 1 | 27.11 | 27.11 |
| 2/14/2012 | 00022 | FedEx Shipments | E107 | 1 | 34.85 | 34.85 |
| 2/14/2012 | 00022 | FedEx Shipments | E107 | 1 | 34.85 | 34.85 |
| 2/14/2012 | 00022 | FedEx Shipments | E107 | 1 | 27.11 | 27.11 |
| 2/14/2012 | 00022 | FedEx Shipments | E107 | 1 | 24.44 | 24.44 |
| | 00022 Total | | | | | 6,596.99 |
| 10/11/2011 | 00026 | Business expense of Gregory A. Lowry on 9/26/11 for parking to attend Hearing | E124 | 1 | 10.00 | 10.00 |
| | 00026 Total | | | | | 10.00 |
| 11/8/2011 | 00027 | Long Distance Calls Denver CO | E105 | 1 | 0.16 | 0.16 |
| 11/8/2011 | 00027 | Long Distance Calls  Denver  CO | E105 | 1 | 0.32 | 0.32 |
| 11/16/2011 | 00027 | Photocopies | E101 | 32 | 0.10 | 3.20 |
| 11/30/2011 | 00027 | Long Distance Calls  Denver  CO | E105 | 1 | 0.08 | 0.08 |
| 12/6/2011 | 00027 | Long Distance Calls  Denver  CO | E105 | 1 | 0.24 | 0.24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/8/2011 | 00027 | Photocopies | E101 | 30 | 0.10 | 3.00 |
| 12/19/2011 | 00027 | Photocopies | E101 | 2 | 0.10 | 0.20 |
| 12/20/2011 | 00027 | Photocopies | E101 | 8 | 0.10 | 0.80 |
| 2/6/2012 | 00027 | Meals | E111 | 1 | 76.36 | 76.36 |
| 2/6/2012 | 00027 | Litigation Support Vendors | E118 | 1 | 102.39 | 102.39 |
| | 00027 Total | | | | | 186.75 |
| 2/13/2012 | 00029 | Business expense of Elizabeth Campbell for Filing fee | E112 | 1 | 350.00 | 350.00 |
| | 00029 Total | | | | | 350.00 |
| | Grand Total | | | | | 36,560.39 |

# EXHIBIT E

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax (713-) 572-2009

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 105965 | 10/12/2011 | 01-38166 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/19/2011 | DENVCO | 2009-14621 |

**CASE CAPTION**

Lehman Brothers Holdings, Inc. Vs. Gateway Mortgage Gr

**TERMS**

Due upon receipt

Jason L. Sanders
LOCKE LORD BISSELL & LIDDELL, L.L.P.
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | 1,038.50 |
| John Baker, Rep. for Lehman Brothers | | |
| | TOTAL  DUE  >>>> | 1,038.50 |

VENDOR NO. 9585
ACCT. OR GM NO.          AMOUNT
104

APPROVAL
VOUCHER NO. 89411

Bar Code Value : 750946832

**APPROVED TO PAY**
Client/Matter Number
0103045.00005
Jason L. Sanders - 11256

TAX ID NO.: 74-2175895

*Please detach bottom portion and return with payment.*

(214) 740-8000    Fax (214) 740-8800

Jason L. Sanders
LOCKE LORD BISSELL & LIDDELL, L.L.P.
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

Invoice No. :  105965
Date        :  10/12/2011
TOTAL DUE   :  1,038.50

Job No.   :  01-38166
Case No.  :  2009-14621
Lehman Brothers Holdings, Inc. Vs. G

Remit To:    Worldwide Court Reporters, Inc.
             3000 Weslayan, Suite 235
             Houston, TX 77027

Counsel:

JAMS has received a request to administer a mediation for the above-referenced matter and has *tentatively* scheduled a mediation as follows:

DATE:      October 21, 2011 at 9:30 AM for 8 hours

PLACE:      **JAMS**
**One Beacon Street**
**Suite 2300**
**Boston, MA 02108**

NEUTRAL:      Hon. Allan van Gestel (Ret.)

To confirm the mediation, all counsel must agree to the above schedule and fee arrangement by signing the attached JAMS Fee Agreement & JAMS Mediation Agreement. A fee schedule is attached for your reference.

JAMS requires 14 days advance notice to cancel/continue any sessions; otherwise, the canceling or continuing party will be responsible for the time reserved unless we can rebook it with another matter. If we are successful rebooking the time, that portion of the session fees will be refunded.

Based on a 50/50 fee split, the estimated costs of the mediation session are as follows:

| | | |
|---|---|---|
| 8 hours of session time @ $500/hour (non-refundable) | Total - $4,000.00 | Each - $2,000.00 |
| 2 hour retainer for prep (any unused portion is refundable) | Total - $1,000.00 | Each - $500.00 |
| Case Management Fees per party per day as per fee schedule (non-refundable) | | Each - $ 275.00 |
| | Total - $5,550.00 | Each - $2,775.00 |

Please note that all mediation fees are payable prior to the session going forward. Please feel free to forward payment to my attention for expedited handling or to *JAMS- Attn: Lynne Hart, 1920 Main Street, Suite 300, Irvine, CA 92614.*

*Please sign the agreements and fax them to our office at 617-228-0222, no later than close of business on Tuesday October 4, 2011.* Written confirmation will be sent from JAMS upon receipt of the agreements from all counsel.

Thank you

Paul

2



RECEIVED
· EXPERIENCE
· INTEGRITY OCT 31 2011
· KNOWLEDGE
· RESOURCES
· TESTED ACCOUNTING



# J. F. 'CHIP' MORROW
**5514 Darmondale Boulevard**
**San Antonio, TX 78261-2622**
**Direct  210-651-3749**
**Fax  210-651-4076**
**Email:  jfmorrow@mac.com**

| Date |
|------|
| 10/14/11 |

| Invoice No. |
|-------------|
| 25085 |

**To**
Jason Sanders, Esq.
Locke Lord Bissell & Liddell LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

**Case**
Lehman Brothers Holdings Inc. v.
Gateway Mortgage Group, LLC
In the District Court of Harris County,
TX 334th Judicial District
Cause No. 2009-14621

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| September 19 | Review material | 1.5 | 350.00 | 525.00 |
| September 20 | Review material | 1 | 350.00 | 350.00 |
| September 21 | Review material | 1 | 350.00 | 350.00 |
| September 22 | Review material | 0.75 | 350.00 | 262.50 |
| October 7 | Review material | 3.25 | 350.00 | 1,137.50 |
| October 8 | Review material | 2.5 | 350.00 | 875.00 |
| October 10 | Review material and depositions | 3.75 | 350.00 | 1,312.50 |
| October 11 | Review material, depositions, & teleconference | 5.25 | 350.00 | 1,837.50 |
| October 12 | Review material, depositions, & teleconference | 2.25 | 350.00 | 787.50 |
| October 13 | Review material, depositions, & teleconference | 2 | 350.00 | 700.00 |
| October 14 | Review material and teleconference | 2 | 350.00 | 700.00 |

David Harrell
10/27/11

0103045.0005

Bar Code Value : 885677629

28094
0.78
897564

| Total | **$8,837.50** |
|-------|---------------|

Nov 08 11 11:09a     W JERRY HOOVER                          7136220676              p.9

# W. Jerry Hoover

Attorney • Mediator • Arbitrator

*Three Riverway*
*Suite 1800*
*Houston, Texas 77056*

*Phone: 713-622-0650*
*Fax 713-622-0676*
*JerryHoover@ADRtexas.com*
*www.ADRtexas.com*

## INVOICE

November 8, 2011

**To:**   Mr. Robert T. Mowrey
Mr. Jason L. Sanders
Locke, Lord, Bissell & Liddell, LLP
2200 Ross Ave., Suite 2200
Dallas, Texas 75201

**Re:**   Cause No. 2009-14621; *Lehman Brothers Holdings Inc. v. Gateway Mortgage Group, LLC*; In the 334th Judicial District Court of Harris County, Texas

**For:**   Mediation services to be rendered in the referenced matter on **November 16, 2011**, as follows:

Full day mediation ................................................................$1,500.00

TOTAL DUE THIS INVOICE ...........................................**$1,500.00**

PAYMENT DUE UPON RECEIPT

Tax ID # 76-0484351

# WRITTEN DEPOSITION SERVICE

P (972) 488-5555 F (972) 488-5590

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 278761 | 10/28/2011 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-46132-001 | 07/19/2011 | 2:09-CV-1026 TSZ |

| CASE CAPTION |
|---|
| Lehman Brothers Holdings Inc. vs. Loan Network, LLC |

| RECORDS PERTAINING TO: |
|---|
| LOAN NETWORK, LLC |
| SSN :                    DOB : |

**RECEIVED**

NOV 0 2 2011

**ACCOUNTING**

Robert T. Mowrey
Locke Lord Bissell & Liddell LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

## RECORDS FROM:

JPMORGAN CHASE BANK, N.A.    NATIONAL SUBPOENA PROCESSING
C/O THE CORPORATION COMPANY  1675 BROADWAY, STE 1200  DENVER, CO  80202

Request Pertaining To:
    LOAN NETWORK, LLC

| | |
|---|---|
| SUBPOENA FEE | 55.00 |
| WITNESS FEE | 40.00 |
| CUSTODIAN FEE | 1,142.50 |
| OUT OF COUNTY FEE | 18.00 |
| FEDERAL NOTIFICATION | 10.00 |
| ATTY NOTIFICATION FEE | 10.00 |
| OVERNIGHT - STANDARD | 19.95 |
| PROCESS SERVICE | 70.00 |
| 1,218 Pages | 609.00 |

TOTAL DUE >>>    1,974.45

| VENDOR NO. | DUE |
|---|---|
| ACCT. OR C/M NO. | AMOUNT |
| | |
| APPROVAL | |
| VOUCHER NO. | DATE |

TAX ID NO. : 75-1497752          YOUR REF : 0103045.0001          (214) 740-8000    Fax (214) 740-8800

*Please detach and return this portion with your payment*

Robert T. Mowrey
Locke Lord Bissell & Liddell LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

Invoice No.:  278761
Date        :  10/28/2011
TOTAL DUE   :  $ 1,974.45

Order No.  :  01-46132-001
Cause No.  :  2:09-CV-1026 TSZ
Lehman Brothers Holdings Inc. vs. Loa

Remit To:   Written Deposition Service, LLC
            1750 Valley View Lane
            Suite 210
            Dallas, TX 75234

Bar Code Value : 2B20EA694

Henning Mediation & Arbitration Service, Inc.
3350 Riverwood Parkway
Suite 75
Atlanta, GA 30339



## INVOICE

| Date | Invoice # |
|------|-----------|
| 12/20/2011 | 15173-AGI |

**BILL TO:**

Jason Sanders, Esq
Locke Lord Bissell & Liddell, LLP
The Proscenium, Suite 1900
1170 Peachtree Street, NE
Atlanta, GA 30309

| # Parties | Due Date | Terms | Neutral | Hearing Date | Attention | Style of Case |
|-----------|----------|-------|---------|--------------|-----------|---------------|
| 2 | 1/19/2012 | 30 days | AG | 12/20/2011 | Jason Sanders, Esq | Lehman Brothers Holdings v Pri |

| Description | Hours/Units | Per Hour/Per Unit | Amount Due |
|-------------|-------------|-------------------|------------|
| Hearing Hours | 9.5 | 255.00 | 2,422.50 |
| Case Review | 2 | 255.00 | 510.00 |
| Administrative Fee | 1 | 175.00 | 175.00 |

**This invoice reflects the total amount that your party is to pay based upon the agreement reached at mediation.**

**Please remit the FULL amount shown below.**

**Questions ? Please call 770-955-2252**

THANK YOU! WE APPRECIATE YOUR BUSINESS        Tax ID: 58-2221443

| | |
|---|---|
| **Total Due** | $3,107.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,107.50 |

VISA    MasterCard

**BROENING OBERG WOODS & WILSON, P.C.**
P.O. BOX 20527
PHOENIX, ARIZONA  85036
FACSIMILE: (602) 258-7785

<u>INVOICE FOR SERVICES</u>

INVOICE DATE:   January 20, 2012     TELEPHONE NO. (602) 271-7799

    Law Firm:   Locke Lord Bissell & Lidell LLP
                   Attn:  Jason Levi Sanders, Esq.

    Your Client:  Lehman Brothers Holdings, Inc.
    Our File No.  29104.229
    Mediation:   Lehman Brothers vs. Eagle Home et al. Mediation

    Services:   **This is an invoice for the share of the Mediator's fees allocated**
                   **to the referenced party per the Mediation Agreement**

**AMOUNT DUE:**

**$ 2,916.32**

PLEASE PAY AMOUNT DUE DIRECTLY TO:

BROENING OBERG WOODS & WILSON, P.C.
P.O. BOX 20527
PHOENIX, ARIZONA  85036
ATTENTION: KEVIN T. AHERN

TIN: # 86-0379628

This invoice is immediately due and payable.  Invoices not paid within thirty (30) days
are subject to a $300.00 late charge.  Invoices unpaid after sixty (60) days  will accrue
interest on the amount due at the rate of one and one half percent (1 ½%) per month
from the Invoice Date until paid in full.

*PLEASE RETURN A COPY OF THIS INVOICE*
*WITH YOUR PAYMENT FOR PROPER CREDIT*

# EXHIBIT F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                       :

In re                                :       Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :       08-13555 (JMP)

                   Debtors.        :       (Jointly Administered)
                                         :
---------------------------------------------------------x

### ORDER PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOCKE, LORD, BISSELL & LIDDELL LLP, AS SPECIAL COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO JULY 1, 2010

Upon consideration of the application, dated March 4, 2011 (the "Application"),[1] of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors"), pursuant to section 327(e) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for authorization to employ and retain Locke, Lord, Bissell & Liddell, LLP ("LLBL") as special counsel to the Debtors, *nunc pro tunc* to July 1, 2010; and upon the declaration of Robert T. Mowrey (the "Mowrey Declaration"), filed in support of the Application; and the Court being satisfied, based on the representations made in the Application and the Mowrey Declaration, that LLBL represents no interest adverse to the Debtors or the Debtors' estates with respect to the matters upon which it is to be engaged, under section 327(e) of the Bankruptcy Code as modified by section 1107(b); and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157

---

[1] Capitalized terms that are used but not defined in this order have the meanings ascribed to them in the Application.

and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern

District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward,

Acting C.J.); and consideration of the Application and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant

to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been

provided in accordance with the procedures set forth in the second amended order entered

June 17, 2010 governing case management and administrative procedures [Docket No. 9635]

to (i) the United States Trustee for Region 2; (ii) the attorneys for the Official Committee of

Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

Service; (v) the United States Attorney for the Southern District of New York; (vi) LLBL and

(vii) all parties who have requested notice in these chapter 11 cases, and it appearing that no

other or further notice need be provided; and no objections to the Application having been

filed; and the Court having found and determined that the relief sought in the Application is in

the best interests of the Debtors, their estates and creditors, and all parties in interest and that

the legal and factual bases set forth in the Application establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is approved as set forth herein; and it is further

ORDERED that pursuant to section 327(e) of the Bankruptcy Code, the

Debtors are hereby authorized to employ and retain LLBL as special counsel to the Debtors,

*nunc pro tunc* to July 1, 2010, on the terms set forth in the Application and this order, for the

Representative Matters identified in the Application and in accordance with LLBL's

customary rates in effect from time to time and its disbursement policies; and it is further

ORDERED that LLBL shall apply for compensation and reimbursement of expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and orders of the Court, guidelines established by the U.S. Trustee, and such other procedures that have been or may be fixed by order of this Court, including but not limited to the Court's Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 4165], and the Court's Order Appointing a Fee Committee and Approving a Fee Protocol [Docket No. 3651]; and it is further

ORDERED, that LLBL shall be reimbursed only for reasonable and necessary expenses as provided by the Amended Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals, dated November 25, 2009, the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York, dated November 25, 2009, and the United States Trustee Fee Guidelines; and it is further

ORDERED that the United States Trustee retains all rights to object to LLBL's interim and final fee applications on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review the interim and final applications pursuant to section 330 of the Bankruptcy Code; and it is further

ORDERED that to the extent this Order is inconsistent with the Application, this Order shall govern; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all

matters arising from the implementation of this Order.


Dated: New York, New York
       March 23, 2011

                                        _s/ James M. Peck_____
                                        HONORABLE JAMES M. PECK
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT G

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                              :          Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS, INC. *et al.,*           :          Case No. 08-13555 (JMP)
                                                   :
                                Debtors.           :          (Jointly Administered)
------------------------------------------------------------- x

### FOURTH AMENDED ORDER PURSUANT TO SECTIONS 105(a) AND 331 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2016(a) ESTABLISHING PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

Upon the proposed amended order filed March 11, 2011 and April 6, 2011 (the "Fourth

Amended Order") of Lehman Brothers Holdings Inc. and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the

"Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to sections 105(a)

and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and

Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to

establish procedures for interim monthly compensation and reimbursement of expenses of

professionals (the "Professionals")—all as more fully described in the Debtors' Motion Pursuant

to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) for

Authorization to Establish Procedures for Interim Monthly Compensation and Reimbursement of

Expenses of Professionals, dated October 11, 2008 (the "Motion") [Docket No. 833]—and upon

the notice of presentment of the proposed Fourth Amended Order; and the Court having

jurisdiction to consider the proposed Fourth Amended Order and the relief requested therein in

accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to

Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under

Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the

proposed Fourth Amended Order and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the proposed Fourth Amended Order having

been provided in accordance with the procedures set forth in the second amended order entered

June 17, 2010 governing case management and administrative procedures [Docket No. 9635] to

(i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the

Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of

New York; (vi) all parties who have requested notice; and (iii) all Professionals; and the Court

having entered an amended order, dated June 25, 2009 (the "Third Amended Order") [Docket

No. 4165], governing the procedures for interim monthly compensation and reimbursement of

expenses of professionals; and the Court then concluding that there is cause to make certain

amendments to the Third Amended Order; and the relief sought in the proposed Fourth Amended

Order being in the best interests of the Debtors, their estates and creditors, and all parties in

interest and that the legal and factual bases set forth in the Motion and the proposed Fourth

Amended Order establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefore, it is

ORDERED that the Third Amended Order is superseded in its entirety by this Fourth

Amended Order; and it is further

ORDERED that except as may otherwise be provided in orders of the Court authorizing

the retention of specific Professionals, all Professionals in these cases may seek monthly

2

compensation in accordance with the following procedures (the "Interim Compensation

Procedures"):

(a)     On or before the forty-fifth (45th) day following the month for which
compensation is sought, each professional seeking compensation, other than a
professional retained as an ordinary course professional or a professional retained
by the Examiner appointed in these Chapter 11 cases, will serve a monthly
statement (the "Monthly Statement"), by hand or overnight delivery on
(i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, 45th Floor,
New York, New York, 10020 (Attn: John Suckow and William Fox); (ii) Weil,
Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153
(Attn: Shai Y. Waisman, Esq.); (iii) Milbank, Tweed, Hadley & McCloy LLP,
1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne,
Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the Creditors'
Committee; (iv) the Office of the United States Trustee for the Southern District
of New York, 33 Whitehall Street, 22nd Floor, New York, New York 10004
(Attn: Elisabetta G. Gasparini and Andrea B. Schwartz); and, (v) Richard Gitlin,
Chair of the Fee Committee (as defined in the Order Appointing a Fee Committee
and Approving a Fee Protocol, dated May 26, 2009 [Docket No. 3651], all as may
be amended from time to time, the "Fee Protocol") c/o Godfrey & Kahn, S.C.,
One East Main Street, P.O. Box 2719, Madison, WI 53701-2719 (the "Notice
Parties"). In addition to being served with a paper copy, the Office of the United
States Trustee, Richard Gitlin through Godfrey & Kahn, and Lehman Brothers
Holdings, Inc. shall also be served with a disc containing an electronic version of
the Monthly Statement.

(b)     The Monthly Statement need not be filed with the Court and a courtesy copy need
not be delivered to chambers since this Fourth Amended Order is not intended to
alter the fee application requirements outlined in sections 330 and 331 of the
Bankruptcy Code and since professionals are still required to serve and file
interim and final applications for approval of fees and expenses in accordance
with the relevant provisions of the Bankruptcy Code, the Bankruptcy Rules, and
the Local Rules for the United States Bankruptcy Court for the Southern District
of New York (the "Local Rules").

(c)     Each Monthly Statement must contain a list of the individuals and their respective
titles (e.g., attorney, paralegal, etc.) who provided services during the statement
period, their respective billing rates, the aggregate hours spent by each individual,
a reasonably detailed breakdown of the fees and expenses incurred (no
professional should seek reimbursement of an expense that would otherwise not
be allowed pursuant to the Court's Administrative Orders dated June 24, 1991 and
April 21, 1995 or the United States Trustee Guidelines for Reviewing
Applications for Compensation and Reimbursement of Expenses Filed under
11 U.S.C. § 330 dated January 30, 1996), and contemporaneously maintained
time entries for each individual in increments of tenths (1/10) of an hour or as
close thereto as practicable.

3

(d)   Each Notice Party shall have at least thirty (30) days after receiving the Monthly Statement to review the statement and, if the Notice Party objects to the compensation or expense reimbursement sought in a particular statement, such Notice Party shall, no later than the thirty-first (31st) day following receipt of the Monthly Statement (the "Monthly Statement Objection Deadline"), serve upon the professional to whose Monthly Statement the Notice Party objects and the other Notice Parties a written "Notice of Objection to Fee Statement," setting forth the nature of the Notice Party's objection and the amount of fees or expenses at issue.

(e)   At the expiration of the Monthly Statement Objection Deadline, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified in each Monthly Statement to which no objection has been served in accordance with paragraph (d) above.

(f)   If the Debtors object or receive an objection to a particular Monthly Statement, the Debtors shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth in paragraph (e).

(g)   If the parties to an objection resolve their dispute following the service of a Notice of Objection to Fee Statement and if the party whose Monthly Statement was objected to serves on all Notice Parties a statement indicating that the objection is withdrawn or modified and describing the terms of the resolution, then the Debtors shall promptly pay, in accordance with paragraph (e), that portion of the Monthly Statement that is no longer subject to an objection.

(h)   All objections that the parties do not resolve shall be preserved and presented to the Court at the next interim or final fee application hearing to be heard by the Court in accordance with paragraph (j) below.

(i)   The service of an objection in accordance with paragraph (d) above shall not prejudice the objecting party's right to object to any fee application made to the Court in accordance with the Bankruptcy Code on any ground regardless of whether the objecting party raised the ground in the objection or not. Furthermore, the decision by any party not to object to a Monthly Statement shall not waive or prejudice that party's right to object to any fee application subsequently made to the Court in accordance with the Bankruptcy Code, including any final application.

(j)   Commencing with the period ending January 31, 2009, and at four-month intervals thereafter, each of the professionals shall file with the Court, in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov), an application (an "Interim Fee Application") for interim Court approval and allowance pursuant to sections 330 and 331 of the Bankruptcy Code (as the case may be) of the compensation and reimbursement of expenses requested in the fee statements served during such period (the "Interim

4

Fee Period"). Each professional shall file its Interim Fee Application within 75 days after the end of the Interim Fee Period for which the request seeks allowance of fees and reimbursement of expenses.[1] Each professional shall file its first Interim Fee Application on or before April 10, 2009 and the first Interim Fee Application shall cover the Interim Fee Period from the Commencement Date through and including January 31, 2009. All professionals not retained as of the Commencement Date shall file their first Monthly Statement for the period from the effective date of their retention through the end of the first full month following the effective date of their retention and otherwise in accordance with the procedures set forth in this Motion.

(k)   The Debtors' attorneys shall obtain a date from the Court for the hearing of fee applications for all retained professionals, which hearing date should be consistent with the timelines set forth in the Fee Protocol, as amended from time to time. Any retained professional unable to file its own fee application with the Court shall deliver to the Debtors' attorneys a fully executed copy with original signatures, along with service copies, three business days before the filing deadline. The Debtors' attorneys shall file and serve such application.

(l)   The pendency of an application or objection or a Court order that payment of compensation or reimbursement of expenses was improper as to a particular Monthly Statement shall not disqualify a professional from the future payment of compensation or reimbursement of expenses as set forth above, unless otherwise ordered by the Court.

(m)   Neither the payment of, nor the failure to pay, in whole or in part, monthly compensation and reimbursement as provided herein shall have any effect on this Court's interim or final allowance of compensation and reimbursement of expenses of any professionals.

(n)   Counsel for the Creditors' Committee may, in accordance with the Interim Compensation Procedures, collect and submit statements of expenses (excluding third-party counsel expenses of individual committee members), with supporting vouchers, from members of the Creditors' Committee; provided, however, that these reimbursement requests comply with this Court's Administrative Orders dated June 24, 1991 and April 21, 1995.

(o)   Any Professional that materially fails to comply with this Order shall (1) be ineligible to receive further monthly payments of fees or expenses as provided herein until further order of this Court and (2) may be required to disgorge any fees paid since retention or the last fee application, whichever is later.

And, it is further

---

[1] For the seventh interim fee period (October 1, 2010 through January 31, 2011), any Retained Professional may, but need not, take an additional forty-five (45) days to file its Interim Fee Application.

5

ORDERED that the Debtors shall include all payments to Professionals on their monthly operating reports, detailed by line item so as to state the amount paid to each of the Professionals, and detailed so as to state the amount paid to ordinary course professionals (which may be aggregated into one line item); and it is further

ORDERED that the amount of fees and disbursements sought be set out in U.S. dollars, with the conversion amount calculated at the time of the submission of the Monthly Statement, to the extent practicable, or as soon thereafter as possible.

ORDERED that any party may object to requests for payments made pursuant to this Fourth Amended Order, or move to modify or vacate all or certain provisions of this Fourth Amended Order, on the grounds that (a) the Debtors have not timely filed monthly operating reports, (b) the Debtors have not remained current with their administrative expenses or fees due under 28 U.S.C. § 1930(a)(6), (c) the Debtors are administratively insolvent or approaching insolvency, and (d) cause otherwise exists; provided, however, that the inclusion in this Fourth Amended Order of the foregoing bases shall not be determinative of the validity of any such bases and all parties' rights are expressly reserved; and it is further

ORDERED that, in the event that an Ordinary Course Professional (as such term is defined in the Order Pursuant to Sections 105(1), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business [Docket No. 1394] (the "OCP Order")) or a professional retained by the Examiner seeks more than $150,000 per month and, as set forth in the OCP Order or the *Order Discharging Examiner and Granting Related Relief* [Docket No. 10169] (as applicable), files a fee application for the full amount of its fees and expenses for that month, then the Debtors' attorneys shall obtain a

6

date from the Court for the hearing of the fee application, which shall be scheduled no earlier

than 30 days after the fee application is served on the Notice Parties; and it is further

ORDERED that all time periods set forth in this Fourth Amended Order shall be

calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure; and it

is further

ORDERED that sending notice of the hearing to consider Interim Fee Applications to the

Standard Parties entitled to notice pursuant to the Court's second amended order entered on

June 17, 2010 governing case management and administrative procedures for these cases

[Docket No. 9635] shall be good and sufficient notice; and it is further

ORDERED that that this Court shall retain jurisdiction to interpret and enforce this

Order.

Dated: New York, New York
        April 14, 2011

                            _s/ James M. Peck_____
                            Honorable James M. Peck
                            United States Bankruptcy Judge

7