**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
:
In re                               :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
:
Debtors.     :        **(Jointly Administered)**
:
--------------------------------------------------------------------x

### THIRD INTERIM APPLICATION OF FOSTER GRAHAM MILSTEIN & CALISHER, LLP FOR THE TENTH INTERIM APPLICATION PERIOD FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Name of Applicant:                       Foster Graham Milstein & Calisher, LLP

Authorized to Provide Professional Services to:     Lehman Brothers Holdings, Inc.

Date of Retention:                     Approximately February 2009, Foster Graham Milstein & Calisher, LLP began working for Lehman Brothers Holdings Inc. ("LBHI" or "Debtor") as an Ordinary Course Professional. [Docket No. 2946]. On March 9, 2011 Foster Graham Milstein & Calisher, LLP was approved as special counsel. [Docket No. 14868]

Period for which compensation and reimbursement are sought:          October 1, 2011 through March 6, 2012

Amount of compensation sought as Actual, reasonable and necessary:         $181,995.50[1]

Amount of expenses sought as Actual, reasonable and necessary:         $7,446.72

This is a(n):       ___ Monthly  _X_ Interim       _____ Final Application

---

[1] As of the date of this Application, Foster Graham Milstein & Calisher, LLP has been paid $299,942.00 in fees and $31,657.13 in expenses (during the 10th Interim Application period). These amounts represent 80% payment of fees and 100% payment of expenses for the months of October 1, 2011 through January 31, 2012. No payments have been received by Foster Graham Milstein & Calisher, LLP for February 1, 2012 through March 6, 2012. To the extent payment is received for February 1-March 6, 2012 fees and expenses, Foster Graham Milstein & Calisher, LLP will submit an amended Application reflecting such payments.

**Third Interim Application for the Tenth Interim Period**

| Monthly Fee Statement Period | Total Fees/Expenses Requested | Fees Paid | Expenses Paid | Holdback Amount |
|---|---|---|---|---|
| October 1, 2011-October 31, 2011 | Fees:  $92,324.50 Expenses: $9,627.65 | $73,859.60 | $9,627.65 | $18,464.90 |
| November 1, 2011-November 30, 2011 | Fees:  $96,459.00 Expenses: $13,049.07 | $77,167.20 | $13,049.07 | $19,291.80 |
| December 1, 2011-December 31, 2011 | Fees:  $84,951.00 Expenses: $4,705.64 | $67,960.80 | $4,705.64 | $16,990.20 |
| January 1, 2012-January 31, 2012 | Fees:  $101,193.00 Expenses: 4,274.77 | $80,954.40 | $4,274.77 | $20,238.60 |
| February 1, 2012-February 29, 2012 | Fees:  $103,250.00 Expenses: $4,979.25 | $0.00 | $0.00 | $108,229.25 |
| March 1, 2012-March 6, 2012 | Fees: 3,760.00 Expenses: $2,467.47 | $0.00 | $0.00 | $6,227.47 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                   :

In re                            :        Chapter 11 Case No.
                                   :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)
                                   :

                  Debtors.        :        (Jointly Administered)
                                   :
                                   :
----------------------------------------------------------------x

## THIRD INTERIM APPLICATION OF FOSTER GRAHAM MILSTEIN & CALISHER, LLP FOR THE TENTH INTERIM PERIOD FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Foster Graham Milstein & Calisher, LLP ("Foster Graham"), special counsel for Lehman Brothers Holdings Inc. ("LBHI") and certain of its direct and indirect subsidiaries, as debtors and debtors in possession here (collectively "Debtors"), submits this Third Interim Application for compensation and reimbursement of expenses ("Application") seeking entry of an Order pursuant to 11 U.S.C. §§330 and 331 awarding compensation to Foster Graham for the period of October 1, 2011 through and including March 6, 2012 ("Tenth Interim Application Period") of unpaid fees ($181,995.50)[2] incurred by the Debtor for services totaling 1,953.4 hours (resulting in a blended hourly rate of $246.79) and for expenses ($7,446.72), in accordance with the Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals dated April 14, 2011 (Docket No. 15997) ("Compensation Order"), and granting related relief, and respectfully sets forth and represents as follows:

---

[2] As of the date of this Application, Foster Graham Milstein & Calisher, LLP has been paid $299,942.00 in fees and $31,657.13 in expenses (during the 10th Interim Application period). These amounts represent 80% payment of fees and 100% payment of expenses for the months of October 1, 2011 through January 31, 2012. No payments have been received by Foster Graham Milstein & Calisher, LLP for February 1, 2012 through March 6, 2012. To the extent payment is received for February 1-March 6, 2012 fees and expenses, Foster Graham Milstein & Calisher, LLP will submit an amended Application reflecting such payments.

1.      This Application is made pursuant to 11 U.S.C. §§105, 330 and 331 and the Compensation Order.  Summaries reflecting the incurrence of fees and expenses are annexed hereto as follows:

**Exhibit A** is a summary of the time and expenses for October 1, 2011 through March 6, 2012;

**Exhibit B** is a list of all open matters (October 1, 2011 through March 6, 2012) ;

**Exhibit C** is the detail of the total fees and expenses for October 1, 2011 through October 31, 2011.

**Exhibit D** is the detail of the total fees and expenses for November 1, 2011 through November 30, 2011.

**Exhibit E** is the detail of the total fees and expenses for December 1, 2011 through December 31, 2011.

**Exhibit F** is the detail of the total fees and expenses for January 1, 2012 through January 31, 2012.

**Exhibit G** is the detail of the total fees and expenses for February 1, 2012 through February 29, 2012.

**Exhibit H** is the detail of the total fees and expenses for March 1, 2012 through March 6, 2012.

**Exhibit I** are true and correct copies of invoices of amounts over $1,000.00 for costs incurred on behalf of the Estate during the period October 1, 2011 through March 6, 2012.

2.      Foster Graham has received payment in the amount of $299,942.00 for the fees, and $31,657.13 for expenses during the Tenth Interim Application Period.  Accordingly, it seeks the remaining balance of its fees ($181,995.50) and expenses ($7,446.72).

## Background

3.      Commencing on September 15, 2008 and periodically thereafter (as applicable,
"Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court
voluntary cases under chapter 11 of title 11 of the United States Code ("Bankruptcy Code").
Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being
jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure
("Bankruptcy Rules").   Debtors are authorized to operate their businesses and manage their
properties as debtors in possession pursuant to §§1107(a) and 1108 of the Bankruptcy Code.

4.      On September 17, 2008, the United States Trustee for the Southern District of
New York ("U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to
§1102 of the Bankruptcy Code ("Creditors Committee").

5.      On September 19, 2008, a proceeding was commenced under the Securities
Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI").   A
trustee appointed under SIPA is administering LBI's estate.

6.      On July 1, 2011, the Debtors filed a second amended joint chapter 11 plan and
disclosure statement [Docket Nos. 18204 and 18205].

7.      This Court has subject matter jurisdiction to consider and determine this matter
pursuant to 28 U.S.C. § 1334, and the Order of Reference of the United States District Court for
the Southern District of New York, dated July 10, 1984 (Ward, Acting C.J.).   This Court is the
proper venue for this proceeding in accordance with 28 U.S.C. § 1409.

## The Application

8.      By order dated March 9, 2011 (Docket No. 14868), Foster Graham was retained
by Debtors as special counsel to:  (i) prosecute claims in connection with the recovery of losses
related to the purchase, sale, transfer, and/or securitization of mortgage loans and/or pre-filing

settlement negotiations against sellers of mortgage loans on the secondary market and ancillary matters arising in such lawsuits ("Loss Recovery Litigation"); and (ii) represent LBHI in connection with defense of claims made against it for losses related to the purchase, sale, transfer, and/or securitization of mortgage loans and ancillary matters arising in such lawsuits. A copy of the Order Authorizing Employment and Retention of Foster Graham as Special Counsel is annexed hereto as **Exhibit J**.

9.     This Application is made pursuant to 11 U.S.C. §§105, 330 and 331 and the Compensation Order, a copy of which is annexed hereto as **Exhibit K**.

10.    Foster Graham is a firm of 22 attorneys, that, in this matter: (i) prosecutes Loss Recovery Litigation and/or pre-filing settlement negotiations against sellers of mortgage loans on the secondary market and ancillary matters arising in such lawsuits, as well as claims against other responsible parties, such as brokers and appraisers; and (ii) defends claims made against LBHI for losses related to the purchase, sale, transfer, and/or securitization of mortgage loans and ancillary matters arising in such lawsuits. As set forth in the Calisher affidavit submitted with application to retain Foster Graham as special counsel, Foster Graham has extensive knowledge and experience with these kinds of matters. Foster Graham is a leading trial firm which has represented Debtors and their affiliates in these types of matters.

11.    Foster Graham has represented LBHI, directly or through its subsidiary Aurora Loan Services LLC ("Aurora") since 2003 in Loss Recovery Litigation. Foster Graham began representing Aurora in 2003 in connection with mortgage related matters. Such representation included litigation to enforce repurchase rights or to recover losses resulting from defective residential mortgage loans. Such litigation and similar loss recovery efforts generally centered upon the purchase and sale of mortgage loans on the secondary market, and included claims against loan originators ("Correspondents") who, in connection with the transactions, made

6

certain representations and warranties regarding the quality and/or characteristics of the loans. Foster Graham's efforts over the years was focused on filing lawsuits to recover money (from Correspondents, appraisers, title/escrow companies, brokers, borrowers, and other responsible parties) for Aurora in its representative capacity as master servicer.  In this role, Aurora was acting on behalf and for the benefit of upstream secondary market investors (loan or loss holders) such as LBHI, its wholly owned subsidiary Aurora Bank, FSB f/k/a Lehman Brothers Bank, FSB ("Aurora Bank") and certain securitized trusts.  During that time, Foster Graham has represented LBHI and its affiliates in state and federal court litigation in several states and has overseen and coordinated the efforts of local and regional counsel.  Over the course of its representation of the Debtors and their affiliates, Foster Graham has become familiar with the relevant business personnel and operations, as well as the legal matters described in this Application.

12.    Foster Graham has opened a file bearing a separate client number for the Debtors. The Debtor's client number is 5130.  All time and disbursements are billed to independent matters within the general client number.  Of the 1,953.4 hours spent by Foster Graham professionals, 1,328.2 hours were spent on normal matters in which Foster Graham bills LBHI hourly.  However, with respect to a new subset of claims, LBHI asked Foster Graham to evaluate and pursue several categories of potential defendants (such as mortgage brokers and appraisers, as opposed to Correspondents).  To lessen the bankruptcy estate's fee exposure—while also pursuing legitimate and potentially valuable claims against responsible third parties, ultimately for the benefit of LBHI's creditors—LBHI asked Foster Graham to handle such cases on a part hourly and part contingency basis. Foster Graham agreed to do so as follows:  (1) at the significantly reduced hourly rate of $150/hour for lawyers and $50/hour for paraprofessionals, with no contingency, during an initial evaluation/viability phase; and (2) at the significantly reduced hourly rate of $125/hour for lawyers and $50/hour for paraprofessionals, plus a

contingency, in a later, claims pursuit/litigation phase. Foster Graham has thus far billed 625.2 hours under this agreement (all in the reduced hourly and no contingency initial phase). Accordingly, Foster Graham is not seeking any contingency fees in this application.

13.     Foster Graham filed a motion to supplement LBHI's retention of Foster Graham as special counsel to seek Court approval of the part-hourly part contingency agreement on September 9, 2011 [Docket No. 19811]. The Order granting Foster Graham's supplemental motion was entered on October 5, 2011 [Docket No. 20587].

14.     Foster Graham has annexed to this Application, as incorporated in Exhibits C-H, the actual time recorded, the services rendered, the date the services were rendered, and the names of the individuals performing the services by Foster Graham during the Tenth Interim Application Period on behalf of the debtors. The rate for each of the individuals referred to above, for the purely hourly matters handled by Foster Graham, is equal to the billing rate for such individual's time for similar services rendered to clients in connection with bankruptcy and non-bankruptcy matters. Foster Graham believes these rates constitute market rates and are equal to or less than the rates charged by professionals with similar experience. The rate for each of the individuals referred to above for the part hourly-part contingency matter are significantly less than the billing rate for such individual's time for similar services rendered to clients. Foster Graham has also annexed to this Application, as incorporated in Exhibits C-H a print-out of the disbursements Applicant has necessarily incurred on behalf of the Debtors during the Tenth Interim Application Period.

## Professional Services Rendered

15.     To date in this case, Foster Graham has been asked to assist the Debtors in mortgage loan-related litigation. Specifically, Foster Graham has researched, prepared, filed, litigated, and settled cases on behalf of Debtors against counterparties to sales of mortgage loans

on the secondary mortgage market.  In addition, Foster Graham has done a multi-jurisdictional analysis of potential claims against non-correspondents, such as brokers, appraisers, and borrowers, to determine if claims against these entities are viable.  To that end, it has analyzed contracts, looked at documents, surveyed statutes of limitations, analyzed legal theories, and reviewed state law requirements for bringing such claims.

16.    Foster Graham regularly maintains records of time expended in the rendition of all professional services and records of costs and expenses incurred on behalf of the Debtors.  These records were made substantially concurrent with the rendition of the professional services.  All such records are available for inspection.  A copy of the time records, in chronological order and segregated by individual matter, relating to Foster Graham representation of the Debtors during the Period, is annexed hereto as Exhibits C-H.

17.    The foregoing services performed by Foster Graham were necessary and appropriate to the effective and efficient administration of the secondary market litigation.  The professional services performed by Foster Graham were in the best interests of Debtors, their creditors, and other parties in interest and were provided without unnecessary duplication of effort or expense.

18.    Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved.  The professional services were performed with expedition and in an efficient manner.

19.    The professional services performed by Foster Graham on behalf of the Debtors during the Tenth Interim Application Period required an aggregate expenditure of 1,953.4 recorded hours by Foster Graham's partners, special counsel, associates, and paraprofessionals.  Of the aggregate time expended, 899.8 recorded hours were expended by partners, 896.6

recorded hours were expended by special counsel and associates, and 157.0 recorded hours were expended by paraprofessionals and law clerks.

20.    During the Tenth Interim Application Period, Foster Graham's hourly billing rates ranged from $50 to $385 per hour.  Allowance of compensation in the amount requested would result in a blended hourly rate for attorneys of approximately $246.79 based on recorded hours at Foster Graham's regular billing rates in effect at the time of the performance of services as well as the reduced hourly rates charged as part of the hourly/contingency agreement.  As noted, annexed hereto as "Exhibit A" is a schedule listing each Foster Graham professional and paraprofessional who performed services in these cases during the billing period, the hourly rate charged by Foster Graham for services performed by each individual, and the aggregate number of hours and charges by each such individual.

## Actual And Necessary Disbursements Of Foster Graham

21.    As stated, annexed hereto as Exhibits C-H is a schedule of the actual and necessary expenses incurred by Foster Graham in connection with its representation of the Debtors.  As set forth in Exhibits C-H, Foster Graham requests allowance of actual and necessary expenses incurred by Foster Graham during the Compensation Period in the aggregate amount of $39,103.85.

## The Requested Compensation Should Be Allowed

22.    Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation. 11 U.S.C. § 331. Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11

U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and

reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including ---
>
> > (A)      the time spent on such services;
> >
> > (B)      the rates charged for such services;
> >
> > (C)      whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
> >
> > (D)      whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and
> >
> > (E)      whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

23.      In the instant cases, Foster Graham respectfully submits that the professional

services and the expenditures for which it seeks reimbursement in this Application were, at the

time rendered, believed to be necessary for and beneficial to the Debtors and their chapter 11

estates. Accordingly, Foster Graham further submits that the compensation requested herein is

reasonable in light of the nature, extent, and value of such services to the Debtors, their estates, and

all parties in interest.

**Notice**

22.      Pursuant to the Compensation & Reimbursement Order, notice of this Application

will be served upon (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, 45th Floor,

New York, New York 10020 (Attn: John Suckow and David Coles) (ii) Weil, Gotshal & Manges,

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y Waisman, Esq.);

(iii) Milbank, Tweed, Hadley & McCoy LLP 1 Chase Manhattan Plaza, New York, New York

10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.) attorneys for

the Creditors' Committee; and (iv) the Office of the United States Trustee for the Southern District

of New York, 33 Whitehall Street, 22nd Floor, New York, New York 10004 (Attn: Andy Velez-

Rivera, Esq. and Tracy Hope Davis, Esq.

23.      All services for which compensation and reimbursement of expenses are

requested by Foster Graham were performed for and on behalf of the Debtors.  No agreement or

understanding exists between Foster Graham and any other person for the sharing of

compensation to be received for the services rendered in connection with Foster Graham's

representation of the Debtors, and no action prohibited by § 504 of the Bankruptcy Code has

been, or will be, made by Foster Graham.

24.      No previous application or motion for the relief requested herein has been made

to this or any other Court.

**Conclusion**

25.      Based on the foregoing, Foster Graham respectfully submits that the services

rendered in the instant case during the Third Statement Period have been efficient and effective.

Foster Graham will continue to (i) represent the Debtors in prosecuting Loss Recovery Litigation

and/or pre-filing settlement negotiations against sellers of mortgage loans on the secondary

market and ancillary matters arising in such lawsuits, as well as claims against other responsible

parties, such as brokers and appraisers; and (ii) defending claims made against LBHI for losses

related to the purchase, sale, transfer, and/or securitization of mortgage loans and ancillary

matters arising in such lawsuits.  As previously stated, Foster Graham seeks (i) an award of fees

in the amount of $181,995.50 and expenses of $7,446.72, all incurred between October 1, 2011

and March 6, 2012; (ii) authorization for the Debtors to pay those amounts.

WHEREFORE, Foster Graham respectfully requests that this Court enter an Order consistent with the relief requested herein for such other and further relief as the Court deems just and proper.

DATED: May 15, 2012.

Respectfully submitted,

s/ DANIEL K. CALISHER
Daniel Calisher
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver, Colorado  80209
Telephone: 303-333-9810
Facsimile: 303-333-9786
calisher@fostergraham.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :      08-13555 (JMP)
                                          :
                 Debtors.                 :      (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------------x
```

## <u>CERTIFICATION OF DANIEL CALISHER</u>

I, Daniel Calisher, am a partner of the firm of Foster Graham Milstein & Calisher, LLP ("Applicant"), attorneys authorized to provide legal services as Special Counsel to Lehman Brothers Holdings, Inc. ("LBHI"), and its affiliated debtors in the above referenced chapter 11 cases pursuant to an order of this Court.

This certification is made in support of the Third Interim Application of Foster Graham Milstein & Calisher, LLP for the Tenth Interim Application Period ("Application") and in compliance with Rule 2016(a) and with the United States Trustee's Guidelines for Review Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330.

I certify that, after diligent inquiry and to the best of my knowledge, the requested fees and disbursements are billed at rates and in accordance with practices accepted by Applicant's clients and that Applicant does not receive a profit on reimbursable services, whether the services are performed by the Applicant in-house or through a third party.

I certify that, after diligent inquiry and to the best of my knowledge, Applicant has met all applicable deadlines for delivery of monthly fee statements and applications to the trustee and other necessary parties for during the period covered by the subject application.

I have read the Application and I certify the Application substantially complies with the Rule and the Guidelines.

DATED: May 15, 2012.

Respectfully submitted,

_s/ DANIEL K. CALISHER_
Daniel Calisher
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver, Colorado  80209
Telephone: 303-333-9810
Facsimile: 303-333-9786
calisher@fostergraham.com

# EXHIBIT A

Summary of Time and Expense for the

Tenth Interim Application Period

(October 1, 2011 through March 6, 2012)

**ALL MATTERS**
**SUMMARY OF SERVICES BY PROFESSIONAL**
**FOR OCTOBER 1, 2011 THROUGH MARCH 6, 2012**

## FOR REGULAR HOURLY MATTERS

| NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|------|-------|---------------|-------|------|------|
| Daniel Calisher | Partner | 1997 (CO) 1996 (CA) | 313.2 | 385 | $120,582.00 |
| Robert Graham | Partner | 1996 (CO) | 1.0 | 290 | $290.00 |
| Michael Gates | Partner | 1999 (CO) | 29.9 | 290 | $8,671.00 |
| Stephen Fermelia | Partner | 2001 (CO) 1995 (WY) | 247.5 | 330 | $81,675.00 |
| Chip Schoneberger | Special Counsel | 2010 (CO) 2000 (Ill) | 139.5 | 295 | $41,152.50 |
| Lawrence Katz | Associate | 2001 (CO) | 1.9 | 300 | $570.00 |
| Christopher Carrington | Associate | 2005 (CO) | 214.4 | 265 | $56,816.00 |
| Julia Prendergast (Harvey) | Associate | 2006 (CO) | 279.6 | 265 | $74,094.00 |
| Tiffany Yingling | Paralegal | N/A | 91.1 | 120 | $10,932.00 |
| Sheila Croft | Paralegal | N/A | 1.1 | 120 | $132.00 |
| Dianna Matsuda | Paralegal | N/A | 0.2 | 120 | $24.00 |
| Wendy Lopez | Paralegal | N/A | 8.8 | 100 | $880.00 |
| **Total for hourly matters:** | | | **1,328.20** | | **$395,818.50** |

## FOR MATTERS THAT ARE PART HOURLY AND PART CONTINGENCY[1]

---

[1]The first set of hours were spent on normal matters in which Foster Graham bills LBHI hourly under Foster Graham's normal billing rates. However, with respect to a new subset of claims, LBHI asked Foster Graham to evaluate and pursue several categories of potential defendants (such as mortgage brokers and appraisers, as opposed to Correspondents). To lessen the bankruptcy estate's fee exposure—while also pursuing legitimate and potentially valuable claims against responsible third parties, ultimately for the benefit of LBHI's creditors—LBHI asked Foster Graham to handle such cases on a part hourly and part contingency basis. Foster Graham agreed to do so as follows: (1) at the significantly reduced hourly rate of $150/hour for lawyers and $50/hour for paraprofessionals, with no contingency, during an initial evaluation/viability phase; and (2) at the significantly reduced hourly rate of $125/hour for lawyers and $50/hour for paraprofessionals, plus a contingency, in a later, claims pursuit/litigation phase. All time so far has been billed under the reduced hourly and no contingency initial phase. Accordingly, Foster Graham is not seeking any contingency fees at this time.

| NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| Daniel Calisher | Partner | 1997 (CO) | 26.1 | 150 | $3,915.00 |
| | | 1996 (CA) | 4.2 | 125 | $525.00 |
| Stephen Fermelia | Partner | 2001 (CO) | 226.0 | 150 | $33,900.00 |
| | | 1995 (WY) | 48.5 | 125 | $6,062.50 |
| Chip Schoneberger | Special Counsel | 2010 (CO) | 2.2 | 150 | $330.00 |
| | | 2000 (IL) | 0.2 | 125 | $25.00 |
| Julia Prendergast (Harvey) | Associate | 2006 (CO) | 196.4 | 150 | $29,460.00 |
| | | | 24.4 | 125 | $3,050.00 |
| Laura Martinez | Associate | 2006 (CO) | 22.2 | 150 | $3,330.00 |
| Michael Gates | Associate | 1999 (CO) | 3.4 | 150 | $510.00 |
| Marcy Ongert (McDermott) | Associate | 2006 (CO) | 15.8 | 150 | $2,370.00 |
| Tiffany Yingling | Paralegal | N/A | 9.3 | 50 | $465.00 |
| Sheila Croft | Paralegal | N/A | 31.0 | 50 | $1,550.00 |
| Dianna Matsuda | Paralegal | N/A | 15.5 | 50 | $775.00 |
| **Total (for part hourly/part contingency matters)** | | | **625.2** | | **$86,267.50** |

## ALL MATTERS
## SUMMARY OF SERVICES BY TASK CODE

| Task Code | Description | Hours | Total |
|---|---|---|---|
| 4000 | Non-bankruptcy Litigation | 1,953.4 | $482,086.00 |

## ALL MATTERS
## SUMMARY OF DISBURSEMENTS BY TASK CODE

### OCTOBER 1-31, 2011

| | |
|---|---|
| Airline Ticket | $436.40 |
| Airline Ticket | $377.40 |
| Hotel | $492.30 |
| Hotel | $511.87 |
| Airline Ticket | $531.40 |
| Parking | $25.00 |
| Hotel | $342.10 |
| Airline Ticket | $143.00 |
| Delivery/First Legal Litigation Support Services | $155.94 |
| Delivery/First Legal Litigation Support Services | $302.50 |

| | |
|---|---|
| Deposition Fees | $2,821.75* |
| Airline Ticket | $254.00 |
| Online Research/Westlaw | $25.69 |
| Online Research/Westlaw | $86.00 |
| Rental Car | $202.42 |
| Parking | $23.00 |
| Process Server | $65.75 |
| Delivery/Federal Express | $20.63 |
| Delivery/First Legal Litigation Support Services | $326.75 |
| Conference Call | $5.50 |
| Delivery/Federal Express | $13.81 |
| Taxi (2 fares) | $67.00 |
| Parking | $22.00 |
| Mediation Fees (JAMS) | $2,175.00* |
| Postage | $14.52 |
| Filing Fee (LexisNexis) | $13.92 |
| Photocopies | $78.50 |
| Photocopies | $93.50 |
| **TOTAL:** | **$9,627.65** |

### NOVEMBER 1-30, 2011

| | |
|---|---|
| Delivery/Federal Express | $9.61 |
| Delivery/Federal Express | $16.26 |
| Delivery/Federal Express | $13.12 |
| Delivery/Federal Express | $22.33 |
| Delivery/Denver Boulder Courier | $4.00 |
| Court Reporter/Deposition Fees | $881.20 |
| Court Reporter/Deposition Fees | $7,962.43* |
| Filing Fee (PACER) | $251.80 |
| Hotel | $667.11 |
| Certified DOT Fees | $107.00 |
| Certified DOT Fees | $3.11 |
| Hotel Charge | $19.70 |
| Hotel | $252.15 |
| Airline Ticket | $357.40 |
| Online Research/Westlaw | $48.13 |
| Online Research/Westlaw | $346.61 |
| Online Research | $1,255.39* |
| Delivery/First Legal Litigation Support Services | $134.25 |
| Delivery/Federal Express | $22.33 |
| Deposition Transcript Fee | $203.75 |
| Delivery/Federal Express | $20.54 |
| Delivery/Denver Boulder Courier | $16.00 |
| Filing Fee | $13.92 |
| Photocopies | $0.75 |
| Filing Fee | $420.18 |
| **TOTAL:** | **$13,049.07** |

**DECEMBER 1-31, 2011**

| | |
|---|---|
| Conference Call | $13.03 |
| Delivery/First Legal Litigation Support Services | $41.79 |
| Delivery/First Legal Litigation Support Services | $45.50 |
| Online Research/Westlaw | $20.28 |
| Court Reporter/Deposition Fees | $782.61 |
| Outside Printing/Copy Charges | $39.33 |
| Taxi | $85.73 |
| Airline Ticket | $381.40 |
| Airline Ticket | $381.40 |
| Public Record Search/SmartLinx Report (1) | $118.12 |
| Taxi | $56.05 |
| Taxi | $53.55 |
| Taxi | $56.00 |
| Recording Fees | $26.00 |
| Online Research/Westlaw | $23.15 |
| Delivery/First Legal Litigation Support Services | $20.50 |
| Delivery/First Legal Litigation Support Services | $34.98 |
| Parking | $18.00 |
| Hotel | $252.15 |
| Airline Ticket | $411.40 |
| Public Record Search/SmartLinx Report (1) | $118.12 |
| Public Record Search/SmartLinx Report (1) | $164.77 |
| Taxi | $20.00 |
| Taxi | $30.00 |
| Online Research/Westlaw | $118.47 |
| Public Record Search/SmartLinx Report (5) | $575.09 |
| Filing Fee | $350.00 |
| Filing Fee | $150.00 |
| Conference Call | $3.01 |
| Hotel | $133.28 |
| Rental Car | $96.45 |
| Delivery/Federal Express | $20.54 |
| Parking | $31.00 |
| Photocopies | $6.10 |
| Filing Fee | $27.84 |
| **TOTAL:** | **$4,705.64** |

**JANUARY 1-31, 2012**

| | |
|---|---|
| Conference Call | $13.03 |
| Online Research/Westlaw | $388.25 |
| Taxi | $32.19 |
| Delivery/First Legal Litigation Support Services | $58.00 |
| Taxi | $61.93 |
| Hotel | $218.45 |
| Hotel | $218.45 |

| | |
|---|---|
| Parking | $35.00 |
| Parking | $25.00 |
| Taxi | $65.15 |
| Hotel | $218.45 |
| Airline Ticket/Change Fee (requested by client/for client) | $244.00 |
| Airline Ticket | $381.40 |
| Airline Ticket | $387.40 |
| Hotel | $212.22 |
| Airline Ticket | $517.40 |
| Online Research/Westlaw | $26.05 |
| Delivery/Federal Express | $27.05 |
| Delivery/Federal Express | $27.05 |
| Delivery/Federal Express | $27.05 |
| Delivery/Denver Boulder Courier | $80.00 |
| Court Reporter/Deposition Fee | $987.75 |
| Photocopies | $3.40 |
| Filing Fee | $13.92 |
| Filing Fee | $6.18 |
| **TOTAL:** | **$4,274.77** |

### FEBRUARY 1-29, 2012

| | |
|---|---|
| Conference Call | $13.03 |
| Delivery/First Legal Litigation Support Services | $25.00 |
| Online Research/Westlaw | $20.93 |
| LawToolBox (docketing fee) | $69.00 |
| Online Research/Westlaw | $41.80 |
| Online Research/Westlaw | $14.46 |
| Online Research/Westlaw | $2.50 |
| Delivery/First Legal Litigation Support Services | $190.50 |
| Delivery/First Legal Litigation Support Services | $450.50 |
| Delivery/First Legal Litigation Support Services | $71.75 |
| Delivery/First Legal Litigation Support Services | $27.00 |
| Delivery/First Legal Litigation Support Services | $63.00 |
| Process Server/Witness-Mileage Fee | $334.90 |
| Process Server/Witness-Mileage Fee | $334.90 |
| Process Server/Witness-Mileage Fee | $170.64 |
| Process Server/Witness-Mileage Fee | $112.71 |
| Process Server/Witness-Mileage Fee | $177.19 |
| Delivery/First Legal Litigation Support Services | $150.50 |
| Courier/File Search Fee | $193.21 |
| Public Record Search/SmartLinx Report (3) | $369.92 |
| Online Research/Westlaw | $494.87 |
| Delivery/First Legal Litigation Support Services | $20.50 |
| Trial Supplies (# dividers/trial exhibit notebooks) | $158.88 |
| Delivery/First Legal Litigation Support Services | $139.25 |
| Taxi | $55.00 |
| Parking | $21.00 |

| | |
|---|---|
| Outside Printing/Copy Charges (Trial Exhibits) | $555.12 |
| Delivery/First Legal Litigation Support Services | $20.50 |
| Photocopies | $26.70 |
| Filing Fee | $13.92 |
| Photocopies | $370.60 |
| Online Research/Westlaw | $269.47 |
| **TOTAL:** | **$4,979.25** |

## MARCH 1-6, 2012

| | |
|---|---|
| Taxi | $34.97 |
| Airline Ticket | $213.60 |
| Airline Ticket | $198.80 |
| Airline Ticket | $213.60 |
| Airline Ticket | $198.80 |
| Airline Ticket | $198.80 |
| Airline Ticket | $232.60 |
| Hotel | $334.04 |
| Parking | $33.00 |
| Conference Call | $13.03 |
| Online Research/Westlaw | $220.06 |
| Online Research/Westlaw | $76.90 |
| Filing Fee | $350.00 |
| Online Research/Westlaw | $1.39 |
| Taxi | $50.50 |
| Taxi | $54.15 |
| Delivery/Federal Express | $16.67 |
| Delivery/Denver Boulder Couriers | $26.56 |
| **TOTAL:** | **$2,467.47** |

**TOTAL EXPENSES (October 1, 2011-March 6, 2012):**          **$39,103.85**

# EXHIBIT B

List of Current Open Matters

(October 1, 2011 through March 6, 2012)

Date: 05/15/2012                                   **Tabs3 Client List**                                              Page: 1
                                      FOSTER GRAHAM MILSTEIN & CALISHER, LLP

**Primary Timekeeper:  5 Daniel K. Calisher**

| Client | Name | Description | Contact | Primary Phone |
|---|---|---|---|---|
| 5130.0001M | Lehman Brothers Holdings, Inc | PMAC Lending Services, INC | | |
| 5130.0005M | Lehman Brothers Holdings, Inc | EquiPoint Financial Network, Inc | | |
| 5130.0007M | Lehman Brothers Holdings, Inc | Metrostate | | |
| 5130.0012M | Lehman Brothers Holdings, Inc | Nationwide Equities | | |
| 5130.0022M | Lehman Brothers Holdings, Inc | PMC Bancorp | | |
| 5130.0025M | Lehman Brothers Holdings, Inc | Padilla | | |
| 5130.0028M | Lehman Brothers Holdings, Inc | United Pacific | | |
| 5130.0035M | Lehman Brothers Holdings, Inc | Aaron Wade | | |
| 5130.0044M | Lehman Brothers Holdings, Inc. | Valley Vista | | |
| 5130.0045M | Lehman Brothers Holdings, Inc. | Shea Mortgage | | |
| 5130.0046M | Lehman Brothers Holdings, Inc. | Christopher E. Hobson, Inc. | | |
| 5130.0047M | Lehman Brothers Holdings, Inc. | US Bank | | |
| 5130.0048M | Lehman Brothers Holdings, Inc. | Non-Correspondent Cases | | |
| 5130.0049M | Lehman Brothers Holdings, Inc. | Freedom II | | |
| 5130.0050M | Lehman Brothers Holdings, Inc. | Mortgage Capital Associates, LLC ( | | |
| 5130.0051M | Lehman Brothers Holdings, Inc. | Patterson (Appraiser) | | |
| 5130.0052M | Lehman Brothers Holdings, Inc. | Summers (Appraiser) | | |
| 5130.0053M | Lehman Brothers Holdings, Inc. | BK (billing) | | |
| 5130.0054M | Lehman Brothers Holdings, Inc. | Avery (Appraiser) | | |
| 5130.0055M | Lehman Brothers Holdings, Inc. | Amerihome Loan Corporation | | |
| 5130.0056M | Lehman Brothers Holdings, Inc. | Capital Mortgage Services, Inc. | | |
| 5130.0057M | Lehman Brothers Holdings, Inc. | Meridian Residential Capital LLC | | |
| 5130.0058M | Lehman Brothers Holdings, Inc. | Michael Antonides | | |
| 5130.0059M | Lehman Brothers Holdings, Inc. | George Howell | | |
| 5130.0060M | Lehman Brothers Holdings, Inc. | Fearer/Electronic Appraisals | | |
| 5130.0061M | Lehman Brothers Holdings, Inc. | CTX 2 | | |

Number of Clients printed:  26

# EXHIBIT C

## Detail of Time and Expense

## (October 1, 2011 through October 31, 2011)

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | November 8, 2011 |
| Statement No. | 61920 |
| Account No. | 5130.0001 |
| | Page:  1 |

RE: PMAC Lending Services, INC

***Payments received after 11/08/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.***

| | | | | | |
|---|---|---|---|---|---|
| | | | Previous Balance | | $106.00 |

## Fees

| | | | | Hours | |
|---|---|---|---|---|---|
| **10/05/2011** | | | | | |
| DKC | B400 | A104 | Attention to defendant's default under Settlement Agreement. Emails regarding same. Review file for Notice of Default. | 0.20 | 77.00 |
| **10/06/2011** | | | | | |
| TAY | B400 | A105 | Conference with DKC regarding PMAC's default/non-payment pursuant to Settlement Agreement (.1). Review Agreement (.1). Draft Notice of Default (.3). Revisions to same (.1). Prepare overnight mailing to opposing counsel (required by Agreement) (.1). Email to client and opposing counsel (.1). | 0.80 | 96.00 |
| DKC | B400 | A104 | Review settlement agreement and revise Notice of Default. Conference with TAY regarding delivery and service of same. | 0.20 | 77.00 |
| **10/12/2011** | | | | | |
| DKC | B400 | A104 | Review settlement agreement regarding irrevocable default and next steps towards judgment (.4). Email client regarding whether defendant has paid (.1). Email opposing counsel regarding same and next steps (.1). Further emails (2.) | 0.80 | 308.00 |
| | | | For Current Services Rendered | 2.00 | 558.00 |

## Advances

| | | | | |
|---|---|---|---|---|
| 10/06/2011 | B400 | E107 | Delivery services/messengers Federal Express | 20.63 |
| | | | Total Advances | 20.63 |

Lehman Brothers Holdings, Inc
Account No.        5130.0001
RE:  PMAC Lending Services, INC

Statement Date: 11/08/2011
Statement No.        61920
Page No.        2

| | | |
|---|---|---|
| Total Current Work | | 578.63 |

### Payments

| | | |
|---|---|---|
| 10/31/2011 | Thank you - Payment on account | -84.82 |
| | Balance Due | $599.81 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 558.00 | 20.63 |
| B400 | Bankruptcy-Related Advice | 558.00 | 20.63 |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | November 8, 2011 |
| Statement No. | 61921 |
| Account No. | 5130.0005 |
| Page: | 1 |

RE: EquiPoint Financial Network, Inc

*Payments received after 11/08/2011 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.*

| | | |
|---|---|---|
| | Previous Balance | $221.50 |
| | <u>Payments</u> | |
| 10/31/2011 | Thank you - Payment on account | -177.22 |
| | Balance Due | <u>$44.28</u> |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | November 8, 2011 |
| Statement No. | 61922 |
| Account No. | 5130.0007 |
| Page: | 1 |

RE: Metrostate

***Payments received after 11/08/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.***

| | | |
|---|---|---|
| | Previous Balance | $699.53 |
| | <u>Payments</u> | |
| 10/31/2011 | Thank you - Payment on account | -563.35 |
| | Balance Due | <u>$136.18</u> |

***Payments received after statement date will be applied to the next month's st***

***Please reference statement number(s) on your payment***

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | November 8, 2011 |
| Statement No. | 61923 |
| Account No. | 5130.0012 |
| | Page: 1 |

RE: Nationwide Equities

*Payments received after 11/08/2011 are <u>not</u> included on this statement.*

<u>*PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.*</u>

Previous Balance                                                     $8,191.00

## <u>Fees</u>

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| **10/04/2011** | | | | | | |
| | DKC | B400 | A106 | Emails regarding defendant's payment. | 0.20 | 77.00 |
| **10/11/2011** | | | | | | |
| | JRP | B400 | A106 | Communicate with client regarding finalizing side letter agreement (.2). Revise and complete side letter agreement and send to DKC for his review (1.0). | 1.20 | 318.00 |
| | DKC | B400 | A106 | Emails regarding side letter agreement (regarding fee recovery) and disbursement of settlement proceedings and related issues. Work on same. | 0.50 | 192.50 |
| **10/20/2011** | | | | | | |
| | JRP | B400 | A104 | Review/analyze payments received by defendants in conjunction with revision of disbursement letter (.3). | 0.30 | 79.50 |
| | DKC | B400 | A103 | Work on side letter regarding reimbursement of attorneys fees and distribution of net settlement proceeds (apportionment). | 0.30 | 115.50 |
| **10/24/2011** | | | | | | |
| | TAY | B400 | A104 | Research billing information (Aurora and Lehman) for settlement disbursement purposes (.3). Conference with accounting department to confirm final numbers (.1). Email to DKC and JRH (NC). | 0.40 | 48.00 |
| **10/25/2011** | | | | | | |
| | DKC | B400 | A104 | Work on side letter (disbursement of settlement | | |

Lehman Brothers Holdings, Inc
Account No.      5130.0012
RE:  Nationwide Equities

Statement Date: 11/08/2011
Statement No.        61923
Page No.                  2

| | | Hours | |
|---|---|---|---|
| proceeds). Circulate same to clients. | | 0.80 | 308.00 |
| For Current Services Rendered | | 3.70 | 1,138.50 |
| Total Current Work | | | 1,138.50 |

### Payments

| | | | |
|---|---|---|---|
| 10/31/2011 | Thank you - Payment on account | | -6,091.22 |
| 11/01/2011 | Thank you - Payment on account | | -310.00 |
| | Total Payments | | -6,401.22 |
| | Balance Due | | $2,928.28 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 1138.50 | 0.00 |
| B400 | Bankruptcy-Related Advice | 1,138.50 | 0.00 |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | November 8, 2011 |
| Statement No. | 61924 |
| Account No. | 5130.0018 |
| Page: | 1 |

RE: Freedom Mortgage

***Payments received after 11/08/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.***

| | | |
|---|---|---|
| | Previous Balance | $991.50 |
| | <u>Payments</u> | |
| 10/31/2011 | Thank you - Payment on account | -729.62 |
| 11/01/2011 | Thank you - Payment on account | -63.60 |
| | Total Payments | -793.22 |
| | Balance Due | $198.28 |

***Payments received after statement date will be applied to the next month's st***

***Please reference statement number(s) on your payment***

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>
<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | November 8, 2011 |
| Statement No. | 62362 |
| Account No. | 5130.0022 |
| | Page:   1 |

RE: PMC Bancorp

***Payments received after 11/08/2011 are <u>not</u> included on this statement.***

<u>***PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT***</u>.

| | | | | | |
|---|---|---|---|---|---|
| Previous Balance | | | | | $195,066.83 |

<u>Fees</u>

| | | | | Hours | |
|---|---|---|---|---|---|
| **10/03/2011** | | | | | |
| CPC | B400 | A101 | Plan and prepare for deposition of Ramsey by review of case documents and organization of deposition exhibits. | 3.20 | 848.00 |
| TAY | B400 | A111 | Meet with CPC regarding final documents/exhibits for upcoming borrower deposition (Ramsey) (.4). Prepare copies of exhibits (witness/opposing counsel/court reporter) (1.1).  Finalize plans for trip (.6). Telephone conference with court reporter (.2). Receive/review Notice of Deposition for borrower's wife (Eva Saldarriaga)/calendar same (.2).  Email team regarding same (.1).  Review Ramsey v. Taylor docket and prepare copies of Complaint for deposition exhibit (.2).  Conference with DKC regarding expert deadlines (.1). Review calendar/scheduling order to confirm same (.3). | 3.20 | 384.00 |
| **10/04/2011** | | | | | |
| CPC | B400 | A101 | Plan and prepare for deposition of borrower Ramsey (3.0). Telephone conference with DKC regarding same (.5). | 3.50 | 927.50 |
| CPC | B400 | A109 | Travel to Silver City, New Mexico from Denver to attend deposition of borrower Ramsey. | 7.30 | n/c |
| **10/05/2011** | | | | | |
| CPC | B400 | A109 | Appear for/attend deposition of borrower Ramsey. | 4.50 | 1,192.50 |

Lehman Brothers Holdings, Inc
Account No.      5130.0022
RE: PMC Bancorp

Statement Date: 11/08/2011
Statement No.      62362
Page No.      2

| | | | | Hours | |
|---|---|---|---|---|---|
| **10/06/2011** | | | | | |
| CPC | B400 | A109 | Travel to Denver from Silver City, New Mexico (Ramsey deposition). | 7.80 | n/c |
| CPC | B400 | A106 | Communicate (with client) regarding results of Ramsey deposition. | 0.20 | 53.00 |
| TAY | B400 | A102 | Research regarding borrower An following bank's inability to locate loan information (.6). Email to CPC regarding same (.1). | 0.70 | 84.00 |
| **10/07/2011** | | | | | |
| CPC | B400 | A104 | Review/analyze notes from Ramsey deposition. (.2). Email correspondence to borrower Ramsey (.1). Phone call to Saehan Bank regarding An loan (.2). Attention to notary issues in Barroga case. (.1). | 0.60 | 159.00 |
| SAF | B400 | A104 | Review/analyze PMC's responses to requests for admission, requests for production, and interrogatories. | 0.70 | 231.00 |
| **10/10/2011** | | | | | |
| TAY | B400 | A102 | Research borrower (Charles Lemon) (.5). Review research results (.3). Conference with CPC regarding same (.1). | 0.90 | 108.00 |
| CPC | B400 | A105 | Communicate (in firm) with TAY regarding status of search for borrower Lemon and loan on borrower An. (.1). Attention to loan for borrower Lemon and phone calls to numbers for borrower Lemon. (.4) Research Lemon's businesses to try to obtain contact information. (.5). Email correspondence with borrower Ramsey (.1). | 1.10 | 291.50 |
| **10/11/2011** | | | | | |
| JRP | B400 | A105 | Communicate (in firm) with SAF regarding discovery related issues. | 0.30 | 79.50 |
| TAY | B400 | A102 | Research regarding borrower Perez (following problems obtaining service) (.6). Conference with CPC regarding same, current address, and multiple SSN's used by Perez (.2). | 0.80 | 96.00 |
| SAF | B400 | A105 | Discuss parties' agreement on limitations on written discovery with JRH. | 0.30 | 99.00 |
| **10/12/2011** | | | | | |
| DKC | B400 | A111 | Attention to scheduling of court settlement conference (before magistrate). | 0.20 | 77.00 |

Lehman Brothers Holdings, Inc                          Statement Date: 11/08/2011
Account No.        5130.0022                            Statement No.        62362
RE: PMC Bancorp                                         Page No.                  3

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| **10/13/2011** | | | | | |
| JRP | B400 | A110 | Manage data/files and conference with TAY regarding case status and updating file with recent developments (.5). | 0.50 | 132.50 |
| TAY | B400 | A105 | Conference with JRH regarding subpoena to Wells Fargo (Ramsey) received from opposing counsel (.2). Calendar same (.1). Meeting with JRH regarding file (.2). | 0.50 | 60.00 |
| SAF | B400 | A105 | Discuss discovery response strategy with DKC. | 0.30 | 99.00 |
| **10/17/2011** | | | | | |
| JRP | B400 | A105 | Communicate (in firm) with DKC and CPC regarding case status and depositions including document deposition of Wells Fargo (.2). | 0.20 | 53.00 |
| CPC | B400 | A107 | Communicate (other outside counsel) with DKC and JRH regarding status. (.2). Communicate with borrower Ramsey and review Subpoena duces tecum issued by opposing counsel regarding Ramsey's bank records. (.3). Email correspondence with TAY regarding deeds of trust for Charles LeMon. (.2). Draft letter and subpoena for deposition of Magic Hands. (.4). | 1.10 | 291.50 |
| DKC | B400 | A104 | Attention to proof of liability (Lemon loan) (.2). Attention to upcoming records deposition (Wells Fargo) (.3). Study options and requirements regarding experts, including appraiser (.4) Analyze potential for Motion for Summary Judgment for most, if not all, loans, plus proof of damages (.7) Conference with JRH and CPC regarding same (.2). | 1.80 | 693.00 |
| **10/18/2011** | | | | | |
| JRP | B400 | A106 | Communicate (with client) and with DKC to verify mediation dates. Communicate with opposing counsel regarding same (.2). | 0.20 | 53.00 |
| CPC | B400 | A101 | Plan and prepare for borrower's employer (Magic Hands Dental) deposition issues. | 0.10 | 26.50 |
| **10/19/2011** | | | | | |
| CPC | B400 | A105 | Communicate (in firm) with TAY regarding Charles Lemon certified deeds of trust and travel plans for Eva Saldarriaga deposition (.2). | 0.20 | 53.00 |
| TAY | B400 | A105 | Conference with and emails to/from CPC regarding borrower (Lemon) and obtaining certified DOTs evidencing borrower misrepresentations (.4). Emails to/from title | | |

Lehman Brothers Holdings, Inc                    Statement Date: 11/08/2011
Account No.        5130.0022                          Statement No.        62362
RE: PMC Bancorp                                          Page No.              4

|  |  |  | | Hours | |
|---|---|---|---|---|---|
|  |  |  | company regarding same (.2).  Call to Sacramento County, CA clerk and recorder regarding certified DOT and order same (.4). Conference with CPC regarding upcoming deposition (Eva Saldarriaga) (.2).  Prepare travel for same (NC). | 1.20 | 144.00 |
| 10/21/2011 |  |  |  |  |  |
| TAY | B400 | A104 | Review Settlement Conference Order from Magistrate Hillman (.2). Conference with JRH regarding deadlines associated with same (.1). Update calendars (.1). Review certified DOTs received from Sacramento County Clerk & Recorder (borrower Lemon) (.2). Call to Hillsborough County, FL Clerk & Recorder regarding certified DOT from FL property (multiple attempts-no response) (.2). | 0.60 | 72.00 |
| 10/24/2011 |  |  |  |  |  |
| CPC | B400 | A105 | Communicate (in firm) with TAY regarding Eva Saldarriaga deposition. | 0.30 | 79.50 |
| TAY | B400 | A105 | Email from CPC regarding upcoming deposition (Eva Saldarriaga) and documents needed (.2). Prepare same (.2). | 0.40 | 48.00 |
| JRP | B400 | A105 | Communicate (in firm) with SAF regarding expert disclosures (.3). | 0.30 | 79.50 |
| SAF | B400 | A105 | Discuss expert disclosure issues with JRP. | 0.30 | 99.00 |
| 10/26/2011 |  |  |  |  |  |
| TAY | B400 | A108 | Call from Dr. Nguyen/Magic Hand Dental regarding borrower Perez (.1). Email to CPC regarding same (.1).  Review Warranty Deed received from Hillsborough County Assessor regarding borrower Lemon (.2). Email to CPC regarding same (.1). | 0.50 | 60.00 |
| 10/27/2011 |  |  |  |  |  |
| TAY | B400 | A105 | Conference with JRH regarding upcoming expert deadlines (.1). Review 26(f) report regarding same (.2). Email team regarding deadlines (.1). Call to expert/appraiser (Rodriguez) (.1). Emails to same requesting resume/CV for designation purposes (.2). | 0.70 | 84.00 |
| CPC | B400 | A109 | Appear for/attend deposition of Eva Saldarriaga at offices of opposing counsel. | 3.50 | 927.50 |
| 10/28/2011 |  |  |  |  |  |
| SAF | B400 | A103 | Finalize revisions to expert disclosure, including |  |  |

Lehman Brothers Holdings, Inc                    Statement Date: 11/08/2011
Account No.        5130.0022                      Statement No.        62362
RE: PMC Bancorp                                        Page No.            5

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | conversation with TAY regarding resume of appraiser (.9). Email to DKC, CPC, and JRP regarding issues with same (.2). | 1.10 | 363.00 |
| 10/31/2011 |  |  |  |  |  |
| CPC | B400 | A108 | Communicate (other external) with Dr. Nguyen at Magic Hands Dental regarding Perez loan. (.3). Email correspondence with opposing counsel. (.1). | 0.40 | 106.00 |
| SAF | B400 | A104 | Begin review and analysis of Estrella, Saldarriaga, and Cafcalas depositions in anticipation of summary judgment motion. | 3.20 | 1,056.00 |
|  |  |  | For Current Services Rendered | 37.60 | 9,210.00 |
|  |  |  | Total Non-billable Hours | 15.10 |  |

Expenses

| Date | | | Description | Amount |
|---|---|---|---|---|
| 09/06/2011 | B400 | E124 | Airline ticket (Frontier) (to/from Status Conference) | 377.40 |
| 09/12/2011 | B400 | E110 | Marriott Irvine Hotel (CPC/deposition (Barroga)) | 492.30 |
| 09/12/2011 | B400 | E110 | Marriott Irvine Hotel (DKC/status conference) | 511.87 |
| 09/12/2011 | B400 | E110 | Airline ticket (Continenta) (to/from deposition (Barroga/N. Saldarriaga)) | 531.40 |
| 09/14/2011 | B400 | E110 | Out-of-town travel (DIA parking) (CPC) | 25.00 |
| 09/15/2011 | B400 | E110 | Omni LA Hotel (CPC/Saldarriaga deposition) | 342.10 |
| 09/20/2011 | B400 | E110 | Airline ticket (Great Lakes) (Ramsey deposition) | 143.00 |
| 09/30/2011 | B400 | E110 | United Airlines Depositions (deposition - Ramsey) | 254.00 |
| 10/04/2011 | B400 | E124 | Rental car (Ramsey deposition/Silver City, NM) (CPC) | 202.42 |
| 10/04/2011 | B400 | E124 | Parking (Silver City, NM) (Ramsey deposition) (CPC) | 23.00 |
| 10/27/2011 | B400 | E110 | Out-of-town travel (taxi fares (2) hotel to depo/depo to airport) (CPC) | 67.00 |
| 10/27/2011 | B400 | E110 | Out-of-town travel (parking/DIA) (CPC/Eva Saldarriaga deposition) | 22.00 |
| 10/31/2011 | B400 | E101 | Copy Charges | 93.50 |
|  |  |  | Total Expenses | 3,084.99 |

Advances

| Date | | | Description | Amount |
|---|---|---|---|---|
| 09/06/2011 | B400 | E123 | Airline ticket (Frontier) (depositions PMC/Cafcalas) | 436.40 |
| 09/21/2011 | B400 | E107 | Delivery/printing charge (First Legal Network, LLC) (mandatory chambers copies) | 302.50 |
| 10/18/2011 | B400 | E107 | Delivery (Federal Express) | 13.81 |
|  |  |  | Total Advances | 752.71 |
|  |  |  | Total Current Work | 13,047.70 |

Payments

| Date | Description | Amount |
|---|---|---|
| 10/31/2011 | Thank you - Payment on account | -105,975.58 |
| 11/01/2011 | Thank you - Payment on account | -21,330.30 |
|  | Total Payments | -127,305.88 |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE:  PMC Bancorp

Statement Date: 11/08/2011
Statement No.        62362
Page No.        6

Balance Due                                $80,808.65

Task Code Recapitulation

|       |                          | Fees    | Expenses |
|-------|--------------------------|---------|----------|
| B400  | Bankruptcy-Related Advice | 9210.00 | 3837.70  |
| B400  | Bankruptcy-Related Advice | 9,210.00 | 3,837.70 |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

*(303)333-9810*

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | November 8, 2011 |
| Statement No. | 62358 |
| Account No. | 5130.0025 |
| Page: | 1 |

RE: Padilla

*Payments received after 11/08/2011 are **not** included on this statement.*

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | | | | | |
|---|---|---|---|---|---|
| | | | Previous Balance | | $460.02 |

### Fees

| | | | | Hours | |
|---|---|---|---|---|---|
| **10/25/2011** | | | | | |
| TAY | B400 | A106 | Call to client regarding payment status issues. Forward settlement payments to client via FedEx, | 0.20 | 24.00 |
| **10/26/2011** | | | | | |
| RGG | B400 | A103 | Draft Release of Deed of Trust | 0.50 | 145.00 |
| DKC | B400 | A106 | Follow up regarding settlement payment reconciliation/close-out, including conference with client, need to release Deed of Trust (taken as security for payment) and related issues. | 0.40 | 154.00 |
| **10/27/2011** | | | | | |
| RGG | B400 | A103 | Contact Public Trustee regarding: requirements for Release of Deed of Trust | 0.25 | 72.50 |
| **10/28/2011** | | | | | |
| RGG | B400 | A108 | Communicate (other external)  with Scott Drosdick regarding: release of deed of trust; conference with Dan Calisher regarding: same | 0.25 | 72.50 |
| | | | For Current Services Rendered | 1.60 | 468.00 |
| | | | Total Current Work | | 468.00 |

### Payments

| | | | |
|---|---|---|---|
| 10/31/2011 | Thank you - Payment on account | | -306.44 |
| 11/01/2011 | Thank you - Payment on account | | -28.80 |
| | Total Payments | | -335.24 |

Lehman Brothers Holdings, Inc                         Statement Date: 11/08/2011
Account No.      5130.0025                                Statement No.       62358
RE:  Padilla                                                  Page No.            2

### Balance Due                                          $592.78

### Task Code Recapitulation

|       |                          | Fees   | Expenses |
|-------|--------------------------|--------|----------|
| B400  | Bankruptcy-Related Advice | 468.00 | 0.00     |
| B400  | Bankruptcy-Related Advice | 468.00 | 0.00     |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | November 8, 2011 |
| Statement No. | 61927 |
| Account No. | 5130.0028 |
| Page: | 1 |

RE: United Pacific

***Payments received after 11/08/2011 are not included on this statement.***

***PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.***

| | | |
|---|---|---|
| | Previous Balance | $247.50 |
| | Payments | |
| 10/31/2011 | Thank you - Payment on account | -198.02 |
| | Balance Due | $49.48 |

***Payments received after statement date will be applied to the next month's st***

***Please reference statement number(s) on your payment***

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | November 8, 2011 |
| Statement No. | 61928 |
| Account No. | 5130.0035 |
| Page: | 1 |

RE: Aaron Wade

**Payments received after 11/08/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

Previous Balance                                                                   $48.00

<u>Payments</u>

10/31/2011          Thank you - Payment on account                                 -38.42

Balance Due                                                                         <u>$9.58</u>

**Payments received after statement date will be applied to the next month's st**

**Please reference statement number(s) on your payment**

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>
<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | November 8, 2011 |
| Statement No. | 61929 |
| Account No. | 5130.0044 |
| Page: | 1 |

RE: Valley Vista

***Payments received after 11/08/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.***

| | | |
|---|---|---|
| | Previous Balance | $1,978.51 |
| | <u>Payments</u> | |
| 10/31/2011 | Thank you - Payment on account | -1,746.33 |
| | Balance Due | <u>$232.18</u> |

***Payments received after statement date will be applied to the next month's st***

***Please reference statement number(s) on your payment***

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | November 8, 2011 |
| Statement No. | 62359 |
| Account No. | 5130.0045 |
| Page: | 1 |

RE: Shea Mortgage

*Payments received after 11/08/2011 are* *not* *included on this statement.*

*PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.*

|  |  |  |  |  |  |
|---|---|---|---|---|---:|
| | | | Previous Balance | | $9,346.18 |

## Fees

| Date | | | Description | Hours | |
|---|---|---|---|---:|---:|
| 10/02/2011 | | | | | |
| | SAF | B400 | A103 | Work on Response to Motion to Dismiss. | 2.20 | 726.00 |
| 10/03/2011 | | | | | |
| | SAF | B400 | A103 | Work on Response to Motion to Dismiss. | 6.30 | 2,079.00 |
| 10/04/2011 | | | | | |
| | SAF | B400 | A103 | Finish researching and drafting Response to MTD. | 5.80 | 1,914.00 |
| 10/05/2011 | | | | | |
| | CGS | B400 | A104 | Review/analyze draft response to motion to dismiss. | 0.20 | 59.00 |
| 10/13/2011 | | | | | |
| | SAF | B400 | A105 | Discuss Response to MTD with DKC. | 0.30 | 99.00 |
| | DKC | B400 | A104 | Attention to and work on response to Motion to Dismiss. | 0.30 | 115.50 |
| 10/17/2011 | | | | | |
| | SLC | B400 | A111 | E-file and serve response to motion to dismiss; docket deadline for defendant to file reply. | 0.30 | 36.00 |
| | DKC | B400 | A103 | Revise response to Motion to Substitute and arrange for filing (.5). Conference with SAF regarding same (.2). | 0.70 | 269.50 |
| 10/31/2011 | | | | | |
| | SAF | B400 | A104 | Receive and review renewed motion to remove and related filings. | 0.20 | 66.00 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0045
RE: Shea Mortgage

Statement Date: 11/08/2011
Statement No.      62359
Page No.      2

| | | | | Hours | |
|---|---|---|---|---|---|
| DKC | B400 | A104 | Attention to re-removal to Federal Court and related issues. | 0.50 | 192.50 |
| | | | For Current Services Rendered | 16.80 | 5,556.50 |

### Expenses

| | | | | | |
|---|---|---|---|---|---|
| 10/05/2011 | B400 | E124 | Process service paid to Diversified Process Service | | 65.75 |
| | | | Total Expenses | | 65.75 |

### Advances

| | | | | | |
|---|---|---|---|---|---|
| 10/01/2011 | B400 | E106 | Online research West September | | 86.00 |
| 10/31/2011 | B400 | E112 | Court fees Lexis Nexis | | 13.92 |
| | | | Total Advances | | 99.92 |
| | | | Total Current Work | | 5,722.17 |

### Payments

| | | |
|---|---|---|
| 10/31/2011 | Thank you - Payment on account | -4,292.64 |
| 11/01/2011 | Thank you - Payment on account | -995.78 |
| | Total Payments | -5,288.42 |
| | Balance Due | $9,779.93 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 5556.50 | 165.67 |
| B400 | Bankruptcy-Related Advice | 5,556.50 | 165.67 |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810


Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | November 8, 2011 |
| Statement No. | 62360 |
| Account No. | 5130.0046 |
| | Page: 1 |


RE: Christopher E. Hobson, Inc.

**Payments received after 11/08/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**


| | | | | |
|---|---|---|---|---|
| | | Previous Balance | | $9,845.42 |

### Advances

| | | | | |
|---|---|---|---|---|
| 09/21/2011 | B400 | E107 | Delivery services/messengers First Legal Investigations Mike Arus, COO | 155.94 |
| 10/01/2011 | B400 | E106 | Online research West September | 25.69 |
| | | | Total Advances | 181.63 |
| | | | Total Current Work | 181.63 |

### Payments

| | | |
|---|---|---|
| 10/31/2011 | Thank you - Payment on account | -5,699.18 |
| 11/01/2011 | Thank you - Payment on account | -528.80 |
| | Total Payments | -6,227.98 |
| | Balance Due | $3,799.07 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 0.00 | 181.63 |
| B400 | Bankruptcy-Related Advice | 0.00 | 181.63 |


**Payments received after statement date will be applied to the next month's st**

**Please reference statement number(s) on your payment**

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | November 8, 2011 |
| Statement No. | 62357 |
| Account No. | 5130.0047 |
| Page: | 1 |

RE: US Bank

***Payments received after 11/08/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.***

| | | |
|---|---|---|
| Previous Balance | | $132,609.34 |

## *Fees*

| Date | Init | Task | Code | Description | Hours | |
|---|---|---|---|---|---|---|
| 10/03/2011 | | | | | | |
| | TAY | B400 | A103 | Conference with DKC regarding expert deadlines (.1). Review calendar/scheduling order to confirm same (.3). | 0.40 | 48.00 |
| | DKC | B400 | A104 | Attention to Motion to Substitute and deposition issues (.2). Emails regarding same (.1). | 0.30 | 115.50 |
| 10/04/2011 | | | | | | |
| | CGS | B400 | A103 | Conference with DKC regarding revisions to motion to substitute/declaration [.2]; make revisions [1.5]; email to group with revisions/drafts [.1]; review email from client and proposed changes to declaration [.2]. | 2.00 | 590.00 |
| 10/05/2011 | | | | | | |
| | CGS | B400 | A104 | Multiple correspondence with client regarding draft motion to substitute [.2]; revise/edit supporting declaration and motion [.5]; conference with DKC regarding deposition notices to US Bank and Johnstone [.1]. | 0.80 | 236.00 |
| 10/06/2011 | | | | | | |
| | CGS | B400 | A105 | Emails to/from client regarding draft motion to substitute [.1]; conference with DKC regarding filing same/notice of depositions [.1]; edit/revise notice of Rule 30(b)(6) deposition to U.S. Bank [.4]; | 0.60 | 177.00 |
| 10/07/2011 | | | | | | |
| | CGS | B400 | A105 | Conference with DKC regarding motion to | | |

Lehman Brothers Holdings, Inc.                       Statement Date: 11/08/2011
Account No.    5130.0047                        Statement No.    62357
RE: US Bank                                   Page No.      2

|  |  |  | | Hours | |
|---|---|---|---|---|---|
|  |  |  | substitute and supporting declaration [.5]; emails to/from client regarding same [.2]; finalize motion for filing [1.2]; conference with DKC regarding deposition notices [.1]; draft notice of motion and proposed order regarding substitution [.7]; review local rule and judge's standing orders for compliance with all procedural requirements [.4]; emails and calls to/from opposing counsel regarding scheduling depositions and hearings on motions [.4]. | 3.50 | 1,032.50 |
| TAY | B400 | A103 | Conference with team regarding Motion to Substitute (.2). Review Judge Pregerson's policies/procedures regarding filing and setting of Motion hearing (.2). Conference with team regarding same (.1). Finalize exhibits to Motion (.4). Finalize Motion, proposed Order, and Notice of Motion (.4). Electronically file and serve same upon US Bank via ECF (.3). Conference with CGS regarding calculation of response deadlines (Lehman MTS and US Bank MSJ) and calendar same (.2). | 1.80 | 216.00 |
| DKC | B400 | A103 | Attention to and work on Motion to Substitute and related issues (2.3). Attention to defendant's Motion for Summary Judgment and related issues (1.1). Work on deposition notices (.3). | 3.70 | 1,424.50 |
| 10/08/2011 | | | | | |
| CGS | B400 | A104 | Review/analyze US Bank's motion for summary judgment and supporting documents [1.0]; emails to/from opposing counsel regarding hearing date and notice issues [.1]; conference with DKC regarding US Bank's motion [.2]. | 1.30 | 383.50 |
| 10/10/2011 | | | | | |
| TAY | B400 | A105 | Conference with team regarding US Bank's Motion for Summary Judgment and email from opposing counsel regarding hearing date (.2). Review Motion for Summary Judgment and related filings (.2). Save to file and prepare working copies (NC). Calendar revised hearing date and response deadline (.1). | 0.50 | 60.00 |
| 10/11/2011 | | | | | |
| JRP | B400 | A104 | Review/analyze local rules regarding continuance of hearing (.8). Conference with CGS regarding case status and strategy for response to opposing party's Motion for Summary Judgment (.3). Draft Stipulation to Continue Hearing on Motion to Substitute Real Party in Interest (1.8). | 2.90 | 768.50 |

Lehman Brothers Holdings, Inc.                                    Statement Date: 11/08/2011
Account No.        5130.0047                                      Statement No.        62357
RE:  US Bank                                                      Page No.                 3

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| CGS | B400 | A105 | Conference with JRH regarding pending motions to substitute/summary judgment, briefing strategy, and stipulation to continue hearing date. | 0.30 | 88.50 |

**10/12/2011**

| JRP | B400 | A103 | Draft/revise stipulation to continue hearing on Motion to Substitute and send to DKC for his review (.4). Email correspondence with opposing counsel regarding stipulation and finalize stipulation for filing (.6). | 1.00 | 265.00 |
| DKC | B400 | A104 | Attention to Motion for Summary Judgment, Motion to Substitute, and briefing schedule regarding same, including stipulation with defendant (.3). Further review of pleadings and potential response/reply (.5) | 0.80 | 308.00 |

**10/13/2011**

| JRP | B400 | A110 | Manage data/files regarding loan ownership and conference with TAY regarding case background and status (.5). Communicate (in firm) with CGS regarding issues to research for response to opposing party's Motion for Summary Judgment (.3). Final revision of stipulation to continue hearing on Motion to Substitute and send to opposing counsel for her review (.2). Research regarding summary judgment and real party in interest issues and conference with DKC and CGS to discuss mechanics and strategy dealing with briefing schedule of Motion for Summary Judgment and Motion to Substitute (2.3). Call with client to discuss issues surrounding briefing schedule and timing of hearings on the parties respective motions, follow up conference with CGS and DKC regarding same (1.2). Work on Ex Parte Application to Continue Hearing on Motion for Summary Judgment (.6). | 5.10 | 1,351.50 |
| CGS | B400 | A105 | Conferences with JRH and DKC regarding response to US Bank's Motion for Summary Judgment/briefing schedule/stipulation [1.3]; review local rules and judge's standing orders to confirm motion to substitute conforms [.2]; review US Bank's Motion for Summary Judgment regarding whether stay of briefing is appropriate pending resolution of substitution motion [.1]; participate in call to opposing counsel regarding scheduling motions [.3]; research standing/real party in interest issues [.2]. | 2.10 | 619.50 |
| DKC | B400 | A101 | Attention to potential ex parte application to hold defendant's Motion for Summary Judgment is |  |  |

Lehman Brothers Holdings, Inc.
Account No.       5130.0047
RE: US Bank

Statement Date: 11/08/2011
Statement No.       62357
Page No.       4

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | abeyance pending ruling on our Motion to Substitute(1.1). Telephone conference with JRH and CGS regarding same and research (.5). Review defendant's filings (Motion for Summary Judgment) (.4). Attention to stipulation regarding extension (.3). Prepare for and telephone conference with opposing counsel regarding same and other issues, including postponement of depositions, experts, and settlement (.9). | 3.20 | 1,232.00 |
| 10/14/2011 |  |  |  |  |  |
| CGS | B400 | A102 | Research Article III standing/substitution issues [1.2]; conferences with JRH regarding ex parte application/standing issues [1.0]; participate in conference with client regarding same [.6].  Peer review/edit draft ex parte application [1.8]. | 4.60 | 1,357.00 |
| JRP | B400 | A103 | Draft/revise Ex Parte Application to Continue Hearing on opposing party's Motion for Summary Judgment (1.5). Conference with CGS and DKC regarding arguments relating to same (.5). Draft proposed order granting Ex Parte Application to Continue Hearing (.3). Conference call with clients and local counsel regarding case status and discussion following call with DKC and CGS regarding response strategy to Motion for Summary Judgment and Reply strategy to Motion to Substitute (1.5). | 3.80 | 1,007.00 |
| TAY | B400 | A105 | Conference with JRH regarding stipulation to continue hearing on Motion to Substitute (.1). Review and finalize stipulation and proposed order for filing (.2).  Electronically file and serve same upon opposing counsel via ECF (.1). Email copy of proposed order to Judge Pregerson's chambers (.1). | 0.50 | 60.00 |
| DKC | B400 | A105 | Conference with JRH and CGS and work on ex parte motion (.8). Prepare for and attend telephone conference with clients and co-counsel regarding same (.7). Further review of defendant's Motion for Summary Judgment and work on potential response arguments (.7). | 2.20 | 847.00 |
| 10/17/2011 |  |  |  |  |  |
| JRP | B400 | A105 | Communicate (in firm) with DKC and CGS regarding filing of Ex Parte Application and review local rules and judge's rule regarding same (.2). | 0.20 | 53.00 |
| CGS | B400 | A105 | Revise ex parte application for continuance of US Bank's Motion for Summary Judgment [.3]; conference with DKC regarding same [.1]; |  |  |

Lehman Brothers Holdings, Inc.

Account No.     5130.0047

RE: US Bank

Statement Date: 11/08/2011

Statement No.     62357

Page No.     5

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | coordinate/finalize application for filing [.4]. Conference with DKC and JRH regarding response to Motion for Summary Judgment [.2]. Research standing vs. real party in interest issue for response to Motion for Summary Judgment and in anticipation of reply brief in support of motion to substitute [2.2].  Review/analyze US Bank's Motion for Summary Judgment [.5]. | 3.70 | 1,091.50 |
| DKC | B400 | A103 | Revise ex parte application (.4). Follow up regarding filing/service and procedural issues (.2). | 0.60 | 231.00 |
| 10/18/2011 | | | | | |
| JRP | B400 | A104 | Review/analyze opposing party's response to Ex Parte Application (.3). | 0.30 | 79.50 |
| CGS | B400 | A103 | Work on response to Motion for Summary Judgment [5.6]; review/analyze US Bank's opposition to ex parte application [.3]; | 5.90 | 1,740.50 |
| 10/19/2011 | | | | | |
| JRP | B400 | A107 | Communicate (in firm) with CGS regarding response to Motion for Summary Judgment and further research projects regarding same (.6). | 0.60 | 159.00 |
| CGS | B400 | A103 | Multiple conferences with JRH and DKC regarding briefing strategy and ex parte application [.8]; call to court clerk regarding ex parte application [.1]; emails to/from opposing counsel regarding US Bank's defective Motion for Summary Judgment brief [.2]; work on response to Motion for Summary Judgment [5.5]. | 6.60 | 1,947.00 |
| 10/20/2011 | | | | | |
| JRP | B400 | A102 | Research regarding summary judgment issues of burden of production and burden of persuasion in 9th Circuit (.9). Research regarding measure of damages for fraud in the inducement claims (1.1). Conference with CGS regarding response to damages issue raised in Motion for Summary Judgment (1.1). Draft section relating to damages for Motion for Summary Judgment (1.2). Research regarding agent's authority to make credit bid on behalf of beneficial owner (.9). Draft section relating to authorized agent's ability to make credit bid on behalf of beneficial owner and research regarding scope of judicial notice (1.0). | 6.30 | 1,669.50 |
| CGS | B400 | A103 | Draft/edit/substantially revise response to US Bank's motion for summary judgement. | 6.20 | 1,829.00 |

Lehman Brothers Holdings, Inc.                                    Statement Date: 11/08/2011
Account No.       5130.0047                                       Statement No.       62357
RE: US Bank                                                       Page No.              6

Hours

**10/21/2011**

| | | | | Hours | |
|---|---|---|---|---|---|
| JRP | B400 | A104 | Review/analyze caselaw regarding judicial notice and provide case law to CGS (.5). Review opposing party's separate statement of uncontroverted facts and work on response to same (3.3). Draft declaration for DKC (.5). Communicate (in firm) with CGS regarding additional issues relating to separate statement of facts and language on summary judgment standard (.2). Research additional summary judgment standard case law and drraft language on standard for summary judgment (1.1). | 5.60 | 1,484.00 |
| SLC | B400 | A111 | Telephone calls to court clerk regarding status of ruling on ex parte application to continue hearing on defendant's motion for summary judgment; exchange e-mails with CGS regarding same. | 0.20 | 24.00 |
| DKC | B400 | A103 | Further work on response to defendant's Motion for Summary Judgment and related issues. | 0.80 | 308.00 |
| CGS | B400 | A103 | Draft/edit/substantially revise response to US Bank's motion for summary judgement. | 5.80 | 1,711.00 |

**10/24/2011**

| | | | | | |
|---|---|---|---|---|---|
| JRP | B400 | A104 | Review/analyze CGS' last draft of response to Motion for Summary Judgment (.2). Communicate (in firm) with CGS regarding draft of response to Motion for Summary Judgment and strategy for reply to motion to substitute, and email to team regarding same (.8). Review various filings from LBHI bankruptcy for entity information (.5). Review previous disclosures to confirm document production and brief review of opposition to Motion to Substitute (.5). | 2.00 | 530.00 |
| CGS | B400 | A103 | Edit/revise and finalize response to US Bank's Motion for Summary Judgment [2.5]; review/analyze US Bank's response to motion to substitute [.7]; emails to/from client regarding draft response brief [.4]. | 3.60 | 1,062.00 |
| DKC | B400 | A103 | Further work on response to defendant's Motion for Summary Judgment and related issues (1.7). Brief review of defendant's response to our Motion to Substitute (.4). Work on upcoming mediation and related issues (.6). | 2.70 | 1,039.50 |

**10/25/2011**

| | | | | | |
|---|---|---|---|---|---|
| JRP | B400 | A104 | Review/analyze response to Motion to Substitute (.4). Communicate (in firm) with CGS and DKC regarding strategy for reply to Motion to | | |

Lehman Brothers Holdings, Inc.
Account No.      5130.0047
RE: US Bank

Statement Date: 11/08/2011
Statement No.      62357
Page No.      7

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | Substitute, Attention to loan ownership issues, calling client regarding same; Emails to client regarding ownership issue; Email to opposing counsel regarding request to strike portions of response brief (2.3). Research regarding burden of proof on substitution motion (3.2). | 7.10 | 1,881.50 |
| TAY | B400 | A104 | Review filings from opposing counsel (regarding Motion to Substitute) and download to file (.3). Forward same to client (.1).  Conference with JRH regarding same/deadlines (.1). | 0.50 | 60.00 |
| CGS | B400 | A101 | Participate in conference call with client regarding discovery documents [.8]; work on reply brief in support of motion to substitute [1.8]; review/analyze standing cases cited by US Bank in response to substitution motion [2.3]; conferences with DKC and JRH regarding briefing strategy [.5]; emails to/from opposing counsel regarding exhibit and discovery issues/review and resolve same [1.0]. | 5.60 | 1,652.00 |
| DKC | B400 | A104 | Review defendant's opposition pleadings to our Motion to Substitute (.5). Conferences with JRP and CGS regarding same, arguments to be made, proof and evidentiary issues and work on same (2.2). Attention to document production issues and telephone conference with client regarding same (1.1). | 3.80 | 1,463.00 |
| SAF | B400 | A105 | Several conferences with JRH regarding Motion to Substitute and CGS (.8). | 0.80 | 264.00 |

10/26/2011

| | | | | | |
|---|---|---|---|---|---|
| JRP | B400 | A102 | Research various issues relating to burden of proof on substitution motion and factors constituting understandable mistake (3.5). Email to opposing counsel (.2). Create list of relevant factors to highlight with regard to "honest mistake" standard and excerpts of relevant case law (1.8) | 5.50 | 1,457.50 |
| TAY | B400 | A105 | Conference with CGS regarding declaration to Motion to Substitute (.2).  Draft Notice of Errata (.3). Call to CGS regarding same (.1) | 0.60 | 72.00 |
| CGS | B400 | A101 | Conference call with client and co-counsel regarding issues raised in US Bank's response to substitution [.8]; work on reply brief regarding substitution [3.8]; conference with JRH and SAF regarding brief strategy [1.0]; prepare notice of errata correcting declaration exhibit error and | | |

Lehman Brothers Holdings, Inc.                                          Statement Date: 11/08/2011
Account No.      5130.0047                                                   Statement No.        62357
RE: US Bank                                                                        Page No.            8

|       |      |      |                                                                 | Hours |          |
|-------|------|------|-----------------------------------------------------------------|-------|----------|
|       |      |      | corrected exhibit/coordinate filing of same [.6].               | 6.20  | 1,829.00 |
| SAF   | B400 | A103 | Discuss Reply on Motion to Substitute with JRH (.3). Exchange emails with local counsel regarding approach for Response to Objections to Grey Declaration. Review local rules (.3). Additional discussions with JRH on her research on 'honest mistake' and supplemental affidavit contents (.5). Discuss Reply issues with CGS (.5). Research for Motion to Substitute on relationship between Rule 17 and 21 and 15 (2.6). | 4.20 | 1,386.00 |
| DKC   | B400 | A103 | Attention to and work on Reply in Support of Motion to Substitute, including our authority to sue/pursue claims, evidentiary standards (Motion for Summary Judgment and Motion to Substitute) and objections, defeating "prejudice" argument by defendant, reasonableness of delays in case, and related issues (3.2). Prepare for and telephone conference with client and local counsel regarding same and potential impact on ancillary case(s) (.7). | 3.90 | 1,501.50 |

10/27/2011

|       |      |      |                                                                 | Hours |          |
|-------|------|------|-----------------------------------------------------------------|-------|----------|
| JRP   | B400 | A105 | Communicate (in firm) with DKC regarding facts regarding Lehman entities (.2). Draft fact section detailing relationships between Lehman entities (.8). Conference with SAF regarding showing necessary upon a motion to substitute (.5). Research regarding timing of objection to real party in interest (.5). Work on mediation statement (.4). | 2.40 | 636.00 |
| TAY   | B400 | A105 | Conference with team regarding Order bumping hearing on defendant's Motion for Summary Judgment (.2). Update calendars (.1).  Emails regarding status of hearing on Motion to Substitute (.2). | 0.50 | 60.00 |
| SAF   | B400 | A103 | Conference with JRP regarding 'honest mistake' standard and principles and other research for Reply on Motion to Substitute (.5).  Research and draft Response to Objections to Gray Declaration (2.2). Research and work on portion of Reply on Motion To Substitute on whether materials on such a motion must be admissible and statute of limitations and prejudice issues (2.8). | 5.50 | 1,815.00 |
| CGS   | B400 | A103 | Draft/substantially revise reply brief in support of motion to substitute [5.3]; review order granting ex parte application [.1]. | 5.40 | 1,593.00 |

| | | | | Statement Date: 11/08/2011 | |
|---|---|---|---|---|---|
| Lehman Brothers Holdings, Inc. | | | | | |
| Account No. | 5130.0047 | | | Statement No. | 62357 |
| RE: US Bank | | | | Page No. | 9 |

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| DKC | B400 | A104 | Attention to Court's continuance of hearing on plaintiff's Motion for Summary Judgment and related issues (.5). Work on reply in support of Motion for Summary Adjudication and related issues (.7). | 1.20 | 462.00 |

**10/28/2011**

| | | | | | |
|---|---|---|---|---|---|
| JRP | B400 | A103 | Draft mediation statement. | 0.90 | 238.50 |
| SAF | B400 | A103 | Finish researching and drafting portion of Reply Brief on Motion to Substitute concerning required level of evidence and standard of review, including several conversations with CGS regarding same (3.3). Continue researching and drafting portions of Reply Brief on 'honest mistake,' prejudice, and statute of limitations (3.5). | 6.80 | 2,244.00 |
| CGS | B400 | A103 | Draft/substantially revise reply brief in support of motion to substitute [5.3]; review/analyze US Bank's response to notice of errata [.2]. | 5.50 | 1,622.50 |

**10/29/2011**

| | | | | | |
|---|---|---|---|---|---|
| JRP | B400 | A103 | Draft mediation statement | 1.80 | 477.00 |

**10/30/2011**

| | | | | | |
|---|---|---|---|---|---|
| CGS | B400 | A103 | Draft/revise/substantially edit reply brief in support of motion to substitute [3.2]; research prejudice and relation back issues [1.2]; emails to/from client regarding same [.2]. | 4.60 | 1,357.00 |

**10/31/2011**

| | | | | | |
|---|---|---|---|---|---|
| JRP | B400 | A103 | Draft/revise mediation statement. | 3.30 | 874.50 |
| TAY | B400 | A104 | Review mediation documents/emails received from JAMS (.2). Request payment (NC) and update calendars with associated deadlines (.2). Emails to CGS regarding US Bank's objection to Notice of Errata (.2). Conferences with CGS regarding status of Response to US Bank's Objection of Heston Gray and Reply in Support of Motion to Substitute (.3). Prepare exhibits to Reply (.3). Draft TOC to Reply (.3). Finalize/format/convert for USDC filing (.3). Electronically file and serve Response and Reply upon opposing counsel via ECF (.4). | 2.20 | 264.00 |
| CGS | B400 | A103 | Multiple conferences with DKC and SAF regarding brief strategy/revisions [1.0]; substantially edit/revise reply brief [1.2]; finalize brief for filing (blue book, prepare tables of | | |

Lehman Brothers Holdings, Inc.
Account No.        5130.0047
RE: US Bank

Statement Date: 11/08/2011
Statement No.          62357
Page No.                    10

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | authority and contents, coordinate exhibits) [1.3]. Review/analyze US Bank's reply in support of summary judgment and evidentiary objections [.4]. | 3.90 | 1,150.50 |
| SAF | B400 | A103 | Review draft of Reply prepared by CGS (.4). Discussions with CGS and and DKC regarding strategy for same (.8). Work on revisions to draft Reply (3.5).  Revise Response to Objections to Gray Declaration (.9). | 5.60 | 1,848.00 |
| DKC | B400 | A103 | Further work on Reply in Support of Motion to Substitute and related issues (3.3). Attention to filings by defendant (.3). | 3.60 | 1,386.00 |
| | | | For Current Services Rendered | 183.90 | 54,740.00 |

### Expenses

| | | | | |
|---|---|---|---|---|
| 10/14/2011 | B400 | E105 | Telephone Conferencing Service Ready Talk | 5.50 |
| 10/31/2011 | B400 | E101 | Copying | 78.50 |
| | | | Total Expenses | 84.00 |

### Advances

| | | | | |
|---|---|---|---|---|
| 09/22/2011 | B400 | E123 | Court Reporters (DoKich) | 2,821.75 |
| 10/10/2011 | B400 | E107 | Delivery services/messengers First Legal Network, LLC | 326.75 |
| 10/28/2011 | B400 | E121 | Arbitrators/mediators JAMS | 2,175.00 |
| | | | Total Advances | 5,323.50 |
| | | | Total Current Work | 60,147.50 |

### Payments

| | | |
|---|---|---|
| 10/31/2011 | Thank you - Payment on account | -82,889.12 |
| 11/01/2011 | Thank you - Payment on account | -19,664.36 |
| | Total Payments | -102,553.48 |
| | Balance Due | $90,203.36 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 54740.00 | 5407.50 |
| B400 | Bankruptcy-Related Advice | 54,740.00 | 5,407.50 |

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | November 8, 2011 |
| Statement No. | 61933 |
| Account No. | 5130.0048 |
| | Page: 1 |

RE: Non-Correspondent Cases

***Payments received after 11/08/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.***

| | | | Previous Balance | | $56,526.82 |
|---|---|---|---|---|---|

### Fees

| | | | | Hours | |
|---|---|---|---|---|---|
| **10/03/2011** | | | | | |
| SLC | B400 | A111 | Compile and send Florida appraiser demand letters. | 1.50 | 75.00 |
| SAF | B400 | A108 | Phone conference with DKC and principal of Wembley's regarding facts of loss (.3). Review file and retrieve documents showing undisclosed loans (1). Email DKC regarding same (.3). | 1.60 | 240.00 |
| DKC | B400 | A108 | Wembleys: Prepare for and telephone conference with prospective defendant regarding claims, defenses, and potential settlement (.4). Follow up regarding requested information from defendant (.2). | 0.60 | 90.00 |
| **10/04/2011** | | | | | |
| DKC | B400 | A104 | Wembleys: Follow up regarding liability and damages in preparation for emails and/or call to potential defendant. | 0.30 | 45.00 |
| **10/05/2011** | | | | | |
| LMM | B400 | A105 | Meeting with SAF to evaluate certain appraiser files. | 0.80 | 120.00 |
| LMM | B400 | A103 | Continue to draft demand appraiser letters. | 0.50 | 75.00 |
| SAF | B400 | A104 | Work on broker demand letters (including viability analysis of California companies at same time as drafting demand letters) (4.8). Discuss appraiser demand letter issues with LMM (.8). | 5.60 | 840.00 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0048
RE: Non-Correspondent Cases

Statement Date: 11/08/2011
Statement No.        61933
Page No.        2

| | | | | Hours | |
|---|---|---|---|---|---|
| SLC | B400 | A101 | Schedule team meeting (NC); Send out Florida appraiser demand letters (1.1). | 1.10 | 55.00 |
| **10/06/2011** | | | | | |
| LMM | B400 | A103 | Continue to draft demand appraiser letters. | 1.60 | 240.00 |
| DM | B400 | A111 | Assist with mailing regarding demand letters to appraisers. | 2.50 | 125.00 |
| SAF | B400 | A104 | Work on viability analysis of Colorado brokers (1). Receive and review voice message memo from New World Mortgage Agent (.1). Prepare chart for SLC or DM use in sending latest demand letters to appraisers (.4). Review fileshare to obtain information for missing appraisers (.8). Exchange emails with client regarding status of demand letters and obtaining new appraiser information (.3). Discussion with DM on sending appraiser letters (.3). Work on drafting California broker demand letters. (7.3). | 10.20 | 1,530.00 |
| SLC | B400 | A111 | Send out appraiser demand letters. | 1.00 | 50.00 |
| **10/07/2011** | | | | | |
| DM | B400 | A111 | Assist with mailings regarding demand letters to appraisers. | 2.75 | 137.50 |
| LMM | B400 | A105 | Meeting with SAF regarding Broker letter instructions. | 0.70 | 105.00 |
| SAF | B400 | A104 | Work on California Broker demand letters (1.4). Review Broker demand letter status chart and determine files for LMM to work on (.3). Meeting with LMM to instruct her on drafting demands to brokers (.7). Receive client email and respond to same regarding appraisers against whom claims are not being made including review of status chart to respond to same (.3). Prepare list of California brokers demand letters for SLC to send and meeting with her regarding same (.6). | 3.30 | 495.00 |
| SLC | B400 | A111 | Send out broker demand letters. | 0.80 | 40.00 |
| **10/09/2011** | | | | | |
| SAF | B400 | A103 | Finish drafting phase one demand letters to California Brokers (5.4). Work on chart of Colorado Broker claims (1.2). | 6.60 | 990.00 |
| **10/10/2011** | | | | | |
| DM | B400 | A111 | Assist with mailings regarding broker demand letters. | 3.75 | 187.50 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0048
RE: Non-Correspondent Cases

Statement Date: 11/08/2011
Statement No.        61933
Page No.        3

| | | | | Hours | |
|---|---|---|---|---|---|
| SAF | B400 | A104 | Discuss status of broker letters with SLC (.2). Prepare list of new demand letters to go (.5). Discuss same with DM (.1). Call From John at Mason McDuffy (.2). Call from Helen Wong (.2). Draft several Illinois-broker demand letters (4.5). Work on Colorado demand letters (.5). | 5.90 | 885.00 |
| SLC | B400 | A111 | Research possible conflicts with respect to individuals associated with brokerage companies (1.0); send out additional demand letters (2.3). | 3.30 | 165.00 |

10/11/2011

| | | | | | |
|---|---|---|---|---|---|
| DM | B400 | A111 | Assist with mailings regarding broker demand letters. | 2.50 | 125.00 |
| SLC | B400 | A111 | Work on conflict checks for individuals associated with particular companies (1.3); meet with SAF regarding same (.2). | 1.50 | 75.00 |
| SAF | B400 | A103 | Finish drafting Illinois demand letters (3.4). Receive and briefly review updated appraiser claim chart from client (.4). Address sending final IL letters with DM (.3). | 4.10 | 615.00 |
| DKC | B400 | A104 | Summarize developments in various broker and appraiser cases (.7). Prepare for upcoming conference with client (.4). | 1.10 | 165.00 |

10/12/2011

| | | | | | |
|---|---|---|---|---|---|
| LMM | B400 | A103 | Work on Broker Demand Letters. | 3.30 | 495.00 |
| JRP | B400 | A105 | Communicate (in firm) with SAF regarding updating appraiser status chart in preparation for meeting with client (.4). Update same (1.9). Appear for/attend client meeting regarding status of appraiser and broker claims and steps going forward (2.4). | 4.70 | 705.00 |
| SLC | B400 | A111 | Work on clearing individual conflicts arising from potential business conflicts (.8) ; create chart pertaining to same (1.6); exchange e-mails and meet with SAF regarding same (.1). | 2.50 | n/c |
| SAF | B400 | A106 | Discuss Colorado broker demand letters with LMM (.3). Discuss preparation for client status meeting with JRH (.4). Review and modify appraiser claim status charts prepared by JRH for status meeting (.3). Finish updating and preparing broker demand letter status chart (2.5). Travel to and attend meeting with client and JRH on status (2.4). | 5.90 | 885.00 |

Lehman Brothers Holdings, Inc.                           Statement Date: 11/08/2011
Account No.        5130.0048                                   Statement No.        61933
RE: Non-Correspondent Cases                                      Page No.              4

| | | | | Hours | |
|---|---|---|---|---|---|
| DKC | B400 | A101 | Assist JRH and SF with upcoming conference with client regarding overall status of claim pursuit. | 0.80 | 120.00 |

**10/13/2011**

| | | | | | |
|---|---|---|---|---|---|
| JRP | B400 | A105 | Communicate (in firm) with SAF regarding follow up from meeting and plan going forward (.2). Work on appraiser viability study of batch 2 appraiser claims (1.2). | 1.40 | 210.00 |
| LMM | B400 | A103 | Continue to draft broker letters (3.4). | 3.40 | 510.00 |
| SAF | B400 | A104 | Discuss 2nd batch of appraiser claims with JRH (.2). Telephone call from Helen Wong regarding demand and exchange emails with her (.3). Exchange emails with LMM regarding missing information in Colorado appraiser chart and demand letters (.3). Work on update of responses from brokers chart (1.2). | 2.00 | 300.00 |

**10/14/2011**

| | | | | | |
|---|---|---|---|---|---|
| JRP | B400 | A103 | Continue to work on viability study of second phase of appraiser cases. | 3.30 | 495.00 |
| DKC | B400 | A104 | Attention to developments in several new matters (Diamond, Pope, Square One, Owen) and next steps. | 0.50 | 75.00 |
| SAF | B400 | A104 | Compile record of various emails and faxes sent in response to broker and appraiser demand letters. | 1.70 | 255.00 |

**10/17/2011**

| | | | | | |
|---|---|---|---|---|---|
| JRP | B400 | A102 | Research viability of phase two appraisers (2.7). Communicate (in firm) with SAF and DKC regarding approach to responding to appraiser calls (.3). | 3.00 | 450.00 |
| DKC | B400 | A104 | Attention to various new communications from prospective defendants and next steps regarding same (.6). Attention to press inquiry and response to same, including call with LBHI spokesperson and reporter (.3). | 0.90 | 135.00 |
| SAF | B400 | A105 | Conference with DKC regarding approach for responding on appraiser claims (.3). Conference with DKC and JRH regarding same (.3). Review letters from appraisers received thus far (.5). | 1.10 | 165.00 |

**10/19/2011**

| | | | | | |
|---|---|---|---|---|---|
| JRP | B400 | A107 | Communicate (other outside counsel) for appraiser Zack Wilcox; Left message to call back. | | |

Lehman Brothers Holdings, Inc.
Account No.      5130.0048
RE: Non-Correspondent Cases

Statement Date: 11/08/2011
Statement No.       61933
Page No.            5

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | Call to attorney for appraiser Larry Alexander; Left message to call back; Update spreadsheet accordingly (.5). Work on viability analysis of phase 2 appraisers (3.1). Communicate (with client) regarding several questions relating to broker claims and check into same (.2). | 3.80 | 570.00 |
| SLC | B400 | A111 | Organize responses to demand letters. | 0.30 | n/c |
| 10/20/2011 | | | | | |
| JRP | B400 | A104 | Review/analyze claim summary for Zack Wilcox appraisals and return call from his bankruptcy counsel. Left message to call back (.2). | 0.20 | n/c |
| TAY | B400 | A108 | Calls from appraiser (Wilcox) regarding letter (.1). Conference with JRH regarding same (.1). | 0.20 | n/c |
| 10/21/2011 | | | | | |
| JRP | B400 | A105 | Communicate (in firm) with SAF regarding approach for evaluation and communication with appraisers for purposes of lawsuits/settlement of same. Multiple calls to appraisers regarding valuation claims (1.0). | 1.00 | 150.00 |
| SAF | B400 | A107 | Discussion with JRH regarding communications with appraisers, including several phone conferences to appraisers and/or their counsel (1). Review appraiser claim status chart (.3). | 1.30 | 195.00 |
| 10/23/2011 | | | | | |
| JRP | B400 | A103 | Draft/revise appraiser demand letters for second phase of appraisers. | 1.40 | 210.00 |
| 10/24/2011 | | | | | |
| JRP | B400 | A103 | Draft/revise demand letters to appraisers for second phase of appraisers (5.2). Conference with SAF regarding statute of limitations issues and call to attorney Richard Berwanger on appraiser case (.4). Call from bankruptcy attorney, Kevin Heupel representing appraiser Zack Wilcox (.2). | 5.80 | 870.00 |
| LMM | B400 | A103 | Continue to draft broker letters. | 1.40 | 210.00 |
| TAY | B400 | A108 | Calls from appraiser (Wilcox) regarding letter (.1). Conference with JRH regarding same (.1). | 0.20 | n/c |
| SAF | B400 | A107 | Phone conference with attorney for appraiser Johnson with JRP and discussion with her following call regarding statutes of limitations issues (.4). Participate with JRP in phone conference with Zach Wilcox's attorney (.2). | | |

Lehman Brothers Holdings, Inc.                           Statement Date: 11/08/2011
Account No.        5130.0048                                Statement No.       61933
RE: Non-Correspondent Cases                                     Page No.           6

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | Review spreadsheets to begin planning non-phase one demand letters to brokers (1.2). Email to client regarding same (.2). | 2.00 | 300.00 |
| **10/26/2011** | | | | | |
| JRP | B400 | A110 | Manage data/files and create conflict checks for phase two appraiser cases. | 0.50 | 75.00 |
| MMO | B400 | A105 | Communicate (in firm) with SAF about project. | 1.00 | n/c |
| SAF | B400 | A105 | Receive voice message from claims adjuster for Lois Snell and Gold Coast (.1). Discuss broker demand letters with MMO (1). Finish revising comprehensive claim spreadsheet and send to LMM and MMO and prepare form for secretary of state searches for their use (1.3).  Review Gold Coast contract and claim information notes (.6). Discuss same with DKC (.3).  Detailed email to client regarding same (.3). Discuss appraiser bankruptcy issues with RGG (.5). | 4.10 | 615.00 |
| DKC | B400 | A104 | Attention to strength of certain claims and merits/collectability, particularly Gold Coast, as well as loan status/damages (.4). Follow up regarding other prospective defendants (.2). | 0.60 | 90.00 |
| **10/27/2011** | | | | | |
| JRP | B400 | A105 | Communicate (in firm) with SAF regarding plan for sending remaining broker letters and appraiser letters (.3). Complete phase two appraiser letters (.2). Review and revise Colorado broker letters drafted by LMM and communicate (in firm) with Dianna Matsuta regarding sending and tracking letters (3.2). | 3.70 | 555.00 |
| LMM | B400 | A103 | Continue to draft broker letters  (2.3). | 2.30 | 345.00 |
| DM | B400 | A111 | Assist with mailing regarding broker demand letters | 0.50 | 25.00 |
| SAF | B400 | A105 | Conference with JRH regarding appraiser letter issues. | 0.30 | n/c |
| **10/28/2011** | | | | | |
| DM | B400 | A111 | Assist with mailings regarding broker demand letters. | 3.50 | 175.00 |
| LMM | B400 | A103 | Continue to draft broker letters. | 3.20 | 480.00 |
| MMO | B400 | A103 | Draft/revise letters to brokers (1.8); confer with SAF about letters to brokers (.3). | 2.10 | 315.00 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0048
RE: Non-Correspondent Cases

Statement Date: 11/08/2011
Statement No.        61933
Page No.        7

| | | | | Hours | |
|---|---|---|---|---|---|
| JRP | B400 | A104 | Review/analyze letters received from attorneys for appraisers and insurance companies and create task list for next steps. | 1.20 | 180.00 |
| SLC | B400 | A111 | Run conflicts checks on additional appraisers (inside and outside of Colorado). | 0.90 | n/c |
| SAF | B400 | A108 | Phone call from Ms. Sullivan at Approval First Loans regarding demand to her (.2). Receive and review additional broker response faxes (.3). Conference with MMO regarding broker letters (.3). | 0.80 | 120.00 |

**10/29/2011**

| | | | | | |
|---|---|---|---|---|---|
| SAF | B400 | A103 | Work on phase 2 demand letters to brokers. | 4.50 | 675.00 |

**10/30/2011**

| | | | | | |
|---|---|---|---|---|---|
| SAF | B400 | A104 | Being working on comprehensive status report of broker responses based on review of emails and faxes received and letters returned. | 2.50 | 375.00 |

**10/31/2011**

| | | | | | |
|---|---|---|---|---|---|
| LMM | B400 | A103 | Continue to draft broker letters (.9); Exchange emails with S. Fermelia and M. Ongert regarding Texas brokers (.1). | 1.00 | 150.00 |
| JRP | B400 | A105 | Communicate (in firm) with SAF and SLC regarding mailing of second phase appraiser letters. | 0.30 | n/c |
| MMO | B400 | A103 | Draft/revise letters to brokers (1.1); communicate (in firm) with SAF regarding letters to brokers (.2). | 1.30 | 195.00 |
| SLC | B400 | A105 | Office conference with JRP regarding next batch of demand letters. | 0.20 | n/c |
| SAF | B400 | A105 | Discuss status of appraiser letters with JRP (.3). Exchange emails with MGO and LMM regarding status of broker letters (.3).  Work on status report (.5). | 1.10 | 165.00 |
| DKC | B400 | A104 | Attention to status of various non-correspondent matters and otherwise prepare for upcoming meeting with client. | 1.70 | 255.00 |
| | | | For Current Services Rendered | 146.90 | 19,565.00 |
| | | | Total Non-billable Hours | 6.10 | |

Expenses

| | | | | | |
|---|---|---|---|---|---|
| 10/31/2011 | B400 | E108 | Postage | | 14.52 |
| | | | Total Expenses | | 14.52 |

Lehman Brothers Holdings, Inc.                     Statement Date: 11/08/2011
Account No.        5130.0048                            Statement No.        61933
RE:  Non-Correspondent Cases                            Page No.              8

Total Current Work                                    19,579.52

### Payments

| 10/31/2011 | Thank you - Payment on account | -20,374.56 |
| 11/01/2011 | Thank you - Payment on account | -9,615.37 |
| | Total Payments | -29,989.93 |
| | Balance Due | $46,116.41 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 19565.00 | 14.52 |
| B400 | Bankruptcy-Related Advice | 19,565.00 | 14.52 |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

Statement Date:   November 8, 2011
Statement No.          61934
Account No.      5130.0049
Page:  1

RE: Freedom II

***Payments received after 11/08/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>***

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | Previous Balance | | $375.50 |
| | | | *Fees* | | |
| **10/05/2011** | | | | | |
| DKC | B400 | A104 | Attention to filing of new suit and related issues. | 0.30 | 115.50 |
| **10/20/2011** | | | | | |
| CPC | B400 | A104 | Review/analyze claims/loans for complaint, including loan specific documents and client relations file (1.0).  Draft complaint. (.2) | 1.20 | 318.00 |
| **10/21/2011** | | | | | |
| CPC | B400 | A106 | Communicate (with client) regarding loans. (.1). Draft exhibit to complaint (.2).  Review/analyze claims. (.2). | 0.50 | 132.50 |
| **10/28/2011** | | | | | |
| CPC | B400 | A105 | Communicate (in firm) with DKC regarding status. | 0.10 | 26.50 |
| DKC | B400 | A101 | Prepare for and telephone conference with client regarding status and next steps (.4). Follow up work regarding same (.2). | 0.60 | 231.00 |
| **10/31/2011** | | | | | |
| CPC | B400 | A103 | Draft/revise complaint. (.5)  Email correspondence with client. (.3).  Review damages documents and QC files. (.2). | 1.00 | 265.00 |
| | | | For Current Services Rendered | 3.70 | 1,088.50 |
| | | | Total Current Work | | 1,088.50 |
| | | | Balance Due | | $1,464.00 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0049
RE: Freedom II

Statement Date: 11/08/2011
Statement No.      61934
Page No.      2

### Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 1088.50 | 0.00 |
| B400 | Bankruptcy-Related Advice | 1,088.50 | 0.00 |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# EXHIBIT D

Detail of Time and Expense

(November 1, 2011 through November 30, 2011)

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

*(303)333-9810*

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

Statement Date:  December 15, 2011
Statement No.              63293
Account No.        5130.0001
Page:   1

RE: PMAC Lending Services, INC

***Payments received after 12/15/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>***

| | | | | Hours | |
|---|---|---|---|---|---|
| Previous Balance | | | | | $599.81 |
| | | | **Fees** | | |
| **11/04/2011** | | | | | |
| SLC | B400 | A110 | Send default notice to opposing counsel via Federal Express. | 0.20 | 24.00 |
| DKC | B400 | A106 | Emails regarding defendant's payment default (.1). Prepare and send notice of default (.2). Emails regarding same (.1). | 0.40 | 154.00 |
| **11/07/2011** | | | | | |
| DKC | B400 | A104 | Attention to defendant's payment (partial) (.1). Review documents and email opposing counsel regarding notice fee and related issues (.1). Further emails regarding same (.1). | 0.30 | 115.50 |
| | | | For Current Services Rendered | 0.90 | 293.50 |
| | | | **Advances** | | |
| 11/04/2011 | B400 | E107 | Delivery services/messengers Federal Express | | 22.33 |
| | | | Total Advances | | 22.33 |
| | | | Total Current Work | | 315.83 |
| | | | Balance Due | | $915.64 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 293.50 | 22.33 |
| B400 | Bankruptcy-Related Advice | 293.50 | 22.33 |

Lehman Brothers Holdings, Inc                        Statement Date: 12/15/2011
Account No.        5130.0001                          Statement No.        63293
RE:  PMAC Lending Services, INC                              Page No.               2

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

Statement Date:  December 15, 2011
Statement No.                  63294
Account No.              5130.0005
Page:    1

RE:  EquiPoint Financial Network, Inc

**Payments received after 12/15/2011 are _not_ included on this statement.**

**_PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT._**

Previous Balance                                                                        $44.28

Balance Due                                                                            $44.28

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | December 15, 2011 |
| Statement No. | 63295 |
| Account No. | 5130.0007 |
| Page: | 1 |

RE: Metrostate

*Payments received after 12/15/2011 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>*

Previous Balance                                                                $136.18

Balance Due                                                                      $136.18

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810


Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

Statement Date:  December 15, 2011
Statement No.                 63296
Account No.            5130.0012
Page:   1


RE: Nationwide Equities

***Payments received after 12/15/2011 are <u>not</u> included on this statement.***

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**


| | | | | Hours | |
|---|---|---|---|---|---|
| | | | Previous Balance | | $2,928.28 |
| | | | **Fees** | | |
| 11/04/2011 | | | | | |
| DKC | B400 | A106 | Emails regarding defendants default (.1). Draft Notice of Default (.1). Arrange for delivery and email to opposing counsel regarding same (.1). Follow up emails regarding potential payment (.1). | 0.40 | 154.00 |
| 11/09/2011 | | | | | |
| DKC | B400 | A104 | Follow up emails regarding status of executed of side letter (regarding disbursement of settlement funds). | 0.20 | 77.00 |
| | | | For Current Services Rendered | 0.60 | 231.00 |
| | | | **Advances** | | |
| 11/01/2011 | B400 | E107 | Delivery services/messengers Denver Boulder Couriers service date 8-10-11 | | 4.00 |
| | | | Total Advances | | 4.00 |
| | | | Total Current Work | | 235.00 |
| | | | **Payments** | | |
| 12/06/2011 | | | Thank you - Payment on account | | -154.00 |
| | | | Balance Due | | $3,009.28 |

Lehman Brothers Holdings, Inc
Account No.        5130.0012
RE: Nationwide Equities

Statement Date: 12/15/2011
Statement No.        63296
Page No.        2

## Task Code Recapitulation

|  |  |  | Fees | Expenses |
|---|---|---|---|---|
| B400 | Bankruptcy-Related Advice | | 231.00 | 4.00 |
| B400 | Bankruptcy-Related Advice | | 231.00 | 4.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

Statement Date:   December 15, 2011
Statement No.                    63297
Account No.              5130.0018
Page:   1

RE: Freedom Mortgage

*Payments received after 12/15/2011 are <u>not</u> included on this statement.*

<u>*PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT*</u>.

| | |
|---|---|
| Previous Balance | $198.28 |
| Balance Due | $198.28 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | December 15, 2011 |
| Statement No. | 63298 |
| Account No. | 5130.0022 |
| Page: | 1 |

RE: PMC Bancorp

**Payments received after 12/15/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

Previous Balance                                                                $80,808.65

### Fees

| | | | | Hours | |
|---|---|---|---|---|---|
| **11/01/2011** | | | | | |
| CPC | B400 | A104 | Review/analyze deeds of trust on Lemon loan. | 0.30 | 79.50 |
| TAY | B400 | A102 | Conduct internet research on borrower (husband (Kim) of deceased borrower An) (.3).  Review results of search (.3).  Emails to/from CPC regarding same and next steps (.2).  Review Deposition Notice received from opposing counsel (Michael Jon Gray, CPA (Ramsey)) and update calendars (.2). | 1.10 | 132.00 |
| **11/02/2011** | | | | | |
| CPC | B400 | A105 | Communicate (in firm) with TAY regarding Lemon deed of trust and An loan. | 0.10 | 26.50 |
| **11/03/2011** | | | | | |
| JRP | B400 | A106 | Communicate (with client) regarding case status (.2). Communicate (in firm) with CPC and DKC regarding motion to strike, motion for summary judgment and overall case status (.3). | 0.50 | 132.50 |
| CPC | B400 | A106 | Communicate (with client) regarding status meeting and meet with JRH and DKC regarding strategy with regard to defendant's expert disclosure. (.2).  Review Lexis report run on An and analyze in conjunction with LBHI information on loan she had guaranteed. (.3). | 1.00 | 265.00 |
| **11/04/2011** | | | | | |
| CPC | B400 | A108 | Communicate (other external) with Sahean Bank regarding An loan. | 0.20 | 53.00 |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE:  PMC Bancorp

Statement Date: 12/15/2011
Statement No.         63298
Page No.               2

| | | | | Hours | |
|---|---|---|---|---|---|
| MJG | B400 | A105 | Communicate (in firm) with DKC and SAF regarding expert disclosure issue and status of litigation for motion to strike. | 0.30 | 87.00 |
| MJG | B400 | A104 | Review/analyze claims in the case and relevancy of expert opinions for motion to strike. | 0.30 | 87.00 |
| MJG | B400 | A102 | Research case law in California and Ninth Circuit related to deadlines and sufficiency of expert endorsements for motion to strike. | 1.50 | 435.00 |
| SAF | B400 | A105 | Discuss expert disclosure and summary judgment with DKC (.2).  Discussion with DKC and MGG regarding same (.2). | 0.40 | 132.00 |

11/06/2011

| | | | | | |
|---|---|---|---|---|---|
| SAF | B400 | A104 | Work on Motion for Summary Judgment. | 2.40 | 792.00 |

11/07/2011

| | | | | | |
|---|---|---|---|---|---|
| MJG | B400 | A102 | Research local rules and interpretations as well as application of disclosure deadlines in the Central District of California for possible motion to strike expert. | 2.40 | 696.00 |
| MJG | B400 | A105 | Communicate (in firm) with DKC regarding local rule requirements and motion to strike expert. | 0.40 | 116.00 |
| MJG | B400 | A103 | Prepare draft conferral letter regarding expert disclosure and analyze comments thereto. | 1.60 | 464.00 |
| MJG | B400 | A104 | Review/analyze case history and rulings for motion to strike expert witness. | 1.20 | 348.00 |
| DKC | B400 | A104 | Attention to discovery dispute (defective expert disclosures by defendant) (.6). Work on letter to opposing counsel regarding same (.3). Telephone conference with opposing counsel regarding settlement meeting (.2). Telephone conference with client regarding same (.2). | 1.30 | 500.50 |
| SAF | B400 | A104 | Discussion with MGG regarding motion to strike experts (.4).  Review and revise conferral letter drafted by MGG on expert issue (.5).  Work on MSJ (4.6). | 5.50 | 1,815.00 |

11/08/2011

| | | | | | |
|---|---|---|---|---|---|
| CPC | B400 | A105 | Communicate (in firm) with DKC regarding disclosure of Fannie representative as it relates to proof of damages on claims for which client indemnified Fannie. (.2).  Phone call to Dr. Nguyen regarding deposition. (.2). | 0.40 | 106.00 |

Lehman Brothers Holdings, Inc
Account No.      5130.0022
RE: PMC Bancorp

Statement Date: 12/15/2011
Statement No.        63298
Page No.                3

| | | | | Hours | |
|---|---|---|---|---|---|
| MJG | B400 | A102 | Research standards for court's gatekeeping function for experts following Kumho Tires and new cases. | 2.60 | 754.00 |
| MJG | B400 | A104 | Review/analyze agreements with defendants, basis for repurchase demands, and guidelines materials in preparation for motion to strike defense expert on underwriting. | 2.20 | 638.00 |
| TAY | B400 | A105 | Conference with CPC regarding upcoming depositions (Wells Fargo and Ramsey's CPA). | 0.20 | 24.00 |
| SAF | B400 | A104 | Discuss approach for proving damages with CGS (.3).  Review briefing and Minute Order on MSJ on indemnity agreement loans (1.2). | 1.50 | 495.00 |
| DKC | B400 | A107 | Emails with opposing counsel and client regarding upcoming settlement meeting. | 0.20 | 77.00 |
| **11/09/2011** | | | | | |
| TAY | B400 | A105 | Conference with CPC regarding status of upcoming deposition of Magic Hand Denta (.2)l. Draft/finalize Notice of Deposition, Subpoena, Exhibit, and Waiver of Service for same (.4). | 0.60 | 72.00 |
| MJG | B400 | A104 | Review/analyze Seller's Guides for all loans for motion to strike and basis for future motion for summary judgment. | 3.30 | 957.00 |
| TAY | B400 | A105 | Emails to/from CPC regarding status of response from Saehan Bank (An/Kim) following research evidencing mortgage and UCC lien by Saehan. | 0.20 | 24.00 |
| **11/10/2011** | | | | | |
| MJG | B400 | A103 | Draft Motion to Strike background and general argument regarding timeliness and substance of disclosure. | 3.10 | 899.00 |
| SAF | B400 | A104 | Work of affidavit for expert for use with summary judgment motion. | 1.60 | 528.00 |
| **11/11/2011** | | | | | |
| SAF | B400 | A106 | Email to Akell regarding updated damages spreadsheet. | 0.20 | 66.00 |
| **11/14/2011** | | | | | |
| JRP | B400 | A105 | Communicate (in firm) with DKC regarding content of Settlement Statement (.2). Communicate (other outside counsel) with opposing counsel regarding meet and confer | | |

Lehman Brothers Holdings, Inc                                    Statement Date: 12/15/2011
Account No.        5130.0022                                      Statement No.        63298
RE:  PMC Bancorp                                                 Page No.              4

|  |  |  | | Hours | |
|---|---|---|---|---|---|
|  |  |  | pursuant to Local Rules (.2). | 0.40 | 106.00 |
| CPC | B400 | A104 | Review/analyze subpoena and waiver for Dr. Nguyen's deposition regarding the Perez loan. | 0.20 | 53.00 |
| TAY | B400 | A105 | Emails to/from CPC regarding upcoming deposition (Magic Hand Dental) (.2). Revise subpoena and deposition notice (.2). Update waiver of service (.1). | 0.50 | 60.00 |
| SAF | B400 | A104 | Work on Motion For Summary Judgment, with attention to facts of loss (1.8). | 1.80 | 594.00 |
| DKC | B400 | A104 | Attention to status of expert disclosure dispute and email to opposing counsel regarding same (.2). Emails regarding upcoming settlement meeting (.2). Telephone conference with opposing counsel (Kim) and email client regarding same (.3). | 0.70 | 269.50 |
| 11/15/2011 |  |  |  |  |  |
| CPC | B400 | A104 | Review/analyze Nguyen deposition subpoena and waiver (.3).  Draft letter to Dr. Nguyen. (.1). Communicate in firm with team regarding status. (.3). | 0.70 | 185.50 |
| TAY | B400 | A105 | Conference with DKC regarding upcoming meeting with clients and PMC's principal (Cafcalas) (.1). Calls to/from PMC counsel (Daniel Kim) regarding scheduling issues/attendees (.3).  Email team regarding same (.1).  Conference with CPC regarding discovery/disclosure issues (.2). | 0.70 | 84.00 |
| JRP | B400 | A105 | Communicate (in firm) with DKC, SAF, CGS, and CPC regarding case status and next steps. | 0.30 | 79.50 |
| SAF | B400 | A104 | Work on Motion for summary judgment, including detailed evaluation of recent orders on summary judgment cases from other California districts and materials filed therewith. | 1.50 | 495.00 |
| DKC | B400 | A104 | Attention to upcoming settlement meeting and related issues, including damages. | 0.40 | 154.00 |
| 11/16/2011 |  |  |  |  |  |
| JRP | B400 | A103 | Draft/revise Settlement Conference Statement (2.6). Communicate (in firm) with SAF regarding Motion for Summary Judgment (.2). | 2.80 | 742.00 |
| SAF | B400 | A103 | Work on Motion for Summary Judgment, including analysis of origination appraisal and |  |  |

Lehman Brothers Holdings, Inc
Account No.      5130.0022
RE: PMC Bancorp

Statement Date: 12/15/2011
Statement No.            63298
Page No.                        5

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | review appraisal and finish drafting Declaration of appraiser expert and Baker Declaration (4.4). | 4.40 | 1,452.00 |
| 11/17/2011 | | | | | |
| JRP | B400 | A103 | Draft/revise settlement conference statement and give to DKC and CPC to review (.5). | 0.50 | 132.50 |
| CPC | B400 | A105 | Phone calls and emails with Saehan Bank regarding documents relating to borrower An (.6). Email correspondence to appraiser Rodriquez on Burks loan regarding declaration for his motion for summary judgment. (.7). Review and revise settlement conference statement with regard to liability issues. (.8) | 2.10 | 556.50 |
| SAF | B400 | A105 | Work on MSJ, including conferences with JRH, CGS, and CPS regarding proof on facts of loss on certain loans and status of borrower contacts. | 0.80 | 264.00 |
| DKC | B400 | A101 | Prepare for and attend conference with clients (Drosdick and Baker), opposing counsel, and PMC principal (2.5). Communicate (with client) Conference with client regarding settlement status and needed information for potential offer (.2). Follow up regarding Motion to Strike Expert and related issues (.2). Attention to BOA request for cooperation (.2). | 3.10 | 1,193.50 |
| 11/18/2011 | | | | | |
| JRP | B400 | A107 | Communicate (other outside counsel) for BOA in a case where BOA is suing opposing party regarding status of respective cases (.5). | 0.50 | 132.50 |
| MJG | B400 | A105 | Communicate (in firm) with DKC regarding motion to strike expert and status, including arguments and timing (.4); supplement draft motion to strike (.5). | 0.90 | 261.00 |
| 11/21/2011 | | | | | |
| CPC | B400 | A108 | Communicate (other external) with borrower Estrella Barroga regarding errata sheet. | 0.10 | 26.50 |
| JRP | B400 | A103 | Draft/revise Confidential Settlement Statement and conference with TAY regarding deadline and logistics for sending to court. | 0.60 | 159.00 |
| TAY | B400 | A105 | Multiple conferences with/emails to/from team regarding settlement conference issues (statement, confidential addendum, etc.) (.4). Telephone conference with Magistrate Hillman's clerk regarding same (.2). Run fee/cost reports to be included in settlement conference | | |

Lehman Brothers Holdings, Inc
Account No.     5130.0022
RE: PMC Bancorp

Statement Date: 12/15/2011
Statement No.        63298
Page No.             6

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | statement (.2). Review and finalize statement and addendum (.2). Send copies of statement and confidential addendum to Magistrate Hillman (.2). Electronically serve settlement statement upon opposing counsel via email (.1). | 1.30 | 156.00 |
| DKC | B400 | A104 | Review evidence and pleadings and revise settlement conference statement (2.1). Arrange for filing and service (.2). | 2.30 | 885.50 |
| **11/22/2011** | | | | | |
| CPC | B400 | A108 | Communicate (other external) with Dong Kim from Saehan Bank regarding documents for loan guaranteed by borrower An. (.2)  Review documents. (.1).  Draft fifth supplemental disclosure and email information to SAF and TAY. (.2).  Confer with SAF and phone call to appraiser on Burks loan (.2). | 0.70 | 185.50 |
| JRP | B400 | A105 | Communicate (in firm) with SAF regarding case status and Motion for Summary Judgment (.4). | 0.40 | 106.00 |
| TAY | B400 | A105 | Conference with CPC regarding documents received from Saehan Bank (regarding borrower An) disclosure of same (.1).  Bates number documents and revise disclosure (.4).  Finalize and serve upon opposing counsel via email (.1). | 0.50 | 60.00 |
| SAF | B400 | A105 | Discuss settlement submission of PMC with JRP and review and analyze same (.3).   Receive and analyze documentation relating to misrepresentations on An loan (1).  Discuss Motion To Strike PMC's Expert with DKC (.3).  Discuss MSJ issues with JRP (.4). | 2.00 | 660.00 |
| DKC | B400 | A104 | Attention to defendant's settlement conference statement (.3). Attention to supplemental disclosure (An loan)(.2). Attention to status of Motion to Strike Expert and related issues (.3). | 0.80 | 308.00 |
| **11/23/2011** | | | | | |
| MJG | B400 | A103 | Draft/revise Motion to Strike Expert Endorsement by Defendant, including analysis of prior Court orders and arguments related to whether expert testimony is appropriate. | 1.20 | 348.00 |
| SAF | B400 | A103 | Work on Motion to Strike Expert, including substantial revisions and additions to daft of MGG, drafting of Notice of Motion, and drafting of Declaration of DKC in support thereof, as well as several discussions with DKC, TAY, CGS and JRP regarding details for same. | 8.40 | 2,772.00 |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE: PMC Bancorp

Statement Date: 12/15/2011
Statement No.        63298
Page No.        7

| | | | | Hours | |
|---|---|---|---|---|---|
| CGS | B400 | A102 | Conference with DKC, SAF regarding filing motion to strike expert [.5]; review drafts of same [.2]. | 0.70 | 206.50 |
| TAY | B400 | A105 | Multiple conferences with team regarding Motion to Strike PMC's Expert Disclosure filing/hearing/timing issues. | 0.30 | 36.00 |
| DKC | B400 | A103 | Work on Motion to Strike Experts (.6). Circulate settlement conference statements to client (.1). Attention to Motion for Summary Judgment and needed evidence (.6). | 1.30 | 500.50 |

11/28/2011

| | | | | | |
|---|---|---|---|---|---|
| CPC | B400 | A101 | Plan and prepare for upcoming settlement conference by meeting with JRH and reviewing deposition transcripts. (1.4).  Email correspondence to Dr. Nguyen on Perez loan regarding waiver of deposition subpoena. (.2). Phone call to opposing counsel regarding motion to strike deadline. (.3). | 1.80 | 477.00 |
| JRP | B400 | A104 | Review/analyze response to Motion to Strike (.2). Communicate (in firm) with CPC in preparation for settlement conference discussing damages figures, liability and 30(b)(6) testimony of Gus Cafcalas (1.1). Conference with CGS regarding motion to strike (.2). | 1.50 | 397.50 |
| TAY | B400 | A104 | Review PMC"s objection to Motion to Strike Expert Disclosure (.1).  Conferences with team regarding same (.3).  Conference with team regarding discovery cut-off issues (.2).  Call to Hillsborough County, FL Clerk & Recorder regarding certified real estate records (.4). Conference with team regarding status of same (.1). | 1.00 | 120.00 |
| CGS | B400 | A102 | Review PMC's objection to motion to strike [.2]; conference with DKC and JRH regarding same [.4]; review/analyze court local rules regarding resetting hearing [.6]; conference with CPC regarding stipulation to move hearing date [.1]; review PMC's response to proposed stipulation [.1]. | 1.40 | 413.00 |
| DKC | B400 | A103 | Attention to defendant's opposition to Motion to Strike (.3). Consider alternatives and moving hearing date (.2). | 0.50 | 192.50 |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE: PMC Bancorp

Statement Date: 12/15/2011
Statement No.        63298
Page No.        8

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| **11/29/2011** |  |  |  |  |  |
| CPC | B400 | A108 | Communicate (other external) with Antonio Rodriquez regarding appraisal. (.2). Review transcripts and documents in preparation for settlement conference. (1.1). | 1.30 | 344.50 |
| TAY | B400 | A103 | Prepare Amended Motion to Strike and Amended Memorandum (.4). Conference with CGS regarding same and need for proposed order (.1). Finalize and electronically file/serve upon PMC via ECF (.3). Email team regarding filing issues (.1). Call to Hillsborough County, FL clerk and recorder regarding borrower (Lemon) Deed of Trust/Mortgage (.4). | 1.30 | 156.00 |
| CGS | B400 | A102 | Coordinate filing of amended motion to strike [.5]; draft proposed order regarding same [.4]; conference with DKC regarding filing [.1]. | 1.00 | 295.00 |
| DKC | B400 | A101 | Gather materials for upcoming settlement conference (.4). Review same (2.2). Attention to Motion to Strike and upcoming discovery (1.3). | 3.90 | 1,501.50 |
| **11/30/2011** |  |  |  |  |  |
| TAY | B400 | A105 | Review DOT/Mortgage received regarding borrower (Lemon) (.2). Email CPC regarding same/disclosure issues (.1). Download file-stamped copies of Amended Motion to Substitute/Memorandum for delivery to Magistrate Walsh (mandatory) (.1). Emails to/from First Legal regarding same (.2). Conferences with CPC regarding sixth supplemental disclosures (.2). Finalize disclosure and bates number supplemental disclosure documents (Lemon) (.5). Electronically serve same upon opposing counsel via email (.1). | 1.40 | 168.00 |
| CPC | B400 | A103 | Draft/revise sixth supplemental disclosure and conference with TAY regarding same including deeds of trust relating to Lemon loan. | 0.20 | 53.00 |
| CPC | B400 | A111 | Travel to LA to attend settlement conference. | 8.00 | n/c |
| CPC | B400 | A106 | Prepare for upcoming settlement conference (4.2). Multiple conferences with DKC regarding same (.5). | 4.70 | 1,245.50 |
| DKC | B400 | A104 | Review entire file, including pleadings, depositions, client documents, disclosures, and otherwise prepare for upcoming settlement conference (6.2). Conferences with CPC |  |  |

Lehman Brothers Holdings, Inc
Account No.      5130.0022
RE: PMC Bancorp

Statement Date: 12/15/2011
Statement No.      63298
Page No.      9

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | regarding same (.5). | 6.70 | 2,579.50 |
| DKC | B400 | A104 | Travel (CO to CA) for settlement conference. | 8.00 | n/c |
|  |  |  | For Current Services Rendered | 106.20 | 31,968.00 |
|  |  |  | Total Non-billable Hours | 16.00 |  |

## Expenses

| 11/01/2011 | B400 | E110 | Out-of-town travel Hotel Ramsey deposition service date 10/11/11 | 667.11 |
|---|---|---|---|---|
| 11/01/2011 | B400 | E110 | Out-of-town travel  Hotel (Eva Saldarrriaga deposition) | 19.70 |
| 11/01/2011 | B400 | E110 | Out-of-town travel Hotel (Eva Saldarrriaga deposition) service date 11/31/11 | 252.15 |
| 11/01/2011 | B400 | E110 | Out-of-town travel  Flight (Eva Saldarriaga deposition) service date 10/21/11 | 357.40 |
|  |  |  | Total Expenses | 1,296.36 |

## Advances

| 11/01/2011 | B400 | E115 | Jones Reporting National Deposition (deposition fees)(Ramsey) | 881.20 |
|---|---|---|---|---|
| 11/01/2011 | B400 | E115 | Depo/Video Fees (PMC; LBHI; Cafcalas; Baker; Saldarriaga; Barroga) paid to LegaLink, Inc Merrill Corporation | 7,962.43 |
| 11/01/2011 | B400 | E106 | Online research Lexis Nexis - service date 10/10/11 | 251.80 |
| 11/01/2011 | B400 | E112 | Fees Certified Deed of Trust (Lemon) service date 10/21/11 | 107.00 |
| 11/01/2011 | B400 | E112 | Fees Certified Deed of Trust (Lemon) service date 10/24/11 | 3.11 |
| 11/15/2011 | B400 | E115 | Deposition transcripts (Eva Saldarriaga) Ryan Court Reporters | 203.75 |
| 11/15/2011 | B400 | E107 | Delivery services/messengers Federal Express | 20.54 |
|  |  |  | Total Advances | 9,429.83 |
|  |  |  | Total Current Work | 42,694.19 |

## Payments

| 12/06/2011 |  | Thank you - Payment on account | -30,212.47 |
|---|---|---|---|
|  |  | Balance Due | $93,290.37 |

## Task Code Recapitulation

|  |  |  | Fees | Expenses |
|---|---|---|---|---|
| B400 | Bankruptcy-Related Advice |  | 31968.00 | 10726.19 |
| B400 | Bankruptcy-Related Advice |  | 31,968.00 | 10,726.19 |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE:  PMC Bancorp

Statement Date: 12/15/2011
Statement No.        63298
Page No.            10

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

Statement Date:  December 15, 2011
Statement No.                  63299
Account No.            5130.0025
Page:   1

RE: Padilla

***Payments received after 12/15/2011 are <u>not</u> included on this statement.***

### <u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.

| | | | | |
|---|---|---|---|---:|
| Previous Balance | | | | $592.78 |

### Advances

| | | | | |
|---|---|---|---|---:|
| 10/25/2011 | B400 | E107 | Delivery services/messengers Federal Express | 9.61 |
| 10/27/2011 | B400 | E107 | Delivery services/messengers Federal Express | 16.26 |
| 10/28/2011 | B400 | E107 | Delivery services/messengers Federal Express | 13.12 |
| 11/23/2011 | B400 | E107 | Delivery services/messengers Denver Boulder Couriers | 16.00 |
| | | | Total Advances | 54.99 |
| | | | Total Current Work | 54.99 |

### Payments

| | | |
|---|---|---:|
| 12/06/2011 | Thank you - Payment on account | -38.40 |
| | Balance Due | $609.37 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---:|---:|
| B400 | Bankruptcy-Related Advice | 0.00 | 54.99 |
| B400 | Bankruptcy-Related Advice | 0.00 | 54.99 |

***Payments received after statement date will be applied to the next month's statement.***

***Please reference statement number(s) on your payment***

### <u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

|  |  |
|---|---|
| Statement Date: | December 15, 2011 |
| Statement No. | 63300 |
| Account No. | 5130.0028 |
| Page: | 1 |

RE:  United Pacific

**Payments received after 12/15/2011 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | |
|---|---|
| Previous Balance | $49.48 |
| Balance Due | $49.48 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | December 15, 2011 |
| Statement No. | 63301 |
| Account No. | 5130.0035 |
| Page: | 1 |

RE: Aaron Wade

*Payments received after 12/15/2011 are <u>not</u> included on this statement.*

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.***

| | |
|---|---|
| Previous Balance | $9.58 |
| Balance Due | <u>$9.58</u> |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

Statement Date:  December 15, 2011
Statement No.              63302
Account No.           5130.0044
Page:    1

RE: Valley Vista

*Payments received after 12/15/2011 are **not** included on this statement.*

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

Previous Balance                                                                       $232.18

Balance Due                                                                            $232.18

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

Statement Date:  December 15, 2011
Statement No.                   63303
Account No.            5130.0045
Page:   1

RE: Shea Mortgage

**Payments received after 12/15/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

Previous Balance                                                                            $9,779.93

<u>Fees</u>

| | | | | Hours | |
|---|---|---|---|---|---|
| 11/07/2011 | | | | | |
| DKC | B400 | A104 | Attention to Court's Order regarding remand to State Court and related issues. | 0.30 | 115.50 |
| 11/08/2011 | | | | | |
| CGS | B400 | A102 | Emails to/from team regarding strategy on Motion to Dismiss/amendment issues. | 0.30 | 88.50 |
| SAF | B400 | A104 | Analyze Reply on MTD and attachments thereto, including discussion and exchange of emails with DKC and LBHI Florida counsel. | 0.70 | 231.00 |
| DKC | B400 | A104 | Attention to defendant's filing of reply in support of motion to dismiss and related issues, including emails regarding same with client and co-counsel. | 0.80 | 308.00 |
| 11/09/2011 | | | | | |
| CPC | B400 | A104 | Review/analyze motion to dismiss issues and similar issue in Florida case. | 0.20 | 53.00 |
| 11/10/2011 | | | | | |
| SAF | B400 | A104 | Receive and analyze filings from Florida case cited by Shea in its Reply on Motion to Dismiss. | 1.20 | 396.00 |
| 11/12/2011 | | | | | |
| SAF | B400 | A103 | Research and draft Motion To Strike or For Sur-Reply and Sur-Reply. | 8.70 | 2,871.00 |
| 11/14/2011 | | | | | |
| SAF | B400 | A103 | Draft proposed Order on Motion to Strike or for | | |

Lehman Brothers Holdings, Inc.
Account No.      5130.0045
RE:  Shea Mortgage

Statement Date: 12/15/2011
Statement No.      63303
Page No.      2

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | Sur-Reply on Motion to Dismiss (.3). | 0.30 | 99.00 |
| **11/15/2011** | | | | | |
| CPC | B400 | A105 | Communicate (in firm) with team regarding status and merits of case. | 0.30 | 79.50 |
| SAF | B400 | A105 | Discuss briefing on late Reply with DKC and receive and review several emails between him and client on same. | 0.30 | 99.00 |
| DKC | B400 | A108 | Emails with client and opposing counsel regarding settlement and attention to issues raised therein (.4). Attention to need to file Motion to Strike, sur-reply, and timing of same (.8). | 1.20 | 462.00 |
| **11/16/2011** | | | | | |
| DKC | B400 | A103 | Work on updated damages and telephone conference with client (Akell) regarding same (.4). Attention to settlement discussions, potential terms and emails regarding same (with client and opposing counsel) (.8). | 1.20 | 462.00 |
| **11/17/2011** | | | | | |
| CPC | B400 | A106 | Review emails from opposing counsel. | 0.10 | n/c |
| DKC | B400 | A108 | Emails with opposing counsel regarding settlement and related issues (.7). Conference with client regarding same and options (.2). Analyze issues regarding scope of release and potential resolution of same (.5). | 1.40 | 539.00 |
| **11/22/2011** | | | | | |
| SAF | B400 | A105 | Address with JPR issues on conferral or lack thereof on MTD and whether Motion To Strike is appropriate. | 0.30 | 99.00 |
| DKC | B400 | A104 | Review file and authorities and revise sur-reply and motion to strike reply (3.2). Explore possible Motion to Strike Motion to Dismiss (.4). Arange for filing and service (.2). | 3.80 | 1,463.00 |
| **11/30/2011** | | | | | |
| DKC | B400 | A104 | Attention to settlement (issues and options), including emails and conference with client regarding same. | 0.40 | 154.00 |
| | | | For Current Services Rendered | 21.40 | 7,519.50 |
| | | | Total Non-billable Hours | 0.10 | |

## Advances

| 11/01/2011 | B400 | E106 | Online research West | | 48.13 |
|---|---|---|---|---|---|

Lehman Brothers Holdings, Inc.                          Statement Date: 12/15/2011
Account No.       5130.0045                                  Statement No.      63303
RE:  Shea Mortgage                                             Page No.            3

| 11/30/2011 | B400 | E112 | Court fees Lexis Nexis | 13.92 |
|---|---|---|---|---|
| | | | Total Advances | 62.05 |
| | | | | |
| | | | Total Current Work | 7,581.55 |

Payments

| 12/06/2011 | Thank you - Payment on account | -2,277.78 |
|---|---|---|
| | | |
| | Balance Due | $15,083.70 |

Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 7519.50 | 62.05 |
| B400 | Bankruptcy-Related Advice | 7,519.50 | 62.05 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

Statement Date:  December 15, 2011
Statement No.            63304
Account No.        5130.0046
Page:   1

RE: Christopher E. Hobson, Inc.

***Payments received after 12/15/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>***

Previous Balance                                                              $3,799.07

### Fees

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 11/14/2011 | | | | | | |
| | TAY | B400 | A105 | Emails to/from team regarding service issues. | 0.20 | 24.00 |
| 11/15/2011 | | | | | | |
| | JRP | B400 | A105 | Communicate (in firm) with DKC, SAF, CGS, and CPC regarding case status and next steps. | 0.20 | 53.00 |
| | DKC | B400 | A104 | Attention to potential service of principals and determination of current viability of defendant for collection. | 0.40 | 154.00 |
| | | | | For Current Services Rendered | 0.80 | 231.00 |

### Advances

| | | | | | |
|---|---|---|---|---|---|
| 11/01/2011 | B400 | E106 | Online research Lexis Nexis date of service 9-19-11 | | 346.61 |
| | | | Total Advances | | 346.61 |
| | | | Total Current Work | | 577.61 |

### Payments

| | | | |
|---|---|---|---|
| 12/06/2011 | | Thank you - Payment on account | -1,348.55 |
| | | Balance Due | $3,028.13 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 231.00 | 346.61 |
| B400 | Bankruptcy-Related Advice | 231.00 | 346.61 |

Lehman Brothers Holdings, Inc.                              Statement Date: 12/15/2011
Account No.        5130.0046                                Statement No.        63304
RE:  Christopher E. Hobson, Inc.                            Page No.               2

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810


Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | December 15, 2011 |
| Statement No. | 63305 |
| Account No. | 5130.0047 |
| Page: | 1 |


RE: US Bank

### Payments received after 12/15/2011 are <u>not</u> included on this statement.

### <u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>

| | | | | | |
|---|---|---|---|---|---|
| | | | Previous Balance | | $90,203.36 |
| | | | **Fees** | | |
| | | | | Hours | |
| **11/01/2011** | | | | | |
| JRP | B400 | A103 | Draft/revise mediation statement and provide draft to DKC for his review (.8). | 0.80 | 212.00 |
| TAY | B400 | A107 | Emails to/from First Legal regarding mandatory chambers copies to Judge Pregerson (.2). Review Pregerson's delivery requirements (.1). Conference with CGS regarding upcoming filing deadlines (2). | 0.50 | 60.00 |
| **11/02/2011** | | | | | |
| CGS | B400 | A105 | Conference with DKC regarding US Bank's reply papers in support of Motion for Summary Judgment [.3]. | 0.30 | 88.50 |
| **11/03/2011** | | | | | |
| DKC | B400 | A104 | Analyze proof at trial issues, including (1) evidence of fraud by defendant's officer v. mere negligence (.6) and implications of same and outcome and ultra vires arguments (1.7). | 2.30 | 885.50 |
| **11/04/2011** | | | | | |
| JRP | B400 | A107 | Communicate (other outside counsel) regarding extension of expert witness disclosure deadline (.2). Compile exhibits to attach to mediation statement (.4). Communicate (in firm) with SAF and DKC regarding credit bid and deficiency issues (.2). Communicate (outside firm) with client regarding damages question (.3). | 1.10 | 291.50 |
| SAF | B400 | A105 | Discuss full credit bid issues with JRP and DKC. | 0.20 | 66.00 |

Lehman Brothers Holdings, Inc.                          Statement Date: 12/15/2011
Account No.        5130.0047                              Statement No.        63305
RE: US Bank                                                Page No.                2

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| CGS | B400 | A103 | Review draft mediation statement and suggest revisions. | 0.20 | 59.00 |
| DKC | B400 | A104 | Further review of evidence and claims (2.4). Further revisions to mediation statement (2.2). Arrange for delivery and circulate to client (.2). | 4.80 | 1,848.00 |
| SLC | B400 | A110 | Prepare attachments to mediation statement for delivery (.2); finalize mediation statement and send packet to mediator via e-mail (.2). | 0.40 | 48.00 |
| 11/07/2011 |  |  |  |  |  |
| SAF | B400 | A105 | Discuss with JRP. Review emails from DKC regarding responses. (.5). Discuss letter status with MMO (.2).  Work on analysis for phase 2 broker letters (3.2). | 3.90 | 1,287.00 |
| 11/08/2011 |  |  |  |  |  |
| JRP | B400 | A105 | Communicate (in firm) with DKC regarding documents for mediation (.3). Locate documents requested by DKC and communicate (in firm) with TAY regarding same (.4). | 0.70 | 185.50 |
| DKC | B400 | A101 | Prepare for upcoming mediation and hearing on Motion to Substitute, including review of arguments and applicable case-law (3.8). Compile materials for review and for use at mediation (.5). Attention to client's inability to attend (Drosdick) and fill in (Trumpp) (.4). | 4.70 | 1,809.50 |
| 11/09/2011 |  |  |  |  |  |
| JRP | B400 | A105 | Communicate (in firm) with CGS regarding upcoming hearing on Motion to Substitute. | 0.30 | 79.50 |
| CGS | B400 | A102 | Conference with JRH regarding upcoming mediation and hr'g on motion to substitute (.3). Assist DKC with preparation for upcoming hearing, including compilation of summary of applicable case law (3.2). | 3.50 | 1,032.50 |
| DKC | B400 | A111 | Travel to mediation (CO to CA) | 5.00 | n/c |
| DKC | B400 | A101 | Prepare for upcoming mediation, including review of deposition transcripts (Abrams, Krueger, Grindley, and Van Orman) (4.5), pleadings (2.2), and other documents (correspondence, etc.)(1.5). | 8.20 | 3,157.00 |
| 11/10/2011 |  |  |  |  |  |
| DKC | B400 | A111 | Travel from mediation (CA to CO). | 5.00 | n/c |

Lehman Brothers Holdings, Inc.
Account No.        5130.0047
RE:  US Bank

Statement Date: 12/15/2011
Statement No.        63305
Page No.        3

| | | | | Hours | |
|---|---|---|---|---|---|
| DKC | B400 | A109 | Prepare for and attend mediation (resulting in settlement of case in principle). | 10.50 | 4,042.50 |
| **11/11/2011** | | | | | |
| JRP | B400 | A107 | Communicate (other outside counsel) via email regarding filing of Notice of Settlement and review same (.5). | 0.50 | 132.50 |
| TAY | B400 | A105 | Multiple conferences with team regarding settlement details and status of upcoming hearings (.4).  Electronically file and serve Notice of Settlement via ECF (.2). | 0.60 | 72.00 |
| DKC | B400 | A106 | Telephone conference with client regarding settlement and related issues, including approval by bankruptcy estate (.3). Conference with co-counsel regarding same (.3). Work on Notice of Settlement and forward to opposing counsel (.4). Follow up regarding same (emails) (.2). Arrange for filing and service (.2). | 1.40 | 539.00 |
| **11/14/2011** | | | | | |
| TAY | B400 | A104 | Review Notice of Settlement and calendar associated settlement deadlines (.2).  Update calendars/delete upcoming hearings/deadlines (.2). | 0.40 | 48.00 |
| DKC | B400 | A104 | Attention to hearing regarding Motion to Substitute (off calendar) and client request for information for creditors meeting. | 0.30 | 115.50 |
| **11/15/2011** | | | | | |
| DKC | B400 | A104 | Attention to settlement terms and issues, including approval in bankruptcy proceeding. | 0.20 | 77.00 |
| **11/28/2011** | | | | | |
| DKC | B400 | A104 | Study file and settlement term sheet (1.1). Draft settlement agreement (2.2). Forward to client and opposing counsel (.1). | 3.40 | 1,309.00 |
| **11/29/2011** | | | | | |
| DKC | B400 | A108 | Forward W-9 to opposing counsel (.1). Review draft settlement agreement for details, including wire information, tax provision, and other terms (.4). Attention to request to creditors committee (.3). | 0.80 | 308.00 |
| | | | For Current Services Rendered | 50.00 | 17,753.00 |
| | | | Total Non-billable Hours | 10.00 | |

<u>Expenses</u>

| 11/30/2011 | B400 | E101 | Copying | | 0.75 |
|---|---|---|---|---|---|

Lehman Brothers Holdings, Inc.
Account No.      5130.0047
RE:  US Bank

Statement Date: 12/15/2011
Statement No.      63305
Page No.           4

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Total Expenses | 0.75 |

### Advances

| Date | | | Description | Amount |
|---|---|---|---|---|
| 10/31/2011 | B400 | E107 | Delivery services/messengers Federal Express | 22.33 |
| 11/01/2011 | B400 | E106 | Online research West | 1,255.39 |
| 11/01/2011 | B400 | E107 | Delivery services/messengers First Legal Network, LLC | 134.25 |
|  |  |  | Total Advances | 1,411.97 |
|  |  |  | Total Current Work | 19,165.72 |

### Payments

| Date | Description | Amount |
|---|---|---|
| 12/06/2011 | Thank you - Payment on account | -5,696.96 |
|  | Balance Due | $103,672.12 |

### Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 17753.00 | 1412.72 |
| B400 | Bankruptcy-Related Advice | 17,753.00 | 1,412.72 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | December 15, 2011 |
| Statement No. | 63306 |
| Account No. | 5130.0048 |
| Page: | 1 |

RE: Non-Correspondent Cases

**Payments received after 12/15/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | | | | |
|---|---|---|---|---|---|
| Previous Balance | | | | | $46,116.41 |
| | | | <u>Fees</u> | | |
| | | | | Hours | |
| **11/01/2011** | | | | | |
| JRP | B400 | A110 | Manage data/files and update appraiser spreadsheet in preparation for client meeting (2.1); Email appraisal to appraiser, Duplechain (2.4). Communicate (in firm) with SAF and DKC regarding strategy for suits against aprpaisers and brokers and status on appraiser responses (1.5). Update appraiser status spreadsheet with newest responses from appraisers (.5); Draft claim summary/analysis for appraisers from whom we've heard (1.2). | 5.60 | 840.00 |
| MMO | B400 | A103 | Draft/revise broker letters (2.6). | 2.60 | 390.00 |
| SLC | B400 | A111 | Finalize and send appraiser demand letters, phase 2. | 2.50 | 125.00 |
| SAF | B400 | A104 | Discuss strategy for appraiser and broker claims with DKC and JRP (1.5).  Receive and respond to email from JRP regarding alleged identity theft of Dupplechain (.2).  Work on status chart for broker claims (1). | 2.70 | 405.00 |
| DKC | B400 | A104 | Analyze overall strategy for pursuit of claims and maximizes recovery for client while also limiting cost/exposure. | 1.20 | 180.00 |
| **11/02/2011** | | | | | |
| JRP | B400 | A104 | Review/analyze appraiser claims for appraisers who have responded to demand (2.7). Call with client to discuss case status and strategy for | | |

Lehman Brothers Holdings, Inc.
Account No.        5130.0048
RE: Non-Correspondent Cases

Statement Date: 12/15/2011
Statement No.        63306
Page No.        2

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | filing suit on appraiser/broker claims (1.1). | 3.80 | 570.00 |
| SAF | B400 | A106 | Email to DKC and JRP status for meeting today (.3). Discuss same with JRP (.3). Review email from appraiser Polleck regarding claimed lack of insurance and email to DKC and JRP regarding approach for same (.3).  Work on update of status chart for broker claims (.5). Phone conference with DKC, JRP, and client regarding status (1.1).  Conference with Florida attorney regarding local counsel (.5). Conference with JRH on same (.4). Conference with DKC regarding same (.3).  Exchange emails to SLC regarding information for status charts and letter dates (.2). | 3.90 | 585.00 |
| SLC | B400 | A111 | Work on organizing responses to demand letters (.3); investigate return of demand letters by U.S. Postal Service (.3); create list of letters returned (.4). | 1.00 | 50.00 |
| DKC | B400 | A101 | Further preparation and call with client regarding overall status and plan going forward (1.5). Work on same and telephone conferences and emails regarding projected targets (litigation) and claim review (2.2). | 3.70 | 555.00 |
| 11/03/2011 |  |  |  |  |  |
| JRP | B400 | A110 | Manage data/files by updating appraiser spreadsheet with new appraiser responses and response date for phase 2 appraiser demands (.7). Review/analyze claims to decide which appraisers to sue (3.4). | 4.10 | 615.00 |
| SAF | B400 | A104 | Discuss appraiser claims with JRP (.3).  Review JRP emails regarding missing appraisers from batch 1 and batch 2 spreadsheets and review old emails from client regarding same (.3). Go through old client emails to address removal of certain broker and appraiser claims and address issues on demand letters not yet sent (1.5). | 2.10 | 315.00 |
| SLC | B400 | A111 | Go through all broker demand letters and prepare chart listing date they were sent, how they were sent and related status information. | 4.20 | 210.00 |
| 11/04/2011 |  |  |  |  |  |
| JRP | B400 | A108 | Communicate with opposing party regarding broker demand letter and conference with SAF regarding same (.3). Communicate (in firm) with SAF regarding appraiser claim analysis, including SOL issues, case evaluation |  |  |

Lehman Brothers Holdings, Inc.
Account No.        5130.0048
RE:  Non-Correspondent Cases

Statement Date: 12/15/2011
Statement No.        63306
Page No.            3

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | parameters and specific case evaluation (3.4). | 3.70 | 555.00 |
| MMO | B400 | A103 | Draft/revise broker letters. | 1.20 | 180.00 |
| SAF | B400 | A105 | Receive and review email regarding contact from Seth Gallaher in response to demand (.1). Conference with JRP regarding strategy for moving forward with appraiser claims against appraisers who have responded to demand letters (3.4).  Update chart prepared by SLC of broker responses (1). | 4.50 | 675.00 |
| SLC | B400 | A110 | Work on reviewing all appraiser demand letters and preparing chart listing date they were sent, how they were sent and related status information. | 2.80 | 140.00 |
| **11/05/2011** |  |  |  |  |  |
| SAF | B400 | A104 | Review responses from brokers and work on status chart related to same. | 2.60 | 390.00 |
| **11/07/2011** |  |  |  |  |  |
| JRP | B400 | A104 | Review/analyze field reviews, origination appraisals and desk reviews in conjunction with claim analysis in preparation for client meeting (3.5). Review/analyze new responses to demand letters from appraisers (.2). | 3.70 | 555.00 |
| MMO | B400 | A103 | Draft/revise broker letters (1.6); confer with SAF about status of letters (.2). | 1.80 | 270.00 |
| DKC | B400 | A108 | Telephone conferences regarding potential claims (Manning and Carrington) (.3). Forward information to team (.1). Assist SAF with upcoming meeting with client (.3). | 0.70 | 105.00 |
| SLC | B400 | A110 | Review and circulate response letters received from brokers and appraisers. | 0.20 | n/c |
| **11/08/2011** |  |  |  |  |  |
| JRP | B400 | A104 | Review/analyze origination appraisals and field review assessing claim strength of appraiser cases (5.7). Update status chart with responses from Nov. 7 & 8 to second phase of appraiser demands (.6). | 6.30 | 945.00 |
| MMO | B400 | A103 | Draft/revise broker letters. | 1.70 | 255.00 |
| SAF | B400 | A105 | Discuss issues on claim against Cook with JRP (.3).  Receive and respond to email from client regarding title issues with Gold Coast loan and review file on same (1).  Conference with MMO |  |  |

Lehman Brothers Holdings, Inc.
Account No.        5130.0048
RE:  Non-Correspondent Cases

Statement Date: 12/15/2011
Statement No.        63306
Page No.        4

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | on status of phase 2 broker demand letters (.2). Several discussions with JRP on appraisal claims issues (1.3). | 2.80 | 420.00 |
| SLC | B400 | A105 | Office conference with SAF regarding status of demand letters. | 0.20 | n/c |
| **11/09/2011** | | | | | |
| JRP | B400 | A104 | Review/analyze appraiser responses from November 7 & 8 and begin claim summary regarding same (3.1). Communicate (in firm) with SAF prior to client meeting (.5). Prepare for meeting with client (.3). Meeting with client to discuss status and strategy (1.5). Communicate (other outside counsel) with Jason Sanders regarding extension period due to bankruptcy filing (.2). Review/analyze case law on extension of SOL in bankruptcy cases and email DKC and SAF regarding same (.3). | 5.90 | 885.00 |
| SAF | B400 | A106 | Conference with JRP regarding appraiser status and evaluation for client meeting (.5).  Prepare status report for client meeting (1.7).  Status meeting with client (1.5).  Receive and analyze emails from client with loss dates on appraiser claims, contact information on broker claims, etc. (.5).  Exchange several emails with JRH regarding discussion with Sanders about extension of limitations period because of bankruptcy (.3). | 4.50 | 675.00 |
| **11/10/2011** | | | | | |
| JRP | B400 | A104 | Review/analyze emails from client regarding research done on several claims/appraisers (.3). Review/analyze loss dates to determine if within SOL (3.8). | 4.10 | 615.00 |
| MMO | B400 | A103 | Draft/revise broker letters. | 1.80 | 270.00 |
| SAF | B400 | A104 | Review emails from Jason Sanders and attachments thereto and conduct research on extension of limitations period because of bankruptcy (5.7).  Receive and return voice message from attorney for Avis Mortgage (.2). | 5.90 | 885.00 |
| **11/11/2011** | | | | | |
| JRP | B400 | A104 | Review/analyze caselaw in Ohio regarding statute of limitations and conference with SAF regarding same (.6). Review/analyze statute of limitations periods for appraisers in various states (2.1). Communicate (in firm) with DKC and SAF regarding targeting specific appraisers | | |

Lehman Brothers Holdings, Inc.      Statement Date: 12/15/2011
Account No.     5130.0048      Statement No.    63306
RE:  Non-Correspondent Cases      Page No.       5

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | and handling statute of limitations issues (.5). | 3.20 | 480.00 |
| SAF | B400 | A104 | Review case on statute of limitations in Ohio and discuss same with JRP (.8). Conference with JRP and DKC regarding approach for filing complaints and budgeting therefore (.5). Work on locating appraisers in Georgia and several conferences with JRP regarding same and limitations period issues (2.3). Detailed email to client regarding two claims with limitations issues and suggestions for approaching same when origination appraisal on one is obtained (.5). | 4.10 | 615.00 |
| **11/12/2011** | | | | | |
| SAF | B400 | A104 | Update returned letter chart on broker claims and work on evaluation of merit of entities who have responded on phase 1. | 0.80 | 120.00 |
| **11/13/2011** | | | | | |
| SAF | B400 | A104 | Work on evaluation of broker claims, including update of comprehensive status chart with information requested by client, and attention to outstanding demand letters and letters not yet written. | 6.70 | 1,005.00 |
| **11/14/2011** | | | | | |
| JRP | B400 | A104 | Review/analyze responses and voicemails received over last three days from appraisers (1.0). Draft list of suggested appraiser targets by statute of limitations, loss amount, and strength of claim (4.4). Conference with SAF regarding status of appraiser claims and analysis of claims upon which to sue (1.5). | 6.90 | 1,035.00 |
| LMM | B400 | A103 | Continue to draft Broker Letters. | 2.10 | 315.00 |
| SAF | B400 | A106 | Receive email from client regarding limitations period and detailed email in response regarding research on same (.8). Discuss with JRH approach for appraiser claims (1.5). Exchange emails on appraiser claims and on phase one broker claims to withdraw with client and JRP (.8). | 3.10 | 465.00 |
| **11/15/2011** | | | | | |
| LMM | B400 | A103 | Continue to draft broker letters (1.7): Meeting with S. Fermelia regarding upcoming broker letter assignment (.2). | 1.90 | 285.00 |
| JRP | B400 | A102 | Research regarding alternative claims to bring against appraisers in Ohio and statute of limitations in Pennsylvania (1.9). Communicate | | |

Lehman Brothers Holdings, Inc.
Account No.       5130.0048
RE: Non-Correspondent Cases

Statement Date: 12/15/2011
Statement No.          63306
Page No.                      6

|  |  |  |  | | Hours | |
|---|---|---|---|---|---|---|
|  |  |  |  | (in firm) with SAF regarding Ohio statute of limitations (1.1). Research various websites to locate Eric Alexander/Dale Summers to assess viability of claim and email to client regarding same (1.0). Draft memo assessing which claims to bring against appraisers for phase one of lawsuits (2.1). | 6.10 | 915.00 |
|  | CGS | B400 | A102 | Assist DKC and JRH with overall pursuit strategy, including analysis of statute of limitations, proving damages, and "intended uses" doctrine. | 1.80 | 270.00 |
|  | SAF | B400 | A104 | Work on status chart on phase 1 broker demands (1.2). Discuss Ohio limitations issues with JRH, including review of various cases and statutes of limitations (1.1). Conference with LMM on broker letter status (.2).  Same with MMO (.3). Research on addressing bankruptcy of target defendant Wilcox (appraiser) and limitations issues (2.4).  Finalize phase 1 status chart update and respond to client email regarding specific claims (2.6). | 7.80 | 1,170.00 |
| 11/16/2011 |  |  |  |  |  |  |
|  | JRP | B400 | A105 | Communicate (in firm) with SAF regarding next steps for broker cases. | 0.30 | 45.00 |
|  | MJG | B400 | A105 | Communicate (in firm) with Steve Fermelia, Julia Prendergast, and Dan Calisher regarding notice letters to appraisers and brokers and analysis (.8); analyze work by others on spreadsheets related to appraiser and broker claims for identification of viable defendants and targets (.9). | 1.70 | 255.00 |
|  | DKC | B400 | A102 | Work on obtaining local counsel and exploring jurisdictional venue and strategic issues (State vs. Federal Court, jury trial, etc.) | 1.50 | 225.00 |
|  | SAF | B400 | A105 | Conference with JRP regarding broker claims (.3).  Discussions with JRP regarding appraiser status and claim against North Carolina appraiser (1.9).  Review old cases for forms for JRP's use in drafting North Carolina appraiser complaint (.5). Conference with MJG regarding phase 2 demand letters (1). | 3.60 | 540.00 |
| 11/17/2011 |  |  |  |  |  |  |
|  | TAY | B400 | A103 | Revise appraiser claims/statute of limitations spreadsheet (1.0). Conference with JRH regarding same (.1).  Conference with DKC |  |  |

Lehman Brothers Holdings, Inc.
Account No.        5130.0048
RE: Non-Correspondent Cases

Statement Date: 12/15/2011
Statement No.        63306
Page No.                7

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | regarding appraiser cases (.1). | 1.20 | 60.00 |
| JRP | B400 | A103 | Draft/revise Suggested Appraiser target memo, analyzing several claims against appraiser Lopez and Gambaccini (1.9); Communicate (in firm) with SAF regarding analyzing broker claims for active, no response brokers (.3); Prepare for and attend conference call with Osborne discussing all claims (4.1). | 6.30 | 945.00 |
| SAF | B400 | A106 | Discuss updating broker evaluation with JRP (.3). Work on phase 1 broker claim response and viability analysis (2.2). Telephone conference with JRP and client (Osborne) regarding first appraiser lawsuits and viability assessment of first broker lawsuits (2.8). Work on strength of claim assessment for first lawsuits (1.4). Analyze chart from Osborne on his viability assessment of certain Phase-1 Brokers (.3). | 7.00 | 1,050.00 |
| DKC | B400 | A104 | Review emails and assist JRP/SF in connection with status call to client. | 0.70 | 105.00 |

11/18/2011

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| JRP | B400 | A104 | Review/analyze broker contracts analyzing strength of claims for phase 1 litigation targets (1.2). Review/analyze statute of limitations on loans to be included in first stage of appraiser lawsuits and receipt of emails from client regarding same (.6). Call with Osborne regarding claim strength on broker claims (.9). Review filing fees for George, Florida, Nevada, and Maryland to determine fee/cost estimate in preparation for client meeting (.9). Meeting with client to discuss status of broker and appraiser claims, discussing in detail which broker cases to file and general plan for appraiser cases (3.0). | 6.60 | 990.00 |
| SAF | B400 | A106 | Review information from JRP on statutes of limitations on appraiser cases (.5). Work on analysis of claim strength of first potential broker defendants for lawsuits and prepare chart on same (3.3). Telephone conference with JRP and client (Osborne) regarding same (.9). Additional analysis of claim strength based on conference call and revise chart (1.4). Meeting with JPR, DKC, and client on first broker lawsuits (1.7). | 7.80 | 1,170.00 |
| DKC | B400 | A101 | Prepare for and attending conference with clients and JRP/SF regarding all pending claims |  |  |

Lehman Brothers Holdings, Inc.                                    Statement Date: 12/15/2011
Account No.    5130.0048                                          Statement No.        63306
RE: Non-Correspondent Cases                                      Page No.                  8

|  |  |  | | Hours |  |
|---|---|---|---|---|---|
|  |  |  | and suits to be filed. | 3.20 | 480.00 |
| SLC | B400 | A102 | Research online for information regarding filing fees in state and federal courts in Maryland, Florida, Georgia and Nevada (1.4); exchange e-mails with JRP regarding same (.1). | 1.50 | 75.00 |

**11/21/2011**

| JRP | B400 | A110 | Manage data/files by updating status chart with new appraiser responses (1.1). Research statute of limitations issues in Rhode Island and Texas (1.0). Review Osborne's updated appraiser status chart and reconcile same (.4). Communicate (in firm) with TAY regarding appraiser suits (.4). Redraft and send out demand letters to Kenny'e Johnson, Kenny Ray Roberts and Harold Branum, reconfirming information for letters (1.0). | 3.20 | 480.00 |
|---|---|---|---|---|---|
| TAY | B400 | A105 | Conference with JRP regarding appraiser claims (.4). Review email from JRP regarding appraiser demand letters (Branum; Roberts; and Johnson) (.1). Finalize and send demand letters (.3). | 0.80 | 40.00 |
| MMO | B400 | A103 | Draft/revise broker letters (2.3) | 2.30 | 345.00 |

**11/22/2011**

| MMO | B400 | A103 | Draft/revise broker letters (1.0) | 1.00 | 150.00 |
|---|---|---|---|---|---|
| JRP | B400 | A105 | Review/analyze new appraiser claim and corresponding SOL sent by client (.3). Draft Colorado broker letter (.2). Draft letter to CO broker M2 Lending Solutions (1.1). Review documents in preparation for drafting Complaint on Thomas Raif claim (.6). Communicate (in firm) with TAY regarding search of appraiser Neil Edgington (.2). Review phase 2 broker letters (1.9). | 4.30 | 645.00 |
| TAY | B400 | A105 | Conferences with JRP regarding appraiser research (.2). Conduct internet research on appraisers (June, Raif, Edgington) (.9). Review search results and emails regarding same to JRP (.3). | 1.40 | 70.00 |
| SAF | B400 | A104 | Analyze top 50 phase 2 broker claim amounts and prepare status chart on same (2.3). Receive and review various spreadsheets from client on status of phase 1 viability and related issues (.5). | 2.80 | 420.00 |
| SLC | B400 | A111 | Send demand letter to M2 Solutions via fax and |  |  |

Lehman Brothers Holdings, Inc.  
Account No.     5130.0048  
RE: Non-Correspondent Cases

Statement Date: 12/15/2011  
Statement No.     63306  
Page No.     9

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | U.S. mail. | 0.20 | 10.00 |
| **11/23/2011** | | | | | |
| TAY | B400 | A102 | Conduct internet research regarding appraiser Andrew Bram, II (.4).  Review results (.2). Email to JRP regarding same (.1).  Conduct internet research regarding appraiser B.G. Phillips (.4).  Review results (.2). Email to JRP regarding same (.1). | 1.40 | 70.00 |
| JRP | B400 | A104 | Review/analyze Phase 2 broker demand letters. | 4.80 | 720.00 |
| DKC | B400 | A104 | Follow up regarding next steps (drafting/filing of lawsuits) for multiple appraisers. | 1.20 | 180.00 |
| **11/28/2011** | | | | | |
| MJG | B400 | A104 | Review/analyze Secretary of State status on Phase 2 Brokers and prepare spreadsheet regarding the same. | 1.70 | 255.00 |
| **11/29/2011** | | | | | |
| JRP | B400 | A104 | Review/analyze phase 2 broker letters drafted by LMM and MMO (3.6). | 3.60 | 540.00 |
| DKC | B400 | A101 | Attention to potential consultant for UW claims/issues. Attention to state of various demands, responses and draft complaints. | 0.80 | 120.00 |
| **11/30/2011** | | | | | |
| JRP | B400 | A103 | Draft/revise broker letters for phase 2 and finalize for mailing/faxing. | 1.30 | 195.00 |
| SLC | B400 | A110 | Run conflicts checks on additional broker loan demands. | 0.20 | n/c |
|  |  |  | For Current Services Rendered | 208.10 | 29,515.00 |
|  |  |  | Total Non-billable Hours | 0.60 | |
|  |  |  | Total Current Work | | 29,515.00 |

Payments

|  |  |  |
|---|---|---|
| 12/06/2011 | Thank you - Payment on account | -16,123.26 |
|  | Balance Due | $59,508.15 |

Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 29515.00 | 0.00 |
| B400 | Bankruptcy-Related Advice | 29,515.00 | 0.00 |

# FOSTER GRAHAM MILSTEEN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | December 15, 2011 |
| Statement No. | 63307 |
| Account No. | 5130.0049 |
| Page: | 1 |

RE: Freedom II

**Payments received after 12/15/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | | | | |
|---|---|---|---|---|---|
| Previous Balance | | | | | $1,464.00 |

### Fees

| Date | | | Description | Hours | |
|---|---|---|---|---|---|
| 11/03/2011 | | | | | |
| JRP | B400 | A106 | Communicate (with client) regarding case status. | 0.20 | 53.00 |
| 11/07/2011 | | | | | |
| DKC | B400 | A104 | Review draft Complaint (.6).  Conferences with team regarding filing/service issues (.2). | 0.80 | 308.00 |
| 11/10/2011 | | | | | |
| CPC | B400 | A105 | Communicate (in firm) with DKC regarding filing of complaint (.1).  Review final complaint and accompanying documents. (.2).  Communicate in firm with TAY (.1).  Communicate with opposing counsel for Freedom about waiver of service (.1). Email correspondence with clients. (.2). | 0.70 | 185.50 |
| TAY | B400 | A105 | Conference with team regarding filing of new case against Freedom (.2).  Draft Civil Cover Sheet (.2).  Review/finalize Complaint, Exhibit, and Summons (.3). Email team regarding simplified procedure issues (.1). | 0.80 | 96.00 |
| 11/11/2011 | | | | | |
| CPC | B400 | A107 | Communicate with opposing counsel regarding filing of complaint and email correspondence with client regarding same. (.3).  Email correspondence with R. Akell regarding claims (.1). | 0.40 | 106.00 |
| TAY | B400 | A105 | Conference with CPC regarding status of filing and talks with opposing counsel regarding same. | 0.20 | 24.00 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0049
RE:  Freedom II

Statement Date: 12/15/2011
Statement No.      63307
Page No.                 2

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| | DKC | B400 | A111 | Attention to filing of suit, service issues, and potential discussions with defendant regarding settlement. | 0.30 | 115.50 |
| 11/14/2011 | TAY | B400 | A104 | Review case information received from Court (.1). Email to CPC regarding same (.1). Update captions with case information (.1). | 0.30 | 36.00 |
| 11/15/2011 | CPC | B400 | A105 | Communicate (in firm) with team regarding status. | 0.20 | 53.00 |
| | DKC | B400 | A106 | Follow up regarding client's desire to hold off on service while settlement discussions pending. | 0.10 | 38.50 |
| 11/18/2011 | DKC | B400 | A104 | Attention to settlement discussions and timing of service and deadlines. | 0.20 | 77.00 |
| 11/22/2011 | CPC | B400 | A106 | Communicate (with client) regarding status of settlement talks. | 0.10 | 26.50 |
| | | | | For Current Services Rendered | 4.30 | 1,119.00 |

### Advances

| 11/30/2011 | B400 | E112 | Court fees Lexis Nexis | 420.18 |
|---|---|---|---|---|
| | | | Total Advances | 420.18 |
| | | | Total Current Work | 1,539.18 |

### Payments

| 12/06/2011 | Thank you - Payment on account | -300.40 |
|---|---|---|
| | Balance Due | $2,702.78 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 1119.00 | 420.18 |
| B400 | Bankruptcy-Related Advice | 1,119.00 | 420.18 |

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | December 15, 2011 |
| Statement No. | 63308 |
| Account No. | 5130.0050 |
| Page: | 1 |

RE: Mortgage Capital Associates, LLC (MCA)

***Payments received after 12/15/2011 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.***

### Fees

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| 11/04/2011 | | | | | | |
| | CPC | B400 | A104 | Review/analyze documents supporting claims. | 1.40 | 371.00 |
| 11/07/2011 | | | | | | |
| | CPC | B400 | A104 | Review/analyze status of case and requested documents. | 0.10 | 26.50 |
| 11/10/2011 | | | | | | |
| | CPC | B400 | A106 | Communicate (with client) regarding documents needed pre-filing. | 0.20 | 53.00 |
| 11/11/2011 | | | | | | |
| | CPC | B400 | A106 | Communicate (with client) with R. Akell regarding documentation. | 0.10 | 26.50 |
| 11/15/2011 | | | | | | |
| | CPC | B400 | A105 | Communicate (in firm) with team regarding status. | 0.20 | 53.00 |
| | JRP | B400 | A105 | Communicate (in firm) with DKC and CPC regarding case status and next steps. | 0.20 | 53.00 |
| | DKC | B400 | A106 | Follow up regarding documents/information needed from client before suit filed. | 0.20 | 77.00 |
| 11/22/2011 | | | | | | |
| | CPC | B400 | A106 | Communicate with client regarding status of documents needed to file complaint. | 0.10 | 26.50 |
| 11/23/2011 | | | | | | |
| | CPC | B400 | A106 | Communicate (with client) R. Akell regarding documents. | 0.10 | 26.50 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0050
RE: Mortgage Capital Associates, LLC (

Statement Date: 12/15/2011
Statement No.      63308
Page No.            2

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 11/28/2011 | | | | | | |
| | CPC | B400 | A104 | Review/analyze client documents needed for finalization of complaint and draft of same. | 2.20 | 583.00 |
| 11/29/2011 | | | | | | |
| | CPC | B400 | A104 | Review/analyze Stalensky claim and communicate with client regarding same. | 0.30 | 79.50 |
| | | | | For Current Services Rendered | 5.10 | 1,375.50 |
| | | | | Total Current Work | | 1,375.50 |
| | | | | Balance Due | | $1,375.50 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 1375.50 | 0.00 |
| B400 | Bankruptcy-Related Advice | 1,375.50 | 0.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

Statement Date:  December 15, 2011
Statement No.             63309
Account No.          5130.0051
Page:   1

RE: Patterson (Appraiser)

**Payments received after 12/15/2011 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

Fees

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| 11/10/2011 | | | | | | |
| | TAY | B400 | A102 | Conduct research regarding appraiser Gambaccini (GA).  Meet with JRP regarding results. | 0.30 | 36.00 |
| 11/11/2011 | | | | | | |
| | JRP | B400 | A103 | Draft complaint for Georgia appraiser claim. | 2.60 | 689.00 |
| | TAY | B400 | A102 | Conduct internet research regarding appraiser (John Patterson).  Conference with JRP regarding research results. | 0.40 | 48.00 |
| 11/21/2011 | | | | | | |
| | JRP | B400 | A103 | Draft Georgia complaint against appraiser and research negligence per se claim in Georgia. | 2.50 | 662.50 |
| 11/22/2011 | | | | | | |
| | JRP | B400 | A105 | Communicate (in firm) with SAF regarding status of broker claims and filing of Georgia appraiser case, including email to local counsel regarding same (.4). Final review of Gambaccini Georgia complaint and send to SAF for his review (.5). | 0.90 | 238.50 |
| | SAF | B400 | A105 | Discuss Georgia lawsuit issues with JRP. | 0.40 | 132.00 |
| 11/26/2011 | | | | | | |
| | SAF | B400 | A103 | Finish revisions to Complaint against Gambuccini and email to Georgia local counsel regarding same. | 0.80 | 264.00 |
| 11/28/2011 | | | | | | |
| | JRP | B400 | A103 | Draft/revise attendant filings in preparation for filing appraiser complaint in Georgia and | | |

Lehman Brothers Holdings, Inc.
Account No.        5130.0051
RE: Patterson (Appraiser)

Statement Date: 12/15/2011
Statement No.        63309
Page No.        2

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | communicate (in firm) with DKC regarding same (2.8). | 2.80 | 742.00 |
| TAY | B400 | A105 | (Gambaccini/Patterson) Multiple conferences with JRP regarding filing of GA suit (.4). Draft Pro Hac Vice Application and Summons (2) (.5). Emails/calls to/from GA counsel's office regarding filing procedures/fees (.3). Detailed email to local counsel regarding to-be-filed documents (.2). | 1.40 | 168.00 |
| DKC | B400 | A103 | (Patterson) Work on draft complaint (1.2). Telephone conference with local counsel regarding same (.2). Attention to jurisdictional, filing, and service issues (.4). Attention to corporate disclosure statement (.1). | 1.90 | 731.50 |
| | | | For Current Services Rendered | 14.00 | 3,711.50 |
| | | | Total Current Work | | 3,711.50 |
| | | | Balance Due | | $3,711.50 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 3711.50 | 0.00 |
| B400 | Bankruptcy-Related Advice | 3,711.50 | 0.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | December 15, 2011 |
| Statement No. | 63310 |
| Account No. | 5130.0052 |
| Page: | 1 |

RE: Summers (Appraiser)

***Payments received after 12/15/2011 are <u>not</u> included on this statement.***

<u>***PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.***</u>

<u>Fees</u>

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| **11/15/2011** | | | | | | |
| | SAF | B400 | A105 | Discuss North Carolina appraiser case issues with JRP. | 0.70 | 231.00 |
| **11/16/2011** | | | | | | |
| | JRP | B400 | A104 | Work on appraiser analysis and communicate (in firm) with DKC and SAF regarding filing complaint against North Carolina appraiser (1.9). Draft Complaint for North Carolina suit against appraiser and call with local counsel regarding same (2.3). | 4.20 | 1,113.00 |
| | TAY | B400 | A102 | Conduct internet research regarding appraisers (Summers and Alexander (NC))). Call to Iredell County, NC Assessor regarding same. Conference with JRP regarding research results. | 0.60 | 72.00 |
| | DKC | B400 | A102 | Work on obtaining local counsel, including discussions with referral sources and client (1.2). Telephone conference with counsel (Cobb) and work on Complaint (.9). Attention to procedural/filing issues and work on same (.3). | 2.40 | 924.00 |
| **11/17/2011** | | | | | | |
| | JRP | B400 | A107 | Communicate North Carolina counsel regarding filing Rule 3 Application and review of same. | 0.30 | 79.50 |
| | DKC | B400 | A104 | (Summers) Further attention to filing of Rule 3 application, including move from counsel (Cobb) to new local counsel (Terpening) due to potential conflict. | 0.50 | 192.50 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0052
RE:  Summers (Appraiser)

Statement Date: 12/15/2011
Statement No.      63310
Page No.      2

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 11/18/2011 | DKC | B400 | A104 | (Summers) Follow up regarding filing and service (.1). Conference with client regarding same and next steps (.1). | 0.20 | 77.00 |
| 11/30/2011 | JRP | B400 | A104 | Attention to service issues for Eric Alexander, appraiser in North Carolina. | 0.20 | 53.00 |
|  |  |  |  | For Current Services Rendered | 9.10 | 2,742.00 |
|  |  |  |  | Total Current Work |  | 2,742.00 |
|  |  |  |  | Balance Due |  | $2,742.00 |

Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 2742.00 | 0.00 |
| B400 | Bankruptcy-Related Advice | 2,742.00 | 0.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# EXHIBIT E

Detail of Time and Expense

(December 1, 2011 through December 31, 2011)

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | January 18, 2012 |
| Statement No. | 64320 |
| Account No. | 5130.0001 |
| Page:  1 | |

RE: PMAC Lending Services, INC

***Payments received after 01/18/2012 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.***

| | | |
|---|---|---:|
| | Previous Balance | $915.64 |
| | <u>Payments</u> | |
| 01/04/2012 | Thank you - Payment on account | -467.03 |
| | Balance Due | <u>$448.61</u> |

***Payments received after statement date will be applied to the next month's statement.***

***Please reference statement number(s) on your payment***

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | January 18, 2012 |
| Statement No. | 64321 |
| Account No. | 5130.0005 |
| Page: | 1 |

RE: EquiPoint Financial Network, Inc

*Payments received after 01/18/2012 are <u>not</u> included on this statement.*

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---|
| Previous Balance | $44.28 |
| Balance Due | $44.28 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

621 Seventeenth St., 19th Fl.
Denver, CO  80293

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | January 18, 2012 |
| Statement No. | 64322 |
| Account No. | 5130.0007 |
| Page: | 1 |

RE: Metrostate

**Payments received after 01/18/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---|
| Previous Balance | $136.18 |
| | |
| Balance Due | $136.18 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | January 18, 2012 |
| Statement No. | 64323 |
| Account No. | 5130.0012 |
| Page: | 1 |

RE: Nationwide Equities

*Payments received after 01/18/2012 are <u>not</u> included on this statement.*

***PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.***

| | | |
|---|---|---|
| | Previous Balance | $3,009.28 |
| | <u>Payments</u> | |
| 01/04/2012 | Thank you - Payment on account | -910.80 |
| | Balance Due | <u>$2,098.48</u> |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | January 18, 2012 |
| Statement No. | 64324 |
| Account No. | 5130.0018 |
| Page: | 1 |

RE: Freedom Mortgage

**Payments received after 01/18/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---|
| Previous Balance | $198.28 |
| Balance Due | $198.28 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | January 18, 2012 |
| Statement No. | 64325 |
| Account No. | 5130.0022 |
| Page: | 1 |

RE: PMC Bancorp

***Payments received after 01/18/2012 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>***

Previous Balance          $93,290.37

<u>Fees</u>

Hours

**12/01/2011**

| JRP | B400 | A105 | Communicate (in firm) with CPC regarding damages issues to assist him during mediation (.2). Communicate (outside firm) with client regarding same (.1). Email to Bank of America attorney (David Epstein) regarding case status (.2). Communicate (in firm) with DKC regarding outcome of mediation (.2). | 0.70 | 185.50 |
|---|---|---|---|---|---|
| CPC | B400 | A111 | Travel to Denver after attending settlement conference (multiple airline delays). | 8.00 | n/c |
| CPC | B400 | A109 | Prepare for and attend settlement conference (5.5). Plan and assist DKC regarding trial preparation and strategy issues (3.0). | 8.50 | 2,252.50 |
| DKC | B400 | A101 | Prepare for and attend settlement conference (5.5). Draft "to do" list given non-settlement, including proof of damages, upcoming discovery and dispositive motion(s) (3.0). | 8.50 | 3,272.50 |
| DKC | B400 | A111 | Travel (CA to CO) from settlement conference. | 8.00 | n/c |

**12/02/2011**

| CGS | B400 | A102 | Conference with CPC regarding status of settlement conference/negotiations. | 0.20 | n/c |
|---|---|---|---|---|---|
| DKC | B400 | A106 | Communicate (with client) regarding participation in new settlement conference (.2). Prepare and plan for potential hearing on motion to strike expert, including calls with Federal magistrate's | | |

Lehman Brothers Holdings, Inc                                    Statement Date: 01/18/2012
Account No.     5130.0022                                            Statement No.        64325
RE: PMC Bancorp                                                        Page No.                 2

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | clerk (.5). | 0.70 | 269.50 |
| 12/05/2011 |  |  |  |  |  |
| CPC | B400 | A105 | Communicate (in firm) with JRP regarding damages. (.1).  Review damages in preparation for upcoming meeting (.3).  Contact Dr. Nguyen regarding deposition. (.2). Review of documents for trial preparation and meeting with litigation team. (4.1). | 4.70 | 1,245.50 |
| TAY | B400 | A105 | Conference with team regarding trial deadlines/trial order and print same for meeting (.2).  Conference with CPC regarding disclosure of client representatives (.1). Review all disclosures (.3). Conference with CPC regarding search results (.1).  Re-send waiver of service to Magic Hand Dental (.1). | 0.80 | 96.00 |
| CGS | B400 | A102 | Conference with team regarding preparing Motion for Summary Judgment regarding PMC's affirmative defenses. | 0.30 | n/c |
| JRP | B400 | A105 | Review/analyze language of protective order regarding use of deposition transcripts (.3). Communicate (in firm) with CPC regarding damages issues (.3). Communicate (in firm) with DKC, SAF, and CPC regarding trial preparation issues including attention to upcoming pre-trial deadlines and discovery matters; Attention to preparation of damages portion of case (3.1). | 3.70 | 980.50 |
| SAF | B400 | A105 | Conference with DKC, JRP, and CPC regarding summary judgment and documentation necessary for proving damages and supplemental disclosures. | 4.10 | 1,353.00 |
| DKC | B400 | A104 | Review damages proof and otherwise analyze evidentiary issues for trial, including loan/loss ownership proof (1.8). Communicate (in firm) and analyze arguments/merits of potential Motion for Summary Judgment on defendant's affirmative defenses (1.1). | 2.90 | 1,116.50 |
| 12/06/2011 |  |  |  |  |  |
| CPC | B400 | A104 | Review/analyze proving damages at trial with litigation team. | 2.80 | 742.00 |
| TAY | B400 | A105 | Conference with DKC regarding rescheduled settlement conference and status conference (if settlement conference unsuccessful) (.2). Call to Judge Kronstadt's clerk regarding same and appearance questions (.1). | 0.30 | 36.00 |

Lehman Brothers Holdings, Inc                                Statement Date: 01/18/2012
Account No.        5130.0022                                 Statement No.        64325
RE:  PMC Bancorp                                             Page No.                  3

                                                                              Hours

| | | | | | |
|---|---|---|---|---|---|
| CGS | B400 | A102 | Review/analyze deposition testimony of PMC's 30(b)(6) witness [1.0]; review/analyze pleadings and discovery regarding PMC's affirmative defenses [1.5]; research burden of proof on Motion for Summary Judgment regarding affirmative defenses [.5]; outline pleadings required for Motion for Summary Judgment on PMC's affirmative defenses [.7]; research NY law regarding mitigation defense [1.0]; draft argument regarding sixth affirmative defense [1.5]. | 6.20 | 1,829.00 |
| JRP | B400 | A104 | Review/analyze proving damages at trial with litigation team (2.8). | 2.80 | 742.00 |
| DKC | B400 | A104 | Review damages proof, analyze need for additional documents and telephone conference (with client) regarding same (2.2). Review liability proof and analyze need for further documents and foundation for trial (1.6). Review Court's order regarding motion to strike defendant's expert and analyze related issues (.6). | 4.40 | 1,694.00 |

12/07/2011

| | | | | | |
|---|---|---|---|---|---|
| CPC | B400 | A104 | Review/analyze damages documentation, examine evidentiary issues, consult with client, and conference with JRH in preparation for trial. (4.6).  Email correspondence with client regarding Aurora/LBB witness at trial. (.2). Review Canales loan issues with regard to selling 2nd mortgage at SD price.(.2). | 5.00 | 1,325.00 |
| JRP | B400 | A105 | Communicate (in firm) with CPC continuing to review documents necessary to prove damages (3.0); Email to client regarding documents needed to prove damages (.2) Communicate (with client) via telephone regarding questions pertaining to Ramsey loan (.4). Preliminary discussions of admissibility of various damages documents (.6). | 4.20 | 1,113.00 |
| CGS | B400 | A102 | Conference with SAF regarding failure to mitigate Motion for Summary Judgment [.3]; review prior briefing on mitigation issue for potential use [.4]. | 0.70 | 206.50 |
| SAF | B400 | A104 | Discuss Motion for Summary Judgment on PMC's Affirmative defenses with CGS and review old cases to provide material to him for his MSJ brief (N/C).  Review records provided by Dong and draft Declaration for him for use in | | |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE:  PMC Bancorp

Statement Date: 01/18/2012
Statement No.        64325
Page No.        4

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | support of our Motion for Summary Judgment (2.3).  Review disclosures and binder of Baker deposition documents to determine extent to which documents necessary for proof of damages have been disclosed (2.4).  Discuss same with CPC and JRP (.5). | 5.20 | 1,716.00 |
| DKC | B400 | A104 | Review Court's order striking defendant's expert and cancellation of hearings regarding same (.4). Further analysis of evidence (damages), disclosures regarding same, and likely testimony at trial (.7). | 1.10 | 423.50 |
| 12/08/2011 | | | | | |
| JRP | B400 | A104 | Review/analyze RLT pricing information and email SAF regarding same (.2). Communicate (in firm) with DKC regarding admissibility of various documents and business records (.3). | 0.50 | 132.50 |
| CPC | B400 | A104 | Review/analyze RLT issues. (.1). Review declaration and exhibits and email same to Dong Kim at Saehan Bank. (.3)  Attention to trial scheduling and upcoming deadlines. (.5)  Email correspondence with opposing counsel regarding upcoming depositions. (.1). | 1.00 | 265.00 |
| SAF | B400 | A101 | Review RLT pricing information sheet and discuss same with JRP (.2).  Receive and review email with list of trial and pretrial deadlines (.1). Receive and analyze email from JRP to client (Gray) regarding additional documents needed (.2).  Review briefing on our initial MSJ on Indemnity claims and Order on same to determine information needed to supplement damages portion thereof (1.4). Draft Motion For Summary Judgment (1.2). | 3.10 | 1,023.00 |
| DKC | B400 | A105 | Communicate (in firm) and analysis regarding defendant's cancellation of depositions (.4). Prepare for upcoming settlement conference, including analysis of potential "global" release (beyond loans at issue in case) (1.3), evidentiary issues for trial (1.5), witnesses needed (.4), fees/costs for trial (.3), and bankruptcy issues (.3). Communicate (with client and co-counsel) via telephone regarding same (.7). Review local rules regarding deadlines and potential procedures (.5). | 5.40 | 2,079.00 |
| DKC | B400 | A111 | Travel to settlement conference (CO to CA). | 6.00 | n/c |

Lehman Brothers Holdings, Inc
Account No.    5130.0022
RE: PMC Bancorp

Statement Date: 01/18/2012
Statement No.    64325
Page No.    5

| | | | | | Hours | |
|---|---|---|---|---|---|---|

**12/09/2011**

| | JRP | B400 | A105 | Review/analyze disclosure documents from client for production in supplemental disclosures prior to discovery deadline (1.5). Communicate (in firm) with law clerk, Jessica Lin regarding research project concerning admissibility of various documents for trial (.2). Communicate (in firm) with DKC regarding collection of categories of documents wherein foundation testimony from Aurora/LBB may be required and work on same (1.5). | 3.20 | 848.00 |

| | CPC | B400 | A108 | Communicate (other external) with Sahean Bank regarding declaration of authentication of bank records for Motion for Summary Judgment. (.3). Conference with JRP and SAF regarding documents that need to be authenticated by Aurora Bank and/or Aurora Loan Services. (1.1) Attention to evidentiary issues, specifically admissibility of loan applications and payment histories. (.7). | 2.10 | 556.50 |

| | CGS | B400 | A102 | Communicate (in firm) with team regarding scope of pre-trial tasks. | 0.20 | n/c |

| | SAF | B400 | A104 | Receive and review changes to executed Dong Declaration (.3). Receive and analyze emails with Heston Gray and JRP regarding certain damage documents on REO sales (.3). Communicate (in firm) with CPC and JRP regarding documents necessary to prove damages (1.1). Receive and review email from DKC regarding record custodian and respond to same (.2). Draft/revise email to Nicole Kim regarding designation and qualifications of person to use at trial and potentially summary judgment to offer foundation for various types of records (1.3). | 3.20 | 1,056.00 |

| | DKC | B400 | A109 | Prepare for and attend settlement conference (4.5). Analyze and plan for next steps, including strategy, additional disclosures, and Motion for Summary Judgment (2.1). | 6.60 | 2,541.00 |

| | DKC | B400 | A111 | Travel from settlement conference (CA to CO). | 6.00 | n/c |

**12/10/2011**

| | DKC | B400 | A105 | Communicate (in firm and with client) regarding Motions for Summary Judgment (affirmative and on defendant's defenses) and proof at trial (.7). Analyze same and best options (.5). | 1.20 | 462.00 |

Lehman Brothers Holdings, Inc
Account No.      5130.0022
RE: PMC Bancorp

Statement Date: 01/18/2012
Statement No.      64325
Page No.      6

| | | | | Hours | |
|---|---|---|---|---|---|
| **12/12/2011** | | | | | |
| JRP | B400 | A105 | Communicate (in firm) with DKC regarding upcoming disclosure of documents supporting damages calculation (.3). Communicate (in firm) with CPC regarding loan ownership issues (.1). Communicate (in firm) with CPC regarding loan ownership, reviewing each loan for proper documentation for ownership and tracking issues (3.0). Review/analyze email from client and supplemental damages spreadsheet (.2). Review/analyze FNMA and FHMLC contracts for relevant indemnification language and identify sections to be redacted, communicate (in firm) with DKC regarding same (2.0). | 5.60 | 1,484.00 |
| CPC | B400 | A105 | Communicate (in firm) with JRH and review documentation regarding loan ownership issues and proof of same at trial. (2.5). Email correspondence with opposing counsel regarding conferral for motion to strike/summary judgment on affirmative defenses. (.2). Prepare for deposition of employer of Gonzalo Perez (.6). Draft seventh supplemental disclosure. (.3). | 3.60 | 954.00 |
| CGS | B400 | A102 | Research PMC"s affirmative defenses for Motion for Summary Judgment regarding same (commercial reasonableness; mitigation of damages) [1.8]; review/analyze Baker deposition [1.5]. | 3.30 | 973.50 |
| SAF | B400 | A101 | Receive and review emails with client and Aurora regarding foundation for records and discuss same with DKC and JRP (.3). Receive and analyze email from Gray regarding proof of REO proceeds (.5). Attend part of meeting with JRP and CPC regarding documents to disclose to prove damages (1.0). | 1.80 | 594.00 |
| DKC | B400 | A104 | Review/analyze Motions for Summary judgment (2) and related issues. | 1.20 | 462.00 |
| **12/13/2011** | | | | | |
| TAY | B400 | A101 | Prepare deposition exhibits for Magic Hand Dental deposition (regarding borrower Perez) (.4). Conference with CPC regarding same (.1). | 0.50 | 60.00 |
| JRP | B400 | A106 | Communicate (with client) regarding contracts with FNMA and FHMLC (.6). Prepare documents for supplemental disclosures (2.8). Communicate both (in firm) and (with) with DKC, SAF, CPC, and clients regarding documents necessary to prove damages and loan | | |

Lehman Brothers Holdings, Inc
Account No.     5130.0022
RE: PMC Bancorp

Statement Date: 01/18/2012
Statement No.     64325
Page No.     7

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | ownership (1.8). Review/analyze local rules in conjunction with conferral email from opposing counsel regarding summary judgment date (.3). | 5.50 | 1,457.50 |
| CPC | B400 | A106 | Communicate with client, Heston Gray, Robin Akell, John Baker, as well as litigation team regarding ownership and damages proof at trial. (2.8). Email correspondence with opposing counsel regarding conferral on motion to strike affirmative defenses. (.2). | 3.00 | 795.00 |
| CGS | B400 | A102 | Draft on statement of facts in support of Motion for Summary Judgment on affirmative defenses [3.5]; Conference with JRP regarding discovery supporting same [.3]; review/analyze LBHI's 30(b)(6) deposition [1.5]; conference with CPC regarding conferral issues for Motion for Summary Judgment on affirmative defenses [.2]; review court's standing orders regarding same [.2]. | 5.70 | 1,681.50 |
| CPC | B400 | A101 | Plan and prepare for deposition of Dr. Nguyen. | 2.50 | 662.50 |
| CPC | B400 | A109 | Travel (CO to CA) to attend deposition of Dr. Nguyen. | 6.50 | n/c |
| SAF | B400 | A103 | Meeting and conference regarding disclosures and summary judgment preparation with CPC and JRP (1.8).  Draft/revise Motion for Summary Judgment (4.8). | 6.60 | 2,178.00 |
| DKC | B400 | A101 | Prepare for and communicate (via telephone/with client) regarding proof of loan ownership and damages (2.4). Communicate (in firm and with opposing counsel) regarding Motions for Summary Judgment (liability and defendant's affirmative defenses) (.2). Analyze procedural issues and review/revise Motions for Summary Judgment (1.2). Analyze additional potential disclosures (.3). | 4.70 | 1,809.50 |
| 12/14/2011 | | | | | |
| JRP | B400 | A103 | Draft/revise supplemental disclosures, preparing documents for disclosure (1.5). Communicate (in firm) with DKC regarding documents to be disclosed, reviewing same (.3). | 1.80 | 477.00 |
| CPC | B400 | A109 | Travel (CA to CO) from deposition of Dr. Nguyen/Temecula, California. | 6.50 | n/c |
| CPC | B400 | A109 | Appear for/attend deposition of Dr. Nguyen regarding borrower Gonzalo Perez. | 2.70 | 715.50 |

Lehman Brothers Holdings, Inc                Statement Date: 01/18/2012
Account No.        5130.0022                      Statement No.        64325
RE:  PMC Bancorp                                       Page No.            8

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| TAY | B400 | A104 | Review all disclosures, discovery requests/responses, deposition transcripts and prepare working binder. | 0.60 | 72.00 |
| LC1 | B400 | A102 | Research and draft memo regarding admissibility of mortgage applications and HUD-1 statements. | 2.50 | n/c |
| SAF | B400 | A103 | Draft/Revise Motion for Summary Judgment (5.4).  Communicate in firm with CPC regarding deposition of Perez's employer and proving misrepresentations by Perez (.4).  Receive and analyze several emails from client regarding disclosure of documents supporting damages (.5). | 6.30 | 2,079.00 |
| CGS | B400 | A102 | Draft/revise motion for summary judgment on PMC's affirmative defenses [1.6]; conference with CPC regarding conferral issues for Motion for Summary Judgment [.1]; review email from opposing counsel regarding conferral [.1]; review/analyze file documents for Motion for Summary Judgment [1.3]. | 3.10 | 914.50 |
| DKC | B400 | A104 | Review documents and analyze supplemental disclosures and related issues, including loan/loss ownership and damages (1.4). Communications (in firm) and follow up regarding status of Motion for Summary Judgment briefing, and timing (opposing counsel's objection) (.5). Plan and prepare for deposition (borrower's employer) and upcoming status conference (.4). | 2.30 | 885.50 |
| 12/15/2011 |  |  |  |  |  |
| JRP | B400 | A103 | Draft/revise section for motion for summary judgment explaining breach on Lemon loan and compile exhibits for declaration in support of motion for summary judgment (1.9). Communicate (other outside counsel) with Matt Spohn regarding his trial experiences and issues of foundation and admissibility, add several other documents to supplemental disclosures (.7). Draft/revise seventh supplemental disclosure and with CPC, review and finalize all documents to be disclosed in seventh supplemental disclosure and communicate (with client) regarding same (2.1) | 4.70 | 1,245.50 |
| CPC | B400 | A107 | Communicate (other outside counsel) with Matt Spohn at Reilly Pozner regarding evidentiary |  |  |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE: PMC Bancorp

Statement Date: 01/18/2012
Statement No.        64325
Page No.        9

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | issues. (.8). Email correspondence with opposing counsel regarding conferral on Motion for Summary Judgment to strike defenses (.1). Email correspondence with counsel Rollin and Balser regarding Judge Kronstadt. (.1). Review and finalize all documents to be disclosed in seventh and final supplemental disclosure and communicate (with client) regarding same (1.3). Email correspondence with Dr. Nguyen regarding contact information for borrower Perez. (.1). Quick research on admissibility threshold for business records. (.1). | 3.70 | n/c |
| CGS | B400 | A102 | Review/analyze Baker deposition for Motion for Summary Judgment on affirmative defenses [2.0]; review/analyze Calfalcas deposition regarding same [1.4]; research movant's burden for Motion for Summary Judgment on affirmative defense [1.0]; edit/revise motion regarding same [.5]. | 4.90 | 1,445.50 |
| SAF | B400 | A103 | Draft Motion for Summary Judgment and Declaration of Baker in support of same. | 11.40 | 3,762.00 |
| DKC | B400 | A102 | Research and study case law regading defendant's affirmative defenses for possible Motion for Summary Judgment (1.1). Review documents and analyze same for supplement of disclosures (1.2). | 2.30 | 885.50 |
| 12/16/2011 | | | | | |
| JRP | B400 | A103 | Draft/revise declaration of John Baker in support of Motion for Summary Judgment and organize and compile exhibits to declaration, analyze exhibits in conjunction with declaration (4.6). | 4.60 | 1,219.00 |
| CPC | B400 | A103 | Conference with JRH to draft/revise declaration of John Baker in support of Motion for Summary Judgment, compile exhibits to declaration, analyze exhibits in conjunction with declaration, and conference with DKC and litigation team regarding timing and strategy for filing Motion for Summary Judgment. | 2.10 | n/c |
| SAF | B400 | A103 | Draft Supplemental Statement of Facts In Support of Motion For Summary Judgment (8.5). Communicate in firm with JRP regarding complication of exhibits (.4). Communicate in firm with CGS regarding preparation of Notice of Motion and Order (.3). | 9.20 | 3,036.00 |
| DKC | B400 | A111 | Travel to status conference (CO to CA). | 5.00 | n/c |

Lehman Brothers Holdings, Inc                                    Statement Date: 01/18/2012
Account No.        5130.0022                                     Statement No.        64325
RE: PMC Bancorp                                                  Page No.               10

                                                                                    Hours

12/17/2011
    SAF       B400      A103    Receive and respond to email from Baker
                               regarding changes to his affidavit and implement
                               same (2.3).  Receive and review deposition
                               transcript of Duc-Thanh Nguyen and
                               supplement/revise Motion For Summary
                               Judgment based on same (1).  Revise
                               Statement of Facts based on same (.8).        4.10        1,353.00

12/18/2011
    JRP       B400      A104    Review/analyze emails from client regarding
                               changes to his declaration and exhibits in
                               support of declaration and draft/revise
                               declaration and exhibits accordingly.         0.40         106.00

    SAF       B400      A103    Draft/revise Baker Affidavit and Statement of
                               Facts based on new information from Baker.     2.40         792.00

12/19/2011
    JRP       B400      A105    Communicate (in firm) with DKC and SAF and
                               with client regarding changes to client's
                               declaration and exhibits (.4). Communicate (in
                               firm) with CGS regarding damages figures and
                               documents showing same (.4). Communicate (in
                               firm) with CPC, CGS and client regarding
                               discrepancies in damages figures,
                               review/analyze Separate Statement of Facts,
                               Declaration of John Baker, and Memorandum of
                               Points and Authorities to ensure that each
                               document references the correct exhibits and
                               damages figures (2.4). Communicate (in firm)
                               with CGS and DKC regarding court's inclination
                               to hold hearing on Motion for Summary
                               Judgment on or before motions filing deadline
                               and Prepare for and plan content of Ex Parte
                               Application to address filing date discrepancies
                               given court's closed motions calendar (1.0).   4.20        1,113.00

    CPC       B400      A105    Review/analyze and revise John Baker's
                               declaration in support of Motion for Summary
                               Judgment, phone call with Baker regarding
                               same, phone call with R. Akell regarding
                               damages on Baker's declaration, and revise
                               statement of uncontroverted facts. (2.6).  Confer
                               with opposing counsel regarding ex parte
                               application to hear Motion for Summary
                               Judgment on non-motion day. (1.0).             3.60         954.00

    TAY       B400      A104    Communicate (in firm) with team regarding
                               status of Motion for Summary Judgment and
                               associated filings and prepare exhibits to same

Lehman Brothers Holdings, Inc
Account No.      5130.0022
RE: PMC Bancorp

Statement Date: 01/18/2012
Statement No.      64325
Page No.      11

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  |  |  |  | (.8)). Communicate (in firm) with team regarding hearing setting and timing issues (.2). Communicate (in firm) via telephone conference with DKC regarding same (.2). | 1.20 | 144.00 |
|  | CGS | B400 | A102 | Conference with team regarding motion for summary judgment [1.5]; draft notice of motion and motion [1.0]; draft proposed order for Motion for Summary Judgment [.5]; conference with JRH and DKC regarding form of proposed order [.5]; edit revise Motion for Summary Judgment for compliance with local and federal rules (Prepare tables of contents, tables of authority, check citations) [1.5]; conference with DKC regarding results of status conference [.2]; conference with team regarding ex parte application for leave to file Motion for Summary Judgment and for hearing [.4]; begin drafting ex parte application [3.0]. | 8.60 | 2,537.00 |
|  | DKC | B400 | A104 | Review/analyze pleadings and applicable Court Rules for upcoming status conference (1.3). Attend status conference (1.4). Analyze/strategize and outline ex parte application for Motion for Summary Judgment filing and potential implications for case (1.2). Review emails and draft Motion for Summary Judgment pleadings (.4). | 4.30 | 1,655.50 |
|  | DKC | B400 | A111 | Travel from status conference (CA to CO). | 5.00 | n/c |
| 12/20/2011 |  |  |  |  |  |  |
|  | JRP | B400 | A105 | Communicate (in firm) with CPC, DKC and CGS regarding filing Motion for Summary Judgment on affirmative defenses as Motion in Limine and filing Ex Parte Application prior to filing Motion for Summary Judgment (.6). Research regarding a court's authority to manage its docket and authority to grant/deny continuances (2.1). Draft portion of Ex Parte Application for Extension Regarding Motion for Summary Judgment Hearing relating to request for trial continuance, in the alternative (.7). Review/analyze Ex Parte Application for Extension Regarding Motion for Summary Judgment Hearing (.3). Communicate (in firm) with CGS regarding arguments and tone in Ex Parte Application for Extension Regarding Motion for Summary Judgment (.3). Draft/revise declaration for CPC to sign regarding his conferral with opposing counsel (.6). Review/analyze Judge Krostadt's Standing Order and local Rules regarding filing of Ex Parte |  |  |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE: PMC Bancorp

Statement Date: 01/18/2012
Statement No.        64325
Page No.        12

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | Application (.5). Communicate (in firm) with CGS regarding mechanics of filing Ex Parte Application, Declaration and exhibit (.2). | 5.30 | 1,404.50 |
| CPC | B400 | A104 | Review/analyze strategy regarding motion for summary judgment on affirmative defense and conference with DKC and JRH about converting same into motion in limine as well as conference regarding contemporaneous filing of ex parte application on Motion for Summary Judgment timing issue. (.4).  Read and review ex parte application on timing issue of Motion for Summary Judgment and make changes to introduction. (.7).  Telephone conferral with opposing counsel regarding ex parte application. (.2). | 1.30 | 344.50 |
| CGS | B400 | A102 | Meeting with JRH and CPC regarding Motion for Summary Judgment strategy [.3]; draft/substantially revise ex parte application for leave to file Motion for Summary Judgment and to set hearing [3.8]; draft proposed order for ex parte application [.4]; conference with DKC and JRH regarding proposed order [.2]; peer review draft declaration in support of ex parte application [.2]; conference with CPC regarding conferral on ex parte application [.1]; lengthy email to client regarding ex parte and Motion for Summary Judgment strategy [.4]; | 5.20 | 1,534.00 |
| DKC | B400 | A103 | Draft outline arguments and structure of ex parte application (regarding filing of Motion for Summary Judgment and related issues) (.4). Review and revise ex parte application and attendant declarations (.4). Communicate (in firm) regarding analysis of ex parte application and applicable case law/rules prior to filing (.5). | 1.30 | 500.50 |
| 12/21/2011 | | | | | |
| JRP | B400 | A105 | Communicate (in firm) with CGS regarding anticipated arguments from opposing counsel on Ex Parte Application for Extension to File Motion for Summary Judgment and analysis of same (.4). Review response to Ex Parte Application for Extension to File Motion for Summary Judgment (.4). Communicate (in firm) with CGS regarding same (.3). | 1.10 | 291.50 |
| CGS | B400 | A102 | Review/analyze PMC's response to ex parte application [.6]; review/analyze documents cited in PMC's opposition to confirm accuracy of same [.5]; conference with CPC and JRH regarding | | |

Lehman Brothers Holdings, Inc
Account No.      5130.0022
RE:  PMC Bancorp

Statement Date: 01/18/2012
Statement No.        64325
Page No.             13

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | PMC's cited documents [.4]; emails to/from client regarding ex parte strategy [.2]; review procedural rules regarding opportunity to reply in support of ex parte application [.4]. | 2.10 | 619.50 |
| DKC | B400 | A104 | Review/analyze defendant's pleadings in response to our ex parte application regarding Motion for Summary Judgment (.3). Plan and Prepare for reply/response (.2). | 0.50 | 192.50 |
| 12/22/2011 | | | | | |
| CGS | B400 | A102 | Review order granting ex parte application [.1]; conference with team regarding filing strategy for Motion for Summary Judgment [.4]; | 0.50 | 147.50 |
| 12/23/2011 | | | | | |
| DKC | B400 | A104 | Review/analyze Court's order granting our ex parte application (regarding Motion for Summary Judgment) (.1) Analyze filing/timing and options regarding same (.3). Communicate (in firm) regarding Motion for Summary Judgment, Motion(s) in Limine, trial preparation, and deadlines (.3). | 0.70 | 269.50 |
| 12/27/2011 | | | | | |
| CPC | B400 | A104 | Review/analyze trial deadlines with respect to filing of motions in limine. (.2).  Confer with TAY in office regarding search for borrower Gonzalo Perez so that we can serve him with a trial subpoena. (.1). | 0.30 | 79.50 |
| 12/28/2011 | | | | | |
| TAY | B400 | A102 | Conduct internet research regarding borrower (Perez) (4). Email to CPC regarding results of same (.1). | 0.50 | 60.00 |
| | | | For Current Services Rendered | 239.10 | 73,508.00 |
| | | | Total Non-billable Hours | 60.00 | |

Expenses

| | | | | |
|---|---|---|---|---|
| 12/01/2011 | B400 | E102 | Outside printing Copy Charges - certified DOTs (2) (borrower Lemon) service date 11/30/11 | 39.33 |
| 12/01/2011 | B400 | E110 | Out-of-town travel Taxis (to/from settlement conference) | 85.73 |
| 12/01/2011 | B400 | E110 | Flight (settlement conference) (DKC) service date 11/30/11 | 381.40 |
| 12/01/2011 | B400 | E110 | Flight (settlement conference) (CPC) service date 11/30/11 | 381.40 |
| 12/01/2011 | B400 | E110 | Out-of-town travel Daniel Calisher CA (airport to hotel/status conference) service date 9/11/11 Taxi fare | 56.05 |
| 12/01/2011 | B400 | E110 | Out-of-town travel Daniel Calisher CA (status conference to airport) Service date 9/12/11 Taxi fare | 53.55 |

Lehman Brothers Holdings, Inc
Account No.      5130.0022
RE:  PMC Bancorp

Statement Date: 01/18/2012
Statement No.      64325
Page No.      14

| | | | | |
|---|---|---|---|---|
| 12/01/2011 | B400 | E110 | Out-of-town travel Daniel Calisher CA (court to airport) service date 12/9/11 Taxi fre | 56.00 |
| 12/13/2011 | B400 | E110 | Out-of-town travel Chris Carrington Embassy Suites Temecula CA | 133.28 |
| 12/14/2011 | B400 | E110 | Out-of-town travel (CPC) Enterprise Rental Car (Deposition (Nguyen/Magic Hands)) | 96.45 |
| 12/22/2011 | B400 | E110 | Out-of-town travel Chris Carrington parking at DIA | 31.00 |
| 12/30/2011 | B400 | E101 | Copying 61 copies | 6.10 |
| | | | Total Expenses | 1,320.29 |

Advances

| | | | | |
|---|---|---|---|---|
| 12/01/2011 | B400 | E107 | Delivery services/messengers First Legal Network, LLC service date 11-28-11 | 41.79 |
| 12/01/2011 | B400 | E107 | Delivery services/messengers First Legal Network, LLC Service date 11-30-11 | 45.50 |
| 12/01/2011 | B400 | E106 | Online research West | 20.28 |
| 12/01/2011 | B400 | E115 | Deposition fees (Baker/LBHI) service date 11/2/11 | 782.61 |
| 12/01/2011 | B400 | E112 | SmartLinx Public Record Research Lexis Nexis service date Nov 2011 | 118.12 |
| 12/15/2011 | B400 | E107 | Delivery services/messengers Federal Express | 20.54 |
| | | | Total Advances | 1,028.84 |
| | | | Total Current Work | 75,857.13 |

Payments

| | | |
|---|---|---|
| 01/04/2012 | Thank you - Payment on account | -11,205.70 |
| | Balance Due | $157,941.80 |

Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 73508.00 | 2349.13 |
| B400 | Bankruptcy-Related Advice | 73,508.00 | 2,349.13 |

***Payments received after statement date will be applied to the next month's statement.***

***Please reference statement number(s) on your payment***

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MIESTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

|  |  |
|---|---|
| Statement Date: | January 18, 2012 |
| Statement No. | 64326 |
| Account No. | 5130.0025 |
| Page: | 1 |

RE: Padilla

*Payments received after 01/18/2012 are <u>not</u> included on this statement.*

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

| | | | | |
|---|---|---|---|---:|
| | | | Previous Balance | $609.37 |

**<u>Advances</u>**

| | | | | |
|---|---|---|---|---:|
| 12/01/2011 | B400 | E112 | Recording Fees (Release Deed of Trust) Denver County Public Trustee/C&R | 26.00 |
| | | | Total Advances | 26.00 |
| | | | Total Current Work | 26.00 |

**<u>Payments</u>**

| | | | |
|---|---|---|---:|
| 01/04/2012 | | Thank you - Payment on account | -374.40 |
| | | Balance Due | $260.97 |

**<u>Task Code Recapitulation</u>**

| | | **Fees** | **Expenses** |
|---|---|---:|---:|
| B400 | Bankruptcy-Related Advice | 0.00 | 26.00 |
| B400 | Bankruptcy-Related Advice | 0.00 | 26.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | January 18, 2012 |
| Statement No. | 64327 |
| Account No. | 5130.0028 |
| Page: | 1 |

RE: United Pacific

*Payments received after 01/18/2012 are <u>not</u> included on this statement.*

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---|
| Previous Balance | $49.48 |
| Balance Due | $49.48 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---:|
| Statement Date: | January 18, 2012 |
| Statement No. | 64328 |
| Account No. | 5130.0035 |
| Page: | 1 |

RE: Aaron Wade

*Payments received after 01/18/2012 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.*

| | |
|---|---:|
| Previous Balance | $9.58 |
| Balance Due | $9.58 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

|                     |                 |
|---------------------|-----------------|
| Statement Date:     | January 18, 2012 |
| Statement No.       | 64329           |
| Account No.         | 5130.0044       |
| Page:               | 1               |

RE: Valley Vista

*Payments received after 01/18/2012 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>*

| | |
|---|---|
| Previous Balance | $232.18 |
| Balance Due | $232.18 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

.'

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | January 18, 2012 |
| Statement No. | 64330 |
| Account No. | 5130.0045 |
| Page: | 1 |

RE: Shea Mortgage

**Payments received after 01/18/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | |
|---|---|---|
| Previous Balance | | $15,083.70 |

*Fees*

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/02/2011 | | | | | | |
| | JRP | B400 | A103 | Draft/revise Notice of Settlement and Unopposed Request for Abeyance. | 0.40 | 106.00 |
| | DKC | B400 | A106 | Communicate (with client and opposing counsel) regarding settlement, and analyze options (.4). Communicate (with opposing counsel) regarding notice to Court and request to hold case in abeyance, and outline same (.3). | 0.70 | 269.50 |
| 12/10/2011 | | | | | | |
| | DKC | B400 | A104 | Review/analyze Court's order holding case in abeyance (.2). Review file and draft settlement agreement (2.9). Communicate (with client and opposing counsel) regarding same and circulate agreement (.2). | 3.30 | 1,270.50 |
| 12/13/2011 | | | | | | |
| | TAY | B400 | A106 | Emails to/from client regarding fees/expenses billed to date (.1). Research same and draft response email (.2). | 0.30 | 36.00 |
| 12/14/2011 | | | | | | |
| | DKC | B400 | A106 | Communicate (with client and opposing counsel) regarding status of settlement. | 0.20 | 77.00 |
| 12/20/2011 | | | | | | |
| | DKC | B400 | A107 | Communicate (with opposing counsel) and client regarding status of settlement agreement drafting/timing. | 0.20 | 77.00 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0045
RE: Shea Mortgage

Statement Date: 01/18/2012
Statement No.        64330
Page No.        2

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| 12/21/2011 | | | | | | |
| | DKC | B400 | A106 | Communicate (with client) regarding draft settlement agreement and analyze attorney fee provision issues. | 0.20 | 77.00 |
| 12/29/2011 | | | | | | |
| | JRP | B400 | A103 | Draft/revise Status Report and proposed order apprising the court of the need of an additional three weeks to finalize settlement agreement (.3). | 0.40 | 106.00 |
| | DKC | B400 | A104 | Review and revise status report to Court and arrange for filing/service. | 0.30 | 115.50 |
| | | | | For Current Services Rendered | 6.00 | 2,134.50 |

Advances

| Date | | | Description | Amount |
|---|---|---|---|---|
| 12/01/2011 | B400 | E106 | Online research West | 23.15 |
| 12/30/2011 | B400 | E112 | Filing fees Lexis Nexis | 27.84 |
| | | | Total Advances | 50.99 |
| | | | Total Current Work | 2,185.49 |

Payments

| | | |
|---|---|---|
| 01/04/2012 | Thank you - Payment on account | -4,610.87 |
| | Balance Due | $12,658.32 |

Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 2134.50 | 50.99 |
| B400 | Bankruptcy-Related Advice | 2,134.50 | 50.99 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | January 18, 2012 |
| Statement No. | 64331 |
| Account No. | 5130.0046 |
| | Page:   1 |

RE: Christopher E. Hobson, Inc.

*Payments received after 01/18/2012 are <u>not</u> included on this statement.*

<u>*PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT*</u>.

| | | |
|---|---|---|
| | Previous Balance | $3,028.13 |
| | <u>Payments</u> | |
| 01/04/2012 | Thank you - Payment on account | -181.63 |
| | Balance Due | <u>$2,846.50</u> |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | January 18, 2012 |
| Statement No. | 64332 |
| Account No. | 5130.0047 |
| Page: | 1 |

RE: US Bank

**Payments received after 01/18/2012 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | | Previous Balance | | $103,672.12 |
|---|---|---|---|---|

### Fees

| Date | | | | | Hours | |
|---|---|---|---|---|---|---|
| 12/02/2011 | | | | | | |
| | DKC | B400 | A103 | Revise opposing counsel's proposed changes to settlement agreement (.1). Analyze implications/feasibility (.1). | 0.20 | 77.00 |
| 12/05/2011 | | | | | | |
| | CGS | B400 | A102 | Email from client regarding status of settlement documents/payments. | 0.10 | 29.50 |
| 12/06/2011 | | | | | | |
| | DKC | B400 | A103 | Revise settlement agreement and forward to opposing counsel and client (.4). Draft core economic terms sheet for use in bankruptcy (.4). Telephone conference with client regarding same (.1). | 0.90 | 346.50 |
| 12/07/2011 | | | | | | |
| | DKC | B400 | A107 | Communicate (with opposing counsel) regarding settlement agreement, including circulating redlined version. | 0.30 | 115.50 |
| 12/08/2011 | | | | | | |
| | DKC | B400 | A105 | Numerous communications (in firm, with client, and opposing counsel) regarding execution of settlement agreement and mechanics. | 0.50 | 192.50 |
| 12/09/2011 | | | | | | |
| | JRP | B400 | A105 | Communicate (in firm) with DKC regarding finalization of settlement agreement. Communicate (other outside counsel) regarding receipt of US Bank's signature and filing status | | |

Lehman Brothers Holdings, Inc.                          Statement Date: 01/18/2012
Account No.     5130.0047                                  Statement No.    64332
RE: US Bank                                                      Page No.        2

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | report with court and draft/analyze status report (.6). Receipt of and email full settlement agreement to opposing counsel (.2). | 1.00 | 265.00 |
| DKC | B400 | A105 | Communicate (in firm, with opposing counsel and client) regarding approval and signatures on settlement agreement (.3). Review and revise status report to Court regarding settlement consummation and next deadlines (dismissal) (.4). | 0.70 | 269.50 |
| 12/19/2011 | | | | | |
| JRP | B400 | A107 | Review/analyze TAY's draft Stipulation of Dismissal With Prejudice and proposed Order, revising same (.1). Communicate (other outside counsel) with opposing counsel by sending him draft Stipulation of Dismissal and proposed Order (.1). | 0.20 | 53.00 |
| TAY | B400 | A104 | Review email from opposing counsel regarding settlement payment and dismissal of case (.2). Communicate (in firm) with DKC regarding same (.1). Draft Stipulation for Dismissal and proposed order (.4). Communicate (in firm) with JRP regarding review/revisions to same (.2).  Revise and email team (.2). | 1.10 | 132.00 |
| DKC | B400 | A104 | Review/analyze draft stipulation for dismissal with prejudice (.1). Review applicable procedural rule, revise draft, and emails and phone calls (in firm) regarding same (.2). | 0.30 | 115.50 |
| 12/20/2011 | | | | | |
| JRP | B400 | A103 | Draft/revise Stipulation of Dismissal per opposing counsel's suggestions and give to TAY for filing (.2). | 0.20 | 53.00 |
| 12/21/2011 | | | | | |
| DKC | B400 | A104 | Review/analyze order dismissing case with prejudice. | 0.10 | 38.50 |
| 12/28/2011 | | | | | |
| DKC | B400 | A110 | Manage file (save Order dismissing case to file) and forward to client for its record (.2). Organize file fore closure and future reference, including review of confidentiality requirements and records retention and privacy (including deposition transcripts) (.9). | 1.10 | 423.50 |
| | | | For Current Services Rendered | 6.70 | 2,111.00 |

Lehman Brothers Holdings, Inc.                          Statement Date: 01/18/2012
Account No.      5130.0047                                    Statement No.      64332
RE:  US Bank                                                       Page No.          3

Expenses

| | | | | |
|---|---|---|---|---:|
| 12/01/2011 | B400 | E110 | Out-of-town travel Parking (settlement conference) service date 11/14/11 | 18.00 |
| 12/01/2011 | B400 | E110 | Hotel (settlement conference) (DKC) service date 11/14/11 | 252.15 |
| 12/01/2011 | B400 | E110 | Flight (settlement conference) (DKC) service date 11/9/11 | 411.40 |
| 12/01/2011 | B400 | E110 | Out-of-town travel Daniel Calisher CA (Mediation to airport w/client) Taxi fare service date 11/10/11 | 20.00 |
| 12/01/2011 | B400 | E110 | Out-of-town travel Daniel Calisher CA (hotel to mediation w/client) service date 11/10/11 taxi fare | 30.00 |
| | | | Total Expenses | 731.55 |

Advances

| | | | | |
|---|---|---|---|---:|
| 12/01/2011 | B400 | E107 | Delivery services/messengers First Legal Network, LLC caller Sheila Croft Judge Pregerson service date 10/17 | 20.50 |
| 12/01/2011 | B400 | E106 | Online research West | 34.98 |
| 12/01/2011 | B400 | E112 | SmartLinx Public Record Research Lexis Nexis service date Nov 2011 | 118.12 |
| 12/01/2011 | B400 | E112 | SmartLinx Public Record Research Lexis Nexis service date Nov 2011 | 164.77 |
| | | | Total Advances | 338.37 |
| | | | Total Current Work | 3,180.92 |

Payments

| | | |
|---|---|---:|
| 01/04/2012 | Thank you - Payment on account | -49,199.50 |
| | Balance Due | $57,653.54 |

Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---:|---:|
| B400 | Bankruptcy-Related Advice | 2111.00 | 1069.92 |
| B400 | Bankruptcy-Related Advice | 2,111.00 | 1,069.92 |

***Payments received after statement date will be applied to the next month's statement.***

***Please reference statement number(s) on your payment***

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---:|
| Statement Date: | January 18, 2012 |
| Statement No. | 64333 |
| Account No. | 5130.0048 |
| Page: | 1 |

RE: Non-Correspondent Cases

***Payments received after 01/18/2012 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>***

Previous Balance                                                                                    $59,508.15

<u>Fees</u>

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 12/02/2011 | | | | | | |
| | JRP | B400 | A102 | Research elements of North Carolina claims; Communicate (outside firm) with local counsel regarding logistics of filing complaint.; Communicate (in firm) with DKC regarding same (1.2). Update status charts with responses from week of Nov. 26, 2011 (.6). | 1.80 | 270.00 |
| | SLC | B400 | A110 | Finalize and send demand letters by fax and mail (Florida brokers). | 2.20 | 110.00 |
| 12/05/2011 | | | | | | |
| | JRP | B400 | A104 | Communicate (in firm) with SAF to discuss status of Phase Two broker demand letters (.3). Attention to expert consultant issues (1.0). | 1.30 | 195.00 |
| | SAF | B400 | A106 | Conference with JRP on status of Phase Two broker demand letters (.3).  Meeting with client and potential expert on underwriting issues (1). Work on status chart for brokers that have responded to demand letters (1). | 2.30 | 345.00 |
| | SLC | B400 | A110 | Finalize and send out second round of demand letters to brokers. | 2.60 | 130.00 |
| | DKC | B400 | A108 | Communicate (with potential consulting expert and analyze related issues (1.3). Communicate (in firm) regarding status of draft complaints (broker and appraiser demands). (.5). | 1.80 | 270.00 |
| | JRP | B400 | A104 | Review/analyze revisions by local counsel to | | |

Lehman Brothers Holdings, Inc.                                 Statement Date: 01/18/2012
Account No.     5130.0048                              Statement No.    64333
RE: Non-Correspondent Cases                                Page No.        2

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | North Carolina complaint and email to local counsel regarding venue issue (.2). Make several other revisions and send to DKC for his review (.4). | 0.60 | 90.00 |
| **12/06/2011** |  |  |  |  |  |
| JRP | B400 | A107 | Communicate (other outside counsel) (local counsel) regarding filing of complaint against Eric Alexander and John Patterson in North Carolina (N/C). Communicate (with client) regarding status of appraiser claims and broker claims and strategy going forward (2.5). Draft/revise email to client with contact info for business to business appraiser claims (.7). | 3.20 | 480.00 |
| SLC | B400 | A111 | Send out remaining demand letters by fax, e-mail and U.S. mail (2.6); update status chart (.4). | 3.00 | 150.00 |
| SAF | B400 | A106 | Prepare for and attend meeting with client and JRP on appraiser and broker lawsuits to be filed, and outstanding issues on other cases before filing suit. | 3.70 | 555.00 |
| DKC | B400 | A105 | Communicate (with JRP/SAF) regarding preparation for client meeting and overall status/approach (1.2). Communicate (in firm) regarding same (.2). | 1.40 | 210.00 |
| **12/07/2011** |  |  |  |  |  |
| JRP | B400 | A103 | Draft/revise email to client containing appraiser information and send to same (1.0). Conference with DKC regarding response on appraiser Gambaccini lawsuit and email to client regarding same (N/C). | 1.00 | 150.00 |
| TAY | B400 | A102 | Conduct internet research on borrowers (Rivas; Alvarez; Butler; Tsekh; Salahuddin; Davidson; Oliva; Gutiyeva; Martinez; and Rodriguez). | 1.40 | 70.00 |
| SLC | B400 | A111 | Review and distribute response letter regarding Mountain Pacific Mortgage Company. | 0.10 | 5.00 |
| **12/08/2011** |  |  |  |  |  |
| JRP | B400 | A104 | Review/analyze appraisal and field review appraisal and create list of issues/questions to discuss with potential expert regarding same (N/C). Review/analyze client's revised spreadsheet factoring in SOL dates and reassess upcoming lawsuits and status relating to same (.9). Attention to particular appraiser matters for new lawsuits (.3). Prepare for and |  |  |

Lehman Brothers Holdings, Inc.                    Statement Date: 01/18/2012
Account No.      5130.0048                              Statement No.      64333
RE: Non-Correspondent Cases                            Page No.              3

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | attend lunch meeting with possible appraiser consultant (1.5). Communicate (in firm) with TAY regarding various people searches on broker and appraiser matters and communicate (outside firm) with client regarding same (.3). Update appraiser checklists with most recent responses from appraisers (.7). | 3.70 | 555.00 |
| SAF | B400 | A108 | Prepare for and attend meeting with potential appraisal consultant (N/C). | 1.00 | n/c |
| DKC | B400 | A101 | Prepare for and meet with potential appraisal expert (consulting) regarding claims, strategy, and related issues. |  |  |
| **12/12/2011** |  |  |  |  |  |
| SLC | B400 | A111 | Review and distribute responses received from attorney for Philip Ridley (Florida appraiser), and General Star Management on behalf of Kenny Roberts (Georgia appraiser). | 0.20 | 10.00 |
| SAF | B400 | A106 | Review JRP email regarding Gambuccini and discuss same (N/C).  Prepare materials for broker settlement discussions for client, including drafting 'script' for borrower phone calls (1.8). | 1.80 | 270.00 |
| **12/14/2011** |  |  |  |  |  |
| JRP | B400 | A110 | Manage data/files concerning updating appraiser status charts reflecting incoming appraiser responses. | 0.90 | 135.00 |
| SAF | B400 | A106 | Receive and respond to email from client regarding providing review appraisals to defendants | 0.40 | 60.00 |
| DKC | B400 | A105 | Communicate (in firm and with client) and analysis of potential conflict and facilitate business-to-business settlement discussions. | 0.40 | 60.00 |
| **12/15/2011** |  |  |  |  |  |
| SLC | B400 | A111 | Review and distribute response letters from attorneys for Gary Nunley (Indiana appraiser) and George Johnson (Maryland appraiser). | 0.20 | 10.00 |
| **12/16/2011** |  |  |  |  |  |
| JRP | B400 | A104 | Review/analyze emails from client regarding additional contact information needed for contact with appraiser. Communicate (with client) regarding same. | 0.50 | 75.00 |

Lehman Brothers Holdings, Inc.  
Account No.      5130.0048  
RE: Non-Correspondent Cases

Statement Date: 01/18/2012  
Statement No.      64333  
Page No.      4

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 12/19/2011 |  |  |  |  |  |
| JRP | B400 | A107 | Communicate (other outside counsel) and client regarding service attempts for Eric Alexander on Alexander/Summers case in North Carolina (N/C). Manage files and update status chart with appraiser responses (.3). | 0.30 | 45.00 |
| 12/28/2011 |  |  |  |  |  |
| JRP | B400 | A104 | Review/analyze Answers filed by Gambaccini and Patterson in LBHI v. Patterson/Gambaccini - Case 1:11-cv-4106 (N/C). Review/analyze origination appraisals, field review appraisals and other documentation to analyze appraiser claims against several appraisers in Colorado, Washington, Florida, and Georgia (4.8). | 4.80 | 720.00 |
| 12/29/2011 |  |  |  |  |  |
| JRP | B400 | A110 | Manage data/files, organizing and documenting most recent responses from appraisers as well as appraiser letters returned to FGMC (2.6). Review/analyze claims against appraiser Stuart Fearer in preparation to file suit (.6). Review/analyze claims against appraiser Thomas Raif (1.7). | 4.90 | 735.00 |
| 12/30/2011 |  |  |  |  |  |
| JRP | B400 | A103 | Draft/revise Complaint for lawsuit against appraiser,Thomas Raif in Florida (2.0). Review/analyze whether to bring claims against supervisory appraiser, Barbara Avery (.4). | 2.40 | 360.00 |
|  |  |  | For Current Services Rendered | 46.90 | 6,065.00 |
|  |  |  | Total Non-billable Hours | 1.00 |  |

<u>Expenses</u>

| 11/02/2011 | B400 | E105 | Telephone Conferencing Service Ready Talk |  | 13.03 |
|---|---|---|---|---|---|
| 12/12/2011 | B400 | E105 | Telephone Conferencing Service Ready Talk |  | 3.01 |
|  |  |  | Total Expenses |  | 16.04 |

<u>Advances</u>

| 12/01/2011 | B400 | E106 | Online research West |  | 118.47 |
|---|---|---|---|---|---|
| 12/01/2011 | B400 | E112 | SmartLinx Public Record Research Lexis Nexis service date Nov 2011 |  | 575.09 |
|  |  |  | Total Advances |  | 693.56 |
|  |  |  | Total Current Work |  | 6,774.60 |

<u>Payments</u>

| 01/04/2012 |  |  | Thank you - Payment on account |  | -15,666.52 |
|---|---|---|---|---|---|

Lehman Brothers Holdings, Inc.
Account No.        5130.0048
RE:  Non-Correspondent Cases

Statement Date: 01/18/2012
Statement No.        64333
Page No.                5

| | Balance Due | | $50,616.23 |
|---|---|---|---|

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 6065.00 | 709.60 |
| B400 | Bankruptcy-Related Advice | 6,065.00 | 709.60 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | January 18, 2012 |
| Statement No. | 64334 |
| Account No. | 5130.0049 |
| Page: | 1 |

RE: Freedom II

**Payments received after 01/18/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | |
|---|---|---|
| Previous Balance | | $2,702.78 |

<u>Fees</u>

| | | | | Hours | |
|---|---|---|---|---|---|
| 12/12/2011 DKC | B400 | A104 | Review/analyze status of settlement negotiations. | 0.20 | 77.00 |
| 12/13/2011 TAY | B400 | A106 | Emails to/from client regarding fees/expenses billed to date. Research same and draft response email. | 0.20 | 24.00 |
| 12/15/2011 CPC | B400 | A106 | Communicate (with client) regarding status of settlement negotiations. | 0.10 | 26.50 |
| 12/27/2011 CPC | B400 | A106 | Communicate (with client) regarding status of settlement discussions and client's desire for filing/service of complaint on defendant. | 0.30 | 79.50 |
| 12/28/2011 CPC | B400 | A106 | Communicate (with client) regarding his (John Baker) correspondence with opposing counsel as it relates to service of the complaint and deadline to respond to latest settlement offer. | 0.10 | 26.50 |
| | | | For Current Services Rendered | 0.90 | 233.50 |
| | | | Total Current Work | | 233.50 |

<u>Payments</u>

| | | |
|---|---|---|
| 01/04/2012 | Thank you - Payment on account | -870.80 |

Lehman Brothers Holdings, Inc.                          Statement Date: 01/18/2012
Account No.      5130.0049                                 Statement No.    64334
RE:  Freedom II                                               Page No.        2

                           Balance Due                                    $2,065.48

                          Task Code Recapitulation

                                                              Fees        Expenses
B400    Bankruptcy-Related Advice                            233.50          0.00
B400    Bankruptcy-Related Advice                            233.50          0.00

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

*(303)333-9810*

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | January 18, 2012 |
| Statement No. | 64335 |
| Account No. | 5130.0050 |
| Page: | 1 |

RE: Mortgage Capital Associates, LLC (MCA)

*Payments received after 01/18/2012 are <u>not</u> included on this statement.*

<u>*PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.*</u>

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | | | | Previous Balance | | $1,375.50 |
| | | | | **Fees** | | |
| 12/27/2011 | CPC | B400 | A105 | Communicate (in firm) with DKC regarding review of complaint and filing of same, as well as with client (Akell) regarding specific defects in Stalensky loan. | 0.30 | 79.50 |
| 12/29/2011 | DKC | B400 | A103 | Draft/revise draft complaint. | 0.70 | 269.50 |
| | | | | For Current Services Rendered | 1.00 | 349.00 |
| | | | | Total Current Work | | 349.00 |
| | | | | Balance Due | | $1,724.50 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 349.00 | 0.00 |
| B400 | Bankruptcy-Related Advice | 349.00 | 0.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | January 18, 2012 |
| Statement No. | 64580 |
| Account No. | 5130.0051 |
| Page: | 1 |

RE: Patterson (Appraiser)

***Payments received after 01/18/2012 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>***

| | | | |
|---|---|---|---:|
| | Previous Balance before Adjustments | | $3,711.50 |
| 12/31/2011 | Courtesy credit per DKC (to adjust incorrect rates billed in November 2011) | | -2,119.00 |
| | Previous Balance | | $1,592.50 |

<u>Fees</u>

| | | | | Hours | |
|---|---|---|---|---:|---:|
| 12/07/2011 | | | | | |
| JRP | B400 | A104 | Review appraisals on Gambaccini and Patterson and research Georgia law regarding statute of limitations in preparation for call with opposing counsel (1.0). | 1.00 | 125.00 |
| 12/12/2011 | | | | | |
| DKC | B400 | A101 | Plan and prepare for and attend call with opposing counsel regarding settlement, and follow up regarding same (calendaring and deadlines). | 0.50 | n/c |
| JRP | B400 | A101 | Plan and prepare for call with Georgia attorney Chuck Dalziel regarding status of suit against Gambaccini and Review/analyze deadlines for Defendants Answers (1.2);  Review/analyze damages figure for Gambaccini/Patterson lawsuit and email to Chuck Dalziel regarding same (.4). | 1.60 | 200.00 |
| | | | For Current Services Rendered | 2.60 | 325.00 |
| | | | Total Non-billable Hours | 0.50 | |

<u>Advances</u>

| | | | | |
|---|---|---|---|---:|
| 12/01/2011 | B400 | E112 | Filing Fee (Complaint) service date 11/29/11 | 350.00 |
| 12/01/2011 | B400 | E112 | Filing Fee (Pro Hac Application (DKC) | 150.00 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0051
RE: Patterson (Appraiser)

Statement Date: 01/18/2012
Statement No.      64580
Page No.              2

| | | | |
|---|---|---|---|
| Total Advances | | | 500.00 |
| Total Current Work | | | 825.00 |
| Balance Due | | | $2,417.50 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 325.00 | 500.00 |
| B400 | Bankruptcy-Related Advice | 325.00 | 500.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | January 18, 2012 |
| Statement No. | 64581 |
| Account No. | 5130.0052 |
| Page: | 1 |

RE: Summers (Appraiser)

**Payments received after 01/18/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

|  |  |  |
|---|---|---|
| | Previous Balance before Adjustments | $2,742.00 |
| 12/31/2011 | Courtesy credit per DKC (to adjust incorrect rates billed in November 2011) | -1,649.50 |
| | Previous Balance | $1,092.50 |

### Fees

| | | | | Hours | |
|---|---|---|---|---|---|
| 12/01/2011 JRP | B400 | A103 | Draft/revise North Carolina complaint against Dale Summers and Eric Alexander. | 1.20 | 150.00 |
| 12/05/2011 DKC | B400 | A103 | Revise draft complaint. | 0.30 | 37.50 |
| 12/06/2011 DKC | B400 | A103 | Revise complaint (.2) and arrange for filing and service (.1). | 0.30 | 37.50 |
| | | | For Current Services Rendered | 1.80 | 225.00 |
| | | | Total Current Work | | 225.00 |
| | | | Balance Due | | $1,317.50 |

### Task Code Recapitulation

| | | | Fees | Expenses |
|---|---|---|---|---|
| B400 | Bankruptcy-Related Advice | | 225.00 | 0.00 |
| B400 | Bankruptcy-Related Advice | | 225.00 | 0.00 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0052
RE:  Summers (Appraiser)

Statement Date: 01/18/2012
Statement No.        64581
Page No.        2

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**</u>

# EXHIBIT F

## Detail of Time and Expense

## (January 1, 2012 through January 31, 2012)

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65304 |
| Account No. | 5130.0001 |
| | Page:   1 |

RE: PMAC Lending Services, INC

*Payments received after 02/15/2012 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>*

| | |
|---|---:|
| Previous Balance | $448.61 |
| Balance Due | $448.61 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65305 |
| Account No. | 5130.0005 |
| Page: | 1 |

RE: EquiPoint Financial Network, Inc

**Payments received after 02/15/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

Previous Balance                                                        $44.28

Balance Due                                                             <u>$44.28</u>

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

|  |  |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65306 |
| Account No. | 5130.0007 |
| Page: | 1 |

RE: Metrostate

***Payments received after 02/15/2012 are <u>not</u> included on this statement.***

<u>***PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.***</u>

|  |  |
|---|---|
| Previous Balance | $136.18 |

<u>Fees</u>

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 01/11/2012 |  |  |  |  |  |
| JRP | B400 | A104 | Review/analyze Motion to Vacate Judgment forwarded by Reilly Pozner (.2). Communicate (other external) via email with Reilly Pozner providing them relevant pleadings for response to Motion to Vacate (.2). | 0.40 | 106.00 |
| DKC | B400 | A105 | Communicate (in firm with JRP) regarding defendant's motion to attack judgment (.1). Analyze background and options for client (.2). | 0.30 | 115.50 |
| 01/13/2012 |  |  |  |  |  |
| JRP | B400 | A110 | Manage data/files by compiling briefing on Motion to Dismiss for Reilly Pozner's review in conjunction with opposing party's filing of Motion to Vacate Judgment (.5). | 0.50 | 132.50 |
|  |  |  | For Current Services Rendered | 1.20 | 354.00 |
|  |  |  | Total Current Work |  | 354.00 |
|  |  |  | Balance Due |  | $490.18 |

<u>Task Code Recapitulation</u>

|  |  | <u>Fees</u> | <u>Expenses</u> |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 354.00 | 0.00 |
| B400 | Bankruptcy-Related Advice | 354.00 | 0.00 |

Lehman Brothers Holdings, Inc
Account No.        5130.0007
RE:  Metrostate

Statement Date: 02/15/2012
Statement No.        65306
Page No.              2

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65307 |
| Account No. | 5130.0012 |
| Page: | 1 |

RE: Nationwide Equities

**Payments received after 02/15/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

Previous Balance                                                    $2,098.48

### Fees

| | | | | Hours | |
|---|---|---|---|---|---|
| 01/25/2012 | | | | | |
| DKC | B400 | A106 | Communicate (with client) via email regarding defendant's short payment (.1). Communicate with clients regarding side letter (disbursement) agreement (.1). | 0.20 | 77.00 |
| 01/26/2012 | | | | | |
| DKC | B400 | A106 | Communicate (with client) via email regarding side letter (disbursement of settlement proceeds) and related issues. | 0.20 | 77.00 |
| | | | For Current Services Rendered | 0.40 | 154.00 |
| | | | Total Current Work | | 154.00 |

Balance Due                                                        $2,252.48

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 154.00 | 0.00 |
| B400 | Bankruptcy-Related Advice | 154.00 | 0.00 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65308 |
| Account No. | 5130.0018 |
| Page: | 1 |

RE: Freedom Mortgage

**Payments received after 02/15/2012 are _not_ included on this statement.**

**_PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT._**

| | |
|---|---|
| Previous Balance | $198.28 |
| Balance Due | $198.28 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65309 |
| Account No. | 5130.0022 |
| Page: | 1 |

RE: PMC Bancorp

**Payments received after 02/15/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | | | | |
|---|---|---|---|---|---|
| | | Previous Balance | | | $157,941.80 |
| | | <u>Fees</u> | | | |
| | | | | Hours | |
| 01/02/2012 | | | | | |
| CPC | B400 | A101 | Plan and prepare for upcoming case events and trial strategy including motions in limine, trial witnesses, order of presentation of case in chief, trial subpoenas, and jury instructions. (2.0). Organize and review list of trial subpoenas and potential witnesses (.2). | 2.20 | 583.00 |
| CGS | B400 | A102 | Conference with team regarding trial strategy, including motions in limine, presentation of documentary evidence, and witnesses. | 1.30 | 383.50 |
| JRP | B400 | A101 | Plan and prepare for upcoming pre-trial events including the filing of motions in limine, exchange of jury instructions, and preparation of witness/exhibit list (2.0). Communicate (other outside counsel) with attorneys at Reilly Pozner, Akerman and Locke Lord to schedule a call to discuss trial strategy (N/C). | 2.00 | 530.00 |
| SAF | B400 | A105 | Communicate in firm with DKC, CGS, CPC, and JRP regarding strategy for timing and content of pretrial motions. | 2.00 | 660.00 |
| DKC | B400 | A101 | Plan and prepare for upcoming pre-trial deadlines, including motions in limine (.6), Motion for Summary Judgment (.2), presentations of witnesses at trial (.7), and jury instructions (.8). | 2.30 | 885.50 |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE: PMC Bancorp

Statement Date: 02/15/2012
Statement No.        65309
Page No.        2

Hours

**01/03/2012**

| | | | | Hours | |
|---|---|---|---|---|---|
| CPC | B400 | A101 | Plan and prepare for motions in limine to be filed prior to trial. (1.1).  Review trial subpoena requirements and parties to be served, as well as subpoena reach pursuant to federal law and, by extension, California law (1.6).  Review scheduling, standing, and trial orders and conference in firm regarding the filing and/or organization/compilation of exhibits (1.2).. | 3.90 | 1,033.50 |
| JRP | B400 | A101 | Plan and prepare for motions in limine to be filed prior to trial. (1.1).  Review trial subpoena requirements and parties to be served (.7). Review scheduling, standing, and trial orders and conference in firm regarding the filing and/or organization/compilation of exhibits (.8). Draft/revise task list for compiling exhibit list (.3). | 2.90 | 768.50 |
| MJG | B400 | A105 | Communicate (in firm) with Steve Fermelia regarding jury instructions and preparation. | 0.40 | n/c |
| CGS | B400 | A102 | Conference with team regarding potential motions in limine. | 0.07 | n/c |
| SAF | B400 | A105 | Conference with MGG regarding jury instruction preparation (.4).  Analyze order from Judge regarding same. Receive and review email from Spohn regarding jury instructions and analyze attachment s to same (.3). | 0.70 | 231.00 |
| DKC | B400 | A106 | Communicate (with client and co-counsel) via email regarding trial strategy call (.2). Prepare for and communicate (in firm with MG and SF) regarding jury instruction project (.4). Strategize and consider motions in limine (.5). Communicate (in firm with CPC and JRP regarding motions in limine (.2). Review documents and plan for additional testimony/proof regarding defendant's failure to comply with contract by submitting loans not compliant with program guidelines (.6). | 1.90 | 731.50 |

**01/04/2012**

| | | | | | |
|---|---|---|---|---|---|
| JRP | B400 | A101 | Plan and prepare for trial by working on exhibit list, deciding which depositions to use and reviewing deposition transcripts and exhibit for completeness. | 4.10 | 1,086.50 |
| CPC | B400 | A104 | Review/analyze exhibits to be used at trial and determine through which witness each specific exhibit will be admitted at trial. (3.6). Verify possession of sealed original deposition | | |

Lehman Brothers Holdings, Inc                          Statement Date: 02/15/2012
Account No.        5130.0022                              Statement No.        65309
RE: PMC Bancorp                                              Page No.             3

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | transcripts. (.2).  Draft email to opposing counsel regarding conferral on 14 motions in limine. (.5). | 4.30 | 1,139.50 |
| TAY | B400 | A105 | Communicate (in firm) with trial team regarding trial preparation projects (deposition transcripts, trial subpoenas, certified judgments) (.4). Review deposition transcripts and exhibits with team (.4). | 0.80 | 96.00 |
| SAF | B400 | A105 | Communicate in firm with CPC regarding deposition transcripts (.3). Communicate in firm with CPC regarding Motions In Limine including review and analysis of his email regarding recommendations for same (.7). Discuss Motions In Limine with JRP and CPC (.5). | 1.50 | 495.00 |

01/05/2012
| SAF | B400 | A107 | Draft/revise email prepared by CPC and JRP regarding Motions in Limine and send same to attorney Lamb. | 0.80 | 264.00 |

01/06/2012
| CPC | B400 | A108 | Communicate (other external) via phone call with opposing counsel regarding conferral on motions in limine and email correspondence with opposing counsel regarding same. | 0.80 | 212.00 |
| SAF | B400 | A107 | Receive and review emails from opposing counsel regarding Motions in Limine (.2). Receive voice mail from opposing counsel regarding same (.1). Conference call with Walker, Lamb, and CPC regarding same (.8). Review and analyze CGS's draft of MSJ on defenses to adapt same as Motion in Limine (1.2). | 2.30 | 759.00 |

01/09/2012
| CPC | B400 | A101 | Plan and prepare for witness Estrella Barroga's testimony and Antonio Rodriquez's testimony by review of deposition transcripts and relevant exhibits. (1.7).  Plan and Prepare for witness John Baker's testimony, Aurora's testimony, and proof of damages by review and identification of relevant exhibits (2.2). | 3.90 | 1,033.50 |
| JRP | B400 | A101 | Plan and prepare for trial, including preparation of exhibit list for borrower Barroga (1.7). Communicate (in firm) with SAF regarding filing of motions in limine and status of exhibit list (.2). Review/analyze deposition of client (Lehman Brothers Holdings, Inc.) in preparation for trial (1.3). Plan and Prepare for trial, including | | |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE: PMC Bancorp

Statement Date: 02/15/2012
Statement No.        65309
Page No.        4

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | preparation of exhibit list relating to exhibits necessary to prove damages (2.4). Review/analyze prior communications with client to ascertain repurchase history for An loan (.2). Review/analyze Seller's Guide to determine product profile (.3). Communicate (with client) regarding loan product profiles (.1). | 6.20 | 1,643.00 |
| TAY | B400 | A108 | Communicate (with Superior Court of CA/San Francisco) records department regarding procedures for obtaining certified judgment (Ramsey v. Taylor). Communicate (in firm/with trial team) regarding same. | 0.50 | 60.00 |
| SAF | B400 | A103 | Communicate (external) with Jason Sanders regarding Full Credit Bid Rule and briefing on same (.2). Review files and send research materials to Sanders (.4). | 0.60 | 198.00 |
| 01/10/2012 CPC | B400 | A106 | Communicate with Robin Akell regarding product profiles applicable to the loans at issue in the case. (.2).  Email correspondence to witnesses Rodriquez, Barroga, and Ramsey regarding waiver of service of trial subpoena. (.6). | 0.90 | 238.50 |
| 01/11/2012 JRP | B400 | A104 | Review/analyze court orders regarding filing deadlines for motion for summary judgment, motions in limine, and jury instructions and communicate (in firm) regarding deadlines (.5). Communicate (other external) with clerk for Judge Kronstadt regarding filing deadlines (.2). Communicate (other outside counsel) via email with opposing counsel regarding filing deadlines for Motion for Summary Judgment and Motions in Limine (.3) (Review/analyze deposition transcript of LBHI 30(b)(6) witness John Baker (1.5). Plan and Prepare for trial by drafting and compiling exhibit list regarding the damages documents necessary for proof of claims on Burks and Canales loans (1.3). Plan and Prepare for trial by drafting and compiling exhibit list regarding damages documents necessary for proof of claims on Lemon, Patron, Ramsey, Perez, Saldarriaga, and Wang loans (3.0). | 6.80 | 1,802.00 |
| CPC | B400 | A101 | Plan and prepare for introduction of damages evidence for Canales loan and Burks loan by reviewing applicable exhibits and client documents. (1.3). Plan and prepare for introduction of damages evidence for loans on | | |

Lehman Brothers Holdings, Inc                        Statement Date: 02/15/2012
Account No.        5130.0022                            Statement No.      65309
RE:  PMC Bancorp                                          Page No.           5

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | Ramsey 1, Ramsey 2, Saldarriaga, Patron, Perez, and Wang by reviewing applicable exhibits and client documents. (2.8). | 4.10 | 1,086.50 |
| TAY | B400 | A108 | Communicate (with First Legal) via detailed email regarding obtaining certified copy of Ramsey v. Taylor judgment. | 0.30 | 36.00 |
| SAF | B400 | A104 | Review and analyze Judge's procedures and standing order and local rules regarding jury instructions (.8).  Communicate in firm with MGG regarding same (.2). Analyze Motions in Limine from Ameriquest case to begin preparing same in this case (.8). | 1.80 | 594.00 |
| DKC | B400 | A101 | Plan and prepare for upcoming deadlines, including Motion for Summary Judgment, Motions in Limine, and jury instructions (.4). Communications (in firm with JRP, CPC, CGS, SAF and MJG) regarding same (.3). | 0.70 | 269.50 |
| 01/12/2012 | | | | | |
| JRP | B400 | A104 | Review/analyze loan product profiles for all loans in lawsuit. | 0.90 | 238.50 |
| CPC | B400 | A108 | Communicate (other external) with witness Antonio Rodriquez regarding service of trial subpoena and coordinate with TAY regarding same. (.2).  Communicate with witness/deponent Alexandria Ramsey regarding trial dates. (.1). | 0.30 | 79.50 |
| CGS | B400 | A102 | Conference with TAY regarding Motion for Summary Judgment status and tasks required to finalize same for filing. | 0.20 | n/c |
| 01/13/2012 | | | | | |
| CPC | B400 | A101 | Plan and prepare for introduction of evidence by identifying exhibits to be used as between those admitted in depositions, discovery, and disclosures (2.4)  Conference with law clerk regarding research project identifying communications from PMC in LawBase notes. (.1).  Phone call with court reporter Carol Carlson regarding Ramsey exhibits. (.1). | 2.60 | 689.00 |
| CGS | B400 | A102 | Finalize Motion for Summary Judgment and supporting documents. | 1.40 | 413.00 |
| JRP | B400 | A101 | Plan and prepare for trial by working on exhibit list and compiling exhibits from various sources including discovery, depositions and disclosures (1.6). Communicate (other external) with court | | |

Lehman Brothers Holdings, Inc                          Statement Date: 02/15/2012
Account No.        5130.0022                           Statement No.        65309
RE: PMC Bancorp                                        Page No.                 6

|        |      |      |                                                                                                                                                                                                                                                                                                                                  | Hours |          |
|--------|------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|        |      |      | reporter regarding missing exhibits (.2).                                                                                                                                                                                                                                                                                                   | 1.80  | 477.00   |
| TAY    | B400 | A103 | Draft/revise Motion for Summary Judgment filings and exhibits to same (31) (1.6). Communications (in firm/with team) regarding same (.5). Electronically file and serve upon via ECF (.4).                                                                                                                                                    | 2.50  | 300.00   |
| DKC    | B400 | A104 | Review/analyze and finalize Motion for Summary Judgment and supporting pleadings (1.3). Review and revise outline for statement of facts and law (.8). Review and revise topics of arguments for motions in limine (1.2).                                                                                                                      | 3.30  | 1,270.50 |

01/14/2012

|        |      |      |                                                                                                                                                                                                                                                                                                                                  | Hours |          |
|--------|------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| JRP    | B400 | A104 | Review/analyze exhibits from Magic Hands Dental deposition and PMC 30(b)(6) deposition and mark same for preparation of exhibit list (1.3).                                                                                                                                                                                                   | 1.30  | 344.50   |
| SAF    | B400 | A103 | Draft/revise Motions in Limine on affirmative defenses.                                                                                                                                                                                                                                                                                     | 2.30  | 759.00   |

01/15/2012

|        |      |      |                                                                                                                                                                                                                                                                                                                                  | Hours |          |
|--------|------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| SAF    | B400 | A103 | Draft/revise Motions In Limine on affirmative defenses including negligence and due diligence concepts.                                                                                                                                                                                                                                      | 5.50  | 1,815.00 |

01/16/2012

|        |      |      |                                                                                                                                                                                                                                                                                                                                  | Hours |          |
|--------|------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| JRP    | B400 | A107 | Communicate (other outside counsel) via email with opposing counsel regarding obtaining PDF copies of exhibits to Motion for Summary Judgment (.1). Review/analyze deposition transcript of LBHI 30(b)(6) witness to identify issues for trial (1.2). Review/analyze deposition transcript of John Baker to identify issues for trial (.2). Plan and prepare for trial by reviewing exhibits from Motion for Summary Judgment, discovery, disclosures, and depositions and assimilating those exhibits by witness through which they will be presented (4.2). | 5.70  | 1,510.50 |
| CPC    | B400 | A101 | Plan and prepare for trial by reviewing exhibits from Motion for Summary Judgment, discovery, disclosures, and depositions and assimilating those exhibits by witness through which they will be presented. (4.4). Review opposing counsel's motion in limine and conference with DKC and SAF regarding same. (.2).                             | 4.60  | 1,219.00 |
| TAY    | B400 | A103 | Draft table of authorities to Motions in Limine (.8). Communications (in firm/with SAF)                                                                                                                                                                                                                                                     |       |          |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE:  PMC Bancorp

Statement Date: 02/15/2012
Statement No.        65309
Page No.        7

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | regarding notices/motions, memos, proposed orders, and exhibits (.4). Review and finalize motions, memos and proposed orders (.6). Review and label exhibits to Motion in Limine (affirmative defenses) (.3). Electronically file and serve upon opposing counsel via ECF (.4). | 2.50 | 300.00 |
| CGS | B400 | A102 | Conference with SAF regarding motions in limine. | 0.30 | n/c |
| MJG | B400 | A103 | Draft/revise proposed jury instructions. | 2.20 | 638.00 |
| SAF | B400 | A103 | Draft/revise Motion in Limine on affirmative defenses and negligence (2.1) and Notice of Motion (.4) and Order on same (.3) and selection of exhibits (.5).  Communicate (in firm) with TAY about exhibits and filing of same (.3).  Draft Motion in Limine on Financial Status, Market Conditions, and Other Litigaton (3.5), Notice of Motion (.4) and proposed Order (.2). | 7.70 | 2,541.00 |
| DKC | B400 | A103 | Analyze and revise motions in limine (1.2). Review defendant's motion in limine and related pleadings (.7). | 1.90 | 731.50 |
| 01/17/2012 |  |  |  |  |  |
| CPC | B400 | A104 | Review/analyze disclosure dates of trial exhibits. (.5).  Meet with DKC and JRH for trial preparation to review compiled trial exhibits and to discuss use at trial. (2.2). | 2.70 | 715.50 |
| JRP | B400 | A101 | Plan and prepare for trial by labeling and cross-referencing exhibits based upon date of disclosure and use in other pleadings including requests for admission of documents and motion for summary judgment (.5). Plan and Prepare for trial by meeting with DKC and CPC to discuss exhibits to be used, witnesses and admissibility (2.2). | 2.70 | 715.50 |
| MJG | B400 | A103 | Draft/revise proposed jury instructions regarding instructions likely to be objected to by Defendant. | 3.10 | n/c |
| SAF | B400 | A104 | Review and Analyze PMC's Motion In Limine (.4).  Research for response to same (1.8). | 2.20 | 726.00 |
| DKC | B400 | A104 | Review/analyze proposed trial exhibits (.8). Analyze evidentiary issues for trial exhibits (2.1). Plan for witness testimony and introduction of exhibits (.5). Strategize and draft proposed findings of fact and conclusions of law (.7). | 4.10 | 1,578.50 |

Lehman Brothers Holdings, Inc                           Statement Date: 02/15/2012
Account No.       5130.0022                               Statement No.       65309
RE: PMC Bancorp                                               Page No.          8

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| **01/18/2012** | | | | | | |
| | JRP | B400 | A101 | Plan and prepare for trial by completing cross-reference of all exhibits with appropriate depositions, discovery, and disclosure date (2.3). Compile loan Product Profiles and communicate via email with client regarding cross-checking loan product profiles with purchase advices (.9). Communicate (with client) regarding scheduling of meeting to review exhibits (.1). Compile wire information regarding indemnification to Fannie Mae for Barroga loan (.1). | 3.40 | 901.00 |
| | CPC | B400 | A104 | Review/analyze trial exhibits and cross-reference with Motion for Summary Judgment exhibits, discovery exhibits, and disclosure dates. (2.4). Conference with TAY regarding location of witness Nicolas Saldarriaga. (.1). | 2.50 | 662.50 |
| | TAY | B400 | A102 | Research addresses/contact information for trial witnesses/subpoenas (.6). Communicate (in firm/with team) regarding same (.2). Review USDC website for subpoena information (.2). | 1.00 | n/c |
| | MJG | B400 | A103 | Draft/revise proposed jury instructions and research New York law issues on damages calculation. | 2.20 | 638.00 |
| | WSL | B400 | A103 | Draft/revise Xcel spreadsheet containing cross-references for trial exhibits (5.0). | 4.50 | 450.00 |
| **01/19/2012** | | | | | | |
| | JRP | B400 | A104 | Review/analyze upcoming deadline to respond to motion in limine and communicate (in firm) with DKC, SAF, CGS, and CPC regarding response (.2). Communicate (in firm) with MJG regarding drafting of jury instructions on opposing party's affirmative defenses (.2). | 0.40 | 106.00 |
| | MJG | B400 | A105 | Communicate (in firm) with Steve Fermelia regarding jury instruction (.4); continue preparing draft jury instructions and research New York law regarding the same (2.9). | 3.30 | 957.00 |
| | WSL | B400 | A103 | Draft/revise Xcel spreadsheet containing cross-references for trial exhibits (4.5) | 4.30 | 430.00 |
| | SAF | B400 | A105 | Communicate in firm with MGG regarding jury instructions. | 0.30 | n/c |
| **01/20/2012** | | | | | | |
| | JRP | B400 | A104 | Review/analyze Xcel spreadsheet drafted by Wendy Lopez (.1). | 0.10 | 26.50 |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE: PMC Bancorp

Statement Date: 02/15/2012
Statement No.        65309
Page No.        9

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| SAF | B400 | A103 | Draft/revise Memorandum of Facts and Law (4.2). Communicate with client regarding same via email to Drosdick (.2). | 4.40 | 1,452.00 |
| CGS | B400 | A102 | Peer review draft contentions of fact/trial brief. | 0.30 | n/c |
| DKC | B400 | A104 | Review/analyze and revise memorandum of contentions of law and fact (.7) Review draft jury instructions (.6). Plan and Prepare for upcoming briefing and deadlines (.5). | 1.80 | 693.00 |
| **01/21/2012** |  |  |  |  |  |
| CPC | B400 | A108 | Communicate (other external) with Pastor Lee, contact for borrower Estrella Barroga. (.2). Phone call with borrower Saldarriaga. (.2). | 0.40 | 106.00 |
| SAF | B400 | A103 | Draft/Revise Response to PMC's Motion in Limine. | 6.80 | 2,244.00 |
| **01/22/2012** |  |  |  |  |  |
| JRP | B400 | A104 | Review/analyze Response to Motion for Summary Judgment and Evidentiary Objections (.3). Communicate (in firm) via email with CPC regarding preparation of direct examinations given nature of evidentiary objections (.1). Review/analyze email correspondence from client regarding loan product profiles for loans in lawsuit and product profiles. (.5). Review/analyze opposing party's response to Plaintiff's Motion in Limine One (.2). | 1.10 | 291.50 |
| SAF | B400 | A103 | Draft/revise Response to PMC's Motion in Limine. | 3.30 | 1,089.00 |
| DKC | B400 | A104 | Review/analyze pleadings and exhibits filed by PMC, including memo of law in opposition to our Motion for Summary Judgment, request for judicial notice and opposition to our Motions in Limine (2) (1.4). Prepare and plan responses/replies (.9). | 2.30 | 885.50 |
| **01/23/2012** |  |  |  |  |  |
| JRP | B400 | A104 | Review/analyze Memorandum of contentions of fact and law (.2). Communicate (in firm) with SAF, CPC, and DKC regarding delegation of tasks and strategy for replies to Motion for Summary Judgment and Motion in Limine (.4). Review/analyze Statement of Genuine Disputes to Supplemental Facts in Opposition to Motion for Summary Judgment and begin to Prepare response to same (2.4). | 3.00 | 795.00 |

Lehman Brothers Holdings, Inc
Account No.     5130.0022
RE: PMC Bancorp

Statement Date: 02/15/2012
Statement No.     65309
Page No.     10

| | | | | Hours | |
|---|---|---|---|---|---|
| CPC | B400 | A104 | Review/analyze client's response to defendant's motion in limine. (.2).  Review/analyze opposing counsel's motions for summary judgment and judicial notice. (.6). | 0.80 | n/c |
| CGS | B400 | A102 | Peer review draft response to PMC's motion in limine [.4]; review/analyze PMC's response to Motion for Summary Judgment and supporting documents [.4]; conference with DKC regarding filing deadlines for reply in support of Motion for Summary Judgment [.2]. | 1.00 | n/c |
| TAY | B400 | A105 | Communications (in firm w/ team) regarding response to PMC's Motion in Limine and Memorandum of Contentions of Fact/Law (.4). Prepare/label exhibits to response (.3). Electronically file and serve filings upon PMC via ECF (.2). Review filings from PMC (oppositions to Motion for Summary Judgment and Motion in Limine) and calculate/calendar reply deadlines (.3).  Communicate via emails (to/from Legal Litigation Support) regarding delivery of required chambers copies of filings (.2). | 1.40 | 168.00 |
| DKC | B400 | A104 | Review/analyze and revise contentions of law and fact and arrange for filing/service (1.2). Review and revise response to defendant's motion in limine regarding exclusion of witnesses and arrange for filing/service (1.1). Plan and Prepare for reply in support of Motion for Summary Judgment (.8), Motions in Limine (.4), and response to defendant's evidentiary objections (.7). | 4.20 | 1,617.00 |
| SAF | B400 | A103 | Communicate in firm with DKC regarding MIL Response, PMCs briefs on our MIL and MSJ, and plan for responding to same (1). Draft/revise Response to PMC's MIL (1.5).   Draft/Revise Memorandum of Contentions of Fact and Law (.8). Review/analyze jury instructions (.8). | 4.10 | 1,353.00 |

01/24/2012

| | | | | | |
|---|---|---|---|---|---|
| CPC | B400 | A105 | Communicate (in firm) with DKC and JRH regarding response to defendant's evidentiary objections to Motion for Summary Judgment as well as proof of liability on loans for Burks, Barroga, An, and Lemon. | 4.30 | 1,139.50 |
| JRP | B400 | A101 | Review/analyze case law regarding business record foundation in 8th Circuit (.2). Plan and Prepare for trial by reviewing trial exhibits with | | |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE: PMC Bancorp

Statement Date: 02/15/2012
Statement No.        65309
Page No.        11

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | DKC (2.0). Draft/revise responses to evidentiary objections by opposing party in conjunction with Motion for Summary Judgment (3.5). | 5.70 | 1,510.50 |
| CGS | B400 | A102 | Conference with JRP and CPC regarding PMC's evidentiary objections [.3]; research business records evidentiary issues regarding same [.2]. | 0.50 | n/c |
| DKC | B400 | A103 | Draft response to defendant's evidentiary objections (1.1). Review/analyze and organize trial exhibits (.8). Plan and Prepare for presentation of evidence at trial (.9). | 2.80 | 1,078.00 |

01/25/2012

| | | | | | |
|---|---|---|---|---|---|
| JRP | B400 | A103 | Draft/revise responses to Evidentiary Objections by opposing party in conjunction with Motion for Summary Judgment (4.8). Communicate (in firm) with TAY and CPC regarding trial subpoenas (.6). | 5.40 | 1,431.00 |
| CPC | B400 | A104 | Confer with trial team regarding trial subpoenas including location of witness and mileage calculation for determining whether the court's subpoena power extends to said witness. (.7). Review/analyze and respond to opposing counsel's evidentiary objections to client's Motion for Summary Judgment by going through each objection and drafting a response to the same (3.5). Email correspondence with opposing counsel regarding witness list issues. (.4). | 4.60 | 1,219.00 |
| TAY | B400 | A105 | Communications (in firm w/ JRP) regarding exhibits to Motion for Summary Judgment and need to file Notice of ERRATA regarding same (.4). Plan and prepare for meeting with trial team regarding trial subpoenas (.4). Review trial subpoenas/list of witnesses and attend meeting regarding same (.6). Review exhibits to Notice of ERRATA and label same (.4). Electronically file and serve Notice of ERRATA (2) upon opposing counsel via ECF (.4). | 2.20 | n/c |
| CGS | B400 | A102 | Conference with JRP and SAF regarding PMC's request for judicial notice issues and evidentiary objections [.3]; review/analyze full credit bid issues for reply in support of Motion for Summary Judgment [.4]. | 0.70 | 206.50 |
| DKC | B400 | A103 | Draft/revise reply in support of Motion for Summary Judgment (.6). Draft/revise responses to PMC's evidentiary objections (.3). Communicate via email with client (Drosdick) | | |

Lehman Brothers Holdings, Inc
Account No.    5130.0022
RE:  PMC Bancorp

Statement Date: 02/15/2012
Statement No.      65309
Page No.        12

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | and counsel for Aurora Bank/Aurora Loan Services (Kim) regarding witness/testimony issues (.3). Analyze options for limiting witness involvement (.6). Review PMC witness list and implications, including potential motion to strike (.3). Communicate via email regarding same (.2). | 2.30 | 885.50 |
| SAF | B400 | A104 | Draft/review First Errata regarding deposition transcripts (.8).  Draft/revise Second Errata regarding Declaration of Appraiser (.9). Review/analyze PMC's Response to our Motions In Limine (1). | 2.70 | n/c |
| **01/26/2012** | | | | | |
| JRP | B400 | A103 | Draft/revise responses to evidentiary objections (3.8). Plan and Prepare for trial by discussing and organizing witness order and other presentation issues (.8). | 4.60 | 1,219.00 |
| CPC | B400 | A103 | Draft/revise response to opposing counsel's evidentiary objections arising from client's Motion for Summary Judgment. (1.6). Conference with JRH regarding trial presentation and delegation of trial preparation duties. (1.1).  Email correspondence with opposing counsel regarding joint witness list. (.1).  Attention to trial order in conjunction with draft of witness list. (.2). Draft witness list. (.7).  Review and sign trial subpoenas and confer with TAY regarding service of same. (.7). | 4.30 | 1,139.50 |
| TAY | B400 | A104 | Review and finalize all trial subpoenas (.6).  Draft letters to be served with trial subpoenas (.6). Communications (in firm w/ CPC) regarding same (.2).  Review and update list of witness contact information (.4). Research PMC trial representative/witness (via SmartLinx) and review results of same (.5). | 2.30 | 276.00 |
| CGS | B400 | A102 | Conference with CPC regarding supplementing evidence on Motion for Summary Judgment. | 0.20 | n/c |
| DKC | B400 | A104 | Review/analyze and revise evidentiary objections (.3). Revise/revise draft jury instructions (.6). Review/revise reply in support of motion for summary judgment (.4). Review defendant's witness list for trial and analyze related issues (.8). | 2.10 | 808.50 |
| **01/27/2012** | | | | | |
| CPC | B400 | A106 | Communicate (with client) in office to discuss | | |

Lehman Brothers Holdings, Inc                    Statement Date: 02/15/2012
Account No.     5130.0022                           Statement No.     65309
RE: PMC Bancorp                                          Page No.        13

|  |  |  | | Hours |  |
|---|---|---|---|---|---|
|  |  |  | client's trial testimony. (2.7). Communicate in firm with SAF, JRP, and DKC regarding trial strategy, assignment of tasks, response strategy on Motion for Summary Judgment, reply strategy on motions in limine. (2.2). Email correspondence with opposing counsel regarding conferral time on exhibit list, witness list, jury instructions, and statement of case, as well as conferral regarding numbering of exhibits at trial. (.3). | 5.20 | 1,378.00 |
| JRP | B400 | A101 | Plan and prepare for trial by meeting with client, CPC, and DKC to discuss exhibits needed to prove liability and damages (2.8). Draft/revise Declaration of CPC in Support of Reply to Motion for Summary Judgment (.7). Communicate (in firm) with CPC and DKC regarding use of exhibits for rebuttal and communicate (in firm) with SAF and CPC regarding declarations required for reply to Motion for summary Judgment (2.2) | 5.70 | 1,510.50 |
| TAY | B400 | A105 | Communicate (in firm w/ trial team) regarding trial-related projects (deposition transcripts; exhibit notebooks; deadlines; local rule/Judge Kronstadt rules binders) (.3). Research/update local rules and prepare binders (2) of same for trial purposes (.6). Prepare correspondence to First Legal regarding service details for all LBHI trial witnesses and send same (1.2). Communicate (in firm) regarding same via email (.2). | 2.30 | 276.00 |
| SAF | B400 | A103 | Draft/revise Reply on Motion For Summary Judgment (6.2). Communicate in firm with CPC and JRP regarding status of responsive documents to PMC's Response on Summary Judgment and arguments raised by by PMC therein (2.2). | 8.40 | 2,772.00 |
| DKC | B400 | A101 | Plan, prepare for and attend telephone conference with client regarding trial exhibits and testimony regarding same (1.4). | 1.40 | 539.00 |
| CGS | B400 | A102 | Conference with CPC and SAF regarding motions in limine and jury instructions. | 0.60 | 177.00 |
| 01/28/2012 |  |  |  |  |  |
| CPC | B400 | A103 | Draft/revise reply in support of plaintiff's motion in limine to exclude defenses and related concepts. (1.4). Draft/revise reply in support of plaintiff's motion in limine to exclude testimony |  |  |

Lehman Brothers Holdings, Inc
Account No.          5130.0022
RE: PMC Bancorp

Statement Date: 02/15/2012
Statement No.          65309
Page No.                    14

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | regarding financial crisis, secondary mortgage market deterioration, etc. (1.2). | 2.60 | 689.00 |
| | SAF | B400 | A103 | Draft/revise Reply on MSJ. | 3.50 | 1,155.00 |

01/29/2012
| JRP | B400 | A103 | Draft/revise declarations of John Baker and CPC in preparation for Reply to Motion for Summary Judgment (1.9). Review/analyze deposition transcript of PMC 30(b)(6) witness taking notes on same (2.2). | 4.10 | 1,086.50 |
|---|---|---|---|---|---|
| SAF | B400 | A103 | Draft/revise Reply on MSJ. | 6.20 | 2,046.00 |

01/30/2012
| JRP | B400 | A110 | Manage data/files by compiling additional excerpts from Dr. Nguyen's deposition testimony to add to Declaration of CPC and to Response to PMC's Evidentiary Objections (.6). Communicate (in firm) with SAF regarding Reply to Motion for Summary Judgment (.2). Review/analyze CPC's draft joint witness list and communicate (in firm) with CPC regarding suggested revisions (.2). Draft/revise Final Pretrial Conference Order (1.5). Plan and Prepare for trial by reviewing loan product profiles and client's comments to proposed exhibit list (.7). Communicate (with client) and CPC regarding finalizing exhibit list (2.0). Communicate (in firm) with CPC, SAF, and DKC regarding miscellaneous matters including endorsements on Promissory Notes and finalizing Response to Evidentiary Objections (1.1). | 6.30 | 1,669.50 |
|---|---|---|---|---|---|
| CPC | B400 | A103 | Draft/revise witness list. (.9)  Review pretrial order requirements and confer with opposing counsel regarding same. (.5).  Draft final pretrial order. (1.5).  Call with client to discuss exhibits to used in his testimony, discuss his declaration supporting reply on Motion for Summary Judgment and discuss product profiles. (2.3). Plan and prepare for trial by reviewing loan product profiles and client's comments regarding exhibits. (.7).  Analyze and compile documents utilized in client's declaration supporting reply on Motion for Summary Judgment (1.1).  Research trial subpoena issues. (.4).  Phone call from witness Dr. Nguyen (.1). | 6.50 | 1,722.50 |
| TAY | B400 | A104 | Review email from First Legal regarding status of service (witness (Perez) served) and update witness service list (.2). Communicate (in firm | | |

Lehman Brothers Holdings, Inc
Account No.    5130.0022
RE: PMC Bancorp

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | with trial team) regarding same (.1). Review reply regarding LBHI Motion for Summary Judgment and draft Table of Contents, Table of Authorities (1.2). Prepare/label exhibits to same (.4). Review and finalize replies (to LBHI Motion for Summary Judgment and LBHI Motions in Limine (2)) and electronically file same (.8). Review/finalize response to PMC's evidentiary objections and electronically file same via ECF (.5). | 3.20 | 384.00 |
| SAF | B400 | A103 | Communicate in firm with JRP regarding CPC Declaration and supplemental submissions in Reply on MSJ (.2). Conference with DKC regarding reply in suppoer of Motion for Summary Judgment and revise same (1.3). Draft/revise declarations of Carrington and Baker on MSJ Reply (1.2). Communicate in firm with DKC, JRP, and CPC regarding proof of ownership of claims (1.1). Draft/revise Response to PMC's evidentiary objections (2.8). | 6.60 | 2,178.00 |
| DKC | B400 | A104 | Review/analyze response to evidentiary objections (.6). Review and revise reply in support of Motion for Summary Judgment, including analysis of additional documents and declaration (2.3). Review and revise replies in support of Motions in Limine (.7). Prepare for and attend telephone conference with client (Drosdick, Baker & Trumpp) and counsel for LBB (Kim) regarding witness and evidentiary issues (.7). Review witness and exhibit lists and modify same (1.4). | 5.80 | 2,233.00 |
| 01/31/2012 | | | | | |
| TAY | B400 | A103 | Draft email to First Legal regarding delivery of mandatory chambers copies of 1/30/12 filings (.2). Review emails from First Legal regarding status of service upon witness/expert Rodriguez and update service chart (.2). Communicate (in firm with trial team) regarding upcoming pre-trial conference issues (.2). | 0.60 | 72.00 |
| JRP | B400 | A103 | Draft/revise Proposed Final Pretrial Conference Order and communicate (in firm) with CPC regarding same (2.6). Communicate (in firm) with CPC and DKC regarding final exhibit list and witness list to send to opposing party (1.0). Continue compiling and identifying exhibits for exhibit list (.4). Draft/revise verdict forms (.9). | 4.90 | 1,298.50 |
| CPC | B400 | A104 | Review/analyze service of trial subpoenas. (.2). | | |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE:  PMC Bancorp

Statement Date: 02/15/2012
Statement No.        65309
Page No.        16

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | Draft/revise exhibit list and simultaneously outline order of witnesses and presentation of evidence. (5.2).  Confer with trial team (JRH and DKC) regarding exhibit list, presentation of witnesses, and remaining tasks due for February 6 filing. (.5).  Draft/revise joint witness list. (.2).  Phone call to witness Dr. Nguyen. (.2).  Letter to witness Perez. (.2).  Correspondence with opposing counsel regarding witness list, final pretrial conference order, and exhibit list. (.8). | 7.30 | 1,934.50 |
| MJG | B400 | A103 | Draft/revise jury instructions related to New York law; confer with Dan Calisher the same and revise. | 1.20 | 348.00 |
| DKC | B400 | A104 | Review/analyze and revise pre-trial order (.5). Draft verdict forms (.7). Prepare and send emails with client (Drosdick) and LBB regarding witnesses (.4). Research regarding mitigation, warranties, and other legal issues for use in jury instructions (1.2). Communicate (with co-counsel Rollin) via telephone conference regarding same (.2). | 3.10 | 1,193.50 |
| | | | For Current Services Rendered | 295.90 | 84,321.50 |
| | | | Total Non-billable Hours | 13.07 | |

<u>Expenses</u>

| 01/01/2012 | B400 | E110 | Out-of-town travel (taxi from airport) (CPC) (settlement conference) (service date 11/30/11) | 32.19 |
|---|---|---|---|---|
| 01/01/2012 | B400 | E110 | Out-of-town travel Taxi (settlement conference #1) (service date 12/1/11) | 61.93 |
| 01/01/2012 | B400 | E110 | Out-of-town travel Hotel (settlement conference #1) (DKC) (service date 12/1/11) | 218.45 |
| 01/01/2012 | B400 | E110 | Out-of-town travel Hotel (settlement conference #1) (CPC) (service date 12/1/11) | 218.45 |
| 01/01/2012 | B400 | E110 | Out-of-town travel  Parking (settlement conference #1) (service date 12/2/11) | 35.00 |
| 01/01/2012 | B400 | E110 | Out-of-town travel Parking (settlement conference #2) (CPC) (service date 12/10/11) | 25.00 |
| 01/01/2012 | B400 | E110 | Out-of-town travel Taxi (settlement conference #2) (service date 12/8/11) | 65.15 |
| 01/01/2012 | B400 | E110 | Out-of-town travel Hotel (settlement conference #2) (service date 12/9/11) | 218.45 |
| 01/01/2012 | B400 | E110 | Out-of-town travel Airline charge (change fee/fare difference for client (Baker)) (service date 12/1/11) | 244.00 |
| 01/01/2012 | B400 | E110 | Out-of-town travel Airline ticket (settlement conference #2) (service date 12/6/11) | 381.40 |
| 01/01/2012 | B400 | E110 | Out-of-town travel Airline ticket (status conference) (service date 12/19/11) | 387.40 |
| 01/01/2012 | B400 | E110 | Out-of-town travel Hotel (status conference) (service 12/19/11) | 212.22 |

Lehman Brothers Holdings, Inc
Account No.      5130.0022
RE:  PMC Bancorp

Statement Date: 02/15/2012
Statement No.        65309
Page No.                 17

| 01/01/2012 | B400 | E110 | Out-of-town travel  Airline ticket (Magic Hand Dental deposition) (service 12/12/11) | 517.40 |
| 01/31/2012 | B400 | E101 | Copy Charges (34 copies) | 3.40 |
| | | | Total Expenses | 2,620.44 |

### Advances

| 01/01/2012 | B400 | E106 | Online research Westlaw (December usage) | 388.25 |
| 01/01/2012 | B400 | E107 | Delivery services/messengers First Legal Network, LLC (service date 12/20/11) | 58.00 |
| 01/30/2012 | B400 | E115 | Deposition fee (Magic Hand Dental) (paid to Legalink, Inc/Merrill Court Reporters) | 987.75 |
| | | | Total Advances | 1,434.00 |
| | | | Total Current Work | 88,375.94 |
| | | | Balance Due | $246,317.74 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 84321.50 | 4054.44 |
| B400 | Bankruptcy-Related Advice | 84,321.50 | 4,054.44 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

Statement Date:    February 15, 2012
Statement No.                65310
Account No.            5130.0025
Page:    1

RE: Padilla

*Payments received after 02/15/2012 are __not__ included on this statement.*

*__PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT__.*

Previous Balance                                                                $260.97

Balance Due                                                                      $260.97

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

__TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com__

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65311 |
| Account No. | 5130.0028 |
| Page: | 1 |

RE:  United Pacific

**Payments received after 02/15/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---:|
| Previous Balance | $49.48 |
| Balance Due | $49.48 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65312 |
| Account No. | 5130.0035 |
| Page: | 1 |

RE: Aaron Wade

*Payments received after 02/15/2012 are <u>not</u> included on this statement.*

<u>*PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.*</u>

| | |
|---|---|
| Previous Balance | $9.58 |
| Balance Due | $9.58 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65313 |
| Account No. | 5130.0044 |
| Page: | 1 |

RE: Valley Vista

**Payments received after 02/15/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

Previous Balance                                                                          $232.18

Balance Due                                                                                $232.18

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

*(303)333-9810*

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65314 |
| Account No. | 5130.0045 |
| | Page:  1 |

RE: Shea Mortgage

**Payments received after 02/15/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---|
| Previous Balance | $12,658.32 |

<u>Fees</u>

| Date / Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 01/02/2012<br>DKC | B400 | A104 | Review and revise draft settlement agreement (.4). Analyze issues and options regarding resolving disputed matters (.2). Email opposing counsel and client regarding status of drafts and related issues (.2). | 0.80 | 308.00 |
| 01/03/2012<br>DKC | B400 | A104 | Review email from opposing counsel regarding status of draft settlement agreement and calendar internal deadline. | 0.20 | 77.00 |
| 01/06/2012<br>TAY | B400 | A104 | Review Status Report and calendar updated deadline to file dismissal or subsequent status report. | 0.20 | 24.00 |
| 01/10/2012<br>DKC | B400 | A107 | Communicate (with opposing counsel) via email regarding status of settlement (.1). Review Court's order granting status report (.1). | 0.20 | 77.00 |
| 01/13/2012<br>DKC | B400 | A110 | Manage/compile fully-executed settlement agreement and circulate for client and opposing counsel (.2). Review agreement for dismissal timing and steps (.1). | 0.30 | 115.50 |
| 01/17/2012<br>DKC | B400 | A104 | Review/analyze email regarding defendant's payment (.1). Draft dismissal pleadings (.3). | 0.40 | 154.00 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0045
RE: Shea Mortgage

Statement Date: 02/15/2012
Statement No.      65314
Page No.      2

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 01/19/2012 |  |  |  |  |  |  |
|  | DKC | B400 | A110 | Manage data/files and review of file and drafting of dismissal pleadings (.2). Forward same to opposing counsel and client (.1). | 0.30 | 115.50 |
| 01/23/2012 |  |  |  |  |  |  |
|  | TAY | B400 | A105 | Communicate (in firm w/ DKC) regarding status of review of stipulation for dismissal by opposing counsel (.1). Review/finalize same and electronically file and serve via LexisNexis (.2). Mail required service copy to Shea's Florida counsel (.1). | 0.40 | 48.00 |
|  | DKC | B400 | A104 | Review and revise stipulation for dismissal and arrange for filing/service of same (.2). Emails regarding same with opposing counsel and in firm (TAY) (.1). Manage data and files for closure (.6). | 0.90 | 346.50 |
| 01/26/2012 |  |  |  |  |  |  |
|  | DKC | B400 | A104 | Review/analyze dismissal order (.1). Organize file and ready for closure (.2). | 0.30 | n/c |
|  |  |  |  | For Current Services Rendered | 3.70 | 1,265.50 |
|  |  |  |  | Total Non-billable Hours | 0.30 |  |

### Advances

| 01/31/2012 | B400 | E112 | Court fees Lexis Nexis |  | 13.92 |
|---|---|---|---|---|---|
|  |  |  | Total Advances |  | 13.92 |
|  |  |  | Total Current Work |  | 1,279.42 |
|  |  |  | Balance Due |  | $13,937.74 |

### Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 1265.50 | 13.92 |
| B400 | Bankruptcy-Related Advice | 1,265.50 | 13.92 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65315 |
| Account No. | 5130.0046 |
| Page: | 1 |

RE: Christopher E. Hobson, Inc.

**Payments received after 02/15/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

| | | |
|---|---|---:|
| Previous Balance | | $2,846.50 |

### Fees

| Date | Timekeeper | Code | Code2 | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/02/2012 | JRP | B400 | A105 | Communicate (in firm) with litigation team (DKC, CPC, SAF, CGS) regarding status of service of defendant (.2). | 0.20 | n/c |
| 01/25/2012 | JRP | B400 | A104 | Review/analyze Order to Show Cause and communicate (in firm) with TAY regarding same (.2). | 0.20 | 53.00 |
| | DKC | B400 | A104 | Review/analyze Court's order regarding need to prosecute or dismiss (.2). Emails to co-counsel (Rollin) regarding same (.1). Analyze notes and file for next steps or dismissal (.4). | 0.70 | 269.50 |
| | TAY | B400 | A104 | Review/analyze Court's Order to Show Cause (.1). Research additional defendant representatives (Marconi, Paloucci, Hobson) for service purposes (.7) | 0.80 | 96.00 |
| 01/30/2012 | JRP | B400 | A105 | Communicate (in firm) with DKC and TAY regarding response to Show Cause Order (.2). Draft/revise Motion for Additional 60 Days to Obtain Service of Process and proposed Order (.6). | 0.80 | 212.00 |
| 01/31/2012 | TAY | B400 | A103 | Communicate (in firm and with client) requesting skip trace on principal for service purposes (.2). Communicate (with client) via email regarding | | |

Lehman Brothers Holdings, Inc.                                   Statement Date: 02/15/2012
Account No.        5130.0046                                        Statement No.      65315
RE:  Christopher E. Hobson, Inc.                                      Page No.            2

|  |  | Hours |  |
|---|---|---|---|
| details of same (.1) Communicate (in firm) regarding same (.1). |  | 0.40 | 48.00 |
| For Current Services Rendered |  | 2.90 | 678.50 |
| Total Non-billable Hours |  | 0.20 |  |
|  |  |  |  |
| Total Current Work |  |  | 678.50 |
|  |  |  |  |
| Balance Due |  |  | $3,525.00 |

### Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 678.50 | 0.00 |
| B400 | Bankruptcy-Related Advice | 678.50 | 0.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

621 Seventeenth St., 19th Fl.
Denver, CO  80293

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65316 |
| Account No. | 5130.0047 |
| | Page:  1 |

RE: US Bank

**Payments received after 02/15/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| Previous Balance | | | | | | $57,653.54 |
| | | | | Fees | | |
| 01/21/2012 | | | | | | |
| | DKC | B400 | A110 | Manage data/file in connection with closure of case and analyze interests of clients (LBHI and LBB). | 1.40 | 539.00 |
| | | | | For Current Services Rendered | 1.40 | 539.00 |
| | | | | Total Current Work | | 539.00 |
| | | | | Balance Due | | $58,192.54 |

Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 539.00 | 0.00 |
| B400 | Bankruptcy-Related Advice | 539.00 | 0.00 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

*(303)333-9810*

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65317 |
| Account No. | 5130.0048 |
| | Page: 1 |

RE: Non-Correspondent Cases

***Payments received after 02/15/2012 are <u>not</u> included on this statement.***

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

| | | |
|---|---|---:|
| Previous Balance | | $50,616.23 |

<u>Fees</u>

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/02/2012 JRP | B400 | A110 | | Manage data/files by organizing and documenting latest responses on appraiser cases (.5). Research regarding existence of negligence per se claim in Florida for Florida appraiser lawsuits (1.8). | 2.30 | 345.00 |
| 01/03/2012 SAF | B400 | A106 | | Communicate with client regarding statute of limitations on broker claims (.3). Research same (1.0). | 1.30 | 195.00 |
| 01/04/2012 TAY | B400 | A105 | | Communicate (in firm/via email) to/from JRP regarding locating potential litigation target (.2). Research same (.6). | 0.80 | 40.00 |
| 01/11/2012 JRP | B400 | A105 | | Communicate (in firm) with TAY regarding addresses and location of supervisory appraiser in anticipation of filing lawsuit (.2). Communicate (with client) via email regarding status of claims against appraiser (.2). | 0.40 | 60.00 |
| DKC | B400 | A101 | | Plan and prepare for telephone conference with client (Osborne) regarding outside/local counsel fees and related issues, statutes of limitations, overall pursuit of claims, and budgeting (.4). Analyze related issues (.2) | 0.60 | 90.00 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0048
RE: Non-Correspondent Cases

Statement Date: 02/15/2012
Statement No.      65317
Page No.      2

| | | | | Hours | |
|---|---|---|---|---|---|
| **01/12/2012** | | | | | |
| JRP | B400 | A105 | Communicate (in firm) with SAF regarding status of appraiser claims and strategy for pursuit of business to business negotiations (.5). Organize/manage files and communicate (other outside external) with attorneys for appraiser Larry Alexander and insurance adjuster for Howell and Loughlin regarding settlement of claims (.9). Analyze strength of appraiser claims against Gary Nunley and Sandra Mink (1.8). Communicate (other external) via emails with appraiser Kevin Polleck regarding possible settlement of claim (.8). Plan and Prepare for meeting with client regarding status of appraiser claims (.8) | 4.80 | 720.00 |
| SAF | B400 | A102 | Communicate in firm with JRP regarding approach for appraiser negotiations (.5). Research and analyze New York Law on Statutes of limitations for claims against brokers (3.6). Communicate (in firm) with JRP regarding emails with opposing parties (.6). Communicate in firm with JRP regarding status of demands to appraisers (.5). Draft/revise email to Polleck prepared by JRP (.4). | 4.70 | 705.00 |
| **01/13/2012** | | | | | |
| JRP | B400 | A101 | Plan and prepare for meeting with client (1.5). Manage data/files by updating case status spreadsheets in preparation for meeting with client (.8). Communicate (with client) at meeting regarding status of appraiser and broker claims (2.0). | 4.30 | 645.00 |
| SAF | B400 | A101 | Plan and prepare for and attend meeting with client regarding status by reviewing and analyzing notes from last meeting (.3); reviewing and analyzing client's spreadsheets on claims (2.3); drafting status chart of business-to-business contacts of both our firm and client (1.4). Communicate with client at status conference (2). | 6.20 | 930.00 |
| DKC | B400 | A105 | Communicate (in firm with JRP and SAF) regarding status of claims and next steps. | 0.50 | n/c |
| **01/14/2012** | | | | | |
| JRP | B400 | A104 | Review/analyze which appraiser claims to shift to client for business to business negotiations (.7). | 0.70 | 105.00 |
| **01/17/2012** | | | | | |
| JRP | B400 | A106 | Communicate (with client) via email regarding | | |

Lehman Brothers Holdings, Inc.                                    Statement Date: 02/15/2012
Account No.        5130.0048                                      Statement No.        65317
RE: Non-Correspondent Cases                                      Page No.                  3

|  |  |  | | Hours | |
|---|---|---|---|---|---|
|  |  |  | appraiser matters where responsibility for communication is shifted to client and attach letters from attorneys/insurance adjusters regarding same (.7). Review/analyze emails from client regarding status of various appraiser responses and upcoming deadlines (.3). | 1.00 | 150.00 |
| SAF | B400 | A106 | Communicate with client regarding client's inquiry on two entities with limitations periods expiring (.3).  Review client chart on same and investigate corporate status of two entities client inquired about (.5). | 0.80 | 120.00 |
| DKC | B400 | A108 | Communicate (other external) via telephone and conduct research regarding obtaining local counsel. | 0.70 | n/c |
| 01/18/2012 |  |  |  |  |  |
| JRP | B400 | A107 | Review/analyze email correspondence from client containing questions about statutes of limitation regarding several appraisers and status of claims (.8). | 0.80 | 120.00 |
| TAY | B400 | A104 | Review/analyze status of bankruptcy status via Pacer and email results to JRP (.2). Conference (in firm/with team) regarding status of new broker/appraiser suits (.3). | 0.50 | 25.00 |
| SAF | B400 | A104 | Review and analyze voices messages to update list of brokers who have responded to our demand letters (1). Communicate in firm with SLC regarding status of demand letters sent last month (.2). | 1.20 | 180.00 |
| 01/19/2012 |  |  |  |  |  |
| JRP | B400 | A103 | Draft/revise appraiser demand letter to Michael Antonides (.4). | 0.40 | 60.00 |
| 01/20/2012 |  |  |  |  |  |
| JRP | B400 | A104 | Review/analyze status of appraiser claims generally, updating status charts regarding same (1.9). Draft/revise correspondence to insurance adjuster on George Howell/C. George Howell claim regarding possible tolling agreement (.4). | 2.30 | 345.00 |
| 01/23/2012 |  |  |  |  |  |
| SAF | B400 | A106 | Communicate (in firm) with JRP regarding discussion with adjuster for defendants on certain cases (.4). Communicate with client regarding status of appraiser claims (.5). | 0.90 | 135.00 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0048
RE: Non-Correspondent Cases

Statement Date: 02/15/2012
Statement No.        65317
Page No.             4

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| **01/24/2012** |  |  |  |  |  |
| DKC | B400 | A102 | Research and phone calls regarding procuring local counsel for non-correspondent cases, particularly on expedited basis for upcoming/pressing new cases. | 1.80 | 270.00 |
| SAF | B400 | A106 | Communicate external with client representative Osborne regarding strategy for filing broker cases with limitations periods approaching (.4). Review/analyze underlying contracts and spreadsheets on nature of claims (2.9). Communicate in firm with DKC regarding same (.3).  Communicate with Osborne regarding same (.5). | 4.10 | 615.00 |
| **01/26/2012** |  |  |  |  |  |
| JRP | B400 | A102 | Research Connecticut statute of limitations for negligence claims (.7). | 0.70 | 105.00 |
| SAF | B400 | A104 | Review/analyze Connecticut statute purporting to limit claims against appraisers (.3). Communicate in firm with JRP regarding same (.1). | 0.40 | 60.00 |
| SLC | B400 | A110 | Manage data/files - revise status chart of broker demand letters (phase 2). | 0.50 | 25.00 |
| **01/27/2012** |  |  |  |  |  |
| JRP | B400 | A105 | Review/analyze spreadsheet from client containing damages breakdown for appraisal claims marked for legal review (.2). | 0.20 | 30.00 |
| SAF | B400 | A104 | Communicate in firm with JRP regarding issues on 2 outstanding claims against Georgia appraiser (.2). Review and analyze quality control files and loss calculation (1.4). Draft/revise detailed demand letter to adjuster (1).  Draft/revise tolling agreement (.5). | 3.10 | 465.00 |
| **01/30/2012** |  |  |  |  |  |
| JRP | B400 | A110 | Manage data/files organizing appraiser status charts in preparation for client meeting (.4). | 0.40 | 60.00 |
| **01/31/2012** |  |  |  |  |  |
| JRP | B400 | A101 | Plan and prepare for meeting with client by organizing status updates on active cases and non-active cases (1.0). Communicate (with client) at monthly meeting regarding status of broker and appraiser cases (1.1). Review/analyze licensing website for status of appraiser, Wilfredo Garcia (.1). Create updated task list following meeting with client (.3). | 2.50 | 375.00 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0048
RE: Non-Correspondent Cases

Statement Date: 02/15/2012
Statement No.      65317
Page No.            5

| | | | | Hours | |
|---|---|---|---|---|---|
| SAF | B400 | A106 | Plan/prepare for client status meeting by review client's emails since last meeting (.9). Communicate external with client and JRP at status meeting (1.1). | 2.00 | 300.00 |
| SLC | B400 | A110 | Revise broker demand letters status chart; finalize for Phase 2. | 0.50 | 25.00 |
| | | | For Current Services Rendered | 50.20 | 7,300.00 |
| | | | Total Non-billable Hours | 1.20 | |

### Expenses

| 12/02/2011 | B400 | E105 | Telephone Conferencing Service Ready Talk | 13.03 |
|---|---|---|---|---|
| | | | Total Expenses | 13.03 |

### Advances

| 01/01/2012 | B400 | E106 | Online research West December useage | 26.05 |
|---|---|---|---|---|
| 01/03/2012 | B400 | E107 | Delivery services/messengers Federal Express | 27.05 |
| 01/04/2012 | B400 | E107 | Delivery services/messengers Federal Express Recipient Michael Gambaccini | 27.05 |
| 01/04/2012 | B400 | E107 | Delivery services/messengers Federal Express Recipient John K Patterson | 27.05 |
| | | | Total Advances | 107.20 |
| | | | Total Current Work | 7,420.23 |
| | | | Balance Due | $58,036.46 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 7300.00 | 120.23 |
| B400 | Bankruptcy-Related Advice | 7,300.00 | 120.23 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65318 |
| Account No. | 5130.0049 |
| Page: | 1 |

RE: Freedom II

**Payments received after 02/15/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

Previous Balance                                                                                $2,065.48

### Fees

| Date | | | | | Hours | |
|---|---|---|---|---|---|---|
| 01/03/2012 | | | | | | |
| | CPC | B400 | A106 | Communicate (with client) regarding filing of complaint and response from opposing counsel regarding waiver of service. | 0.20 | 53.00 |
| 01/04/2012 | | | | | | |
| | CPC | B400 | A108 | Communicate (other external) with opposing counsel regarding waiver of service of complaint. (.1).  Communicate in firm with supervising partner and outside of firm with client via email regarding service of complaint. (.2). | 0.30 | 79.50 |
| 01/05/2012 | | | | | | |
| | CPC | B400 | A106 | Communicate (with client) regarding status of service of complaint. | 0.10 | n/c |
| | TAY | B400 | A104 | Communicate (in firm/with CPC) regarding service upon defendant/opposing counsel's unwillingness to accept service (.2).  Prepare service copies and review registered agent information from CO Secretary of State website (.3). Communicate (with process server) regarding service upon defendants (.2). | 0.70 | 84.00 |
| 01/06/2012 | | | | | | |
| | TAY | B400 | A108 | Communicate (via email/with process server) regarding status of service (.1). Review Return of Service and calculate/calendar defendant's response deadline (.2). Electronically file Return of Service via LexisNexis (.2). | 0.50 | 60.00 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0049
RE: Freedom II

Statement Date: 02/15/2012
Statement No.      65318
Page No.      2

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 01/25/2012 |  |  |  |  |  |
| DKC | B400 | A104 | Review/analyze defendant's answer and affirmative defenses (.3). Analyze potential motion to strike inapplicable defenses (.5). | 0.80 | 308.00 |
| 01/30/2012 |  |  |  |  |  |
| TAY | B400 | A104 | Review defendant's answer and calculate/calendar deadlines triggered from filing of same. | 0.30 | 36.00 |
|  |  |  | For Current Services Rendered | 2.80 | 620.50 |
|  |  |  | Total Non-billable Hours | 0.10 |  |

### Advances

| 01/05/2012 | B400 | E107 | Delivery services/messengers Denver Boulder Couriers |  | 80.00 |
|---|---|---|---|---|---|
| 01/31/2012 | B400 | E112 | Court fees Lexis Nexis |  | 6.18 |
|  |  |  | Total Advances |  | 86.18 |
|  |  |  | Total Current Work |  | 706.68 |
|  |  |  | Balance Due |  | $2,772.16 |

### Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 620.50 | 86.18 |
| B400 | Bankruptcy-Related Advice | 620.50 | 86.18 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65319 |
| Account No. | 5130.0050 |
| | Page:   1 |

RE: Mortgage Capital Associates, LLC (MCA)

**Payments received after 02/15/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | | | | |
|---|---|---|---|---|---:|
| Previous Balance | | | | | $1,724.50 |
| | | | **Fees** | | |
| | | | | Hours | |
| 01/02/2012 | | | | | |
| CPC | B400 | A105 | Communicate (in firm) with DKC regarding complaint status and specifics of loan defects giving rise to claims. | 0.20 | 53.00 |
| DKC | B400 | A104 | Communicate (in firm with CPC) regarding complaint and loans. | 0.20 | 77.00 |
| 01/10/2012 | | | | | |
| CPC | B400 | A106 | Communicate with  Robin Akell regarding defects in Stalensky loan and review appraisal for same. | 0.40 | 106.00 |
| 01/25/2012 | | | | | |
| CPC | B400 | A106 | Communicate (with client) regarding Stalinsky loan and filing of lawsuit in light of client's election to remove loan from filing at this juncture. | 0.10 | 26.50 |
| DKC | B400 | A104 | Review/analyze potential modification of complaint regarding one of the subject loans (.3). Communicate (with client and co-counsel) via email regarding same (.1). | 0.40 | 154.00 |
| 01/26/2012 | | | | | |
| DKC | B400 | A104 | Review/analyze emails regarding viability of claims, damages amounts, and analyze collection options. | 0.30 | 115.50 |
| 01/27/2012 | | | | | |
| CPC | B400 | A106 | Communicate (with client) regarding status of | | |

Lehman Brothers Holdings, Inc.                           Statement Date: 02/15/2012
Account No.       5130.0050                                   Statement No.       65319
RE: Mortgage Capital Associates, LLC (                          Page No.              2

|  | Hours |  |
|---|---|---|
| lawsuit and whether to hold in abeyance given pending removal of Stalinsky loan. | 0.20 | 53.00 |
| For Current Services Rendered | 1.80 | 585.00 |
| Total Current Work |  | 585.00 |
| Balance Due |  | $2,309.50 |

### Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 585.00 | 0.00 |
| B400 | Bankruptcy-Related Advice | 585.00 | 0.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

621 Seventeenth St., 19th Fl.
Denver, CO  80293

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

Statement Date:  February 15, 2012
Statement No.              65320
Account No.          5130.0051
Page:    1

RE: Patterson (Appraiser)

**Payments received after 02/15/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

| | | | | Previous Balance | | $2,417.50 |
|---|---|---|---|---|---|---|

<u>Fees</u>

Hours

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| 01/03/2012 JRP | B400 | A107 | | Communicate (other outside counsel) with local counsel regarding upcoming Rule 26(f) conference deadline and approach for conducting conference (.2). Review/analyze judge's order and local rules regarding upcoming case deadlines (.6). Communicate (other external) via email with opposing party, Gambaccini regarding scheduling of Rule 26(f) conference (.3). Draft letter to Patterson requesting email address and/or telephone number for future contact about case and send to him FedEx (.3). Communicate (other external) with local counsel via email regarding status of contact with Gambaccini and Patterson (.2). | 1.60 | n/c |
| 01/04/2012 JRP | B400 | A103 | | Draft/revise letter to Michael Gambaccini requesting his contact information prior to Rule 26(f) deadline (.3). Communicate (other external) via telephone with opposing party, Gambaccini regarding settlement and scheduling a date for the Rule 26(f) conferral meeting (.4). Communicate (other outside counsel) via email with local counsel regarding conversation with Gambaccini (.2). Communicate (other external) via email with opposing party, Gambaccini to memorialize telephone conversation (.2). | 1.10 | 137.50 |
| SAF | B400 | A105 | | Communicate with JRP and opposing (unrepresented) party about Rule 26(f) report | | |

Lehman Brothers Holdings, Inc.
Account No.        5130.0051
RE: Patterson (Appraiser)

Statement Date: 02/15/2012
Statement No.        65320
Page No.        2

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | and potential to settle (.5). Receive and review emails from JRP to local counsel and opposing party on same (.1). | 0.60 | 75.00 |
| 01/05/2012 SAF | B400 | A105 | Communicate in firm with JRP regarding letter to Patterson and status of Rule 26(f) report (.2) Receive and review email from opposing party regarding Motion to extend time to submit Rule 26(f) report and respond to same and to local counsel regarding same (.3). | 0.50 | 62.50 |
| 01/06/2012 SAF | B400 | A104 | Review and analyze local rules regarding requirements for submission of Rule 26(f) reports and standing orders (1.6). Review docket to determine status of orders and filings (.2). Email to local counsel regarding same (.3). | 2.10 | 262.50 |
| 01/09/2012 JRP | B400 | A107 | Communicate (other outside counsel) with local counsel regarding status of settlement communications with defendants (.2). Draft/revise financial affidavit to send to defendant Michael Gambaccini and communicate (other external) with Michael Gambaccini regarding financial affidavit (.4). | 0.60 | 75.00 |
| SAF | B400 | A108 | Communicate with opposing party regarding financial affidavit and status (.4). | 0.40 | n/c |
| 01/12/2012 JRP | B400 | A108 | Communicate (other external) via email with James Patterson regarding early resolution of claim (.4). | 0.40 | n/c |
| 01/14/2012 JRP | B400 | A107 | Communicate (other outside counsel) with local counsel regarding filing motion for extension of rule 26(f) conference (.2). | 0.20 | n/c |
| 01/17/2012 JRP | B400 | A105 | Communicate (in firm) with SAF regarding status of case (.1). Communicate (other external) with opposing party Gambaccini regarding execution of financial affidavit (.1). Communicate (other external) with opposing party Patterson regarding execution of financial affidavit and early settlement of case (.4). | 0.60 | 75.00 |
| SAF | B400 | A108 | Discussion with JPR regarding contact with defendants (.1). Draft/revise email to Patterson |  |  |

Lehman Brothers Holdings, Inc.
Account No.        5130.0051
RE: Patterson (Appraiser)

Statement Date: 02/15/2012
Statement No.        65320
Page No.        3

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | regarding potential to settle (.7). | 0.80 | 100.00 |
| **01/18/2012** | | | | | |
| JRP | B400 | A107 | Communicate (other outside counsel) via email with local counsel regarding next steps in litigation including filing of a Motion for Extension to conduct Rule 26(f) conference (.3). Communicate (other external) with paralegal for local counsel with contact information for defendants (.1). Draft Motion for Extension to conduct Rule 26(f) conference (.9). Communicate (in firm) with SAF regarding filing of Preliminary Report and Status Conference and Initial Disclosures (.3). Draft/revise Preliminary Report and Discovery Plan (2.2). | 3.80 | n/c |
| SAF | B400 | A105 | Receive and review email from local counsel to opposing parties (.2).  Discuss same with JRP (.3). | 0.50 | n/c |
| **01/19/2012** | | | | | |
| JRP | B400 | A103 | Draft/revise Preliminary Report and Discovery Plan (2.6). Communicate (other outside counsel) with local counsel via email regarding upcoming filing of Initial Disclosures, Preliminary Report and Motion for Extension of Rule 26(f) Conference (.2). Draft/revise Initial Disclosures (2.7). Communicate (in firm) with SAF regarding origination of loan in lawsuit (.1). | 5.60 | 700.00 |
| TAY | B400 | A105 | Communicate (in firm w/ JRP) regarding upcoming disclosure deadline (.2).  Review and bates number initial disclosure documents (.3). | 0.50 | 25.00 |
| SAF | B400 | A103 | Draft/revise Rule 26(f) Report (1.2). Discussion with JRP regarding Motion for Extension to Submit Rule 26(f) Report (.2).  Draft/Revise Initial Rule 26 Disclosures (1.4).  Review/analyze Local Rules regarding Rule 26(f) report and timing of same (.3). | 3.10 | 387.50 |
| **01/20/2012** | | | | | |
| JRP | B400 | A108 | Review/analyze local rules regarding duty to confer prior to filing motions (.4). Communicate (in firm) with SAF regarding filing anticipated Motion to Strike (.3). Draft Motion to Hold Deadlines In Abeyance (1.1). Communicate (in firm) with SAF regarding general strategy for case (.3). | 2.10 | 262.50 |
| SAF | B400 | A103 | Communicate in firm with JRP regarding potential for Motion to Strike (.3). Draft/revise | | |

Lehman Brothers Holdings, Inc.                        Statement Date: 02/15/2012
Account No.        5130.0051                              Statement No.    65320
RE:  Patterson (Appraiser)                                    Page No.         4

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | Motion for Extension of deadlines (2.5). Communicate in firm with JRP regarding strategy on same and further communication with opposing parties (.3). | 3.10 | n/c |
| 01/23/2012 | JRP | B400 A104 | Review/analyze email communication from Patterson (.1). | 0.10 | n/c |
| 01/25/2012 | JRP | B400 A104 | Review/analyze email from opposing party Patterson regarding Motion to Hold Deadlines In Abeyance (.1). Communicate (other external) with Defendant Patterson regarding his question as to status of case (.3). Review/analyze Motion to Hold Deadlines in Abeyance and communicate (other outside counsel) with paralegal for local counsel regarding submitting and errata to correct unsigned Certificate of Service (.2). | 0.60 | 75.00 |
|  |  |  | For Current Services Rendered | 18.20 | 2,237.50 |
|  |  |  | Total Non-billable Hours | 10.10 |  |
|  |  |  | Total Current Work |  | 2,237.50 |
|  |  |  | Balance Due |  | $4,655.00 |

## Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 2237.50 | 0.00 |
| B400 | Bankruptcy-Related Advice | 2,237.50 | 0.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65321 |
| Account No. | 5130.0052 |
| Page: | 1 |

RE: Summers (Appraiser)

**Payments received after 02/15/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Previous Balance | | | $1,317.50 |
| | | | *Fees* | | | |
| | | | | | Hours | |
| 01/09/2012 | | | | | | |
| JRP | B400 | A104 | Review/analyze return of service of Dale Summers (.1). Communicate (with client) regarding results of Skip Trace search on one of the defendants in an effort to procure service (.2). Manage data files and review case status (.2). | | 0.50 | 62.50 |
| 01/11/2012 | | | | | | |
| JRP | B400 | A107 | Communicate (other outside counsel) with paralegal for local counsel regarding upcoming deadlines (.1). | | 0.10 | n/c |
| 01/22/2012 | | | | | | |
| JRP | B400 | A103 | Draft/revise letter to Eric Alexander attaching Complaint (.7) and communicate (in firm) via with SAF regarding same (.1). | | 0.80 | n/c |
| 01/23/2012 | | | | | | |
| JRP | B400 | A105 | Communicate (in firm) with SAF regarding his review of letter to Eric Alexander and status of case (.1). | | 0.10 | 12.50 |
| SAF | B400 | A105 | Communicate (in firm) with JRP regarding status (.1).  Draft/revise letter to Alexander (.3). | | 0.40 | 50.00 |
| | | | For Current Services Rendered | | 1.00 | 125.00 |
| | | | Total Non-billable Hours | | 0.90 | |
| | | | Total Current Work | | | 125.00 |

Lehman Brothers Holdings, Inc.                    Statement Date: 02/15/2012
Account No.        5130.0052                           Statement No.      65321
RE: Summers (Appraiser)                                  Page No.              2

                        Balance Due                                    $1,442.50

                        Task Code Recapitulation

                                                          Fees        Expenses
B400    Bankruptcy-Related Advice                        125.00           0.00
B400    Bankruptcy-Related Advice                        125.00           0.00

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

Statement Date:   February 15, 2012
Statement No.                65322
Account No.            5130.0053
Page:   1

RE: BK (billing)

**Payments received after 02/15/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

<u>Fees</u>

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| **01/02/2012** | | | | | |
| TAY | B400 | A105 | Revise time entries not accepted by fee committee (94/DKC; 4/TAY; 2/CAW). | 5.00 | n/c |
| **01/03/2012** | | | | | |
| JRP | B400 | A104 | Review/analyze previous research entries on Westlaw to provide to Bankruptcy estate in connection with billing and provide same information to FGMC accounting department (.3). | 0.30 | n/c |
| **01/04/2012** | | | | | |
| TAY | B400 | A105 | Communicate (in firm and with outside counsel) regarding fee committee's request for September invoices (previously provided to committee in 9th interim fee application) (.5). Review file and attach previously submitted fee application. Communicate (in firm) regarding request credit card statements and invoices to confirm cost charges (.3). Review emails (in firm) regarding disputed research charges (.2). | 1.00 | n/c |
| **01/09/2012** | | | | | |
| TAY | B400 | A108 | Communications (via email) with Larry Katz regarding acceptance of additional fees previously deemed "vague." | 0.30 | n/c |
| **01/27/2012** | | | | | |
| TAY | B400 | A104 | Review/analyze billing for December 2011 and prepare summary, spreadsheets, letters and CD. Prepare overnight mailings for all letters (5). | 5.40 | n/c |
| | | | Total Non-billable Hours | 12.00 | |

Lehman Brothers Holdings, Inc.
Account No.        5130.0053
RE:  BK (billing)

Statement Date: 02/15/2012
Statement No.        65322
Page No.        2

## Advances

| | | | | |
|---|---|---|---|---|
| 12/29/2011 | B400 | E107 | Delivery services/messengers Federal Express | n/c |
| 12/29/2011 | B400 | E107 | Delivery services/messengers Federal Express | n/c |
| 12/29/2011 | B400 | E107 | Delivery services/messengers Federal Express | n/c |
| 12/29/2011 | B400 | E107 | Delivery services/messengers Federal Express | n/c |
| 12/29/2011 | B400 | E107 | Delivery services/messengers Federal Express | n/c |
| 01/11/2012 | B400 | E107 | Delivery services/messengers Federal Express Recipient Carla Andres | n/c |

Balance Due                                                                                    $0.00

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

Statement Date:    February 15, 2012
Statement No.              65323
Account No.          5130.0054
Page:    1

RE: Avery (Appraiser)

**Payments received after 02/15/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

### Fees

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| **01/17/2012** | | | | | |
| JRP | B400 | A103 | Draft/revise complaint and send to SAF for his review (1.4). Review/analyze Florida claims for negligence and negligent misrepresentation (.9). Communicate (other outside counsel) with local counsel regarding forthcoming complaint including correct district in which to file and existence of negligence per se claim (.2). Communicate (in firm) with SAF regarding claims for relief (.2). Research regarding Florida appraiser statute for negligence per se claim (.3). | 3.00 | n/c |
| SAF | B400 | A103 | Conference in office with JRP regarding claims in Compliant (.2).  Draft/revise Complaint (1.4). Communicate (in firm) with DKC regarding amount in controversy requirement (.3). Communicate (external) with local counsel regarding same via email (.3). | 2.20 | 275.00 |
| **01/18/2012** | | | | | |
| JRP | B400 | A104 | Review/analyze correspondence from Kelly Garcia, local counsel, regarding revisions to the Complaint (.2). Communicate (in firm) with SAF regarding revisions to the complaint and logistics for filing complaint (.2). | 0.40 | 50.00 |
| SAF | B400 | A105 | Communicate (in firm) with JRP regarding status (.2). | 0.20 | n/c |
| **01/19/2012** | | | | | |
| JRP | B400 | A105 | Communicate (in firm) with SAF regarding status of filing complaint (.1). Communicate (other | | |

Lehman Brothers Holdings, Inc.
Account No.      5130.0054
RE: Avery (Appraiser)

Statement Date: 02/15/2012
Statement No.      65323
Page No.      2

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | outside counsel) with local counsel regarding status of filing complaint (.1). Manage/organize files in conjunction with filing Complaint (.3). | 0.50 | 62.50 |
| 01/20/2012 | | | | | |
| JRP | B400 | A104 | Review/analyze finalized Complaint and Summons and send to client for his records. | 0.10 | n/c |
| JRP | B400 | A108 | Communicate (in firm) with SAF regarding filing a Motion for Extension of Deadlines pending filing Motion to Strike and Motion for Default Judgment (.1) Communicate (other external) with paralegal for local counsel regarding filing of Motion for Extension of Deadlines (.1) Review/analyze press inquiry regarding filing of case and communicate with DKC regarding same (.2). | 0.40 | 50.00 |
| DKC | B400 | A107 | Communicate (in firm and with outside counsel) via email and follow up (including writing synopsis of case) regarding press inquiry to local counsel. | 1.20 | 150.00 |
| | | | For Current Services Rendered | 4.70 | 587.50 |
| | | | Total Non-billable Hours | 3.30 | |
| | | | Total Current Work | | 587.50 |
| | | | Balance Due | | $587.50 |

## Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 587.50 | 0.00 |
| B400 | Bankruptcy-Related Advice | 587.50 | 0.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

*(303)333-9810*

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65324 |
| Account No. | 5130.0055 |
| | Page:  1 |

RE: Amerihome Loan Corporation

***Payments received after 02/15/2012 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.***

<u>Fees</u>

| | | | | Hours | |
|---|---|---|---|---|---|
| **01/24/2012** | | | | | |
| | SAF | B400 | A103 | Review/analyze secretary of state information on defendant (.4).  Review/analyze contract with defendant (1). Draft/revise Complaint (2.4). Communicate (external counsel) with Kelly Garcia regarding filing of same (.5). | 3.30 | 412.50 |
| **01/25/2012** | | | | | |
| | DKC | B400 | A104 | Review/analyze and revise complaint (.3). Emails (with co-counsel and in firm) regarding claims, filing of complaint, and related issues (.4). | 0.70 | 87.50 |
| | SAF | B400 | A107 | Communicate (external) with local counsel Liz Campbell at Locke-Lorde via phone and email regarding filing of complaint and strategy (.8). Communicate (external) with attorney Garcia at Akerman regarding no need for her to file Complaint (.1). | 0.90 | 112.50 |
| | | | | For Current Services Rendered | 4.90 | 612.50 |
| | | | | Total Current Work | | 612.50 |
| | | | | Balance Due | | $612.50 |

<u>Task Code Recapitulation</u>

| | | <u>Fees</u> | <u>Expenses</u> |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 612.50 | 0.00 |
| B400 | Bankruptcy-Related Advice | 612.50 | 0.00 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0055
RE:  Amerihome Loan Corporation

Statement Date: 02/15/2012
Statement No.        65324
Page No.        2

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---:|
| Statement Date: | February 15, 2012 |
| Statement No. | 65325 |
| Account No. | 5130.0056 |
| Page: | 1 |

RE: Capital Mortgage Services, Inc.

**Payments received after 02/15/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

### Fees

| | | | | | Hours | |
|---|---|---|---|---|---:|---:|
| 01/25/2012 | | | | | | |
| | SAF | B400 | A103 | Review/analyze secretary of state information on defendant (.4). Review/analyze contract with defendant (.6). Draft/revise Complaint (1.4). | 2.40 | 300.00 |
| 01/26/2012 | | | | | | |
| | SAF | B400 | A106 | Communicate (external) with local counsel Terping regarding modifying and filing Complaint (.3). | 0.30 | 37.50 |
| | | | | For Current Services Rendered | 2.70 | 337.50 |
| | | | | Total Current Work | | 337.50 |
| | | | | Balance Due | | $337.50 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---:|---:|
| B400 | Bankruptcy-Related Advice | 337.50 | 0.00 |
| B400 | Bankruptcy-Related Advice | 337.50 | 0.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

|  |  |
|---|---|
| Statement Date: | February 15, 2012 |
| Statement No. | 65326 |
| Account No. | 5130.0057 |
| Page: | 1 |

RE: Meridian Residential Capital LLC

**Payments received after 02/15/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

.

<u>Fees</u>

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 01/24/2012 | | | | | | |
| | SAF | B400 | A106 | Review/analyze response to demand from contract administration  (.3).  Communicate with client regarding same via email and phone. (.3). | 0.60 | 75.00 |
| 01/26/2012 | | | | | | |
| | SAF | B400 | A104 | Draft/revise Complaint (2.3).  Review/analyze jurisdictional issues and defendant's principal place of business and state of organization (2). Communicate in firm with DK regarding forum for suit and jurisdictional issues (.5). Communicate (external) with Spohn and his assistant regarding filing of Complaint (.3). | 5.10 | 637.50 |
| | DKC | B400 | A102 | Research jurisdictional issues and potential local counsel (.6). Emails with co-counsel (Rollin) regarding same (.2) | 0.80 | 100.00 |
| 01/27/2012 | | | | | | |
| | SAF | B400 | A107 | Communicate (external) with potential NY counsel Joel Schmidt and DKC (.4). Communicate external with NY counsel Chris Jensen via phone and email (.5). Review/analyze revisions to Complaint by NY counsel Jensen and discuss with DKC (.4). Communicate (external) with NY counsel Jensen on same (.2). | 1.50 | 187.50 |
| | DKC | B400 | A101 | Plan and prepare for and attend telephone conference with NY counsel regarding new matter (.8). Analyze jurisdiction and venue issues (.4). | 1.20 | 150.00 |
| | | | | For Current Services Rendered | 9.20 | 1,150.00 |

Lehman Brothers Holdings, Inc.                                    Statement Date: 02/15/2012
Account No.        5130.0057                                      Statement No.       65326
RE:  Meridian Residential Capital LLC                            Page No.                2

Total Current Work                                                                 1,150.00

Balance Due                                                                       $1,150.00

### Task Code Recapitulation

|       |                          | Fees     | Expenses |
|-------|--------------------------|----------|----------|
| B400  | Bankruptcy-Related Advice | 1150.00  | 0.00     |
| B400  | Bankruptcy-Related Advice | 1,150.00 | 0.00     |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---:|
| Statement Date: | February 15, 2012 |
| Statement No. | 65327 |
| Account No. | 5130.0059 |
| | Page: 1 |

RE: George Howell

**Payments received after 02/15/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

### Fees

| | | | | | Hours | |
|---|---|---|---|---|---:|---:|
| 01/23/2012 | | | | | | |
| | JRP | B400 | A104 | Review/analyze statute of limitations for upcoming appraiser claims and send list of appraisers needing a skip trace run on addresses to client (.5). Communicate (in firm) with SAF regarding his review of email to insurance adjuster, Janete Carrero on George Howell and C. George Howell claims (.4). Communicate (with client) regarding status of miscellaneous responses from appraisers and update status chart, accordingly (1.1). | 2.00 | 250.00 |
| 01/27/2012 | | | | | | |
| | JRP | B400 | A105 | Communicate (in firm) with SAF regarding communication with insurance agent for George Howell (.3). Obtain relevant documents to attach in support of letter to insurance adjuster (.3). | 0.60 | 75.00 |
| | | | | For Current Services Rendered | 2.60 | 325.00 |
| | | | | Total Current Work | | 325.00 |
| | | | | Balance Due | | $325.00 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---:|---:|
| B400 | Bankruptcy-Related Advice | 325.00 | 0.00 |
| B400 | Bankruptcy-Related Advice | 325.00 | 0.00 |

# EXHIBIT G

## Detail of Time and Expense

## (February 1, 2012 through February 29, 2012)

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66137 |
| Account No. | 5130.0001 |
| Page: | 1 |

RE: PMAC Lending Services, INC

**Payments received after 03/12/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

| | | |
|---|---|---|
| | Previous Balance | $448.61 |
| | <u>Payments</u> | |
| 02/21/2012 | Thank you - Payment on account | -257.13 |
| | Balance Due | $191.48 |

**Payments received after statement date will be applied to the next month's statement.**

**Please reference statement number(s) on your payment**

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66138 |
| Account No. | 5130.0005 |
| Page: | 1 |

RE: EquiPoint Financial Network, Inc

*Payments received after 03/12/2012 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.*

| | |
|---|---:|
| Previous Balance | $44.28 |
| Balance Due | <u>$44.28</u> |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66139 |
| Account No. | 5130.0007 |
| Page: | 1 |

RE: Metrostate

*Payments received after 03/12/2012 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>*

| | |
|---|---|
| Previous Balance | $490.18 |
| Balance Due | $490.18 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66140 |
| Account No. | 5130.0012 |
| Page: | 1 |

RE: Nationwide Equities

*Payments received after 03/12/2012 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.*

| | | |
|---|---|---|
| | Previous Balance | $2,252.48 |
| | <u>Payments</u> | |
| 02/21/2012 | Thank you - Payment on account | -188.80 |
| | Balance Due | <u>$2,063.68</u> |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66141 |
| Account No. | 5130.0018 |
| Page: | 1 |

RE: Freedom Mortgage

*Payments received after 03/12/2012 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>*

| | |
|---|---|
| Previous Balance | $198.28 |
| Balance Due | $198.28 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66498 |
| Account No. | 5130.0022 |
| | Page:  1 |

RE: PMC Bancorp

**Payments received after 03/12/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

| | | | | | |
|---|---|---|---|---|---|
| Previous Balance | | | | | $246,317.74 |

<u>Fees</u>

| Date | | | | | Hours | |
|---|---|---|---|---|---|---|
| 02/01/2012 | | | | | | |
| | CPC | B400 | A103 | Draft/revise client's proposed jury instructions and statement of case. (1.8).  Confer with opposing counsel regarding final pretrial conference. (.4).  Confer with TAY regarding court procedures after her conversation with court clerk regarding evidence notebooks. (.2). | 2.40 | 636.00 |
| | JRP | B400 | A103 | Draft/revise Final Pretrial Conference Order (.5). Draft/revise Statement of the case (1.5). Conference with SAF and CPC regarding jury instructions (.2). | 2.20 | 583.00 |
| | SAF | B400 | A103 | Draft/revise jury instructions. | 7.40 | 2,442.00 |
| | DKC | B400 | A105 | Communicate (in firm with JRP and SAF) regarding jury instructions, evidence for trial, and witnesses (.8). Draft/work on witness outlines for trial (1.3). | 2.10 | 808.50 |
| 02/02/2012 | | | | | | |
| | JRP | B400 | A104 | Review/analyze proposed jury instructions drafted by SAF and judge's orders on voir dire questions submitted by counsel (.5). Communicate (other outside counsel) with opposing counsel regarding Final Pretrial Conference Order (.5). Communicate (in firm) with DKC and CPC regarding jury instructions, statement of the case and Final Pretrial Order (1.1). Draft/revise Statement of the Case and Request for Counsel To Voir Dire Jury (2.3). | | |

Lehman Brothers Holdings, Inc
Account No.    5130.0022
RE: PMC Bancorp

Statement Date: 03/12/2012
Statement No.    66498
Page No.    2

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | Communicate (in firm) with DKC regarding same (.1). | 4.00 | 1,060.00 |
| CPC | B400 | A108 | Communicate (other external) with opposing counsel regarding final pretrial conference order (.1). Review opposing counsel's redline version of final pretrial conference order. (.2). Phone call with opposing counsel regarding same. (.3). Email correspondence with opposing counsel regarding pretrial conference order. (.1). Confer with DKC and JRH regarding jury instructions, voir dire questions, final pretrial conference order, and statement of the case. (1.7). Incorporate opposing counsel's changes to pretrial conference order. (.5). Review defendant's trial exhibits and draft objection thereto for the final pretrial conference order. (1.1). Review defendant's trial exhibit list and incorporate into joint exhibit list. (.9). Email correspondence with Larry Lee regarding service of subpoena on borrower Estrella Barroga. (.2). | 5.10 | 1,351.50 |
| SAF | B400 | A104 | Communicate (external) with Lamb regarding jury instructions (.2). Communicate (in firm) with CPC PMC's disclosures and evidentiary objections to new exhibits for Trial Management Order (.2). Review/analyze list of exhibits from PMC and their MSJ opposition exhibits (.4). | 0.80 | 264.00 |
| DKC | B400 | A104 | Review and revise statements of the case (.7). Analyze objections to defendant's trial exhibits (.4). Review and revise pre-trial order, analyze related issues, and conference with JRP and CPC regarding same (.8). Review deposition transcripts and prepare for direct and cross for trial (1.3). | 3.20 | 1,232.00 |
| 02/03/2012 | | | | | |
| JRP | B400 | A105 | Communicate (in firm) with CPC and DKC regarding revisions to Statement of the Case (.2). Draft/revise Request For Limited Voir Dire by Counsel (1.1). Communicate (in firm) with SAF and CPC regarding finalizing jury instructions and strength of claims for order of verdict forms (.2). | 1.30 | 344.50 |
| CPC | B400 | A104 | Review/analyze client's statement of the case and alternative statement of the case, make minor revisions, and send to opposing counsel. (.9). Review/revise request for special voir dire topics. (.5). | 1.40 | 371.00 |

Lehman Brothers Holdings, Inc                                    Statement Date: 03/12/2012
Account No.          5130.0022                                   Statement No.          66498
RE: PMC Bancorp                                                  Page No.                    3

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| SAF | B400 | A103 | Review/analyze Statement of Case (.4). Communicate in firm with DKC, JRP, and CPC regarding same (.3). Review/analyze strength of claims and evidence to determine order of special verdict forms (1). Draft/revise special verdict forms and instructions (2.5). | 4.20 | 1,386.00 |
| DKC | B400 | A103 | Revise statement of the case and alternate statement of the case for submission to opposing counsel and Court (2.2). Further analysis/study of trial exhibits and strategize regarding direct testimony of plaintiff, Aurora, and LBB (1.7). | 3.90 | 1,501.50 |

02/06/2012

|  |  |  |  | |  |
|---|---|---|---|---|---|
| JRP | B400 | A104 | Review/analyze new evidentiary objections to Plaintiff's Reply to Motion for Summary Judgment and review case law cited in same (.6). Communicate (in firm) with CPC to revise Statement of the Case (1.0). Research New York case law for definition of assignment (.9). Draft jury instruction on assignment language (.6). Communicate (in firm) with SAF and CPC regarding jury instructions (1.1). Draft/revise jury instructions (1.0). Communicate (in firm) with TAY regarding filing of Pretrial Conference Order (.3). Draft Notice of Lodging of Pretrial Conference Order (.3). Communicate (in firm) with CPC regarding Statement of Case (.8). Communicate (in firm) with SAF regarding verdict forms and draft/revise same (.8). | 7.40 | 1,961.00 |
| CPC | B400 | A105 | Communicate (in firm) with JRH regarding incorporation of opposing counsel's changes to statement of case and witness list and make revisions accordingly. (2.0). Email correspondence to opposing counsel regarding revisions to statement of the case, witness list, and filing of final exhibit list. (.3). Review opposing counsel's redline version of jury instructions, conference with JRH and SAF regarding same, make revisions to same, and email agreed upon instructions to opposing counsel along with instruction for definition of assignment and the fair treatment of corporations and partnerships at trial. (2.0). Revise and draft introduction to statement of the case (long version), make corrections to short version, draft redline version to opposing counsel's version, and email correspondence with opposing counsel regarding same. (1.4). Review PMC's supplemental evidentiary |  |  |

Lehman Brothers Holdings, Inc                                    Statement Date: 03/12/2012
Account No.        5130.0022                                      Statement No.        66498
RE:  PMC Bancorp                                                      Page No.              4

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | objections on Motion for Summary Judgment. (.3).  Revise motion for permission to question jury panel after conferring with opposing counsel. (.3). Phone call with opposing counsel regarding above-referenced filings. (.2).  Plan for upcoming trial obligations and items needed for February 13 pretrial conference hearing. (.2). | 6.70 | 1,775.50 |
| TAY | B400 | A108 | Communicate (with Merrill Court Reporters) regarding transcript requirements for trial. Communicate (in firm with CPC) regarding same. Communications (in firm with JRP) regarding pre-trial conference order and requirements of same (.2). Review Judge Kronstadt's trial order for information regarding numerous pre-trial filings (.5). Review/finalize pre-trial conference order and notice to lodge proposed order and electronically file same via ECF (.4). Review/finalize and label exhibit to joint witness list and electronically file same via ECF (.3) Review/finalize and label exhibit to joint exhibit list and electronically file same via ECF (.3) Review/finalize request regarding voir dire questions and electronically file same via ECF (.3) Review/finalize joint jury instructions and file same via ECF (.3) Review/finalize disputed jury instructions and file same via ECF (.3) Communicate (via multiple emails with Judge Kronstadt's chambers) regarding mandatory copies of jury instructions, verdict forms, and statement of case (.3). | 2.90 | 348.00 |
| SAF | B400 | A103 | Review/analyze PMC's changes to proposed jury instructions and short version of Statement of the Case (.6).  Communicate (in firm) with DKC regarding same (.2).  Communicate in firm with JRP regarding same (.2).  Communicate in firm with CPC regarding same (.3).  Draft/revise Statement of the Case (.6).  Review/analyze emails from CPC addressing PMC's proposed witnesses (.2).  Review/analyze Rule 26 Disclosures and communicate in firm with DKC and JRP regarding same (.4).  Draft/revise jury instruction on assignment (.4).  Communicate (in firm) with JRP, CPC, and DKC regarding approach to PMC's designation of witnesses (.5).  Communicate (external with opposing counsel Lamb) regarding jury instructions (.7). Draft/revise Disputed Jury Instructions (2.8). Review/analyze Proposed Verdict Forms from PMC (.2). Communicate (in firm) with JRP regarding same (.6).  Draft/revise Objections to | | |

Lehman Brothers Holdings, Inc
Account No.      5130.0022
RE: PMC Bancorp

Statement Date: 03/12/2012
Statement No.        66498
Page No.               5

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | Verdict form (.4). | 8.10 | 2,673.00 |
| DKC | B400 | A104 | Review and revise documents and analyze pleadings, including pre-trial conference order, jury instructions, verdict forms, voir dire, statement of the case, and attendant issues. | 3.50 | 1,347.50 |

02/07/2012

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| JRP | B400 | A104 | Review/analyze PMC's proposed voir dire questions (.2). Review/analyze deposition transcript of PMC 30(b)(6) witness, Gus Cafcalas (.6). | 0.80 | 212.00 |
| CPC | B400 | A105 | Communicate (in firm) with JRP regarding upcoming trial preparation tasks. (.6). Conference with TAY regarding notebooks and exhibits for February 13 hearing, review docket regarding same to identify pleadings needed for hearing, conference with TAY regarding trial exhibit organization and preparation of eight (8) trial exhibit notebooks. (1.2).  Conference with DKC regarding trial presentation. (.3).  Email correspondence to opposing counsel regarding exhibit notebooks. (.1).  Email correspondence to Kyle Loving at Reilly Pozner regarding demonstratives. (.2). | 2.30 | 609.50 |
| TAY | B400 | A105 | Communicate (in firm with CPC) regarding pre-trial projects (exhibit notebooks, pre-trial conference notebooks, service status, etc.) and deadlines associated with same (.5). Communicate (in firm with DKC and CPC) regarding electronic evidence presentation issues (.2). Communicate (with USDC IT Department) regarding issues regarding same (.2). Emails to/from Merrill Court Reporters regarding sealed original transcripts for use at trial (.2). | 1.10 | 132.00 |

02/08/2012

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| CPC | B400 | A106 | Communicate (with client) at firm in trial testimony meeting. (5.5).  Phone call to opposing counsel regarding exchange of exhibits. (.2). | 5.70 | 1,510.50 |
| JRP | B400 | A101 | Plan and prepare for trial by working with client to prepare for direct examination (6.3). | 6.30 | 1,669.50 |
| TAY | B400 | A103 | Prepare working binder of all filings related to upcoming hearing on Motion for Summary Judgment (4.5). Communicate (in firm with DKC, CPC and JRP) regarding details of same (.4). Prepare copy of trial exhibits and exhibit list for |  |  |

Lehman Brothers Holdings, Inc                                    Statement Date: 03/12/2012
Account No.        5130.0022                                     Statement No.        66498
RE: PMC Bancorp                                                  Page No.             6

|  |  |  | | Hours | |
|---|---|---|---|---|---|
| | | | Aurora representative review and coordinate delivery of same (.4). | 5.30 | 636.00 |
| DKC | B400 | A101 | Plan and prepare for conference with JRP, CPC and clients (Gray and Baker) regarding trial testimony, exhibits, and related issues (5.5). Emails with client and counsel for ALS and LBB regarding witnesses at trial and related issues (1.0). | 6.50 | 2,502.50 |
| **02/09/2012** | | | | | |
| TAY | B400 | A104 | Review case dockets and prepare working binder of all filings related to upcoming pre-trial conference and hearing on motions in limine (2 sets) (2.5). Communicate (in firm with DKC, CPC and JRP) regarding details of same (.2). Review trial exhibit list and begin organizing and labeling exhibits (2.2). Prepare email communication to opposing counsel attaching all trial subpoenas issued by LBHI (.2). | 5.10 | 612.00 |
| JRP | B400 | A103 | Draft/revise draft demonstrative exhibits for trial that display the loan ownership chain for the life of eight loans (3.5). | 3.50 | 927.50 |
| CPC | B400 | A101 | Confer with DKC on trial status (.2).  Plan and prepare for presentation of demonstrative exhibits by creating flow charts for life of the loan/loss, damages, contract excerpts, etc. (2.0). Confer with CGS regarding damages demonstrative. (1.0).  Email correspondence with trial team regarding special interrogatory for jury to determine date of breach and related issues. (.2). | 3.40 | 901.00 |
| CGS | B400 | A102 | Conference with CPC regarding admission of business records issues [.2]; conference with CPC regarding damages analysis, trial exhibits [1.0]; multiple conferences with team regarding determining date of breach for prejudgment interest [.3]. | 1.50 | 442.50 |
| DKC | B400 | A110 | Compile documents for use by witness (Thornbloom)(.4). Prepare for and telephone conference with outside counsel (ALS and LBB) regarding trial testimony (.5). Send emails to counsel regarding same (.2). Prepare for trial, including revisions to demonstrative exhibits (.4), opening argument (.5), and witness outlines (1.2). | 3.20 | 1,232.00 |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE: PMC Bancorp

Statement Date: 03/12/2012
Statement No.        66498
Page No.        7

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 02/10/2012 | | | | | | |
| | CGS | B400 | A102 | Research choice of law issue for prejudgment interest and scope of jury or legal questions regarding same [3.6]; draft summary of analysis regarding same [.9]; conferences with CPC and SAF regarding same [.6]. | 5.10 | 1,504.50 |
| | CPC | B400 | A101 | Plan and prepare for trial by conferencing with DKC regarding assignment of witnesses and examinations at trial, by conferencing with JRP and producing demonstrative exhibits including the "life of the loan/loss" exhibit, the summarized damages calculation and breakdown, and meet with Kyle Loving, graphic artist, regarding same. (5.3).  Conference with DKC and JRP regarding opening, presentation of witnesses, and hearing on February 13. (1.0). | 6.30 | 1,669.50 |
| | JRP | B400 | A101 | Plan and prepare for trial by discussing and preparing drafts of demonstrative exhibits and outline of opening statement (3.4). Communicate (other external) with Kyle Loving, to Prepare demonstrative exhibits for trial (1.0). Plan and Prepare for Final Pretrial Conference on February 13, 2012 (1.7). Communicate (other external) with Kyle Loving via email regarding preparation of demonstrative exhibits (.2). | 6.30 | 1,669.50 |
| | TAY | B400 | A104 | Review/analyze all pleadings related to Motion for Summary Judgment filings (both sides) and pull/print cases for upcoming hearing via Westlaw (2.3). Prepare binder of seller's guides for all borrowers (section 7) (.5). Communicate (in firm with trial team) regarding same (.2) Communicate (with Judge Kronstadt's clerk) regarding electronic evidence presentation issues and status of trial (.3). | 3.30 | 396.00 |
| | SAF | B400 | A105 | Communicate (in firm) with trial team regarding whether jury needs to determine date of breach of contract. | 0.30 | 99.00 |
| | DKC | B400 | A101 | Plan and prepare for trial, including conceptualization of demonstratives and revisions to same (1.4), analysis of damages issues and proof (1.2), drafting of witness outlines and evidence supporting same (2.5), and compilation of materials for upcoming pre-trial and Motion for Summary Judgment hearing (2.2). | 7.30 | 2,810.50 |

Lehman Brothers Holdings, Inc
Account No.      5130.0022
RE: PMC Bancorp

Statement Date: 03/12/2012
Statement No.      66498
Page No.      8

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| **02/11/2012** | | | | | |
| DKC | B400 | A101 | Further preparation for upcoming pre-trial conference, including review of pleadings and procedural issues (2.8). Study case law for FCBR argument and evidentiary issues/objections (3.5). | 6.30 | 2,425.50 |
| **02/12/2012** | | | | | |
| DKC | B400 | A111 | Travel (CO to CA for Court hearing). | 5.00 | n/c |
| DKC | B400 | A104 | Review pleadings and case law for upcoming hearing on Motion for Summary Judgment and Motions in Limine. | 6.50 | 2,502.50 |
| **02/13/2012** | | | | | |
| CGS | B400 | A102 | Conferences with DKC and JRP regarding servicer/ownership issues [.2]; research same for Motion for Summary Judgment hearing [1.5]. | 1.70 | 501.50 |
| CPC | B400 | A109 | Prepare for and attend hearing in Los Angeles on Motion for Summary Judgment, pretrial conference, motions in limine (10.5); Plan and prepare for next steps in light of tentative ruling on Motion for Summary Judgment and strategy going forward. (2.2). | 12.70 | 3,365.50 |
| CPC | B400 | A109 | Travel to/from CA for Court hearing | 5.00 | n/c |
| JRP | B400 | A105 | Prepare for and attend Court hearing in CA regarding Motion for Summary Judgment, pre-trial conference, and Motions in Limine (10.3). Plan and prepare for trial given Court's tentative ruling (2.3). | 12.60 | 3,339.00 |
| SAF | B400 | A105 | Communicate (in firm) with CPC regarding summary judgment hearing. | 0.40 | 132.00 |
| DKC | B400 | A101 | Prepare for and attend call with client (Drosdick) and outside counsel for LBB and ALS regarding testimony of witnesses at trial (.6). Prepare for and attend Motion for Summary Judgment hearing and pre-trial conference (9.8). Analyze implications of Court's tentative ruling and related effect on trial, including evidence, witnesses, presentation, and other matters (1.5). | 11.90 | 4,581.50 |
| JRP | B400 | A111 | Travel to/from CA for Court hearing. | 5.00 | n/c |
| **02/14/2012** | | | | | |
| CPC | B400 | A106 | Communicate (with client) on phone call to provide update to case vis-a-vis Motion for Summary Judgment hearing (.6). Communicate | | |

Lehman Brothers Holdings, Inc
Account No.     5130.0022
RE:  PMC Bancorp

Statement Date: 03/12/2012
Statement No.         66498
Page No.                 9

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | in firm with JRP, DKC, and SAF regarding status and impact of Motion for Summary Judgment hearing on trial preparation efforts. (1.1). | 1.70 | 450.50 |
| JRP | B400 | A105 | Communicate (in firm) with DKC and CPC regarding hearing on Motion for Summary Judgment and trial strategy and preparation plan giving court's ruling (1.6). Communicate (with client) regarding status of hearing on Motion for Summary Judgment and trial preparation given the tentative ruling from court (.6). Review all trial exhibits compiled and labeled by TAY for accuracy and completeness (2.0). | 4.20 | 1,113.00 |
| CGS | B400 | A102 | Conferences with team regarding results of Motion for Summary Judgment hearing and next steps. | 1.00 | 295.00 |
| SAF | B400 | A105 | Communicate (in firm with DKC, JPR, CPC and with client) regarding hearing on Summary Judgment and effect on trial. | 1.50 | 495.00 |
| DKC | B400 | A106 | Communicate (with client)  via telephone regarding hearing outcome and related issues (.4). Further analysis of implications of Court's preliminary ruling (regarding Motion for Summary Judgment) and plan trial presentation changes (5.4). | 5.80 | 2,233.00 |
| 02/15/2012 | | | | | |
| JRP | B400 | A103 | Draft/revise Notice of Trial for client to provide to bankruptcy estate (.9). Draft/revise cross-examination of PMC witness, Gus Cafcalas (4.7). | 5.60 | 1,484.00 |
| TAY | B400 | A103 | Draft/label/page number all trial exhibits (6.5). Prepare notebook of same for use at client trial preparation meeting (.8). | 7.30 | 876.00 |
| SAF | B400 | A106 | Draft/revise, at client's request, description of case and status. | 1.00 | 330.00 |
| DKC | B400 | A101 | Plan and prepare for upcoming meeting with client (Baker) regarding trial, including likely scope of testimony given Court's tentative Motion for Summary Judgment ruling. | 1.30 | 500.50 |
| 02/16/2012 | | | | | |
| JRP | B400 | A106 | Communicate (with client) regarding Notice of Trial to submit to estate and meeting for trial preparation (.2). Communicate (in firm) with DKC regarding preparation of LBHI witness for | | |

Lehman Brothers Holdings, Inc                           Statement Date: 03/12/2012
Account No.       5130.0022                                 Statement No.      66498
RE: PMC Bancorp                                                Page No.            10

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | trial and general trial strategy (.3). Review Freddie Mac and Fannie Mae contracts to locate any additional details regarding pricing from LBHI to Freddie/Fannie (.5). Plan and prepare for trial by meeting with client to prepare direct testimony (2.5). Review demonstratives and communicate (in firm) with SAF and CPC regarding same (.3). Draft/ revise annotated exhibit list (.6). | 4.40 | 1,166.00 |
| CPC | B400 | A106 | Communicate (with client) in office; discuss trial strategy going forward in light of court's tentative ruling on Motion for Summary Judgment with trial team (client, DKC, JRP); and discuss demonstrative exhibits with JRP and SAF. (1.1). Phone call from Saehan Bank, Dong Kim, email to borrower/witness Ramsey. (.3) | 1.40 | 371.00 |
| SAF | B400 | A104 | Review/analyze proposed demonstrative trial exhibits. | 0.30 | 99.00 |
| DKC | B400 | A104 | Review status of trial preparations, including demonstratives, documents, and logistics (1.7). Prepare for and attend meeting with client (Baker) and JRP regarding trial testimony, damages issues/proof, and other matters given tentative ruling (Motion for Summary Judgment)(3.8). Emails and phone calls regarding testimony for Aurora/LBB at trial (.4). | 5.90 | 2,271.50 |
| 02/17/2012 | | | | | |
| JRP | B400 | A103 | Draft/revise annotated exhibit list for John Baker's review alongside trial exhibits (involving reviewing exhibits and determining exactly for what purpose will be used at trial) (2.8). Communicate (in firm) with DKC regarding revisions to make to demonstrative exhibits (.3). Communicate (other external) with Kyle Loving at Reilly Pozner regarding revisions to demonstrative exhibits (.4). Revise life of the loan demonstrative and send revisions to Kyle Loving (.3). Review/analyze Response to Errata regarding Burks Loan and communicate (in firm) with DKC, CPC, SAF regarding same (.6). Revise Reply to PMC Response to Errata and locate documents and declaration excerpts to add to Reply (1.6). | 6.10 | 1,616.50 |
| TAY | B400 | A104 | Thorough review of trial exhibits to confirm correct labeling. | 0.90 | 108.00 |
| CPC | B400 | A105 | Review and analyze response to errata, | | |

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | communicate (in firm) with SAF, DKC, and JRP regarding same, and research issues relating to same. (.7). Attention to Burks damages calculations as well as issue raised by court on what client paid upstream investor as it relates to our damages calculations. (1.2). Email correspondence with Kyle Loving regarding demonstratives. (.2). Attention to annotated exhibit list for client. (.2). Phone call to borrower/witness Saldarriaga. (.2). | 2.50 | 662.50 |
| SAF | B400 | A103 | Review/analyze PMC's Response brief on MSJ relating to Expert Rodriquez and Burkes Loan (.3). Communicate in firm with trial team regarding same (.4). Draft/revise Reply to same (2.3). Communicate in firm with JRP regarding same (.2). File same (.2). | 3.40 | 1,122.00 |
| DKC | B400 | A101 | Prepare for and telephone conference with ALS (Dreyer) regarding testimony (.2). Revise demonstrative exhibits (1.4). Analyze defendant's response regarding Burks loan (Motion for Summary Judgment) (.6). Revise reply in support of Motion for Summary Judgment regarding same (.6). Revise opening statement (.5). Draft/revise cross-exam of defendant (1.1). | 4.40 | 1,694.00 |
| **02/18/2012** | | | | | |
| DKC | B400 | A103 | Draft direct testimony and review documents regarding LBB and Aurora. | 2.30 | 885.50 |
| **02/19/2012** | | | | | |
| DKC | B400 | A104 | Review deposition transcripts, documents, pleadings, and prepare cross-examination outline for defendant PMC (corporate) and Cafcalas (personally). | 5.70 | 2,194.50 |
| **02/20/2012** | | | | | |
| JRP | B400 | A105 | Communicate (in firm) with DKC regarding cross examination of Gus Cafcalas (.5). Communicate (other external) with Heston Gray and Jerald Dryer regarding demonstratives and trial preparation (.2). Review/analyze interrogatory responses and requests for admission in conjunction with drafting cross-examination of Gus Cafcalas (1.7). | 2.40 | 636.00 |
| DKC | B400 | A101 | Further planning and preparing for trial, including identification of likely exhibits, testimony regarding same, updating damages figures, and witness outlines. | 3.30 | 1,270.50 |

Lehman Brothers Holdings, Inc
Account No.      5130.0022
RE: PMC Bancorp

Statement Date: 03/12/2012
Statement No.      66498
Page No.      12

Hours

**02/21/2012**

| | | | | | |
|---|---|---|---|---|---|
| TAY | B400 | A104 | Final review of trial exhibits before sending out for copying (.5). Communications (in firm with JRP and DKC) regarding same (.2). Review Judge Kronstadt's minute order regarding continuance of pre-trial conference and trial and communicate (in firm with trial team) regarding issues regarding continuance (.4). | 1.10 | 132.00 |
| JRP | B400 | A106 | Prepare for and communicate (with client) regarding ownership and damages for Ramsey 1st loan (2.2). Communicate (other external) with Kyle Loving regarding demonstrative exhibits (.2). Communicate (in firm) with DKC and CPC regarding final details of trial preparation (.7). Review Minute Order from court removing trial and motions hearing from calendar and communicate (in firm) with CPC, TAY, and DKC regarding same (.4). | 3.50 | 927.50 |
| CPC | B400 | A101 | Plan and prepare for trial by meeting with trial team to discuss preparation of exhibit notebooks, demonstrative exhibits, delegation of tasks, etc. (1.8).  Discuss court's ruling regarding removal of trial and status conference from calendar and call with client. (.6). | 2.40 | 636.00 |
| DKC | B400 | A101 | Continue preparation for trial, including witness outlines, cross-examination, revisions to demonstratives, and review of trial exhibits (6.8). Review Court's order regarding postponement of trial and analyze attendant issues and options (1.4). Communicate (with client) via email regarding same (.2). | 8.40 | 3,234.00 |

**02/22/2012**

| | | | | | |
|---|---|---|---|---|---|
| CPC | B400 | A108 | Communicate (other external) with all witnesses/borrowers through phone, email, and/or letter regarding cancellation of trial pursuant to court's Feb 21 minute order. | 1.00 | 265.00 |
| JRP | B400 | A105 | Communicate (in firm) with DKC regarding status of case following Minute Order from judge vacating trial date pending ruling on Motion for Summary Judgment. | 0.60 | 159.00 |
| DKC | B400 | A105 | Communicate (in firm) regarding Court's decision to postpone trial and steps needed to address same, including subpoena continuances, potential proof (revised) regarding damages, authority of LBB and ALS witnesses, | | |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE: PMC Bancorp

Statement Date: 03/12/2012
Statement No.        66498
Page No.        13

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | and probably outcome of Motion for Summary Judgment (1.4). Plan and prepare strategy for continued trial (.8). Analyze potential appellate and collection issues (1.1). | 3.30 | 1,270.50 |
| 02/23/2012 CPC | B400 | A104 | Review/analyze status of case in light of trial cancellation and review emails from client regarding next steps and damages issues. | 0.50 | 132.50 |
| 02/24/2012 DKC | B400 | A103 | Draft email to outside counsel for LBB and ALS regarding testimony at trial and related issues. | 0.50 | 192.50 |
| | | | For Current Services Rendered | 285.70 | 85,291.50 |
| | | | Total Non-billable Hours | 15.00 | |

### Expenses

| | | | | |
|---|---|---|---|---|
| 02/01/2012 | B400 | E124 | Courier (First Legal Network, LLC)(Obtain certified copy of Ramsey judgment)(service date 1-11-12) | 193.21 |
| 02/13/2012 | B400 | E110 | Out-of-town travel Julia Harvey taxi LA Airport to courthouse | 55.00 |
| 02/13/2012 | B400 | E110 | Out-of-town travel Julia Harvey DIA parking | 21.00 |
| 02/21/2012 | B400 | E102 | Copies - trial exhibits (8 sets) Expert Doxument Solutions, Inc | 555.12 |
| 02/29/2012 | B400 | E101 | 3706 copies | 370.60 |
| | | | Total Expenses | 1,194.93 |

### Advances

| | | | | |
|---|---|---|---|---|
| 02/01/2012 | B400 | E107 | Delivery services/messengers First Legal Network, LLC service date 1-19-12 | 190.50 |
| 02/01/2012 | B400 | E107 | Delivery services/messengers First Legal Network, LLC Service date 1-19-12 | 450.50 |
| 02/01/2012 | B400 | E107 | Delivery services/messengers First Legal Network, LLC service date 1-24-12 | 71.75 |
| 02/01/2012 | B400 | E107 | Delivery services/messengers First Legal Network, LLC service date 1-25-12 | 27.00 |
| 02/01/2012 | B400 | E107 | Delivery services/messengers First Legal Network, LLC service date 1-25-12 | 63.00 |
| 02/01/2012 | B400 | E107 | Process services/messengers First Legal Network, LLC service 1-27-12 (witness Perez) | 334.90 |
| 02/01/2012 | B400 | E107 | Process services/messengers First Legal Network, LLC service date 1-27-12 (witness Magic Hand Dental) | 334.90 |
| 02/01/2012 | B400 | E107 | Process services/messengers First Legal Network, LLC service date 1-27-12 (witness N. Saldarriaga) | 170.64 |
| 02/01/2012 | B400 | E107 | Process services/messengers First Legal Network, LLC service date 1-27-12 (witness Saehan Bank) | 112.71 |
| 02/01/2012 | B400 | E107 | Process services/messengers First Legal Network, LLC service date 1-27-12 Antonio Rodriquez | 177.19 |
| 02/01/2012 | B400 | E107 | Delivery services/messengers First Legal Network, | |

Lehman Brothers Holdings, Inc
Account No.        5130.0022
RE:  PMC Bancorp

Statement Date: 03/12/2012
Statement No.        66498
Page No.        14

| | | | | |
|---|---|---|---|---:|
| | | | LLC service date 1-31-12 | 150.50 |
| 02/01/2012 | B400 | E112 | Public Records searches (3) paid to Lexis Nexis - LA (service date January 2012) | 369.92 |
| 02/01/2012 | B400 | E106 | Online research West | 494.87 |
| 02/03/2012 | B400 | E107 | Delivery services/messengers First Legal Network, LLC USDC Los Angeles | 20.50 |
| 02/08/2012 | B400 | E117 | Trial Supplies (numbered dividers for trial exhibit notebooks) | 158.88 |
| 02/09/2012 | B400 | E107 | Delivery services/messengers First Legal Network, LLC USDC Los Angeles | 139.25 |
| 02/21/2012 | B400 | E107 | USDC - Los Angeles First Legal Network, LLC | 20.50 |
| 02/29/2012 | B400 | E106 | Online research West | 269.47 |
| | | | Total Advances | 3,556.98 |
| | | | Total Current Work | 90,043.41 |

<u>Payments</u>

| | | |
|---|---|---:|
| 02/21/2012 | Thank you - Payment on account | -36,300.59 |
| 03/20/2012 | Thank you - Payment on account | -61,155.53 |
| | Total Payments | -97,456.12 |
| | Balance Due | $238,905.03 |

<u>Task Code Recapitulation</u>

| | | Fees | Expenses |
|---|---|---:|---:|
| B400 | Bankruptcy-Related Advice | 85291.50 | 4751.91 |
| B400 | Bankruptcy-Related Advice | 85,291.50 | 4,751.91 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810


Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66143 |
| Account No. | 5130.0025 |
| Page: | 1 |


RE: Padilla

*Payments received after 03/12/2012 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.*


| | | |
|---|---|---:|
| | Previous Balance | $260.97 |
| | <u>Payments</u> | |
| 02/21/2012 | Thank you - Payment on account | -54.99 |
| | Balance Due | <u>$205.98</u> |


*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66144 |
| Account No. | 5130.0028 |
| Page: | 1 |

RE:  United Pacific

**Payments received after 03/12/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

Previous Balance                                                                      $49.48

Balance Due                                                                            $49.48

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66145 |
| Account No. | 5130.0035 |
| Page: | 1 |

RE: Aaron Wade

*Payments received after 03/12/2012 are <u>not</u> included on this statement.*

<u>*PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.*</u>

| | |
|---|---|
| Previous Balance | $9.58 |
| Balance Due | $9.58 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

Statement Date:    March 12, 2012
Statement No.            66146
Account No.        5130.0044
Page:    1

RE: Valley Vista

*Payments received after 03/12/2012 are <u>not</u> included on this statement.*

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

Previous Balance                                                                    $232.18

Balance Due                                                                         $232.18

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66147 |
| Account No. | 5130.0045 |
| Page: | 1 |

RE: Shea Mortgage

*Payments received after 03/12/2012 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.*

| | | |
|---|---|---|
| | Previous Balance | $13,937.74 |
| | <u>Payments</u> | |
| 02/21/2012 | Thank you - Payment on account | -6,077.65 |
| | Balance Due | $7,860.09 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66148 |
| Account No. | 5130.0046 |
| Page: | 1 |

RE: Christopher E. Hobson, Inc.

*Payments received after 03/12/2012 are <u>not</u> included on this statement.*

<u>**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT**</u>.

| | | | | Hours | |
|---|---|---|---|---|---|
| Previous Balance | | | | | $3,525.00 |
| | | | **Fees** | | |
| 02/01/2012 | | | | | |
| TAY | B400 | A104 | Review and finalize Motion for Extension of Time to Serve Defendants (and proposed Order). Electronically file via ECF. | 0.20 | 24.00 |
| DKC | B400 | A104 | Review and revise motion for extension (regarding service) and arrange for filing. | 0.30 | 115.50 |
| 02/06/2012 | | | | | |
| JRP | B400 | A104 | Review/analyze Minute Order from court dismissing case without prejudice. | 0.10 | 26.50 |
| DKC | B400 | A104 | Review Court's order dismissing case and next steps for service. | 0.20 | 77.00 |
| | | | For Current Services Rendered | 0.80 | 243.00 |
| | | | **Advances** | | |
| 02/01/2012 | B400 | E107 | Delivery services/messengers First Legal Network, LLC  USDC Santa Ana | | 25.00 |
| | | | Total Advances | | 25.00 |
| | | | Total Current Work | | 268.00 |
| | | | **Payments** | | |
| 02/21/2012 | | | Thank you - Payment on account | | -531.41 |
| | | | Balance Due | | $3,261.59 |

Lehman Brothers Holdings, Inc.
Account No.         5130.0046
RE:  Christopher E. Hobson, Inc.

Statement Date: 03/12/2012
Statement No.        66148
Page No.                 2

## Task Code Recapitulation

|       |                           | Fees   | Expenses |
|-------|---------------------------|--------|----------|
| B400  | Bankruptcy-Related Advice | 243.00 | 25.00    |
| B400  | Bankruptcy-Related Advice | 243.00 | 25.00    |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66149 |
| Account No. | 5130.0047 |
| Page: | 1 |

RE: US Bank

***Payments received after 03/12/2012 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.***

| | | |
|---|---|---|
| | Previous Balance | $58,192.54 |
| | <u>Payments</u> | |
| 02/21/2012 | Thank you - Payment on account | -15,615.12 |
| | Balance Due | <u>$42,577.42</u> |

***Payments received after statement date will be applied to the next month's statement.***

***Please reference statement number(s) on your payment***

***<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>***

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66150 |
| Account No. | 5130.0048 |
| | Page:  1 |

RE: Non-Correspondent Cases

**Payments received after 03/12/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

| | | | | | |
|---|---|---|---|---|---|
| | | Previous Balance | | | $58,036.46 |
| | | <u>Fees</u> | | | |
| | | | | Hours | |
| 02/01/2012 | | | | | |
| JRP | B400 | A102 | Research regarding statute of limitations in New Hampshire, Washington, Montana, Utah, Rhode Island and New Mexico (3.4). | 3.40 | 510.00 |
| 02/02/2012 | | | | | |
| JRP | B400 | A104 | Review/analyze updated business to business matters based on updated statute of limitations research and create chart reflecting same (.8). Draft/revise Complaint against George Howell (Georgia appraiser) (1.2). | 2.00 | 300.00 |
| 02/03/2012 | | | | | |
| JRP | B400 | A103 | Draft/revise Complaint against C. George Howell including research regarding negligence per se claim for Georgia real estate appraisers (1.7). Draft/revise broker demand letters for Amerihome Loan Corp. and Capital Mortgage Services (1.9). | 3.60 | 540.00 |
| SAF | B400 | A104 | Research Georgia statutes on claims against appraisers (.3). Communicate (in firm) with JRP regarding same. (.3).  Communicate (in firm) with SLC regarding supplemental information for conflict check (.1). | 0.70 | 105.00 |
| SLC | B400 | A110 | Finalize and send out demand letters to Capital Mortgage Services and Amerihome Loan Corporation. | 0.30 | 15.00 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0048
RE: Non-Correspondent Cases

Statement Date: 03/12/2012
Statement No.        66150
Page No.        2

| | | | | Hours | |
|---|---|---|---|---|---|
| 02/07/2012 | | | | | |
| JRP | B400 | A101 | Plan and Prepare for responses to attorneys and insurance adjusters on business to business appraiser matters (.5). Draft/revise letter to attorney for appraiser Susan Oldfield (1.0). | 1.50 | 225.00 |
| SAF | B400 | A103 | Draft/revise letter from JRP to appraisers on business-to-business matters. | 0.40 | 60.00 |
| 02/08/2012 | | | | | |
| JRP | B400 | A103 | Draft/revise letter to opposing counsel (.4). Review/analyze origination appraisal and field review (.5). | 0.90 | 135.00 |
| 02/09/2012 | | | | | |
| JRP | B400 | A103 | Draft/revise letter to opposing counsel (.9). Research regarding standard for assessment of attorney fees in Georgia (.8). Research regarding necessity of a certificate of review (or similar) requirement in Georgia (1.0). | 2.70 | 405.00 |
| SAF | B400 | A105 | Communicate (in firm) with JRP regarding response to letter from Georgia attorney (.2). Communicate (in firm) with JRP regarding need for expert in Georgia cases (.2). | 0.40 | 60.00 |
| 02/15/2012 | | | | | |
| JRP | B400 | A101 | Plan and prepare for meeting with client to discuss status of appraiser lawsuits, upcoming lawsuits and business to business negotiations (1.5). | 1.50 | 225.00 |
| SAF | B400 | A104 | Plan/prepare for business-to-business communications by analyzing and reviewing responses to various demand letters and organizing same. | 2.80 | 420.00 |
| 02/16/2012 | | | | | |
| JRP | B400 | A106 | Prepare for and plan for monthly meeting with client (.4). Communicate (with client) regarding status of all broker and appraiser lawsuits, upcoming lawsuits and business to business matters (1.2). | 1.60 | 240.00 |
| SAF | B400 | A101 | Plan/prepare for client meeting by reviewing/analyzing last email from client regarding last demand letters (1.8), and upcoming claim deadlines (.7) and most recent emails from local counsel on pending cases (.8). Communicate with client and JRP for monthly status conference (1.2). | 4.50 | 675.00 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0048
RE: Non-Correspondent Cases

Statement Date: 03/12/2012
Statement No.      66150
Page No.      3

| | | | | Hours | |
|---|---|---|---|---|---|
| **02/17/2012** | | | | | |
| JRP | B400 | A103 | Draft/revise demand letters to L.A.P. Holdings, Inc. (.9). Research corporate existence of Advance Mtg & Investments Co of N.FI. (.2). | 1.10 | 165.00 |
| SAF | B400 | A110 | Communicate (in firm) with JRP regarding broker demand letters (.2).   Manage data/files including analyzing and sorting notes and files into active, demands needed, and pending cases, and determining documents to discard (5.4). | 5.60 | 840.00 |
| **02/19/2012** | | | | | |
| SAF | B400 | A101 | Review/analyze Georgia brief on statute of limitations (.2).  Review/analyze notes and emails from past client meetings to evaluate outstanding issues and begin to do same with old emails (4). | 4.20 | 630.00 |
| **02/20/2012** | | | | | |
| JRP | B400 | A108 | Draft/revise demand letters for brokers with statutes of limitations expiring by March 31, 2012 (2.5). Communicate (in firm) with SAF regarding general status of broker and appraiser cases including status of lawsuits, status of broker demand letters and overall approach (1.0). Communicate (with client) via email regarding status of demand letters sent, and answering other questions as to status and recourse against several brokers (.4). | 3.90 | 585.00 |
| SAF | B400 | A104 | Communicate (in firm) with JRP regarding status of appraiser claims  and strategy for broker claims and next demand letters (1). Communicate in firm with JRP regarding her email to client (.1).  Review/analyze spreadsheets on upcoming claims based on limitations periods to evaluate urgency and strength (5.3). | 6.40 | 960.00 |
| **02/21/2012** | | | | | |
| JRP | B400 | A103 | Draft/revise comprehensive status chart of appraiser claims removing claims and updating with new information per communications with client (1.1). Review/analyze Maria Alvarez matter in preparation for filing complaint (1.0). | 2.10 | 315.00 |
| TAY | B400 | A104 | Review and finalize demand letters (Advance Mortgage, Interstate Mortgage, Bridgeview Mortgage) and forward via facsimile and regular mail. | 0.40 | 20.00 |

Lehman Brothers Holdings, Inc.                              Statement Date: 03/12/2012
Account No.        5130.0048                                      Statement No.        66150
RE: Non-Correspondent Cases                                        Page No.              4

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| CGS | B400 | A102 | Conference with SAF regarding breach/limitations period issues for broker claims. | 0.40 | 60.00 |
| SAF | B400 | A102 | Research on Georgia law on: statutes of limitations (2.5), accrual of claim date (1), standard of care (1.4), foreseeable users (.9). Communicate in firm with JRP regarding accrual issues on broker claims (.4). Communicate in firm with CGS regarding same (.3). Research on Ohio and Maryland law regarding claims against appraisers (1.4). | 7.90 | 1,185.00 |

02/24/2012

| SAF | B400 | A104 | Communicate (external) with opposing party via receipt of response to demand letter on behalf of Bill O'Donnell.  Research information on responding entity (CPA firm named SDC) (.4). Review/analyze spreadsheet of broker claims from client with regard to high priority claims and evaluating dropped claims (3.4). Review/analyze emails from client regarding borrower interviews and skip trace information of certain borrowers (.8). | 4.60 | 690.00 |

02/25/2012

| SAF | B400 | A110 | Manage data/files by reviewing and analyzing old notes (2.7) and old emails and spreadsheets (2.2). | 4.90 | 735.00 |

02/26/2012

| SAF | B400 | A104 | Review/analyze court opinion sent from client regarding federal preemption of state appraisal laws (.3). Review/analyze information on borrower interviews and compare to upcoming claims spreadsheet (2.5). Manage data/files by organizing old demand charts (1). | 3.80 | 570.00 |

02/28/2012

| JRP | B400 | A106 | Communicate (with client) regarding Complaint for lawsuit against Maria Alvarez (.4). Review/analyze four appraiser claims for appraiser Stuart Fearer in preparation to file suit (1.5). | 2.90 | 435.00 |
| SAF | B400 | A105 | Communicate (in firm) with JRP concerning status of appraiser cases and defendants in upcoming Florida appraiser case against Fearer (.3).  Read/analyze multiple pages of information from his website (.5). Communicate with Erin Boatman with Advance Mortgage regarding demand (.3).  Review/analyze spreadsheet on |  |  |

Lehman Brothers Holdings, Inc.
Account No.        5130.0048
RE:  Non-Correspondent Cases

Statement Date: 03/12/2012
Statement No.        66150
Page No.        5

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | claims against Advance and obtain information to provide to Boatman (1.2).  Review/analyze file and communicate in firm with TAY and JRP regarding status of last batch of broker demand letters (.4).  Communicate (with client) regarding records on Advance (.2). | 2.90 | 435.00 |
| 02/29/2012 | | | | | |
| JRP | B400 | A103 | Draft/revise Complaint for lawsuit against Stuart Fearer (.6). Research regarding fraudulent misrepresentation claim under Florida law (.5). Review/analyze claims against appraiser, Maria Alvarez (1.4). Draft/revise Complaint for lawsuit against Maria Alvarez and Cesar Pineda (.9). | 3.40 | 510.00 |
| SAF | B400 | A104 | Communicate (in firm) with JRP regarding upcoming appraiser claims and Fearer complaint (.3). Research proper district in Florida in which to file case (.4).  Research Florida regulations and statutes on appraisers for various times based on varying appraisal dates by opponent Fearer (1.8). Draft/revise Complaint against Fearer (.8).  Communicate (with client) regarding Advance Mortgage documents (.2). Review/analyze spreadsheet for upcoming broker claims based on statute of limitations to evaluate claim strength (.8). | 4.30 | 645.00 |
| | | | For Current Services Rendered | 85.10 | 12,695.00 |

### Expenses

| 01/02/2012 | B400 | E105 | Telephone Conferencing Service Ready Talk | 13.03 |
|---|---|---|---|---|
| 02/29/2012 | B400 | E101 | 267 copies | 26.70 |
| | | | Total Expenses | 39.73 |

### Advances

| 02/01/2012 | B400 | E106 | Online research West | 20.93 |
|---|---|---|---|---|
| | | | Total Advances | 20.93 |
| | | | Total Current Work | 12,755.66 |

### Payments

| 02/21/2012 | | Thank you - Payment on account | -23,612.00 |
|---|---|---|---|
| | | Balance Due | $47,180.12 |

Lehman Brothers Holdings, Inc.                                Statement Date: 03/12/2012
Account No.         5130.0048                                 Statement No.        66150
RE:  Non-Correspondent Cases                                 Page No.                  6

## Task Code Recapitulation

|       |                            | Fees      | Expenses |
|-------|----------------------------|-----------|----------|
| B400  | Bankruptcy-Related Advice  | 12695.00  | 60.66    |
| B400  | Bankruptcy-Related Advice  | 12,695.00 | 60.66    |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66717 |
| Account No. | 5130.0049 |
| | Page:  1 |

RE: Freedom II

**Payments received after 03/12/2012 are <u>not</u> included on this statement.**

<u>**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**</u>

| | | | | | |
|---|---|---|---|---|---|
| Previous Balance | | | | | $2,772.16 |

### Fees

| | | | | Hours | |
|---|---|---|---|---|---|
| 02/01/2012 | | | | | |
| CPC | B400 | A104 | Review/analyze upcoming case management dates. | 0.10 | 26.50 |
| 02/07/2012 | | | | | |
| DKC | B400 | A104 | Review upcoming deadlines (.1). Prepare for discussions with opposing counsel regarding claims, defenses, and procedural issues (.6). Emails to opposing counsel and in firm regarding same (.1). | 0.80 | 308.00 |
| 02/10/2012 | | | | | |
| DKC | B400 | A104 | Review file in preparation for discovery planning and Case Management Order drafting, and outline same. | 0.80 | 308.00 |
| 02/13/2012 | | | | | |
| LGK | B400 | A103 | Review complaint and answer (.2); draft motion to modify case management order (.5); draft stipulated modified case management order (.3). | 1.00 | 300.00 |
| 02/14/2012 | | | | | |
| LGK | B400 | A103 | Draft/revise motion for protective order (.8); conference with D. Calisher regarding motion and protective order (.1). | 0.90 | 270.00 |
| 02/15/2012 | | | | | |
| DM | B400 | A111 | Revise and e-file Motion to Modify Case Management Order and proposed Case Management Order. | 0.20 | 24.00 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0049
RE:  Freedom II

Statement Date: 03/12/2012
Statement No.      66717
Page No.          2

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| DKC | B400 | A104 | Review Court;s entry of Case Management Order and draft of stipulated protective order (.2). Review emails with opposing counsel regarding same (.1). | 0.30 | 115.50 |
|  |  |  | For Current Services Rendered | 4.10 | 1,352.00 |

### Expenses

| 02/01/2012 | B400 | E124 | Case Units and Dockets paid to Law ToolBox service date 1-30-12 | 69.00 |
|---|---|---|---|---|
|  |  |  | Total Expenses | 69.00 |

### Advances

| 02/29/2012 | B400 | E112 | Court fees Lexis Nexis | 13.92 |
|---|---|---|---|---|
|  |  |  | Total Advances | 13.92 |
|  |  |  | Total Current Work | 1,434.92 |

### Payments

| 02/21/2012 |  | Thank you - Payment on account | -1,315.38 |
|---|---|---|---|
| 03/20/2012 |  | Thank you - Payment on account | -186.80 |
|  |  | Total Payments | -1,502.18 |
|  |  | Balance Due | $2,704.90 |

### Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 1352.00 | 82.92 |
| B400 | Bankruptcy-Related Advice | 1,352.00 | 82.92 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP
### Pg 251 of 327

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66152 |
| Account No. | 5130.0050 |
| | Page:  1 |

RE: Mortgage Capital Associates, LLC (MCA)

*Payments received after 03/12/2012 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>*

| | | | | | |
|---|---|---|---|---|---|
| Previous Balance | | | | | $2,309.50 |

<u>Fees</u>

| | | | | Hours | |
|---|---|---|---|---|---|
| 02/22/2012 | | | | | |
| CPC | B400 | A106 | Communicate (with client) regarding status. | 0.10 | 26.50 |
| | | | For Current Services Rendered | 0.10 | 26.50 |
| | | | Total Current Work | | 26.50 |

<u>Payments</u>

| | | |
|---|---|---|
| 02/21/2012 | Thank you - Payment on account | -1,100.40 |

| | |
|---|---|
| Balance Due | $1,235.60 |

<u>Task Code Recapitulation</u>

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 26.50 | 0.00 |
| B400 | Bankruptcy-Related Advice | 26.50 | 0.00 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66153 |
| Account No. | 5130.0051 |
| Page: | 1 |

RE: Patterson (Appraiser)

**Payments received after 03/12/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

| | | |
|---|---|---|
| Previous Balance | | $4,655.00 |

### Fees

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| 02/01/2012 | | | | | | |
| | JRP | B400 | A104 | Review/analyze Order granting Motion to Hold Deadlines in Abeyance (.1). Review/analyze Patterson's Financial Affidavit (.2). | 0.30 | 37.50 |
| | SAF | B400 | A104 | Review/analyze Patterson Financial Affidavit (.1). Review/analyze Order regarding delay of deadlines (.1). | 0.20 | 25.00 |
| 02/04/2012 | | | | | | |
| | SAF | B400 | A108 | Communicate (external) with opposing pro-se party, Patterson in response to email from him. (.3).  Review/analyze Patterson Financial Affidavit (.2). | 0.50 | 62.50 |
| 02/06/2012 | | | | | | |
| | TAY | B400 | A104 | Review USDC (Northern Georgia) local rules and Prepare working binder of same for JRP. Communicate (in firm with JRP) regarding same. | 0.30 | 15.00 |
| | SAF | B400 | A107 | Communicate (external) with local counsel Terpening and his assistant regarding filing of Complaint (.3). | 0.30 | 37.50 |
| 02/07/2012 | | | | | | |
| | JRP | B400 | A104 | Review/analyze Sworn Financial Affidavit (.1). Communicate (in firm) with SAF regarding next steps (.2). Research regarding Motion for Judgment on Pleadings and standard for same (1.5). | 1.80 | 225.00 |

Lehman Brothers Holdings, Inc.
Account No.    5130.0051
RE: Patterson (Appraiser)

Statement Date: 03/12/2012
Statement No.    66153
Page No.    2

| | | | | Hours | |
|---|---|---|---|---|---|
| SAF | B400 | A104 | Review/analyze Westlaw asset search records on Patterson and compare to information provided in Financial Affidavit. | 2.00 | 250.00 |

**02/12/2012**

| | | | | | |
|---|---|---|---|---|---|
| SAF | B400 | A108 | Communicate (external) with pro-se Patterson regarding appraisal and deadlines in response to his email (.5).  Draft/revise status report (N/C). | 0.50 | 62.50 |

**02/13/2012**

| | | | | | |
|---|---|---|---|---|---|
| SAF | B400 | A108 | Communicate external with opposing pro se party Patterson regarding settlement and communicate with client regarding same. | 0.30 | 37.50 |

**02/15/2012**

| | | | | | |
|---|---|---|---|---|---|
| JRP | B400 | A104 | Review/analyze status of case (.2). Draft email to defendant Michael Gambaccini regarding case status and request for settlement offer (.3). | 0.50 | 62.50 |

**02/20/2012**

| | | | | | |
|---|---|---|---|---|---|
| JRP | B400 | A108 | Communicate (other external) with pro se opposing parties regarding settlement offers (.5). | 0.50 | 62.50 |
| SAF | B400 | A108 | Review/analyze second Financial Affidavit from Patterson (.2). Communicate (in firm) with JRP regarding same (.1).  Communicate external with opposing pro-se Patterson regarding status (.2). | 0.50 | 62.50 |

**02/22/2012**

| | | | | | |
|---|---|---|---|---|---|
| SAF | B400 | A103 | Communicate (external) with both pro-se opposing parties (.3).  Review/Analyze local rules to determine requirements for motions practice (.6).  Draft/revise Motion for Judgment on the Pleadings (3.3). | 4.20 | 525.00 |

**02/23/2012**

| | | | | | |
|---|---|---|---|---|---|
| SAF | B400 | A108 | Communicate (external) with opposing parties regarding status and settlement via email (.5). Review/analyze new financial affidavit from Patterson (.3). Communicate with client regarding status of how to proceed against defendants (.3). | 1.10 | 137.50 |

**02/27/2012**

| | | | | | |
|---|---|---|---|---|---|
| JRP | B400 | A105 | Communicate (in firm) with SAF regarding settlement offers from defendant and telephone call to Gambaccini regarding settlement offer (.2). | 0.20 | 25.00 |
| SAF | B400 | A108 | Communicate (external) with opposing pro se party regarding settlement via receipt of email, call to him, and email to him. | 0.50 | 62.50 |

Lehman Brothers Holdings, Inc.                          Statement Date: 03/12/2012
Account No.        5130.0051                                 Statement No.    66153
RE:  Patterson (Appraiser)                                        Page No.          3

| | | | | Hours | |
|---|---|---|---|---|---|
| 02/28/2012 | | | | | |
| | SAF | B400 | A108 | Communicate (external) with pro se Gambaccini regarding settlement via emails. | 0.20 | 25.00 |
| | | | | For Current Services Rendered | 13.90 | 1,715.00 |

### Advances

| | | | | | |
|---|---|---|---|---|---|
| 02/01/2012 | | B400 | E106 | Online research West | 41.80 |
| | | | | Total Advances | 41.80 |
| | | | | Total Current Work | 1,756.80 |

### Payments

| | | |
|---|---|---|
| 02/21/2012 | Thank you - Payment on account | -2,969.20 |
| | **Courtesy Credit** | -500.00 |
| | Balance Due | $2,942.60 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 1715.00 | 41.80 |
| B400 | Bankruptcy-Related Advice | 1,715.00 | 41.80 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66154 |
| Account No. | 5130.0052 |
| | Page:  1 |

RE: Summers (Appraiser)

***Payments received after 03/12/2012 are <u>not</u> included on this statement.***

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| Previous Balance | | | | | | $1,442.50 |
| | | | _Fees_ | | | |
| 02/06/2012 | | | | | | |
| TAY | B400 | A104 | Review Mecklenburg Superior Court local rules and Prepare working binder of same for JRP. Communicate (in firm with JRP) regarding same. | | 0.30 | 15.00 |
| 02/07/2012 | | | | | | |
| SAF | B400 | A108 | Draft revise letter to Alexander regarding waiver of service of Compliant (.5). Communicate (external) with local counsel assistant Tate regarding obtaining copy of Complaint (.2). Draft/revise waiver (.4). | | 1.10 | 137.50 |
| 02/12/2012 | | | | | | |
| SAF | B400 | A104 | Review/analyze emails from outside counsel (Terping) and JRP to determine status (.3). Draft status report (N/C). | | 0.30 | 37.50 |
| | | | For Current Services Rendered | | 1.70 | 190.00 |
| | | | Total Current Work | | | 190.00 |
| | | | _Payments_ | | | |
| 02/21/2012 | | | Thank you - Payment on account - credit was given on Jan statement for wrong hourly rate | | | -2,193.60 |
| | | | Credit Balance | | | -$561.10 |

Lehman Brothers Holdings, Inc.                          Statement Date: 03/12/2012
Account No.      5130.0052                                     Statement No.        66154
RE: Summers (Appraiser)                                          Page No.              2

### Task Code Recapitulation

|        |                           | Fees   | Expenses |
|--------|---------------------------|--------|----------|
| B400   | Bankruptcy-Related Advice | 190.00 | 0.00     |
| B400   | Bankruptcy-Related Advice | 190.00 | 0.00     |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66155 |
| Account No. | 5130.0053 |
| | Page: 1 |

RE: BK (billing)

*Payments received after 03/12/2012 are <u>not</u> included on this statement.*

<u>*PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT*</u>.

### Fees

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| 02/20/2012 | TAY | B400 | A103 | Review billing/timekeeper/matter reports and draft/revise summary, spreadsheets and letters for January billing. | 3.80 | 456.00 |
| 02/27/2012 | TAY | B400 | A104 | Review and finalize January billing information and prepare same for overnight mailing (5). | 1.80 | 216.00 |
| | | | | For Current Services Rendered | 5.60 | 672.00 |

### Advances

| | | | | | |
|---|---|---|---|---|---|
| 01/27/2012 | B400 | E107 | Delivery services/messengers Federal Express | | n/c |
| 01/27/2012 | B400 | E107 | Delivery services/messengers Federal Express | | n/c |
| 01/27/2012 | B400 | E107 | Delivery services/messengers Federal Express | | n/c |
| 01/27/2012 | B400 | E107 | Delivery services/messengers Federal Express | | n/c |
| 01/27/2012 | B400 | E107 | Delivery services/messengers Federal Express | | n/c |

| | |
|---|---|
| Total Current Work | 672.00 |
| **Courtesy Credit** | -672.00 |
| Balance Due | $0.00 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 672.00 | 0.00 |
| B400 | Bankruptcy-Related Advice | 672.00 | 0.00 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0053
RE:  BK (billing)

Statement Date: 03/12/2012
Statement No.      66155
Page No.      2

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66156 |
| Account No. | 5130.0054 |
| Page: | 1 |

RE: Avery (Appraiser)

***Payments received after 03/12/2012 are <u>not</u> included on this statement.***

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| Previous Balance | | | | | | $587.50 |

### Fees

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| 02/01/2012 | | | | | | |
| | JRP | B400 | A104 | Communicate (other counsel) with local counsel and client via email concerning service of defendant Barbara Avery. | 0.20 | 25.00 |
| | SAF | B400 | A105 | Communicate (external) with local counsel Garcia regarding location of Avery in nursing home (.1).  Communicate in firm with DKC and JRP regarding same (.1). | 0.20 | 25.00 |
| 02/02/2012 | | | | | | |
| | JRP | B400 | A103 | Draft/revise Notice of Dismissal Without Prejudice for DKC's review (.5). Conference with SAF regarding same (.2). | 0.70 | 87.50 |
| | SAF | B400 | A104 | Review/analyze information of Avery's financial status (.2). Communicate (in firm) with JRP regarding same (.2). | 0.40 | 50.00 |
| 02/03/2012 | | | | | | |
| | JRP | B400 | A104 | Review/analyze letter from defendant Raif and email correspondence from local counsel regarding amending complaint (.2). | 0.20 | 25.00 |
| 02/06/2012 | | | | | | |
| | TAY | B400 | A104 | Review USDC (Middle District of Florida) local rules and Prepare working binder of same for JRP. Communicate (in firm with JRP) regarding same. | 0.30 | 15.00 |

Lehman Brothers Holdings, Inc.                                    Statement Date: 03/12/2012
Account No.        5130.0054                                          Statement No.     66156
RE:  Avery (Appraiser)                                                      Page No.          2

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| **02/07/2012** | | | | | |
| JRP | B400 | A105 | Communicate (in firm) with DKC regarding filing an amended complaint (.2). Draft First Amended Complaint and Motion to Permit the Filing of First Amended Complaint (.9). | 1.10 | 137.50 |
| SAF | B400 | A105 | Communicate in firm with JRP regarding Raif's response to Complaint and amending to remove Avery. | 0.20 | 25.00 |
| **02/08/2012** | | | | | |
| JRP | B400 | A107 | Communicate (other outside counsel) via email with local counsel sending her first amended complaint and motion to permit filing of first amended complaint. | 0.10 | 12.50 |
| DKC | B400 | A104 | Review and revise first amended complaint and motion regarding same. | 0.30 | 37.50 |
| **02/12/2012** | | | | | |
| SAF | B400 | A104 | Review/analyze all emails from local counsel regarding deadline to amend compliant to remove Avery, service and response from Raif (.3). Review/analyze Raif's letter-response to Compliant (.1).  Review/analyze Order for Track Two Setting setting forth various deadlines (.3). Draft/revise status report (N/C). | 0.70 | 87.50 |
| **02/16/2012** | | | | | |
| JRP | B400 | A104 | Review/analyze email correspondence from local counsel regarding case status, letter from opposing party filed with court (.4). Communicate (with client) regarding same (.1). | 0.50 | 62.50 |
| **02/28/2012** | | | | | |
| JRP | B400 | A104 | Review/analyze letter from opposing party and communicate (other external) with opposing party Raif regarding possibility of early settlement (.3). | 0.30 | 37.50 |
|  |  |  | For Current Services Rendered | 5.20 | 627.50 |

Advances

|  |  |  |  |  |
|---|---|---|---|---|
| 02/01/2012 | B400 | E106 | Online research West | 14.46 |
|  |  |  | Total Advances | 14.46 |
|  |  |  | Total Current Work | 641.96 |
|  |  |  | **Courtesy Credit** | -300.00 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0054
RE:  Avery (Appraiser)

Statement Date: 03/12/2012
Statement No.        66156
Page No.        3

Balance Due                                                                    $929.46

### Task Code Recapitulation

|       |                            | Fees   | Expenses |
|-------|----------------------------|--------|----------|
| B400  | Bankruptcy-Related Advice  | 627.50 | 14.46    |
| B400  | Bankruptcy-Related Advice  | 627.50 | 14.46    |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66157 |
| Account No. | 5130.0055 |
| Page: | 1 |

RE: Amerihome Loan Corporation

***Payments received after 03/12/2012 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.***

|  |  |
|---|---|
| Previous Balance | $612.50 |

<u>Fees</u>

|  |  | Hours |  |
|---|---|---|---|
| **02/12/2012** | | | |
| SAF  B400  A104 | Review/analyze all emails from local counsel regarding judges and trial settings and preliminary case matters (.5). Review/analyze initial District Court Order and Magistrate Order setting forth various deadlines (.4). Draft/revise status report (N/C). | 0.90 | 112.50 |
| **02/22/2012** | | | |
| SAF  B400  A104 | Communicate external with opposing party via receipt and analysis of response to demand letter (.2). Research author of same (.2). Review/analyze spreadsheet and demand regarding strength and nature of claims (.9). | 1.30 | 162.50 |
| | For Current Services Rendered | 2.20 | 275.00 |
| | Total Current Work | | 275.00 |
| | Balance Due | | $887.50 |

Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 275.00 | 0.00 |
| B400 | Bankruptcy-Related Advice | 275.00 | 0.00 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0055
RE:  Amerihome Loan Corporation

Statement Date: 03/12/2012
Statement No.        66157
Page No.            2

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

Statement Date:    March 12, 2012
Statement No.    66158
Account No.    5130.0056
Page:  1

RE: Capital Mortgage Services, Inc.

**Payments received after 03/12/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | | | Hours | |
|---|---|---|---|---|---|
| Previous Balance | | | | | $337.50 |
| | | | Fees | | |
| 02/12/2012 SAF | B400 | A103 | Draft/revise status report (N/C). | 0.50 | n/c |
| | | | Total Non-billable Hours | 0.50 | |
| | | | Balance Due | | $337.50 |

.

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE
NOTIFY dstriker@fostergraham.com</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO  80293*

*(303)333-9810*

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66159 |
| Account No. | 5130.0057 |
| Page: | 1 |

RE: Meridian Residential Capital LLC

*Payments received after 03/12/2012 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>*

| | | | | | |
|---|---|---|---|---|---|
| | | | Previous Balance | | $1,150.00 |
| | | | **Fees** | | |
| | | | | Hours | |
| 02/12/2012 SAF | B400 | A103 | Draft/review status report (N/C). | 0.40 | n/c |
| | | | Total Non-billable Hours | 0.40 | |
| | | | **Advances** | | |
| 02/01/2012 | B400 | E106 | Online research West | | 2.50 |
| | | | Total Advances | | 2.50 |
| | | | Total Current Work | | 2.50 |
| | | | Balance Due | | $1,152.50 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | 0.00 | 2.50 |
| B400 | Bankruptcy-Related Advice | 0.00 | 2.50 |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*621 Seventeenth St., 19th Fl.*
*Denver, CO 80293*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | March 12, 2012 |
| Statement No. | 66160 |
| Account No. | 5130.0059 |
| Page: | 1 |

RE: George Howell

**Payments received after 03/12/2012 are _not_ included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

Previous Balance                                                                                            $325.00

### Fees

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 02/03/2012 | | | | | | |
| | SAF | B400 | A103 | Communicate (in firm) with JRP regarding nature of loss (.2) Draft/revise Complaint to account for same (.3). | 0.50 | 62.50 |
| 02/06/2012 | | | | | | |
| | JRP | B400 | A107 | Communicate (other outside counsel) with local counsel and paralegal regarding filing of complaint (.1). Communicate (with client) regarding status of filing suit (.1). | 0.20 | 25.00 |
| 02/14/2012 | | | | | | |
| | SAF | B400 | A107 | Communicate external with local counsel assistant Sarah Tate regarding status of service. | 0.20 | 25.00 |
| 02/15/2012 | | | | | | |
| | SAF | B400 | A107 | Communicate external with local counsel assistant Sarah Tate regarding attempt to serve defendants. | 0.20 | 25.00 |
| 02/22/2012 | | | | | | |
| | JRP | B400 | A104 | Review/analyze Affidavit of Non-Service (.2). | 0.20 | 25.00 |
| | | | | For Current Services Rendered | 1.30 | 162.50 |
| | | | | Total Current Work | | 162.50 |
| | | | | Balance Due | | $487.50 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0059
RE:  George Howell

Statement Date: 03/12/2012
Statement No.        66160
Page No.              2

## Task Code Recapitulation

|       |                           | Fees   | Expenses |
|-------|---------------------------|--------|----------|
| B400  | Bankruptcy-Related Advice | 162.50 | 0.00     |
| B400  | Bankruptcy-Related Advice | 162.50 | 0.00     |

*Payments received after statement date will be applied to the next month's statement.*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY dstriker@fostergraham.com**

# EXHIBIT H

Detail of Time and Expense

(March 1, 2012 through March 6, 2012)

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67146 |
| Account No. | 5130.0001 |
| Page: | 1 |

RE: PMAC Lending Services, INC

**Payments received after 04/16/2012 are <u>not</u> included on this statement.**

<u>**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**</u>

Previous Balance                                                            $191.48

<u>Fees</u>

                                                                              Hours

03/07/2012
    JRP      B400      A104

**Payments received after statement date will be applied to the next month's st**

**Please reference statement number(s) on your payment**

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**</u>
<u>**dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67147 |
| Account No. | 5130.0005 |
| Page: | 1 |

RE: EquiPoint Financial Network, Inc

**Payments received after 04/16/2012 are _not_ included on this statement.**

**_PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT._**

Previous Balance                                                                      $44.28

Balance Due                                                                            $44.28

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67148 |
| Account No. | 5130.0007 |
| Page: | 1 |

RE: Metrostate

**Payments received after 04/16/2012 are <u>not</u> included on this statement.**

<u>***PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT***</u>.

Previous Balance                                                           $490.18

Balance Due                                                                 $490.18

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**</u>
<u>**dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67149 |
| Account No. | 5130.0012 |
| Page: | 1 |

RE:  Nationwide Equities

**Payments received after 04/16/2012 are _not_ included on this statement.**

**_PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT._**

Previous Balance                                            $2,063.68

Balance Due                                                  $2,063.68

**Payments received after statement date will be applied to the next month's st**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67150 |
| Account No. | 5130.0018 |
| Page: | 1 |

RE: Freedom Mortgage

**Payments received after 04/16/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---|
| Previous Balance | $198.28 |
| Balance Due | $198.28 |

**Payments received after statement date will be applied to the next month's st**

**Please reference statement number(s) on your payment**

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67151 |
| Account No. | 5130.0022 |
| | Page:  1 |

RE: PMC Bancorp

***Payments received after 04/16/2012 are <u>not</u> included on this statement.***

***<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>***

Previous Balance                                                         $238,905.03

<u>Fees</u>

Hours

| Date | | | | | |
|---|---|---|---|---|---|
| 03/20/2012 | | | | | |
| CPC | B400 | A106 | ████████ | ██ | ██ |
| DKC | B400 | A111 | ████████ | ██ | ██ |
| TAY | B400 | A108 | ████████ | ██ | ██ |
| | | | | ██ | ██ |

<u>Expenses</u>

| 03/01/2012 | B400 | E110 | Out-of-town travel Chris Carrington trip to airport 2/13/12 | 34.97 |
|---|---|---|---|---|
| 03/01/2012 | B400 | E110 | Flight (pre-trial conference/motions hearing) date 2/3/12 | 213.60 |
| 03/01/2012 | B400 | E110 | Flight (trial)(CPC) date 2/21/12 | 198.80 |
| 03/01/2012 | B400 | E110 | Flight (pre-trial conference/motions hearing) date 2/3/12 | 213.60 |
| 03/01/2012 | B400 | E110 | Flight (trial)(JRP) date 2/21/12 | 198.80 |
| 03/01/2012 | B400 | E110 | Flight (trial)(DKC) date 2/21/12 | 198.80 |
| 03/01/2012 | B400 | E110 | Flight (pre-trial conference/motions hearing) date 2/3/12 | 232.60 |
| 03/01/2012 | B400 | E110 | Hotel (pre-trial conference/motions hearing) date 2/15/12 | 334.03 |
| 03/01/2012 | B400 | E110 | Parking (pre-trial conference/motions hearing) date 2/15/12 | 33.00 |

Lehman Brothers Holdings, Inc
Account No.      5130.0022
RE: PMC Bancorp

Statement Date: 04/16/2012
Statement No.      67151
Page No.      2

| 03/01/2012 | B400 | E110 | Taxi (courthouse to airport) date 2/15/12 | 50.50 |
| 03/01/2012 | B400 | E110 | Taxi (airport to hotel) date 2/15/12 | 54.15 |
| | | | Total Expenses | 1,762.85 |

## Advances

| 03/01/2012 | B400 | E107 | Delivery services/messengers Federal Express date 2/22/12 | 19.67 |
| 03/01/2012 | B400 | E107 | Delivery services/messengers Denver Boulder Couriers date 2/9/12 | 26.56 |
| 03/22/2012 | B400 | E117 | | |

*after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67152 |
| Account No. | 5130.0025 |
| | Page:   1 |

RE: Padilla

*Payments received after 04/16/2012 are <u>not</u> included on this statement.*

***PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.***

| | | |
|---|---|---|
| | Previous Balance | $205.98 |
| | *Payments* | |
| 03/20/2012 | Thank you - Payment on account | -26.00 |
| | Balance Due | $179.98 |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

| | |
|---|---:|
| Statement Date: | April 16, 2012 |
| Statement No. | 67153 |
| Account No. | 5130.0028 |
| Page: | 1 |

RE: United Pacific

*Payments received after 04/16/2012 are <u>not</u> included on this statement.*

<u>*PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.*</u>

| | |
|---|---:|
| Previous Balance | $49.48 |
| | |
| Balance Due | <u>$49.48</u> |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**</u>
<u>**dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc
kathryn.vigil@lamcollc.com

|  |  |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67154 |
| Account No. | 5130.0035 |
| Page: | 1 |

RE: Aaron Wade

**Payments received after 04/16/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---|
| Previous Balance | $9.58 |
| Balance Due | <u>$9.58</u> |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67155 |
| Account No. | 5130.0044 |
| | Page:   1 |

RE: Valley Vista

**Payments received after 04/16/2012 are not included on this statement.**

**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**

| | |
|---|---|
| Previous Balance | $232.18 |
| Balance Due | $232.18 |

**Payments received after statement date will be applied to the next month's st**

**Please reference statement number(s) on your payment**

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67156 |
| Account No. | 5130.0045 |
| | Page:  1 |

RE: Shea Mortgage

*Payments received after 04/16/2012 are <u>not</u> included on this statement.*

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | |
|---|---|---|
| | Previous Balance | $7,860.09 |
| | <u>Payments</u> | |
| 03/20/2012 | Thank you - Payment on account | -1,758.59 |
| | Balance Due | <u>$6,101.50</u> |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67157 |
| Account No. | 5130.0046 |
| | Page:  1 |

RE: Christopher E. Hobson, Inc.

**Payments received after 04/16/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---|
| Previous Balance | $3,261.59 |
| Balance Due | $3,261.59 |

***Payments received after statement date will be applied to the next month's st***

***Please reference statement number(s) on your payment***

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

| | |
|---|---|
| Lehman Brothers Holdings, Inc.<br>kathryn.vigil@lamcollc.com | Statement Date:    April 16, 2012<br>Statement No.         67158<br>Account No.     5130.0047<br>Page:   1 |

RE: US Bank

*Payments received after 04/16/2012 are <u>not</u> included on this statement.*

*<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.*

| | | |
|---|---|---:|
| | Previous Balance | $42,577.42 |
| | <u>Payments</u> | |
| 03/20/2012 | Thank you - Payment on account | -2,758.72 |
| | Balance Due | <u>$39,818.70</u> |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

|  |  |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67159 |
| Account No. | 5130.0048 |
| | Page:  1 |

RE: Non-Correspondent Cases

*Payments received after 04/16/2012 are <u>not</u> included on this statement.*

<u>**PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.**</u>

| | | | | | |
|---|---|---|---|---|---|
| | | | Previous Balance | | $47,180.12 |
| | | | **<u>Fees</u>** | | |
| | | | | Hours | |
| **03/01/2012** | | | | | |
| JRP | B400 | A105 | Communicate (in firm) with DKC regarding finding local counsel to assist with upcoming appraiser lawsuits (.3). Draft/revise complaint against Maria Alvarez and Cesar Pineda for SAF's review (.5). | 0.80 | 120.00 |
| **03/02/2012** | | | | | |
| JRP | B400 | A104 | Review/analyze potential claim against appraiser, Michael Antonides, assessing whether or not to file suit (.4). Communicate (with client) regarding same (.2). | 0.60 | 90.00 |
| SAF | B400 | A103 | Communicate in firm with JRP regarding Antonidis claim (.2). Draft/revise Alvarez and Pineda Complaint including determine location to file and assessing jurisdictional issues (1.5). | 1.70 | 255.00 |
| **03/04/2012** | | | | | |
| SAF | B400 | A105 | Communicate (in firm) with JRP via email regarding revisions to Alvarez Complaint and issues going forward. | 0.40 | 60.00 |
| **03/05/2012** | | | | | |
| JRP | B400 | A106 | Communicate (with client) regarding addresses for defendants to add to Complaint against Maria Alvarez and Cesar Pineda (.2). Conference with SAF regarding filing Complaints in Florida against Maria Alvarez and Stuart Fearer (.4). Communicate (other outside counsel) with Jason Sanders regarding local counsel to file Alvarez | | |

Lehman Brothers Holdings, Inc.
Account No.     5130.0048
RE: Non-Correspondent Cases

Statement Date: 04/16/2012
Statement No.     67159
Page No.     2

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | and Fearer complaint (.2). | 0.80 | 120.00 |
| SAF | B400 | A105 | Communicate (in firm) with JRP regarding Alvarez Complaint and Fearer Complaint and issues with filing of each. | 0.40 | 60.00 |

03/06/2012
| SAF | B400 | A107 | Communicate (external) with local counsel Liz Campbell regarding status of new lawsuits in Florida. | 0.20 | 30.00 |

03/07/2012
| JRP | B400 | A105 | | | |

| SAF | B400 | A102 | | | |

03/08/2012
| JRP | B400 | A104 | | | |

| SAF | B400 | A104 | | | |

03/09/2012
| JRP | B400 | A104 | | | |

Lehman Brothers Holdings, Inc.
Account No.      5130.0048
RE:  Non-Correspondent Cases

Hours



Lehman Brothers Holdings, Inc.
Account No.      5130.0048
RE:  Non-Correspondent Cases

Hours



Lehman Brothers Holdings, Inc.
Account No.    5130.0048
RE:  Non-Correspondent Cases

Hours

| | | | | | |
|---|---|---|---|---|---|
| SAF | B400 | A106 | | | |
| DKC | B400 | A101 | | | |

03/23/2012
| | | | | | |
|---|---|---|---|---|---|
| JRP | B400 | A103 | | | |
| SAF | B400 | A104 | | | |

03/24/2012
| | | | | | |
|---|---|---|---|---|---|
| SAF | B400 | A110 | | | |

03/26/2012
| | | | | | |
|---|---|---|---|---|---|
| JRP | B400 | A103 | | | |
| SAF | B400 | A103 | | | |

Lehman Brothers Holdings, Inc.
Account No.        5130.0048
RE: Non-Correspondent Cases

Statement Date: 04/16/2012
Statement No.        67159
Page No.        6

Hours



03/27/2012
    JRP    B400    A103

    CAW    B100    A102

    SAF    B400    A103

03/28/2012
    JRP    B400    A103

    CGS    B400    A102

    SAF    B400    A107

Lehman Brothers Holdings, Inc.                    Statement Date: 04/16/2012
Account No.      5130.0048                          Statement No.      67159
RE:  Non-Correspondent Cases                           Page No.          7



|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 03/29/2012 |  |  |  |  |  |
| JRP | B400 | A103 | ████████ | ██ | ██ |
|  |  |  |  |  |  |
| SAF | B400 | A107 | ████████ |  |  |
|  |  |  |  | ██ | ██ |

### Expenses

| Date | Code | Code | Description | Amount |
|---|---|---|---|---|
| 02/02/2012 | B400 | E105 | Telephone Conferencing Service Ready Talk | 13.03 |
| 03/31/2012 | B400 | E101 | ████████ | ██ |
|  |  |  | ████ | ███ |

### Advances

| Date | Code | Code | Description | Amount |
|---|---|---|---|---|
| 02/29/2012 | B400 | E106 | Online research West | 220.06 |
|  |  |  | Total Advances | 220.06 |
|  |  |  | ████ | ███ |

### Payments

| Date |  | Description | Amount |
|---|---|---|---|
| 03/20/2012 |  | Thank you - Payment on account | -5,561.60 |
|  |  | ████ | ███ |

### Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B100 | Administration | 25.00 | 0.00 |
| B100 | Administration | 25.00 | 0.00 |

Lehman Brothers Holdings, Inc.
Account No.      5130.0048
RE: Non-Correspondent Cases

Statement Date: 04/16/2012
Statement No.      67159
Page No.      8

|  |  | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | | |
| B400 | Bankruptcy-Related Advice | | |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67160 |
| Account No. | 5130.0049 |
| | Page:  1 |

RE: Freedom II

*Payments received after 04/16/2012 are <u>not</u> included on this statement.*

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | |
|---|---|---|
| Previous Balance | | $2,704.90 |

### <u>Fees</u>

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| 03/02/2012 | | | | | | |
| | TAY | B400 | A103 | Communicate (in firm with DKC) regarding trial issues (.1). Draft Notice to Set Jury Trial and electronically file and serve same upon opposing counsel via LexisNexis (.3). | 0.40 | 48.00 |
| 03/05/2012 | | | | | | |
| | CPC | B400 | A104 | Review/analyze status of case and client documents in preparation for Rule 26 disclosures, including April 2007 assignment agreement, life of loans at issue (whole-loan tracking), and supporting documentation. (2.1). Email correspondence with client regarding assignment agreement and demand letter dates in conjunction with calculation of date of breach of contract. (.2). | 2.30 | 609.50 |
| | SAF | B400 | A108 | Communicate (in firm) with CPC regarding ownership of claims (.1).  Review/analyze file and obtain Assignment of claims (.3). | 0.40 | 132.00 |
| 03/06/2012 | | | | | | |
| | CPC | B400 | A106 | Communicate (with client) contact Robin Akell regarding demand letters and dates of default. (.2).  Draft initial disclosures pursuant to C.R.C.P. Rule 26 (.5). Review client documents to determine privilege issues before disclosure. (2.0).  Review documents disclosed by correspondent/defendant. (.5). | 3.20 | 848.00 |

Lehman Brothers Holdings, Inc.
Account No.    5130.0049
RE: Freedom II

Statement Date: 04/16/2012
Statement No.    67160
Page No.    2

Hours

03/07/2012
TAY    B400    A108

CPC    B400    A104

SAF    B400    A108

CGS    B400    A102

03/08/2012
TAY    B400    A103

03/09/2012
CPC    B400    A104

TAY    B400    A108

DKC    B400    A104

Lehman Brothers Holdings, Inc.
Account No.      5130.0049
RE:  Freedom II

Statement Date: 04/16/2012
Statement No.      67160
Page No.            3

Hours

03/10/2012
    CPC    B400    A104

03/12/2012
    DKC    B400    A104

03/14/2012
    TAY    B400    A104

03/19/2012
    CPC    B400    A104

03/20/2012
    CPC    B400    A105

    TAY    B400    A103

03/22/2012
    CPC    B400    A106

    DKC    B400    A104

Lehman Brothers Holdings, Inc.                                    Statement Date: 04/16/2012
Account No.        5130.0049                                        Statement No.        67160
RE:  Freedom II                                                          Page No.              4

Hours

03/23/2012
      CPC        B400        A106        ███████████████

03/26/2012
      CPC        B400        A104        ██████████████████

03/27/2012
      CPC        B400        A103        ████████████████████████

      TAY        B400        A103        ███████████████

03/28/2012
      CPC        B400        A103        ██████████████████

Advances

03/20/2012    B400    E107    █████████████████████
03/30/2012    B400    E112    ████████

Task Code Recapitulation

                                                            Fees          Expenses

B400      Bankruptcy-Related Advice                      ████████       ██████

Lehman Brothers Holdings, Inc.
Account No.       5130.0049
RE:  Freedom II

Statement Date: 04/16/2012
Statement No.      67160
Page No.           5

|  | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | ▇▇▇ | ▇▇ |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67161 |
| Account No. | 5130.0050 |
| Page: | 1 |

RE: Mortgage Capital Associates, LLC (MCA)

*Payments received after 04/16/2012 are <u>not</u> included on this statement.*

<u>*PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.*</u>

| | | |
|---|---|---:|
| | Previous Balance | $1,235.60 |
| | <u>Payments</u> | |
| 03/20/2012 | Thank you - Payment on account | -279.20 |
| | Balance Due | $956.40 |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**</u>
<u>**dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO 80209*

*(303)333-9810*

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67162 |
| Account No. | 5130.0051 |
| | Page: 1 |

RE: Patterson (Appraiser)

**Payments received after 04/16/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

| | | |
|---|---|---:|
| Previous Balance | | $2,942.60 |

<u>Fees</u>

| | | | | Hours | |
|---|---|---|---|---:|---:|
| **03/01/2012** | | | | | |
| JRP | B400 | A108 | Communicate (other external) with opposing party, Michael Gambaccini regarding settlement (.2). Communicate (in firm) with SAF following call regarding same (.2). | 0.40 | 50.00 |
| CGS | B400 | A102 | Conference with SAF regarding strategy for Motion for Summary Judgment/judgment on the pleading. | 0.20 | 25.00 |
| SAF | B400 | A105 | Communicate (external) with opposing pro se party Gambaccini via phone and exchange of multiple emails regarding settlement (.4). Communicate with client regarding same (.1). Research standard for motion to strike (1.8). Research on construction of pro se pleadings (.5). Communicate (in firm) with CGS regarding strategy for Motion for Judgment on the Pleadings (.2). Communicate external with client regarding same and settlement offers (.3). | 3.40 | 425.00 |
| **03/02/2012** | | | | | |
| JRP | B400 | A103 | Draft/revise proposed Order granting Motion Plaintiff's Motion for Judgment on the Pleadings or For Judicial Determination and revise Motion (1.0). | 1.00 | 125.00 |
| SAF | B400 | A103 | Draft/revise Motion For Judicial Determation and research on same (3.4). Draft/revise proposed order on same (.7). Communicate in firm with | | |

Lehman Brothers Holdings, Inc.
Account No.       5130.0051
RE:  Patterson (Appraiser)

Hours

| | | | JRP and with external counsel  Terpening regarding same (.2). | | 4.30 | 537.50 |
|---|---|---|---|---|---|---|

| Date | Person | Code | Task | | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/07/2012 | | | | | | |
| | JRP | B400 | A104 | ▮▮▮ | ▮ | ▮ |
| | SAF | B400 | A104 | ▮▮▮ | ▮ | ▮ |
| 03/15/2012 | | | | | | |
| | JRP | B400 | A104 | ▮▮▮ | ▮ | ▮ |
| | SAF | B400 | A104 | ▮▮▮ | ▮ | ▮ |
| 03/20/2012 | | | | | | |
| | SAF | B400 | A104 | ▮▮▮ | ▮ | ▮ |
| 03/21/2012 | | | | | | |
| | SAF | B400 | A106 | ▮▮▮ | ▮ | ▮ |
| 03/26/2012 | | | | | | |
| | JRP | B400 | A103 | ▮▮▮ | ▮ | ▮ |
| | SAF | B400 | A105 | ▮▮▮ | ▮ | ▮ |

Lehman Brothers Holdings, Inc.
Account No.     5130.0051
RE:  Patterson (Appraiser)

Statement Date: 04/16/2012
Statement No.     67162
Page No.          3

Hours



| 03/27/2012 | | | | | |
| JRP | B400 | A103 | | | |
| SAF | B400 | A108 | | | |
| 03/28/2012 | | | | | |
| JRP | B400 | A104 | | | |
| SAF | B400 | A103 | | | |

### Advances

| 02/29/2012 | B400 | E106 | Online research West | 76.90 |
| | | | Total Advances | 76.90 |

### Payments

| 03/20/2012 | | Thank you - Payment on account | -760.00 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | | |
| B400 | Bankruptcy-Related Advice | | |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67163 |
| Account No. | 5130.0052 |
| Page: | 1 |

RE: Summers (Appraiser)

***Payments received after 04/16/2012 are <u>not</u> included on this statement.***

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | | | | Previous Balance | | -$561.10 |
| | | | | **<u>Fees</u>** | | |
| 03/02/2012 | | | | | | |
| | JRP | B400 | A104 | Review/analyze case status (.2). Draft/revise email to opposing party, Dale Summers regarding status of case (.5). | 0.70 | 87.50 |
| | SAF | B400 | A108 | Draft/revise letter to Summers regarding potential to settle. | 0.50 | 62.50 |
| 03/20/2012 | | | | | | |
| | JRP | B400 | A103 | ████████████████████ | ██ | ██ |
| 03/21/2012 | | | | | | |
| | SAF | B400 | A105 | ████████████████████ | ██ | ██ |

| | | |
|---|---|---|
| | **<u>Payments</u>** | |
| 03/20/2012 | Thank you - Payment on account | -180.00 |
| | Credit Balance | -$491.10 |

Lehman Brothers Holdings, Inc.
Account No.        5130.0052
RE: Summers (Appraiser)

Statement Date: 04/16/2012
Statement No.       67163
Page No.              2

## Task Code Recapitulation

|        |                            | Fees | Expenses |
|--------|----------------------------|------|----------|
| B400   | Bankruptcy-Related Advice  | ▮    | ▮        |
| B400   | Bankruptcy-Related Advice  | ▮    | ▮        |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67165 |
| Account No. | 5130.0054 |
| Page: | 1 |

RE: Avery (Appraiser)

**Payments received after 04/16/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | | | Previous Balance | | | $929.46 |
| | | | *Fees* | | | |
| 03/05/2012 | | | | | | |
| | JRP | B400 | A107 | Communicate (other outside counsel) with local counsel regarding next steps in litigation given defendant Raif's response (.4). | 0.40 | 50.00 |
| | SAF | B400 | A107 | Communicate (external) with local counsel Garcia regarding status. | 0.20 | 25.00 |
| 03/20/2012 | | | | | | |
| | JRP | B400 | A103 | ███████████████████ | ██ | ██ |
| 03/21/2012 | | | | | | |
| | SAF | B400 | A103 | ███████████████████ | ██ | ██ |
| | | | | ███████████████████ | ██ | ██ |
| | | | *Advances* | | | |
| 02/29/2012 | B400 | E106 | | Online research West | | 1.39 |
| | | | | Total Advances | | 1.39 |
| | | | ██████████ | | | ██████ |

Lehman Brothers Holdings, Inc.
Account No.        5130.0054
RE:  Avery (Appraiser)

Statement Date: 04/16/2012
Statement No.        67165
Page No.        2

███████████                                                    ██████████

## Task Code Recapitulation

|       |                            | Fees | Expenses |
|-------|----------------------------|------|----------|
| B400  | Bankruptcy-Related Advice  | ████ | ████     |
| B400  | Bankruptcy-Related Advice  | ████ | ████     |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67166 |
| Account No. | 5130.0055 |
| Page: | 1 |

RE: Amerihome Loan Corporation

**Payments received after 04/16/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---|
| Previous Balance | $887.50 |
| Balance Due | $887.50 |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67167 |
| Account No. | 5130.0056 |
| Page: | 1 |

RE: Capital Mortgage Services, Inc.

**Payments received after 04/16/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

| | |
|---|---|
| Previous Balance | $337.50 |
| Balance Due | $337.50 |

**Payments received after statement date will be applied to the next month's st**

**Please reference statement number(s) on your payment**

**<u>TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY</u>**
**<u>dstriker@fostergraham.com</u>**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO 80209*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67168 |
| Account No. | 5130.0057 |
| Page: | 1 |

RE: Meridian Residential Capital LLC

*Payments received after 04/16/2012 are <u>not</u> included on this statement.*

<u>*PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.*</u>

| | |
|---|---|
| Previous Balance | $1,152.50 |
| Balance Due | $1,152.50 |

*Payments received after statement date will be applied to the next month's st*

*Please reference statement number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**</u>
<u>**dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303)333-9810

Lehman Brothers Holdings, Inc.
kathryn.vigil@lamcollc.com

| | |
|---|---|
| Statement Date: | April 16, 2012 |
| Statement No. | 67169 |
| Account No. | 5130.0059 |
| Page: | 1 |

RE: George Howell

**Payments received after 04/16/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**



| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | | | **Previous Balance** | | | $487.50 |
| | | | | *Fees* | | |
| 03/19/2012 | | | | | | |
| JRP | B400 | A106 | | | | |
| 03/21/2012 | | | | | | |
| SAF | B400 | A108 | | | | |
| | | | | *Advances* | | |
| 03/01/2012 | B400 | E112 | Filing Fee (Complaint)  2/7/12 | | | 350.00 |
| | | | Total Advances | | | 350.00 |

*Task Code Recapitulation*

| | | Fees | Expenses |
|---|---|---|---|
| B400 | Bankruptcy-Related Advice | | 0.00 |
| B400 | Bankruptcy-Related Advice | | |

# EXHIBIT I

Invoices for Amounts over $1,000.00

(October 1, 2011 through March 6, 2012)

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29650 | 9/12/2011 | 12756 |

| Job Date | Case No. | |
|---|---|---|
| 8/24/2011 | CV06-0495 DDP PLAx | |

DOKICH COURT REPORTERS, INC
19712 MACARTHUR BLVD
SUITE 100
IRVINE, CA  92612
Phone:949-222-1131   Fax:949-222-1139

DANIEL K. CALISHER, ESQ.
FOSTER, GRAHAM, MILSTEIN & CALISHER LLP
621 SEVENTEENTH STREET
19TH FLOOR
DENVER, CO  80293

| Case Name |
|---|
| LEHMAN BROTHERS BANK, FSB VS. U.S. BANK, N.A. |

| Payment Terms |
|---|
| Due upon receipt |

1 CERTIFIED TRANSCRIPT OF:

  SHIRLEY FLAIG ON BEHALF OF AURORA LOAN S                                      1,203.15

                                                       TOTAL DUE >>>        $1,203.15

PAYMENT OPTIONS:
1) Cash on Delivery.  2) Send  payment.  3) Visa OR Mastercard.
 For new or out-of-area clients or at the sole option of Dokich Court Reporters, Inc., payment is due by COD.  Past due accounts will be
subject to a monthly finance charge  of 1.5% per month.
Now access your deposition calendar, transcripts, and more via our complimentary online services with document repository. For more
information, please contact Andrina Nunez at (949) 222-1131 ext. 26 or visit our website at www.Do

$1,203.15
1,612.60
$2,821.75

Tax ID: 33-0745559

*Please detach bottom portion and return with payment.*

DANIEL K. CALISHER, ESQ.
FOSTER, GRAHAM, MILSTEIN & CALISHER LLP
621 SEVENTEENTH STREET
19TH FLOOR
DENVER, CO  80293

| | |
|---|---|
| Invoice No. | : 29650 |
| Invoice Date | : 9/12/2011 |
| **Total Due** | : **$1,203.15** |

Remit To:  **DOKICH COURT REPORTERS, INC
19712  MACARTHUR BLVD
SUITE 100
IRVINE, CA  92612**

| | |
|---|---|
| Job No. | : 12756 |
| BU ID | : 1-MAIN |
| Case No. | : CV06-0495 DDP PLAx |
| Case Name | : LEHMAN BROTHERS BANK, FSB VS. U.S. BANK, N.A. |

# INVOICE

DOKICH COURT REPORTERS, INC
19712 MACARTHUR BLVD
SUITE 100
IRVINE, CA  92612
Phone:949-222-1131   Fax:949-222-1139

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29648 | 9/12/2011 | 12755 |

| Job Date | Case No. |
|---|---|
| 8/23/2011 | CV06-0495 DDP PLAx |

| Case Name |
|---|
| LEHMAN BROTHERS BANK, FSB VS. U.S. BANK, N.A. |

| Payment Terms |
|---|
| Due upon receipt |

JULIA R. HARVEY, ESQ.
FOSTER, GRAHAM, MILSTEIN & CALISHER LLP
621 SEVENTEENTH STREET
19TH FLOOR
DENVER, CO  80293

1 CERTIFIED TRANSCRIPT OF:

    KEVIN PAYNE ON BEHALF OF AURORA LOAN SER                       1,612.60

                                                TOTAL DUE  >>>          $1,612.60

PAYMENT OPTIONS:
1)  Cash on Delivery.   2)  Send  payment.    3) Visa OR Mastercard.
 For new or out-of-area clients or at the sole option of Dokich Court Reporters, Inc., payment is due by COD.  Past due accounts will be
subject to a monthly finance charge  of 1.5% per month.
Now access your deposition calendar, transcripts, and more via our complimentary online services with document repository. For more
information, please contact Andrina Nunez at (949) 222-1131 ext. 26 or visit our website at www.Do

Tax ID: 33-0745559

*Please detach bottom portion and return with payment.*

JULIA R. HARVEY, ESQ.
FOSTER, GRAHAM, MILSTEIN & CALISHER LLP
621 SEVENTEENTH STREET
19TH FLOOR
DENVER, CO  80293

| | | |
|---|---|---|
| Invoice No. | : | 29648 |
| Invoice Date | : | 9/12/2011 |
| **Total Due** | : | **$1,612.60** |

| | | |
|---|---|---|
| Job No. | : | 12755 |
| BU ID | : | 1-MAIN |
| Case No. | : | CV06-0495 DDP PLAx |
| Case Name | : | LEHMAN BROTHERS BANK, FSB VS. U.S. BANK, N.A. |

Remit To:   **DOKICH COURT REPORTERS, INC**
              **19712  MACARTHUR BLVD**
              **SUITE 100**
              **IRVINE, CA  92612**



THE RESOLUTION EXPERTS®

# INVOICE

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 10/25/2011 | 0002439382-200 |

To:  **Daniel K. Calisher, Esq.**
     **Foster, Graham, Milstein & Calisher, LLP**
     **621 17th St.**
     **19th Floor**
     **Denver, CO 80293**

| | | |
|---|---|---|
| Reference #: | **1200045411** | MCC |
| Billing Specialist: | **Janell Lo** | |
| Telephone: | **(949) 224-4664** | |
| Employer ID: | **68-0542699** | |

RE:  **Lehman Brothers Bank, FSB vs. U.S. Bank, N.A.**

Representing:  **Lehman Brothers Bank, FSB**        Neutral(s):    **Hon. David Brickner (Ret)**

Hearing Type:  **Mediation**                                              **Rep# 3**

| Date/Time | Description | Hours | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| 11/10/2011 10:00 am | Hon. David Brickner (Ret) Session Time | 8.00 | 4,000.00 | 2 | 2,000.00 |
| 10/25/2011 | Case Management Fee | | | | 175.00 |

| | |
|---|---|
| Fees | 2,175.00 |
| Total | $ 2,175.00 |

Outstanding Balance as of 10/31/2011    $ 2,175.00

---

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.

STATEMENT

## MERRILL CORPORATION

Legalink Inc.

REMIT TO: LegaLink, Inc.
File 70206
Los Angeles, CA 90074-0206

Accounts Payable
FOSTER GRAHAM MILSTEIN & CALISHER
621 17TH STREET
19TH FLOOR
DENVER  CO     80293

Tuesday, October 18, 2011

| Invoice Number | Invoice Date | Caption | Deponent | Job Date | Balance Due | Days Aged | Contact |
|---|---|---|---|---|---|---|---|
| 17150811 | 09/22/11 | Lehman Brothers vs. PMC Bancorp | Constantine Cafcalas, 30 b 6 | 09/07/11 | 2,279.70 | 27 | DANIEL CALISHER |
| 17150855 | 09/23/11 | Lehman Brothers vs. PMC Bancorp | Constantine Cafcalas | 09/08/11 | 1,139.30 | 26 | DANIEL CALISHER |
| 17150910 | 09/24/11 | Lehman Brothers vs. PMC Bancorp | Constantine Cafcalas IND-VIDEO-V.1 | 09/08/11 | 830.00 | 25 | DANIEL CALISHER |
| 17150936 | 09/24/11 | Lehman Brothers vs. PMC Bancorp | Constantine Cafcalas PMK-Video-V.1 | 09/07/11 | 1,675.63 | 25 | DANIEL CALISHER |
| 17151064 | 09/28/11 | Lehman Brothers vs. PMC Bancorp | Nicolas Saldarriaga | 09/13/11 | 1,107.25 | 21 | CHRISTOPHER CARRINGTON |
| 17151088 | 09/28/11 | Lehman Brothers vs. PMC Bancorp | Estrella Barroga | 09/12/11 | 930.55 | 21 | CHRISTOPHER CARRINGTON |

Total :      7,962.43

Tax ID No :     20-2665382

Listed above are the invoices open on your account.
In order to provide the finest service to you, please review the invoices listed.  Should you require INVOICE COPIES and/or
PAYMENT VERIFICATION, please email your request to: LLinvcopylax@merrillcorp.com.  Please verify that you have not
previously paid these invoices.

Remit to:         LegaLink, Inc.
File 70206
Los Angeles, CA  90074-0206

If you require additional information please contact:

Terry Patel
LegaLink- A Merrill Company
Corporate Collections Administrator
Direct (651) 632-4683
email:  terry.patel@merrillcorp.com

1 of 1

ACCT#  1003312228

FOSTER GRAHAM MILSTEIN & CALISHER
TIFFANY YINGLING
621 17TH ST STE 1900
DENVER CO  80293-0621

## WEST®
A Thomson Reuters business

| INVOICE #  823860340 | WEST INFORMATION CHARGES INVOICE<br>OCT 01, 2011 - OCT 31, 2011 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | CHARGE<br>IN USD | TAX<br>IN USD | TOTAL CHARGE<br>IN USD | |
| WEST INFORMATION CHARGES | 3,069.19 | 111.10 | 3,180.29 | |

$ 1255.39

**IMPORTANT NEWS**
GO GREEN with West's new e-Billing system! Convenient and Easy sign up with no future log in required. Make this the last paper invoice you receive from us. Sign up for e-Billing now and receive an e-mail notification when your invoice is available. Logon to https://ebilling.thomsonreuters.com/Delivery/Welcome to register or call Customer Service at 1-800-328-4880.
Thank you for your business.
For more information about West, a Thomson Reuters business, or to shop online visit west.thomson.com.

FOR BILLING INFORMATION CALL
1-800-328-4880

1003312228                        Z

RETURN BOTTOM PORTION WITH PAYMENT

| | |
|---|---|
| INVOICE # | 823860340 |
| INVOICE DATE | 11/01/2011 |
| ACCOUNT # | 1003312228 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |
| | |
| AMOUNT DUE IN USD | 3,180.29 |
| DUE DATE | 12/01/2011 |
| AMOUNT ENCLOSED IN USD | _____ |

WEST INFORMATION CHARGES
OCT 01, 2011 - OCT 31, 2011

West Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

FOSTER GRAHAM MILSTEIN & CALISHER
TIFFANY YINGLING
621 17TH ST STE 1900
DENVER CO  80293-0621

0823860340 00000000000000000000000 20111101 ZCPG 000318029 0010 1003312228 3

**Client 4191.0001**

User Name MARTINEZ,LAURA (10603376)

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals for Day 10/15/2011 | 10 | | 177.00 USD | 6.95 USD | 0.25 USD | 7.20 USD |
| Totals for Day 10/16/2011 | 5 | | 65.00 USD | 2.55 USD | 0.09 USD | 2.64 USD |
| Totals for User Name MARTINEZ,LAURA (10603376) | 15 | | 242.00 USD | 9.50 USD | 0.34 USD | 9.84 USD |
| Totals for Client 4191.0001 | 15 | | 242.00 USD | 9.50 USD | 0.34 USD | 9.84 USD |

**Client 5130.0022**

User Name YINGLING,TIFFANY (5620903)

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals for Day 10/10/2011 | 1 | | 180.00 USD | 7.06 USD | 0.26 USD | 7.32 USD |
| Totals for User Name YINGLING,TIFFANY (5620903) | 1 | | 180.00 USD | 7.06 USD | 0.26 USD | 7.32 USD |
| Totals for Client 5130.0022 | 1 | | 180.00 USD | 7.06 USD | 0.26 USD | 7.32 USD |

**Client 5130.0045**

User Name FERMELIA,STEPHEN A (5985524)

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals for Day 10/02/2011 | 21 | | 480.55 USD | 18.86 USD | 0.68 USD | 19.54 USD |
| Totals for Day 10/03/2011 | 7 | | 466.80 USD | 18.32 USD | 0.66 USD | 18.98 USD |
| Totals for Day 10/04/2011 | 4 | | 236.00 USD | 9.26 USD | 0.34 USD | 9.60 USD |
| Totals for User Name FERMELIA,STEPHEN A (5985524) | 32 | | 1,183.35 USD | 46.44 USD | 1.68 USD | 48.13 USD |
| Totals for Client 5130.0045 | 32 | | 1,183.35 USD | 46.44 USD | 1.68 USD | 48.13 USD |

**Client 5130.0047**

User Name FERMELIA,STEPHEN A (5985524)

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals for Day 10/26/2011 | 15 | 1 | 500.50 USD | 19.64 USD | 0.71 USD | 20.35 USD |
| Totals for Day 10/27/2011 | 33 | 1 | 807.50 USD | 31.69 USD | 1.15 USD | 32.84 USD |
| Totals for Day 10/28/2011 | 71 | 3 | 4,374.00 USD | 171.67 USD | 6.21 USD | 177.89 USD |
| Totals for Day 10/31/2011 | 6 | | 81.25 USD | 3.19 USD | 0.12 USD | 3.30 USD |
| Totals for User Name FERMELIA,STEPHEN A (5985524) | 125 | 5 | 5,763.25 USD | 226.20 USD | 8.19 USD | 234.38 USD |
| User Name PRENDERGAST,JULIA R (6452683) | | | | | | |
| Totals for Day 10/13/2011 | 4 | 5,887 | 929.82 USD | 36.49 USD | 1.32 USD | 37.81 USD |
| Totals for Day 10/20/2011 | 84 | 6,362 | 4,301.68 USD | 168.83 USD | 6.11 USD | 174.95 USD |
| Totals for Day 10/21/2011 | 6 | 8,488 | 771.86 USD | 30.29 USD | 1.10 USD | 31.39 USD |
| Totals for Day 10/25/2011 | 40 | 4,408 | 2,714.73 USD | 106.55 USD | 3.86 USD | 110.40 USD |
| Totals for Day 10/26/2011 | 27 | 8,649 | 1,959.97 USD | 76.93 USD | 2.79 USD | 79.71 USD |
| Totals for Day 10/27/2011 | 21 | 2,143 | 977.88 USD | 38.38 USD | 1.39 USD | 39.77 USD |
| Totals for User Name PRENDERGAST,JULIA R (6452683) | 182 | 35,937 | 11,655.94 USD | 457.47 USD | 16.56 USD | 474.03 USD |
| User Name SCHOENBERGER,CHIP (7230159) | | | | | | |
| Totals for Day 10/14/2011 | 5 | 137 | 253.54 USD | 9.95 USD | 0.36 USD | 10.31 USD |
| Totals for Day 10/17/2011 | 26 | 20,663 | 2,497.50 USD | 98.02 USD | 3.55 USD | 101.57 USD |
| Totals for Day 10/18/2011 | 23 | 4,187 | 972.41 USD | 38.17 USD | 1.38 USD | 39.55 USD |
| Totals for Day 10/19/2011 | 40 | 945 | 2,468.23 USD | 96.87 USD | 3.51 USD | 100.38 USD |
| Totals for Day 10/20/2011 | 3 | | 170.00 USD | 6.67 USD | 0.24 USD | 6.91 USD |
| Totals for Day 10/21/2011 | 22 | | 1,649.00 USD | 64.72 USD | 2.34 USD | 67.06 USD |
| Totals for Day 10/24/2011 | 5 | | 360.00 USD | 14.13 USD | 0.51 USD | 14.64 USD |
| Totals for Day 10/25/2011 | 33 | 1,388 | 1,440.20 USD | 56.53 USD | 2.05 USD | 58.57 USD |
| Totals for Day 10/26/2011 | 5 | | 75.00 USD | 2.94 USD | 0.11 USD | 3.05 USD |
| Totals for Day 10/27/2011 | 5 | | 216.00 USD | 8.48 USD | 0.31 USD | 8.78 USD |
| Totals for Day 10/28/2011 | 23 | 466 | 941.48 USD | 36.95 USD | 1.34 USD | 38.29 USD |
| Totals for Day 10/30/2011 | 10 | | 670.00 USD | 26.30 USD | 0.95 USD | 27.25 USD |
| Totals for Day 10/31/2011 | 15 | | 510.00 USD | 20.02 USD | 0.72 USD | 20.74 USD |
| Totals for User Name SCHOENBERGER,CHIP (7230159) | 215 | 27,786 | 12,223.36 USD | 479.75 USD | 17.37 USD | 497.11 USD |
| User Name YINGLING,TIFFANY (5620903) | | | | | | |
| Totals for Day 10/25/2011 | 12 | 11 | 1,226.00 USD | 48.12 USD | 1.74 USD | 49.86 USD |
| Totals for User Name YINGLING,TIFFANY (5620903) | 12 | 11 | 1,226.00 USD | 48.12 USD | 1.74 USD | 49.86 USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals for Client 5130.0047 | | | | 30,868.55 USD | 1,211.54 USD | 43.86 USD | 1,255.39 USD |

**Client 5137.0002**
User Name SCHOENBERGER,CHIP (7230159)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals for Day 10/14/2011 | | 9 | 193 | 443.62 USD | 17.41 USD | 0.63 USD | 18.04 USD |
| Totals for Day 10/17/2011 | | 26 | 1,142 | 910.32 USD | 35.73 USD | 1.29 USD | 37.02 USD |
| Totals for User Name SCHOENBERGER,CHIP (7230159) | | 35 | 1,335 | 1,353.94 USD | 53.14 USD | 1.92 USD | 55.06 USD |
| Totals for Client 5137.0002 | | 35 | 1,335 | 1,353.94 USD | 53.14 USD | 1.92 USD | 55.06 USD |

**Client 5184.0022**
User Name FERMELIA,STEPHEN A (5985524)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals for Day 10/05/2011 | | 2 | 3 | 353.00 USD | 13.85 USD | 0.50 USD | 14.36 USD |
| Totals for User Name FERMELIA,STEPHEN A (5985524) | | 2 | 3 | 353.00 USD | 13.85 USD | 0.50 USD | 14.36 USD |
| Totals for Client 5184.0022 | | 2 | 3 | 353.00 USD | 13.85 USD | 0.50 USD | 14.36 USD |

**Client 5215.0002**
User Name MCDERMOTT,MARCY (7265103)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals for Day 10/03/2011 | | 2 | | 30.00 USD | 1.18 USD | 0.04 USD | 1.22 USD |
| Totals for Day 10/06/2011 | | 6 | 1 | 108.00 USD | 4.24 USD | 0.15 USD | 4.39 USD |
| Totals for User Name MCDERMOTT,MARCY (7265103) | | 8 | 1 | 138.00 USD | 5.42 USD | 0.20 USD | 5.61 USD |
| Totals for Client 5215.0002 | | 8 | 1 | 138.00 USD | 5.42 USD | 0.20 USD | 5.61 USD |

**Client 7120.0001**
User Name FEINGOLD,JENNIFER G (5569961)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals for Day 10/03/2011 | | 18 | | 2,261.25 USD | 88.75 USD | 3.21 USD | 91.96 USD |
| Totals for User Name FEINGOLD,JENNIFER G (5569961) | | 18 | | 2,261.25 USD | 88.75 USD | 3.21 USD | 91.96 USD |
| Totals for Client 7120.0001 | | 18 | | 2,261.25 USD | 88.75 USD | 3.21 USD | 91.96 USD |

**Client 7129.0001**
User Name FEINGOLD,JENNIFER G (5569961)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals for Day 10/28/2011 | | 10 | | 1,141.25 USD | 44.79 USD | 1.62 USD | 46.41 USD |
| Totals for User Name FEINGOLD,JENNIFER G (5569961) | | 10 | | 1,141.25 USD | 44.79 USD | 1.62 USD | 46.41 USD |
| Totals for Client 7129.0001 | | 10 | | 1,141.25 USD | 44.79 USD | 1.62 USD | 46.41 USD |

**Client 9265.0001**
User Name WEISER,STEVEN (10474164)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals for Day 10/06/2011 | | 3 | | 45.25 USD | 1.78 USD | 0.06 USD | 1.84 USD |
| Totals for User Name WEISER,STEVEN (10474164) | | 3 | | 45.25 USD | 1.78 USD | 0.06 USD | 1.84 USD |
| Totals for Client 9265.0001 | | 3 | | 45.25 USD | 1.78 USD | 0.06 USD | 1.84 USD |
| Totals for Account: 1003312228 | 9:41:20 | 1,389 | 116,660 | 9:41:20 | 78,199.46 USD | 3,069.19 USD | 111.09 USD | 3,180.28 USD |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Report Totals | 9:41:20 | 1,389 | 116,660 | 9:41:20 | 78,199.46 USD | 3,069.19 USD | 111.09 USD | 3,180.28 USD |

⏴ ⏵ ⏸⏹ Sheet1

# EXHIBIT J

Order Authorizing the Employment and
Retention of
Foster Graham Milstein & Calisher, LLP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                              :

In re                            :     Chapter 11 Case No.
                              :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (JMP)
                              :

             Debtors.         :     (Jointly Administered)
                              :
---------------------------------------------------------------x

## ORDER PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING THE EMPLOYMENT AND RETENTION OF FOSTER GRAHAM MILSTEIN & CALISHER, LLP AS SPECIAL COUNSEL TO DEBTORS

Upon consideration of the application, dated February 2, 2011 (the "Application"),[1] of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors"), pursuant to section 327(e) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for authorization to employ and retain Foster, Graham, Milstein & Calisher, LLP ("Foster Graham") as special counsel to the Debtors; and upon the affidavit of Daniel K. Calisher, Esq., (the "Calisher Affidavit"), filed in support of the Application; and the Court being satisfied, based on the representations made in the Application and the Calisher Affidavit, that Foster Graham represents no interest adverse to the Debtors or the Debtors' estates with respect to the matters upon which it is to be engaged, under section 327(e) of the Bankruptcy Code as modified by section 1107(b); and the Court having jurisdiction to consider the Application and

---

[1] Capitalized terms that are used but not defined in this order have the meanings ascribed to them in the Application.

the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing

Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All

Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the

Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §

157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Application having been provided in accordance with the

procedures set forth in the second amended order entered June 17, 2010 governing case

management and administrative procedures [Docket No. 9635] to (i) the United States Trustee

for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured

Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v)

the United States Attorney for the Southern District of New York; (vi) Foster Graham and (vii)

all parties who have requested notice in these chapter 11 cases, and it appearing that no other or

further notice need be provided; and no objections to the Application having been filed; and after

due deliberation and sufficient cause appearing therefor, it is

      ORDERED that the Application is approved; and it is further

      ORDERED that pursuant to section 327(e) of the Bankruptcy Code, the Debtors

are hereby authorized to employ and retain Foster Graham as special counsel to the Debtors on

the terms set forth in the Application and this order, for the Representative Matters identified in

the Application and in accordance with Foster Graham's customary rates in effect from time to

time and its disbursement policies; and it is further

      ORDERED that Foster Graham shall apply for compensation and reimbursement

of expenses in accordance with the procedures set forth in sections 330 and 331 of the

Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and orders of the Court,

guidelines established by the U.S. Trustee, and such other procedures that have been or may be

fixed by order of this Court, including but not limited to the Court's Third Amended Order

Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a)

Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of

Professionals [Docket No. 4165], and the Court's Order Appointing a Fee Committee and

Approving a Fee Protocol [Docket No. 3651].


Dated: New York, New York
       March 9, 2011

                          _s/ James M. Peck_____
                          UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT K

Order Establishing Procedures for Interim
Monthly Compensation and Reimbursement of
Expenses of Professionals

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re                                                  :          Chapter 11
                                                       :
LEHMAN BROTHERS HOLDINGS, INC. *et al.*,               :          Case No. 08-13555 (JMP)
                                                       :
                              Debtors.                 :          (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## FOURTH AMENDED ORDER PURSUANT TO SECTIONS 105(a) AND 331 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2016(a) ESTABLISHING PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

Upon the proposed amended order filed March 11, 2011 and April 6, 2011 (the "**Fourth Amended Order**") of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "**Debtors**" and, together with their non-debtor affiliates, "**Lehman**"), pursuant to sections 105(a) and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), to establish procedures for interim monthly compensation and reimbursement of expenses of professionals (the "**Professionals**")—all as more fully described in the Debtors' Motion Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) for Authorization to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals, dated October 11, 2008 (the "**Motion**") [Docket No. 833]—and upon the notice of presentment of the proposed Fourth Amended Order; and the Court having jurisdiction to consider the proposed Fourth Amended Order and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under

Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the

proposed Fourth Amended Order and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the proposed Fourth Amended Order having

been provided in accordance with the procedures set forth in the second amended order entered

June 17, 2010 governing case management and administrative procedures [Docket No. 9635] to

(i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the

Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of

New York; (vi) all parties who have requested notice; and (iii) all Professionals; and the Court

having entered an amended order, dated June 25, 2009 (the "**Third Amended Order**") [Docket

No. 4165], governing the procedures for interim monthly compensation and reimbursement of

expenses of professionals; and the Court then concluding that there is cause to make certain

amendments to the Third Amended Order; and the relief sought in the proposed Fourth Amended

Order being in the best interests of the Debtors, their estates and creditors, and all parties in

interest and that the legal and factual bases set forth in the Motion and the proposed Fourth

Amended Order establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefore, it is

ORDERED that the Third Amended Order is superseded in its entirety by this Fourth

Amended Order; and it is further

ORDERED that except as may otherwise be provided in orders of the Court authorizing

the retention of specific Professionals, all Professionals in these cases may seek monthly

compensation in accordance with the following procedures (the "**Interim Compensation Procedures**"):

    (a)    On or before the forty-fifth (45th) day following the month for which compensation is sought, each professional seeking compensation, other than a professional retained as an ordinary course professional or a professional retained by the Examiner appointed in these Chapter 11 cases, will serve a monthly statement (the "Monthly Statement"), by hand or overnight delivery on (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, 45th Floor, New York, New York, 10020 (Attn: John Suckow and William Fox); (ii) Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y. Waisman, Esq.); (iii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the Creditors' Committee; (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 22nd Floor, New York, New York 10004 (Attn: Elisabetta G. Gasparini and Andrea B. Schwartz); and, (v) Richard Gitlin, Chair of the Fee Committee (as defined in the Order Appointing a Fee Committee and Approving a Fee Protocol, dated May 26, 2009 [Docket No. 3651], all as may be amended from time to time, the "Fee Protocol") c/o Godfrey & Kahn, S.C., One East Main Street, P.O. Box 2719, Madison, WI 53701-2719 (the "**Notice Parties**"). In addition to being served with a paper copy, the Office of the United States Trustee, Richard Gitlin through Godfrey & Kahn, and Lehman Brothers Holdings, Inc. shall also be served with a disc containing an electronic version of the Monthly Statement.

    (b)    The Monthly Statement need not be filed with the Court and a courtesy copy need not be delivered to chambers since this Fourth Amended Order is not intended to alter the fee application requirements outlined in sections 330 and 331 of the Bankruptcy Code and since professionals are still required to serve and file interim and final applications for approval of fees and expenses in accordance with the relevant provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules").

    (c)    Each Monthly Statement must contain a list of the individuals and their respective titles (*e.g.*, attorney, paralegal, etc.) who provided services during the statement period, their respective billing rates, the aggregate hours spent by each individual, a reasonably detailed breakdown of the fees and expenses incurred (no professional should seek reimbursement of an expense that would otherwise not be allowed pursuant to the Court's Administrative Orders dated June 24, 1991 and April 21, 1995 or the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 dated January 30, 1996), and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour or as close thereto as practicable.

3

(d)     Each Notice Party shall have at least thirty (30) days after receiving the Monthly
        Statement to review the statement and, if the Notice Party objects to the
        compensation or expense reimbursement sought in a particular statement, such
        Notice Party shall, no later than the thirty-first (31st) day following receipt of the
        Monthly Statement (the "Monthly Statement Objection Deadline"), serve upon
        the professional to whose Monthly Statement the Notice Party objects and the
        other Notice Parties a written "Notice of Objection to Fee Statement," setting
        forth the nature of the Notice Party's objection and the amount of fees or expenses
        at issue.

(e)     At the expiration of the Monthly Statement Objection Deadline, the Debtors shall
        promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of
        the expenses identified in each Monthly Statement to which no objection has been
        served in accordance with paragraph (d) above.

(f)     If the Debtors object or receive an objection to a particular Monthly Statement,
        the Debtors shall withhold payment of that portion of the Monthly Statement to
        which the objection is directed and promptly pay the remainder of the fees and
        disbursements in the percentages set forth in paragraph (e).

(g)     If the parties to an objection resolve their dispute following the service of a Notice
        of Objection to Fee Statement and if the party whose Monthly Statement was
        objected to serves on all Notice Parties a statement indicating that the objection is
        withdrawn or modified and describing the terms of the resolution, then the
        Debtors shall promptly pay, in accordance with paragraph (e), that portion of the
        Monthly Statement that is no longer subject to an objection.

(h)     All objections that the parties do not resolve shall be preserved and presented to
        the Court at the next interim or final fee application hearing to be heard by the
        Court in accordance with paragraph (j) below.

(i)     The service of an objection in accordance with paragraph (d) above shall not
        prejudice the objecting party's right to object to any fee application made to the
        Court in accordance with the Bankruptcy Code on any ground regardless of
        whether the objecting party raised the ground in the objection or not.
        Furthermore, the decision by any party not to object to a Monthly Statement shall
        not waive or prejudice that party's right to object to any fee application
        subsequently made to the Court in accordance with the Bankruptcy Code,
        including any final application.

(j)     Commencing with the period ending January 31, 2009, and at four-month
        intervals thereafter, each of the professionals shall file with the Court, in
        accordance with General Order M-242 (which can be found at
        www.nysb.uscourts.gov), an application (an "Interim Fee Application") for
        interim Court approval and allowance pursuant to sections 330 and 331 of the
        Bankruptcy Code (as the case may be) of the compensation and reimbursement of
        expenses requested in the fee statements served during such period (the "Interim

4

Fee Period"). Each professional shall file its Interim Fee Application within 75 days after the end of the Interim Fee Period for which the request seeks allowance of fees and reimbursement of expenses.[1] Each professional shall file its first Interim Fee Application on or before April 10, 2009 and the first Interim Fee Application shall cover the Interim Fee Period from the Commencement Date through and including January 31, 2009. All professionals not retained as of the Commencement Date shall file their first Monthly Statement for the period from the effective date of their retention through the end of the first full month following the effective date of their retention and otherwise in accordance with the procedures set forth in this Motion.

(k)     The Debtors' attorneys shall obtain a date from the Court for the hearing of fee applications for all retained professionals, which hearing date should be consistent with the timelines set forth in the Fee Protocol, as amended from time to time. Any retained professional unable to file its own fee application with the Court shall deliver to the Debtors' attorneys a fully executed copy with original signatures, along with service copies, three business days before the filing deadline. The Debtors' attorneys shall file and serve such application.

(l)     The pendency of an application or objection or a Court order that payment of compensation or reimbursement of expenses was improper as to a particular Monthly Statement shall not disqualify a professional from the future payment of compensation or reimbursement of expenses as set forth above, unless otherwise ordered by the Court.

(m)     Neither the payment of, nor the failure to pay, in whole or in part, monthly compensation and reimbursement as provided herein shall have any effect on this Court's interim or final allowance of compensation and reimbursement of expenses of any professionals.

(n)     Counsel for the Creditors' Committee may, in accordance with the Interim Compensation Procedures, collect and submit statements of expenses (excluding third-party counsel expenses of individual committee members), with supporting vouchers, from members of the Creditors' Committee; provided, however, that these reimbursement requests comply with this Court's Administrative Orders dated June 24, 1991 and April 21, 1995.

(o)     Any Professional that materially fails to comply with this Order shall (1) be ineligible to receive further monthly payments of fees or expenses as provided herein until further order of this Court and (2) may be required to disgorge any fees paid since retention or the last fee application, whichever is later.

And, it is further

---

[1] For the seventh interim fee period (October 1, 2010 through January 31, 2011), any Retained Professional may, but need not, take an additional forty-five (45) days to file its Interim Fee Application.

5

ORDERED that the Debtors shall include all payments to Professionals on their monthly operating reports, detailed by line item so as to state the amount paid to each of the Professionals, and detailed so as to state the amount paid to ordinary course professionals (which may be aggregated into one line item); and it is further

ORDERED that the amount of fees and disbursements sought be set out in U.S. dollars, with the conversion amount calculated at the time of the submission of the Monthly Statement, to the extent practicable, or as soon thereafter as possible.

ORDERED that any party may object to requests for payments made pursuant to this Fourth Amended Order, or move to modify or vacate all or certain provisions of this Fourth Amended Order, on the grounds that (a) the Debtors have not timely filed monthly operating reports, (b) the Debtors have not remained current with their administrative expenses or fees due under 28 U.S.C. § 1930(a)(6), (c) the Debtors are administratively insolvent or approaching insolvency, and (d) cause otherwise exists; provided, however, that the inclusion in this Fourth Amended Order of the foregoing bases shall not be determinative of the validity of any such bases and all parties' rights are expressly reserved; and it is further

ORDERED that, in the event that an Ordinary Course Professional (as such term is defined in the Order Pursuant to Sections 105(1), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business [Docket No. 1394] (the "OCP Order")) or a professional retained by the Examiner seeks more than $150,000 per month and, as set forth in the OCP Order or the *Order Discharging Examiner and Granting Related Relief* [Docket No. 10169] (as applicable), files a fee application for the full amount of its fees and expenses for that month, then the Debtors' attorneys shall obtain a

6

date from the Court for the hearing of the fee application, which shall be scheduled no earlier
than 30 days after the fee application is served on the Notice Parties; and it is further

ORDERED that all time periods set forth in this Fourth Amended Order shall be
calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure; and it
is further

ORDERED that sending notice of the hearing to consider Interim Fee Applications to the
Standard Parties entitled to notice pursuant to the Court's second amended order entered on
June 17, 2010 governing case management and administrative procedures for these cases
[Docket No. 9635] shall be good and sufficient notice; and it is further

ORDERED that that this Court shall retain jurisdiction to interpret and enforce this
Order.


Dated: New York, New York
       April 14, 2011

                                        s/ James M. Peck
                                        Honorable James M. Peck
                                        United States Bankruptcy Judge

7