CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Richard Levin

*Attorneys for Credit Suisse AG, Hong Kong Branch*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **Case No. 08-13555 (JMP)** |
| Debtors. | **(Jointly Administered)** |

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that Credit Suisse AG, Hong Kong Branch hereby withdraws its Notice of Transfer of Claim filed on February 2, 2012 (Docket No. 24896) from Citibank, NA., Hong Kong Branch as transferor to Credit Suisse AG, Hong Kong Branch as transferee in the amount of USD $100,000, as it is duplicative of its Notice of Transfer of Claim filed on August 4, 2011 (Docket No. 19020).  To be clear, Credit Suisse AG, Hong Kong Branch does not withdraw the claim.

Respectfully submitted on this 16th day of May 2012.

By  /s/ Richard Levin
Richard Levin
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

B-1

[[NYCORP:3348827v1:3176W: 05/16/2012--04:55 p]]