UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                         :    (Jointly Administered)
                        Debtors.                         :
                                                         :    Ref. Docket No. 27915
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

HERB BAER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 16, 2012, I caused to be served the "Response of Smurfit Kappa Acquisitions to Debtors' Two Hundred Thirty-Third Objection to Claims (No Liability Derivative Claims)," dated May 16, 2012 [Docket No. 27915], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via facsimile to the party listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Herb Baer

Sworn to before me this
17th day of May, 2012

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**Exhibit "A"**

Exhibit A – Email Addresses

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
anann@foley.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com

1

Exhibit A – Email Addresses

cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com

2

Exhibit A – Email Addresses

foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com

jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com

Exhibit A – Email Addresses

| | |
|---|---|
| jnadritch@olshanlaw.com | kobak@hugheshubbard.com |
| jnm@mccallaraymer.com | korr@orrick.com |
| john.monaghan@hklaw.com | kovskyd@pepperlaw.com |
| john.rapisardi@cwt.com | kpiper@steptoe.com |
| jorbach@hahnhessen.com | kressk@pepperlaw.com |
| Joseph.Cordaro@usdoj.gov | KReynolds@mklawnyc.com |
| joshua.dorchak@bingham.com | krosen@lowenstein.com |
| jowen769@yahoo.com | kuehn@bragarwexler.com |
| jowolf@law.nyc.gov | kurt.mayr@bgllp.com |
| joy.mathias@dubaiic.com | lacyr@sullcrom.com |
| JPintarelli@mofo.com | Landon@StreusandLandon.com |
| jporter@entwistle-law.com | lapeterson@foley.com |
| jprol@lowenstein.com | lathompson@co.sanmateo.ca.us |
| jrabinowitz@rltlawfirm.com | lberkoff@moritthock.com |
| jrsmith@hunton.com | Lee.Stremba@troutmansanders.com |
| jschwartz@hahnhessen.com | lgotko@fklaw.com |
| jsheerin@mcguirewoods.com | lgranfield@cgsh.com |
| jshickich@riddellwilliams.com | lhandelsman@stroock.com |
| jsmairo@pbnlaw.com | linda.boyle@twtelecom.com |
| jstoll@mayerbrown.com | lisa.ewart@wilmerhale.com |
| jsullivan@mosessinger.com | lisa.kraidin@allenovery.com |
| jteitelbaum@tblawllp.com | LJKotler@duanemorris.com |
| jtimko@shutts.com | lkatz@ltblaw.com |
| jtougas@mayerbrown.com | lmarinuzzi@mofo.com |
| judy.morse@crowedunlevy.com | Lmay@coleschotz.com |
| jvail@ssrl.com | lmcgowen@orrick.com |
| jwallack@goulstonstorrs.com | lml@ppgms.com |
| jwang@sipc.org | lnashelsky@mofo.com |
| jwcohen@daypitney.com | loizides@loizides.com |
| jweiss@gibsondunn.com | lromansic@steptoe.com |
| jwest@velaw.com | lscarcella@farrellfritz.com |
| jwh@njlawfirm.com | lschweitzer@cgsh.com |
| kanema@formanlaw.com | lsilverstein@potteranderson.com |
| karen.wagner@dpw.com | lubell@hugheshubbard.com |
| KDWBankruptcyDepartment@kelleydrye.com | lwhidden@salans.com |
| keckhardt@hunton.com | mabrams@willkie.com |
| keith.simon@lw.com | MAOFILING@CGSH.COM |
| Ken.Coleman@allenovery.com | Marc.Chait@SC.com |
| ken.higman@hp.com | margolin@hugheshubbard.com |
| kerry.moynihan@hro.com | mark.bane@ropesgray.com |
| kgwynne@reedsmith.com | mark.deveno@bingham.com |
| kiplok@hugheshubbard.com | mark.ellenberg@cwt.com |
| kjarashow@fklaw.com | mark.ellenberg@cwt.com |
| kkelly@ebglaw.com | mark.sherrill@sutherland.com |
| kkolbig@mosessinger.com | martin.davis@ots.treas.gov |
| klyman@irell.com | Marvin.Clements@ag.tn.gov |
| klynch@formanlaw.com | matt@willaw.com |
| kmayer@mccarter.com | matthew.klepper@dlapiper.com |

Exhibit A – Email Addresses

maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com

mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com

Exhibit A – Email Addresses

| | |
|---|---|
| ranjit.mather@bnymellon.com | sagolden@hhlaw.com |
| raul.alcantar@ropesgray.com | Sally.Henry@skadden.com |
| rbeacher@pryorcashman.com | sandyscafaria@eaton.com |
| rbyman@jenner.com | Sara.Tapinekis@cliffordchance.com |
| rdaversa@orrick.com | scargill@lowenstein.com |
| relgidely@gjb-law.com | schannej@pepperlaw.com |
| rfleischer@pryorcashman.com | Schepis@pursuitpartners.com |
| rfrankel@orrick.com | schnabel.eric@dorsey.com |
| rfriedman@silvermanacampora.com | schristianson@buchalter.com |
| rgmason@wlrk.com | schwartzmatthew@sullcrom.com |
| rgraham@whitecase.com | scottshelley@quinnemanuel.com |
| rhett.campbell@tklaw.com | scousins@armstrongteasdale.com |
| richard.fingard@newedge.com | sdnyecf@dor.mo.gov |
| richard.lear@hklaw.com | steven@blbglaw.com |
| richard.levy@lw.com | sehlers@armstrongteasdale.com |
| richard.tisdale@friedfrank.com | seichel@crowell.com |
| richard@rwmaplc.com | sfelderstein@ffwplaw.com |
| ritkin@steptoe.com | sfineman@lchb.com |
| RJones@BoultCummings.com | sfox@mcguirewoods.com |
| rleek@HodgsonRuss.com | sgordon@cahill.com |
| RLevin@cravath.com | sgubner@ebg-law.com |
| rmatzat@hahnhessen.com | shannon.nagle@friedfrank.com |
| rmcneill@potteranderson.com | sharbeck@sipc.org |
| rnetzer@willkie.com | shari.leventhal@ny.frb.org |
| robert.bailey@bnymellon.com | shgross5@yahoo.com |
| robert.dombroff@bingham.com | sidorsky@butzel.com |
| robert.henoch@kobrekim.com | slerman@ebglaw.com |
| robert.malone@dbr.com | slerner@ssd.com |
| Robert.yalen@usdoj.gov | slevine@brownrudnick.com |
| robertdakis@quinnemanuel.com | SLoden@DiamondMcCarthy.com |
| Robin.Keller@Lovells.com | smayerson@ssd.com |
| roger@rnagioff.com | smillman@stroock.com |
| ronald.silverman@bingham.com | smulligan@bsblawyers.com |
| ross.martin@ropesgray.com | snewman@katskykorins.com |
| rqureshi@reedsmith.com | sory@fdlaw.com |
| rrainer@wmd-law.com | spiotto@chapman.com |
| rreid@sheppardmullin.com | splatzer@platzerlaw.com |
| rrigolosi@smsm.com | SRee@lcbf.com |
| rroupinian@outtengolden.com | sschultz@akingump.com |
| rrussell@andrewskurth.com | sselbst@herrick.com |
| rterenzi@stcwlaw.com | sshimshak@paulweiss.com |
| russj4478@aol.com | sskelly@teamtogut.com |
| rwasserman@cftc.gov | sstarr@starrandstarr.com |
| rwyron@orrick.com | steele@lowenstein.com |
| s.minehan@aozorabank.co.jp | stephen.cowan@dlapiper.com |
| sabin.willett@bingham.com | steve.ginther@dor.mo.gov |
| sabramowitz@velaw.com | steven.troyer@commerzbank.com |
| SABVANROOY@HOTMAIL.COM | steven.usdin@flastergreenberg.com |

Exhibit A – Email Addresses

steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com

wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

Additional Email Addresses:
harvey.miller@weil.com
jacqueline.marcus@weil.com
Lee.Goldberg@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

7

**Exhibit "B"**

## LEHMAN BROTHERS HOLDINGS INC.
FAX LIST

| Name | Fax |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**Exhibit "C"**

Exhibit C – Core Parties

The Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq.,
Jacqueline Marcus, Esq. and Robert J. Lemons, Esq.

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Robert J. Lemons, Esq. and Lee J. Goldberg, Esq.

U.S. Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.,
and Evan R. Fleck, Esq.,

Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, NY 10007