# EXHIBIT A

745822_1.DOC

EINGEGANGEN 21. Sep. 2009
Q3044

BANQUE FRANCK, GALLAND & CIE SA

JOHNSON FINANCIAL GROUP

LEHMAN BROTHERS FINANCE S.A.
Talstrasse 82
8021 ZURICH

Geneva, September 18, 2009-09-18
JB/683

Dear Sirs,

We have been requested by one of our clients to file a claim in order to obtain a redemption or a compensation on the following assets :

-1'000- certificates Lehman/Nestlé  2005/30.12.2008     Isin XS0238679079
-8'000- certificates Lehman/Novartis 2005/30.12.2008    Isin XS0238681307

which are currently in deposit with Clearstream, Luxembourg for our account.

We kindly request you to inform us about the procedure to be applied in order to safeguard the interests of our client.

We thank you to answer directly to our Compliance department to the attention of Mr Jacques Bourger.

Sincerely,

Banque FRANCK, GALLAND et Cie S.A.

Anne Le Floch          Jacques Bourger

# LEHMAN BROTHERS

24. 09. 2009

Banque Franck, Galland & Cie SA
1, Rue Rodolphe Toepfer
CP 3254
1211 Geneva

REÇU le
2 8 SEP. 2009

**Re: Documentation request; warrant claim**

Dear Ms. Le Floch, Dear Mr. Bourger,

We have received a claim from you in regard to two warrants:
ISIN: XS0238679079
ISIN XS0238681307

In order to verify your claim we would need the following documentation:
-Bank statement showing that the warrants are held by Banque Franck, Galland & Cie SA
-Document, describing the warrant (also known as prospectus or final terms)

Many thanks for your collaboration in this matter.

For further details regarding the bankruptcy and other relevant information in connection to LBF, please refer to the PricewaterhouseCoopers webpage at http://www.pwc.ch/lbf.

Sincerely yours,
For and on behalf of
Lehman Brothers Finance AG in Liquidation
(Bankruptcy Liquidator Appointed)

Mr. Pascal Portmann and Mrs. Christiana Suhr Brunner
Partners of PricewaterhouseCoopers AG
PricewaterhouseCoopers AG as appointed bankruptcy liquidator of Lehman Brothers Finance AG in Liquidation

*The Bankruptcy Liquidator acts as agent of Lehman Brothers Finance AG without personal liability.*

**BANQUE FRANCK, GALLAND & CIE SA**

JOHNSON FINANCIAL GROUP

Lehman Brothers Finance AG
in liquidation
c/o PricewaterhouseCoopers AG
Talstrasse 82
PO Box 2828
8021 Zurich

Attn. Mr. Pascal Portmann
And Mrs. Christiana Suhr Brunner

Geneva, October 5, 2009
JB/alf

**Re. Documentation request; warrant claim**
**ISIN: XS0238 679 079 Lehman Bros Certificate Nestle**
**ISIN: XS0238 681 307 Lehman Bros Certificate Novartis**

Dear Mrs. Suhr Brunner,
Dear Mr. Portmann,

As requested in your letter of September 24, please find, herewith, the following documents:

- Clearstream statements showing that we hold 8,000 Certificates on Novartis and 1,000 Certificates on Nestlé;
- Certificate Plus on Novartis: Terms and conditions of 20th December 2005;
- Certificate Plus on Nestle: Terms and conditions of 30th June 2008.

Yours truly,

Banque Franck, Galland & Cie S.A.

Anne Le Floch    Jacques Bourger

# LEHMAN BROTHERS

REÇU le

-2 NOV. 2009

**by mail**

To: Banque Franck, Galland & Cie SA
1, Rue Rodolphe Toepfer
CP 3254
1211 Geneva

28.10.2009

**Warrant Claim, Documentation, Filing with Correct Lehman Brothers Entity**

Dear Ms. Le Floch, Dear Mr. Bourger,

We have received your claim in regard to the following warrants.
ISIN XS0238679079
ISIN XS0238681307

We would like to ask you to review the documentation on your claim and ensure that you filed your claim with the correct Lehman Brothers entity. Please note that Lehman Brothers Finance SA only can recognise claims of issued products in regard to which the issuer is Lehman Brothers Finance SA.

Please provide us with the final terms or pricing supplement (legally binding document describing the issued product) and dated bank statement proving that you are the legally entitled holder of the issued products.

Please note that although we acknowledge receipt of your claim, no admission is made as to the validity of any claims that have been served or as to the calculation of any amount specified in such claims.

Yours sincerely,
Pricewaterhouse Coopers SA

_____          _____
Christiana Suhr Brunner                    Felix Huber

*The Bankruptcy Liquidator acts as agent of Lehman Brothers Finance AG without personal liability.*

LEHMAN BROTHERS FINANCE S.A. (IN LIQUIDATION, PRICEWATERHOUSECOOPERS AS APPOINTED LIQUIDATORS)
TALSTRASSE 82 – P.O.BOX 2828 – CH-8021 ZURICH – SWITZERLAND
TELEPHONE (41) 44 287 88 42



RE: warrant claim to be filed with LB Nederland
Nadia Casanova
A :
alefloch@bfranck.com
05.11.2009 09:39
Cc :
Migmar Tashi, "'claudio.bitzi@ch.pwc.com'", "'veronique.manavi-besson@ch.pwc.com'"
Masquer les détails
De : Nadia Casanova <nadia.casanova@lbf-inliq.ch>

A : "alefloch@bfranck.com" <alefloch@bfranck.com>

Cc : Migmar Tashi <mtashi@lbf-inliq.ch>, "'claudio.bitzi@ch.pwc.com'" <claudio.bitzi@ch.pwc.com>, "'veronique.manavi-besson@ch.pwc.com'" <veronique.manavi-besson@ch.pwc.com>

Historique : Ce message a été transféré.

2 Attachments

 

ATT00001.gif  ATT00002.gif

Dear Ms. Floch,

please find the information in regard to Lehman Brothers Treasury Co BV below.
On below link you will find information in regard to the filing of claims on the basis of the EMTN issuance programme an email addres and the post address.

http://www.lehmanbrotherstreasury.com/index.html

info.lbtreasurybv@houthoff.com.

Postanschrift:

Houthoff Buruma N.V.
zu Händen von Herrn Benno Verburgt und Herrn Michiel Horck
Postfach 75505
1070 AM Amsterdam
Niederlande

Kind regards
Nadia Casanova

Nadia Casanova
Lehman Brothers Finance, S.A. (in bankruptcy liquidation)
Talstrasse 82, CH-8021 Zurich, Switzerland
Tel: +41 44 287 88 35, nadia.casanova@lbf-inliq.ch

---

**From:** alefloch@bfranck.com [mailto:alefloch@bfranck.com]
**Sent:** Thursday, November 05, 2009 9:37 AM
**To:** Nadia Casanova
**Subject:** warrant claim to be filed with LB Nederland


Dear Madam,

Following our today's conversation, I would be most grateful if you could give me the contact details for the relevant person and department with Lehman Brothers Nederland, to whom we should address our claim.

Thank you for your help.
Best regards,

Anne Le Floch

**Banque Franck, Galland & Cie SA**
Rue Rodolphe Toepffer 1 - CP 3254
CH-1211 Genève 3

Tel : +41(0) 58 310 46 63 - Fax : +41(0) 58 310 44 49
alefloch@bfranck.com - www.franckgalland.com

Très soucieux de notre environnement, nous vous remercions de considérer si ce message peut être traité par voie électronique au lieu d'être imprimé.
Kindly take into account a desire to preserve our precious environment before deciding to print this message.

This message contains confidential information and is intended only for the individual named herein. If you are not the herein named adressee you should not disseminate, distribute, copy or otherwise make use of this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake, and delete this e-mail from your system. The company does not guarantee the origin of this message, the integrity of its contents, nor does it accept any responsability in actions that would result from interpretation of this message.