# EXHIBIT B

745822_1.DOC

Register
Anne Le Floch  A : info.lbtreasurybv                                              05.11.2009 11:11
Envoyé par :  Anne Le Floch
Cc :              Jacques Bourger

Dear Sirs,

We would like to register a claim, on behalf of one of our clients, to obtain a redemption or compensation for the following assets:
- 1,000 certificates Lehman / Nestlé, ISIN XS023867909
- 8,000 certificates Lehman / Novartis, ISIN XS0238681307
which are deposited with Clearstream, Luxemburg, in the safekeeping account of our bank.

Please find, herewith, our exchange of correspondence with Lehman Brothers Finance SA (in liquidation), Zurich, who have asked us to register this claim with Houthoff Buruma NV as liquidators of Lehman Brothers Treasury Co BV, and the attachments we have sent them with the following information:
- Clearstream statements showing we hold both positions;
- Certificate Plus on Nestlé: Terms and conditions of 30th June 2008;
- Certificate Plus on Novartis: Terms and conditions of 20th December 2005.

Kindly confirm safe receipt of this email, and explain how we should proceed to register our claim. Please be so kind as to address your answers to Mr. Jacques Bourger, Compliance Officer, and to myself.
Thank you for your help.
Best regards,

Anne Le Floch

**Banque Franck, Galland & Cie SA**
Rue Rodolphe Toepffer 1 - CP 3254
CH-1211 Genève 3

Tel : +41(0) 58 310 46 63 - Fax : +41(0) 58 310 44 49
alefloch@bfranck.com - www.franckgalland.com

Très soucieux de notre environnement, nous vous remercions
de considérer si ce message peut être traité par voie électronique au lieu d'être imprimé.
Kindly take into account a desire to preserve our precious environment before deciding to print this message

   
BFG-certif doc.pdf  LBF-corresp 09.09-10.pdf



**RE: Register**

noreply.lbtreasurybv  A : alefloch@bfranck.com          05.11.2009 11:13

Historique :        Ce message a été transféré.

Dear Sir, Madam,

Thank you for your e-mail.

All general information with regard to the LBT bankruptcy is made available via the website www.lehmanbrotherstreasury.com. The Notices to Noteholders, along with other relevant documents (including the First and Second Notice to creditors), have also been made available on this website.

Your e-mail address will be added to a mailing list. Subsequently, you will receive a notification when press releases and other general information to creditors or noteholders will be made available. In addition, general information may be send directly to you by e-mail.

This e-mail was automatically generated by the Houthoff Buruma N.V. e-mail server.

---

Sehr geehrte Damen und Herren,

vielen herzlichen Dank für Ihre E-Mail.

Alle allgemeinen Informationen zum Konkursverfahren der LBT sowie die Nachrichten für Zertifikatsinhaber und sonstige wichtige Texte (einschließlich der ersten und zweiten Nachricht für Anleihegläubiger) finden sich auf der Webseite www.lehmanbrotherstreasury.com.

Ihre E-Mail-Adresse wird in eine Verteilerliste aufgenommen. Sobald Pressemitteilungen und sonstige allgemeine Informationen für Gläubiger oder Zertifikatsinhaber veröffentlicht worden sind, werden Sie entsprechend informiert. Zudem werden Ihnen allgemeine Informationen per E-Mail übersandt.

Diese E-Mail ist automatisch vom E-Mail-Server der Houthoff Buruma N.V. verschickt worden.

---

*****************************************************************
This communication is sent to you on behalf of Houthoff Buruma N.V. This e-mail and the information it contains, is for the use of the addressee(s) and may be confidential or privileged. Unauthorised use, disclosure or copying is strictly prohibited. If you are not the/an addressee and are in possession of this e-mail, please notify us immediately. Houthoff Buruma is the trade name of Houthoff Buruma N.V. with registered office in Amsterdam (CC Amsterdam no. 34216182). Houthoff Buruma's general terms and conditions, which stipulate a limitation of liability, the applicability of Dutch law and the exclusive jurisdiction of the District Court of The Hague, are applicable to all work performed. A copy of the general terms and conditions is available on request or at www.houthoff.com.
Whenever we use the word "partner" in our communications, we refer to a partner as defined in our General Terms and Conditions as well as to a person who, as a proxyholder of Houthoff Buruma N.V., was given the personal title of partner.
*****************************************************************

HOUTOFF BURUMA N.V.
Postfach 75505
NL - 1070 AM Amsterdam

Attn. Mr. B. Verburgt
And  Mr. M.F. Horck

Geneva, November 9, 2009
JB/alf

**Re.  Warrant claim**
**ISIN: XS0238 679 079 Lehman Bros Certificate Nestle**
**ISIN: XS0238 681 307 Lehman Bros Certificate Novartis**

Dear Sirs,

We have been requested by one of our clients to obtain a redemption or compensation on the assets mentioned above, which are deposited in our account with Clearstream, Luxemburg. We initially contacted LBF in Zurich, who advised us to file this claim with yourselves.

Please find, herewith, the following documents:
- Clearstream statements showing that we hold 8,000 Certificates on Novartis and 1,000 Certificates on Nestlé;
- Certificate Plus on Novartis: Terms and conditions of 20th December 2005;
- Certificate Plus on Nestle: Terms and conditions of 30th June 2008.

Kindly inform us of the procedure we should follow to safeguard the interests of our client.

Please send your answer to our Compliance Department, for the attention of Mr. Jacques Bourger.

Yours truly,

Banque Franck, Galland & Cie S.A.

Anne Le Floch     Jacques Bourger

BANQUE FRANCK, GALLAND & CIE SA

JOHNSON FINANCIAL GROUP

Registered mail

HOUTOFF BURUMA N.V.
Postfach 75505
NL - 1070 AM Amsterdam

Attn. Mr. B. Verburgt
And  Mr. M.F. Horck

Geneva, January 11, 2010
JB/alf

**Re.  Warrant claim**
**ISIN: XS0238 679 079 Lehman Bros Certificate Nestle**
**ISIN: XS0238 681 307 Lehman Bros Certificate Novartis**

Dear Sirs,

Please find, herewith, copy of our letter of November 9, 2009, sent to you by registered mail. To date we have received no answer from you.

Please acknowledge receipt of our November letter and confirm that you have taken due note of our Warrant claim.

Yours truly,

Banque Franck, Galland & Cie S.A.

Anne Le Floch         Jacques Bourger