EVIDENCE OF TRANSFER OF LBHI CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **ING Bank A.S.** ("Seller") has, pursuant to and as more fully detailed in a claim purchase agreement dated May 17, 2012, unconditionally and irrevocably sold, transferred and assigned to **Chase Lincoln First Commercial Corporation** ("Buyer") all of Seller's rights, title and interest in and to Seller's claim no. 10347 in the amount of **$2,787,200.00** (the "Claim") against Lehman Brothers Holdings Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 17 day of May 2012.

| SELLER: | BUYER: |
|---|---|
| ING BANK A.S. | CHASE LINCOLN FIRST COMMERCIAL CORPORATION |
| Name: | Name: Peter Schoepe |
| Title: Director | Title: Authorized Signatory |

G:\AGREEMEN\Lehman Claims\(LBIE Stipulated and LBHI)\(LBIE Stipulated- LBHI) ING to Chase Lincoln [1540215] 5.9.12TD; $2.7M\EOT (LBIE Stipulated- LBHI) ING to Chase Lincoln [1540215] 5.9.12TD; $2.7M.docx