**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
Morristown, New Jersey 07962
(973) 538-4006
*-and-*
156 West 56th Street, Suite 803
New York, New York 10019-3800
Warren J. Martin Jr.
Matthew B. Heimann

*Counsel to Samuel E. Belk IV*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>LEHMAN BROTHERS HOLDING INC., *et al.*,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>Jointly Administered |

# CERTIFICATE OF SERVICE

I, Matthew B. Heimann, a associate of the law firm of Porzio Bromberg & Newman, P.C., and counsel to Samuel E. Belk IV, hereby certifies that on May 17, 2012, I caused a true and correct copy of the following documents (the "Response"), to be electronically filed with the Court and served upon all parties who receive electronic filings via the ECF Filing System in this case:

- Response of Claimant Samuel E. Belk IV to Debtors' Two Hundred Eighty-Eighth Omnibus Objection to Claims (Employment-Related Claims).

Additionally, on May 17, 2012, the Response was also served upon all parties on the attached Exhibit A in the manner indicated.

I certify under penalty of perjury that the foregoing statements made by me are true.

Dated: May 17, 2012

By: */s/ Matthew B. Heimann*
Matthew B. Heimann

**EXHIBIT A**

| The Honorable James M. Peck<br>One Bowling Green,<br>Courtroom 601<br>New York, New York 10004<br><br>*Via Regular Mail* | WEIL, GOTSHAL & MANGES, LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>robert.lemons@weil.com<br>mark.bernstein@weil.com<br>erika.delnido@weil.com<br><br>*Via Regular Mail and E-mail* | Office of the United States<br>Trustee for Region 2<br>33 Whitehall Street, 21st Floor,<br>New York, New York 10004<br>andrea.b.schwartz@usdoj.gov<br><br>*Via Regular Mail and E-mail* |
|---|---|---|