WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
: 
In re                                                                   :   Chapter 11 Case No.
                                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
                                                                              :
                                  Debtors.                          :   (Jointly Administered)
                                                                              :
                                                                              :
-------------------------------------------------------------------x

NOTICE OF ADJOURNMENT OF
ONE HUNDRED THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, (i) solely as to the claims listed on Exhibit A attached hereto, to a date to be determined (the "Adjourned Hearing"), and (ii) solely as to the claims listed on Exhibit B attached hereto, to June 28, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "June Hearing"), or as soon thereafter as counsel may be heard. Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases, will provide notice of the new date and time of the Adjourned Hearing by (a) filing a notice of hearing with the Court and (b) serving the same upon (i) the United States Trustee for Region 2; (ii) the Securities and Exchange

US_ACTIVE:\43748525\12\58399.0003

Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) each claimant listed on <u>Exhibit A</u>; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635].  The June Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and the June Hearing may be further adjourned from time to time without further notice other than an announcement at the June Hearing.

Dated:  May 17, 2012
       New York, New York

                                                       /s/ Jacqueline Marcus
                                                       Jacqueline Marcus

                                                       WEIL, GOTSHAL & MANGES LLP
                                                       767 Fifth Avenue
                                                       New York, New York 10153
                                                       Telephone: (212) 310-8000
                                                       Facsimile: (212) 310-8007

                                                       Attorneys for Lehman Brothers Holdings Inc.
                                                       and Certain of Its Affiliates

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| FIRST CHOICE POWER, LP | 22018 | 17725 |
| FIRST CHOICE POWER, LP | 22015 | 17725 |
| GILA RIVER POWER, L.P. | 67522 | 17681 |
| GILA RIVER POWER, L.P. | 67523 | 17681 |
| GLITNIR BANK HF | 27430 | 17730 |
| GLITNIR BANK HF | 27420 | 17730 |
| INTERWIND CORP. F/K/A SKYPOWER CORP. | 33430 | 17632 |
| PORT OF TACOMA | 42913 | 19368 |
| UNITED COMPANY | 22942 | 23518 |
| UNITED COMPANY | 22940 | 23518 |
| UNITED COMPANY | 22941 | 23518 |

## Exhibit B

### Claims Adjourned to June 28, 2012 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| WESTERNBANK PUERTO RICO | 12590 | N/A |
| WESTERNBANK PUERTO RICO | 12589 | N/A |