WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :    08-13555 (JMP)
                                        :
          Debtors.                      :    (Jointly Administered)
                                        :
                                        :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF**
**ONE HUNDRED FIFTY-SIXTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the One Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to a date to be determined** (the "Hearing"). Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases, will provide notice of the new date and time of the Hearing by (a) filing a notice of hearing with the Court and (b) serving the same upon (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) each claimant listed on Exhibit A; and (vi) all other parties entitled to notice in accordance with the

US_ACTIVE:\43792050\11\58399.0003

procedures set forth in the second amended order entered on June 17, 2010 governing case

management and administrative procedures for these cases [ECF No. 9635].

Dated: May 17, 2012
      New York, New York

                /s/ Jacqueline Marcus
                Jacqueline Marcus

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Lehman Brothers Holdings Inc.
                and Certain of Its Affiliates

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32916 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32917 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32920 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32921 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32934 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32935 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32960 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32986 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32987 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32993 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32994 | 18438 |