WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
: 
In re                                                  :    **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,           :    **08-13555 (JMP)**
                                                       :
                    Debtors.                           :    **(Jointly Administered)**
                                                       :
                                                       :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**TWO HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, (i) solely as to the claims listed on Exhibit A attached hereto, to a date to be determined (the "Adjourned Hearing"), (ii) solely as to the claims listed on Exhibit B attached, to June 28, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "June Hearing"), or as soon thereafter as counsel may be heard, and **(iii) solely as to the claims listed on Exhibit C attached hereto, to July 19, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "July Hearing," and, together with the Adjourned Hearing and the June Hearing, the "Hearings"), or as soon thereafter as counsel may be heard.  Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the

US_ACTIVE:\43866402\09\58399.0003

above-referenced chapter 11 cases, will provide notice of the new date and time of the Adjourned Hearing by (a) filing a notice of hearing with the Court and (b) serving the same upon (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) each claimant listed on <u>Exhibit A</u>; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635].  The Hearings will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and each such Hearing may be further adjourned from time to time without further notice other than an announcement at each such Hearing.

Dated:  May 17, 2012
       New York, New York

                                            /s/ Jacqueline Marcus
                                            Jacqueline Marcus

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Lehman Brothers Holdings Inc.
                                            and Certain of Its Affiliates

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| ACTS RETIREMENT-LIFE COMMUNITIES, INC. | 16217 | 22252 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC. | 16218 | 22252 |
| AFCO CARGO PIT LLC | 22899 | 21796 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND | 44972 | 22630 |

## Exhibit B

## Claims Adjourned to June 28, 2012 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| FPL ENERGY POWER MARKETING, LLC | 32089 | N/A |
| FPL ENERGY POWER MARKETING, LLC | 32101 | N/A |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | 23642 | N/A |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | 23643 | N/A |

## Exhibit C

## Claims Adjourned to July 19, 2012 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| CERBERUS INTERNATIONAL, LTD. | 25006 | N/A |
| CERBERUS INTERNATIONAL, LTD. | 25009 | N/A |