# United States Bankruptcy Court
## Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.      Case No. 08-13555 (JMP)
                                                                                          (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Deutsche Bank AG, London Branch** | **Lehman Brothers Bankhaus AG (in Insolvenz)** |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Alexander Kraemer
E-mail:    Michael.Sutton@db.com /
              Alexander.Kraemer@db.com

Court Claim # (if known): 58233

Amount of Claim (transferred):

**US$6,425,000,000.00** Class 4B Claim (allowed as a non-priority, unsecured claim pursuant to Section 2.1(a)(2) of that certain Amended and Restated Settlement Agreement, dated as of March 1, 2011 and Amendment no.1 to the Amended and Restated Settlement Agreement, dated as of 18 March 2011 (as amended, supplemented or otherwise modified from time to time) and approved pursuant to the Bankruptcy Court's order confirming the Third Amended Joint Chapter 11 Plan of LBHI and its Affiliated Debtors, dated December 6, 2011)

Date Claim Filed: October 30, 2009

Tel: +49 69 71701 300

Last Four Digits of Acct. #:                                              Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _[signature]_                                                              Date: 18th May 2012

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York
(the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO.: Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.: 58233 **(In Part - See Below)**

DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: This Evidence of Transfer of Claim relates solely to the portion of Claim No. 58233 in the amount of $6,425,000,000 (the "Claim") allowed as a non-priority, unsecured claim pursuant to Section 2.1(a)(2) of that certain Amended and Restated Settlement Agreement, dated as of March 1, 2011 and Amendment no.1 to the Amended and Restated Settlement Agreement, dated as of 18 March 2011 (as amended, supplemented or otherwise modified from time to time) and approved pursuant to the Bankruptcy Court's order confirming the Third Amended Joint Chapter 11 Plan of LBHI and its Affiliated Debtors, dated December 6, 2011.

It is hereby certified that Dr. Michael Frege in his capacity as insolvency administrator over the assets of **LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT I. INS,** ("Seller") has, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**

Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 207 547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Alexander Kraemer
E-mail: michael.sutton@db.com / alexander.kraemer@db.com

("Buyer"), by assignment agreement dated April 30, 2012 (as amended by that certain amendment agreement dated May 11, 2012), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with 100% of the Claim, in the principal amount of **US$ 6,425,000,000.**

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law with respect to the transfer of the Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18 DAY OF MAY 2012.

Dr. Michael C. Frege, in his capacity as insolvency administrator over the assets of LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT i. Ins.

Name: Dr. Michael Frege
Title: Insolvency Administrator

Dr. Michael C. Frege
as Insolvency Administrator
of Lehman Brothers Bankhaus AG
Barckhausstraße 12-16 D-60325 Frankfurt am Main
Tel. +49(0)69/71701-300 Fax +49(0)69/71701-40-410

Deutsche Bank AG, London Branch

Name:
Title: Ross Miller, Director | Philipp Roever, Vice President

LBB.LBHI SCA Claim II – LBB.DB Evidence of Transfer