B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.          Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Holistic Investment Corp | Bank Hapoalim B.M. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Eduardo Brender, Financial Advisor

RBC Wealth Management

801 Brickell Ave, Suite 1500

Miami, FL  33131

305-925-2467

Eduardo.brender@rbc.com

Court Claim # (if known): **55854**
Total Amount of Claim Filed: **92,571,574**
Amount of Claim Transferred: **USD500,000.00**
ISIN/CUSIP: **XS0347872128**
Blocking Number: **6049853**
Date Claim Filed: **10/29/2009**

Phone: **305-925-2467**
Last Four Digits of Acct #: **xxx-x0686**

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____           Date: __3/21/2012__
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Holistic Investment Corp | Bank Hapoalim B.M. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Eduardo Brender, Financial Advisor

RBC Wealth Management

801 Brickell Ave, Suite 1500

Miami, FL  33131

305-925-2467

Eduardo.brender@rbc.com

Court Claim # (if known): **55854**
Total Amount of Claim Filed: **92,571,574**
Amount of Claim Transferred: **USD350,000.00**
ISIN/CUSIP: **XS0329201528**
Blocking Number: **6049687**
Date Claim Filed: **10/29/2009**

Phone: **305-925-2467**
Last Four Digits of Acct #: **xxx-x0686**

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____    Date: __3/21/2012__
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                Case No. 08-13555

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Holistic Investment Corp | Bank Hapoalim B.M. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Eduardo Brender, Financial Advisor

RBC Wealth Management

801 Brickell Ave, Suite 1500

Miami, FL  33131

305-925-2467

Eduardo.brender@rbc.com

Court Claim # (if known): **55854**
Total Amount of Claim Filed: **92,571,574**
Amount of Claim Transferred:
**USD1,970,000.00**
ISIN/CUSIP: **XS0340592681**
Blocking Number: **6049773**
Date Claim Filed: **10/29/2009**

Phone: **305-925-2467**
Last Four Digits of Acct #: **xxx-x0686**

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: __3/21/2012__
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.