WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                    :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,             :    **08-13555 (JMP)**
:
Debtors.                              :    **(Jointly Administered)**
:
:
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**TWO HUNDRED NINETY-SECOND OMNIBUS OBJECTION TO**
**CLAIMS (NO GUARANTEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Ninety-Second Omnibus Objection to Claims (No Guarantee Claims), that was scheduled for May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to June 28, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further

adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  May 18, 2012
      New York, New York

      /s/ Jacqueline Marcus
      Jacqueline Marcus

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Lehman Brothers Holdings Inc.
      and Certain of Its Affiliates

## Exhibit A

## Claims Adjourned to June 28, 2012 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6 SUPPLEMENTAL INTEREST TRUST | 28379 | N/A |
| SISTEMA UNIVERSITARIO ANA G. MENDEZ, INCORPORADO | 30842 | N/A |