Douglas R. Davis
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Attorney for Bank Hapoalim (Switzerland) Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
                                      : Chapter 11
In re:                                :
                                      : Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., :
                                      : Jointly Administered
                            Debtors.  :
                                      :
------------------------------------- x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Bank Hapoalim (Switzerland) Ltd. ("BHS"), hereby enters its appearance by and through its counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that such party in interest hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in these cases be given and served upon the undersigned representatives at the following address and telephone number:

>Douglas R. Davis
>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
>1285 Avenue of the Americas
>New York, NY  10019-6064
>Tel. No. (212) 373-3000
>Fax No. (212) 757-3990
>ddavis@paulweiss.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the above-referenced case and the proceedings therein.

Neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed as (a) a consent by BHS or any of its affiliates to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving BHS or any of its affiliates or (b) a waiver of any right of BHS or any of its affiliates (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to rights, claims, actions, defenses, setoffs or recoupments to which BHS or any of its affiliates may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

| | |
|---|---|
| Dated: New York, New York<br>May 18, 2012 | PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br><br>By:   /s/ *Douglas R. Davis*<br>      Douglas R. Davis<br>      (A Member of the Firm)<br>      1285 Avenue of the Americas<br>      New York, New York  10019-6064<br>      Telephone:  (212) 373-3000<br>      Facsimile:  (212) 757-3990<br><br>*Attorney for Bank Hapoalim (Switzerland) Ltd.* |