## EXHIBIT B

### EXPENSE SUMMARY BY SNR DENTON US LLP FOR THE
### FIFTH INTERIM PERIOD OF OCTOBER 1, 2011 THROUGH MARCH 6, 2012

| EXPENSES | AMOUNTS |
|---|---|
| Document Reproduction | $1,176.10 |
| Delivery | $2,567.94 |
| Outside Professional Services | $1,377.10 |
| Ground Transportation | $351.34 |
| **Total:** | **$5,472.48** |

17741875\V-4