# EXHIBIT C

### COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED
### BY SNR DENTON US LLP FOR THE
### FIFTH INTERIM PERIOD OF OCTOBER 1, 2011 THROUGH MARCH 6, 2012

| PROJECT CATEGORY | CLIENT NUMBER | MATTER NUMBER | HOURS | AMOUNT |
|---|---|---|---|---|
| **Real Estate** | 21416248 | 0617 | 5.70 | $3,573.00 |
| | 21416248 | 0795 | 43.50 | $26,098.50 |
| | 21416248 | 0807 | 0.50 | $420.00 |
| | 21416248 | 0824 | 56.30 | $34,212.50 |
| | 21416248 | 0832 | 23.10 | $12,323.50 |
| | 21416248 | 0838 | 10.50 | $6,443.00 |
| | 21416248 | 0851 | 29.90 | $25,130.50 |
| | 21416248 | 0865 | 0.70 | $588.00 |
| | 09807760 | 0008 | 27.50 | $19,387.50 |
| | 09807760 | 0011 | 219.40 | $136,788.50 |
| | 09807760 | 0021 | 12.90 | $7,141.50 |
| **Fee/Retention Issues** | 09807760 | 0030 | 83.00 | $35,771.00 |
| | 09807760 | 0039 | 101.70 | $62,239.50 |
| **Total Fees Invoiced** | | | **614.70** | **$370,117.00** |
| **Total Fees Requested:** | | | | **$370,117.00** |

17741875\V-4