# SNR DENTON ⬐

SNR Denton US LLP
1221 Avenue of the Americas
New York, NY 10020-1089 USA

Hugh M. McDonald
Partner
hugh.mcdonald@snrdenton.com
D  +1 212 768 6876
T  +1 212 768 6700
F  +1 212 768 6800
snrdenton.com

February 29, 2012

Mr. John Suckow
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, New York 10020

Mr. David Coles
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, New York 10020

> **Re:** **Lehman Brothers Holdings Inc., et. al.,**
> **Case No: 08-13555 (JMP)**
> **SNR Denton US LLP Fee Statement**

Dear Messrs. Suckow and Coles:

Enclosed, please find the fee statement (the "Fee Statement") of SNR Denton US LLP ("SNR Denton") for services rendered and expenses incurred between January 1, 2012 and January 31, 2012 (the "Fee Statement Period") to the debtors in the above-referenced bankruptcy proceedings (collectively, the "Debtors"). We have also enclosed a detailed listing of the services provided by SNR Denton to the Debtors and related disbursements.[1]

In accordance with the Fourth Amended Order Pursuant to Sections 105(A) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(A) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals entered by the United States Bankruptcy Court Southern District Of New York on April 14, 2011 (the "Order"), SNR Denton requests payment of $29,023.20 (i.e., 80% of $36,279.00 in fees) and $308.12 in expenses, for a total of $29,331.32 in fees and expenses for the Fee Statement Period.

Below please find a detailed account of all invoices:

| Invoice Date | Invoice Number | Matter | Total Fees | Total Costs | Total Fees and Costs for Month |
|---|---|---|---|---|---|
| **January 2012** | | | **$36,279.00** | **$308.12** | **$36,587.12** |
| 2/17/12 | 1360913 | Bankruptcy | $1,580.00 | $191.22 | $1,771.22 |
| 2/27/12 | 1361947 | CW Capital Rakes | $6,722.00 | $0.50 | $6,722.50 |

---

[1] Invoices for January 2012 are enclosed with this Fee Statement as Exhibit A.

# SNR DENTON ⌐

Mr. John Suckow
Mr. David Coles
February 29, 2012
Page - 2 -

| Invoice Date | Invoice Number | Matter | Total Fees | Total Costs | Total Fees and Costs for Month |
|---|---|---|---|---|---|
| 2/27/12 | 1361946 | Hilton Mezz Participation Loan | $6,674.50 | $6.20 | $6,680.70 |
| 2/27/12 | 1361945 | John Hancock C-Note Participation | $21,302.50 | $110.20 | $21,412.70 |
| | | TOTAL FOR FEE STATEMENT: | | | $36,587.12 |

If none of the Notice Parties[2] object to the Fee Statement before the Monthly Statement Objection Deadline, the Debtors are authorized to pay the amount of $29,331.32.

Please feel free to contact me if you have any questions.

Very truly yours,
SNR DENTON US LLP

By: _Hugh M. McDonald_
Hugh M. McDonald

Enclosures

cc:    (w/encls.):    Notice Parties (as defined in the Order)

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Order.

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020
USA

February 17, 2012

**Invoice No. 1360913**

Client/Matter: 09807760-0030

BANKRUPTCY (POST-PETITION WORK)

Payment Due Upon Receipt

---

Total This Invoice                              $        1,771.22

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP                    snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

JOELLE HALPERIN                                      February 17, 2012
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR            **Invoice No. 1360913**
NEW YORK, NY 10020
USA

Client/Matter:  09807760-0030

BANKRUPTCY (POST-PETITION WORK)

For Professional Services Rendered through January 31, 2012:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/03/12 | D. Pisciotta | 0.30 | 0100 | Several e-mails to and from J. Suckow, and internally regarding fee statements for November time. |
| 01/26/12 | D. Pisciotta | 3.70 | 0100 | Review December invoices for compliance with fee protocols and draft fee statements and budgets. |

Total Hours                    4.00

Fee Amount                                                      $1,580.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| D. Pisciotta | $395.00 | 4.00 | $1,580.00 |
| Totals | | 4.00 | $1,580.00 |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 12/30/2011 | Delivery FedEx Airbill #793067980914 12/30/11 Delivery to  767 5th Ave Fl, NEW YORK CITY, NY | 9.92 |
| 12/30/2011 | Delivery FedEx Airbill #793069630800 12/30/11 Delivery to  1 E Main St, MADISON, WI | 12.28 |
| 12/30/2011 | Delivery FedEx Airbill #793069655789 12/30/11 Delivery to  600 Lexington Ave, NEW YORK CITY, NY | 9.92 |
| 12/30/2011 | Delivery FedEx Airbill #797898443864 12/30/11 Delivery to  1 Chase Manhattan Plz Fl 4 NEW YORK CITY, NY | 9.92 |
| 12/30/2011 | Delivery FedEx Airbill #797900091310 12/30/11 Delivery to  33 Whitehall St Fl 22, NEW YORK CITY, NY | 9.92 |

BANKRUPTCY (POST-PETITION WORK)

February 17, 2012

Matter: 09807760-0030
Invoice No.: 1360913

| Date | Description | | | Amount |
|------|-------------|---|---|-------:|
| 12/30/2011 | Delivery FedEx Airbill #797900084926 12/30/11 Delivery to  115 S 15th St Ste 400, RICHMOND, VA | | | 10.64 |
| | | | SUBTOTAL | 62.60 |
| 12/28/2011 | Ground Transportation Delivery - JERSEY CITY,NJ | Royal 1101 SUMMIT | AVENUE | 63.24 |
| 1/10/2012 | Ground Transportation Delivery - JERSEY CITY,NJ | Royal 1101 SUMMIT | AVENUE | 65.38 |
| | | | SUBTOTAL | 128.62 |
| | Total Disbursements | | | $191.22 |

| | | |
|---|---|---:|
| Fee Total | $ | 1,580.00 |
| Disbursement Total | $ | 191.22 |
| Invoice Total | $ | 1,771.22 |

3

# SNR DENTON ⊐

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020

February 27, 2012

**Invoice No. 1361947**

Client/Matter: 21416248-0851

CW Capital Rakes

Payment Due Upon Receipt

---

Lehman Contact: Thomas Buffa

Total This Invoice                               $          6,722.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020

February 27, 2012

**Invoice No. 1361947**

Client/Matter:  21416248-0851

CW Capital Rakes

For Professional Services Rendered through January 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 01/11/12 | M. Williams | 0.80 | 2300 | | Draft consent letter (.8) |
| 01/12/12 | M. Williams | 0.40 | 2300 | | Telephone conference with mr. Buffa regarding status of negotiations, status of proposed modification of underlying loan (.4) |
| 01/16/12 | M. Williams | 1.00 | 2300 | | Telephone conference with Mr. Buffa regarding rake bond structure and rights, role of servicer and corporate borrower and rake bond holder consent rights and servicer over-ride (1.0). |
| 01/25/12 | M. Williams | 2.30 | 2300 | | Review rakes loan documents and related correspondence and memos (.9), prepare time line of drafts, pre negotiation agreements, requests for modifications, consents, etc., (1.0) office conference with H. McDonald regarding bankruptcy issues in preparation for call with Weil and Mr. Buffa (.4). |
| 01/25/12 | H. McDonald | 0.40 | 0100 | | Office conference with M. Williams regarding bankruptcy issue on loan and contract rejection (.4). |
| 01/26/12 | M. Williams | 0.80 | 2300 | | Telephone conference with Ms. Marcus, Mr. Kasenetz, Mr. Buffa regarding borrower's objection to assumption motion (.4), begin draft of open issues from May 2011 negotiations (.4). |
| 01/27/12 | M. Williams | 2.30 | 2300 | | Prepare list of open business items from may 2011 negotiations with borrower (2.2), email memo regarding same to Mr. Buffa (.1) |
| Total Hours | | 8.00 | | | |

2

13015929\V-2

CW Capital Rakes

February 27, 2012

Matter: 21416248-0851
Invoice No.: 1361947

Fee Amount                                                                          $6,722.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $840.00 | 7.60 | $6,384.00 |
| H. McDonald | $845.00 | 0.40 | $338.00 |
| Totals | | 8.00 | $6,722.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction - 5 copies @ $0.10 per copy | | 0.50 |
| | | SUBTOTAL | 0.50 |
| | Total Disbursements | | $0.50 |

| | | |
|---|---|---|
| Fee Total | $ | 6,722.00 |
| Disbursement Total | $ | 0.50 |
| Invoice Total | $ | 6,722.50 |

3

13015929\V-2

# SNR DENTON ⅃

SNR Denton US LLP                          snrdenton.com
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                          February 27, 2012
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                     **Invoice No. 1361946**

Client/Matter: 21416248-0832

HILTON MEZZ PARTICIPATION SALE                    Payment Due Upon Receipt

---

Lehman Contact:     Susanne Frey

Total This Invoice                              $        6,680.70

Please return this page with your payment

In the case of mail deliveries to:                 In the case of overnight deliveries to:
SNR Denton US LLP                                   SNR Denton US LLP
Dept. 7247-6670                 OR                  Attention: Accounting
Philadelphia, PA 19170-6670                         233 South Wacker Drive
                                                    Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

February 27, 2012

**Invoice No. 1361946**

Client/Matter:   21416248-0832

HILTON MEZZ PARTICIPATION SALE

For Professional Services Rendered through January 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/06/12 | M. Williams | 0.50 | 2300 | | Review notice of extension of underlying collateral loan, corporate loan agreement for extension and consent provisions (.5) |
| 01/09/12 | M. Williams | 0.50 | 2300 | | Telephone conference with Ms. Frey (.1), review proposed Wells fargo DACA (.1), compare to DACA in prior deal (.1), revise draft DACA and email to Mr. Pomeranz (.2). |
| 01/10/12 | M. Williams | 1.30 | 2300 | | Revise form DACA to reflect applicable changes (1.2), email to Mr. Pomeranz (.1). |
| 01/30/12 | R. Barkachy | 0.50 | 2300 | | Conference with M. Williams re: Lehman Commercial Paper CDs for Hilton Mezz Participation (.2); research CD binders (25+) and organize same for project (.3). |
| 01/30/12 | M. Williams | 5.00 | 2300 | | Telephone conference with Ms. Frey (.2), revise form of DACA, to work as a template for each corporate loan (.3), gather required information with respect to various blanks in the template for each of the 26 corporate loans (4.5). |
| 01/31/12 | M. Williams | 0.50 | 2300 | | Review Woodlands DACAs to confirm which loans require new DACAs (.5). |
| Total Hours | | 8.30 | | | |
| Fee Amount | | | | | $6,674.50 |

2

13015928\V-2

HILTON MEZZ PARTICIPATION SALE

February 27, 2012

Matter: 21416248-0832
Invoice No.: 1361946

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $840.00 | 7.80 | $6,552.00 |
| R. Barkachy | $245.00 | 0.50 | $122.50 |
| Totals | | 8.30 | $6,674.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction - 62 copies @ $0.10 per copy | | 6.20 |
| | | SUBTOTAL | 6.20 |
| | Total Disbursements | | $6.20 |

| | | |
|---|---|---|
| Fee Total | $ | 6,674.50 |
| Disbursement Total | $ | 6.20 |
| Invoice Total | $ | 6,680.70 |

3

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

February 27, 2012

**Invoice No. 1361945**

Client/Matter: 21416248-0824

John Hancock C-Note Participation

Payment Due Upon Receipt

---

Lehman Contact:    David Zackowitz

Total This Invoice                                          $        21,412.70

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

13015927\V-2

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008          snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.                    February 27, 2012
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR          **Invoice No. 1361945**
NEW YORK, NY 10020

Client/Matter:  21416248-0824

John Hancock C-Note Participation

For Professional Services Rendered through January 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/19/12 | R. Barkachy | 0.20 | 2300 | | Search TWP files for closing binder(.2). |
| 01/19/12 | M. Williams | 1.00 | 2300 | | Telephone conference with Mr. Zackowitz regarding proposed loan sale (.5), review related documents (.3), begin preparing contract of sale (.2). |
| 01/20/12 | M. Williams | 7.80 | 2300 | | Draft and distribute draft purchase agreement (7.6), telephone conference with Messrs. Zackowitz, Siddons, Lascher and Fitz regarding transaction (.2) |
| 01/20/12 | B. Shortt | 1.40 | 2300 | | Conference with M. Williams (.4); review of loan documents; preparation of loan sale agreement (1.0). |
| 01/23/12 | M. Williams | 2.50 | 2300 | | Prepare exhibits (.5), revisions to purchase agreement (1.5), office conference with B. Shortt (.3), email request for information on the interest rate cap notice party addresses (.2). |
| 01/24/12 | M. Williams | 0.50 | 2300 | | Telephone conference with B. Shortt (.2), telephone conference and email correspondence with B. Shortt and P. Mignone regarding legend on purchase agreement (.3). |
| 01/26/12 | A. Siegler | 1.40 | 0100 | | Confirmed documents received from Custodian (.4); drafted delivery receipt of same (1.0). |

2

John Hancock C-Note Participation

February 27, 2012

Matter: 21416248-0824
Invoice No.: 1361945

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 01/26/12 | M. Williams | 4.00 | 2300 | | Review borrower comments to purchase agreement (1.0), office conference with M. Lyons regarding control issues (.3), telephone conference with Mr. Zackowitz, B. Shortt regarding comments (.9),review notice from underlying borrower requesting extension (.9), telephone conference with mr. Siddons regarding notice (.9) . |
| 01/26/12 | M. Lyons | 1.00 | 0100 | | Review provisions of participation agreement and intercreditor agreement (.7); conferences and emails with MGW re: same (.3). |
| 01/27/12 | M. Williams | 1.50 | 2300 | | Telephone conference with Ms. Halperin, Mr. Zachowitz, B. Shortt regarding comments to last draft of purchase agreement (1.0), review revised drafts (.5). |
| 01/30/12 | B. Shortt | 2.10 | 2600 | | Review of comments (1.5); conference with MGW (.5); preparations for closing of loan sale (.1). |
| 01/31/12 | A. Siegler | 0.70 | 0100 | | Copied CDs containing underlying loan documents (.6), delivered to Mr. Miller by hand (.1). |
| 01/31/12 | M. Williams | 4.50 | 2300 | | Telephone conference with Ms. Halperin regarding borrower comments (.8), office conference with B. Shortt (.9), telephone conference with Mr. Miller, B. Shortt regarding response to comments (.9), review revised draft of purchase agreement (1.0), email correspondence with Ms. Franz regarding correct addresses for notice of transfer (.9). |

Total Hours            28.60

Fee Amount                                                            $21,302.50

3

John Hancock C-Note Participation

February 27, 2012

Matter: 21416248-0824
Invoice No.: 1361945

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $840.00 | 21.80 | $18,312.00 |
| M. Lyons | $635.00 | 1.00 | $635.00 |
| B. Shortt | $515.00 | 3.50 | $1,802.50 |
| A. Siegler | $240.00 | 2.10 | $504.00 |
| R. Barkachy | $245.00 | 0.20 | $49.00 |
| Totals | | 28.60 | $21,302.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction - 1,102 copies @ $0.10 per copy | | 110.20 |
| | | SUBTOTAL | 110.20 |
| | Total Disbursements | | $110.20 |

| | | |
|---|---|---|
| Fee Total | $ | 21,302.50 |
| Disbursement Total | $ | 110.20 |
| Invoice Total | $ | 21,412.70 |

4

**SNR DENTON** ⌐

SNR Denton US LLP
1221 Avenue of the Americas
New York, NY 10020-1089 USA

Hugh M. McDonald
Partner
hugh.mcdonald@snrdenton.com
D  +1 212 768 6876
T  +1 212 768 6700
F  +1 212 768 6800
snrdenton.com

March 30, 2012

Mr. John Suckow
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, New York 10020

Mr. David Coles
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, New York 10020

> **Re:   Lehman Brothers Holdings Inc., et. al.,**
> **Case No:  08-13555 (JMP)**
> **SNR Denton US LLP Fee Statement**

Dear Messrs. Suckow and Coles:

Enclosed, please find the fee statement (the "Fee Statement") of SNR Denton US LLP ("SNR Denton") for services rendered and expenses incurred between February 1, 2012 and February 29, 2012 (the "Fee Statement Period") to the debtors in the above-referenced bankruptcy proceedings (collectively, the "Debtors"). We have also enclosed a detailed listing of the services provided by SNR Denton to the Debtors and related disbursements.[1]

In accordance with the Fourth Amended Order Pursuant to Sections 105(A) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(A) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals entered by the United States Bankruptcy Court Southern District Of New York on April 14, 2011 (the "Order"), SNR Denton requests payment of $22,429.20 (i.e., 80% of $28,036.50 in fees) and $1,079.67 in expenses, for a total of $23,508.87 in fees and expenses for the Fee Statement Period.

Below please find a detailed account of all invoices:

| Invoice Date | Invoice Number | Matter | Total Fees | Total Costs | Total Fees and Costs for Month |
|---|---|---|---|---|---|
| **February 2012** | | | **$28,036.50** | **$1,079.67** | **29,116.17** |
| 3/14/12 | 1366540 | Bankruptcy (Post-Petition Work) | $829.50 | $22.40 | $851.90 |
| 3/14/12 | 1366541 | Strathhallan Hotel | $1,178.00 | $690.50 | $1,868.50 |

---

[1]  Invoices for February 2012 are enclosed with this Fee Statement as Exhibit A.

# SNR DENTON ⁍

Mr. John Suckow
Mr. David Coles
March 30, 2012
Page - 2 -

| Invoice Date | Invoice Number | Matter | Total Fees | Total Costs | Total Fees and Costs for Month |
|---|---|---|---|---|---|
| 3/7/12 | 1364022 | Calwest Portfolio | $3,573.00 | $7.90 | $3,580.90 |
| 3/7/12 | 1364023 | John Hancock C-Note Preparation | $6,223.00 | $352.97 | $6,575.97 |
| 3/7/12 | 1364024 | Hilton Mezz Participation Sale | $5,229.00 | $4.70 | $5,233.70 |
| 3/7/12 | 1364025 | CW Capital Rakes | $11,004.00 | $1.20 | $11,005.20 |
| | | | TOTAL FOR FEE STATEMENT: | | $29,116.17 |

If none of the Notice Parties[2] object to the Fee Statement before the Monthly Statement Objection Deadline, the Debtors are authorized to pay the amount of $23,508.87.

Please feel free to contact me if you have any questions.

Very truly yours,
SNR DENTON US LLP

By: _____

Hugh M. McDonald

Enclosures

cc:    (w/encls.):    Notice Parties (as defined in the Order)

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Order.

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020
USA

March 14, 2012

**Invoice No. 1366540**

Client/Matter: 09807760-0030

BANKRUPTCY (POST-PETITION WORK)

Payment Due Upon Receipt

---

Total This Invoice                                      $         851.90

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON 🖵

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020
USA

March 14, 2012

**Invoice No. 1366540**

Client/Matter:  09807760-0030

BANKRUPTCY (POST-PETITION WORK)

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 02/09/12 | D. Pisciotta | 2.10 | 0100 | Review retention order and protocols regarding rate structure (2.0); advise billing timekeepers regarding annual rate increases (0.1). |

| | | | |
|---|---|---|---|
| Total Hours | | 2.10 | |
| Fee Amount | | | $829.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| D. Pisciotta | $395.00 | 2.10 | $829.50 |
| Totals | | 2.10 | $829.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document production - 224 pages @ $0.10 per page. | | 22.40 |
| | | SUBTOTAL | 22.40 |
| | Total Disbursements | | $22.40 |

2

BANKRUPTCY (POST-PETITION WORK)

March 14, 2012

Matter: 09807760-0030
Invoice No.: 1366540

| | | |
|---|---|---|
| Fee Total | $ | 829.50 |
| Disbursement Total | $ | 22.40 |
| Invoice Total | $ | 851.90 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ATTN:  JOELLE HALPERIN
1271 Sixth Avenue, 38th Floor
NEW YORK,  NY   10020

March 14, 2012

**Invoice No. 1366541**

Client/Matter: 09807760-0039

Strathallan Hotel

Payment Due Upon Receipt

---

Total This Invoice                                              $        1,868.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ATTN:  JOELLE HALPERIN
1271 Sixth Avenue, 38th Floor
NEW YORK,  NY  10020

March 14, 2012

**Invoice No. 1366541**

Client/Matter:  09807760-0039

Strathallan Hotel

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 02/06/12 | R. Fernandez | 1.90 | 2300 | Prepare and circulate  to parties to transaction final closing documents (1.9). |

| | | | |
|---|---|---|---|
| Total Hours | | 1.90 | |
| Fee Amount | | | $1,178.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| R. Fernandez | $620.00 | 1.90 | $1,178.00 |
| Totals | | 1.90 | $1,178.00 |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|---|---|---|
| 12/12/2011 | Delivery FedEx Airbill #793002257276 12/12/11 Delivery to  150 W Flagler St Ste 2200, MIAMI, FL Executed Documents | 12.47 |
| 12/9/2011 | Delivery FedEx Airbill #797827187943 12/09/11 Delivery to  150 W Flagler St Ste 2200, MIAMI, FL Letter w/ original docs | 12.47 |
| 2/7/2012 | Delivery FedEx Airbill #798033911425 02/07/12 Delivery to  1271 Avenue Of The America NEW YORK CITY, NY Closing Binder and CD | 13.06 |
| | SUBTOTAL | 38.00 |
| | Specialized Document Processing Services | 652.50 |
| | SUBTOTAL | 652.50 |
| | Total Disbursements | $690.50 |

Strathallan Hotel

March 14, 2012

Matter: 09807760-0039
Invoice No.: 1366541

| | | |
|---|---|---|
| Fee Total | $ | 1,178.00 |
| Disbursement Total | $ | 690.50 |
| Invoice Total | $ | 1,868.50 |

# SNR DENTON ⅃

SNR Denton US LLP                    snrdenton.com
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                                                    March 7, 2012
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                                      **Invoice No. 1364022**

Client/Matter: 21416248-0617

CALWEST PORTFOLIO                                          Payment Due Upon Receipt

_____

Lehman Contact:    David Zackowitz

Total This Invoice                                      $        3,580.90

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

13020134\V-2

# SNR DENTON ⌐⌐

SNR Denton US LLP                    snrdenton.com
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                          March 7, 2012
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                       **Invoice No. 1364022**

Client/Matter:  21416248-0617

CALWEST PORTFOLIO

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/09/12 | B. Gross | 3.00 | 3100 | | Draft PSA (2.0); due diligence (.5); meet with Mitch Williams (.2); conference call with David Zackowitz (.3). |
| 02/09/12 | M. Williams | 0.30 | 2300 | | Telephone conference with Messrs. Lascher and Zackowitz (.1), office conference with B. Gross regarding doing loan sale to blackstone (.2). |
| 02/10/12 | B. Gross | 2.40 | 3100 | | Draft PSA (1.8); due diligence (.2); meet with Mitch Williams (.2); conference call and correspondence with David Zackowitz (.2). |

Total Hours                         5.70

Fee Amount                                                          $3,573.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Williams | $840.00 | 0.30 | $252.00 |
| B. Gross | $615.00 | 5.40 | $3,321.00 |
| Totals | | 5.70 | $3,573.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Document reproduction - 79 pages @ $0.10 per page | | 7.90 |
| | | SUBTOTAL | 7.90 |
| | Total Disbursements | | $7.90 |

2

13020134\V-2

# NR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

For your Information - Open Invoices

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

March 7, 2012

Client/Matter #: 21416248-0617

CALWEST PORTFOLIO

| | | |
|---|---|---|
| Fee Total | $ | 3,573.00 |
| Disbursement Total | $ | 7.90 |
| Invoice Total | $ | 3,580.90 |

Questions should be directed to:
M. Williams
at 1 212 768 6700

Federal Tax I.D. Number 36-1796730

523/NY

13020134\V-2

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

March 7, 2012

**Invoice No. 1364023**

Client/Matter: 21416248-0824

John Hancock C-Note Participation

Payment Due Upon Receipt

Lehman Contact:     David Zackowitz

Total This Invoice                                        $          6,575.97

Please return this page with your payment

| | | |
|---|---|---|
| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

13020135\V-2

# SNR DENTON

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

March 7, 2012

**Invoice No. 1364023**

Client/Matter:  21416248-0824

John Hancock C-Note Participation

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|------------|-------|------|----------|-----------|
| 02/01/12 | M. Williams | 1.20 | 2300 | | Review email from Mr. Zachowitz regarding open issues on sale agreement (.9), draft and send responses (.1), telephone conference with Mr. Miller (.2). |
| 02/02/12 | M. Williams | 1.60 | 2300 | | Various telephone conferences with Ms. Halperin, Mr. Zachowitz, B. Shortt, Mr. Miller regarding issues with contract (1.6). |
| 02/02/12 | R. Barkachy | 0.60 | 2300 | | Respond to M. Williams re: CD for TPW 16248-0828 (JHB) (.1); research and deliver same to M. Williams (.3); confirm request for additional CDs (.1); research same and order files (.1). |
| 02/02/12 | R. Barkachy | 1.20 | 2300 | | Assemble 10 Notice letters re: Lehman/W2007 Golub JHC Sub Mezz (Mezzanine Loan C) and send to 10 parties via Fed Express and Fax (1.2). |
| 02/03/12 | R. Barkachy | 2.30 | 2300 | | Review and follow up on fax and fed ex deliveries of 12 notice letters re: Mezz Loan C (.4); confirm fax delivery to Landesbank Baden-Wuerttemberg in Germany (.4); follow up on KeyBank deliveries (fax not working) (.4); research same and resend faxes to corrected numbers (.4); assemble receipts for all deliveries (.4); confirm same with B. Shortt and M. Williams (.3). |
| 02/06/12 | R. Barkachy | 0.70 | 2300 | | Review and inventory original documents as per B. Shortt (.4); prep index of same and forward all to B. Shortt (.3). |

2

John Hancock C-Note Participation

March 7, 2012

Matter: 21416248-0824
Invoice No.: 1364023

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 02/07/12 | R. Barkachy | 4.00 | 2300 | | Review original Hancock C Mezz loan documents (.6); prepare document index (.6); confirm documents with B. Shortt (.6); attend pre-closing document exam with M. McCarthy (.6); seal documents for loan sale tomorrow (.6); confirm Mezz Loan B documents to be released tomorrow with B. Shortt (.6); prep list of Mezz Loan B documents (.4). |
| 02/08/12 | R. Barkachy | 4.00 | 2300 | | Assemble Hancock II Mezz C loan sale documents for closing (.7); prep duplicate originals for purchaser (.7); prep pdf copies of final documents for B. Shortt as directed (.7); coordinate delivery of underlying original Hancock II Mezz documents along with original transfer documents to Gregg Miller at Haynes and Boone, LLP (.7); track and confirm delivery of same (.7); prepare and coordinate fed ex delivery of Mezz B Hancock - Buck payoff documents (release) to The John Buck Company (.5). |
| 02/09/12 | R. Barkachy | 3.00 | 2300 | | Assemble Hancock II Mezz C loan sale documents for closing binder (2.0); prep document index and send all for CD production (.6); confirm same with B. Shortt (.4). |
| Total Hours | | 18.60 | | | |
| Fee Amount | | | | | $6,223.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $840.00 | 2.80 | $2,352.00 |
| R. Barkachy | $245.00 | 15.80 | $3,871.00 |
| Totals | | 18.60 | $6,223.00 |

3

13020135\V-2

John Hancock C-Note Participation

March 7, 2012

Matter: 21416248-0824
Invoice No.: 1364023

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Color Copies - 26 pages at $1.00 per page | | 26.00 |
| | | SUBTOTAL | 26.00 |
| 2/6/2012 | Delivery - -      FEDERAL EXPRESS CORPORATION K. Kappler - LanddesbankBaden Wyerttemberg | | 58.20 |
| 2/2/2012 | Delivery FedEx Airbill #793188335467 02/02/12 Delivery to  8115 PRESTON, DALLAS, TX | | 20.66 |
| 2/2/2012 | Delivery FedEx Airbill #793188355664 02/02/12 Delivery to  3424 Peachtree Rd NE Ste 2 ATLANTA, GA | | 9.61 |
| 2/2/2012 | Delivery FedEx Airbill #793188462419 02/02/12 Delivery to  2300 N St NW, WASHINGTON, DC | | 8.25 |
| 2/2/2012 | Delivery FedEx Airbill #793188474824 02/02/12 Delivery to  55 Water St Fl 41, NEW YORK CITY, NY | | 8.25 |
| 2/2/2012 | Delivery FedEx Airbill #793188479723 02/02/12 Delivery to  99 Church St, NEW YORK CITY, NY | | 8.25 |
| 2/2/2012 | Delivery FedEx Airbill #793188503710 02/02/12 Delivery to  1 State Street Plaza, 31st NEW YORK CITY, NY | | 8.25 |
| 2/2/2012 | Delivery FedEx Airbill #798018794470 02/02/12 Delivery to  135 S La Salle St Ste 1625 CHICAGO, IL | | 9.61 |
| 2/2/2012 | Delivery FedEx Airbill #798018849974 02/02/12 Delivery to  1 World Financial Ctr, NEW YORK, NY | | 8.25 |
| 2/2/2012 | Delivery FedEx Airbill #798018857398 02/02/12 Delivery to  700 W 47th St Ste 1000, KANSAS CITY, MO | | 9.66 |
| 2/2/2012 | Delivery FedEx Airbill #798018919459 02/02/12 Delivery to  1585 Broadway Fl 37, NEW YORK CITY, NY | | 8.25 |
| 2/2/2012 | Delivery FedEx Airbill #798018971729 02/02/12 Delivery to  1221 Avenue Of The America NEW YORK CITY, NY | | 8.25 |
| | | SUBTOTAL | 165.49 |

4

John Hancock C-Note Participation

March 7, 2012

Matter: 21416248-0824
Invoice No.: 1364023

| Date | Description | Amount |
|------|-------------|--------|
| | Document reproduction - 20 pages @ $0.10 per page | 2.00 |
| | SUBTOTAL | 2.00 |
| 2/2/2012 | Ground Transportation Delivery - Evening transportation - PCS LIMO to NANUET NY- R. Barkachy | 159.48 |
| | SUBTOTAL | 159.48 |
| | Total Disbursements | $352.97 |

| | | |
|------|------|------|
| Fee Total | $ | 6,223.00 |
| Disbursement Total | $ | 352.97 |
| Invoice Total | $ | 6,575.97 |

13020135\V-2

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

March 7, 2012

**Invoice No. 1364024**

Client/Matter: 21416248-0832

HILTON MEZZ PARTICIPATION SALE

Payment Due Upon Receipt

Lehman Contact:    Susanne Frey

Total This Invoice                                                          $          5,233.70

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

13020136\V-2

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

March 7, 2012

**Invoice No. 1364024**

Client/Matter:  21416248-0832

HILTON MEZZ PARTICIPATION SALE

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 02/08/12 | M. Williams | 0.50 | 2300 | | Prepare for and conduct office conference with Ms. Barkachy regarding filling out DACA forms with info received from TriMont (.5). |
| 02/08/12 | R. Barkachy | 0.50 | 2300 | | Conference with M. Williams re: DACA and borrower information for preparation of 12-13 Hilton Mezz DACAs (.3); confirm final information (.1); review same and receipt of fax information for notification (.1). |
| 02/10/12 | R. Barkachy | 3.30 | 2300 | | Review Hilton Information for DACA chart with M. Williams (1.1); confirm conflicting information via CDs and Niki Harrell at TriMont re: same (1.1); prep 16 DACAs with borrower and loan information as directed (1.1). |
| 02/13/12 | R. Barkachy | 2.50 | 2300 | | Prepare 17 Hilton Participation DACAs based on Lehman form prepared by M. Williams (1.5); input data for EIN, addresses, account numbers, borrowers, contacts, etc. (.5); confirm missing incorrect information with Niki H. at Trimont (.2); update forms for correct information (.3). |
| 02/14/12 | R. Barkachy | 3.00 | 2300 | | Review and revise all 17 DACAs for Hilton Participation as directed (2.0); prep all 17 DACAs to TriMont and Lehman for execution and subsequent assembly and distribution as per M. Williams (1.0). |
| 02/16/12 | M. Williams | 0.30 | 2300 | | Revise TriMont cover letter to borrower regarding execution of DACAs (.3). |

13020136\V-2

HILTON MEZZ PARTICIPATION SALE

March 7, 2012

Matter: 21416248-0832
Invoice No.: 1364024

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/17/12 | R. Barkachy | 0.30 | 2300 | | Confirm Notice letter returned from Morgan Stanley (A. Benedetto) (.1); resend same to legal compliance at Morgan Stanley as per B. Shortt (.2). |
| 02/27/12 | M. Williams | 0.80 | 2300 | | Review email from Ms. Smith regarding need to execute new DACAs (.4), telephone conference with Ms. Smith regarding same (.1), research TPW files for post closing letters, prior form DACA (Wachovia) (.3). |
| 02/28/12 | R. Barkachy | 1.50 | 2300 | | Respond to M. Williams re: TPW correspondence files for 16248-00832 and 16248-0852 (.3); research correspondence re: Hilton Mezz signature pages for Wachovia DACAs (Oct. 22, 2008) (.3); order files from records (.3); confirm same with M. Williams (.3); review Notice letters from Landesbank and GACC with B. Shortt re: transfer and purchase of Mezz Loan A (.3). |
| 02/28/12 | M. Williams | 1.30 | 2300 | | Research files for executed DACAs, 11 LBCB loans with Wachovia DACA (.4), telephone conference with Ms. Smith regarding signing of new DACAs (.5), send blackline of wells fargo form against Wachovia form to ms. Smith (.4). |
| 02/29/12 | R. Barkachy | 0.30 | 2300 | | Confirm receipt of Senior Loan Purchase Notice and Mezz Loan A Notices from Gibson Dunn re: Landesbank and GACC (.1); confirm same with B. Shortt and forward same to records (.1); review TPW files for 16248-0852 re: correspondence dated Oct. 22, 2008 re: Wachovia signatures for DACA (.1). |

| | | | | | |
|------|------|------|------|------|------|
| Total Hours | | 14.30 | | | |
| Fee Amount | | | | | $5,229.00 |

3

HILTON MEZZ PARTICIPATION SALE

March 7, 2012

Matter: 21416248-0832
Invoice No.: 1364024

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $840.00 | 2.90 | $2,436.00 |
| R. Barkachy | $245.00 | 11.40 | $2,793.00 |
| Totals | | 14.30 | $5,229.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction - 47 pages @ $0.10 per page | | 4.70 |
| | | SUBTOTAL | 4.70 |
| | Total Disbursements | | $4.70 |

| | | |
|---|---|---|
| Fee Total | $ | 5,229.00 |
| Disbursement Total | $ | 4.70 |
| Invoice Total | $ | 5,233.70 |

4

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020

March 7, 2012

**Invoice No. 1364025**

Client/Matter: 21416248-0851

CW Capital Rakes

Payment Due Upon Receipt

---

Lehman Contact:    Thomas Buffa

Total This Invoice                                        $        11,005.20

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

13020137\V-2

# SNR DENTON 

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020

March 7, 2012

**Invoice No. 1364025**

Client/Matter:  21416248-0851

CW Capital Rakes

---

For Professional Services Rendered through February 29, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/03/12 | M. Williams | 1.20 | 2300 | | Telephone conference with Mr. Buffa regarding issues and strategies with CW Capital (1.2). |
| 02/06/12 | M. Williams | 3.00 | 2300 | | Telephone conference with Ms. Marcus, Messrs. Kasenets, Chastain and Buffa regarding open issues and prepare for CWCapital call (1.0), telephone conference with Ms. Marcus, Messrs Kasenetz, Chastain, Buffa, Ms. Queen, Vasser, Sherrington, Rodman regarding resolution of loan agreement issues (1.0). Draft summary memo of all open issues, condense to email of open issues, distribute to Lehman and Weil (1.0). |
| 02/07/12 | M. Williams | 0.50 | 2300 | | Revise list of open issues at closing, email to Mr. Buffa (.5). |
| 02/10/12 | M. Williams | 2.50 | 2300 | | Telephone conference with Mr. Buffa regarding tying modification of documents to signing control agreement (.4), review CW Capital comments to loan agreement (2.0), telephone conference with Mr. Buffa regarding same (.1). |
| 02/13/12 | M. Williams | 1.30 | 2300 | | Telephone conference with Mr. Buffa (.4), review securitization documents for limits on lender's rights if it is also a borrower affiliate (.3), email correspondence with Messrs. Buffa, Kasenetz and Ms. Marcus regarding open issues (.3), telephone conference with Ms. Marcus, Messrs. Buffa, Pomeranz, Chastain, Kasenetz (.3). |

2

13020137\V-2

CW Capital Rakes

March 7, 2012

Matter: 21416248-0851
Invoice No.: 1364025

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|------:|------|----------|-----------|
| 02/15/12 | M. Williams | 0.50 | 2300 | | Telephone conference with Mr. Buffa discussing requested changes to non recourse carveouts, change in advance rate (.5). |
| 02/21/12 | M. Williams | 3.30 | 2300 | | Various telephone conferences with Mr. Buffa, Mr. Pomeranz regarding default letter (.4), draft and distribute default letter (2.7), telephone conference with Ms. Franz regarding invoice and interest calculation (.2) |
| 02/29/12 | M. Williams | 0.80 | 2300 | | Telephone conference with Mr. Buffa regarding proposal (.1), research P&S agreement for approval time frames (.4), email correspondence with Messrs. Buffa and Gupta regarding deleting margin call provisions (.3). |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 13.10 | | | |
| Fee Amount | | | | | $11,004.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|-----:|------:|-----:|
| M. Williams | $840.00 | 13.10 | $11,004.00 |
| Totals | | 13.10 | $11,004.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|-------:|
| | Document reproduction - 12 pages @ $0.10 per page | | 1.20 |
| | | SUBTOTAL | 1.20 |
| | Total Disbursements | | $1.20 |

3

13020137/V-2

**SNR DENTON**

SNR Denton US LLP
1221 Avenue of the Americas
New York, NY 10020-1089 USA

Hugh M. McDonald
Partner
hugh.mcdonald@snrdenton.com
D  +1 212 768 6876
T  +1 212 768 6700
F  +1 212 768 6800
snrdenton.com

April 30, 2012

Mr. John Suckow
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, New York 10020

Mr. David Coles
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, New York 10020

Re:   *Lehman Brothers Holdings Inc., et. al.,*
      *Case No:  08-13555 (JMP)*
      *SNR Denton US LLP Fee Statement*

Dear Messrs. Suckow and Coles:

Enclosed, please find the fee statement (the "Fee Statement") of SNR Denton US LLP ("SNR Denton") for services rendered and expenses incurred between March 1, 2012 and March 6, 2012 (the "Effective Date") to the debtors in the above-referenced bankruptcy proceedings (collectively, the "Debtors"). We have also enclosed a detailed listing of the services provided by SNR Denton to the Debtors and related disbursements.[1]

In accordance with the Fourth Amended Order Pursuant to Sections 105(A) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(A) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals entered by the United States Bankruptcy Court Southern District Of New York on April 14, 2011 (the "Order"), SNR Denton requests payment of $470.40 (i.e., 80% of $588.00 in fees) and $0.00 in expenses, for a total of $470.40 in fees and expenses for the Fee Statement Period.

Below please find a detailed account of all invoices:

| Invoice Date | Invoice Number | Matter | Total Fees | Total Costs | Total Fees and Costs for Month |
|---|---|---|---|---|---|
| **March 2012** | | | **$588.00** | **$0.00** | **$588.00** |
| 4/10/2012 | 1371579 | Irvine Multifamily Portfolio | $588.00 | $0.00 | $588.00 |
| | | | **TOTAL FOR FEE STATEMENT:** | | **$588.00** |

---

[1]  An Invoice for March 2012 is enclosed with this Fee Statement as Exhibit A.

**SNR DENTON** ⅃

Mr. John Suckow
Mr. David Coles
April 30, 2012
Page - 2 -

If none of the Notice Parties[2] object to the Fee Statement before the Monthly Statement Objection Deadline, the Debtors are authorized to pay the amount of $470.40.

Please feel free to contact me if you have any questions.

Very truly yours,
SNR DENTON US LLP

By: _____
Hugh M. McDonald

Enclosures

cc:    (w/encls.):       Notice Parties (as defined in the Order)

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Order.

10481002\V-1

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

April 10, 2012

**Invoice No. 1371579**

Client/Matter: 21416248-0865

Irvine Multifamily Portfolio

Payment Due Upon Receipt

Lehman Contact: Tom Buffa

Total This Invoice                                           $        588.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

13035874\V-2

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

April 10, 2012

**Invoice No. 1371579**

Client/Matter:  21416248-0865

Irvine Multifamily Portfolio

For Professional Services Rendered through March 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/05/12 | M. Williams | 0.70 | 2300 | | Review corporate loan agreement for financial covenants (.3), respond to Mr. Buffa regarding order of enforcement under UCC for foreclosing the pledge of the mezz loan and suing guarantor for deficiency (.4). |

Total Hours        0.70

Fee Amount                                                    $588.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Williams | $840.00 | 0.70 | $588.00 |
| Totals | | 0.70 | $588.00 |

Fee Total              $     588.00

Invoice Total          $     588.00

2