UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x

### ORDER GRANTING FIFTH INTERIM APPLICATION OF SNR DENTON US LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2011 THROUGH MARCH 6, 2012

Upon consideration of the Fifth Application of SNR Denton US LLP, as attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses (the "Application"), dated May 18, 2012, relating to the above-referenced bankruptcy case for the period from October 1, 2011 through March 6, 2012 (the "Fifth Compensation Period") for the (i) allowance of compensation for professional services performed by SNR Denton US LLP ("SNR Denton") during the Fourth Compensation Period in the total amount of $370,117.00; (ii) allowance of SNR Denton's actual and necessary expenses incurred during the Fifth Compensation Period in the total amount of $5,472.48; and (iii) payment of the twenty percent (20%) holdback withheld from payments of the monthly fee statements after notice and hearing thereon along with sufficient cause appearing therefore, and capitalized terms used in this Order being given the same meanings as are ascribed to those terms in the Application, it is hereby,

**ORDERED** that the Application is granted; and it is further,

**ORDERED** that SNR Denton is authorized to apply against such amounts the amounts previously paid to it in respect of the Fourth Compensation Period pursuant to the Amended Fee Protocol and Guidelines; and it is further,

**ORDERED** that the Debtors pay to SNR Denton the twenty percent (20%) holdback, withheld from the payment of monthly statements during the Fourth Compensation Period; and it is further,

**ORDERED** that the Debtors pay to SNR Denton in full for monthly statements during the Fourth Compensation Period in respect of which no payments have been made.

Dated: _____, 2012
      New York, New York

 

_____
THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

- 2 -

10472369\V-1