# EXHIBIT B

# Fee Summary of Professionals Providing Services

**FEE SUMMARY ORGANIZED BY PROFESSIONALS**

| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate[1] | Total Hours | Total Amount Billed | Total Amount Requested |
|---|---|---|---|---|---|---|
| Christopher F. Graham | Partner, New York | 1983 | $785.00 | 5.90 | $4,631.50 | $4,528.39 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $550.00 | 1.00 | $550.00 | $429.60 |
| Alan F. Kaufman | Partner, New York | 2000 | $475.00 | 6.90 | $3,277.50 | $3,277.50 |
| Gerald Walling | Counsel, Atlanta | 1972 | $445.00 | 1.60 | $712.00 | $653.55 |
| B. Summer Chandler | Partner, Atlanta | 2001 | $435.00 | 1.10 | $478.50 | $478.50 |
| Jill C. Kuhn | Associate, Atlanta | 1999 | $425.00 | 0.10 | $42.50 | $42.50 |
| Alison M. Elko | Associate, Atlanta | 2003 | $375.00 | 77.10 | $29,225.00 | $26,006.96 |
| | | Professionals: | Blended Rate: $377.98 | Total Hours: 93.70 | Total Fees: $38,917.00 | Total Fees Requested: $35,417.00[2] |

---

[1] These rates are the same rates charged to the non-bankruptcy clients of McKenna Long & Aldridge LLP. All professionals and paraprofessionals submitted time records to (i) the Fee Committee; (ii) Lehman Brothers Holdings Inc.; (iii) counsel for the Debtors, Weil, Gotshal & Manges, LLP; (iv) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP; and (v) the Office of the United States Trustee for the Southern District of New York in accordance with the Order Appointing Fee Committee and Approving Fee Application Protocol and the Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals.

[2] McKenna voluntarily agreed to a $3,500 reduction in its fees for services provided in October 2011 in connection with the Bankruptcy Employment Matter.

## FEE SUMMARY ORGANIZED BY MATTER

| Kontrabecki in NY Bankruptcy Action (30837.0001) | | | | | |
|---|---|---|---|---|---|
| **Name of Professional** | **Title and Office** | **Year Admitted** | **2011 Billing Rate** | **Total Hours** | **Total Amount Billed** |
| B. Summer Chandler | Partner, Atlanta | 2001 | $435.00 | 0.80 | $348.00 |
| | | | Total | 0.80 | **$348.00** |

| Bankruptcy Employment Matter (30837.0002) | | | | | |
|---|---|---|---|---|---|
| **Name of Professional** | **Title and Office** | **Year Admitted** | **2011 Billing Rate** | **Total Hours** | **Total Amount Billed** |
| Christopher F. Graham | Partner, New York | 1983 | $785.00 | 0.60 | $471.00 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $550.00 | 0.50 | $275.00 |
| Alan F. Kaufman | Partner, New York | 2000 | $475.00 | 0.50 | $237.50 |
| B. Summer Chandler | Partner, Atlanta | 2001 | $435.00 | 0.30 | $130.50 |
| Gerald Walling | Counsel, Atlanta | 1972 | $445.00 | 1.60 | $712.00 |
| Alison M. Elko | Associate, Atlanta | 2003 | $375.00 | 77.10 | $29,225.00 |
| | | | Total | 80.60 | **$31,051.00** |
| | | | *Total Requested* | | **$27,551.00** |

| AZ 72 LLC (30837.0003) | | | | | |
|---|---|---|---|---|---|
| **Name of Professional** | **Title and Office** | **Year Admitted** | **2011 Billing Rate** | **Total Hours** | **Total Amount Billed** |
| Christopher F. Graham | Partner, New York | 1983 | $785.00 | 5.30 | $4,160.50 |
| Alan F. Kaufman | Partner, New York | 2000 | $475.00 | 6.40 | $3,040.00 |
| Jill C. Kuhn | Associate, Atlanta | 1999 | $425.00 | 0.10 | $42.50 |
| | | | Total | 11.80 | **$7,243.00** |

| Middle Mountain 156 LLC (04406.0222) | | | | | |
|---|---|---|---|---|---|
| Name of Professional | Title and Office | Year Admitted | 2011 Billing Rate | Total Hours | Total Amount Billed |
| Charles D. Weiss | Partner, Atlanta | 1989 | $550.00 | 0.50 | $275.00 |
| | | | Total | 0.50 | $275.00 |

| | Total for Professionals: | Total Hours: 93.70 | Total Amount Billed: $38,917.00 | Total Amount Requested: $35,417.00[3] |
|---|---|---|---|---|

---

[3] McKenna voluntarily agreed to a $3,500 reduction in its fees for services provided in October 2011 in connection with the Bankruptcy Employment Matter.