# EXHIBIT C

# Summary of Hours and Fees

|   | **Client** | **Matter** | **Month** | **Hours** | **Fees** |
|---|---|---|---|---|---|
| 1 | 30837 | 0001 | October | 0.80 | $348.00 |
| 2 | 30837 | 0002 | October | 20.70 | $4,494.00 |
| 3 | 30837 | 0003 | October | 10.60 | $6,554.00 |
| 5 | 04406 | 0222 | October | 0.00 | $0.00 |
|   |   |   | **Subtotal:** | **32.10** | **$11,396.00** |
|   |   |   |   |   |   |
| 1 | 30837 | 0001 | November | 0.00 | $0.00 |
| 2 | 30837 | 0002 | November | 15.10 | $5,676.50 |
| 3 | 30837 | 0003 | November | 1.20 | $ 689.00 |
| 5 | 04406 | 0222 | November | 0.50 | $275.00 |
|   |   |   | **Subtotal:** | **16.80** | **$6,640.50** |
|   |   |   |   |   |   |
| 1 | 30837 | 0001 | December | 0.00 | $0.00 |
| 2 | 30837 | 0002 | December | 29.40 | $11,293.00 |
| 3 | 30837 | 0003 | December | 0.00 | $0.00 |
| 5 | 04406 | 0222 | December | 0.00 | $0.00 |
|   |   |   | **Subtotal:** | **29.40** | **$11,293.00** |

2

|   | **Client** | **Matter** | **Month** | **Hours** | **Fees** |
|---|---|---|---|---|---|
| 1 | 30837 | 0001 | January | 0.00 | $0.00 |
| 2 | 30837 | 0002 | January | 2.90 | $1,087.50 |
| 3 | 30837 | 0003 | January | 0.00 | $0.00 |
| 4 | 04406 | 0222 | January | 0.00 | $0.00 |
|   |   |   | **Subtotal:** | **2.90** | **$1,087.50** |
|   | **Client** | **Matter** | **Month** | **Hours** | **Fees** |
| 1 | 30837 | 0001 | February/March | 0.00 | $0.00 |
| 2 | 30837 | 0002 | February/March | 12.50 | $5,000.00 |
| 3 | 30837 | 0003 | February/March | 0.00 | $0.00 |
| 4 | 04406 | 0222 | February/March | 0.00 | $0.00 |
|   |   |   | **Subtotal:** | **12.50** | **$5,000.00** |
|   |   |   | **TOTAL:** | **93.7** | **$35,417.00** |

2