# EXHIBIT D

# Summary of Expenses

| Month | Expense Category | Total |
|---|---|---|
| October | Computerized Legal Research (Lexis and Westlaw) | $133.05 |
| October | Courier and Express Mail | $168.14 |
| October | Filing/Court/Witness Fees | $0.00 |
| October | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $0.00 |
| October | Photocopy and Reproduction Charges (In-House) (746 pages @ $0.10 per copy) | $74.60 |
| October | Postage | $0.00 |
| October | Travel (Airline and Train Travel) | $0.00 |
| October | Travel (Hotels) | $0.00 |
| October | Travel (Local Transportation) | $0.00 |
| October | Travel (Meals) | $0.00 |
| October | Travel (Parking) | $0.00 |
| | **Subtotal** | **$375.79** |
| November | Computerized Legal Research (Lexis and Westlaw) | $0.00 |
| November | Courier and Express Mail | $12.77 |
| November | Filing/Court/Witness Fees | $0.00 |
| November | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $0.00 |
| November | Photocopy and Reproduction Charges (In-House) (0 pages @ $0.10 per copy) | $0.00 |
| November | Postage | $0.00 |
| November | Travel (Airline and Train Travel) | $0.00 |

| Month | Expense Category | Total |
|---|---|---|
| November | Travel (Hotels) | $0.00 |
| November | Travel (Local Transportation) | $0.00 |
| November | Travel (Meals) | $0.00 |
| November | Travel (Parking) | $0.00 |
| | **Subtotal** | **$12.77** |
| | | |
| December | Computerized Legal Research (Lexis and Westlaw) | $0.00 |
| December | Courier and Express Mail | $493.86 |
| December | Filing/Court/Witness Fees | $2.40 |
| December | Litigation Support (CD scanning and printing, document management, Lextranet), Pacer and Deposition Expenses | $24.00 |
| December | Photocopy and Reproduction Charges (In-House) (1,987 pages @ $0.10 per copy) | $198.70 |
| December | Postage | $0.00 |
| December | Travel (Airline and Train Travel) | $0.00 |
| December | Travel (Hotels) | $0.00 |
| December | Travel (Local Transportation) | $0.00 |
| December | Travel (Meals) | $0.00 |
| December | Travel (Parking) | $0.00 |
| | **Subtotal** | **$718.96** |
| | | |
| January | Computerized Legal Research (Lexis and Westlaw) | $0.00 |
| January | Courier and Express Mail | $0.00 |

| **Month** | **Expense Category** | **Total** |
|---|---|---|
| January | Filing/Court/Witness Fees | $0.00 |
| January | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $0.00 |
| January | Photocopy and Reproduction Charges (In-House) (86 pages @ $0.10 per copy) | $8.60 |
| January | Postage | $0.00 |
| January | Travel (Airline and Train Travel) | $0.00 |
| January | Travel (Hotels) | $0.00 |
| January | Travel (Local Transportation) | $0.00 |
| January | Travel (Meals) | $0.00 |
| January | Travel (Parking) | $0.00 |
| | **Subtotal** | **$8.60** |
| | | |
| February/March | Computerized Legal Research (Lexis and Westlaw) | $0.00 |
| February/March | Courier and Express Mail | $84.87 |
| February/March | Filing/Court/Witness Fees | $0.00 |
| February/March | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $0.00 |
| February/March | Photocopy and Reproduction Charges (In-House) (0 pages @ $0.10 per copy) | $0.00 |
| February/March | Postage | $0.00 |
| February/March | Travel (Airline and Train Travel) | $0.00 |
| February/March | Travel (Hotels) | $0.00 |
| February/March | Travel (Local Transportation) | $0.00 |

4

| Month | Expense Category | Total |
|---|---|---|
| February/March | Travel (Meals) | $0.00 |
| February/March | Travel (Parking) | $0.00 |
| | **Subtotal** | **$84.87** |
| | **TOTAL:** | **$1,200.99** |