# EXHIBITS E1 – E5

## Invoices for October 1, 2011 through March 6, 2012

**EXHIBIT E-1**

**Invoices, Expense Detail and Supplemental Information Sheets
(with additional detail and supporting documentation for expenses)
for October 1, 2011 through October 31, 2011**

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

New York

Philadelphia

San Diego

San Francisco

Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

Client No.: 30837                     Invoice No. 784048
Matter No.: 30837.0001                Invoice Date: November 15, 2011
================================================================

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2011
RE: KONTRABECKI NY BANKRUPTCY ACTION

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|---------|--------|
| S. Chandler | 0.80 | 435.00 | 348.00 |
| Total | 0.80 | | 348.00 |

TOTAL FEES:                                    $    348.00

T O T A L   T H I S   S T A T E M E N T:       $    348.00

```
LEHMAN BROTHERS HOLDINGS INC.           November 15, 2011        PAGE   2
MATTER NUMBER: 30837.0001
INVOICE NO.: 784048
```

DESCRIPTION OF SERVICES

```
10/04/11  S. Chandler          .20   CONFER WITH M. KAUFMAN REGARDING ISSUES RELATED
          Task:  4000                TO DISCOVERY DATABASE.

10/13/11  S. Chandler          .40   CONFER WITH M. KAUFMAN REGARDING STATUS OF
          Task:  4000                MATTER AND MAINTENANCE OF DISCOVERY DATABASE IN
                                     CONNECTION THEREWITH (0.2); MESSAGE TO CLIENT
                                     REGARDING ISSUES PERTAINING TO DISCOVERY
                                     DATABASE (0.2).

10/14/11  S. Chandler          .20   CORRESPONDENCE WITH CLIENT REGARDING
          Task:  4000                DISCOVERY DATABASE.

4000  Non-Bankruptcy Litigation
      S. Chandler                    .80    435.00    $348.00

          TOTAL 4000                 .80               $348.00
```

# McKenna Long & Aldridge LLP
### Attorneys at Law

| | |
|---|---|
| Albany | New York |
| Atlanta | Philadelphia |
| Brussels | San Diego |
| Denver | San Francisco |
| Los Angeles | Washington, DC |

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: 8800918057

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837
Matter No.: 30837.0002

Invoice No. 787577
Invoice Date: December 12, 2011

==================================================================

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2011
RE: BANKRUPTCY EMPLOYMENT MATTERS

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C.F. Graham | 0.30 | 785.00 | 235.50 |
| C. Weiss | 0.50 | 550.00 | 275.00 |
| G. Walling | 0.30 | 445.00 | 133.50 |
| A. Elko | 19.60 | 375.00 | 7,350.00 |
| Total | 20.70 | | 7,994.00 |

| | | |
|---|---|---|
| TOTAL FEES: | $ | 7,994.00 |
| LESS DISCOUNT: | $( | 3,500.00) |
| TOTAL ADJUSTED FEES: | $ | 4,494.00 |

EXPENSES:

| | | |
|---|---|---|
| COPY CHARGES | 74.20 | |
| DELIVERY SERVICE/MESSENGER | 168.14 | |
| TOTAL EXPENSES: | $ | 242.34 |

| | | |
|---|---|---|
| T O T A L   T H I S   S T A T E M E N T : | $ | 4,736.34 |

LEHMAN BROTHERS HOLDINGS INC.          November 16, 2011          PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 787577


DESCRIPTION OF SERVICES


10/03/11   A. Elko          1.90   REVIEW AUGUST 2011 REVISED INVOICES AND
           Task:  4600              SUPPORTING DOCUMENTATION FOR COMPLIANCE WITH
                                    FEE COMMITTEE GUIDELINES (0.3); DRAFT
                                    SUPPLEMENTAL INFORMATION SHEETS FOR SUPPORTING
                                    DOCUMENTATION FOR AUGUST 2011 EXPENSES (0.3);
                                    DRAFT SUMMARIES OF FEES AND EXPENSES (0.4);
                                    DRAFT COVER LETTER TO FEE COMMITTEE REGARDING
                                    AUGUST 2011 MONTHLY STATEMENT (0.3); CORRESPOND
                                    WITH A. KAUFMAN REGARDING AUGUST 2011 AZ 72 LLC
                                    EXPENSES (0.1); DRAFT REQUEST FOR INFORMATION
                                    NEEDED TO RESPOND TO FEE COMMITTEE INQUIRY
                                    REGARDING HOURLY RATE INCREASES (0.2);
                                    CORRESPOND WITH R. RUSHING, M. FLANAGAN, D.
                                    ANDERSON AND G. MARSH WITH RESPECT THERETO
                                    (0.3).


10/05/11   A. Elko          2.10   CORRESPOND WITH G. MARSH REGARDING RESPONSE TO
           Task:  4600              FEE COMMITTEE'S OBJECTION TO BILLING RATE
                                    INCREASES (0.1); LEAVE VOICE MAIL MESSAGE FOR
                                    M. FLANAGAN WITH RESPECT TO FEE COMMITTEE'S
                                    OBJECTION TO BILLING RATE INCREASES (0.1); WORK
                                    ON RESPONSE TO FEE COMMITTEE'S OBJECTION TO
                                    BILLING RATE INCREASES (0.8); DRAFT CHART
                                    COMPARING FEES FOR 2009, 2010 AND 2011 (0.8);
                                    CORRESPOND WITH L. GREEN AND L. STIPANCIC WITH
                                    RESPECT TO INFORMATION NEEDED FOR CHART (0.3).


10/06/11   A. Elko          2.90   CONFER WITH A. KAUFMAN REGARDING AZ 72 LLC
           Task:  4600              AUGUST 2011 EXPENSES (0.2); CONFER WITH R. GEE
                                    WITH RESPECT TO SAME (0.1); CORRESPOND WITH C.
                                    CHIN REGARDING EDITS TO EXPENSES LISTED ON AZ
                                    72 LLC AUGUST 2011 INVOICE (0.1); REVIEW AND
                                    REVISE NOVEMBER 2011 BUDGETS (0.2); CORRESPOND
                                    WITH C. WEISS AND G. WALLING REGARDING NOVEMBER
                                    2011 BUDGET FOR WALKER SQUARE (0.1); CORRESPOND
                                    WITH C. WEISS, C. GRAHAM AND A. KAUFMAN
                                    REGARDING NOVEMBER 2011 BUDGET FOR AZ 72 LLC
                                    (0.1); CORRESPOND WITH M. KAUFMAN REGARDING

LEHMAN BROTHERS HOLDINGS INC.          November 16, 2011          PAGE   3
MATTER NUMBER: 30837.0002
INVOICE NO.: 787577

|            |                      |       |                                                                                                                                                                                                                                                                                                                                                 |
|------------|----------------------|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |                      |       | NOVEMBER 2011 BUDGET FOR KONTRABECKI (0.1); CONFER WITH M. FLANAGAN WITH RESPECT TO INFORMATION NEEDED TO RESPOND TO FEE COMMITTEE INQUIRY REGARDING INCREASE IN HOURLY BILLING RATES (0.2); WORK ON CHARTS COMPARING HOURLY BILLING RATES (1.5); CONFER WITH K. ROHLING WITH RESPECT TO EDITS THERETO (0.3).                                      |
| 10/07/11   | A. Elko Task:  4600  | .40   | CONFER WITH K. ROHLING REGARDING ADDITIONAL INFORMATION NEEDED FOR RESPONSE TO FEE COMMITTEE'S INQUIRY REGARDING INCREASE IN HOURLY BILLING RATES (0.2); BRIEF REVIEW OF INFORMATION PROVIDED BY M. FLANAGAN REGARDING INCREASES IN BILLING RATES (0.1); CORRESPOND WITH M. FLANAGAN AND G. MARSH WITH RESPECT THERETO (0.1).                      |
| 10/07/11   | G. Walling Task: 4600| .10   | WORK WITH A. ELKO REGARDING RIVERBEND/WALKER SQUARE BUDGET FOR NOVEMBER.                                                                                                                                                                                                                                                                         |
| 10/10/11   | G. Walling Task: 4600| .20   | REVIEW NOVEMBER 2011 BUDGET FOR RIVERBEND/WALKER SQUARE (0.1); COMMUNICATIONS WITH A. ELKO REGARDING SAME (0.1).                                                                                                                                                                                                                                  |
| 10/10/11   | A. Elko Task:  4600  | 1.10  | CONFER AND CORRESPOND WITH G. MARSH REGARDING AUGUST 2011 MONTHLY STATEMENT (0.1); REVISE COVER LETTER ADDRESSED TO FEE COMMITTEE REGARDING AUGUST 2011 MONTHLY STATEMENT (0.2); PREPARE AUGUST 2011 MONTHLY STATEMENT FOR SUBMISSION TO FEE COMMITTEE (0.2); WORK WITH K. ROHLING ON CHART RESPONDING TO FEE COMMITTEE'S INQUIRY REGARDING HOURLY RATES (0.3); CORRESPOND WITH G. WALLING REGARDING NOVEMBER 2011 BUDGET FOR WALKER SQUARE (0.1); CORRESPOND WITH L. GREEN AND L. STIPANCIC REGARDING CONVERSION OF AUGUST 2011 INVOICES TO EXCEL FOR SUBMISSION TO BROWN GREER (0.2). |
| 10/10/11   | C. Weiss Task:  4700 | .50   | WORK ON SUPPLEMENTAL DISCLOSURE AFFIDAVIT REGARDING LIBERTY SQUARE MATTER (0.3); CALL AND EMAILS WITH A. ELKO REGARDING SAME (0.2).                                                                                                                                                                                                               |

LEHMAN BROTHERS HOLDINGS INC.                November 16, 2011        PAGE    4
MATTER NUMBER: 30837.0002
INVOICE NO.: 787577

| 10/10/11 | A. Elko | 1.00 | CORRESPOND WITH G. MARSH AND C. WEISS REGARDING SUPPLEMENTAL WEISS DECLARATION TO ADDRESS NEW REPRESENTATION (0.2); CONFER WITH C. WEISS WITH RESPECT THERETO (0.2); DRAFT SIXTH SUPPLEMENTAL DECLARATION OF CHARLES D. WEISS IN CONNECTION WITH THE DEBTORS' ENGAGEMENT OF MCKENNA LONG & ALDRIDGE LLP AS SPECIAL COUNSEL (0.4); CORRESPOND WITH C. WEISS, G. MARSH AND P. MCGEEHAN WITH RESPECT THERETO (0.2). |
| | Task:   4700 | | |

| 10/12/11 | A. Elko | .20 | REVIEW EXECUTED SUPPLEMENTAL WEISS DECLARATION IN CONNECTION WITH DEBTORS' ENGAGEMENT OF MLA DISCLOSING NEW REPRESENTATION (0.1); CORRESPOND WITH C. ARTHUR, DEBTORS' COUNSEL, WITH RESPECT THERETO (0.1). |
| | Task:   4700 | | |

| 10/14/11 | A. Elko | .50 | REVIEW AUGUST 2011 INVOICES CONVERTED TO EXCEL (0.2); CORRESPOND WITH L. BARBOUR REGARDING AUGUST 2011 INVOICES AND MONTHLY STATEMENT (0.1); REVIEW MEMORANDUM FROM LEHMAN FEE COMMITTEE REGARDING HOURLY RATE INCREASES (0.2). |
| | Task:   4600 | | |

| 10/17/11 | A. Elko | 1.00 | CORRESPOND WITH C. WEISS, C. GRAHAM AND A. KAUFMAN WITH RESPECT TO AZ 72 LLC NOVEMBER 2011 BUDGET (0.2); CORRESPOND WITH M. KAUFMAN WITH RESPECT TO KONTRABECKI NOVEMBER 2011 BUDGET (0.1); REVIEW AND REVISE NOVEMBER 2011 BUDGET (0.2); CORRESPOND WITH P. WHEELER AND M. SANTA MARIA, COUNSEL FOR FEE COMMITTEE, REGARDING NOVEMBER 2011 BUDGET (0.1); CORRESPOND WITH J. HALPERIN, J. SUCKOW, C. ARTHUR AND J. CHORMANSKI REGARDING NOVEMBER 2011 BUDGET (0.1); CORRESPOND WITH C. WEISS REGARDING SUPPLEMENTAL DECLARATION IN CONNECTION WITH DEBTORS' ENGAGEMENT OF MLA DISCLOSING NEW REPRESENTATION (0.1); DRAFT LETTER TO LEHMAN, BROWN GREER AND COUNSEL FOR FEE COMMITTEE REGARDING DISC WITH AUGUST 2011 MONTHLY STATEMENT AND INVOICES CONVERTED TO EXCEL (0.2). |
| | Task:   4600 | | |

LEHMAN BROTHERS HOLDINGS INC.          November 16, 2011          PAGE    5
MATTER NUMBER: 30837.0002
INVOICE NO.: 787577

10/18/11   A. Elko              .70   REVIEW AND SUMMARIZE MEMORANDUM FROM FEE
           Task:   4600               COMMITTEE REGARDING OBJECTIONS TO JULY,
                                      AUGUST AND SEPTEMBER MONTHLY STATEMENTS WITH
                                      RESPECT TO 2011 HOURLY RATES (0.4);
                                      CORRESPOND WITH G. MARSH, M. KAUFMAN, P.
                                      MCGEEHAN, C. WEISS AND C. GRAHAM WITH RESPECT
                                      THERETO (0.1); CORRESPOND WITH L. STIPANCIC
                                      AND B. FROHLICH WITH RESPECT TO PAYMENT OF
                                      2009 HOURLY RATES ON JULY AND AUGUST MONTHLY
                                      STATEMENTS (0.1); CORRESPOND WITH R. RUSHING,
                                      D. ANDERSON, M. FLANAGAN AND G. MARSH WITH
                                      RESPECT TO MEMORANDUM FROM FEE COMMITTEE
                                      REGARDING OBJECTIONS TO JULY, AUGUST AND
                                      SEPTEMBER MONTHLY STATEMENTS WITH RESPECT TO
                                      2011 HOURLY RATES (0.1).

10/19/11   A. Elko              .10   CORRESPOND WITH C. ARTHUR, DEBTOR'S COUNSEL,
           Task:   4700               REGARDING REVIEW AND FILING OF SUPPLEMENTAL
                                      WEISS DECLARATION IN CONNECTION WITH DEBTOR'S
                                      EMPLOYMENT OF MLA.

10/24/11   A. Elko              .30   CORRESPOND WITH C. ARTHUR, COUNSEL TO DEBTOR,
           Task:   4700               REGARDING FILING OF SUPPLEMENTAL WEISS
                                      DECLARATION REGARDING DISCLOSURES IN
                                      CONNECTION WITH EMPLOYMENT (0.1); CORRESPOND
                                      WITH C. WEISS AND G. MARSH WITH RESPECT
                                      THERETO (0.1); REVIEW FILED COPY OF
                                      DECLARATION AND CORRESPOND WITH C. WEISS AND
                                      G. MARSH WITH RESPECT THERETO (0.1).

10/26/11   A. Elko             5.10   DRAFT LETTER WITH ATTACHMENTS RESPONDING TO FEE
           Task:   4600               COMMITTEE INQUIRY REGARDING INCREASES IN HOURLY
                                      RATES (4.8); CORRESPOND AND CONFER WITH G.
                                      MARSH WITH RESPECT THERETO (0.1); CORRESPOND
                                      WITH G. MARSH, P. MCGEEHAN, M. KAUFMAN, C.
                                      WEISS, C. GRAHAM AND M. FLANAGAN WITH RESPECT
                                      THERETO (0.2).

10/27/11   A. Elko             1.00   REVIEW AND REVISE LETTER AND ATTACHMENTS
           Task:   4600               THERETO RESPONDING TO FEE COMMITTEE'S INQUIRY
                                      REGARDING HOURLY RATE INCREASES (0.4); REVIEW
                                      AND EDIT SEPTEMBER 2011 PRO FORMAS TO COMPORT
                                      WITH FEE COMMITTEE PROTOCOL (0.4); CORRESPOND

LEHMAN BROTHERS HOLDINGS INC.            November 16, 2011            PAGE    6
MATTER NUMBER: 30837.0002
INVOICE NO.: 787577

|  |  |  | WITH C. CHIN WITH RESPECT TO EDITS THERETO AND ADDITIONAL INFORMATION REGARDING EXPENSES TO SUBMIT TO FEE COMMITTEE  (0.2). |
|---|---|---|---|
| 10/28/11 | A. Elko<br>Task:  4600 | .40 | REVIEW AND REVISE LETTER WITH ATTACHMENTS RESPONDING TO FEE COMMITTEE INQUIRY REGARDING HOURLY RATES (0.2); CORRESPOND WITH K. STADLER, P. WHEELER AND M. SANTA MARIA, COUNSEL FOR FEE COMMITTEE REGARDING LETTER RESPONDING TO FEE COMMITTEE HOURLY RATE INQUIRY (0.1); CORRESPOND WITH G. MARSH, P. MCGEEHAN, M. KAUFMAN, C. WEISS, C. GRAHAM AND M. FLANAGAN WITH RESPECT THERETO (0.1). |
| 10/28/11 | C.F. Graham<br>Task:  4600 | .30 | REVIEW CORRESPONDENCE AND LETTER REGARDING RESPONSE TO FEE COMMITTEE'S HOURLY RATE INQUIRY. |
| 10/31/11 | A. Elko<br>Task:  4600 | .90 | REVIEW AND EDIT DRAFT INVOICES FOR SEPTEMBER 2011 TO COMPLY WITH FEE COMMITTEE GUIDELINES (0.2); CORRESPOND WITH C. CHIN WITH RESPECT THERETO (0.1); REVIEW AND EDIT AZ 72 LLC PRO FORMA FOR SEPTEMBER 2011 (0.2); CORRESPOND WITH C. CHIN WITH RESPECT THERETO (0.1); DRAFT SUMMARIES OF SEPTEMBER 2011 FEES AND EXPENSES (0.3). |

4600  Firm's Own Billing/Fee Applications

| | | | |
|---|---|---|---|
| A. Elko | 18.00 | 375.00 | $6,750.00 |
| C.F. Graham | .30 | 785.00 | $235.50 |
| G. Walling | .30 | 445.00 | $133.50 |
| TOTAL 4600 | 18.60 | | $7,119.00 |

4700  Firm's Own Retention Issues

| | | | |
|---|---|---|---|
| A. Elko | 1.60 | 375.00 | $600.00 |
| C. Weiss | .50 | 550.00 | $275.00 |
| TOTAL 4700 | 2.10 | | $875.00 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/15/2011 | 0999 | MLA MLA | 124S | 9.00 | 2.00 | 18.00 | OTHER  -  INVOICE DATE 08/15/2011 MONTHLY TAB | 27142838 |
| 12/12/2011 | | Invoice=787577 | | 0.00 | 0.00 | 0.00 | LOG GBC-COIL-VELO-ACCO-WIRE BINGER RING | |
| 08/15/2011 | 0999 | MLA MLA | 124S | 90.00 | 0.25 | 22.50 | OTHER  -  INVOICE DATE 08/15/2011 MONTHLY TAB | 27142839 |
| 12/12/2011 | | Invoice=787577 | | 0.00 | 0.00 | 0.00 | LOG GBC-COIL-VELO-ACCO-WIRE BINGER RING | |
| 10/03/2011 | 4981 | ALISON ELKO | 101S | 32.00 | 0.15 | 4.80 | COPY CHARGES | 27120673 |
| 12/12/2011 | | Invoice=787577 | | 32.00 | 0.10 | 3.20 | | |
| 10/04/2011 | 4981 | ALISON ELKO | 101S | 305.00 | 0.15 | 45.75 | COPY CHARGES | 27121443 |
| 12/12/2011 | | Invoice=787577 | | 305.00 | 0.10 | 30.50 | | |
| 10/06/2011 | 4981 | ALISON ELKO | 101S | 145.00 | 0.15 | 21.75 | COPY CHARGES | 27125430 |
| 12/12/2011 | | Invoice=787577 | | 145.00 | 0.10 | 14.50 | | |
| 10/10/2011 | 4981 | ALISON ELKO | 101S | 148.00 | 0.15 | 22.20 | COPY CHARGES | 27129475 |
| 12/12/2011 | | Invoice=787577 | | 148.00 | 0.10 | 14.80 | | |
| 10/10/2011 | 0999 | MLA MLA | 107S | 1.00 | 19.06 | 19.06 | DELIVERY SERVICE/MESSENGER | 27155861 |
| 12/12/2011 | | Invoice=787577 | | 1.00 | 19.06 | 19.06 | RCVD:GODREY & KAHN, S.C./BRADY WILLIAMSON; | |
| 10/10/2011 | 0999 | MLA MLA | 107S | 1.00 | 22.21 | 22.21 | DELIVERY SERVICE/MESSENGER | 27155862 |
| 12/12/2011 | | Invoice=787577 | | 1.00 | 22.21 | 22.21 | RCVD:RICHARD GITLIN, ESQ. | |
| 10/10/2011 | 0999 | MLA MLA | 107S | 1.00 | 19.06 | 19.06 | DELIVERY SERVICE/MESSENGER | 27155863 |
| 12/12/2011 | | Invoice=787577 | | 1.00 | 19.06 | 19.06 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| 10/10/2011 | 0999 | MLA MLA | 107S | 1.00 | 19.06 | 19.06 | DELIVERY SERVICE/MESSENGER | 27155864 |
| 12/12/2011 | | Invoice=787577 | | 1.00 | 19.06 | 19.06 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| 10/10/2011 | 0999 | MLA MLA | 107S | 1.00 | 19.06 | 19.06 | DELIVERY SERVICE/MESSENGER | 27155865 |
| 12/12/2011 | | Invoice=787577 | | 1.00 | 19.06 | 19.06 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| 10/10/2011 | 0999 | MLA MLA | 107S | 1.00 | 19.06 | 19.06 | DELIVERY SERVICE/MESSENGER | 27155866 |
| 12/12/2011 | | Invoice=787577 | | 1.00 | 19.06 | 19.06 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| 10/17/2011 | 4981 | ALISON ELKO | 101S | 2.00 | 0.15 | 0.30 | COPY CHARGES | 27141810 |
| 12/12/2011 | | Invoice=787577 | | 2.00 | 0.10 | 0.20 | | |
| 10/17/2011 | 0999 | MLA MLA | 124S | 4.00 | 3.00 | 12.00 | OTHER  -  INVOICE DATE 10/17/2011 CD/DVD  - | 27160377 |
| 12/12/2011 | | Invoice=787577 | | 0.00 | 0.00 | 0.00 | | |
| 10/17/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.82 | 12.82 | DELIVERY SERVICE/MESSENGER | 27162769 |
| 12/12/2011 | | Invoice=787577 | | 1.00 | 12.82 | 12.82 | RCVD:OFFICE OF U.S. TRUSTEE/ELISABETTA | |
| 10/17/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.82 | 12.82 | DELIVERY SERVICE/MESSENGER | 27162770 |
| 12/12/2011 | | Invoice=787577 | | 1.00 | 12.82 | 12.82 | RCVD:GODREY & KAHN, S.C./BRADY WILLIAMSON; | |
| 10/17/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.82 | 12.82 | DELIVERY SERVICE/MESSENGER | 27162771 |
| 12/12/2011 | | Invoice=787577 | | 1.00 | 12.82 | 12.82 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| 10/17/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.17 | 12.17 | DELIVERY SERVICE/MESSENGER | 27162772 |
| 12/12/2011 | | Invoice=787577 | | 1.00 | 12.17 | 12.17 | RCVD:BROWNGREER PLC/LEAH BARBOUR | |
| 10/27/2011 | 4981 | ALISON ELKO | 101S | 48.00 | 0.15 | 7.20 | COPY CHARGES | 27159865 |
| 12/12/2011 | | Invoice=787577 | | 48.00 | 0.10 | 4.80 | | |
| 10/28/2011 | 4981 | ALISON ELKO | 101S | 22.00 | 0.15 | 3.30 | COPY CHARGES | 27162070 |
| 12/12/2011 | | Invoice=787577 | | 22.00 | 0.10 | 2.20 | | |
| 10/31/2011 | 4981 | ALISON ELKO | 101S | 40.00 | 0.15 | 6.00 | COPY CHARGES | 27163858 |
| 12/12/2011 | | Invoice=787577 | | 40.00 | 0.10 | 4.00 | | |
| | | BILLED TOTALS:   WORK: | | | | 331.94 | 21 records | |
| | | BILLED TOTALS:   BILL: | | | | 242.34 | | |
| | | GRAND TOTAL:   WORK: | | | | 331.94 | 21 records | |
| | | GRAND TOTAL:   BILL: | | | | 242.34 | | |

# McKenna Long
# &Aldridge LLP
Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

New York

Philadelphia

San Diego

San Francisco

Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 784050
Matter No.: 30837.0003               Invoice Date: November 15, 2011
===================================================================
     FOR PROFESSIONAL SERVICES RENDERED through October 31, 2011
     RE: AZ 72, LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| C.F. Graham | 4.90 | 785.00 | 3,846.50 |
| A.F. Kaufman | 5.70 | 475.00 | 2,707.50 |
| Total | 10.60 | | 6,554.00 |

TOTAL FEES:                                          $  6,554.00

CHARGES:

     COPY CHARGES                     0.40
     WESTLAW RESEARCH               133.05

TOTAL CHARGES:                                       $    133.45

T O T A L   T H I S   S T A T E M E N T :            $  6,687.45

LEHMAN BROTHERS HOLDINGS INC.              November 15, 2011        PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 784050


DESCRIPTION OF SERVICES


| | | | |
|---|---|---|---|
| 10/03/11 | C.F. Graham<br>Task: 4000 | .20 | REVIEW AND RESPOND TO E-MAIL REGARDING STATUS OF SETTLEMENT WITH J. CHORMANSKI. |
| 10/03/11 | A.F. Kaufman<br>Task: 4000 | .10 | CONFER WITH C. GRAHAM REGARDING SETTLEMENT AGREEMENT. |
| 10/04/11 | C.F. Graham<br>Task: 4000 | .40 | EMAIL EXCHANGE WITH R. KAUFMAN REGARDING SETTLEMENT LANGUAGE(0.3); E-MAIL WITH J. CHORMANSKI REGARDING SETTLEMENT (0.1). |
| 10/05/11 | A.F. Kaufman<br>Task: 4000 | 1.70 | RESEARCH REGARDING CONFESSION OF JUDGMENT (0.9); REVIEW AND REVISE SETTLEMENT AGREEMENT (0.8). |
| 10/05/11 | C.F. Graham<br>Task: 4000 | 1.00 | REVISE SETTLEMENT AGREEMENT. |
| 10/06/11 | C.F. Graham<br>Task: 4000 | .50 | E-MAIL EXCHANGE WITH R. KAUFMAN REGARDING CONFESSIONS OF JUDGMENT(0.3); CONFER WITH A. KAUFMAN REGARDING RESPONSE TO R. KAUFMAN E-MAIL (0.2). |
| 10/10/11 | A.F. Kaufman<br>Task: 4000 | .80 | REVISE SETTLEMENT AGREEMENT AS PER COMMENTS FROM DEFENDANTS' COUNSEL. |
| 10/11/11 | A.F. Kaufman<br>Task: 4000 | .80 | REVIEW AND REVISE SETTLEMENT AGREEMENT. |
| 10/11/11 | C.F. Graham<br>Task: 4000 | .50 | E-MAILS WITH J. NASTASI REGARDING SIGNING SETTLEMENT AGREEMENT(0.2); E-MAIL WITH J. CHORMANSKI REGARDING REVISIONS TO SETTLEMENT AGREEMENT (0.1); CONFER WITH A. KAUFMAN REGARDING FINALIZING SETTLEMENT AGREEMENT (0.2). |
| 10/12/11 | A.F. Kaufman<br>Task: 4000 | .40 | EXCHANGE E-MAILS WITH LEHMAN AND R. KAUFMAN REGARDING REVISIONS TO SETTLEMENT AGREEMENT. |

LEHMAN BROTHERS HOLDINGS INC.                November 15, 2011          PAGE    3
MATTER NUMBER: 30837.0003
INVOICE NO.: 784050


10/12/11   C.F. Graham           .70   E-MAILS WITH R. KAUFMAN REGARDING FINAL
           Task:   4000                 SETTLEMENT DOCUMENTATION (0.3);  E-MAILS WITH
                                        J. CHORMANSKI REGARDING REVISIONS TO SETTLEMENT
                                        DOCUMENTATION (0.2);  CONFER WITH A. KAUFMAN
                                        REGARDING REVISIONS TO SETTLEMENT
                                        DOCUMENTATION (0.2).

10/13/11   A.F. Kaufman          .60   REVIEW AND REVISE SETTLEMENT AGREEMENT (0.3);
           Task:   4000                 CORRESPONDED WITH R. KAUFMAN REGARDING SAME
                                        (0.3).

10/14/11   C.F. Graham           .40   CONFER WITH A. KAUFMAN REGARDING FINALIZING
           Task:   4000                 SETTLEMENT (0.2);  E-MAILS WITH J. CHORMANSKI
                                        REGARDING SETTLEMENT AGREEMENT (0.2).

10/17/11   A.F. Kaufman          .10   TELEPHONE CALL WITH R. KAUFMAN REGARDING
           Task:   4000                 SETTLEMENT AGREEMENT.

10/17/11   C.F. Graham           .50   E-MAILS WITH R. KAUFMAN REGARDING SETTLEMENT
           Task:   4000                 PAYMENT DETAILS(0.3);   CONFER WITH A. KAUFMAN
                                        REGARDING SETTLEMENT ISSUES (0.2).

10/20/11   A.F. Kaufman          .40   CONFER WITH R. KAUFMAN REGARDING SETTLEMENT
           Task:   4000                 AGREEMENT.

10/21/11   A.F. Kaufman          .80   PREPARE AND FINALIZE SETTLEMENT.
           Task:   4000

10/25/11   C.F. Graham           .30   EMAILS WITH R. KAUFMAN REGARDING SETTLEMENT
           Task:   4000                 PAYMENT.

10/26/11   C.F. Graham           .20   READ E-MAIL FROM J. CHORMANSKI REGARDING
           Task:   4000                 SETTLEMENT DETAILS.

10/28/11   C.F. Graham           .20   READ R. KAUFMAN E-MAIL REGARDING DISMISSAL
           Task:   4000                 STIPULATION.

4000  Non-Bankruptcy Litigation
      A.F. Kaufman                       5.70    475.00   $2,707.50
      C.F. Graham                        4.90    785.00   $3,846.50

         TOTAL 4000                     10.60             $6,554.00

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/05/2011 | 5084 | ALAN F. KAUFMAN | 406S | 1.00 | 133.05 | 133.05 | WESTLAW RESEARCH | 27128823 |
| 11/15/2011 | | Invoice=784050 | | 1.00 | 133.05 | 133.05 | | |
| | | | | | | | | |
| 10/27/2011 | 5347 | JAN E. REED | 101S | 4.00 | 0.15 | 0.60 | COPY CHARGES | 27159866 |
| 11/15/2011 | | Invoice=784050 | | 4.00 | 0.10 | 0.40 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 133.65 | 2 records | |
| | | BILLED TOTALS:    BILL: | | | | 133.45 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 133.65 | 2 records | |
| | | GRAND TOTAL:    BILL: | | | | 133.45 | | |