# EXHIBIT E-2

**Invoices, Expense Detail and Supplemental Information Sheets**
**(with additional detail and supporting documentation for expenses)**
**for November 1, 2011 through November 30, 2011**

| | | | |
|---|---|---|---|
| Albany | New York | **McKenna Long** | *Wire Transfer Instructions* |
| Atlanta | Philadelphia | **& Aldridge**LLP | Bank Name: SunTrust Bank |
| Brussels | San Diego | Attorneys at Law | Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303 |
| Denver | San Francisco | Tel: 404.527.4000 | ABA Number: 061000104 |
| Los Angeles | Washington, DC | www.mckennalong.com | Swift Code/Bank Code: SNTRUS3A |
| | | *Remittance Address:* | Account Name: McKenna Long & Aldridge LLP |
| | | P.O. Box 116573, Atlanta, GA 30368 | Account Number: 8800918057 |

```
                                        ATTORNEY-CLIENT PRIVILEGED
                                        TAX ID NO. 52-1237458


LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200



Client No.: 30837              Invoice No. 794583
Matter No.: 30837.0002         Invoice Date: January 31, 2012
================================================================

    FOR PROFESSIONAL SERVICES RENDERED through November 30, 2011
    RE: BANKRUPTCY EMPLOYMENT MATTERS


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *
                            Hours           Billed               Bill
Name                        Worked          Per Hour           Amount
----------------------      --------        ---------       ------------
G. Walling                    0.20          445.00                89.00
A. Elko                      14.90          375.00             5,587.50
====================        ========        =========       ============
Total                        15.10                             5,676.50


TOTAL FEES:                                              $     5,676.50

CHARGES:

    DELIVERY SERVICE/MESSENGER              12.77

TOTAL CHARGES:                                           $        12.77

T O T A L  T H I S  S T A T E M E N T:                   $     5,689.27
```

```
LEHMAN BROTHERS HOLDINGS INC.           January 31, 2012          PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 794583
```

DESCRIPTION OF SERVICES

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/02/11 | A. Elko<br>Task: 4600 | 1.10 | REVIEW AND REVISE SEPTEMBER 2011 LEHMAN INVOICES AND EXPENSE DETAIL, INCLUDING SUPPLEMENTAL INFORMATION, FOR COMPLIANCE WITH FEE COMMITTEE PROTOCOL (0.3); REVIEW AND REVISE SUMMARIES OF FEES AND EXPENSES FOR SEPTEMBER 2011 MONTHLY STATEMENT (0.3); DRAFT COVER LETTER TO FEE COMMITTEE REGARDING SEPTEMBER 2011 MONTHLY STATEMENT (0.3); PREPARE SUMMARIES, INVOICES, EXPENSE DETAIL AND SUPPORTING DOCUMENTATION FOR SUBMISSION TO FEE COMMITTEE (0.2). |
| 11/03/11 | A. Elko<br>Task: 4600 | 1.80 | REVIEW AND REVISE OCTOBER 2011 PRO FORMAS TO COMPORT WITH FEE COMMITTEE GUIDELINES (0.8); CORRESPOND WITH C. CHIN REGARDING REVISIONS TO PRO FORMAS AND ADDITIONAL INFORMATION NEEDED REGARDING EXPENSES TO SUBMIT TO FEE COMMITTEE (0.2); REVIEW CORRESPONDENCE FROM P. WHEELER, COUNSEL FOR FEE COMMITTEE, REGARDING SIXTH INTERIM FEE APPLICATION WITH ATTACHED PROPOSED ORDER AND SCHEDULES (0.3); REVIEW PAYMENTS RECEIVED THROUGH AND INCLUDING SIXTH INTERIM FEE APPLICATION TO INCLUDE AMOUNTS IN ORDER (0.4); CORRESPOND WITH L. STIPANCIC REGARDING PAYMENTS RECEIVED FROM SEPTEMBER 15, 2008 THROUGH AND INCLUDING SEPTEMBER 30, 2010 TO INCLUDE AMOUNTS IN ORDER (0.1). |
| 11/04/11 | A. Elko<br>Task: 4600 | 1.30 | REVIEW AND REVISE DRAFT ORDER REGARDING SIXTH INTERIM FEE APPLICATION (0.1); COMPARE VERSIONS OF ORDER (0.1); CONTINUE TO RESEARCH PAYMENTS RELATED TO SCHEDULE B ATTACHED TO DRAFT ORDER (0.5); REVIEW AND REVISE SCHEDULE A ATTACHED TO DRAFT ORDER (0.2); COMPARE VERSIONS OF SCHEDULE A (0.1); CORRESPOND WITH P. WHEELER, COUNSEL TO FEE COMMITTEE, REGARDING REVISED ORDER AND SCHEDULE A (0.1); CORRESPOND WITH G. MARSH REGARDING REVISED ORDER AND SCHEDULE A (0.1); CORRESPOND WITH L. STIPANCIC REGARDING PAYMENTS |

```
LEHMAN BROTHERS HOLDINGS INC.            January 31, 2012         PAGE    3
MATTER NUMBER: 30837.0002
INVOICE NO.: 794583
```

|            |                       |       |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
|------------|-----------------------|-------|---|
|            |                       |       | REFERENCED IN SCHEDULE B (0.1). |
| 11/11/11   | A. Elko<br>Task:  4600 | 1.60  | CORRESPOND WITH P. WHEELER, COUNSEL FOR FEE COMMITTEE, REGARDING PROPOSED ORDER GRANTING SIXTH INTERIM FEE APPLICATION (0.1); REVIEW CALCULATION OF TOTAL FEES PAID ON SCHEDULE B OF PROPOSED ORDER (0.2); CORRESPOND WITH K. STADLER, P. WHEELER AND M. SANTA MARIA, COUNSEL FOR FEE COMMITTEE, REGARDING FEE COMMITTEE'S INQUIRY PERTAINING TO HOURLY RATE INCREASE (0.1); CORRESPOND WITH G. MARSH WITH RESPECT THERETO (0.1); CORRESPOND WITH L. GREEN REGARDING ELECTRONIC CONVERSION OF SEPTEMBER 2011 INVOICES FOR SUBMISSION TO FEE COMMITTEE (0.1); CORRESPOND WITH L. STIPANCIC REGARDING PAYMENT OF JULY THROUGH SEPTEMBER INVOICES RELATED TO FEE COMMITTEE'S POSSIBLE OBJECTION TO HOURLY RATE INCREASE (0.1); DRAFT DECEMBER 2011 BUDGET (0.4); CORRESPOND WITH A. KAUFMAN, C. WEISS AND C. GRAHAM REGARDING DECEMBER 2011 BUDGET FOR AZ 72 LLC AND REVISIONS THERETO (0.3); CORRESPOND WITH G. WALLING AND C. WEISS REGARDING DECEMBER 2011 BUDGET FOR WALKER SQUARE (0.1); CORRESPOND WITH M. KAUFMAN REGARDING DECEMBER 2011 BUDGET FOR KONTRABECKI (0.1). |
| 11/14/11   | G. Walling<br>Task:  4600 | .20 | REVIEW DRAFT DECEMBER 2011 BUDGET FOR WALKER SQUARE/RIVERBEND MATTER (0.1); WORK WITH A. ELKO REGARDING SAME (0.1). |
| 11/15/11   | A. Elko<br>Task:  4600 | .60 | REVIEW AND REVISE OCTOBER 2011 INVOICES FOR COMPLIANCE WITH FEE COMMITTEE GUIDELINES (0.4); REVIEW INFORMATION REGARDING PAYMENT OF JULY 2011 MONTHLY STATEMENT FOR PAYMENT OF 2011 HOURLY BILLING RATES (0.2). |
| 11/16/11   | A. Elko<br>Task:  4600 | 2.80 | VOICE MAIL MESSAGE FROM P. WHEELER, COUNSEL FROM FEE COMMITTEE, REGARDING PROPOSED ORDER AND HOURLY RATE INQUIRY (0.1); REVIEW PROPOSED ORDER APPROVING SIXTH INTERIM FEE APPLICATION AND SCHEDULES WITH AMOUNTS PAID OR APPROVED (0.3); CORRESPOND WITH P. WHEELER REGARDING |

LEHMAN BROTHERS HOLDINGS INC.　　　　　　　　January 31, 2012　　　　　PAGE　　4
MATTER NUMBER: 30837.0002
INVOICE NO.: 794583

|  |  |  |
|---|---|---|
|  |  | PROPOSED ORDER (0.1); REVIEW CORRESPONDENCE FROM G. WALLING REGARDING DECEMBER 2011 BUDGET FOR WALKER SQUARE (0.1); REVIEW CORRESPONDENCE FROM A. KAUFMAN REGARDING DECEMBER 2011 BUDGET FOR AZ 72 LLC (0.1); REVIEW AND REVISE DECEMBER 2011 BUDGET (0.2); CORRESPOND WITH COUNSEL FOR FEE COMMITTEE REGARDING DECEMBER 2011 BUDGET (0.1); CORRESPOND WITH J. HALPERIN, J. SUCKOW, J. CHORMANSKI AND C. ARTHUR WITH RESPECT THERETO (0.1); REVIEW SEPTEMBER 2011 INVOICES CONVERTED TO EXCEL FOR SUBMISSION TO FEE COMMITTEE (0.2); CORRESPOND WITH L. BARBOUR, BROWN GREER, WITH RESPECT THERETO (0.1); DRAFT LETTER TO LEHMAN, U.S. TRUSTEE, COUNSEL FOR FEE COMMITTEE AND BROWN GREER REGARDING DISC AND ELECTRONIC CONVERSION OF SEPTEMBER 2011 INVOICES (0.2); REVIEW AND EDIT OCTOBER 2011 INVOICES TO COMPORT WITH FEE COMMITTEE PROTOCOL (0.2); CORRESPOND WITH C. CHIN REGARDING ADDITIONAL INFORMATION NEEDED FOR FEE COMMITTEE WITH RESPECT TO OCTOBER 2011 INVOICES (0.1); DRAFT SUMMARY OF FEES AND EXPENSES FOR OCTOBER 2011 MONTHLY STATEMENT (0.3); PREPARE OCTOBER 2011 MONTHLY STATEMENT FOR SUBMISSION (0.2); REVIEW CORRESPONDENCE FROM C. ARTHUR, COUNSEL FOR THE DEBTORS, REGARDING NINTH INTERIM FEE APPLICATION (0.1); BEGIN DRAFTING NINTH INTERIM FEE APPLICATION (0.3). |
| 11/17/11 | A. Elko<br>Task:　4600 | .50　CORRESPOND WITH P. WHEELER, COUNSEL FOR FEE COMMITTEE, REGARDING PROPOSED ORDER APPROVING SIXTH INTERIM FEE APPLICATION (0.1); REVIEW REVISED PROPOSED ORDER (0.1); REVIEW PAYMENTS RECEIVED BY LEHMAN AND COMPARE WITH CALCULATIONS IN PROPOSED ORDER (0.2); CORRESPOND WITH P. WHEELER WITH RESPECT THERETO (0.1). |
| 11/18/11 | A. Elko<br>Task:　4600 | 1.30　DRAFT COVER LETTER ADDRESSED TO MEMBERS OF FEE COMMITTEE REGARDING OCTOBER 2011 MONTHLY STATEMENT (0.2); REVIEW AND PREPARE OCTOBER 2011 MONTHLY STATEMENT FOR SUBMISSION TO FEE COMMITTEE (0.3); CORRESPOND WITH L. STIPANCIC AND L. GREEN REGARDING AMOUNTS PAID BETWEEN |

LEHMAN BROTHERS HOLDINGS INC.                January 31, 2012          PAGE    5
MATTER NUMBER: 30837.0002
INVOICE NO.: 794583

|  |  |  |  |
|---|---|---|---|
|  |  |  | SEPTEMBER 15, 2008 AND SEPTEMBER 30, 2010 FOR ORDER APPROVING SIXTH INTERIM FEE APPLICATION (0.2); REVIEW PAYMENTS RECEIVED BY LEHMAN FOR PERIODS THROUGH AND INCLUDING SIXTH INTERIM FEE PERIOD (0.3); CONFER AND CORRESPOND WITH K. ROHLING REGARDING SCHEDULE OF PAYMENTS RECEIVED FROM LEHMAN (0.3). |
| 11/23/11 | A. Elko<br>Task: 4600 | 1.30 | REVIEW AND ANALYZE FEE COMMITTEE REPORT REGARDING EIGHTH INTERIM FEE APPLICATION, INCLUDING ATTACHMENTS THERETO (0.6); DRAFT SUMMARY OF SAME (0.3); CORRESPOND WITH G. MARSH, P. MCGEEHAN, M. KAUFMAN, C. WEISS AND C. GRAHAM WITH RESPECT THERETO (0.1); CORRESPOND WITH L. GREEN REGARDING ELECTRONIC CONVERSION OF OCTOBER 2011 INVOICES FOR SUBMISSION TO BROWN GREER AND MEMBERS OF FEE COMMITTEE (0.1); CORRESPOND WITH M. FLANAGAN, R. RUSHING, D. ANDERSON AND G. MARSH REGARDING FEE COMMITTEE HOURLY RATE INCREASE INQUIRY (0.2). |
| 11/29/11 | A. Elko<br>Task: 4600 | .40 | CONFER WITH G. MARSH REGARDING OBJECTION TO EIGHTH INTERIM FEE APPLICATION (0.1); CORRESPOND WITH L. STIPANCIC REGARDING PAYMENTS RECEIVED FROM LEHMAN AND AMOUNTS DUE AND OWING FOR NINTH INTERIM FEE APPLICATION (0.1); CORRESPOND WITH P. WHEELER, COUNSEL FOR FEE COMMITTEE, REGARDING ISSUES WITH FEE APPLICATIONS (0.1); REVIEW OCTOBER 2011 INVOICES CONVERTED TO EXCEL (0.1). |
| 11/30/11 | A. Elko<br>Task: 4600 | 2.20 | REVIEW OUTSTANDING ISSUES WITH RESPECT TO ORDER APPROVING SIXTH INTERIM FEE APPLICATION (0.1); CONFERENCE CALL WITH K. STADLER AND P. WHEELER, COUNSEL TO FEE COMMITTEE, REGARDING OUTSTANDING FEE APPLICATIONS (0.5); DRAFT CORRESPONDENCE TO LEHMAN, COUNSEL FOR FEE COMMITTEE, BROWN GREER AND US TRUSTEE REGARDING DISCS WITH OCTOBER 2011 INVOICES CONVERTED TO ELECTRONIC FORMAT (0.2); CORRESPOND WITH L. BARBOUR, BROWN GREER, REGARDING ELECTRONIC CONVERSION OF OCTOBER 2011 INVOICES (0.1); REVIEW INFORMATION REGARDING EXPENSES REQUESTED IN EIGHTH INTERIM FEE APPLICATION TO RESPOND TO FEE COMMITTEE'S OBJECTIONS (0.5); CONTINUE DRAFTING NINTH INTERIM FEE APPLICATION (0.8). |

```
LEHMAN BROTHERS HOLDINGS INC.         January 31, 2012         PAGE    6
MATTER NUMBER: 30837.0002
INVOICE NO.: 794583


 4600   Firm's Own Billing/Fee Applications
        A. Elko                              14.90    375.00   $5,587.50
        G. Walling                             .20    445.00      $89.00

            TOTAL 4600                       15.10             $5,676.50
```

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/30/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.77 | 12.77 | DELIVERY SERVICE/MESSENGER | 27236977 |
| 01/31/2012 | | Invoice=794583 | | 1.00 | 12.77 | 12.77 | RCVD:GODREY & KAHN, S.C./BRADY WILLIAMSON; | |
| | | BILLED TOTALS: WORK: | | | | 12.77 | 1 records | |
| | | BILLED TOTALS: BILL: | | | | 12.77 | | |
| | | GRAND TOTAL: WORK: | | | | 12.77 | 1 records | |
| | | GRAND TOTAL: BILL: | | | | 12.77 | | |

| | | | |
|---|---|---|---|
| Albany | New York | **McKenna Long** | *Wire Transfer Instructions* |
| Atlanta | Philadelphia | **& Aldridge**LLP | Bank Name: SunTrust Bank |
| Brussels | San Diego | Attorneys at Law | Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303 |
| Denver | San Francisco | Tel: 404.527.4000 | ABA Number: 061000104 |
| Los Angeles | Washington, DC | www.mckennalong.com | Swift Code/Bank Code: SNTRUS3A |
| | | *Remittance Address:* | Account Name: McKenna Long & Aldridge LLP |
| | | P.O. Box 116573, Atlanta, GA 30368 | Account Number: 8800918057 |

```
                                          ATTORNEY-CLIENT PRIVILEGED
                                          TAX ID NO. 52-1237458


LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326



Client No.: 30837              Invoice No. 794584
Matter No.: 30837.0003         Invoice Date: January 31, 2012
========================================================================

    FOR PROFESSIONAL SERVICES RENDERED through November 30, 2011
    RE: AZ 72, LLC


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

                              Hours         Billed              Bill
Name                          Worked        Per Hour          Amount
----------------------        --------      ---------      -----------
C.F. Graham                    0.40          785.00           314.00
A.F. Kaufman                   0.70          475.00           332.50
J. Kuhn                        0.10          425.00            42.50
======================        ========      =========      ===========
Total                          1.20                           689.00


  TOTAL FEES:                                           $    689.00


T O T A L  T H I S  S T A T E M E N T:                  $    689.00
```

```
LEHMAN BROTHERS HOLDINGS INC.              January 31, 2012           PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 794584
```

DESCRIPTION OF SERVICES

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/03/11 | J. Kuhn<br>Task: 4000 | .10 | REVIEW OF STIPULATION OF DISMISSAL. |
| 11/03/11 | C.F. Graham<br>Task: 4000 | .20 | READ E-MAIL FROM R. KAUFMAN, COUNSEL FOR DEFENDANTS, REGARDING SETTLEMENT PAYMENT DETAILS. |
| 11/04/11 | A.F. Kaufman<br>Task: 4000 | .50 | TELEPHONE CALL WITH S. LAUER, COUNSEL FOR DEFENDANTS, REGARDING SETTLEMENT. |
| 11/08/11 | C.F. Graham<br>Task: 4000 | .20 | READ E-MAILS FROM R. KAUFMAN, COUNSEL FOR DEFENDANTS, REGARDING SETTLEMENT PAYMENTS. |
| 11/08/11 | A.F. Kaufman<br>Task: 4000 | .20 | EXCHANGE E-MAILS WITH S. LAUER AND R. KAUFMAN, COUNSEL FOR DEFENDANTS, REGARDING SETTLEMENT. |

```
4000  Non-Bankruptcy Litigation
    A.F. Kaufman                        .70     475.00     $332.50
    C.F. Graham                         .40     785.00     $314.00
    J. Kuhn                             .10     425.00      $42.50

        TOTAL 4000                     1.20                $689.00
```

| | | | | |
|---|---|---|---|---|
| Albany | New York | **McKenna Long** | | *Wire Transfer Instructions* |
| Atlanta | Philadelphia | **& Aldridge**LLP | | Bank Name: SunTrust Bank |
| Brussels | San Diego | Attorneys at Law | | Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303 |
| Denver | San Francisco | Tel: 404.527.4000 | | ABA Number: 061000104 |
| Los Angeles | Washington, DC | www.mckennalong.com | | Swift Code/Bank Code: SNTRUS3A |
| | | *Remittance Address:* | | Account Name: McKenna Long & Aldridge LLP |
| | | P.O. Box 116573, Atlanta, GA 30368 | | Account Number: 8800918057 |

```
                                          ATTORNEY-CLIENT PRIVILEGED
                                          TAX ID NO. 52-1237458


    LEHMAN BROTHERS HOLDINGS INC.
    Attn: Ms. Evanthe  Papastathis
    Monarch Tower
    3424 Peachtree Road, NE
    Suite 2200
    Atlanta, GA 30326



    Client No.: 04406                Invoice No. 794585
    Matter No.: 04406.0222           Invoice Date: January 31, 2012
    =================================================================

       FOR PROFESSIONAL SERVICES RENDERED through November 30, 2011
       RE: MIDDLE MOUNTAIN 156 LLC



    * * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * *
                              Hours            Billed                  Bill
    Name                     Worked          Per Hour                Amount
    ---------------------   ---------       ---------        --------------
    C. Weiss                   0.50           550.00                 275.00
    ===================     =========       =========        ==============
    Total                      0.50                                  275.00


    TOTAL FEES:                                            $        275.00


    T O T A L  T H I S  S T A T E M E N T:                $        275.00
```

```
LEHMAN BROTHERS HOLDINGS INC.            January 31, 2012          PAGE    2
MATTER NUMBER: 04406.0222
INVOICE NO.: 794585


                          DESCRIPTION OF SERVICES


   11/21/11   C. Weiss              .50   REVIEW EMAIL FROM AZ COUNSEL REGARDING
             Task:  4000                  PENDING FORECLOSURE SALE OF PROPERTY OWNED BY
                                          GUARANTOR/JUDGMENT DEBTOR BONANNO (0.1);
                                          REVIEW NOTICE OF FORECLOSURE SALE REGARDING
                                          SAME (0.1); CALL WITH G. MARSH REGARDING
                                          DOMESTICATION OF GUARANTY JUDGMENT IN ARIZONA
                                          (0.1); EMAIL TO LEHMAN AND TRIMONT REGARDING
                                          SAME AND NEXT STEPS (0.2).

4000   Non-Bankruptcy Litigation
       C. Weiss                           .50    550.00    $275.00

       TOTAL 4000                         .50              $275.00
```