# EXHIBIT E-3

**Invoices, Expense Detail and Supplemental Information Sheets**
**(with additional detail and supporting documentation for expenses)**
**for December 1, 2011 through December 31, 2011**

# McKenna Long & Aldridge LLP
### Attorneys at Law

Albany · New York · Atlanta · Philadelphia · Brussels · San Diego · Denver · San Francisco · Los Angeles · Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

*Wire Transfer Instructions*
Bank Name: SunTrust Bank
Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303
ABA Number: 061000104
Swift Code/Bank Code: SNTRUS3A
Account Name: McKenna Long & Aldridge LLP
Account Number: 8800918057

---

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

```
Client No.: 30837                       Invoice No. 795505
Matter No.: 30837.0002                  Invoice Date: February 16, 2012
===================================================================

    FOR PROFESSIONAL SERVICES RENDERED through December 31, 2011
    RE: BANKRUPTCY EMPLOYMENT MATTERS


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

                              Hours          Billed              Bill
Name                          Worked         Per Hour            Amount
---------------------------   --------       ---------           -----------
C.F. Graham                    0.30          785.00                 235.50
A.F. Kaufman                   0.50          475.00                 237.50
G. Walling                     1.10          445.00                 489.50
S. Chandler                    0.30          435.00                 130.50
A. Elko                       27.20          375.00              10,200.00
=========================    ========        =========           ===========
Total                         29.40                              11,293.00

TOTAL FEES:                                                   $ 11,293.00

CHARGES:

    COPY CHARGES                             198.70
    DELIVERY SERVICE/MESSENGER               493.86
    OTHER                                     24.00
    PACER SEARCHES                             2.40

TOTAL CHARGES:                                                $     718.96

T O T A L   T H I S   S T A T E M E N T:                      $ 12,011.96
```

```
LEHMAN BROTHERS HOLDINGS INC.              February 16, 2012        PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 795505
```

DESCRIPTION OF SERVICES

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 12/01/11 | A. Elko<br>Task: 4600 | 6.70 | REVIEW AND REVISE NINTH INTERIM FEE APPLICATION (5.5); CORRESPOND WITH L. GREEN REGARDING INFORMATION NEEDED FOR FEE APPLICATION REGARDING HOURS AND FEES FOR PROFESSIONALS AND PARAPROFESSIONALS BY MATTER AND TASK CODE (0.2); CORRESPOND WITH A. KAUFMAN, C. WEISS AND C. GRAHAM REGARDING MATTER SUMMARY NEEDED FOR AZ 72 (0.2); CORRESPOND WITH G. WALLING AND C. WEISS REGARDING MATTER SUMMARY NEEDED FOR WALKER SQUARE/RIVER BEND (0.2); CORRESPOND WITH G. WALLING AND C. WEISS REGARDING MATTER SUMMARY NEEDED FOR MIDDLE MOUNTAIN (0.2); CORRESPOND WITH S. CHANDLER, M. KAUFMAN AND G. MARSH REGARDING MATTER SUMMARY NEEDED FOR KONTRABECKI (0.2); REVIEW PAYMENTS RECEIVED FROM LEHMAN FOR NINTH INTERIM FEE APPLICATION (0.2). |
| 12/05/11 | G. Walling<br>Task: 4600 | .90 | WORK WITH A. FRANKLIN REGARDING MATTER SUMMARY FOR NINTH FEE APPLICATION (0.1); REVIEW FEE INVOICES FOR PRIOR QUARTER FOR MIDDLE MOUNTAIN (0.1); REVIEW FEE INVOICES FOR PRIOR QUARTER FOR WALKER SQUARE/RIVERBEND (0.1); PREPARE SUMMARY OF SERVICES FOR MIDDLE MOUNTAIN (0.3); PREPARE SUMMARY OF SERVICES FOR WALKER SQUARE/RIVERBEND (0.3). |
| 12/05/11 | A.F. Kaufman<br>Task: 4600 | .50 | REVIEW AND REVISE FEE APPLICATION. |
| 12/06/11 | A. Elko<br>Task: 4600 | 5.50 | DRAFT FEE NINTH INTERIM FEE APPLICATION (2.8); REVIEW CORRESPONDENCE FROM G. WALLING REGARDING MIDDLE MOUNTAIN SUMMARY (0.1); CORRESPOND WITH C. WEISS REGARDING SUMMARY FOR MIDDLE MOUNTAIN FOR FEE APPLICATION (0.1); REVIEW INFORMATION FOR TIMEKEEPER SUMMARIES (0.3); CORRESPOND WITH |

LEHMAN BROTHERS HOLDINGS INC.                February 16, 2012         PAGE   3
MATTER NUMBER: 30837.0002
INVOICE NO.: 795505

                                              L. GREEN REGARDING ADDITIONAL INFORMATION
NEEDED FOR TIMEKEEPER SUMMARIES (0.1); CONFER
AND CORRESPOND WITH K. ROHLING REGARDING
TIMEKEEPER INFORMATION FOR SUMMARIES (0.3);
DRAFT RESPONSE TO LEHMAN OBJECTION TO EIGHTH
INTERIM FEE APPLICATION (0.5); REVIEW AND
REVISE STIPULATION RESOLVING SEVENTH INTERIM
FEE APPLICATION (0.2); CHECK AMOUNTS OF
VOLUNTARY REDUCTIONS REFERENCED IN STIPULATION
(0.1); CORRESPOND WITH P. WHEELER, Z. RAICHE,
L. VIOLA AND N. TALBOTT SETTLE, COUNSEL TO FEE
COMMITTEE, WITH RESPECT THERETO (0.1);
CORRESPOND WITH C. GRAHAM AND C. WEISS WITH
RESPECT TO EXECUTION OF STIPULATION (0.2);
REVIEW COPY OF STIPULATION SIGNED BY C. GRAHAM
(0.1); SIGN STIPULATION AND FURTHER CORRESPOND
WITH P. WHEELER, Z. RAICHE, L. VIOLA AND N.
TALBOTT SETTLE WITH RESPECT THERETO (0.1).

12/06/11   C.F. Graham           .30   READ SETTLEMENT STIPULATION FROM FEE COMMITTEE
           Task:   4600                (0.2);  E-MAIL SIGNATURE PAGE TO A. FRANKLIN
                                       (0.1).

12/07/11   G. Walling            .20   REVIEW AND REVISE NINTH FEE APPLICATION.
           Task:   4600

12/07/11   A. Elko              5.40   REVIEW AND REVISE LETTER RESPONDING TO FEE
           Task:   4600                COMMITTEE OBJECTION (0.4); PREPARE EXHIBITS
                                       TO LETTER (0.3); CORRESPOND WITH G. MARSH
                                       WITH RESPECT THERETO (0.1); CORRESPOND WITH
                                       S. CHANDLER REGARDING SUMMARY OF MATTER FOR
                                       NINTH INTERIM FEE APPLICATION (0.2); FINISH
                                       DRAFTING NINTH INTERIM FEE APPLICATION (3.4);
                                       CORRESPOND WITH G. MARSH, M. KAUFMAN, C.
                                       WEISS, C. GRAHAM, A. KAUFMAN, G. WALLING AND
                                       S. CHANDLER WITH RESPECT THERETO (0.1);
                                       CORRESPOND WITH S. CHANDLER REGARDING EDITS
                                       TO APPLICATION (0.1); REVIEW AND REVISE
                                       APPLICATION (0.3); REVIEW AND SUMMARIZE
                                       MEMORANDUM FROM COUNSEL TO THE FEE COMMITTEE
                                       PROVIDING A STATUS REPORT WITH RESPECT TO THE
                                       FEE REVIEW PROCESS (0.3); CORRESPOND WITH G.
                                       MARSH, M. KAUFMAN, C. WEISS AND C. GRAHAM

LEHMAN BROTHERS HOLDINGS INC.                    February 16, 2012         PAGE    4
MATTER NUMBER: 30837.0002
INVOICE NO.: 795505

                                                  WITH RESPECT THERETO (0.1); CORRESPOND WITH
L. STIPANCIC AND B. FROHLICH REGARDING
SEPTEMBER PAYMENT INFORMATION FOR APPLICATION
(0.1); CORRESPOND WITH K. STADLER AND P.
WHEELER, COUNSEL FOR FEE COMMITTEE, REGARDING
FIFTH INTERIM FEE APPLICATION (0.2).

12/07/11  S. Chandler           .30  REVIEW DRAFT OF NINTH FEE APPLICATION.
          Task: 4600

12/09/11  A. Elko               .40  CONFER WITH M. WARDIEH, LEHMAN, REGARDING
          Task: 4600                 PAYMENT OF SEPTEMBER MONTHLY STATEMENT TO
                                     INCLUDE INFORMATION IN NINTH INTERIM FEE
                                     APPLICATION (0.2); CORRESPOND WITH L. STIPANCIC
                                     AND B. FROLICH WITH RESPECT THERETO (0.1);
                                     CORRESPOND WITH P. WHEELER, COUNSEL FOR FEE
                                     COMMITTEE, WITH RESPECT TO PAYMENT OF FEES AND
                                     EXPENSES FOR PROPOSED ORDER REGARDING WIXTH
                                     INTERIM FEE APPLICATION (0.1).

12/12/11  A. Elko              5.00  CONFER AND CORRESPOND WITH G. MARSH REGARDING
          Task: 4600                 RESPONSE OF MCKENNA LONG & ALDRIDGE LLP TO THE
                                     FEE COMMITTEE'S REPORT REGARDING THE EIGHTH
                                     INTERIM FEE APPLICATION (0.4); REVIEW AND
                                     REVISE RESPONSE AND ATTACHMENTS THERETO (1.0);
                                     PREPARE RESPONSE FOR SUBMISSION (0.2); REVISE
                                     OCTOBER 2011 MONTHLY STATEMENT TO INCLUDE FEE
                                     REDUCTION FOR OCTOBER 2011 BANKRUPTCY MATTER
                                     PURSUANT TO LEHMAN REQUEST FROM J. HALPERN
                                     (0.2); DRAFT LETTER TO J. HALPERIN, J. SUCKOW,
                                     C. ARTHUR AND K. STADLER REGARDING REVISED
                                     OCTOBER 2011 MONTHLY STATEMENT (0.3);
                                     CORRESPOND WITH J. HALPERIN, J. SUCKOW, C.
                                     ARTHUR AND K. STADLER REGARDING REVISED OCTOBER
                                     2011 MONTHLY STATEMENT (0.1); CORRESPOND WITH
                                     P. WHEELER AND M. SANTA MARIA, COUNSEL FOR FEE
                                     COMMITTEE, REGARDING REVISED OCTOBER 2011
                                     MONTHLY STATEMENT AND INVOICE (0.1); CORRESPOND
                                     WITH G. MARSH, M. KAUFMAN, C. WEISS AND C.
                                     GRAHAM REGARDING REVISED OCTOBER 2011 MONTHLY
                                     STATEMENT (0.1); CORRESPOND WITH L. GREEN
                                     REGARDING ELECTRONIC CONVERSION OF INVOICE FOR
                                     BROWN GREER (0.1); CORRESPOND WITH P. WHEELER
                                     REGARDING OUTSTANDING FEE APPLICATIONS (0.1);
                                     VOICE MAIL MESSAGES TO AND FROM P. WHEELER
                                     REGARDING OUTSTANDING FEE APPLICATIONS AND

LEHMAN BROTHERS HOLDINGS INC.February 16, 2012PAGE5
MATTER NUMBER: 30837.0002
INVOICE NO.: 795505

|| | | |
|---|---|---|---|
| | | | RESPONSE TO FEE COMMITTEE REPORT REGARDING EIGHTH INTERIM FEE APPLICATION (0.2); CONFER WITH P. WHEELER REGARDING OUTSTANDING APPLICATIONS AND RESPONSE TO FEE COMMITTEE REPORT (0.3); REVIEW EXCEL SPREADSHEETS FOR FIFTH INTERIM FEE APPLICATION (0.3); CORRESPOND WITH P. WHEELER WITH RESPECT THERETO (0.2); REVIEW RECEIPT OF PAYMENT FOR SEPTEMBER 2011 MONTHLY STATEMENT (0.1); REVISE NINTH INTERIM FEE APPLICATION (0.7); CORRESPOND WITH G. MARSH, M. KAUFMAN, C. WEISS AND C. GRAHAM WITH RESPECT TO REVISED NINTH INTERIM FEE APPLICATION(0.1). |
| 12/14/11 | A. Elko<br>Task: 4600 | 2.60 | REVIEW AND REVISE NINTH INTERIM LEHMAN FEE APPLICATION (0.8); PREPARE EXHIBITS AND APPLICATION FOR FILING (0.5); FILE APPLICATION (0.6); CORRESPOND WITH K. ROHLING REGARDING SERVICE OF APPLICATION (0.2); CORRESPOND WITH WEIL GOTSHAL REGARDING SERVICE OF APPLICATION (0.1); CORRESPOND WITH G. MARSH, M. KAUFMAN, C. WEISS, C. GRAHAM, B. FROLICH AND L. STIPANCIC REGARDING APPLICATION (0.1); CORRESPOND WITH COUNSEL FOR FEE COMMITTEE AND BROWN GREER REGARDING APPLICATION (0.1); REVIEW REVISED OCTOBER 2011 INVOICE FOR BANKRUPTCY EMPLOYMENT MATTER CONVERTED TO EXCEL (0.1); CORRESPOND WITH L. BARBOUR, BROWN GREER, REGARDING THE REVISED OCTOBER 2011 INVOICE FOR THE BANKRUPTCY EMPLOYMENT MATTER (0.1). |
| 12/16/11 | A. Elko<br>Task: 4600 | .20 | CORRESPOND WITH P. WHEELER, COUNSEL TO FEE COMMITTEE, REGARDING ORDERS APPROVING SIXTH AND SEVENTH INTERIM FEE APPLICATIONS (0.1); CORRESPOND WITH C. ARTHUR REGARDING DUPLICATE FILING OF FEE APPLICATION (0.1). |
| 12/23/11 | A. Elko<br>Task: 4600 | .80 | DRAFT SUMMARY OF INVOICES ATTACHED TO FIFTH INTERIM FEE APPLICATION (0.2); CONFER AND CORRESPOND WITH L. GREEN REGARDING CONVERSION OF INVOICES TO LEDES FORMAT PURSUANT TO FEE COMMITTEE REQUEST (0.2); CALCULATE AMOUNT OF |

```
LEHMAN BROTHERS HOLDINGS INC.              February 16, 2012        PAGE   6
MATTER NUMBER: 30837.0002
INVOICE NO.: 795505
```

```
                                           FEES AND EXPENSES FOR FOURTH, SIXTH AND SEVENTH
                                           FEE APPLICATIONS FOR PROPOSED ORDERS APPROVING
                                           APPLICATIONS (0.3); CORRESPOND WITH P. WHEELER,
                                           COUNSEL TO FEE COMMITTEE, WITH RESPECT THERETO
                                           (0.1).

12/28/11   A. Elko                   .40   CORRESPOND WITH L. GREEN REGARDING INVOICES
           Task:  4600                     FOR FIFTH INTERIM FEE APPLICATION CONVERTED
                                           TO LEDES FORMAT (0.1); REVIEW CONVERTED
                                           INVOICES (0.2); CORRESPOND WITH P. WHEELER,
                                           COUNSEL TO FEE COMMITTEE, REGARDING CONVERTED
                                           INVOICES TO ASSIST IN FEE COMMITTEE'S REVIEW
                                           OF APPLICATION (0.1).

12/30/11   A. Elko                   .20   REVIEW AND EDIT NOVEMBER 2011 PRO FORMAS TO
           Task:  4600                     COMPORT WITH FEE COMMITTEE GUIDELINES.

4600   Firm's Own Billing/Fee Applications
       A. Elko                              27.20    375.00   $10,200.00
       A.F. Kaufman                           .50    475.00      $237.50
       C.F. Graham                            .30    785.00      $235.50
       G. Walling                            1.10    445.00      $489.50
       S. Chandler                            .30    435.00      $130.50

           TOTAL 4600                       29.40             $11,293.00
```

## Supplemental Information Sheet
## December 2011

**Expenses for Bankruptcy Employment Matter (30837.0002)**
**Timekeeper: A. Elko**

| Date | Amount | Expense | Description | Supporting Documentation |
|---|---|---|---|---|
| 11/16/11 | $12.00 | Other – Invoice Date 11/16/2011 CD/DVD | 4 CDs for electronic copies of September 2011 Monthly Statement and invoices | Attached |
| 11/30/11 | $12.00 | Other – Invoice Date 11/30/2011 CD/DVD | 4 CDs for electronic copies of October 2011 Monthly Statement and invoices | Attached |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/28/2011 | 0999 | MLA MLA | 107S | 1.00 | 13.88 | 13.88 | DELIVERY SERVICE/MESSENGER | 27192440 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 13.88 | 13.88 | RCVD:GODFREY & KAHN, SC/R. GITLIN C/O KATHERINE | |
| 10/31/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.82 | 12.82 | DELIVERY SERVICE/MESSENGER | 27192441 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.82 | 12.82 | RCVD:EPIQ BANKRUPTCY SOLUTIONS, LLC/LEHMAN BRO. | |
| 11/02/2011 | 4981 | ALISON ELKO | 101S | 225.00 | 0.15 | 33.75 | COPY CHARGES | 27166120 |
| 02/16/2012 | | Invoice=795505 | | 225.00 | 0.10 | 22.50 | | |
| 11/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.82 | 12.82 | DELIVERY SERVICE/MESSENGER | 27205697 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.82 | 12.82 | RCVD:GODREY & KAHN, S.C./BRADY WILLIAMSON; | |
| 11/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.82 | 12.82 | DELIVERY SERVICE/MESSENGER | 27205698 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.82 | 12.82 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| 11/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.82 | 12.82 | DELIVERY SERVICE/MESSENGER | 27205699 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.82 | 12.82 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| 11/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.82 | 12.82 | DELIVERY SERVICE/MESSENGER | 27205700 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.82 | 12.82 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| 11/02/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.82 | 12.82 | DELIVERY SERVICE/MESSENGER | 27205701 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.82 | 12.82 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| 11/03/2011 | 4981 | ALISON ELKO | 101S | 67.00 | 0.15 | 10.05 | COPY CHARGES | 27169071 |
| 02/16/2012 | | Invoice=795505 | | 67.00 | 0.10 | 6.70 | | |
| 11/11/2011 | 4981 | ALISON ELKO | 101S | 24.00 | 0.15 | 3.60 | COPY CHARGES | 27187603 |
| 02/16/2012 | | Invoice=795505 | | 24.00 | 0.10 | 2.40 | | |
| 11/15/2011 | 4981 | ALISON ELKO | 101S | 12.00 | 0.15 | 1.80 | COPY CHARGES | 27191939 |
| 02/16/2012 | | Invoice=795505 | | 12.00 | 0.10 | 1.20 | | |
| 11/16/2011 | 4981 | ALISON ELKO | 101S | 130.00 | 0.15 | 19.50 | COPY CHARGES | 27193656 |
| 02/16/2012 | | Invoice=795505 | | 130.00 | 0.10 | 13.00 | | |
| 11/16/2011 | 0999 | MLA MLA | 124S | 4.00 | 3.00 | 12.00 | OTHER - INVOICE DATE 11/16/2011 CD/DVD | 27206780 |
| 02/16/2012 | | Invoice=795505 | | 4.00 | 3.00 | 12.00 | | |
| 11/16/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.12 | 12.12 | DELIVERY SERVICE/MESSENGER | 27236962 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.12 | 12.12 | RCVD:BROWNGREER PLC/LEAH BARBOUR | |
| 11/16/2011 | 0999 | MLA MLA | 107S | 1.00 | 18.98 | 18.98 | DELIVERY SERVICE/MESSENGER | 27236963 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 18.98 | 18.98 | RCVD:GODREY & KAHN, S.C./BRADY WILLIAMSON; | |
| 11/16/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.77 | 12.77 | DELIVERY SERVICE/MESSENGER | 27236964 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.77 | 12.77 | RCVD:/ELISABETTA GASPARINI; ANDREA S | |
| 11/16/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.77 | 12.77 | DELIVERY SERVICE/MESSENGER | 27236965 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.77 | 12.77 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| 11/18/2011 | 4981 | ALISON ELKO | 101S | 56.00 | 0.15 | 8.40 | COPY CHARGES | 27199308 |
| 02/16/2012 | | Invoice=795505 | | 56.00 | 0.10 | 5.60 | | |
| 11/18/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.77 | 12.77 | DELIVERY SERVICE/MESSENGER | 27236966 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.77 | 12.77 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| 11/18/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.77 | 12.77 | DELIVERY SERVICE/MESSENGER | 27236967 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.77 | 12.77 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| 11/18/2011 | 0999 | MLA MLA | 107S | 1.00 | 15.90 | 15.90 | DELIVERY SERVICE/MESSENGER | 27236968 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 15.90 | 15.90 | RCVD:/RICHARD GITLIN, ESQ. | |
| 11/18/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.77 | 12.77 | DELIVERY SERVICE/MESSENGER | 27236969 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.77 | 12.77 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| 11/18/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.77 | 12.77 | DELIVERY SERVICE/MESSENGER | 27236970 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.77 | 12.77 | RCVD:GODREY & KAHN, S.C./BRADY WILLIAMSON; | |
| 11/18/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.77 | 12.77 | DELIVERY SERVICE/MESSENGER | 27236971 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.77 | 12.77 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| 11/29/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.77 | 12.77 | DELIVERY SERVICE/MESSENGER | 27236972 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.77 | 12.77 | RCVD:LEHMAN BROTHER HOLDINGS INC./EPIQ | |
| 11/30/2011 | 4981 | ALISON ELKO | 101S | 2.00 | 0.15 | 0.30 | COPY CHARGES | 27207795 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/16/2012 | | Invoice=795505 | | 2.00 | 0.10 | 0.20 | | |
| 11/30/2011 | 0999 | MLA MLA | 124S | 4.00 | 3.00 | 12.00 | OTHER - INVOICE DATE 11/30/2011 CD/DVD | 27223656 |
| 02/16/2012 | | Invoice=795505 | | 4.00 | 3.00 | 12.00 | | |
| 11/30/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.77 | 12.77 | DELIVERY SERVICE/MESSENGER | 27236973 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.77 | 12.77 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| 11/30/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.77 | 12.77 | DELIVERY SERVICE/MESSENGER | 27236975 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.77 | 12.77 | RCVD:/ELISABETTA GASPARINI; ANDREA S | |
| 11/30/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.12 | 12.12 | DELIVERY SERVICE/MESSENGER | 27236976 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.12 | 12.12 | RCVD:BROWNGREER PLC/LEAH BARBOUR | |
| 12/01/2011 | 4981 | ALISON ELKO | 411S | 1.00 | 2.40 | 2.40 | PACER SEARCHES | 27253056 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 2.40 | 2.40 | | |
| 12/09/2011 | 4981 | ALISON ELKO | 101S | 4.00 | 0.15 | 0.60 | COPY CHARGES | 27220095 |
| 02/16/2012 | | Invoice=795505 | | 4.00 | 0.10 | 0.40 | | |
| 12/12/2011 | 4981 | ALISON ELKO | 101S | 48.00 | 0.15 | 7.20 | COPY CHARGES | 27222165 |
| 02/16/2012 | | Invoice=795505 | | 48.00 | 0.10 | 4.80 | | |
| 12/12/2011 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 16:10 1-608-284-2221 | 27235376 |
| 02/16/2012 | | Invoice=795505 | | 0.00 | 0.00 | 0.00 | 74918 | |
| 12/12/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.77 | 12.77 | DELIVERY SERVICE/MESSENGER | 27249448 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.77 | 12.77 | RCVD:GODREY & KAHN, S.C./BRADY WILLIAMSON; | |
| 12/12/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.77 | 12.77 | DELIVERY SERVICE/MESSENGER | 27249449 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.77 | 12.77 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| 12/12/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.77 | 12.77 | DELIVERY SERVICE/MESSENGER | 27249450 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.77 | 12.77 | RCVD:LAMCO LLC/JOELLE HALPERIN, ESQ. | |
| 12/12/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.77 | 12.77 | DELIVERY SERVICE/MESSENGER | 27249451 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.77 | 12.77 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| 12/12/2011 | 0999 | MLA MLA | 107S | 1.00 | 12.77 | 12.77 | DELIVERY SERVICE/MESSENGER | 27249452 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 12.77 | 12.77 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| 12/14/2011 | 0999 | MLA MLA | 101S | 1.00 | 0.10 | 0.10 | COPY CHARGES - INVOICE DATE 12/14/2011 | 27283594 |
| 02/16/2012 | | Invoice=795505 | | 1350.00 | 0.10 | 135.00 | DECEMBER 2011 MONTHLY TAB LOG 1350 - COPIES - | |
| 12/14/2011 | 0999 | MLA MLA | 101S | 18.00 | 0.10 | 1.80 | COPY CHARGES | 27283708 |
| 02/16/2012 | | Invoice=795505 | | 0.00 | 0.00 | 0.00 | | |
| 12/14/2011 | 0999 | MLA MLA | 124S | 1.00 | 22.50 | 22.50 | OTHER INVOICE DATE 12/14/2011 DECEMBER 2011 | 27286347 |
| 02/16/2012 | | Invoice=795505 | | 0.00 | 0.00 | 0.00 | MONTHLY TAB LOG | |
| 12/14/2011 | 0999 | MLA MLA | 107S | 1.00 | 21.00 | 21.00 | DELIVERY SERVICE/MESSENGER | 27287924 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 21.00 | 21.00 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| 12/14/2011 | 0999 | MLA MLA | 107S | 1.00 | 21.00 | 21.00 | DELIVERY SERVICE/MESSENGER | 27287925 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 21.00 | 21.00 | RCVD:GODREY & KAHN, S.C./BRADY WILLIAMSON; | |
| 12/14/2011 | 0999 | MLA MLA | 107S | 1.00 | 23.26 | 23.26 | DELIVERY SERVICE/MESSENGER | 27287926 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 23.26 | 23.26 | RCVD:UNITED STATES BANKRUPTCY COURT/VITO GENNA, | |
| 12/14/2011 | 0999 | MLA MLA | 107S | 1.00 | 21.00 | 21.00 | DELIVERY SERVICE/MESSENGER | 27287927 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 21.00 | 21.00 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| 12/14/2011 | 0999 | MLA MLA | 107S | 1.00 | 24.13 | 24.13 | DELIVERY SERVICE/MESSENGER | 27287928 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 24.13 | 24.13 | RCVD:/RICHARD GITLIN, ESQ. | |
| 12/14/2011 | 0999 | MLA MLA | 107S | 1.00 | 21.00 | 21.00 | DELIVERY SERVICE/MESSENGER | 27287929 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 21.00 | 21.00 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| 12/14/2011 | 0999 | MLA MLA | 107S | 1.00 | 21.00 | 21.00 | DELIVERY SERVICE/MESSENGER | 27287930 |
| 02/16/2012 | | Invoice=795505 | | 1.00 | 21.00 | 21.00 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| 12/19/2011 | 0999 | MLA MLA | 105S | 1.00 | 2.18 | 2.18 | LONG DISTANCE TELEPHONE 16:15 1-608-284-2221 | 27244585 |
| 02/16/2012 | | Invoice=795505 | | 0.00 | 0.00 | 0.00 | 74918 | |
| 02/13/2012 | 4981 | ALISON ELKO | 101S | 57.00 | 0.15 | 8.55 | COPY CHARGES | 27303252 |
| 02/16/2012 | | Invoice=795505 | | 57.00 | 0.10 | 5.70 | | |

Billed Recap Of Cost Detail - Invoice: 795505 Date: 02/16/2012  Page 3
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/22/2012 | 4962 | JENNY VARGAS | 101S | 12.00 | 0.15 | 1.80 | COPY CHARGES | 27316253 |
| 02/16/2012 | | invoice=795505 | | 12.00 | 0.10 | 1.20 | | |
| | | BILLED TOTALS: WORK: | | | | 642.75 | 52 records | |
| | | BILLED TOTALS: BILL: | | | | 718.96 | | |
| | | GRAND TOTAL: WORK: | | | | 642.75 | 52 records | |
| | | GRAND TOTAL: BILL: | | | | 718.96 | | |