**EXHIBIT E-4**

**Invoices, Expense Detail and Supplemental Information Sheets
(with additional detail and supporting documentation for expenses)
for January 1, 2012 through January 31, 2012**

| | | | |
|---|---|---|---|
| Albany | New York | **McKenna Long** | *Wire Transfer Instructions* |
| Atlanta | Philadelphia | **& Aldridge**LLP | Bank Name: SunTrust Bank |
| Brussels | San Diego | Attorneys at Law | Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303 |
| Denver | San Francisco | Tel: 404.527.4000 | ABA Number: 061000104 |
| Los Angeles | Washington, DC | www.mckennalong.com | Swift Code/Bank Code: SNTRUS3A |
| | | *Remittance Address:* | Account Name: McKenna Long & Aldridge LLP |
| | | P.O. Box 116573, Atlanta, GA 30368 | Account Number: 8800918057 |

```
                                        ATTORNEY-CLIENT PRIVILEGED
                                        TAX ID NO. 52-1237458


    LEHMAN BROTHERS HOLDINGS INC.
    Attn: Ms. Evanthe  Papastathis
    TriMont Real Estate Advisors, Inc.
    Monarch Tower
    3424 Peachtree Road, NE
    Suite 2200



    Client No.: 30837              Invoice No. 796672
    Matter No.: 30837.0002         Invoice Date: February 16, 2012
    =================================================================

        FOR PROFESSIONAL SERVICES RENDERED through January 31, 2012
        RE: BANKRUPTCY EMPLOYMENT MATTERS


    * * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *
                            Hours          Billed                Bill
    Name                    Worked         Per Hour            Amount
    ---------------------   --------       ---------       ------------
    A. Elko                   2.90           375.00           1,087.50
    =====================   ========       =========       ============
    Total                     2.90                            1,087.50


    TOTAL FEES:                                         $    1,087.50

    CHARGES:

        COPY CHARGES                            8.60

    TOTAL CHARGES:                                      $        8.60

    T O T A L  T H I S  S T A T E M E N T:              $    1,096.10
```

LEHMAN BROTHERS HOLDINGS INC.                February 16, 2012          PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 796672

DESCRIPTION OF SERVICES

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/04/12 | A. Elko<br>Task: 4600 | .20 | CORRESPOND WITH G. MARSH REGARDING RESPONSE OF FEE COMMITTEE TO OFFER TO REDUCE FEES REQUESTED IN EIGHTH INTERIM FEE APPLICATION (0.1); CORRESPOND WITH P. WHEELER, COUNSEL FOR FEE COMMITTEE, WITH RESPECT THERETO (0.1). |
| 01/05/12 | A. Elko<br>Task: 4600 | .10 | CORRESPOND WITH P. WHEELER, COUNSEL FOR FEE COMMITTEE, REGARDING VOLUNTARY REDUCTION IN FEES FOR EIGHTH INTERIM FEE APPLICATION. |
| 01/09/12 | A. Elko<br>Task: 4600 | .30 | VOICE MAIL MESSAGE FOR P. WHEELER REGARDING OUTSTANDING FEE APPLICATIONS (0.1); REVIEW AND REVISE STIPULATION RESOLVING FEE COMMITTEE'S OBJECTION TO EIGHTH INTERIM FEE APPLICATION (0.1); CORRESPOND WITH G. MARSH WITH RESPECT THERETO (0.1). |
| 01/10/12 | A. Elko<br>Task: 4600 | .30 | CONFER WITH G. MARSH REGARDING STIPULATION RESOLVING FEE COMMITTEE OBJECTION TO EIGHTH INTERIM FEE APPLICATION (0.1); CORRESPOND WITH M. FLANAGAN, G. MARSH AND L. STIPANCIC WITH RESPECT TO APPROVAL OF STIPULATION (0.1); CORRESPOND WITH C. GRAHAM, G. MARSH AND C. WEISS REGARDING EXECUTION OF STIPULATION (0.1). |
| 01/11/12 | A. Elko<br>Task: 4600 | .20 | REVIEW SIGNED COPY OF STIPULATION RESOLVING FEE COMMITTEE OBJECTION TO EIGHTH INTERIM FEE APPLICATION AND EXECUTE STIPULATION (0.1); CORRESPOND WITH P. WHEELER REGARDING SIGNED STIPULATION (0.1). |
| 01/12/12 | A. Elko<br>Task: 4600 | .30 | DRAFT LETTER TO P. WHEELER, COUNSEL TO FEE COMMITTEE, REGARDING STIPULATION RESOLVING FEE COMMITTEE OBJECTION TO EIGHTH INTERIM FEE APPLICATION (0.2); VOICE MAIL MESSAGE FROM P. WHEELER REGARDING OUTSTANDING FEE APPLICATIONS (0.1). |

```
LEHMAN BROTHERS HOLDINGS INC.              February 16, 2012         PAGE    3
MATTER NUMBER: 30837.0002
INVOICE NO.: 796672


   01/13/12  A. Elko              .20   CALL WITH P. WHEELER, COUNSEL FOR FEE
             Task:  4600                COMMITTEE, TO DISCUSS REVIEW OF FIFTH INTERIM
                                        FEE APPLICATION.

   01/16/12  A. Elko              .20   REVIEW STIPULATION REGARDING EIGHTH INTERIM
             Task:  4600                FEE APPLICATION (0.1); CORRESPOND WITH P.
                                        WHEELER REGARDING REVISIONS TO SAME (0.1).

   01/30/12  A. Elko             1.10   REVIEW AND REVISE LEHMAN PRO FORMAS FOR
             Task:  4600                NOVEMBER AND DECEMBER 2011 (0.8); CORRESPOND
                                        WITH C. CHIN REGARDING ADDITIONAL INFORMATION
                                        NEEDED TO SUBMIT TO FEE COMMITTEE WITH MONTHLY
                                        STATEMENTS (0.1); REVIEW FILED COPIES OF LEHMAN
                                        STIPULATIONS RESOLVING SEVENTH AND EIGHTH FEE
                                        APPLICATIONS (0.2).

4600   Firm's Own Billing/Fee Applications
       A. Elko                              2.90    375.00    $1,087.50

       TOTAL 4600                           2.90              $1,087.50
```

Billed Recap Of Cost Detail - [Invoice: 796672 Date: 02/16/2012]  
Client: -

08-13555-mg   Doc 27960-8   Filed 05/21/12   Entered 05/21/12 10:43:41   Exhibit E4   Pg 5 of 5   Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 01/09/2012 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 17:00 1-608-284-2221 | 27262718 |
| 02/16/2012 | | Invoice=796672 | | 0.00 | 0.00 | 0.00 | 74918 | |
| 01/11/2012 | 4981 | ALISON ELKO | 101S | 6.00 | 0.15 | 0.90 | COPY CHARGES | 27261537 |
| 02/16/2012 | | Invoice=796672 | | 6.00 | 0.10 | 0.60 | | |
| 01/12/2012 | 4981 | ALISON ELKO | 101S | 16.00 | 0.15 | 2.40 | COPY CHARGES | 27263362 |
| 02/16/2012 | | Invoice=796672 | | 16.00 | 0.10 | 1.60 | | |
| 01/13/2012 | 0999 | MLA MLA | 105S | 1.00 | 6.90 | 6.90 | LONG DISTANCE TELEPHONE 15:58 1-608-284-2221 | 27271471 |
| 02/16/2012 | | Invoice=796672 | | 0.00 | 0.00 | 0.00 | 74918 | |
| 01/30/2012 | 4981 | ALISON ELKO | 101S | 64.00 | 0.15 | 9.60 | COPY CHARGES | 27287342 |
| 02/16/2012 | | Invoice=796672 | | 64.00 | 0.10 | 6.40 | | |
| | | BILLED TOTALS: WORK: | | | | 20.16 | 5 records | |
| | | BILLED TOTALS: BILL: | | | | 8.60 | | |
| | | GRAND TOTAL: WORK: | | | | 20.16 | 5 records | |
| | | GRAND TOTAL: BILL: | | | | 8.60 | | |