# EXHIBIT E-5

**Invoices, Expense Detail and Supplemental Information Sheets**
**(with additional detail and supporting documentation for expenses)**
**for February 1, 2012 through March 6, 2012**

| | | | |
|---|---|---|---|
| Albany | New York | **McKenna Long & Aldridge** LLP<br>Attorneys at Law<br>Tel: 404.527.4000<br>www.mckennalong.com<br>*Remittance Address:*<br>P.O. Box 116573, Atlanta, GA 30368 | *Wire Transfer Instructions*<br>Bank Name: SunTrust Bank<br>Bank Address: 25 Park Place, 26th Floor, Atlanta, GA 30303<br>ABA Number: 061000104<br>Swift Code/Bank Code: SNTRUS3A<br>Account Name: McKenna Long & Aldridge LLP<br>Account Number: 8800918057 |
| Atlanta | Philadelphia | | |
| Brussels | San Diego | | |
| Denver | San Francisco | | |
| Los Angeles | Washington, DC | | |

```
                                          ATTORNEY-CLIENT PRIVILEGED
                                          TAX ID NO. 52-1237458


LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200



Client No.: 030837                   Invoice No. 811688
Matter No.: 030837.00002             Invoice Date: May 17, 2012
===============================================================

    FOR PROFESSIONAL SERVICES RENDERED through April 30, 2012
    RE: BANKRUPTCY EMPLOYMENT MATTERS


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * *
                           Hours         Billed              Bill
Name                       Worked        Per Hour            Amount
-----------------------    --------      ---------           -------------
A. Franklin                 12.50         400.00              5,000.00
======================     ========      =========           =============
Total                       12.50                             5,000.00


TOTAL FEES:                                            $     5,000.00

CHARGES:

    DELIVERY SERVICE/MESSENGER              84.87

TOTAL CHARGES:                                         $        84.87

T O T A L   T H I S   S T A T E M E N T:               $     5,084.87
```

```
LEHMAN BROTHERS HOLDINGS INC.              May 17, 2012              PAGE    2
MATTER NUMBER: 030837.00002
INVOICE NO.: 811688
```

DESCRIPTION OF SERVICES

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/13/12 | A. Franklin<br>Task: 4600 | 4.20 | FURTHER REVIEW AND REVISE NOVEMBER AND DECEMBER INVOICES TO COMPORT WITH FEE COMMITTEE GUIDELINES (0.3); REVIEW AND REVISE JANUARY PRO FORMA TO COMPORT WITH GUIDELINES (0.3); REVIEW STIPULATIONS, ORDERS AND STATUS OF FEE APPLICATIONS (0.5); REVIEW AND ANALYZE FEE COMMITTEE ORDER OFFER TO RESOLVE OUTSTANDING OBJECTION TO FIFTH INTERIM FEE APPLICATION (0.5); REVIEW FIFTH INTERIM FEE APPLICATION (0.8); WORK ON RESPONSE TO OFFER (1.6); CORRESPOND WITH G. MARSH WITH RESPECT THERETO (0.2). |
| 02/14/12 | A. Franklin<br>Task: 4600 | .20 | CONFER WITH G. MARSH REGARDING OBJECTION TO FIFTH INTERIM FEE APPLICATION AND FEE COMMITTEE OFFER TO RESOLVE OUTSTANDING OBJECTION, OUTSTANDING HOLDBACK AMOUNTS AND FINAL FEE APPLICATION. |
| 03/04/12 | A. Franklin<br>Task: 4600 | 1.00 | REVIEW STATUS OF LEHMAN FEE APPLICATIONS AND MONTHLY STATEMENTS (0.3); WORK ON RESPONSE TO FEE COMMITTEE OBJECTION TO FIFTH INTERIM FEE APPLICATION (0.7). |
| 03/05/12 | A. Franklin<br>Task: 4600 | 2.80 | REVIEW FEE COMMITTEE REQUEST REGARDING MAY AND JUNE 2009 INVOICES CONVERTED TO LEDES FORMAT(0.1); CORRESPOND WITH L. STIPANCIC AND L. GREEN REGARDING INVOICES (0.3); VOICE MAIL MESSAGES TO AND FROM P. WHEELER REGARDING STATUS OF FEE APPLICATIONS AND REQUEST FOR INVOICES IN LEDES FORMAT (0.2); WORK ON MONTHLY STATEMENTS FOR NOVEMBER, DECEMBER AND JANUARY, INCLUDING SUMMARIES OF FEES AND EXPENSES (2.2). |
| 03/06/12 | A. Franklin<br>Task: 4600 | 4.30 | REVIEW FEE COMMITTEE COUNTEROFFER FOR FIFTH INTERIM FEE APPLICATION (0.2); CONFER WITH P. WHEELER, COUNSEL TO FEE COMMITTEE, WITH RESPECT THERETO (0.2); CORRESPOND WITH P. WHEELER WITH RESPECT THERETO (0.1); PREPARE MONTHLY |

```
LEHMAN BROTHERS HOLDINGS INC.              May 17, 2012                PAGE    3
MATTER NUMBER: 030837.00002
INVOICE NO.: 811688
```

STATEMENTS FOR NOVEMBER, DECEMBER AND JANUARY FOR SUBMISSION TO FEE COMMITTEE (2.0); REVIEW FEE COMMITTEE REPORT REGARDING NINTH INTERIM FEE APPLICATION (0.5); PREPARE RESPONSE THERETO (0.3); REVIEW CORRESPONDENCE FROM COUNSEL TO FEE COMMITTEE REGARDING PROPOSED ORDERS FOR SIXTH, SEVENTH AND EIGHTH INTERIM FEE APPLICATIONS (0.1); REVIEW COUNSEL FOR FEE COMMITTEE'S LETTERS AND PROPOSED ORDER APPROVING FEE APPLICATIONS (0.4); REVIEW FEE COMMITTEE MEMORANDUM REGARDING TENTH INTERIM FEE APPLICATION AND FINAL FEE APPLICATION AND CORRESPOND WITH G. MARSH, C. WEISS, P. MCGEEHAN AND C. GRAHAM WITH RESPECT THERETO (0.5).

```
4600   Firm's Own Billing/Fee Applications
       A. Franklin                         12.50    400.00   $5,000.00

          TOTAL 4600                       12.50             $5,000.00
```

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/07/2012 | 00999 | MLA MLA | 107S | 1.00 | 13.58 | 13.58 | DELIVERY SERVICE/MESSENGER | 35454394 |
| 05/17/2012 | | Invoice=811688 | | 1.00 | 13.58 | 13.58 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| 03/07/2012 | 00999 | MLA MLA | 107S | 1.00 | 13.58 | 13.58 | DELIVERY SERVICE/MESSENGER | 35454395 |
| 05/17/2012 | | Invoice=811688 | | 1.00 | 13.58 | 13.58 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| 03/07/2012 | 00999 | MLA MLA | 107S | 1.00 | 13.58 | 13.58 | DELIVERY SERVICE/MESSENGER | 35454396 |
| 05/17/2012 | | Invoice=811688 | | 1.00 | 13.58 | 13.58 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| 03/07/2012 | 00999 | MLA MLA | 107S | 1.00 | 16.97 | 16.97 | DELIVERY SERVICE/MESSENGER | 35454397 |
| 05/17/2012 | | Invoice=811688 | | 1.00 | 16.97 | 16.97 | RCVD:/RICHARD GITLIN, ESQ. | |
| 03/07/2012 | 00999 | MLA MLA | 107S | 1.00 | 13.58 | 13.58 | DELIVERY SERVICE/MESSENGER | 35454398 |
| 05/17/2012 | | Invoice=811688 | | 1.00 | 13.58 | 13.58 | RCVD:GODREY & KAHN, S.C./BRADY WILLIAMSON; | |
| 03/07/2012 | 00999 | MLA MLA | 107S | 1.00 | 13.58 | 13.58 | DELIVERY SERVICE/MESSENGER | 35454399 |
| 05/17/2012 | | Invoice=811688 | | 1.00 | 13.58 | 13.58 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| | | BILLED TOTALS: WORK: | | | | 84.87 | 6 records | |
| | | BILLED TOTALS: BILL: | | | | 84.87 | | |
| | | GRAND TOTAL: WORK: | | | | 84.87 | 6 records | |
| | | GRAND TOTAL: BILL: | | | | 84.87 | | |