IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Form 210A

United States Bankruptcy Court

SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS

Case No. 08-13555 (JMP)
JOINTLY ADMINISTERED

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**
**Banca Popolare Pugliese S.c.p.A.**

**Name of Transferor**
**Anthracite Investments (Ireland) PLC**

Name and Address where notices to transferee should be sent:

Banca Popolare Pugliese S.c.p.A.
Via Luzzatti, 8
73046 Matino (Lecce)
Italy
Attn: Mr. Valter Terzano

E-mail: vtz.terzano@bpp.it
Phone: +39 0833 500115

Court Claim # (if known): 20331
Amount of Claim: $ 71,035.00
Date Claim Filed: 21/09/2009

Last Four Digits of Acct #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: +39 0833 500115
Last Four Digits of Acct #: N/A
Swift Code: BPPUIT33
IBAN: IT48 O052 6279 7480 0000 0000 705

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: _____    Date: 16 May 2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S C. §1152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

# TRANSFER AGREEMENT

## FORM OF EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Anthracite Investments (Ireland) PLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Banca Popolare Pugliese S.c.p.A. ("Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (No. 20331) filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Please note that, on 28 December, 2011, Assignor entered into a termination agreement with the Debtor, in order to allow the amount of the claim (the "Allowed Claim") arising from the termination of the ISDA Master Agreement. In this respect, please note that the Allowed Claim is equal to $ 71,035.00.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 16 day of May 2012.

GIVEN UNDER THE COMMON SEAL OF )
ANTHRACITE INVESTMENTS (IRELAND) PLC )
By: D. M. Mc G in G
Director:
By:
Director/Secretary:

D. M. Mc Ging
Signed, sealed and delivered on
21 MAY 2012

FOR AND ON BEHALF OF
CAPITA INTERNATIONAL FINANCIAL
SERVICES (IRELAND) LIMITED
AS SECRETARY

BANCA POPOLARE PUGLIESE S.C.P.A.
By:
Name: Mr. Vito Antonio PRIMICERI
Title: Managing Director

By:
Name: Mr. Mauro BUSCICCHIO
Title: Deputy Managing Director

2