WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                              :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    **08-13555 (JMP)**
:
Debtors.                              :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF TWO**
**HUNDRED NINETY-SIXTH OMNIBUS OBJECTION TO CLAIMS**
**(AMENDED AND SUPERSEDED CLAIMS) SOLELY AS TO CERTAIN CLAIM**

   **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan

Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its Two

Hundred Ninety-Sixth Omnibus Objection to Claims (Amended and Superseded Claims)

US_ACTIVE:\44007219\01\58399.0008

2

[ECF No. 27867] **solely as to the claim listed on Exhibit A attached hereto**.

Dated:  May 21, 2012
       New York, New York

                           /s/ Jacqueline Marcus
                           Jacqueline Marcus

                           WEIL, GOTSHAL & MANGES LLP
                           767 Fifth Avenue
                           New York, New York 10153
                           Telephone: (212) 310-8000
                           Facsimile: (212) 310-8007

                           Attorneys for Lehman Brothers Holdings Inc.
                           and Certain of Its Affiliates

## Exhibit A

## Claim for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| DNB NOR BANK ASA | 27276 |