# Exhibit B

## Summary of Total Hours and Fees Incurred by Professional

| Name | Admission Date | Position | Year Billed | Total Hours Billed | Rate | Total Amount Billed |
|---|---|---|---|---|---|---|
| Abdel-Nour, Francesca | N/A | Paralegal | 2011 | 13.10 | 250.00 | 3,275.00 |
| Abdel-Nour, Francesca | N/A | Paralegal | 2012 | 52.20 | 260.00 | 13,572.00 |
| Alter, Jonathan B. | 1989 | Partner | 2012 | 2.30 | 950.00 | 2,185.00 |
| Armitage, J. Clark | 1991 | Of Counsel | 2011 | 42.60 | 950.00 | 40,470.00 |
| Armitage, J. Clark | 1991 | Of Counsel | 2012 | 108.30 | 990.00 | 107,217.00 |
| Armitage, J. Clark* | 1991 | Of Counsel | 2011 | 3.00 | 475.00 | 1,425.00 |
| Blanchard, Jr., Hartman E. | 1994 | Partner | 2011 | 277.30 | 790.00 | 219,067.00 |
| Blanchard, Jr., Hartman E. | 1994 | Partner | 2012 | 227.20 | 825.00 | 187,440.00 |
| Blanchard, Jr., Hartman E.* | 1994 | Partner | 2011 | 28.80 | 395.00 | 11,376.00 |
| Blanchard, Jr., Hartman E.* | 1994 | Partner | 2012 | 38.30 | 412.50 | 15,798.75 |
| Boelitz, Anna M. | 1997 | Of Counsel | 2011 | 0.30 | 635.00 | 190.50 |
| Bohls, Dawn | N/A | Library Researcher | 2011 | 9.80 | 345.00 | 3,381.00 |
| Bohls, Dawn | N/A | Library Researcher | 2012 | 7.70 | 360.00 | 2,772.00 |
| Bowers, Chris | 1999 | Partner | 2011 | 153.90 | 940.00 | 144,666.00 |
| Bowers, Chris | 1999 | Partner | 2012 | 97.30 | 990.00 | 96,327.00 |
| Bowers, Chris* | 1999 | Partner | 2011 | 28.10 | 470.00 | 13,207.00 |
| Bowers, Chris* | 1999 | Partner | 2012 | 8.00 | 495.00 | 3,960.00 |
| Bridgeman, James D. | 1981 | Partner | 2011 | 7.10 | 1,025.00 | 7,277.50 |
| Brody, Steven G. | 1987 | Partner | 2011 | 43.80 | 910.00 | 39,858.00 |
| Brody, Steven G. | 1987 | Partner | 2012 | 25.60 | 945.00 | 24,192.00 |
| Bruce, Meredith | N/A | Paralegal | 2012 | 0.40 | 195.00 | 78.00 |
| Buch, Ronald L. | 1993 | Partner | 2011 | 23.10 | 935.00 | 21,598.50 |
| Buch, Ronald L. | 1993 | Partner | 2012 | 5.80 | 970.00 | 5,626.00 |
| Buch, Ronald L.* | 1993 | Partner | 2011 | 12.20 | 467.50 | 5,703.50 |
| Buddhdev, Sheena | 1999 | Of Counsel | 2011 | 2.50 | 715.00 | 1,787.50 |
| Carrera, Alex | N/A | Paralegal | 2011 | 1.50 | 280.00 | 420.00 |
| Cox, Sean A. | 2010 | Associate | 2012 | 1.30 | 480.00 | 624.00 |
| Dana, Anne M. | N/A | Library Researcher | 2011 | 0.10 | 235.00 | 23.50 |
| Dawkins, Mark | 1985 | Partner | 2012 | 12.30 | 875.00 | 10,762.50 |
| Dillon, Sheri A. | 1999 | Partner | 2011 | 27.50 | 935.00 | 25,712.50 |
| Dillon, Sheri A. | 1999 | Partner | 2012 | 21.00 | 970.00 | 20,370.00 |
| Dillon, Sheri A.* | 1999 | Partner | 2011 | 10.80 | 467.50 | 5,049.00 |
| Flaherty, Renee D. | 2012 | Associate | 2012 | 179.70 | 469.80 | 84,422.50 |
| Hensel, Jeannie H. | N/A | Temp Paralegal | 2011 | 31.00 | 355.00 | 11,005.00 |
| Hensel, Jeannie H. | N/A | Temp Paralegal | 2012 | 27.70 | 370.00 | 10,249.00 |
| Howard, Jasper A. | 1989 | Partner | 2011 | 1.30 | 1,025.00 | 1,332.50 |
| Humphreys, Amber | N/A | Paralegal | 2011 | 0.40 | 200.00 | 80.00 |
| Humphreys, Amber | N/A | Library Researcher | 2012 | 3.50 | 210.00 | 735.00 |
| Johnson, Jeffrey R. | 1993 | Partner | 2011 | 1.00 | 850.00 | 850.00 |
| Johnson, Jeffrey R. | 1993 | Partner | 2012 | 2.00 | 895.00 | 1,790.00 |
| Katcher, Bob | 1978 | Partner | 2011 | 7.60 | 1,025.00 | 7,790.00 |

| Name | Admission Date | Position | Year Billed | Total Hours Billed | Rate | Total Amount Billed |
|---|---|---|---|---|---|---|
| Katcher, Bob | 1978 | Partner | 2012 | 0.50 | 1,065.00 | 532.50 |
| Kliegman, Matthew I. | | Of Counsel | 2011 | 5.70 | 690.00 | 3,933.00 |
| Kroll, Amy | 1992 | Partner | 2012 | 11.70 | 730.00 | 8,541.00 |
| Kummer, Michael | 2008 | Associate | 2011 | 61.40 | 460.00 | 28,244.00 |
| Kummer, Michael | 2008 | Associate | 2012 | 75.90 | 510.00 | 38,709.00 |
| Leonard, Bob | 2007 | Associate | 2012 | 12.00 | 665.00 | 7,980.00 |
| Lepine, Gina M. | N/A | Paralegal | 2011 | 9.20 | 355.00 | 3,266.00 |
| Lepine, Gina M. | N/A | Paralegal | 2012 | 3.20 | 370.00 | 1,184.00 |
| Madan, Raj | 1993 | Partner | 2011 | 90.00 | 940.00 | 84,600.00 |
| Madan, Raj | 1993 | Partner | 2012 | 66.50 | 990.00 | 65,835.00 |
| Madan, Raj* | 1993 | Partner | 2011 | 31.40 | 470.00 | 14,758.00 |
| Madan, Raj* | 1993 | Partner | 2012 | 13.90 | 495.00 | 6,880.50 |
| Margulies, Oren P. | 2007 | Associate | 2012 | 50.90 | 695.00 | 35,375.50 |
| Metcalfe, Jonathon | N/A | Lit Specialist | 2011 | 0.20 | 265.00 | 53.00 |
| Mezei, Saul | 2003 | Associate | 2011 | 3.00 | 640.00 | 1,920.00 |
| Mezei, Saul | 2003 | Associate | 2012 | 23.70 | 695.00 | 16,471.50 |
| Murray, Ann C. | N/A | Paralegal | 2011 | 9.20 | 355.00 | 3,266.00 |
| Murray, Ann C. | N/A | Paralegal | 2012 | 5.50 | 370.00 | 2,035.00 |
| Neal, Stephen | N/A | Lit Specialist | 2011 | 28.50 | 265.00 | 7,552.50 |
| Neal, Stephen | N/A | Lit Specialist | 2012 | 8.30 | 275.00 | 2,282.50 |
| Owens, Angela M. | N/A | Paralegal | 2011 | 87.30 | 280.00 | 24,444.00 |
| Owens, Angela M. | N/A | Paralegal | 2012 | 54.40 | 290.00 | 15,776.00 |
| Rankin, Kiara L. | 2007 | Associate | 2011 | 313.00 | 610.00 | 190,930.00 |
| Rankin, Kiara L. | 2007 | Associate | 2012 | 328.50 | 665.00 | 218,452.50 |
| Rankin, Kiara L.* | 2007 | Associate | 2011 | 39.00 | 305.00 | 11,895.00 |
| Rankin, Kiara L.* | 2007 | Associate | 2012 | 14.20 | 332.50 | 4,721.50 |
| Robins, Sima Gavriella | 2009 | Associate | 2011 | 8.80 | 555.00 | 4,884.00 |
| Ross, Mark | N/A | Paralegal | 2011 | 1.00 | 310.00 | 310.00 |
| Schatz, Brian D. | 2009 | Associate | 2012 | 156.90 | 575.00 | 90,217.50 |
| Sharon, Craig A. | 1988 | Partner | 2012 | 3.00 | 1,140.00 | 3,420.00 |
| Smith, David K. | 2008 | Associate | 2012 | 14.80 | 490.00 | 7,252.00 |
| Sosna, Daniel | 2010 | Associate | 2011 | 143.30 | 460.00 | 65,918.00 |
| Sosna, Daniel | 2010 | Associate | 2012 | 133.20 | 510.00 | 67,932.00 |
| Sosna, Daniel* | 2010 | Associate | 2011 | 3.20 | 230.00 | 736.00 |
| Soverel, Myles C. | N/A | Paralegal | 2011 | 12.50 | 195.00 | 2,437.50 |
| Stults, Kevin R. | 2005 | Associate | 2011 | 216.70 | 670.00 | 145,189.00 |
| Stults, Kevin R. | 2005 | Associate | 2012 | 275.20 | 715.00 | 196,768.00 |
| Stults, Kevin R.* | 2005 | Associate | 2011 | 13.60 | 335.00 | 4,556.00 |
| Stults, Kevin R.* | 2005 | Associate | 2012 | 19.20 | 357.50 | 6,864.00 |
| Sweet, Charles A. | 1988 | Partner | 2012 | 7.30 | 950.00 | 6,935.00 |
| Tidwell, Royce | 2007 | Associate | 2011 | 69.30 | 610.00 | 42,273.00 |
| Tidwell, Royce | 2007 | Associate | 2012 | 52.30 | 665.00 | 34,779.50 |
| Trevicano, Luisa | N/A | Paralegal | 2011 | 0.80 | 280.00 | 224.00 |
| Wacker, Nathan P. | 2010 | Associate | 2011 | 22.90 | 460.00 | 10,534.00 |
| Wacker, Nathan P. | 2010 | Associate | 2012 | 13.20 | 510.00 | 6,732.00 |
| Wilkins, Nicholas | 2011 | Associate | 2011 | 65.50 | 460.00 | 30,130.00 |

| Name | Admission Date | Position | Year Billed | Total Hours Billed | Rate | Total Amount Billed |
|---|---|---|---|---|---|---|
| Wilkins, Nicholas | 2011 | Associate | 2012 | 89.30 | 510.00 | 45,543.00 |
| Wright, Hannah | N/A | Associate | 2011 | 10.40 | 300.00 | 3,120.00 |
| Zukowski, Todd | N/A | Lit Specialist | 2011 | 5.90 | 235.00 | 1,386.50 |
| Zukowski, Todd | N/A | Lit Specialist | 2012 | 7.00 | 245.00 | 1,715.00 |
| | | | | 4,239.80 | | $2,733,159.75 |

*Per Fee Committee guidelines, non-working travel time has been billed at 50% of normal hourly rates.