# Exhibit B1

## Summary of Hours and Fees
## Incurred by Professional By Matter

| Matter Number | Timekeeper | Hours | Value |
|---|---|---|---|
| 1101400402 | Abdel-Nour, Francesca | 3.50 | 910.00 |
| 1101400474 | Abdel-Nour, Francesca | 55.80 | 14,407.00 |
| 1101400750 | Abdel-Nour, Francesca | 6.00 | 1,530.00 |
| 1101400903 | Alter, Jonathan B. | 2.30 | 2,185.00 |
| 1101400402 | Armitage, J. Clark | 94.50 | 90,306.00 |
| 1101400910 | Armitage, J. Clark | 59.40 | 58,806.00 |
| 1101400402 | Blanchard, Jr., Hartman E. | 3.60 | 2,875.50 |
| 1101400474 | Blanchard, Jr., Hartman E. | 568.00 | 430,806.25 |
| 1101400402 | Boelitz*, Anna M. | 0.30 | 190.50 |
| 1101400402 | Bohls, Dawn | 2.20 | 790.50 |
| 1101400474 | Bohls, Dawn | 15.30 | 5,362.50 |
| 1101400402 | Bowers, Chris | 2.90 | 2,831.00 |
| 1101400474 | Bowers, Chris | 269.20 | 240,836.00 |
| 1101400667 | Bowers, Chris | 1.50 | 1,410.00 |
| 1101400750 | Bowers, Chris | 4.10 | 3,854.00 |
| 1101400907 | Bowers, Chris | 1.60 | 1,504.00 |
| 1101400910 | Bowers, Chris | 4.10 | 4,059.00 |
| 1101400911 | Bowers, Chris | 3.90 | 3,666.00 |
| 1101400911 | Bridgeman, James D. | 7.10 | 7,277.50 |
| 1101400474 | Brody, Steven G. | 69.40 | 64,050.00 |
| 1101400015 | Bruce, Meredith | 0.40 | 78.00 |
| 1101400402 | Buch, Ronald L. | 0.60 | 582.00 |
| 1101400474 | Buch, Ronald L. | 0.80 | 776.00 |
| 1101400561 | Buch, Ronald L. | 39.70 | 31,570.00 |
| 1101400474 | Buddhdev, Sheena | 2.50 | 1,787.50 |
| 1101400015 | Carrera, Alex | 1.50 | 420.00 |
| 1101400903 | Cox, Sean A. | 1.30 | 624.00 |
| 1101400474 | Dana, Anne M. | 0.10 | 23.50 |
| 1101400474 | Dawkins, Mark | 12.30 | 10,762.50 |
| 1101400402 | Dillon, Sheri A. | 20.80 | 17,313.50 |
| 1101400901 | Dillon, Sheri A. | 22.90 | 18,927.50 |
| 1101400902 | Dillon, Sheri A. | 12.80 | 12,174.50 |
| 1101400903 | Dillon, Sheri A. | 2.80 | 2,716.00 |
| 1101400474 | Flaherty, Renee D. | 179.70 | 84,422.50 |
| 1101400402 | Hensel, Jeannie H. | 2.00 | 740.00 |
| 1101400901 | Hensel, Jeannie H. | 7.80 | 2,842.50 |
| 1101400902 | Hensel, Jeannie H. | 48.90 | 17,671.50 |
| 1101400911 | Howard, Jasper A. | 1.30 | 1,332.50 |
| 1101400474 | Humphreys, Amber | 3.90 | 815.00 |
| 1101400015 | Johnson, Jeffrey R. | 3.00 | 2,640.00 |
| 1101400474 | Katcher, Bob | 8.10 | 8,322.50 |

| Matter Number | Timekeeper | Hours | Value |
|---|---|---|---|
| 1101400474 | Kliegman, Matthew I. | 5.70 | 3,933.00 |
| 1101400474 | Kroll, Amy | 11.70 | 8,541.00 |
| 1101400474 | Kummer, Michael | 80.60 | 38,896.00 |
| 1101400561 | Kummer, Michael | 5.40 | 2,484.00 |
| 1101400750 | Kummer, Michael | 51.30 | 25,573.00 |
| 1101400402 | Leonard, Bob | 0.50 | 332.50 |
| 1101400901 | Leonard, Bob | 11.00 | 7,315.00 |
| 1101400903 | Leonard, Bob | 0.50 | 332.50 |
| 1101400015 | Lepine, Gina M. | 12.40 | 4,450.00 |
| 1101400402 | Madan, Raj | 30.50 | 27,959.00 |
| 1101400474 | Madan, Raj | 168.20 | 141,185.50 |
| 1101400561 | Madan, Raj | 0.80 | 752.00 |
| 1101400750 | Madan, Raj | 2.20 | 2,083.00 |
| 1101400901 | Madan, Raj | 0.10 | 94.00 |
| 1101400402 | Margulies, Oren P. | 1.10 | 764.50 |
| 1101400474 | Margulies, Oren P. | 49.80 | 34,611.00 |
| 1101400474 | Metcalfe, Jonathon | 0.20 | 53.00 |
| 1101400474 | Mezei, Saul | 26.20 | 18,071.50 |
| 1101400750 | Mezei, Saul | 0.50 | 320.00 |
| 1101400474 | Murray, Ann C. | 14.70 | 5,301.00 |
| 1101400474 | Neal, Stephen | 36.80 | 9,835.00 |
| 1101400402 | Owens, Angela M. | 15.10 | 4,286.00 |
| 1101400474 | Owens, Angela M. | 82.90 | 23,543.00 |
| 1101400561 | Owens, Angela M. | 0.90 | 252.00 |
| 1101400667 | Owens, Angela M. | 0.20 | 56.00 |
| 1101400750 | Owens, Angela M. | 8.00 | 2,263.00 |
| 1101400901 | Owens, Angela M. | 2.10 | 597.00 |
| 1101400902 | Owens, Angela M. | 30.10 | 8,542.00 |
| 1101400903 | Owens, Angela M. | 0.90 | 261.00 |
| 1101400907 | Owens, Angela M. | 1.50 | 420.00 |
| 1101400402 | Rankin, Kiara L. | 24.30 | 13,138.50 |
| 1101400474 | Rankin, Kiara L. | 661.00 | 406,912.00 |
| 1101400561 | Rankin, Kiara L. | 0.80 | 488.00 |
| 1101400750 | Rankin, Kiara L. | 0.80 | 504.50 |
| 1101400902 | Rankin, Kiara L. | 7.60 | 4,834.00 |
| 1101400907 | Rankin, Kiara L. | 0.20 | 122.00 |
| 1101400474 | Robins, Sima Gavriella | 8.80 | 4,884.00 |
| 1101400561 | Ross, Mark | 1.00 | 310.00 |
| 1101400474 | Schatz, Brian D. | 156.90 | 90,217.50 |
| 1101400910 | Sharon, Craig A. | 3.00 | 3,420.00 |
| 1101400474 | Smith, David K. | 14.80 | 7,252.00 |
| 1101400402 | Sosna, Daniel | 104.20 | 50,931.00 |
| 1101400474 | Sosna, Daniel | 133.50 | 62,360.00 |
| 1101400561 | Sosna, Daniel | 2.50 | 1,150.00 |
| 1101400910 | Sosna, Daniel | 39.50 | 20,145.00 |
| 1101400015 | Soverel, Myles C. | 12.50 | 2,437.50 |
| 1101400402 | Stults, Kevin R. | 254.90 | 174,815.75 |

| Matter Number | Timekeeper | Hours | Value |
|---|---|---|---|
| 1101400474 | Stults, Kevin R. | 231.50 | 152,477.25 |
| 1101400561 | Stults, Kevin R. | 25.50 | 17,499.00 |
| 1101400667 | Stults, Kevin R. | 6.80 | 4,556.00 |
| 1101400750 | Stults, Kevin R. | 0.40 | 277.00 |
| 1101400902 | Stults, Kevin R. | 4.10 | 2,747.00 |
| 1101400911 | Stults, Kevin R. | 1.50 | 1,005.00 |
| 1101400402 | Sweet, Charles A. | 7.30 | 6,935.00 |
| 1101400750 | Tidwell, Royce | 121.60 | 77,052.50 |
| 1101400015 | Trevicano, Luisa | 0.80 | 224.00 |
| 1101400474 | Wacker, Nathan P. | 0.40 | 204.00 |
| 1101400901 | Wacker, Nathan P. | 8.10 | 3,726.00 |
| 1101400902 | Wacker, Nathan P. | 27.60 | 13,336.00 |
| 1101400402 | Wilkins, Nicholas | 31.70 | 16,022.00 |
| 1101400474 | Wilkins, Nicholas | 123.10 | 59,651.00 |
| 1101400474 | Wright, Hannah | 10.40 | 3,120.00 |
| 1101400474 | Zukowski, Todd | 10.30 | 2,490.50 |
| 1101400750 | Zukowski, Todd | 2.60 | 611.00 |
| | | **4,239.80** | **$2,733,159.75** |