# Exhibit C

## Summary of Hours and Fees Incurred by Category

| Matter Number | Exhibit | Hours | Fees |
|---|---|---|---|
| 1101400015 | C-1 | 16.00 | 3,567.50 |
| 1101400015 | C-2 | 5.90 | 2,094.50 |
| 1101400015 | C-3 | 3.10 | 1,535.50 |
| 1101400015 | C-4 | 2.80 | 2,086.00 |
| 1101400015 | C-5 | 2.80 | 966.00 |
| 1101400402 | C-1 | 16.70 | 11,462.00 |
| 1101400402 | C-2 | 78.30 | 50,654.50 |
| 1101400402 | C-3 | 118.90 | 81,148.50 |
| 1101400402 | C-4 | 260.30 | 177,806.25 |
| 1101400402 | C-5 | 125.80 | 90,652.00 |
| 1101400474 | C-1 | 610.90 | 379,939.00 |
| 1101400474 | C-2 | 599.10 | 389,849.00 |
| 1101400474 | C-3 | 236.20 | 158,323.00 |
| 1101400474 | C-4 | 574.60 | 378,991.75 |
| 1101400474 | C-5 | 991.80 | 628,806.75 |
| 1101400561 | C-1 | 12.40 | 9,151.00 |
| 1101400561 | C-2 | 28.40 | 18,727.50 |
| 1101400561 | C-3 | 22.20 | 15,780.50 |
| 1101400561 | C-4 | 11.30 | 8,972.00 |
| 1101400561 | C-5 | 2.30 | 1,874.00 |
| 1101400667 | C-1 | 5.60 | 3,752.00 |
| 1101400667 | C-3 | 2.90 | 2,270.00 |
| 1101400750 | C-1 | 11.70 | 5,883.00 |
| 1101400750 | C-2 | 32.30 | 19,613.00 |
| 1101400750 | C-3 | 55.60 | 31,561.00 |
| 1101400750 | C-4 | 88.40 | 51,138.50 |
| 1101400750 | C-5 | 9.50 | 5,872.50 |
| 1101400901 | C-1 | 2.80 | 1,892.50 |
| 1101400901 | C-2 | 6.20 | 3,152.50 |
| 1101400901 | C-3 | 19.70 | 12,763.00 |
| 1101400901 | C-4 | 10.00 | 7,567.50 |
| 1101400901 | C-5 | 13.30 | 8,126.50 |
| 1101400902 | C-1 | 26.80 | 12,305.50 |
| 1101400902 | C-2 | 18.50 | 8,476.00 |
| 1101400902 | C-3 | 31.30 | 12,876.50 |
| 1101400902 | C-4 | 35.10 | 16,639.50 |
| 1101400902 | C-5 | 19.40 | 9,007.50 |
| 1101400903 | C-4 | 6.10 | 4,761.50 |
| 1101400903 | C-5 | 1.70 | 1,357.00 |
| 1101400907 | C-3 | 3.30 | 2,046.00 |
| 1101400910 | C-5 | 106.00 | 86,430.00 |

| Matter Number | Exhibit | Hours | Fees |
|---|---|---|---|
| 1101400911 | C-1 | 3.40 | 3,306.50 |
| 1101400911 | C-2 | 8.40 | 8,009.50 |
| 1101400911 | C-3 | 2.00 | 1,965.00 |
| | | 4,239.80 | $2,733,159.75 |