# Exhibit D

## Summary of Expenses

| Expense Category | Actual Expense |
|---|---:|
| Consulting | 212,034.28 |
| Court Costs | 129.75 |
| Filing Fees | 1,654.26 |
| Ground Transportation | 25.72 |
| Index/Binding | 846.16 |
| Library Retrieval Services | 55.78 |
| Meals: Client Meeting | 2,186.63 |
| Meals: Working Lunch | 13.48 |
| Meeting Space | 2,136.17 |
| Online Legal Research | 21,565.51 |
| Other Electronic Research | 948.97 |
| Outside Service: Copy & Printing | 247.56 |
| Overnight/Express Delivery | 1,391.82 |
| Photocopies | 6,868.44 |
| Photocopies: Color | 678.86 |
| Scanning | 162.03 |
| Teleconference | 250.20 |
| Transcripts | 59.94 |
| Travel: Air Transportation | 45,743.86 |
| Travel: Coach Services | 9,939.70 |
| Travel: Ground Transportation | 1,036.15 |
| Travel: Lodging | 22,799.65 |
| Travel: Meals | 2,319.37 |
| Travel: Parking | 118.00 |
| Travel: Rail Transportation | 4,321.00 |
| **Subtotal of Expenses Incurred** | **$337,533.29** |
| **Less Voluntary Reductions Taken in Monthly Statements** | **$40,145.77** |
| **Total Expenses Requested** | **$297,387.52** |