UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
: 
: Chapter 11
In re: :
: Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., :
: Jointly Administered
Debtors. :
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

Brooke Filler, being duly sworn, deposes, and says:

    1.    I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

    2.    On May 18, 2012, I caused to be served copies of the (i) **Notice of Appearance** and (ii) **Objection of Bank Hapoalim (Switzerland) Ltd. to the Claim Transfer of Alpaka Investments Inc. c/o RBC Wealth Management** on the parties listed on the attached service list.

      3.    I caused such service to be made by enclosing true copies of the aforementioned documents in properly addressed wrappers and caused them to be sent in the manner shown thereon.

/s/ Brooke Filler
Brooke Filler

Sworn to before me this
21st day of May, 2012

/s/ Maurice Tattnall
Notary Public
State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Dec. 21, 2014

# SERVICE LIST

**By Overnight Delivery**

Eduardo Brender
Alpaka Investments Inc.
c/o RBC Wealth Management
801 Brickell Ave., Suite 1500
Miami, FL 33131

**By Hand**

The Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Richard Krasnow
Lori Fife
Shai Waisman
Jacqueline Marcus
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis Dunne
Dennis O'Donnell
Evan Fleck
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005