# EXHIBIT A

## SUMMARY OF SERVICES BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| General Case Administration [0100] | 19.80 | $18,125.00 |
| General Case Strategy Meetings [0200] | 73.60 | $58,826.50 |
| Hearings and Court Communications [0400] | 56.20 | $46,640.00 |
| Non-working Travel [0500] | 37.50 | $13,318.75 |
| Cash Management [1200] | 2.60 | $2,387.00 |
| Real Estate Matters [2300] | 98.20 | $90,161.00 |
| Non-Derivative Stay/Safe Harbor [3000] | 4.40 | $3,290.00 |
| Non-Derivative Contracts [3200] | 105.30 | $83,533.00 |
| DIP Financing [3300] | 98.80 | $68,015.50 |
| Plan of Reorganization [3500] | 1,975.00 | $1,505,430.50 |
| Disclosure Statement/Voting [3600] | 381.00 | $203,313.50 |
| Non-Derivative Issues [3700] | 623.90 | $431,244.00 |
| Other Motions and Matters [3800] | 6.80 | $4,420.00 |
| Non-Derivative Litigation [3900] | 39.10 | $32,847.00 |
| Non-Bankruptcy Litigation [4000] | 2.60 | $1,937.00 |
| Appeals [4200] | 17.80 | $11,675.50 |
| PSZJ Fees [4600] | 62.30 | $30,938.00 |
| Third Party Retention/Fees [4800] | 40.40 | $36,601.00 |
| **TOTAL SERVICES:** | **3,645.30** | **$2,642,703.25** |