# EXHIBIT B

## SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL FOR PERIOD FROM OCTOBER 1, 2011 THROUGH MARCH 6, 2012

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals |
|---|---|---|---|---|
| Richard M. Pachulski, Partner | 1979 | $475.00 | 6.00 | $2,850.00 |
| Richard M. Pachulski, Partner | 1979 | $950.00 | 334.00 | $317,300.00 |
| Richard M. Pachulski, Partner | 1979 | $975.00 | 151.50 | $147,712.50 |
| James I. Stang, Partner | 1980 | $955.00 | 0.30 | $286.50 |
| Dean A. Ziehl, Partner | 1978 | $895.00 | 273.30 | $244,603.50 |
| Dean A. Ziehl, Partner | 1978 | $955.00 | 67.90 | $64,844.50 |
| Robert B. Orgel, Partner | 1981 | $850.00 | 588.40 | $500,140.00 |
| Robert B. Orgel, Partner | 1981 | $875.00 | 289.40 | $253,225.00 |
| Ira D. Kharasch, Partner | 1983 | $850.00 | 12.90 | $10,965.00 |
| Ira D. Kharasch, Partner | 1983 | $875.00 | 2.80 | $2,450.00 |
| Alan J. Kornfeld, Partner | 1987 | $825.00 | 29.50 | $24,337.50 |
| Henry C. Kevane, Partner | 1986 | $795.00 | 7.60 | $6,042.00 |
| Henry C. Kevane, Partner | 1986 | $815.00 | 0.30 | $244.50 |
| Kenneth H. Brown, Partner | 1981 | $750.00 | 0.30 | $225.00 |
| Stanley E. Goldich, Partner | 1980 | $775.00 | 0.50 | $387.50 |
| Steven J. Kahn, Of Counsel | 1977 | $725.00 | 250.30 | $181,467.50 |
| Steven J. Kahn, Of Counsel | 1977 | $745.00 | 151.00 | $112,495.00 |
| Daryl G. Parker, Of Counsel | 1970 | $725.00 | 22.70 | $16,457.50 |
| Daryl G. Parker, Of Counsel | 1970 | $745.00 | 15.50 | $11,547.50 |
| Victoria A. Newmark, Of Counsel | 1996 | $650.00 | 59.90 | $38,935.00 |
| Shirley S. Cho, Of Counsel | 1997 | $650.00 | 6.40 | $4,160.00 |
| Harry Hochman, Of Counsel | 1987 | $650.00 | 162.70 | $105,755.00 |
| Harry Hochman, Of Counsel | 1987 | $675.00 | 45.30 | $30,577.50 |
| Jonathan J. Kim, Of Counsel | 1995 | $595.00 | 27.70 | $16,481.50 |

DOCS_NY:27207.4 52063-001

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals |
|---|---|---|---|---|
| Maria A Bove, Of Counsel | 2001 | $312.50 | 19.50 | $6,093.75 |
| Maria A Bove, Of Counsel | 2001 | $625.00 | 296.80 | $185,500.00 |
| Maria A Bove, Of Counsel | 2001 | $645.00 | 118.50 | $76,432.50 |
| John W. Lucas, Associate | 2005 | $247.50 | 10.00 | $2,475.00 |
| John W. Lucas, Associate | 2005 | $495.00 | 267.20 | $132,264.00 |
| John W. Lucas, Associate | 2005 | $525.00 | 26.70 | $14,017.50 |
| Teddy M. Kapur, Associate | 2006 | $475.00 | 0.40 | $190.00 |
| Jason H. Rosell, Associate | 2010 | $395.00 | 225.90 | $89,230.50 |
| Jason H. Rosell, Associate | 2010 | $425.00 | 2.00 | $850.00 |
| Leslie A. Forrester, Paralegal | N/A | $275.00 | 23.40 | $6,435.00 |
| Patricia J. Jeffries, Paralegal | N/A | $255.00 | 36.80 | $9,384.00 |
| Denise A. Harris, Paralegal | N/A | $255.00 | 3.60 | $918.00 |
| David L. Downing, Paralegal | N/A | $220.00 | 9.60 | $2,112.00 |
| Mike A. Matteo, Paralegal | N/A | $220.00 | 28.90 | $6,358.00 |
| Mike A. Matteo, Paralegal | N/A | $240.00 | 2.50 | $600.00 |
| Thomas J. Brown, Paralegal | N/A | $220.00 | 45.90 | $10,098.00 |
| Jorge E. Rojas, Paralegal | N/A | $250.00 | 20.10 | $5,025.00 |
| Kati L. Suk, Paralegal | N/A | $200.00 | 1.30 | $260.00 |
| **TIME CHARGES TOTAL:** | | | **3,645.30** | **$2,641,733.25** |

Total Hours: 3,645.30

Blended Hourly Rate: $724.70
(Attorneys and Paralegals)

Blended Hourly Rate: $748.75
(Attorneys)