# EXHIBIT C

## SUMMARY OF DISBURSEMENTS

| Expense Category | Total Expenses |
|---|---:|
| Airline Fare | $1,095.40 |
| Auto Travel Expense | $1,556.58 |
| Conference Call | $1,211.19 |
| Fax Transmittal Expenses | $37.00 |
| Federal Express | $2,725.99 |
| Filing Fees | $113.55 |
| Guest Parking | $280.00 |
| Hotel Expense | $3,250.00 |
| Legal Vision Attorney Messenger Service | $20,829.64 |
| Lexis/Nexis Legal Research | $4,229.56 |
| Outside Reproduction Expense | $256,231.53 |
| Overtime | $291.15 |
| Pacer – Court Research | $4,912.00 |
| Postage | $4,456.92 |
| Reproduction Expense | $37,109.30 |
| Reproduction/Scan Copy | $12,682.80 |
| Transcript | $15,397.99 |
| Travel Expense | $60.00 |
| Westlaw Legal Research | $11,320.13 |
| Working Meals | $3,052.74 |
| **TOTAL DISBURSEMENTS:** | **$380,843.47** |

DOCS_NY:27207.4 52063-001