EXHIBIT A2

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVI GVF Luxembourg Twelve S.a.r.l. | Barclays Bank PLC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CarVal Investors, LLC
12700 Whitewater Drive, MS 144
Minnetonka, Minnesota 55343-9439

Attn: Teri Salberg
Phone: (952) 984-3416
Last Four Digits of Acct #: _____

Court Claim # (if known): 19937
Amount of Claim: $10,000,000.00
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**CVI GVF LUXEMBOURG TWELVE S.a.r.l.**
By: Carval Investors, LLC its Investment Manager

By: _____[signature]_____     Date: 14 May 2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**Barclays Bank PLC** ("Seller") and **CVI GVF Luxembourg Twelve S.a.r.l.** ("Buyer") hereby agree and acknowledge that Seller has unconditionally and irrevocably sold, transferred and assigned to Buyer an undivided interest (the "CVI Interest") equal to $10,000,000.00 (the "Claim Amount") of all of Seller's rights, title and interest in and to proof of claim number 19937, date-stamped September 21, 2009 (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the CVI Interest (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 14th day of May, 2012.

| SELLER: | BUYER: |
|---|---|
| **BARCLAYS BANK PLC** | **CVI GVF LUXEMBOURG TWELVE S.a.r.l.** |
| | By: Carval Investors, LLC, its Investment Manager |
| By: _[signature]_ Authorized Signatory | By: _[signature]_ |
| Name: Aileen Montana | Name: **Tiffany Parr** |
| Title: Vice President | Title: **Authorized Signer** |