UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                               :
                        Debtors.               :    (Jointly Administered)
                                               :
                                               :
                                               :
------------------------------------------------------------- x

## COVER PAGES FOR THE TENTH INTERIM FEE APPLICATION OF ERNST & YOUNG LLP
## FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS AUDITORS AND TAX SERVICES PROVIDERS TO THE DEBTORS AND DEBTORS-IN-POSSESSION
## FOR THE PERIOD FROM OCTOBER 1, 2011 THROUGH MARCH 6, 2012

Name of Applicant:                          Ernst & Young LLP

Authorized to Provide Professional Services to:    The above-captioned debtors and debtors-in-possession

Date of Retention:                          January 15, 2009, *nunc pro tunc* to September 15, 2008

Period for which compensation
and reimbursement are sought:               October 1, 2011 through March 6, 2012

Amount of Compensation sought as actual,
reasonable, and necessary:                  $135,135.50

Amount of Expense Reimbursement sought
as actual, reasonable, and necessary:       $352.00

This is a(n): ___ monthly    _X_ interim    ____    final application

Prior Fee Statements:

| Date | Period Covered | Fees | Expenses |
|---|---|---|---|
| March 3, 2009 | September 15, 2008 through January 31, 2009 | $552,700.00 | $0.00 |
| March 31, 2009 | February 1, 2009 through February 28, 2009 | $39,315.00 | $0.00 |
| May 22, 2009 | March 1, 2009 through March 31, 2009 | $146,212.60 | $0.00 |
| June 19, 2009 | April 1, 2009 through April 30, 2009 | $340,963.50 | $0.00 |
| June 30, 2009 | May 1, 2009 through May 31, 2009 | $156,483.40 | $0.00 |
| August 13, 2009 | June 1, 2009 through June 30, 2009 | $91,227.30 | $0.00 |
| September 1, 2009 | July 1, 2009 through July 31, 2009 | $53,602.70 | $0.00 |
| October 19, 2009 | August 1, 2009 through August 31, 2009 | $75,081.60 | $0.00 |
| December 1, 2009 | September 1, 2009 through September 30, 2009 | $17,731.50 | $0.00 |
| December 18, 2009 | October 1, 2009 through October 31, 2009 | $16,182.00 | $0.00 |
| January 15, 2010 | November 1, 2009 through November 30, 2009 | $37,020.90 | $0.00 |
| March 9, 2010 | December 1, 2009 through December 31, 2009 | $38,734.20 | $0.00 |

2

| March 26, 2010 | January 1, 2010 through January 31, 2010 | $36,122.80 | $0.00 |
| March 31, 2010 | February 1, 2010 through February 28, 2010 | $6,925.40 | $0.00 |
| April 23, 2010 | March 1, 2010 through March 31, 2010 | $7,714.10 | $0.00 |
| July 23, 2010 | May 1, 2010 through May 31, 2010 | $10,444.00 | $0.00 |
| August 20, 2010 | June 1, 2010 through June 30, 2010 | $1,782.90 | $0.00 |
| October 6, 2010 | August 1, 2010 through August 31, 2010 | $2,090.60 | $0.00 |
| October 29, 2010 | September 1, 2010 through September 30, 2010 | $1,457.00 | $0.00 |
| July 8, 2011 | April 1, 2011 through May 31, 2011 | $3,875.00 | $0.00 |
| September 13, 2011 | July 1, 2011 through July 31, 2011 | $8,953.20 | $0.00 |
| November 3, 2011 | August 1, 2011 through September 30, 2011 | $9,844.40 | $0.00 |
| December 21, 2011 | October 1, 2011 through October 31, 2011 | $22,940.50 | $0.00 |
| January 31, 2012 | July 18, 2011 through December 31, 2011 | $100,000.00 | $352.00 |

## COMPENSATION BY PROFESSIONAL

3

### OCTOBER 1, 2011 THROUGH MARCH 6, 2012

HOURLY BILLING:

| Last Name | First Name | Title | Fees | Total Hours Billed | Hourly Billing Rate |
|---|---|---|---|---|---|
| Lambert | Karen | Executive Director | 6,174.00 | 8.4 | $ 735 |
| Getty | Christopher | Partner | 2,370.00 | 3.0 | $ 790 |
| Goodman | Edward M. | Partner | 2,054.00 | 2.6 | $ 790 |
| Gruner | Gerard | Partner | 1,264.00 | 1.6 | $ 790 |
| Homecker | Peter | Partner | 1,501.00 | 1.9 | $ 790 |
| Thrope | David N. | Partner | 237.00 | 0.3 | $ 790 |
| Godfrey | Van A. | Senior Manager | 14,555.00 | 20.5 | $ 710 |
| Joire | Lisa S. | Senior Manager | 710.00 | 1.0 | $ 710 |
| Levy | Scott D. | Senior Manager | 1,829.00 | 3.1 | $ 590 |
| Kumar | Sudeep B. | Senior | 4,441.50 | 13.5 | $ 329 |
| | | | | | |
| | | Total | $35,135.50 | 55.90 | |

FIXED FEE:

| Last Name | First Name | Title | Total Hours Billed |
|---|---|---|---|
| Restivo | Salvatore | Partner | 34.80 |
| Seedorf | Danny | Manager | 81.00 |
| McManus | Timothy | Senior | 478.70 |
| Zimmer | Mike | Staff | 118.60 |
| | | | |
| | | Total | 713.10 |

| | |
|---|---|
| **Compensation** | **$135,135.50** |
| **Total Hours** | **769.0** |
| **Blended Rate** | **$176.00** |

Dated: May 21, 2012

CH\1357914.2

**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2011 THROUGH MARCH 6, 2012**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Audit of the Debtors | 9.5 | $6,885.00 |
| Tax Services | 46.4 | $28,250.50 |
| Benefit Plan Audit | 713.10 | $100,000.00 (Fixed Fee) |
| **TOTAL** | **769.0** | **$135,125.50** |

5

**EXPENSE SUMMARY**
**OCTOBER 1, 2011 THROUGH MARCH 6, 2012**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplication | N/A | $352.00 |
| **TOTAL** | | **$352.00** |

CH\1357914.2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    08-13555 (JMP)
                                                           :
                              Debtors.                     :    (Jointly Administered)
                                                           :
                                                           :
                                                           :
---------------------------------------------------------------- x

### TENTH INTERIM FEE APPLICATION OF ERNST & YOUNG LLP
### FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
### AND FOR REIMBURSEMENT OF EXPENSES AS AUDITORS AND TAX SERVICES
### PROVIDERS TO THE DEBTORS AND DEBTORS-IN-POSSESSION
### FOR THE PERIOD FROM OCTOBER 1, 2011 THROUGH MARCH 6, 2012

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the *Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1388] (the "Compensation Order"), Ernst & Young LLP ("E&Y") hereby files this Interim Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Auditors and Tax Services Providers to the Debtors and Debtors-in-Possession for the Period from October 1, 2011 through March 6, 2012 (this "Application"). By this Application, E&Y seeks interim allowance pursuant to the Compensation Order with respect to the sums of $135,135.50 as compensation and $352.00 for reimbursement of actual and necessary expenses for a total of $135,487.50 for the period from October 1, 2011 through March 6, 2012 (the "Compensation Period"). In support of this Application, E&Y respectfully represents as follows:

## Background

1.      On September 15, 2008 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.      E&Y was retained effective as of the Petition Date by this Court's Order dated January 15, 2009. This Court also entered an order dated November 4, 2011, authorizing the Debtors to retain E&Y to perform an audit of the Lehman Brothers Benefit Plan.

## Compensation Paid and Its Source

3.      All services for which compensation is requested by E&Y were performed for or on behalf of the Debtors.

4.      E&Y has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered by E&Y. There is no agreement or understanding between E&Y and any other person other than the partners and employees of E&Y for the sharing of compensation to be received for services rendered in these cases.

## Supporting Detail

5.      Exhibit A hereto contains the daily time information for each E&Y professional during the Compensation Period.

6.      E&Y incurred $352.00 in reimbursable expenses during the Compensation Period in respect of its audit of the Lehman Brothers Benefit Plan. The detail supporting such reimbursable expenses is attached hereto as Exhibit B.

2

## Summary of Services By Project

7.     The services rendered by E&Y during the Compensation Period can be grouped into the categories set forth below. The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto.

A.     Audit of the Debtors

Fees: $6,885.00; Total Hours: 9.5

This category includes matters related to the provision of audit services to the Debtors.

B.     Tax Services

Fees: $28,250.50; Total Hours: 46.40

This category includes all matters related to the provision of tax services to the Debtors, related to the tax implications with respect to the bankruptcy, including analysis around ownership changes under Internal Revenue Code Section 382.

C.     Benefit Plan Audit

Fees: $100,000.00; Total Hours: 713.10

E&Y performed an audit and report on the financial statements and supplemental schedules of the Lehman Brothers Benefit Plan for the year ended December 31, 2010. Fees for this category are billed on a fixed fee basis.

8.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, E&Y respectfully submits that the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the

3

services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

9.    To the best of E&Y's knowledge, information and belief, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Bankr. S.D.N.Y. L.R. 2016-1, Administrative Order M-389 of the Southern District of New York and the Compensation Order.

WHEREFORE, E&Y respectfully requests that the Court authorize that for the period from October 1, 2011 through March 6, 2012, an interim allowance be made to E&Y with respect to the sum of $135,135.50 as compensation for necessary professional services rendered, and the sum of $352.00 as reimbursement of actual necessary costs and expenses, for a total of $135,487.50 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated:   May 2l , 2012                    Respectfully submitted,

                                          William Schlich
                                          Ernst & Young LLP
                                          5 Times Square
                                          New York, New York
                                          Tel.: (212) 773-3233

                                          *Auditors and Tax Services Providers*
                                          *for the Debtors and Debtors-in-Possession*

4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------  x
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
                      Debtors.              :    (Jointly Administered)
                                            :
                                            :
                                            :
-------------------------------------------------------  x
```

## CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF TENTH INTERIM FEE APPLICATION OF ERNST & YOUNG LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS AUDITORS AND TAX SERVICES PROVIDERS TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM OCTOBER 1, 2011 THROUGH MARCH 6, 2012

I, William Schlich, hereby certify that:

1.      I am a partner with the firm of Ernst & Young LLP ("E&Y LLP"), which maintains an office at 5 Times Square, New York, New York.

2.      I submit this Certification in support of the tenth interim fee application dated May 21, 2012 (the "Application") of E&Y LLP, seeking the entry of an order, pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") granting interim allowance of compensation for services rendered and expenses incurred as auditors and tax services providers to the above-captioned debtors and debtors-in-possession (the "Debtors") during the period from October 1,

2011 through and including March 6, 2012 (the "Interim Period"), and directing payment

of fees and expenses that were not paid or which were previously subject to a holdback.

      3.    I have read the Application and, to the best of my knowledge,

information and belief, formed after reasonable inquiry, (a) the fees and disbursements

sought in the Application comply with the Amended Guidelines for Fees and

Disbursements for Professionals in Southern District of New York Bankruptcy Cases

(General Order M-389) and the United States Trustee's promulgated guidelines (together,

the "Guidelines"), (b) except to the extent that fees or disbursements are prohibited by the

Guidelines, the fees and disbursements sought are billed at rates and in accordance with

practices customarily employed by E&Y LLP and generally accepted by E&Y LLP's

clients, (c) in seeking reimbursement of an expense in the Application, E&Y LLP does

not make a profit on that expenditure, whether it is performed by E&Y LLP in-house or

through a third party, (d) E&Y LLP has provided the US Trustee, the Debtors, the

Creditors' Committee and the fee committee with monthly fee statements for the fees and

expenses requested in the Application and (e) E&Y LLP has not provided the US

Trustee, the Debtors, the fee committee and the Creditors' Committee with a copy of the

Application at least fourteen days before the filing deadline for such Application, but I

understand  that the Debtors' counsel will provide a copy of the Application to such

parties at least twenty (20) days before the date set by this Court for a hearing on the

Application.

      4.    There is no agreement or understanding between E&Y LLP and

any other person, other than the partners and employees of E&Y LLP, for the sharing of

compensation to be received for services rendered in these chapter 11 cases.

WHEREFORE, I declare that the above is true and correct to the best of my knowledge, information and belief, formed after reasonable inquiry.

Dated:    May 21, 2012

William Schlich

3

# EXHIBIT A

CH\1357914.2

Lehman Brothers Holdings Inc. & Debtors
Billing Detail
October 1, 2011 - March 6, 2012

## A1 - Audit and Audit Related

| Last Name | First Name | Title | Date of Service | Note | Time | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|---|---|
| Goodman | Edward M | Partner | 2/27/2012 | Organizing and preparing for meeting with Lehman Brothers regarding post Bankruptcy accounting, Organization activities including identifying appropriate EY subject matter experts and coordinating schedules with Lehman and EY personnel. Preparation includes reading EY's Financial Reporting Alliance regarding Reorganization accounting | 0.70 | $ 790 | $ 553.00 |
| Goodman | Edward M | Partner | 2/27/2012 | Participating in discussions with Lehman Brothers regarding post Bankruptcy accounting methodologies including "fresh start reorganization" accounting, SEC reporting, consolidation accounting, Liquidation basis of accounting | 1.20 | $ 790 | $ 948.00 |
| Levy | Scott D | Senior Manager | 2/27/2012 | Meeting with BdJ Evs, Cliff Father, and other LBHI finance personnel to discuss the application of generally accepted accounting principles by LBHI in areas including reorganization, fair value, and consolidation | 1.20 | $ 590 | $ 708.00 |
| Orsinet | Gerard | Partner | 2/27/2012 | Meeting with BdJ Evs, Cliff Father and other LBHI finance personnel to discuss the application of generally accepted accounting principles by LBHI in areas including reorganization, fair value, and consolidation | 1.20 | $ 790 | $ 948.00 |
| Hornocker | Peter | Partner | 2/27/2012 | Meeting with BdJ Evs, Cliff Father, and other LBHI finance personnel to discuss the application of generally accepted accounting principles by LBHI in areas including reorganization, fair value, and consolidation | 1.20 | $ 790 | $ 948.00 |
| Hornocker | Peter | Partner | 3/2/2012 | Review of consolidation accounting considerations based on LBHI questions from February 27 meeting | 0.30 | $ 790 | $ 237.00 |
| Goodman | Edward M | Partner | 3/2/2012 | Participating in discussions with Lehman Brothers regarding post Bankruptcy accounting methodologies including "fresh start reorganization" accounting, SEC reporting, consolidation accounting, Liquidation basis of accounting | 0.30 | $ 790 | $ 237.00 |
| Thorpe | David N | Partner | 3/2/2012 | Review of consolidation accounting consideration based on LBHI questions from February 27 meeting | 0.40 | $ 790 | $ 316.00 |
| Hornocker | Peter | Partner | 3/7/2012 | Conference call w/ Gerard Grasso, Edward Goodman and Scott Levy to discuss findings related to follow up items from meeting with Cliff Father (Lehman Bros) and Bill Fox (Alvarez) | 0.40 | $ 790 | $ 316.00 |
| Goodman | Edward M | Partner | 3/7/2012 | Conference call w/ Gerard Grasso, Peter Hornocker and Scott Levy to discuss findings related to follow up items from meeting with Cliff Father (Lehman Bros) and Bill Fox (Alvarez) | 0.40 | $ 790 | $ 316.00 |
| Grasso | Gerard | Partner | 3/7/2012 | Conference call w/ Peter Hornocker, Edward Goodman and Scott Levy to discuss findings related to follow up items from meeting with Cliff Father (Lehman Bros) and Bill Fox (Alvarez) | 0.40 | $ 790 | $ 316.00 |
| Levy | Scott D | Senior Manager | 3/7/2012 | Conference call w/ Gerard Grasso, Edward Goodman and Peter Hornocker to discuss findings related to follow up items from meeting with Cliff Father (Lehman Bros) and Bill Fox (Alvarez) | 0.40 | $ 590 | $ 236.00 |
| Levy | Scott D | Senior Manager | 3/7/2012 | Discussion of liquidation basis of accounting, consolidation and EY presentation requirements | 1.50 | $ 590 | $ 885.00 |

**A1 - Audit and Audit Related Total** | | | | | 9.50 | | $ 6,885.00

## A2 - Tax Services

**Project Lehman 382 Study (II)**

| Last Name | First Name | Title | Date of Service | Note | Time | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|---|---|
| Godfrey | Van A | Senior Manager | 10/6/2011 | Completing 382 Non-Purchasing and Hold contract principle analysis along with notes | 2.20 | $ 710 | $ 1,562.00 |
| Lambert | Karen | Senior Manager | 10/6/2011 | Discuss 382 update with Karen Lambert | 1.20 | $ 735 | $ 852.00 |
| Lambert | Karen | Senior Manager | 10/6/2011 | Discuss 382 update with Van Godfrey | 1.20 | $ 735 | $ 882.00 |
| Godfrey | Van A | Senior Manager | 10/7/2011 | Completing 382 Non-Purchasing and Hold contract principle analysis along with notes | 6.20 | $ 710 | $ 4,402.00 |
| Jost | Lee S | Senior Manager | 10/7/2011 | Assist Van Godfrey with owner shift analysis | 1.00 | $ 710 | $ 710.00 |
| Kumar | Balraj B | Senior | 10/10/2011 | 382 - Labitate - Worked on Notes 2010-50 calculations | 5.50 | $ 335 | $ 1,839.50 |
| Lambert | Karen | Executive Director | 10/10/2011 | Review 382 treatment of recaps under hold constant principle | 1.30 | $ 735 | $ 955.50 |
| Godfrey | Van A | Senior Manager | 10/11/2011 | Finalizing non-Purchasing and hold constant principle memo under Section 382 | 2.00 | $ 710 | $ 1,420.00 |
| Kumar | Balraj B | Senior | 10/11/2011 | 382 - Labitate - Worked on Notes 2010-50 calculations | 8.00 | $ 335 | $ 2,612.00 |
| Kumar | Balraj B | Senior | 10/13/2011 | Finalizing non-Purchasing and hold constant principle memo under Section 382 | 3.30 | $ 710 | $ 2,343.00 |
| Godfrey | Van A | Executive Director | 10/18/2011 | Finalizing 382 deliverable | 5.60 | $ 710 | $ 3,976.00 |
| Lambert | Karen | Executive Director | 10/18/2011 | Review draft of 382 deliverable | 1.90 | $ 735 | $ 1,396.50 |
| Lambert | Karen | Executive Director | 11/1/2011 | Review Karen's Deutsche comments and Gwen Zeidler (contach attorney). The purpose of the call was for the clients and attorney to give us comments on our draft report and calculation and deliverable | 3.00 | $ 735 | $ 2,205.00 |
| Gety | Christopher | Partner | 11/7/2011 | Review Section 382 report | 1.90 | $ 790 | $ 1,501.00 |
| Lambert | Karen | Executive Director | 11/18/2011 | Finalize Section 382 report | 1.60 | $ 735 | $ 735.00 |
| Gety | Christopher | Partner | 11/30/2011 | Review Section 382 report | 0.60 | $ 790 | $ 474.00 |
| Gety | Christopher | Partner | 12/1/2011 | 382 Engagement deliverable Review | 0.50 | $ 790 | $ 395.00 |
| | | | | Total Project Lehman 382 Study (II) | 46.85 | | 28,290.50 |

**A2 - Tax Services Total** | | | | | 46.85 | | $ 28,290.50

## A3 - Administration Services

| | | | | | Time | | Total Individual Fees |
|---|---|---|---|---|---|---|---|
| | | | | **A3 - Bankruptcy Billing Total** | 55.00 | | $ 24,135.50 |
| | | | | **Total** | | | $ 53,135.50 |

## Lehman Brothers Holdings Inc. & Debtors
### Hourly Detail

| Last | First | Title | Date of Service | Note | Time |
|------|-------|-------|-----------------|------|------|

**A1 - Audit and Audit Related**

**LBHI 2010 Benefit Plan Audit**

| Last | First | Title | Date of Service | Note | Time |
|------|-------|-------|-----------------|------|------|
| Restivo | Salvatore | Partner | 9/14/2011 | Team Planning Event to discuss audit approach for 2010 Benefit Plan audit. | 2.00 |
| Restivo | Salvatore | Partner | 9/27/2011 - 9/28/201 | Review ASM, UBT, and PASA. | 6.50 |
| Restivo | Salvatore | Partner | 5/10/2011 - 11/22/20 | Review of financial statements. | 14.30 |
| Restivo | Salvatore | Partner | 6/10/2011 | Review SRM, PGAP check list. | 2.50 |
| Restivo | Salvatore | Partner | 8/10/2011 | Review and sign off on SRM, PGAP and GAAP check list. | 4.00 |
| Restivo | Salvatore | Partner | 3/11/2011 | Final review of audited financial statements. | 2.00 |
| Restivo | Salvatore | Partner | 11/23/2011 | Review concent and Opinion. Review A binder, SRM, Rep Letter, 11-k. | 3.50 |
| | | | | **Total Time:** | **34.80** |
| Seedorf | Danny | Manager | 7/8/2011 | Time spent reviewing GAMx rollforward. | 3.00 |
| Seedorf | Danny | Manager | 7/8/2011 | Time spent preparing for TPE meeting. | 3.00 |
| Seedorf | Danny | Manager | 7/12/2011 | Time spent reviewing walkthroughs and SAS 70. | 7.00 |
| Seedorf | Danny | Manager | 7/12/2011 - 7/13/201 | Time spent reviewing planning documents including ASM, UBT and PASA. | 9.00 |
| Seedorf | Danny | Manager | 7/14/2011 | Time spent reviewing U113 SAS 70. | 4.00 |
| Seedorf | Danny | Manager | 7/20/2011 | Time spent reviewing participant data testing. | 5.00 |
| Seedorf | Danny | Manager | 7/20/2011 - 7/29/201 | Time spent reviewing participant contribution testing. | 5.00 |
| Seedorf | Danny | Manager | 9/15/2011 | Time spent reviewing benefit payment testing. | 4.00 |
| Seedorf | Danny | Manager | 9/16/2011 | Time spent reviewing investment valuation. | 2.00 |

| | | | Date | Description | Hours |
|---|---|---|---|---|---|
| Seedorf | Danny | Manager | 9/23/2011 - 9/30/201 | Time spent reviewing participant loan testing. | 7.00 |
| Seedorf | Danny | Manager | 9/23/2011 | Status meeting with team to discuss audit status and open items. | 1.00 |
| Seedorf | Danny | Manager | 9/29/2011 | Time spent reviewing the Plan's tax qualification and SAS 113 Tax. | 3.00 |
| Seedorf | Danny | Manager | 9/30/2011 | Time spent reviewing valuation testing. | 2.00 |
| Seedorf | Danny | Manager | 10/5/2011 | Time spent reviewing financial statements and notes and providing comments. | 8.00 |
| Seedorf | Danny | Manager | 10/5/2011 | Time spent reviewing form 5500 and determining that it agreed to Financial Statements. | 2.00 |
| Seedorf | Danny | Manager | 10/12/2011 | Review of updated financial statements and final tie-out. | 4.00 |
| Seedorf | Danny | Manager | 10/12/2011 | Final review of all workpapers to insure all workpapers are final and in order. | 4.00 |
| Seedorf | Danny | Manager | 10/13/2011 | Final review of wrap-docs including PGAP, GAAP Checklist, and SRM. | 4.00 |
| Seedorf | Danny | Manager | 10/13/2011 | Final GAMx clean-up to ensure it was archived already and all necessary s/o's were present. | 4.00 |
| | | | | **Total Time:** | **81.00** |
| McManus | Timothy | Senior | 5/9/2011 - 5/10/2011 | Began gathering EY benefit plan documents and templates. | 13.80 |
| McManus | Timothy | Senior | 5/10/2011 - 5/12/201 | Formated benefit plan documents, and prepared them for testing. | 15.80 |
| McManus | Timothy | Senior | 5/12/201 - 5/16/201 | Created audit binders for the planning portion of the audit. | 19.60 |
| McManus | Timothy | Senior | 5/23/2011 - 5/31/201 | Created a GAMx SA for the 2010 Lehman EBP audit. Worked on creating significant accounts, substantive procedures, and the Combined Risk assessment. | 50.20 |
| McManus | Timothy | Senior | 6/1/2011 - 6/3/2011 | Created Audit binders for the Walkthrough portion of the audit. | 24.40 |
| McManus | Timothy | Senior | 7/18/2011 - 7/19/201 | Reviewed SAS 70 documents sent by the client. | 17.00 |
| McManus | Timothy | Senior | 7/20/2011 - 7/21/201 | Prepared the Walkthrough documents in the B Binder. | 16.80 |
| McManus | Timothy | Senior | 7/22/2011 - 7/25/201 | Prepared the narrative documents in the B Binder. | 15.70 |
| McManus | Timothy | Senior | 7/26/2011 - 7/29/201 | Prepared planning documents including testing procedures. | 25.20 |
| McManus | Timothy | Senior | 7/26/2011 - 7/27/201 | Performed detailed work on the substantive procedures in GAMx SA. | 7.80 |
| McManus | Timothy | Senior | 8/1/2011 - 8/2/2011 | Updated the investment confirmations file. | 16.40 |
| McManus | Timothy | Senior | 8/15/2011 - 8/16/2011 | Gathered and sent testing samples to the client. | 16.80 |
| McManus | Timothy | Senior | 8/22/2011 | Chose participant samples to test and sent selections to the client. | 8.10 |

| Name | | | Date | Description | Hours |
|---|---|---|---|---|---|
| McManus | Timothy | Senior | 9/12/2011 - 9/15/201 | Updated the confirmations log, and examined the investments account. | 5.70 |
| McManus | Timothy | Senior | 9/12/2011 - 9/16/201 | Prepared planning documents and walkthrough documents. | 12.90 |
| McManus | Timothy | Senior | 9/13/2011 - 9/29/201 | Tested participant loan accounts, rollover accounts, and other accounts and compared to supporting information provided by Fidelity and Lehman. | 53.60 |
| McManus | Timothy | Senior | 9/21/2011 | Tested participant accounts and compared to supporting information (payroll and 401k) provided by Fidelity and Lehman. | 6.10 |
| McManus | Timothy | Senior | 9/21/2011 | Reviewed participant loan accounts with the staff, and compared to supporting information provided by Fidelity and Lehman. | 2.30 |
| McManus | Timothy | Senior | 9/23/2011 | Analyzed participant benefit support in an effort to set up the substantive testing. | 2.50 |
| McManus | Timothy | Senior | 9/23/2011 | Reviewed participant loan and rollover information to ensure accuracy of substantive testing. | 1.00 |
| McManus | Timothy | Senior | 9/26/2011 - 9/30/201 | Performed testing on participant loan accounts, examining account balances and loan provisions. | 8.80 |
| McManus | Timothy | Senior | 9/26/2011 - 9/27/201 | Performed testing on individual participant accounts, examining payroll periods and deductions. | 11.50 |
| McManus | Timothy | Senior | 9/28/2011 | Performed testing on Administrative expenses, and examined accruals during 2010. | 2.30 |
| McManus | Timothy | Senior | 9/28/2011 - 9/29/201 | Reviewed participant rollover accounts and testing schedules that were prepared by the staff. | 12.60 |
| McManus | Timothy | Senior | 9/29/2011 | Tested individual participant accounts to supporting information preovided by Fidelity and Lehman. | 0.50 |
| McManus | Timothy | Senior | 9/29/2011 | Reviewed Administrative expense testing schedules that were prepared by the staff. | 2.00 |
| McManus | Timothy | Senior | 9/30/2011 | Reviewed Tax checklist items to send materials to tax team. | 3.00 |
| McManus | Timothy | Senior | 9/30/2011 | Reviewed participant rollover and contribution amounts to support supplied by Fidelity. | 3.30 |
| McManus | Timothy | Senior | 10/3/2011 | Tested loans for individual participants and compared to information provided by Lehman and Fidelity. | 1.50 |
| McManus | Timothy | Senior | 10/3/2011 | Prepared the Management Rep letter in the Planning binder. | 3.30 |
| McManus | Timothy | Senior | 10/3/2011 | Worked on Legal confirmations, and organized planning documents such as attorney memos, the CRA, and PY financials. | 4.30 |
| McManus | Timothy | Senior | 10/4/2011 | Reviewed the current year financials sent by Lehman to ensure like item amounts were correct. | 1.00 |
| McManus | Timothy | Senior | 10/4/2011 - 10/5/201 | Reviewed the participant loan testing file which was prepared by the staff. | 11.80 |
| McManus | Timothy | Senior | 10/4/2011 | Prepared the planning binder for manager and partner review. | 4.00 |

| McManus | Timothy | Senior | 10/5/2011 - 10/6/201 | Reviewed participant investments to ensure market values and prices as of 12/31/2010. | 8.20 |
| McManus | Timothy | Senior | 10/6/2011 - 10/7/201 | Reviewed EY created lead sheets, which aid us in tieing out the financial statements. | 5.80 |
| McManus | Timothy | Senior | 10/7/2011 | Reviewed financial statement tie outs concerning investment accounts. | 4.00 |
| McManus | Timothy | Senior | 10/10/2011 | Reviewed the investment breakout file support which was completed by the staff. | 2.30 |
| McManus | Timothy | Senior | 10/10/2011 - 10/13/2 | Reviewed the Form 5500 sent by the client and compared it to the financial statements to ensure all amounts matched. | 8.80 |
| McManus | Timothy | Senior | 10/10/2011 - 10/11/2 | Reviewed the second draft financial statements sent back by the client. Tied amounts from the financial statements to support provided by Lehman and Fidelity. | 5.00 |
| McManus | Timothy | Senior | 10/11/2011 - 10/12/2 | Reviewed substantive procedures in GAMx to ensure all the necessary testing procedures had been completed and signed off on. | 5.00 |
| McManus | Timothy | Senior | 10/11/2011 - 10/14/2 | Worked with the manager to complete planning documents, which we will submit to the partner for review. | 8.50 |
| McManus | Timothy | Senior | 10/12/2011 | Reviewed comments from the EQR, which need to be sent to the client for review. | 2.00 |
| McManus | Timothy | Senior | 10/12/2011 | Reviewed EBP minutes sent by the client. | 0.90 |
| McManus | Timothy | Senior | 10/13/2011 - 10/14/2 | Reviewed footnotes in the financial statements to ensure they were accurate. | 6.00 |
| McManus | Timothy | Senior | 10/14/2011 | Met with the partner to discuss the audit procedures performed and to gain approval of audit documentation. | 1.80 |
| McManus | Timothy | Senior | 10/14/2011 | Discussed the subsequent events footnote in the financial statements with the client. Mainly discussed the pending legal issues. | 1.00 |
| McManus | Timothy | Senior | 12/13/2011 - 12/15/2 | Cleaned GAMx, and associated work papers to the appropriate steps and screens. | 4.90 |
| McManus | Timothy | Senior | 12/13/2011 - 12/15/2 | Went through the A binder to ensure all the appropriate planning documents were accounted for, as was our attempting to archive the engagement. | 7.60 |
| McManus | Timothy | Senior | 12/14/2011 - 12/15/2 | Ensured all the appropriate documents were in the B binder (walkthrough and narrative support). | 2.80 |
| McManus | Timothy | Senior | 12/15/2011 | Resolved all Type 1 and Type 2 issues in GAMx in preparation for the archive. | 2.50 |

Total Time: 478.70

| | | | | | |
|---|---|---|---|---|---|
| Zimmer | Mike | Staff | 9/26/2011 - 9/28/201 | Performed Benefit Testing. Compared checks to statements, BISE report to statements. Compared check register reports to each other and statements. Finised testing and filled out Excel matrix. | 11.40 |
| Zimmer | Mike | Staff | 9/26/2011 - 10/3/201 | Performed Investment Testing. Looked up investment year end quotes on Bloomberg and recalculated market values. Looked up fund 12/31/2010 prices and recalculated market values. Compared recalculated market values to market values from the financial statements. Called contacts regarding certain funds that could not be found. Worked on documentation. Filled out confirmation log. | 22.50 |
| Zimmer | Mike | Staff | 9/29/2011 | Performed Admin Testing. Compared confirms to Admin sheet. Filled out Admin Excel file. | 5.00 |
| Zimmer | Mike | Staff | 9/30/2011 - 10/3/201 | Created and prepared Lead Sheets, and tied to supporting documents. | 9.80 |
| Zimmer | Mike | Staff | 10/4/2011 | Reviewed prior year financials for investments breakout and line item amounts. | 3.20 |
| Zimmer | Mike | Staff | 10/4/2011 | Created investments breakout file for current year. | 5.30 |
| Zimmer | Mike | Staff | 10/5/2011 - 10/6/201 | Created and edited financial tie out schedule for 2010. | 4.30 |
| Zimmer | Mike | Staff | 10/5/2011 - 10/7/201 | Created and edited investments breakout file for 2010. | 13.80 |
| Zimmer | Mike | Staff | 10/6/2011 - 10/7/201 | Tied financial statement amounts and footnotes to supporting documents. | 5.60 |
| Zimmer | Mike | Staff | 10/6/2011 | Created and edited Benefits page of Lead Sheets. | 0.90 |
| Zimmer | Mike | Staff | 10/7/2011 | Footed financial statements. | 1.00 |
| Zimmer | Mike | Staff | 10/10/2011 | Worked on tying documents including BISE report and Excel Financials to Clean Financials. | 2.30 |
| Zimmer | Mike | Staff | 10/10/2011 | Tied clean financial statements to Form 5500. | 4.30 |
| Zimmer | Mike | Staff | 10/10/2011 - 10/11/2 | Cleared up remaining issues in clean financial statements and tied financial statements to correct supporting documents. | 3.30 |
| Zimmer | Mike | Staff | 10/11/2011 - 10/12/2 | Reviewed revised draft of clean financials and noted issues that arose or still needed to be fixed. | 3.30 |
| Zimmer | Mike | Staff | 10/11/2011 | Reviewed and found support for clean financials. | 5.80 |
| Zimmer | Mike | Staff | 10/12/2011 | Created or obtained Loan Interest Reasonableness document, Loan Rollforward document, Loan Default Policy, and Defaulted Loan Report. | 2.20 |
| Zimmer | Mike | Staff | 10/12/2011 | Updated descriptions and supporting documents for procedures performed in GAMx. | 3.30 |
| Zimmer | Mike | Staff | 10/13/2011 | Re-tied updated Form 5500 to Clean Financials. | 3.10 |

| Zimmer | Mike | Staff | 10/13/2011 - 10/14/2 | Worked on creating A binder. | 4.60 |
| Zimmer | Mike | Staff | 10/14/2011 | Worked on creating Significant Accounts Binder. | 3.60 |

**Total Time:** 118.60

**A1- Audit and Audit Related  Total** 713.10

## A2 - Tax Services

A2- Tax Services Total

## A3 - Administration Services

A3- Bankruptcy Billing Total    -

**Total**

# EXHIBIT B

**Lehman Brothers Holdings Inc (60003996)**
**12/31/10 EBP Audit (15971616)**
**Expense Detail**

| Reference | Expenses | Expense Detail | Description | Incur Date |
|---|---|---|---|---|
| Creative Services Charges (ZZ00000051) | $    132.90 | 74007999-05UPSJA005 | New York | 02-Dec-2011 |
| Creative Services Charges (ZZ00000051) | $    62.00 | 74007999-05UPSJA001 | Boston | 02-Dec-2011 |
| Creative Services Charges (ZZ00000051) | $    157.10 | 74007999-04AFFJO005 | Buffalo | 04-Nov-2011 |
| | $    352.00 | | | |