**EXHIBIT F TO FOURTH INTERIM FEE APPLICATION OF
WOLLMUTH MAHER & DEUTSCH LLP FOR THE PERIOD
<u>OCTOBER 1, 2011 THROUGH MARCH 6, 2012</u>**

# WOLLMUTH MAHER & DEUTSCH LLP

### 500 FIFTH AVENUE
### NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

April 18, 2012

**VIA FEDERAL EXPRESS OVERNIGHT DELIVERY**

**To: All Persons on the Annexed Service List**

      **Re:**    **Lehman Brothers Holdings Inc., et al.**
                **Case No. 08-13555 (JMP)**

Dear Sir or Madam:

      Enclosed please find the Firm's Seventeenth Monthly Invoice as Special Counsel to the Debtors and Debtors-in-Possession.

      Should you have any questions, please do not hesitate to contact me.

                Very truly yours,

                John D. Giampolo

Encs.

**Service List**

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, NY 10020
Attn: John Suckow and William Fox
(with electronic LEDES version)

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attn: Shai Y. Waisman, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.
Attorneys for the Creditors' Committee

The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 22nd Floor
New York, NY 10004
Attn: Elisabetta G. Gasparini, Esq., and Andrea B. Schwartz, Esq.
(with electronic LEDES version)

Godfrey & Kahn S.C.
One East Main Street
Madison, WI 53703
Attn: Richard Gitlin
Chair of the Fee Committee
(with electronic LEDES version)

BrownGreer PLC
Attn: Leah Barbour and Brandon Deal
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
(with electronic LEDES version)

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Paul R. DeFilippo
James N. Lawlor

Special Litigation Counsel
for the Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

————————————————————————— x

In re:                                                    :

LEHMAN BROTHERS HOLDINGS INC., *et al.*   :

                              Debtors.                     :

————————————————————————— x

Chapter 11

Case No. 08-13555 (JMP)

## SEVENTEENTH MONTHLY FEE APPLICATION OF WOLLMUTH MAHER & DEUTSCH LLP FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION

| | |
|---|---|
| Name of Applicant: | Wollmuth Maher & Deutsch LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Order Entered October 20, 2010 [Docket No. 12406] *Nunc Pro Tunc* to September 9, 2010 |
| Compensation Period: | February 1, 2012 to February 29, 2012 |
| Amount of Compensation Sought: | $112,296.00 |
| Amount of Expense Reimbursement Sought: | $6,861.37 |
| 80% of Compensation Sought as Actual, Reasonable and Necessary: | $89,836.80 |

This is a:                         <u>X</u>  Monthly      ___ Interim      ___Final Application

This is Wollmuth Maher & Deutsch LLP's seventeenth monthly fee application in this case.

**Timekeeper Summary**

| Timekeeper | Position | Year of Admission | Rate | Hours | Amount |
|---|---|---|---|---|---|
| William A. Maher | Senior Partner | Area of Expertise: Litigation. Member of the New York Bar (1986), New Jersey Bar (1998). Joined the firm in 1998. | 650.00 | 9.00 | 5,850.00 |
| Sandip Bhattacharji | Partner | Area of Expertise: Litigation. Member of the New York Bar (1991). Joined the firm in 2006. | 595.00 | 3.40 | 2,023.00 |
| Randall Rainer | Partner | Area of Expertise: Litigation. Member of the New York Bar (1995). Joined the firm in 2000. | 595.00 | 9.00 | 5,355.00 |
| James N. Lawlor | Partner | Area of Expertise: Litigation, Bankruptcy. Member of the New York Bar (1993), New Jersey Bar (1992). Joined the firm in 2002. | 595.00 | 6.60 | 3,927.00 |
| Vince Change | Partner | Area of Expertise: Litigation. Member of the New York Bar (1990). Joined the firm in 2002. | 595.00 | 24.40 | 14,518.00 |
| William F. Dahill | Partner | Area of Expertise: Litigation. Member of the New York Bar (1992). Joined the firm in 1998. | 595.00 | 5.30 | 3,153.50 |

| Adam M. Bialek | Counsel | Area of Expertise: Litigation. Member of the New York Bar (2002), New Jersey Bar (2002). Joined the firm in 2005. | 525.00 | 54.60 | 28,665.00 |
|---|---|---|---|---|---|
| John D. Giampolo | Associate | Area of Expertise: Litigation, Bankruptcy. Member of the New York Bar (2005), New Jersey Bar (2005). Joined the firm in 2010. | 425.00 | 51.30 | 21,802.50 |
| Fletcher W. Strong | Associate | Area of Expertise: Litigation, Bankruptcy. Member of the New York Bar (2010). Joined the firm in 2011. | 295.00 | 10.40 | 3,068.00 |
| Melissa A. Finkelstein | Associate | Area of Expertise: Litigation. Membership to New York Bar currently pending. Joined the firm in 2011. | 250.00 | 34.90 | 8,725.00 |
| Alexis Castillo | Associate | Area of Expertise: Litigation. Member of the New York Bar (2010), New Jersey Bar (2010). Joined the firm in 2009. | 295.00 | 34.90 | 10,295.50 |
| Rahil Kamran-Rad | Associate | Area of Expertise: Litigation. Member of Massachusetts Bar (2009) and New York Bar (2010). Joined the firm in 2011. | 250.00 | 1.20 | 300.00 |
| Martina Frederick | Paralegal | | 115.00 | 3.70 | 425.50 |

| | | | | | |
|---|---|---|---|---|---|
| Ester Johansson-Lebron | Paralegal | | 115.00 | 3.10 | 356.50 |
| Hetty Kim | Paralegal | | 115.00 | 17.60 | 2,024.00 |
| Agatha D. Rysinski | Paralegal | | 115.00 | 3.30 | 379.50 |
| Tyler Boston | Paralegal | | 115.00 | 4.00 | 460.00 |
| Corbin Brown | Paralegal | | 115.00 | 8.20 | 943.00 |
| Katia Sperduto | Paralegal | | 125.00 | 0.20 | 25.00 |
| | | | **Total** | **285.10** | **$112,296.00** |

### Summary of Services

| SERVICE | HOURS | VALUE |
|---|---|---|
| Case Administration | 22.40 | $10,285.00 |
| Fee/Employment Applications | 66.00 | $25,989.00 |
| Litigation-Other than Avoidance Action Litigation | 7.00 | $3,687.00 |
| Avoidance Action Litigation | 189.70 | $72,335.00 |
| **Subtotal:** | **285.10** | **$112,296.00** |
| | | |
| **Less ½ Travel Time** | **0** | **0** |
| | | |
| **TOTAL SERVICES:** | **285.10** | **$112,296.00** |

### SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | VALUE |
|---|---|
| 1. Demovsky Lawyer Services | 1,044.23 |
| 2. Subpoena Fees | 70.00 |
| 3. Witness Fees | 120.00 |
| 4. Federal Express | 2,261.16 |
| 5. Court Fees | 120.00 |
| 6. Other Professionals (Service of Process on Foreign Entities) | 1,295.00 |
| 7. Working Dinner | 322.66 |
| 8. Legal Research (Lexis Nexis) | 80.31 |
| 9. Postage Expense | 0.44 |
| 10. Elite (Car Service) | 1,300.00 |
| 11. Charge & Ride (Car Service) | 148.91 |
| 12. Taxi | 16.60 |
| 13. Copper Conferencing | 82.06 |
| **TOTAL DISBURSEMENTS:** | **$6,861.37** |

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Paul R. DeFilippo
James N. Lawlor

Special Litigation Counsel for the Debtors and
Debtors In Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | |
| Debtors. | : | |

———————————————————————— x

**SEVENTEENTH MONTHLY FEE APPLICATION OF WOLLMUTH**
**MAHER & DEUTSCH LLP FOR COMPENSATION OF SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL**
**COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION**

By this application (this "Application"), pursuant to sections 330 and 331 of title 11 of

the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), Wollmuth Maher & Deutsch LLP ("Wollmuth"

or the "Firm") hereby seeks reasonable compensation for professional legal services rendered as

special litigation counsel to Lehman Brothers Holdings, Inc. ("LBHI") and its affiliated debtors

in the above-captioned chapter 11 cases (collectively, the "Debtors") in the amount of

$112,296.00, together with reimbursement for actual and necessary expenses incurred in the

amount of $6,681.37 for the period commencing February 1, 2012 through and including

February 29, 2012 (the "Compensation Period"). Pursuant to the Fourth Amended Order

Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals dated April 14, 2011 [Docket No. 15997] establishing procedures for interim compensation and reimbursement of professionals (the "Compensation Order"), Wollmuth seeks reimbursement of 80% of its total reasonable and necessary fees incurred, in the amount of $89,836.80, together with 100% reimbursement for actual and necessary expenses incurred in the amount of $6,861.37, for the Compensation Period.  In support of this Application, Wollmuth represents as follows:

## BACKGROUND

1.      Commencing on September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

3.      On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI").  A trustee appointed under SIPA is administering LBI's estate.

4.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583] the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner issued a report of his investigation pursuant to section 1106 of the Bankruptcy Code on March 11, 2010 [Docket No. 7531].

5.      On April 14, 2010, the Debtors filed a revised joint chapter 11 plan and disclosure statement [Docket Nos. 8330 and 8332].

6.      On October 1, 2010, the Debtors filed an application [Docket No. 11761] to retain Wollmuth to serve as conflicts and special litigation counsel, in connection with the prosecution of certain avoidance actions brought pursuant to sections 547 and 548 of the Bankruptcy Code and other related claims, and such other litigation related matters as may be assigned by the Debtors (together, the "Representative Matters").

7.      On October 28, 2010, this Court entered an Order that approved Wollmuth's retention as counsel to the Debtors [Docket No. 11872] (the "Retention Order") *nunc pro tunc* to September 9, 2010.

8.      On December 6, 2011, the Bankruptcy Court entered an order confirming the Debtors' Third Amended Joint Chapter 11 Plan [Docket No. 23023].

9.      On March 6, 2012, the Debtors' Third Amended Joint Chapter 11 Plan became effective pursuant to the Notice of Effective Date and Distribution Date in Connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc., and its Affiliated Debtors [Docket No. 26039].

## JURISDICTION AND VENUE

10.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.   Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.   This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).   The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code.

## RELIEF REQUESTED

11.     Wollmuth submits this Application in accordance with the Compensation Order. All services for which Wollmuth requests compensation were performed for, or on behalf of, the Debtors.   In connection with the professional services rendered, by this Application, Wollmuth seeks compensation in the amount of $112,296.00 (80% of the actual compensation sought is $89,836.80) and expense reimbursement of $6,861.37.   Attached hereto as Exhibit A is a detailed explanation of hours spent rendering legal services to the Debtors supporting Wollmuth's request of $112,296.00 in compensation for fees incurred during the Compensation Period.   Attached hereto as Exhibit B is a detailed list of disbursements made by Wollmuth supporting its request of $6,861.37 in expense reimbursement for the Compensation Period.

12.     Given the nature and value of the services that Wollmuth provided to the Debtors as described herein, the amounts sought under this Application are fair and reasonable under section 330 of the Bankruptcy Code given the complexity of this case; the time expended by attorneys and professionals; the nature and extent of the services rendered; the value of such services; and the costs of comparable services other than in a case under the Bankruptcy Code.

13.     Wollmuth has received no payment and no promises for payment from any source for services rendered in connection with this case other than those in accordance with the Bankruptcy Rules.   There is no agreement or understanding between Wollmuth and any other

person (other than members of Wollmuth) for the sharing of compensation to be received for the services rendered in this case.

## SUMMARY OF SERVICES RENDERED

14.     In rendering services to the Debtors during its chapter 11 case, the Firm's legal team has been composed primarily of professionals with extensive experience in bankruptcy and in the applicable legal practice areas for the matters for which the Firm was retained.  These professionals have coordinated assignments, both internally and with the Debtors' general counsel, Weil, Gotshal & Manges, LLP, and conflicts counsel, Curtis Mallet-Prevost, Colt & Mosle, LLP, to maximize efficiency and avoid any duplication of effort.

15.     All services were rendered by Wollmuth at the request of the Debtors and were necessary, reasonable and appropriate under the circumstances and beneficial to the estates at the time the services were rendered.  The compensation sought by Wollmuth in this Application is comparable to or less than customary compensation sought by comparably skilled professionals in cases under the Bankruptcy Code.  In addition, the compensation sought is based on Wollmuth's standard and usual rates for similar services in representations other than under the Bankruptcy Code.

16.     The services provided by Wollmuth during the Compensation Period were rendered to ensure no unnecessary duplication and are grouped into the billing categories set forth in Exhibit A.  The attorneys and professionals who rendered services relating to each category are identified in the above attachment and summaries of the hours and fees of each for the Compensation Period and the total compensation by billing category are included in Exhibit A.  Because detailed invoices of the services rendered by Wollmuth are attached as Exhibit A, the following descriptions will describe only in summary form the services performed by

Wollmuth.

## A.    SPV Payment Priority Litigation - 001

17.    By far the largest portion of the Firm's services during the Compensation Period were provided in connection with the continued prosecution of an adversary proceeding (i) to prevent certain unenforceable *ipso facto* clauses from improperly modifying the right of Lehman Brothers Special Financing Inc. ("LBSF") to priority of payment of more than $3 billion dollars under certain transaction documents related to credit default swap agreements based solely upon the filing of LBSF and its ultimate parent, LBHI, for bankruptcy; and (ii) to recover funds that were improperly paid to noteholders.[1]  On September 9, 2010, the Firm was formally asked to serve as counsel as a result of conflicts of interest identified by Weil, Gotshal and Curtis Mallet-Prevost firms.

18.    During the Compensation Period, the Firm prepared discovery requests, including, without limitation, deposition notices and document demands, to named defendants and relevant third parties in an effort to quickly identify parties that may need to be added as additional defendants in the litigation, as well as to obtain other critical information.  The Firm also focused significant time and effort in serving process and discovery requests on the multiple named defendants and relevant third parties, both within and outside the United States.  These services included coordinating with multiple process services in multiple jurisdictions, reviewing and analyzing various documents to confirm that proper service was effected, and engaging in numerous communications with various defendants, third parties, and counsel for defendants and third parties to address various issues raised by defendants and third parties with respect to discovery requests.

---

[1] The Firm filed an adversary encaptioned <u>Lehman Bros. Spec. Fin., Inc. v. Bank of America, N.A.</u>, Adv. Proc. No. 10-03547 (JMP).

19.     During the Compensation Period, the Firm also reviewed and analyzed extensive document production and other information received in response to discovery requests that had been served on defendants and relevant third parties, as well as prepared responses to discovery requests from named defendants and relevant third parties and reviewed and prepared responses to objections to discovery requests from named defendants and relevant third parties. Additionally, in order to aid in prosecution of the litigation, the Firm prepared and continued to revise and update memoranda outlining all the relevant underlying transactions and disbursements to the various defendants, categorized based on the relevant class and tranche of the distributee, as detailed in the discovery responses received from the defendants. Based upon the document production received, the Firm entered into settlement negotiations with certain parties.

20.     During the Compensation Period, the Firm continued researching, analyzing and drafting a complex motion to amend the complaint in this adversary proceeding to include numerous additional defendants. The Firm also continued drafting an amended version of the complaint. Further, the Firm conducted extensive legal research on various procedural and substantive issues related to amending the complaint at this stage in the litigation, including the application of *American Pipe* tolling to various claims in the amended complaint and Federal Rule 4(m)'s application to the notice necessary to certain noteholder defendants.

21.     During the Compensation Period, the Firm also performed legal research on translating certain complaints into the native language of the individual noteholder defendant. Based on the research performed, the Firm began providing for the translation of the Complaint into the appropriate language (e.g. French, German, Dutch, and Japanese) for service on the individual noteholder defendant.

22.     Members of the Firm also researched and addressed critical legal and factual issues that arose in the litigation during the Compensation Period, including, without limitation, jurisdictional issues concerning foreign defendants and certain potential or future defendants.

23.     The Firm also provided services revising and commenting on settlement agreements and stipulations for dismissal as to certain parties and researching procedural and substantive issues relevant to same.

24.     The Firm kept in constant contact with the Debtors' management team and other counsel to coordinate efforts and to maintain a common legal position with various related litigation.

**B.      Bank of China Subpoenas - 005**

25.     The Firm was asked to investigate the valuation of certain cross-currency derivatives contracts that certain of the Debtors held in conjunction with Bank of China. Specifically, the Firm was asked to investigate the process in which Bank of China received its price quotes from various banks in the termination of such contracts. Accordingly, the Firm began on an expedited basis to conduct discovery on the banks to determine whether the valuation process was properly conducted.

26.     During the Compensation Period, the Firm reviewed numerous responses to the subpoenas issued, met and conferred with counsel for certain responding parties and negotiated extensions of time for responses to subpoenas, and reviewed responsive production from some of the subpoenaed banks. The Firm also drafted a confidentiality agreement that the Firm entered into with one of the banks, allowing for the confidential production of certain of that producing bank's documents.

27.    Further, the Firm negotiated with bank respondents on the proper scope of the respondents' document production pursuant to the subpoenas.

## C.    GSAM - 006

28.    Similar to the foregoing Bank of China Subpoenas – 005 matter, the Firm was also asked to investigate the valuation of numerous derivatives contracts that were liquidated in 2008.  The counter-parties to the derivatives contracts were various Goldman Sachs entities, and each of the contracts was being managed by Goldman Sachs Asset Management.

29.    Thus, the Firm was asked to investigate whether the procedure for determining the termination fee assigned to each of the derivatives contracts was properly conducted.

30.    During the Compensation Period, the Firm reviewed documents produced by the subpoenaed parties and further strategized the appropriate next steps in the investigation. Specifically, the Firm analyzed the valuation process for the calculation of loss on the contracts.

## D.    Katten Muchin - 007

31.    The Firm was asked to investigate possible malpractice claims against a law firm related to the Debtors' liens on real property.  The Firm was also asked to investigate issues concerning negligent expiration and/or subordination of the Debtors' liens on real property in connection with the law firm retained to handle such issues on behalf of the Debtors during the relevant times.  The Firm investigated and analyzed the Debtors' potential claims against prior counsel.

32.    During the Compensation Period, the Firm continued its initial discovery into the Debtors' foregoing claims, including, without limitation, legal research concerning the potential claims, especially related to New York Lien Law.  The Firm also reviewed procedural issues related to the viability of the claims, including, without limitation, statute of limitations and

tolling issues, the applicability of the attorney-client privilege, as well as objections to a non-party subpoena. The Firm reviewed similar issues related to the tolling agreement between the Debtors and prior counsel.

33.     The Firm reviewed the production of certain documents in the litigation. Additionally, the Firm engaged in discovery with numerous parties in the litigation, especially related to responses and objections to document requests served on the Firm.

## COMPENSATION REQUESTED

34.     For the Compensation Period, Wollmuth seeks compensation in the amount of $112,296.00 (80% of the total fees incurred during the Compensation period is $89,836.80) in connection with the professional services summarized above and detailed in Exhibit A, and total costs and expenses in the amount of $6,861.37 as detailed in Exhibit B.

35.     It is Wollmuth's policy to charge its clients in all areas of practice the amounts incurred by Wollmuth for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. Examples of such expenses are postage, overnight mail, courier delivery, computer assisted legal research, photocopying, outgoing facsimile transmissions, transportation and long-distance telephone.

36.     Wollmuth represents as follows with regard to its charges for actual and necessary costs and expenses during the Compensation Period:

(a)     Long-distance telephone charges are billed at actual costs;

(b)     Photocopy charges are $.10 per page;

(c)     Incoming facsimiles are not billed. Outgoing facsimiles are billed at the rate of $1.00 per page;

(d)     Outside information services, including computer assisted legal research and PACER, are billed at actual costs;

(e) car services are capped at $100.00 per hour and only permitted for travel after 8:00 p.m; and

(f) meals charges are billed at actual cost but are capped at $20 per person and are only charged for meals after normal business hours or on weekends.

37.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amounts requested for compensation and expense reimbursement are fair and reasonable given: (a) the complexity of these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the cost of comparable services other than in a case under the Bankruptcy Code.

38.    The undersigned has reviewed the requirements of Local Rule 2016-1, and certifies that this Application and the Exhibits attached hereto comply therewith and a copy of this Application has been sent to the parties set forth in the Compensation Order.

WHEREFORE, the Firm asks the Court to approve for the current Compensation Period the sum of $112,296.00 representing the total compensation for professional services rendered, 80% or $89,836.80 of which is to be currently paid, and the sum of $6,861.37 for reimbursement of actual and necessary costs and expenses incurred by it in these cases from February 1, 2012 through February 29, 2012.

Respectfully submitted,

By: /s/ James N. Lawlor
    William A. Maher
    Paul R DeFilippo
    James N. Lawlor
    WOLLMUTH MAHER & DEUTSCH LLP
    500 Fifth Avenue
    New York, New York 10110
    Telephone: (212) 382-3300
    Facsimile: (212) 382-0050

    Special Counsel for the
    Debtors and Debtors-in-Possession

Dated:    New York, New York
        April 18, 2012

# EXHIBIT A

# Wollmuth Maher & Deutsch

500 Fifth Avenue, Suite 1200
New York, New York 10110

One Gateway Center, 9th Fl.
Newark, New Jersey  07102

T:  212-382-3300

T:  973-733-9200

F:  212-382-0050

F:  973-733-9292


Lehman Estate

April 17, 2012

File #:         4715-001

Inv  #:           22224


**Attention:**


**RE:**    SPV Avoidance Litigation

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------|------|
| C04 | Case Administration | 22.40 | 10,285.00 |
| C07 | Fee/Employment Applications | 66.00 | 25,989.00 |
| C10 | Litigation-Other than Avoidance Action Litigation | 7.00 | 3,687.00 |
| C11 | Avoidance Action Litigation | 189.70 | 72,335.00 |
| | **Total** | **285.10** | **$112,296.00** |
| | **Grand Total** | **285.10** | **$112,296.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | This Invoice Hours | Amount |
|------|------|------|------|------|
| William A. Maher | Senior Partner | 650.00 | 9.00 | 5,850.00 |
| Sandip Bhattacharji | Partner | 595.00 | 3.40 | 2,023.00 |
| Randall R.Rainer | Partner | 595.00 | 9.00 | 5,355.00 |
| James N. Lawlor | Partner | 595.00 | 6.60 | 3,927.00 |
| Vince Chang | Partner | 595.00 | 24.40 | 14,518.00 |
| William F. Dahill | Partner | 595.00 | 5.30 | 3,153.50 |
| Adam M. Bialek | Junior Partner | 525.00 | 54.60 | 28,665.00 |
| John D. Giampolo | Associate | 425.00 | 51.30 | 21,802.50 |
| Fletcher Strong | Associate | 295.00 | 10.40 | 3,068.00 |
| Melissa A. Finkelstein | Associate | 250.00 | 34.90 | 8,725.00 |
| Alexis Castillo | Associate | 295.00 | 34.90 | 10,295.50 |
| Rahil Kamran-Rad | Associate | 250.00 | 1.20 | 300.00 |

| | | | | |
|---|---|---|---|---|
| Martina Frederick | Paralegal | 115.00 | 3.70 | 425.50 |
| Ester Johansson-Lebron | Paralegal | 115.00 | 3.10 | 356.50 |
| Hetty Kim | Paralegal | 115.00 | 17.60 | 2,024.00 |
| Agatha D. Rysinski | Paralegal | 115.00 | 3.30 | 379.50 |
| Tyler Boston | Paralegal | 115.00 | 4.00 | 460.00 |
| Corbin R. Brown | Paralegal | 115.00 | 8.20 | 943.00 |
| Katia Sperduto | Paralegal | 125.00 | 0.20 | 25.00 |

**Total**                                              285.10    **$112,296.00**

## DISBURSEMENT SUMMARY

| | | | |
|---|---|---|---|
| chr | Charge & Ride Inv. # | | 148.91 |
| CoppC | Copper  Conferencing Inv.# | | 82.06 |
| dem | Demovsky Lawyer Service Inv.# | | 1,044.23 |
| Dnr | Working Dinner | | 322.66 |
| E112 | Court Fees | | 120.00 |
| E113 | Subpoena Fees | | 70.00 |
| E114 | Witness Fees | | 120.00 |
| E123 | Other professionals | | 1,295.00 |
| Elit | Elite (Car Service) Inv. # | | 1,300.00 |
| FDX | Federal Express Inv # | | 2,261.16 |
| lex | Lexis Nexis Inv. # | | 80.31 |
| lo | Local Travel | | 16.60 |
| psx | Postage Expense | | 0.44 |

Total Disbursements                    $6,861.37

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| | MATTER: 4715-001 | | | |
| | RE: SPV Avoidance Litigation | | | |
| Feb-01-12 | Avoidance Action Litigation; Review and execute bid letter from P. Anderson from LLS re: translation of German doc for service of process (3900) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation; Review doc production from Pheonix Inv. Partners (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation: Revise subpoenas to potential noteholders The Winter Group and Chilian Partners (3900) | 0.30 | 75.00 | MAF |
| | Avoidance Action Litigation; Emails to/from P. Anderson re: bid letter to Union Investment Group (3900) | 0.20 | 59.00 | AHC |
| | Avoidance Action Litigation; t/c w/J. Dorchak, counsel for Bank of Fukuoka re: edits to stip and tolling agreements (3900) | 0.20 | 59.00 | AHC |
| | Avoidance Action Litigation; briefly review Phoenix Life Ins. Co.'s prior document production in response to LBSF's subpoena (3900) | 0.30 | 88.50 | AHC |
| | Avoidance Action Litigation; Review, compile and organize transmittal letters, Subpoenas, Notices, copies of First Amended Complaint and Order for service upon The Winter Group and Chilian Partners LP, for MAF (3900) | 0.70 | 80.50 | HK |
| Feb-02-12 | Avoidance Action Litigation T/cs AB re: steps to be taken regarding additional service (0200) | 0.20 | 119.00 | JNL |
| | Avoidance Action Litigation; Review email from AHC to A. Romanowska re: follow-up question to Pheonix's doc production in response to subpoena (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation; Review email from D. Puglisi re: response for Klio Funding II Corp. and Klio Funding III Corp. re: subpoenas seeking info re: distributions (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation; Email to J. Brizuela re: additional information about entities to be dismiss (0700) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation; Review and revise AHC's memo re: information about entities to be dismissed (0200) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation; Review email from J. Brizuela re: seeking information about entities to be dismissed (0700) | 0.10 | 52.50 | AMB |
| | Fee/Employment Applications; Review of letter from K. Stadler re fee committee notice | 0.10 | 42.50 | JDG |

of limited objection to monthly fee statement for
Nov. 2011 (4600)

| Description | | | |
|---|---|---|---|
| Avoidance Action Litigation; T/c w/J. Dorchak, counsel for Bank of Fukuoka re: stipulation and tolling agreement revisions (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review additional production produced by Phoenix Life Ins. (3900) | 0.90 | 265.50 | AHC |
| Avoidance Action Litigation; draft follow up email to A. Romanowska, paralegal for Phoenix Life Ins. Co. (3900) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; draft memoranda summarizing reasoning for dropping certain potential noteholders per J. Brizuela of LBHI request (3900) | 0.80 | 236.00 | AHC |
| Avoidance Action Litigation; edits to schedule to second amended complaint (3900) | 0.40 | 118.00 | AHC |
| Avoidance Action Litigation; o/c w/MF re: further additions to schedule to second amended complaint (0200) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; review status of noteholders to determine which should be added to schedule for amended complaint (3900) | 1.40 | 413.00 | AHC |
| Avoidance Action Litigation; Review and revise Second Amended Schedule of Noteholders (3900) | 1.10 | 126.50 | MSF |
| Feb-03-12   Avoidance Action Litigation: draft sce. 550 arguments in brief to amend complaint to add more defendants (3900) | 1.50 | 892.50 | VTC |
| Avoidance Action Litigation: review and finalize discovery demands seeking information re: distributions to Kuo Hua Life Ins. Ltd. (3900) | 0.20 | 105.00 | AMB |
| Avoidance Action Litigation: revise motion to amend Amended Complaint (3900) | 3.40 | 1,785.00 | AMB |
| Avoidance Action Litigation: email to/from P.Andersen re: table that indicates LLS's most recent estimates for the time it would take to receive certificates of service in certain countries (3900) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation: review email from AHC to A. Romanowska re: request for additional information re: the beneficial holders identified by Phoenix re: Crown City 2005-2 Ltd. (3900) | 0.20 | 105.00 | AMB |
| Avoidance Action Litigation: review draft email from AHC to Principal Global Investors (3900) | 0.10 | 52.50 | AMB |

| Description | Hours | Amount | Initials |
|---|---|---|---|
| Avoidance Action Litigation; Draft discovery requests to Noteholder defendants Principal Global Investors, Principal Global Investors (Europe) Limited and Ethias S.A. (3900) | 1.10 | 275.00 | MAF |
| Avoidance Action Litigation; Review productions and notes re: outstanding noteholder discovery (3900) | 0.60 | 177.00 | AHC |
| Avoidance Action Litigation; Draft memoranda of outstanding noteholder discovery (3900) | 0.30 | 88.50 | AHC |
| Avoidance Action Litigation; draft email to counsel for Credit Suisse Alternative Capital LLC re CSFB CDO-CITI (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; draft email to J. Brizuela of LBHI re: strategy for naming noteholders that have not responded to discovery (0700) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review and revise second amended schedule of newly added parties and addresses for same (3900) | 1.40 | 413.00 | AHC |
| Avoidance Action Litigation; draft email to J. Brizuela of LBHI re: strategy for naming noteholders that have requested dismissal from case (0700) | 0.30 | 88.50 | AHC |
| Avoidance Action Litigation; draft rider on Rule 4m (3900) | 0.60 | 177.00 | AHC |
| Avoidance Action Litigation; email to P. Anderson at LLS re: service of process (3900) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; o/c w/ADR re: receipt of translated affidavits of service and electronic filing of same (0200) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; o/c w/AMB re: status of schedules and drafting revised caption (0200) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; o/c w/AMB Re: rider on Rule 4m (0200) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; edits to rider on Rule 4m (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; o/c w/AMB re: brief and confirmation of facts in motion to amend (0200) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; edits to citations in motion in support of amended complaint (3900) | 0.60 | 177.00 | AHC |
| Avoidance Action Litigation; brief research on case law for motion in support of amended complaint (3900) | 0.40 | 118.00 | AHC |
| Avoidance Action Litigation; Finalize Document Request, and Order to be sent to Kuo Hua Life Insurance (3900) | 2.00 | 230.00 | HK |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Feb-05-12 | Fee/Employment Applications; Review and analysis of confirmation order, third amended plan, and docket sheet re directions and deadlines concerning fee applications pre and post effective date (4600) | 0.90 | 382.50 | JDG |
| Feb-06-12 | Avoidance Action Litigation Revise brief in support of motion to amend complaint to at R. 19 of FRCP argument (3900) | 4.50 | 2,677.50 | VTC |
|  | Avoidance Action Litigation: review email from A. Romanoska re: additional information in response to subpoena seeking info re: distributions re: Pheonix (3900) | 0.20 | 105.00 | AMB |
|  | Avoidance Action Litigation: review email from S.Collings re: dismissing Central Re from Complaint (0700) | 0.10 | 52.50 | AMB |
|  | Avoidance Action Litigation: review AHC's insert in Motion to amend Amended Complaint (0200) | 0.30 | 157.50 | AMB |
|  | Avoidance Action Litigation: email to L.Elbaum re: obtaining additional information in response to subpoena seeking information re: distributions (3900) | 0.30 | 157.50 | AMB |
|  | Avoidance Action Litigation: email to J. Mosse re: Asteri's claim not to have additional information re: distributions (3900) | 0.10 | 52.50 | AMB |
|  | Avoidance Action Litigation: revise draft email to J.Brizuela re: noteholder defendants (0700) | 0.60 | 315.00 | AMB |
|  | Avoidance Action Litigation: review and finalize discovery demands on Ethais S.A. seeking info re: distributions (3900) | 0.10 | 52.50 | AMB |
|  | Avoidance Action Litigation: review and finalize discovery demands on Principal Global Investors seeking infor re: distributions (3900) | 0.30 | 157.50 | AMB |
|  | Avoidance Action Litigation: email to/from P.Andersen re: whether to serve German entity w/ incorrect name (3900) | 0.10 | 52.50 | AMB |
|  | Avoidance Action Litigation: review emails from M.Burke and AHC re: whether he can accept service of process for Principal Global Investors (3900) | 0.30 | 157.50 | AMB |
|  | Avoidance Action Litigation: revise letter to H.Palmer re: requesting additional information re: distributions to Bear Stearns (3900) | 0.30 | 157.50 | AMB |
|  | Avoidance Action Litigation: review and edit email to M.Johnston re: request for additional information re: Putnam's response to subpoena (3900) | 0.10 | 52.50 | AMB |
|  | Avoidance Action Litigation: prep of email to M.Grovak re: request for additional | 0.40 | 210.00 | AMB |

| | | | |
|---|---|---|---|
| information from JP Morgan re: Allstate (3900) | | | |
| Avoidance Action Litigation: prep of email to B.Snodgras requesting additional information from Morgan Stanley re: info re: distributions (3900) | 0.30 | 157.50 | AMB |
| Avoidance Action Litigation: email to/from L.Elbaum re: setting up call to discuss follow-up questions re: DTC's responses to subpoena seeking info re: distributions (3900) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation: review and edit letter to M.Burke counsel for PLIC requesting accepting service of process (3900) | 0.10 | 52.50 | AMB |
| Fee/Employment Applications; Draft and prepare exhibits analyzing allocations of fees for Wollmuth's second interim fee application as attributable to each monthly invoice revised to accommodate all fee committee instructions and as attributable to all professionals' adjusted range of rates effective March 2011 as per instructions from fee committee counsel (4600) | 2.90 | 1,232.50 | JDG |
| Fee/Employment Applications; Drafting Wollmuth's second interim fee application portions regarding explanations of adjusted rates pursuant to fee committee counsel instructions (4600) | 0.90 | 382.50 | JDG |
| Avoidance Action Litigation; Draft second amended schedule of noteholders who have been served (3900) | 2.10 | 525.00 | MAF |
| Avoidance Action Litigation;  Review email from A. Romanowska, paralegal at Phoenix Home Life Ins. (3900) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; review email from S. Collings chain re: Central Reinsurance (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; draft schedules for subpoenas to be served upon Principal Global Investors (Europe) Limited and Principal Global Investors (3900) | 0.40 | 118.00 | AHC |
| Avoidance Action Litigation; review subpoenas to be served upon Principal Global Investors (Europe) Limited and Principal Global Investors (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; draft schedules for subpoena to be served upon Ethias S.A. (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review subpoena to be served upon Ethias S.A. (3900) | 0.10 | 29.50 | AHC |

| | | | |
|---|---|---|---|
| Avoidance Action Litigation; additional research on Rule 4m and extension of time for foreign countries and edits to rider re: same (3900) | 0.70 | 206.50 | AHC |
| Avoidance Action Litigation; t/c w/P. Anderson re: service of process upon Union Investment Group and length of time for process of second amended complaint (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review supplemental production from DTC (3900) | 0.60 | 177.00 | AHC |
| Avoidance Action Litigation; follow up email to L. Elbaum, counsel for DTC re: DTC's supplemental production (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review Asteri's responses and objections to LBSF's discovery requests (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review Asteri's document production to LBSF's discovery requests (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; draft follow up email to J. Mosse, counsel to Asteri re: Asteri's document production (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review information on Bank of America as Trustee for Putnam as related to Pantera Vive to determine how to follow up (3900) | 0.60 | 177.00 | AHC |
| Avoidance Action Litigation; email to AMB suggesting an email to L. Elbaum at DTC to determine whether Putnam received any distributions re: Pantera Vive (3900) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; review brief in support of motion to amend amended complaint and fill in missing factual information (3900) | 1.30 | 383.50 | AHC |
| Avoidance Action Litigation; o/cs w/MF re: translated affidavits of service of process and e-filing same (0200) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation;  t/c w/V. Farron from LLS re: translations and affidavits of service for Taiwanese entities (3900) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; o/c w/AMB re: translations and missing affidavits of service and Crown City deals (0200 | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; research information to be sent to J. Brizuela of LBHI re: noteholders to be named in second amended complaint (3900) | 0.90 | 265.50 | AHC |
| Avoidance Action Litigation; draft email to J. Palmer, counsel for Bear Stearns following up on beneficial ownership of Pebble Creek security (3900) | 0.20 | 59.00 | AHC |

| | | | |
|---|---|---|---|
| Avoidance Action Litigation; email M. Burke, counsel for Principal Global Investors re: service of process (3900) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; o/c w/M. Burke, counsel for Principal Global Investors re: service of process and beneficial owner of securities (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; o/c w/AMB re: discussion w/M. Burke, counsel for Principal Global Investors (0200) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; review correspondence sent by M. Burke, counsel for Principal Global Investors (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; update memoranda summarizing information received from potential noteholders w/discovery received from Phoenix re: beneficial owner of Crown City securities (3900) | 0.40 | 118.00 | AHC |
| Avoidance Action Litigation; convert follow up email to J. Palmer, counsel for Bear Stearns Asset Management to letter per AMB request (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review information produced by DTC re: Pantera Vive (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; finalize letter to J. Palmer, counsel for Bear Stearns Asset Management (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; finalize and send email to S. Madsen, counsel for Credit Suisse Alternative Capital, LLC re: CSFB CDO-CITI (3900) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; draft letter re: acceptance of service by Sidley Austin on behalf of Principal Life Insurance Co. (3900) | 0.40 | 118.00 | AHC |
| Avoidance Action Litigation; review and revise AMB email to J. Brizuela of LBHI re: entities named in second amended complaint (0700) | 0.30 | 88.50 | AHC |
| Avoidance Action Litigation; review and revise AMB email to M. Johnson re: Merrill Lynch's responses and objections to producing relevant information (3900) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; o/c w/AMB re: in kind distribution re: Alta 2007-2 (3900) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; review discovery to Principal Life Ins. Co. and compare to discovery received from Principal Global Investors (3900) | 0.40 | 118.00 | AHC |
| Avoidance Action Litigation; draft memoranda summarizing new information re: transactions | 0.20 | 59.00 | AHC |

to follow up with Principal Life Ins. Co. (3900)

| | | | | |
|---|---|---|---|---|
| | Avoidance Action Litigation; E-file various international proofs of service (3900) | 0.40 | 46.00 | MSF |
| | Avoidance Action Litigation; Input entity and counsel addresses into noteholders chart of entities to serve, for MAF (3900) | 0.80 | 92.00 | HK |
| Feb-07-12 | Avoidance Action Litigation O/c w/AMB re: results of additional research of issues concerning motion to amend complaint (0200) | 0.40 | 238.00 | VTC |
| | Avoidance Action Litigation; Revise motion to amend amended complaint (3900) | 7.00 | 3,675.00 | AMB |
| | Avoidance Action Litigation; T/c w/B. Black representing Faxtor, Inc. responding to subpoena seeking info re: distributions (3900) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation; Emails to/from J. Cerdone, counsel for Sun Life Financial (U.S.) Services Company - Sun US MVA. Re: response to subpoena seeking info re: distributions (3900) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation; Review email from AHC to M. Breen re: relationship between MKP Capital Management and MKP Vela CBO, Ltd. (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation; Review letter from AHC to M. Burke re: accepting service of process for PLIC (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation; O/c w/AHC re: status of motion to amend and schedules thereto (0200) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation; T/c w/S. Collings re: dismissal of Taiwanese entities (0700) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigationl; Email to AHC re: t/c w/B. Black representing Faxtor, Inc (0200) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation; Review and revise latest working draft of Motion to Amend Amended Complaint (3900) | 1.20 | 354.00 | AHC |
| | Avoidance Action Litigation; Emails to/from V. Farron re: documentation from service of process for Omicron (3900) | 0.20 | 59.00 | AHC |
| | Avoidance Action Litigation; o/c w/MAF re: edits to schedule for motion to amend amended complaint (0200) | 0.10 | 29.50 | AHC |
| | Avoidance Action Litigation; o/c w/HK re: edits to schedule for motion to amend amended complaint (0200) | 0.10 | 29.50 | AHC |
| | Avoidance Action Litigation; finalize letter re: acceptance of service to M. Burke, counsel for Principal Life Ins. Co. (3900) | 0.20 | 59.00 | AHC |

| | | | |
|---|---|---|---|
| Avoidance Action Litigation; review email from M. Johnson re: Merrill Lynch's responses and objections to subpoena (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review and revise information re: counsel and address for service of process for entities such as Broderick CDO, Guggenheim Capital Management (3900) | 0.90 | 265.50 | AHC |
| Avoidance Action Litigation; review and edit to schedule to motion to amend amended complaint (3900) | 0.90 | 265.50 | AHC |
| Avoidance Action Litigation; Research various information to be inserted to memo in support of motion to amend amended complaint (3900) | 0.60 | 177.00 | AHC |
| Avoidance Action Litigation; o/c w/AMB re: structure of brief in support of motion to amend and new argument inserted by VTC (0200) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; numerous emails to AMB re: pertinent documents and information in AHC absence (0200) | 0.30 | 88.50 | AHC |
| Avoidance Action Litigation; review correspondence from Sun Life Assurance Company of Canada (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; update schedule to memo in support of motion to amend re: information from Sun Life Assurance Company of Canada (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review correspondence from UBS AG London (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; update schedule to memo in support of motion to amend re: information from UBS AG London (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review and edit rider on Rule 4m to be inserted into brief in support of motion to amend (3900) | 0.30 | 88.50 | AHC |
| Avoidance Action Litigation; edits to various sections of brief re: Rule 15(c) per AMB request (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review Bank of America production and compare to DTC production re: Pyxis, Pantera and ALTA 2007-2 as it relates to Bank of America (3900) | 0.80 | 236.00 | AHC |
| Avoidance Action Litigation; draft email to M. Johnson, counsel for Bank of America re: discrepancies in Bank of America's production (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; Review and revise latest working draft of Motion to Amend Amended Complaint (3900) | 1.20 | 300.00 | RKR |

| Date | Description | Hours | Amount | Initials |
|------|-------------|------:|-------:|:--------:|
| | Avoidance Action Litigation; Revise and add all entity and counsel addresses into noteholders chart of entities to serve(3900) | 0.60 | 69.00 | HK |
| Feb-08-12 | Avoidance Action Litigation; Review email from J. Cedrone, counsel for Sun Life re: response to subpoena seeking information re: distributions (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation; Emails to/from RKR re: motion to amend amended complaint (0200) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation; Emails to/from J. Brizuela re: amounts distributed to noteholders (0700) | 0.60 | 315.00 | AMB |
| | Avoidance Action Litigation; Email to/from P. Simons re: Central Re and its wish to be dismissed (0700) | 0.40 | 210.00 | AMB |
| | Avoidance Action Litigation; Emails to/from L. Elbaum re: call to discuss additional search (3900) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation; Review email from M. Johnston counsel for KLIO re: additional information re: distributions in response to subpoena seeking same (3900) | 0.30 | 157.50 | AMB |
| | Fee/Employment Applications; Drafting summary charts and all narrative portions of Wollmuth's interim fee application for Feb. 2011 - May 2011 reflecting and explaining all revisions and voluntary reductions in order to comply with all fee committee requests (4600) | 6.10 | 2,592.50 | JDG |
| | Fee/Employment Applications; Drafting and preparing exhibits to Wollmuth's interim fee application for Feb. 2011 - May 2011 reflecting and explaining all revisions and voluntary reductions in order to comply with all fee committee requests (4600) | 3.70 | 1,572.50 | JDG |
| Feb-09-12 | Avoidance Action Litigation:  T/c w/P. Richer of Swiss Life re: LBSF Ruby 2005-01 (3900) | 0.20 | 130.00 | WAM |
| | Avoidance Action Litigation:  Review email from P. Richer of Swiss Life re: LBSF Ruby 2005-01, and attachments  (3900) | 0.10 | 65.00 | WAM |
| | Avoidance Action Litigation:  Send email to P. Richer of Swiss Life re: LBSF Ruby 2005-01 (3900) | 0.10 | 65.00 | WAM |
| | Avoidance Action Litigation:  Forward emails w/P. Richer of Swiss Life re: LBSF Ruby 2005-01 to WFD and AMB for follow-up (0200) | 0.10 | 65.00 | WAM |

| | | | | |
|---|---|---|---|---|
| | Avoidance Action Litigation; Careful review of mark revisions to draft motion to amend complaint (3900) | 2.00 | 1,190.00 | WFD |
| | Avoidance Action Litigation; O/c w/AMB, VTC re: comments on draft motion to amend | 0.90 | 535.50 | WFD |
| | Avoidance Action Litigation; Revise Motion to Amend Amended Complaint (3900) | 4.20 | 2,205.00 | AMB |
| | Avoidance Action Litigation; Review emails from P. Richer and WAM re: whether Swiss Life was dismissed from case (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation; Email to/from M. Grovak re: request for additional information re: distributions to respond to subpoena(3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation; Email to MF re: cite checking Motion to Amend Amended Complaint (0200) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation; O/c w/WFD re: Motion to amend amended Complaint (0200) | 0.30 | 157.50 | AMB |
| | Avoidance Action Litigation; T/c w/J. Brizuela re: status update re: motion to amend amended complaint and defendants to be added and/or dropped (0700) | 0.20 | 105.00 | AMB |
| | Fee/Employment Applications; Completed drafting all narrative portions of Wollmuth's interim fee application for Feb. 2011 - May 2011 reflecting and explaining all revisions and voluntarty reductions in order to comply with all fee committee requests (4600) | 0.90 | 382.50 | JDG |
| | Fee/Employment Applications; Drafting all exhibits and certification and proposed order and exhibits to proposed order for Wollmuth's interim fee application for Feb. 2011 - May 2011 reflecting and explaining all revisions and voluntarty reductions in order to comply with all fee committee requests (4600) | 5.40 | 2,295.00 | JDG |
| | Avoidance Action Litigation: Legal research re: cite checking all case law in brief in support of motion to amend amended complaint (3900) | 4.20 | 1,050.00 | MAF |
| Feb-10-12 | Avoidance Action Litigation:  Review WFD email re: proposed motion to amend complaint (0200) | 0.10 | 65.00 | WAM |
| | Fee/Employment Applications; Emails from/to WFD and WAM re: follow upon on conversations with Hommel and issues with outstanding fees (0700) | 0.30 | 178.50 | JNL |
| | Fee/Employment Applications; O/c w/JDG re: review of 2d interim fee app narrative (0200) | 0.10 | 59.50 | JNL |
| | Fee/Employment Applications; Begin review of latest draft of 2nd Interim fee app (4600) | 0.70 | 416.50 | JNL |

| | | | | |
|---|---|---|---|---|
| | Avoidance Action Litigation; Review and revise latest draft of motion to amend (3900) | 0.70 | 416.50 | WFD |
| | Avoidance Action Litigation; Revise Motion to Amend Amended Complaint (3900) | 2.00 | 1,050.00 | AMB |
| | Avoidance Action Litigation; Email to/from M. Hart re: dismissal of Swiss Life (0700) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation; Emails to/from L. Elbaum re: call to discuss DTC's production (3900) | 0.20 | 105.00 | AMB |
| | Fee/Employment Applications: Completed drafting all revisions to all exhibits to interim fee application for Feb. 2011 - May 2011 and certification of JNL and proposed order and schedules to proposed order (4600) | 4.10 | 1,742.50 | JDG |
| | Fee/Employment Applications; Completed analysis chart reconciling revised fees expenses and time entries and calculating amounts currently held back for interim fee application for Feb. 2011 - May 2011 as per fee committee instructions (4600) | 3.40 | 1,445.00 | JDG |
| | Fee/Employment Applications; Email memo to JNL re Completed interim fee app and analysis chart reconciling revised fees expenses and time entries and calculating amounts currently held back for interim fee application for Feb. 2011 - May 2011 as per fee committee instructions (0200) | 0.30 | 127.50 | JDG |
| | Avoidance Action Litigation;  Draft table of authorities for motion to amend complaint (3900) | 3.10 | 356.50 | EJL |
| Feb-12-12 | Fee/Employment Applications; Review email from JDG re: revised draft of 2nd interim fee app (0200) | 0.20 | 119.00 | JNL |
| | Fee/Employment Applications; Review response from fee committee on increase in hourly rate issues and outline facts needed for response requested by fee committee (4600) | 1.30 | 773.50 | JNL |
| | Fee/Employment Applications; Review and revise latest draft of 2nd interim fee app narrative (4600) | 0.60 | 357.00 | JNL |
| Feb-13-12 | Avoidance Action Litigation:  Review and revise draft brief in support of proposed motion to amend complaint to add new defendants learned through discovery and to correct the names of existing defendants, and make comments thereon (3900) | 1.90 | 1,235.00 | WAM |
| | Avoidance Action Litigation:   O/c w/AMB re: status, comments on draft brief in support of motion to amend complaint, and next steps (0200) | 0.30 | 195.00 | WAM |

| | | | |
|---|---|---|---|
| Avoidance Action Litigation: Emails to/from WFD re: draft brief in support of motion to amend, and next steps (0200) | 0.30 | 195.00 | WAM |
| Avoidance Action Litigation; Additional research of FRCP 15 (c) issues for motion to amend complaint (3900) | 0.40 | 238.00 | VTC |
| Avoidance Action Litigation; Review WAM comments on motion to amend (3900) | 0.20 | 119.00 | WFD |
| Avoidance Action Litigation; Review emails from WAM, WFD and VTC re: Motion to Amend amended complaint (0200) | 0.10 | 52.50 | AMB |
| Fee/Employment Applications; Email to MSF re revisions to the narrative and summaries of Wollmuth's Second Interim Fee Application (0200) | 0.10 | 42.50 | JDG |
| Fee/Employment Applications: Drafting all summary charts and narrative portions of interim fee application for June 2011 - Sept. 2011pursuant to fee committee instructions (4600) | 3.90 | 1,657.50 | JDG |
| Fee/Employment Applications; Drafting all exhibits and certification of JNL, analysis chart reconciling fees expenses received and calculating amounts currently held back, proposed order and schedules to proposed order pursuant to fee committee instructions for interim fee application for June 2011 - Sept. 2011 (4600) | 3.40 | 1,445.00 | JDG |
| Fee/Employment Applications; Revise Wollmuth's Second Interim Fee Application narrative and summaries (4600) | 0.40 | 46.00 | MSF |
| Fee/Employment Applications; Revise Wollmuth's Third Interim Fee Application narrative and summaries (4600) | 0.90 | 103.50 | MSF |

| | | | | |
|---|---|---|---|---|
| Feb-14-12 | Avoidance Action Litigation:  Emails to/from AMB re: status and proposed memorandum in support of amendment to complaint and finalizing same (0200) | 0.20 | 130.00 | WAM |
| | Avoidance Action Litigation;  Review email from AMB re: additional new defendants as a result of discovery (0200) | 0.20 | 119.00 | JNL |
| | Avoidance Action Litigation; Emails to and from AMB re: new defendants (0200) | 0.20 | 119.00 | JNL |
| | Avoidance Action Litigation; T/c w/D. Newman counsel for Korea re: request to extend time to respond to discovery re: subpoena (3900) | 0.10 | 52.50 | AMB |

| | | | | |
|---|---|---|---|---|
| | Avoidance Action Litigation; T/c w/ JNL re: email requesting additional information re: Credit Suisse (3900) | 0.10 | 52.50 | AMB |
| | Fee/Employment Applications: Review lengthy email memo from AMB re any possible conflict issues with adding another 100+ defendants to complaint (4700) | 0.20 | 85.00 | JDG |
| | Fee/Employment Applications: Completed drafting and finalizing interim fee application for June 2011 - Sept. 2011 and all supporting documents and exhibits thereto including certification of JNL, analysis chart reconciling fees expenses received and calculating amounts currently held back, proposed order and schedules to proposed order (4600) | 4.70 | 1,997.50 | JDG |
| | Fee/Employment Applications; Email to JNL re current draft of interim fee application for June 2011 - Sept. 2011 and all supporting documents and exhibits thereto (4600) | 0.10 | 42.50 | JDG |
| Feb-15-12 | Avoidance Action Litigation:  Review AMB email w/revised draft of memorandum in support of motion to amend complaint  (0200) | 0.10 | 65.00 | WAM |
| | Avoidance Action Litigation:  Send email to PRD re: revised draft of memorandum in support of motion to amend complaint  (0200) | 0.10 | 65.00 | WAM |
| | Avoidance Action Litigation:  Review PRD email w/comments on revised draft of memorandum in support of motion to amend complaint (0200) | 0.10 | 65.00 | WAM |
| | Fee/Employment Applications; Review and revise 3rd interim fee application (4600) | 0.70 | 416.50 | JNL |
| | Avoidance Action Litigation;  Research issues concerning when SOLs begin to run in accordance with Sec. 550 (f) regarding motion to amend complaint (3900) | 1.90 | 1,130.50 | VTC |
| | Avoidance Action Litigation: O/c w/AMB re: adding section 550 argument to motion to amend (0200) | 0.20 | 119.00 | WFD |
| | Avoidance Action Litigation: T/c w/ T. Parivotti from Chilian Partners LP re: request (3900) | 0.30 | 157.50 | AMB |
| | Avoidance Action Litigation: Revise brief in support of motion to amend amended complaint to add additional Sec. 550 (f) arguments (3900) | 1.10 | 577.50 | AMB |
| | Avoidance Action Litigation: review and finalize discovery request to Chilian Partners seeking info re: distributions (3900) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation: o/c w/ MF re: assignment to draft letters to potential noteholders re: notice for complaint (0200) | 0.20 | 105.00 | AMB |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Avoidance Action Litigation: Conduct legal research re: Section 550 for motion to amend complaint (3900) | 2.90 | 1,522.50 | AMB |
| | Fee/Employment Applications; Emails to and from JNL re reductions to finalized second interim fee app in good faith effort to comply with all fee committee demands (4600) | 0.40 | 170.00 | JDG |
| | Avoidance Action Litigation: Revise subpoena and accompanying documents to potential Noteholder defendant Chilian Partners, L.P. (3900) | 0.60 | 150.00 | MAF |
| | Avoidance Action Litigation: Review discovery demands to determine whether we have received responses from noteholders (3900) | 0.30 | 75.00 | MAF |
| | Avoidance Action Litigation: O/c with AMB re: drafting notice letters to additional noteholder defendants (0200) | 0.30 | 75.00 | MAF |
| | Avoidance Action Litigation; Prepare cover letter, order, summons and checks to Chilian Partners, L.P. and mail via Federal Express for MAF (3900) | 0.40 | 46.00 | ADR |
| Feb-16-12 | Avoidance Action Litigation; Follow up on multiple emails from AMB re: amendment to complaint to add additional parties and confirming no implication for disclosure aff. (0200) | 0.60 | 357.00 | JNL |
| | Avoidance Action Litigation; Additional research for cases re: how Sec. 550 (f) delays SOLs for motion to amend complaint (3900) | 1.60 | 952.00 | VTC |
| | Avoidance Action Litigation Review document production from Kilo III in response to subpoena seeking info re: distributions (3900) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation: Draft follow up letter to Noteholder Defendant Gordon Rausser (3900) | 0.30 | 75.00 | MAF |
| | Fee/Employment Applications; Research and clear conflicts to add numerous defendants to amended complaint (4700) | 2.10 | 241.50 | CRB |
| Feb-17-12 | Avoidance Action Litigation;  Additional research for cases re: how Sec. 550 (f) delays SOLs for motion to amend complaint (3900) | 1.40 | 833.00 | VTC |
| | Avoidance Action Litigation; Revise letter to Gordon Rauser re: failure to respond to Court ordered discovery seeking info re: distributions | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation Revise schedule 2 of Noteholder defendants to the amended complaint (3900) | 1.60 | 400.00 | MAF |
| | Avoidance Action Litigation: Revise follow-up letter to Noteholder Defendant Gordon Rausser (3900) | 0.40 | 100.00 | MAF |

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| | Avoidance Action Litigation; Address various noteholders re: Notice of Amended Complaint for MAF (3900) | 2.90 | 333.50 | ADR |
| | Fee/Employment Applications; Research and clear conflicts to add numerous defendants to amended complaint (4700) | 3.70 | 425.50 | CRB |
| Feb-19-12 | Avoidance Action Litigation; Review and revise notice letters to Noteholder defendants (3900) | 0.60 | 150.00 | MAF |
| Feb-20-12 | Fee/Employment Applications; Review and respond to emails from JDG re: 2nd and 3rd interim fee app narratives (0200) | 0.20 | 119.00 | JNL |
| | Avoidance Action Litigation; Additional research for cases re: how Sec. 550 (f) delays SOLs for motion to amend complaint (3900) | 0.90 | 535.50 | VTC |
| | Fee/Employment Applications; Emails to and from JNL re issues with the narrative of the interim fee application for Feb. 2011 - May 2011 (0200) | 0.20 | 85.00 | JDG |
| Feb-21-12 | Avoidance Action Litigation; Research issues with R. 19 of FRCP regarding motion to amend complaint (3900) | 3.10 | 1,844.50 | VTC |
| | Avoidance Action Litigation; Review email from M. Grovak counsel for JPMorgan re: request for additional information re: discovery (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation; T/c w/B. Black representing FAXTOR re: request to be dismissed (3900) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation; Review and finalize letter to potential noteholders and counsel re: filing of amended complaint (3900) | 0.60 | 315.00 | AMB |
| | Avoidance Action Litigation; Revise motion to amend amended complaint re: 550(f) argument (3900) | 2.60 | 1,365.00 | AMB |
| | Avoidance Action Litigation: Review and revise letters to Noteholder defendants giving notice of amended complaint (3900) | 1.10 | 275.00 | MAF |
| | Avoidance Action Litigation:Revise numerous notice letters to be sent to potential noteholders (3900) | 0.90 | 103.50 | HK |
| | Fee/Employment Applications; Research to clear conflicts to add numerous additional defendants to amended complaint (4700) | 2.40 | 276.00 | CRB |
| Feb-22-12 | Avoidance Action Litigation; Revise brief in support of motion to amend complaint to add further Sec. 550 research (3900) | 4.60 | 2,737.00 | VTC |
| | Avoidance Action Litigation; Review, finalize and execute letters to each potential noteholder and counsel informing them that they will be | 5.70 | 2,992.50 | AMB |

| | | | |
|---|---|---|---|
| added as party which is necessary under Rule 15 (approx 100 ltrs) (3900) | | | |
| Avoidance Action Litigation; Emails to/from AHC re: whether service has been complete on Principal Life Ins. Co. (0200) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation; Emails to/from MF and AHC re: preparing additional subpoenas for potential noteholders that received in kind distributions (0200) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation: Review and revise notice letters to potential Noteholder defendants (3900) | 4.90 | 1,225.00 | MAF |
| Avoidance Action Litigation: Revise numerous notice letters to be sent to potential noteholders (3900) | 1.90 | 218.50 | HK |
| Avoidance Action Litigation Avoidance Action Litigation: Organize and finalize numerous notice letters to potential noteholders with copy of Amended Complaint (3900) | 2.90 | 333.50 | HK |
| Avoidance Action Litigation; Research names of numerous individuals for Lehman adversary notices (3900) | 3.30 | 379.50 | TMB |
| Feb-23-12   Avoidance Action Litigation; Email from AMB re: question regarding life insurance company in liquidation and ability to sue (0200) | 0.20 | 119.00 | JNL |
| Avoidance Action Litigation; Draft further revisions to brief in support of motion to amend complaint to incorporate latest Sec. 550 (f) and R. 19 FRCP arguments (3900) | 4.10 | 2,439.50 | VTC |
| Avoidance Action Litigation: Review, finalize and execute letters to each potential noteholder and counsel informing them that they will be added as party which is necessary under Rule 15 (approx. 85 ltrs) (3900) | 1.90 | 997.50 | AMB |
| Avoidance Action Litigation: t/c w/ L.Elbaum re: DTC follow-up response to subpoena seeking info re: distributions (3900) | 0.20 | 105.00 | AMB |
| Avoidance Action Litigation: emails and t/cs w/ L.Elbaum re: requesting that DTC produce additional information re: response to subpoena seeking infor re: distributions (3900) | 0.20 | 105.00 | AMB |
| Avoidance Action Litigation: t/c w/ J.Prole counsel for Bank of Tapai re: request for additional time to respond to discovery (3900) | 0.20 | 105.00 | AMB |
| Avoidance Action Litigation: emails to/from AHC re: request for additional information re: subpoenas re: JPMorgan (0200) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation: emails to/from MF re: languages letters need to be translated to re: informing potential noteholders that | 0.30 | 157.50 | AMB |

08-13555-mg    Doc 27994-6    Filed 05/21/12    Entered 05/21/12 18:33:27    Exhibit F
Pg 42 of 60

they will be added as party which is also unary
under Rule 15 (0200)

| | | | |
|---|---|---|---|
| Avoidance Action Litigation: t/c w/ K.Shreefer re: whether LLS could translate certain docs to notify potential notehlders that they will be added as party (3900) | 0.20 | 105.00 | AMB |
| Avoidance Action Litigation: emails to/from K.Shreefer re: whether LLS would translate certain docs to notify potential noteholders that they will be added as party (3900) | 0.30 | 157.50 | AMB |
| Avoidance Action Litigation: emails to/from R. Tizravesh re: request for additional time to respond to discovery requests seeking info re: distributions re: Korea's National Agricultural Cooperative Federation and Shinnan Bank (3900) | 0.20 | 105.00 | AMB |
| Avoidance Action Litigation: review email from G.Redish re: letter re: dismissal of Swiss Life (3900) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation: email to/from JNL re: lawsuit against Standard Life Ins. Co. re: how to sue entity in receivership (0200) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation: t/c w/ V.Rodan counsel for Uniqua re: request for additional time to respond to discovery seeking information re: distributions (3900) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation: review email from V.Rodan counsel for Uniqua confirming additional time to respond to discovery seeking information re: distributions (3900) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation: Review and revise notice letters for Noteholder defendants on second amended complaint (3900) | 1.80 | 450.00 | MAF |
| Avoidance Action Litigation: Revise schedule 2 to reflect all original noteholder defendants and those we are adding through second amended complaint (3900) | 0.90 | 225.00 | MAF |
| Avoidance Action Litigation; Review correspondence to/from M. Grovak re: ALTA 2007-2 (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; t/c w/L. Elbaum and AMB re: follow up questions to DTC (0200) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; review emails from AMB re: Forward Funds (0200) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; review emails from AMB re: Principal Life Ins. Co. and acceptance of service of process form M. Burke, counsel (0200) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; briefly review second amended schedules (3900) | 0.30 | 88.50 | AHC |

| | | | | |
|---|---|---|---|---|
| | Avoidance Action Litigation; o/c w/AMB re: status of motion to amend (0200) | 0.20 | 59.00 | AHC |
| | Avoidance Action Litigation; email to MF, ADR re: updating chart re: executed stipulations (0200) | 0.10 | 29.50 | AHC |
| | Avoidance Action Litigation; review emails from AMB re: executed stipulations for Ethias and Ruby (0200) | 0.20 | 59.00 | AHC |
| | Avoidance Action Litigation; o/cs w/MF re: chart re: tolling agreements and stipulations (0200) | 0.10 | 29.50 | AHC |
| | Avoidance Action Litigation; Update tolling agreement and executed stipulation chart (3900) | 0.90 | 103.50 | MSF |
| | Avoidance Action Litigation: Revise numerous notice letters to potential noteholders (3900) | 1.80 | 207.00 | HK |
| | Avoidance Action Litigation; Research names of CEOs for Lehman adversary notices (3900) | 0.70 | 80.50 | TMB |
| Feb-24-12 | Avoidance Action Litigation: O/c w/AMB re: letters to send to new parties placing them on notice of upcoming amendment (0200) | 0.20 | 130.00 | WAM |
| | Avoidance Action Litigation: O/c w/WFD and AMB re: letters to send to new parties placing them on notice of upcoming amendment (0200) | 0.20 | 130.00 | WAM |
| | Fee/Employment Applications; Review 2nd and 3rd interim final fee app narrative and revise same (4600) | 1.10 | 654.50 | JNL |
| | Avoidance Action Litigation; O/c w/WAM, AMB re: notice letters in advance of motion to amend (0200) | 0.20 | 119.00 | WFD |
| | Avoidance Action Litigation; Review email from J. Cedone re: Sun Life's production in response to subpoena seeking infor re: distributions (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation; Internet search for CEO/Director of Union Investment Institutional GmbH (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation; Review email from AHC re: whether DiMaio Capital is a correct noteholder defendant (0200) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation; Review email from M. Blocker representing Principal Life re: confirmation that LSBF is adding Principal Life as defendant (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation; Review email from B. Cooney counsel to Bank SinoPac re: request for more time to respond to discovery (3900) | 0.10 | 52.50 | AMB |

| Description | Hours | Amount | Atty |
|---|---|---|---|
| Avoidance Action Litigation; Review email from AHC to MPB re: General Principal's accepting service of process (3900) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation; Emails to/from P. Anderson re: German entity and translating letter (3900) | 0.20 | 105.00 | AMB |
| Avoidance Action Litigation; T/c w/P. Andersen re: German entity (3900) | 0.30 | 157.50 | AMB |
| Avoidance Action Litigation; Revise motion to amend amended complaint w/550(f) argument (3900) | 0.40 | 210.00 | AMB |
| Avoidance Action Litigation; O/c w/WAM re: AIG and Mizuho (0200) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation; O/c w/WAM and WFD re: AIG and Mizuho (0200) | 0.20 | 105.00 | AMB |
| Avoidance Action Litigation; O/c w/MF re: prep of declaration re: Motion to Amend Amended Complaint (0200) | 0.20 | 105.00 | AMB |
| Fee/Employment Applications; Draft addtional revisions to narratives to Wollmuth's 2nd and 3rd interim fee applications (4600) | 1.10 | 467.50 | JDG |
| Fee/Employment Applications; Email to JNL re: revised version of narratives to Wollmuth's 2nd and 3rd interim fee applications (0200) | 0.10 | 42.50 | JDG |
| Fee/Employment Applications; Call to C. Arthur re filing and service of Wollmuth's 2nd and 3rd interim fee applications (0700) | 0.10 | 42.50 | JDG |
| Fee/Employment Applications; Email to JNL re: confirming filing of Wollmuth's 2nd and 3rd interim fee apps and having excel versions sent to Fee Committee (0200) | 0.10 | 42.50 | JDG |
| Fee/Employment Applications; Multiple emails to and from C. Arthur re: finalizing filing and service of Wollmuth's 2nd and 3rd interim fee applications (0700) | 0.50 | 212.50 | JDG |
| Avoidance Action Litigation: o/c w/ AMB re: drafting declaration of notice letters sent (3900) | 0.20 | 50.00 | MAF |
| Avoidance Action Litigation: Revise subpoena and accompanying documents to potential noteholder Chilian Partners, L.P. (3900) | 0.30 | 75.00 | MAF |
| Avoidance Action Litigation: Revise schedule 2 to reflect all current and additional Noteholder defendants and their counsel (3900) | 0.90 | 225.00 | MAF |
| Avoidance Action Litigation: Revise subpoena and accompanying documents to potential noteholder Terwin Holdings LLC d/b/a The Winter Group (3900) | 0.40 | 100.00 | MAF |

| | | | | |
|---|---|---|---|---|
| | Avoidance Action Litigation: Review and revise notice letters to added noteholder defendants (3900) | 1.10 | 275.00 | MAF |
| | Avoidance Action Litigation: Draft declaration of AMB listing which new defendants notice letters were sent to on which dates (3900) | 1.40 | 350.00 | MAF |
| | Avoidance Action Litigation: Review holdings by Mizuho International and email to AMB re: same (3900) | 0.20 | 59.00 | AHC |
| | Avoidance Action Litigation: Revise numerous notice letters to all international entities (3900) | 1.10 | 126.50 | HK |
| | Avoidance Action Litigation: Review and finalize subpoenas, cover letters, Amended Complaint, Order to be sent to DLS for service upon Chilian Partners and The Winter Group (3900) | 0.80 | 92.00 | HK |
| Feb-25-12 | Avoidance Action Litigation; Revise notice letter to newly added noteholder defendants (3900) | 0.60 | 150.00 | MAF |
| | Avoidance Action Litigation; Research requirements to file a complaint against an Indiana insurance company in receivership (3900) | 0.40 | 100.00 | MAF |
| | Avoidance Action Litigation; Review memoranda summarizing discovery received from noteholders for information re: DiMaio Ahmad Capital LLC (3900) | 0.20 | 59.00 | AHC |
| Feb-27-12 | Avoidance Action Litigation; Review letter from R. Lacy informing me that he has taken over for J. Dillon counsel for Barclays Bank PLC (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation; Revise Motion to amend amended complaint re: Rule 550(f) (3900) | 0.70 | 367.50 | AMB |
| | Avoidance Action Litigation; Review and revise Bialek declaration to Motion to Amend Amended Complaint (3900) | 0.50 | 262.50 | AMB |
| | Avoidance Action Litigation; Review and finalize letters to numerous potential noteholder defendants re: giving notice re: amendment of complaint (approx 50 ltrs) (3900) | 1.10 | 577.50 | AMB |
| | Avoidance Action Litigation: Revise AMB declaration in support of motion to amend amended complaint (3900) | 0.80 | 200.00 | MAF |
| | Avoidance Action Litigation: Draft subpoena and accompanying docs to potential noteholder defendant SBC Master Pension Trust (3900) | 0.40 | 100.00 | MAF |
| | Avoidance Action Litigation: Draft subpoena and accompanying docs to noteholder | 0.60 | 150.00 | MAF |

| | | | | |
|---|---|---|---|---|
| | defendant Ohio Public Employee Retirement System (3900) | | | |
| | Avoidance Action Litigation: Research requirements for serving process on Ohio Public Employee Retirement System (3900) | 0.60 | 150.00 | MAF |
| | Avoidance Action Litigation: Research requirements for serving process on Indiana insurance company in rehabilitation (3900) | 1.20 | 300.00 | MAF |
| | Avoidance Action Litigation; O/c w/AMB re: Magnetar funds to name in amended complaint (0200) | 0.10 | 29.50 | AHC |
| | Avoidance Action Litigation; o/c w/AMB re: email to J. Brizuela of LBHI re: JPM as collateral manager for Lehman Brothers International of Europe (0200) | 0.10 | 29.50 | AHC |
| | Avoidance Action Litigation; review email from M. Breen, counsel for Stone Tower re: complaint served upon Whitehawk CDO (3900) | 0.10 | 29.50 | AHC |
| | Avoidance Action Litigation: Revise notice letter to Faxtor and counsel for AMB signature (3900) | 0.20 | 23.00 | HK |
| | Avoidance Action Litigation: Revise memorandum of defendants re: Schedule 2 with additional columns for dates notice letters sent (3900) | 1.20 | 138.00 | HK |
| Feb-28-12 | Avoidance Action Litigation:  T/c from W. Olshan of Lehman re: distributions to JPMorgan and forward message to WFD and AMB w/note for follow-up (0700) | 0.20 | 130.00 | WAM |
| | Avoidance Action Litigation:  Emails and t/cs w/WFD and AMB re: responding to inquiry of W. Olshan of Lehman re: distributions to JPMorgan (0200) | 0.30 | 195.00 | WAM |
| | Avoidance Action Litigation:  Conf call w/W. Olshan of Lehman and AMB re: distributions to JPMorgan and request for additional information  (0700) | 0.40 | 260.00 | WAM |
| | Avoidance Action Litigation:  Review AMB email to W. Olshan of Lehman re: distributions to JPMorgan (0200) | 0.10 | 65.00 | WAM |
| | Avoidance Action Litigation; T/c w/AMB, WAM re: potential claims v. JPM in response to questions from W. Olshan at client (0200) | 0.30 | 178.50 | WFD |
| | Avoidance Action Litigation; Review doc production from CIBC in response to doc demands re: info re: distributions (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation; Email to B. Lindsmith counsel for Nationwide re: amended complaint to add as party (3900) | 0.20 | 105.00 | AMB |

Invoice #: 22224      Page 25      April
08-13555-mg    Doc 27994-6    Filed 05/21/12    Entered 05/21/12 18:33:27    Exhibit F
Pg 47 of 60

| | | | |
|---|---|---|---|
| Avoidance Action Litigation; Revise email to amend amended complaint (3900) | 0.90 | 472.50 | AMB |
| Avoidance Action Litigation; Conduct research re: weather LBI received distributions from JPM (3900) | 0.30 | 157.50 | AMB |
| Avoidance Action Litigation; Email to P. Andersen from LLS to obtain copy of Amended Complaint translated into Japanese (3900) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation; Emails to/from AHC and MF re: sending letter re: amending complaint to Magnetar (0200) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation; Email to/from P. Andersen re: address for Union Investment Institutional GmbH (3900) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation; Emails to/from WFD re: LBI distributions and call w/B. Olshan (0200) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation; Emails to/from AHC re: LBI's distributions from JPM (0200) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation; Email to B. Olshan re: LBI distributions (0700) | 0.30 | 157.50 | AMB |
| Avoidance Action Litigation; T/c w/B. Olshan and WAM re: LBI's distributions from JPM (0700) | 0.50 | 262.50 | AMB |
| Avoidance Action Litigation; T/c w/J. Brizuela re: JPM (0700) | 0.30 | 157.50 | AMB |
| Avoidance Action Litigation; T/c w/S. Lapinsky from Clifford Chance representing Credit Agricole re: providing additional information re: potential noteholders (3900) | 0.20 | 105.00 | AMB |
| Avoidance Action Litigation; Review email from K. Sheefer re: translated letters to give notice to potential noteholder defendants (3900) | 0.20 | 105.00 | AMB |
| Avoidance Action Litigation; Review email from D. Sterling counsel for Taiwan Life re: responses and objections to discovery demands (3900) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation; Review email from M. Breen from SRZ re: not representing Whitehawk (3900) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation; Email to/from AHC and MF re: correct Magnetar entity to sue (0200) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation; Email to P. Anderson re: translating doc to Union Investment Institutional GmbH re: notice of amended complaint (3900) | 0.10 | 52.50 | AMB |

| | | | |
|---|---|---|---|
| Fee/Employment Applications: Emails to and from Rahil re clarifying billing codes and rates as per fee committee instructions (0200) | 0.10 | 42.50 | JDG |
| Fee/Employment Applications; Multiple emails to and from M. Santa Maria re Fee Committee requests for electronic versions of WMD's second and third interim fee applications and request to use LEDES format (4600) | 0.20 | 85.00 | JDG |
| Fee/Employment Applications; O/c with JNL re Fee Committee requests to use LEDES format for fee applications and whether it is possible to accommodate (0200) | 0.10 | 42.50 | JDG |
| Fee/Employment Applications; Lengthy email memo to M. Santa Maria of Fee Committee re electronic versions of WMD's second and third interim fee applications and other items requested by fee committee (4600) | 0.40 | 170.00 | JDG |
| Fee/Employment Applications; Draft letter to K. Stadler of Fee Committee re pdf and electronic versions of WMD's second and third interim fee applications and other items requested by fee committee (4600) | 0.30 | 127.50 | JDG |
| Fee/Employment Applications; Email memo to and email from MSF re transmittal and finalizing  letter to K. Stadler of Fee Committee re pdf and electronic versions of WMD's second and third interim fee applications and other items requested by fee committee (4600) | 0.30 | 127.50 | JDG |
| Fee/Employment Applications; Multiple emails to and from M. Santa Maria re Fee Committee's requests and instructions to convert all electronic versions of interim fee application documents into LEDES format (4600) | 0.20 | 85.00 | JDG |
| Fee/Employment Applications; Email to KLS and o/c with JNL re instructions to comply with Fee Committee's requests and instructions to convert all electronic versions of interim fee application documents into LEDES format (0200) | 0.20 | 85.00 | JDG |
| Avoidance Action Litigation: Review and revise numerous notice letters to additional foreign noteholder defendants (3900) | 2.20 | 550.00 | MAF |
| Avoidance Action Litigation: Revise summons and complaint package to noteholder defendant Ohio Public Employee Retirement System (3900) | 0.30 | 75.00 | MAF |

| | | | | |
|---|---|---|---|---|
| | Avoidance Action Litigation: Draft email to potential noteholder defendant Nationwide Life Insurance Company's counsel re: notice letter (3900) | 0.30 | 75.00 | MAF |
| | Avoidance Action Litigation; Review memoranda summarizing discovery for address re: Magnetar  funds (3900) | 0.20 | 59.00 | AHC |
| | Avoidance Action Litigation; review memoranda for translated complaints in French, German, Dutch and Japanese (3900) | 0.20 | 59.00 | AHC |
| | Avoidance Action Litigation: Edit notice letters to Standard Life Insurance Company and Ohio Public Retirement System for AMB signature (3900) | 0.20 | 23.00 | HK |
| | Avoidance Action Litigation: Edit subpoena transmittal letter to Ohio Public Retirement System for AMB signature (3900) | 0.10 | 11.50 | HK |
| | Avoidance Action Litigation: Edit translated notice letters to international entities for AMB signature to be sent out with copy of Amended Complaint (3900) | 2.10 | 241.50 | HK |
| Feb-29-12 | Avoidance Action Litigation: t/c w/ C.Desario claiming that DB Trust Co. Americas Trust and Sec. Services does not exist (3900) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation: email to/from AHC re: Taiwan Life and whether to dismiss or enter into tolling agreement (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation: email to L.Elbaum re: request for additional information re: distributions pursuant to subpoena seeking same (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation: email to M.Grovak re: distribution from Nationwide to JPM (3900) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation: email to/from P.Anderson re: obtaining complaint translated into Japanese (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation: email to/from Q.Lindsmith  counsel to Nationwide re: additional information re: distributions (3900) | 0.30 | 157.50 | AMB |
| | Avoidance Action Litigation: email to/from B.Olshan re: distributions made by JPM to LBI or any LBI entity (3900) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation: t/c w/ D.Crilly re: not suing Adelphia (3900) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation: review and revise letter to G. Redish re: Swiss Life (3900) | 0.30 | 157.50 | AMB |
| | Avoidance Action Litigation: review email from S. Wolowitz re: motion to amend to add Societe General (3900) | 0.10 | 52.50 | AMB |

| Description | Hours | Amount | Initials |
|---|---|---|---|
| Fee/Employment Applications; Research and review retention applications and orders and fee applications and orders of other special counsel attorneys for the Debtors in order to draft an analysis of how Wollmuth's increased range of rates is still lower than that of other special counsel attorneys for the Debtors as part of Wollmuth's submission of information requested by the Fee Committee to justify Wollmuth's increased range of rates (4600) | 2.90 | 1,232.50 | JDG |
| Fee/Employment Applications; Drafting Exhibits A through D to Wollmuth's submission of information requested by the Fee Committee to justify Wollmuth's increased range of rates re analysis of Wollmuth's increased range of rates, how such increased range is still lower than that of other special counsel attorneys for the Debtors and analysis of what amount of fees under Wollmuth's 2nd and 3rd interim fee applications are attributable to the increased rate range (4600) | 2.60 | 1,105.00 | JDG |
| Fee/Employment Applications; Multiple emails to and from KLS and o/c with JNL re converting all electronic versions of fees and expenses from Wollmuth's 2nd and 3rd interim fee applications into LEDES files as per Fee Committee counsel's requests (0200) | 0.40 | 170.00 | JDG |
| Avoidance Action Litigation: Review and revise notice letters to new noteholder defendants (3900) | 0.90 | 225.00 | MAF |
| Avoidance Action Litigation; Review responses and objections from Taiwan Life (3900) | 0.30 | 88.50 | AHC |
| Avoidance Action Litigation; review memoranda summarizing discovery re: Taiwan Life to determine whether Taiwan Life is a beneficial owner of Lakeview 2007-2 and a defendant (3900) | 0.60 | 177.00 | AHC |
| Avoidance Action Litigation; review and revise second amended schedules for complaint (3900) | 0.40 | 118.00 | AHC |
| Avoidance Action Litigation; t/c w/M. Burke, counsel for Principal Life Insurance Company re: acceptance of service of process (3900) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; review correspondence from G. Redish, counsel for Swiss Life Funds (F) Credit Euro, improperly named as Swiss Life, Ltd. (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review stipulation w/LBSF, Swiss Life (3900) | 0.40 | 118.00 | AHC |

| | | | |
|---|---|---|---|
| Avoidance Action Litigation; review document production and correspondence from Nationwide Insurance Company (3900) | 0.60 | 177.00 | AHC |
| Avoidance Action Litigation; draft response to M. Grovak, counsel for JP Morgan re: information learned from Nationwide Insurance Company (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review document production from KLIO III (3900) | 0.40 | 118.00 | AHC |
| Avoidance Action Litigation; draft memoranda summarizing document production from KLIO III (3900) | 0.40 | 118.00 | AHC |
| Avoidance Action Litigation; update memoranda to J. Brizuela of LBHI re: additional information from KLIO III (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; update memoranda of new information from potential noteholders with information from KLIO III (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review correspondence from Q. Lindsmith at Nationwide Life Insurance Company (3900) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; briefly review Nationwide Life Insurance company production in an attempt to locate information sought by Q. Lindsmith at Nationwide Life Insurance Company (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; Draft summary of information to send to Q. Lindsmith at Nationwide Life Insurance Company (3900) | 0.40 | 118.00 | AHC |
| Avoidance Action Litigation; o/c w/AMB, MAF re: Magnetar entities to be named in amended complaint (0200) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; emails to AMB re: Taiwan Life's removal as defendant (0200) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation: Revise notice letters to Magnetar Constellation Fund II, Magnetar Constellation Master Fund, Magnetar Financial and counsel (3900) | 0.30 | 34.50 | HK |
| Avoidance Action Litigation: Update Second Amended Complaint Schedule (3900) | 0.20 | 25.00 | KLS |
| | | | |
| MATTER TOTALS: | 255.70 | $98,324.00 | |

| | | | |
|---|---|---|---|
| MATTER: | 4715-005 | | |
| RE: | Bank of China Subpoenas | | |
| | | | |
| Feb-01-12 | Case Administration; O/c w/FWS re: RBS issues in responding to 2004 subpoena, strategy for same (0200) | 0.30 | 178.50 | WFD |

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| | Case Administration: Review production from RBS and t/c to and from Staci Yablon (4100) | 0.70 | 206.50 | FWS |
| Feb-06-12 | Case Administration; T/c and email to S. Yablon re: RBS production (4100) | 0.30 | 88.50 | FWS |
| Feb-08-12 | Case Administration; T/c w/S. Choe (Goldman) re: doc production and email to WFD re: same (0200) | 0.40 | 118.00 | FWS |
| | Case Administration: Draft and revise confidentiality agmt for Goldman production (4100) | 1.10 | 324.50 | FWS |
| Feb-10-12 | Case Administration: Review emails between FWS and C. Bradley of Weil re: B of A doc subpoena response and BNP Paribas request for extension of time (0700) | 0.10 | 65.00 | WAM |
| | Case Administration: Review proposed changes to confidentiality agmt from Goldman (4100) | 1.20 | 354.00 | FWS |
| Feb-15-12 | Case Administration: Review correspondence on status of production by all 4 banks for 2004 subpoena (4100) | 0.30 | 178.50 | WFD |
| | Case Administration: Review all communications with parties to produce (4100) | 1.40 | 413.00 | FWS |
| Feb-16-12 | Case Administration: T/c with S. Yablon re: production of RBS (4100) | 0.30 | 88.50 | FWS |
| Feb-20-12 | Case Administration;  Review production of documents provided by Goldman (4100) | 3.20 | 944.00 | FWS |
| Feb-21-12 | Case Administration; Review memo re: status of subpoena responses (4100) | 0.20 | 119.00 | WFD |
| | Case Administration: Review all production of documents to date from all banks (4100) | 1.20 | 354.00 | FWS |
| Feb-28-12 | Case Administration: Review RBS production and strategize secondary production (4100) | 0.60 | 177.00 | FWS |
| | **MATTER TOTALS:** | 11.30 | $3,609.00 | |

MATTER:      4715-006

RE:          GSAM

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| Feb-02-12 | Case Administration:  Review email from C. Carmack of Lehman to RRR re: recent contact from GSAM (0700) | 0.10 | 65.00 | WAM |
| Feb-07-12 | Case Administration:  Review email from C. Szfer of Stroock re: additional docs (4100) | 0.10 | 65.00 | WAM |
| Feb-10-12 | Case Administration:  Review emails between RRR and C. Szyfer of Stroock re: doc production  (4100) | 0.10 | 65.00 | WAM |
| | Case Administration:  Review RRR emails to M. Solinger of Lehman re: additional docs received from GSAM (0700) | 0.10 | 65.00 | WAM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Case Administration: Review email re: call w/ RRR and M. Solinger, J. Fox and C. Carmack of Lehman re: arranging call to discuss status and docs (0700) | 0.10 | 65.00 | WAM |
|  | Case Administration; Review recent GSAM doc production (4100) | 0.60 | 357.00 | RRR |
| Feb-15-12 | Case Administration: O/c w/RRR re: status and call w/clients today  (0200) | 0.10 | 65.00 | WAM |
|  | Case Administration: Conf w/RRR re: calculation of Loss under ISDA agmts (0200) | 0.30 | 178.50 | SCB |
|  | Case Administration: Review docs produced by Goldman Sachs re: calculation of loss on ABX trades (4100) | 0.90 | 535.50 | SCB |
|  | Case Administration; Review GSAM's objections to subpoena in detail, w/ reference to compromise areas previously discussed w/ client (4100) | 2.90 | 1,725.50 | RRR |
|  | Case Administration; Re-review relevant portion of ISDA Master and Schedules re: calculation method for Termination Payment (4100) | 0.40 | 238.00 | RRR |
|  | Case Administration; O/cs w/ SCB re: questions re: Market Quotation and loss methods in ISDA docs as applied to GSAM's valuations (0200) | 0.40 | 238.00 | RRR |
|  | Case Administration; Conf. call w/ M. Solinger, J. Fox, C. Carmack, S. Pati re: GSAM's subpoena objections, docs produced to date, strategy, next steps (0700) | 0.90 | 535.50 | RRR |
| Feb-16-12 | Case Administration:  Review email from J. Fox of Lehman re: benchmark values and GSAM information (0700) | 0.10 | 65.00 | WAM |
|  | Case Administration:  Review RRR email to J. Fox of Lehman re: communicating w/Stroock and follow-up  (0700) | 0.10 | 65.00 | WAM |
|  | Case Administration: Review J. Fox summary of GSAM dispute; review discovery docs produced by GSAM re: back up for calculation of termination payments (4100) | 1.90 | 1,130.50 | SCB |
| Feb-17-12 | Case Administration; O/c w/SCB re: his review of GSAM's resort to Loss as shown in GSAM doc production (0200) | 0.20 | 119.00 | RRR |
| Feb-21-12 | Case Administration:  Review RRR email to Szyfer re: ABX trades  (4100) | 0.10 | 65.00 | WAM |
|  | Case Administration:  Review RRR email re: call w/Szyfer re: potential meeting w/GSAM (0200) | 0.10 | 65.00 | WAM |
|  | Case Administration: Review RRR email re further "voluntary" production of docs by GSAM  (0200) | 0.10 | 65.00 | WAM |

| | | | | |
|---|---|---|---|---|
| | Case Administration; Review doc production materials re: GS Catastrophe Risk Fund (4100) | 0.30 | 178.50 | SCB |
| | Case Administration; T/c w/C. Szyfer (Strook) re: proposed client-to-client mtg to try to resolve dispute, next steps (4100) | 0.20 | 119.00 | RRR |
| | Case Administration; Draft/send detailed email to C. Szyfer (Strook) re: contracts/counterparties for focus of discussion at proposed client-to-client mtg (4100) | 0.30 | 178.50 | RRR |
| | Case Administration; Emails to M. Solinger, J. Fox, C. Carmack, team re: my t/c w/C. Szyfer re: proposed client-to-client mtg (0700) | 0.10 | 59.50 | RRR |
| Feb-27-12 | Case Administration:  Review RRR email to C. Szyfer of Stroock re: GSAM docs (0200) | 0.10 | 65.00 | WAM |
| Feb-29-12 | Case Administration:  Review RRR email re: additional docs produced by GSAM (0200) | 0.10 | 65.00 | WAM |
| | Case Administration; T/c /C. Szyfer (Strook) re: GSAM's response to proposed business-to-business mtg, next steps (4100) | 0.30 | 178.50 | RRR |
| | Case Administration; Email to M. Solinger, J. Fox re: my t/c w/C. Szyfer (Strook) re: next steps re: business-to-business mtg (0700) | 0.10 | 59.50 | RRR |
| | **MATTER TOTALS:** | 11.10 | $6,676.00 | |
| MATTER: | 4715-007 | | | |
| RE: | Katten Muchin Dispute | | | |
| Feb-01-12 | Litigation-Other than Avoidance Action Litigation: Review emails from M. Solinger of Lehman and RRR re: responses to Katten's discovery requests (0700) | 0.10 | 65.00 | WAM |
| Feb-02-12 | Litigation-Other than Avoidance Action Litigation:  Review emails from M. Solinger, J. Halperin and P. Wexelman of Lehman and RRR re: arranging call for next week on discovery, and respond to same (0700) | 0.20 | 130.00 | WAM |
| Feb-06-12 | Litigation-Other than Avoidance Action Litigation: Emails to/from RRR re: upcoming call today w/clients  (0200) | 0.10 | 65.00 | WAM |
| | Litigation-Other than Avoidance Action Litigation:  Emails to/from RRR and MAF re: rescheduling call today w/clients  (0200) | 0.10 | 65.00 | WAM |
| | Litigation-Other than Avoidance Action Litigation:  Review emails between RRR and MAF re: doc production and pertinent docs (0200) | 0.20 | 130.00 | WAM |
| | Litigation-Other than Avoidance Action Litigation:  Review pertinent docs produced by | 0.30 | 195.00 | WAM |

Pillsbury to prepare for call w/client goal (3900)

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Litigation-Other than Avoidance Action Litigation:  Review subpoenas duces tecum issued by Katten Muchin to Fidelity National Title Ins. Co. and First American Title Ins. Co. (3900) | 0.20 | 130.00 | WAM |
| | Litigation-Other than Avoidance Action Litigation:  Conf call w/M. Solinger, J. Halperin and P. Wexelman of Lehman and RRR re: status, recent developments, responses to doc requests, next steps and settlement issues (0700) | 0.60 | 390.00 | WAM |
| | Litigation-Other than Avoidance Action Litigation:  Review RRR email to M. Solinger of Lehman re: draft responses to Katten doc requests (0700) | 0.10 | 65.00 | WAM |
| | Litigation-Other than Avoidance Action Litigation; Review key docs from Pillsbury production identified by MAF (4100) | 0.20 | 119.00 | RRR |
| | Litigation-Other than Avoidance Action Litigation; Review Katten's doc requests and review, revise draft objections and responses to same (4100) | 1.70 | 1,011.50 | RRR |
| | Litigation-Other than Avoidance Action Litigation; Conf call w/M. Solinger, J. Halperin, P. Wexelman, WAM re: strategy, next steps (0700) | 0.70 | 416.50 | RRR |
| | Litigation-Other than Avoidance Action Litigation: Review docs and client contact in prep for conf call re: doc production (4100) | 1.30 | 325.00 | MAF |
| Feb-07-12 | Litigation-Other than Avoidance Action Litigation:  Review plaintiff's objections and responses to defendant's first doc requests (4100) | 0.30 | 195.00 | WAM |
| | Litigation-Other than Avoidance Action Litigation:   Review emails between RRR and M. Solinger of Lehman re: plaintiff's objections and responses to defendant's first doc requests, and collecting docs for production (0700) | 0.20 | 130.00 | WAM |
| | Litigation-Other than Avoidance Action Litigation:  Review emails between RRR and A. Linker of Katten re: plaintiff's objections and responses to defendant's first doc requests (3900) | 0.10 | 65.00 | WAM |
| | Litigation-Other than Avoidance Action Litigation; Revise objections and responses to first request for production of docs (3900) | 0.50 | 125.00 | MAF |

| Feb-08-12 | Litigation-Other than Avoidance Actions | 0.10 | 65.00 | WAM |

Litigation: Review email from P. Wexelman of
Lehman re: relevant personnel to contact
(0700)

MATTER TOTALS: 7.00 $3,687.00

Totals 285.10 $112,296.00

# EXHIBIT B

| DISBURSEMENTS | Disbursements | Receipts |
|---|---|---|

MATTER:  **4715-001**

RE:  SPV Avoidance Litigation

| | | Disbursements |
|---|---|---|
| | Federal Express Inv # | 2,225.00 |
| Dec-02-11 | Elite (Car Service) Inv. #  1483511 (AMB - Saturday,11/26/11 4:41PM) | 100.00 |
| | Elite (Car Service) Inv. #  1483511 (AMB 11/28/11 9:12PM) | 100.00 |
| | Elite (Car Service) Inv. #  1483511 (AMB 11/29/11 10:35PM) | 100.00 |
| Dec-06-11 | Charge & Ride Inv. # 930814 (VTC 11/22/11 12:39AM) | 100.00 |
| Dec-09-11 | Elite (Car Service) Inv. #  1484371 (AMB 12/02/11  8:03PM) | 100.00 |
| | Elite (Car Service) Inv. #  1484371 (AMB 12/01/11 10:17PM) | 100.00 |
| | Elite (Car Service) Inv. #  1484371 (AMB 11/30/11 11:33PM) | 100.00 |
| Dec-16-11 | Elite (Car Service) Inv. #  1485391 (AMB 12/09/11 10:07PM) | 100.00 |
| Dec-27-11 | Working Dinner s -  AMB (Sunday, 11/20/11 2:05PM) | 11.62 |
| | Working Dinner s -  AMB and AHC  (12/05/11 8:10PM) | 23.00 |
| | Working Dinner s -  AMB (12/01/11 8:17PM) | 12.75 |
| | Working Dinner s -  AMB (11/29/11 8:30PM) | 20.00 |
| | Working Dinner s -  AMB (11/22/11 8:45PM) | 10.75 |
| | Working Dinner s -  AMB (Saturday, 11/26/11 3:01PM) | 8.90 |
| | Working Dinner s -  AMB and AHC (12/07/11 8:30PM) | 30.00 |
| | Working Dinner s -  AMB and AHC (11/21/11 8:37PM) | 40.00 |
| Dec-29-11 | Working Dinner - MAF (12/19/11 9:05PM) | 15.82 |
| | Working Dinner - MAF (12/15/11 8:00PM) | 14.44 |
| | Local Travel  - MAF (12/19/11, 10:40PM) - taxi | 9.90 |

| | | |
|---|---|---:|
| | Local Travel - MAF (12/15/11, 10:58PM 59) | 6.70 |
| Dec-30-11 | Working Dinner s-  AHC and AMB (12/06/11 8:16PM) | 37.00 |
| | Working Dinner s-  AHC (11/28/11 8:10PM) | 32.00 |
| | Working Dinner s-  AHC (12/18/11 8:15PM) | 9.23 |
| | Working Dinner s-  AHC and AMB (11/30/11 9:00PM) | 18.50 |
| | Working Dinner s-  AHC (Sunday, 12/04/11 1:27PM) | 6.20 |
| Jan-27-12 | Elite (Car Service) Inv. #  1490462 (AMB - 01/19/12 8:47PM) | 100.00 |
| | Elite (Car Service) Inv. #  1490462 (AMB 01/27/12 8:21PM) | 100.00 |
| Feb-01-12 | Court Fees -  Service of Process fee | 40.00 |
| | Subpoena Fees  - Mileage fee - Subpoena Ad Testificandum - Chilian Partners, L.P. | 11.00 |
| | Witness Fees - Subpoena Ad Testificandum - Chilian Partners, L.P. | 40.00 |
| Feb-03-12 | Other professionals - Translation and Service of Process in Germany | 445.00 |
| Feb-07-12 | Demovsky Lawyer Service Inv.# 309587 | 76.60 |
| Feb-10-12 | Elite (Car Service) Inv. # 1492243 (AMB 02/7/12 8:47PM) | 100.00 |
| | Elite (Car Service) Inv. # 1492243 (AMB 02/03/12 8:08PM) | 100.00 |
| | Elite (Car Service) Inv. # 1492243 (AMB 02/01/12 10:15PM) | 100.00 |
| Feb-15-12 | Subpoena Fees  - Chilian Partners, L.P. (Mileage Fee) | 36.00 |
| | Witness Fees  - Chilian Partners, L.P. | 40.00 |
| Feb-21-12 | Charge & Ride Inv. # 932276 (VTC - 2/7/12 12:53AM) | 48.91 |
| | Demovsky Lawyer Service Inv.# 309872 | 282.45 |
| Feb-24-12 | Court Fees -  Service of Process Fee | 40.00 |
| | Court Fees - Service of Process | 40.00 |
| | Other professionals - Translation Services | 850.00 |
| | Working Dinner (HK-  2/22/12 8:30PM) | 23.22 |
| | Elite (Car Service) Inv. # 1493971 (AMB 02/21/12 8:42PM) | 100.00 |
| Feb-25-12 | Working Dinner  (AHC - 2/6/12 8:10PM) | 9.23 |
| Feb-27-12 | Subpoena Fees - Mellon Trust of New England N.A., Trustee for SBC Master Pension Trust (mileage fee) | 23.00 |
| | Witness Fees - Mellon Trust of New England N.A., Trustee for SBC Master Pension Trust | 40.00 |
| Feb-29-12 | Lexis Nexis Inv. # 1202018399 | 80.31 |
| | Demovsky Lawyer Service Inv.# 310204 | 72.96 |
| | Demovsky Lawyer Service Inv.# 31025 | 77.32 |

| | | |
|---|---|---|
| Demovsky Lawyer Service Inv.# 310300 | 267.45 | |
| Demovsky Lawyer Service Inv.# 310340 | 267.45 | |
| MATTER TOTALS: | $6,742.71 | |

**MATTER:** **4715-005**
**RE:** Bank of China Subpoenas

| | | |
|---|---|---|
| Postage Expense | 0.44 | |
| MATTER TOTALS: | $0.44 | |

**MATTER:** **4715-006**
**RE:** GSAM

| | | |
|---|---|---|
| Federal Express Inv # | 16.93 | |
| Feb-29-12   Copper  Conferencing Inv.# 648950 | 25.08 | |
| MATTER TOTALS: | $42.01 | |

**MATTER:** **4715-007**
**RE:** Katten Muchin Dispute

| | | |
|---|---|---|
| Federal Express Inv # | 19.23 | |
| Feb-29-12   Copper  Conferencing Inv.# 648950 | 56.98 | |
| MATTER TOTALS: | $76.21 | |

| | | |
|---|---|---|
| Totals | $6,861.37 | $0.00 |