**EXHIBIT G TO FOURTH INTERIM FEE APPLICATION OF
WOLLMUTH MAHER & DEUTSCH LLP FOR THE PERIOD
<u>OCTOBER 1, 2011 THROUGH MARCH 6, 2012</u>**

# Wollmuth Maher & Deutsch

500 Fifth Avenue, Suite 1200                             One Gateway Center, 9th Fl.
New York, New York 10110                                Newark, New Jersey 07102

T:  212-382-3300                                        T:  973-733-9200

F:  212-382-0050                                        F:  973-733-9292


Lehman Brothers Holdings Inc.                                    May 21, 2012
1271 Avenue of the Americas
New York, New York 10020-1300                    File #:        4715-001

                                                 Inv #:          22558


**Attention:**


**RE:**    SPV Avoidance Litigation

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|--|-------|--------|
| C04 | Case Administration | 1.00 | 330.50 |
| C07 | Fee/Employment Applications | 2.30 | 1,079.50 |
| C10 | Litigation-Other than Avoidance Action Litigation | 1.90 | 515.00 |
| C11 | Avoidance Action Litigation | 44.10 | 18,218.00 |
| | **Total** | **49.30** | **$20,143.00** |
| | **Grand Total** | **49.30** | **$20,143.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | This Invoice Hours | Amount |
|------------|----------|------|--------------------|--------|
| William A. Maher | Senior Partner | 650.00 | 0.50 | 325.00 |
| James N. Lawlor | Partner | 595.00 | 1.10 | 654.50 |
| Vince Chang | Partner | 595.00 | 0.30 | 178.50 |
| Adam M. Bialek | Junior Partner | 525.00 | 22.20 | 11,655.00 |
| John D. Giampolo | Associate | 425.00 | 1.90 | 807.50 |
| Fletcher Strong | Associate | 295.00 | 4.20 | 1,239.00 |
| Melissa A. Finkelstein | Associate | 250.00 | 4.60 | 1,150.00 |
| Alexis Castillo | Associate | 295.00 | 13.70 | 4,041.50 |
| Hetty Kim | Paralegal | 115.00 | 0.80 | 92.00 |
| **Total** | | | **49.30** | **$20,143.00** |

## DISBURSEMENT SUMMARY

Dnr        Working Dinner                                              80.00

                  Total Disbursements                          $80.00

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| MATTER: | 4715-001 | | | |
| RE: | SPV Avoidance Litigation | | | |
| Mar-01-12 | Avoidance Action Litigation: Review emails from W. Olsham of Lehman re: JPMorgan distributions (0700) | 0.10 | 65.00 | WAM |
| | Avoidance Action Litigation: O/c w/AMB re: information provided by W. Olsham of Lehman re: JPMorgan distributions, and next steps (0200) | 0.10 | 65.00 | WAM |
| | Avoidance Action Litigation: Review AMB email w/spreadsheet showing distributions to JPMorgan (3900) | 0.10 | 65.00 | WAM |
| | Fee/Employment Applications; Review narratives for fee statements to date for final fee app (4600) | 0.60 | 357.00 | JNL |
| | Avoidance Action Litigation; Emails to/from B. Olshan re: distributions made to JPM (0700) | 0.60 | 315.00 | AMB |
| | Avoidance Action Litigation; Revise motion to amend amended complaint re: edit American Pipe Tolling section (3900) | 4.20 | 2,205.00 | AMB |
| | Avoidance Action Litigation; Emails to/from T. Piekarski from the NYC Housing Dev Corp re: incorrect defendant (3900) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation; T/c w/M. Grovak re: H. Palmer's request to share JPM's info (3900) | 0.40 | 210.00 | AMB |
| | Avoidance Action Litigation; O/c w/AHC re: remainder of letters to be sent to potential noteholder defendants informing them that they may be brought into action (0200) | 1.40 | 735.00 | AMB |
| | Avoidance Action Litigation; Long t/cs w/counsel for Bear Sterns H. Palmer re: JPM involvement in litigation (3900) | 0.70 | 367.50 | AMB |
| | Avoidance Action Litigation; T/c w/Clerk from Court R. Kaye and AHC re: stipulations of dismissal (3900) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation; Prep of memo re: distributions made to JPM (3900) | 1.40 | 735.00 | AMB |
| | Fee/Employment Applications; Multiple emails to and from KLS and W. Sing re further issues with converting all electronic versions of fees and expenses from Wollmuth's 2nd and 3rd interim fee applications into LEDES files as per Fee Committee counsel's requests (0200) | 0.20 | 85.00 | JDG |
| | Fee/Employment Applications; O/c with WAM re: officers at Lehman Bros. that consented to | 0.10 | 42.50 | JDG |

| | | | |
|---|---|---|---|
| Wollmuth's increase in range of rates as per Fee Committee counsel's request for information to justify increased range of rates (0200) | | | |
| Fee/Employment Applications; Multiple emails and O/c with KLS re issues with converting Wollmuth's billing records into LEDES as per Fee Committee requests (0200) | 0.30 | 127.50 | JDG |
| Fee/Employment Applications; Multiple emails to and from JNL re: content of written submission disclosing and attaching information requested by the Fee Committee counsel to justify Wollmuth's increased range of rates (0200) | 0.40 | 170.00 | JDG |
| Fee/Employment Applications; Email to RT re: information on increase in Wollmuth's rent and other overhead for content of written submission disclosing and attaching information requested by the Fee Committee counsel to justify Wollmuth's increased range of rates (0200) | 0.10 | 42.50 | JDG |
| Fee/Employment Applications; Multiple emails to and from WAM and JNL re: conference with Martha Salinger at Lehman to provide written confirmation that Debtors consent to Wollmuth's increased range of rates as per Fee Committee counsel's request for information to justify increased range of rates (0200) | 0.20 | 85.00 | JDG |
| Avoidance Action Litigation: Review, revise and finalize numerous notice letters; revise declaration setting forth how notice letters were sent (3900) | 2.40 | 600.00 | MAF |
| Avoidance Action Litigation; O/c w/AMB re: information re: JPM and distributions to LBHI per W. Olshan at LBHI (0200) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review and revise AMB email to W. Olshan at LBHI re: JPM distributions to LBHI (3900) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; review M. Grovak, counsel for JPM, email re: follow up information (3900) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; review exhibit provided by W. Olshan at LBHI re: JPM distributions (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; o/c w/AMB re: exhibit provided by W. Olshan at LBHI re: JPM distributions (0200) | 0.10 | 29.50 | AHC |

|  | | | | |
|---|---|---|---|---|
| | Avoidance Action Litigation; long t/c w/S. Kim, counsel for the Oceanic Hedge Fund and Ethias (3900) | 0.40 | 118.00 | AHC |
| | Avoidance Action Litigation; t/cs w/H. Palmer, counsel for JP Morgan Chase Bank NA (3900) | 0.30 | 88.50 | AHC |
| | Avoidance Action Litigation; o/cs w/AMB re: securities held by JP Morgan chase Bank NA (0200) | 0.10 | 29.50 | AHC |
| | Avoidance Action Litigation;  t/c w/R. Kaye, clerk for Judge Peck's chambers re: so-ordered stipulations (3900) | 0.20 | 59.00 | AHC |
| | Avoidance Action Litigation; review emails from S. Kim memorializing conversation (3900) | 0.10 | 29.50 | AHC |
| | Avoidance Action Litigation; o/c w/AMB re: conversation with S. Kim, counsel for the Oceanic Hedge Fund and Ethias (0200) | 0.10 | 29.50 | AHC |
| | Avoidance Action Litigation; review final stipulations to Ethias and Swiss Life (3900) | 0.30 | 88.50 | AHC |
| | Avoidance Action Litigation; draft letter to R. Kaye enclosing word versions of stipulations (3900) | 0.30 | 88.50 | AHC |
| | Avoidance Action Litigation; meeting w/AMB re: notice letters to be sent to entities including Reliance Standard Life Ins. Co., Sun Life Financial, Magnetar (3900) | 0.80 | 236.00 | AHC |
| | Avoidance Action Litigation; review memoranda summarizing discovery re: Pebble Creek 2007-2 to obtain additional information re: Bear Stearns investment per request of H. Palmer, counsel for JP Morgan (3900) | 1.60 | 472.00 | AHC |
| Mar-02-12 | Avoidance Action Litigation;  Review and revise latest draft brief in support of motion to amend complaint (3900) | 0.30 | 178.50 | VTC |
| | Avoidance Action Litigation; Email to/form H.Palmer re: Pebble Creek and whether JPM owned securities (3900) | 0.30 | 157.50 | AMB |
| | Avoidance Action Litigation; Coordinate executing and filing stipulation of dismissal for Ethias (3900) | 0.30 | 157.50 | AMB |
| | Avoidance Action Litigation; Coordinate executing and filing Stipulation of Dismissal for Swiss Life (3900) | 0.40 | 210.00 | AMB |
| | Avoidance Action Litigation; Revise stone tower tolling agmt (3900) | 0.70 | 367.50 | AMB |
| | Avoidance Action Litigation; Revise stone tower stip of dismissal (3900) | 0.60 | 315.00 | AMB |
| | Avoidance Action Litigation; Revise brief in support of Motion to Amend Amended Complaint Rule 550(f) argument (3900) | 2.40 | 1,260.00 | AMB |

| | | | |
|---|---|---|---|
| Avoidance Action Litigation; Review email from S. Kim counsel for the Oceanic Hedge Fund re: claiming not a proper defendant (3900) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation; Review email from M. Grovak re: JPMorgan Securities Inc.'s no longer responding to subpoenas b/c being named a defendant (3900) | 0.20 | 105.00 | AMB |
| Avoidance Action Litigation; O/c w/MF re: service of subpoena on UBS Securities LLC (0200) | 0.30 | 157.50 | AMB |
| Avoidance Action Litigation; Email to/from J. Dorchack re: correct security that UBS AG received distributions from (3900) | 0.40 | 210.00 | AMB |
| Avoidance Action Litigation; Review email from M. Johnston re: ML's response to discovery requests seeking info re: distributions (3900) | 0.20 | 105.00 | AMB |
| Avoidance Action Litigation; Email to SCB re: attempting to learn address for Guggenheim Capital Management (0200) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation; Email to Q. Linsmith counsel for Nationwide Mutual Ins. Co. and Nationwide Life Ins. Co. re: whether proper defendants were named (3900) | 0.30 | 157.50 | AMB |
| Avoidance Action Litigation; O/c and emails w/WAM re: adding Morgan Stanley as defendant (0200) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation; Emails to/from L. Elbaum re: DTC's production of docs in further response to subpoena seeking information re: distributions (3900) | 0.20 | 105.00 | AMB |
| Fee/Employment Applications; Emails to and from JNL re: issues to discuss with M. Solinger of Lehman in order to provide information requested by the Fee Committee to justify rate range increases (0200) | 0.20 | 85.00 | JDG |
| Fee/Employment Applications; Emails to M. Santa Maria, K. Stadler and JNL re: submission of LEDES version of fee and expense detail requested by Fee Committee and forthcoming submission of information requested by the Fee Committee regarding increased range of rates (4600) | 0.20 | 85.00 | JDG |
| Avoidance Action Litigation; Research and case cite for memo re: statute of limitations under 550 section (3900) | 1.30 | 383.50 | FWS |
| Avoidance Action Litigation; Briefly review and revise memo in support of motion to amend (3900) | 0.40 | 118.00 | AHC |

| | | | | |
|---|---|---|---|---|
| | Avoidance Action Litigation; Review email from L. Elbaum, counsel for DTC (3900) | 0.10 | 29.50 | AHC |
| | Avoidance Action Litigation; o/c w/AMB re: information to be included in motion to amend (0200) | 0.10 | 29.50 | AHC |
| | Avoidance Action Litigation; review correspondence from T. Piekarski, counsel for NY Housing Development re: notice of LBSF's motion to amend (3900) | 0.10 | 29.50 | AHC |
| | Avoidance Action Litigation: Edit Exhibit B to AMB Declaration with dates of new notices sent to entities and by which carrier (3900) | 0.80 | 92.00 | HK |
| Mar-03-12 | Avoidance Action Litigation: Email to J.Brizuela re: distributions made to LBI (0700) | 0.60 | 315.00 | AMB |
| | Avoidance Action Litigation: t/c w/ J.Brizuela re: distributions made to LBI and additional parties to be named as defendants (0700) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation: t/c w/ A.Kennedy and AHC counsel for ANZ requesting that we go through official channels to obtain discovery (3900) | 0.40 | 210.00 | AMB |
| | Avoidance Action Litigation: email to M.Hart re: status of Caisses as a noteholder defendant (0700) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation: emails to/from L. Coates re: Quartz settlement doc (0700) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation: emails to/from L.Elbaum re: call to discuss DTC's supplemental production in response to subpoena seeking info re distributions (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation: emails to/from B.Snodgrass re: scheduling call to discuss response to subpoena seeking info re: distributions (3900) | 0.10 | 52.50 | AMB |
| | Avoidance Action Litigation: email to/from P.Andersen re: obtaining correct address for JA Hokkaido Shinren (3900) | 0.20 | 105.00 | AMB |
| Mar-04-12 | Avoidance Action Litigation - Review and revise motion for leave to amend complaint re: section 550 argument (3900) | 1.80 | 531.00 | FWS |
| | Avoidance Action Litigation; review and revise memo in support of motion to amend complaint (3900) | 1.30 | 383.50 | AHC |
| Mar-05-12 | Avoidance Action Litigation: Review Notice of Appearance filed by Deborah Newman on behalf of Shinhan Bank (3900) | 0.20 | 105.00 | AMB |
| | Avoidance Action Litigation: review email from H.Palmer re: requesting additional information for JPM in response to subpoena seeking info re: distributions (3900) | 0.20 | 105.00 | AMB |

| | | | |
|---|---|---|---|
| Avoidance Action Litigation: email to PK requesting comments on Motion to Amended the Amended Complaint (3900) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation: email to/from AHC re: request for definition of Pyxis Indenture for brief in support of motion to amend amended complaint (0200) | 0.10 | 52.50 | AMB |
| Avoidance Action Litigation: emails to/from J. Dorchack re: accepting service of subpoena seeking info re: distributions to UBS Securities LLC (3900) | 0.20 | 105.00 | AMB |
| Avoidance Action Litigation: email to B.Clarreman re: whether Citigroup Global Markets purchased Class B and C notes in Pyxis (3900) | 0.20 | 105.00 | AMB |
| Avoidance Action Litigation: revise brief in support of Motion to Amend Amended Complaint re: Mistake of law section (3900) | 0.60 | 315.00 | AMB |
| Avoidance Action Litigation: analyze discovery materials to determine if there are any additional defendants necessary to be added to amended complaint (3900) | 3.00 | 1,575.00 | AMB |
| Avoidance Action Litigation: Reviewed memo re. section 550 of bankruptcy code | 0.20 | 59.00 | FWS |
| Avoidance Action Litigation: Draft subpoena and accompanying documents to potential defendant UBS Securities (3900) | 0.40 | 100.00 | MAF |
| Avoidance Action Litigation; O/c w/AMB re: memo in support of motion to amend (0200) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; review various memoranda summarizing discovery in effort to obtain information needed for memo in support of motion to amend (3900) | 2.90 | 855.50 | AHC |
| Avoidance Action Litigation; review correspondence to/from AMB to J. Dorchak, counsel for UBS AG London (3900) | 0.10 | 29.50 | AHC |
| Avoidance Action Litigation; review correspondence from J. Cedrone, counsel for Sun Life Assurance Company of Canada (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; draft memoranda summarizing correspondence from J. Cedrone, counsel for Sun Life Assurance Company of Canada (3900) | 0.40 | 118.00 | AHC |
| Avoidance Action Litigation; update memoranda summarizing discovery from potential noteholders with information received from J. Cedrone, counsel for Sun Life Assurance Company of Canada (3900) | 0.30 | 88.50 | AHC |
| Avoidance Action Litigation; review document production from KLIO II Funding (3900) | 0.30 | 88.50 | AHC |

| | | | |
|---|---|---|---|
| Avoidance Action Litigation; update memoranda summarizing discovery from KLIO II Funding (3900) | 0.30 | 88.50 | AHC |
| Avoidance Action Litigation; update memoranda to J. Brizuela of LBHI with new information from KLIO II Funding (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review memoranda summarizing information re: Stone Tower (3900) | 0.30 | 88.50 | AHC |
| Avoidance Action Litigation; review Stone Tower stipulations and tolling agreements (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review second amended schedule for memo in support of motion to amend (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review Citibank document production re: Pebble Creek distributions (3900) | 0.30 | 88.50 | AHC |
| Avoidance Action Litigation; review correspondence and subpoena responses from M. Johnson, counsel for Bank of America, re: distributions to Putnam and KLIO Funding (3900) | 0.40 | 118.00 | AHC |
| Avoidance Action Litigation; review correspondence from M. Johnson, counsel for Armitage ABS CDO (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; review document production from Armitage ABS CDO and CGMI (3900) | 0.20 | 59.00 | AHC |
| Avoidance Action Litigation; draft email to W. Clareman, counsel for CGMI re: its purchase of Armitage ABS CDO Pyxis notes (3900) | 0.20 | 59.00 | AHC |
| MATTER TOTALS: | 45.70 | $18,915.00 | |

MATTER: 4715-005
RE: Bank of China Subpoenas

| | | | |
|---|---|---|---|
| Mar-02-12 | Case Administration; Emails to/from J. Kirschner (BNP) re: confi; draft and revise confi for doc production (4100) | 0.90 | 265.50 | FWS |
| | MATTER TOTALS: | 0.90 | $265.50 | |

Invoice #: 22558    Page   10     May
08-13555-mg    Doc 27994-7    Filed 05/21/12   Entered 05/21/12 18:33:27    Exhibit G
Pg 11 of 12

MATTER:     4715-006

RE:      GSAM

| | | | | |
|---|---|---|---|---|
| Mar-01-12 | Case Administration: Review emails from J. Fox and M. Solinger of Lehman re: potential meeting w/GSAM (0700) | 0.10 | 65.00 | WAM |
| | MATTER TOTALS: | 0.10 | $65.00 | |

MATTER:     4715-007

RE:      Katten Muchin Dispute

| | | | | |
|---|---|---|---|---|
| Mar-01-12 | Litigation-Other than Avoidance Action Litigation: Review email from B. Koehler of Alveraz re: doc search, and RRR response to same (3900) | 0.10 | 65.00 | WAM |
| Mar-04-12 | Litigation-Other than Avoidance Action Litigation; Review responsive docs for production to Katten; Draft confidentiality stip (3900) | 1.80 | 450.00 | MAF |
| | MATTER TOTALS: | 1.90 | $515.00 | |

MATTER:     4715-008

RE:      Deutsche Trust

| | | | | |
|---|---|---|---|---|
| Mar-05-12 | Avoidance Action Litigation: Review email from RRR re: preference complaint against Deutsche Trust and substitution of firm for M. Solinger (0200) | 0.30 | 178.50 | JNL |
| | Avoidance Action Litigation: Review preference complaint (3900) | 0.20 | 119.00 | JNL |
| | Avoidance Action Litigation; Emails to and from RRR and J. Strauss of Deutsche Bank re Wollmuth take over (from Lehman's in-house counsel) the prosecution of an avoidance action it commenced in 2010 against Deutsche Bank Trust Company Americas and who at Deutsche Bank's counsel should be contacted (0200) | 0.20 | 85.00 | JDG |
| | MATTER TOTALS: | 0.70 | $382.50 | |
| | Totals | 49.30 | $20,143.00 | |

**DISBURSEMENTS**            **Disbursements**      **Receipts**

MATTER:      **4715-001**

RE:          SPV Avoidance Litigation

Mar-02-12     Working Dinner - AMB (02/22/12 8:15PM)            20.00
             Working Dinner - AMB (02/09/12 8:30PM)            20.00
             Working Dinner - AMB  (02/07/12 8:45PM)           20.00
             Working Dinner - AMB (03/01/12 8:15PM)            20.00

             MATTER TOTALS:                                   $80.00

                                                  _____      _____
             Totals                                           $80.00           $0.00

                                                                      _____
             **Total Fees & Disbursements**                            **$20,223.00**