**EXHIBIT H TO FOURTH INTERIM FEE APPLICATION OF
WOLLMUTH MAHER & DEUTSCH LLP FOR THE PERIOD
<u>OCTOBER 1, 2011 THROUGH MARCH 6, 2012</u>**

Hearing Date: To Be Determined
Objection Date: To Be Determined

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Paul R. DeFilippo
James N. Lawlor

Special Litigation Counsel
for the Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| _____ x | |
| In re: : | Chapter 11 |
|  : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* : | |
|  : | |
| Debtors. : | |
| _____ x | |

**CERTIFICATION OF JAMES N. LAWLOR IN SUPPORT OF THE
FOURTH INTERIM FEE APPLICATION OF WOLLMUTH MAHER &
DEUTSCH LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-
POSSESSION FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2011
THROUGH MARCH 6, 2012**

I, James N. Lawlor, am a member of the firm of Wollmuth Maher & Deutsch LLP (the "Applicant"), special litigation counsel for Lehman Brothers Holdings, Inc. ("LBHI") and its affiliated debtors (collectively, the "Debtors") in the above-captioned chapter 11 cases (collectively, the "Cases") pursuant to an order of this Court. This certification is made in support of the Applicant's accompanying Fourth Interim Fee Application (the "Application") seeking (i) allowance of compensation for professional legal services rendered in the aggregate amount of $550,376.25, (ii) allowance of reimbursement for actual and necessary

expenses incurred in the aggregate amount of $44,558.74, and (iii) payment of the Holdback (as defined in the Application) currently withheld from such compensation and expenses incurred as special litigation counsel to the Debtors for the period commencing October 1, 2011 through and including March 6, 2012, pursuant to sections 330 and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, the Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals dated April 14, 2011 [Docket No. 15997] (as amended from time to time, the "Compensation Order"), the order entered by the Court on April 14, 2011 approving a revised fee protocol [Docket No. 15998], the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases (the "Amended Guidelines"), the guidelines promulgated by United States Trustee's Office ("UST Guidelines") for applications for compensation and reimbursement of expenses filed under 11 U.S.C. §§ 330, and the latest written instructions from the fee committee currently appointed in the Cases (the "Fee Committee").

I certify that I have read the Application and that, to the best of my knowledge, information and belief formed after reasonable inquiry, (a) the Application and the fees and disbursements sought therein comply or substantially comply with the foregoing rules, the Compensation Order, the Amended Guidelines and the UST Guidelines, and requirements of the Fee Committee, (b) the fees and disbursements sought in the Application are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients, and (c) in providing a reimbursable service, the

2

Applicant does not make a profit on the service, whether the service is performed by the Applicant in-house or through a third party.

Dated:   May 21, 2012
         New York, New York

                                      Respectfully submitted,

                                      By: */s/ James N. Lawlor*
                                      William A. Maher
                                      Paul R DeFilippo
                                      James N. Lawlor
                                      WOLLMUTH MAHER & DEUTSCH LLP
                                      500 Fifth Avenue
                                      New York, New York 10110
                                      Telephone: (212) 382-3300
                                      Facsimile: (212) 382-0050

                                      Special Counsel for the
                                      Debtors and Debtors-in-Possession