UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x
                                       :   Chapter 11
In re:                                 :
                                       :   Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.* :
                                       :
                          Debtors.     :
_____ x


**ORDER APPROVING THE FOURTH INTERIM FEE APPLICATION OF WOLLMUTH MAHER & DEUTSCH LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2011 THROUGH MARCH 6, 2012**

Upon the Fourth Interim Fee Application (the "Application")[1] of Wollmuth Maher & Deutsch LLP (the "Firm"), special litigation counsel for Lehman Brothers Holdings, Inc., and its affiliated debtors in the above-captioned chapter 11 cases (collectively, the "Debtors"), seeking (i) allowance of compensation for professional legal services rendered in the aggregate amount of $550,376.25, (ii) allowance of reimbursement for actual and necessary expenses incurred in the aggregate amount of $44,558.74, and (iii) payment of the Holdback currently withheld from such compensation and expenses for the Interim Fee Period commencing October 1, 2011 through and including March 6, 2012, pursuant to sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Bankruptcy Rules, Rule 2016-1 of the Local Rules, the order entered by the Court on April 14, 2011 approving a revised fee protocol [Docket No. 15998] (the "Fee Committee Order"), the Compensation Order, and the latest written instructions received from the Fee Committee; and due and proper notice and service of the Application having been given;

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Application.

and due consideration having been given to any responses thereto; and any objections to the Application having been withdrawn, resolved or overruled on the merits; and sufficient cause having been shown therefor;

IT IS, on this _____ day of _____, 2012,

**ORDERED** that:

1. The Application is granted and approved in all respects and to the extent set forth herein and in Schedule "A(1)" and Schedule "A(2)" hereto.

2. The Firm is authorized to apply all amounts paid to it on account of the Firm's Monthly Statements against the amounts allowed and approved herein for the Interim Fee Period pursuant to the Fee Committee Order and the Compensation Order.

3. In accordance with the foregoing, the Debtors and/or the Plan Administrator (as defined in the Plan) are authorized and directed to pay to the Firm the Holdback in the aggregate amount of $407,324.66 less any amounts received by the Firm on account of same prior to entry of this Order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

5. No further or additional notice of the Application is required.

Dated: _____ __, 2012
New York, New York

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

**Case No.: 08-13555**
**Case Name: Lehman Brothers Holdings Inc., et al.**

**CURRENT INTERIM FEE PERIOD: <u>OCTOBER 1, 2011 TO MARCH 6, 2012</u>**

| APPLICANT | DATE/DOC. NO. OF INTERIM FEE APPLICATION | INTERIM FEES REQUESTED | INTERIM FEES ALLOWED | FEES TO BE PAID FOR CURRENT INTERIM FEE PERIOD | EXPENSES REQUESTED | INTERIM EXPENSES ALLOWED | EXPENSES TO BE PAID FOR CURRENT INTERIM FEE PERIOD |
|---|---|---|---|---|---|---|---|
| Wollmuth Maher & Deutsch LLP | 5/21/2012/ [Doc.__] | $550,376.25 | $550,376.25 | $384,550.65 | $44,558.74 | $44,558.74 | $22,774.01 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

SCHEDULE A(1)    DATE: _____    INITIALS: _____ USBJ

**Case No.: 08-13555**
**Case Name: Lehman Brothers Holdings Inc., et al.**

## SUMMARY: ALL INTERIM FEE PERIODS THROUGH MARCH 6, 2012
## (INCLUDING THIS PERIOD)

| APPLICANT | DATE/DOC. NO. OF INTERIM FEE APPLICATION AND INTERIM FEE PERIOD | TOTAL FEES REQUESTED | TOTAL FEES PAID (including amounts to be paid pursuant to this Order) | TOTAL EXPENSES REQUESTED | TOTAL EXPENSES PAID (including amounts to be paid pursuant to this Order) |
|---|---|---|---|---|---|
| Wollmuth Maher & Deutsch LLP | 6/2/2011/ [Doc.17346] Interim Fee Period: 10/1/2010 - 1/31/2011* | $918,389.25 | $884,925.25 | $34,270.94 | $31,109.16 |
| Wollmuth Maher & Deutsch LLP | 2/24/2012/ [Doc.25770] Interim Fee Period: 2/1/2011 - 5/31/2011± | $346,056.50 | $346,056.50 | $18,251.67 | $18,251.67 |
| Wollmuth Maher & Deutsch LLP | 2/24/2012/ [Doc.25775] Interim Fee Period: 6/1/2011 - 9/30/2011± | $351,027.00 | $351,027.00 | $11,121.42 | $11,121.42 |
| Wollmuth Maher & Deutsch LLP | 5/21/2012/ [Doc. __] Interim Fee Period: 10/1/2011 - 3/6/2012 | $550,376.25 | $550,376.25 | $44,558.74 | $44,558.74 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

*See* Order Signed on 11/28/2011 Granting Applications for the Allowance of Interim Compensation for the Seventh Interim Period (October 1, 2010 through January 31, 2011) for Professional Services Performed and Reimbursement of Actual and Necessary Expenses Incurred and Other Relief [Doc. 22775].

± Subject to (a) the Second Interim Fee Application of Wollmuth Maher & Deutsch LLP for the Interim Fee Period: 2/1/2011 - 5/31/2011, and (b) the Third Interim Fee Application of Wollmuth Maher & Deutsch LLP for the Interim Fee Period: 6/1/2011 - 9/30/2011.

SCHEDULE A(2)                         DATE: _____                    INITIALS: _____ USBJ