WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
J. Christopher Shore (JCS – 6031)

*Attorneys for DnB NOR Bank ASA*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** : | Case No. 08-13555 (JMP) |
| : | |
| Debtors. : | Jointly Administered |

---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

      PLEASE TAKE NOTICE that DnB NOR Bank ASA ("Claimant"), by and through its undersigned counsel, hereby withdraws Proof of Claim number 68041. For the avoidance of doubt, Claimant is not withdrawing Proof of Claim number 27276 (the "Allowed Claim"), which has been allowed pursuant to the Stipulation, Agreement and Order (I) Dismissing DnB NOR Bank ASA's Appeal of the Bankruptcy Court's Order Denying Its Motion for Allowance and Payment of Administrative Expense Claim and Allowance of Setoff of Such Claims and (II) Granting Other Related Relief, dated March 22, 2010 [Docket No. 7694]. Nothing herein is intended to affect, modify or withdraw the Allowed Claim.

Dated: New York, New York
      May 21, 2012

                                              WHITE & CASE LLP

                                              By: /s/ J. Christopher Shore
                                                   J. Christopher Shore (JCS – 6031)

                                             1155 Avenue of the Americas
                                             New York, New York 10036-2787
                                             Telephone: (212) 819-8200
                                             Facsimile: (212) 354-8113

                                             *Attorneys for DNB NOR Bank ASA*

NEWYORK 8510196 (2K)