# EXHIBIT A

## Summary of Time and Expenses

2009-2012 ALL MATTERS
SUMMARY OF INVOICES BY PROFESSIONAL

| PROFESSIONAL NAME | Title | ADMISSION | 2009 Hours | 2010 Hours | 2011 Hours | 2012 Hours | 2009 Rate | 2010 Rate | 2011 Rate | 2012 Rate | 2009 Fees | 2010 Fees | 2011 Fees | 2012 Fees | Discount Fee | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABUGOW, ERIN P. | Paralegal | | | | 0.40 | | | | 140.00 | | | | 56.00 | | (5.60) | 50.40 |
| AGUILAR, DENISE | Paralegal | | | | 0.60 | | | | 145.00 | | | | 78.30 | | | 78.30 |
| ASCHERIN, PRESTON K. | Associate | 12/07/08 | | | 5.00 | 0.30 | | | 250.00 | 250.00 | | | 1,250.00 | 75.00 | (132.50) | 1,192.50 |
| BALSER, JUSTIN D. | Shareholder | 06/01/02 | 14.25 | 2.40 | 155.60 | 2.80 | 350.00 | 370.00 | 370.00 | 370.00 | 4,956.00 | 866.00 | 57,572.00 | 1,036.00 | (6,449.38) | 57,980.62 |
| BANKS, BRANDON W. | Associate | 09/30/02 | | | 130.10 | | | | 375.00 | | | | 39,030.00 | | (3,903.00) | 35,127.00 |
| BARNES, MATTHEW A. | Paralegal | | | | 23.30 | 14.80 | | | 205.00 | 205.00 | | | 4,660.00 | 2,379.82 | | 7,039.82 |
| BERWIN, VICTOR R. | Shareholder | 10/04/04 | | | 1.20 | | | | 405.00 | | | | 486.00 | | (48.60) | 437.40 |
| BOHANAN, SANDRA | Paralegal | | | | 1.10 | 0.80 | | | 175.00 | 175.00 | | | 159.50 | 116.00 | (27.55) | 247.95 |
| BOHM, STACY BERCUN | Shareholder | 10/06/94 | | 1.20 | 68.80 | | | 465.00 | 465.00 | | | 534.00 | 30,616.00 | | | 31,150.00 |
| BOMBULIE, JAMES A. | Associate | 09/18/06 | | | 1.60 | | | | 325.00 | | | | 520.00 | | (52.00) | 468.00 |
| BOOCK, TODD A. | Shareholder | 05/07/96 | | | 10.30 | | | | 450.00 | | | | 4,635.00 | | (463.50) | 4,171.50 |
| BUNDICK, JACOB D. | Shareholder | 05/02/06 | | | 18.80 | 7.30 | | | 400.00 | 400.00 | | | 7,520.00 | 2,920.00 | (1,044.00) | 9,396.00 |
| CAPPLIS, LARA S. | Paralegal | | 0.60 | | | | 170.00 | | | | 87.00 | | | | (8.70) | 78.30 |
| CHUNG, CHARLENE | Paralegal | | | | | 2.40 | | | | 135.00 | | | | 324.00 | (32.40) | 291.60 |
| COLBY, ELIZABETH R. | Paralegal | | | 28.10 | | 0.50 | | 175.00 | | 175.00 | | 4,647.50 | | 87.50 | (473.50) | 4,261.50 |
| COSTA, KEITH N. | Shareholder | 06/01/85 | | | | 1.40 | | | | 445.00 | | | | | | 1,086.30 |
| CROWLEY, THOMAS S. | Shareholder | 06/01/01 | | | 1.70 | | | | 710.00 | | | | | | (120.70) | |
| | | | | | | | | | 425.00 | | | 1,207.00 | 10,748.50 | 5,267.34 | | 16,015.84 |
| DOMRES, TONI M. | Paralegal | | | | 10.10 | | | | 140.00 | | | | 1,414.00 | | (141.40) | 1,272.60 |
| ELLIOTT, KRISTINE L. | Paralegal | | 17.90 | 3.10 | 189.20 | 17.20 | 135.00 | 140.00 | 140.00 | 140.00 | 2,416.50 | 434.00 | 26,488.00 | 2,408.00 | (3,185.71) | 28,560.79 |
| ERB, DIANA S. | Associate | 10/16/07 | | | 0.60 | | | | 265.00 | | | | 159.00 | | (15.90) | 143.10 |
| FALCONE III, VINCENT | Associate | 10/08/08 | | | 0.20 | | | | 300.00 | | | | 57.00 | | (5.70) | 51.30 |
| FOWLIE, LINDA K. | Librarian | | | | 0.70 | | | | 140.00 | | | | 98.00 | | (5.60) | 92.40 |
| FUDIM, ELISSA P. | Associate | 06/01/07 | 3.10 | | 22.03 | | 310.00 | | 360.00 | | 961.00 | | 7,600.35 | | (839.04) | 7,722.31 |
| GARCIA, KELLY J. | Shareholder | 06/01/04 | 49.70 | | 602.50 | 97.30 | 425.00 | | 400.00 | 370.50 | 19,306.50 | | 224,829.16 | 35,797.69 | (25,827.30) | 234,799.55 |
| GERLACH, PENNY R. | Paralegal | | | | 48.30 | | | | | | | | 10,367.50 | | (1,036.75) | 9,330.75 |
| GIDDINGS, KATHERINE E. | Shareholder | 06/01/92 | 1.90 | 6.90 | 0.80 | | 490.00 | 515.00 | 515.00 | | 883.50 | 3,441.00 | 412.00 | | (473.65) | 4,262.85 |
| GILMORE, JEFFREY G. | Shareholder | 05/27/82 | | | 4.40 | | | | 505.00 | | | | 2,181.00 | | (218.10) | 1,962.90 |
| HANCOCK, DAVID A. | Paralegal | | | | 19.00 | | | | 185.00 | | | | 3,515.00 | | (351.50) | 3,163.50 |
| HARTLEY, ANDREA | Shareholder | 10/05/90 | | | 40.50 | 131.40 | | | 545.00 | 545.00 | | | 1,744.00 | 55,535.50 | (174.40) | 57,105.10 |
| HAWTHORNE, DAVID M. | Of Counsel | 06/01/91 | | | 0.20 | | | | 330.00 | | | | 66.00 | | (6.60) | 59.40 |
| HAYAT, IMRAN | Shareholder | 03/06/03 | | | 40.40 | 1.70 | | | 380.00 | 380.00 | | | 15,352.00 | 646.00 | (1,599.98) | 14,398.02 |
| HEKKANEN, JUSTIN E. | Shareholder | | 26.90 | 12.40 | 2.70 | 0.50 | 325.00 | 340.00 | 340.00 | 340.00 | 8,042.00 | 4,162.00 | 918.00 | 170.00 | (1,329.20) | 11,962.80 |
| HELLER, WILLIAM P. | Shareholder | 10/08/93 | | | | | | | | | | | | | (1,930.65) | 17,375.85 |
| HERSH, ELAN S. | Lit Analyst | | | | 3.00 | | | 130.00 | | | | | 390.00 | | (39.00) | 351.00 |
| HORNER, DOUGLAS | Paralegal | | | | 0.20 | | | 170.00 | | | | | 29.00 | | (2.90) | 26.10 |
| HOWELL, KATHRYN | Paralegal | | 20.90 | | | | 165.00 | | | | 3,448.50 | | | | (344.85) | 3,103.65 |
| KOGAN, HOWARD | Paralegal | | 4.14 | | 12.03 | | 235.00 | | 255.00 | | 752.00 | | 2,950.05 | | (400.42) | 3,301.63 |
| LEIFER, BRYAN M. | Associate | 12/01/09 | | 8.80 | 34.30 | | | 240.00 | 240.00 | | 2,024.00 | 8,232.00 | | | (1,025.60) | 9,230.40 |
| LINDVALL, JILL N. | Paralegal | | | | 1.10 | | | | 185.00 | | | | 203.50 | | (20.35) | 183.15 |
| LINNEY, COURTNEY | Paralegal | | | | 3.80 | 1.70 | | | 115.00 | 115.00 | | | 437.00 | 193.20 | (60.95) | 569.25 |
| MANGIARDI, ANNE M. | Associate | 06/01/07 | | | 29.80 | 2.10 | | | 295.00 | 295.00 | | | 8,791.00 | 619.50 | (941.05) | 8,469.45 |
| MCDONALD, AMY G. | Paralegal | | 0.20 | | | | 165.00 | | | | 33.00 | | | | (3.30) | 29.70 |
| MCEVOY, SUSAN | Librarian | | | | 0.30 | | | | 95.00 | | | | 28.50 | | (2.85) | 25.65 |
| MCLAUGHLIN, THERESA M. | Shareholder | 10/21/86 | | | 17.30 | | | | 430.00 | | | | 7,439.00 | | | 7,439.00 |
| MENA, MICHAEL O. | Associate | 06/01/05 | 5.60 | | | | 310.00 | | | | 1,512.00 | | | | (151.20) | 1,360.80 |
| MILLER, JAMES M. | Shareholder | 10/23/75 | 0.30 | | | | 580.00 | | | | 157.50 | | | | (15.75) | 141.75 |
| MOTES, BARTHOLOMEW M. | Associate | 03/23/09 | | | 3.70 | | | | 230.00 | | | | 851.00 | | (85.10) | 765.90 |
| NASH, KERRI | Paralegal | | | | 4.10 | 1.10 | | | 165.00 | 165.00 | | | 634.50 | 163.35 | (63.45) | 734.40 |
| NELSON, TARA J. | Associate | 03/21/11 | | | | 0.30 | | | | 230.00 | | | | 53.11 | | 53.11 |
| OLIVER, WENDY C. | Librarian | | 0.60 | | | | 95.00 | | | | 57.00 | | | | (5.70) | 51.30 |
| OLSON, ALEXANDRA D. | Librarian | | | | 0.30 | | | | 85.00 | | | | 25.50 | | (2.55) | 22.95 |

2009-2012 ALL MATTERS
SUMMARY OF INVOICES BY PROFESSIONAL

| PROFESSIONAL NAME | Title | ADMISSION | 2009 Hours | 2010 Hours | 2011 Hours | 2012 Hours | 2009 Rate | 2010 Rate | 2011 Rate | 2012 Rate | 2009 Fees | 2010 Fees | 2011 Fees | 2012 Fees | Discount Fee | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PASS, KIMBERLEY J. | Paralegal | | 0.70 | | | | 160.00 | | | | 103.00 | | | | (10.30) | 92.70 |
| PLOTKIN, MARK A. | Librarian | | | | 0.50 | | | | 95.00 | | | | 47.50 | | (4.75) | 42.75 |
| RABADAN, ALICIA | Paralegal | | | | | 0.50 | | | | 125.00 | | | | 48.11 | | 48.11 |
| RUBIN, JENNIFER L. | Associate | | 56.41 | 3.90 | 181.30 | | 330.00 | 345.00 | 345.00 | | 18,410.70 | 1,170.00 | 54,795.00 | | (7,106.29) | 67,269.41 |
| SCHELL, KATHERINE | Paralegal | | | | 8.30 | | | | 120.00 | | | | 996.00 | | (99.60) | 896.40 |
| SCHELLHASE, MARK D. | Associate | 09/25/08 | 0.30 | | | | 205.00 | | | | 61.50 | | | | (6.15) | 55.35 |
| SCHWARTZ, KATHLYN M. | Associate | 02/01/09 | | | 3.00 | | | | 325.00 | | | | 975.00 | | (97.50) | 877.50 |
| SCOTTEN, DONALD M. | Of Counsel | 12/01/97 | | | 15.60 | | | | 395.00 | | | | 6,162.00 | | (616.20) | 5,545.80 |
| SHEVORSKI, STEVEN G. | Associate | 12/19/02 | | | 8.20 | | | | 380.00 | | | | 3,116.00 | | (311.60) | 2,804.40 |
| SHURE, JEREMY A. | Associate | | 1.00 | | | | 395.00 | | | | 300.00 | | | | (30.00) | 270.00 |
| SMITH, JORDAN M. | Associate | | | | 12.90 | 8.10 | | | 345.00 | 345.00 | | | 4,450.50 | 2,780.70 | (710.70) | 6,520.50 |
| SPEASE, DIANE | Paralegal | | | | 14.30 | | | | 155.00 | | | | 2,077.50 | | (207.75) | 1,869.75 |
| STALLINGS, LARRY | Librarian | | | | 2.40 | 0.20 | | | 95.00 | 95.00 | | | 228.00 | 19.00 | (24.70) | 222.30 |
| STERN, ARIEL E. | Shareholder | 10/11/02 | | | 0.80 | 3.80 | | | 475.00 | 475.00 | | | 380.00 | 1,719.00 | (133.00) | 1,966.00 |
| STREIBLE, ELIZABETH | Paralegal | | 0.40 | | 14.30 | | 90.00 | | 95.00 | | 36.00 | | 1,353.50 | | (138.95) | 1,250.55 |
| TRINZ, JEFFREY A. | Shareholder | | | | 1.60 | | | | 450.00 | | | | 720.00 | | (72.00) | 648.00 |
| VASSELLO, LISA | Paralegal | | 16.20 | | | | 160.00 | | | | 2,187.00 | | | | (218.70) | 1,968.30 |
| WALLACE, NANCY M. | Shareholder | 06/01/95 | 24.10 | 2.60 | | | 420.00 | 440.00 | | | 9,640.00 | 1,102.00 | | | (1,074.20) | 9,667.80 |
| WALSH, PATRICK J. | Associate | 07/01/01 | 132.40 | | | | 375.00 | | | | 46,657.00 | | | | (4,665.70) | 41,991.30 |
| WARNER, STACY | Secretary | | | | 1.10 | | | | 165.00 | | | | 181.50 | | (18.15) | 163.35 |
| WESOLOWSKI, MACIEJ P. | Paralegal | | | 0.70 | | | | 140.00 | | | | 98.00 | | | | 98.00 |
| WHITE, LYNNE M. | Shareholder | 10/19/84 | 24.80 | | | | 425.00 | | | | 10,044.00 | | | | (1,004.40) | 9,039.60 |
| Grand Total | | | 402.40 | 70.10 | 1,774.36 | 296.20 | | | | | 132,075.70 | 25,893.50 | 549,793.86 | 112,358.82 | (69,618.57) | $ 750,503.31 |

| | Hours |
|---|---|
| | 402.4 |
| | 70.1 |
| | 1774.36 |
| | 296.2 |
| | 2543.06 |

**LEHMAN BROTHERS HOLDINGS, INC.**
**2009 THRU 2012**

| TASK CODE | DESCRIPTION | HOURS |
|---|---|---|
| 4000 | Non-Bankruptcy Litigation | 2,233.06 |
| 4600 | Firm's Own Billing/Fee Applications | 58.00 |
| 2300 | Real Estate | 167.50 |
| 4700 | Firm's Own Retention Issues | 47.30 |
| 4200 | Appeals | 37.20 |
|  |  | **2,543.06** TOTAL |

**2009 THRU 2012**
**SUMMARY OF DISBURSEMENTS BY TASK CODE**

| TASK CODE | DESCRIPTION | | |
|---|---|---|---|
| E101 | Copying | $ | 8,840.96 |
| E102 | Outside Printing | $ | - |
| E105 | Telephone | $ | 172.05 |
| E106 | Online Research | $ | - |
| E107 | Delivery Services/messengers | $ | 2,609.33 |
| E110 | Out-of-town travel | $ | 10,058.06 |
| E112 | Court Fees | $ | 20,887.76 |
| E113 | Supoena Fees | $ | - |
| E114 | Witness Fees | $ | - |
| E115 | Deposition transcripts | $ | - |
| E116 | Trial transcript | $ | - |
| E117 | Trial Exhibits | $ | - |
| E118 | Litigation support vendors | $ | 1,350.00 |
| E119 | Experts | $ | - |
|  |  | **$** | **43,918.16** TOTAL |

| Matter ID | Matter Description | Status |
|---|---|---|
| 163227 | TROPICAL VILLAGE, INC. | OP |
| 211590 | MANHATTAN MORTGAGE | OP |
| 211891 | SOUTHEAST FUNDING ALLIANCE | OP |
| 214163 | GABLES MARQUIS CONSTRUCTION CLEAN-UP | OP |
| 218858 | PROJECT HARVEST | OP |
| 221777 | EPIX FUNDING GROUP, INC. | OP |
| 221778 | SOUTH TRUST FUNDING INC., AKA LAPE ENTERPRISES, | OP |
| 221779 | BANK OF ENGLAND MORTGAGE COMPANY | OP |
| 221780 | PINE STATE MORTGAGE CORPORATION | OP |
| 221786 | APPROVED FUNDING CORP. | OP |
| 221791 | PARAGON MORTGAGE BANKERS | OP |
| 221792 | COAST MORTGAGE CORPORATION | OP |
| 221794 | ASSURED LENDING CORPORATION | OP |
| 223867 | RESIDENTIAL LOAN CENTERS OF AMERICA | OP |
| 225102 | ANB FINANCIAL NA (PROJECT HARVEST) | OP |
| 225239 | BONDCORP REALTY SERVICES INC. | OP |
| 225240 | CALIFORNIA FINANCIAL GROUP | OP |
| 225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | OP |
| 225248 | FIRST RESIDENTIAL MORTGAGE SERVICES (PROJECT HARVEST) | OP |
| 225254 | K H FINANCIAL LP (PROJECT HARVEST) | OP |
| 225255 | KEY FINANCIAL CORPORATION (PROJECT HARVEST) | OP |
| 225260 | MORTGAGE PARTNERS INC. (PROJECT HARVEST) | OP |
| 225261 | PEOPLES HOME EQUITY INC. (PROJECT HARVEST) | OP |
| 225262 | PRADO MORTGAGE INC. (PROJECT HARVEST) | OP |
| 225264 | TOWER MORTGAGE INC. | OP |
| 225266 | U.S. MORTGAGE CORP. (PROJECT HARVEST) | OP |
| 227046 | LEHMAN BROTHERS HOLDINGS INC. | OP |
| 237158 | JERSEY MORTGAGE (PROJECT HARVEST) | OP |
| 237444 | WSG HOLLYWOOD | OP |
| 237769 | 1ST ADVANTAGE MORTGAGE | OP |
| 242444 | ALFONSO DIAZ | OP |
| 242661 | IMORTGAGE.COM | OP |
| 243662 | PRUDENCE WALTZ | OP |
| 244629 | AMERICAN FEDERAL MORTGAGE | OP |
| 245159 | LOUIS C. HOOK, JR. (LOAN 1550489494) | OP |
| 245270 | FOUAD SAOUD | OP |
| 248042 | RMS & ASSOCIATES | OP |
| 248048 | HAMILTON MORTGAGE | OP |
| 248049 | UNIVERSAL AMERICAN MORTGAGE | OP |
| 248833 | NFM, INC. | OP |
| 249006 | ROGER W. & NEIRA I. BLOAT | OP |
| 249648 | AARON P. & ALISA R. BROOKS | OP |
| 250596 | ANNIE MORGAN | OP |
| 251317 | SCOTT M. CLARK (CO)-AURORA MATTER | OP |
| 254643 | BRADFORD MORTGAGE COMPANY, N/K/A TRS 1 INC. | OP |
| 258346 | THOMAS L. RAIF | OP |
| 261172 | BANKRUPTCY | OP |