# EXHIBIT B

## Time and Expenses
## for
## January 1, 2012 through
## March 6, 2012

# January 2012



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677780 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **TROPICAL VILLAGE, INC. LOAN # 0016288268**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number:  **0163227**

---

## INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 252.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (25.20) |
| TOTAL SERVICES | $ 226.80 |
| DISBURSEMENTS | $ 99.49 |
| **TOTAL THIS INVOICE** | **$ 326.29** |

---

*To ensure proper credit to the above account, please indicate matter no. 0163227
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677780 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**

Matter Name:   **TROPICAL VILLAGE, INC. LOAN # 0016288268**

Claim No.: **XXXXX**

**Task Code 4000**

Matter Number:  **0163227**

---

## INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 252.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (25.20) |
| TOTAL SERVICES | $ 226.80 |
| DISBURSEMENTS | $ 99.49 |
| **TOTAL THIS INVOICE** | **$ 326.29** |

*To ensure proper credit to the above account, please indicate matter no. 0163227*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
*Akerman Senterfitt Operating Account*
*c/o SunTrust Bank, Atlanta, GA*
*ABA Number: 061000104*
*Account Number: 0215-252207533*
*Reference your invoice number and matter number*
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

054539   LEHMAN BROTHERS HOLDINGS, INC.                        As of          31-Jan-12
0163227   TROPICAL VILLAGE, INC. LOAN # 0016288268             Bill Number     8677780

Task Code:   4000      Non-Bankruptcy Litigation

| Date | | | | |
|---|---|---|---|---|
| 01/04/12 | Analyze public records database for case activity regarding SunTrust v. Robert Smith. | S. BOHANAN | 0.20 | 29.00 |
| 01/10/12 | Analyze Public Records Database for case activity. | S. BOHANAN | 0.20 | 29.00 |
| 01/10/12 | Conduct communication with foreclosure counsel regarding dismissing Lehman Brothers from foreclosure with prejudice. | J. E. HEKKANEN | 0.10 | 34.00 |
| 01/18/12 | Conduct communications with foreclosure counsel regarding dismissal with prejudice in R. Smith action. | J. E. HEKKANEN | 0.20 | 68.00 |
| 01/18/12 | Analyze Public Records Database for case activity regarding SunTrust v. Robert Smith. | S. BOHANAN | 0.20 | 29.00 |
| 01/25/12 | Analyze Public Records Database for case activity. | S. BOHANAN | 0.20 | 29.00 |
| 01/31/12 | Conduct communication with foreclosure counsel regarding dismissal of Lehman Brothers from R. Smith lawsuit. | J. E. HEKKANEN | 0.10 | 34.00 |
| | Subtotal for Code 4000 | | 1.20 | 252.00 |

Services ................................................................................................$252.00

LESS AGREED UPON 10% FEE DISCOUNT ....................................................(25.20)

         Total Fees for Services Rendered   . . . . . . . . . . . . . . . . . . . . . . . . .      $226.80

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 01/13/12 | FEDERAL EXPRESS Airbill: 797914269310 per 4416 Invoice No: 775666339 Ship Dt: 01/05/12 | 7.39 |
| | Total for FEDERAL EXPRESS | 7.39 |

Akerman Senterfitt                                                      Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | 31-Jan-12 |
| 0163227 | TROPICAL VILLAGE, INC. LOAN # 0016288268 | Bill Number | 8677780 |

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 01/17/12 | DELIVERY SERVICE - THUNDERBIRD EXPRESS, INC. Courier services from A/S Orl to Osceola Cnty Recording on 1/6/12 | 73.60 |
| | Total for DELIVERY SERVICE | 73.60 |
| 01/26/12 | RECORDING FEES - ELIZABETH EDWARDS - PETTY CASH: Fee to have document - Release of Real Property from Lien of Judgment - recorded in Osceola County on 1/6/12 for the Jax office. WH-1709 | 18.50 |
| | Total for RECORDING FEES | 18.50 |

**Total Disbursements** ............................................................................$99.49

Akerman Senterfitt                                                             Page 5

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of          31-Jan-12
0163227    TROPICAL VILLAGE, INC. LOAN # 0016288268         Bill Number     8677780

| Initials | Name | Hours | Amount |
|---|---|---|---|
| JEH | J. E. HEKKANEN | 0.40 | 136.00 |
| S B | S. BOHANAN | 0.80 | 116.00 |
| | Total | 1.20 | $252.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677781 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **SOUTHEAST FUNDING ALLIANCE**

Claim
No.: **XXXXX**
**Task Code**
**4000**

Matter Number:  **0211891**

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 185.25 |
| LESS AGREED UPON 10% FEE DISCOUNT | (18.53) |
| TOTAL SERVICES | $ 166.72 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 166.72** |

*To ensure proper credit to the above account, please indicate matter no. 0211891*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677781 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **SOUTHEAST FUNDING ALLIANCE**                          Claim No.: **XXXXX**
                                                                        **Task Code 4000**

Matter Number:   **0211891**

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 185.25 |
| LESS AGREED UPON 10% FEE DISCOUNT | (18.53) |
| TOTAL SERVICES | $ 166.72 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 166.72** |

*To ensure proper credit to the above account, please indicate matter no. 0211891*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                          Page 3

054539   LEHMAN BROTHERS HOLDINGS, INC.              As of          31-Jan-12
0211891   SOUTHEAST FUNDING ALLIANCE                 Bill Number     8677781

Task Code:   4000       Non-Bankruptcy Litigation

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 01/13/12 | Review order re trial exhibits requiring submission of acknowledgment, contact courtroom deputy re same | K. J. GARCIA | 0.20 | 74.10 |
| 01/17/12 | Receive packet from clerk with trial exhibits; complete required acknowledgement form and submit same for filing | K. J. GARCIA | 0.10 | 37.05 |
| 01/19/12 | Address handling of original exhibits from trial, returned by clerk | K. J. GARCIA | 0.20 | 74.10 |
| | Subtotal for Code 4000 | | 0.50 | 185.25 |

Services ............................................................................. $185.25

LESS AGREED UPON 10% FEE DISCOUNT ................................................. (18.53)

Total Fees for Services Rendered   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $166.72

Akerman Senterfitt                                                      Page 4

054539   LEHMAN BROTHERS HOLDINGS, INC.                    As of          31-Jan-12
0211891  SOUTHEAST FUNDING ALLIANCE                        Bill Number    8677781

| Initials | Name | Hours | Amount |
|---|---|---|---|
| KJG | K. J. GARCIA | 0.50 | 185.25 |
| | Total | 0.50 | $185.25 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date      14-Mar-12
Invoice No.       8677829

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **PROJECT HARVEST**

Claim
No.: **XXXXX**
**Task Code**
**4600**

Matter Number:  **0218858**

---

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 566.75 |
| LESS AGREED UPON 10% FEE DISCOUNT | (56.67) |
| TOTAL SERVICES | $ 510.08 |
| DISBURSEMENTS | $ 7.83 |
| **TOTAL THIS INVOICE** | **$ 517.91** |

---

*To ensure proper credit to the above account, please indicate matter no. 0218858*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677829 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **PROJECT HARVEST**                                    Claim No.: **XXXXX**
                                                                        **Task Code 4600**

Matter Number:  **0218858**

---

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 566.75 |
| LESS AGREED UPON 10% FEE DISCOUNT | (56.67) |
| TOTAL SERVICES | $ 510.08 |
| DISBURSEMENTS | $ 7.83 |
| **TOTAL THIS INVOICE** | **$ 517.91** |

---

*To ensure proper credit to the above account, please indicate matter no. 0218858
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                        Page 3

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of           31-Jan-12
0218858   PROJECT HARVEST                                   Bill Number      8677829

Task Code:   4600

| Date | Description | Timekeeper | Hours | Value |
|------|-------------|------------|-------|-------|
| 01/12/12 | Prepare correspondence to C. Arthur re fee committee. | A.S. HARTLEY | 0.10 | 54.50 |
| 01/13/12 | Review correspondence from C. Arthur re instructions for submission of invoices; prepare response. | A.S. HARTLEY | 0.20 | 109.00 |
| 01/17/12 | Telephone conference re fee guidelines. | A.S. HARTLEY | 0.40 | 218.00 |
| 01/17/12 | Electronic communications and telephone conference re Bankruptcy Court's orders and procedures for preparing fee application as special counsel | K. J. GARCIA | 0.40 | 148.20 |
| 01/30/12 | Communicate re needs for preparing fee application and January invoice | K. J. GARCIA | 0.10 | 37.05 |
|  | Subtotal for Code 4600 |  | 1.20 | 566.75 |

Services ....................................................................................................... $566.75

LESS AGREED UPON 10% FEE DISCOUNT ........................................................ (56.67)

        Total Fees for Services Rendered   . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $510.08

| **Date** | **Disbursements** | **Value** |
|------|-------------------|-------|
| 01/27/12 | FEDERAL EXPRESS Airbill: 412141142912 per 2546 Invoice No: 777250656 Ship Dt: 01/18/12 | 7.83 |
|  | Total for FEDERAL EXPRESS | 7.83 |

**Total Disbursements** .................................................................................... **$7.83**

Akerman Senterfitt                                                          Page 4

054539    LEHMAN BROTHERS HOLDINGS, INC.              As of          31-Jan-12
0218858   PROJECT HARVEST                             Bill Number     8677829

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| ASH | A.S. HARTLEY | 0.70 | 381.50 |
| KJG | K. J. GARCIA | 0.50 | 185.25 |
|  | Total | 1.20 | $566.75 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677783 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **APPROVED FUNDING CORP.**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number:  **0221786**

---

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 3,665.30 |
| LESS AGREED UPON 10% FEE DISCOUNT | (366.53) |
| TOTAL SERVICES | $ 3,298.77 |
| DISBURSEMENTS | $ 43.35 |
| **TOTAL THIS INVOICE** | **$ 3,342.12** |

---

*To ensure proper credit to the above account, please indicate matter no. 0221786
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date        14-Mar-12
Invoice No.         8677783

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **APPROVED FUNDING CORP.**                    Claim No.: **XXXXX**
                                                            **Task Code 4000**

Matter Number:  **0221786**

---

## INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 3,665.30 |
| LESS AGREED UPON 10% FEE DISCOUNT | (366.53) |
| TOTAL SERVICES | $ 3,298.77 |
| DISBURSEMENTS | $ 43.35 |
| **TOTAL THIS INVOICE** | **$ 3,342.12** |

---

*To ensure proper credit to the above account, please indicate matter no. 0221786*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                              Page 3

054539   LEHMAN BROTHERS HOLDINGS, INC.                    As of          31-Jan-12
0221786   APPROVED FUNDING CORP.                            Bill Number     8677783


Task Code:   4000        Non-Bankruptcy Litigation

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/04/12 | Analyze documentation to determine loan history (.3); prepare summary and provide to client for confirmation/clarification re same (.3) | K. J. GARCIA | 0.60 | 222.30 |
| 01/04/12 | Review communication from client providing answers/clarification to my questions on loan history and second loan, also discussion re document inquired about during deposition | K. J. GARCIA | 0.20 | 74.10 |
| 01/11/12 | Review deposition transcript; draft letter to John Baker and mail transcript to him to review and sign. | J. M. SMITH | 0.70 | 241.50 |
| 01/14/12 | Review J.Baker deposition transcript for determining need for errata; prepare notes for use/citation in motion for summary judgment | K. J. GARCIA | 2.30 | 852.15 |
| 01/14/12 | Communication to client re deposition response | K. J. GARCIA | 0.20 | 74.10 |
| 01/14/12 | Begin working on NY Rule 19-a statement of facts for summary judgment, brief analysis of New York requirements re claims for attorneys fees | K. J. GARCIA | 2.30 | 852.15 |
| 01/15/12 | Respond to questions about NY motion to amend process, whether motion is necessary. | J. M. SMITH | 0.20 | 69.00 |
| 01/16/12 | Review New York case and statutory law on amending pleadings | J. M. SMITH | 1.40 | 483.00 |
| 01/16/12 | Further analysis re pleading requirements for attorneys fees claims and whether to move forward with summary judgment | K. J. GARCIA | 0.60 | 222.30 |
| 01/18/12 | Review inquiry from client re deposition, respond to same | K. J. GARCIA | 0.10 | 37.05 |
| 01/20/12 | Verify accuracy re: summary for counsel's use preparing response to opposing counsel's discovery request. | K. L. ELLIOTT | 0.40 | 56.00 |
| 01/20/12 | Review correspondence and inquiry from defense counsel along with supplemental | K. J. GARCIA | 0.20 | 74.10 |

Akerman Senterfitt                                                                   Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 31-Jan-12 |
| 0221786 | APPROVED FUNDING CORP. | | Bill Number | 8677783 |

| | document production | | | |
|---|---|---|---|---|
| 01/20/12 | Analyze supplemental documents received from defendant, review/analyze WLT and loan file to confirm date sold to RLT-2008 | K. J. GARCIA | 0.30 | 111.15 |
| 01/20/12 | Communications with client re Aurora FSB short sale documents submitted by defendant, confirm ownership history | K. J. GARCIA | 0.20 | 74.10 |
| 01/20/12 | Prepare responsive correspondence to defense counsel | K. J. GARCIA | 0.30 | 111.15 |
| 01/23/12 | Analyze possibility of filing joint motion under NY state court procedure | K. J. GARCIA | 0.30 | 111.15 |
| | Subtotal for Code 4000 | | 10.30 | 3,665.30 |

Services ................................................................................................ $3,665.30

LESS AGREED UPON 10% FEE DISCOUNT .................................................................... (366.53)

Total Fees for Services Rendered   . . . . . . . . . . . . . . . . . . . . . . . . . .   $3,298.77

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| | Total for POSTAGE | | 11.15 |
| 01/11/12 | DUPLICATING | 24.00 | |
| 01/11/12 | DUPLICATING | 0.20 | |
| | Total for DUPLICATING | | 24.20 |
| 01/20/12 | DELIVERY SERVICE - UNITED LAWYERS SERVICE, INC. ; Court runs for the New York office on 11/3/11 to Supreme Court - New York.  SAL-306 | 8.00 | |
| | Total for DELIVERY SERVICE | | 8.00 |

**Total Disbursements** ................................................................................ **$43.35**

Akerman Senterfitt                                                        Page 5

054539    LEHMAN BROTHERS HOLDINGS, INC.                As of           31-Jan-12
  0221786   APPROVED FUNDING CORP.                      Bill Number      8677783

| Initials | Name | Hours | Amount |
|---|---|---|---|
| JMS | J. M. SMITH | 2.30 | 793.50 |
| KJG | K. J. GARCIA | 7.60 | 2,815.80 |
| KLE | K. L. ELLIOTT | 0.40 | 56.00 |
| | Total | 10.30 | $3,665.30 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677784 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **ANB FINANCIAL NA (PROJECT HARVEST)**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number: **0225102**

## INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 540.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (54.00) |
| TOTAL SERVICES | $ 486.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 486.00** |

*To ensure proper credit to the above account, please indicate matter no. 0225102
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677784 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **ANB FINANCIAL NA (PROJECT HARVEST)**         Claim No.: **XXXXX**
                                                              **Task Code 4000**

Matter Number:   **0225102**

---

## INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 540.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (54.00) |
| TOTAL SERVICES | $ 486.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 486.00** |

*To ensure proper credit to the above account, please indicate matter no. 0225102*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                              Page 3

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of              31-Jan-12
0225102   ANB FINANCIAL NA (PROJECT HARVEST)                Bill Number        8677784


Task Code:    4000       Non-Bankruptcy Litigation


| 01/23/12 | Revise answer, defenses, affirmative defenses to counterclaim - RESPA, breach of contract, fraudulent inducement, TILA, unjust enrichment, Hoepa violation, FCRA violation, usury accounting | J. A. TRINZ | 1.20 | 540.00 |

Subtotal for Code 4000                                       1.20            540.00

Services.............................................................................................$540.00

LESS AGREED UPON 10% FEE DISCOUNT ...........................................................(54.00)

Total Fees for Services Rendered    . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $486.00

Akerman Senterfitt                                                      Page 4

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of           31-Jan-12
  0225102    ANB FINANCIAL NA (PROJECT HARVEST)              Bill Number     8677784

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| JAT | J. A. TRINZ | 1.20 | 540.00 |
| | Total | 1.20 | $540.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677785 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST)**

Claim
No.: **XXXXX**
**Task Code 4000**

Matter Number:   **0225239**

---

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 2,486.80 |
| LESS AGREED UPON 10% FEE DISCOUNT | (248.68) |
| TOTAL SERVICES | $ 2,238.12 |
| DISBURSEMENTS | $ 146.30 |
| **TOTAL THIS INVOICE** | **$ 2,384.42** |

---

*To ensure proper credit to the above account, please indicate matter no. 0225239*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677785 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST)**          Claim No.: **XXXXX**
                                                                                              **Task Code 4000**
Matter Number: **0225239**

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---:|
| SERVICES | $ 2,486.80 |
| LESS AGREED UPON 10% FEE DISCOUNT | (248.68) |
| TOTAL SERVICES | $ 2,238.12 |
| DISBURSEMENTS | $ 146.30 |
| **TOTAL THIS INVOICE** | **$ 2,384.42** |

*To ensure proper credit to the above account, please indicate matter no. 0225239
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                        Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 31-Jan-12 |
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | | Bill Number | 8677785 |

Task Code:   4000        Non-Bankruptcy Litigation

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|-----------|-------|--------|
| 01/03/12 | Review communication from J. Baker re assignment of Munoz indemnification, review communication from H. Gray re same; respond to same | K. J. GARCIA | 0.20 | 74.10 |
| 01/03/12 | Review communication from client with assignment on Munoz indemnification; responsive communication to client re same | K. J. GARCIA | 0.20 | 74.10 |
| 01/04/12 | Review email from defense counsel with settlement proposal;  quick response to same requesting they identify which of the 6 notes proposed for transfer | K. J. GARCIA | 0.20 | 74.10 |
| 01/04/12 | Electronic communication to J. Baker providing settlement proposal from defendant, advise I have inquired which notes to be included in deal | K. J. GARCIA | 0.10 | 37.05 |
| 01/04/12 | Review correspondence from J. Baker listing additional details and documentation needed from defense counsel before meaningful consideration of proposal can take place | K. J. GARCIA | 0.10 | 37.05 |
| 01/04/12 | Correspondence to defense counsel identifying additional details and documents needed so that LBHI can properly consider their settlement proposal | K. J. GARCIA | 0.10 | 37.05 |
| 01/04/12 | Communication to client re additional communications with defense counsel and advise re no summary judgment filed by defendant | K. J. GARCIA | 0.10 | 37.05 |
| 01/10/12 | Electronic communication to defense counsel reminding re our outstanding request for additional information | K. J. GARCIA | 0.10 | 37.05 |
| 01/10/12 | Review order setting hearing for 2/13/12 and confer re same | K. J. GARCIA | 0.10 | 37.05 |
| 01/13/12 | Correspond with defense counsel concerning partial motion for summary judgment | J. D. BALSER | 0.10 | 37.00 |

Akerman Senterfitt                                                        Page 4

054539    LEHMAN BROTHERS HOLDINGS, INC.                 As of          31-Jan-12
0225239   BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST)    Bill Number    8677785

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 01/17/12 | Prepare and provide electronic version of statement of facts to defense counsel per their request; electronic communication to defense counsel re same and reminding re our pending questions re their settlement proposal | K. J. GARCIA | 0.20 | 74.10 |
| 01/23/12 | Review email response from defense counsel, promising to provide further information as requested in near future | K. J. GARCIA | 0.10 | 37.05 |
| 01/23/12 | Review file and past communications with defense counsel and docket re dispositive motion briefing; electronic correspondence to defense counsel, reiterating questions, inquire re defendant's intentions re settlement, emphasize settlement less palatable if parties must go through with preparing for summary judgment hearing | K. J. GARCIA | 0.30 | 111.15 |
| 01/24/12 | Review communication from defense counsel, review attachment provided by defense counsel with information pertaining to notes potentially to be included in settlement | K. J. GARCIA | 0.20 | 74.10 |
| 01/24/12 | Communication to client providing information on notes from defendant, discuss same | K. J. GARCIA | 0.20 | 74.10 |
| 01/24/12 | Review communication from client re information provided by defendant and status of summary judgment | K. J. GARCIA | 0.10 | 37.05 |
| 01/29/12 | Review communication from defense counsel, respond to same again providing list of details/information we require on the notes in order to determine whether settlement proposal feasible | K. J. GARCIA | 0.30 | 111.15 |
| 01/31/12 | Research, analyze federal rules of civil procedure, local rules, judicial standing order re: defendant's deadline to oppose plaintiff's motion for partial summary judgment. Prepare, forward summary to counsel re: the same. | K. L. ELLIOTT | 0.80 | 112.00 |
| 01/31/12 | Consider response strategy to Bondcorp's | J. D. BALSER | 0.30 | 111.00 |

Akerman Senterfitt                                                      Page 5

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 31-Jan-12 |
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | | Bill Number | 8677785 |

| | late filing of opposition to motion for summary judgment | | | |
|---|---|---|---|---|
| 01/31/12 | Review local rules and judge's prior scheduling order and online procedures regarding timing for response briefs, confirm no allowance provided for defendant's late response filed today | K. J. GARCIA | 0.40 | 148.20 |
| 01/31/12 | Prepare communication to court re intention to file ex parte motion to strike late-filed response | K. J. GARCIA | 0.20 | 74.10 |
| 01/31/12 | Initial review of defendant's response brief, response/statement of genuine issues of fact, declaration of Bond, declaration of Chavos, declaration of Chow, exhibits attached to declarations | K. J. GARCIA | 1.60 | 592.80 |
| 01/31/12 | Prepare and transmit to client brief summary of defendant's response, main arguments, issue of being untimely | K. J. GARCIA | 0.40 | 148.20 |
| 01/31/12 | Several communications with client and M. Spohn re defendant's arguments, prior orders addressing various assertions, strategy for proceeding | K. J. GARCIA | 0.40 | 148.20 |
| 01/31/12 | Assess issues raised by defendant's failure to timely file opposition to motion for summary judgment, confer with Court re same and develop strategy for ex parte and notice to Court | I. HAYAT | 0.40 | 152.00 |
| | Subtotal for Code 4000 | | 7.20 | 2,486.80 |

Services ........................................................................................................$2,486.80

LESS AGREED UPON 10% FEE DISCOUNT ...................................................(248.68)

Total Fees for Services Rendered   . . . . . . . . . . . . . . . . . . . . . . . . . . .   $2,238.12

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 01/27/12 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; Services on 11/17/11, caller S. Jimenez. Bondcorp.  AD-3110 | 121.30 |

Akerman Senterfitt                                                    Page 6

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of          31-Jan-12
0225239   BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST)  Bill Number     8677785


01/27/12   COURT SERVICES - FIRST LEGAL NETWORK, LLC ;      25.00
           Services on 12/2/11, caller S. Jimenez. Bondcorp.  AD-3110

Total for DELIVERY SERVICE                                                  146.30

**Total Disbursements** ................................................................................................ **$146.30**

Akerman Senterfitt                                                      Page 7

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of          31-Jan-12
  0225239    BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST)   Bill Number   8677785

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| I H | I. HAYAT | 0.40 | 152.00 |
| JDB | J. D. BALSER | 0.40 | 148.00 |
| KJG | K. J. GARCIA | 5.60 | 2,074.80 |
| KLE | K. L. ELLIOTT | 0.80 | 112.00 |
| | Total | 7.20 | $2,486.80 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

|                | |
|----------------|-----------|
| Invoice Date   | 14-Mar-12 |
| Invoice No.    | 8677786   |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **DIRECT MORTGAGE CORPORATION (PROJECT
HARVEST)**

**Claim
No.: XXXXX
Task Code
4000**

Matter Number:  **0225242**

## INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---:|
| SERVICES | $ 1,241.45 |
| LESS AGREED UPON 10% FEE DISCOUNT | (124.14) |
| TOTAL SERVICES | $ 1,117.31 |
| DISBURSEMENTS | $ 506.90 |
| **TOTAL THIS INVOICE** | **$ 1,624.21** |

*To ensure proper credit to the above account, please indicate matter no. 0225242
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | 14-Mar-12 |
|---|---|
| Invoice No. | 8677786 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **DIRECT MORTGAGE CORPORATION**
              **(PROJECT HARVEST)**
Matter Number:  **0225242**

Claim No.: **XXXXX**
**Task Code 4000**

## INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,241.45 |
| LESS AGREED UPON 10% FEE DISCOUNT | (124.14) |
| TOTAL SERVICES | $ 1,117.31 |
| DISBURSEMENTS | $ 506.90 |
| **TOTAL THIS INVOICE** | **$ 1,624.21** |

*To ensure proper credit to the above account, please indicate matter no. 0225242*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                    Page 3

054539    LEHMAN BROTHERS HOLDINGS, INC.                          As of              31-Jan-12
0225242    DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)          Bill Number        8677786

Task Code:    4000        Non-Bankruptcy Litigation

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/10/12 | Communicate re upcoming hearing on summary judgment | K. J. GARCIA | 0.10 | 37.05 |
| 01/14/12 | Review Falce declaration and analyze benefits to taking his deposition as proposed by defense counsel. | K. J. GARCIA | 0.30 | 111.15 |
| 01/14/12 | Assess past settlement positions, review communications with defense counsel re same including our request for documents. | K. J. GARCIA | 0.30 | 111.15 |
| 01/14/12 | Prepare report to client with assessment and recommendation regarding SJ hearing and trial due to court's sua sponte postponement of hearing. | K. J. GARCIA | 0.50 | 185.25 |
| 01/18/12 | Electronic communication from defense counsel A. Winn re trial conflict, need to move hearing; review second communication from defense counsel P. Stein re same; review pretrial and trial deadlines, respond to defense counsel with tentative agreement provided we request similar extension of pretrial and trial deadlines | K. J. GARCIA | 0.30 | 111.15 |
| 01/18/12 | Review communication from defense counsel re preparation of stipulation, respond to same, review further response. | K. J. GARCIA | 0.20 | 74.10 |
| 01/18/12 | Review proposed stipulation and order from defense counsel; revise proposed stipulation; responsive communication to defense counsel re same. | K. J. GARCIA | 0.30 | 111.15 |
| 01/19/12 | Work on issues concerning extension of trial and summary judgment dates | J. D. BALSER | 0.30 | 111.00 |
| 01/19/12 | Review revised stipulation from defense counsel, revise proposed order for consistency, respond to defense counsel providing revision and approving for filing | K. J. GARCIA | 0.30 | 111.15 |
| 01/24/12 | Update litigation calendar re: continue motion for summary judgment hearing, | K. L. ELLIOTT | 0.40 | 56.00 |

Akerman Senterfitt                                                         Page 4

054539    LEHMAN BROTHERS HOLDINGS, INC.              As of         31-Jan-12
0225242   DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)   Bill Number   8677786

|            | trial and related deadlines. | | | |
|------------|------------------------------|----|----|----|
| 01/24/12 | Review order modifying hearing date, continuing trial and pretrial deadlines consistent with defendant's motion | K. J. GARCIA | 0.20 | 74.10 |
| 01/29/12 | Review email inquiry from client and respond to same, confirm we still need to discuss and decide the supplemental deposition issue | K. J. GARCIA | 0.20 | 74.10 |
| 01/31/12 | Communication from J. Baker re loans at issue; respond to same, provide past communications re the five loans at issue | K. J. GARCIA | 0.20 | 74.10 |

Subtotal for Code 4000                    3.60        1,241.45

Services..............................................................................$1,241.45

LESS AGREED UPON 10% FEE DISCOUNT ...........................................(124.14)

Total Fees for Services Rendered    . . . . . . . . . . . . . . . . . . . . . . .    $1,117.31

| **Date** | **Disbursements** | **Value** |
|----------|-------------------|-----------|
| 01/17/12 | TELEPHONE 1-303-333-9810 Denver - CO (USA) | 4.20 | |
| 01/18/12 | TELEPHONE 1-303-640-2510 Denver - CO (USA) | 2.00 | |
| 01/19/12 | TELEPHONE 1-303-483-5976 Denver - CO (USA) | 1.60 | |
| Total for TELEPHONE | | | 7.80 |
| 01/27/12 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; Services on 11/17/11, caller S. Jimenez. Direct.  AD-3110 | 460.60 | |
| 01/27/12 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; Services on 11/22/11, caller S. Jimenez. Direct.  AD-3110 | 38.50 | |
| Total for DELIVERY SERVICE | | | 499.10 |

**Total Disbursements** .............................................................................**$506.90**

Akerman Senterfitt                                                                Page 5

054539     LEHMAN BROTHERS HOLDINGS, INC.                    As of          31-Jan-12
  0225242   DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)     Bill Number    8677786

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| JDB | J. D. BALSER | 0.30 | 111.00 |
| KJG | K. J. GARCIA | 2.90 | 1,074.45 |
| KLE | K. L. ELLIOTT | 0.40 | 56.00 |
| | Total | 3.60 | $1,241.45 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677787 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **FIRST RESIDENTIAL MORTGAGE SERVICES CORP.
(PROJECT HARVEST)**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number: **0225248**

## INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 273.65 |
| LESS AGREED UPON 10% FEE DISCOUNT | (27.37) |
| TOTAL SERVICES | $ 246.28 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 246.28** |

*To ensure proper credit to the above account, please indicate matter no. 0225248
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677787 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **FIRST RESIDENTIAL MORTGAGE SERVICES**
**CORP. (PROJECT HARVEST)**
Matter Number: **0225248**

Claim No.: **XXXXX**
**Task Code 4000**

## INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 273.65 |
| LESS AGREED UPON 10% FEE DISCOUNT | (27.37) |
| TOTAL SERVICES | $ 246.28 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 246.28** |

*To ensure proper credit to the above account, please indicate matter no. 0225248
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | 31-Jan-12 |
| 0225248 | FIRST RESIDENTIAL MORTGAGE SERVICES CORP. (PROJECT HARVEST) | Bill Number | 8677787 |

Task Code:   4000   Non-Bankruptcy Litigation

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/04/12 | Prepare and transmit correspondence to defense counsel with demand for payment, confirm same to client. | K. J. GARCIA | 0.30 | 111.15 |
| 01/09/12 | Email correspondence with M. Willis re: response to demand letter and occupation of the premises; telephone call with L. Corvo re: demand letter. | J. A. BOMBULIE | 0.50 | 162.50 |
| | Subtotal for Code 4000 | | 0.80 | 273.65 |

Services.................................................................................................................$273.65

LESS AGREED UPON 10% FEE DISCOUNT ...............................................................(27.37)

Total Fees for Services Rendered    . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $246.28

Akerman Senterfitt                                                          Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | 31-Jan-12 |
| 0225248 | FIRST RESIDENTIAL MORTGAGE SERVICES CORP. (PROJECT HARVEST) | Bill Number | 8677787 |

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| JAB | J. A. BOMBULIE | 0.50 | 162.50 |
| KJG | K. J. GARCIA | 0.30 | 111.15 |
| | Total | 0.80 | $273.65 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 17-Feb-12 |
| Invoice No. | 8678007 |

LEHMAN BROTHERS HOLDINGS, INC.
ATTN: JAMES POMERANZ
1271 AVENUE OF THE AMERICAS
39 FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **WSG HOLLYWOOD**
Matter Number:  **0237444**

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 7,714.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 7,714.50** |

*To ensure proper credit to the above account, please indicate matter no. 0237444
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 17-Feb-12 |
| Invoice No. | 8678007 |

LEHMAN BROTHERS HOLDINGS, INC.
ATTN: JAMES POMERANZ
1271 AVENUE OF THE AMERICAS
39 FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **WSG HOLLYWOOD**
Matter Number:  **0237444**

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 7,714.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 7,714.50** |

*To ensure proper credit to the above account, please indicate matter no. 0237444
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

Page 3

| 030662 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 31-Jan-12 |
| 0237444 | WSG HOLLYWOOD | | Bill Number | 8678007 |

Task Code:   2300      Real Estate Matters

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 11/22/11 | Email summary of permit status. | M. A. BARNES | 0.10 | 20.00 |
| 11/22/11 | Verify permit status on telephone with city building department staff. | M. A. BARNES | 0.10 | 20.00 |
| 11/22/11 | Research charter school permit status online | M. A. BARNES | 0.20 | 40.00 |
| 12/13/11 | Review prior extension request pursuant to SB 1752 | M. A. BARNES | 0.40 | 80.00 |
| 12/13/11 | Confer with M. Czervionke and R. Brusco re development order extensions available for the Young Circle project; review SB 1752 letter and 2011 development order amendments. | T. S. CROWLEY | 1.80 | 747.00 |
| 12/13/11 | Review prior extension request pursuant to SB 1752; telephone call with city planning staff RE procedure for HB 7207 extension requests; review city code RE expiration dates of various kinds of approvals; review copies of previously approved ordinances and resolutions regarding expiration dates. | M. A. BARNES | 0.20 | 40.00 |
| 12/13/11 | Prepare summary re approvals. | M. A. BARNES | 0.20 | 40.00 |
| 12/13/11 | Review copies of previously approved ordinances and resolutions regarding expiration dates. | M. A. BARNES | 0.40 | 80.00 |
| 12/13/11 | Review city code RE expiration dates of various kinds of approvals. | M. A. BARNES | 0.30 | 60.00 |
| 12/13/11 | Telephone call with city planning staff RE procedure for HB 7207 extension requests. | M. A. BARNES | 0.30 | 60.00 |
| 12/14/11 | Review resolutions and ordinances. | M. A. BARNES | 0.30 | 60.00 |
| 12/15/11 | Draft letter for extension of permits pursuant to HB 7207. | M. A. BARNES | 0.30 | 60.00 |
| 12/15/11 | Prepare exhibits for letter for extension of permits. | M. A. BARNES | 2.20 | 440.00 |
| 12/16/11 | Email revisions to client. | M. A. BARNES | 0.20 | 40.00 |

Akerman Senterfitt

Page 4

| 030662 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 31-Jan-12 |
| 0237444 | WSG HOLLYWOOD | | Bill Number | 8678007 |

| | | | | |
|---|---|---|---|---|
| 12/16/11 | Revise extension dates and extension request letter based on new guidelines from State. | M. A. BARNES | 0.30 | 60.00 |
| 12/19/11 | Review development orders RE providing parking for charter school in Bread Building. | M. A. BARNES | 0.50 | 100.00 |
| 12/19/11 | Confer re parking issues related to Charter School and Bread building. | T. S. CROWLEY | 0.40 | 166.00 |
| 12/21/11 | Confer with M. Czervionke re extension of development order deadlines. | T. S. CROWLEY | 1.10 | 456.50 |
| 12/22/11 | Revise extension letter to delete complicated references to emergency extension legislation. | T. S. CROWLEY | 1.50 | 622.50 |
| 12/22/11 | Address issue re legislation. | T. S. CROWLEY | 0.30 | 124.50 |
| 12/23/11 | Confer with M. Czervionke re revised extension letter and timing for submission of same. | T. S. CROWLEY | 0.70 | 290.50 |
| 12/27/11 | Confer with C. Czervionke re development order extensions and submitting final version to the City; confer with R. Brusco re same. | T. S. CROWLEY | 1.10 | 456.50 |
| 12/27/11 | Finalize extension letter and exhibits to send to city attorney. | M. A. BARNES | 0.50 | 100.00 |
| 12/27/11 | Prepare materials for extension requests and submit letters. | A. RABADAN | 0.50 | 62.50 |
| 01/30/12 | Analyze parking issues. | M. A. BARNES | 0.50 | 100.00 |
| 01/30/12 | Review PUD and site plan resolutions regarding parking requirements/obligations. | M. A. BARNES | 0.70 | 140.00 |
| 01/31/12 | Address questions re status of entitlements, parking obligations, playground obligations; review borrower's certificate and attachments and draft response. | T. S. CROWLEY | 0.50 | 207.50 |
| 01/31/12 | Review borrower's certificate and attachments and draft response. | T. S. CROWLEY | 2.40 | 996.00 |
| 01/31/12 | Review playground lease documents | M. A. BARNES | 0.90 | 180.00 |

Akerman Senterfitt                                                    Page 5

030662   LEHMAN BROTHERS HOLDINGS, INC.                As of          31-Jan-12
0237444   WSG HOLLYWOOD                                Bill Number     8678007

| 01/31/12 | Search Broward County public records for documents recorded by Red Apple. | M. A. BARNES | 0.70 | 140.00 |
|---|---|---|---|---|
| 01/31/12 | Summarize parking provisions of all documents. | M. A. BARNES | 1.20 | 240.00 |
| 01/31/12 | Review PUD and site plan documents. | M. A. BARNES | 0.40 | 80.00 |
| 01/31/12 | Review development agreement and amendments. | M. A. BARNES | 0.90 | 180.00 |
| 01/31/12 | Review purchase and sale agreement and amendments. | M. A. BARNES | 0.80 | 160.00 |
| 01/31/12 | Research Florida Statutes re: notice. | T. J. NELSON | 0.30 | 69.00 |
| 01/31/12 | Review questions posed by M. Czervionke re status of entitlements, parking obligations, playground obligations | T. S. CROWLEY | 2.40 | 996.00 |

|  | Subtotal for Code 2300 | 25.60 | 7,714.50 |
|---|---|---|---|
|  | Total Fees for Services Rendered ............................. | | $7,714.50 |

Akerman Senterfitt                                                                    Page 6

030662    LEHMAN BROTHERS HOLDINGS, INC.                      As of              31-Jan-12
  0237444   WSG HOLLYWOOD                                     Bill Number        8678007

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| A B | A. RABADAN | 0.50 | 125.00 | 62.50 |
| MAB | M. A. BARNES | 12.60 | 200.00 | 2,520.00 |
| TJN | T. J. NELSON | 0.30 | 230.00 | 69.00 |
| TSC | T. S. CROWLEY | 12.20 | 415.00 | 5,063.00 |
| | Total | 25.60 | | $7,714.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     14-Mar-12
Invoice No.       8677788

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **1ST ADVANTAGE MORTGAGE**

Claim
No.: **XXXXX**
**Task Code**
**4000**

Matter Number:     **0237769**

---

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 74.10 |
| LESS AGREED UPON 10% FEE DISCOUNT | (7.41) |
| TOTAL SERVICES | $ 66.69 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 66.69** |

---

*To ensure proper credit to the above account, please indicate matter no. 0237769
and return remittance sheet with payment in US funds.
Wired funds accepted:
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|  |  |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677788 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **1ST ADVANTAGE MORTGAGE**                    Claim No.: XXXXX
                                                             **Task Code 4000**

Matter Number:   **0237769**

## INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 74.10 | |
| LESS AGREED UPON 10% FEE DISCOUNT | (7.41) | |
| TOTAL SERVICES | $ 66.69 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | **$ 66.69** | |

*To ensure proper credit to the above account, please indicate matter no. 0237769*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                  Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | 31-Jan-12 |
| 0237769 | 1ST ADVANTAGE MORTGAGE | Bill Number | 8677788 |

Task Code:   4000

| 01/30/12 | Communication from client, defendant's payment not received; respond to same, provide contact information; review communications with defense counsel confirming payment [additional .1 for additional communications with client and Reilly Pozner not billed as courtesy/admin] | K. J. GARCIA | 0.20 | 74.10 |
| | Subtotal for Code 4000 | | 0.20 | 74.10 |

Services ................................................................................................................ $74.10

LESS AGREED UPON 10% FEE DISCOUNT ...............................................................(7.41)

Total Fees for Services Rendered    . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $66.69

Akerman Senterfitt                                                                    Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.                    As of              31-Jan-12
0237769    1ST ADVANTAGE MORTGAGE                             Bill Number        8677788

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| KJG | K. J. GARCIA | 0.20 | 74.10 |
| | Total | 0.20 | $74.10 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677789 |

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **ALFONSO DIAZ**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number:    **0242444**

---

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,531.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (153.15) |
| TOTAL SERVICES | $ 1,378.35 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 1,378.35** |

---

*To ensure proper credit to the above account, please indicate matter no. 0242444
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677789 |

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**

Matter Name:    **ALFONSO DIAZ**                    Claim No.: **XXXXX**

**Task Code 4000**

Matter Number:  **0242444**

---

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,531.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (153.15) |
| TOTAL SERVICES | $ 1,378.35 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 1,378.35** |

---

*To ensure proper credit to the above account, please indicate matter no. 0242444*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                      Page 3

054539     LEHMAN BROTHERS HOLDINGS, INC.                    As of              31-Jan-12
0242444    ALFONSO DIAZ                                      Bill Number          8677789


Task Code:   4000

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/10/12 | Prepare status report. | P. K. ASCHERIN | 0.10 | 25.00 |
| 01/11/12 | Analyze case documents in connection with preparing reply on demurrer. | P. K. ASCHERIN | 0.50 | 125.00 |
| 01/11/12 | Analyze "opposition" in connection with determining necessity of filing reply to. | P. K. ASCHERIN | 0.50 | 125.00 |
| 01/18/12 | Prepare for hearing on demurrer (0.7); communicate with court regarding tentative ruling and hearing on demurrer (0.4). | P. K. ASCHERIN | 1.10 | 275.00 |
| 01/24/12 | Prepare attorney notes regarding case status/strategy (0.2); analyze court's order sustaining demurrer (0.2); communicate with potential plaintiff's counsel regarding Aurora's status with respect to loan (0.4); communicate with client re same (0.9); communicate with servicer Chase's counsel regarding apparent erroneous identification by Chase of Aurora as investor on loan (0.3); analyze client and case documents in connection with negotiating dismissal of Aurora from action (0.4). | P. K. ASCHERIN | 2.40 | 600.00 |
| 01/25/12 | Prepare correspondence to plaintiff's potential counsel regarding Aurora's non-investor status on loan in connection with obtaining dismissal of Aurora from action. | P. K. ASCHERIN | 0.30 | 75.00 |
| 01/31/12 | Review file in light of voicemail from purchaser of property, Julian Ramirez. Discuss same with Mr. Ascherin | A. Y. HOU | 0.90 | 256.50 |
| 01/31/12 | Obtain/analyze information from third party property owner's counsel regarding pre-existing litigation. | P. K. ASCHERIN | 0.20 | 50.00 |
| | Subtotal for Code 4000 | | 6.00 | 1,531.50 |

Services ............................................................................................................. $1,531.50

Akerman Senterfitt                                                              Page 4

| | | | |
|---|---|---|---|
| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | 31-Jan-12 |
| 0242444 | ALFONSO DIAZ | Bill Number | 8677789 |

LESS AGREED UPON 10% FEE DISCOUNT ........................................................................................(153.15)

        Total Fees for Services Rendered        . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        $1,378.35

Akerman Senterfitt                                                    Page 5

054539    LEHMAN BROTHERS HOLDINGS, INC.              As of          31-Jan-12
0242444   ALFONSO DIAZ                                 Bill Number    8677789

| Initials | Name | Hours | Amount |
|---|---|---|---|
| AYH | A. Y. HOU | 0.90 | 256.50 |
| PKA | P. K. ASCHERIN | 5.10 | 1,275.00 |
| | Total | 6.00 | $1,531.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677790 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **IMORTGAGE.COM**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number: **0242661**

---

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,064.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (106.40) |
| TOTAL SERVICES | $ 957.60 |
| DISBURSEMENTS | $ 1.32 |
| **TOTAL THIS INVOICE** | **$ 958.92** |

---

*To ensure proper credit to the above account, please indicate matter no. 0242661
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677790 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **IMORTGAGE.COM**

Claim No.: **XXXXX**
**Task Code 4000**

Matter Number:    **0242661**

## INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,064.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (106.40) |
| TOTAL SERVICES | $ 957.60 |
| DISBURSEMENTS | $ 1.32 |
| **TOTAL THIS INVOICE** | **$ 958.92** |

*To ensure proper credit to the above account, please indicate matter no. 0242661
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

Akerman Senterfitt                                                          Page 3

054539    LEHMAN BROTHERS HOLDINGS, INC.              As of           31-Jan-12
0242661    IMORTGAGE.COM                             Bill Number      8677790

Task Code:   4000

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/17/12 | Review order of dismissal. | A. M. MANGIARDI | 0.20 | 59.00 |
| 01/19/12 | Research claims in complaint; research local rules regarding dismissal | A. M. MANGIARDI | 1.30 | 383.50 |
| 01/31/12 | Revise complaint, civil cover sheet, summons and praecipe. Forward the same to counsel for filing review, approval. | K. L. ELLIOTT | 1.70 | 238.00 |
| 01/31/12 | Review and revise draft complaint, summons and civil cover sheet/ consider case strategy regarding discovery conducted in prior action. | A. M. MANGIARDI | 1.30 | 383.50 |

|  | Subtotal for Code 4000 | 4.50 | 1,064.00 |
|---|---|---|---|

Services ........................................................................................................................$1,064.00

LESS AGREED UPON 10% FEE DISCOUNT .........................................................................(106.40)

Total Fees for Services Rendered    . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $957.60

| **Date** | **Disbursements** | **Value** |
|---|---|---|

Total for POSTAGE                                                                           1.32

**Total Disbursements** ..................................................................................................**$1.32**

Akerman Senterfitt                                                                Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | 31-Jan-12 |
|--------|-------------------------------|-------|-----------|
| 0242661 | IMORTGAGE.COM | Bill Number | 8677790 |

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| AMM | A. M. MANGIARDI | 2.80 | 826.00 |
| KLE | K. L. ELLIOTT | 1.70 | 238.00 |
| | Total | 4.50 | $1,064.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

## Remittance Copy

|  |  |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677791 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **RMS & ASSOCIATES**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number:  **0248042**

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 7,639.75 |
| LESS AGREED UPON 10% FEE DISCOUNT | (763.97) |
| TOTAL SERVICES | $ 6,875.78 |
| DISBURSEMENTS | $ 12.88 |
| **TOTAL THIS INVOICE** | **$ 6,888.66** |

*To ensure proper credit to the above account, please indicate matter no. 0248042
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677791 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **RMS & ASSOCIATES**

Claim No.: **XXXXX**
**Task Code 4000**

Matter Number: **0248042**

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 7,639.75 |
| LESS AGREED UPON 10% FEE DISCOUNT | (763.97) |
| TOTAL SERVICES | $ 6,875.78 |
| DISBURSEMENTS | $ 12.88 |
| **TOTAL THIS INVOICE** | **$ 6,888.66** |

*To ensure proper credit to the above account, please indicate matter no. 0248042*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

054539     LEHMAN BROTHERS HOLDINGS, INC.                  As of          31-Jan-12
0248042    RMS & ASSOCIATES                                Bill Number    8677791

Task Code:   4000

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 01/10/12 | Communicate re status of motions to dismiss, confirm deadline and planning for preparing initial production | K. J. GARCIA | 0.20 | 74.10 |
| 01/10/12 | Review of docket report in preparation of stipulated discovery plan and proposed scheduling order | D. SPEASE | 0.50 | 72.50 |
| 01/10/12 | Preparation of stipulated scheduling order and discovery schedule | D. SPEASE | 1.00 | 145.00 |
| 01/10/12 | Review Order granting our motion to dismiss negligence count; review Answer and defenses by Aurora to RMS cross-claim | K. J. GARCIA | 0.40 | 148.20 |
| 01/10/12 | Work on answer to 82-count counterclaim, confer re strategy with M. Spohn re same; add affirmative defenses; communicate to H. Gray and R. Akell re status of correspondent as delegated underwriter | K. J. GARCIA | 2.60 | 963.30 |
| 01/10/12 | Communicate re preparation of initial disclosures | K. J. GARCIA | 0.20 | 74.10 |
| 01/10/12 | Work on revisions to draft answer to counterclaim | J. D. BALSER | 0.40 | 148.00 |
| 01/10/12 | Review and revise Lehman Brother's Holdings, Inc.'s answer to defendant/counterdefendnant's counterclaims. | J. D. BUNDICK | 2.00 | 800.00 |
| 01/10/12 | Email correspondence and telephone communications with working group regarding affirmative defenses. | J. D. BUNDICK | 0.30 | 120.00 |
| 01/10/12 | Review and approve draft of answer to the counter-claim. | A. E. STERN | 0.50 | 237.50 |
| 01/13/12 | Communicate re finalizing Answer and defenses to Counterclaim for filing | K. J. GARCIA | 0.20 | 74.10 |
| 01/13/12 | Review and Revise Lehman Brothers's Answer to Defendant's /counterclaimants counterclaim | J. D. BUNDICK | 1.00 | 400.00 |

Akerman Senterfitt                                                                    Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 31-Jan-12 |
| 0248042 | RMS & ASSOCIATES | | Bill Number | 8677791 |

| | | | | |
|---|---|---|---|---|
| 01/13/12 | Email Communications re affirmative defenses | J. D. BUNDICK | 0.30 | 120.00 |
| 01/16/12 | Email Communications re execution of the confidentiality agreement | J. D. BUNDICK | 0.20 | 80.00 |
| 01/17/12 | Review stipulated confidentiality agreement; Review initial disclosures of docs and witnesses pursuant to FRCP 26(1); Email Communications with opposing counsel re execution of the stipulated confidentiality agreement; Email Communications with opposing counsel re initial disclosures of docs and witnesses pursuant to FRCP 26(1) | J. D. BUNDICK | 2.50 | 1,000.00 |
| 01/17/12 | Review and Revise the parties discovery plan and email same to opposing counsel | J. D. BUNDICK | 0.40 | 160.00 |
| 01/17/12 | Email Communications re completion of pro hac vice application | J. D. BUNDICK | 0.20 | 80.00 |
| 01/17/12 | Research, analyze US District Court docket re: current litigation status. Work on facilitating counsel's appearance at upcoming court ordered status hearing on 1-23-12. | K. L. ELLIOTT | 0.70 | 98.00 |
| 01/17/12 | Communicate and coordinate re initial production CDs, advise re status of confidentiality agreement | K. J. GARCIA | 0.20 | 74.10 |
| 01/17/12 | Prepare confidentiality agreement, communications with counsel for defendant and third-party defendant re same | K. J. GARCIA | 0.70 | 259.35 |
| 01/17/12 | Review file to identify potential defense witnesses for identification in Rule 26 initial disclosures | K. J. GARCIA | 0.40 | 148.20 |
| 01/17/12 | Analyze information, prepare exhibit A to Rule 26 disclosures. | K. J. GARCIA | 0.50 | 185.25 |
| 01/17/12 | Prepare Rule 26 initial disclosure pleading; communicate with J. Bundick to determine special requirements under local rules | K. J. GARCIA | 1.20 | 444.60 |
| 01/18/12 | Email Communications with Jeff Allen re | J. D. BUNDICK | 0.20 | 80.00 |

Akerman Senterfitt                                                                     Page 5

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 31-Jan-12 |
| 0248042 | RMS & ASSOCIATES | | Bill Number | 8677791 |

| | | | | |
|---|---|---|---|---|
| | execution of confidentiality agreement | | | |
| 01/18/12 | Communication from defense counsel, review executed confidentiality agreement attached | K. J. GARCIA | 0.10 | 37.05 |
| 01/18/12 | Advise Reilly Pozner re executed confidentiality agreement, approval to send initial production CDs, communicate re privilege log | K. J. GARCIA | 0.20 | 74.10 |
| 01/18/12 | Communicate with counsel for RMS and third-party Aurora, advise re transmission of CDs and reiterate the documents are subject to the confidentiality agreement | K. J. GARCIA | 0.20 | 74.10 |
| 01/23/12 | Email Communications and Telephone Call re status of hearing, finalizing discovery scheduling order and frcp 26 (f) disclosures pursuant to confidentiality clause. Email Communications with counsel re discovery deadline set from discovery scheduling order. Email Communications with opposing counsel re execution of Lehman's confidentiality agreement for production of FRCP 26(f) initial disclosures | J. D. BUNDICK | 1.00 | 400.00 |
| 01/23/12 | Telephonic hearing re discovery schedule, other dates related to the case and stipulated discovery plan | J. D. BUNDICK | 0.80 | 320.00 |
| 01/24/12 | Review and Revise Joint stipulated scheduling order; Email Communications with opposing counsel re revisions/edits to same | J. D. BUNDICK | 0.90 | 360.00 |
| 01/24/12 | Email Communications re execution of confidentiality agreement | J. D. BUNDICK | 0.40 | 160.00 |
| 01/24/12 | Communicate re status of obtaining agreement to confidentiality agreement | K. J. GARCIA | 0.20 | 74.10 |
| 01/24/12 | Review report from status conference hearing. | K. J. GARCIA | 0.20 | 74.10 |
| 01/25/12 | Email Communications re counsel's execution of the confidentiality agreement | J. D. BUNDICK | 0.20 | 80.00 |

Akerman Senterfitt                                                          Page 6

054539   LEHMAN BROTHERS HOLDINGS, INC.                As of          31-Jan-12
0248042   RMS & ASSOCIATES                             Bill Number    8677791


                        Subtotal for Code 4000           21.00         7,639.75

Services ...................................................................................... $7,639.75

LESS AGREED UPON 10% FEE DISCOUNT ...................................................... (763.97)

         Total Fees for Services Rendered   . . . . . . . . . . . . . . . . . . . . . . . . .   $6,875.78

| Date | Disbursements | | Value |
|------|---------------|--|-------|
| | Total for POSTAGE | | 0.88 |
| 01/18/12 | PARKING - JACOB D. BUNDICK : Parking charge while attending motion to dismiss hearing on 12/20/11  JB-4327 | 12.00 | |
| | Total for PARKING | | 12.00 |

**Total Disbursements** ...................................................................................... **$12.88**

Akerman Senterfitt                                                      Page 7

054539     LEHMAN BROTHERS HOLDINGS, INC.              As of          31-Jan-12
0248042    RMS & ASSOCIATES                            Bill Number    8677791

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| AES | A. E. STERN | 0.50 | 237.50 |
| D S | D. SPEASE | 1.50 | 217.50 |
| JDB | J. D. BALSER | 0.40 | 148.00 |
| JDB | J. D. BUNDICK | 10.40 | 4,160.00 |
| KJG | K. J. GARCIA | 7.50 | 2,778.75 |
| KLE | K. L. ELLIOTT | 0.70 | 98.00 |
| | Total | 21.00 | $7,639.75 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677792 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **HAMILTON MORTGAGE**

Claim
No.: **XXXXX**
**Task Code**
**4000**

Matter Number:  **0248048**

## INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,224.25 |
| LESS AGREED UPON 10% FEE DISCOUNT | (122.43) |
| TOTAL SERVICES | $ 1,101.82 |
| DISBURSEMENTS | $ 789.64 |
| **TOTAL THIS INVOICE** | **$ 1,891.46** |

*To ensure proper credit to the above account, please indicate matter no. 0248048*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | 14-Mar-12 |
|---|---|
| Invoice No. | 8677792 |

**LEHMAN BROTHERS HOLDINGS, INC.**
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | | |
|---|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** | |
| Matter Name: | **HAMILTON MORTGAGE** | Claim No.: **XXXXX** |
| | | **Task Code 4000** |

Matter Number: **0248048**

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,224.25 |
| LESS AGREED UPON 10% FEE DISCOUNT | (122.43) |
| TOTAL SERVICES | $ 1,101.82 |
| DISBURSEMENTS | $ 789.64 |
| **TOTAL THIS INVOICE** | **$ 1,891.46** |

*To ensure proper credit to the above account, please indicate matter no. 0248048*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

054539    LEHMAN BROTHERS HOLDINGS, INC.                        As of          31-Jan-12
0248048   HAMILTON MORTGAGE                                     Bill Number    8677792

Task Code:   4000

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/09/12 | Work on issues associated with service of complaint on defendant; Review certificates of service | J. D. BALSER | 0.20 | 74.00 |
| 01/09/12 | Finalize and file notice of filing of proof of service with the US District Court, District of Arizona. Address issues of service of the same on defendant | K. L. ELLIOTT | 1.60 | 224.00 |
| 01/09/12 | Prepare request for entry of default and declaration in support of same pursuant to Arizona local rules and practice | K. J. GARCIA | 0.70 | 259.35 |
| 01/09/12 | Communicate re proof of service, support for our request for entry of default | K. J. GARCIA | 0.30 | 111.15 |
| 01/10/12 | Confer re declaration and request for entry of default; revise and finalize documents for filing | K. J. GARCIA | 0.60 | 222.30 |
| 01/11/12 | Review and finalize motion for entry of default and supporting declaration, instructions for filing | K. J. GARCIA | 0.30 | 111.15 |
| 01/14/12 | Review court information re status of our motion for default | K. J. GARCIA | 0.10 | 37.05 |
| 01/25/12 | Review email communication from counsel for J. Lyddon/defendant; respond to same. | K. J. GARCIA | 0.20 | 74.10 |
| 01/25/12 | Obtain clerk's entry of default, provide same to Reilly Pozner and confirm plan for preparing default judgment motion | K. J. GARCIA | 0.20 | 74.10 |
| 01/27/12 | Communication to client re message/contact from counsel for defendant, although no appearance entered | K. J. GARCIA | 0.10 | 37.05 |
| | Subtotal for Code 4000 | | 4.30 | 1,224.25 |

Services ........................................................................................................ $1,224.25

LESS AGREED UPON 10% FEE DISCOUNT ........................................................... (122.43)

Akerman Senterfitt                                                        Page 4

054539    LEHMAN BROTHERS HOLDINGS, INC.              As of          31-Jan-12
0248048   HAMILTON MORTGAGE                           Bill Number     8677792

              Total Fees for Services Rendered    . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $1,101.82

| Date | Disbursements | | Value |
|------|---------------|---|-------|
| 01/13/12 | FEDERAL EXPRESS Airbill: 793095640820 per 4162 Invoice No: 775772089 Ship Dt: 01/09/12 | 10.64 | |
| Total for FEDERAL EXPRESS | | | 10.64 |
| 01/07/12 | SERVICE OF PROCESS - FIRST LEGAL INVESTIGATIONS ; Service on Hamilton Mortgage Company on 11/1/11. Lehman Brothers v. Hamilton Mtg. AD-3110 | 500.00 | |
| 01/07/12 | SERVICE OF PROCESS - FIRST LEGAL INVESTIGATIONS ; Service on Hamilton Mortgage Company on 11/8/11. Lehman Brothers v. Hamilton Mtg. AD-3110 | 279.00 | |
| Total for SERVICE OF PROCESS | | | 779.00 |

**Total Disbursements** ................................................................................................**$789.64**

Akerman Senterfitt                                                    Page 5

054539    LEHMAN BROTHERS HOLDINGS, INC.              As of            31-Jan-12
0248048   HAMILTON MORTGAGE                           Bill Number      8677792

| Initials | Name | Hours | Amount |
|---|---|---|---|
| JDB | J. D. BALSER | 0.20 | 74.00 |
| KJG | K. J. GARCIA | 2.50 | 926.25 |
| KLE | K. L. ELLIOTT | 1.60 | 224.00 |
| | Total | 4.30 | $1,224.25 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    14-Mar-12
Invoice No.     8677793

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **UNIVERSAL AMERICAN MORTGAGE**

Claim
No.: **XXXXX**
**Task Code**
**4000**

Matter Number:  **0248049**

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 2,260.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (226.01) |
| TOTAL SERVICES | $ 2,034.04 |
| DISBURSEMENTS | $ 12.48 |
| **TOTAL THIS INVOICE** | **$ 2,046.52** |

*To ensure proper credit to the above account, please indicate matter no. 0248049
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|  |  |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677793 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **UNIVERSAL AMERICAN MORTGAGE**                Claim No.: **XXXXX**
                                                            **Task Code 4000**

Matter Number:   **0248049**

---

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 2,260.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (226.01) |
| TOTAL SERVICES | $ 2,034.04 |
| DISBURSEMENTS | $ 12.48 |
| **TOTAL THIS INVOICE** | **$ 2,046.52** |

*To ensure proper credit to the above account, please indicate matter no. 0248049*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

Akerman Senterfitt                                                    Page 3

054539    LEHMAN BROTHERS HOLDINGS, INC.              As of          31-Jan-12
0248049   UNIVERSAL AMERICAN MORTGAGE                 Bill Number     8677793


Task Code:   4000

| 01/05/12 | Analyze loan documents, and HUD-1 information for preparation of discovery request to UAMC and UAMC of California | K. J. GARCIA | 0.80 | 296.40 |
|---|---|---|---|---|
| 01/05/12 | Begin drafting interrogatories and request for production as to defendant's California entity. | K. J. GARCIA | 0.80 | 296.40 |
| 01/06/12 | Prepare interrogatories and request for production to Universal American Mortgage Company LLC (Miami entity) | K. J. GARCIA | 2.80 | 1,037.40 |
| 01/06/12 | Complete interrogatories and request for production to Universal California entity. | K. J. GARCIA | 1.70 | 629.85 |
| | Subtotal for Code 4000 | | 6.10 | 2,260.05 |

Services ..................................................................................................$2,260.05

LESS AGREED UPON 10% FEE DISCOUNT ...................................................................(226.01)

            Total Fees for Services Rendered    . . . . . . . . . . . . . . . . . . . . . . . . . . .    $2,034.04

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| | Total for POSTAGE | 2.28 |
| 01/06/12  DUPLICATING | 10.20 | |
| | Total for DUPLICATING | 10.20 |

**Total Disbursements** ...........................................................................**$12.48**

Akerman Senterfitt                                                                    Page 4

054539    LEHMAN BROTHERS HOLDINGS, INC.                As of            31-Jan-12
0248049   UNIVERSAL AMERICAN MORTGAGE                   Bill Number      8677793

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| KJG | K. J. GARCIA | 6.10 | 2,260.05 |
|  | Total | 6.10 | $2,260.05 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date        14-Mar-12
Invoice No.         8677794

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BRADFORD MORTGAGE COMPANY, N/K/A TRS 1, INC.**
                **(CO)**

Claim
No.: **XXXXX**
**Task Code**
**4000**

Matter Number:  **0254643**

---

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---:|
| SERVICES | $ 303.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (30.30) |
| TOTAL SERVICES | $ 272.70 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 272.70** |

*To ensure proper credit to the above account, please indicate matter no. 0254643*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677794 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **BRADFORD MORTGAGE COMPANY, N/K/A TRS**     Claim No.: **XXXXX**
**1, INC. (CO)**                        **Task Code 4000**
Matter Number: **0254643**

## INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 303.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (30.30) |
| TOTAL SERVICES | $ 272.70 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 272.70** |

*To ensure proper credit to the above account, please indicate matter no. 0254643*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                        Page 3

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of          31-Jan-12
  0254643   BRADFORD MORTGAGE COMPANY, N/K/A TRS 1, INC. (CO)   Bill Number    8677794


Task Code:   4000


| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/26/12 | Review and comment on notice of dismissal | J. G. GILMORE | 0.30 | 151.50 |
| 01/27/12 | Review communication from court regarding entry of dismissal | J. G. GILMORE | 0.30 | 151.50 |
| | Subtotal for Code 4000 | | 0.60 | 303.00 |

Services ..................................................................................................$303.00

LESS AGREED UPON 10% FEE DISCOUNT ....................................................(30.30)

Total Fees for Services Rendered      . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      $272.70

Akerman Senterfitt                                              Page 4

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of              31-Jan-12
  0254643    BRADFORD MORTGAGE COMPANY, N/K/A TRS 1, INC. (CO)    Bill Number      8677794

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| JGG | J. G. GILMORE | 0.60 | 303.00 |
| | Total | 0.60 | $303.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 14-Mar-12 |
| Invoice No. | 8677906 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **THOMAS L. RAIF**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number:    **0258346**

---

## INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,111.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (111.15) |
| TOTAL SERVICES | $ 1,000.35 |
| DISBURSEMENTS | $ 350.00 |
| **TOTAL THIS INVOICE** | **$ 1,350.35** |

---

*To ensure proper credit to the above account, please indicate matter no. 0258346
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | 14-Mar-12 |
|---|---|
| Invoice No. | 8677906 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **THOMAS L. RAIF**

Claim No.: **XXXXX**
**Task Code 4000**

Matter Number:  **0258346**

---

### INVOICE SUMMARY

*For professional services rendered through January 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,111.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (111.15) |
| TOTAL SERVICES | $ 1,000.35 |
| DISBURSEMENTS | $ 350.00 |
| **TOTAL THIS INVOICE** | **$ 1,350.35** |

---

*To ensure proper credit to the above account, please indicate matter no. 0258346*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

054539   LEHMAN BROTHERS HOLDINGS, INC.                    As of            31-Jan-12
  0258346   THOMAS L. RAIF                                  Bill Number       8677906


Task Code:   4000

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/17/12 | Review communication and inquiry re jurisdiction, Florida statutes applicable to appraiser claims; respond to same [additional .3 for communications/procedural matters not billed as courtesy/development]. | K. J. GARCIA | 0.20 | 74.10 |
| 01/18/12 | Conduct brief research and review of elements and pleading requirements for Florida negligence, professional negligence actions against appraisers; prepare suggested revisions to draft complaint; [additional 1.4 incurred but not billed to matter as courtesy/background development] | K. J. GARCIA | 1.20 | 444.60 |
| 01/18/12 | Review communication and revised complaint, respond to questions/comments, confirm agreement to same, address issue re dba appraisal entity | K. J. GARCIA | 0.30 | 111.15 |
| 01/19/12 | Finalize complaint and required pleadings | K. J. GARCIA | 0.40 | 148.20 |
| 01/19/12 | ( NO CHARGE) communicate to Foster Graham ecf notice of complaint filing, confirm we will arrange for process service | K. J. GARCIA | 0.00 | 0.00 |
| 01/20/12 | Review ECF notification designating Track 2, ensure same to be included with service packet to defendants | K. J. GARCIA | 0.20 | 74.10 |
| 01/20/12 | (NO CHARGE) Receive telephone message from Tampa reporter on Avery case with several questions; quick review of internet for information on reporter; electronic mail to Foster Graham providing info on call and reporter | K. J. GARCIA | 0.00 | 0.00 |
| 01/20/12 | (NO CHARGE) review instructions from LBHI and additional email communications with Foster Graham re inquiry from Tampa media | K. J. GARCIA | 0.00 | 0.00 |

Akerman Senterfitt                                                    Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 31-Jan-12 |
| 0258346 | THOMAS L. RAIF | | Bill Number | 8677906 |

| Date | Description | | | |
|---|---|---|---|---|
| 01/22/12 | Provide client with court's Track 2 notice and file-stamped copies of pleadings | K. J. GARCIA | 0.10 | 37.05 |
| 01/23/12 | Communication re media inquiry; telephone communication to reporter providing contact information [additional .1 not billed as courtesy] | K. J. GARCIA | 0.20 | 74.10 |
| 01/23/12 | Communicate with process service firm, confirm instructions [additional .1 not billed as administrative] | K. J. GARCIA | 0.20 | 74.10 |
| 01/27/12 | Review confirmation from process server of service upon T. Raif, advise client re same and deadline for answer to be filed. | K. J. GARCIA | 0.20 | 74.10 |
| | Subtotal for Code 4000 | | 3.00 | 1,111.50 |

Services ................................................................................................................ $1,111.50

LESS AGREED UPON 10% FEE DISCOUNT ................................................................ (111.15)

         Total Fees for Services Rendered    . . . . . . . . . . . . . . . . . . . . . . . . . .    $1,000.35

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 01/18/12 | FILING FEES - CLERK OF THE COURT  LBHI V. Avery/Ralf    350.00 : Filing fee.  KJG-3546 | |
| | Total for FILING FEES | 350.00 |

**Total Disbursements** ...................................................................................... **$350.00**

Akerman Senterfitt                                                    Page 5

054539    LEHMAN BROTHERS HOLDINGS, INC.              As of           31-Jan-12
  0258346   THOMAS L. RAIF                            Bill Number      8677906

| Initials | Name         | Hours | Amount    |
|----------|--------------|-------|-----------|
| KJG      | K. J. GARCIA | 3.00  | 1,111.50  |
|          | Total        | 3.00  | $1,111.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | February 04, 2012 |
| Invoice No. | 8695727 |

LEHMAN BROTHERS HOLDINGS, INC.
399 PARK AVE., 8TH FLOOR
NEW YORK, NY 10022

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **BANKRUPTCY**
Matter Number:  **0261172**

*For professional services rendered through January 31, 2012 as summarized below:*

| | |
|---|---|
| Services | $163.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$163.50** |

*To ensure proper credit to the above account, please indicate invoice no. 8695727*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | February 04, 2012 |
| Invoice No. | 8695727 |

LEHMAN BROTHERS HOLDINGS, INC.
399 PARK AVE., 8TH FLOOR
NEW YORK, NY 10022

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BANKRUPTCY**
Matter Number:  **0261172**

*For professional services rendered through January 31, 2012 as summarized below:*

| | |
|---|---|
| Services | $163.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$163.50** |

*To ensure proper credit to the above account, please indicate invoice no. 8695727*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                Page 3

030662      LEHMAN BROTHERS HOLDINGS, INC.           As of                January 31, 2012
0261172     BANKRUPTCY                               Invoice Number              8695727


**Task Code:**    **4700 Firm's Own Retention Issues**

10-Jan-12    Review correspondence re status of approval of      ASH        0.30      163.50
             application; prepare response.

             **Subtotal for Code 4700 Firm's Own Retention Issues**        **0.30**      **163.50**

             **Total Fees for Services Rendered**..............................................................................**$163.50**

Akerman Senterfitt                                                    Page 4

030662      LEHMAN BROTHERS HOLDINGS, INC.          As of              January 31, 2012
0261172     BANKRUPTCY                              Invoice Number            8695727

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| ASH | A.S. HARTLEY | 0.30 | 545.00 | 163.50 |
|  | Total | 0.30 |  | $163.50 |

# February 2012



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685785 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **TROPICAL VILLAGE, INC. LOAN # 0016288268**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number:  **0163227**

---

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 155.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (15.55) |
| TOTAL SERVICES | $ 139.95 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 139.95** |

*To ensure proper credit to the above account, please indicate matter no. 0163227
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date          11-Apr-12
Invoice No.           8685785

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **TROPICAL VILLAGE, INC. LOAN # 0016288268**          Claim No.: **XXXXX**
                                                                      **Task Code 4000**

Matter Number:  **0163227**

---

## INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 155.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (15.55) |
| TOTAL SERVICES | $ 139.95 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | $ 139.95 |

---

*To ensure proper credit to the above account, please indicate matter no. 0163227
and return remittance sheet with payment in US funds.
Wired funds accepted:
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                   Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | 29-Feb-12 |
|---|---|---|---|
| 0163227 | TROPICAL VILLAGE, INC. LOAN # 0016288268 | Bill Number | 8685785 |

Task Code:   4000        Non-Bankruptcy Litigation

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 02/02/12 | Analyze Public Records Database for case activity. | E. R. COLBY | 0.20 | 35.00 |
| 02/03/12 | Update Lehman regarding dismissal with prejudice. | J. E. HEKKANEN | 0.10 | 34.00 |
| 02/03/12 | Conduct communication with foreclosure counsel regarding dismissal with prejudice. | J. E. HEKKANEN | 0.10 | 34.00 |
| 02/15/12 | Work on analysis of docket activity matter. | E. R. COLBY | 0.20 | 35.00 |
| 02/22/12 | Work on analysis of docket activity matter. | E. R. COLBY | 0.10 | 17.50 |

|  | Subtotal for Code 4000 | | 0.70 | 155.50 |

Services ........................................................................................................ $155.50

LESS AGREED UPON 10% FEE DISCOUNT ..................................................................... (15.55)

Total Fees for Services Rendered   . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $139.95

Akerman Senterfitt                                                    Page 4

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of            29-Feb-12
  0163227    TROPICAL VILLAGE, INC. LOAN # 0016288268       Bill Number      8685785

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| ERC | E. R. COLBY | 0.50 | 87.50 |
| JEH | J. E. HEKKANEN | 0.20 | 68.00 |
| | Total | 0.70 | $155.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    11-Apr-12
Invoice No.    8685783

IMAGE PROCESSING SYSTEMS
ATTN: LEHMAN LEGAL CONTROL
150 MEADOWLANDS PARKWAY
SEACAUCUS, NJ 07094

Client Name:    **LEHMAN BROTHERS BANK**
Matter Name:    **AURORA GENERAL SERVICING ADVICE**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number:   **0187090**

---

### INVOICE SUMMARY

*For professional services rendered through March 31, 2012 as summarized below and described in the
narrative statement:*

| | |
|---|---:|
| SERVICES | $ 266.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (26.60) |
| TOTAL SERVICES | $ 239.40 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 239.40** |

*To ensure proper credit to the above account, please indicate matter no. 0187090
and return remittance sheet with payment in US funds.
Wired funds accepted:
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date       11-Apr-12
Invoice No.        8685783

IMAGE PROCESSING SYSTEMS
ATTN: LEHMAN LEGAL CONTROL
150 MEADOWLANDS PARKWAY
SEACAUCUS, NJ 07094

Client Name:   **LEHMAN BROTHERS BANK**
Matter Name:   **AURORA GENERAL SERVICING ADVICE**          Claim No.: XXXXX
                                                    **Task Code 4000**

Matter Number:   **0187090**

---

### INVOICE SUMMARY

*For professional services rendered through March 31, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 266.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (26.60) |
| TOTAL SERVICES | $ 239.40 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 239.40** |

---

*To ensure proper credit to the above account, please indicate matter no. 0187090
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                    Page 3

036915    LEHMAN BROTHERS BANK                              As of              31-Mar-12
 0187090   AURORA GENERAL SERVICING ADVICE                   Bill Number        8685783


Task Code:   4000      Non-Bankruptcy Litigation


02/22/12      Attend conference call re service transfer   I. HAYAT          0.70          266.00
              of loans


                              Subtotal for Code 4000                          0.70          266.00

Services.......................................................................................................................$266.00

LESS AGREED UPON 10% FEE DISCOUNT ................................................................(26.60)

          Total Fees for Services Rendered    . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $239.40

Akerman Senterfitt                                                                    Page 4

036915    LEHMAN BROTHERS BANK                        As of              31-Mar-12
0187090   AURORA GENERAL SERVICING ADVICE             Bill Number        8685783

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| I H | I. HAYAT | 0.70 | 266.00 |
| | Total | 0.70 | $266.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    11-Apr-12
Invoice No.    8685799

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **SOUTHEAST FUNDING ALLIANCE**

Claim
No.: **XXXXX**
**Task Code**
**4000**

Matter Number:  **0211891**

---

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---:|
| SERVICES | $ 74.10 |
| LESS AGREED UPON 10% FEE DISCOUNT | (7.41) |
| TOTAL SERVICES | $ 66.69 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 66.69** |

*To ensure proper credit to the above account, please indicate matter no. 0211891
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685799 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **SOUTHEAST FUNDING ALLIANCE**

Claim No.: **XXXXX**
**Task Code 4000**

Matter Number: **0211891**

---

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 74.10 |
| LESS AGREED UPON 10% FEE DISCOUNT | (7.41) |
| TOTAL SERVICES | $ 66.69 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 66.69** |

---

*To ensure proper credit to the above account, please indicate matter no. 0211891
and return remittance sheet with payment in US funds.
Wired funds accepted:
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                    Page 3

054539    LEHMAN BROTHERS HOLDINGS, INC.          As of          29-Feb-12
0211891   SOUTHEAST FUNDING ALLIANCE              Bill Number     8685799

Task Code:   4000      Non-Bankruptcy Litigation

| 02/17/12 | Communications with R. Akell, provide information re settlement payment requirements, contact information | K. J. GARCIA | 0.20 | 74.10 |

|  | Subtotal for Code 4000 | 0.20 | 74.10 |

Services ........................................................................................................... $74.10

LESS AGREED UPON 10% FEE DISCOUNT ................................................................(7.41)

Total Fees for Services Rendered   . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $66.69

Akerman Senterfitt

Page 4

054539   LEHMAN BROTHERS HOLDINGS, INC.
0211891   SOUTHEAST FUNDING ALLIANCE

As of        29-Feb-12
Bill Number   8685799

| Initials | Name | Hours | Amount |
|---|---|---|---|
| KJG | K. J. GARCIA | 0.20 | 74.10 |
| | Total | 0.20 | $74.10 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685898 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **PROJECT HARVEST**

Claim
No.: **XXXXX**
**Task Code
4600**

Matter Number: **0218858**

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,818.10 |
| LESS AGREED UPON 10% FEE DISCOUNT | (181.81) |
| TOTAL SERVICES | $ 1,636.29 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | $ 1,636.29 |

*To ensure proper credit to the above account, please indicate matter no. 0218858
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date      11-Apr-12
Invoice No.       8685898

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **PROJECT HARVEST**                         Claim No.: **XXXXX**
                                                             **Task Code 4600**

Matter Number:  **0218858**

---

## INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---:|
| SERVICES | $ 1,818.10 |
| LESS AGREED UPON 10% FEE DISCOUNT | (181.81) |
| TOTAL SERVICES | $ 1,636.29 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 1,636.29** |

*To ensure proper credit to the above account, please indicate matter no. 0218858*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                           Page 3

054539   LEHMAN BROTHERS HOLDINGS, INC.                    As of        29-Feb-12
0218858  PROJECT HARVEST                                   Bill Number   8685898


Task Code:   4600      Firm's Own Billing/Fee Applications


| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 02/06/12 | Prepare correspondence regarding monthly invoices and fee committee. | A.S. HARTLEY | 0.30 | 163.50 |
| 02/08/12 | Review U.S. Trustee's Guidelines; attend conference call regarding same. | A.S. HARTLEY | 1.40 | 763.00 |
| 02/13/12 | Review correspondence regarding billing preparation process; prepare response. | A.S. HARTLEY | 0.40 | 218.00 |
| 02/23/12 | Review and analyze various memos from Fee Committee. | A.S. HARTLEY | 1.10 | 599.50 |
| 02/28/12 | Communications with A. Hartley re fee application matters, specifically re Approved Funding | K. J. GARCIA | 0.20 | 74.10 |

|  | Subtotal for Code 4600 | 3.40 | 1,818.10 |

Services.................................................................................$1,818.10

LESS AGREED UPON 10% FEE DISCOUNT ...............................................(181.81)

         Total Fees for Services Rendered   . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $1,636.29

Akerman Senterfitt                                                      Page 4

054539    LEHMAN BROTHERS HOLDINGS, INC.                As of           29-Feb-12
0218858    PROJECT HARVEST                              Bill Number     8685898

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| ASH | A.S. HARTLEY | 3.20 | 1,744.00 |
| KJG | K. J. GARCIA | 0.20 | 74.10 |
| | Total | 3.40 | $1,818.10 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685787 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **APPROVED FUNDING CORP.**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number:  **0221786**

---

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 6,429.70 |
| LESS COURTESY DISCOUNT | (642.97) |
| TOTAL SERVICES | $ 5,786.73 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 5,786.73** |

*To ensure proper credit to the above account, please indicate matter no. 0221786*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685787 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **APPROVED FUNDING CORP.**                    Claim No.: **XXXXX**
                                                              **Task Code 4000**

Matter Number:    **0221786**

---

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 6,429.70 |
| LESS COURTESY DISCOUNT | (642.97) |
| TOTAL SERVICES | $ 5,786.73 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 5,786.73** |

---

*To ensure proper credit to the above account, please indicate matter no. 0221786
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                    Page 3

054539    LEHMAN BROTHERS HOLDINGS, INC.                          As of              29-Feb-12
0221786   APPROVED FUNDING CORP.                                  Bill Number        8685787

Task Code:   4000      Non-Bankruptcy Litigation

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 02/08/12 | Review electronic correspondence from defense counsel requesting additional discovery as to subsequent foreclose sale by Aurora | K. J. GARCIA | 0.10 | 37.05 |
| 02/08/12 | Analyze information being requested by defense counsel, prepare response and provide same to client to confirm accuracy of information | K. J. GARCIA | 0.30 | 111.15 |
| 02/09/12 | Communication from M. Spohn re additional information requested by defendant re foreclosure sale; electronic communication to defense counsel responding to his request for additional discovery | K. J. GARCIA | 0.20 | 74.10 |
| 02/14/12 | Analyze documents and past communications re status of second lien. | K. J. GARCIA | 0.40 | 148.20 |
| 02/14/12 | Analyze lawbase notes to determine documents to be used for exhibit to summary judgment. | K. J. GARCIA | 1.70 | 629.85 |
| 02/14/12 | Draft declaration for J. Baker in support of summary judgment; locate and describe exhibits to be attached to same; create notes with questions/comments for client to clarify before finalizing declaration | K. J. GARCIA | 2.80 | 1,037.40 |
| 02/15/12 | Analyze loan information re: status, disposition of borrower's second lien with respect to preparation of declaration in support of summary judgment. Prepare, forward email to H. Gray requesting confirmation of the same. | K. L. ELLIOTT | 0.80 | 112.00 |
| 02/15/12 | Analyze appropriate procedure in New York state actions for presenting documents in support of summary judgment | K. J. GARCIA | 0.30 | 111.15 |
| 02/15/12 | Analyze customer account activity statement, including escrow expenses detailed therein; analyze damage | K. J. GARCIA | 0.60 | 222.30 |

Akerman Senterfitt                                                                    Page 4

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of          29-Feb-12
0221786   APPROVED FUNDING CORP.                            Bill Number    8685787

|  |  |  |  |  |
|---|---|---|---|---|
|  | calculations. |  |  |  |
| 02/15/12 | Review subpoena duces tecum served by defendant upon Aurora | K. J. GARCIA | 0.20 | 74.10 |
| 02/15/12 | Communications with H. Gray re second lien, references in law base notes, confirming same not part of LBHI inventory. | K. J. GARCIA | 0.40 | 148.20 |
| 02/15/12 | Explain certificate of conformity issues and options. | J. M. SMITH | 0.50 | 172.50 |
| 02/16/12 | Communication from H. Gray responding to my questions re expenses/escrow values for damage calculations, confirm documents to review re same | K. J. GARCIA | 0.20 | 74.10 |
| 02/19/12 | Review subpoena. | J. M. SMITH | 0.20 | 69.00 |
| 02/19/12 | Communication to J. Baker re preparation and transmission of errata sheet for his deposition | K. J. GARCIA | 0.10 | 37.05 |
| 02/20/12 | Review email from J. Baker confirming he will prepare errata sheet this week | K. J. GARCIA | 0.10 | 37.05 |
| 02/23/12 | Review second non-party subpoena served by defendant, determine revisions to date of deposition | K. J. GARCIA | 0.20 | 74.10 |
| 02/25/12 | Revise and complete draft affidavit for J. Baker, identifying details needed from client | K. J. GARCIA | 1.40 | 518.70 |
| 02/25/12 | Communication to H. Gray with draft affidavit in support of summary judgment, request assistance with remaining details/clarifications | K. J. GARCIA | 0.20 | 74.10 |
| 02/25/12 | Work on NY Rule 19-a statement of facts for summary judgment | K. J. GARCIA | 3.20 | 1,185.60 |
| 02/27/12 | Review communication from H. Gray and his comments in draft affidavit for J. Baker | K. J. GARCIA | 0.20 | 74.10 |
| 02/27/12 | Communication from J. Baker re description of sale of loan to SASCO for affidavit | K. J. GARCIA | 0.10 | 37.05 |

Akerman Senterfitt                                                                    Page 5

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 29-Feb-12 |
| 0221786 | APPROVED FUNDING CORP. | | Bill Number | 8685787 |

| | | | | |
|---|---|---|---|---|
| 02/28/12 | Communications with client and M.Spohn re proper documents to establish UPB in damages declaration and related questions on document maintenance | K. J. GARCIA | 0.40 | 148.20 |
| 02/28/12 | Review TMO notes for this matter, address whether produced | K. J. GARCIA | 0.20 | 74.10 |
| 02/28/12 | Review WLT for loan 2768, analyze whether to include as exhibit in support of summary judgment | K. J. GARCIA | 0.30 | 111.15 |
| 02/28/12 | Communicate with H. Gray and M. Spohn re correct authentication for RLT-pricing sheet for use as exhibit in declaration | K. J. GARCIA | 0.20 | 74.10 |
| 02/28/12 | Communications with H. Gray re updating damages spreadsheet for summary judgment motion | K. J. GARCIA | 0.20 | 74.10 |
| 02/28/12 | Review updated damage calculations and add figures to J. Baker declaration | K. J. GARCIA | 0.20 | 74.10 |
| 02/28/12 | Revise Rule 19-a statement of facts, to include additional details in revised affidavit for J. Baker based on communications with client | K. J. GARCIA | 0.80 | 296.40 |
| 02/28/12 | Communication to J. Baker and M. Spohn, provide affidavit and statement of fact, address key nuances in these documents, provide proposed exhibit H with lawbase notes | K. J. GARCIA | 0.40 | 148.20 |
| 02/28/12 | Telephone conference with J. Baker re his deposition, errata, follow-up email communications with J. Baker re same | K. J. GARCIA | 0.30 | 111.15 |
| 02/29/12 | Communications with J. Baker re particular lines of question/answer in his deposition | K. J. GARCIA | 0.30 | 111.15 |
| 02/29/12 | Review J. Baker question re Exhibit H to affidavit, selection of lawbase notes; review deposition references to various pages of lawbase notes and respond to J. Baker explaining reason for including as exhibit | K. J. GARCIA | 0.40 | 148.20 |

Akerman Senterfitt                                                      Page 6

054539    LEHMAN BROTHERS HOLDINGS, INC.                As of        29-Feb-12
0221786   APPROVED FUNDING CORP.                        Bill Number   8685787


                        Subtotal for Code 4000              17.90      6,429.70

Services.................................................................................................$6,429.70

LESS COURTESY DISCOUNT.........................................................................(642.97)

        Total Fees for Services Rendered    . . . . . . . . . . . . . . . . . . . . . . . . . . .    $5,786.73

Akerman Senterfitt                                                    Page 7

054539     LEHMAN BROTHERS HOLDINGS, INC.           As of          29-Feb-12
0221786    APPROVED FUNDING CORP.                    Bill Number    8685787

| Initials | Name | Hours | Amount |
|---|---|---|---|
| JMS | J. M. SMITH | 0.70 | 241.50 |
| KJG | K. J. GARCIA | 16.40 | 6,076.20 |
| KLE | K. L. ELLIOTT | 0.80 | 112.00 |
| | Total | 17.90 | $6,429.70 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| Invoice Date | 11-Apr-12 |
|---|---|
| Invoice No. | 8685778 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **BONDCORP REALTY SERVICES, INC. (PROJECT
HARVEST)**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number:  **0225239**

---

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 15,435.10 | |
| LESS COURTESY DISCOUNT | (1,543.51) | |
| TOTAL SERVICES | $ 13,891.59 | |
| DISBURSEMENTS | $ 638.82 | |
| **TOTAL THIS INVOICE** | **$ 14,530.41** | |

---

*To ensure proper credit to the above account, please indicate matter no. 0225239
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | 11-Apr-12 |
|---|---|
| Invoice No. | 8685778 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **BONDCORP REALTY SERVICES, INC. (PROJECT**   Claim No.: **XXXXX**
**HARVEST)**   **Task Code 4000**
Matter Number: **0225239**

## INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 15,435.10 |
| LESS COURTESY DISCOUNT | (1,543.51) |
| TOTAL SERVICES | $ 13,891.59 |
| DISBURSEMENTS | $ 638.82 |
| **TOTAL THIS INVOICE** | **$ 14,530.41** |

*To ensure proper credit to the above account, please indicate matter no. 0225239*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of           29-Feb-12
0225239    BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST)    Bill Number    8685778


Task Code:    4000        Non-Bankruptcy Litigation


| 02/01/12 | Further analyze standard procedure for ex parte motions in Central District and with Judge Carney, strategy conference re same | K. J. GARCIA | 0.30 | 111.15 |
|---|---|---|---|---|
| 02/01/12 | Review prior communications and prepare timeline of defense counsel's promises to engage in settlement discussions and requests for postponement of summary judgment; prepare electronic communication to defense counsel regarding their late-filed response and our intention to move to strike, provide timeline of past delays | K. J. GARCIA | 0.70 | 259.35 |
| 02/01/12 | Begin working on ex parte motion to strike, review prior motions and orders addressing such motions | K. J. GARCIA | 1.20 | 444.60 |
| 02/01/12 | Review correspondence received from defense counsel, advising of inadertent miscalendaring of response deadline, proposal to continue hearing and our reply | K. J. GARCIA | 0.20 | 74.10 |
| 02/01/12 | Prepare responsive communication to defense counsel, outline our agreement to the proposal for continuance, timing required, need for them to draft, discuss our outstanding request for documents to further settlement negotiations | K. J. GARCIA | 0.30 | 111.15 |
| 02/01/12 | Review defendant's response to request for production and interrogatories; review documents produced; confirm defendant responses indicate knowledge/receipt of demand letters for each loan; communication to client advising of same | K. J. GARCIA | 0.70 | 259.35 |
| 02/01/12 | Review issues re potential ex parte, confer with court's clerk re ex parte and develop strategy for reply in light of plaintiff's failure to timely file opposition brief | I. HAYAT | 0.40 | 152.00 |
| 02/01/12 | Analyze likelihood of succes of motion to | K. J. GARCIA | 0.40 | 148.20 |

Akerman Senterfitt                                                                    Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 29-Feb-12 |
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | | Bill Number | 8685778 |

| | strike; detailed communication to client advising of defendant's response to our notification of intent to move to strike, discuss pros and cons of proceeding with motion or, alternatively, agreeing to continuance of remaining deadlines | | | |
|---|---|---|---|---|
| 02/01/12 | Review response from M. Spohn; review response from J. Baker approving of agreement to continue deadlines | K. J. GARCIA | 0.10 | 37.05 |
| 02/02/12 | Electronic communications to defense counsel regarding stipulation; review response. | K. J. GARCIA | 0.10 | 37.05 |
| 02/02/12 | Review defendant's draft stipulation and declaration, revise same | K. J. GARCIA | 0.20 | 74.10 |
| 02/02/12 | Electronic communication to defense counsel approving of filing with revisions as noted | K. J. GARCIA | 0.20 | 74.10 |
| 02/03/12 | Review communication from defense counsel confirming revisions will be made to the stipulation | K. J. GARCIA | 0.10 | 37.05 |
| 02/03/12 | Communication to defense counsel re status of filing stipulation; review response from defense counsel and revised stipulation, respond confirming approval for filing | K. J. GARCIA | 0.20 | 74.10 |
| 02/05/12 | Review extensive lawbase notes for use in rebutting defendant's misstatements in declarations and brief filed in response to our summary judgment | K. J. GARCIA | 1.60 | 592.80 |
| 02/05/12 | Review and analysis of 700+ pages of documents produced by defendant in discovery to utilize certain documents as rebuttal exhibits on summary judgment | K. J. GARCIA | 1.70 | 629.85 |
| 02/05/12 | Correspondence to client outlining questions regarding certain documents attached by defendant to responsive pleadings, certain lawbase notes, advise re planning for preparation of declaration and reply brief | K. J. GARCIA | 0.60 | 222.30 |
| 02/05/12 | Draft declaration for S. Osborne, transmit | K. J. GARCIA | 0.50 | 185.25 |

Akerman Senterfitt                                                                Page 5

054539   LEHMAN BROTHERS HOLDINGS, INC.                    As of          29-Feb-12
0225239   BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST)   Bill Number    8685778

|          |                                                                                 |                 |      |          |
|----------|---------------------------------------------------------------------------------|-----------------|------|----------|
|          | same with inquiry re knowledge on maintenance of lawbase notes                  |                 |      |          |
| 02/05/12 | Begin drafting reply brief, complete introduction, initial response to defendant's statement of genuine issues | K. J. GARCIA | 0.90 | 333.45   |
| 02/05/12 | Draft response to defendant's main argument re lack of notice, providing examples and citations to exhibits | K. J. GARCIA | 3.70 | 1,370.85 |
| 02/06/12 | Communications with client re declaration for S. Osborne                        | K. J. GARCIA    | 0.20 | 74.10    |
| 02/06/12 | Revise S. Osborne declaration and transmit same to client for final review and execution | K. J. GARCIA | 0.30 | 111.15   |
| 02/06/12 | Review the 4000+ documents LBHI produced in discovery to locate key documents to use as exhibits to reply; communication to client with questions re three documents | K. J. GARCIA | 2.30 | 852.15   |
| 02/06/12 | Additional communications with client re certain documents, review letter provided by client | K. J. GARCIA | 0.30 | 111.15   |
| 02/06/12 | Analyze defendant's evidentiary objections to H.Gray's declaration in support of summary judgment; communicate to client re same | K. J. GARCIA | 0.60 | 222.30   |
| 02/06/12 | Draft supplemental declaration for H. Gray, identify and describe exhibits to be attached thereto. | K. J. GARCIA | 3.20 | 1,185.60 |
| 02/06/12 | Analyze cases on notice, draft rebuttal argument re: notice not required under contract | K. J. GARCIA | 1.40 | 518.70   |
| 02/06/12 | Per counsel's request, analyze, organize litigation file for previously produced documents, materials for use in preparing reply to defendant's opposition to motion for partial summary judgment. | K. L. ELLIOTT | 2.10 | 294.00   |
| 02/06/12 | Draft rebuttal to defendant's arguments re: (i) Aurora precluded defendant's performance, (ii) Aurora failed to notify borrower Tran where to submit | K. J. GARCIA | 2.60 | 963.30   |

Akerman Senterfitt                                                    Page 6

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 29-Feb-12 |
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | | Bill Number | 8685778 |

| | | | | |
|---|---|---|---|---|
| | payments; analyze Seller's Guide and documents and cite/attach same in support of rebuttal. | | | |
| 02/06/12 | Draft rebuttal to defendant's argument re: cure and waiver on EPD loans, including citations to key provisions of contract and unpublished NBGI case | K. J. GARCIA | 1.20 | 444.60 |
| 02/07/12 | Analyze non-party (Stuart) deposition transcript and select testimony for use in rebuttal to defendant's argument on lack of proof of misrepresentation | K. J. GARCIA | 0.70 | 259.35 |
| 02/07/12 | Draft rebuttal to defendant's argument that misrepresentation not established on Stuart loan, provide extensive transcript references, discussion of Seller's Guide | K. J. GARCIA | 2.60 | 963.30 |
| 02/07/12 | Draft rebuttal to defendant's arguments that sale/charge-off of loans waives LBHI's right to recovery, address misquotes by First Financial court (relied upon by this defendant), | K. J. GARCIA | 1.10 | 407.55 |
| 02/07/12 | Draft rebuttal to defendant's argument of impossibility | K. J. GARCIA | 0.60 | 222.30 |
| 02/07/12 | Analyze declaration and exhibits detailing damages; draft rebuttal to defendant's challenges/arguments to LBHI's damages asserted in motion/declaration | K. J. GARCIA | 1.60 | 592.80 |
| 02/07/12 | Analyze and draft rebuttal to defendant's claim that cases relied upon by LBHI are irrelevant | K. J. GARCIA | 0.50 | 185.25 |
| 02/07/12 | Draft supplemental declaration for J. Balser with discussion re exhibits attached thereto | K. J. GARCIA | 0.70 | 259.35 |
| 02/07/12 | Draft rebuttal to defendant's argument re Lehman Bancorp Inc., include comments/questions for client to address/advise | K. J. GARCIA | 0.50 | 185.25 |
| 02/07/12 | Communicate with M. Spohn re reply brief, Lehman Bancorp issue, plan for response on evidentiary objections; | K. J. GARCIA | 0.40 | 148.20 |

Akerman Senterfitt                                                          Page 7

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 29-Feb-12 |
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | | Bill Number | 8685778 |

| | review response and comments from M. Spohn re brief and planned additional rebuttal arguments | | | |
|---|---|---|---|---|
| 02/07/12 | Research Ninth Circuit law for case to support our use of business records authenticated by H. Gray; prepare rebuttal argument for reply brief re same. | K. J. GARCIA | 1.10 | 407.55 |
| 02/07/12 | Finalize reply brief [** additional .8 preparing/redacting exhibits, and electronic filing not billed as administrative, over 12/5 hours worked this date] | K. J. GARCIA | 0.30 | 111.15 |
| 02/07/12 | Revise Gray supplemental declaration to include discussion of section 4 of seller's guide; communicate with H.Gray re same | K. J. GARCIA | 0.50 | 185.25 |
| 02/07/12 | Correspondence to defense counsel pressing for documentation previously requested so LBHI can assess settlement proposal | K. J. GARCIA | 0.10 | 37.05 |
| 02/07/12 | Retrieve First Financial Lender Lexis case | L. STALLINGS | 0.20 | 19.00 |
| 02/08/12 | Review communication from opposing counsel re continuing efforts to obtain documentation we requested | K. J. GARCIA | 0.10 | 37.05 |
| 02/08/12 | Assess strategy for motion for summary judgment hearing and confer with court re upcoming hearing | I. HAYAT | 0.20 | 76.00 |
| 02/09/12 | Review order just entered by court continuing summary judgment hearing pretrial/trial deadlines | K. J. GARCIA | 0.20 | 74.10 |
| 02/16/12 | Review electronic correspondence from defense counsel re settlement proposal, quick review of appraisal documents attached to communication | K. J. GARCIA | 0.20 | 74.10 |
| 02/16/12 | Electronic communication to J. Baker, provide documents received from defendant re appraisals | K. J. GARCIA | 0.10 | 37.05 |
| 02/17/12 | Review electronic communication from J. Baker re possible settlement strategy; analyze and respond discussing same | K. J. GARCIA | 0.30 | 111.15 |

Akerman Senterfitt                                                          Page 8

054539    LEHMAN BROTHERS HOLDINGS, INC.                      As of        29-Feb-12
  0225239    BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST)   Bill Number   8685778

| 02/17/12 | Review response from M. Spohn re settlement strategy; review additional email/inquiry from J. Baker, respond to same, provide defendant's proposal on the table and discuss same | K. J. GARCIA | 0.40 | 148.20 |
|---|---|---|---|---|
| 02/17/12 | Additional communications with J. Baker re strategy for discussion with Bond; review summary from J. Baker re documents most recently provided by defense counsel showing all proposed loans are second liens | K. J. GARCIA | 0.30 | 111.15 |
| 02/17/12 | Electronic correspondence to defense counsel re documents received, and detailing the additional information needed | K. J. GARCIA | 0.20 | 74.10 |
| 02/20/12 | Communication from defense counsel, acknowledging request for additional documents but vaguely implying trouble with defendant indicating financial troubles | K. J. GARCIA | 0.10 | 37.05 |
| 02/20/12 | Review asset search report from M. Spohn from September, provide same to J. Baker along with most recent email from defense counsel, express concern about Bondcorp | K. J. GARCIA | 0.20 | 74.10 |
| 02/21/12 | Communication from client analyzing/discussing most recent communication from defense counsel re settlement | K. J. GARCIA | 0.20 | 74.10 |
| 02/22/12 | Review J. Baker analysis on communication from defense counsel, preferences for proceeding; respond to same, confirm plan of action | K. J. GARCIA | 0.30 | 111.15 |
| 02/27/12 | Prepare summary, noting key documents for reference, in preparation for hearing on summary judgment | K. J. GARCIA | 0.70 | 259.35 |
| 02/28/12 | Address strategy for upcoming hearing on summary judgment | K. J. GARCIA | 0.40 | 148.20 |

Subtotal for Code 4000                                43.10       15,435.10

Akerman Senterfitt                                                                 Page 9

054539   LEHMAN BROTHERS HOLDINGS, INC.                    As of          29-Feb-12
  0225239   BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST)   Bill Number    8685778


Services.................................................................................................. $15,435.10

LESS COURTESY DISCOUNT...........................................................................(1,543.51)

         Total Fees for Services Rendered   . . . . . . . . . . . . . . . . . . . . . . . .    $13,891.59

| Date | Disbursements | | Value |
|------|---------------|---|------|
| 02/07/12 | LEXIS-NEXIS RESEARCH- Larry Stallings 2/7/12 | 30.87 | |
| | Total for LEXIS-NEXIS RESEARCH | | 30.87 |
| 02/06/12 | TELEPHONE 1-213-533-5905 Los Angeles - CA (USA) | 0.80 | |
| | Total for TELEPHONE | | 0.80 |
| 02/16/12 | COURT REPORTER - SARNOFF INFORMATION TECHNOLOGIES, INC. | 607.15 | |
| | Total for COURT REPORTER | | 607.15 |

**Total Disbursements**...........................................................................**$638.82**

Akerman Senterfitt                                                          Page 10

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of          29-Feb-12
0225239   BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST)   Bill Number    8685778

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| I H | I. HAYAT | 0.60 | 228.00 |
| KJG | K. J. GARCIA | 40.20 | 14,894.10 |
| KLE | K. L. ELLIOTT | 2.10 | 294.00 |
| L S | L. STALLINGS | 0.20 | 19.00 |
| | Total | 43.10 | $15,435.10 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685782 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number:    **0225242**

## INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 5,041.05 |
| LESS COURTESY DISCOUNT | (504.11) |
| TOTAL SERVICES | $ 4,536.94 |
| DISBURSEMENTS | $ 253.44 |
| **TOTAL THIS INVOICE** | **$ 4,790.38** |

*To ensure proper credit to the above account, please indicate matter no. 0225242*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685782 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **DIRECT MORTGAGE CORPORATION**
                        **(PROJECT HARVEST)**
Matter Number: **0225242**

Claim No.: **XXXXX**
**Task Code 4000**

## INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 5,041.05 |
| LESS COURTESY DISCOUNT | (504.11) |
| TOTAL SERVICES | $ 4,536.94 |
| DISBURSEMENTS | $  253.44 |
| **TOTAL THIS INVOICE** | **$  4,790.38** |

*To ensure proper credit to the above account, please indicate matter no. 0225242
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 29-Feb-12 |
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | | Bill Number | 8685782 |

Task Code:     4000          Non-Bankruptcy Litigation

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 02/02/12 | Communicate with Reilly Pozner and confirm position on use of experts | K. J. GARCIA | 0.10 | 37.05 |
| 02/10/12 | Review email inquiry from J. Baker re status of scheduling additional deposition; respond to same, provide client with status/update | K. J. GARCIA | 0.20 | 74.10 |
| 02/17/12 | Analyze current total damages for use in re-approaching settlement discussion, address issue re three loans not included in action | K. J. GARCIA | 0.40 | 148.20 |
| 02/20/12 | Research an analyze WLT, complaint initiating communications, existing indemnification and forward commitment agreements and assignments of same, communications with client re history of the five loans at issue, to determine if Resnick, Galloway and Kalaher loans can be added to damage calculations for purposes of settlement discussions | K. J. GARCIA | 1.20 | 444.60 |
| 02/20/12 | Prepare detailed summary and analysis of loan history communications, WLT, indemnifications and assignment and provide same to client (J. Baker and H. Gray) and discuss possibility of adding Resnick, Galloway and Kalaher to our settlement negotiations/damage figures | K. J. GARCIA | 0.50 | 185.25 |
| 02/20/12 | Communications re message received from judge's chambers on status/upcoming trial, and report on unsuccessful attempts to reach defense counsel due to his being out of state for lengthy trial | K. J. GARCIA | 0.20 | 74.10 |
| 02/20/12 | Prepare correspondence to defense counsel outlining our past communications on settlement as well as additional depositions, reiterate request for financials and emphasize LBHI's continued interest in discussing settlement | K. J. GARCIA | 0.70 | 259.35 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 29-Feb-12 |
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | | Bill Number | 8685782 |

| | | | | |
|---|---|---|---|---|
| 02/22/12 | Communications re upcoming hearing on summary judgment, key documents to be referenced at same | K. J. GARCIA | 0.30 | 111.15 |
| 02/22/12 | Telephone communication from defense counsel addressing my letter and potential for settlement | K. J. GARCIA | 0.10 | 37.05 |
| 02/22/12 | Responsive telephone communication to defense counsel re settlement; additional telephone communication from defense counsel outlining defendant's position on settlement and financial hardship | K. J. GARCIA | 0.10 | 37.05 |
| 02/22/12 | Prepare report to client re defendant's position on settlement, continued claim of financial hardship but belief that financials will not be useful in negotiations, also advise re communication/inquiry from judge's clerk | K. J. GARCIA | 0.30 | 111.15 |
| 02/22/12 | Communication from J. Baker authorizing putting forth demand and inquiring re communication from court re hearing | K. J. GARCIA | 0.10 | 37.05 |
| 02/22/12 | Communication from Z. Trumpp re deposition, respond to same | K. J. GARCIA | 0.20 | 74.10 |
| 02/23/12 | Prepare outline summary in preparation for hearing on summary judgment | K. J. GARCIA | 1.20 | 444.60 |
| 02/23/12 | Review prior communications with defense counsel re settlement in preparation for call; conference call with defense counsel settlement negotiations | K. J. GARCIA | 0.30 | 111.15 |
| 02/23/12 | Communications with H. Gray, review details on the remaining three loans that are not part of this action, analyze timing and statute of limitations and whether we can wrap into our settlement negotiations | K. J. GARCIA | 0.40 | 148.20 |
| 02/23/12 | Analyze order entered on cross-motions for summary judgment, note judge identifying standing as a significant question to be determined at trial | K. J. GARCIA | 0.30 | 111.15 |
| 02/23/12 | Prepare report to client with court's order | K. J. GARCIA | 0.30 | 111.15 |

Akerman Senterfitt                                                                    Page 5

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of          29-Feb-12
0225242   DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)     Bill Number     8685782

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| | denying cross-motions for summary judgment, note key concerns re same, advise re status of settlement negotiations | | | |
| 02/23/12 | Communications with client and team re strategy for settlement negotiations, plan for conference call | K. J. GARCIA | 0.20 | 74.10 |
| 02/23/12 | Analyze US District Court's order continuing hearings on parties motions for summary judgment, trial for revised hearing dates, related deadlines. | K. L. ELLIOTT | 2.40 | 336.00 |
| 02/23/12 | Analyze court's order on summary judgment/Consider next steps based on order | J. D. BALSER | 0.50 | 185.00 |
| 02/23/12 | Prepare hearing binder for Direct Mortgage's motion for summary judgment | C. CHUNG | 0.70 | 94.50 |
| 02/23/12 | Prepare hearing binder for Lehman Brother's motion for partial summary judgment | C. CHUNG | 1.30 | 175.50 |
| 02/24/12 | Prepare hearing binder for Direct Mortgage's motion for summary judgment | C. CHUNG | 0.40 | 54.00 |
| 02/24/12 | Prepare report for client and M. Spohn re negotiations and counter-offer by defendant, also discuss timing for the additional depositions | K. J. GARCIA | 0.30 | 111.15 |
| 02/24/12 | Telephone conference with opposing counsel, discuss settlement and scheduling additional depositions | K. J. GARCIA | 0.20 | 74.10 |
| 02/25/12 | Communications with J. Baker re trial details, possibility of pushing out to allow time for negotiations | K. J. GARCIA | 0.30 | 111.15 |
| 02/27/12 | Prepare for/attend conference call with LBHI team, Reilly Pozner to discuss court's order on summary judgment as well as strategy for next steps in litigation/settlement | J. D. BALSER | 1.00 | 370.00 |
| 02/27/12 | Telephone conference with clients and Reilly Pozner to discuss court's order, planning for trial, settlement potential | K. J. GARCIA | 0.80 | 296.40 |

Akerman Senterfitt                                                                   Page 6

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 29-Feb-12 |
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | | Bill Number | 8685782 |

|  | and strategy | | | |
|---|---|---|---|---|
| 02/27/12 | Communication with Z. Trumpp re his deposition | K. J. GARCIA | 0.10 | 37.05 |
| 02/27/12 | Attend teleconference with S. Drosdick, Z. Trumpp, J. Baker, M. Rollin, M. Spohn, K. Garcia, and J. Balser re: US District Court order denying both parties motions for summary judgment, litigation strategy going forward. | K. L. ELLIOTT | 0.60 | 84.00 |
| 02/28/12 | Communications to defense counsel re settlement | K. J. GARCIA | 0.30 | 111.15 |
| 02/28/12 | Telephone conference with J. Baker re trial expectations, external communications to obtain clarification on first day of trial calendar with this judge | K. J. GARCIA | 0.20 | 74.10 |
| 02/29/12 | Communications to determine judge's procedure with trial scheduling | K. J. GARCIA | 0.20 | 74.10 |
| 02/29/12 | Communications with J. Baker re assigned judge's trial procedures, also discuss status of settlement communications | K. J. GARCIA | 0.30 | 111.15 |
| 02/29/12 | Research publications to determine if defendant's president, Max Doane remains with company | K. J. GARCIA | 0.30 | 111.15 |
|  | Subtotal for Code 4000 | | 17.00 | 5,041.05 |

Services .................................................................................................................. $5,041.05

LESS COURTESY DISCOUNT .................................................................................... (504.11)

Total Fees for Services Rendered   . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $4,536.94

| Date | Disbursements | Value |
|---|---|---|
| 02/20/12 | DUPLICATING | 0.40 |
| 02/24/12 | DUPLICATING | 230.80 |
| | Total for DUPLICATING | 231.20 |

Akerman Senterfitt                                                      Page 7

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of           29-Feb-12
 0225242   DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)    Bill Number      8685782

| Date | Disbursements | | Value |
|------|---------------|---|-------|
| 02/17/12 | TELEPHONE 1-303-640-2510 Denver - CO (USA) | 5.40 | |
| 02/27/12 | TELEPHONE-Soundpath Legal Conf Call Inv# 031412 (K Garcia-ORL) | 16.84 | |
| | Total for TELEPHONE | | 22.24 |

**Total Disbursements** ................................................................................................. $253.44

Akerman Senterfitt                                                      Page 8

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of            29-Feb-12
  0225242    DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)    Bill Number    8685782

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| C C | C. CHUNG | 2.40 | 324.00 |
| JDB | J. D. BALSER | 1.50 | 555.00 |
| KJG | K. J. GARCIA | 10.10 | 3,742.05 |
| KLE | K. L. ELLIOTT | 3.00 | 420.00 |
| | Total | 17.00 | $5,041.05 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 5-Mar-12 |
| Invoice No. | 8672591 |

LEHMAN BROTHERS HOLDINGS, INC.
ATTN: JAMES POMERANZ
1271 AVENUE OF THE AMERICAS
39 FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **WSG HOLLYWOOD**
Matter Number:  **0237444**

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 623.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 623.00** |

*To ensure proper credit to the above account, please indicate matter no. 0237444
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | 5-Mar-12 |
| Invoice No. | 8672591 |

LEHMAN BROTHERS HOLDINGS, INC.
ATTN: JAMES POMERANZ
1271 AVENUE OF THE AMERICAS
39 FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **WSG HOLLYWOOD**
Matter Number: **0237444**

## INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 623.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 623.00** |

*To ensure proper credit to the above account, please indicate matter no. 0237444
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                              Page 3

030662    LEHMAN BROTHERS HOLDINGS, INC.                     As of        29-Feb-12
0237444   WSG HOLLYWOOD                                      Bill Number    8672591


Task Code:    2300      Real Estate Matters

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 02/01/12 | Prepare for conference call to discuss Lehman's obligation to provide parking to Red Apple. | T. S. CROWLEY | 0.40 | 178.00 |
| 02/01/12 | Review recorded agreement provided by M. Correoso. | T. S. CROWLEY | 0.50 | 222.50 |
| 02/01/12 | Attend conference call to discuss Lehman's obligation to provide parking to Red Apple. | T. S. CROWLEY | 0.50 | 222.50 |
| | Subtotal for Code 2300 | | 1.40 | 623.00 |
| | Total Fees for Services Rendered    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | $623.00 |

Akerman Senterfitt                                                          Page 4

030662    LEHMAN BROTHERS HOLDINGS, INC.                      As of              29-Feb-12
0237444   WSG HOLLYWOOD                                       Bill Number        8672591

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| TSC | T. S. CROWLEY | 1.40 | 445.00 | 623.00 |
| | Total | 1.40 | | $623.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685786 |

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **ALFONSO DIAZ**

Claim
No.: **XXXXX**
**Task Code**
**4000**

Matter Number:   **0242444**

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 75.00 |
| LESS COURTESY DISCOUNT | (7.50) |
| TOTAL SERVICES | $ 67.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 67.50** |

*To ensure proper credit to the above account, please indicate matter no. 0242444
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | 11-Apr-12 |
|---|---|
| Invoice No. | 8685786 |

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **ALFONSO DIAZ**                                    Claim No.: **XXXXX**
                                                                   **Task Code 4000**

Matter Number:   **0242444**

---

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 75.00 |
| LESS COURTESY DISCOUNT | (7.50) |
| TOTAL SERVICES | $ 67.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 67.50** |

---

*To ensure proper credit to the above account, please indicate matter no. 0242444*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

Page 3

054539    LEHMAN BROTHERS HOLDINGS, INC.
0242444   ALFONSO DIAZ

As of              29-Feb-12
Bill Number      8685786

Task Code:   4000      Non-Bankruptcy Litigation

| | | | | |
|---|---|---|---|---|
| 02/02/12 | Prepare attorney notes in connection with preparing update for client. | P. K. ASCHERIN | 0.10 | 25.00 |
| 02/17/12 | Obtain information regarding and analyze request for dismissal of second and fourth causes of action. | P. K. ASCHERIN | 0.20 | 50.00 |
| | Subtotal for Code 4000 | | 0.30 | 75.00 |

Services.......................................................................................................$75.00

LESS COURTESY DISCOUNT.........................................................................(7.50)

Total Fees for Services Rendered   . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $67.50

Akerman Senterfitt                                                    Page 4

054539    LEHMAN BROTHERS HOLDINGS, INC.              As of          29-Feb-12
0242444   ALFONSO DIAZ                                Bill Number     8685786

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| PKA | P. K. ASCHERIN | 0.30 | 75.00 |
| | Total | 0.30 | $75.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685784 |

IMAGE PROCESSING SYSTEMS
ATTN: LEHMAN LEGAL CONTROL
150 MEADOWLANDS PARKWAY
SEACAUCUS, NJ 07094

Client Name:  **LEHMAN BROTHERS BANK**
Matter Name:  **LEHMAN V. ALG**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number:  **0242607**

---

## INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 783.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (78.35) |
| TOTAL SERVICES | $ 705.15 |
| DISBURSEMENTS | $ 1,035.88 |
| **TOTAL THIS INVOICE** | **$ 1,741.03** |

*To ensure proper credit to the above account, please indicate matter no. 0242607
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685784 |

IMAGE PROCESSING SYSTEMS
ATTN: LEHMAN LEGAL CONTROL
150 MEADOWLANDS PARKWAY
SEACAUCUS, NJ 07094

Client Name:  **LEHMAN BROTHERS BANK**
Matter Name:  **LEHMAN V. ALG**                          Claim No.: **XXXXX**
                                                                        **Task Code 4000**

Matter Number:  **0242607**

---

## INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---:|
| SERVICES | $ 783.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (78.35) |
| TOTAL SERVICES | $ 705.15 |
| DISBURSEMENTS | $ 1,035.88 |
| **TOTAL THIS INVOICE** | **$ 1,741.03** |

*To ensure proper credit to the above account, please indicate matter no. 0242607
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

Akerman Senterfitt                                                             Page 3

036915    LEHMAN BROTHERS BANK                          As of           29-Feb-12
0242607    LEHMAN V. ALG                                Bill Number       8685784

| Date | Services | Initials | Hours | Value |
|---|---|---|---|---|
| 4-Jan-12 | Rivera, Esteban - Assess case status / information per court docket, case file | C C | 0.10 | 13.50 |
| 1-Feb-12 | Exchange further calls and emails with counsel for plaintiff in Esteban Rivera, relating to loan modificaiton review, and litigation posture relating to upcoming demurrer hearing | BML | 0.50 | 120.00 |
| 6-Feb-12 | Exchange further emails to obtain signed stipulation from both counsel for plaintiff, and counsel for trustee, then finalize joint stipulation to continue motion to strike and demurrer | BML | 0.50 | 120.00 |
| 8-Feb-12 | Exchange further emails with counsel for plaintff regarding joint stipulation, and conformed copy of proposed order | BML | 0.30 | 72.00 |
| 8-Feb-12 | Correspond with Transnation's counsel concerning status of settlement agreement/Correspond with Mr. Prisbe concerning same | JDB | 0.20 | 74.00 |
| 9-Feb-12 | Analyze court docket and court's minute orders relating to entry of non-stipulation to commissioner, and joint stipulation to continue demurrer hearing (.3) | BML | 0.30 | 72.00 |
| 9-Feb-12 | Draft client email relating to loan odification status (.1) | BML | 0.10 | 24.00 |
| 9-Feb-12 | Exchange further calls and emails with counsel for plaintiff regarding loan modification status (.3) | BML | 0.30 | 72.00 |
| 15-Feb-12 | In Esteban Rivera, Exchange further calls and emails with counsel for plaintiff relating to joint stipulation, and request for settlement (.3) | BML | 0.30 | 72.00 |
| 15-Feb-12 | Analyze court docket and court's minute order to determine reassignment after filing of non stipulation to commissioner (.2) | BML | 0.20 | 48.00 |
| 28-Feb-12 | In Esteban Rivera: Exchange emails with counsel for plaintiff relating to case status and loan modification review, then draft email to client | BML | 0.40 | 96.00 |

Services ............................................................................................................................ $783.50

LESS AGREED UPON 10% FEE DISCOUNT ..............................................................(78.35)

**Total Services** ............................................................................................................ **$705.15**

Akerman Senterfitt                                                                                    Page 4

036915    LEHMAN BROTHERS BANK                                As of              29-Feb-12
0242607    LEHMAN V. ALG                                      Bill Number        8685784

| Date | Disbursements | | Value |
|------|---------------|---|-------|
| | Total for POSTAGE | | 1.72 |
| 12/28/11 | DUPLICATING | 0.40 | |
| 12/28/11 | DUPLICATING | 0.10 | |
| | Total for DUPLICATING | | 0.50 |
| 02/03/12 | FEDERAL EXPRESS Airbill: 793156440989 per 4002 Invoice No: 777975349 Ship Dt: 01/25/12-To REDD LAW GROUP | 7.83 | |
| 02/03/12 | FEDERAL EXPRESS Airbill: 797986939474 per 4002 Invoice No: 777975349 Ship Dt: 01/25/12-To McCarthy & Holthus, LLP | 7.83 | |
| | Total for FEDERAL EXPRESS | | 15.66 |
| 11/28/11 | COURT SERVICES - NATIONWIDE LEGAL LLC. ; Services on 9/27/11, caller B. Leifer. Job #396178. C/R Riverside County Recorder. AD-3110 **Must use a valid matter number, will use matter pending number**. | 84.90 | |
| 11/29/11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; Services on 10/11/11, caller S. Jimenez. Rivera/Lehman Brothers. AD-3110 | 933.10 | |
| | Total for DELIVERY SERVICE | | 1,018.00 |

**Total Disbursements** ......................................................................................................... $1,035.88

Akerman Senterfitt                                                          Page 5

036915    LEHMAN BROTHERS BANK                      As of            29-Feb-12
0242607   LEHMAN V. ALG                             Bill Number      8685784

| Initials | Name | Hours | Amount |
|---|---|---|---|
| BML | B. M. LEIFER | 2.90 | 696.00 |
| C C | C. CHUNG | 0.10 | 13.50 |
| JDB | J. D. BALSER | 0.20 | 74.00 |
| | Total | 3.20 | $783.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685750 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **IMORTGAGE.COM**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number:   **0242661**

---

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 756.35 |
| LESS AGREED UPON 10% FEE DISCOUNT | (75.64) |
| TOTAL SERVICES | $ 680.71 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 680.71** |

---

*To ensure proper credit to the above account, please indicate matter no. 0242661
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685750 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **IMORTGAGE.COM**                                   Claim No.: **XXXXX**
                                                                    **Task Code 4000**

Matter Number:   **0242661**

---

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 756.35 |
| LESS AGREED UPON 10% FEE DISCOUNT | (75.64) |
| TOTAL SERVICES | $ 680.71 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 680.71** |

*To ensure proper credit to the above account, please indicate matter no. 0242661*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                 Page 3

054539    LEHMAN BROTHERS HOLDINGS, INC.                      As of              29-Feb-12
0242661   IMORTGAGE.COM                                       Bill Number        8685750

Task Code:    4000        Non-Bankruptcy Litigation

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 02/23/12 | Follow-up on status of pleadings and discovery | K. J. GARCIA | 0.10 | 37.05 |
| 02/24/12 | Review pleadings and confirm initial discovery received from defendant, determine next steps to move matter along | K. J. GARCIA | 0.30 | 111.15 |
| 02/27/12 | Research, identify procedures, requirements for pro hac vice admission into to Maricopa County Superior Court. | K. L. ELLIOTT | 0.60 | 84.00 |
| 02/27/12 | Prepare time line of case development to date. | A. M. MANGIARDI | 1.40 | 413.00 |
| 02/27/12 | Begin review of amended pleadings, review damages spreadsheet to determine whether any loans still held by LBHI re specific performance count, communications re same | K. J. GARCIA | 0.30 | 111.15 |

|   |   | Subtotal for Code 4000 | 2.70 | 756.35 |

Services.......................................................................................................................$756.35

LESS AGREED UPON 10% FEE DISCOUNT .........................................................................(75.64)

Total Fees for Services Rendered    . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $680.71

Akerman Senterfitt                                                      Page 4

054539    LEHMAN BROTHERS HOLDINGS, INC.              As of        29-Feb-12
0242661   IMORTGAGE.COM                               Bill Number   8685750

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| AMM | A. M. MANGIARDI | 1.40 | 413.00 |
| KJG | K. J. GARCIA | 0.70 | 259.35 |
| KLE | K. L. ELLIOTT | 0.60 | 84.00 |
| | Total | 2.70 | $756.35 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685762 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **RMS & ASSOCIATES**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number:    **0248042**

---

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,649.20 |
| LESS AGREED UPON 10% FEE DISCOUNT | (164.92) |
| TOTAL SERVICES | $ 1,484.28 |
| DISBURSEMENTS | $ 1.00 |
| **TOTAL THIS INVOICE** | **$ 1,485.28** |

---

*To ensure proper credit to the above account, please indicate matter no. 0248042*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|  |  |
|---|---|
| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685762 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **RMS & ASSOCIATES**                     Claim No.: **XXXXX**
                                                                     **Task Code 4000**

Matter Number:  **0248042**

---

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,649.20 |
| LESS AGREED UPON 10% FEE DISCOUNT | (164.92) |
| TOTAL SERVICES | $ 1,484.28 |
| DISBURSEMENTS | $ 1.00 |
| **TOTAL THIS INVOICE** | **$ 1,485.28** |

*To ensure proper credit to the above account, please indicate matter no. 0248042*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
*Akerman Senterfitt Operating Account*
*c/o SunTrust Bank, Atlanta, GA*
*ABA Number: 061000104*
*Account Number: 0215-252207533*
*Reference your invoice number and matter number*
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                              Page 3

054539   LEHMAN BROTHERS HOLDINGS, INC.                    As of          29-Feb-12
0248042   RMS & ASSOCIATES                                 Bill Number     8685762

Task Code:   4000      Non-Bankruptcy Litigation

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 02/06/12 | Review communication from defense counsel re proposed revisions to confidentiality agreement | K. J. GARCIA | 0.20 | 74.10 |
| 02/07/12 | Review communication from defense counsel with proposed revisions to confidentiality agreement | K. J. GARCIA | 0.20 | 74.10 |
| 02/07/12 | Review e-mail from RMS' counsel Donna Wittig regarding proposed comments/edits to the stipulated confidentiality agreement; e-mail communications regarding same. | J. D. BUNDICK | 0.30 | 120.00 |
| 02/08/12 | E-mail communications regarding confidentiality agreement and issuance of the scheduling order. | J. D. BUNDICK | 0.20 | 80.00 |
| 02/09/12 | Review confidentiality agreement to determine issues raised by defense counsel; revise confidentiality agreement per comments; communication to client to ensure revisions acceptable | K. J. GARCIA | 0.40 | 148.20 |
| 02/10/12 | Electronic correspondence to both opposing counsel, address the issue of NY law applying to contract; review response from defense counsel with additional revisions to confidentiality agreement | K. J. GARCIA | 0.40 | 148.20 |
| 02/10/12 | Review communication from counsel for Aurora re confidentiality agreement and NY law issue | K. J. GARCIA | 0.10 | 37.05 |
| 02/13/12 | Make additional revisions to confidentiality stipulation per emails from opposing counsel; electronic communication to both opposing counsel providing updated/revised stipulation and request authorization to add their electronic signatures | K. J. GARCIA | 0.30 | 111.15 |
| 02/13/12 | E-mail communications with working group regarding edits/revisions to the confidentiality agreement. | J. D. BUNDICK | 0.30 | 120.00 |

Akerman Senterfitt                                                                Page 4

054539    LEHMAN BROTHERS HOLDINGS, INC.              As of         29-Feb-12
0248042   RMS & ASSOCIATES                             Bill Number   8685762

| | | | | |
|---|---|---|---|---|
| 02/14/12 | Review further email from counsel for RMS requesting additional revisions; review email from Aurora's counsel agreeing to additional revisions proposed by RMS; strategy conference to confirm latest request in accordance with local rules | K. J. GARCIA | 0.30 | 111.15 |
| 02/14/12 | Strategy conference regarding local federal practice, this judge, and whether approval of confidentiality agreement is technically required | K. J. GARCIA | 0.20 | 74.10 |
| 02/14/12 | Email communications with opposing counsel re comments/edits to the confidentiality agreement | J. D. BUNDICK | 0.30 | 120.00 |
| 02/14/12 | Review and Revise the confidentiality agreement per comments/edits by opposing counsel | J. D. BUNDICK | 0.30 | 120.00 |
| 02/14/12 | Telephone call with Judge's Chambers | J. D. BUNDICK | 0.30 | 120.00 |
| 02/16/12 | Confer re judge's preference on confidentiality agreements, whether order required | K. J. GARCIA | 0.10 | 37.05 |
| 02/20/12 | Confer re status of confidentiality agreement, opposing counsel's position that same should be submitted to court for order | K. J. GARCIA | 0.10 | 37.05 |
| 02/20/12 | Email communications regarding status of confidentiality agreement and filing same under seal per court's instruction. | J. D. BUNDICK | 0.20 | 80.00 |
| 02/24/12 | Follow-up on status of opposing counsel's agreement re confidentiality agreement as non-filed document | K. J. GARCIA | 0.10 | 37.05 |

Subtotal for Code 4000              4.30        1,649.20

Services ....................................................................................................... $1,649.20

LESS AGREED UPON 10% FEE DISCOUNT ...........................................................(164.92)

Total Fees for Services Rendered    . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $1,484.28

Akerman Senterfitt                                                          Page 5

054539    LEHMAN BROTHERS HOLDINGS, INC.                As of          29-Feb-12
0248042   RMS & ASSOCIATES                              Bill Number    8685762

| Date | Disbursements | Value |
|------|---------------|-------|
| 02/14/12 | TELEPHONE 1-702-634-5003 Las Vegas - NV (USA)    1.00 | |
| | Total for TELEPHONE | 1.00 |
| | **Total Disbursements** ................................................................................................ | **$1.00** |

Akerman Senterfitt                                                              Page 6

054539     LEHMAN BROTHERS HOLDINGS, INC.                      As of           29-Feb-12
0248042    RMS & ASSOCIATES                                    Bill Number     8685762

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| JDB | J. D. BUNDICK | 1.90 | 760.00 |
| KJG | K. J. GARCIA | 2.40 | 889.20 |
| | Total | 4.30 | $1,649.20 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

|                  |            |
| ---------------- | ---------- |
| Invoice Date     | 11-Apr-12  |
| Invoice No.      | 8685803    |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **HAMILTON MORTGAGE**

**Claim
No.: XXXXX
Task Code
4000**

Matter Number:  **0248048**

---

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
| --- | --- |
| SERVICES | $ 1,456.80 |
| LESS AGREED UPON 10% FEE DISCOUNT | (145.68) |
| TOTAL SERVICES | $ 1,311.12 |
| DISBURSEMENTS | $ 1,410.24 |
| **TOTAL THIS INVOICE** | **$ 2,721.36** |

---

*To ensure proper credit to the above account, please indicate matter no. 0248048
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685803 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **HAMILTON MORTGAGE**

Claim No.: **XXXXX**
**Task Code 4000**

Matter Number:   **0248048**

---

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,456.80 |
| LESS AGREED UPON 10% FEE DISCOUNT | (145.68) |
| TOTAL SERVICES | $ 1,311.12 |
| DISBURSEMENTS | $ 1,410.24 |
| **TOTAL THIS INVOICE** | **$ 2,721.36** |

---

*To ensure proper credit to the above account, please indicate matter no. 0248048*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                          Page 3

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of           29-Feb-12
0248048   HAMILTON MORTGAGE                                 Bill Number      8685803

Task Code:    4000        Non-Bankruptcy Litigation

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 02/16/12 | Communications with M. Spohn and R. Akell re completion of declaration for default judgment | K. J. GARCIA | 0.20 | 74.10 |
| 02/17/12 | Electronic communications with client and M. Spohn re default judgment documents and motion | K. J. GARCIA | 0.20 | 74.10 |
| 02/23/12 | Communications with R. Akell and M. Spohn re declaration and exhibit F, review damage spreadsheet | K. J. GARCIA | 0.20 | 74.10 |
| 02/24/12 | Research, analyze compare local rules, Federal Rules of Civil Procedure re: filing for motion for default judgment. | K. L. ELLIOTT | 0.80 | 112.00 |
| 02/24/12 | Revise memorandum in support of motion for default judgment. | K. L. ELLIOTT | 0.70 | 98.00 |
| 02/24/12 | Work on default motion, update and revise references to complaint in supporting memorandum | K. J. GARCIA | 0.60 | 222.30 |
| 02/24/12 | Work on supporting declaration for default motion, ensure compliance with local rules | K. J. GARCIA | 0.30 | 111.15 |
| 02/24/12 | Communications with R. Akell and M. Spohn re declaration and exhibits, further communicate re Exhibit F | K. J. GARCIA | 0.30 | 111.15 |
| 02/24/12 | Prepare motion portion of default judgment pleading consistent with local practice | K. J. GARCIA | 0.30 | 111.15 |
| 02/28/12 | Address additional items needed to file default judgment motion | K. J. GARCIA | 0.20 | 74.10 |
| 02/29/12 | Review motion for default judgment as well as supporting declaration | J. D. BALSER | 0.30 | 111.00 |
| 02/29/12 | Prepare index of exhibits to declaration in support of motion for default judgment. Finalize documents for filing with USDC of Arizona. Prepare judicial courtesy copy pursuant local rules. | C. LINNEY | 1.10 | 126.50 |
| 02/29/12 | Prepare proposed judgment and notice of | K. J. GARCIA | 0.30 | 111.15 |

Akerman Senterfitt                                                                     Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | 29-Feb-12 |
| 0248048 | HAMILTON MORTGAGE | Bill Number | 8685803 |

filing same

| 02/29/12 | Finalize proposed judgment for filing with USDC of Arizona. Phone call with ECF clerk re filing same. | C. LINNEY | 0.40 | 46.00 |

|  | Subtotal for Code 4000 | 5.90 | 1,456.80 |

Services ............................................................................................... $1,456.80

LESS AGREED UPON 10% FEE DISCOUNT ................................................................ (145.68)

Total Fees for Services Rendered  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $1,311.12

| **Date** | **Disbursements** | **Value** |
| --- | --- | --- |
| 02/08/12 | SERVICE OF PROCESS - FIRST LEGAL INVESTIGATIONS ; Service on Hamilton Mortgage Company on 11/23/11. Lehman Brothers v. Hamilton Mtg. WH-1709 | 151.99 |
| 02/08/12 | SERVICE OF PROCESS - FIRST LEGAL INVESTIGATIONS ; Service on Hamilton Mortgage Company on 12/6/11. Lehman Brothers v. Hamilton Mtg. WH-1709 | 1,258.25 |
|  | Total for SERVICE OF PROCESS | 1,410.24 |

**Total Disbursements** ........................................................................... **$1,410.24**

Akerman Senterfitt                                                    Page 5

054539   LEHMAN BROTHERS HOLDINGS, INC.              As of          29-Feb-12
 0248048   HAMILTON MORTGAGE                          Bill Number    8685803

| Initials | Name | Hours | Amount |
|---|---|---|---|
| CL | C. LINNEY | 1.50 | 172.50 |
| JDB | J. D. BALSER | 0.30 | 111.00 |
| KJG | K. J. GARCIA | 2.60 | 963.30 |
| KLE | K. L. ELLIOTT | 1.50 | 210.00 |
| | Total | 5.90 | $1,456.80 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685806 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **UNIVERSAL AMERICAN MORTGAGE**

Claim
No.: **XXXXX**
**Task Code**
**4000**

Matter Number:  **0248049**

---

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 2,070.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (207.00) |
| TOTAL SERVICES | $ 1,863.00 |
| DISBURSEMENTS | $ 64.45 |
| **TOTAL THIS INVOICE** | **$ 1,927.45** |

---

*To ensure proper credit to the above account, please indicate matter no. 0248049*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685806 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **UNIVERSAL AMERICAN MORTGAGE**

Claim No.: **XXXXX**
**Task Code 4000**

Matter Number:  **0248049**

## INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 2,070.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (207.00) |
| TOTAL SERVICES | $ 1,863.00 |
| DISBURSEMENTS | $ 64.45 |
| **TOTAL THIS INVOICE** | **$ 1,927.45** |

*To ensure proper credit to the above account, please indicate matter no. 0248049*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                              Page 3

054539   LEHMAN BROTHERS HOLDINGS, INC.                    As of          29-Feb-12
0248049  UNIVERSAL AMERICAN MORTGAGE                       Bill Number     8685806

Task Code:   4000      Non-Bankruptcy Litigation

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 02/08/12 | Review communication from defense counsel re need for extension to respond to discovery; respond and confirm consent to same, discuss timing; review confirming email | K. J. GARCIA | 0.20 | 74.10 |
| 02/10/12 | Begin outline re each loan and misrepresentation claim, for use in developing non-party discovery requests/subpoenas | K. J. GARCIA | 0.50 | 185.25 |
| 02/15/12 | Analyze, compile multiple loss recovery claim supporting documents for counsel's use in preparation, service of non-third party discovery. | K. L. ELLIOTT | 3.40 | 476.00 |
| 02/17/12 | Prepare summary for client of next steps in this case, need for considerable non-party discovery, strategy re pushing settlement discussions | K. J. GARCIA | 0.80 | 296.40 |
| 02/17/12 | Review email responses from S. Drosdick, J. Baker and M. Spohn regarding status and strategy; respond to same with agreed plan, review further response from S. Drosdick | K. J. GARCIA | 0.30 | 111.15 |
| 02/20/12 | Prepare correspondence to defense counsel, propose setting formal mediation, emphasize desire to discuss settlement, also address need to set 30(b)(6) depositions | K. J. GARCIA | 0.70 | 259.35 |
| 02/21/12 | Begin review of defendant's responses/rebuttals to demand letters, note duplication in text | K. J. GARCIA | 0.40 | 148.20 |
| 02/22/12 | Telephone communication from defense counsel responding to my letter re mediation et al; responsive telephone communication to defense counsel | K. J. GARCIA | 0.10 | 37.05 |
| 02/23/12 | Analyze litigation file, client provided documents/ materials for copies of defendant's rebuttal letters, supporting documentation. | K. L. ELLIOTT | 0.80 | 112.00 |

Akerman Senterfitt                                                   Page 4

054539   LEHMAN BROTHERS HOLDINGS, INC.              As of          29-Feb-12
0248049   UNIVERSAL AMERICAN MORTGAGE               Bill Number     8685806

| 02/23/12 | Communications with client re response/rebuttal letters from defendant prior to suit | K. J. GARCIA | 0.20 | 74.10 |
|---|---|---|---|---|
| 02/23/12 | Communication from defense counsel re discovery responses, respond to same, agree to extension request | K. J. GARCIA | 0.20 | 74.10 |
| 02/28/12 | Review TMO notes for this matter, address whether produced | K. J. GARCIA | 0.20 | 74.10 |
| 02/28/12 | Follow-up on whether client files contain additional rebuttal/response letters from defendant pre-litigation | K. J. GARCIA | 0.20 | 74.10 |
| 02/28/12 | Communications from H. Gray advising re lack of response/rebuttals on loans 5128, 1248, 1180, 3570, 0342 | K. J. GARCIA | 0.20 | 74.10 |

Subtotal for Code 4000          8.20          2,070.00

Services...........................................................................................$2,070.00

LESS AGREED UPON 10% FEE DISCOUNT ...........................................................(207.00)

Total Fees for Services Rendered   . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $1,863.00

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| | Total for POSTAGE | | 0.45 |
| 02/20/12 | DUPLICATING-Orlando | 64.00 | |
| | Total for DUPLICATING | | 64.00 |

**Total Disbursements** ...........................................................................**$64.45**

Akerman Senterfitt                                                          Page 5

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of          29-Feb-12
0248049   UNIVERSAL AMERICAN MORTGAGE                       Bill Number    8685806

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| KJG | K. J. GARCIA | 4.00 | 1,482.00 |
| KLE | K. L. ELLIOTT | 4.20 | 588.00 |
| | Total | 8.20 | $2,070.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

## Remittance Copy

| | |
|---|---|
| Invoice Date | 11-Apr-12 |
| Invoice No. | 8685814 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **THOMAS L. RAIF**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number:    **0258346**

---

## INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 778.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (77.81) |
| TOTAL SERVICES | $ 700.24 |
| DISBURSEMENTS | $ 74.00 |
| **TOTAL THIS INVOICE** | **$ 774.24** |

*To ensure proper credit to the above account, please indicate matter no. 0258346
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date      11-Apr-12
Invoice No.       8685814

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **THOMAS L. RAIF**                    Claim No.: **XXXXX**
                                                      **Task Code 4000**

Matter Number:  **0258346**

---

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the
narrative statement:*

| | |
|---|---|
| SERVICES | $ 778.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (77.81) |
| TOTAL SERVICES | $ 700.24 |
| DISBURSEMENTS | $ 74.00 |
| **TOTAL THIS INVOICE** | **$ 774.24** |

*To ensure proper credit to the above account, please indicate matter no. 0258346
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

054539    LEHMAN BROTHERS HOLDINGS, INC.                As of              29-Feb-12
  0258346    THOMAS L. RAIF                               Bill Number        8685814


Task Code:    4000        Non-Bankruptcy Litigation


| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 02/01/12 | Check status of service on defendant Avery; review report from process server re Avery's new address/residence, report same to D. Calisher; review communication from Foster Graham re holding on service; contact process server with instruction to hold on service | K. J. GARCIA | 0.20 | 74.10 |
| 02/01/12 | Check status of service on defendant Avery; review report from process server re Avery's new address/residence, report same to D. Calisher; review communication from Foster Graham re holding on service; contact process server with instruction to hold on service. | K. J. GARCIA | 0.20 | 74.10 |
| 02/03/12 | Review cetified letter received from defendant T. Raif; analyze rule 15 and timing of service and provide recommendation to Foster Graham that they amend complaint rather than voluntarily dismiss Avery, provide certified letter from T. Raif and discuss same | K. J. GARCIA | 0.30 | 111.15 |
| 02/10/12 | Review electronic communication from Foster Graham re amended complaint; review amended complaint. | K. J. GARCIA | 0.20 | 74.10 |
| 02/13/12 | Prepare corporate disclosure statement; communicate to client to confirm accuracy of statement, description of bankruptcy estate | K. J. GARCIA | 0.30 | 111.15 |
| 02/13/12 | Finalize first amended complaint and prepare same for filing | K. J. GARCIA | 0.20 | 74.10 |
| 02/13/12 | Prepare correspondence to defendant Raif, provide copy of amended complaint. | K. J. GARCIA | 0.20 | 74.10 |
| 02/16/12 | Review court notification and document filed by defendant Raif, provide same to Foster Graham along with other pleadings recently filed, discuss next steps in light of defendant's appearance | K. J. GARCIA | 0.20 | 74.10 |

Akerman Senterfitt                                                              Page 4

054539   LEHMAN BROTHERS HOLDINGS, INC.                As of           29-Feb-12
0258346   THOMAS L. RAIF                               Bill Number      8685814

|  |  |  |  |  |
|---|---|---|---|---|
|  | and leniency by court for pro se parties. |  |  |  |
| 02/16/12 | Obtain filed documents for transmission to Foster Graham team | K. J. GARCIA | 0.20 | 74.10 |
| 02/28/12 | Review communication to defendant re potential for early settlement negotiations | K. J. GARCIA | 0.10 | 37.05 |
|  | Subtotal for Code 4000 |  | 2.10 | 778.05 |

Services ............................................................................................................$778.05

LESS AGREED UPON 10% FEE DISCOUNT ...............................................................(77.81)

Total Fees for Services Rendered   . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $700.24

| __Date__ | __Disbursements__ | __Value__ |
|---|---|---|
| 02/20/12 | SERVICE OF PROCESS - SLK INVESTIGATIONS, INC. ; Non-Service on Barbara Avery Appraisals on 1/26/12. LBHI/Avery. KG-2546 | 37.00 |
| 02/20/12 | SERVICE OF PROCESS - SLK INVESTIGATIONS, INC. ; Non-Service on Barbara J. Avery on 1/25/12. LBHI/Avery. KG-2546 | 37.00 |
| | Total for SERVICE OF PROCESS | 74.00 |

**Total Disbursements** ................................................................................................**$74.00**

Akerman Senterfitt                                                                 Page 5

054539    LEHMAN BROTHERS HOLDINGS, INC.                        As of              29-Feb-12
  0258346   THOMAS L. RAIF                                      Bill Number        8685814

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| KJG | K. J. GARCIA | 2.10 | 778.05 |
| | Total | 2.10 | $778.05 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date        March 06, 2012
Invoice No.         8695801

LEHMAN BROTHERS HOLDINGS, INC.
399 PARK AVE., 8TH FLOOR
NEW YORK, NY 10022

Client Name:      **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:      **BANKRUPTCY**
Matter Number:    **0261172**

*For professional services rendered through February 29, 2012 as summarized below:*

| | |
|---|---|
| Services | $18,802.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$18,802.50** |

*To ensure proper credit to the above account, please indicate invoice no. 8695801*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | March 06, 2012 |
| Invoice No. | 8695801 |

LEHMAN BROTHERS HOLDINGS, INC.
399 PARK AVE., 8TH FLOOR
NEW YORK, NY 10022

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BANKRUPTCY**
Matter Number:  **0261172**

*For professional services rendered through February 29, 2012 as summarized below:*

| | |
|---|---|
| Services | $18,802.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$18,802.50** |

*To ensure proper credit to the above account, please indicate invoice no. 8695801*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                        Page 3

| 030662 | LEHMAN BROTHERS HOLDINGS, INC. | As of | February 29, 2012 |
| 0261172 | BANKRUPTCY | Invoice Number | 8695801 |

**Task Code:**   **4600 Firm's Own Billing/Fee Applications**

| Date | Description | | | |
|---|---|---|---|---|
| 15-Feb-12 | Review and revise First Quarter 2011 invoices for compliance with US Trustee and fee committee guidelines. | ASH | 5.60 | 3,052.00 |
| 16-Feb-12 | Review and revise Second Quarter 2011 proformas for compliance with US Trustee and compensation committee guidelines. | ASH | 5.80 | 3,161.00 |
| 17-Feb-12 | Review and revise Third Quarter 2011 invoices to comply with US Trustee and Fee Committee guidelines. | ASH | 6.40 | 3,488.00 |
| 20-Feb-12 | Review and revise Fourth Quarter 2011 proformas for compliance with US Trustee and compensation committee guidelines. | ASH | 6.20 | 3,379.00 |
| 25-Feb-12 | Review and revise 2009 proformas for compliance with US Trustee and fee committee guidelines. | ASH | 4.20 | 2,289.00 |
| 26-Feb-12 | Review and revise 2010 proformas for compliance with U.S. Trustee and fee committee guidelines. | ASH | 6.30 | 3,433.50 |

**Subtotal for Code 4600 Firm's Own Billing/Fee Applications**          **34.50**    **18,802.50**

**Total Fees for Services Rendered**.......................................................................**$18,802.50**

Akerman Senterfitt                                                                              Page 4

030662      LEHMAN BROTHERS HOLDINGS, INC.              As of              February 29, 2012
0261172     BANKRUPTCY                                  Invoice Number           8695801

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| ASH | A.S. HARTLEY | 34.50 | 545.00 | 18,802.50 |
| | Total | 34.50 | | $18,802.50 |

# March 2012



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | May 15, 2012 |
| Invoice No. | 8695717 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **APPROVED FUNDING CORP.**
Matter Number:  **0221786**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $975.45 |
| LESS AGREED UPON 10% FEE DISCOUNT | (97.55) |
| TOTAL SERVICES | $877.90 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$877.90** |

*To ensure proper credit to the above account, please indicate invoice no. 8695717*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | May 15, 2012 |
| Invoice No. | 8695717 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **APPROVED FUNDING CORP.**
Matter Number: **0221786**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $975.45 |
| LESS AGREED UPON 10% FEE DISCOUNT | (97.55) |
| TOTAL SERVICES | $877.90 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$877.90** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8695717*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                          Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 06, 2012 |
|---|---|---|---|
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8695717 |

**Task Code:**   **0100 General Case Administration**

| 6-Mar-12 | Call to Aurora's counsel about subpoena issues, questions about discovery we produced. | JMS | 0.40 | 138.00 |
|---|---|---|---|---|
| | **Subtotal for Code 0100 General Case Administration** | | **0.40** | **138.00** |

**Task Code:**   **4000 Non-Bankruptcy Litigation**

| 1-Mar-12 | Telephone conference with M. Spohn, discuss revisions to affidavit | KJG | 0.10 | 37.05 |
|---|---|---|---|---|
| 1-Mar-12 | Communications with J. Baker re exhibits to his declaration, comments on statement of facts | KJG | 0.30 | 111.15 |
| 5-Mar-12 | Address issues re documents needed as supporting exhibits to summary judgment | KJG | 0.20 | 74.10 |
| 6-Mar-12 | Prepare exhibits to Affidavit in support of motion for summary judgment for entry into evidence. | KLE | 3.60 | 504.00 |
| 6-Mar-12 | Analyze defendant's document request to Aurora, communications from Aurora counsel re same | KJG | 0.30 | 111.15 |
| | **Subtotal for Code 4000 Non-Bankruptcy Litigation** | | **4.50** | **837.45** |

Services................................................................................................$975.45

**LESS AGREED UPON 10% FEE DISCOUNT**                                          (97.55)

**Total Services** ....................................................................................**$877.90**

Akerman Senterfitt                                                                Page 4

054539     LEHMAN BROTHERS HOLDINGS, INC.          As of              March 06, 2012
0221786    APPROVED FUNDING CORP.                  Invoice Number          8695717

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JMS | J. M. SMITH | 0.40 | 138.00 |
| KJG | K. J. GARCIA | 0.90 | 333.45 |
| KLE | K. L. ELLIOTT | 3.60 | 504.00 |
| | Total | 4.90 | $975.45 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | May 15, 2012 |
| Invoice No. | 8695713 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **BONDCORP REALTY SERVICES, INC.**
**(PROJECT HARVEST)**
Matter Number: **0225239**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $897.75 |
| LESS AGREED UPON 10% FEE DISCOUNT | (89.77) |
| TOTAL SERVICES | $807.98 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$807.98** |

*To ensure proper credit to the above account, please indicate invoice no. 8695713*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date    May 15, 2012
Invoice No.     8695713

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BONDCORP REALTY SERVICES, INC.**
                **(PROJECT HARVEST)**
Matter Number:  **0225239**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $897.75 |
| LESS AGREED UPON 10% FEE DISCOUNT | (89.77) |
| TOTAL SERVICES | $807.98 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$807.98** |

*To ensure proper credit to the above account, please indicate invoice no. 8695713*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 06, 2012 |
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | Invoice Number | 8695713 |

**Task Code:** **0100 General Case Administration**

| 1-Mar-12 | Review Court's order and determine factual issues regarding damages | I H | 0.30 | 114.00 |
| 5-Mar-12 | Further review court's order on motion for summary judgment and determine necessity for hearing and additional steps to be taken | I H | 0.20 | 76.00 |
| | **Subtotal for Code 0100 General Case Administration** | | **0.50** | **190.00** |

**Task Code:** **0200 General Case Strategy Meetings0**

| 1-Mar-12 | Analyze Court's order on summary judgment motion and determine methods for introducing additional evidence as to damages | I H | 0.40 | 152.00 |
| | **Subtotal for Code 0200 General Case Strategy Meetings0** | | **0.40** | **152.00** |

**Task Code:** **4000 Non-Bankruptcy Litigation**

| 1-Mar-12 | Review order granting summary judgment on liability, note key holdings we can use in later cases | KJG | 0.40 | 148.20 |
| 1-Mar-12 | Prepare report to clients with summary judgment order, identify key holdings, discuss damages issue left for trial | KJG | 0.50 | 185.25 |
| 1-Mar-12 | Additional communications with clients re judge avoiding issue of false statements in Bond's declaration; review responsive communication from J. Baker | KJG | 0.20 | 74.10 |
| 1-Mar-12 | Telephone conference with M. Spohn re court's order, remaining damages issue, strategy | KJG | 0.10 | 37.05 |
| 2-Mar-12 | Communicate with J. Baker re summary judgment exhibits | KJG | 0.10 | 37.05 |
| 5-Mar-12 | Communication from defense counsel regarding today's hearing; confirm judge's calendar no longer shows hearing; respond to defense counsel | KJG | 0.20 | 74.10 |
| | **Subtotal for Code 4000 Non-Bankruptcy Litigation** | | **1.50** | **555.75** |

Services.................................................................................................................$897.75

**LESS AGREED UPON 10% FEE DISCOUNT**                                              (89.77)

**Total Services** ...................................................................................................$807.98

Akerman Senterfitt                                                                                    Page 4

054539       LEHMAN BROTHERS HOLDINGS, INC.              As of              March 06, 2012
0225239      BONDCORP REALTY SERVICES, INC. (PROJECT     Invoice Number             8695713
             HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| I H | I. HAYAT | 0.90 | 342.00 |
| KJG | K. J. GARCIA | 1.50 | 555.75 |
| | Total | 2.40 | $897.75 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | May 15, 2012 |
| Invoice No. | 8695712 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **DIRECT MORTGAGE CORPORATION
(PROJECT HARVEST)**
Matter Number: **0225242**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $185.25 |
| LESS AGREED UPON 10% FEE DISCOUNT | (18.53) |
| TOTAL SERVICES | $166.72 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$166.72** |

*To ensure proper credit to the above account, please indicate invoice no. 8695712*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date       May 15, 2012
Invoice No.        8695712

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:       **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:       **DIRECT MORTGAGE CORPORATION
                   (PROJECT HARVEST)**
Matter Number:     **0225242**                          Claim No: **XXXXX Task
                                                        Code 4000**

---

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $185.25 |
| LESS AGREED UPON 10% FEE DISCOUNT | (18.53) |
| TOTAL SERVICES | $166.72 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$166.72** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8695712*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 06, 2012 |
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | Invoice Number | 8695712 |

**Task Code:**   **4000 Non-Bankruptcy Litigation**

| 6-Mar-12 | Communication with defense counsel, providing confidential financials for settlement purposes and discussing their position; quick review of attachments | KJG | 0.30 | 111.15 |
| 6-Mar-12 | Communication to J. Baker, provide defendant's financials and briefly discuss settlement strategy | KJG | 0.20 | 74.10 |
|  | **Subtotal for Code 4000 Non-Bankruptcy Litigation** |  | **0.50** | **185.25** |

Services..........................................................................................................$185.25

**LESS AGREED UPON 10% FEE DISCOUNT**                                    (18.53)

**Total Services** .........................................................................................**$166.72**

Akerman Senterfitt                                                              Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of              March 06, 2012
0225242     DIRECT MORTGAGE CORPORATION (PROJECT        Invoice Number          8695712
            HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.50 | 185.25 |
| | Total | 0.50 | $185.25 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date       May 15, 2012
Invoice No.         8695714

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **IMORTGAGE.COM**
Matter Number:   **0242661**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $14.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (1.40) |
| TOTAL SERVICES | $12.60 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$12.60** |

*To ensure proper credit to the above account, please indicate invoice no. 8695714*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date          May 15, 2012
Invoice No.           8695714

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **IMORTGAGE.COM**
Matter Number:  **0242661**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $14.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (1.40) |
| TOTAL SERVICES | $12.60 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$12.60** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8695714*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                        Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 06, 2012 |
| 0242661 | IMORTGAGE.COM | Invoice Number | 8695714 |

**Task Code:**    **4000 Non-Bankruptcy Litigation**

| 6-Mar-12 | Follow-up with counsel re: approval for filing of breach of contract complaint. | KLE | 0.10 | 14.00 |
| | **Subtotal for Code 4000 Non-Bankruptcy Litigation** | | **0.10** | **14.00** |

Services..............................................................................................................$14.00

**LESS AGREED UPON 10% FEE DISCOUNT**                                       (1.40)

**Total Services** ..............................................................................................$12.60

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 06, 2012 |
| 0242661 | IMORTGAGE.COM | Invoice Number | 8695714 |

| Initial | Name | | Hours | Amount |
|---------|------|-----|-------|--------|
| KLE | K. L. ELLIOTT | | 0.10 | 14.00 |
| | | Total | 0.10 | $14.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | May 15, 2012 |
| Invoice No. | 8695715 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **RMS & ASSOCIATES**
Matter Number: **0248042**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $1,575.85 |
| LESS AGREED UPON 10% FEE DISCOUNT | (157.58) |
| TOTAL SERVICES | $1,418.27 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,418.27** |

*To ensure proper credit to the above account, please indicate invoice no. 8695715*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | May 15, 2012 |
| Invoice No. | 8695715 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **RMS & ASSOCIATES**
Matter Number:  **0248042**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $1,575.85 |
| LESS AGREED UPON 10% FEE DISCOUNT | (157.58) |
| TOTAL SERVICES | $1,418.27 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,418.27** |

*To ensure proper credit to the above account, please indicate invoice no. 8695715*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 06, 2012 |
| 0248042 | RMS & ASSOCIATES | Invoice Number | 8695715 |

**Task Code:**   **0100 General Case Administration**

| 4-Mar-12 | Review opposing counsel's request for a protective order and provide commentary on local practice and alternative of private agreement among the parties; provide comments on draft of agreement ot protect confidential information. | AES | 1.80 | 855.00 |
| 5-Mar-12 | Email communications and telephone call with opposing counsel to discuss status of the confidentiality agreement and the filing of a protective order (stipulated) for all confidential records | JDB | 0.40 | 160.00 |
| 6-Mar-12 | Draft Interim Status Report | K N | 1.10 | 181.50 |
| | **Subtotal for Code 0100 General Case Administration** | | **3.30** | **1,196.50** |

**Task Code:**   **0200 General Case Strategy Meetings0**

| 5-Mar-12 | Email communications and telephone call with Kelly Garcia re communications with opposing counsel | JDB | 0.30 | 120.00 |
| | **Subtotal for Code 0200 General Case Strategy Meetings0** | | **0.30** | **120.00** |

**Task Code:**   **4000 Non-Bankruptcy Litigation**

| 5-Mar-12 | Additional communications with defense counsel, now requesting entry of protective order, confer with M. Spohn to ensure same is not inconsistent with positions taken in other matters; responsive communications regarding protective order | KJG | 0.30 | 111.15 |
| 5-Mar-12 | Several communications regarding converting confidentiality agreement into protective order per request by counsel for RMS | KJG | 0.40 | 148.20 |
| | **Subtotal for Code 4000 Non-Bankruptcy Litigation** | | **0.70** | **259.35** |

Services.................................................................................................................$1,575.85

**LESS AGREED UPON 10% FEE DISCOUNT**                                              (157.58)

**Total Services** .................................................................................................**$1,418.27**

Akerman Senterfitt                                                        Page 4

054539    LEHMAN BROTHERS HOLDINGS, INC.         As of              March 06, 2012
0248042   RMS & ASSOCIATES                       Invoice Number          8695715

| Initial | Name | Hours | Amount |
|---|---|---|---|
| AES | A. E. STERN | 1.80 | 855.00 |
| JDB | J. D. BUNDICK | 0.70 | 280.00 |
| K N | K. NASH | 1.10 | 181.50 |
| KJG | K. J. GARCIA | 0.70 | 259.35 |
| | Total | 4.30 | $1,575.85 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date        May 15, 2012
Invoice No.              8695716

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **HAMILTON MORTGAGE**
Matter Number:  **0248048**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $23.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (2.30) |
| TOTAL SERVICES | $20.70 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$20.70** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8695716*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date          May 15, 2012
Invoice No.             8695716

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **HAMILTON MORTGAGE**
Matter Number:  **0248048**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $23.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (2.30) |
| TOTAL SERVICES | $20.70 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$20.70** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8695716*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                          Page 3

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of                March 06, 2012
0248048     HAMILTON MORTGAGE                        Invoice Number              8695716


**Task Code:**     **0100 General Case Administration**

1-Mar-12    Prepare courtesy copy of proposed judgment for      CL        0.20        23.00
            delivery to USDC Judge's chambers pursuant to
            Local Rules.

            **Subtotal for Code 0100 General Case Administration**     **0.20**     **23.00**

            Services..................................................................................................................$23.00

            **LESS AGREED UPON 10% FEE DISCOUNT**                                    **(2.30)**

            **Total Services** ....................................................................................................$20.70

Akerman Senterfitt                                                                    Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.          As of              March 06, 2012
0248048       HAMILTON MORTGAGE                        Invoice Number          8695716

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| CL | C. LINNEY | 0.20 | 23.00 |
| | Total | 0.20 | $23.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | May 15, 2012 |
| Invoice No. | 8695718 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **UNIVERSAL AMERICAN MORTGAGE**
Matter Number:   **0248049**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $74.10 |
| Less 10% Courtesy Discount | (7.41) |
| TOTAL SERVICES | $66.69 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$66.69** |

*To ensure proper credit to the above account, please indicate invoice no. 8695718*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date          May 15, 2012
Invoice No.           8695718

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **UNIVERSAL AMERICAN MORTGAGE**
Matter Number:  **0248049**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $74.10 |
| Less 10% Courtesy Discount | (7.41) |
| TOTAL SERVICES | $66.69 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$66.69** |

*To ensure proper credit to the above account, please indicate invoice no. 8695718*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 06, 2012 |
| 0248049 | UNIVERSAL AMERICAN MORTGAGE | Invoice Number | 8695718 |

**Task Code:**     **4000 Non-Bankruptcy Litigation**

| 5-Mar-12 | Review communication from defense counsel regarding responses to discovery | KJG | 0.10 | 37.05 |
| 5-Mar-12 | Review discovery deadlines in light of defense counsel's request; respond to defense counsel agreeing to requested extension | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000 Non-Bankruptcy Litigation** | | **0.20** | **74.10** |

Services..................................................................................................................$74.10

**Less 10% Courtesy Discount**                                                                    (7.41)

**Total Services** ..................................................................................................**$66.69**

Akerman Senterfitt                                                          Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of           March 06, 2012
0248049     UNIVERSAL AMERICAN MORTGAGE             Invoice Number        8695718

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.20 | 74.10 |
| | Total | 0.20 | $74.10 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | May 15, 2012 |
| Invoice No. | 8695719 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **THOMAS L. RAIF**
Matter Number: **0258346**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $74.10 |
| Less 10% Courtesy Discount | (7.41) |
| TOTAL SERVICES | $66.69 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$66.69** |

*To ensure proper credit to the above account, please indicate invoice no. 8695719*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | May 15, 2012 |
| Invoice No. | 8695719 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **THOMAS L. RAIF**
Matter Number:    **0258346**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $74.10 |
| Less 10% Courtesy Discount | (7.41) |
| TOTAL SERVICES | $66.69 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$66.69** |

*To ensure proper credit to the above account, please indicate invoice no. 8695719*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
*Akerman Senterfitt Operating Account*
*c/o SunTrust Bank, Atlanta, GA*
*ABA Number: 061000104*
*Account Number: 0215-252207533*
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

054539    LEHMAN BROTHERS HOLDINGS, INC.          As of              March 06, 2012
0258346   THOMAS L. RAIF                          Invoice Number           8695719


**Task Code:**    **4000 Non-Bankruptcy Litigation**

5-Mar-12    Analysis re possible motions with respect to      KJG       0.20       74.10
            defendant's letter "response"

            **Subtotal for Code 4000 Non-Bankruptcy Litigation**    **0.20**    **74.10**

            Services.................................................................................$74.10

            **Less 10% Courtesy Discount**                                      **(7.41)**

            **Total Services** .................................................................**$66.69**

Akerman Senterfitt                                                                                          Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.              As of              March 06, 2012
0258346       THOMAS L. RAIF                              Invoice Number           8695719

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.20 | 74.10 |
| | Total | 0.20 | $74.10 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | May 16, 2012 |
| Invoice No. | 8695803 |

LEHMAN BROTHERS HOLDINGS, INC.
399 PARK AVE., 8TH FLOOR
NEW YORK, NY 10022

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BANKRUPTCY**
Matter Number:  **0261172**

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $10,954.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$10,954.50** |

*To ensure proper credit to the above account, please indicate invoice no. 8695803*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date        May 16, 2012
Invoice No.                8695803

LEHMAN BROTHERS HOLDINGS, INC.
399 PARK AVE., 8TH FLOOR
NEW YORK, NY 10022

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **BANKRUPTCY**
Matter Number:   **0261172**

*For professional services rendered through March 06, 2012 as summarized below:*

| | |
|---|---|
| Services | $10,954.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$10,954.50** |

*To ensure proper credit to the above account, please indicate invoice no. 8695803*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                         Page 3

| 030662 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 06, 2012 |
| 0261172 | BANKRUPTCY | Invoice Number | 8695803 |

**Task Code:**     **4600 Firm's Own Billing/Fee Applications**

| Date | Description | | | |
|---|---|---|---|---|
| 1-Mar-12 | Review correspondence regarding January proformas; prepare response. | ASH | 0.30 | 163.50 |
| 1-Mar-12 | Review matter files in order to prepare summary of services performed under each task code. | ASH | 5.40 | 2,943.00 |
| 2-Mar-12 | Verify information and prepare preliminary draft of Summary Exhibit A for 2011. | ASH | 2.80 | 1,526.00 |
| 3-Mar-12 | Verify and prepare preliminary Summary Exhibit A for 2010. | ASH | 1.90 | 1,035.50 |
| 3-Mar-12 | Verify and prepare preliminary draft of Summary Exhibit A for 2009. | ASH | 1.70 | 926.50 |
| 4-Mar-12 | Prepare preliminary draft of First Interim Fee Application. | ASH | 7.20 | 3,924.00 |
| 6-Mar-12 | Address issues regarding proformas. | ASH | 0.80 | 436.00 |
| | **Subtotal for Code 4600 Firm's Own Billing/Fee Applications** | | **20.10** | **10,954.50** |

**Total Fees for Services Rendered**............................................................................$10,954.50

Akerman Senterfitt                                                                    Page 4

| 030662  | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 06, 2012 |
| 0261172 | BANKRUPTCY | Invoice Number | 8695803 |

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| ASH | A.S. HARTLEY | 20.10 | 545.00 | 10,954.50 |
| | Total | 20.10 | | $10,954.50 |