# EXHIBIT C

## Time and Expenses
## for
## January 1, 2011 through
## December 31, 2011

# January 2011



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    February 28, 2011
Invoice No.         8571128

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **SOUTHEAST FUNDING ALLIANCE**
Matter Number:   **0211891**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,554.00 |
| LESS COURTESY DISCOUNT | (155.40) |
| TOTAL SERVICES | $1,398.60 |
| Disbursements | $27.85 |
| **TOTAL THIS INVOICE** | **$1,426.45** |

*To ensure proper credit to the above account, please indicate invoice no. 8571128*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | February 28, 2011 |
| Invoice No. | 8571128 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **SOUTHEAST FUNDING ALLIANCE**
Matter Number:  **0211891**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,554.00 |
| LESS COURTESY DISCOUNT | (155.40) |
| TOTAL SERVICES | $1,398.60 |
| Disbursements | $27.85 |
| **TOTAL THIS INVOICE** | **$1,426.45** |

*To ensure proper credit to the above account, please indicate invoice no. 8571128*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

054539      LEHMAN BROTHERS HOLDINGS, INC.           As of              January 31, 2011
0211891     SOUTHEAST FUNDING ALLIANCE               Invoice Number              8571128

**Task Code:    4000**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 5-Jan-11 | CONSIDERATION OF ISSUES ASSOCIATED WITH DEPOSITION OF LBHI 30B6 WITNESS; DETERMINE WHETHER TO NOTICE DEPOSITION OF DEFENDANT'S 30B6 | JDB | 0.30 | 111.00 |
| 5-Jan-11 | COMMUNICATION WITH V. JUNE RE: 30(B)(6) DEPOSITIONS. | JLR | 0.10 | 30.00 |
| 10-Jan-11 | COMMUNICATION WITH V. JUNE RE: DEPOSITION SCHEDULING. | JLR | 0.10 | 30.00 |
| 10-Jan-11 | COMMUNICATION WITH CLIENT RE: SCHEDULING OF DEPOSITIONS. | JLR | 0.10 | 30.00 |
| 14-Jan-11 | COMPLETED LBHI STATUS REPORT | JLR | 0.40 | 120.00 |
| 25-Jan-11 | PARTICIPATED IN PROJECT HARVEST STATUS CALL. | JLR | 0.10 | 30.00 |
| 26-Jan-11 | DRAFTED LETTER TO HIGH TECH RE: CERTIFICATION OF EMPLOYMENT RECORDS. | JLR | 0.70 | 210.00 |
| 31-Jan-11 | PREPARED 30(B)(6) NOTICE OF DEPOSITION, AND COORDINATED COURT REPORTER. | JLR | 1.40 | 420.00 |
| 31-Jan-11 | PREPARED OBJECTIONS TO SOUTHEAST'S 30(B)(6) DESIGNATIONS. | JLR | 0.80 | 240.00 |
| 31-Jan-11 | ANALYZE 30(B)(6) DEPOSITION NOTICE FOR LBHI AND IDENTIFY OBJECTIONS TO BE LODGED | JDB | 0.40 | 148.00 |
| 31-Jan-11 | REVISE OBJECTIONS TO 30(B)(6) NOTICE SERVED ON LBHI BY SOUTHEAST FUNDING | JDB | 0.50 | 185.00 |
| | **Subtotal for Code 4000** | | **4.90** | **1,554.00** |

Services..................................................................................................$1,554.00

**LESS COURTESY DISCOUNT**                                         (155.40)

**Total Services** ..................................................................................**$1,398.60**

Akerman Senterfitt                                                                    Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of          January 31, 2011
0211891     SOUTHEAST FUNDING ALLIANCE              Invoice Number        8571128

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 26-Jan-11 | POSTAGE | 10.45 | |
| Total for POSTAGE | | | 10.45 |
| 26-Jan-11 | DUPLICATING | 17.40 | |
| Total for DUPLICATING | | | 17.40 |

**Total Disbursements** ....................................................................................................**$27.85**

Akerman Senterfitt                                                                    Page 5

054539        LEHMAN BROTHERS HOLDINGS, INC.          As of              January 31, 2011
0211891       SOUTHEAST FUNDING ALLIANCE              Invoice Number              8571128

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 1.20 | 444.00 |
| JLR | J. L. RUBIN | 3.70 | 1,110.00 |
| | Total | 4.90 | $1,554.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | February 04, 2011 |
| Invoice No. | 8565154 |

CRAIG W. BURNS
LAMCO, LLC
A WHOLLY OWNED SUBSIDIARY OF
LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS, 38TH FL
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **GABLES MARQUIS CONSTRUCTION CLEAN-
                 UP**
Matter Number:  **0214163**                      Claim No: **XXXXX Task
                                                  Code 2300**

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $7,921.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$7,921.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8565154
Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | February 04, 2011 |
| Invoice No. | 8565154 |

CRAIG W. BURNS
LAMCO, LLC
A WHOLLY OWNED SUBSIDIARY OF
LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS, 38TH FL
NEW YORK, NY 10020

| | | |
|---|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** | |
| Matter Name: | **GABLES MARQUIS CONSTRUCTION CLEAN-UP** | |
| Matter Number: | **0214163** | Claim No: **XXXXX Task Code 2300** |

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $7,921.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$7,921.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8565154*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                 Page 3

051161      LEHMAN BROTHERS HOLDINGS, INC.          As of            January 31, 2011
0214163     GABLES MARQUIS CONSTRUCTION CLEAN-UP    Invoice Number          8565154


**Task Code:      2300**

| Date | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| 3-Jan-11 | DRAFT CORRESPONDENCE TO CLIENT RE ADDITIONAL PROPOSED LANGUAGE. | SBB | 0.10 | 44.50 |
| 3-Jan-11 | REVIEW CORRESPONDENCE FROM UTLEY RE ADDITIONAL PROPOSED LANGUAGE. | SBB | 0.10 | 44.50 |
| 3-Jan-11 | DRAFT REPLY TO UTLEY RE STATUS. | SBB | 0.10 | 44.50 |
| 3-Jan-11 | REVIEW CORRESPONDENCE FROM UTLEY RE STATUS. | SBB | 0.10 | 44.50 |
| 3-Jan-11 | DRAFT REPLY TO CLIENT RE STATUS. | SBB | 0.10 | 44.50 |
| 3-Jan-11 | REVIEW CORRESPONDENCE FROM CLIENT RE STATUS. | SBB | 0.10 | 44.50 |
| 5-Jan-11 | REVIEW CORRESPONDENCE FROM UTLEY RE STATUS. | SBB | 0.20 | 89.00 |
| 5-Jan-11 | DRAFT CORRESPONDENCE TO CLIENT RE REVISIONS TO SETTLMENT. | SBB | 0.20 | 89.00 |
| 5-Jan-11 | RUN REDLINE. | SBB | 0.20 | 89.00 |
| 5-Jan-11 | REVIEW CLIENT'S COMMENTS AND REVISIONS TO SETTLEMENT AGREEMENT. | SBB | 0.40 | 178.00 |
| 5-Jan-11 | DRAFT CORRESPONDENCE TO CLIENT RE STATUS. | SBB | 0.20 | 89.00 |
| 6-Jan-11 | PREPARATION FOR AND ATTENDANCE AT CALL WITH CLIENT AND IN-HOUSE COUNSEL RE REVISIONS TO AGREEMENT. | SBB | 0.60 | 267.00 |
| 6-Jan-11 | REVIEW CORRESPONDENCE FROM CLIENT RE STATUS. | SBB | 0.20 | 89.00 |
| 6-Jan-11 | DRAFT REPLY TO UTLEY RE STATUS. | SBB | 0.20 | 89.00 |
| 6-Jan-11 | REVIEW CORRESPONDENCE FROM UTLEY RE STATUS. | SBB | 0.20 | 89.00 |
| 7-Jan-11 | REVISE SETTLEMENT AGREEMENT PER LEHMAN COUNSEL COMMENTS. | SBB | 1.20 | 534.00 |
| 7-Jan-11 | DRAFT CORRESPONDENCE TO CLIENT RE STATUS. | SBB | 0.20 | 89.00 |
| 7-Jan-11 | RUN REDLINE. | SBB | 0.40 | 178.00 |
| 7-Jan-11 | REVISE AGREEMENT RE SAME | SBB | 1.20 | 534.00 |
| 7-Jan-11 | REVIEW FORM WITHDRAWAL OF PROOF OF CLAIM. | SBB | 0.30 | 133.50 |

Akerman Senterfitt                                                                      Page 4

| 051161 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0214163 | GABLES MARQUIS CONSTRUCTION CLEAN-UP | Invoice Number | 8565154 |

| Date | Description | | | |
|------|-------------|---|---|---|
| 7-Jan-11 | REVIEW REPLY TO SAME. | SBB | 0.20 | 89.00 |
| 7-Jan-11 | DRAFT CORRESPONDENCE TO UTLEY RE COSCAN PROOF OF CLAIM AND MERIT FLOORS CLAIM. | SBB | 0.30 | 133.50 |
| 7-Jan-11 | DRAFT REPLY TO CLIENT RE MERIT FLOOR CLAIMS. | SBB | 0.20 | 89.00 |
| 7-Jan-11 | REVIEW CORRESPONDENCE FROM CLIENT RE MERIT FLOOR CLAIMS. | SBB | 0.20 | 89.00 |
| 7-Jan-11 | DRAFT REPLY TO UTLEY RE STATUS. | SBB | 0.20 | 89.00 |
| 7-Jan-11 | REVIEW CORRESPONDENCE FROM UTLEY RE STATUS. | SBB | 0.20 | 89.00 |
| 10-Jan-11 | DRAFT REPLY TO CLIENT RE COLTON'S REQUESTED REVISIONS TO AGREEMENT. | SBB | 0.10 | 44.50 |
| 10-Jan-11 | REVIEW CORRESPONDENCE FROM CLIENT RE COLTON'S REQUESTED REVISIONS TO AGREEMENT. | SBB | 0.20 | 89.00 |
| 10-Jan-11 | REVIEW CLIENT'S RESPONSE TO SAME. | SBB | 0.10 | 44.50 |
| 10-Jan-11 | DRAFT CORRESPONDENCE TO CLIENT RE STATUS. | SBB | 0.10 | 44.50 |
| 10-Jan-11 | REVIEW CORRESPONDENCE FROM UTLEY RE STATUS. | SBB | 0.10 | 44.50 |
| 11-Jan-11 | REVIEW CLIENT'S REVISIONS TO SETTLEMENT AGREEMENT | SBB | 0.70 | 311.50 |
| 11-Jan-11 | REVIEW CORRESPONDENCE FROM UTLEY RE REVISED AGREEMENT AND CONDITIONS OF SAME. | SBB | 0.30 | 133.50 |
| 11-Jan-11 | DRAFT CORRESPONDENCE TO UTLEY RE REVISED AGREEMENT AND CONDITIONS OF SAME. | SBB | 0.30 | 133.50 |
| 11-Jan-11 | REVIEW CORRESPONDENCE FROM CLIENT RE TERMS TO CONVEY AGREEMENT. | SBB | 0.30 | 133.50 |
| 11-Jan-11 | DRAFT CORRESPONDENCE TO CLIENT RE TERMS TO CONVEY AGREEMENT. | SBB | 0.20 | 89.00 |
| 11-Jan-11 | REVISE CLIENT'S REVISIONS TO SETTLEMENT AGREEMENT TO INCLUDE MISSING INFORMATION. | SBB | 1.00 | 445.00 |
| 12-Jan-11 | DRAFT CORRESPONDENCE TO CLIENT RE SAME. | SBB | 0.20 | 89.00 |

Akerman Senterfitt                                                    Page 5

| 051161   | LEHMAN BROTHERS HOLDINGS, INC. | As of |  | January 31, 2011 |
|----------|--------------------------------|-------|--|------------------|
| 0214163  | GABLES MARQUIS CONSTRUCTION CLEAN-UP | Invoice Number |  | 8565154 |

| | | | | |
|---|---|---|---|---|
| 12-Jan-11 | REVIEW COSCAN'S REVISED SETTLEMENT AGREEMENT | SBB | 0.20 | 89.00 |
| 13-Jan-11 | DRAFT CORRESPONDENCE TO CLIENT RE RESPONSE TO COSCAN'S AGREEMENT REVISIONS. | SBB | 0.20 | 89.00 |
| 13-Jan-11 | DRAFT CORRESPONDENCE TO BURNS RE APPROVAL FOR RECOMMENDED REVISIONS. | SBB | 0.20 | 89.00 |
| 13-Jan-11 | REVIEW REPLY TO RESPONSE TO COSCAN'S AGREEMENT REVISIONS. | SBB | 0.20 | 89.00 |
| 19-Jan-11 | REVIEW REPLY FROM CLIENT RE STATUS | SBB | 0.10 | 44.50 |
| 19-Jan-11 | DRAFT CORRESPONDENCE TO CLIENT RE STATUS | SBB | 0.10 | 44.50 |
| 20-Jan-11 | REVISE SETTLEMENT AGREEMENT; DRAFT CORRESPONDENCE TO CLIENT RE SAME. | SBB | 0.60 | 267.00 |
| 21-Jan-11 | REVIEW CORRESPONDENCE FROM CLIENT RE REVISED SETTLEMENT AGREEMENT. | SBB | 0.30 | 133.50 |
| 21-Jan-11 | DRAFT CORRESPONDENCE TO UTLEY RE REVISED AGREEMENT. | SBB | 0.20 | 89.00 |
| 21-Jan-11 | REVIEW REPLY FROM CLIENT RE REVISED AGREEMENT. | SBB | 0.20 | 89.00 |
| 21-Jan-11 | DRAFT CORRESPONDENCE TO CLIENT RE REVISED AGREEMENT. | SBB | 0.20 | 89.00 |
| 21-Jan-11 | TELEPHONE CONFERENCE WITH COSCAN RE STATUS. | SBB | 0.20 | 89.00 |
| 21-Jan-11 | REVISE AGREEMENT RE SAME. | SBB | 0.30 | 133.50 |
| 25-Jan-11 | DRAFT CORRESPONDENCE TO CLIENT RE STATUS. | SBB | 0.40 | 178.00 |
| 25-Jan-11 | DRAFT SETTLEMENT AGREEMENT EXHIBITS. | SBB | 2.20 | 979.00 |
| 26-Jan-11 | REVIEW CORRESPONDENCE FROM CLIENT RE EXHIBITS | SBB | 0.20 | 89.00 |
| 26-Jan-11 | DRAFT CORRESPONDENCE TO COSCAN RE EXHIBITS. | SBB | 0.20 | 89.00 |
| 26-Jan-11 | DRAFT CORRESPONDENCE TO CLIENT RE EXHIBITS. | SBB | 0.20 | 89.00 |
| 26-Jan-11 | REVISE EXHIBITS RE SAME. | SBB | 0.20 | 89.00 |
| 26-Jan-11 | TELEPHONE CONFERENCE WITH COSCAN RE STATUS. | SBB | 0.20 | 89.00 |

Akerman Senterfitt                                                        Page 6

| | | | |
|---|---|---|---|
| 051161 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0214163 | GABLES MARQUIS CONSTRUCTION CLEAN-UP | Invoice Number | 8565154 |

**Subtotal for Code 2300**                                17.80        7,921.00

**Total Fees for Services Rendered**.................................................................$7,921.00

Akerman Senterfitt                                                                              Page 7

051161      LEHMAN BROTHERS HOLDINGS, INC.              As of              January 31, 2011
0214163     GABLES MARQUIS CONSTRUCTION CLEAN-UP        Invoice Number          8565154

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| SBB | S.B. BOHM | 17.80 | 7,921.00 |
| | Total | 17.80 | $7,921.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     February 28, 2011
Invoice No.              8571129

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **BANK OF ENGLAND MORTGAGE COMPANY**
Matter Number:   **0221779**

Claim No: **XXXXX Task**
**Code 4000**

---

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $120.00 |
| LESS COURTESY DISCOUNT | (12.00) |
| TOTAL SERVICES | $108.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$108.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8571129*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date    February 28, 2011
Invoice No.    8571129

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BANK OF ENGLAND MORTGAGE COMPANY**
Matter Number:    **0221779**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $120.00 |
| LESS COURTESY DISCOUNT | (12.00) |
| TOTAL SERVICES | $108.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$108.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8571129*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

054539        LEHMAN BROTHERS HOLDINGS, INC.              As of            January 31, 2011
0221779       BANK OF ENGLAND MORTGAGE COMPANY           Invoice Number          8571129

**Task Code:**    **4000**

| 14-Jan-11 | COMPLETED LBHI STATUS REPORT | JLR | 0.40 | 120.00 |
|---|---|---|---|---|
| | **Subtotal for Code 4000** | | **0.40** | **120.00** |

Services.............................................................................................................$120.00

**LESS COURTESY DISCOUNT**                                                              (12.00)

**Total Services** ..........................................................................................**$108.00**

Akerman Senterfitt                                                                    Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0221779 | BANK OF ENGLAND MORTGAGE COMPANY | Invoice Number | 8571129 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JLR | J. L. RUBIN | 0.40 | 120.00 |
| | Total | 0.40 | $120.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    February 28, 2011
Invoice No.                8571130

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **APPROVED FUNDING CORP.**
Matter Number:  **0221786**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $2,700.00 |
| LESS COURTESY DISCOUNT | (270.00) |
| TOTAL SERVICES | $2,430.00 |
| Disbursements | $6.95 |
| **TOTAL THIS INVOICE** | **$2,436.95** |

*To ensure proper credit to the above account, please indicate invoice no. 8571130*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date    February 28, 2011
Invoice No.     8571130

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **APPROVED FUNDING CORP.**
Matter Number:  **0221786**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $2,700.00 |
| LESS COURTESY DISCOUNT | (270.00) |
| TOTAL SERVICES | $2,430.00 |
| Disbursements | $6.95 |
| **TOTAL THIS INVOICE** | **$2,436.95** |

*To ensure proper credit to the above account, please indicate invoice no. 8571130*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                      Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8571130 |

**Task Code:**     **4000**

| | | | | |
|---|---|---|---|---|
| 3-Jan-11 | PREPARED PRIVILEGE LOG. | JLR | 1.50 | 450.00 |
| 3-Jan-11 | REVIEWED DOCUMENTS FOR PRIVILEGE AND RELEVANCY FOR DOCUMENT PRODUCTION. | JLR | 2.50 | 750.00 |
| 4-Jan-11 | COMMUNICATION WITH A. WEISBROT RE: APPROVED'S FILING FOR BANKRUPTCY. | JLR | 0.10 | 30.00 |
| 14-Jan-11 | COMMUNICATION WITH APPROVED'S COUNSEL AND FOLLOW-UP COMMUNICATION WITH J. BAKER. | JLR | 0.10 | 30.00 |
| 14-Jan-11 | COMPLETED LBHI STATUS REPORT | JLR | 0.10 | 30.00 |
| 25-Jan-11 | PARTICIPATED IN PROJECT HARVEST STATUS CALL. | JLR | 0.10 | 30.00 |
| 28-Jan-11 | PRODUCED REMAINING DOCUMENTS TO APPROVED, SPECIFICALLY REVIEWED DOCUMENTS TO MAKE SURE WE PRODUCED ALL DOCUMENTS PROVING SALE INTO TRUST. | JLR | 3.50 | 1,050.00 |
| 31-Jan-11 | COMMUNICATION WITH APPROVED RE: PRIVILEGE DOCUMENTS. | JLR | 0.10 | 30.00 |
| 31-Jan-11 | FINALIZED DOCUMENT PRODUCTION. | JLR | 0.00 | 0.00 |
| 31-Jan-11 | BEGAN TO DRAFT RESPONSE TO APPROVED'S COUNSEL RE: PRIVILEGE LOG AND PRIVILEGES. | JLR | 1.00 | 300.00 |
| | **Subtotal for Code 4000** | | **9.00** | **2,700.00** |

Services...................................................................................................$2,700.00

**LESS COURTESY DISCOUNT**                                                         (270.00)

**Total Services** ...................................................................................$2,430.00

Akerman Senterfitt                                                                 Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of              January 31, 2011
0221786     APPROVED FUNDING CORP.                      Invoice Number              8571130

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 7-Jan-11 | POSTAGE | 6.15 | |
| Total for POSTAGE | | | 6.15 |
| | | | |
| 28-Jan-11 | DUPLICATING | 0.80 | |
| Total for DUPLICATING | | | 0.80 |

**Total Disbursements** ..............................................................................................$6.95

Akerman Senterfitt                                                                      Page 5

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of          January 31, 2011
0221786     APPROVED FUNDING CORP.                  Invoice Number      8571130

| Initial | Name | | Hours | Amount |
|---------|------|---|-------|--------|
| JLR | J. L. RUBIN | | 9.00 | 2,700.00 |
| | | Total | 9.00 | $2,700.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | February 28, 2011 |
| Invoice No. | 8571131 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **BONDCORP REALTY SERVICES, INC.**
**(PROJECT HARVEST)**
Matter Number: **0225239**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $5,233.25 |
| LESS AGREED UPON 10% FEE DISCOUNT | (523.33) |
| TOTAL SERVICES | $4,709.92 |
| Disbursements | $384.91 |
| **TOTAL THIS INVOICE** | **$5,094.83** |

*To ensure proper credit to the above account, please indicate invoice no. 8571131*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|  |  |
|---|---|
| Invoice Date | February 28, 2011 |
| Invoice No. | 8571131 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **BONDCORP REALTY SERVICES, INC.**
**(PROJECT HARVEST)**
Matter Number: **0225239**                    Claim No: **XXXXX Task**
**Code 4000**

*For professional services rendered through January 31, 2011 as summarized below:*

|  |  |
|---|---|
| Services | $5,233.25 |
| LESS AGREED UPON 10% FEE DISCOUNT | (523.33) |
| TOTAL SERVICES | $4,709.92 |
| Disbursements | $384.91 |
| **TOTAL THIS INVOICE** | **$5,094.83** |

*To ensure proper credit to the above account, please indicate invoice no. 8571131*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                        Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | Invoice Number | 8571131 |

**Task Code:      4000**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 10-Jan-11 | PREPARE AND SEND EMAIL TO COUNSEL FOR BONDCORP RE DISCOVERY HOLD AND PRODUCTION OF FINANCIAL INFORMATION | JDB | 0.20 | 74.00 |
| 14-Jan-11 | COMPLETED LBHI STATUS REPORT | JLR | 0.40 | 120.00 |
| 18-Jan-11 | PREPARE PRO HAC VICE MOTION JENNIFER RUBIN | H K | 0.65 | 159.25 |
| 19-Jan-11 | ANALYZE CONFIRMATION RE: SECOND SESSION MEDIATION. PREPARE AND FORWARD EMAIL TO COUNSEL ADVISING MEDIATION IS SCHEDULED FOR 1-28-11 BEGINNING AT 9 AM PT. | KLE | 0.20 | 28.00 |
| 19-Jan-11 | COMMUNICATIONS WITH BONDCORP'S COUNSEL RE UPCOMING MEDIATIONS, FINANCIALS, AND DISCOVERY | JDB | 0.30 | 111.00 |
| 21-Jan-11 | PREPARE PRODUCTION DOCUMENTS FOR UPCOMING MEDIATION SESSION. | KLE | 2.10 | 294.00 |
| 25-Jan-11 | FINALIZE APPLICATION FOR NON-RESIDENT ATTORNEY TO APPEAR IN SPECIFIC CASE AND ORDER THEREON. | KLE | 0.40 | 56.00 |
| 25-Jan-11 | PREPARE CERTIFICATE OF SERVICE. | KLE | 0.30 | 42.00 |
| 26-Jan-11 | PREPARE AND FORWARD INSTRUCTIONAL MEMORANDUM/ ORDER TO FIRST LEGAL SUPPORT SERVICES RE: DELIVERY OF APPLICATION FOR NON-RESIDENT ATTORNEY TO APPEAR IN SPECIFIC CASE, ORDER THEREON AND CERTIFICATE OF SERVICE TO JUDICIAL CHAMBERS PER LOCAL RULES. | KLE | 0.20 | 28.00 |
| 26-Jan-11 | REVIEW DOCUMENTS TO BE PRODUCED TO BONDCORP; REDACT DOCUMENTS TO BE PRODUCED | JDB | 2.10 | 777.00 |
| 26-Jan-11 | PREPARED DECLARATION OF JOSEPH FISCHELLA FOR MOTION FOR SUMMARY JUDGMENT. | JLR | 1.20 | 360.00 |
| 26-Jan-11 | TELEPHONE CALL W/ VENDOR TO PREPARE BATE STAMPED COPIES OF DOCUMENTS FOR USE IN SETTLEMENT CONFERENCE. | KLE | 0.30 | 42.00 |

Akerman Senterfitt                                                                                    Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | Invoice Number | 8571131 |

| 27-Jan-11 | FINALIZE ADDITIONAL DISCOVERY RESPONSES. SERVE THE SAME ON OPPOSING COUNSEL. | KLE | 0.60 | 84.00 |
| 28-Jan-11 | COMMUNICATION WITH J. FISCHELLA RE: DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT. | JLR | 0.30 | 90.00 |
| 28-Jan-11 | PREPARE FOR MEDIATION AND ATTEND MEDIATION VIA TELEPHONE | JDB | 0.00 | 0.00 |
| 28-Jan-11 | ANALYZE COURT ORDER GRANTING NON-RESIDENT ATTORNEY'S APPLICATION FOR APPEARANCE IN SPECIFIC CASE. | KLE | 0.20 | 28.00 |
| 28-Jan-11 | PREPARE FOR TRAVEL TO AND ATTEND MEDIATION | I H | 7.50 | 2,850.00 |
| 31-Jan-11 | REVISED FISCHELLA DECLARATION. | JLR | 0.30 | 90.00 |
| | **Subtotal for Code 4000** | | **17.25** | **5,233.25** |

Services.................................................................................................$5,233.25

**LESS AGREED UPON 10% FEE DISCOUNT**                                      (523.33)

**Total Services** ................................................................................$4,709.92

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 19-Jan-11 | DUPLICATING | 0.20 | |
| 19-Jan-11 | DUPLICATING | 0.60 | |
| 21-Jan-11 | DUPLICATING | 0.80 | |
| 29-Jan-11 | DUPLICATING - IKON OFFICE SOLUTIONS ; 2,160 PRINTS: B&W COPIES 8.5X11 AND LABELING: ELECTRONIC/BATES. KE-4162 | 322.41 | |
| Total for DUPLICATING | | | 324.01 |
| 6-Jan-11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; SERVICES ON 11/19/10, CALLER K. ELLIOTT. LEHMAN V. BONDCORP. KE-4162 | 35.00 | |
| 25-Jan-11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; SERVICES ON 12/22/10, CALLER E. STREIB. LBHI V. BONDCORP. JB-4163 | 25.90 | |

Akerman Senterfitt                                                                                        Page 5

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | Invoice Number | 8571131 |

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| | Total for DELIVERY SERVICE | | 60.90 |
| | | | |
| 19-Jan-11 | Reversal from Void Check Number: 1626 Bank ID: 1045 Voucher ID: 1067575 Vendor: CLERK U.S. DISTRICT COURT | (275.00) | |
| 19-Jan-11 | FILING FEES - CLERK U.S. DISTRICT COURT CLERK U.S. DISTRICT COURT PRO HAC VICE APPEARANCE FEE AS PER HOWARD KOGAN AS (3332) | 275.00 | |
| | Total for FILING FEES | | 0.00 |
| | | | |
| 19-Jan-11 | CERTIFICATE OF GOOD STANDING - CLERK U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK CLERK U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK FEE CERTIFICATE OF GOOD STANDING AS PER HOWARD KOGAN (3332) | 25.00 | |
| 19-Jan-11 | Reversal from Void Check Number: 1625 Bank ID: 1045 Voucher ID: 1067528 Vendor: CLERK U.S. DISTRICT COURT - SOUTHERN DIS | (25.00) | |
| | Total for CERTIFICATE OF GOOD STANDING | | 0.00 |

**Total Disbursements** ...................................................................................................................**$384.91**

Akerman Senterfitt                                                                  Page 6

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | Invoice Number | 8571131 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| H K | H. KOGAN | 0.65 | 159.25 |
| I H | I. HAYAT | 7.50 | 2,850.00 |
| JDB | J. D. BALSER | 2.60 | 962.00 |
| JLR | J. L. RUBIN | 2.20 | 660.00 |
| KLE | K. L. ELLIOTT | 4.30 | 602.00 |
| | Total | 17.25 | $5,233.25 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date      February 28, 2011
Invoice No.              8571132

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **CALIFORNIA FINANCIAL GROUP (PROJECT HARVEST)**
Matter Number:   **0225240**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $290.00 |
| LESS COURTESY DISCOUNT | (29.00) |
| TOTAL SERVICES | $261.00 |
| Disbursements | $28.93 |
| **TOTAL THIS INVOICE** | **$289.93** |

*To ensure proper credit to the above account, please indicate invoice no. 8571132*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | February 28, 2011 |
| Invoice No. | 8571132 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **CALIFORNIA FINANCIAL GROUP (PROJECT HARVEST)**
Matter Number:  **0225240**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $290.00 |
| LESS COURTESY DISCOUNT | (29.00) |
| TOTAL SERVICES | $261.00 |
| Disbursements | $28.93 |
| **TOTAL THIS INVOICE** | **$289.93** |

*To ensure proper credit to the above account, please indicate invoice no. 8571132*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                      Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0225240 | CALIFORNIA FINANCIAL GROUP (PROJECT HARVEST) | Invoice Number | 8571132 |

**Task Code:       4000**

| Date | Description | | | |
|---|---|---|---|---|
| 14-Jan-11 | COMPLETED LBHI STATUS REPORT | JLR | 0.30 | 90.00 |
| 24-Jan-11 | RE-ANALYZE COURT'S ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER RE: DEADLINE FOR FILING DISPOSITIVE MOTIONS. | KLE | 0.40 | 56.00 |
| 24-Jan-11 | RESEARCH FEDERAL RULES OF CIVIL PROCEDURES RE: THE SAME. | KLE | 0.40 | 56.00 |
| 25-Jan-11 | PARTICIPATED IN PROJECT HARVEST STATUS CALL. | JLR | 0.20 | 60.00 |
| 26-Jan-11 | ADDRESS ISSUE RE DISPOSITIVE MOTION DEADLINE. | KLE | 0.20 | 28.00 |
| | **Subtotal for Code 4000** | | **1.50** | **290.00** |

Services..................................................................................................$290.00

**LESS COURTESY DISCOUNT**                                                          **(29.00)**

**Total Services** ...............................................................................**$261.00**

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 7-Jan-11 | DUPLICATING | 0.40 | |
| 21-Jan-11 | DUPLICATING | 3.20 | |
| Total for DUPLICATING | | | 3.60 |
| 14-Jan-11 | FEDERAL EXPRESS Airbill: 796635319540 per 3911 Invoice No: 735951148 Ship Dt: 01/07/11 | 18.72 | |
| 28-Jan-11 | FEDERAL EXPRESS Airbill: 794345952400 per 3911 Invoice No: 737533067 Ship Dt: 01/21/11 | 6.61 | |
| Total for FEDERAL EXPRESS | | | 25.33 |

**Total Disbursements** ....................................................................**$28.93**

Akerman Senterfitt

054539    LEHMAN BROTHERS HOLDINGS, INC.
0225240   CALIFORNIA FINANCIAL GROUP (PROJECT
          HARVEST)

As of
Invoice Number

January 31, 2011
8571132

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JLR | J. L. RUBIN | 0.50 | 150.00 |
| KLE | K. L. ELLIOTT | 1.00 | 140.00 |
| | Total | 1.50 | $290.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date       February 28, 2011
Invoice No.        8571134

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:      **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:      **DIRECT MORTGAGE CORPORATION**
                  **(PROJECT HARVEST)**
Matter Number:   **0225242**                    Claim No: **XXXXX Task**
                                                **Code 4000**

---

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $9,465.00 |
| LESS COURTESY DISCOUNT | (946.50) |
| TOTAL SERVICES | $8,518.50 |
| Disbursements | $125.79 |
| **TOTAL THIS INVOICE** | **$8,644.29** |

*To ensure proper credit to the above account, please indicate invoice no. 8571134*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | February 28, 2011 |
| Invoice No. | 8571134 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **DIRECT MORTGAGE CORPORATION
(PROJECT HARVEST)**
Matter Number:  **0225242**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $9,465.00 |
| LESS COURTESY DISCOUNT | (946.50) |
| TOTAL SERVICES | $8,518.50 |
| Disbursements | $125.79 |
| **TOTAL THIS INVOICE** | **$8,644.29** |

*To ensure proper credit to the above account, please indicate invoice no. 8571134*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
|---|---|---|---|
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | Invoice Number | 8571134 |

**Task Code:   4000**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 4-Jan-11 | DRAFTED CORRESPONDENCE BALSER DECLARATION IN SUPPORT OF STIPULATION TO AMEND THE SCHEDULING ORDER | JLR | 0.40 | 120.00 |
| 4-Jan-11 | ANALYZE MOTION FOR SUMMARY JUDGMENT FILED BY LEHMAN BROTHERS BANK. | KLE | 0.30 | 42.00 |
| 4-Jan-11 | PREPARE DECLARATION OF J. BALSER IN SUPPORT OF STIPULATION TO AMEND SCHEDULING ORDER. | KLE | 1.10 | 154.00 |
| 4-Jan-11 | PREPARE INSTRUCTIONAL MEMORANDUM TO FIRST LEGAL SUPPORT SERVICES RE: DELIVERY OF DECLARATION TO US DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA PER LOCAL RULES. | KLE | 0.40 | 56.00 |
| 4-Jan-11 | REVISE AND FINALIZE DECLARATION OF J. BALSER IN SUPPORT OF STIPULATION TO AMEND SCHEDULING ORDER. | KLE | 0.90 | 126.00 |
| 14-Jan-11 | COMPLETED LBHI STATUS REPORT | JLR | 0.20 | 60.00 |
| 18-Jan-11 | DRAFTED SETTLEMENT DEMAND LETTER TO DIRECT MORTGAGE. | JLR | 0.60 | 180.00 |
| 19-Jan-11 | REVIEW, FORMAT AND PROOF SETTLEMENT CONFERENCE STATEMENT AND JOINT DISCOVERY PLAN TO UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES. | E S | 0.30 | 28.50 |
| 19-Jan-11 | DRAFTED SETTLEMENT CONFERENCE STATEMENT TO COURT. | JLR | 3.00 | 900.00 |
| 19-Jan-11 | DRAFTED CONFIDENTIAL ADDENDUM TO SETTLEMENT STATEMENT PER COURT'S REQUEST. | JLR | 1.00 | 300.00 |
| 19-Jan-11 | REVIEW AND REVISE SETTLEMENT CONFERENCE STATEMENT AND ADDENDUM FOR JUDGE'S EYES ONLY | JDB | 0.40 | 148.00 |
| 20-Jan-11 | REVIEWED/PRODUCED DOCUMENT TO CFG. | JLR | 3.00 | 900.00 |
| 20-Jan-11 | PREPARE FOR AND PARTICIPATE IN SETTLEMENT CONFERENCE CALL WITH JUDGE AND COUNSEL | DMS | 1.00 | 395.00 |

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | Invoice Number | 8571134 |

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 21-Jan-11 | PREPARE FOR AND ATTEND TELECONFERENCE WITH MAGISTRATE BLOCK TO DISCUSS MANDATORY SETTLEMENT CONFERENCE | JDB | 0.50 | 185.00 |
| 21-Jan-11 | PREPARE FOR AND ATTEND SPECIAL CONFERENCE ORDERED BY MAGISTRATE | DMS | 0.80 | 316.00 |
| 21-Jan-11 | REVIEW OF DAMAGE CALCULATIONS FROM INITIAL DISCLOSURES AND SETTLEMENT DEMAND; TELEPHONE CONFERENCE WITH J. BAKER RE OBTAINING UPDATED DAMAGE FIGURES | JDB | 0.70 | 259.00 |
| 21-Jan-11 | TELEPHONE JUDGE BLOCK'S CLERK TO CONFIRM COUNSEL'S AVAILABILITY FOR TELEPHONIC CONFERENCE WITH JUDGE BLOCK | KLE | 0.30 | 42.00 |
| 24-Jan-11 | SETTLEMENT CONFERENCE STATEMENT TO JUDGE BLOCK DUE TO EXCESSIVE PAGE LENGTH. | KLE | 0.60 | 84.00 |
| 24-Jan-11 | ANALYZE DISCOVERY REQUESTS OF THIRD PARTY DEFENDANT AURORA BANK FSB TO DIRECT MORTGAGE AND DIRECT MORTGAGE'S RESPONSES THERETO. | KLE | 0.50 | 70.00 |
| 24-Jan-11 | REVISE CONFIDENTIAL ADDENDUM PER COURT'S ORDER AND COMMUNICATE WITH CLIENT RE SETTLEMENT STRATEGY | JDB | 0.70 | 259.00 |
| 24-Jan-11 | REVISED CONFIDENTIAL ADDENDUM TO SETTLEMENT STATEMENT AND DEMAND LETTER. | JLR | 0.00 | 0.00 |
| 24-Jan-11 | FINALIZE EXHIBITS TO SETTLEMENT CONFERENCE STATEMENT. | KLE | 0.80 | 112.00 |
| 25-Jan-11 | PREPARE FOR MANDATORY SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE | DMS | 2.00 | 790.00 |
| 25-Jan-11 | PARTICIPATED IN PROJECT HARVEST STATUS CALL. | JLR | 0.10 | 30.00 |
| 26-Jan-11 | PREPARE FOR AND ATTEND MANDATORY SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE | DMS | 8.00 | 3,160.00 |
| 31-Jan-11 | RESEARCH AND RETRIEVE BACKGROUND REPORTS AND SECRETARY OF STATE INFORMATION ON CONCEPT DESIGN, INC. | S M | 0.30 | 28.50 |

Akerman Senterfitt                                                                                     Page 5

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | January 31, 2011<br>8571134 |
|---|---|---|---|

| 31-Jan-11 | DRAFTED SUBPOENA AND NOTICE OF SUBPOENA TO CORPORATE DESIGNS TO PROVE UP RODARTE BREACH. | JLR | 1.20 | 360.00 |
|---|---|---|---|---|
| 31-Jan-11 | DRAFTED SUBPOENA TO TEXAS GAMBLING HALL AND CASINO TO PROVE UP LIABILITY ON RODARTE BREACH. | JLR | 1.20 | 360.00 |

**Subtotal for Code 4000**   **30.30**   **9,465.00**

Services.................................................................................................$9,465.00

**LESS COURTESY DISCOUNT**                                                      (946.50)

**Total Services** ...........................................................................**$8,518.50**

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 4-Jan-11 | POSTAGE - DENVER | 1.83 | |
| Total for POSTAGE | | | 1.83 |
| | | | |
| 24-Jan-11 | DUPLICATING | 0.40 | |
| 25-Jan-11 | DUPLICATING | 2.00 | |
| Total for DUPLICATING | | | 2.40 |
| | | | |
| 7-Jan-11 | FEDERAL EXPRESS Airbill: 794286967627 per 4162 Invoice No: 735190014 Ship Dt: 01/04/11 | 6.73 | |
| 28-Jan-11 | FEDERAL EXPRESS Airbill: 794355301300 per 3911 Invoice No: 737533067 Ship Dt: 01/25/11 | 6.61 | |
| 28-Jan-11 | FEDERAL EXPRESS Airbill: 794355313083 per 3911 Invoice No: 737533067 Ship Dt: 01/25/11 | 6.61 | |
| 28-Jan-11 | FEDERAL EXPRESS Airbill: 796692079794 per 3911 Invoice No: 737533067 Ship Dt: 01/25/11 | 6.61 | |
| Total for FEDERAL EXPRESS | | | 26.56 |

Akerman Senterfitt                                                                          Page 6

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | Invoice Number | 8571134 |

| <u>Date</u> | <u>Disbursements</u> | | <u>Value</u> |
|---|---|---|---|
| 5-Jan-11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; SERVICES ON 12/1/10, CALLER K. ELLIOTT. LEHMAN V. DIRECT. KE-4162 | 35.00 | |
| 25-Jan-11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; SERVICES ON 12/22/10, CALLER E. STREIB. LBHI V. DIRECT MORTGAGE. JB-4163 | 25.00 | |
| 31-Jan-11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; SERVICES ON 1/5/11, CALLER K. ELLIOTT. LEHMAN V. DIRECT. JB-4163 | 35.00 | |
| Total for DELIVERY SERVICE | | | 95.00 |

**Total Disbursements** ................................................................................................$125.79

Akerman Senterfitt                                                                 Page 7

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of            January 31, 2011
0225242     DIRECT MORTGAGE CORPORATION (PROJECT    Invoice Number          8571134
            HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| DMS | D. M. SCOTTEN | 11.80 | 4,661.00 |
| E S | E. STREIBLE | 0.30 | 28.50 |
| JDB | J. D. BALSER | 2.30 | 851.00 |
| JLR | J. L. RUBIN | 10.70 | 3,210.00 |
| KLE | K. L. ELLIOTT | 4.90 | 686.00 |
| S M | S. MCEVOY | 0.30 | 28.50 |
| | Total | 30.30 | $9,465.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | February 28, 2011 |
| Invoice No. | 8571136 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **KEY FINANCIAL CORPORATION (PROJECT HARVEST)**
Matter Number:  **0225255**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $4,416.45 |
| LESS COURTESY DISCOUNT | (441.65) |
| TOTAL SERVICES | $3,974.80 |
| Disbursements | $22.86 |
| **TOTAL THIS INVOICE** | **$3,997.66** |

*To ensure proper credit to the above account, please indicate invoice no. 8571136*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|                | |
|----------------|-------------------|
| Invoice Date   | February 28, 2011 |
| Invoice No.    | 8571136           |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|--|--|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **KEY FINANCIAL CORPORATION (PROJECT HARVEST)** |
| Matter Number: | **0225255** |

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---:|
| Services | $4,416.45 |
| LESS COURTESY DISCOUNT | (441.65) |
| TOTAL SERVICES | $3,974.80 |
| Disbursements | $22.86 |
| **TOTAL THIS INVOICE** | **$3,997.66** |

*To ensure proper credit to the above account, please indicate invoice no. 8571136*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                          Page 3

054539        LEHMAN BROTHERS HOLDINGS, INC.              As of                    January 31, 2011
0225255       KEY FINANCIAL CORPORATION (PROJECT         Invoice Number                   8571136
              HARVEST)

**Task Code:**   **4000**

| | | | | |
|---|---|---|---|---|
| 4-Jan-11 | REVIEWED COURT ORDER RE: FILING REPLY. | JLR | 0.10 | 30.00 |
| 13-Jan-11 | RESEARCHED CASE LAW RE: BUSINESS RECORDS EXCEPTION RE: REPLY MOTION. | JLR | 1.00 | 300.00 |
| 13-Jan-11 | RESEARCHED FEDERAL RULE 901 CASE LAW AS IT RELATES TO LBHI'S REPLY. | JLR | 1.30 | 390.00 |
| 14-Jan-11 | COMPLETED LBHI STATUS REPORT | JLR | 0.40 | 120.00 |
| 17-Jan-11 | DRAFTED REPLY IN SUPPORT OF LBHI'S MOTION FOR SUMMARY JUDGMENT. | JLR | 6.00 | 1,800.00 |
| 18-Jan-11 | RESEARCHED WHETHER THE ASSIGNMENT AGREEMENT AND DEMAND LETTER FALL UNDER 801 (C) | JLR | 1.30 | 390.00 |
| 18-Jan-11 | EXPANDED DEVELOPMENT OF REPLY | JLR | 3.00 | 900.00 |
| 18-Jan-11 | DRAFTED BALSER DECLARATION IN SUPPORT OF REPLY | JLR | 0.20 | 60.00 |
| 18-Jan-11 | REVIEW REPLY TO OPPOSITION TO SUMMARY JUDGMENT FILED BY KEY FINANCIAL AND REVIEW SUPPORTING DECLARATION | JDB | 0.80 | 296.00 |
| 18-Jan-11 | FINALIZE REPLY AND DECL. | H K | 0.41 | 100.45 |
| 25-Jan-11 | PARTICIPATED IN PROJECT HARVEST STATUS CALL. | JLR | 0.10 | 30.00 |
| | **Subtotal for Code 4000** | | **14.61** | **4,416.45** |

Services.................................................................................................................$4,416.45

**LESS COURTESY DISCOUNT**                                                                        (441.65)

**Total Services** ........................................................................................**$3,974.80**

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 19-Jan-11 | DUPLICATING | 8.20 |
| 19-Jan-11 | DUPLICATING | 6.40 |
| 19-Jan-11 | DUPLICATING | 1.20 |

Akerman Senterfitt                                                                    Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.              As of            January 31, 2011
0225255       KEY FINANCIAL CORPORATION (PROJECT         Invoice Number        8571136
              HARVEST)

| Date | Disbursements | | Value |
|------|---------------|---|------|
| | Total for DUPLICATING | | 15.80 |
| | | | |
| 28-Jan-11 | FEDERAL EXPRESS Airbill: 796672288472 per 3910 Invoice No: 737533067 Ship Dt: 01/19/11 | 7.06 | |
| | Total for FEDERAL EXPRESS | | 7.06 |

**Total Disbursements** ...................................................................................................$22.86

Akerman Senterfitt                                                    Page 5

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0225255 | KEY FINANCIAL CORPORATION (PROJECT HARVEST) | Invoice Number | 8571136 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| H K | H. KOGAN | 0.41 | 100.45 |
| JDB | J. D. BALSER | 0.80 | 296.00 |
| JLR | J. L. RUBIN | 13.40 | 4,020.00 |
| | Total | 14.61 | $4,416.45 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | February 28, 2011 |
| Invoice No. | 8571137 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **MORTGAGE PARTNERS, INC. (PROJECT HARVEST)** |
| Matter Number: | **0225260** |

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $409.00 |
| LESS COURTESY DISCOUNT | (40.90) |
| TOTAL SERVICES | $368.10 |
| Disbursements | $32.15 |
| **TOTAL THIS INVOICE** | **$400.25** |

*To ensure proper credit to the above account, please indicate invoice no. 8571137*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date  February 28, 2011
Invoice No.    8571137

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **MORTGAGE PARTNERS, INC. (PROJECT HARVEST)**
Matter Number: **0225260**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $409.00 |
| LESS COURTESY DISCOUNT | (40.90) |
| TOTAL SERVICES | $368.10 |
| Disbursements | $32.15 |
| **TOTAL THIS INVOICE** | **$400.25** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8571137.*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0225260 | MORTGAGE PARTNERS, INC. (PROJECT HARVEST) | Invoice Number | 8571137 |

**Task Code:** **4000**

| 4-Jan-11 | REVISED SETTLEMENT AGREEMENT AND EMAIL TO CLIENT RE: MP'S CHANGES. | JLR | 0.30 | 90.00 |
| 6-Jan-11 | FOLLOW-UP COMMUNICATION WITH CLIENT RE: ESCROW AGREEMENT AND SETTLEMENT AGREEMENT. | JLR | 0.10 | 30.00 |
| 14-Jan-11 | COMPLETED LBHI STATUS REPORT | JLR | 0.10 | 30.00 |
| 25-Jan-11 | PREPARE FOR AND ATTEND CONFERENCE CALL WITH MAGISTRATE PORTER TO UPDATE HER ON SETTLEMENT STATUS | JDB | 0.70 | 259.00 |

|  | **Subtotal for Code 4000** | | **1.20** | **409.00** |

Services.................................................................................................$409.00

**LESS COURTESY DISCOUNT**                                                (40.90)

**Total Services** ......................................................................$368.10

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 25-Jan-11 | OTHER TRAVEL EXPENSES - XYZ TWO WAY RADIO SERVICES, INC. ; CAR SERVICE ON 12/14/10 FOR J. RUBIN TO 156 10 AVE. SAL-3060 | 32.15 | |
| Total for OTHER TRAVEL EXPENSES | | | 32.15 |

**Total Disbursements** ..............................................................$32.15

Akerman Senterfitt                                                          Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0225260 | MORTGAGE PARTNERS, INC. (PROJECT HARVEST) | Invoice Number | 8571137 |

| Initial | Name | | Hours | Amount |
|---------|------|---|-------|--------|
| JDB | J. D. BALSER | | 0.70 | 259.00 |
| JLR | J. L. RUBIN | | 0.50 | 150.00 |
| | | Total | 1.20 | $409.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     February 28, 2011
Invoice No.         8571139

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **U.S. MORTGAGE CORP. (PROJECT HARVEST)**
Matter Number:    **0225266**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $852.00 |
| LESS COURTESY DISCOUNT | (85.20) |
| TOTAL SERVICES | $766.80 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$766.80** |

*To ensure proper credit to the above account, please indicate invoice no. 8571139*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | February 28, 2011 |
| Invoice No. | 8571139 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **U.S. MORTGAGE CORP. (PROJECT HARVEST)**
Matter Number:  **0225266**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $852.00 |
| LESS COURTESY DISCOUNT | (85.20) |
| TOTAL SERVICES | $766.80 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$766.80** |

*To ensure proper credit to the above account, please indicate invoice no. 8571139*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt

Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0225266 | U.S. MORTGAGE CORP. (PROJECT HARVEST) | Invoice Number | 8571139 |

**Task Code:**   **4000**

| 5-Jan-11 | REVIEW AND ANALYZE BANKRUPTCY DOCKET RE: LIQUIDATING TRUST STATUS FOR ANY CREDITOR DISTRIBUTION ; TELEPHONE CONFERENCE WITH TRUSTEE RE: SAME ; TELEPHONE CONFERENCE WITH DEBTOR'S COUNSEL TO CONFIRM SAME | KNC | 0.80 | 568.00 |
| 20-Jan-11 | PSB/WOODCRAFT-CORRESPONDENCE WITH MRS. GITLIN RE: UPDATED STATUS REPORT CONCERNING DEADLINE FOR DEBTOR ; TELEPHONE CONFERENCE WITH MR. KUN RE: SAME | KNC | 0.40 | 284.00 |

| **Subtotal for Code 4000** | **1.20** | **852.00** |

Services..................................................................................................$852.00

**LESS COURTESY DISCOUNT**                                (85.20)

**Total Services** .......................................................................................$766.80

Akerman Senterfitt                                                                                    Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.            As of              January 31, 2011
0225266       U.S. MORTGAGE CORP. (PROJECT HARVEST)     Invoice Number              8571139

| Initial | Name | | Hours | Amount |
|---------|------|---|-------|--------|
| KNC | K. N. COSTA | | 1.20 | 852.00 |
| | | Total | 1.20 | $852.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

|  |  |
|---|---|
| Invoice Date | February 28, 2011 |
| Invoice No. | 8571474 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **1ST ADVANTAGE MORTGAGE**
Matter Number:   **0237769**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through January 31, 2011 as summarized below:*

|  |  |
|---|---|
| Services | $1,650.00 |
| LESS COURTESY DISCOUNT | (165.00) |
| TOTAL SERVICES | $1,485.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,485.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8571474*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | February 28, 2011 |
| Invoice No. | 8571474 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **1ST ADVANTAGE MORTGAGE**
Matter Number:  **0237769**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,650.00 |
| LESS COURTESY DISCOUNT | (165.00) |
| TOTAL SERVICES | $1,485.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,485.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8571474*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                                          Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0237769 | 1ST ADVANTAGE MORTGAGE | Invoice Number | 8571474 |

**Task Code:**     **4000**

| 11-Jan-11 | TRAVEL TO IL FOR SETTLEMENT CONFERENCE. | JLR | 0.00 | 0.00 |
| 12-Jan-11 | ATTENDED SETTLEMENT CONFERENCE. | JLR | 5.00 | 1,500.00 |
| 12-Jan-11 | TRAVEL FROM IL TO NYC AFTER SETTLEMENT CONFERENCE | JLR | 0.00 | 0.00 |
| 14-Jan-11 | COMPLETED LBHI STATUS REPORT | JLR | 0.40 | 120.00 |
| 25-Jan-11 | PARTICIPATED IN PROJECT HARVEST STATUS CALL. | JLR | 0.10 | 30.00 |

|  | **Subtotal for Code 4000** |  | **5.50** | **1,650.00** |

Services..........................................................................................................$1,650.00

**LESS COURTESY DISCOUNT**                                                      **(165.00)**

**Total Services** .......................................................................................**$1,485.00**

Akerman Senterfitt                                                                                    Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.          As of                January 31, 2011
0237769       1ST ADVANTAGE MORTGAGE                  Invoice Number              8571474

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JLR | J. L. RUBIN | 5.50 | 1,650.00 |
| | Total | 5.50 | $1,650.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | February 28, 2011 |
| Invoice No. | 8571140 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **JERSEY MORTGAGE (PROJECT HARVEST)**
Matter Number:   **0237158**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $34.50 |
| LESS COURTESY DISCOUNT | (3.45) |
| TOTAL SERVICES | $31.05 |
| Disbursements | $73.01 |
| **TOTAL THIS INVOICE** | **$104.06** |

*To ensure proper credit to the above account, please indicate invoice no. 8571140*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | February 28, 2011 |
| Invoice No. | 8571140 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **JERSEY MORTGAGE (PROJECT HARVEST)**
Matter Number:   **0237158**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $34.50 |
| LESS COURTESY DISCOUNT | (3.45) |
| TOTAL SERVICES | $31.05 |
| Disbursements | $73.01 |
| **TOTAL THIS INVOICE** | **$104.06** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8571140*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                              Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0237158 | JERSEY MORTGAGE (PROJECT HARVEST) | Invoice Number | 8571140 |

**Task Code:**   **4000**

| 26-Jan-11 | DRAFT STIPULATION OF DISCONTINUANCE | EPF | 0.10 | 34.50 |
| | **Subtotal for Code 4000** | | **0.10** | **34.50** |

Services.................................................................................................$34.50

**LESS COURTESY DISCOUNT**                                                      **(3.45)**

**Total Services** ..........................................................................$31.05

| **Date** | **Disbursements** | **Value** |
| --- | --- | --- |
| 20-Jan-11 | DUPLICATING | 1.40 | |
| 20-Jan-11 | DUPLICATING | 13.40 | |
| 21-Jan-11 | DUPLICATING | 0.60 | |
| 21-Jan-11 | DUPLICATING | 49.80 | |
| 21-Jan-11 | DUPLICATING | 1.20 | |
| Total for DUPLICATING | | | 66.40 |
| 28-Jan-11 | FEDERAL EXPRESS Airbill: 796674966470 per 3911 Invoice No: 737533067 Ship Dt: 01/20/11 | 6.61 | |
| Total for FEDERAL EXPRESS | | | 6.61 |

**Total Disbursements** ...........................................................................$73.01

Akerman Senterfitt                                                          Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.           As of              January 31, 2011
0237158     JERSEY MORTGAGE (PROJECT HARVEST)        Invoice Number           8571140

| Initial | Name | | Hours | Amount |
|---------|------|--|-------|--------|
| EPF | E. P. FUDIM | | 0.10 | 34.50 |
| | | Total | 0.10 | $34.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|  |  |
|---|---|
| Invoice Date | February 28, 2011 |
| Invoice No. | 8571141 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **IMORTGAGE.COM** |
| Matter Number: | **0242661** |

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $228.00 |
| LESS COURTESY DISCOUNT | (22.80) |
| TOTAL SERVICES | $205.20 |
| Disbursements | $299.97 |
| **TOTAL THIS INVOICE** | **$505.17** |

*To ensure proper credit to the above account, please indicate invoice no. 8571141*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
|--------|-------------------------------|-------|------------------|
| 0242661 | IMORTGAGE.COM | Invoice Number | 8571141 |

**Task Code:**    **4000**

| Date | Description | | Hours | Value |
|------|-------------|---|-------|-------|
| 27-Jan-11 | FINALIZE SUMMONS, COMPLAINT AND CIVIL COVER SHEET. | E S | 0.30 | 28.50 |
| 27-Jan-11 | REVIEW MARICOPA COUNTY LOCAL RULES REGARDING NEW CIVIL CASE FILINGS | E S | 0.60 | 57.00 |
| 27-Jan-11 | REVIEW, EDIT AND PROOF DRAFT COMPLAINT AS TO MARICOPA COUNTY LOCAL RULES. | E S | 1.00 | 95.00 |
| 27-Jan-11 | DRAFT SUMMONS AND CIVIL CASE COVER SHEET. | E S | 0.50 | 47.50 |
| | **Subtotal for Code 4000** | | **2.40** | **228.00** |

Services.................................................................................................$228.00

**LESS COURTESY DISCOUNT**                                             (22.80)

**Total Services** ................................................................................$205.20

| **Date** | **Disbursements** | **Value** |
|----------|-------------------|-----------|
| 27-Jan-11 | DUPLICATING | 3.20 |
| 31-Jan-11 | DUPLICATING | 0.20 |
| 31-Jan-11 | DUPLICATING | 0.60 |
| Total for DUPLICATING | | 4.00 |
| 21-Jan-11 | FEDERAL EXPRESS Airbill: 796649728726 per 4210 Invoice No: 736728237 Ship Dt: 01/12/11 | 6.61 |
| 28-Jan-11 | FEDERAL EXPRESS Airbill: 794338423430 per 4210 Invoice No: 737512426 Ship Dt: 01/20/11 | 6.61 |
| Total for FEDERAL EXPRESS | | 13.22 |
| 31-Jan-11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; SERVICES ON 1/12/11, CALLER E. STREIB. LBHI V. IMORTGAGE. JB-4163 | 282.75 |
| Total for DELIVERY SERVICE | | 282.75 |

**Total Disbursements** ................................................................$299.97

Akerman Senterfitt                                                                    Page 4

054539     LEHMAN BROTHERS HOLDINGS, INC.            As of              January 31, 2011
0242661    IMORTGAGE.COM                             Invoice Number              8571141

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| E S | E. STREIBLE | 2.40 | 228.00 |
| | Total | 2.40 | $228.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | February 28, 2011 |
| Invoice No. | 8571142 |

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **PRUDENCE WALTZ**
Matter Number:  **0243662**

Claim No: **XXXXX Task**
**Code 4000**

---

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $307.00 |
| LESS COURTESY DISCOUNT | (30.70) |
| TOTAL SERVICES | $276.30 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$276.30** |

*To ensure proper credit to the above account, please indicate invoice no. 8571142*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | February 28, 2011 |
| Invoice No. | 8571142 |

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **PRUDENCE WALTZ**
Matter Number:  **0243662**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through January 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $307.00 |
| LESS COURTESY DISCOUNT | (30.70) |
| TOTAL SERVICES | $276.30 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$276.30** |

*To ensure proper credit to the above account, please indicate invoice no. 8571142*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | January 31, 2011 |
| 0243662 | PRUDENCE WALTZ | Invoice Number | 8571142 |

**Task Code:**     **4000**

| 2-Jan-11 | ANALYSIS OF RULING FROM EX PARTE APPLICATION TO SET TRIAL DATE AND CONSIDER WHETHER TO APPEAR AT JANUARY HEARING | JDB | 0.30 | 111.00 |
| 24-Jan-11 | ANALYZE NOTICE OF TRIAL SETTING. ADDRESS ISSUES RE SAME | KLE | 1.40 | 196.00 |
| | **Subtotal for Code 4000** | | **1.70** | **307.00** |

Services...............................................................................................................$307.00

**LESS COURTESY DISCOUNT**                                                     (30.70)

**Total Services** ...........................................................................................**$276.30**

Akerman Senterfitt                                                      Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.        As of              January 31, 2011
0243662     PRUDENCE WALTZ                        Invoice Number            8571142

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.30 | 111.00 |
| KLE | K. L. ELLIOTT | 1.40 | 196.00 |
| | Total | 1.70 | $307.00 |