# March 2011



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587139 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **SOUTHEAST FUNDING ALLIANCE**
Matter Number:  **0211891**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,687.00 |
| LESS COURTESY DISCOUNT | (168.70) |
| TOTAL SERVICES | $1,518.30 |
| Disbursements | $1,375.27 |
| **TOTAL THIS INVOICE** | **$2,893.57** |

*To ensure proper credit to the above account, please indicate invoice no. 8587139*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date          April 29, 2011
Invoice No.                8587139

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **SOUTHEAST FUNDING ALLIANCE**
Matter Number: **0211891**                    Claim No: **XXXXX Task Code 4000**

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,687.00 |
| LESS COURTESY DISCOUNT | (168.70) |
| TOTAL SERVICES | $1,518.30 |
| Disbursements | $1,375.27 |
| **TOTAL THIS INVOICE** | **$2,893.57** |

*To ensure proper credit to the above account, please indicate invoice no. 8587139*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
|---|---|---|---|
| 0211891 | SOUTHEAST FUNDING ALLIANCE | Invoice Number | 8587139 |

**Task Code:    4000**

| 1-Mar-11 | PARTICIPATE IN CONFERENCE CALL REGARDING CASE STATUS FOR MARCH 2011 | JDB | 0.20 | 74.00 |
|---|---|---|---|---|
| 2-Mar-11 | ORGANIZE DEPOSITION TRANSCRIPTS AND MISC. SUPPORTING DOCUMENTS USED DURING RECENT DEPOSITION SESSION. | KLE | 0.60 | 84.00 |
| 7-Mar-11 | PREPARED J. STAGNER SUBPOENA. | JLR | 0.80 | 240.00 |
| 7-Mar-11 | PREPARED HIGH TECH SUBPOENA. | JLR | 0.80 | 240.00 |
| 7-Mar-11 | RESEARCH TO LOCATE CURRENT ADDRESS OF JOSHUA STAGNER | LKF | 0.20 | 28.00 |
| 8-Mar-11 | CONFIRM DEPOSITION OF HIGH TECH AND STAGNER ON 3-31-11 AND 3-30-11 RESPECTIVELY. | KLE | 0.10 | 14.00 |
| 9-Mar-11 | PREPARED EXHIBIT A (DOCUMENT REQUESTS AND MATTERS FOR EXAMINATION) TO STAGNER SUBPOENA. | JLR | 0.80 | 240.00 |
| 9-Mar-11 | PREPARED EXHIBIT A TO HIGH TECH SUBPONEA (MATTERS FOR EXAMINATION) | JLR | 0.60 | 180.00 |
| 9-Mar-11 | PREARED NOTICE OF SUBPOENA TO V. JUNE RE: HIGH TECH AND STAGNER SUBPOENAS. | JLR | 0.10 | 30.00 |
| 9-Mar-11 | COORDINATED FILING OF STAGNER SUBPOENA. | JLR | 0.20 | 60.00 |
| 9-Mar-11 | COORDINATED FILING OF HIGH TECH SUBPOENA. | JLR | 0.20 | 60.00 |
| 14-Mar-11 | COORDINATE WITH PROCESS SERVER SERVICE OF STAGNER. | JLR | 0.10 | 30.00 |
| 30-Mar-11 | ANALYZE DOCUMENTS PRODUCED BY HIGH TECH INSTITUTION REGARDING STAGNER EMPLOYMENT RECORDS | JDB | 1.10 | 407.00 |
| | **Subtotal for Code 4000** | | **5.80** | **1,687.00** |

Services............................................................................................$1,687.00

**LESS COURTESY DISCOUNT**                                              (168.70)

**Total Services** ............................................................................$1,518.30

Akerman Senterfitt                                                                    Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
| 0211891 | SOUTHEAST FUNDING ALLIANCE | Invoice Number | 8587139 |

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 9-Mar-11 | POSTAGE | 1.22 | |
| Total for POSTAGE | | | 1.22 |
| | | | |
| 1-Mar-11 | DUPLICATING | 110.80 | |
| 9-Mar-11 | DUPLICATING | 0.40 | |
| Total for DUPLICATING | | | 111.20 |
| | | | |
| 25-Feb-11 | FEDERAL EXPRESS Airbill: 412141140427 per 0996 Invoice No: 740704364 Ship Dt: 02/16/11 | 27.76 | |
| 25-Feb-11 | FEDERAL EXPRESS Airbill: 412141140438 per 0996 Invoice No: 740704364 Ship Dt: 02/16/11 | 67.44 | |
| 4-Mar-11 | FEDERAL EXPRESS Airbill: 794480851184 per 4518 Invoice No: 741415317 Ship Dt: 03/01/11 | 22.21 | |
| 18-Mar-11 | FEDERAL EXPRESS Airbill: 794514462046 per 4518 Invoice No: 743004072 Ship Dt: 03/09/11 | 47.03 | |
| 18-Mar-11 | FEDERAL EXPRESS Airbill: 794514462208 per 4518 Invoice No: 743004072 Ship Dt: 03/09/11 | 27.89 | |
| 18-Mar-11 | FEDERAL EXPRESS Airbill: 794514462252 per 4518 Invoice No: 743004072 Ship Dt: 03/09/11 | 50.57 | |
| 18-Mar-11 | FEDERAL EXPRESS Airbill: 794514462311 per 4518 Invoice No: 743004072 Ship Dt: 03/09/11 | 50.57 | |
| Total for FEDERAL EXPRESS | | | 293.47 |
| | | | |
| 25-Mar-11 | SERVICE OF PROCESS - ATTORNEYS LEGAL SERVICES, INC ; SERVICE ON HIGH TECH INSTITUTE, INC. ON 3/10/11. LEHMAN BROS HOLDINGS/SOUTHEAST FUNDING ALLIANCE. JLR-3911 | 100.00 | |
| Total for SERVICE OF PROCESS | | | 100.00 |
| | | | |
| 7-Mar-11 | COURT REPORTER - FIRST CHOICE REPORTING SERVICES, INC. ; DEPOSITION TRANSCRIPT OF CHRISTOPHER T. CRAWFORD ON 2/16/11. LEHMAN BROTHERS V. SOUTHEAST FUNDING ALLIANCE, INC. JR-1781 | 869.38 | |
| Total for COURT REPORTER | | | 869.38 |

Akerman Senterfitt

054539   LEHMAN BROTHERS HOLDINGS, INC.          As of                March 31, 2011
0211891   SOUTHEAST FUNDING ALLIANCE             Invoice Number           8587139


**Total Disbursements** ...................................................................................................................$1,375.27

Akerman Senterfitt                                                      Page 6

054539          LEHMAN BROTHERS HOLDINGS, INC.          As of              March 31, 2011
0211891         SOUTHEAST FUNDING ALLIANCE              Invoice Number        8587139

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 1.30 | 481.00 |
| JLR | J. L. RUBIN | 3.60 | 1,080.00 |
| KLE | K. L. ELLIOTT | 0.70 | 98.00 |
| LKF | L.K. FOWLIE | 0.20 | 28.00 |
|  | Total | 5.80 | $1,687.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587141 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **APPROVED FUNDING CORP.**
Matter Number:  **0221786**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $3,052.85 |
| LESS COURTESY DISCOUNT | (305.29) |
| TOTAL SERVICES | $2,747.56 |
| Disbursements | $131.82 |
| **TOTAL THIS INVOICE** | **$2,879.38** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8587141*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587141 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **APPROVED FUNDING CORP.**
Matter Number:  **0221786**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $3,052.85 |
| LESS COURTESY DISCOUNT | (305.29) |
| TOTAL SERVICES | $2,747.56 |
| Disbursements | $131.82 |
| **TOTAL THIS INVOICE** | **$2,879.38** |

*To ensure proper credit to the above account, please indicate invoice no. 8587141*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8587141 |

**Task Code:**    **4000**

| | | | | |
|---|---|---|---|---|
| 1-Mar-11 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL REGARDING CASE STATUS FOR MARCH 2011 | JDB | 0.20 | 74.00 |
| 7-Mar-11 | COMMUNICATION WITH A. WEISBROT RE: EXTENSION OF TIME TO FILE OPPOSITION. | JLR | 0.20 | 60.00 |
| 8-Mar-11 | PREPARATION OF PRO HAC VICE PAPERS J. RUBIN | H K | 0.80 | 196.00 |
| 9-Mar-11 | TELEPHONE CALL CLERK U.S. DISTRICT COURT NEW JERSEY REGARDING MOTION CALENDAR. | H K | 0.93 | 227.85 |
| 9-Mar-11 | REVIEWED FINANCIALS. | JLR | 0.80 | 240.00 |
| 15-Mar-11 | SETTLEMENT NEGOTIATIONS WITH APPROVED. | JLR | 0.30 | 90.00 |
| 17-Mar-11 | CONSIDER ISSUES ASSOCIATED WITH APPROVED FINANCIALS AND SETTLEMENT PROPOSAL | JDB | 0.50 | 185.00 |
| 21-Mar-11 | STRATEGIZE RE: OPPOSITION TO POINT IN OPPOSITION PAPERS RE: ESTOPPEL | EPF | 0.40 | 138.00 |
| 22-Mar-11 | LEGAL RESEARCH FOR REPLY TO OPPOSITION TO SUMMARY JUDGMENT MOTION ON POINTS REGARDING (1) ADAQUACY OF RESPONSE TO 56.1 STATEMENT THAT DOES NOT CITE TO EVIDENCE; (2) SETTLEMENT DISCUSSIONS DO NOT CREATE AUTOMATIC TOLL OF CURE PERIOD DEADLINES; AND (3) LBHI WAS ENTITLED TO MITIGATE ITS DAMAGES | EPF | 2.80 | 966.00 |
| 22-Mar-11 | DRAFT SUMMARY OF RESULTS OF LEGAL RESEARCH FOR USE IN REPLY TO SUMMARY JUDGMENT OPPOSITION | EPF | 0.80 | 276.00 |
| 25-Mar-11 | BEGAN TO DRAFT REPLY, I.E., REVIEWED LAW BASE NOTES, REVIEWED APPROVED'S RESPONSE, AND SUPPORTING DECLARATION. | JLR | 2.00 | 600.00 |
| | **Subtotal for Code 4000** | | **9.73** | **3,052.85** |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8587141 |

Services.................................................................................................................$3,052.85

**LESS COURTESY DISCOUNT**                                                                    (305.29)

**Total Services** .......................................................................................**$2,747.56**

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 17-Mar-11 | DUPLICATING | 5.20 | |
| Total for DUPLICATING | | | 5.20 |
| 4-Mar-11 | FEDERAL EXPRESS Airbill: 796805803890 per 3911 Invoice No: 741436035 Ship Dt: 02/28/11 | 7.06 | |
| Total for FEDERAL EXPRESS | | | 7.06 |
| 14-Mar-11 | OTHER TRAVEL EXPENSES - JENNIFER L. RUBIN: TAXI ON 2/23/11 FROM NY OFFICE TO HOME RE: WORK ON MOTION FOR SUMMARY JUDGMENT JR/3911 | 17.00 | |
| 24-Mar-11 | OTHER TRAVEL EXPENSES - XYZ TWO WAY RADIO SERVICES, INC. ; CAR SERVICE ON 2/25/11 FOR H. KOGAN TO INWOOD, NY. SAL-3060 | 102.56 | |
| Total for OTHER TRAVEL EXPENSES | | | 119.56 |

**Total Disbursements** ...............................................................................**$131.82**

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8587141 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| EPF | E. P. FUDIM | 4.00 | 1,380.00 |
| H K | H. KOGAN | 1.73 | 423.85 |
| JDB | J. D. BALSER | 0.70 | 259.00 |
| JLR | J. L. RUBIN | 3.30 | 990.00 |
| | Total | 9.73 | $3,052.85 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

|                | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587142 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BONDCORP REALTY SERVICES, INC.**
**(PROJECT HARVEST)**
Matter Number:    **0225239**                    Claim No: **XXXXX Task**
**Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $948.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (94.80) |
| TOTAL SERVICES | $853.20 |
| Disbursements | $436.80 |
| **TOTAL THIS INVOICE** | **$1,290.00** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8587142*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date          April 29, 2011
Invoice No.              8587142

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BONDCORP REALTY SERVICES, INC.**
                **(PROJECT HARVEST)**
Matter Number:  **0225239**                          Claim No: **XXXXX Task**
                                                     **Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $948.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (94.80) |
| TOTAL SERVICES | $853.20 |
| Disbursements | $436.80 |
| **TOTAL THIS INVOICE** | **$1,290.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8587142*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | Invoice Number | 8587142 |

**Task Code:**    **4000**

| Date | Description | Init | Hours | Amount |
|------|-------------|------|-------|--------|
| 1-Mar-11 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL REGARDING CASE STATUS FOR MARCH 2011 | JDB | 0.20 | 74.00 |
| 10-Mar-11 | ADDRESS ISSUE RE PLAINTIFF'S PORTION OF OUTSTANDING MEDIATION FEE (SECOND SESSION MEDIATION). | KLE | 0.30 | 42.00 |
| 14-Mar-11 | RESPONDED TO BONDCORP'S INTERROGATORIES. | JLR | 1.80 | 540.00 |
| 15-Mar-11 | PREPARED WHOLE LOAN TRACKING DOCUMENT FOR PRODUCTION AND RLT PRICING SHEET. | JLR | 0.60 | 180.00 |
| 18-Mar-11 | REVISE PLAINTIFF'S RESPONSES TO DEFENDANT'S SPECIAL INTERROGATORIES. | KLE | 0.80 | 112.00 |

|  | **Subtotal for Code 4000** |  | **3.70** | **948.00** |

Services.................................................................................................$948.00

**LESS AGREED UPON 10% FEE DISCOUNT**                                        (94.80)

**Total Services** ..................................................................................$853.20

| **Date** | **Disbursements** | **Value** |
|----------|-------------------|-----------|
| 25-Feb-11 | FEDERAL EXPRESS Airbill: 794432116505 per 4162 Invoice No: 740646723 Ship Dt: 02/16/11 | 6.67 |
| 25-Feb-11 | FEDERAL EXPRESS Airbill: 796769299190 per 4162 Invoice No: 740646723 Ship Dt: 02/16/11 | 6.67 |
| 25-Feb-11 | FEDERAL EXPRESS Airbill: 796769301892 per 4162 Invoice No: 740646723 Ship Dt: 02/16/11 | 6.67 |
| 25-Feb-11 | FEDERAL EXPRESS Airbill: 796770768349 per 4162 Invoice No: 740646723 Ship Dt: 02/16/11 | 6.79 |

Akerman Senterfitt

Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.              As of                March 31, 2011
0225239       BONDCORP REALTY SERVICES, INC. (PROJECT      Invoice Number                8587142
              HARVEST)

| Date | Disbursements | | Value |
|------|---------------|---|-------|
| | Total for FEDERAL EXPRESS | | 26.80 |
| 30-Mar-11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; SERVICES ON 2/17/11, CALLER K. ELLIOTT. LEHMAN V. BONDCORP. VE-4184 | 35.00 | |
| | Total for DELIVERY SERVICE | | 35.00 |
| 15-Mar-11 | FILING FEES - SUNTRUST BANCARD, N.A. JUSTIN BALSER (DENVER): 01/25/10 COURTS/USDC-CA-C, FILING. PAY GOV TRACKING ID# 252DR4B6, AGENCY TRACKING# 0973-8116737. JME-4519/JDB-4163 | 275.00 | |
| | Total for FILING FEES | | 275.00 |
| 14-Mar-11 | MEDIATION - ADR SERVICES, INC. ; FEE FOR SECOND MEDIATION SESSION ON 1/28/11. LEHMAN BROTHERS HOLDINGS INC./BONDCORP. KE-4162 | 100.00 | |
| | Total for MEDIATION | | 100.00 |

**Total Disbursements** ...................................................................................................**$436.80**

Akerman Senterfitt                                                                Page 5

054539        LEHMAN BROTHERS HOLDINGS, INC.          As of              March 31, 2011
0225239       BONDCORP REALTY SERVICES, INC. (PROJECT  Invoice Number          8587142
              HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.20 | 74.00 |
| JLR | J. L. RUBIN | 2.40 | 720.00 |
| KLE | K. L. ELLIOTT | 1.10 | 154.00 |
| | Total | 3.70 | $948.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587143 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **CALIFORNIA FINANCIAL GROUP (PROJECT HARVEST)**
Matter Number:   **0225240**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $3,941.00 |
| LESS COURTESY DISCOUNT | (394.10) |
| TOTAL SERVICES | $3,546.90 |
| Disbursements | $755.67 |
| **TOTAL THIS INVOICE** | **$4,302.57** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8587143*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587143 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **CALIFORNIA FINANCIAL GROUP (PROJECT HARVEST)**
Matter Number: **0225240**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $3,941.00 |
| LESS COURTESY DISCOUNT | (394.10) |
| TOTAL SERVICES | $3,546.90 |
| Disbursements | $755.67 |
| **TOTAL THIS INVOICE** | **$4,302.57** |

*To ensure proper credit to the above account, please indicate invoice no. 8587143*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                          Page 3

| 054539<br>0225240 | LEHMAN BROTHERS HOLDINGS, INC.<br>CALIFORNIA FINANCIAL GROUP (PROJECT<br>HARVEST) | As of<br>Invoice Number | March 31, 2011<br>8587143 |
|---|---|---|---|

**Task Code:** **4000**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 1-Mar-11 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL REGARDING CASE STATUS FOR MARCH 2011 | JDB | 0.20 | 74.00 |
| 2-Mar-11 | REVISE STIPULATION TO AMEND SCHEDULING ORDER, PROPOSED ORDER AND DECLARATION IN SUPPORT THEREOF | KLE | 0.50 | 70.00 |
| 2-Mar-11 | PREPARE AND EMAIL TO T. GRECO, OPPOSING COUNSEL, RE: PROPOSED STIPULATION TO AMEND SCHEDULING ORDER. | KLE | 0.20 | 28.00 |
| 8-Mar-11 | REVISED BALSER DECLARATION, STIPULATION AND PROPOSED ORDER TO EXTEND HEARING DATE AND SHORT CONTINUANCE OF PRE-TRIAL AND TRIAL. | JLR | 0.50 | 150.00 |
| 9-Mar-11 | REVISE PROPOSED ORDER GRANTING STIPULATION TO EXTEND HEARING DATE AND AMEND SCHEDULING ORDER. | KLE | 0.70 | 98.00 |
| 9-Mar-11 | RESEARCH JUDICIAL ORDERS TO CONFIRM MOTION HEARING DATES. | KLE | 0.40 | 56.00 |
| 9-Mar-11 | FINALIZE STIPULATION TO EXTEND HEARING DATE AND AMEND SCHEDULING ORDER, PROPOSED ORDER AND DECLARATION IN SUPPORT THEREOF | KLE | 0.50 | 70.00 |
| 15-Mar-11 | ANALYZE COURT ORDER GRANTING STIPULATION TO EXTEND HEARING DATE AND AMENDING SCHEDULING ORDER FOR CONFIRMATION OF NEW DEADLINES. | KLE | 0.20 | 28.00 |
| 24-Mar-11 | DRAFTED REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT. | JLR | 5.70 | 1,710.00 |
| 25-Mar-11 | DRAFTED BAKER DECLARATION. | JLR | 0.80 | 240.00 |
| 25-Mar-11 | DRAFTED BALSER DECLARATION. | JLR | 0.70 | 210.00 |
| 28-Mar-11 | UPDATE LITIGATION CALENDAR RE: DEADLINE FOR PARTIES TO MEDIATE AND PLAINTIFF'S CURRENT DEADLINE TO REPLY TO DEFENDANT'S OPPOSITION. | KLE | 0.20 | 28.00 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
| 0225240 | CALIFORNIA FINANCIAL GROUP (PROJECT HARVEST) | Invoice Number | 8587143 |

| Date | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| 28-Mar-11 | FINALIZE MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT | KLE | 0.70 | 98.00 |
| 28-Mar-11 | RESEARCH AND ANALYZE FEDERAL RULES OF CIVIL PROCEDURE WITH RESPECT TO DEADLINE TO FILE REPLY TO DEFENDANT'S OPPOSITION TO PARTIAL MOTION FOR SUMMARY JUDGMENT. | KLE | 1.30 | 182.00 |
| 29-Mar-11 | PREPARE SUMMARY OF FEDERAL RULES OF CIVIL PROCEDURE RE: MOTIONS FOR SUMMARY JUDGMENT. | KLE | 0.40 | 56.00 |
| 29-Mar-11 | REVISE MOTION TO EXTEND TIME TO FILE REPLY TO OPPOSITION, DECLARATION IN SUPPORT THEREOF AND PROPOSED ORDER. | KLE | 1.80 | 252.00 |
| 30-Mar-11 | REVISE MOTION TO EXTEND TIME TO FILE REPLY, DECLARATION IN SUPPORT THEREOF AND PROPOSED ORDER (PREPARE STIPULATION). | KLE | 1.40 | 196.00 |
| 30-Mar-11 | REVISE STIPULATION AND PROPOSED ORDER. PREPARE AND FORWARD EMAIL TO OPPOSING COUNSEL SEEKING CONSENT TO FILE STIPULATION TO EXTEND DEADLINE. | KLE | 0.60 | 84.00 |
| 31-Mar-11 | FINALIZE STIPULATION TO EXTEND TIME TO FILE REPLY TO DEFENDANT'S OPPOSITION, DECLARATION IN SUPPORT THERE OF AND PROPOSED ORDER PER LOCAL RULES. | KLE | 0.90 | 126.00 |
| 31-Mar-11 | REVIEW AND REVISE SUPPLEMENTAL DECLARATION OF MR. BAKER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | JDB | 0.50 | 185.00 |
| | **Subtotal for Code 4000** | | **18.20** | **3,941.00** |

Services........................................................................................................$3,941.00

**LESS COURTESY DISCOUNT**                                                    (394.10)

**Total Services** ........................................................................................**$3,546.90**

Akerman Senterfitt                                                                                    Page 5

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of                      March 31, 2011
0225240     CALIFORNIA FINANCIAL GROUP (PROJECT     Invoice Number                   8587143
            HARVEST)

| **Date** | **Disbursements** | | **Value** |
|------|------|------|------|
| 9-Mar-11 | POSTAGE - DENVER | 1.22 | |
| 30-Mar-11 | POSTAGE | 1.05 | |
| Total for POSTAGE | | | 2.27 |
| 9-Mar-11 | DUPLICATING | 5.60 | |
| Total for DUPLICATING | | | 5.60 |
| 25-Feb-11 | FEDERAL EXPRESS Airbill: 796773963271 per 3911 Invoice No: 740667742 Ship Dt: 02/17/11 | 6.67 | |
| 4-Mar-11 | FEDERAL EXPRESS Airbill: 794459646780 per 4518 Invoice No: 741415317 Ship Dt: 02/23/11 | 16.96 | |
| 18-Mar-11 | FEDERAL EXPRESS Airbill: 796851648319 per 4162 Invoice No: 743004072 Ship Dt: 03/09/11 | 7.26 | |
| Total for FEDERAL EXPRESS | | | 30.89 |
| 30-Mar-11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; SERVICES ON 2/23/11, CALLER K. ELLIOTT. LEHMAN BROS/CA FINANCIAL. VE-4184 | 457.90 | |
| Total for DELIVERY SERVICE | | | 457.90 |
| 14-Mar-11 | OTHER TRAVEL EXPENSES - JENNIFER L. RUBIN: TAXI ON 2/21/11 TO HOME FROM NYC OFFICE RE: WORK ON MOTION FOR SUMMARY JUDGMENT JR/3911 | 10.80 | |
| 17-Mar-11 | OTHER TRAVEL EXPENSES - XYZ TWO WAY RADIO SERVICES, INC. ; CAR SERVICE ON 2/16/11 FOR J. RUBIN TO 140 RIVERSIDE BLV. SAL-3060 | 28.83 | |
| 28-Mar-11 | OTHER TRAVEL EXPENSES - XYZ TWO WAY RADIO SERVICES, INC. ; CAR SERVICE ON 2/22/11 FOR J. RUBIN TO 140 RIVERSIDE BLV. SAL-3060 | 28.83 | |
| 28-Mar-11 | OTHER TRAVEL EXPENSES - XYZ TWO WAY RADIO SERVICES, INC. ; CAR SERVICE ON 2/22/11 FOR H. KOGAN TO INWOOD, NY. SAL-3060 | 102.56 | |
| 15-Apr-11 | OTHER TRAVEL EXPENSES - XYZ TWO WAY RADIO SERVICES, INC. ; CAR SERVICE ON 3/17/11 FOR J. RUBIN TO 140 RIVERSIDE BLV. SAL-3060 | 28.83 | |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
| 0225240 | CALIFORNIA FINANCIAL GROUP (PROJECT HARVEST) | Invoice Number | 8587143 |

| __Date__ | __Disbursements__ | | __Value__ |
|---|---|---|---|
| 19-Apr-11 | OTHER TRAVEL EXPENSES - XYZ TWO WAY RADIO SERVICES, INC. ; CAR SERVICE ON 3/18/11 FOR J. RUBIN TO JERSEY CITY, NJ. SAL-3060 | 59.16 | |
| | Total for OTHER TRAVEL EXPENSES | | 259.01 |

**Total Disbursements** ...................................................................................................................**$755.67**

Akerman Senterfitt

054539          LEHMAN BROTHERS HOLDINGS, INC.              As of            March 31, 2011
0225240         CALIFORNIA FINANCIAL GROUP (PROJECT      Invoice Number             8587143
                HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.70 | 259.00 |
| JLR | J. L. RUBIN | 7.70 | 2,310.00 |
| KLE | K. L. ELLIOTT | 9.80 | 1,372.00 |
| | Total | 18.20 | $3,941.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    April 29, 2011
Invoice No.    8587144

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)**
Matter Number:    **0225242**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,486.00 |
| LESS COURTESY DISCOUNT | (148.60) |
| TOTAL SERVICES | $1,337.40 |
| Disbursements | $74.55 |
| **TOTAL THIS INVOICE** | **$1,411.95** |

*To ensure proper credit to the above account, please indicate invoice no. 8587144*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date            April 29, 2011
Invoice No.             8587144

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **DIRECT MORTGAGE CORPORATION
                (PROJECT HARVEST)**
Matter Number:  **0225242**                    Claim No: **XXXXX Task
                                                Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,486.00 |
| LESS COURTESY DISCOUNT | (148.60) |
| TOTAL SERVICES | $1,337.40 |
| Disbursements | $74.55 |
| **TOTAL THIS INVOICE** | **$1,411.95** |

*To ensure proper credit to the above account, please indicate invoice no. 8587144*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                  Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | Invoice Number | 8587144 |

**Task Code:** **4000**

| Date | Description | Init | Hours | Amount |
|---|---|---|---|---|
| 1-Mar-11 | REVIEW AND REVISE RESPONSE LETTER TO DIRECT MORTGAGE'S MEET AND CONFER CORRESPONDENCE | JDB | 0.80 | 296.00 |
| 1-Mar-11 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL REGARDING CASE STATUS FOR MARCH 2011 | JDB | 0.20 | 74.00 |
| 9-Mar-11 | REVISE STIPULATION AND PROPOSED ORDER. | KLE | 0.30 | 42.00 |
| 11-Mar-11 | SERVE STATIONS CASINO DOCUMENTS ON DIRECT MORTGAGE | JLR | 0.40 | 120.00 |
| 15-Mar-11 | CASE ADMINISTRATION RE: MEMORANDUM IN OPPOSITION FILED BY DEFENDANT WITH RESPECT TO THIRD PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT. | KLE | 0.30 | 42.00 |
| 15-Mar-11 | PREPARED SUBPOENA FOR CONCEPT DESIGN. | JLR | 1.20 | 360.00 |
| 15-Mar-11 | PREPARED SUBPOENA FOR J. RODARTE. | JLR | 0.90 | 270.00 |
| 15-Mar-11 | REVIEWED DIRECT MORTGAGE'S OPPOSITION TO MSJ. | JLR | 0.80 | 240.00 |
| 16-Mar-11 | PERFORM SKIP TRACER SEARCH FOR JOSE RODARTE | LKF | 0.20 | 28.00 |
| 23-Mar-11 | OBTAIN CONFORMED COPIES OF PLEADINGS | KLE | 0.10 | 14.00 |
| | **Subtotal for Code 4000** | | **5.20** | **1,486.00** |

Services............................................................................................$1,486.00

**LESS COURTESY DISCOUNT**                                                        **(148.60)**

**Total Services** ...........................................................................**$1,337.40**

| Date | Disbursements | Value |
|---|---|---|
| 1-Mar-11 | POSTAGE | 10.20 |
| 11-Mar-11 | POSTAGE | 19.47 |

Akerman Senterfitt                                                             Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.              As of              March 31, 2011
0225242       DIRECT MORTGAGE CORPORATION (PROJECT        Invoice Number          8587144
              HARVEST)

| Date | Disbursements | | Value |
|------|---------------|---|------|
| Total for POSTAGE | | | 29.67 |
| | | | |
| 1-Mar-11 | DUPLICATING | 1.20 | |
| 11-Mar-11 | DUPLICATING | 2.60 | |
| 14-Mar-11 | DUPLICATING | 0.20 | |
| 14-Mar-11 | DUPLICATING | 0.20 | |
| Total for DUPLICATING | | | 4.20 |
| | | | |
| 7-Mar-11 | PARKING - DONALD M. SCOTTEN: TRAVEL TO SANTA ANA, CA TO ATTEND DIRECT MORTGAGE CASE MEDIATION ON 1/26/11 DS-4189 | 6.00 | |
| Total for PARKING | | | 6.00 |
| | | | |
| 7-Mar-11 | OTHER TRAVEL EXPENSES - DONALD M. SCOTTEN: MILEAGE - TRAVEL TO SANTA ANA, CA TO ATTEND DIRECT MORTGAGE CASE MEDIATION ON 1/26/11 DS-4189 | 34.68 | |
| Total for OTHER TRAVEL EXPENSES | | | 34.68 |

**Total Disbursements** ........................................................................................................**$74.55**

Akerman Senterfitt                                                                                                                           Page 5

054539        LEHMAN BROTHERS HOLDINGS, INC.                      As of                    March 31, 2011
0225242       DIRECT MORTGAGE CORPORATION (PROJECT                Invoice Number                 8587144
              HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 1.00 | 370.00 |
| JLR | J. L. RUBIN | 3.30 | 990.00 |
| KLE | K. L. ELLIOTT | 0.70 | 98.00 |
| LKF | L.K. FOWLIE | 0.20 | 28.00 |
| | Total | 5.20 | $1,486.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

|                 |                 |
|-----------------|-----------------|
| Invoice Date    | April 29, 2011  |
| Invoice No.     | 8587127         |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **KEY FINANCIAL CORPORATION (PROJECT HARVEST)**
Matter Number:  **0225255**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $665.00 |
| LESS COURTESY DISCOUNT | (66.50) |
| TOTAL SERVICES | $598.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$598.50** |

*To ensure proper credit to the above account, please indicate invoice no. 8587127*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587127 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **KEY FINANCIAL CORPORATION (PROJECT HARVEST)** |
| Matter Number: | **0225255** |

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $665.00 |
| LESS COURTESY DISCOUNT | (66.50) |
| TOTAL SERVICES | $598.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$598.50** |

*To ensure proper credit to the above account, please indicate invoice no. 8587127*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

| 054539<br>0225255 | LEHMAN BROTHERS HOLDINGS, INC.<br>KEY FINANCIAL CORPORATION (PROJECT<br>HARVEST) | As of<br>Invoice Number | March 31, 2011<br>8587127 |

**Task Code:** **4000**

| Date | Description | Init. | Hours | Amount |
|------|-------------|-------|-------|--------|
| 7-Mar-11 | FOLLOW-UP WITH JUDGE K'S CHAMBERS RE: DEFAULT JUDGMENT. | JLR | 0.20 | 60.00 |
| 7-Mar-11 | REVIEW AND ANALYZE LIQUIDATION PLAN | KNC | 0.40 | 284.00 |
| 7-Mar-11 | CORRESPONDENCE AND FOLLOW UP CONFERENCE RE: STATUS | KNC | 0.10 | 71.00 |
| 31-Mar-11 | TELEPHONE COURTROOM DEPUTY AND LEAVE A MESSAGE REQUESTING INSTRUCTIONS FOR OBTAINING A COMPLETE COPY OF THE COURT'S ORDER ENTERED 3-31-11 | KLE | 0.20 | 28.00 |
| 31-Mar-11 | REVIEW AND ANALYZE COURT'S ORDER GRANTING MOTION FOR SUMMARY JUDGMENT ON LIABILITY, GRANTING MOTION FOR SUMMARY JUDGMENT ON KEY'S COUNTERCLAIM, AND DENYING SUMMARY JUDGMENT FILED BY KEY | JDB | 0.60 | 222.00 |

|  | **Subtotal for Code 4000** | | **1.50** | **665.00** |

Services..................................................................................................$665.00

**LESS COURTESY DISCOUNT**                                                          (66.50)

**Total Services** ..................................................................................**$598.50**

Akerman Senterfitt                                                                      Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.          As of            March 31, 2011
0225255       KEY FINANCIAL CORPORATION (PROJECT      Invoice Number         8587127
              HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.60 | 222.00 |
| JLR | J. L. RUBIN | 0.20 | 60.00 |
| KLE | K. L. ELLIOTT | 0.20 | 28.00 |
| KNC | K. N. COSTA | 0.50 | 355.00 |
| | Total | 1.50 | $665.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    April 29, 2011
Invoice No.    8587128

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **MORTGAGE PARTNERS, INC. (PROJECT HARVEST)**
Matter Number:    **0225260**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $533.00 |
| LESS COURTESY DISCOUNT | (53.30) |
| TOTAL SERVICES | $479.70 |
| Disbursements | $8.73 |
| **TOTAL THIS INVOICE** | **$488.43** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8587128*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587128 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **MORTGAGE PARTNERS, INC. (PROJECT HARVEST)**
Matter Number: **0225260**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $533.00 |
| LESS COURTESY DISCOUNT | (53.30) |
| TOTAL SERVICES | $479.70 |
| Disbursements | $8.73 |
| **TOTAL THIS INVOICE** | **$488.43** |

*To ensure proper credit to the above account, please indicate invoice no. 8587128*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                                   Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
|---|---|---|---|
| 0225260 | MORTGAGE PARTNERS, INC. (PROJECT HARVEST) | Invoice Number | 8587128 |

**Task Code:**   **4000**

| 3-Mar-11 | WORK ON RESPONSE TO QUESTIONS FROM MPI COUNSEL REGARDING LACK OF ASSIGNMENT FROM LEHMAN TO MPI | JDB | 0.30 | 111.00 |
|---|---|---|---|---|
| 9-Mar-11 | DRAFTED PROPOSED ORDER OF DISMISSAL AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE. | JLR | 0.40 | 120.00 |
| 9-Mar-11 | COMMUNICATION WITH J. BROWN RE: RECEIPT OF SETTLEMENT FUNDS. | JLR | 0.20 | 60.00 |
| 10-Mar-11 | CONTINUE REVISION OF STIPULATION TO DISMISS AND PROPOSED ORDER. PREPARE PROOF OF SERVICE FOR THE SAME. | KLE | 0.40 | 56.00 |
| 11-Mar-11 | REVIEW AND REVISE STIPULATION FOR DISMISSAL AND ACCOMPANYING ORDER | JDB | 0.20 | 74.00 |
| 11-Mar-11 | PROPOSED ORDER TO COURT PER LOCAL RULES. | KLE | 0.20 | 28.00 |
| 11-Mar-11 | FINALIZE STIPULATION TO DISMISS ACTION PER LOCAL RULES. | KLE | 0.60 | 84.00 |

|  | **Subtotal for Code 4000** | | **2.30** | **533.00** |
|---|---|---|---|---|

Services.............................................................................................................$533.00

**LESS COURTESY DISCOUNT**                                                     (53.30)

**Total Services** ...............................................................................................**$479.70**

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 11-Mar-11 | DUPLICATING | 1.60 | |
| Total for DUPLICATING | | | 1.60 |
| 18-Mar-11 | FEDERAL EXPRESS Airbill: 794524770650 per 4162 Invoice No: 743004072 Ship Dt: 03/11/11 | 7.13 | |
| Total for FEDERAL EXPRESS | | | 7.13 |

**Total Disbursements** .....................................................................................**$8.73**

Akerman Senterfitt                                                        Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of           March 31, 2011
0225260     MORTGAGE PARTNERS, INC. (PROJECT HARVEST)   Invoice Number      8587128

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.50 | 185.00 |
| JLR | J. L. RUBIN | 0.60 | 180.00 |
| KLE | K. L. ELLIOTT | 1.20 | 168.00 |
| | Total | 2.30 | $533.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587130 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **U.S. MORTGAGE CORP. (PROJECT HARVEST)**
Matter Number:  **0225266**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $917.50 |
| LESS COURTESY DISCOUNT | (91.75) |
| TOTAL SERVICES | $825.75 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$825.75** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8587130.*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587130 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **U.S. MORTGAGE CORP. (PROJECT HARVEST)**
Matter Number: **0225266**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $917.50 |
| LESS COURTESY DISCOUNT | (91.75) |
| TOTAL SERVICES | $825.75 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$825.75** |

*To ensure proper credit to the above account, please indicate invoice no. 8587130*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
|---|---|---|---|
| 0225266 | U.S. MORTGAGE CORP. (PROJECT HARVEST) | Invoice Number | 8587130 |

**Task Code:    4000**

| Date | Description | | | |
|---|---|---|---|---|
| 1-Mar-11 | RESEARCHED REVIEWED AND ANALYZED CASE DOCKET AND RECENT PLEADINGS. | KMS | 0.70 | 227.50 |
| 7-Mar-11 | REVIEW DOCKET SHEET, THIRD AMENDED PLAN, DISCLOSURE STATEMENT, AND ORDERS CONFIRMING BOTH. | JLR | 1.00 | 300.00 |
| 7-Mar-11 | RESEARCHED, REVIEWED AND ANALYZED AMENDED PLAN AND ACCOMPANYING DISCLOSURE STATEMENT AND ORDERS APPROVING SAME | KMS | 1.20 | 390.00 |
| | **Subtotal for Code 4000** | | **2.90** | **917.50** |

Services.....................................................................................................$917.50

**LESS COURTESY DISCOUNT**                                                      (91.75)

**Total Services** .......................................................................................$825.75

Akerman Senterfitt

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of          March 31, 2011
0225266     U.S. MORTGAGE CORP. (PROJECT HARVEST)   Invoice Number        8587130

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JLR | J. L. RUBIN | 1.00 | 300.00 |
| KMS | K. M. SCHWARTZ | 1.90 | 617.50 |
| | Total | 2.90 | $917.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date       18-Apr-11
Invoice No.        8583579

LEHMAN BROTHERS HOLDINGS, INC.
ATTN: JAMES POMERANZ
1271 AVENUE OF THE AMERICAS
39 FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **WSG HOLLYWOOD**
Matter Number:   **0237444**

### INVOICE SUMMARY

*For professional services rendered through March 31, 2011 as summarized below and described in the narrative statement:*

|                      |               |
|----------------------|---------------|
| SERVICES             | $ 1,037.50    |
| DISBURSEMENTS        | $ 40.00       |
| **TOTAL THIS INVOICE** | **$ 1,077.50** |

---

*To ensure proper credit to the above account, please indicate matter no. 0237444
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|  |  |
|---|---|
| Invoice Date | 18-Apr-11 |
| Invoice No. | 8583579 |

LEHMAN BROTHERS HOLDINGS, INC.
ATTN: JAMES POMERANZ
1271 AVENUE OF THE AMERICAS
39 FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **WSG HOLLYWOOD**
Matter Number: **0237444**

## INVOICE SUMMARY

*For professional services rendered through March 31, 2011 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,037.50 |
| DISBURSEMENTS | $ 40.00 |
| **TOTAL THIS INVOICE** | **$ 1,077.50** |

*To ensure proper credit to the above account, please indicate matter no. 0237444
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                           Page 3

030662    LEHMAN BROTHERS HOLDINGS, INC.                    As of           31-Mar-11
  0237444   WSG HOLLYWOOD                                   Bill Number       8583579

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 2-Mar-11 | REVIEW STATUS OF PROJECT. | TSC | 0.90 | 373.50 |
| 2-Mar-11 | CONFER WITH M. CZERVIONKE RE PLANS FOR SOUTH FLORIDA AND ISSUES RE RELATED AND FAIRMAN PARTNERSHIP. | TSC | 0.50 | 207.50 |
| 25-Mar-11 | PREPARE FOR AND ATTEND CONFERENCE CALL WITH N. FAIRMAN AND R. BRUSCO RE HOLLYWOOD SITE AND ADDITIONAL DEVELOPMENT ANALYSIS OF SAME. | TSC | 1.10 | 456.50 |

**Total Services** ................................................................................................... **$1,037.50**

| Date | Disbursements | | Value |
|------|---------------|--|-------|
| 03/29/11 | DUPLICATING - COLOR  MIAMI | 80  Copies    40.00 | |
| | Total for DUPLICATING - COLOR | | 40.00 |

**Total Disbursements** ........................................................................................ **$40.00**

Akerman Senterfitt

030662    LEHMAN BROTHERS HOLDINGS, INC.
0237444   WSG HOLLYWOOD

As of          31-Mar-11
Bill Number    8583579

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| TSC | T. S. CROWLEY | 2.50 | 415.00 | 1,037.50 |
| | Total | 2.50 | | $1,037.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    April 29, 2011
Invoice No.    8587131

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **1ST ADVANTAGE MORTGAGE**
Matter Number:  **0237769**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $2,927.00 |
| Disbursements | $323.68 |
| **TOTAL THIS INVOICE** | **$3,250.68** |

*To ensure proper credit to the above account, please indicate invoice no. 8587131*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587131 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **1ST ADVANTAGE MORTGAGE**
Matter Number:  **0237769**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $2,927.00 |
| Disbursements | $323.68 |
| **TOTAL THIS INVOICE** | **$3,250.68** |

*To ensure proper credit to the above account, please indicate invoice no. 8587131*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
| 0237769 | 1ST ADVANTAGE MORTGAGE | Invoice Number | 8587131 |

**Task Code:**    **4000**

| Date | Description | Init | Hours | Amount |
|---|---|---|---|---|
| 1-Mar-11 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL REGARDING CASE STATUS FOR MARCH 2011 | JDB | 0.20 | 74.00 |
| 7-Mar-11 | REVIEWED DOCUMENT PRODUCTION FOR RELEVANCY AND PRIVILEGE INFORMATION. | JLR | 1.50 | 450.00 |
| 7-Mar-11 | OBTAINED DOCUMENTS FOR DOCUMENT PRODUCTION. | JLR | 1.50 | 450.00 |
| 7-Mar-11 | REQUEST TO OBTAIN ADDRESS FOR SERVICE OF PROCESS FOR AMERICAN AIRLINES | LKF | 0.30 | 42.00 |
| 10-Mar-11 | REVIEW AND REVISE DRAFT SETTLEMENT AGREEMENT | JDB | 0.30 | 111.00 |
| 22-Mar-11 | PREPARE FOR AND ATTEND AND ATTENDED STATUS CONFERENCE. | JLR | 6.00 | 1,800.00 |
| | **Subtotal for Code 4000** | | **9.80** | **2,927.00** |

**Total Fees for Services Rendered**............................................................$2,927.00

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 8-Mar-11 | DUPLICATING | 1.20 | |
| Total for DUPLICATING | | | 1.20 |
| | | | |
| 11-Mar-11 | FEDERAL EXPRESS Airbill: 794508550587 per 3911 Invoice No: 742215619 Ship Dt: 03/08/11 | 30.33 | |
| Total for FEDERAL EXPRESS | | | 30.33 |
| | | | |
| 14-Mar-11 | TRANSPORTATION - JENNIFER L. RUBIN: AIRFARE ON 3/10/11 TRAVEL TO CHICAGO, IL TO ATTEND MANDATORY STATUS CONFERENCE JR/3911 | 273.40 | |
| 14-Mar-11 | TRANSPORTATION - JENNIFER L. RUBIN: TRIP INSURANCE ON 3/10/11 TRAVEL TO CHICAGO, IL TO ATTEND MANDATORY STATUS CONFERENCE JR/3911 | 18.75 | |
| Total for TRANSPORTATION | | | 292.15 |

**Total Disbursements** ............................................................$323.68

Akerman Senterfitt                                                                                      Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
| 0237769 | 1ST ADVANTAGE MORTGAGE | Invoice Number | 8587131 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.50 | 185.00 |
| JLR | J. L. RUBIN | 9.00 | 2,700.00 |
| LKF | L.K. FOWLIE | 0.30 | 42.00 |
| | Total | 9.80 | $2,927.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587132 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **IMORTGAGE.COM**
Matter Number:  **0242661**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $102.50 |
| LESS COURTESY DISCOUNT | (10.25) |
| TOTAL SERVICES | $92.25 |
| Disbursements | $350.00 |
| **TOTAL THIS INVOICE** | **$442.25** |

*To ensure proper credit to the above account, please indicate invoice no. 8587132*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587132 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **IMORTGAGE.COM** |
| Matter Number: | **0242661** |

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $102.50 |
| LESS COURTESY DISCOUNT | (10.25) |
| TOTAL SERVICES | $92.25 |
| Disbursements | $350.00 |
| **TOTAL THIS INVOICE** | **$442.25** |

*To ensure proper credit to the above account, please indicate invoice no. 8587132*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                            Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
| 0242661 | IMORTGAGE.COM | Invoice Number | 8587132 |

**Task Code:   4000**

| 1-Mar-11 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL REGARDING CASE STATUS FOR MARCH 2011 | JDB | 0.20 | 74.00 |
| 1-Mar-11 | RESEARCH STATE COURT DOCKET FOR RECENT FILINGS AND PERTINENT EVENTS AND DEADLINES. | E S | 0.30 | 28.50 |

|  | **Subtotal for Code 4000** | **0.50** | **102.50** |

Services..................................................................................................$102.50

**LESS COURTESY DISCOUNT**                                                       (10.25)

**Total Services** .....................................................................................**$92.25**

| **Date** | **Disbursements** | | **Value** |
| --- | --- | --- | --- |
| 9-Mar-11 | FILING FEES - SUNTRUST BANCARD, N.A. JUSTIN BALSER (DENVER): 01/07/10 COURTS/USDC-AZ, FILING. PAY GOV TRACKING ID# 2529E8AO, AGENCY TRACKING# 0970-4743109 . JME-4519. | 350.00 | |

Total for FILING FEES                                                                350.00

**Total Disbursements** ....................................................................**$350.00**

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
|---|---|---|---|
| 0242661 | IMORTGAGE.COM | Invoice Number | 8587132 |

| Initial | Name | Hours | Amount |
|---|---|---|---|
| E S | E. STREIBLE | 0.30 | 28.50 |
| JDB | J. D. BALSER | 0.20 | 74.00 |
| | Total | 0.50 | $102.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587133 |

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **PRUDENCE WALTZ**
Matter Number:  **0243662**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $3,636.00 |
| LESS COURTESY DISCOUNT | (363.60) |
| TOTAL SERVICES | $3,272.40 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$3,272.40** |

*To ensure proper credit to the above account, please indicate invoice no. 8587133.*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587133 |

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **PRUDENCE WALTZ**
Matter Number:   **0243662**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $3,636.00 |
| LESS COURTESY DISCOUNT | (363.60) |
| TOTAL SERVICES | $3,272.40 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$3,272.40** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8587133*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
| 0243662 | PRUDENCE WALTZ | Invoice Number | 8587133 |

**Task Code:** **4000**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 1-Mar-11 | ANALYZE PLAINTIFF'S MOTION TO JOIN LBHI IN CLAIMS RAISED IN THE COMPLAINT; CONSIDER STRATEGY FOR RESPONSE | JDB | 1.00 | 370.00 |
| 3-Mar-11 | ANALYZE PLAINTIFFS MOVING PAPERS THEN ANALYZE RELEVANT PLEADINGS IN CONJUNCTION WITH VARIOUS SECTIONS OF CIVIL CODE TO DEVELOP STRATEGY IN RESPONSE TO PLAINTIFFS MOTION FOR JUDGMENT ON PLEADINGS | BML | 1.10 | 264.00 |
| 3-Mar-11 | ANALYZE MOTION FOR JUDGMENT ON THE PLEADINGS AND COORDINATE RESPONSE STRATEGY; EMAIL EXCHANGE WITH MR. WIN REGARDING HANDLING OF MATTER | JDB | 0.80 | 296.00 |
| 4-Mar-11 | ANALYZE CALIFORNIA CASE LAW TOGETHER WITH STATUTORY LAW ON PLAINTIFFS EVIDENTIARY AND LEGAL BURDEN ON MOTION FOR JUDGMENT ON PLEADINGS PRIOR TO DRAFTING RESPONSE TO PLAINTIFFS MOTION | BML | 0.90 | 216.00 |
| 10-Mar-11 | DRAFT OPPOSITION TO PLAINTIFF AND CROSSDEFENDANTS MOTION FOR JUDGMENT ON THE PLEADINGS | BML | 2.80 | 672.00 |
| 11-Mar-11 | FINALIZE DRAFT OF OPPOSITION TO REQUEST FOR JOINDER OF LBHI BY PRUDENCE WALTZ | BML | 1.30 | 312.00 |
| 14-Mar-11 | WORK ON REVISIONS TO DECLARATION OF LBHI EMPLOYEE IN SUPPORT OF AURORA'S OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS CORRESPOND WITH AURORA'S TITLE COUNSEL CONCERNING REVISIONS TO DECLARATION | JDB | 0.70 | 259.00 |
| 15-Mar-11 | WORK ON REVISIONS TO OPPOSITION TO WALTZ'S MOTION FOR JUDGMENT ON THE PLEADINGS | JDB | 1.10 | 407.00 |
| 15-Mar-11 | CONDUCT CALLS ALONG WITH EMAILS TO CO COUNSEL TO COORDINATE FILING OF OPPOSITION TO MOTION FOR JUDGMENT ON PLEADINGS | BML | 0.40 | 96.00 |

Akerman Senterfitt

Page 4

054539
0243662

LEHMAN BROTHERS HOLDINGS, INC.
PRUDENCE WALTZ

As of
Invoice Number

March 31, 2011
8587133

| 28-Mar-11 | PREPARE FOR AND ATTEND HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS TOGETHER WITH MOTION FOR JOINDER OF LEHMAN BROTHERS HOLDINGS | BML | 3.10 | 744.00 |
| | **Subtotal for Code 4000** | | **13.20** | **3,636.00** |

Services...........................................................................................................$3,636.00

**LESS COURTESY DISCOUNT**                                                      (363.60)

**Total Services** ...........................................................................................$3,272.40

Akerman Senterfitt

| | | | | |
|---|---|---|---|---|
| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | March 31, 2011 |
| 0243662 | PRUDENCE WALTZ | | Invoice Number | 8587133 |

| Initial | Name | | Hours | Amount |
|---------|------|---|-------|--------|
| BML | B. M. LEIFER | | 9.60 | 2,304.00 |
| JDB | J. D. BALSER | | 3.60 | 1,332.00 |
| | | Total | 13.20 | $3,636.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587134 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **AMERICAN FEDERAL MORTGAGE CORP.**
Matter Number:  **0244629**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $2,120.35 |
| LESS COURTESY DISCOUNT | (212.04) |
| TOTAL SERVICES | $1,908.31 |
| Disbursements | $133.76 |
| **TOTAL THIS INVOICE** | **$2,042.07** |

*To ensure proper credit to the above account, please indicate invoice no. 8587134*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587134 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **AMERICAN FEDERAL MORTGAGE CORP.**
Matter Number:  **0244629**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $2,120.35 |
| LESS COURTESY DISCOUNT | (212.04) |
| TOTAL SERVICES | $1,908.31 |
| Disbursements | $133.76 |
| **TOTAL THIS INVOICE** | **$2,042.07** |

*To ensure proper credit to the above account, please indicate invoice no. 8587134*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
| 0244629 | AMERICAN FEDERAL MORTGAGE CORP. | Invoice Number | 8587134 |

**Task Code:    4000**

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 17-Dec-10 | REVIEW AND ANALYZE LOAN FILE IN RELATION TO NEW MATTER FOR INDEMNIFICATION CASE | JDB | 1.20 | 444.00 |
| 17-Dec-10 | REVIEW AND REVISE DRAFT DEMAND LETTER TO AMERICA FEDERAL | JDB | 0.60 | 222.00 |
| 28-Feb-11 | REVIEW AND ANALYZE LOAN FILES IN PREPARATION FOR REVISIONS TO COMPLAINT; REVISE DRAFT COMPLAINT | JDB | 1.60 | 592.00 |
| 1-Mar-11 | PREPARE CIVIL CASE INFORMATION STATEMENT | EPF | 0.20 | 69.00 |
| 1-Mar-11 | PREPARE SUMMONS | EPF | 0.10 | 34.50 |
| 1-Mar-11 | REVIEW COMPLAINT AND 7.1 STATEMENT | EPF | 0.40 | 138.00 |
| 1-Mar-11 | COORDINATE SUMMONS, COMPLAINT, CASE INFORMATION STATEMENT AND DISCLOSURE STATEMENT FOR FILING | EPF | 0.20 | 69.00 |
| 1-Mar-11 | FINALIZE SUMMONS AND COMPALINT. | H K | 1.04 | 254.80 |
| 7-Mar-11 | FINALIZE PAPERS AND COURT ISSUED SUMMONS FOR SERVICE | EPF | 0.30 | 103.50 |
| 9-Mar-11 | PREPARATION OF PRO HAC VICE MOTION FOR JENNIFER RUBIN | H K | 0.79 | 193.55 |
| | **Subtotal for Code 4000** | | **6.43** | **2,120.35** |

Services.............................................................................................$2,120.35

**LESS COURTESY DISCOUNT**                                                    (212.04)

**Total Services** .............................................................................**$1,908.31**

| Date | Disbursements | | Value |
|---|---|---|---|
| 7-Mar-11 | DUPLICATING | 6.40 | |
| Total for DUPLICATING | | | 6.40 |
| | | | |
| 7-Mar-11 | TELEPHONE 1-908-687-0056 Unionville (Union) - NJ (USA) | 0.20 | |
| 9-Mar-11 | TELEPHONE 1-609-341-3136 Trenton - NJ (USA) | 0.40 | |
| Total for TELEPHONE | | | 0.60 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
| 0244629 | AMERICAN FEDERAL MORTGAGE CORP. | Invoice Number | 8587134 |

| __Date__ | __Disbursements__ | | __Value__ |
|---|---|---|---|
| 11-Mar-11 | FEDERAL EXPRESS Airbill: 794503269015 per 3987 Invoice No: 742215619 Ship Dt: 03/07/11 | 51.81 | |
| | Total for FEDERAL EXPRESS | | 51.81 |
| 28-Mar-11 | SERVICE OF PROCESS - GUARANTEED SUBPOENA SERVICE, INC. ; SERVICE ON AMERICAN FEDERAL MORTGAGE CORP. ON 3/15/11. LEHMAN BROTHERS V. AMERICAN FEDERAL MORTGAGE CORP. EF-3809 | 59.95 | |
| | Total for SERVICE OF PROCESS | | 59.95 |
| 9-Mar-11 | FILING FEES - CLERK U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK CLERK U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK FEE. CERTIFICATE OF GOOD STANDING USDC/SDNY FOR JENNIFER RUBIN AS PER HOWARD KOGAN (3332) | 15.00 | |
| | Total for FILING FEES | | 15.00 |

**Total Disbursements** ..................................................................................................**$133.76**

Akerman Senterfitt                                                                Page 5

054539       LEHMAN BROTHERS HOLDINGS, INC.          As of          March 31, 2011
0244629      AMERICAN FEDERAL MORTGAGE CORP.         Invoice Number      8587134

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| EPF | E. P. FUDIM | 1.20 | 414.00 |
| H K | H. KOGAN | 1.83 | 448.35 |
| JDB | J. D. BALSER | 3.40 | 1,258.00 |
| | Total | 6.43 | $2,120.35 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587135 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **RMS & ASSOCIATES**
Matter Number:  **0248042**

Claim No: **XXXXX Task**
**Code 4000**

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $907.00 |
| LESS COURTESY DISCOUNT | (90.70) |
| TOTAL SERVICES | $816.30 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$816.30** |

*To ensure proper credit to the above account, please indicate invoice no. 8587135*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587135 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **RMS & ASSOCIATES**
Matter Number:  **0248042**

Claim No: **XXXXX Task**
**Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $907.00 |
| LESS COURTESY DISCOUNT | (90.70) |
| TOTAL SERVICES | $816.30 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$816.30** |

*To ensure proper credit to the above account, please indicate invoice no. 8587135*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
| 0248042 | RMS & ASSOCIATES | Invoice Number | 8587135 |

**Task Code:**   **4000**

| 9-Mar-11 | REVIEW AND ANALYZE LOAN FILES, QUALITY CONTROL FILES, AND DEMAND LETTERS; WORK ON REVISIONS TO COMPLAINT | JDB | 2.30 | 851.00 |
| 29-Mar-11 | ANALYZE SUMMONS AND US DISTRICT COURT DOCKET FOR RESPONSE DEADLINES AND/OR HEARING DATES. | KLE | 0.40 | 56.00 |

|  | **Subtotal for Code 4000** |  | 2.70 | 907.00 |

Services.................................................................................................................$907.00

**LESS COURTESY DISCOUNT**                                                              (90.70)

**Total Services** .................................................................................................**$816.30**

Akerman Senterfitt

Page 4

054539          LEHMAN BROTHERS HOLDINGS, INC.                As of            March 31, 2011
0248042         RMS & ASSOCIATES                               Invoice Number       8587135

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 2.30 | 851.00 |
| KLE | K. L. ELLIOTT | 0.40 | 56.00 |
| | Total | 2.70 | $907.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date      April 29, 2011
Invoice No.        8587136

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **HAMILTON MORTGAGE**
Matter Number:   **0248048**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,579.00 |
| LESS COURTESY DISCOUNT | (157.90) |
| TOTAL SERVICES | $1,421.10 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,421.10** |

*To ensure proper credit to the above account, please indicate invoice no. 8587136*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|  |  |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587136 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:      **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **HAMILTON MORTGAGE**
Matter Number:  **0248048**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,579.00 |
| LESS COURTESY DISCOUNT | (157.90) |
| TOTAL SERVICES | $1,421.10 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,421.10** |

*To ensure proper credit to the above account, please indicate invoice no. 8587136*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
| 0248048 | HAMILTON MORTGAGE | Invoice Number | 8587136 |

**Task Code:      4000**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 11-Mar-11 | REVIEW AND ANALYZE LOAN FILES, QUALITY CONTROL DOCUMENTS, AND DEMAND LETTERS. | JDB | 1.70 | 629.00 |
| 11-Mar-11 | REVIEW LOCAL PROCEDURAL RULES FOR VENUE AND FILING REQUIREMENTS | JDB | 0.40 | 148.00 |
| 15-Mar-11 | REVISE COMPLAINT, EXHIBIT THERETO, AND CORPORATE DISCLOSURE STATEMENT PER US DISTRICT COURT, DISTRICT OF ARIZONA RULES. | KLE | 0.80 | 112.00 |
| 15-Mar-11 | PREPARE CIVIL COVER SHEET. PREPARE SUMMONS. | KLE | 0.70 | 98.00 |
| 15-Mar-11 | WORK ON REVISIONS TO COMPLAINT AND ASSOCIATED DOCUMENTS | JDB | 1.60 | 592.00 |

|  | **Subtotal for Code 4000** | | **5.20** | **1,579.00** |

Services..............................................................................................................$1,579.00

**LESS COURTESY DISCOUNT**                                                                    (157.90)

**Total Services** ..............................................................................................**$1,421.10**

Akerman Senterfitt

054539       LEHMAN BROTHERS HOLDINGS, INC.          As of          March 31, 2011
0248048      HAMILTON MORTGAGE                   Invoice Number        8587136

| Initial | Name | | Hours | Amount |
|---------|------|---|-------|--------|
| JDB | J. D. BALSER | | 3.70 | 1,369.00 |
| KLE | K. L. ELLIOTT | | 1.50 | 210.00 |
| | | Total | 5.20 | $1,579.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587137 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **UNIVERSAL AMERICAN MORTGAGE**
Matter Number: **0248049**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,497.00 |
| LESS COURTESY DISCOUNT | (149.70) |
| TOTAL SERVICES | $1,347.30 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,347.30** |

*To ensure proper credit to the above account, please indicate invoice no. 8587137*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | April 29, 2011 |
| Invoice No. | 8587137 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **UNIVERSAL AMERICAN MORTGAGE**
Matter Number: **0248049**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through March 31, 2011 as summarized below:*

| | |
|---|---:|
| Services | $1,497.00 |
| LESS COURTESY DISCOUNT | (149.70) |
| TOTAL SERVICES | $1,347.30 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,347.30** |

*To ensure proper credit to the above account, please indicate invoice no. 8587137*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                                      Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | March 31, 2011 |
| 0248049 | UNIVERSAL AMERICAN MORTGAGE | Invoice Number | 8587137 |

**Task Code:**    **4000**

| 10-Mar-11 | REVIEW AND ANALYZE LOAN FILES, QUALITY CONTROL FILES, DEMAND LETTERS AND DAMAGE FIGURES; REVIEW AND REVISE COMPLAINT AND SUPPORTING DOCUMENTATION | JDB | 2.10 | 777.00 |
| 11-Mar-11 | PREPARE FINAL DRAFT OF COMPLAINT, RULE 7.1 DISCLOSURE STATEMENT, CIVIL COVER SHEET, SUMMONS | JAT | 1.60 | 720.00 |

|  | **Subtotal for Code 4000** | | **3.70** | **1,497.00** |

Services.........................................................................................$1,497.00

**LESS COURTESY DISCOUNT**                                                      (149.70)

**Total Services** ...........................................................................**$1,347.30**

Akerman Senterfitt

054539      LEHMAN BROTHERS HOLDINGS, INC.                As of                    March 31, 2011
0248049     UNIVERSAL AMERICAN MORTGAGE                   Invoice Number                  8587137

| Initial | Name | | Hours | Amount |
|---------|------|---|-------|--------|
| JAT | J. A. TRINZ | | 1.60 | 720.00 |
| JDB | J. D. BALSER | | 2.10 | 777.00 |
| | | Total | 3.70 | $1,497.00 |