# April 2011



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date          May 30, 2011
Invoice No.           8596976

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **SOUTHEAST FUNDING ALLIANCE**
Matter Number:  **0211891**                        Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $212.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (21.20) |
| TOTAL SERVICES | $190.80 |
| Disbursements | $936.38 |
| **TOTAL THIS INVOICE** | **$1,127.18** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8596976*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | May 30, 2011 |
| Invoice No. | 8596976 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **SOUTHEAST FUNDING ALLIANCE**
Matter Number: **0211891**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $212.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (21.20) |
| TOTAL SERVICES | $190.80 |
| Disbursements | $936.38 |
| **TOTAL THIS INVOICE** | **$1,127.18** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8596976*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
|---|---|---|---|
| 0211891 | SOUTHEAST FUNDING ALLIANCE | Invoice Number | 8596976 |

**Task Code:**   **4000**

| Date | Description | | | |
|---|---|---|---|---|
| 4-Apr-11 | PREPARE AND FORWARD EMAIL TO SHERYL MOODY FOLLOWING UP ON COUNSEL'S PREVIOUS REQUEST FOR A CERTIFICATION OF CUSTODIAN OF RECORDS. | KLE | 0.40 | 56.00 |
| 22-Apr-11 | REVIEW MOTION BY DEFENDANT TO IMPLEAD AURORA | KJG | 0.30 | 117.00 |
| 27-Apr-11 | DETERMINE RESPONSE DEADLINE RE: MOTION TO IMPLEAD AURORA | KJG | 0.10 | 39.00 |
| | **Subtotal for Code 4000** | | **0.80** | **212.00** |

Services...................................................................................................................$212.00

**LESS AGREED UPON 10% FEE DISCOUNT**                                                     **(21.20)**

**Total Services** .....................................................................................................**$190.80**

| Date | Disbursements | | Value |
|---|---|---|---|
| 8-Apr-11 | FEDERAL EXPRESS Airbill: 796931922720 per 0996 Invoice No: 745367854 Ship Dt: 03/30/11 | 7.13 | |
| Total for FEDERAL EXPRESS | | | 7.13 |
| 18-Apr-11 | TRANSPORTATION - JUSTIN BALSER: AIRFARE ON 2/15/11-2/17/11 TRAVEL TO ORLANDO, FL FOR 30 (B) 6 DEPOSITION LBHI VS. SOUTHEAST FUNDING JB/4163 | 161.70 | |
| Total for TRANSPORTATION | | | 161.70 |
| 18-Apr-11 | HOTEL - JUSTIN BALSER: ON 2/15/11-2/17/11 TRAVEL TO ORLANDO, FL FOR 30 (B) 6 DEPOSITION LBHI VS. SOUTHEAST FUNDING JB/4163 | 335.26 | |
| Total for HOTEL | | | 335.26 |

Akerman Senterfitt

054539     LEHMAN BROTHERS HOLDINGS, INC.              As of              April 30, 2011
0211891    SOUTHEAST FUNDING ALLIANCE                  Invoice Number            8596976

| __Date__ | __Disbursements__ | | __Value__ |
|---|---|---|---|
| 1-Apr-11 | MEALS - SUNTRUST BANCARD, N.A. GEORGENNE SUMNER: 02/16/11 JIMMY JOHN'S DELI, LUNCH-MEETING WITH CLIENT. FOOD $13.25 AND TIP $3.00. REQUESTER: J. RUBIN. GBS-3022/ KMN-3795 | 16.25 | |
| 18-Apr-11 | MEALS - JUSTIN BALSER: ON 2/15/11-2/17/11 TRAVEL TO ORLANDO, FL FOR 30 (B) 6 DEPOSITION LBHI VS. SOUTHEAST FUNDING JB/4163 | 146.34 | |
| Total for MEALS | | | 162.59 |
| 18-Apr-11 | PARKING - JUSTIN BALSER: ON 2/15/11-2/17/11 TRAVEL TO ORLANDO, FL FOR 30 (B) 6 DEPOSITION LBHI VS. SOUTHEAST FUNDING JB/4163 | 48.00 | |
| Total for PARKING | | | 48.00 |
| 28-Apr-11 | COURT REPORTER - ASSOCIATED COURT REPORTERS ; DEPOSITION TRANSCRIPT OF JOHN BAKER ON 2/16/11. LEHMAN BROS. HOLDINGS INC./SOUTHEAST FUNDING. KE-4162 | 221.70 | |
| Total for COURT REPORTER | | | 221.70 |

**Total Disbursements** ......................................................................................................**$936.38**

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
| 0211891 | SOUTHEAST FUNDING ALLIANCE | Invoice Number | 8596976 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.40 | 156.00 |
| KLE | K. L. ELLIOTT | 0.40 | 56.00 |
| | Total | 0.80 | $212.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | May 09, 2011 |
| Invoice No. | 8590058 |

CRAIG W. BURNS
LAMCO, LLC
A WHOLLY OWNED SUBSIDIARY OF
LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS, 38TH FL
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **GABLES MARQUIS CONSTRUCTION CLEAN-UP**
Matter Number:   **0214163**

Claim No: **XXXXX Task Code 2300**

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $9,761.00 |
| Disbursements | $98.50 |
| **TOTAL THIS INVOICE** | **$9,859.50** |

*To ensure proper credit to the above account, please indicate invoice no. 8590058*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date     May 09, 2011
Invoice No.     8590058

CRAIG W. BURNS
LAMCO, LLC
A WHOLLY OWNED SUBSIDIARY OF
LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS, 38TH FL
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **GABLES MARQUIS CONSTRUCTION CLEAN-
UP**
Matter Number:     **0214163**               Claim No: **XXXXX Task
Code 2300**

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $9,761.00 |
| Disbursements | $98.50 |
| **TOTAL THIS INVOICE** | **$9,859.50** |

*To ensure proper credit to the above account, please indicate invoice no. 8590058*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                Page 3

051161      LEHMAN BROTHERS HOLDINGS, INC.          As of              April 30, 2011
0214163     GABLES MARQUIS CONSTRUCTION CLEAN-UP    Invoice Number           8590058


**Task Code:    2300**

| Date | Description | | | |
|---|---|---|---|---|
| 1-Mar-11 | DRAFT CORRESPONDENCE TO UTLEY RE WIRE INSTRUCTION. | SBB | 0.10 | 44.50 |
| 1-Mar-11 | REVIEW WIRE INSTRUCTION. | SBB | 0.10 | 44.50 |
| 1-Mar-11 | DRAFT CORRESPONDENCE TO CLIENT RE STATUS. | SBB | 0.20 | 89.00 |
| 1-Mar-11 | TELEPHONE CONFERENCE WITH UTLEY RE STATUS. | SBB | 0.10 | 44.50 |
| 1-Mar-11 | DRAFT REPLY TO CLIENT RE ESCROW. | SBB | 0.20 | 89.00 |
| 1-Mar-11 | REVIEW CORRESPONDENCE FROM CLIENT RE ESCROW. | SBB | 0.10 | 44.50 |
| 4-Mar-11 | REVIEW CORRESPONDENCE FROM UTLEY RE STATUS OF WIRE | SBB | 0.10 | 44.50 |
| 4-Mar-11 | DRAFT CORRESPONDENCE TO CLIENT AND TRIMONT RE SAME. | SBB | 0.10 | 44.50 |
| 5-Mar-11 | DRAFT CORRESPONDENCE TO TRIMONT RE STATUS. | SBB | 0.10 | 44.50 |
| 5-Mar-11 | REVIEW CORRESPONDENCE FROM CLIENT RE STATUS OF WIRE AND DRAFT CORRESPONDENCE TO UTLEY RE SAME. | SBB | 0.10 | 44.50 |
| 7-Mar-11 | RECEIPT AND REVIEW CORRESPONDENCE FROM TRIMONT CONFIRMING WIRE AND STATUS. | SBB | 0.20 | 89.00 |
| 16-Mar-11 | REVIEW CORRESPONDENCE FROM CLIENT RE DETAILS OF ESCROW AGREEMENT. | SBB | 0.10 | 44.50 |
| 16-Mar-11 | ADDRESS ISSUES RE SAME. | SBB | 0.10 | 44.50 |
| 17-Mar-11 | DRAFT ESCROW AGREEMENT. | TMM | 2.00 | 860.00 |
| 17-Mar-11 | REVIEW SETTLEMENT AGREEMENT WITH EMAILS. | TMM | 2.10 | 903.00 |
| 23-Mar-11 | REVIEW CORRESPONDENCE FROM COSCAN RE STATUS AND CERTAIN SUBCONTRACTOR FINAL RELEASES. | SBB | 0.60 | 267.00 |
| 23-Mar-11 | DRAFT CORRESPONDENCE TO CLIENT RE SAME. | SBB | 0.20 | 89.00 |
| 24-Mar-11 | REVIEW AND REVISE ESCROW AGREEMENT. | SBB | 0.40 | 178.00 |
| 28-Mar-11 | REVIEW EXECUTED MERIT WITHDRAWAL OF CLAIM. | SBB | 0.20 | 89.00 |

Akerman Senterfitt                                                              Page 4

051161      LEHMAN BROTHERS HOLDINGS, INC.          As of            April 30, 2011
0214163     GABLES MARQUIS CONSTRUCTION CLEAN-UP    Invoice Number         8590058

| | | | | |
|---|---|---|---|---|
| 28-Mar-11 | DRAFT CORRESPONDENCE TO CLIENT RE REVISIONS TO ESCROW AGREEMENT. | SBB | 0.10 | 44.50 |
| 28-Mar-11 | REVIEW CORRESPONDENCE FROM TRIMONT RE REQUESTED REVISIONS TO ESCROW AGREEMENT. | SBB | 0.10 | 44.50 |
| 28-Mar-11 | DRAFT CORRESPONDENCE TO CLIENT RE ESCROW AGREEMENT. | SBB | 0.10 | 44.50 |
| 28-Mar-11 | FINALIZE ESCROW AGREEMENT. | SBB | 0.30 | 133.50 |
| 28-Mar-11 | DRAFT CORRESPONDENCE TO COSCAN RE STATUS OF FILING. | SBB | 0.10 | 44.50 |
| 28-Mar-11 | DRAFT CORRESPONDENCE TO CLIENT RE SAME. | SBB | 0.10 | 44.50 |
| 29-Mar-11 | DRAFT CORRESPONDENCE TO CLIENT RE MERIT DOCUMENTS. | SBB | 0.10 | 44.50 |
| 29-Mar-11 | DRAFT REPLY TO SAME; | SBB | 0.10 | 44.50 |
| 29-Mar-11 | REVIEW CORRESPONDENCE FROM COSCAN RE MERIT DOCUMENTS. | SBB | 0.20 | 89.00 |
| 29-Mar-11 | REVIEW CLIENT'S REVISED AGREEMENT. | SBB | 0.20 | 89.00 |
| 29-Mar-11 | ADDRESS ISSUES RE REVISIONS TO ESCROW AGREEMENT. | SBB | 0.10 | 44.50 |
| 29-Mar-11 | REVISE ESCROW AGREEMENT RE: CHANGE IN ESCROW AGENT. | TMM | 0.70 | 301.00 |
| 29-Mar-11 | REVIEW EMAILS RE: CHANGES TO ESCROW AGREEMENT | TMM | 0.30 | 129.00 |
| 29-Mar-11 | REVIEW CORRESPONDENCE FROM CLIENT RE REVISIONS TO ESCROW AGREEMENT. | SBB | 0.10 | 44.50 |
| 30-Mar-11 | REVIEW LENGTHY COMMENTS RECEIVED FROM TWO PARTIES. | TMM | 1.10 | 473.00 |
| 30-Mar-11 | REVIEW CORRESPONDENCE FROM COSCAN RE: MERIT DOCUMENTS TO BE FILED IN BANKRUPTCY COURT | SBB | 0.20 | 89.00 |
| 30-Mar-11 | ADDRESS ISSUES RE: SAME AND REVISIONS TO ESCROW AGREEMENT TO ADDRESS PAYMENT PROCEDURES. | SBB | 0.30 | 133.50 |
| 30-Mar-11 | REVIEW TRIMONT'S COMMENTS TO ESCROW AGREEMENT | SBB | 0.20 | 89.00 |
| 30-Mar-11 | DRAFT CORRESPONDENCE TO COSCAN RE: DOCUMENTS TO BE FILED IN STATE COURT. | SBB | 0.20 | 89.00 |

Akerman Senterfitt                                                    Page 5

| 051161 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
| 0214163 | GABLES MARQUIS CONSTRUCTION CLEAN-UP | Invoice Number | 8590058 |

| 30-Mar-11 | DRAFT DISMISSAL DOCUMENTS TO BE FILED IN STATE COURT; | SBB | 0.50 | 222.50 |
|---|---|---|---|---|
| 30-Mar-11 | REVISE AGREEMENT. | TMM | 1.20 | 516.00 |
| 30-Mar-11 | REVIEW SETTLEMENT AGREEMENT PROVISIONS. | TMM | 1.10 | 473.00 |
| 30-Mar-11 | REVIEW CONTRACT WARRANTY PROVISIONS. | TMM | 1.20 | 516.00 |
| 31-Mar-11 | CONFER RE: PROVISIONS IN ALL AGREEMENTS WITH RESPECT TO WARRANTY PERIOD. | TMM | 0.50 | 215.00 |
| 31-Mar-11 | CONTINUE REVISIONS OF ESCROW AGREEMENT. | TMM | 1.40 | 602.00 |
| 6-Apr-11 | REVIEW AND REVISE ESCROW AGREEMENT. | SBB | 0.20 | 89.00 |
| 6-Apr-11 | DRAFT CORRESPONDENCE TO CLIENT RE REVISED ESCROW AGREEMENT. | SBB | 0.20 | 89.00 |
| 6-Apr-11 | REVIEW REDLINE AGAINST PREVIOUS VERSION. | SBB | 0.20 | 89.00 |
| 7-Apr-11 | ADDRESS ISSUES RE REVISIONS TO ESCROW AGREEMENT. | SBB | 0.10 | 44.50 |
| 7-Apr-11 | REVIEW CLIENT'S REVISIONS TO ESCROW AGREEMENT. | SBB | 0.10 | 44.50 |
| 11-Apr-11 | REVISE ESCROW AGREEMENT PER CLIENT COMMENTS. | SBB | 0.20 | 89.00 |
| 11-Apr-11 | DRAFT CORRESPONDENCE TO CLIENT RE ESCROW AGREEMENT. | SBB | 0.20 | 89.00 |
| 11-Apr-11 | REVIEW REDLINE FOR ESCROW AGREEMENT. | SBB | 0.20 | 89.00 |
| 13-Apr-11 | DRAFT CORRESPONDENCE TO CLIENT RE STATUS OF ESCROW AGREEMENT. | SBB | 0.10 | 44.50 |
| 14-Apr-11 | REVIEW CORRESPONDENCE FROM CLIENT AND TRIMONT APPROVING DRAFT PROPOSED ESCROW AGREEMENT | SBB | 0.20 | 89.00 |
| 14-Apr-11 | DRAFT CORRESPONDENCE TO COSCAN RE SAME. | SBB | 0.20 | 89.00 |
| 19-Apr-11 | DRAFT CORRESPONDENCE TO CLIENT RE SAME. | SBB | 0.30 | 133.50 |
| 19-Apr-11 | REVIEW COSCAN'S COMMENTS TO ESCROW AGREEMENT. | SBB | 0.30 | 133.50 |

Akerman Senterfitt                                                        Page 6

| 051161 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
| 0214163 | GABLES MARQUIS CONSTRUCTION CLEAN-UP | Invoice Number | 8590058 |

| | | | | |
|---|---|---|---|---|
| 20-Apr-11 | REVIEW CORRESPONDENCE FROM CLIENT RE COSCAN'S COMMENTS TO ESCROW AGREEMENT. | SBB | 0.10 | 44.50 |
| 27-Apr-11 | REVIEW COMMENTS TO ESCROW AGREEMENT FROM CONTRACTOR. | TMM | 0.60 | 258.00 |
| 27-Apr-11 | RESPOND TO COMMENTS AND PROPOSE ALTERNATIVE LANGUAGE. | TMM | 0.40 | 172.00 |
| 27-Apr-11 | REVIEW UNDERLYING CONSTRUCTION CONTRACTS. | TMM | 1.20 | 516.00 |
| | **Subtotal for Code 2300** | | 22.40 | 9,761.00 |

**Total Fees for Services Rendered**..........................................................$9,761.00

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 25-Feb-11 | DUPLICATING | 4.50 | |
| 25-Mar-11 | OUTSIDE DUPLICATING - CLERK OF THE COURT CERTIFIED COPY FEE | 3.00 | |
| | Total for DUPLICATING | | 7.50 |
| 20-Apr-11 | DELIVERY SERVICE - EXECUTIVE EXPRESS LLC: DELIVERY TO THE DADE COUNTY RECORDERS OFFICE ON 3/25/11 - RETURN RECORDED DOCUMENT. SB-2486 | 74.50 | |
| 20-Apr-11 | DELIVERY SERVICE - EXECUTIVE EXPRESS LLC: DELIVERY TO AS-FTL FROM THE DADE COUNTY RECORDERS OFFICE ON 3/25/11 - RETURN RECORDED DOCUMENT. SB-2486 | 6.50 | |
| | Total for DELIVERY SERVICE | | 81.00 |
| 25-Mar-11 | RECORDING FEES - CLERK OF THE COURT RECORDING FEE | 10.00 | |
| | Total for RECORDING FEES | | 10.00 |

**Total Disbursements** ..........................................................$98.50

Akerman Senterfitt                                                      Page 7

051161        LEHMAN BROTHERS HOLDINGS, INC.          As of            April 30, 2011
0214163       GABLES MARQUIS CONSTRUCTION CLEAN-UP    Invoice Number        8590058

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| SBB | S.B. BOHM | 8.60 | 3,827.00 |
| TMM | T.M. MCLAUGHLIN | 13.80 | 5,934.00 |
| | Total | 22.40 | $9,761.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8597338 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **APPROVED FUNDING CORP.**
Matter Number:  **0221786**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $10,659.35 |
| LESS AGREED UPON 10% FEE DISCOUNT | (1,065.94) |
| TOTAL SERVICES | $9,593.41 |
| Disbursements | $38.67 |
| **TOTAL THIS INVOICE** | **$9,632.08** |

*To ensure proper credit to the above account, please indicate invoice no. 8597338*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|  |  |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8597338 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **APPROVED FUNDING CORP.**
Matter Number:  **0221786**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $10,659.35 |
| LESS AGREED UPON 10% FEE DISCOUNT | (1,065.94) |
| TOTAL SERVICES | $9,593.41 |
| Disbursements | $38.67 |
| **TOTAL THIS INVOICE** | **$9,632.08** |

*To ensure proper credit to the above account, please indicate invoice no. 8597338*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8597338 |

**Task Code:**     **4000**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 8-Apr-11 | MEMO TO RE: SETTLEMENT OFFER AND REPLY ON MOTION FOR SUMMARY JUDGMENT | EPF | 0.10 | 34.50 |
| 8-Apr-11 | T/C RE: REPLY DATE ON MOTION FOR SUMMARY JUDGMENT SHOULD CASE NOT SETTLE | EPF | 0.10 | 34.50 |
| 8-Apr-11 | MEMO RE: SETTLEMENT COUNTER-OFFER. | EPF | 0.03 | 10.35 |
| 11-Apr-11 | REVIEW SETTLEMENT COUNTEROFFER FROM APPROVED'S COUNSEL; EXCHANGE EMAILS WITH APPROVED'S COUNSEL; SEND EMAIL TO MR. BAKER WITH SETTLEMENT OFFER FROM APPROVED | JDB | 0.30 | 111.00 |
| 13-Apr-11 | SETTLEMENT COMMUNICATIONS WITH OPPOSING COUNSEL | KJG | 0.10 | 39.00 |
| 14-Apr-11 | BEGIN GENERAL REVIEW OF FILE, DOCKET, DISCOVERY RESPONSES, PRIOR ORDERS, AND OUR SUMMARY JUDGMENT MOTION, IN PREPARATION FOR DRAFTING REPLY BRIEF | KJG | 1.40 | 546.00 |
| 15-Apr-11 | ANALYZE DOCUMENTS ATTACHED BY DEFENDANT TO RESPONSE TO SUMMARY JUDGMENT, CONTAINS INDIRECT ADMISSION | KJG | 0.80 | 312.00 |
| 15-Apr-11 | REVIEW DOCUMENTS IN LAWBASE AND THAT WE PRODUCED TO DETERMINE LEVEL OF REDACTING AS MAY BE HELPFUL IN REPLY ARGUMENT | KJG | 0.90 | 351.00 |
| 15-Apr-11 | ANALYZE DEFENDANT'S RESPONSE TO OUR SUMMARY JUDGMENT | KJG | 2.60 | 1,014.00 |
| 15-Apr-11 | OUTLINE FOUR MAIN ARGUMENTS MADE BY DEFENDANT FOR DETERMINING IF PREVIOUSLY ADDRESSED BY OTHER LBHI BRIEFS | KJG | 0.70 | 273.00 |
| 15-Apr-11 | REVIEW POINTS FOR RESPONSIVE ARGUMENTS | KJG | 0.20 | 78.00 |

Akerman Senterfitt                                                          Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8597338 |

| Date | Description | | | |
|---|---|---|---|---|
| 15-Apr-11 | DRAFTING REPLY BRIEF, ADDRESS: OVERVIEW; FAILURE TO PROPERLY RESPOND TO STATEMENT OF FACTS, LOCAL RULE RE SAME; FAULTY CLAIM THAT LBHI TRYING TO FORCE REPURCHASE OF NON-EXISTENT LOAN; CONFUSION OVER INTERACTION BETWEEN SECTIONS 710 AND 711; DAMAGES SUPPORTED BY DECLARATION AND EVIDENCE | KJG | 5.60 | 2,184.00 |
| 15-Apr-11 | REVIEW LITIGATION FILE FOR COPIES OF ORIGINAL EXHIBITS A & B TO DECLARATION IN SUPPORT OF SETTLEMENT DISCUSSIONS. PREPARE AND FORWARD EMAIL TO RE: THE SAME. | KLE | 0.60 | 84.00 |
| 16-Apr-11 | DRAFTING REPLY ADDRESS: DAMAGES CONSISTENT WITH CONTRACT PROVISIONS; NOTICE NOT REQUIRED UNDER THE CONTRACT | KJG | 1.60 | 624.00 |
| 16-Apr-11 | WORK ON REPLY: OBTAIN CASES AND REBUT ARGUMENTS RE: WAIVER, ESTOPPEL, AMBIGUITY, BREACH CAUSED BY PURPORTED UNDER-PRICED SALE OF DEFAULTED LOAN | KJG | 4.60 | 1,794.00 |
| 16-Apr-11 | COMPLETE DRAFT OF REPLY BRIEF | KJG | 0.60 | 234.00 |
| 17-Apr-11 | WORK ON REVISIONS TO REPLY TO APPROVED'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | JDB | 2.00 | 740.00 |
| 18-Apr-11 | WORK ON REPLY: ANALYZE PRECEDENT, PREPARE RESPONSIVE ARGUMENT RE SAME; INCORPORATE REVISIONS ; ADD DISCUSSIONS OF RECENT SUMMARY JUDGMENT DECISIONS IN FAVOR OF LBHI. | KJG | 2.60 | 1,014.00 |
| 18-Apr-11 | COMMUNICATIONS RE: FINALIZING AND FILING REPLY, COORDINATION OF SAME | KJG | 0.60 | 234.00 |
| 19-Apr-11 | COMMUNICATIONS WITH OPPOSING COUNSEL RE PRETRIAL CONFERENCE REQUIREMENTS, SUGGEST JOINT REQUEST TO COURT FOR ADDITIONAL TIME | KJG | 0.30 | 117.00 |
| 19-Apr-11 | T/C RE: PRE-TRIAL CONFERENCE ADJOURNMENT | EPF | 0.20 | 69.00 |

Akerman Senterfitt                                                                Page 5

054539        LEHMAN BROTHERS HOLDINGS, INC.        As of           April 30, 2011
0221786       APPROVED FUNDING CORP.                Invoice Number       8597338

| Date | Description | | | |
|------|-------------|---|---|---|
| 21-Apr-11 | COMMUNICATIONS WITH OPPOSING COUNSEL RE SUMMARY JUDGMENT HEARING AND RELATED MATTERS | KJG | 0.20 | 78.00 |
| 26-Apr-11 | ANALYZE PRETRIAL DEADLINES RE: EXCHANGE OF TRIAL EXHIBITS, HOLDING OF PRETRIAL CONFERENCE, ORDERS EXTENDING CERTAIN DEADLINES BUT NOT OTHERS | KJG | 0.20 | 78.00 |
| 26-Apr-11 | COMMUNICATIONS WITH OPPOSING COUNSEL RE EXCHANGE OF TRIAL EXHIBITS | KJG | 0.30 | 117.00 |
| 26-Apr-11 | COMMUNICATION FROM OPPOSING COUNSEL RESPONDING RE PRETRIAL REQUIREMENTS | KJG | 0.10 | 39.00 |
| 26-Apr-11 | MEMORANDUM RE: TRIAL EXHIBITS TO BE EXCHANGED TODAY | EPF | 0.10 | 34.50 |
| 26-Apr-11 | T/C RE: PRO HAC VICE ADMISSION GIVEN SJ MOTION ALREADY FILED AND OTHER DEADLINES IN THIS MATTER | EPF | 0.30 | 103.50 |
| 27-Apr-11 | COMMUNICATION WITH OPPOSING COUNSEL RE UPCOMING PRETRIAL DEADLINES, EXCHANGE OF EXHIBITS AND CONVEYING NEW SETTLEMENT PROPOSAL | KJG | 0.20 | 78.00 |
| 28-Apr-11 | COMMUNICATE WITH OPPOSING COUNSEL RE MANDATORY PRETRIAL CONFERENCE AND EXCHANGE OF TRIAL EXHIBITS | KJG | 0.10 | 39.00 |
| 29-Apr-11 | COMMUNICATE WITH OPPOSING COUNSEL RE MANDATORY PRETRIAL CONFERENCE | KJG | 0.10 | 39.00 |
| 29-Apr-11 | PRETRIAL CONFERENCE WITH OPPOSING COUNSEL ALSO DISCUSS SETTLEMENT, ANALYSIS OF SAME | KJG | 0.40 | 156.00 |

|  | **Subtotal for Code 4000** | | 27.93 | **10,659.35** |
|---|---|---|---|---|

Services....................................................................................................$10,659.35

**LESS AGREED UPON 10% FEE DISCOUNT**                                    (1,065.94)

**Total Services** ...................................................................................**$9,593.41**

Akerman Senterfitt                                                          Page 6

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8597338 |

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 18-Apr-11 | TELEPHONE 1-303-483-5976 Denver - CO (USA) | 0.20 | |
| 19-Apr-11 | TELEPHONE 1-201-487-3700 Hackensack - NJ (USA) | 1.00 | |
| Total for TELEPHONE | | | 1.20 |
| | | | |
| 22-Apr-11 | FEDERAL EXPRESS Airbill: 794657684648 per 4427 Invoice No: 747025136 Ship Dt: 04/15/11 | 7.39 | |
| Total for FEDERAL EXPRESS | | | 7.39 |
| | | | |
| 1-Apr-11 | MEALS - JENNIFER L. RUBIN: SEAMLESS WEB ONLINE FOOD ORDER FROM ENERGY ON 2/25/11 FOR COORDINATION AND FILING OF MOTION JR/3911 | 30.08 | |
| Total for MEALS | | | 30.08 |

**Total Disbursements** ...................................................................................................................$38.67

Akerman Senterfitt                                                          Page 7

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of              April 30, 2011
0221786     APPROVED FUNDING CORP.                  Invoice Number        8597338

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| EPF | E. P. FUDIM | 0.83 | 286.35 |
| JDB | J. D. BALSER | 2.30 | 851.00 |
| KJG | K. J. GARCIA | 24.20 | 9,438.00 |
| KLE | K. L. ELLIOTT | 0.60 | 84.00 |
| | Total | 27.93 | $10,659.35 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8596972 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **RESIDENTIAL LOAN CENTERS OF AMERICA**
Matter Number:  **0223867**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $37.00 |
| LESS COURTESY DISCOUNT | (3.70) |
| TOTAL SERVICES | $33.30 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$33.30** |

*To ensure proper credit to the above account, please indicate invoice no. 8596972.*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | May 31, 2011 |
|---|---|
| Invoice No. | 8596972 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **RESIDENTIAL LOAN CENTERS OF AMERICA**
Matter Number:  **0223867**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $37.00 |
| LESS COURTESY DISCOUNT | (3.70) |
| TOTAL SERVICES | $33.30 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$33.30** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8596972*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                 Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
| 0223867 | RESIDENTIAL LOAN CENTERS OF AMERICA | Invoice Number | 8596972 |

**Task Code:**     **4000**

| 1-Mar-11 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL REGARDING CASE STATUS FOR MARCH 2011 | JDB | 0.10 | 37.00 |

|  | **Subtotal for Code 4000** |  | **0.10** | **37.00** |

Services.................................................................................................$37.00

**LESS COURTESY DISCOUNT**                                                          (3.70)

**Total Services** ..............................................................................**$33.30**

Akerman Senterfitt

054539     LEHMAN BROTHERS HOLDINGS, INC.                As of              April 30, 2011
0223867    RESIDENTIAL LOAN CENTERS OF AMERICA           Invoice Number            8596972

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.10 | 37.00 |
| | Total | 0.10 | $37.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     May 31, 2011
Invoice No.      8596952

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **BONDCORP REALTY SERVICES, INC.**
                 **(PROJECT HARVEST)**
Matter Number:   **0225239**                          Claim No: **XXXXX Task**
                                                      **Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

|  |  |
|---|---|
| Services | $1,906.00 |
| LESS COURTESY DISCOUNT | (190.60) |
| TOTAL SERVICES | $1,715.40 |
| Disbursements | $66.56 |
| **TOTAL THIS INVOICE** | **$1,781.96** |

*To ensure proper credit to the above account, please indicate invoice no. 8596952*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|                | |
|----------------|-----------|
| Invoice Date   | May 31, 2011 |
| Invoice No.    | 8596952 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **BONDCORP REALTY SERVICES, INC.**
                 **(PROJECT HARVEST)**
Matter Number:   **0225239**                          Claim No: **XXXXX Task**
                                                       **Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,906.00 |
| LESS COURTESY DISCOUNT | (190.60) |
| TOTAL SERVICES | $1,715.40 |
| Disbursements | $66.56 |
| **TOTAL THIS INVOICE** | **$1,781.96** |

*To ensure proper credit to the above account, please indicate invoice no. 8596952*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
|---|---|---|---|
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | Invoice Number | 8596952 |

**Task Code:    4000**

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 4-Apr-11 | REVIEW DOCUMENTS PRODUCED AND IDENTIFY BY BATES NUMBER DOCUMENTS RESPONSIVE TO SPECIAL INTERROGATORIES PROPOUNDED BY BONDCORP; REVISE RESPONSES TO INTERROGATORIES | JDB | 3.40 | 1,258.00 |
| 7-Apr-11 | FINALIZE LETTER TO OPPOSING COUNSEL FORWARDING SUPPLEMENTAL DISCOVERY RESPONSES VIA OVERNIGHT MAIL. | KLE | 0.70 | 98.00 |
| 11-Apr-11 | SEND EMAIL TO MR. BAKER WITH RESPONSE TO REQUEST FOR STATUS UPDATE | JDB | 0.10 | 37.00 |
| 15-Apr-11 | RESEARCH AND ANALYZE US DISTRICT COURT DOCKET FOR CURRENT LITIGATION STATUS AND HEARING DATES. | KLE | 0.50 | 70.00 |
| 28-Apr-11 | COMMUNICATE WITH OPPOSING COUNSEL RE THEIR REQUEST TO EXTEND DISCOVERY AND FOR DEPOSITION DATES | KJG | 0.20 | 78.00 |
| 28-Apr-11 | CONFIRM DISCOVERY PRODUCTION STATUS | KJG | 0.10 | 39.00 |
| 28-Apr-11 | COMMUNICATION WITH OPPOSING COUNSEL RE STATUS OF THEIR PRODUCTION OF FINANCIAL STATEMENTS, OUR PRODUCTION OF DOCUMENTS, AND SCHEDULING DEPOSITIONS | KJG | 0.20 | 78.00 |
| 28-Apr-11 | PREPARE RESPONSE RE: STATUS OF PLAINTIFF'S DISCOVERY RESPONSES PRODUCED ON 4-7-11. | KLE | 0.10 | 14.00 |
| 29-Apr-11 | COMMUNICATE WITH J. BAKER RE: DEPOSITION SCHEDULING | KJG | 0.10 | 39.00 |
| 29-Apr-11 | ANALYZE CURRENT DEADLINES, OPPOSING COUNSEL'S REQUEST FOR 6-MONTH EXTENSION, STATUS OF DISCOVERY | KJG | 0.20 | 78.00 |
| 30-Apr-11 | COMMUNICATIONS WITH OPPOSING COUNSEL RE MOVING DISCOVERY DEADLINE, SCHEDULING DEPOSITIONS, NEED FOR THEIR FINANCIAL DOCUMENTS | KJG | 0.30 | 117.00 |
| | **Subtotal for Code 4000** | | **5.90** | **1,906.00** |

Akerman Senterfitt                                                                                    Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of              April 30, 2011
0225239     BONDCORP REALTY SERVICES, INC. (PROJECT     Invoice Number              8596952
            HARVEST)


Services..................................................................................................$1,906.00

**LESS COURTESY DISCOUNT**                                                    **(190.60)**

**Total Services** ....................................................................................**$1,715.40**


| <u>Date</u> | <u>Disbursements</u> | | <u>Value</u> |
|---|---|---|---|
| 7-Apr-11 | DUPLICATING | 0.20 | |
| Total for DUPLICATING | | | 0.20 |
| 15-Apr-11 | FEDERAL EXPRESS Airbill: 796964941988 per 4162 Invoice No: 746142932 Ship Dt: 04/07/11 | 66.36 | |
| Total for FEDERAL EXPRESS | | | 66.36 |

**Total Disbursements** ..........................................................................**$66.56**

Akerman Senterfitt                                                                 Page 5

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
|---|---|---|---|
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | Invoice Number | 8596952 |

| Initial | Name | Hours | Amount |
|---|---|---|---|
| JDB | J. D. BALSER | 3.50 | 1,295.00 |
| KJG | K. J. GARCIA | 1.10 | 429.00 |
| KLE | K. L. ELLIOTT | 1.30 | 182.00 |
| | Total | 5.90 | $1,906.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8596930 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **CALIFORNIA FINANCIAL GROUP (PROJECT HARVEST)** |
| Matter Number: | **0225240** |

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $5,796.00 |
| LESS COURTESY DISCOUNT | (579.60) |
| TOTAL SERVICES | $5,216.40 |
| Disbursements | $77.22 |
| **TOTAL THIS INVOICE** | **$5,293.62** |

*To ensure proper credit to the above account, please indicate invoice no. 8596930*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8596930 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **CALIFORNIA FINANCIAL GROUP (PROJECT HARVEST)** |
| Matter Number: | **0225240** |

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $5,796.00 |
| LESS COURTESY DISCOUNT | (579.60) |
| TOTAL SERVICES | $5,216.40 |
| Disbursements | $77.22 |
| **TOTAL THIS INVOICE** | **$5,293.62** |

*To ensure proper credit to the above account, please indicate invoice no. 8596930*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                      Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
|---|---|---|---|
| 0225240 | CALIFORNIA FINANCIAL GROUP (PROJECT HARVEST) | Invoice Number | 8596930 |

**Task Code:    4000**

| Date | Description | Init | Hours | Amount |
|---|---|---|---|---|
| 5-Apr-11 | WORK ON DRAFTING AND REVISIONS TO REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; WORK ON REVISIONS TO DECLARATIONS OF J. BAKER AND J. BALSER | JDB | 0.00 | 0.00 |
| 5-Apr-11 | PREPARE AND FORWARD FOLLOW-UP EMAIL TO J. BAKER RE: REVIEW AND EXECUTION OF DECLARATION IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT. REVISE REPLY, DECLARATION OF J. BALSER, SUPPLEMENTAL DECLARATION OF J. BALSER. FINALIZE REPLY AND SUPPLEMENTAL DECLARATIONS. E-FILE THE SAME WITH US DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA.  PREPARE INSTRUCTIONAL MEMORANDUM TO FIRST LEGAL SUPPORT RE: PREPARATION AND DELIVERY OF COURTESY COPIES TO JUDICIAL CHAMBERS PER LOCAL RULES. | KLE | 0.00 | 0.00 |
| 5-Apr-11 | WORK ON DRAFTING AND REVISIONS TO REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | JDB | 1.80 | 666.00 |
| 5-Apr-11 | WORK ON REVISIONS TO DECLARATIONS OF J. BAKER AND J. BALSER | JDB | 1.70 | 629.00 |
| 5-Apr-11 | PREPARE EMAIL TO J. BAKER RE: REVIEW AND EXECUTION OF DECLARATION IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT. | KLE | 0.40 | 56.00 |
| 5-Apr-11 | REVISE REPLY, DECLARATION OF J. BALSER, SUPPLEMENTAL DECLARATION OF J. BALSER. FINALIZE REPLY AND SUPPLEMENTAL DECLARATIONS. | KLE | 1.80 | 252.00 |
| 6-Apr-11 | PREPARE COVER LETTER RE: PLAINTIFF'S SUPPLEMENTAL DISCOVERY RESPONSES. | KLE | 0.50 | 70.00 |
| 11-Apr-11 | SEND EMAIL TO MR. BAKER WITH RESPONSE TO REQUEST FOR STATUS UPDATE | JDB | 0.10 | 37.00 |

Akerman Senterfitt

| 054539<br>0225240 | LEHMAN BROTHERS HOLDINGS, INC.<br>CALIFORNIA FINANCIAL GROUP (PROJECT<br>HARVEST) | As of<br>Invoice Number | | April 30, 2011<br>8596930 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 15-Apr-11 | RESEARCH AND ANALYZE US DISTRICT COURT DOCKET FOR CURRENT LITIGATION STATUS AND HEARING DATES. | KLE | 0.70 | 98.00 |
| 19-Apr-11 | VERIFY DATE OF FINAL PRETRIAL CONFERENCE ORDERED BY THE COURT. | KLE | 0.20 | 28.00 |
| 19-Apr-11 | PREPARE AND FORWARD COPIES OF DOCUMENTS/PLEADINGS FOR USE IN PREPARATION FOR PARTIAL SUMMARY JUDGMENT HEARING SET FOR APRIL 25TH. | KLE | 0.70 | 98.00 |
| 22-Apr-11 | PREPARE FOR MOTION FOR SUMMARY JUDGMENT HEARING. | TAB | 3.10 | 1,395.00 |
| 25-Apr-11 | PREPARE FOR AND ATTEND HEARING ON PARTIAL MOTION FOR SUMMARY JUDGMENT; CONFERENCE WITH DEFENSE COUNSEL REGARDING FURTHER HANDLING, TRIAL AND SETTLEMENT. | TAB | 4.80 | 2,160.00 |
| 25-Apr-11 | DRAFT EMAIL TO CLIENT REGARDING GRANTING OF SUMMARY JUDGMENT MOTION AND STRATEGY FOR PROCEEDING IN LITIGATION | JDB | 0.30 | 111.00 |
| 27-Apr-11 | ANALYZE COURT'S ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT FOR DEADLINES. | KLE | 0.30 | 42.00 |
| 29-Apr-11 | CALCULATE PREJUDGMENT INTEREST FOR PROPOSED JUDGMENT. | KLE | 1.10 | 154.00 |
| | **Subtotal for Code 4000** | | **17.50** | **5,796.00** |

Services..................................................................................................$5,796.00

**LESS COURTESY DISCOUNT**                                     (579.60)

**Total Services** .......................................................................**$5,216.40**

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
| 0225240 | CALIFORNIA FINANCIAL GROUP (PROJECT HARVEST) | Invoice Number | 8596930 |

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 8-Apr-11 | FEDERAL EXPRESS Airbill: 796938562657 per 4162 Invoice No: 745339461 Ship Dt: 03/31/11 | 7.26 | |
| | Total for FEDERAL EXPRESS | | 7.26 |
| 27-Apr-11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; SERVICES ON 3/10/11, CALLER K. ELLIOTT. LEHMAN BROS V. CA FINANCIAL. JB-4163 | 69.96 | |
| | Total for DELIVERY SERVICE | | 69.96 |

**Total Disbursements** ...........................................................................................................$77.22

Akerman Senterfitt

054539        LEHMAN BROTHERS HOLDINGS, INC.          As of          April 30, 2011
0225240       CALIFORNIA FINANCIAL GROUP (PROJECT     Invoice Number      8596930
              HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 3.90 | 1,443.00 |
| KLE | K. L. ELLIOTT | 5.70 | 798.00 |
| TAB | T. A. BOOCK | 7.90 | 3,555.00 |
| | Total | 17.50 | $5,796.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date      May 31, 2011
Invoice No.       8596887

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)** |
| Matter Number: | **0225242** |

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $681.00 |
| LESS COURTESY DISCOUNT | (68.10) |
| TOTAL SERVICES | $612.90 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$612.90** |

*To ensure proper credit to the above account, please indicate invoice no. 8596887*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8596887 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **DIRECT MORTGAGE CORPORATION
(PROJECT HARVEST)**
Matter Number:  **0225242**                                        Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $681.00 |
| LESS COURTESY DISCOUNT | (68.10) |
| TOTAL SERVICES | $612.90 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$612.90** |

*To ensure proper credit to the above account, please indicate invoice no. 8596887
Return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                 Page 3

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT<br>HARVEST) | As of<br>Invoice Number | April 30, 2011<br>8596887 |
|---|---|---|---|

**Task Code:    4000**

| Date | Description | Init | Hours | Amount |
|---|---|---|---|---|
| 4-Apr-11 | RESEARCH AND ANALYZE US DISTRICT COURT DOCKET TO VERIFY STATUS OF HEARING RE: THIRD PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT. | KLE | 0.30 | 42.00 |
| 7-Apr-11 | EMAIL EXCHANGE WITH COUNSEL FOR DIRECT MORTGAGE REGARDING DEPOSITION DATE FOR LBHI | JDB | 0.20 | 74.00 |
| 11-Apr-11 | SEND EMAIL TO MR. BAKER WITH RESPONSE TO REQUEST FOR STATUS UPDATE | JDB | 0.10 | 37.00 |
| 12-Apr-11 | REVIEW ORDER DENYING EX PARTE APPLICATION BY DEFENDANT BUT ALSO MODIFYING DISCOVERY AND OTHER DEADLINES | KJG | 0.10 | 39.00 |
| 13-Apr-11 | REVIEW NOTICE OF 30(B)(6) DEPOSITION OF LEHMAN BROTHERS HOLDINGS, INC. UPDATE LITIGATION CALENDAR ACCORDINGLY. UPDATE LITIGATION FILE FOR COUNSEL'S USE IN CASE ADMINISTRATION. | KLE | 0.20 | 28.00 |
| 17-Apr-11 | EMAIL EXCHANGE WITH COUNSEL FOR DIRECT MORTGAGE REGARDING LBHI'S 30(B)(6) DEPOSITION; CONFER WITH MR. BAKER ON AVAILABILITY | JDB | 0.20 | 74.00 |
| 28-Apr-11 | TELEPHONE CONFERENCE WITH MR. DROSDICK REGARDING CASE STATUS AND AURORA BANK CLAIMS | JDB | 0.20 | 74.00 |
| 28-Apr-11 | EMAIL EXCHANGE REGARDING 30(B)(6) DEPOSITION OF LBHI REPRESENTATIVE. | KLE | 0.20 | 28.00 |
| 29-Apr-11 | OBTAIN COPIES OF COMPLAINTS, ANSWERS, COUNTERCLAIMS, RESPONSES TO COUNTERCLAIMS, MOTION FOR SUMMARY JUDGMENT AND ORDER DENYING THE SAME FOR CLIENT CONFERENCE CALL. | KLE | 0.60 | 84.00 |
| 29-Apr-11 | PULL DAMAGE CALCULATIONS AND LOAN NUMBERS FROM SHARED CLIENT DOCUMENT SITE FOR USE IN CASE ADMINISTRATION. | KLE | 0.60 | 84.00 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
|---|---|---|---|
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | Invoice Number | 8596887 |

| **Subtotal for Code 4000** | **2.70** | **564.00** |
|---|---|---|

Services................................................................................................................$681.00

**LESS COURTESY DISCOUNT**                                                      (68.10)

**Total Services** ...........................................................................................**$612.90**

Akerman Senterfitt                                                                                           Page 5

054539        LEHMAN BROTHERS HOLDINGS, INC.              As of                    April 30, 2011
0225242       DIRECT MORTGAGE CORPORATION (PROJECT        Invoice Number               8596887
              HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.70 | 259.00 |
| KJG | K. J. GARCIA | 0.10 | 39.00 |
| KLE | K. L. ELLIOTT | 1.90 | 266.00 |
| | Total | 2.70 | $564.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     May 31, 2011
Invoice No.     8596882

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **KEY FINANCIAL CORPORATION (PROJECT HARVEST)**
Matter Number:    **0225255**       Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,214.00 |
| LESS COURTESY DISCOUNT | (121.40) |
| TOTAL SERVICES | $1,092.60 |
| Disbursements | $3.12 |
| **TOTAL THIS INVOICE** | **$1,095.72** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8596882*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8596882 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **KEY FINANCIAL CORPORATION (PROJECT HARVEST)** |
| Matter Number: | **0225255** |

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,214.00 |
| LESS COURTESY DISCOUNT | (121.40) |
| TOTAL SERVICES | $1,092.60 |
| Disbursements | $3.12 |
| **TOTAL THIS INVOICE** | **$1,095.72** |

*To ensure proper credit to the above account, please indicate invoice no. 8596882*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt
Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
| 0225255 | KEY FINANCIAL CORPORATION (PROJECT HARVEST) | Invoice Number | 8596882 |

**Task Code:    4000**

| 1-Apr-11 | RESEARCH AND ANALYZE COURT'S DOCKET RE: ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT. OBTAIN COPY OF COURT'S ORDER. | KLE | 0.40 | 56.00 |
| 11-Apr-11 | SEND EMAIL TO MR. BAKER WITH RESPONSE TO REQUEST FOR STATUS UPDATE | JDB | 0.10 | 37.00 |
| 13-Apr-11 | REVIEW ORDER SETTING PRETRIAL DATES, DETERMINE COVERAGE FOR SAME | KJG | 0.20 | 78.00 |
| 13-Apr-11 | REVIEW DOCKET AND NOTE DEFENDANT'S FAILURE TO OBTAIN NEW COUNSEL WITHIN TIME ALLOWED, NOW APPEARING PRO SE, WILL PREPARE MOTION FOR DEFAULT | KJG | 0.30 | 117.00 |
| 14-Apr-11 | CONFIRM PLAN TO MOVE FOR DEFAULT, SEEK CANCELATION OF PRETRIAL CONFERENCE | KJG | 0.10 | 39.00 |
| 23-Apr-11 | DRAFT MOTION FOR DEFAULT DUE TO FAILURE BY DEFENDANT TO OBTAIN NEW COUNSEL WITH SUPPORTING LEGAL AUTHORITIES, AND MOTION TO CANCEL PRETRIAL CONFERENCE IN LIGHT OF DEFAULT | KJG | 1.20 | 468.00 |
| 23-Apr-11 | DRAFT CORRESPONDENCE TO DEFENDANT AND REGISTERED AGENT RE CONFERRING RE DEFAULT MOTION | KJG | 0.20 | 78.00 |
| 23-Apr-11 | REVIEW MOTION FOR ENTRY OF DEFAULT AGAINST KEY FINANCIAL | JDB | 0.50 | 185.00 |
| 25-Apr-11 | FINALIZE CORRESPONDENCE TO DEFENDANT AND REGISTERED AGENT FOR DEFENDANT PER LOCAL RULE 3.01G | KJG | 0.20 | 78.00 |
| 26-Apr-11 | UPDATE 3.01G CERTIFICATION AND FINALIZE MOTION FOR DEFAULT | KJG | 0.20 | 78.00 |
| | **Subtotal for Code 4000** | | **3.40** | **1,214.00** |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
|---|---|---|---|
| 0225255 | KEY FINANCIAL CORPORATION (PROJECT HARVEST) | Invoice Number | 8596882 |

Services..................................................................................................$1,214.00

**LESS COURTESY DISCOUNT**                                                            **(121.40)**

**Total Services** ......................................................................................**$1,092.60**

| Date | Disbursements | | Value |
|---|---|---|---|
| 25-Apr-11 | POSTAGE | 1.28 | |
| 27-Apr-11 | POSTAGE | 0.64 | |
| Total for POSTAGE | | | 1.92 |
| 25-Apr-11 | DUPLICATING | 1.20 | |
| Total for DUPLICATING | | | 1.20 |

**Total Disbursements** ...........................................................................**$3.12**

Akerman Senterfitt                                                                                    Page 5

054539       LEHMAN BROTHERS HOLDINGS, INC.              As of                      April 30, 2011
0225255      KEY FINANCIAL CORPORATION (PROJECT          Invoice Number             8596882
             HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.60 | 222.00 |
| KJG | K. J. GARCIA | 2.40 | 936.00 |
| KLE | K. L. ELLIOTT | 0.40 | 56.00 |
| | Total | 3.40 | $1,214.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date      May 31, 2011
Invoice No.       8596875

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:      **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:      **1ST ADVANTAGE MORTGAGE**
Matter Number:    **0237769**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $349.00 |
| LESS COURTESY DISCOUNT | (34.90) |
| TOTAL SERVICES | $314.10 |
| Disbursements | $1,164.74 |
| **TOTAL THIS INVOICE** | **$1,478.84** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8596875*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8596875 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **1ST ADVANTAGE MORTGAGE**
Matter Number:  **0237769**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $349.00 |
| LESS COURTESY DISCOUNT | (34.90) |
| TOTAL SERVICES | $314.10 |
| Disbursements | $1,164.74 |
| **TOTAL THIS INVOICE** | **$1,478.84** |

*To ensure proper credit to the above account, please indicate invoice no. 8596875*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

Page 3

054539     LEHMAN BROTHERS HOLDINGS, INC.          As of          April 30, 2011
0237769    1ST ADVANTAGE MORTGAGE                  Invoice Number          8596875

**Task Code:    4000**

| Date | Description | | | |
|------|-------------|---|---|---|
| 11-Apr-11 | SEND EMAIL TO MR. BAKER WITH RESPONSE TO REQUEST FOR STATUS UPDATE | JDB | 0.10 | 37.00 |
| 25-Apr-11 | REVIEW TWO PREVIOUS ORDERS ON DISCOVERY, NOTE DEPOSITION DEADLINE APPROACHING, STATUS CONFERENCE JUNE 8, INSTRUCTIONS TO CONTACT COURT RE TELEPHONIC ATTENDANCE | KJG | 0.20 | 78.00 |
| 27-Apr-11 | ANALYZE UPCOMING DEADLINES AND NEED FOR PRO HAC VICE ADMISSION, OBTAIN FORM FOR SAME | KJG | 0.20 | 78.00 |
| 29-Apr-11 | REVISE MOTION FOR PRO HAC VICE ADMISSION | KJG | 0.20 | 78.00 |
| 29-Apr-11 | REVIEW ILLINOIS STATE AND LOCAL COURT RULES RE: IN-PERSON SUBMISSION OF PRO HAC MOTION | KJG | 0.20 | 78.00 |

|  | **Subtotal for Code 4000** | | **0.90** | **349.00** |
|---|---|---|---|---|

Services...................................................................................................................$349.00

**LESS COURTESY DISCOUNT**                                              **(34.90)**

**Total Services** .....................................................................................................**$314.10**

| **Date** | **Disbursements** | | **Value** |
|------|-------------|---|---|
| 29-Apr-11 | TELEPHONE 1-630-407-8700 Wheaton - IL (USA) | 2.00 | |
| Total for TELEPHONE | | | 2.00 |
| 1-Apr-11 | TRANSPORTATION - JENNIFER L. RUBIN: AIRFARE ON 3/22/11-3/24/11 TRAVEL TO CHICAGO, IL TO ATTEND MANDATORY STATUS CONFERENCE JR/3911 | 338.00 | |
| Total for TRANSPORTATION | | | 338.00 |
| 11-Apr-11 | HOTEL - JENNIFER L. RUBIN: ON 3/22/11-3/23/11 TRAVEL TO CHICAGO, IL TO ATTEND MANDATORY STATUS CONFERENCE LEHMAN BROTHERS HOLDINGS, INC./1ST ADVANTAGE JR/3911 | 183.13 | |
| Total for HOTEL | | | 183.13 |

Akerman Senterfitt                                                                    Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
| 0237769 | 1ST ADVANTAGE MORTGAGE | Invoice Number | 8596875 |

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 1-Apr-11 | MEALS - JENNIFER L. RUBIN: ON 3/22/11-3/24/11 TRAVEL TO CHICAGO, IL TO ATTEND MANDATORY STATUS CONFERENCE JR/3911 | 134.77 |
| Total for MEALS | | 134.77 |
| 1-Apr-11 | PARKING - JENNIFER L. RUBIN: ON 3/22/11-3/24/11 TRAVEL TO CHICAGO, IL TO ATTEND MANDATORY STATUS CONFERENCE JR/3911 | 80.00 |
| Total for PARKING | | 80.00 |
| 1-Apr-11 | OTHER TRAVEL EXPENSES - JENNIFER L. RUBIN: TAXI ON 3/22/11-3/24/11 TRAVEL TO CHICAGO, IL TO ATTEND MANDATORY STATUS CONFERENCE JR/3911 | 132.08 |
| 29-Apr-11 | OTHER TRAVEL EXPENSES - JENNIFER L. RUBIN: RENTAL CAR ON 3/22/11-3/24/11 TRAVEL TO CHICAGO, IL TO ATTEND MANDATORY STATUS CONFERENCE JR/3911 | 284.81 |
| Total for OTHER TRAVEL EXPENSES | | 416.89 |
| 1-Apr-11 | OTHER CHARGES - JENNIFER L. RUBIN: INTERNET ON 3/22/11-3/24/11 TRAVEL TO CHICAGO, IL TO ATTEND MANDATORY STATUS CONFERENCE JR/3911 | 9.95 |
| Total for OTHER CHARGES | | 9.95 |

**Total Disbursements** ...................................................................................$1,164.74

Akerman Senterfitt                                                                                Page 5

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of                    April 30, 2011
0237769     1ST ADVANTAGE MORTGAGE                      Invoice Number                 8596875

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.10 | 37.00 |
| KJG | K. J. GARCIA | 0.80 | 312.00 |
| | Total | 0.90 | $349.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8596874 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **IMORTGAGE.COM**
Matter Number:   **0242661**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $2,287.50 |
| LESS COURTESY DISCOUNT | (228.75) |
| TOTAL SERVICES | $2,058.75 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$2,058.75** |

*To ensure proper credit to the above account, please indicate invoice no. 8596874*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8596874 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **IMORTGAGE.COM**
Matter Number:  **0242661**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $2,287.50 |
| LESS COURTESY DISCOUNT | (228.75) |
| TOTAL SERVICES | $2,058.75 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$2,058.75** |

*To ensure proper credit to the above account, please indicate invoice no. 8596874*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                          Page 3

| 054539<br>0242661 | LEHMAN BROTHERS HOLDINGS, INC.<br>IMORTGAGE.COM | As of<br>Invoice Number | April 30, 2011<br>8596874 |
|---|---|---|---|

**Task Code:    4000**

| 14-Apr-11 | EMAIL EXCHANGE WITH COUNSEL FOR IMORTGAGE CONCERNING PROTECTIVE ORDER PRIOR TO PRODUCING DOCUMENTS | JDB | 0.30 | 111.00 |
|---|---|---|---|---|
| 27-Apr-11 | SEND EMAIL TO OPPOSING COUNSEL WITH DRAFTS OF PROTECTIVE ORDER AND STIPULATION | JDB | 0.20 | 74.00 |
| 27-Apr-11 | REVIEW OF DOCUMENTS TO BE PRODUCED IN INITIAL DISCLOSURES TO IMORTAGE UNDER ARIZONA RULES; IDENTIFY DOCUMENTS TO BE REDACTED AND DOCUMENTS FOR PRIVILEGE LOG | JDB | 3.50 | 1,295.00 |
| 27-Apr-11 | DRAFT INITIAL PROTECTIVE ORDER FOR J. BALSER REVIEW. | E S | 0.80 | 76.00 |
| 27-Apr-11 | RESEARCH MARICOPA COUNTY RULES REGARDING STIPULATION FOR PROTECTIVE ORDER. | E S | 0.30 | 28.50 |
| 27-Apr-11 | ANALYZE ARIZONA CIVIL PROCEDURE RULES FOR PROTECTIVE ORDERS; WORK ON REVISIONS TO PROTECTIVE ORDER TO INCLUDE ARIZONA REQUIRED LANGUAGE | JDB | 1.90 | 703.00 |
| | **Subtotal for Code 4000** | | **7.00** | **2,287.50** |

Services...................................................................................................$2,287.50

**LESS COURTESY DISCOUNT**                                                             (228.75)

**Total Services** ....................................................................................**$2,058.75**

Akerman Senterfitt                                                                      Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.           As of              April 30, 2011
0242661       IMORTGAGE.COM                            Invoice Number        8596874

| Initial | Name | | Hours | Amount |
|---------|------|---|-------|--------|
| E S | E. STREIBLE | | 1.10 | 104.50 |
| JDB | J. D. BALSER | | 5.90 | 2,183.00 |
| | | Total | 7.00 | $2,287.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8596873 |

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **PRUDENCE WALTZ**
Matter Number:  **0243662**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,146.00 |
| LESS COURTESY DISCOUNT | (114.60) |
| TOTAL SERVICES | $1,031.40 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,031.40** |

*To ensure proper credit to the above account, please indicate invoice no. 8596873.*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | May 31, 2011 |
|---|---|
| Invoice No. | 8596873 |

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **PRUDENCE WALTZ**
Matter Number: **0243662**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,146.00 |
| LESS COURTESY DISCOUNT | (114.60) |
| TOTAL SERVICES | $1,031.40 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,031.40** |

*To ensure proper credit to the above account, please indicate invoice no. 8596873*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                                              Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
|--------|--------------------------------|-------|----------------|
| 0243662 | PRUDENCE WALTZ | Invoice Number | 8596873 |

**Task Code:**    **4000**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 14-Apr-11 | ANALYZE PROPOSED JOINT STATEMENT | BML | 0.60 | 144.00 |
| 14-Apr-11 | ANALYZE PLAINTIFFS EMAILS RELATING TO RENEWED MOTION FOR RELIEF FILING | BML | 0.50 | 120.00 |
| 28-Apr-11 | REVIEW HEARING DATE ON WALTZ' MOTION FOR ORDER ABSTAINING FROM FURTHER ACTION OR PROCEEDING IN US BANKRUPTCY COURT. | KLE | 0.30 | 42.00 |
| 29-Apr-11 | DRAFT UPDATE EMAIL RE JOINT STATUS CONFERENCE | BML | 0.30 | 72.00 |
| 29-Apr-11 | PREPARE FOR AND ATTEND JOINT STATUS CONFERENCE HEARING INCLUDING ANALYZING RECENT FILINGS AND PLEADINGS | BML | 3.20 | 768.00 |

|  | **Subtotal for Code 4000** | | **4.90** | **1,146.00** |
|--|----------------------------|--|----------|------------|

Services...................................................................................................$1,146.00

**LESS COURTESY DISCOUNT**                                                          (114.60)

**Total Services** ...................................................................................**$1,031.40**

Akerman Senterfitt                                                                                    Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of              April 30, 2011
0243662     PRUDENCE WALTZ                          Invoice Number          8596873

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| BML | B. M. LEIFER | 4.60 | 1,104.00 |
| KLE | K. L. ELLIOTT | 0.30 | 42.00 |
| | Total | 4.90 | $1,146.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8596870 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **AMERICAN FEDERAL MORTGAGE CORP.**
Matter Number:   **0244629**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $103.50 |
| LESS COURTESY DISCOUNT | (10.35) |
| TOTAL SERVICES | $93.15 |
| Disbursements | $390.00 |
| **TOTAL THIS INVOICE** | **$483.15** |

*To ensure proper credit to the above account, please indicate invoice no. 8596870*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman

Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8596870 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **AMERICAN FEDERAL MORTGAGE CORP.**
Matter Number: **0244629**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $103.50 |
| LESS COURTESY DISCOUNT | (10.35) |
| TOTAL SERVICES | $93.15 |
| Disbursements | $390.00 |
| **TOTAL THIS INVOICE** | **$483.15** |

*To ensure proper credit to the above account, please indicate invoice no. 8596870*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
|---|---|---|---|
| 0244629 | AMERICAN FEDERAL MORTGAGE CORP. | Invoice Number | 8596870 |

**Task Code:**     **4000**

| 6-Apr-11 | TELEPHONE CALL WITH TONY RIPASTA, COUNSEL FOR THE DEFENDANT | EPF | 0.20 | 69.00 |
|---|---|---|---|---|
| 28-Apr-11 | MEMO RE: VOICEMAIL FROM HOWARD MATTALON | EPF | 0.10 | 34.50 |
| | **Subtotal for Code 4000** | | **0.30** | **103.50** |

Services.............................................................................................................$103.50

**LESS COURTESY DISCOUNT**        (10.35)

**Total Services** ................................................................................................$93.15

| <u>Date</u> | <u>Disbursements</u> | <u>Value</u> |
|---|---|---|
| 28-Apr-11 | DELIVERY SERVICE - UNITED LAWYERS SERVICE, INC. ; COURT RUNS FOR THE NEW YORK OFFICE ON 3/10/11 TO NEW YORK US DISTRICT COURT. SL-3060 | 8.00 |
| 28-Apr-11 | DELIVERY SERVICE - UNITED LAWYERS SERVICE, INC. ; COURT RUNS FOR THE NEW YORK OFFICE ON 3/10/11 TO NEW YORK US DISTRICT COURT. SL-3060 | 8.00 |
| 28-Apr-11 | DELIVERY SERVICE - UNITED LAWYERS SERVICE, INC. ; COURT RUNS FOR THE NEW YORK OFFICE ON 3/10/11 TO NEW YORK US DISTRICT COURT. SL-3060 | 8.00 |
| 28-Apr-11 | DELIVERY SERVICE - UNITED LAWYERS SERVICE, INC. ; COURT RUNS FOR THE NEW YORK OFFICE ON 3/10/11 TO NEW YORK US DISTRICT COURT. SL-3060 | 8.00 |
| 28-Apr-11 | DELIVERY SERVICE - UNITED LAWYERS SERVICE, INC. ; COURT RUNS FOR THE NEW YORK OFFICE ON 3/10/11 TO NEW YORK US DISTRICT COURT. SL-3060 | 8.00 |
| Total for DELIVERY SERVICE | | 40.00 |
| 18-Apr-11 | FILING FEES - SUNTRUST BANCARD, N.A. NY BANKRUPTCY: 03/17/11 COURTS/USDC-NJ-PG. ELECTRONIC FILING - COMPLAINT RE: LEHMAN BROTHERS VS. AMERICAN FEDERAL MORTGAGE CORPORATION. PAY. GOV  TRACKING # 252NMOTL - AGENCY TRACKING# 0312-3593418. SAL-3060 | 350.00 |
| Total for FILING FEES | | 350.00 |

Akerman Senterfitt                                                                Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.           As of              April 30, 2011
0244629     AMERICAN FEDERAL MORTGAGE CORP.          Invoice Number          8596870


**Total Disbursements** ...............................................................................................$390.00

Akerman Senterfitt

054539     LEHMAN BROTHERS HOLDINGS, INC.              As of              April 30, 2011
0244629    AMERICAN FEDERAL MORTGAGE CORP.             Invoice Number          8596870

| **Initial** | **Name** | **Hours** | **Amount** |
|-------------|----------|-----------|------------|
| EPF | E. P. FUDIM | 0.30 | 103.50 |
| | Total | 0.30 | $103.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8596834 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **RMS & ASSOCIATES**
Matter Number:  **0248042**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $358.00 |
| LESS COURTESY DISCOUNT | (35.80) |
| TOTAL SERVICES | $322.20 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$322.20** |

*To ensure proper credit to the above account, please indicate invoice no. 8596834*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8596834 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **RMS & ASSOCIATES**
Matter Number:  **0248042**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $358.00 |
| LESS COURTESY DISCOUNT | (35.80) |
| TOTAL SERVICES | $322.20 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$322.20** |

*To ensure proper credit to the above account, please indicate invoice no. 8596834*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
| 0248042 | RMS & ASSOCIATES | Invoice Number | 8596834 |

**Task Code:    4000**

| 25-Apr-11 | RESEARCH AND ANALYZE SHARED CLIENT DOCUMENTS WITH RESPECT TO RMS & ASSOCIATES. | KLE | 1.50 | 210.00 |
| 29-Apr-11 | ANALYZE MOTION TO DISMISS FILED BY RMA; ANALYZE NCR FILES FOR LBB CONTRACT | JDB | 0.40 | 148.00 |
| | **Subtotal for Code 4000** | | **1.90** | **358.00** |

Services............................................................................................................$358.00

**LESS COURTESY DISCOUNT**                                                                         (35.80)

**Total Services** ...........................................................................................$322.20

Akerman Senterfitt

054539     LEHMAN BROTHERS HOLDINGS, INC.          As of              April 30, 2011
0248042    RMS & ASSOCIATES                        Invoice Number          8596834

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.40 | 148.00 |
| KLE | K. L. ELLIOTT | 1.50 | 210.00 |
| | Total | 1.90 | $358.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     May 31, 2011
Invoice No.      8596807

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **UNIVERSAL AMERICAN MORTGAGE**
Matter Number:   **0248049**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---:|
| Services | $1,848.00 |
| LESS COURTESY DISCOUNT | (184.80) |
| TOTAL SERVICES | $1,663.20 |
| Disbursements | $359.40 |
| **TOTAL THIS INVOICE** | **$2,022.60** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8596807*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date       May 31, 2011
Invoice No.        8596807

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **UNIVERSAL AMERICAN MORTGAGE**
Matter Number:  **0248049**                              Claim No: **XXXXX Task**
                                                         **Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,848.00 |
| LESS COURTESY DISCOUNT | (184.80) |
| TOTAL SERVICES | $1,663.20 |
| Disbursements | $359.40 |
| **TOTAL THIS INVOICE** | **$2,022.60** |

*To ensure proper credit to the above account, please indicate invoice no. 8596807*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
|---|---|---|---|
| 0248049 | UNIVERSAL AMERICAN MORTGAGE | Invoice Number | 8596807 |

**Task Code:     4000**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 4-Apr-11 | REVIEW AND ANALYZE DEFENDANT'S MOTION TO DISMISS; CONSIDERATION OF RESPONSE STRATEGY | JDB | 1.00 | 370.00 |
| 13-Apr-11 | COMMUNICATION WITH OPPOSING COUNSEL RE EXTENSION ON RESPONDING TO MOTION TO DISMISS | KJG | 0.20 | 78.00 |
| 13-Apr-11 | PREPARE MOTION FOR EXTENSION OF TIME AND PROPOSED ORDER | KJG | 0.50 | 195.00 |
| 14-Apr-11 | REVIEW ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS | KJG | 0.10 | 39.00 |
| 22-Apr-11 | ANALYZE DEFENDANT'S MOTION TO DISMISS SPECIFIC POINTS MADE AND S.D.FLA. PRECEDENT | KJG | 0.80 | 312.00 |
| 25-Apr-11 | REVIEW PROPOSED STIPULATION TO AMEND COMPLAINT | JDB | 0.20 | 74.00 |
| 25-Apr-11 | COMMUNICATIONS WITH OPPOSING COUNSEL RE THEIR MOTION TO DISMISS AND OUR PROPOSAL TO AMEND COMPLAINT | KJG | 0.30 | 117.00 |
| 25-Apr-11 | PREPARE NOTICE OF CONSENT TO AMEND COMPLAINT AND MOTION FOR LEAVE TO FILE ON SPECIFIC DATE, PREPARE PROPOSED ORDER | KJG | 0.80 | 312.00 |
| 26-Apr-11 | FINALIZE MOTION FOR LEAVE TO AMEND, DRAFT PROPOSED ORDER | KJG | 0.30 | 117.00 |
| 26-Apr-11 | ELECTRONIC COMMUNICATION TO JUDGE'S CHAMBERS WITH PROPOSED ORDER PER SOUTHERN DISTRICT RULES | KJG | 0.10 | 39.00 |
| 27-Apr-11 | REVIEW ORDER GRANTING LEAVE TO AMEND | KJG | 0.10 | 39.00 |
| 28-Apr-11 | BEGIN ACCESSING DOCUMENTS ON LAW BASE FOR USE IN AMENDING COMPLAINT | KJG | 0.20 | 78.00 |
| 29-Apr-11 | CONFERENCE WITH J. BULMER RE: BROKER'S AGREEMENT AND DOCUMENTS | KJG | 0.20 | 78.00 |
| | **Subtotal for Code 4000** | | **4.80** | **1,848.00** |

Akerman Senterfitt                                                                                    Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
| 0248049 | UNIVERSAL AMERICAN MORTGAGE | Invoice Number | 8596807 |

Services..................................................................................................................$1,848.00

**LESS COURTESY DISCOUNT**                                                                            **(184.80)**

**Total Services** ....................................................................................................**$1,663.20**

| <u>Date</u> | <u>Disbursements</u> | | <u>Value</u> |
|---|---|---|---|
| 28-Apr-11 | TELEPHONE 1-303-640-2510 Denver - CO (USA) | 5.20 | |
| 29-Apr-11 | TELEPHONE Soundpath Legal Conference Call Inv #052111 (K Garcia - Orl) | 4.20 | |
| Total for TELEPHONE | | | 9.40 |
| 29-Apr-11 | OTHER CHARGES - JEFFREY A. TRINZ : REIMBURSEMENT FOR PAYMENT OF APPLICATION FEE RE: FLSD CM ECF RE: GOV PAYMENT; PROCESS SERVER FEE JT-2491 | 350.00 | |
| Total for OTHER CHARGES | | | 350.00 |

**Total Disbursements** ........................................................................................**$359.40**

Akerman Senterfitt                                                                                    Page 5

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of                  April 30, 2011
0248049     UNIVERSAL AMERICAN MORTGAGE                 Invoice Number              8596807

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 1.20 | 444.00 |
| KJG | K. J. GARCIA | 3.60 | 1,404.00 |
| | Total | 4.80 | $1,848.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8596778 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **NFM, INC.**
Matter Number:  **0248833**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $259.00 |
| LESS COURTESY DISCOUNT | (25.90) |
| TOTAL SERVICES | $233.10 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$233.10** |

*To ensure proper credit to the above account, please indicate invoice no. 8596778*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8596778 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:      **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:      **NFM, INC.**
Matter Number:   **0248833**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $259.00 |
| LESS COURTESY DISCOUNT | (25.90) |
| TOTAL SERVICES | $233.10 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$233.10** |

*To ensure proper credit to the above account, please indicate invoice no. 8596778*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
| 0248833 | NFM, INC. | Invoice Number | 8596778 |

**Task Code:**    **4000**

| 4-Apr-11 | ANALYZE COMPLAINT BY LBHI AGAINST NFM; REVIEW COURT DOCKET FOR CASE INFORMATION | JDB | 0.70 | 259.00 |
| | **Subtotal for Code 4000** | | **0.70** | **259.00** |

Services.........................................................................................$259.00

**LESS COURTESY DISCOUNT**                                                    (25.90)

**Total Services** ...............................................................................**$233.10**

Akerman Senterfitt                                                                    Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.          As of              April 30, 2011
0248833       NFM, INC.                               Invoice Number          8596778

| Initial | Name | Hours | Amount |
|---------|-------------|-------|--------|
| JDB | J. D. BALSER | 0.70 | 259.00 |
| | Total | 0.70 | $259.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8596751 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **ROGER W. & NEIRA I. BLOAT**
Matter Number:  **0249006**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $573.00 |
| LESS COURTESY DISCOUNT | (57.30) |
| TOTAL SERVICES | $515.70 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$515.70** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8596751*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | May 31, 2011 |
| Invoice No. | 8596751 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **ROGER W. & NEIRA I. BLOAT**
Matter Number:  **0249006**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through April 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $573.00 |
| LESS COURTESY DISCOUNT | (57.30) |
| TOTAL SERVICES | $515.70 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$515.70** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8596751*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2011 |
|---|---|---|---|
| 0249006 | ROGER W. & NEIRA I. BLOAT | Invoice Number | 8596751 |

**Task Code:    4000**

| Date | Description | | | |
|---|---|---|---|---|
| 4-Apr-11 | REVIEW PAPERS FROM CLIENT/ANALYZE ISSUES IN PREPARATION FOR COMMENCING MISCELLANEOUS ACTION COMPELLING DEPOSITIONS DUCES TECUM | VRB | 0.70 | 283.50 |
| 4-Apr-11 | PREPARE CIVIL COVER SHEET IN CONNECTION WITH FILING MISCELLANEOUS ACTION. | D A | 0.40 | 58.00 |
| 4-Apr-11 | TELEPHONE CALL TO CLERK OF COURT REGARDING FILING MISCELLANEOUS ACTION. | D A | 0.20 | 29.00 |
| 5-Apr-11 | ANALYZE SOUTHERN DISTRICT OF FLORIDA'S REQUIREMENTS REGARDING MISCELLANEOUS ACTIONS | VRB | 0.20 | 81.00 |
| 8-Apr-11 | CORRESPOND WITH A. BURCHAM REGARDING PROCESS SERVER'S RETURN OF SERVICE AS TO THE SECOND SET OF SUBPOENAS | VRB | 0.10 | 40.50 |
| 12-Apr-11 | CORRESPOND WITH A. BURCHAM REGARDING STATUS/POSSIBLE DEVELOPMENTS REGARDING THE DRAFT MOTION TO COMPEL | VRB | 0.20 | 81.00 |

|  | **Subtotal for Code 4000** | | **1.80** | **573.00** |
|---|---|---|---|---|

Services...........................................................................................................$573.00

**LESS COURTESY DISCOUNT**                                                            (57.30)

**Total Services** ...........................................................................................**$515.70**

Akerman Senterfitt                                                            Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of                 April 30, 2011
0249006     ROGER W. & NEIRA I. BLOAT               Invoice Number              8596751


| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| D A | D. AGUILAR | 0.60 | 87.00 |
| VRB | V. R. BERWIN | 1.20 | 486.00 |
| | Total | 1.80 | $573.00 |