# June 2011



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date       September 23, 2011
Invoice No.                  8629775

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **SOUTHEAST FUNDING ALLIANCE**
Matter Number:  **0211891**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---:|
| Services | $2,785.95 |
| LESS AGREED UPON 10% FEE DISCOUNT | (278.60) |
| TOTAL SERVICES | $2,507.35 |
| Disbursements | $145.44 |
| **TOTAL THIS INVOICE** | **$2,652.79** |

*To ensure proper credit to the above account, please indicate invoice no. 8629775*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date    September 23, 2011
Invoice No.     8629775

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **SOUTHEAST FUNDING ALLIANCE**
Matter Number: **0211891**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $2,785.95 |
| LESS AGREED UPON 10% FEE DISCOUNT | (278.60) |
| TOTAL SERVICES | $2,507.35 |
| Disbursements | $145.44 |
| **TOTAL THIS INVOICE** | **$2,652.79** |

*To ensure proper credit to the above account, please indicate invoice no. 8629775*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                 Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0211891 | SOUTHEAST FUNDING ALLIANCE | Invoice Number | 8629775 |

**Task Code:**     **4000**

| Date | Description | | | |
|---|---|---|---|---|
| 20-May-11 | Prepare exhibits to declaration in support of motion for summary judgment. | KLE | 2.70 | 378.00 |
| 1-Jun-11 | Communicate with opposing counsel re: need to prepare joint stipulated facts as well as to address court's order on responsive affidavits | KJG | 0.30 | 111.15 |
| 1-Jun-11 | Review scheduling order re summary judgment responses and compare with recent order entered as to responsive affidavits only | KJG | 0.20 | 74.10 |
| 2-Jun-11 | Reviewing defendant's summary judgment filing and working on required stipulation of facts per court's scheduling order; communications with defense counsel re same. | KJG | 2.60 | 963.30 |
| 2-Jun-11 | Reviewing defendant's summary judgment filing and working on required stipulation of facts per court's scheduling order; communications with defense counsel re same. | KJG | 0.80 | 296.40 |
| 2-Jun-11 | Analyze defendant's summary judgment arguments; prepare notes and highlights for strategy conference. | KJG | 0.80 | 296.40 |
| 3-Jun-11 | Review order requiring stipulation as to all facts in order to have summary judgment motions considered ; emails and telephone conference with opposing counsel prepare and provide report re same to M. Spohn | KJG | 0.90 | 333.45 |
| 7-Jun-11 | Work on revisions to stipulated facts | JDB | 0.60 | 222.00 |
| 17-Jun-11 | Prepare monthly case report including status, judge, upcoming hearing, fees, costs, etc. | KJG | 0.20 | 74.10 |
| 23-Jun-11 | Telephone conference to address status and updates | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000** | | **9.20** | **2,785.95** |

Services..................................................................................................$2,785.95

**LESS AGREED UPON 10% FEE DISCOUNT**                                      (278.60)

**Total Services** .......................................................................................$2,507.35

Akerman Senterfitt                                                        Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0211891 | SOUTHEAST FUNDING ALLIANCE | Invoice Number | 8629775 |

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 24-Jun-11 | POSTAGE | 0.44 | |
| | Total for POSTAGE | | 0.44 |
| | | | |
| 21-Jun-11 | SERVICE OF PROCESS - PROCESS FORWARDING INTERNATIONAL (PFI) ; Fee for service on 3/11/11. Lehman Brothers. KG-0025 | 145.00 | |
| | Total for SERVICE OF PROCESS | | 145.00 |

**Total Disbursements** ..........................................................................................$145.44

Akerman Senterfitt                                                                    Page 5

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of              June 30, 2011
0211891     SOUTHEAST FUNDING ALLIANCE              Invoice Number         8629775

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.60 | 222.00 |
| KJG | K. J. GARCIA | 5.90 | 2,185.95 |
| KLE | K. L. ELLIOTT | 2.70 | 378.00 |
| | Total | 9.20 | $2,785.95 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | July 18, 2011 |
| Invoice No. | 8609729 |

CRAIG W. BURNS
LAMCO, LLC
A WHOLLY OWNED SUBSIDIARY OF
LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS, 38TH FL
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **GABLES MARQUIS CONSTRUCTION CLEAN-UP**
Matter Number: **0214163**

Claim No: **XXXXX Task Code 2300**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $4,798.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$4,798.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8609729*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | July 18, 2011 |
| Invoice No. | 8609729 |

CRAIG W. BURNS
LAMCO, LLC
A WHOLLY OWNED SUBSIDIARY OF
LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS, 38TH FL
NEW YORK, NY 10020

| | | |
|---|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** | |
| Matter Name: | **GABLES MARQUIS CONSTRUCTION CLEAN-UP** | |
| Matter Number: | **0214163** | Claim No: **XXXXX Task Code 2300** |

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $4,798.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$4,798.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8609729*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                      Page 3

| 051161 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
|---|---|---|---|
| 0214163 | GABLES MARQUIS CONSTRUCTION CLEAN-UP | Invoice Number | 8609729 |

**Task Code:**   **2300**

| Date | Description | | | |
|---|---|---|---|---|
| 4-May-11 | Receipt and review correspondence from Trimont re comments to Escrow agreement. | SBB | 0.20 | 89.00 |
| 10-May-11 | Address issues re Coscan's comments to escrow agreement and revising same. | SBB | 0.20 | 89.00 |
| 11-May-11 | Review additional comments from contractor. | TMM | 0.30 | 129.00 |
| 11-May-11 | Revise Escrow Agreement. | TMM | 1.10 | 473.00 |
| 11-May-11 | Review underlying contracts, analyze possible conflict re: warranty expiration period. | TMM | 1.10 | 473.00 |
| 17-May-11 | Draft detailed correspondence to Utley re revised escrow agreement, list of Merit documents to be provided and list of subcontractor releases to be provided. | SBB | 0.40 | 178.00 |
| 17-May-11 | Review correspondence from Rhodes and client re Escrow Agreement. | SBB | 0.10 | 44.50 |
| 17-May-11 | Draft correspondence to client re same. | SBB | 0.10 | 44.50 |
| 17-May-11 | Finalize escrow agreement. | SBB | 0.20 | 89.00 |
| 18-May-11 | Review correspondence from Utley re revisions to escrow agreement. | SBB | 0.20 | 89.00 |
| 18-May-11 | Analyze comments on escrow agreement. | TMM | 0.30 | 129.00 |
| 18-May-11 | Draft correspondence to client re revisions to escrow. | SBB | 0.20 | 89.00 |
| 18-May-11 | Review revised escrow agreement. | SBB | 0.20 | 89.00 |
| 18-May-11 | Address issues re same and commencement and termination of warranty period and revisions to escrow. | SBB | 0.20 | 89.00 |
| 18-May-11 | Telephone conference with Utley re revisions to escrow agreement. | SBB | 0.20 | 89.00 |
| 18-May-11 | Revise escrow agreement . | TMM | 0.40 | 172.00 |
| 18-May-11 | Review contract for warranty language. | TMM | 0.30 | 129.00 |
| 19-May-11 | Draft correspondence to Utley re revised agreement. | SBB | 0.20 | 89.00 |
| 19-May-11 | Review reply from client re escrow agreement. | SBB | 0.10 | 44.50 |
| 19-May-11 | Draft correspondence to client re same. | SBB | 0.10 | 44.50 |
| 19-May-11 | Review redline for escrow agreement. | SBB | 0.20 | 89.00 |
| 20-May-11 | Review correspondence from Utley re Revised escrow agreement | SBB | 0.10 | 44.50 |

Akerman Senterfitt                                                                                  Page 4

| 051161 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
|---|---|---|---|
| 0214163 | GABLES MARQUIS CONSTRUCTION CLEAN-UP | Invoice Number | -8609729 |

| Date | Description | | | |
|---|---|---|---|---|
| 20-May-11 | Draft reply to same. | SBB | 0.10 | 44.50 |
| 23-May-11 | Draft correspondence to client re Merit release documents. | SBB | 0.20 | 89.00 |
| 23-May-11 | Draft correspondence to client re same. | SBB | 0.20 | 89.00 |
| 23-May-11 | Review correspondence from Coscan re executed escrow agreement. | SBB | 0.20 | 89.00 |
| 1-Jun-11 | Telephone conference with Utley re status of Settlement, Merit Documents and subcontractor releases. | SBB | 0.40 | 178.00 |
| 2-Jun-11 | Draft correspondence to Coscan re status of receipt of original executed escrow agreement. | SBB | 0.20 | 89.00 |
| 10-Jun-11 | Review correspondence from Utley re status of Merit bankruptcy filings | SBB | 0.10 | 44.50 |
| 10-Jun-11 | Review Utley reply to same. | SBB | 0.10 | 44.50 |
| 10-Jun-11 | Draft correspondence to Coscan re releases still to be provided. | SBB | 0.20 | 89.00 |
| 10-Jun-11 | Review subcontractor releases. | SBB | 0.10 | 44.50 |
| 10-Jun-11 | Draft correspondence to Utley re same. | SBB | 0.10 | 44.50 |
| 10-Jun-11 | Draft correspondence to client re same. | SBB | 0.10 | 44.50 |
| 10-Jun-11 | Review copies of the filings. | SBB | 0.10 | 44.50 |
| 13-Jun-11 | Draft correspondence to Weil re Merit requirements. | SBB | 0.10 | 44.50 |
| 13-Jun-11 | Review correspondence from client re confirmation from Weil of Merit requirements. | SBB | 0.20 | 89.00 |
| 13-Jun-11 | Review correspondence from Utley re status of executed escrow agreement | SBB | 0.10 | 44.50 |
| 15-Jun-11 | Receipt and review correspondence from Mike Neal re status or remaining subcontractor releases. | SBB | 0.20 | 89.00 |
| 16-Jun-11 | Review correspondence from Coscan re status of settlement documents. | SBB | 0.20 | 89.00 |
| 16-Jun-11 | Draft reply to same re Regal Kitchen status. | SBB | 0.20 | 89.00 |
| 17-Jun-11 | Review reply to same re Merit lien satisfaction. | SBB | 0.20 | 89.00 |
| 17-Jun-11 | Draft correspondence to Utley re Merit lien satisfaction. | SBB | 0.20 | 89.00 |
| 17-Jun-11 | Draft correspondence to client re procedures for execution of escrow agreement. | SBB | 0.30 | 133.50 |

Akerman Senterfitt                                                                 Page 5

| 051161 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0214163 | GABLES MARQUIS CONSTRUCTION CLEAN-UP | Invoice Number | 8609729 |

| 17-Jun-11 | Draft correspondence to client re status of settlement documents and escrow warranty and details for disbursement. | SBB | 0.30 | 133.50 |
| 20-Jun-11 | Review correspondence from client re Coscan's compliance with settlement agreement good faith efforts. | SBB | 0.20 | 89.00 |
| 20-Jun-11 | Telephone conference with Utley re original Merit Lien Satisfaction. | SBB | 0.20 | 89.00 |
| | **Subtotal for Code 2300** | | **10.90** | **4,798.00** |

**Total Fees for Services Rendered**..................................................................$4,798.00

Akerman Senterfitt                                                   Page 6

| 051161 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0214163 | GABLES MARQUIS CONSTRUCTION CLEAN-UP | Invoice Number | 8609729 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| SBB | S.B. BOHM | 7.40 | 3,293.00 |
| TMM | T.M. MCLAUGHLIN | 3.50 | 1,505.00 |
| | Total | 10.90 | $4,798.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629776 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **PROJECT HARVEST**
Matter Number:  **0218858**

Claim No: **XXXXX Task Code 4600**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $252.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (25.20) |
| TOTAL SERVICES | $226.80 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$226.80** |

*To ensure proper credit to the above account, please indicate invoice no. 8629776*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629776 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

| | | |
|---|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** | |
| Matter Name: | **PROJECT HARVEST** | |
| Matter Number: | **0218858** | Claim No: **XXXXX Task Code 4600** |

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $252.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (25.20) |
| TOTAL SERVICES | $226.80 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$226.80** |

*To ensure proper credit to the above account, please indicate invoice no. 8629776*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
*Akerman Senterfitt Operating Account*
*c/o SunTrust Bank, Atlanta, GA*
*ABA Number: 061000104*
*Account Number: 0215-252207533*
*IRS EIN 59-3117860*

Akerman Senterfitt                                                          Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0218858 | PROJECT HARVEST | Invoice Number | 8629776 |

**Task Code:**    **4000**

| 9-Jun-11 | Research US Bankruptcy court docket with respect to LBHI bankruptcy estate; analyze orders of the court authorizing LBHI to compromise and settle claims with respect to the origination or purchase of residential mortgage loans. Prepare and forward copy for use in preparing declaration in support of motion. | KLE | 1.30 | 182.00 |
| 23-Jun-11 | Prepare for and attend repurchase litigation teleconference. Prepare and forward email to M. Spohn re: article and testimony by William K. Black. | KLE | 0.50 | 70.00 |

|  | **Subtotal for Code 4000** |  | **1.80** | **252.00** |

Services.................................................................................................$252.00

**LESS AGREED UPON 10% FEE DISCOUNT**                                    (25.20)

**Total Services** ....................................................................................**$226.80**

Akerman Senterfitt                                                          Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.           As of              June 30, 2011
0218858     PROJECT HARVEST                          Invoice Number        8629776

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KLE | K. L. ELLIOTT | 1.80 | 252.00 |
| | Total | 1.80 | $252.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629777 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **BANK OF ENGLAND MORTGAGE COMPANY**
Matter Number: **0221779**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $135.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (13.50) |
| TOTAL SERVICES | $121.55 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$121.55** |

*To ensure proper credit to the above account, please indicate invoice no. 8629777*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629777 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

| | | |
|---|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** | |
| Matter Name: | **BANK OF ENGLAND MORTGAGE COMPANY** | |
| Matter Number: | **0221779** | Claim No: **XXXXX Task Code 4000** |

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $135.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (13.50) |
| TOTAL SERVICES | $121.55 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$121.55** |

*To ensure proper credit to the above account, please indicate invoice no. 8629777*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0221779 | BANK OF ENGLAND MORTGAGE COMPANY | Invoice Number | 8629777 |

**Task Code:**    **4000**

| 17-Jun-11 | Prepare monthly case report including status, judge, upcoming hearing, fees, costs, etc. | KJG | 0.10 | 37.05 |
| 27-Jun-11 | Research and analyze US District Court docket for current litigation status. Prepare and forward email update per first amended scheduling order trial is set for October 2011. | KLE | 0.70 | 98.00 |

| | **Subtotal for Code 4000** | | **0.80** | **135.05** |

Services.................................................................................................................$135.05

**LESS AGREED UPON 10% FEE DISCOUNT**                                                   (13.50)

**Total Services** ......................................................................................................$121.55

Akerman Senterfitt                                                                     Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0221779 | BANK OF ENGLAND MORTGAGE COMPANY | Invoice Number | 8629777 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.10 | 37.05 |
| KLE | K. L. ELLIOTT | 0.70 | 98.00 |
| | Total | 0.80 | $135.05 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | | |
|---|---|---|
| | Invoice Date | September 23, 2011 |
| | Invoice No. | 8629778 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **APPROVED FUNDING CORP.** |
| Matter Number: | **0221786** |

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $294.80 |
| LESS AGREED UPON 10% FEE DISCOUNT | (29.48) |
| TOTAL SERVICES | $265.32 |
| Disbursements | $465.50 |
| **TOTAL THIS INVOICE** | **$730.82** |

*To ensure proper credit to the above account, please indicate invoice no. 8629778*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date          September 23,
Invoice No.                    2011
                            8629778

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **APPROVED FUNDING CORP.**
Matter Number:  **0221786**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $294.80 |
| LESS AGREED UPON 10% FEE DISCOUNT | (29.48) |
| TOTAL SERVICES | $265.32 |
| Disbursements | $465.50 |
| **TOTAL THIS INVOICE** | **$730.82** |

*To ensure proper credit to the above account, please indicate invoice no. 8629778*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                            Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8629778 |

**Task Code:**    **4000**

| 2-Jun-11 | Draft Pro Hac Vice Motion. | H K | 0.44 | 107.80 |
| 7-Jun-11 | OBTAIN INDEX NUMBER FOR SUPREME COURT CASE ECF REGISTRATION | H K | 0.32 | 78.40 |
| 7-Jun-11 | Confer re: index number and service of summons and complaint | EPF | 0.10 | 34.50 |
| 17-Jun-11 | Prepare monthly case report including status, judge, upcoming hearing, fees, costs, etc. | KJG | 0.20 | 74.10 |

|  | **Subtotal for Code 4000** |  | **1.06** | **294.80** |

Services..............................................................................................................$294.80

**LESS AGREED UPON 10% FEE DISCOUNT**                                    (29.48)

**Total Services** ...........................................................................................$265.32

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 7-Jun-11 | DUPLICATING | 1.40 |
| Total for DUPLICATING | | 1.40 |
| 10-Jun-11 | FEDERAL EXPRESS Airbill: 878832315000351 per 0996 Invoice No: 752439515 Ship Dt: 05/24/11 | 13.03 |
| 10-Jun-11 | FEDERAL EXPRESS Airbill: 878832315000306 per 0996 Invoice No: 752439515 Ship Dt: 05/24/11 | 13.03 |
| 10-Jun-11 | FEDERAL EXPRESS Airbill: 878832315000337 per 0996 Invoice No: 752439515 Ship Dt: 05/24/11 | 13.03 |
| 10-Jun-11 | FEDERAL EXPRESS Airbill: 878832315000313 per 0996 Invoice No: 752439515 Ship Dt: 05/24/11 | 13.03 |
| 10-Jun-11 | FEDERAL EXPRESS Airbill: 878832315000283 per 0996 Invoice No: 752439515 Ship Dt: 05/24/11 | 13.03 |
| 10-Jun-11 | FEDERAL EXPRESS Airbill: 878832315000320 per 0996 Invoice No: 752439515 Ship Dt: 05/24/11 | 13.03 |
| 10-Jun-11 | FEDERAL EXPRESS Airbill: 878832315000368 per 0996 Invoice No: 752439515 Ship Dt: 05/24/11 | 29.49 |
| 10-Jun-11 | FEDERAL EXPRESS Airbill: 878832315000344 per 0996 Invoice No: 752439515 Ship Dt: 05/24/11 | 13.03 |

Akerman Senterfitt                                                          Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8629778 |

| Date | Disbursements | | Value |
|------|---------------|---|-------|
| 10-Jun-11 | FEDERAL EXPRESS Airbill: 878832315000375 per 0996 Invoice No: 752439515 Ship Dt: 05/24/11 | 29.49 | |
| 10-Jun-11 | FEDERAL EXPRESS Airbill: 878832315000290 per 0996 Invoice No: 752439515 Ship Dt: 05/24/11 | 13.03 | |
| 10-Jun-11 | FEDERAL EXPRESS Airbill: 794837379644 per 3332 Invoice No: 752362468 Ship Dt: 06/07/11 | 7.48 | |
| | Total for FEDERAL EXPRESS | | 170.70 |
| 20-Jun-11 | DELIVERY SERVICE - CHAMPION COURIER, INC. ; Courier service on 5/9/11 to Federal District Court. SAL-3060 | 83.40 | |
| | Total for DELIVERY SERVICE | | 83.40 |
| 21-Jun-11 | FILING FEES - SUNTRUST BANCARD, N.A. SHEILA LAVIN: 06/02/11 SUPREME COURT/COUNTY - NYSCEF, Summons & Complaint Re: Lehman Brothers Holdings V. Approved Funding Corp.  SL-3060 | 210.00 | |
| | Total for FILING FEES | | 210.00 |

**Total Disbursements** ..........................................................................................**$465.50**

Akerman Senterfitt                                                          Page 5

054539     LEHMAN BROTHERS HOLDINGS, INC.        As of              June 30, 2011
0221786    APPROVED FUNDING CORP.                Invoice Number        8629778

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| EPF | E. P. FUDIM | 0.10 | 34.50 |
| H K | H. KOGAN | 0.76 | 186.20 |
| KJG | K. J. GARCIA | 0.20 | 74.10 |
| | Total | 1.06 | $294.80 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

|                | |
|----------------|---------------------|
| Invoice Date   | September 23, 2011  |
| Invoice No.    | 8629779             |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **RESIDENTIAL LOAN CENTERS OF AMERICA**
Matter Number:   **0223867**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $39.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (3.90) |
| TOTAL SERVICES | $35.10 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$35.10** |

*To ensure proper credit to the above account, please indicate invoice no. 8629779*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|                | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629779 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **RESIDENTIAL LOAN CENTERS OF AMERICA**
Matter Number: **0223867**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $39.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (3.90) |
| TOTAL SERVICES | $35.10 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$35.10** |

*To ensure proper credit to the above account, please indicate invoice no. 8629779*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0223867 | RESIDENTIAL LOAN CENTERS OF AMERICA | Invoice Number | 8629779 |

**Task Code:**    **4000**

| 24-May-11 | CHECK ON STATUS OF COMPLAINT REVIEW AND FILING | KJG | 0.10 | 39.00 |
| | **Subtotal for Code 4000** | | **0.10** | **39.00** |

Services..................................................................................................................................$39.00

**LESS AGREED UPON 10% FEE DISCOUNT**                                                       (3.90)

**Total Services** ......................................................................................................**$35.10**

Akerman Senterfitt                                                                                  Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.              As of              June 30, 2011
0223867       RESIDENTIAL LOAN CENTERS OF AMERICA         Invoice Number          8629779

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.10 | 39.00 |
| | Total | 0.10 | $39.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629780 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **BONDCORP REALTY SERVICES, INC.
(PROJECT HARVEST)**
Matter Number: **0225239**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $74.10 |
| LESS AGREED UPON 10% FEE DISCOUNT | (7.41) |
| TOTAL SERVICES | $66.69 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$66.69** |

*To ensure proper credit to the above account, please indicate invoice no. 8629780
Return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629780 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BONDCORP REALTY SERVICES, INC.**
**(PROJECT HARVEST)**
Matter Number:   **0225239**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $74.10 |
| LESS AGREED UPON 10% FEE DISCOUNT | (7.41) |
| TOTAL SERVICES | $66.69 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$66.69** |

*To ensure proper credit to the above account, please indicate invoice no. 8629780*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | Invoice Number | 8629780 |

**Task Code:**    **4000**

| 17-Jun-11 | Prepare monthly case report including status, judge, upcoming hearing, fees, costs, etc. | KJG | 0.20 | 74.10 |

| | **Subtotal for Code 4000** | | **0.20** | **74.10** |

Services.............................................................................................................$74.10

**LESS AGREED UPON 10% FEE DISCOUNT**                                       (7.41)

**Total Services** ...............................................................................................$66.69

Akerman Senterfitt                                                            Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of              June 30, 2011
0225239     BONDCORP REALTY SERVICES, INC. (PROJECT    Invoice Number          8629780
            HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.20 | 74.10 |
| | Total | 0.20 | $74.10 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     September 23,
Invoice No.      2011
                 8629781

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **CALIFORNIA FINANCIAL GROUP (PROJECT HARVEST)**
Matter Number:   **0225240**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $51.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (5.11) |
| TOTAL SERVICES | $45.94 |
| Disbursements | $82.94 |
| **TOTAL THIS INVOICE** | **$128.88** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8629781*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date       September 23,
Invoice No.                    2011
                                    8629781

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **CALIFORNIA FINANCIAL GROUP (PROJECT
                 HARVEST)**
Matter Number:   **0225240**                              Claim No: **XXXXX Task
                                                          Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $51.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (5.11) |
| TOTAL SERVICES | $45.94 |
| Disbursements | $82.94 |
| **TOTAL THIS INVOICE** | **$128.88** |

*To ensure proper credit to the above account, please indicate invoice no. 8629781.*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*
akerman.com

Akerman Senterfitt                                                                    Page 3

| 054539<br>0225240 | LEHMAN BROTHERS HOLDINGS, INC.<br>CALIFORNIA FINANCIAL GROUP (PROJECT<br>HARVEST) | As of<br>Invoice Number | June 30, 2011<br>8629781 |
|---|---|---|---|

**Task Code:**   **4000**

| 3-Jun-11 | Update lre:hearings and deadlines | KLE | 0.10 | 14.00 |
|---|---|---|---|---|
| 17-Jun-11 | Prepare monthly case report including status, judge, upcoming hearing, fees, costs, etc. | KJG | 0.10 | 37.05 |

|  | **Subtotal for Code 4000** | | **0.20** | **51.05** |
|---|---|---|---|---|

Services.............................................................................................................$51.05

**LESS AGREED UPON 10% FEE DISCOUNT**                                              **(5.11)**

**Total Services** ..................................................................................................**$45.94**

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 13-Jun-11 | PARKING - DONALD M. SCOTTEN: Travel to USDC, Santa Ana, CA to attend OSC Hearing for Dismissal of Complaint & Status on 5/23/11 DS-4189 | 2.00 |

Total for PARKING                                                                                   2.00

| 13-Jun-11 | OTHER TRAVEL EXPENSES - TODD A. BOOCK: Mileage for travel to USDC Santa Ana, CA to attend Motion for Summary Judgment on 4/25/11 TB-4478 | 41.06 |
|---|---|---|
| 13-Jun-11 | OTHER TRAVEL EXPENSES - DONALD M. SCOTTEN: Mileage - Travel to USDC, Santa Ana, CA to attend OSC Hearing for Dismissal of Complaint & Status on 5/23/11 DS-4189 | 39.88 |

Total for OTHER TRAVEL EXPENSES                                                        80.94

**Total Disbursements** ...................................................................................**$82.94**

Akerman Senterfitt                                                                          Page 4

054539     LEHMAN BROTHERS HOLDINGS, INC.           As of              June 30, 2011
0225240    CALIFORNIA FINANCIAL GROUP (PROJECT      Invoice Number        8629781
           HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.10 | 37.05 |
| KLE | K. L. ELLIOTT | 0.10 | 14.00 |
| | Total | 0.20 | $51.05 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date                September 23,
Invoice No.                          2011
                                     8629782

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **DIRECT MORTGAGE CORPORATION
                (PROJECT HARVEST)**
Matter Number:  **0225242**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $14,666.16 |
| LESS AGREED UPON 10% FEE DISCOUNT | (1,466.61) |
| TOTAL SERVICES | $13,199.55 |
| Disbursements | $240.66 |
| **TOTAL THIS INVOICE** | **$13,440.21** |
| | |
| **PREVIOUS BALANCE**<br>(Includes payments received through 09/23/11) | 104,089.58 |
| **TOTAL AMOUNT DUE** | **$117,529.79** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8629782*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629782 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)**
Matter Number:   **0225242**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $14,666.16 |
| LESS AGREED UPON 10% FEE DISCOUNT | (1,466.61) |
| TOTAL SERVICES | $13,199.55 |
| Disbursements | $240.66 |
| **TOTAL THIS INVOICE** | **$13,440.21** |

| | |
|---|---|
| **PREVIOUS BALANCE** | **104,089.58** |
| (Includes payments received through 09/23/11) | |
| **TOTAL AMOUNT DUE** | **$117,529.79** |

*To ensure proper credit to the above account, please indicate invoice no. 8629782*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | June 30, 2011<br>8629782 |

**Task Code:    4000**

| | | | | |
|---|---|---|---|---|
| 1-Jun-11 | [No Charge] Teleconference with K. Garcia re: potential target documents for supplemental discovery responses. | KLE | 0.00 | 0.00 |
| 1-Jun-11 | Prepare whole loan tracking ownership summary for each claim. Access and obtain copies of securizations for corresponding securities. Prepare and forward email to counsel providing the same for counsel's review and use in preparing supplemental discovery responses. | KLE | 1.70 | 238.00 |
| 1-Jun-11 | Review additional documents located for production; email to H. Gray and M. Spohn re documents, privilege, duplication, etc. | KJG | 0.80 | 296.40 |
| 1-Jun-11 | Communicate with H. Gray and M. Spohn re supplemental production; continue to review documents to be produced. | KJG | 0.60 | 222.30 |
| 1-Jun-11 | Prepare correspondence detailing supplemental production and preserving objections. | KJG | 0.70 | 259.35 |
| 2-Jun-11 | Compile additional information with respect to supplemental discovery. Prepare and forward email to coordinating counsel to verify proposed production of documents. | KLE | 1.80 | 252.00 |
| 2-Jun-11 | Teleconference with K. Porter and J. Bulmer to review and discuss production of securization agreements with respect to defendant's discovery request number 26. Compile Securitization agreements. | KLE | 1.30 | 182.00 |
| 3-Jun-11 | Prepare and forward email update to counsel providing supplemental discovery response documents. Prepare and forward email to H. Gray requesting confirmation of accuracy of securization documents with respect to supplemental discovery responses. | KLE | 1.10 | 154.00 |
| 3-Jun-11 | Review securitization documents available in file share; communicate with H. Gray re production of same. | KJG | 0.60 | 222.30 |
| 6-Jun-11 | Analyze client information for applicable trust agreements with respect defendant's demand for supplemental discovery responses. | KLE | 0.40 | 56.00 |

Akerman Senterfitt                                                                Page 4

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | June 30, 2011<br>8629782 |
|---|---|---|---|
| 7-Jun-11 | Communicate with Reilly Pozner re upcoming deposition | KJG | 0.10 | 37.05 |
| 7-Jun-11 | Communicate with opposing counsel re 30(b)(6) deposition | KJG | 0.10 | 37.05 |
| 8-Jun-11 | Communications re planning for upcoming deposition | KJG | 0.10 | 37.05 |
| 8-Jun-11 | Prepare documents for use in preparing supplemental discovery responses. | KLE | 0.60 | 84.00 |
| 9-Jun-11 | Review correspondence from opposing counsel again addressing document production; forward same to client, discuss with M. Spohn | KJG | 0.20 | 74.10 |
| 9-Jun-11 | Research, analyze and obtain copy of RLT 2008-2 Trust Agreement for counsel's use in preparing supplemental discovery responses. Prepare and forward emails to H. Gray seeking verification of copy of Trust Agreement, seeking confirmation of the complete assembly of proposed supplemental documents with respect to defendant's discovery responses. | KLE | 1.30 | 182.00 |
| 10-Jun-11 | Compile and prepare case summary binder for deposition scheduled for June 22, 2011. | KLE | 2.50 | 350.00 |
| 10-Jun-11 | Several communications with client re defendant's latest letter re discovery production. | KJG | 0.30 | 111.15 |
| 13-Jun-11 | Participate in conference call with Mr. Rollin and Mr. Gray to discuss outstanding discovery issues | JDB | 0.40 | 148.00 |
| 13-Jun-11 | Review discovery letters and responses, emails with client re strategy conference | KJG | 0.60 | 222.30 |
| 14-Jun-11 | Conference calls and emails with Defense counsel, re their intention to file motion to compel. | KJG | 0.35 | 129.68 |
| 14-Jun-11 | Follow-up email to defense counsel with redline and suggest stipulation to move deadlines out for all parties. | KJG | 0.20 | 74.10 |
| 14-Jun-11 | Review proposed stipulation per local rules, analyze and revise same. | KJG | 0.65 | 240.83 |
| 14-Jun-11 | Communicate dispute to client and RP. | KJG | 0.10 | 37.05 |
| 15-Jun-11 | Communicate with opposing counsel re 30(b)(6) deposition | KJG | 0.10 | 37.05 |
| 16-Jun-11 | Analyze deposition notice | KJG | 0.20 | 74.10 |

Akerman Senterfitt

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | | June 30, 2011<br>8629782 |
|---|---|---|---|---|
| 16-Jun-11 | Review of paper and electronic file for information re: notice of deposition of LBHI. Prepare and send email to counsel re: same. | CL | 0.80 | 92.00 |
| 17-Jun-11 | Prepare for and participate in deposition preparation with Mr. Gray | JDB | 6.00 | 2,220.00 |
| 17-Jun-11 | Communicate re assessment of deposition notice, strategy re limiting H. Gray's testimony. | KJG | 0.20 | 74.10 |
| 17-Jun-11 | Work on revisions to response to Direct Mortgage as it relates to Whole Loan Tracking | JDB | 0.30 | 111.00 |
| 17-Jun-11 | Prepare monthly case report including status, judge, upcoming hearing, fees, costs, etc. | KJG | 0.20 | 74.10 |
| 17-Jun-11 | Work on written response to discovery dispute letter, and second supplemental production. | KJG | 0.80 | 296.40 |
| 20-Jun-11 | Communications from Aurora's counsel with response to subpoena; review electronic notice of dismissal of Aurora. | KJG | 0.30 | 111.15 |
| 21-Jun-11 | Communication from opposing counsel re pushing out expert disclosure deadline | KJG | 0.10 | 37.05 |
| 21-Jun-11 | Review stipulation for dismissal of Aurora Bank; Review and analyze subpoena response by Aurora Bank; Consider issues associated with dismissal of Aurora Bank on action and LBHI case | JDB | 1.50 | 555.00 |
| 21-Jun-11 | Research and analyze US District Court docket for confirmation of court's order setting final pretrial conference for 9-12-11. | KLE | 0.40 | 56.00 |
| 21-Jun-11 | Participate in deposition preparation with Mr. Gray | JDB | 3.00 | 1,110.00 |
| 22-Jun-11 | Attend plaintiff's 30(b)(6) deposition of Lehman Brothers Holdings, Inc. | KLE | 6.80 | 952.00 |
| 22-Jun-11 | Defend deposition of Mr. Gray, LBHI's 30(b)(6) deponent | JDB | 8.00 | 2,960.00 |
| 22-Jun-11 | Communication from Aurora's counsel re 30(b)(6) deposition | KJG | 0.10 | 37.05 |
| 22-Jun-11 | Address issues re documents previously produced to rebut assertions by defense counsel during deposition and testimony being read into deposition transcript | KJG | 0.80 | 296.40 |
| 22-Jun-11 | Communication to opposing counsel with additional supplementation to previous production | KJG | 0.20 | 74.10 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
|--------|-------------------------------|-------|---------------|
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | Invoice Number | 8629782 |

| | | | | |
|---|---|---|---|---|
| 22-Jun-11 | Correspondence from Aurora's counsel re misstatement by defense counsel re service of subpoena; review subpoena and proof of service | KJG | 0.20 | 74.10 |
| 23-Jun-11 | Telephone conference to address status and updates | KJG | 0.10 | 37.05 |
| 23-Jun-11 | Draft 30(b)(6) notice. | KLE | 0.60 | 84.00 |
| 23-Jun-11 | Draft joint stip to amend scheduling order. | KLE | 1.50 | 210.00 |
| 24-Jun-11 | Revise notice of taking of 30(b)(6) deposition. | KLE | 0.20 | 28.00 |
| 24-Jun-11 | Revise joint stipulation to amend scheduling order. | KLE | 0.30 | 42.00 |
| 24-Jun-11 | Draft proposed order granting joint stipulation to amend scheduling order. | KLE | 0.70 | 98.00 |
| 24-Jun-11 | Update ldiscovery responses | KLE | 0.40 | 56.00 |
| 24-Jun-11 | Draft declaration in support of joint stipulation to amend scheduling order. | KLE | 1.20 | 168.00 |
| 27-Jun-11 | Revise stipulation to amend scheduling order, declaration in support thereof and proposed order granting the same. Forward drafts to counsel for review and filing approval. | KLE | 1.30 | 182.00 |
| 27-Jun-11 | Revise stipulation and declaration for moving discovery and other deadlines; communication with opposing counsel re same. | KJG | 0.60 | 222.30 |
| 27-Jun-11 | Per counsel's request, research and analyze current US District Court docket for confirmation of party representation. Prepare and forward email summary of the same. | KLE | 0.40 | 56.00 |
| 28-Jun-11 | Communicate with opposing counsel re stipulation, discovery dates, additional rationale to include in the stip and declaration supporting same. | KJG | 0.20 | 74.10 |
| 28-Jun-11 | Analyze prior orders to confirm number of extensions and deadline for expert disclosure | KJG | 0.20 | 74.10 |
| 28-Jun-11 | Revise stipulation and declaration per discussion with opposing counsel. | KJG | 0.30 | 111.15 |

Akerman Senterfitt                                                                    Page 7

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | June 30, 2011<br>8629782 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 28-Jun-11 | Research and analyze US District Court docket re: current expert disclosure deadline. Review FRCP 26(a) with respect to the same. Prepare and forward email summary setting forth current expert disclosure deadline based upon Court's order in April 2011 amending the scheduling order. Research and analyze US District Court docket for history of amendments to the court's initial scheduling order. | KLE | 1.60 | 224.00 |
| 29-Jun-11 | Review correspondence from opposing counsel re expert disclosure deadline and respond to same | KJG | 0.20 | 74.10 |
| 30-Jun-11 | Follow-up communication to opposing counsel re stipulation on deadlines | KJG | 0.10 | 37.05 |

**Subtotal for Code 4000**                                          **56.40    14,666.16**

Services...................................................................................................$14,666.16

**LESS AGREED UPON 10% FEE DISCOUNT**                              (1,466.61)

**Total Services** ........................................................................$13,199.55

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 20-Jun-11 | DUPLICATING | 1.00 | |
| 30-Jun-11 | DUPLICATING | 42.40 | |
| 30-Jun-11 | DUPLICATING | 0.20 | |
| Total for DUPLICATING | | | 43.60 |
| 1-Jun-11 | TELEPHONE 1-303-640-2510 Denver - CO (USA) | 3.00 | |
| 13-Jun-11 | TELEPHONE - Soundpath Legal Conference Call Inv #072111(K Garcia - Orl) | 7.66 | |
| Total for TELEPHONE | | | 10.66 |
| 27-Jun-11 | TRANSPORTATION - JUSTIN BALSER : Airfare to attend the depo of Mr. Doane of Direct Mortgage on 6/28/11 in Salt Lake City, UT. JB-4163 | 186.40 | |
| Total for TRANSPORTATION | | | 186.40 |

Akerman Senterfitt

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of                    June 30, 2011
0225242     DIRECT MORTGAGE CORPORATION (PROJECT         Invoice Number              8629782
            HARVEST)

**Total Disbursements** ...............................................................................................................................$240.66

Akerman Senterfitt                                                                Page 9

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of              June 30, 2011
0225242     DIRECT MORTGAGE CORPORATION (PROJECT        Invoice Number          8629782
            HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| CL  | C. LINNEY      | 0.80  | 92.00 |
| JDB | J. D. BALSER    | 19.20 | 7,104.00 |
| KJG | K. J. GARCIA    | 10.30 | 3,816.16 |
| KLE | K. L. ELLIOTT   | 26.10 | 3,654.00 |
|     | Total           | 56.40 | $14,666.16 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date          September 23,
Invoice No.                    2011
                          8629783

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **FIRST RESIDENTIAL MORTGAGE SERVICES
               CORP. (PROJECT**
Matter Number: **0225248**                    Claim No: **XXXXX Task
                                                  Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $111.15 |
| LESS AGREED UPON 10% FEE DISCOUNT | (11.12) |
| TOTAL SERVICES | $100.03 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$100.03** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8629783*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629783 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **FIRST RESIDENTIAL MORTGAGE SERVICES CORP. (PROJECT**
Matter Number: **0225248**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $111.15 |
| LESS AGREED UPON 10% FEE DISCOUNT | (11.12) |
| TOTAL SERVICES | $100.03 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$100.03** |

*To ensure proper credit to the above account, please indicate invoice no. 8629783*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0225248 | FIRST RESIDENTIAL MORTGAGE SERVICES CORP. (PROJECT | Invoice Number | 8629783 |

**Task Code:**    **4000**

| 9-Jun-11 | Communicate with client to confirm April payment was received. | KJG | 0.10 | 37.05 |
| 9-Jun-11 | Prepare default/demand letter to defendant. | KJG | 0.20 | 74.10 |
| | **Subtotal for Code 4000** | | **0.30** | **111.15** |

Services.................................................................................................$111.15

**LESS AGREED UPON 10% FEE DISCOUNT**                                           (11.12)

**Total Services** .................................................................................$100.03

Akerman Senterfitt                                                                    Page 4

054539       LEHMAN BROTHERS HOLDINGS, INC.           As of              June 30, 2011
0225248      FIRST RESIDENTIAL MORTGAGE SERVICES CORP.   Invoice Number        8629783
             (PROJECT

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.30 | 111.15 |
| | Total | 0.30 | $111.15 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629784 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **KEY FINANCIAL CORPORATION (PROJECT HARVEST)**
Matter Number:  **0225255**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---:|
| Services | $1,407.90 |
| LESS AGREED UPON 10% FEE DISCOUNT | (140.79) |
| TOTAL SERVICES | $1,267.11 |
| Disbursements | $5.00 |
| **TOTAL THIS INVOICE** | **$1,272.11** |

*To ensure proper credit to the above account, please indicate invoice no. 8629784*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date      September 23,
Invoice No.       2011
                8629784

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **KEY FINANCIAL CORPORATION (PROJECT HARVEST)**
Matter Number:    **0225255**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,407.90 |
| LESS AGREED UPON 10% FEE DISCOUNT | (140.79) |
| TOTAL SERVICES | $1,267.11 |
| Disbursements | $5.00 |
| **TOTAL THIS INVOICE** | **$1,272.11** |

*To ensure proper credit to the above account, please indicate invoice no. 8629784*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                                          Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0225255 | KEY FINANCIAL CORPORATION (PROJECT HARVEST) | Invoice Number | 8629784 |

**Task Code:**     **4000**

| Date | Description | | | |
|---|---|---|---|---|
| 13-Jun-11 | Review order setting evidentiary hearing on our motion for default judgment and attorneys fees; communicate to client re same. | KJG | 0.30 | 111.15 |
| 16-Jun-11 | Draft motion for telephonic appearance with legal memorandum as required by local rules. | KJG | 0.50 | 185.25 |
| 17-Jun-11 | Prepare monthly case report including status, judge, upcoming hearing, fees, costs, etc. | KJG | 0.20 | 74.10 |
| 17-Jun-11 | Confirm residence location for J. Baker for motion for telephonic appearance; finalize and file motion. | KJG | 0.30 | 111.15 |
| 20-Jun-11 | Communicate with J. Baker re evidentiary hearing. | KJG | 0.10 | 37.05 |
| 21-Jun-11 | Review order granting telephonic attendance by LBHI witness with conditions; communication to client with order, advise of need to satisfy conditions re submission of picture identification. | KJG | 0.30 | 111.15 |
| 23-Jun-11 | Telephone conference to address status and updates | KJG | 0.10 | 37.05 |
| 27-Jun-11 | Communicate with client re preparing for evidentiary hearing, need for photo identification per court's order; follow-up communications with M. Spohn re same | KJG | 0.20 | 74.10 |
| 28-Jun-11 | Communicate with client and M. Spohn re preparations for evidentiary hearing | KJG | 0.20 | 74.10 |
| 28-Jun-11 | Begin preparing questions for witness for evidentiary hearing | KJG | 0.30 | 111.15 |
| 29-Jun-11 | Communicate with client confirming receipt of picture identification for use at hearing, confirming plan for preparation session | KJG | 0.20 | 74.10 |
| 30-Jun-11 | Complete questions for evidentiary hearing; communicate with M. Spohn re same. | KJG | 0.50 | 185.25 |
| 30-Jun-11 | Communicate with client, provide questions for prep, motion and declaration previously filed; conference call with client, prepare for evidentiary hearing. | KJG | 0.60 | 222.30 |
| | **Subtotal for Code 4000** | | **3.80** | **1,407.90** |

Akerman Senterfitt                                                                    Page 4

| 054539  | LEHMAN BROTHERS HOLDINGS, INC. | As of          | June 30, 2011 |
|---------|-------------------------------|----------------|---------------|
| 0225255 | KEY FINANCIAL CORPORATION (PROJECT HARVEST) | Invoice Number | 8629784 |

Services.................................................................................................$1,407.90

**LESS AGREED UPON 10% FEE DISCOUNT**                                   **(140.79)**

**Total Services** ....................................................................................**$1,267.11**

| <u>Date</u> | <u>Disbursements</u> | <u>Value</u> |
|------|---------------|-------|
| 30-Jun-11 | TELEPHONE 1-303-486-6916 Denver - CO (USA) | 5.00 |
| Total for TELEPHONE | | 5.00 |

**Total Disbursements** .......................................................................**$5.00**

Akerman Senterfitt                                                                 Page 5

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of              June 30, 2011
0225255     KEY FINANCIAL CORPORATION (PROJECT         Invoice Number           8629784
            HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 3.80 | 1,407.90 |
| | Total | 3.80 | $1,407.90 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date                September 23,
Invoice No.                          2011
                                          8629785

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **JERSEY MORTGAGE (PROJECT HARVEST)**
Matter Number:  **0237158**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $30.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (3.00) |
| TOTAL SERVICES | $27.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$27.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8629785*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date    September 23,
Invoice No.                2011
                              8629785

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **JERSEY MORTGAGE (PROJECT HARVEST)**
Matter Number: **0237158**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $30.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (3.00) |
| TOTAL SERVICES | $27.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$27.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8629785*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                              Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0237158 | JERSEY MORTGAGE (PROJECT HARVEST) | Invoice Number | 8629785 |

**Task Code:**    **4000**

| 14-Jan-11 | COMPLETED LBHI STATUS REPORT | JLR | 0.10 | 30.00 |
| | **Subtotal for Code 4000** | | **0.10** | **30.00** |

Services...................................................................................................................$30.00

**LESS AGREED UPON 10% FEE DISCOUNT**        **(3.00)**

**Total Services** ....................................................................................................**$27.00**

Akerman Senterfitt                                                    Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.           As of            June 30, 2011
0237158     JERSEY MORTGAGE (PROJECT HARVEST)        Invoice Number   8629785

| Initial | Name | | Hours | Amount |
|---------|------|---|-------|--------|
| JLR | J. L. RUBIN | | 0.10 | 30.00 |
| | | Total | 0.10 | $30.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 8-Aug-11 |
| Invoice No. | 8615808 |

LEHMAN BROTHERS HOLDINGS, INC.
ATTN: JAMES POMERANZ
1271 AVENUE OF THE AMERICAS
39 FLOOR
NEW YORK, NY 10020

Client Name:      **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **WSG HOLLYWOOD**
Matter Number:  **0237444**

### INVOICE SUMMARY

*For professional services rendered through June 30, 2011 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 5,749.00 |
| DISBURSEMENTS | $ 20.40 |
| **TOTAL THIS INVOICE** | **$ 5,769.40** |

*To ensure proper credit to the above account, please indicate matter no. 0237444*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 8-Aug-11 |
| Invoice No. | 8615808 |

LEHMAN BROTHERS HOLDINGS, INC.
ATTN: JAMES POMERANZ
1271 AVENUE OF THE AMERICAS
39 FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **WSG HOLLYWOOD**
Matter Number:  **0237444**

### INVOICE SUMMARY

*For professional services rendered through June 30, 2011 as summarized below and described in the narrative statement:*

| | |
|---|---:|
| SERVICES | $ 5,749.00 |
| DISBURSEMENTS | $ 20.40 |
| **TOTAL THIS INVOICE** | **$ 5,769.40** |

*To ensure proper credit to the above account, please indicate matter no. 0237444*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

Akerman Senterfitt

Page 3

030662    LEHMAN BROTHERS HOLDINGS, INC.
0237444   WSG HOLLYWOOD

As of                30-Jun-11
Bill Number        8615808

| Date | Services | Initials | Hours | Value |
|---|---|---|---|---|
| 1-Jun-11 | SEARCH AND REVIEW CITY AND CRA ONLINE FILES FOR INFORMATION RE TIFF AGREEMENT AND CALCULATIONS. | MAB | 1.10 | 220.00 |
| 1-Jun-11 | EMAIL CRA STAFF RE TIF AGREEMENT AND CALCULATIONS | MAB | 0.30 | 60.00 |
| 1-Jun-11 | TELEPHONE CALL WITH CRA STAFF TIF AGREEMENT AND CALCULATIONS | MAB | 0.30 | 60.00 |
| 1-Jun-11 | DISCUSS ISSUES WITH S. CROWLEY RE TIF AGREEMENT AND CALCULATIONS. | MAB | 0.40 | 80.00 |
| 1-Jun-11 | REVIEW STAFF REPORT RE TIF AGREEMENT AND CALCULATIONS. | MAB | 0.60 | 120.00 |
| 1-Jun-11 | REVIEW STATUTES REGARDING CRA FINANCING. | MAB | 0.70 | 140.00 |
| 1-Jun-11 | REVIEW DEVELOPMENT AGREEMENT RE: TIF CALCULATIONS. | MAB | 1.10 | 220.00 |
| 1-Jun-11 | CONFER WITH M. CZERVIONKE RE CALCULATION OF TIF FOR HOLLYWOOD DEVELOPMENT PROJECT. | TSC | 0.70 | 290.50 |
| 1-Jun-11 | CONFER WITH M. CZERVIONKE RE RESEARCH CITY STAFF REPORT FOR FIRST AMENDEMENT TO THE CRA DEVELOPMENT AGREEMENT. | TSC | 0.30 | 124.50 |
| 1-Jun-11 | RESEARCH CITY STAFF REPORT FOR FIRST AMENDMENT TO THE CRA DEVELOPMENT AGREEMENT. | TSC | 2.00 | 830.00 |
| 1-Jun-11 | CONFER WITH M. BARNES RE CALCULATION OF TIF FOR HOLLYWOOD DEVELOPMENT PROJECT. | TSC | 0.30 | 124.50 |
| 2-Jun-11 | MEETING WITH CRA FINANCE DIRECTOR RE CALCULATION OF TIF. | MAB | 2.00 | 400.00 |
| 2-Jun-11 | DISCUSS TIF CALCULATIONS ISSUES WITH S. CROWLEY | MAB | 0.80 | 160.00 |
| 3-Jun-11 | RESEARCH STATUS OF ENTITLEMENTS FOR CHARTER SCHOOL. | MAB | 0.60 | 120.00 |
| 3-Jun-11 | REVIEW TIF SPREADSHEET FROM CRA RE CALCULATION OF TIF. | MAB | 0.70 | 140.00 |

Akerman Senterfitt                                                    Page 4

030662      LEHMAN BROTHERS HOLDINGS, INC.                As of              30-Jun-11
0237444     WSG HOLLYWOOD                                 Bill Number        8615808

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 3-Jun-11 | REVIEW CRA SPREADSHEET OF TIF CALCULATIONS AND CONFER WITH M. CZERVIONKE RE SAME. | TSC | 0.70 | 290.50 |
| 3-Jun-11 | CONFER WITH M. BARNES RE BIFURCATION OF PUD AND OBTAINING DEVELOPMENT ORDERS INDICATING SAME. | TSC | 0.50 | 207.50 |
| 6-Jun-11 | TELEPHONE CALL WITH CITY PLANNING STAFF REGARDING STATUS OF CHARTER SCHOOL APPLICATION. | MAB | 0.30 | 60.00 |
| 7-Jun-11 | TELEPHONE CALL WITH CITY STAFF PLANNER, CITY CLERK STAFF AND BUILDING DEPARTMENT STAFF. | MAB | 0.40 | 80.00 |
| 7-Jun-11 | EMAIL S. CROWLEY SUMMARY OF DISCUSSIONS WITH STAFF REGARDING CHARTER SCHOOL APPROVALS. | MAB | 0.50 | 100.00 |
| 7-Jun-11 | CONFER WITH M. CZERVIONKE AND S. BORGDONA RE SAME. | TSC | 0.40 | 166.00 |
| 7-Jun-11 | REVIEW CITY OF HOLLYWOOD STAFF REPORTS RELATED TO BIFURCATION OF PD. | TSC | 0.90 | 373.50 |
| 8-Jun-11 | TELEPHONE CALL WITH CITY CLERK STAFF RE OBTAINING COPIES OF RESOLUTIONS AND PLANS FOR CHARTER SCHOOL. | MAB | 0.20 | 40.00 |
| 8-Jun-11 | REVIEW AND ASSEMBLE DIGITAL COPIES OF EXECUTED RESOLUTIONS AND ORDINANCES. | MAB | 0.50 | 100.00 |
| 8-Jun-11 | CONFER WITH M. CZERVIONKE RE DEADLINE TO CHALLENGE APPROVALS. | TSC | 0.40 | 166.00 |
| 8-Jun-11 | CONFER WITH M. BARNES AND CITY CLERK RE EXECUTED DEVELOPMENT ORDERS, NOTE MISSING RENDERING DATE. | TSC | 0.30 | 124.50 |
| 8-Jun-11 | REVIEW EXECUTED DEVELOPMENT ORDERS, NOTE MISSING RENDERING DATE. | TSC | 0.70 | 290.50 |
| 21-Jun-11 | REVIEW ORDINANCE AND RESOLUTION BIFURCATING THE PD IN ANTICIPATION OF CALL. | TSC | 1.00 | 415.00 |
| 21-Jun-11 | CONFER WITH M. CZERVIONKE RE AVAILABILITY TO DISCUSS IMPLICATIONS OF PD BIFURCATION. | TSC | 0.40 | 166.00 |

Akerman Senterfitt                                                        Page 5

030662    LEHMAN BROTHERS HOLDINGS, INC.                    As of          30-Jun-11
0237444    WSG HOLLYWOOD                                    Bill Number     8615808

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 22-Jun-11 | REVIEW ORDINANCE AND RESOLUTION THAT BIFURCATED THE PD APPROVAL. | MAB | 0.40 | 80.00 |

**Total Services** ................................................................................................... **$5,749.00**

| Date | Disbursements | Value |
|------|---------------|-------|
| 06/07/11 | OTHER TRAVEL EXPENSES - MATTHEW A. BARNES : Mileage for travel to and from CRA offices of Hollywood, FL on 6/2/11  MB-3820 | 20.40 |
| | Total for OTHER TRAVEL EXPENSES | 20.40 |

**Total Disbursements** ......................................................................................... **$20.40**

Akerman Senterfitt                                                    Page 6

030662    LEHMAN BROTHERS HOLDINGS, INC.              As of          30-Jun-11
  0237444   WSG HOLLYWOOD                             Bill Number     8615808

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| MAB | M. A. BARNES | 10.90 | 200.00 | 2,180.00 |
| TSC | T. S. CROWLEY | 8.60 | 415.00 | 3,569.00 |
|  | Total | 19.50 |  | $5,749.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date      September 23,
Invoice No.                    2011
                          8629786

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **1ST ADVANTAGE MORTGAGE**
Matter Number:   **0237769**                              Claim No: **XXXXX Task**
                                                              **Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,482.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (148.20) |
| TOTAL SERVICES | $1,333.80 |
| Disbursements | $0.20 |
| **TOTAL THIS INVOICE** | **$1,334.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8629786*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629786 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **1ST ADVANTAGE MORTGAGE**
Matter Number: **0237769**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,482.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (148.20) |
| TOTAL SERVICES | $1,333.80 |
| Disbursements | $0.20 |
| **TOTAL THIS INVOICE** | **$1,334.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8629786.*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                          Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | June 30, 2011 |
|--------|-------------------------------|--|-------|---------------|
| 0237769 | 1ST ADVANTAGE MORTGAGE | | Invoice Number | 8629786 |

**Task Code:    4000**

| Date | Description | | | |
|------|-------------|--|--|--|
| 1-Jun-11 | Communicate with local counsel R. Wutscher re procedures. | KJG | 0.10 | 37.05 |
| 1-Jun-11 | Review figures from H. Gray and prepare summary of amounts due, including on Paletta; email J. Baker with proposed settlement options. | KJG | 0.70 | 259.35 |
| 1-Jun-11 | Draft settlement correspondence and proposal, transmit same to defense counsel. | KJG | 1.30 | 481.65 |
| 2-Jun-11 | Communicate with J. Baker re settlement demand; communicate with local counsel re: plan for seeking MSJ deadline at least 60 days out at status conference; communicate with defense counsel requesting his position on MSJ deadline issue to be addressed at status conference. | KJG | 0.40 | 148.20 |
| 6-Jun-11 | COMMUNICATE WITH ILLINOIS COUNSEL RE STATUS HEARING | KJG | 0.10 | 37.05 |
| 6-Jun-11 | Communicate with opposing counsel re settlement. | KJG | 0.10 | 37.05 |
| 6-Jun-11 | Analyze counter-offer by defendant; communicate offer to J. Baker and recommendations. | KJG | 0.20 | 74.10 |
| 7-Jun-11 | Communications with client re settlement position/strategy | KJG | 0.10 | 37.05 |
| 7-Jun-11 | Settlement discussion with opposing counsel | KJG | 0.40 | 148.20 |
| 8-Jun-11 | Respond to phone and email messages from client; provide more complete report on negotiations with opposing counsel, further strategize re potential settlement range | KJG | 0.30 | 111.15 |
| 8-Jun-11 | Communicate with local counsel order approving pro hac admission, also status conference and setting 8/25/11 as next status conference to allow settlement discussions to continue | KJG | 0.10 | 37.05 |
| 17-Jun-11 | Prepare monthly case report including status, judge, upcoming hearing, fees, costs, etc. | KJG | 0.20 | 74.10 |
| | **Subtotal for Code 4000** | | **4.00** | **1,482.00** |

Services..................................................................................................$1,482.00

**LESS AGREED UPON 10% FEE DISCOUNT**                                        **(148.20)**

**Total Services** .......................................................................................$1,333.80

Akerman Senterfitt                                                                      Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0237769 | 1ST ADVANTAGE MORTGAGE | Invoice Number | 8629786 |

| Date | Disbursements | | Value |
|------|---------------|---|-------|
| 3-Jun-11 | TELEPHONE 1-312-332-6194 Chicago - IL (USA) | 0.20 | |
| Total for TELEPHONE | | | 0.20 |
| **Total Disbursements** .................................................................................................... | | | **$0.20** |

Akerman Senterfitt                                                                    Page 5

054539        LEHMAN BROTHERS HOLDINGS, INC.           As of            June 30, 2011
0237769       1ST ADVANTAGE MORTGAGE                   Invoice Number        8629786

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 4.00 | 1,482.00 |
| | Total | 4.00 | $1,482.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    September 23,
Invoice No.    2011
8629787

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **IMORTGAGE.COM**
Matter Number:    **0242661**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $8,177.60 |
| LESS AGREED UPON 10% FEE DISCOUNT | (817.76) |
| TOTAL SERVICES | $7,359.84 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$7,359.84** |

*To ensure proper credit to the above account, please indicate invoice no. 8629787*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date          September 23,
Invoice No.                   2011
                           8629787

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **IMORTGAGE.COM**
Matter Number:  **0242661**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $8,177.60 |
| LESS AGREED UPON 10% FEE DISCOUNT | (817.76) |
| TOTAL SERVICES | $7,359.84 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$7,359.84** |

*To ensure proper credit to the above account, please indicate invoice no. 8629787*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                       Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0242661 | IMORTGAGE.COM | Invoice Number | 8629787 |

**Task Code:** **4000**

| 1-Jun-11 | Prepare documents for initial production. | AMM | 0.80 | 236.00 |
| 1-Jun-11 | Telephone conference with Dominic from Denver IKON regarding imaging instructions so that data will be compatible with Summation database to be created and populated with data. | DAH | 0.30 | 55.50 |
| 2-Jun-11 | E-mails to/from IKON regarding imaged data; access and download data from IKON's ftp site; create Summation database for this matter and load data received from IKON into the case's Summation database. | DAH | 3.00 | 555.00 |
| 2-Jun-11 | Prepare production of Seller's Guide for preparing discovery responses. | KLE | 0.70 | 98.00 |
| 2-Jun-11 | Continue preparation of production to imortgage; finalize rule 26.1 initial disclosure; finalize interrogatory responses. | AMM | 2.80 | 826.00 |
| 3-Jun-11 | Continue preparing documents for initial production to imortgage; revise interrogatory responses to incorporate comments from Matt Sphon of Reilly Pozner. | AMM | 2.40 | 708.00 |
| 3-Jun-11 | Assist in preparation of documents for production of documents to imortgage.com. | E S | 1.40 | 133.00 |
| 3-Jun-11 | Import replacement PDFs into Summation database. Modify PDF properties to allow for viewing in Summation. | ESH | 3.00 | 390.00 |
| 3-Jun-11 | Discuss proposed Rule 26 disclosures with A. Mangiradi. | KLE | 0.50 | 70.00 |
| 3-Jun-11 | E-mails to/from A.Mangiardi and E.Streible regarding database and document production issues. | DAH | 0.60 | 111.00 |
| 6-Jun-11 | Annotate documents to be produced (with CONFIDENTIAL and production numbers) and create electronic production; e-mails to/from A.Mangiardi regarding various printing/viewing options. | DAH | 3.30 | 610.50 |
| 6-Jun-11 | Research State Court Docket for Recent Filings and Pertinent Events and Deadlines. | E S | 0.30 | 28.50 |
| 6-Jun-11 | Review summation for bates stamping range for each borrower for confirmation that documents are ready for production to imortgage.com. | E S | 1.10 | 104.50 |

Akerman Senterfitt

Page 4

| 054539<br>0242661 | LEHMAN BROTHERS HOLDINGS, INC.<br>IMORTGAGE.COM | As of<br>Invoice Number | June 30, 2011<br>8629787 |
|---|---|---|---|
| 8-Jun-11 | E-mails to/from A.Mangiardi regarding additional data received from national counsel and address data issues; process data in an attempt to make it compatible. | DAH | 2.50 | 462.50 |
| 8-Jun-11 | Preparation of seller's guide for production. | AMM | 0.80 | 236.00 |
| 9-Jun-11 | Complete processing data; e-mails to/from A.Mangiardi and vendor regarding data issue. | DAH | 1.00 | 185.00 |
| 10-Jun-11 | E-mails regarding project parameters and cost/time estimate; emails to/from A.Mangiardi regarding approval of project. | DAH | 0.60 | 111.00 |
| 13-Jun-11 | Populate Summation database with the fixed data received from national counsel; e-mails to/from A.Mangiardi regarding the status of the data and the parameters of the 2nd production of documents. | DAH | 2.80 | 518.00 |
| 13-Jun-11 | Identification and analysis of confidential documens; prepare instructions for production of non-highly confidential portions of documents. | AMM | 0.40 | 118.00 |
| 14-Jun-11 | Work on issues associated with protective order dispute; Discuss whether to produce documents with Mr. Spohn; Send email to Mr. Drosdick and Mr. Trumpp regarding same | JDB | 0.60 | 222.00 |
| 14-Jun-11 | Finalize 2nd document production; e-mails to/from A.Mangiardi regarding 2nd production. | DAH | 1.20 | 222.00 |
| 14-Jun-11 | Finalize interrogatory responses and send to client representative for verification. | AMM | 0.40 | 118.00 |
| 14-Jun-11 | Confer with opposing counsel regarding need for "highly confidential" document designation; revise draft protective order. | AMM | 0.80 | 236.00 |
| 17-Jun-11 | Begin preparing draft request for production of documents and draft interrogatories for A. Mangiardi. | E S | 0.90 | 85.50 |
| 17-Jun-11 | Prepare monthly case report including status, judge, upcoming hearing, fees, costs, etc. | KJG | 0.20 | 74.10 |
| 20-Jun-11 | Finalize request for production of documents and contract interrogatories for distribution to imortgage.com. | E S | 0.40 | 38.00 |
| 20-Jun-11 | Confer via email with opposing counsel regarding status of protective order. | AMM | 0.20 | 59.00 |
| 20-Jun-11 | Begin drafting discovery requests and interrogatories. | AMM | 1.10 | 324.50 |

Akerman Senterfitt                                                                                    Page 5

| 054539<br>0242661 | LEHMAN BROTHERS HOLDINGS, INC.<br>IMORTGAGE.COM | As of<br>Invoice Number | | June 30, 2011<br>8629787 |
|---|---|---|---|---|

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 21-Jun-11 | E-mails to/from A.Mangiardi regarding new document collection needed for production; create new document collection pursuant to instructions by A.Mangiardi in preparation for production of same. | DAH | 2.50 | 462.50 |
| 22-Jun-11 | Prepare new document collection/production; e-mail A.Mangiardi re status. | DAH | 1.20 | 222.00 |
| 28-Jun-11 | Review court order regarding scheduling; revise draft interrogatories in light of Arizona's rule 26.1 disclosure requirements. | AMM | 0.30 | 88.50 |
| 29-Jun-11 | Make revisions per opposing counsel to joint protective order and order granting protective order. Finalize same. | E S | 0.90 | 85.50 |
| 29-Jun-11 | Finalize stipulation and protective order. | AMM | 0.40 | 118.00 |
| 29-Jun-11 | Confer via email with opposing counsel; begin preparing joint trial schedule. | AMM | 0.90 | 265.50 |
| | **Subtotal for Code 4000** | | **40.30** | **8,177.60** |

Services.................................................................................................................$8,177.60

**LESS AGREED UPON 10% FEE DISCOUNT**                                                      (817.76)

**Total Services** ..............................................................................................$7,359.84

Akerman Senterfitt                                                          Page 6

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
|---|---|---|---|
| 0242661 | IMORTGAGE.COM | Invoice Number | 8629787 |

| Initial | Name | Hours | Amount |
|---|---|---|---|
| AMM | A. M. MANGIARDI | 11.30 | 3,333.50 |
| DAH | D. A. HANCOCK | 19.00 | 3,515.00 |
| E S | E. STREIBLE | 5.00 | 475.00 |
| ESH | E. S. HERSH | 3.00 | 390.00 |
| JDB | J. D. BALSER | 0.60 | 222.00 |
| KJG | K. J. GARCIA | 0.20 | 74.10 |
| KLE | K. L. ELLIOTT | 1.20 | 168.00 |
| | Total | 40.30 | $8,177.60 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629788 |

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **PRUDENCE WALTZ**
Matter Number:  **0243662**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,104.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (110.40) |
| TOTAL SERVICES | $993.60 |
| Disbursements | $15.00 |
| **TOTAL THIS INVOICE** | **$1,008.60** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8629788*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | September 23, 2011 |
|---|---|
| Invoice No. | 8629788 |

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **PRUDENCE WALTZ**
Matter Number:   **0243662**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,104.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (110.40) |
| TOTAL SERVICES | $993.60 |
| Disbursements | $15.00 |
| **TOTAL THIS INVOICE** | **$1,008.60** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8629788*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0243662 | PRUDENCE WALTZ | Invoice Number | 8629788 |

**Task Code:    4000**

| 2-Jun-11 | ANALYZE MOTIONS IN LIMINE IN PREPARATION FOR FINAL STATUS CONFERENCE THEN ATTEND FINAL STATUS CONFERENCE | BML | 2.10 | 504.00 |
| 22-Jun-11 | ROUNDTRIP TRAVEL TO ATTEND TRIAL AT LOS ANGELES COUNTY SUPERIOR COURT | BML | 2.50 | 600.00 |
| | **Subtotal for Code 4000** | | **4.60** | **1,104.00** |

Services.............................................................................................................$1,104.00

**LESS AGREED UPON 10% FEE DISCOUNT**                                        (110.40)

**Total Services** ...............................................................................................$993.60

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 7-Jun-11 | PARKING - BRYAN M. LEIFER : Parking charge while attending final status conference on 6/2/11 BL-4002 | 15.00 |
| | Total for PARKING | 15.00 |

**Total Disbursements** ...................................................................................**$15.00**

Akerman Senterfitt                                                      Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of              June 30, 2011
0243662     PRUDENCE WALTZ                          Invoice Number          8629788

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| BML | B. M. LEIFER | 4.60 | 1,104.00 |
| | Total | 4.60 | $1,104.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629789 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **AMERICAN FEDERAL MORTGAGE CORP.**
Matter Number:  **0244629**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $10,465.60 |
| LESS AGREED UPON 10% FEE DISCOUNT | (1,046.56) |
| TOTAL SERVICES | $9,419.04 |
| Disbursements | $239.84 |
| **TOTAL THIS INVOICE** | **$9,658.88** |

*To ensure proper credit to the above account, please indicate invoice no. 8629789*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629789 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **AMERICAN FEDERAL MORTGAGE CORP.** |
| Matter Number: | **0244629** |

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $10,465.60 |
| LESS AGREED UPON 10% FEE DISCOUNT | (1,046.56) |
| TOTAL SERVICES | $9,419.04 |
| Disbursements | $239.84 |
| **TOTAL THIS INVOICE** | **$9,658.88** |

*To ensure proper credit to the above account, please indicate invoice no. 8629789*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0244629 | AMERICAN FEDERAL MORTGAGE CORP. | Invoice Number | 8629789 |

**Task Code:**    **4000**

| Date | Description | | | |
|---|---|---|---|---|
| 1-Jun-11 | Telephone conference with court re: phv papers. | EPF | 0.10 | 34.50 |
| 2-Jun-11 | Draft supplemental certification in support of Kelly Garcia's pro hac vice admission | EPF | 0.30 | 103.50 |
| 2-Jun-11 | Review court's order, form, complaint and answer in preparation for case management meeting with opposing counsel; attend telephone case management conference with opposing counsel. | KJG | 0.80 | 296.40 |
| 2-Jun-11 | Communicate with M. Spohn and H. Gray re preparing initial disclosures, request by defendant for underwriting file. | KJG | 0.20 | 74.10 |
| 6-Jun-11 | Analyze judge's web information and order setting scheduling conference to determine planning for same. | KJG | 0.20 | 74.10 |
| 6-Jun-11 | Communicate with defense counsel providing proposed confidentiality documents (.1). | KJG | 0.10 | 37.05 |
| 6-Jun-11 | Work on Joint Discovery Plan per Judge's particular requirements; email to opposing counsel with draft of discovery plan. | KJG | 1.40 | 518.70 |
| 6-Jun-11 | Prepare stipulation and proposed discovery confidentiality order per N.J. local rules (.6) | KJG | 0.60 | 222.30 |
| 6-Jun-11 | Prepare corresponding required attorney declaration (.4) | KJG | 0.40 | 148.20 |
| 7-Jun-11 | Register kelly garcia on cm/ecf new jersey | H K | 0.73 | 178.85 |
| 8-Jun-11 | Prepare documents for counsel's use in preparing Rule 26(a)(1) disclosures. | KLE | 1.20 | 168.00 |
| 9-Jun-11 | Analyze, compare and compile production version of seller's guide information for counsel's use in Rule 26(a) disclosures. | KLE | 1.30 | 182.00 |
| 9-Jun-11 | Research, analyze and prepare copy of assignment agreement and amendment thereto for counsel's use in preparing Rule 26(a) disclosures. | KLE | 0.40 | 56.00 |
| 9-Jun-11 | Work on assessing documents needing to be produced with Rule 26 disclosures. | KJG | 0.30 | 111.15 |
| 10-Jun-11 | Telephone conference with district clerk re recent filings | KJG | 0.10 | 37.05 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0244629 | AMERICAN FEDERAL MORTGAGE CORP. | Invoice Number | 8629789 |

| | | | | |
|---|---|---|---|---|
| 10-Jun-11 | Communication to opposing counsel reiterating need to get joint discovery plan completed, and again requesting he stipulate to confidentiality | KJG | 0.10 | 37.05 |
| 10-Jun-11 | Prepare email to H. Gray requesting updated damage calculation spreadsheet (.2). | KLE | 0.20 | 28.00 |
| 10-Jun-11 | Additional work on Rule 26(a)(1) disclosures (.7). | KLE | 0.70 | 98.00 |
| 10-Jun-11 | Preparation of application and fee for new jersey lawyers fund for pro hac vice admission. | H K | 1.39 | 340.55 |
| 16-Jun-11 | Review joint discovery plan to be filed with Court in advance of our initial conference | EPF | 0.20 | 69.00 |
| 16-Jun-11 | Correspondence regarding appearance at initial conference. | EPF | 0.10 | 34.50 |
| 16-Jun-11 | Review opposing counsel's insertions into the Joint Discovery plan | EPF | 0.10 | 34.50 |
| 16-Jun-11 | Email and telephone communications with opposing counsel re need for completion of Joint Discovery Plan. | KJG | 0.20 | 74.10 |
| 16-Jun-11 | Communicate with H. Gray re clarification on loan numbers, status of same (.3). | KJG | 0.30 | 111.15 |
| 16-Jun-11 | Review corporate disclosure statement filed by defendant. | KJG | 0.10 | 37.05 |
| 16-Jun-11 | Several email and telephone communications with defense counsel working on finalizing Joint Discovery Plan, also discuss confidentiality agreement/order and his objections to same. | KJG | 0.90 | 333.45 |
| 16-Jun-11 | Work on Joint Discovery Plan, prepare statement of case and claims asserted, revise certain dates, address parties' failure to exchange initial disclosures due to lack of agreement on confidentiality (.9). | KJG | 0.90 | 333.45 |
| 17-Jun-11 | Prepare monthly case report including status, judge, upcoming hearing, fees, costs, etc. | KJG | 0.20 | 74.10 |
| 17-Jun-11 | Analyze proposed confidentiality agreement. | KJG | 0.30 | 111.15 |
| 20-Jun-11 | Attendance at court conference and travel to/from | EPF | 3.50 | 1,207.50 |
| 20-Jun-11 | Attend court case management conference, discuss factual background, claims asserted, potential discovery issues and likelihood of settlement. | KJG | 7.60 | 2,815.80 |
| 21-Jun-11 | Communicate with client re bankruptcy filing by borrower, status of second mortgage/note, whether POC filed in the bankruptcy action | KJG | 0.30 | 111.15 |

Akerman Senterfitt                                                                                    Page 5

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0244629 | AMERICAN FEDERAL MORTGAGE CORP. | Invoice Number | 8629789 |

| Date | Description | | | |
|------|-------------|---|---|---|
| 21-Jun-11 | Further communications with client re the loan status in 2006-2007 per bankruptcy information relayed by defense counsel at status conference | KJG | 0.10 | 37.05 |
| 22-Jun-11 | Research and obtain bankrutpcy documents by borrower Roman per court's inquiry. | D H | 0.20 | 29.00 |
| 22-Jun-11 | Collect favorable summary judgment orders and copy of confidentiality order previously entered by D.N.J., email same to opposing counsel and communicate re our discussion at case management conference on Monday | KJG | 0.40 | 148.20 |
| 22-Jun-11 | Review detailed scheduling order entered by court today, note key deadlines | KJG | 0.20 | 74.10 |
| 23-Jun-11 | Telephone conference to address status and updates | KJG | 0.10 | 37.05 |
| 27-Jun-11 | Review communication from opposing counsel | KJG | 0.10 | 37.05 |
| 28-Jun-11 | Review and update contents of litigation file with respect to Rule 26(1) initial disclosures. | KLE | 1.30 | 182.00 |
| 29-Jun-11 | Electronic correspondence to opposing counsel requesting he advise whether he will agree to the confidentiality agreement. | KJG | 0.10 | 37.05 |
| 29-Jun-11 | Review confidentiality order and stipulation in preparation for call with opposing counsel; telephone conference with opposing counsel re confidentiality agreement as well as potential for settlement; electronic communication to client re making settlement demand, bankruptcy action, damages at issue. | KJG | 0.40 | 148.20 |
| 29-Jun-11 | Work on preparing Rule 26 disclosures | KJG | 0.70 | 259.35 |
| 29-Jun-11 | Review communication from client re starting settlement demand and assessment of bankruptcy filing | KJG | 0.10 | 37.05 |
| 29-Jun-11 | Additional communications with opposing counsel, agreement reached on confidentiality stipulation and order | KJG | 0.20 | 74.10 |
| 29-Jun-11 | Compile response documents for counsel's use in preparing Rule 26(1) initial disclosures. | KLE | 4.60 | 644.00 |
| 30-Jun-11 | Analyze litigation file for copy of loan purchase agreement dated 3-25-05. Forward the same to counsel via email per her request. | KLE | 0.40 | 56.00 |

Akerman Senterfitt                                                                        Page 6

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
|---|---|---|---|
| 0244629 | AMERICAN FEDERAL MORTGAGE CORP. | Invoice Number | 8629789 |

| | | | | |
|---|---|---|---|---|
| 30-Jun-11 | Review declaration for confidentiality order and edit same to comply with Local Civil Rule 5.3; review confidentiality order. | EPF | 0.20 | 69.00 |
| 30-Jun-11 | Continue preparation of summary of Seller's Guides with respect to Rule 26 disclosures. | KLE | 3.60 | 504.00 |
| | **Subtotal for Code 4000** | | 37.92 | **10,465.60** |

Services.................................................................................................$10,465.60

**LESS AGREED UPON 10% FEE DISCOUNT**                            (1,046.56)

**Total Services** ..........................................................................$9,419.04

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 10-Jun-11 | DUPLICATING | 0.60 | |
| 10-Jun-11 | DUPLICATING | 0.20 | |
| Total for DUPLICATING | | | 0.80 |
| 2-Jun-11 | TELEPHONE 1-201-991-0067 Kearny - NJ (USA) | 2.40 | |
| 7-Jun-11 | TELEPHONE 1-973-645-3730 Newark - NJ (USA) | 0.40 | |
| 14-Jun-11 | TELEPHONE 1-973-645-4583 Newark - NJ (USA) | 0.20 | |
| 16-Jun-11 | TELEPHONE 1-201-991-0067 Kearny - NJ (USA) | 0.40 | |
| 16-Jun-11 | TELEPHONE 1-973-645-4583 Newark - NJ (USA) | 0.40 | |
| 16-Jun-11 | TELEPHONE 1-201-991-0067 Kearny - NJ (USA) | 0.60 | |
| 29-Jun-11 | TELEPHONE 1-303-260-7712 Denver - CO (USA) | 1.40 | |
| Total for TELEPHONE | | | 5.80 |
| 17-Jun-11 | FEDERAL EXPRESS Airbill: 797190045925 per 4162 Invoice No: 753251973 Ship Dt: 06/09/11 | 7.62 | |
| 17-Jun-11 | FEDERAL EXPRESS Airbill: 797191929047 per 3332 Invoice No: 753281005 Ship Dt: 06/10/11 | 7.84 | |
| 24-Jun-11 | FEDERAL EXPRESS Airbill: 797214821622 per 4427 Invoice No: 754006848 Ship Dt: 06/16/11 | 7.62 | |
| Total for FEDERAL EXPRESS | | | 23.08 |

Akerman Senterfitt                                                                Page 7

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0244629 | AMERICAN FEDERAL MORTGAGE CORP. | Invoice Number | 8629789 |

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 27-Jun-11 | OTHER TRAVEL EXPENSES - ELISSA P. FUDIM : Mileage to attend Court conference held on 6/20/11 in Newark, NJ in re: Lehman Bro Holdings Inc/American Federal Mortgage Corp. EF | 6.16 |
| | Total for OTHER TRAVEL EXPENSES | 6.16 |
| 10-Jun-11 | FILING FEES - NJ LAWYERS' FUND FOR CLIENT PROTECTION NJ LAWYERS' FUND FOR CLIENT PROTECTION-APPLICATION FEE. 2011 PRO HAC VICE APPLICATION FOR KELLY GARCIA AS PER H. KOGAN (3332) | 204.00 |
| | Total for FILING FEES | 204.00 |

**Total Disbursements** ..................................................................................................$239.84

Akerman Senterfitt                                                                  Page 8

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of              June 30, 2011
0244629     AMERICAN FEDERAL MORTGAGE CORP.            Invoice Number          8629789

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| D H | D. HORNER | 0.20 | 29.00 |
| EPF | E. P. FUDIM | 4.50 | 1,552.50 |
| H K | H. KOGAN | 2.12 | 519.40 |
| KJG | K. J. GARCIA | 17.40 | 6,446.70 |
| KLE | K. L. ELLIOTT | 13.70 | 1,918.00 |
| | Total | 37.92 | $10,465.60 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date          September 23,
Invoice No.                   2011
                          8629790

"NICOLE" MI YOUNG KIM
SENIOR COUNSEL
AURORA BANK FSB
10350 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **LOUIS C. HOOK, JR. (LOAN 1550489494)**
Matter Number: **0245159**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $370.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (37.00) |
| TOTAL SERVICES | $333.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$333.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8629790*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629790 |

"NICOLE" MI YOUNG KIM
SENIOR COUNSEL
AURORA BANK FSB
10350 PARK MEADOWS DRIVE
LITTLETON, CO 80124

| | | |
|---|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** | |
| Matter Name: | **LOUIS C. HOOK, JR. (LOAN 1550489494)** | |
| Matter Number: | **0245159** | Claim No: **XXXXX Task Code 4000** |

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $370.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (37.00) |
| TOTAL SERVICES | $333.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$333.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8629790*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                                      Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0245159 | LOUIS C. HOOK, JR. (LOAN 1550489494) | Invoice Number | 8629790 |

**Task Code:**    **4000**

| 29-Jun-11 | Attend mandatory status conference concerning status of LBHI and SASCO bankruptcy | JDB | 1.00 | 370.00 |
| | **Subtotal for Code 4000** | | **1.00** | **370.00** |

Services..........................................................................................................$370.00

**LESS AGREED UPON 10% FEE DISCOUNT**                                          (37.00)

**Total Services** .............................................................................................**$333.00**

Akerman Senterfitt                                                                            Page 4

054539     LEHMAN BROTHERS HOLDINGS, INC.           As of                    June 30, 2011
0245159    LOUIS C. HOOK, JR. (LOAN 1550489494)     Invoice Number                 8629790

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 1.00 | 370.00 |
| | Total | 1.00 | $370.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    September 23, 2011
Invoice No.            8629791

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **RMS & ASSOCIATES**
Matter Number:  **0248042**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,025.10 |
| LESS AGREED UPON 10% FEE DISCOUNT | (102.51) |
| TOTAL SERVICES | $922.59 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$922.59** |

*To ensure proper credit to the above account, please indicate invoice no. 8629791*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629791 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **RMS & ASSOCIATES**
Matter Number:  **0248042**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,025.10 |
| LESS AGREED UPON 10% FEE DISCOUNT | (102.51) |
| TOTAL SERVICES | $922.59 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$922.59** |

*To ensure proper credit to the above account, please indicate invoice no. 8629791*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0248042 | RMS & ASSOCIATES | Invoice Number | 8629791 |

**Task Code:**    **4000**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 8-Mar-11 | DRAFT SUMMONS | K N | 0.20 | 29.00 |
| 8-Mar-11 | REVIEW FORMATTING OF COMPLAINT | DSE | 0.20 | 53.00 |
| 8-Mar-11 | REVISE CERTIFICATE OF INTERESTED PARTIES | DSE | 0.20 | 53.00 |
| 15-Mar-11 | DRAFT PRO HAC VICE APPLICATION FOR JUSTIN BALSER | K N | 0.80 | 116.00 |
| 10-Jun-11 | Attend status hearing before Judge Pro. | AES | 0.80 | 380.00 |
| 13-Jun-11 | Email Communication re Stipulation and Order to Withdraw Motion for Summary Judgment; Review Same and Approve for Filing | JDB | 0.40 | 160.00 |
| 17-Jun-11 | Prepare monthly case report including status, judge, upcoming hearing, fees, costs, etc. | KJG | 0.20 | 74.10 |
| 28-Jun-11 | Review and approve Stipulation and Order to extend deadline for Defendant's responsive pleading; email with counsel re same | JDB | 0.40 | 160.00 |
| | **Subtotal for Code 4000** | | **3.20** | **1,025.10** |

Services..........................................................................................................$1,025.10

**LESS AGREED UPON 10% FEE DISCOUNT**                                    (102.51)

**Total Services** ...........................................................................................$922.59

Akerman Senterfitt                                                                    Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.          As of              June 30, 2011
0248042       RMS & ASSOCIATES                        Invoice Number          8629791

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| AES | A. E. STERN | 0.80 | 380.00 |
| DSE | D. S. ERB | 0.40 | 106.00 |
| JDB | J. D. BUNDICK | 0.80 | 320.00 |
| K N | K. NASH | 1.00 | 145.00 |
| KJG | K. J. GARCIA | 0.20 | 74.10 |
| | Total | 3.20 | $1,025.10 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    September 23, 2011
Invoice No.    8629792

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **HAMILTON MORTGAGE**
Matter Number:    **0248048**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $444.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (44.40) |
| TOTAL SERVICES | $399.60 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$399.60** |

*To ensure proper credit to the above account, please indicate invoice no. 8629792*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629792 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **HAMILTON MORTGAGE**
Matter Number:  **0248048**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $444.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (44.40) |
| TOTAL SERVICES | $399.60 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$399.60** |

*To ensure proper credit to the above account, please indicate invoice no. 8629792*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                          Page 3

054539        LEHMAN BROTHERS HOLDINGS, INC.              As of                June 30, 2011
0248048       HAMILTON MORTGAGE                           Invoice Number             8629792


**Task Code:**    **4000**

24-Jun-11     Work on revisions to the complaint        JDB          1.20          444.00

                           **Subtotal for Code 4000**                **1.20**       **444.00**

              Services.................................................................................................$444.00

              **LESS AGREED UPON 10% FEE DISCOUNT**                                        (44.40)

              **Total Services** ......................................................................................$399.60

Akerman Senterfitt

| | | | | |
|---|---|---|---|---|
| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | June 30, 2011 |
| 0248048 | HAMILTON MORTGAGE | | Invoice Number | 8629792 |

| Initial | Name | | Hours | Amount |
|---|---|---|---|---|
| JDB | J. D. BALSER | | 1.20 | 444.00 |
| | | Total | 1.20 | $444.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629793 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **UNIVERSAL AMERICAN MORTGAGE**
Matter Number:   **0248049**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $10,691.10 |
| LESS AGREED UPON 10% FEE DISCOUNT | (1,069.11) |
| TOTAL SERVICES | $9,621.99 |
| Disbursements | $1.40 |
| **TOTAL THIS INVOICE** | **$9,623.39** |

*To ensure proper credit to the above account, please indicate invoice no. 8629793*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629793 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **UNIVERSAL AMERICAN MORTGAGE**
Matter Number:   **0248049**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $10,691.10 |
| LESS AGREED UPON 10% FEE DISCOUNT | (1,069.11) |
| TOTAL SERVICES | $9,621.99 |
| Disbursements | $1.40 |
| **TOTAL THIS INVOICE** | **$9,623.39** |

*To ensure proper credit to the above account, please indicate invoice no. 8629793*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                              Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0248049 | UNIVERSAL AMERICAN MORTGAGE | Invoice Number | 8629793 |

**Task Code:**     **4000**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 5-Jun-11 | Prepare report on defendant's motion to dismiss, potential issues with warranties claim. | KJG | 0.30 | 111.15 |
| 5-Jun-11 | Communicate with R. Akell re dual-entity issue. | KJG | 0.20 | 74.10 |
| 6-Jun-11 | Review purchase advice and other documents to determine seller of each loan at issue; communicate with M. Spohn re breach of warranty claim in complaint. | KJG | 0.80 | 296.40 |
| 6-Jun-11 | ** NO CHARGE ** Multiple communications with K. Elliott and review of documents in working through file share and originating documents to determine what loans sold by Universal's California subsidiary. | KJG | 1.30 | 0.00 |
| 6-Jun-11 | Review addendum to loan purchase agreement, eliminating EDP repurchase provision; review demand letters to determine if any loans were EDP. | KJG | 0.30 | 111.15 |
| 6-Jun-11 | Research and analyze S.D.Fla. and Eleventh Circuit cases on post-Twombley/Ashcroft standard for 12(b)(6) dismissal, for use in preparing brief in opposition to motion to dismiss. | KJG | 1.80 | 666.90 |
| 6-Jun-11 | Research and analyze contents to National Client Relations file with respect to terms of broker and loan purchase agreements for correspondent/ broker id numbers. | KLE | 1.80 | 252.00 |
| 6-Jun-11 | Analyze on-line client information for confirmation as to which Universal American Mortgage Co. entity sold the loans at issue to Lehman for counsel's use in preparing response to defendant's motion to dismiss. | KLE | 3.30 | 462.00 |
| 7-Jun-11 | Analyze on-line client information for confirmation as to which Universal American Mortgage Co. entity sold the loans at issue to Lehman for counsel's use in preparing response to defendant's motion to dismiss. | KLE | 3.60 | 504.00 |
| 7-Jun-11 | Draft introduction and factual overview for response to motion to dismiss | KJG | 1.20 | 444.60 |
| 7-Jun-11 | Draft rebuttal argument as to the current standard on motions to dismiss post recent Supreme Court decisions, reject defendant's reliance on non-binding district court decision | KJG | 1.70 | 629.85 |

Akerman Senterfitt                                                          Page 4

| 054539<br>0248049 | LEHMAN BROTHERS HOLDINGS, INC.<br>UNIVERSAL AMERICAN MORTGAGE | As of<br>Invoice Number | | June 30, 2011<br>8629793 |
|---|---|---|---|---|

| 7-Jun-11 | Confirm California subsidiary was seller of certain of the loans at issue; prepare notice of intent to amend to add party to precede factual overview in brief | KJG | 0.80 | 296.40 |
|---|---|---|---|---|
| 7-Jun-11 | Confirm with client that prior contracts (broker agreement) exist but only one contract at issue with this defendant; prepare rebuttal to defendant's argument that reference to multiple agreements vague. | KJG | 1.30 | 481.65 |
| 7-Jun-11 | RETRIEVE GOLDIN V. BOCE OPINION FOR BRIEF. | L S | 0.20 | 19.00 |
| 8-Jun-11 | Prepare correspondence to opposing counsel discussing the dual-entity issue, advising as to expectation we will need to add the California subsidiary to case, request evidentiary confirmation that only Florida entity was seller or stipulation re same | KJG | 0.30 | 111.15 |
| 8-Jun-11 | Research and analyze other district court and circuit cases for rebuttal to citations by defendant in motion to dismiss | KJG | 0.80 | 296.40 |
| 8-Jun-11 | Research New York cases on claim for breach of express warranty; prepare rebuttal to defendant's argument that express warranty claim duplicative | KJG | 1.20 | 444.60 |
| 8-Jun-11 | Prepare rebuttal to argument that complaint is shotgun pleading and needs separate counts for each loan at issue, include in rebuttal cases by Judge King. | KJG | 1.60 | 592.80 |
| 8-Jun-11 | Communicate with M. Spohn re response to motion to dismiss, address key points needing confirmation/clarification, again discuss need to amend to add California subsidiary | KJG | 0.20 | 74.10 |
| 9-Jun-11 | Strategy conference re response to motion to dismiss, revisions to section on express warranty claim; revise section of brief addressing express warranty claim | KJG | 0.70 | 259.35 |
| 9-Jun-11 | Communication from opposing counsel that none of the loans sold by California subsidiary; forward this information to client. | KJG | 0.10 | 37.05 |
| 9-Jun-11 | Revise introduction/rebuttal to defendant's claim that numerous cases being filed around country; finalize response brief and prepare for filing | KJG | 0.80 | 296.40 |
| 9-Jun-11 | RETRIEVE PALMA VISTA V. NATIONWIDE INSURANCE DECISION FOR MOTION TO DISMISS. | L S | 0.20 | 19.00 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0248049 | UNIVERSAL AMERICAN MORTGAGE | Invoice Number | 8629793 |

| | | | | |
|---|---|---|---|---|
| 10-Jun-11 | Review order on motion to dismiss; provide order to M. Spohn and discuss same | KJG | 0.30 | 111.15 |
| 14-Jun-11 | Communicate with M. Spohn re dropping breach of warranty count. | KJG | 0.10 | 37.05 |
| 14-Jun-11 | Communicate with R. Akell re loans possibly sold to LBB by the California subsidiary, request further determination. | KJG | 0.20 | 74.10 |
| 17-Jun-11 | Prepare monthly case report including status, judge, upcoming hearing, fees, costs, etc. | KJG | 0.20 | 74.10 |
| 17-Jun-11 | Review/analyze spreadsheet from R. Akell re originator and seller of loans at issue. | KJG | 0.30 | 111.15 |
| 17-Jun-11 | Email communications with R. Akell re same. | KJG | 0.20 | 74.10 |
| 17-Jun-11 | Correspondence to defense counsel providing loans showing as sold by California subsidiary, request evidence to support their contrary position and suggest stipulating re this issue to streamline pleadings. | KJG | 0.10 | 37.05 |
| 21-Jun-11 | Prepare summary of analysis of dual-entity/seller issues, communicate with client re same, discuss strategy for pleading dual-liability in amended complaint | KJG | 0.70 | 259.35 |
| 21-Jun-11 | Work on amending complaint, adding California entity as defendant, jurisdictional allegations, expanding general allegations to include reference to the California entity where applicable | KJG | 1.80 | 666.90 |
| 22-Jun-11 | Obtain copy of damage calculations for counsel's use in case administration. | KLE | 0.20 | 28.00 |
| 22-Jun-11 | Obtain copies of national client relations file and other supporting documentation for counsel's use in case administration. | KLE | 1.30 | 182.00 |
| 22-Jun-11 | Work on amended complaint, add 8 separate breach of contract counts per court's order. | KJG | 1.40 | 518.70 |
| 22-Jun-11 | Review lawbase notes and communicate with client re waiver of misrepresentation on Watermann loan. | KJG | 0.60 | 222.30 |
| 22-Jun-11 | Collate relevant sections of Seller's Guide for attaching to complaint per court's order. | KJG | 0.30 | 111.15 |
| 22-Jun-11 | Obtain updated damage calculations and incorporate for each loan. | KJG | 0.60 | 222.30 |
| 22-Jun-11 | Address counts/claims against both defendants. | KJG | 0.70 | 259.35 |

Akerman Senterfitt                                                                Page 6

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0248049 | UNIVERSAL AMERICAN MORTGAGE | Invoice Number | 8629793 |

| Date | Description | Init | Hours | Amount |
|------|-------------|------|-------|--------|
| 22-Jun-11 | Email to client with amended complaint, discuss main issues to be addressed. | KJG | 0.20 | 74.10 |
| 23-Jun-11 | Communicate with client re Watermann loan and attachments to demand letters; emails with client re damages spreadsheet. | KJG | 0.30 | 111.15 |
| 23-Jun-11 | Strategy conference with M. Spohn re Watermann loan on misrepresentation | KJG | 0.10 | 37.05 |
| 23-Jun-11 | Revise amended complaint to remove claim on Watermann loan, re-circulate to group and advise re same | KJG | 0.30 | 111.15 |
| 23-Jun-11 | Review email from client advising Watermann loan an FDP; review fileshare, confirm no letter/mention of loan being FDP. | KJG | 0.30 | 111.15 |
| 23-Jun-11 | Revise amended complaint to add general allegations and separate count on Watermann loan as EDP | KJG | 0.70 | 259.35 |
| 23-Jun-11 | Work on issues associated with whether to include Watermann loan in complaint; Work on amended complaint | JDB | 0.70 | 259.00 |
| 24-Jun-11 | Finalize amended complaint for filing. | KJG | 0.40 | 148.20 |
| 27-Jun-11 | Review communication from defense counsel reiterating that California entity was not seller; forward same to client and team and seek discussion | KJG | 0.10 | 37.05 |
| 28-Jun-11 | Communicate re possibility of obtaining stipulation or affidavit from defendant as to California entity not being seller of any loans at issue | KJG | 0.20 | 74.10 |

|  | **Subtotal for Code 4000** | | **36.80** | **10,691.10** |

Services............................................................................................$10,691.10

**LESS AGREED UPON 10% FEE DISCOUNT**                                     **(1,069.11)**

**Total Services** ...............................................................................**$9,621.99**

| **Date** | **Disbursements** | **Value** |
|----------|-------------------|-----------|
| 23-Jun-11 | DUPLICATING | 0.40 |
| 29-Jun-11 | DUPLICATING | 1.00 |

Akerman Senterfitt                                                        Page 7

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0248049 | UNIVERSAL AMERICAN MORTGAGE | Invoice Number | 8629793 |

| **Date** | **Disbursements** | | **Value** |
|------|------|------|------|
| | Total for DUPLICATING | | 1.40 |
| | | | |
| 9-Jun-11 | WESTLAW RESEARCH 061311 STALLINGS,LARRY ORLANDO | 0.00 | |
| | Total for WESTLAW RESEARCH | | 0.00 |

**Total Disbursements** ....................................................................................................**$1.40**

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0248049 | UNIVERSAL AMERICAN MORTGAGE | Invoice Number | 8629793 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.70 | 259.00 |
| KJG | K. J. GARCIA | 25.50 | 8,966.10 |
| KLE | K. L. ELLIOTT | 10.20 | 1,428.00 |
| L S | L. STALLINGS | 0.40 | 38.00 |
| | Total | 36.80 | $10,691.10 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629794 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **NFM, INC.**
Matter Number:   **0248833**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $74.10 |
| LESS AGREED UPON 10% FEE DISCOUNT | (7.41) |
| TOTAL SERVICES | $66.69 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$66.69** |

*To ensure proper credit to the above account, please indicate invoice no. 8629794*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629794 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **NFM, INC.**
Matter Number:  **0248833**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $74.10 |
| LESS AGREED UPON 10% FEE DISCOUNT | (7.41) |
| TOTAL SERVICES | $66.69 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$66.69** |

*To ensure proper credit to the above account, please indicate invoice no. 8629794*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                        Page 3

054539      LEHMAN BROTHERS HOLDINGS, INC.                As of                    June 30, 2011
0248833     NFM, INC.                                     Invoice Number           8629794

**Task Code:**   **4000**

| | | | | |
|---|---|---|---|---|
| 6-Jun-11 | Communicate with opposing counsel re their request for extension on discovery; communicate to M. Spohn re same. | KJG | 0.10 | 37.05 |
| 8-Jun-11 | Communication with opposing counsel confirming extension | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000** | | **0.20** | **74.10** |

Services..................................................................................................$74.10

**LESS AGREED UPON 10% FEE DISCOUNT**                                              (7.41)

**Total Services** .....................................................................................**$66.69**

Akerman Senterfitt                                                                Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0248833 | NFM, INC. | Invoice Number | 8629794 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.20 | 74.10 |
| | Total | 0.20 | $74.10 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629795 |

SCOTT DROSDICK
SENIOR VICE PRESIDENT
LAMCO LLC
5445 DTC PARKWAY, PENTHOUSE 4
GREENWOOD VILLAGE, CO 80111

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **AARON P. & ALISA R. BROOKS**
Matter Number:   **0249648**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $53.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (5.30) |
| TOTAL SERVICES | $47.70 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$47.70** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8629795*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | September 23, 2011 |
|---|---|
| Invoice No. | 8629795 |

SCOTT DROSDICK
SENIOR VICE PRESIDENT
LAMCO LLC
5445 DTC PARKWAY, PENTHOUSE 4
GREENWOOD VILLAGE, CO 80111

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **AARON P. & ALISA R. BROOKS**
Matter Number:  **0249648**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $53.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (5.30) |
| TOTAL SERVICES | $47.70 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$47.70** |

*To ensure proper credit to the above account, please indicate invoice no. 8629795*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                        Page 3

054539        LEHMAN BROTHERS HOLDINGS, INC.                As of                June 30, 2011
0249648       AARON P. & ALISA R. BROOKS                    Invoice Number             8629795


**Task Code:**    **4000**

| 3-May-11 | Review notices of pending bankruptcy | DSE | 0.20 | 53.00 |
|---|---|---|---|---|
| | **Subtotal for Code 4000** | | **0.20** | **53.00** |

Services.............................................................................................................$53.00

**LESS AGREED UPON 10% FEE DISCOUNT**                                          (5.30)

**Total Services** ..............................................................................................**$47.70**

Akerman Senterfitt                                                          Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of              June 30, 2011
0249648     AARON P. & ALISA R. BROOKS              Invoice Number         8629795

| Initial | Name | | Hours | Amount |
|---|---|---|---|---|
| DSE | D. S. ERB | | 0.20 | 53.00 |
| | | Total | 0.20 | $53.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629796 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **ANNIE MORGAN**
Matter Number:   **0250596**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $56.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (5.60) |
| TOTAL SERVICES | $50.40 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$50.40** |

*To ensure proper credit to the above account, please indicate invoice no. 8629796*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629796 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **ANNIE MORGAN**
Matter Number:  **0250596**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through June 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $56.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (5.60) |
| TOTAL SERVICES | $50.40 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$50.40** |

*To ensure proper credit to the above account, please indicate invoice no. 8629796*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                          Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | June 30, 2011 |
| 0250596 | ANNIE MORGAN | Invoice Number | 8629796 |

**Task Code:**   **4000**

| 25-Jan-11 | PREPARED NOTICE OF BANKRUPTCY FILING REGARDING SMALL CLAIMS CITATION | E.A | 0.40 | 56.00 |
| | **Subtotal for Code 4000** | | **0.40** | **56.00** |

Services..................................................................................................................$56.00

**LESS AGREED UPON 10% FEE DISCOUNT**                                              **(5.60)**

**Total Services** ....................................................................................................**$50.40**

Akerman Senterfitt                                                                    Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of              June 30, 2011
0250596     ANNIE MORGAN                            Invoice Number          8629796

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| E.A | E. ABUGOW | 0.40 | 56.00 |
| | Total | 0.40 | $56.00 |