# July 2011



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629822 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **SOUTHEAST FUNDING ALLIANCE**
Matter Number:   **0211891**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $37.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (3.71) |
| TOTAL SERVICES | $33.34 |
| Disbursements | $0.44 |
| **TOTAL THIS INVOICE** | **$33.78** |

*To ensure proper credit to the above account, please indicate invoice no. 8629822*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman

Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|                  |                     |
|------------------|---------------------|
| Invoice Date     | September 23, 2011  |
| Invoice No.      | 8629822             |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **SOUTHEAST FUNDING ALLIANCE**
Matter Number:  **0211891**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $37.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (3.71) |
| TOTAL SERVICES | $33.34 |
| Disbursements | $0.44 |
| **TOTAL THIS INVOICE** | **$33.78** |

*To ensure proper credit to the above account, please indicate invoice no. 8629822*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                              Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
| 0211891 | SOUTHEAST FUNDING ALLIANCE | Invoice Number | 8629822 |

**Task Code:**     **4000**

| 29-Jul-11 | Provide report on case deadlines and status | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000** | | **0.10** | **37.05** |

Services.........................................................................................................................$37.05

**LESS AGREED UPON 10% FEE DISCOUNT**                                              (3.71)

**Total Services** ...........................................................................................**$33.34**

| **Date** | **Disbursements** | | **Value** |
| --- | --- | --- | --- |
| 13-Jul-11 | POSTAGE | 0.44 | |
| Total for POSTAGE | | | 0.44 |

**Total Disbursements** ...........................................................................................**$0.44**

Akerman Senterfitt                                                                              Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of              July 31, 2011
0211891     SOUTHEAST FUNDING ALLIANCE                 Invoice Number      8629822

| Initial | Name | | Hours | Amount |
|---------|------|--|-------|--------|
| KJG | K. J. GARCIA | | 0.10 | 37.05 |
| | | Total | 0.10 | $37.05 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | August 09, 2011 |
| Invoice No. | 8616487 |

CRAIG W. BURNS
LAMCO, LLC
A WHOLLY OWNED SUBSIDIARY OF
LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS, 38TH FL
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **GABLES MARQUIS CONSTRUCTION CLEAN-UP**
Matter Number:    **0214163**

Claim No: **XXXXX Task Code 2300**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $267.00 |
| Disbursements | $10.82 |
| **TOTAL THIS INVOICE** | **$277.82** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8616487*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | August 09, 2011 |
| Invoice No. | 8616487 |

CRAIG W. BURNS
LAMCO, LLC
A WHOLLY OWNED SUBSIDIARY OF
LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS, 38TH FL
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **GABLES MARQUIS CONSTRUCTION CLEAN-UP**
Matter Number: **0214163**

Claim No: **XXXXX Task Code 2300**

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $267.00 |
| Disbursements | $10.82 |
| **TOTAL THIS INVOICE** | **$277.82** |

*To ensure proper credit to the above account, please indicate invoice no. 8616487*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                        Page 3

| | | | | |
|---|---|---|---|---|
| 051161 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
| 0214163 | GABLES MARQUIS CONSTRUCTION CLEAN-UP | Invoice Number | 8616487 |

**Task Code:**     **2300**

| | | | | |
|---|---|---|---|---|
| 13-Jul-11 | Review fully executed escrow agreement. | SBB | 0.20 | 89.00 |
| 13-Jul-11 | Review correspondence from client re same. | SBB | 0.10 | 44.50 |
| 13-Jul-11 | Draft correspondence to client re same and completion of escrow funds transfer. | SBB | 0.10 | 44.50 |
| 14-Jul-11 | Draft correspondence to Coscan re same. | SBB | 0.10 | 44.50 |
| 14-Jul-11 | Receipt and review correspondence from client re escrow funds transfer. | SBB | 0.10 | 44.50 |
| | **Subtotal for Code 2300** | | **0.60** | **267.00** |

**Total Fees for Services Rendered**................................................................$267.00

| <u>Date</u> | <u>Disbursements</u> | <u>Value</u> |
|---|---|---|
| 24-Jun-11 | FEDERAL EXPRESS Airbill: 797219268019 per 2486 Invoice No: 753926885 Ship Dt: 06/17/11 | 10.82 |
| | Total for FEDERAL EXPRESS | 10.82 |

**Total Disbursements** ..................................................................................**$10.82**

Akerman Senterfitt                                                                   Page 4

051161          LEHMAN BROTHERS HOLDINGS, INC.                As of              July 31, 2011
0214163         GABLES MARQUIS CONSTRUCTION CLEAN-UP         Invoice Number          8616487

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| SBB | S.B. BOHM | 0.60 | 267.00 |
| | Total | 0.60 | $267.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629823 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **PROJECT HARVEST**
Matter Number:    **0218858**

Claim No: **XXXXX Task Code 4600**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $107.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (10.71) |
| TOTAL SERVICES | $96.34 |
| Disbursements | $0.20 |
| **TOTAL THIS INVOICE** | **$96.54** |

*To ensure proper credit to the above account, please indicate invoice no. 8629823*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|                | Invoice Date | September 23, 2011 |
|----------------|--------------|--------------------|
|                | Invoice No.  | 8629823            |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **PROJECT HARVEST**
Matter Number:  **0218858**

Claim No: **XXXXX Task
Code 4600**

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $107.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (10.71) |
| TOTAL SERVICES | $96.34 |
| Disbursements | $0.20 |
| **TOTAL THIS INVOICE** | **$96.54** |

*To ensure proper credit to the above account, please indicate invoice no. 8629823*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
| 0218858 | PROJECT HARVEST | Invoice Number | 8629823 |

**Task Code:**   **4000**

| 5-Jul-11 | Per counsel's research and obtain state statutes and regulations with respect to notaries' authorizations to administer oaths (for use in execution of declaration) | KLE | 0.50 | 70.00 |
| 12-Jul-11 | [NO CHARGE] Attention to counsel's request re: standard interrogatories and requests for production issues in repurchase cases. | KLE | 0.00 | 0.00 |
| 13-Jul-11 | Additional telephone communication from counsel for People's Home Equity, respond via email as per her request | KJG | 0.10 | 37.05 |

|  | **Subtotal for Code 4000** |  | **0.60** | **107.05** |

Services.................................................................................................................$107.05

**LESS AGREED UPON 10% FEE DISCOUNT**                                                                 **(10.71)**

**Total Services** ..................................................................................................**$96.34**

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 11-Jul-11 | TELEPHONE 1-615-872-0220 Nashville - TN (USA) | 0.20 |
| Total for TELEPHONE | | 0.20 |

**Total Disbursements** ..............................................................................................**$0.20**

Akerman Senterfitt

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of              July 31, 2011
0218858     PROJECT HARVEST                         Invoice Number          8629823

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.10 | 37.05 |
| KLE | K. L. ELLIOTT | 0.50 | 70.00 |
| | Total | 0.60 | $107.05 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629825 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BANK OF ENGLAND MORTGAGE COMPANY**
Matter Number:  **0221779**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $741.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (74.10) |
| TOTAL SERVICES | $666.90 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$666.90** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8629825*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|              |                    |
|--------------|--------------------|
| Invoice Date | September 23, 2011 |
| Invoice No.  | 8629825            |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BANK OF ENGLAND MORTGAGE COMPANY**
Matter Number:  **0221779**                     Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $741.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (74.10) |
| TOTAL SERVICES | $666.90 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$666.90** |

*To ensure proper credit to the above account, please indicate invoice no. 8629825.*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
|---|---|---|---|
| 0221779 | BANK OF ENGLAND MORTGAGE COMPANY | Invoice Number | 8629825 |

**Task Code:    4000**

| Date | Description | | | |
|---|---|---|---|---|
| 6-Jul-11 | Communicate re call from opposing counsel, status of settlement, upcoming deadlines | KJG | 0.10 | 37.05 |
| 17-Jul-11 | Review status of prior settlement communications; communicate re same. | KJG | 0.20 | 74.10 |
| 18-Jul-11 | Review defendant's motion for leave to file motion for summary judgment under seal; analyze court's previous summary judgment order confirming only issue remaining is amount of damages; review file to determine if any basis for defendant to believe question of fact resolved on damage issue. | KJG | 0.40 | 148.20 |
| 18-Jul-11 | Prepare correspondence to opposing counsel re their motion, discuss summary judgment order clearly stating court finds question of fact on damages, request conference to discuss settlement rather than waste time on further motion practice | KJG | 0.20 | 74.10 |
| 19-Jul-11 | Communications with opposing counsel re settlement, their intended motion for summary judgment, and setting conference call. | KJG | 0.20 | 74.10 |
| 23-Jul-11 | Communication to client, provide settlement history, discuss expectations for settlement, total damages at this point. | KJG | 0.20 | 74.10 |
| 26-Jul-11 | Communications with opposing counsel re his need to reschedule call to next week and assuring he will have settlement offer to make at that time | KJG | 0.20 | 74.10 |
| 27-Jul-11 | Review correspondence from client and respond providing status report re settlement communications with opposing side, confirm summary judgment as to liability entered some time back | KJG | 0.20 | 74.10 |
| 27-Jul-11 | Correspondence from client re settlement demand for negotiations | KJG | 0.10 | 37.05 |
| 29-Jul-11 | Provide report on case deadlines and status | KJG | 0.10 | 37.05 |
| 31-Jul-11 | Follow-up communication to opposing counsel to confirm plan to have call this Tuesday | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000** | | **2.00** | **741.00** |

Akerman Senterfitt                                                                    Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of              July 31, 2011
0221779     BANK OF ENGLAND MORTGAGE COMPANY        Invoice Number        8629825


Services.................................................................................................................$741.00

**LESS AGREED UPON 10% FEE DISCOUNT**                                          **(74.10)**

**Total Services** ...............................................................................................**$666.90**

Akerman Senterfitt                                                                    Page 5

054539      LEHMAN BROTHERS HOLDINGS, INC.                 As of              July 31, 2011
0221779     BANK OF ENGLAND MORTGAGE COMPANY               Invoice Number           8629825

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 2.00 | 741.00 |
| | Total | 2.00 | $741.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629826 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **APPROVED FUNDING CORP.**
Matter Number:  **0221786**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $747.45 |
| LESS AGREED UPON 10% FEE DISCOUNT | (74.75) |
| TOTAL SERVICES | $672.70 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$672.70** |

*To ensure proper credit to the above account, please indicate invoice no. 8629826*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date     September 23, 2011
Invoice No.              8629826

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **APPROVED FUNDING CORP.**
Matter Number:   **0221786**                    Claim No: **XXXXX Task**
                                                          **Code 4000**

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $747.45 |
| LESS AGREED UPON 10% FEE DISCOUNT | (74.75) |
| TOTAL SERVICES | $672.70 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$672.70** |

*To ensure proper credit to the above account, please indicate invoice no. 8629826*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8629826 |

**Task Code:   4000**

| Date | Description | | | |
|------|-------------|---|---|---|
| 1-Jul-11 | Correspondence from opposing counsel requesting extension of time to answer; respond to same, provide date of service per his request; further communication from opposing counsel confirming answer deadline under the rules. | KJG | 0.20 | 74.10 |
| 8-Jul-11 | Communications with opposing counsel confirm agreement to his request for extension | KJG | 0.10 | 37.05 |
| 15-Jul-11 | Review answer to complaint and verify in case law and cplr that we can move to strike the affimative defenses for failure to allege any facts in support | EPF | 0.30 | 103.50 |
| 15-Jul-11 | Quick review of answer filed, note extensive affirmative defenses; strategy conference re whether to move to strike defenses. | KJG | 0.30 | 111.15 |
| 18-Jul-11 | Research motion to dismiss defenses standard. | JMS | 0.90 | 310.50 |
| 18-Jul-11 | Analyze merits of moving to dismiss certain of defendant's defenses vs waiting until summary judgment | KJG | 0.20 | 74.10 |
| 29-Jul-11 | Provide report on case deadlines and status | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000** | | **2.10** | **747.45** |

Services............................................................................................$747.45

**LESS AGREED UPON 10% FEE DISCOUNT**                              (74.75)

**Total Services** ...............................................................................**$672.70**

Akerman Senterfitt                                                              Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of           July 31, 2011
0221786     APPROVED FUNDING CORP.                  Invoice Number   8629826

| Initial | Name | Hours | Amount |
|---|---|---|---|
| EPF | E. P. FUDIM | 0.30 | 103.50 |
| JMS | J. M. SMITH | 0.90 | 310.50 |
| KJG | K. J. GARCIA | 0.90 | 333.45 |
| | Total | 2.10 | $747.45 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629827 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **BONDCORP REALTY SERVICES, INC.**
                    **(PROJECT HARVEST)**
Matter Number:  **0225239**            Claim No: **XXXXX Task**
                                          **Code 4000**

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,337.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (133.70) |
| TOTAL SERVICES | $1,203.35 |
| Disbursements | $3.00 |
| **TOTAL THIS INVOICE** | **$1,206.35** |

*To ensure proper credit to the above account, please indicate invoice no. 8629827*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629827 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **BONDCORP REALTY SERVICES, INC.** |
| | **(PROJECT HARVEST)** |
| Matter Number: | **0225239** |

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,337.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (133.70) |
| TOTAL SERVICES | $1,203.35 |
| Disbursements | $3.00 |
| **TOTAL THIS INVOICE** | **$1,206.35** |

*To ensure proper credit to the above account, please indicate invoice no. 8629827*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                          Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | Invoice Number | 8629827 |

**Task Code:    4000**

| | | | | |
|---|---|---|---|---|
| 5-Jul-11 | Communication with client re upcoming deadlines and trial date | KJG | 0.10 | 37.05 |
| 13-Jul-11 | Review calendar reminder notice as to upcoming deadlines, instructions for updating calendar | KJG | 0.10 | 37.05 |
| 14-Jul-11 | Communication with opposing counsel re depositions and setting conference call. | KJG | 0.10 | 37.05 |
| 15-Jul-11 | Research and reanalyze US District Court orders amending scheduling order and order re: settlement procedure, pre-trial conference and trial for current litigation deadlines. Analyze local rules referenced in Court's orders. Calculate litigation deadlines. Prepare and forward summary of the same. | KLE | 1.60 | 224.00 |
| 15-Jul-11 | Communicate re key deadlines, court's most recent order changing same, and need to complete discovery. | KJG | 0.20 | 74.10 |
| 17-Jul-11 | Communication with opposing counsel re depositions. | KJG | 0.10 | 37.05 |
| 18-Jul-11 | Communications with opposing counsel re discovery matters, setting conference call | KJG | 0.10 | 37.05 |
| 21-Jul-11 | Research federal and local rules to confirm filing deadline for dispositive motions. Prepare and forward email to counsel providing summary of research findings and requesting confirmation of the same. | KLE | 1.60 | 224.00 |
| 21-Jul-11 | Telephone conference with opposing counsel re depositions, topics to be addressed, discovery matters, deadlines; emails re same. | KJG | 0.40 | 148.20 |
| 21-Jul-11 | Review list of topics for Lehman's 30(b)(6) deposition; communicate with client re deposition topics, witness, information obtained during conference call. | KJG | 0.30 | 111.15 |
| 24-Jul-11 | Work on issues associated with Bondcorp's request for specific deponents and 30(b)(6) topics; Research ability to identify deponents in 30(b)(6) notice under California rules | JDB | 0.30 | 111.00 |
| 25-Jul-11 | Communication to opposing counsel discussing their request for PMK witness as opposed to 30(b)(6) witness and request clarification/confirmation of their intent re same, also discuss timing | KJG | 0.20 | 74.10 |

Akerman Senterfitt

Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
|---|---|---|---|
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | Invoice Number | 8629827 |

| 27-Jul-11 | Provide response to client's question re opposing counsel's request for depositions of person with most knowledge vs authorized corporate representative, waiting on confirmation re same from opposing counsel | KJG | 0.10 | 37.05 |
|---|---|---|---|---|
| 27-Jul-11 | Communication from opposing counsel re my inquiry on PMK vs 30(b)(6) witnesses, advising they will get back to me re same | KJG | 0.10 | 37.05 |
| 29-Jul-11 | Provide report on case deadlines and status | KJG | 0.10 | 37.05 |
| 29-Jul-11 | Communicate with opposing counsel re deposition issues, agreement to seek modification of deadlines to place summary judgment after discovery cutoff | KJG | 0.20 | 74.10 |

|  | **Subtotal for Code 4000** | **5.60** | **1,337.05** |
|---|---|---|---|

Services............................................................................................$1,337.05

**LESS AGREED UPON 10% FEE DISCOUNT**                    (133.70)

**Total Services** ...........................................................................**$1,203.35**

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 21-Jul-11 | TELEPHONE 1-218-339-2699 Cass Lake - MN (USA) | 3.00 |
| Total for TELEPHONE | | 3.00 |

**Total Disbursements** ...............................................................**$3.00**

Akerman Senterfitt                                                                   Page 5

054539       LEHMAN BROTHERS HOLDINGS, INC.          As of              July 31, 2011
0225239      BONDCORP REALTY SERVICES, INC. (PROJECT  Invoice Number       8629827
             HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.30 | 111.00 |
| KJG | K. J. GARCIA | 2.10 | 778.05 |
| KLE | K. L. ELLIOTT | 3.20 | 448.00 |
| | Total | 5.60 | $1,337.05 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629828 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **DIRECT MORTGAGE CORPORATION
(PROJECT HARVEST)**
Matter Number:  **0225242**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $10,643.55 |
| LESS AGREED UPON 10% FEE DISCOUNT | (1,064.35) |
| TOTAL SERVICES | $9,579.20 |
| Disbursements | $4,167.93 |
| **TOTAL THIS INVOICE** | **$13,747.13** |

| | |
|---|---|
| **PREVIOUS BALANCE** | **103,644.08** |
| (Includes payments received through 09/23/11) | |
| **TOTAL AMOUNT DUE** | **$117,391.21** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8629828*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629828 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)** |
| Matter Number: | **0225242** |

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $10,643.55 |
| LESS AGREED UPON 10% FEE DISCOUNT | (1,064.35) |
| TOTAL SERVICES | $9,579.20 |
| Disbursements | $4,167.93 |
| **TOTAL THIS INVOICE** | **$13,747.13** |

| | |
|---|---|
| **PREVIOUS BALANCE** (Includes payments received through 09/23/11) | **103,644.08** |
| **TOTAL AMOUNT DUE** | **$117,391.21** |

*To ensure proper credit to the above account, please indicate invoice no. 8629828*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                    Page 3

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | July 31, 2011<br>8629828 |

**Task Code:    4000**

| | | | | |
|---|---|---|---|---|
| 1-Jul-11 | Review communication from defense counsel advising unable to get client's consent to extension stipulation, respond seeking clarification and attaching their prior email confirming agreement to the extension proposal | KJG | 0.30 | 111.15 |
| 1-Jul-11 | Review responsive communication from defense counsel | KJG | 0.10 | 37.05 |
| 5-Jul-11 | Initial review of defendant's motion for summary judgment; determine response deadline, strategy conference re information needed to rebut statement of facts. | KJG | 1.10 | 407.55 |
| 5-Jul-11 | Prepare ex parte motion to amend scheduling order | KJG | 0.90 | 333.45 |
| 5-Jul-11 | Prepare detailed declaration supporting motion laying out defense counsel's prior agreements to the extension proposal but refusal to enter into stipulation drafted and provided on 6/27/11; prepare order amending scheduling order | KJG | 1.30 | 481.65 |
| 5-Jul-11 | Communication to opposing counsel confirming we will file our ex parte motion to amend deadlines today | KJG | 0.10 | 37.05 |
| 5-Jul-11 | Review and analyze Direct Mortgage's motion for summary judgment and consider response strategy | JDB | 2.50 | 925.00 |
| 5-Jul-11 | ANALYZE COURTS PROCEDURAL REQUIREMENTS FOR BRINGING SUMMARY JUDGMENT MOTION IN PREPARATION FOR FILING MOTION | BML | 0.70 | 168.00 |
| 5-Jul-11 | Research federal and local rules to determine deadline for plaintiff's opposition to defendant's motion for summary judgment. Prepare and forward summary memorandum regarding the same. | KLE | 2.30 | 322.00 |
| 5-Jul-11 | Finalize unopposed application and proposed order to amend scheduling order with the US District Court, Central District. | KLE | 1.00 | 140.00 |
| 6-Jul-11 | Prepare courtesy copies per local rules. Prepare instructional memorandum to First Legal Support Services re: delivery of the same to the US District Court, Central District of California. Update litigation file for counsel's use in case administration. | KLE | 0.60 | 84.00 |

Akerman Senterfitt

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | | July 31, 2011<br>8629828 |
|---|---|---|---|---|
| 6-Jul-11 | Coordinate assistance in preparing response to defendant's motion for summary judgment. | KLE | 0.20 | 28.00 |
| 6-Jul-11 | Review MSJ papers and strategize opposition. | TAB | 0.60 | 270.00 |
| 6-Jul-11 | Correspondence to opposing counsel requesting their agreement to a 1-week extension of our response, and reciprocal extension for their reply on summary judgment motion | KJG | 0.20 | 74.10 |
| 7-Jul-11 | Strategize ex parte application for additional time to respond to MSJ and for opposition to MSJ. | TAB | 1.40 | 630.00 |
| 7-Jul-11 | Obtain information in connection extending deadline to oppose or preparing opposition to motion for summary judgment (0.5) | PKA | 0.50 | 125.00 |
| 7-Jul-11 | Consideration of issues presented on summary judgment; Analyze deposition of H. Gray for use in opposition; Work on issues associated with risk of loss analysis | JDB | 2.30 | 851.00 |
| 7-Jul-11 | Prepare statement of genuine issues in opposition to motion for summary judgment (1.8). | PKA | 1.80 | 450.00 |
| 7-Jul-11 | Work on analysis of defendant's summary judgment brief, strategy conference re same, obtain briefing from client on loan ownership issue | KJG | 1.40 | 518.70 |
| 7-Jul-11 | Analyze defendant's statement of facts, identify key concerns; communications with client re need for responses to certain allegations for preparing response to the summary judgment motion | KJG | 1.10 | 407.55 |
| 7-Jul-11 | Correspondence from defense counsel on extension of deadlines per prior agreement, agreement to extension of response to summary judgment, declining to provide date for defendant's 30(b)(6) deposition | KJG | 0.20 | 74.10 |
| 7-Jul-11 | Draft stipulation for extension of response briefing deadlines, draft declaration in support of same; draft ex parte motion in event defense counsel will not agree to stipulation | KJG | 1.10 | 407.55 |
| 7-Jul-11 | Correspondence to opposing counsel re need for extension request to be a stipulation, request he agree to stipulation | KJG | 0.30 | 111.15 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | July 31, 2011 |
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | | Invoice Number | 8629828 |

| | | | | |
|---|---|---|---|---|
| 7-Jul-11 | Correspondence to opposing counsel re amended scheduling order, request they cancel their hearing in the interest of judicial economy and our intention to file a summary judgment motion in future per new deadlines; telephone communication to opposing counsel re same. | KJG | 0.20 | 74.10 |
| 7-Jul-11 | Finalize stipulation and declaration, transmit same to opposing counsel and request their consent to filing, in the alternative request they simply cancel their hearing notice | KJG | 0.40 | 148.20 |
| 7-Jul-11 | Prepare proposed order on stipulation for extension of briefing schedule; transmit to opposing counsel via electronic communication | KJG | 0.30 | 111.15 |
| 8-Jul-11 | Assist in preparing of response to defendant's motion for summary judgment. | KLE | 0.40 | 56.00 |
| 8-Jul-11 | Further analysis of summary judgment issues. | TAB | 0.20 | 90.00 |
| 8-Jul-11 | Telephone message and email communications to opposing counsel seeking response on proposed extension motion providing 1-week extension to both sides for briefing. | KJG | 0.20 | 74.10 |
| 8-Jul-11 | Telephone conference with defense counsel re their hearing, confirm they agree to withdraw hearing notice; review follow-up email from opposing counsel re same | KJG | 0.20 | 74.10 |
| 8-Jul-11 | Communicate to client re agreement by defendant to cancel hearing notice, response to summary judgment will be postponed; communication from M.Spohn providing briefing and documents on loan ownership issue | KJG | 0.20 | 74.10 |
| 11-Jul-11 | Review docket for defendant's filing of withdrawal of hearing; communication to defense counsel inquiring re status, review response. | KJG | 0.20 | 74.10 |
| 12-Jul-11 | Communicate re need to finalize discovery requests for non-party and deposition notices. | KJG | 0.20 | 74.10 |
| 14-Jul-11 | Review notice of withdrawal of motion by defendant | KJG | 0.10 | 37.05 |

Akerman Senterfitt

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | | July 31, 2011<br>8629828 |
|---|---|---|---|---|
| 14-Jul-11 | Research and analyze US District Court order setting forth settlement procedures, pretrial and trial procedures, as well as amended scheduling order. Recalculate litigation deadlines with respect to both. Prepare and forward summary of revised litigation deadlines. | KLE | 0.20 | 28.00 |
| 18-Jul-11 | Address need for skip tracing, other info on third parties, procedures for same. | KJG | 0.10 | 37.05 |
| 18-Jul-11 | Research and analyze litigation file for borrower and entity information. Prepare and submit request for last known address search with respect to Rodarte & Weisdorf. | KLE | 3.10 | 434.00 |
| 18-Jul-11 | Work on overall strategy for discovery and outline of subpoena to Rodarte | JDB | 0.80 | 296.00 |
| 18-Jul-11 | Communicate with client re approved discovery requests | KJG | 0.10 | 37.05 |
| 19-Jul-11 | Research and retrieve background information on two companies and two individuals. | L S | 1.30 | 123.50 |
| 21-Jul-11 | Revise 30(b)(6) notice of taking of deposition of defendant. Research and obtain US District Court civil subpoena forms for counsel's use in preparing third party subpoenas, forward the same to counsel. | KLE | 1.50 | 210.00 |
| 21-Jul-11 | Review and confer re subpoenas and notices | KJG | 0.30 | 111.15 |
| 24-Jul-11 | Communicate with client recommending identifying Eli as witness on WLT system | KJG | 0.10 | 37.05 |
| 26-Jul-11 | Identify key tasks needing completion with respect to discovery and upcoming summary judgment | KJG | 0.30 | 111.15 |
| 27-Jul-11 | Revising draft of 30(b)(6) corporate representative deposition notice for Direct Mortgage's corporate representative | BWB | 1.00 | 300.00 |
| 27-Jul-11 | Drafting requests for production of documents to Direct Mortgage | BWB | 0.50 | 150.00 |
| 27-Jul-11 | Draft email re: draft of 30(b)(6) deposition notice for Direct Marketing's corporate representative | BWB | 0.10 | 30.00 |
| 27-Jul-11 | Draft email re: draft of request for production of documents direct to Direct Mortgage | BWB | 0.10 | 30.00 |
| 28-Jul-11 | Add and revise requests for production of documents | KJG | 0.20 | 74.10 |
| 28-Jul-11 | Revise corporate representative deposition notice. | KJG | 0.20 | 74.10 |

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | July 31, 2011<br>8629828 |

| | | | | |
|---|---|---|---|---|
| 28-Jul-11 | Correspondence to opposing counsel providing list of topics for 30(b)(6) deposition, request dates in August for same. | KJG | 0.20 | 74.10 |
| 28-Jul-11 | Review and analyze email re: document production requests to Direct Mortgage; draft email in response to same; revise draft of requests for production of document production requests to Direct Mortgage | BWB | 1.00 | 300.00 |
| 29-Jul-11 | Draft email to re: 30(b)(6) notice to Direct Mortgage; review response. | BWB | 0.20 | 60.00 |
| 29-Jul-11 | Revise 30(b)(6) notice to Direct Mortgage | BWB | 0.20 | 60.00 |
| 29-Jul-11 | Provide report on case deadlines and status | KJG | 0.10 | 37.05 |
| 29-Jul-11 | Finalize request for production. | KJG | 0.20 | 74.10 |
| 29-Jul-11 | Communication with client re whether to identify E.Ganz on WLT | KJG | 0.10 | 37.05 |
| 31-Jul-11 | Review email from opposing counsel re deposition dates, advising unavailable until after 8/24 | KJG | 0.10 | 37.05 |

|  | **Subtotal for Code 4000** | | **36.60** | **10,643.55** |

Services...................................................................................................$10,643.55

**LESS AGREED UPON 10% FEE DISCOUNT**                          **(1,064.35)**

**Total Services** ......................................................................................**$9,579.20**

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 1-Jul-11 | DUPLICATING - IKON OFFICE SOLUTIONS ; 6,970 B&W Copies D - Heavy Litigation, CD - Duplication and Folders. LBHI/Direct Mortgage. JB-4163 | 1,110.70 |
| Total for DUPLICATING | | 1,110.70 |
| 5-Jul-11 | TELEPHONE 1-303-260-7712 Denver - CO (USA) | 1.40 |
| 5-Jul-11 | TELEPHONE 1-303-260-7712 Denver - CO (USA) | 0.40 |
| 8-Jul-11 | TELEPHONE 1-303-260-7712 Denver - CO (USA) | 0.20 |
| Total for TELEPHONE | | 2.00 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | Invoice Number | 8629828 |

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 8-Jul-11 | FEDERAL EXPRESS Airbill: 794929321209 per 4570 Invoice No: 755516338 Ship Dt: 06/30/11 | 9.11 | |
| Total for FEDERAL EXPRESS | | | 9.11 |
| 29-Jul-11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; Services on 7/6/11, caller K. Elliott. Job #4972500. JME-4519 | 27.70 | |
| Total for DELIVERY SERVICE | | | 27.70 |
| 1-Jul-11 | MEALS - JUSTIN BALSER : Lunch meeting with Heston Gray on 6/29/11 JB-4163 | 36.32 | |
| Total for MEALS | | | 36.32 |
| 13-Jul-11 | COURT REPORTER - U.S. LEGAL SUPPORT, INC. : Fee for certified copy of the transcript of Jeffrey Gray Vol I & II - held on 6/22/11 in Re: Case# CV0904170CJC. JB-4163/LB | 2,982.10 | |
| Total for COURT REPORTER | | | 2,982.10 |

**Total Disbursements** ................................................................................$4,167.93

Akerman Senterfitt

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of              July 31, 2011
0225242     DIRECT MORTGAGE CORPORATION (PROJECT      Invoice Number            8629828
            HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| BML | B. M. LEIFER | 0.70 | 168.00 |
| BWB | B. W. BANKS | 3.10 | 930.00 |
| JDB | J. D. BALSER | 5.60 | 2,072.00 |
| KJG | K. J. GARCIA | 12.10 | 4,483.05 |
| KLE | K. L. ELLIOTT | 9.30 | 1,302.00 |
| L S | L. STALLINGS | 1.30 | 123.50 |
| PKA | P. K. ASCHERIN | 2.30 | 575.00 |
| TAB | T. A. BOOCK | 2.20 | 990.00 |
| | Total | 36.60 | $10,643.55 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629830 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **FIRST RESIDENTIAL MORTGAGE SERVICES
CORP. (PROJECT HARVEST)**
Matter Number:  **0225248**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $111.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (11.10) |
| TOTAL SERVICES | $99.90 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$99.90** |

*To ensure proper credit to the above account, please indicate invoice no. 8629830.*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date        September 23, 2011
Invoice No.                  8629830

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **FIRST RESIDENTIAL MORTGAGE SERVICES
                CORP. (PROJECT HARVEST)**
Matter Number:  **0225248**                        Claim No: **XXXXX Task
                                                    Code 4000**

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $111.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (11.10) |
| TOTAL SERVICES | $99.90 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$99.90** |

*To ensure proper credit to the above account, please indicate invoice no. 8629830
Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                          Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
| 0225248 | FIRST RESIDENTIAL MORTGAGE SERVICES CORP. | Invoice Number | 8629830 |
| | (PROJECT | | |

**Task Code:**    **4000**

| 8-Jul-11 | Draft payment demand letter to First Residential for July 1, 2011 payment | JDB | 0.30 | 111.00 |

|  | **Subtotal for Code 4000** | | **0.30** | **111.00** |

Services.................................................................................................................$111.00

**LESS AGREED UPON 10% FEE DISCOUNT**                                                (11.10)

**Total Services** ........................................................................................................$99.90

Akerman Senterfitt

054539      LEHMAN BROTHERS HOLDINGS, INC.                As of              July 31, 2011
0225248     FIRST RESIDENTIAL MORTGAGE SERVICES CORP.    Invoice Number        8629830
            (PROJECT

| Initial | Name | | Hours | Amount |
|---------|------|---|-------|--------|
| JDB | J. D. BALSER | | 0.30 | 111.00 |
| | | Total | 0.30 | $111.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629831 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **KEY FINANCIAL CORPORATION (PROJECT HARVEST)**
Matter Number:  **0225255**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $4,696.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (469.65) |
| TOTAL SERVICES | $4,226.85 |
| Disbursements | $146.88 |
| **TOTAL THIS INVOICE** | **$4,373.73** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8629831*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date    September 23, 2011
Invoice No.            8629831

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **KEY FINANCIAL CORPORATION (PROJECT HARVEST)**
Matter Number:  **0225255**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $4,696.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (469.65) |
| TOTAL SERVICES | $4,226.85 |
| Disbursements | $146.88 |
| **TOTAL THIS INVOICE** | **$4,373.73** |

*To ensure proper credit to the above account, please indicate invoice no. 8629831*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt

| 054539<br>0225255 | LEHMAN BROTHERS HOLDINGS, INC.<br>KEY FINANCIAL CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | July 31, 2011<br>8629831 |

**Task Code:    4000**

| 1-Jul-11 | Further assess likely procedures at evidentiary hearing, communicate with client re same. | KJG | 0.30 | 111.15 |
|---|---|---|---|---|
| 1-Jul-11 | Communications with judge's chambers confirming procedure for witness to call into hearing | KJG | 0.10 | 37.05 |
| 5-Jul-11 | Prepare declaration for K.Vigil re her status as notary and authority to administer oaths, and attaching the copies of the state driver's licenses; email to client re same | KJG | 0.60 | 222.30 |
| 6-Jul-11 | Brief analysis of commercial reasonableness as may be potential issue raised by magistrate judge at tomorrow's hearing | KJG | 0.60 | 222.30 |
| 6-Jul-11 | Communications with client re declaration, oath to be administered at tomorrow's hearing and general procedure | KJG | 0.40 | 148.20 |
| 6-Jul-11 | Prepare for evidentiary hearing, identify potential issues/questions to be addressed at hearing; correspondence to client advising of same and suggestion on handling | KJG | 1.80 | 666.90 |
| 6-Jul-11 | Additional communication to client re declaration and the issue we previously discussed as to personal preparation of calculations | KJG | 0.20 | 74.10 |
| 6-Jul-11 | Prepare notice of filing redacted state-issued identification for J.Baker and K.Vigil; finalize notice and exhibits for filing | KJG | 0.30 | 111.15 |
| 6-Jul-11 | Research commercial reasonableness cases and UCC statutes in New York | JMS | 1.80 | 621.00 |
| 7-Jul-11 | Travel to and from Tampa federal courthouse for evidentiary hearing, continue preparation for same en route, attend hearing; communicate with client re supplemental declaration; review ecf notice of minute entry from hearing. | KJG | 4.90 | 1,815.45 |
| 8-Jul-11 | Communicate with client describing revised prejudgment calculations needed | KJG | 0.20 | 74.10 |
| 8-Jul-11 | Communicate with M.Spohn re calculations used in preparing declaration for default judgment motion. | KJG | 0.10 | 37.05 |
| 8-Jul-11 | Prepare supplemental declaration re the prejudgment interest revision; provide supplemental declaration to J.Baker for review and execution. | KJG | 0.40 | 148.20 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
| 0225255 | KEY FINANCIAL CORPORATION (PROJECT HARVEST) | Invoice Number | 8629831 |

| Date | Description | | | |
|---|---|---|---|---|
| 11-Jul-11 | Communications with client re revised prejudgment interest calculations | KJG | 0.20 | 74.10 |
| 11-Jul-11 | Finalize supplemental declaration and exhibit thereto, prepare for filing | KJG | 0.20 | 74.10 |
| 11-Jul-11 | Prepare proposed form of judgment per Magistrate's instruction at hearing | KJG | 0.30 | 111.15 |
| 17-Jul-11 | Prepare notice of filing proposed form of judgment; finalize notice and proposed judgment for filing. | KJG | 0.30 | 111.15 |
| 29-Jul-11 | Provide report on case deadlines and status | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000** | | **12.80** | **4,696.50** |

Services...................................................................................................$4,696.50

**LESS AGREED UPON 10% FEE DISCOUNT**                                  (469.65)

**Total Services** ...............................................................................**$4,226.85**

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 18-Jul-11 | POSTAGE | 0.88 |
| Total for POSTAGE | | 0.88 |
| 1-Jul-11 | DUPLICATING - Orlando Copy/Print Job | 51.60 |
| Total for DUPLICATING | | 51.60 |
| 6-Jul-11 | TELEPHONE 1-303-888-7672 Denver - CO (USA) | 0.60 |
| Total for TELEPHONE | | 0.60 |
| 25-Jul-11 | OTHER TRAVEL EXPENSES - KELLY J.H. GARCIA: Mileage on 7/7/11 travel to US Federal Courthouse, Tampa, FL for hearing re damages KG/2546 | 93.80 |
| Total for OTHER TRAVEL EXPENSES | | 93.80 |
| 6-Jul-11 | WESTLAW RESEARCH 071111 SMITH,JORDAN M NEW YORK | 0.00 |
| Total for WESTLAW RESEARCH | | 0.00 |

Akerman Senterfitt                                                                                                      Page 5

054539        LEHMAN BROTHERS HOLDINGS, INC.              As of                    July 31, 2011
0225255       KEY FINANCIAL CORPORATION (PROJECT         Invoice Number                8629831
              HARVEST)


**Total Disbursements** ...................................................................................................................**$146.88**

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
| 0225255 | KEY FINANCIAL CORPORATION (PROJECT HARVEST) | Invoice Number | 8629831 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JMS | J. M. SMITH | 1.80 | 621.00 |
| KJG | K. J. GARCIA | 11.00 | 4,075.50 |
| | Total | 12.80 | $4,696.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    September 23, 2011
Invoice No.            8629832

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **PRADO MORTGAGE, INC. (PROJECT HARVEST)**
Matter Number:    **0225262**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $111.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (11.10) |
| TOTAL SERVICES | $99.90 |
| Disbursements | $7.58 |
| **TOTAL THIS INVOICE** | **$107.48** |

*To ensure proper credit to the above account, please indicate invoice no. 8629832*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date        September 23, 2011
Invoice No.                  8629832

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **PRADO MORTGAGE, INC. (PROJECT HARVEST)**
Matter Number:  **0225262**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $111.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (11.10) |
| TOTAL SERVICES | $99.90 |
| Disbursements | $7.58 |
| **TOTAL THIS INVOICE** | **$107.48** |

*To ensure proper credit to the above account, please indicate invoice no. 8629832*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
|---|---|---|---|
| 0225262 | PRADO MORTGAGE, INC. (PROJECT HARVEST) | Invoice Number | 8629832 |

**Task Code:**   **4000**

| 8-Jul-11 | Draft notice to cure letter to Prado Mortgage | JDB | 0.30 | 111.00 |
|---|---|---|---|---|
| | **Subtotal for Code 4000** | | **0.30** | **111.00** |

Services...........................................................................................................$111.00

**LESS AGREED UPON 10% FEE DISCOUNT**                                        (11.10)

**Total Services** .............................................................................................$99.90

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 8-Jul-11 | DUPLICATING | 0.20 | |
| Total for DUPLICATING | | | 0.20 |
| 15-Jul-11 | FEDERAL EXPRESS Airbill: 794955197466 per 4570 Invoice No: 756265458 Ship Dt: 07/08/11 | 7.38 | |
| Total for FEDERAL EXPRESS | | | 7.38 |

**Total Disbursements** .................................................................................$7.58

Akerman Senterfitt

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of            July 31, 2011
0225262     PRADO MORTGAGE, INC. (PROJECT HARVEST)      Invoice Number      8629832

| Initial | Name | | Hours | Amount |
|---------|------|---|-------|--------|
| JDB | J. D. BALSER | | 0.30 | 111.00 |
| | | Total | 0.30 | $111.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 16-Aug-11 |
| Invoice No. | 8618160 |

LEHMAN BROTHERS HOLDINGS, INC.
ATTN: JAMES POMERANZ
1271 AVENUE OF THE AMERICAS
39 FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **WSG HOLLYWOOD**
Matter Number:  **0237444**

---

### INVOICE SUMMARY

*For professional services rendered through July 31, 2011 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 180.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 180.00** |

*To ensure proper credit to the above account, please indicate matter no. 0237444
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 16-Aug-11 |
| Invoice No. | 8618160 |

LEHMAN BROTHERS HOLDINGS, INC.
ATTN: JAMES POMERANZ
1271 AVENUE OF THE AMERICAS
39 FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **WSG HOLLYWOOD**
Matter Number: **0237444**

---

### INVOICE SUMMARY

*For professional services rendered through July 31, 2011 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 180.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 180.00** |

---

*To ensure proper credit to the above account, please indicate matter no. 0237444*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                          Page 3

030662     LEHMAN BROTHERS HOLDINGS, INC.              As of          31-Jul-11
  0237444   WSG HOLLYWOOD                              Bill Number     8618160

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 5-Jul-11 | Review and compare exhibits of resolutions. | MAB | 0.20 | 40.00 |
| 5-Jul-11 | Email city clerk re: same. | MAB | 0.10 | 20.00 |
| 6-Jul-11 | Telephone call with city clerk. | MAB | 0.10 | 20.00 |
| 6-Jul-11 | Search for and download resolution documents from city clerk website. | MAB | 0.10 | 20.00 |
| 7-Jul-11 | Review 2009 resolution and exhibits in comparison to 2011 resolution and exhibits. | MAB | 0.40 | 80.00 |

**Total Services** ............................................................................................................. **$180.00**

Akerman Senterfitt                                                          Page 4

030662    LEHMAN BROTHERS HOLDINGS, INC.                  As of            31-Jul-11
  0237444   WSG HOLLYWOOD                                 Bill Number       8618160

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| MAB | M. A. BARNES | 0.90 | 200.00 | 180.00 |
| | Total | 0.90 | | $180.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629834 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **1ST ADVANTAGE MORTGAGE**
Matter Number:  **0237769**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $592.80 |
| LESS AGREED UPON 10% FEE DISCOUNT | (59.28) |
| TOTAL SERVICES | $533.52 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$533.52** |

*To ensure proper credit to the above account, please indicate invoice no. 8629834*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | September 23, 2011 |
|---|---|
| Invoice No. | 8629834 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **1ST ADVANTAGE MORTGAGE**
Matter Number: **0237769**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $592.80 |
| LESS AGREED UPON 10% FEE DISCOUNT | (59.28) |
| TOTAL SERVICES | $533.52 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$533.52** |

*To ensure proper credit to the above account, please indicate invoice no. 8629834*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
|---|---|---|---|
| 0237769 | 1ST ADVANTAGE MORTGAGE | Invoice Number | 8629834 |

**Task Code:**    **4000**

| Date | Description | | | |
|---|---|---|---|---|
| 11-Jul-11 | Communication with client re settlement status, possible alternative approach re settlement of past settlement agreement and litigate remaining loan | KJG | 0.20 | 74.10 |
| 12-Jul-11 | Communications with J. Baker re prior settlement terms/enforcement, status of settlement | KJG | 0.20 | 74.10 |
| 12-Jul-11 | Communicate with J. Baker re settlement, strategy; follow-up with opposing counsel reminding him waiting on response re settlement and also reminding re continued accrual of prejudgment interest, provide CFG decision for him, which was in part an enforcement of prior settlement agreement plus interest | KJG | 0.30 | 111.15 |
| 13-Jul-11 | Communication from opposing counsel promising to get back to me soon re settlement status. | KJG | 0.10 | 37.05 |
| 17-Jul-11 | Review inquiry from J. Baker and respond to same, provide status of settlement discussions, recent update from opposing counsel re intention to speak with his client re proposal. | KJG | 0.20 | 74.10 |
| 17-Jul-11 | Communication with client re status of settlement discussion, possibility of mediating | KJG | 0.20 | 74.10 |
| 24-Jul-11 | Communicate with opposing counsel re settlement and possibility of mediation. | KJG | 0.10 | 37.05 |
| 25-Jul-11 | Review email communication from opposing counsel advising he is speaking with defendant tomorrow re settlement and possible mediation | KJG | 0.10 | 37.05 |
| 27-Jul-11 | Advise client that opposing counsel has promised to get back to me with updated settlement position soon | KJG | 0.10 | 37.05 |
| 29-Jul-11 | Provide report on case deadlines and status | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000** | | **1.60** | **592.80** |

Services..................................................................................................$592.80

**LESS AGREED UPON 10% FEE DISCOUNT**                        (59.28)

**Total Services** ...........................................................................**$533.52**

Akerman Senterfitt                                                                                    Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
| 0237769 | 1ST ADVANTAGE MORTGAGE | Invoice Number | 8629834 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 1.60 | 592.80 |
| | Total | 1.60 | $592.80 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     September 23, 2011
Invoice No.                8629836

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **IMORTGAGE.COM**
Matter Number:   **0242661**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $37.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (3.70) |
| TOTAL SERVICES | $33.35 |
| Disbursements | $7.20 |
| **TOTAL THIS INVOICE** | **$40.55** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8629836*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629836 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **IMORTGAGE.COM**
Matter Number:   **0242661**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $37.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (3.70) |
| TOTAL SERVICES | $33.35 |
| Disbursements | $7.20 |
| **TOTAL THIS INVOICE** | **$40.55** |

*To ensure proper credit to the above account, please indicate invoice no. 8629836*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                              Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
| 0242661 | IMORTGAGE.COM | Invoice Number | 8629836 |

**Task Code:**      **4000**

| 29-Jul-11 | Provide report on case deadlines and status | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000** | | **0.10** | **37.05** |

Services................................................................................................................$37.05

**LESS AGREED UPON 10% FEE DISCOUNT**                              (3.70)

**Total Services** ..................................................................................................$33.35

| <u>Date</u> | <u>Disbursements</u> | <u>Value</u> |
| --- | --- | --- |
| 27-Jul-11 | DUPLICATING | 0.20 | |
| 29-Jul-11 | DUPLICATING | 7.00 | |
| Total for DUPLICATING | | | 7.20 |

**Total Disbursements** ...........................................................................................**$7.20**

Akerman Senterfitt                                                                    Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.              As of              July 31, 2011
0242661       IMORTGAGE.COM                               Invoice Number            8629836

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.10 | 37.05 |
| | Total | 0.10 | $37.05 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629838 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **AMERICAN FEDERAL MORTGAGE CORP.**
Matter Number:  **0244629**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $3,486.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (348.61) |
| TOTAL SERVICES | $3,137.44 |
| Disbursements | $416.44 |
| **TOTAL THIS INVOICE** | **$3,553.88** |

*To ensure proper credit to the above account, please indicate invoice no. 8629838*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629838 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **AMERICAN FEDERAL MORTGAGE CORP.**
Matter Number:  **0244629**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $3,486.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (348.61) |
| TOTAL SERVICES | $3,137.44 |
| Disbursements | $416.44 |
| **TOTAL THIS INVOICE** | **$3,553.88** |

*To ensure proper credit to the above account, please indicate invoice no. 8629838*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
| 0244629 | AMERICAN FEDERAL MORTGAGE CORP. | Invoice Number | 8629838 |

**Task Code:**    **4000**

| Date | Description | | | |
|------|-------------|---|---|---|
| 6-Jul-11 | Analyze documents and Rule 26 disclosures; Determine documents to be marked as highly confidential | JDB | 1.10 | 407.00 |
| 6-Jul-11 | Review notification of court's entry of discovery confidentiality order | KJG | 0.10 | 37.05 |
| 8-Jul-11 | Prepare and assemble initial disclosures for transmission to opposing counsel; electronic correspondence to opposing counsel transmitting the documents | KJG | 2.20 | 815.10 |
| 8-Jul-11 | Communicate with client re individuals to identify as witnesses on initial disclosures | KJG | 0.20 | 74.10 |
| 8-Jul-11 | Prepare written disclosures to accompany documents | KJG | 0.70 | 259.35 |
| 11-Jul-11 | Correspondence re: Rule 26 initial disclosures and initial review of document production. | EPF | 0.30 | 103.50 |
| 12-Jul-11 | Memo regarding letter to court re: missing Exhibit A; draft letter to court re: missing Exhibit A; finalize letter and full summons and complaint with Exhibit A. | EPF | 0.80 | 276.00 |
| 12-Jul-11 | Communicate re letter filing of complete copy of complaint with exhibit A per judge's instructions at case management conference | KJG | 0.20 | 74.10 |
| 14-Jul-11 | Review file, determine no disclosures received from defendant; correspondence with defense counsel re missing disclosures. | KJG | 0.40 | 148.20 |
| 14-Jul-11 | Review letter transmitted by defense counsel re defendant's request for litigation coverage from its insurance carrier (Lloyd's) | KJG | 0.20 | 74.10 |
| 17-Jul-11 | Communications with opposing counsel re settlement, discuss that prejudgment interest and attorneys fees continue to accrue and make future settlement demands potentially higher | KJG | 0.30 | 111.15 |
| 18-Jul-11 | Communicate with client re approved discovery requests | KJG | 0.10 | 37.05 |
| 19-Jul-11 | Communications from opposing counsel, respond to same. | KJG | 0.10 | 37.05 |
| 21-Jul-11 | Review communication from J.Baker and further respond to same. | KJG | 0.10 | 37.05 |

Akerman Senterfitt                                                          Page 4

| 054539<br>0244629 | LEHMAN BROTHERS HOLDINGS, INC.<br>AMERICAN FEDERAL MORTGAGE CORP. | As of<br>Invoice Number | | July 31, 2011<br>8629838 |
|---|---|---|---|---|
| 21-Jul-11 | Review email request from Anthony Ripasta re: consent to file third party complaint. | EPF | 0.10 | 34.50 |
| 21-Jul-11 | Memorandum re: consent order for third party complaint. | EPF | 0.10 | 34.50 |
| 21-Jul-11 | Review correspondence from defense counsel; review defendant's motion to join third party E&O carrier to case and proposed consent order; per local rules, confer re consent order | KJG | 0.40 | 148.20 |
| 21-Jul-11 | Emails and lengthy conference call with defense counsel re settlement, discovery planning, the E&O carrier issue. | KJG | 0.60 | 222.30 |
| 21-Jul-11 | Communicate to client status of case, defendant's motion to implead E&O carrier, settlement discussion, and advise re court settlement conference set for September 26 | KJG | 0.20 | 74.10 |
| 22-Jul-11 | Review court notification of filing by defendant of motion for leave to file third-party complaint against E&O carrier | KJG | 0.10 | 37.05 |
| 22-Jul-11 | Communication to opposing counsel confirming our agreement to extend discovery deadline by one week | KJG | 0.10 | 37.05 |
| 24-Jul-11 | Review correspondence from opposing counsel and respond to same, reiterate need for his client to make good faith offer before we can make progress in settlement negotiations. | KJG | 0.20 | 74.10 |
| 28-Jul-11 | Correspondence from opposing counsel re need for discovery extension, assurance that he should have settlement offer soon, again requesting we amend complaint | KJG | 0.20 | 74.10 |
| 28-Jul-11 | Analyze requests made by opposing counsel. | KJG | 0.20 | 74.10 |
| 28-Jul-11 | Responsive communication to opposing counsel agreeing to discovery extension | KJG | 0.10 | 37.05 |
| 28-Jul-11 | Review order allowing defendant to file third-party complaint, giving 1 day for filing | KJG | 0.10 | 37.05 |
| 29-Jul-11 | Communications with opposing counsel re deadline to serve discovery requests, agree to request brief extension from court; review letter request for extension prepared by opposing counsel, approve same. | KJG | 0.20 | 74.10 |
| 29-Jul-11 | Provide report on case deadlines and status | KJG | 0.10 | 37.05 |

Akerman Senterfitt                                                          Page 5

054539      LEHMAN BROTHERS HOLDINGS, INC.           As of              July 31, 2011
0244629     AMERICAN FEDERAL MORTGAGE CORP.          Invoice Number         8629838

**Subtotal for Code 4000**                                    9.50      3,486.05

Services.................................................................................$3,486.05

**LESS AGREED UPON 10% FEE DISCOUNT**                                      (348.61)

**Total Services** ...............................................................$3,137.44

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 28-Jul-11 | TELEPHONE 1-303-302-7859 Denver - CO (USA) | 1.40 | |
| Total for TELEPHONE | | | 1.40 |
| 15-Jul-11 | FEDERAL EXPRESS Airbill: 412141141217 per 0996 Invoice No: 756239485 Ship Dt: 07/08/11 | 7.38 | |
| Total for FEDERAL EXPRESS | | | 7.38 |
| 18-Jul-11 | TRANSPORTATION - KELLY J.H. GARCIA: Airfare on 6/20/11 travel to Newark, NJ (US Dist. Court) for Scheduling Conference KG/2546 | 370.40 | |
| Total for TRANSPORTATION | | | 370.40 |
| 18-Jul-11 | MEALS - KELLY J.H. GARCIA: on 6/20/11 travel to Newark, NJ (US Dist. Court) for Scheduling Conference KG/2546 | 14.10 | |
| Total for MEALS | | | 14.10 |
| 18-Jul-11 | PARKING - KELLY J.H. GARCIA: on 6/20/11 travel to Newark, NJ (US Dist. Court) for Scheduling Conference KG/2546 | 17.00 | |
| Total for PARKING | | | 17.00 |
| 1-Jul-11 | OTHER TRAVEL EXPENSES - ELISSA P. FUDIM: Mileage to attend Court conference held on 6/20/11 in Newark, NJ in re: Lehman Bro Holdings Inc/American Federal Mortgage Corp. (Round trip - Each trip $6.16) EF-3809 | 6.16 | |
| Total for OTHER TRAVEL EXPENSES | | | 6.16 |

**Total Disbursements** ...........................................................$416.44

Akerman Senterfitt

| 054539  | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
|---------|--------------------------------|-------|---------------|
| 0244629 | AMERICAN FEDERAL MORTGAGE CORP. | Invoice Number | 8629838 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| EPF | E. P. FUDIM | 1.30 | 448.50 |
| JDB | J. D. BALSER | 1.10 | 407.00 |
| KJG | K. J. GARCIA | 7.10 | 2,630.55 |
| | Total | 9.50 | $3,486.05 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629840 |

"NICOLE" MI YOUNG KIM
SENIOR COUNSEL
AURORA BANK FSB
10350 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **LOUIS C. HOOK, JR. (LOAN 1550489494)**
Matter Number: **0245159**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $111.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (11.10) |
| TOTAL SERVICES | $99.90 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$99.90** |

*To ensure proper credit to the above account, please indicate invoice no. 8629840*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629840 |

"NICOLE" MI YOUNG KIM
SENIOR COUNSEL
AURORA BANK FSB
10350 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **LOUIS C. HOOK, JR. (LOAN 1550489494)**
Matter Number:  **0245159**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $111.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (11.10) |
| TOTAL SERVICES | $99.90 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$99.90** |

*To ensure proper credit to the above account, please indicate invoice no. 8629840*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                    Page 3

054539      LEHMAN BROTHERS HOLDINGS, INC.        As of          July 31, 2011
0245159     LOUIS C. HOOK, JR. (LOAN 1550489494)  Invoice Number     8629840

**Task Code:**   **4000**

| 12-Jul-11 | Attend hearing on status of LBHI and SASCO bankruptcies | JDB | 0.30 | 111.00 |
|-----------|---------------------------------------------------------|-----|------|--------|
|           | **Subtotal for Code 4000**                              |     | **0.30** | **111.00** |

Services.................................................................................................$111.00

**LESS AGREED UPON 10% FEE DISCOUNT**                                (11.10)

**Total Services** ...................................................................................**$99.90**

Akerman Senterfitt

054539      LEHMAN BROTHERS HOLDINGS, INC.                    As of            July 31, 2011
0245159     LOUIS C. HOOK, JR. (LOAN 1550489494)              Invoice Number        8629840

| Initial | Name | | Hours | Amount |
|---------|------|--|-------|--------|
| JDB | J. D. BALSER | | 0.30 | 111.00 |
| | | Total | 0.30 | $111.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    September 23, 2011
Invoice No.            8629841

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **RMS & ASSOCIATES**
Matter Number:   **0248042**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $240.05 |
| LESS AGREED UPON 10% FEE DISCOUNT | (24.01) |
| TOTAL SERVICES | $216.04 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$216.04** |

*To ensure proper credit to the above account, please indicate invoice no. 8629841*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|                | |
|----------------|---------------------|
| Invoice Date   | September 23, 2011  |
| Invoice No.    | 8629841             |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **RMS & ASSOCIATES**
Matter Number:  **0248042**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

|                                      |           |
|--------------------------------------|-----------|
| Services                             | $240.05   |
| LESS AGREED UPON 10% FEE DISCOUNT    | (24.01)   |
| TOTAL SERVICES                       | $216.04   |
| Disbursements                        | $0.00     |
| **TOTAL THIS INVOICE**               | **$216.04** |

*To ensure proper credit to the above account, please indicate invoice no. 8629841*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
| 0248042 | RMS & ASSOCIATES | Invoice Number | 8629841 |

**Task Code:    4000**

| 21-Jul-11 | Research court docket | D S | 1.00 | 145.00 |
|---|---|---|---|---|
| 29-Jul-11 | Prepare Certificate of Interested Parties | D S | 0.40 | 58.00 |
| 29-Jul-11 | Provide report on case deadlines and status | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000** | | **1.50** | **240.05** |

Services................................................................................................$240.05

**LESS AGREED UPON 10% FEE DISCOUNT**                                          (24.01)

**Total Services** ........................................................................................**$216.04**

Akerman Senterfitt

054539     LEHMAN BROTHERS HOLDINGS, INC.          As of                July 31, 2011
0248042    RMS & ASSOCIATES                        Invoice Number              8629841

| Initial | Name | | Hours | Amount |
|---------|------|-|-------|--------|
| D S | D. SPEASE | | 1.40 | 203.00 |
| KJG | K. J. GARCIA | | 0.10 | 37.05 |
| | | Total | 1.50 | $240.05 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629842 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **HAMILTON MORTGAGE**
Matter Number:   **0248048**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $111.15 |
| LESS AGREED UPON 10% FEE DISCOUNT | (11.11) |
| TOTAL SERVICES | $100.04 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$100.04** |

*To ensure proper credit to the above account, please indicate invoice no. 8629842*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629842 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | | |
|---|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** | |
| Matter Name: | **HAMILTON MORTGAGE** | |
| Matter Number: | **0248048** | Claim No: **XXXXX Task Code 4000** |

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $111.15 |
| LESS AGREED UPON 10% FEE DISCOUNT | (11.11) |
| TOTAL SERVICES | $100.04 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$100.04** |

*To ensure proper credit to the above account, please indicate invoice no. 8629842*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                        Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
| 0248048 | HAMILTON MORTGAGE | Invoice Number | 8629842 |

**Task Code:**   **4000**

| 6-Jul-11 | Communications with client re status of this matter, confirm complaint drafted, additional details being checked prior to filing | KJG | 0.20 | 74.10 |
| 7-Jul-11 | Communicate re need to confirm whether any loans in LBHI's possession and if not, remove specific performance count | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000** | | **0.30** | **111.15** |

Services.................................................................................................$111.15

**LESS AGREED UPON 10% FEE DISCOUNT**                                      (11.11)

**Total Services** .......................................................................................$100.04

Akerman Senterfitt                                                                  Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
| 0248048 | HAMILTON MORTGAGE | Invoice Number | 8629842 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.30 | 111.15 |
| | Total | 0.30 | $111.15 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629843 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **UNIVERSAL AMERICAN MORTGAGE** |
| Matter Number: | **0248049** |

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $518.70 |
| LESS AGREED UPON 10% FEE DISCOUNT | (51.87) |
| TOTAL SERVICES | $466.83 |
| Disbursements | $15.24 |
| **TOTAL THIS INVOICE** | **$482.07** |

*To ensure proper credit to the above account, please indicate invoice no. 8629843*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date          September 23, 2011
Invoice No.           8629843

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **UNIVERSAL AMERICAN MORTGAGE**
Matter Number:   **0248049**

Claim No: **XXXXX Task**
**Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $518.70 |
| LESS AGREED UPON 10% FEE DISCOUNT | (51.87) |
| TOTAL SERVICES | $466.83 |
| Disbursements | $15.24 |
| **TOTAL THIS INVOICE** | **$482.07** |

*To ensure proper credit to the above account, please indicate invoice no. 8629843*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
|---|---|---|---|
| 0248049 | UNIVERSAL AMERICAN MORTGAGE | Invoice Number | 8629843 |

**Task Code:    4000**

| | | | | |
|---|---|---|---|---|
| 1-Jul-11 | Communicate with opposing counsel requesting the accept service of the Amended Complaint on behalf of UAMCC; review correspondence from defense counsel again asserting UAMCC not proper party, prepare response proposing stipulation, seek approval prior to sending. | KJG | 0.30 | 111.15 |
| 8-Jul-11 | Communication from opposing counsel seeking extension on responsive pleading; respond agreeing to same but point out my position that motions for more definite statement require a 7.1 conference | KJG | 0.20 | 74.10 |
| 12-Jul-11 | Review order granting extension to defendants for answer/responsive pleading | KJG | 0.10 | 37.05 |
| 25-Jul-11 | Quick review of answer filed by defendants, note defenses raised the Universal-Cal entity not a proper party. | KJG | 0.30 | 111.15 |
| 26-Jul-11 | Review scheduling order issued by court, trial set for 7/6/12 | KJG | 0.20 | 74.10 |
| 29-Jul-11 | Provide report on case deadlines and status | KJG | 0.10 | 37.05 |
| 31-Jul-11 | Correspondence to opposing counsel re need to hold case management conference, discuss judge's scheduling order advising no revisions will be made to dates | KJG | 0.20 | 74.10 |

| | | |
|---|---|---|
| **Subtotal for Code 4000** | **1.40** | **518.70** |

Services.............................................................................................$518.70

**LESS AGREED UPON 10% FEE DISCOUNT**                                   (51.87)

**Total Services** ...............................................................................**$466.83**

| Date | Disbursements | | Value |
|---|---|---|---|
| 8-Jul-11 | FEDERAL EXPRESS Airbill: 797255712750 per 4427 Invoice No: 755490014 Ship Dt: 06/30/11 | 7.62 | |
| 8-Jul-11 | FEDERAL EXPRESS Airbill: 797255707887 per 4427 Invoice No: 755490014 Ship Dt: 06/29/11 | 7.62 | |

Total for FEDERAL EXPRESS                                                          15.24

Akerman Senterfitt                                                    Page 4

054539       LEHMAN BROTHERS HOLDINGS, INC.        As of          July 31, 2011
0248049      UNIVERSAL AMERICAN MORTGAGE           Invoice Number     8629843

**Total Disbursements** ........................................................................................................$15.24

Akerman Senterfitt                                                         Page 5

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of              July 31, 2011
0248049     UNIVERSAL AMERICAN MORTGAGE             Invoice Number        8629843

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 1.40 | 518.70 |
| | Total | 1.40 | $518.70 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    September 23, 2011
Invoice No.    8629844

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **NFM, INC.**
Matter Number:    **0248833**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $655.65 |
| LESS AGREED UPON 10% FEE DISCOUNT | (65.56) |
| TOTAL SERVICES | $590.09 |
| Disbursements | $100.00 |
| **TOTAL THIS INVOICE** | **$690.09** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8629844*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|                | |
|----------------|-------------------|
| Invoice Date   | September 23, 2011 |
| Invoice No.    | 8629844           |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **NFM, INC.**
Matter Number:  **0248833**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through July 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $655.65 |
| LESS AGREED UPON 10% FEE DISCOUNT | (65.56) |
| TOTAL SERVICES | $590.09 |
| Disbursements | $100.00 |
| **TOTAL THIS INVOICE** | **$690.09** |

*To ensure proper credit to the above account, please indicate invoice no. 8629844*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | July 31, 2011 |
|--------|--------------------------------|-------|---------------|
| 0248833 | NFM, INC. | Invoice Number | 8629844 |

**Task Code:    4000**

| | | | | |
|---|---|---|---|---|
| 13-Jul-11 | Review and execute pleadings; Related follow-up concerning service | JGG | 0.80 | 396.00 |
| 13-Jul-11 | Communications with all counsel re discovery matters. | KJG | 0.20 | 74.10 |
| 15-Jul-11 | Monitor pleadings and related follow-up | JGG | 0.30 | 148.50 |
| 28-Jul-11 | Emails with opposing counsel and M.Spohn re discovery. | KJG | 0.10 | 37.05 |

|  | **Subtotal for Code 4000** | | **1.40** | **655.65** |
|---|---|---|---|---|

Services...............................................................................................$655.65

**LESS AGREED UPON 10% FEE DISCOUNT**                                    (65.56)

**Total Services** .....................................................................................$590.09

| Date | Disbursements | Value |
|------|---------------|-------|
| 11-Jul-11 | OTHER CHARGES - SUNTRUST BANCARD, N.A. ORLANDO BANKRUPTCY: 05/10/11 COURT/USDC-MD-PG, Filing Admission pro hac vice of Kelly J. Garcia and outside attorney Re: Leeman Brothers VS. NFM Inc. KJG-2546 | 50.00 |
| Total for FILING FEES | | 50.00 |
| 11-Jul-11 | OTHER CHARGES - SUNTRUST BANCARD, N.A. ORLANDO BANKRUPTCY: 05/10/11 COURT/USDC-MD-PG, Filing Admission pro hac vice of Kelly J. Garcia and outside attorney Re: Leeman Brothers VS. NFM Inc. KJG-2546 | 50.00 |
| Total for OTHER CHARGES | | 50.00 |

**Total Disbursements** ...........................................................................$100.00

Akerman Senterfitt

054539    LEHMAN BROTHERS HOLDINGS, INC.          As of              July 31, 2011
0248833   NFM, INC.                               Invoice Number        8629844

| Initial | Name | | Hours | Amount |
|---------|------|---|-------|--------|
| JGG | J. G. GILMORE | | 1.10 | 544.50 |
| KJG | K. J. GARCIA | | 0.30 | 111.15 |
| | | Total | 1.40 | $655.65 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| Invoice Date | August 01, 2011 |
|---|---|
| Invoice No. | 8695720 |

LEHMAN BROTHERS HOLDINGS, INC.
399 PARK AVE., 8TH FLOOR
NEW YORK, NY 10022

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BANKRUPTCY**
Matter Number:  **0261172**

---

*For professional services rendered through July 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $763.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$763.00** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8695720*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | August 01, 2011 |
|---|---|
| Invoice No. | 8695720 |

LEHMAN BROTHERS HOLDINGS, INC.
399 PARK AVE., 8TH FLOOR
NEW YORK, NY 10022

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **BANKRUPTCY** |
| Matter Number: | **0261172** |

---

*For professional services rendered through July 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $763.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$763.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8695720*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

030662      LEHMAN BROTHERS HOLDINGS, INC.          As of                 July 30, 2011
0261172     BANKRUPTCY                               Invoice Number              8695720


**Task Code:**    **4700 Firm's Own Retention Issues**

27-Jul-11     Review various correspondence and documents      ASH        1.40        763.00
              regarding employment and fee application; address
              issues regarding same.

              **Subtotal for Code 4700 Firm's Own Retention Issues**     **1.40**     **763.00**

              **Total Fees for Services Rendered**...................................................................................**$763.00**

Akerman Senterfitt                                                    Page 4

030662      LEHMAN BROTHERS HOLDINGS, INC.        As of            July 30, 2011
0261172     BANKRUPTCY                            Invoice Number       8695720

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| ASH | A.S. HARTLEY | 1.40 | 545.00 | 763.00 |
| | Total | 1.40 | | $763.00 |