# August 2011



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629873 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **TROPICAL VILLAGE, INC. LOAN # 0016288268**
Matter Number: **0163227**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,009.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (100.90) |
| TOTAL SERVICES | $908.10 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$908.10** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8629873*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | September 23, 2011 |
|---|---|
| Invoice No. | 8629873 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **TROPICAL VILLAGE, INC. LOAN # 0016288268**
Matter Number: **0163227**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,009.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (100.90) |
| TOTAL SERVICES | $908.10 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$908.10** |

*To ensure proper credit to the above account, please indicate invoice no. 8629873*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

| 054539  | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
|---------|-------------------------------|-------|-----------------|
| 0163227 | TROPICAL VILLAGE, INC. | Invoice Number | 8629873 |

**Task Code:**    **4000**

| Date | Description | Init. | Hours | Amount |
|------|-------------|-------|-------|--------|
| 9-Aug-11 | Work on response to Lehman inquiry regarding Equitable Title judgment and foreclosure. | JEH | 0.20 | 68.00 |
| 17-Aug-11 | Analyze case, develop response, contact opposing counsel to seek dismissal. | BMM | 2.10 | 483.00 |
| 17-Aug-11 | Work on expanded Communication to foreclosure counsel regarding judgment against Equitable title. | JEH | 0.10 | 34.00 |
| 18-Aug-11 | Communicate with opposing counsel to forestall litigation, discuss amicable resolution of matter. | BMM | 0.60 | 138.00 |
| 23-Aug-11 | Work on expanded response to foreclosure counsel for Smith property. | JEH | 0.10 | 34.00 |
| 23-Aug-11 | Arrange for client's dismissal from lawsuit by opposing counsel. | BMM | 0.30 | 69.00 |
| 28-Aug-11 | Update client regarding release of interest to drop from foreclosure lawsuit regarding R. Smith. | JEH | 0.10 | 34.00 |
| 28-Aug-11 | Work on analysis of docket for R. Smith foreclosure for response. | JEH | 0.10 | 34.00 |
| 29-Aug-11 | Obtain extension from opposing counsel. | BMM | 0.30 | 69.00 |
| 31-Aug-11 | Correspond with opposing counsel regarding release. | BMM | 0.20 | 46.00 |
| | **Subtotal for Code 4000** | | **4.10** | **1,009.00** |

Services...................................................................................................$1,009.00

**LESS AGREED UPON 10% FEE DISCOUNT**                                    (100.90)

**Total Services** ...................................................................................$908.10

Akerman Senterfitt                                                    Page 4

054539     LEHMAN BROTHERS HOLDINGS, INC.          As of              August 31, 2011
0163227    TROPICAL VILLAGE, INC.                  Invoice Number     8629873

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| BMM | B. M. MOTES | 3.50 | 805.00 |
| JEH | J. E. HEKKANEN | 0.60 | 204.00 |
| | Total | 4.10 | $1,009.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date      September 23, 2011
Invoice No.                8629874

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **SOUTHEAST FUNDING ALLIANCE**
Matter Number:  **0211891**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $481.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (48.15) |
| TOTAL SERVICES | $433.35 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$433.35** |

*To ensure proper credit to the above account, please indicate invoice no. 8629874.*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date        September 23, 2011
Invoice No.              8629874

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **SOUTHEAST FUNDING ALLIANCE**
Matter Number:  **0211891**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $481.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (48.15) |
| TOTAL SERVICES | $433.35 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$433.35** |

*To ensure proper credit to the above account, please indicate invoice no. 8629874*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                      Page 3

054539        LEHMAN BROTHERS HOLDINGS, INC.          As of           August 31, 2011
0211891       SOUTHEAST FUNDING ALLIANCE              Invoice Number        8629874

**Task Code:**   **4000**

| Date | Description | | | |
|---|---|---|---|---|
| 11-Aug-11 | Communication to opposing counsel re upcoming deadlines, pretrial meeting, inquire re her client's settlement position | KJG | 0.10 | 37.05 |
| 11-Aug-11 | Review summary, provide report during status conference with client. | KJG | 0.10 | 37.05 |
| 18-Aug-11 | Communication from opposing counsel re settlement positions | KJG | 0.10 | 37.05 |
| 19-Aug-11 | Work in relation to preparing for upcoming trial and review of deposition transcript for preparation of pre-trial submissions | JDB | 0.30 | 111.00 |
| 20-Aug-11 | Prepare status report to client, upcoming deadlines, recent communications with opposing counsel, request for settlement demand and amount at issue | KJG | 0.30 | 111.15 |
| 26-Aug-11 | Communication with client re fees incurred for use in determining settlement value | KJG | 0.10 | 37.05 |
| 29-Aug-11 | Communication from client re settlement position | KJG | 0.10 | 37.05 |
| 29-Aug-11 | Communication with opposing counsel convey settlement demand; additional communications with opposing counsel re need to schedule/hold pretrial conference, confirm same | KJG | 0.20 | 74.10 |

|  | **Subtotal for Code 4000** | | **1.30** | **481.50** |
|---|---|---|---|---|

Services..........................................................................................................$481.50

**LESS AGREED UPON 10% FEE DISCOUNT**                                     **(48.15)**

**Total Services** ...............................................................................**$433.35**

Akerman Senterfitt                                                                    Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.           As of              August 31, 2011
0211891     SOUTHEAST FUNDING ALLIANCE               Invoice Number         8629874

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.30 | 111.00 |
| KJG | K. J. GARCIA | 1.00 | 370.50 |
| | Total | 1.30 | $481.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629876 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **BANK OF ENGLAND MORTGAGE COMPANY**
Matter Number: **0221779**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $6,521.95 |
| LESS AGREED UPON 10% FEE DISCOUNT | (652.20) |
| TOTAL SERVICES | $5,869.75 |
| Disbursements | $11.20 |
| **TOTAL THIS INVOICE** | **$5,880.95** |

*To ensure proper credit to the above account, please indicate invoice no. 8629876*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|                | |
| -------------- | ------------------ |
| Invoice Date   | September 23, 2011 |
| Invoice No.    | 8629876            |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

| | |
| --- | --- |
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **BANK OF ENGLAND MORTGAGE COMPANY** |
| Matter Number: | **0221779** |

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
| --- | --- |
| Services | $6,521.95 |
| LESS AGREED UPON 10% FEE DISCOUNT | (652.20) |
| TOTAL SERVICES | $5,869.75 |
| Disbursements | $11.20 |
| **TOTAL THIS INVOICE** | **$5,880.95** |

*To ensure proper credit to the above account, please indicate invoice no. 8629876*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
| 0221779 | BANK OF ENGLAND MORTGAGE COMPANY | Invoice Number | 8629876 |

**Task Code:    4000**

| Date | Description | | | |
|---|---|---|---|---|
| 1-Aug-11 | Communications with opposing counsel re setting up call to discuss settlement | KJG | 0.10 | 37.05 |
| 2-Aug-11 | Telephone conference with opposing counsel, settlement offer received. | KJG | 0.20 | 74.10 |
| 2-Aug-11 | Prepare report to client on settlement discussion, discuss court's order as to liability, defendant's intention to file motion on damages, our counter demand position | KJG | 0.30 | 111.15 |
| 2-Aug-11 | Consideration of settlement strategy in light of settlement offer and case history; Review of court docket and motion for summary judgment on damages filed by Bank of England | JDB | 0.70 | 259.00 |
| 4-Aug-11 | Communication from client re settlement positions. | KJG | 0.10 | 37.05 |
| 10-Aug-11 | Electronic communications and telephone conference with opposing counsel re their summary judgment filing and settlement | KJG | 0.20 | 74.10 |
| 10-Aug-11 | Communication to client re defendant's filing of summary judgment, provide written settlement proposal consistent with telephone proposal, note discussion re attorneys fees in Arkansas | KJG | 0.20 | 74.10 |
| 11-Aug-11 | Review summary, provide report during status conference with client. | KJG | 0.10 | 37.05 |
| 11-Aug-11 | Review communication from client re settlement position; communication to opposing counsel reminding him to send me copies of the summary judgment filing from yesterday | KJG | 0.20 | 74.10 |
| 11-Aug-11 | Communication from J. Baker with additional information on damages, settlement | KJG | 0.10 | 37.05 |
| 12-Aug-11 | Communication with opposing counsel re their filing | KJG | 0.10 | 37.05 |
| 15-Aug-11 | Review settlement correspondence from opposing counsel; prepare communication to client with same, also provide defendant's summary judgment filings and briefly discuss same | KJG | 0.40 | 148.20 |
| 15-Aug-11 | Begin analysis of defendant's motion for summary judgment, and statement of facts, identify several factual statements will need client to assist with responding; prepare correspondence to H. Gray re statement of facts and request clarification on certain issues | KJG | 1.20 | 444.60 |

Akerman Senterfitt                                                                  Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
| 0221779 | BANK OF ENGLAND MORTGAGE COMPANY | Invoice Number | 8629876 |

| Date | Description | | | |
|---|---|---|---|---|
| 16-Aug-11 | Strategy conferences with client re defendant's summary judgment arguments, timing of sale to SASCO | KJG | 0.30 | 111.15 |
| 16-Aug-11 | Review details provided by H. Gray on loan pools and sales to trust | KJG | 0.20 | 74.10 |
| 16-Aug-11 | Communication from client with next settlement position | KJG | 0.10 | 37.05 |
| 17-Aug-11 | Analyze damage information and prior briefing for use in communications with opposing counsel on settlement and for response to summary judgment | KJG | 0.40 | 148.20 |
| 17-Aug-11 | Correspondence to opposing counsel re their credit bid argument, desire to continue settlement discussions, total at issue per prior briefing | KJG | 0.80 | 296.40 |
| 18-Aug-11 | Communications with opposing counsel re credit bid, amounts at issue | KJG | 0.20 | 74.10 |
| 19-Aug-11 | Work on issues associated with full credit bid at foreclosure as compared to losses suffered in sale of loan | JDB | 0.40 | 148.00 |
| 19-Aug-11 | Electronic communications with opposing counsel re settlement and upcoming deadlines | KJG | 0.20 | 74.10 |
| 19-Aug-11 | Prepare for and attend telephone conference with opposing counsel to discuss settlement | KJG | 0.20 | 74.10 |
| 19-Aug-11 | Additional communications with opposing counsel, new counter-offer received; electronic correspondence to client with new counter of 190k, discuss where this might take us, suggest next step | KJG | 0.40 | 148.20 |
| 19-Aug-11 | Strategy conference re credit bid foreclosure sale briefing, PMC case with this issue. | KJG | 0.20 | 74.10 |
| 22-Aug-11 | Analyze memo from FGMC on full credit bid rule, begin research for additional cases citing these good California decisions | KJG | 0.80 | 296.40 |
| 22-Aug-11 | Communication from client re settlement positions; respond to same, suggest offering bracket | KJG | 0.30 | 111.15 |
| 23-Aug-11 | Correspondence and communications with opposing counsel responding to request for release, discuss same, provide acceptable release language (.3) | KJG | 0.30 | 111.15 |
| 23-Aug-11 | Review questions from opposing counsel (.2) | KJG | 0.20 | 74.10 |
| 23-Aug-11 | Correspond with the clerk's office re: procedures for filing documents under seal | TMD | 0.20 | 28.00 |

Akerman Senterfitt                                                                    Page 5

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
| 0221779 | BANK OF ENGLAND MORTGAGE COMPANY | Invoice Number | 8629876 |

| Date | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| 23-Aug-11 | Begin researching Tennessee cases on full credit bid issue for use in preparing response to summary judgment and to further press settlement negotiations | KJG | 1.60 | 592.80 |
| 23-Aug-11 | Prepare correspondence to opposing counsel, providing section of PMC brief as discussing additional cases on full credit bid issue, press for him to analyze and consider moving offer. | KJG | 0.70 | 259.35 |
| 23-Aug-11 | Electronic communication from opposing counsel re parties' positions at mediation, respond pointing out monthly accrual of prejudgment interest since then | KJG | 0.20 | 74.10 |
| 23-Aug-11 | Review brief from J. Saunders on full credit bid for use in preparing responsive brief to summary judgment | KJG | 0.40 | 148.20 |
| 23-Aug-11 | Telephone conference with opposing counsel, obtain increased offer. | KJG | 0.30 | 111.15 |
| 23-Aug-11 | Telephone conference with client re increased offer from defendant, confirm amount needed for me to close deal | KJG | 0.10 | 37.05 |
| 23-Aug-11 | Telephone conference with opposing counsel, further negotiate settlement; additional conference with opposing counsel, but requesting general release. | KJG | 0.30 | 111.15 |
| 23-Aug-11 | Report to client offer obtained, advise re request for release; several communications with client re release issue | KJG | 0.40 | 148.20 |
| 23-Aug-11 | And briefly respond advising I will obtain response from client on bankruptcy issues (.1) | KJG | 0.10 | 37.05 |
| 24-Aug-11 | Address issues re defendant's additional questions re the bankruptcy claims; telephone conference with client re same | KJG | 0.40 | 148.20 |
| 24-Aug-11 | Communications with opposing counsel re setting conference call to further discuss bankruptcy questions; also communicate re agreement for extension to respond to their summary judgment | KJG | 0.20 | 74.10 |
| 24-Aug-11 | Telephone conference with opposing counsel and M. Spohn | KJG | 0.30 | 111.15 |
| 24-Aug-11 | Prepare draft settlement agreement per required form | KJG | 0.30 | 111.15 |
| 24-Aug-11 | Communication to defense counsel providing settlement agreement and further discussing revision to section 3 per previous agreement and points made during conference call | KJG | 0.30 | 111.15 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
| 0221779 | BANK OF ENGLAND MORTGAGE COMPANY | Invoice Number | 8629876 |

| Date | Description | | | |
|---|---|---|---|---|
| 24-Aug-11 | Prepare report to client re status of discussions with opposing counsel, moving closer to final agreement, agreement to allow us extension on response to their summary judgment | KJG | 0.30 | 111.15 |
| 24-Aug-11 | Communications from client re inventory related to this defendant | KJG | 0.20 | 74.10 |
| 24-Aug-11 | Review/analyze docket to determine status of case; Review protective order; Correspond with clerk re: instructions for filing documents under seal | TMD | 0.40 | 56.00 |
| 24-Aug-11 | Retrieve and analyze copy of Protective Order entered by the US District Court on August 19, 2009 with respect to filing of document under seal. Prepare and forward summary email to counsel regarding the same. | KLE | 0.60 | 84.00 |
| 25-Aug-11 | Communication with opposing counsel re defendant's revisions to release | KJG | 0.20 | 74.10 |
| 25-Aug-11 | Initial review of revised release from defendant, communicate with M. Spohn re same | KJG | 0.30 | 111.15 |
| 26-Aug-11 | Communicate with M. Spohn re slight modifications to settlement agreement, confirm approval of same | KJG | 0.20 | 74.10 |
| 26-Aug-11 | Correspondence to client with mutually agreed settlement agreement, discuss same; review response from client confirming will submit to Estate for approval | KJG | 0.20 | 74.10 |
| 26-Aug-11 | Communicate with opposing counsel, confirm agreement on final version of settlement agreement and that we are seeking approval of same by Estate | KJG | 0.20 | 74.10 |
| 26-Aug-11 | Communication from opposing counsel inquiring as to status of approval from Estate | KJG | 0.10 | 37.05 |
| 27-Aug-11 | Communication to client checking status of approval by Estate | KJG | 0.10 | 37.05 |
| 29-Aug-11 | Finalize notice of settlement. | TMD | 0.40 | 56.00 |
| 29-Aug-11 | Communications with client re status of approval of settlement agreement, confirm approval | KJG | 0.20 | 74.10 |
| 29-Aug-11 | Prepare notice of confidential settlement for filing; electronic communication to opposing counsel providing executed release and notice of settlement we intend to file as our response to summary judgment is otherwise due today | KJG | 0.30 | 111.15 |

Akerman Senterfitt

Page 7

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of            August 31, 2011
0221779     BANK OF ENGLAND MORTGAGE COMPANY            Invoice Number            8629876

| | | | | |
|---|---|---|---|---|
| 29-Aug-11 | Communication from opposing counsel conveying executed settlement agreement; transmit fully executed settlement agreement to client | KJG | 0.20 | 74.10 |
| | **Subtotal for Code 4000** | | **18.60** | **6,521.95** |

Services..........................................................................................................$6,521.95

**LESS AGREED UPON 10% FEE DISCOUNT**                                        (652.20)

**Total Services** .............................................................................$5,869.75

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 19-Aug-11 | TELEPHONE 1-501-375-1517 Little Rock - AR (USA) | 2.40 |
| 19-Aug-11 | TELEPHONE 1-303-333-9810 Denver - CO (USA) | 1.00 |
| 23-Aug-11 | TELEPHONE 1-501-375-1517 Little Rock - AR (USA) | 0.80 |
| 23-Aug-11 | TELEPHONE 1-303-486-6917 Denver - CO (USA) | 1.40 |
| 24-Aug-11 | TELEPHONE 1-303-302-7859 Denver - CO (USA) | 0.60 |
| 24-Aug-11 | TELEPHONE 1-501-375-1517 Little Rock - AR (USA) | 2.40 |
| 24-Aug-11 | TELEPHONE 1-303-302-7859 Denver - CO (USA) | 2.40 |
| 24-Aug-11 | TELEPHONE 1-501-375-1517 Little Rock - AR (USA) | 0.20 |
| Total for TELEPHONE | | 11.20 |

**Total Disbursements** ..................................................................$11.20

Akerman Senterfitt

Page 8

054539     LEHMAN BROTHERS HOLDINGS, INC.              As of              August 31, 2011
0221779    BANK OF ENGLAND MORTGAGE COMPANY           Invoice Number           8629876

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 1.10 | 407.00 |
| KJG | K. J. GARCIA | 15.90 | 5,890.95 |
| KLE | K. L. ELLIOTT | 0.60 | 84.00 |
| TMD | T. M. DOMRES | 1.00 | 140.00 |
|  | Total | 18.60 | $6,521.95 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629877 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **APPROVED FUNDING CORP.**
Matter Number:   **0221786**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,909.65 |
| LESS AGREED UPON 10% FEE DISCOUNT | (190.97) |
| TOTAL SERVICES | $1,718.68 |
| Disbursements | $2.28 |
| **TOTAL THIS INVOICE** | **$1,720.96** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8629877*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date        September 23, 2011
Invoice No.                 8629877

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **APPROVED FUNDING CORP.**
Matter Number:  **0221786**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,909.65 |
| LESS AGREED UPON 10% FEE DISCOUNT | (190.97) |
| TOTAL SERVICES | $1,718.68 |
| Disbursements | $2.28 |
| **TOTAL THIS INVOICE** | **$1,720.96** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8629877*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8629877 |

**Task Code:**   **4000**

| 11-Aug-11 | Review Commercial Division rules and call to clerk regarding assignment of case to the Division. | JMS | 0.60 | 207.00 |
| 11-Aug-11 | Review summary, provide report during status conference with client. | KJG | 0.10 | 37.05 |
| 11-Aug-11 | Address procedure for getting case assigned to judge in commercial division | KJG | 0.10 | 37.05 |
| 11-Aug-11 | Communications with J.Smith re need to push case to summary judgment, request analysis of NY Commercial division rules re impact of filing of summary judgment on other side's ability to obtain discovery | KJG | 0.20 | 74.10 |
| 12-Aug-11 | Draft notice of appearance. | JMS | 0.20 | 69.00 |
| 15-Aug-11 | Review of commercial division rules related to e-filing and all forms, send summary of rules with link. | JMS | 0.50 | 172.50 |
| 15-Aug-11 | Review commercial division rules and analyze whether filing a request for judicial intervention is necessary at this point, confer re same | KJG | 0.30 | 111.15 |
| 16-Aug-11 | Prepration for filing of plaintiff's notice of appearance. | H K | 0.25 | 61.25 |
| 17-Aug-11 | Finalize notice of appearance. | H K | 0.53 | 129.85 |
| 18-Aug-11 | Review discovery requests received from opposing counsel and calculate response time. | JMS | 0.30 | 103.50 |
| 18-Aug-11 | Address procedure for discovery responses in NY state court action, possibility of filing summary judgment while discovery requests pending | KJG | 0.20 | 74.10 |
| 22-Aug-11 | Check law on whether we have to respond to discovery before filing summary judgment motion. | JMS | 0.20 | 69.00 |
| 24-Aug-11 | Draft stipulation concerning discovery responses. Exchange e-mail with opposing counsel. Review all prior discovery responses and compare to current demands to determine scope of task if we respond to discovery. Revise stiuplation. | JMS | 1.90 | 655.50 |
| 24-Aug-11 | Communication from opposing counsel re our request for extension on discovery; strategize re their position with respect to dispositive motions. | KJG | 0.20 | 74.10 |
| 25-Aug-11 | Sign and return discovery stipulation to opposing counsel. | JMS | 0.10 | 34.50 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
|---|---|---|---|
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8629877 |

**Subtotal for Code 4000**                    5.68       **1,909.65**

Services..........................................................................................................$1,909.65

**LESS AGREED UPON 10% FEE DISCOUNT**                              (190.97)

**Total Services** .............................................................................................**$1,718.68**

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 12-Aug-11 | POSTAGE | 0.88 | |
| Total for POSTAGE | | | 0.88 |
| | | | |
| 12-Aug-11 | DUPLICATING | 1.20 | |
| 16-Aug-11 | DUPLICATING | 0.20 | |
| Total for DUPLICATING | | | 1.40 |

**Total Disbursements** ..........................................................................................**$2.28**

Akerman Senterfitt                                                                    Page 5

054539        LEHMAN BROTHERS HOLDINGS, INC.          As of              August 31, 2011
0221786       APPROVED FUNDING CORP.                  Invoice Number          8629877

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| H K | H. KOGAN | 0.78 | 191.10 |
| JMS | J. M. SMITH | 3.80 | 1,311.00 |
| KJG | K. J. GARCIA | 1.10 | 407.55 |
| | Total | 5.68 | $1,909.65 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date        September 23, 2011
Invoice No.                    8629878

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BONDCORP REALTY SERVICES, INC.**
                **(PROJECT HARVEST)**
Matter Number:  **0225239**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---:|
| Services | $1,928.20 |
| LESS AGREED UPON 10% FEE DISCOUNT | (192.82) |
| TOTAL SERVICES | $1,735.38 |
| Disbursements | $9.20 |
| **TOTAL THIS INVOICE** | **$1,744.58** |

*To ensure proper credit to the above account, please indicate invoice no. 8629878*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629878 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BONDCORP REALTY SERVICES, INC.**
               **(PROJECT HARVEST)**
Matter Number:  **0225239**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,928.20 |
| LESS AGREED UPON 10% FEE DISCOUNT | (192.82) |
| TOTAL SERVICES | $1,735.38 |
| Disbursements | $9.20 |
| **TOTAL THIS INVOICE** | **$1,744.58** |

*To ensure proper credit to the above account, please indicate invoice no. 8629878*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | Invoice Number | 8629878 |

**Task Code:**     **4000**

| 8-Aug-11 | Communication to opposing counsel again requesting he determine if he wants "PMK" witness or a 30(b)(6) witness. | KJG | 0.10 | 37.05 |
| 8-Aug-11 | Prepare stipulation, declaration and proposed order to amend case scheduling order pursuant to parties' agreement re same | KJG | 1.20 | 444.60 |
| 8-Aug-11 | Communication to opposing counsel providing stipulation and related documents, request confirmation ready to file; also point out we are still waiting on the financials and expect Bondcorp's account should likely be back to work at this point | KJG | 0.20 | 74.10 |
| 9-Aug-11 | Communication to opposing counsel, again requesting he clarify position on what depositions he wants | KJG | 0.10 | 37.05 |
| 9-Aug-11 | Communication from opposing counsel re depositions, seeking to discuss dates; respond to same and advise we still need his clarification on whether he intends to take 30(b)(6) or individual employees not authorized to speak for company | KJG | 0.20 | 74.10 |
| 11-Aug-11 | Review summary, provide report during status conference with client. | KJG | 0.10 | 37.05 |
| 11-Aug-11 | Email and telephone communications with opposing counsel on deposition issues | KJG | 0.20 | 74.10 |
| 12-Aug-11 | Telephone communication from opposing counsel, respond to same, discuss need to get depositions set and stipulation filed | KJG | 0.30 | 111.15 |
| 15-Aug-11 | Communication from opposing counsel seeking conference call | KJG | 0.10 | 37.05 |
| 16-Aug-11 | Electronic communications with opposing counsel; telephone conference with opposing counsel discussing depositions, witnesses with most knowledge vs 30(b)(6), questions re servicer information | KJG | 0.60 | 222.30 |
| 16-Aug-11 | Correspondence to client outlining deposition topics with clarification per conference with opposing counsel, inquire re questions as to servicer's information on underwriting and foreclosure | KJG | 0.30 | 111.15 |

Akerman Senterfitt

| 054539<br>0225239 | LEHMAN BROTHERS HOLDINGS, INC.<br>BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | As of<br>Invoice Number | | August 31, 2011<br>8629878 |
|---|---|---|---|---|
| 16-Aug-11 | Communications with client and M.Spohn re opposing counsel's question on foreclosure and underwriting issues | KJG | 0.20 | 74.10 |
| 18-Aug-11 | Communications with opposing counsel re depositions and dispositive motion dates | KJG | 0.20 | 74.10 |
| 19-Aug-11 | Work in connection to deposition scheduling of Bondcorp's PMK | JDB | 0.20 | 74.00 |
| 19-Aug-11 | Communications with opposing counsel re depositions and scheduling order, stipulation | KJG | 0.20 | 74.10 |
| 24-Aug-11 | Revise and finalize stipulation to amend scheduling order, declaration and proposed order; research judge's rules re: courtesy copies; Preparation of courtesy copies and draft cover letter to chambers enclosing same. | TMD | 1.20 | 168.00 |
| 24-Aug-11 | Communications with opposing counsel, reach agreement on amending scheduling order, remind them that we are waiting for financials from their client to move the settlement progress forward | KJG | 0.30 | 111.15 |
| 29-Aug-11 | Review order amending the scheduling order and remaining deadlines | KJG | 0.10 | 37.05 |
| 30-Aug-11 | Review order granting stipulation and proposed order to amend scheduling order. | TMD | 0.40 | 56.00 |
| | **Subtotal for Code 4000** | | **6.20** | **1,928.20** |

Services...................................................................................................$1,928.20

**LESS AGREED UPON 10% FEE DISCOUNT**                          (192.82)

**Total Services** .............................................................................**$1,735.38**

| Date | Disbursements | | Value |
|---|---|---|---|
| 24-Aug-11 | DUPLICATING | 2.40 | |
| Total for DUPLICATING | | | 2.40 |
| 16-Aug-11 | TELEPHONE 1-714-435-9505 Santa Ana - CA (USA) | 6.80 | |
| Total for TELEPHONE | | | 6.80 |

Akerman Senterfitt

054539        LEHMAN BROTHERS HOLDINGS, INC.                As of              August 31, 2011
0225239       BONDCORP REALTY SERVICES, INC. (PROJECT       Invoice Number             8629878
              HARVEST)


**Total Disbursements** ................................................................................................................**$9.20**

Akerman Senterfitt

054539      LEHMAN BROTHERS HOLDINGS, INC.                   As of                August 31, 2011
0225239     BONDCORP REALTY SERVICES, INC. (PROJECT          Invoice Number               8629878
            HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.20 | 74.00 |
| KJG | K. J. GARCIA | 4.40 | 1,630.20 |
| TMD | T. M. DOMRES | 1.60 | 224.00 |
| | Total | 6.20 | $1,928.20 |



Akerman

Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    September 23, 2011
Invoice No.    8629879

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **DIRECT MORTGAGE CORPORATION
(PROJECT HARVEST)**
Matter Number:    **0225242**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $14,384.65 |
| LESS AGREED UPON 10% FEE DISCOUNT | (1,438.46) |
| TOTAL SERVICES | $12,946.19 |
| Disbursements | $475.17 |
| **TOTAL THIS INVOICE** | **$13,421.36** |
| | |
| **PREVIOUS BALANCE** | 103,969.85 |
| (Includes payments received through 09/23/11) | |
| **TOTAL AMOUNT DUE** | **$117,391.21** |

*To ensure proper credit to the above account, please indicate invoice no. 8629879*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date     September 23, 2011
Invoice No.             8629879

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **DIRECT MORTGAGE CORPORATION**
               **(PROJECT HARVEST)**
Matter Number: **0225242**                    Claim No: **XXXXX Task**
                                                      **Code 4000**

*For professional services rendered through August 31, 2011 as summarized below:*

| | | |
|---|---|---|
| Services | $14,384.65 | |
| LESS AGREED UPON 10% FEE DISCOUNT | (1,438.46) | |
| TOTAL SERVICES | $12,946.19 | |
| Disbursements | $475.17 | |
| **TOTAL THIS INVOICE** | **$13,421.36** | |

PREVIOUS BALANCE                          103,969.85
(Includes payments received through 09/23/11)

**TOTAL AMOUNT DUE**                      **$117,391.21**

*To ensure proper credit to the above account, please indicate invoice no. 8629879*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                 Page 3

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | August 31, 2011<br>8629879 |
|---|---|---|---|

**Task Code:** **4000**

| Date | Description | | | |
|---|---|---|---|---|
| 2-Aug-11 | Work on revisions to requests for production of documents to Direct Mortgage | JDB | 1.60 | 592.00 |
| 2-Aug-11 | Confer re revisions to request for production | KJG | 0.20 | 74.10 |
| 2-Aug-11 | Communication to opposing counsel requesting he advise where deposition will be and provide 2 dates in period he gave | KJG | 0.10 | 37.05 |
| 3-Aug-11 | Communications with client and J. Balser re adding Eli to disclosures, conference call will be rescheduled | KJG | 0.20 | 74.10 |
| 3-Aug-11 | Revising draft of request for production of documents, including drafting new requests seeking documents related to Direct Mortgage's failure to repurchase, requests to repurchase, and other repurchased indemnification lawsuits; research numbers for the 5 loans at issue in this case, and include same in said requests; | BWB | 1.00 | 300.00 |
| 4-Aug-11 | Telephone conference with client re WLT system, whether to identify in initial disclosures in this case and others | KJG | 0.30 | 111.15 |
| 4-Aug-11 | Further revise and finalize discovery requests, arrange for service of same | KJG | 0.40 | 148.20 |
| 4-Aug-11 | Communications with opposing counsel re 30(b)(6) deposition, Salt Lake City, timing | KJG | 0.10 | 37.05 |
| 4-Aug-11 | Analysis of issue re serving discovery responses. | TAB | 0.20 | 90.00 |
| 5-Aug-11 | Confirm delivery of discovery requests | KJG | 0.10 | 37.05 |
| 8-Aug-11 | Work on issues associated with PMK deposition of Direct Mortgage | JDB | 0.30 | 111.00 |
| 9-Aug-11 | Review information and communication from client re Steiner loan 2207, re MERS and aurora info | KJG | 0.20 | 74.10 |
| 11-Aug-11 | Communications with opposing counsel re 30(b)(6) deposition planning, Salt Lake City, location and timing | KJG | 0.20 | 74.10 |
| 11-Aug-11 | Review summary, provide report during status conference with client. | KJG | 0.10 | 37.05 |
| 12-Aug-11 | Address scheduling of Direct's 30(b)(6) deposition | KJG | 0.20 | 74.10 |
| 12-Aug-11 | Communications with opposing counsel, confirm date and time for 30(b)(6) deposition | KJG | 0.20 | 74.10 |

Akerman Senterfitt

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | | August 31, 2011<br>8629879 |
|---|---|---|---|---|
| 14-Aug-11 | Update and revise 30(b)(6) deposition notice and topics to be addressed | KJG | 0.40 | 148.20 |
| 14-Aug-11 | Analyze whether WLT system encompassed within defendant's deposition notice as a topic, whether to disclose E. Ganz as additional witness; review message from H.Gray on MERS/Aurora information re Steiner loan, seek clarification re same | KJG | 0.30 | 111.15 |
| 15-Aug-11 | Revise and finalize notice of deposition; Complete service via U.S. postal service; Revise notice of intent to serve subpoena duces tecum on non-party; Revise and finalize subpoenas; Coordinate process service of subpoenas; Complete service of subpoenas, as well as notice of intent on all parties via u.s. postal service | TMD | 1.20 | 168.00 |
| 15-Aug-11 | Telephone conversation with process server regarding service of subpoenas | K N | 0.20 | 29.00 |
| 15-Aug-11 | Analyze information in accurint report and loan file re Rodarte's employment information for preparing non-party subpoenas; review response to subpoena from Texas Gaming employer | KJG | 0.80 | 296.40 |
| 15-Aug-11 | Research Concept Design (Rodarte employer) corporate registry and information on the web, to determine status of company and ability to subpoena employment records | KJG | 0.60 | 222.30 |
| 15-Aug-11 | Prepare required notice of intent to serve subpoena duces tecum, draft schedule A for subpoena with documents required to be produced, prepare subpoena through Nevada District Court | KJG | 1.20 | 444.60 |
| 15-Aug-11 | Finalize schedule of topics for Direct's 30(b)(6) deposition; prepare notice of deposition and transmit same to opposing counsel | KJG | 0.80 | 296.40 |
| 15-Aug-11 | Communications with opposing counsel re summary judgment and coordinating hearing date | KJG | 0.30 | 111.15 |
| 15-Aug-11 | Communications with opposing counsel re 30(b)(6) notice, intent to serve subpoena on Concept Design | KJG | 0.20 | 74.10 |
| 15-Aug-11 | Communication with opposing counsel seeking to coordinate dates for deposition of non-party Ms. Weisdorf in California | KJG | 0.20 | 74.10 |
| 16-Aug-11 | Update litigation calendar re deposition of direct mortgage, as well as deadline for Concept Design to produce documents per subpoena | TMD | 0.20 | 28.00 |

Akerman Senterfitt                                                                    Page 5

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | August 31, 2011<br>8629879 |
|---|---|---|---|

| 16-Aug-11 | Telephone conversation with process server regarding service status of subpoenas | K N | 0.20 | 29.00 |
|---|---|---|---|---|
| 16-Aug-11 | Communications with opposing counsel re deposing non-party, coordinate same | KJG | 0.20 | 74.10 |
| 16-Aug-11 | Address issues re process server inability to locate Concept Designs at addresses provided | KJG | 0.20 | 74.10 |
| 16-Aug-11 | Prepare necessary documents for service of subpoena on non-party witness, Weisdorf | KJG | 0.20 | 74.10 |
| 17-Aug-11 | Address subpoena of Ms. Weisdorf, coordinate with opposing counsel | KJG | 0.30 | 111.15 |
| 17-Aug-11 | Prepare notice of subpoena and deposition of non-party | KJG | 0.30 | 111.15 |
| 17-Aug-11 | Additional communications to and from opposing counsel re notice of intent to subpoena Ms. Weisdorf | KJG | 0.20 | 74.10 |
| 17-Aug-11 | Finalize notice of intent to serve subpoena, as well as subpoena for deposition of Ms. Weisdorf. | TMD | 0.30 | 42.00 |
| 17-Aug-11 | Obtain information and prepare subpoena for third party deposition of Joyce Weisdorf. | PKA | 0.30 | 75.00 |
| 19-Aug-11 | Work on issues associated with deposition of Weisdorf and other outstanding discovery | JDB | 0.30 | 111.00 |
| 19-Aug-11 | Address issues re process server's inability to personally serve Ms. Weisdorf | KJG | 0.20 | 74.10 |
| 21-Aug-11 | Communication to opposing counsel advising process server reports neither address attached to Concept Design | KJG | 0.10 | 37.05 |
| 22-Aug-11 | Review and analyze Direct Mortgage's Motion for Summary Judgment (that had been previously filed but withdrawn thereafter) to determine potential questions to ask Direct Mortgage's corporate representative at his 30(b)(6) deposition next week, as well as formulate counter-arguments in response to same; review Exhibits to said Motion re: same. | BWB | 3.50 | 1,050.00 |

Akerman Senterfitt                                                                                    Page 6

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | | August 31, 2011<br>8629879 |
|---|---|---|---|---|
| 23-Aug-11 | Finish analyzing Direct Mortgage's Motion for Summary Judgment re: developing topics of questions for deposition of Direct Mortgage's corporate representative deposition and strategy for responding to said motion; review complaint to determine what arguments we can make in response to said summary judgment motion based on what was pleaded | BWB | 0.70 | 210.00 |
| 23-Aug-11 | Telephone communications re service of Weisdorf subpoena; telephone conference with Ms. Weisdorf re subpoena | KJG | 0.40 | 148.20 |
| 23-Aug-11 | Review file share documents for Weisdorf loan application per witness request we provide copy of same; communication to H.Gray re application as well as marketing materials in QC support file. | KJG | 0.40 | 148.20 |
| 23-Aug-11 | Review communication and attachments from H. Gray re Weisdorf loan | KJG | 0.20 | 74.10 |
| 23-Aug-11 | Prepare correspondence to Ms. Weisdorf and list of questions re substance of inquiry for deposition, provide loan application materials, inquire re marketing materials | KJG | 1.20 | 444.60 |
| 24-Aug-11 | Review and analyze documents Lehman Bros. documents pertaining to this case re: selecting exhibits for use at 30(b)(6) deposition of Direct Mortgage's corporate representative (2.1); drafting outline of questiond for said deposition (2.0) | BWB | 2.10 | 630.00 |
| 24-Aug-11 | Draft outline of questions for said deposition (2.0) | BWB | 2.00 | 600.00 |
| 25-Aug-11 | Working on outline of deposition questions for 30(b)(6) deposition of Direct Mortgage's corporate representative | BWB | 1.00 | 300.00 |
| 25-Aug-11 | Analyze information received re Weisdorf condo and loan application | KJG | 0.30 | 111.15 |
| 26-Aug-11 | Review and analyze Lehman Brothers' documents on the electronic file sharing system that related to this case re: locating additional documents about which to ask Direct Mortgage's corporate representative at his 30(b)(6) deposition; working on revisions to outline of questions for deposition of said representative. | BWB | 3.60 | 1,080.00 |
| 26-Aug-11 | Obtain certain documents from file share for potential use as exhibits in Direct's deposition, address strategy re Weisdorf loan | KJG | 0.80 | 296.40 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | Invoice Number | 8629879 |

| | | | | |
|---|---|---|---|---|
| 26-Aug-11 | Address Weisdorf deposition subpoena, information sought, review demand letter and documents re same | KJG | 0.30 | 111.15 |
| 26-Aug-11 | Communication with witness re subpoena, deposition, timing, information | KJG | 0.30 | 111.15 |
| 27-Aug-11 | Analyze information re Weisdorf lease-back guarantee | KJG | 0.20 | 74.10 |
| 27-Aug-11 | Communication to client re Steiner loan application | KJG | 0.10 | 37.05 |
| 27-Aug-11 | Expand and revise deposition outline | KJG | 0.50 | 185.25 |
| 29-Aug-11 | Working on revisions to outline of questions for 30(b)(6) deposition; prepare documents for said deposition. | BWB | 3.40 | 1,020.00 |
| 29-Aug-11 | Communication to non-party Weisdorf re cancelation of deposition | KJG | 0.10 | 37.05 |
| 29-Aug-11 | Finalize notice of withdrawal of subpoena for deposition of non-party. | TMD | 0.20 | 28.00 |
| 29-Aug-11 | Communication with client re Steiner loan and LBHI need to request MERS correct the loan information | KJG | 0.20 | 74.10 |
| 29-Aug-11 | Communications with J. Bulmer re corrupt Steiner file on file share | KJG | 0.10 | 37.05 |
| 29-Aug-11 | Communications with client re damages, discuss the three loans on prior spreadsheets not included in suit | KJG | 0.20 | 74.10 |
| 29-Aug-11 | Prepare notice of withdrawal of subpoena | KJG | 0.20 | 74.10 |
| 30-Aug-11 | Update and revise deposition outline, review and add to exhibits for deposition | KJG | 0.80 | 296.40 |
| 30-Aug-11 | Communications with opposing counsel re discovery requests and Thursday deposition, also discuss cancelation of Weisdorf deposition | KJG | 0.20 | 74.10 |
| 31-Aug-11 | Travel and prepare for deposition en route | KJG | 6.00 | 2,223.00 |
| | **Subtotal for Code 4000** | | **43.60** | **14,384.65** |

Services......................................................................................................$14,384.65

**LESS AGREED UPON 10% FEE DISCOUNT**                                    (1,438.46)

**Total Services** .....................................................................................$12,946.19

Akerman Senterfitt                                                    Page 8

054539          LEHMAN BROTHERS HOLDINGS, INC.          As of          August 31, 2011
0225242         DIRECT MORTGAGE CORPORATION (PROJECT    Invoice Number        8629879
                HARVEST)

| Date | Disbursements | | Value |
|------|---------------|---|-------|
| 4-Aug-11 | POSTAGE - Denver | 2.52 | |
| 15-Aug-11 | POSTAGE - Denver | 4.32 | |
| 17-Aug-11 | POSTAGE - Denver | 2.16 | |
| Total for POSTAGE | | | 9.00 |
| 16-Aug-11 | DUPLICATING - COLOR | 2.50 | |
| Total for DUPLICATING - COLOR | | | 2.50 |
| 4-Aug-11 | DUPLICATING | 10.00 | |
| 15-Aug-11 | DUPLICATING - Orlando Copy/Print Job | 49.00 | |
| 16-Aug-11 | DUPLICATING | 49.20 | |
| 30-Aug-11 | DUPLICATING | 121.40 | |
| Total for DUPLICATING | | | 229.60 |
| 3-Aug-11 | TELEPHONE - Soundpath Legal Conference Call Inv #082111(K Garcia - Orl) | 1.31 | |
| 23-Aug-11 | TELEPHONE 1-213-533-5902 Los Angeles - CA (USA) | 1.40 | |
| 23-Aug-11 | TELEPHONE 1-310-573-0484 Santa Monica - CA (USA) | 3.60 | |
| Total for TELEPHONE | | | 6.31 |
| 12-Aug-11 | FEDERAL EXPRESS Airbill: 797379873376 per 4570 Invoice No: 759352081 Ship Dt: 08/04/11 | 7.52 | |
| 26-Aug-11 | FEDERAL EXPRESS Airbill: 797435524752 per 4570 Invoice No: 760926203 Ship Dt: 08/22/11 | 7.74 | |
| Total for FEDERAL EXPRESS | | | 15.26 |
| 8-Aug-11 | COURT REPORTER - U.S. LEGAL SUPPORT, INC. Videotaped deposition of PWMK: Lehman Brothers Holdings, Inc. on 6/22/11; J. Balser | 212.50 | |
| Total for COURT REPORTER | | | 212.50 |

**Total Disbursements** ...................................................................................**$475.17**

Akerman Senterfitt                                                          Page 9

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | Invoice Number | 8629879 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| BWB | B. W. BANKS | 17.30 | 5,190.00 |
| JDB | J. D. BALSER | 2.20 | 814.00 |
| K N | K. NASH | 0.40 | 58.00 |
| KJG | K. J. GARCIA | 21.30 | 7,891.65 |
| PKA | P. K. ASCHERIN | 0.30 | 75.00 |
| TAB | T. A. BOOCK | 0.20 | 90.00 |
| TMD | T. M. DOMRES | 1.90 | 266.00 |
| | Total | 43.60 | $14,384.65 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629881 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **FIRST RESIDENTIAL MORTGAGE SERVICES
                 CORP. (PROJECT HARVEST)**
Matter Number:   **0225248**
                                         Claim No: **XXXXX Task
                                         Code 4000**

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $111.15 |
| LESS AGREED UPON 10% FEE DISCOUNT | (11.12) |
| TOTAL SERVICES | $100.03 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$100.03** |

*To ensure proper credit to the above account, please indicate invoice no. 8629881*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629881 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **FIRST RESIDENTIAL MORTGAGE SERVICES CORP. (PROJECT HARVEST)**
Matter Number: **0225248**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $111.15 |
| LESS AGREED UPON 10% FEE DISCOUNT | (11.12) |
| TOTAL SERVICES | $100.03 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$100.03** |

*To ensure proper credit to the above account, please indicate invoice no. 8629881*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                          Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
|---|---|---|---|
| 0225248 | FIRST RESIDENTIAL MORTGAGE SERVICES CORP. (PROJECT | Invoice Number | 8629881 |

**Task Code:**   **4000**

| 7-Aug-11 | Prepare demand letter to First Residential's counsel, discuss the repeat failures to pay timely | KJG | 0.20 | 74.10 |
|---|---|---|---|---|
| 9-Aug-11 | Communicate with client confirming payment received and advise letter ready for September if payment late | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000** | | **0.30** | **111.15** |

Services.................................................................................................................$111.15

**LESS AGREED UPON 10% FEE DISCOUNT**       **(11.12)**

**Total Services** ...............................................................................................**$100.03**

Akerman Senterfitt                                                                                           Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.              As of                    August 31, 2011
0225248        FIRST RESIDENTIAL MORTGAGE SERVICES CORP.   Invoice Number                  8629881
               (PROJECT

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.30 | 111.15 |
| | Total | 0.30 | $111.15 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629882 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **KEY FINANCIAL CORPORATION (PROJECT HARVEST)** |
| Matter Number: | **0225255** |

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $333.45 |
| LESS AGREED UPON 10% FEE DISCOUNT | (33.35) |
| TOTAL SERVICES | $300.10 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$300.10** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8629882*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date        September 23, 2011
Invoice No.                    8629882

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **KEY FINANCIAL CORPORATION (PROJECT
                HARVEST)**
Matter Number:  **0225255**                    Claim No: **XXXXX Task
                                               Code 4000**

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $333.45 |
| LESS AGREED UPON 10% FEE DISCOUNT | (33.35) |
| TOTAL SERVICES | $300.10 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$300.10** |

*To ensure proper credit to the above account, please indicate invoice no. 8629882*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of              August 31, 2011
0225255     KEY FINANCIAL CORPORATION (PROJECT         Invoice Number            8629882
            HARVEST)

**Task Code:**    **4000**

| Date | Description | | | |
|------|-------------|---|---|---|
| 11-Aug-11 | Review summary, provide report during status conference with client. | KJG | 0.10 | 37.05 |
| 12-Aug-11 | Analyze report and recommendation entered by magistrate today | KJG | 0.30 | 111.15 |
| 14-Aug-11 | Prepare correspondence to client providing summary of report and recommendation, issue with interest calculation on loan 6119, and recommend we not file objection given slight amount of reduction | KJG | 0.30 | 111.15 |
| 15-Aug-11 | Communications with client re agreement no need to file objection to report | KJG | 0.20 | 74.10 |
| | **Subtotal for Code 4000** | | **0.90** | **333.45** |

Services.................................................................................................$333.45

**LESS AGREED UPON 10% FEE DISCOUNT**                                        (33.35)

**Total Services** .................................................................................**$300.10**

Akerman Senterfitt

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of              August 31, 2011
0225255     KEY FINANCIAL CORPORATION (PROJECT      Invoice Number         8629882
            HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.90 | 333.45 |
| | Total | 0.90 | $333.45 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | | |
|---|---|---|
| Invoice Date | | September 23, 2011 |
| Invoice No. | | 8629883 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **1ST ADVANTAGE MORTGAGE**
Matter Number:  **0237769**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $992.25 |
| LESS AGREED UPON 10% FEE DISCOUNT | (99.23) |
| TOTAL SERVICES | $893.02 |
| Disbursements | $3.40 |
| **TOTAL THIS INVOICE** | **$896.42** |

*To ensure proper credit to the above account, please indicate invoice no. 8629883*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date       September 23, 2011
Invoice No.                   8629883

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **1ST ADVANTAGE MORTGAGE**
Matter Number:  **0237769**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $992.25 |
| LESS AGREED UPON 10% FEE DISCOUNT | (99.23) |
| TOTAL SERVICES | $893.02 |
| Disbursements | $3.40 |
| **TOTAL THIS INVOICE** | **$896.42** |

*To ensure proper credit to the above account, please indicate invoice no. 8629883*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
| 0237769 | 1ST ADVANTAGE MORTGAGE | Invoice Number | 8629883 |

**Task Code:    4000**

| 2-Aug-11 | Communication to opposing counsel reminding that next status conference later this month, inquire re settlement | KJG | 0.10 | 37.05 |
| 5-Aug-11 | Electronic communication to opposing counsel reminding of upcoming status conference and his promise to get back to me on settlement; review response from opposing counsel that client out of town this week | KJG | 0.10 | 37.05 |
| 10-Aug-11 | Receipt and review correspondence from Deanne Peltz regarding records. | DMH | 0.20 | 66.00 |
| 11-Aug-11 | Communication to opposing counsel seeking to set up conference call to discuss settlement and upcoming status conference | KJG | 0.10 | 37.05 |
| 11-Aug-11 | Communication to local counsel advising re status, case not settled, will need to attend status conference and request briefing schedule | KJG | 0.10 | 37.05 |
| 11-Aug-11 | Review summary, provide report during status conference with client. | KJG | 0.10 | 37.05 |
| 18-Aug-11 | Communication with opposing counsel re next week's status conference, plan to request 30-day briefing schedule, remind him we are waiting for his client to make a counter-offer. | KJG | 0.10 | 37.05 |
| 19-Aug-11 | Exchange telephone communications with opposing counsel | KJG | 0.10 | 37.05 |
| 20-Aug-11 | Communicate with local counsel re status of settlement and plan for upcoming status conference to set briefing schedule | KJG | 0.10 | 37.05 |
| 22-Aug-11 | Telephone conference with opposing counsel re settlement and upcoming status conference | KJG | 0.30 | 111.15 |
| 24-Aug-11 | Electronic and telephone communications with opposing counsel re upcoming status conference, settlement, his intention to request settlement conference | KJG | 0.30 | 111.15 |
| 24-Aug-11 | Responsive communication to opposing counsel re idea of settlement conference and how we will handle given the lateness of the request | KJG | 0.20 | 74.10 |

Akerman Senterfitt

Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
| 0237769 | 1ST ADVANTAGE MORTGAGE | Invoice Number | 8629883 |

| 24-Aug-11 | Communications with local counsel re defendant's request for settlement conference and position we will take, confirm such conferences provided by this court | KJG | 0.20 | 74.10 |
| 26-Aug-11 | Review order directing counsel for parties to attend settlement conference; confer with local counsel re required position statement per local rules, review form provided by local counsel | KJG | 0.30 | 111.15 |
| 26-Aug-11 | Communicate with opposing counsel re settlement conference, whether his client will attend given that rules only require attorney to attend, prospect of getting case settled prior to conference | KJG | 0.30 | 111.15 |
| 26-Aug-11 | Additional communication from opposing counsel confirming his client will attend the settlement conference | KJG | 0.10 | 37.05 |

|  | **Subtotal for Code 4000** |  | **2.70** | **992.25** |

Services..........................................................................................................$992.25

**LESS AGREED UPON 10% FEE DISCOUNT**                      **(99.23)**

**Total Services** .................................................................................................**$893.02**

| <u>**Date**</u> | <u>**Disbursements**</u> | <u>**Value**</u> |
|---|---|---|
| 18-Aug-11 | TELEPHONE 1-312-332-6194 Chicago - IL (USA) | 0.20 |
| 19-Aug-11 | TELEPHONE 1-312-332-6194 Chicago - IL (USA) | 0.20 |
| 22-Aug-11 | TELEPHONE 1-312-332-6194 Chicago - IL (USA) | 3.00 |
| Total for TELEPHONE | | 3.40 |

**Total Disbursements** ......................................................................................**$3.40**

Akerman Senterfitt                                                              Page 5

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of              August 31, 2011
0237769     1ST ADVANTAGE MORTGAGE                  Invoice Number           8629883

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| DMH | D. M. HAWTHORNE | 0.20 | 66.00 |
| KJG | K. J. GARCIA | 2.50 | 926.25 |
| | Total | 2.70 | $992.25 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629884 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **IMORTGAGE.COM**
Matter Number:   **0242661**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $300.55 |
| LESS AGREED UPON 10% FEE DISCOUNT | (30.05) |
| TOTAL SERVICES | $270.50 |
| Disbursements | $13.38 |
| **TOTAL THIS INVOICE** | **$283.88** |

*To ensure proper credit to the above account, please indicate invoice no. 8629884*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date          September 23, 2011
Invoice No.                    8629884

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **IMORTGAGE.COM**
Matter Number:  **0242661**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $300.55 |
| LESS AGREED UPON 10% FEE DISCOUNT | (30.05) |
| TOTAL SERVICES | $270.50 |
| Disbursements | $13.38 |
| **TOTAL THIS INVOICE** | **$283.88** |

*To ensure proper credit to the above account, please indicate invoice no. 8629884*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                                        Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
| 0242661 | IMORTGAGE.COM | Invoice Number | 8629884 |

**Task Code:    4000**

| 11-Aug-11 | Review summary, provide report during status conference with client. | KJG | 0.10 | 37.05 |
| 11-Aug-11 | Confer with opposing counsel regarding status of iMortgage's rule 26 production. | AMM | 0.40 | 118.00 |
| 15-Aug-11 | Research State Court Docket for Recent Filings and Pertinent Events and Deadlines; Check that all upcoming deadlines are calendared. | E S | 0.30 | 28.50 |
| 19-Aug-11 | Confer via email with opposing counsel regarding document requests and defendants' rule 26 disclosures. | AMM | 0.10 | 29.50 |
| 26-Aug-11 | Research State Court Docket for Recent Filings and Pertinent Events and Deadlines; Check that all upcoming deadlines are calendared. | E S | 0.30 | 28.50 |
| 29-Aug-11 | Confer via phone with opposing counsel regarding status of defendant's rule 26 disclosures. | AMM | 0.20 | 59.00 |

|  | **Subtotal for Code 4000** |  | **1.40** | **300.55** |

Services.............................................................................................................$300.55

**LESS AGREED UPON 10% FEE DISCOUNT**                                        (30.05)

**Total Services** ...............................................................................................$270.50

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 5-Aug-11 | FEDERAL EXPRESS Airbill: 795028268265 per 4210 Invoice No: 758580069 Ship Dt: 07/29/11 | 7.38 | |
| Total for FEDERAL EXPRESS | | | 7.38 |
| 1-Aug-11 | OTHER CHARGES - SUNTRUST BANCARD, N.A. JUSTIN BALSER (DENVER): 06/30/11 PAYPAL -   TURBOCOURT, General Civil - Superior court Form Set# 259836 Maricopa Superior Court JME-4519.. | 6.00 | |
| Total for OTHER CHARGES | | | 6.00 |

**Total Disbursements** ......................................................................................$13.38

Akerman Senterfitt                                                                                          Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.              As of                August 31, 2011
0242661       IMORTGAGE.COM                                Invoice Number              8629884

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| AMM | A. M. MANGIARDI | 0.70 | 206.50 |
| E S | E. STREIBLE | 0.60 | 57.00 |
| KJG | K. J. GARCIA | 0.10 | 37.05 |
| | Total | 1.40 | $300.55 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

|                | |
|----------------|---------------------|
| Invoice Date   | September 23, 2011  |
| Invoice No.    | 8629885             |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **AMERICAN FEDERAL MORTGAGE CORP.**
Matter Number:    **0244629**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $2,334.15 |
| LESS AGREED UPON 10% FEE DISCOUNT | (233.41) |
| TOTAL SERVICES | $2,100.74 |
| Disbursements | $6.40 |
| **TOTAL THIS INVOICE** | **$2,107.14** |

*To ensure proper credit to the above account, please indicate invoice no. 8629885*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629885 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **AMERICAN FEDERAL MORTGAGE CORP.**
Matter Number:  **0244629**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $2,334.15 |
| LESS AGREED UPON 10% FEE DISCOUNT | (233.41) |
| TOTAL SERVICES | $2,100.74 |
| Disbursements | $6.40 |
| **TOTAL THIS INVOICE** | **$2,107.14** |

*To ensure proper credit to the above account, please indicate invoice no. 8629885*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                    Page 3

| 054539  | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
| 0244629 | AMERICAN FEDERAL MORTGAGE CORP. | Invoice Number | 8629885 |

**Task Code:**   **4000**

| Date | Description | | | |
|---|---|---|---|---|
| 2-Aug-11 | Review order revising discovery deadlines slightly | KJG | 0.10 | 37.05 |
| 11-Aug-11 | Review summary, provide report during status conference with client | KJG | 0.10 | 37.05 |
| 14-Aug-11 | Review communications and upcoming discovery deadline, correspondence to opposing counsel re same and his prior commitment to convey a settlement offer | KJG | 0.20 | 74.10 |
| 16-Aug-11 | Electronic and telephone communications with opposing counsel | KJG | 0.10 | 37.05 |
| 17-Aug-11 | Communications with opposing counsel re settlement | KJG | 0.20 | 74.10 |
| 20-Aug-11 | Electronic and telephone communications with defense counsel, discuss settlement and discovery | KJG | 0.30 | 111.15 |
| 20-Aug-11 | Report to client re status of settlement discussions, offer made, reminders re upcoming in-court settlement conference | KJG | 0.30 | 111.15 |
| 22-Aug-11 | Communication with client re settlement positioning, suggest strategy | KJG | 0.30 | 111.15 |
| 22-Aug-11 | Correspondence to opposing counsel re his request to informally extend discovery service deadline, agree in part, also address settlement positions, request conference call | KJG | 0.20 | 74.10 |
| 22-Aug-11 | Telephone conference with opposing counsel, discuss settlement, suggest bracket | KJG | 0.20 | 74.10 |
| 23-Aug-11 | Communications with opposing counsel re settlement | KJG | 0.20 | 74.10 |
| 24-Aug-11 | Communication to opposing counsel reminding of discovery deadline issue and press him to advise of client's position on settlement | KJG | 0.10 | 37.05 |
| 24-Aug-11 | Communication from opposing counsel that client has been informed but is on vacation and no further response on settlement to convey at this time | KJG | 0.10 | 37.05 |
| 24-Aug-11 | Prepare requests for production and interrogatories for service upon opposing counsel per deadline and parties' agreement re same | KJG | 1.60 | 592.80 |
| 26-Aug-11 | Communication from opposing counsel re settlement | KJG | 0.10 | 37.05 |
| 26-Aug-11 | Review notice of waiver of service by E&O carrier, which may indicate delay tactic by defendant | KJG | 0.10 | 37.05 |

Akerman Senterfitt                                                                    Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of            August 31, 2011
0244629     AMERICAN FEDERAL MORTGAGE CORP.         Invoice Number          8629885

| Date | | | | |
|---|---|---|---|---|
| 27-Aug-11 | Communication to opposing counsel re settlement, advising re limitations of negotiations, release limited to claim at issue | KJG | 0.30 | 111.15 |
| 27-Aug-11 | Communication to client re status of negotiations, check re willingness to move from prior demand, confirm have explained limitations of release | KJG | 0.20 | 74.10 |
| 29-Aug-11 | Electronic communications and telephone conference with opposing counsel re settlement, discovery and upcoming settlement conference | KJG | 0.60 | 222.30 |
| 29-Aug-11 | Communication from client re settlement, respond to same, provide report and propose strategy | KJG | 0.40 | 148.20 |
| 29-Aug-11 | Communication from client responding to report and proposed strategy | KJG | 0.10 | 37.05 |
| 29-Aug-11 | Follow-up telephone and electronic communication to opposing counsel, advise re damages figure with pji through 8/31 | KJG | 0.10 | 37.05 |
| 30-Aug-11 | Communication from opposing counsel | KJG | 0.10 | 37.05 |
| 30-Aug-11 | Communicate with client re settlement goal, fees to date, continued position of defendant | KJG | 0.20 | 74.10 |
| 30-Aug-11 | Communication from opposing counsel re settlement | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000** | | **6.30** | **2,334.15** |

Services.................................................................................................$2,334.15

**LESS AGREED UPON 10% FEE DISCOUNT**                                        (233.41)

**Total Services** ...................................................................................$2,100.74

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 29-Aug-11 | TELEPHONE 1-908-879-4321 Chester - NJ (USA) | 6.40 |
| | Total for TELEPHONE | 6.40 |

**Total Disbursements** ...........................................................................**$6.40**

Akerman Senterfitt                                                                    Page 5

054539        LEHMAN BROTHERS HOLDINGS, INC.           As of              August 31, 2011
0244629       AMERICAN FEDERAL MORTGAGE CORP.          Invoice Number          8629885

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 6.30 | 2,334.15 |
| | Total | 6.30 | $2,334.15 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629886 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **RMS & ASSOCIATES**
Matter Number:  **0248042**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,507.15 |
| LESS AGREED UPON 10% FEE DISCOUNT | (150.71) |
| TOTAL SERVICES | $1,356.44 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,356.44** |

*To ensure proper credit to the above account, please indicate invoice no. 8629886*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date     September 23, 2011
Invoice No.               8629886

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **RMS & ASSOCIATES**
Matter Number:  **0248042**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,507.15 |
| LESS AGREED UPON 10% FEE DISCOUNT | (150.71) |
| TOTAL SERVICES | $1,356.44 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,356.44** |

*To ensure proper credit to the above account, please indicate invoice no. 8629886*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                                     Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
|---|---|---|---|
| 0248042 | RMS & ASSOCIATES | Invoice Number | 8629886 |

**Task Code:**    **4000**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 1-Aug-11 | Review and File certificate of interested Parties | JDB | 0.40 | 160.00 |
| 8-Aug-11 | Preparation of stipulation and order to extend time to file response to counterclaim; research court docket | D S | 0.80 | 116.00 |
| 11-Aug-11 | Review summary, provide report during status conference with client. | KJG | 0.10 | 37.05 |
| 15-Aug-11 | Address plan for responding to counterclaim, inquiry re Aurora's representation | KJG | 0.20 | 74.10 |
| 15-Aug-11 | Email communications with working group re: counter-claims asserted and defense of same; discussion re: litigation strategy and deadlines for upcoming responsive pleadings | JDB | 0.80 | 320.00 |
| 17-Aug-11 | Draft and file Stipulation and Order re extension of time to file response to the complaint; Email Communications and Telephone Call with counsel re same. | JDB | 1.00 | 400.00 |
| 18-Aug-11 | Review of Counterclaims and Third-Party Complaint in preparation for drafting a response; email correspondence with opposing counsel re: stipulation and order to extend briefing schedule | JDB | 1.00 | 400.00 |
| | **Subtotal for Code 4000** | | **4.30** | **1,507.15** |

Services..................................................................................................................$1,507.15

**LESS AGREED UPON 10% FEE DISCOUNT**                                    (150.71)

**Total Services** ................................................................................................$1,356.44

Akerman Senterfitt                                                          Page 4

054539     LEHMAN BROTHERS HOLDINGS, INC.          As of              August 31, 2011
0248042    RMS & ASSOCIATES                         Invoice Number          8629886

| Initial | Name | Hours | Amount |
|---------|---------------|-------|----------|
| D S | D. SPEASE | 0.80 | 116.00 |
| JDB | J. D. BUNDICK | 3.20 | 1,280.00 |
| KJG | K. J. GARCIA | 0.30 | 111.15 |
| | Total | 4.30 | $1,507.15 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629888 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **HAMILTON MORTGAGE**
Matter Number: **0248048**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $785.15 |
| LESS AGREED UPON 10% FEE DISCOUNT | (78.51) |
| TOTAL SERVICES | $706.64 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$706.64** |

*To ensure proper credit to the above account, please indicate invoice no. 8629888.*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date        September 23, 2011
Invoice No.                 8629888

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **HAMILTON MORTGAGE**
Matter Number:  **0248048**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $785.15 |
| LESS AGREED UPON 10% FEE DISCOUNT | (78.51) |
| TOTAL SERVICES | $706.64 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$706.64** |

*To ensure proper credit to the above account, please indicate invoice no. 8629888*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                        Page 3

054539        LEHMAN BROTHERS HOLDINGS, INC.              As of                August 31, 2011
0248048       HAMILTON MORTGAGE                           Invoice Number              8629888

**Task Code:        4000**

| | | | | |
|---|---|---|---|---|
| 11-Aug-11 | Review summary, provide report during status conference with client. | KJG | 0.10 | 37.05 |
| 29-Aug-11 | Finalize draft complaint for filing | JDB | 0.80 | 296.00 |
| 29-Aug-11 | Finalize civil cover sheet, summons, complaint and corporate disclosure statement | TMD | 0.30 | 42.00 |
| 29-Aug-11 | Confirm, review final documents for filing today | KJG | 0.20 | 74.10 |
| 29-Aug-11 | Correspond with clerk's office re: new case filing procedures; Research court rules. | TMD | 0.20 | 28.00 |
| 29-Aug-11 | Preparation of summons and civil case cover sheet. | TMD | 0.40 | 56.00 |
| 29-Aug-11 | Research corporate information re: Hamilton Mortgage, as well as county of incorporation of Lehman Brothers Holdings. | TMD | 0.60 | 84.00 |
| 29-Aug-11 | Revise complaint and corporate disclosure statement. | TMD | 0.80 | 112.00 |
| 30-Aug-11 | Review filed-stamped case initiating documents; Correspond with first legal and coordinate service of summons and complaint on defendant Hamilton Mortgage Company | TMD | 0.40 | 56.00 |
| | **Subtotal for Code 4000** | | **3.80** | **785.15** |

Services.................................................................................................$785.15

**LESS AGREED UPON 10% FEE DISCOUNT**                                      (78.51)

**Total Services** ...............................................................................**$706.64**

Akerman Senterfitt                                                                    Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.         As of              August 31, 2011
0248048       HAMILTON MORTGAGE                      Invoice Number           8629888

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.80 | 296.00 |
| KJG | K. J. GARCIA | 0.30 | 111.15 |
| TMD | T. M. DOMRES | 2.70 | 378.00 |
| | Total | 3.80 | $785.15 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629889 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **UNIVERSAL AMERICAN MORTGAGE**
Matter Number:  **0248049**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,407.90 |
| LESS AGREED UPON 10% FEE DISCOUNT | (140.79) |
| TOTAL SERVICES | $1,267.11 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,267.11** |

*To ensure proper credit to the above account, please indicate invoice no. 8629889*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | September 23, 2011 |
|---|---|
| Invoice No. | 8629889 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **UNIVERSAL AMERICAN MORTGAGE** |
| Matter Number: | **0248049** |

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,407.90 |
| LESS AGREED UPON 10% FEE DISCOUNT | (140.79) |
| TOTAL SERVICES | $1,267.11 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,267.11** |

*To ensure proper credit to the above account, please indicate invoice no. 8629889*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                          Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
|---|---|---|---|
| 0248049 | UNIVERSAL AMERICAN MORTGAGE | Invoice Number | 8629889 |

**Task Code:    4000**

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 11-Aug-11 | Communication with opposing counsel re need to hold required attorney conference notwithstanding court's entry of scheduling order | KJG | 0.20 | 74.10 |
| 11-Aug-11 | Review summary, provide report during status conference with client. | KJG | 0.10 | 37.05 |
| 12-Aug-11 | Communicate with opposing counsel re preparing motion for extension of time to conduct scheduling conference | KJG | 0.10 | 37.05 |
| 14-Aug-11 | Communicate with opposing counsel, make requested revisions to motion and confirm same, finalize motion | KJG | 0.20 | 74.10 |
| 14-Aug-11 | Draft motion for extension of time to conduct Local Rule 16.1(b) conference per scheduling conflicts | KJG | 0.50 | 185.25 |
| 14-Aug-11 | Communication to defense counsel re finalizing and filing motion | KJG | 0.10 | 37.05 |
| 15-Aug-11 | Prepare proposed order granting motion per local rules | KJG | 0.20 | 74.10 |
| 15-Aug-11 | Finalize motion for electronic filing; provide proposed order to judge's chambers per local rules | KJG | 0.20 | 74.10 |
| 16-Aug-11 | Review order granting parties extension to engage in scheduling conference | KJG | 0.10 | 37.05 |
| 20-Aug-11 | Several communications with opposing counsel re need to conduct scheduling conference, logistics for same | KJG | 0.20 | 74.10 |
| 23-Aug-11 | Prepare draft joint planning report per local rules, provide same to opposing counsel and confirm planning conference set for 8/25 | KJG | 0.60 | 222.30 |
| 25-Aug-11 | Review draft Joint Report, prepare for and attend telephone scheduling conference with opposing counsel | KJG | 0.70 | 259.35 |
| 26-Aug-11 | Review request for production received from defendant; communication with defense counsel re improper service | KJG | 0.30 | 111.15 |
| 27-Aug-11 | Address initial disclosure procedure and confidentiality agreements. | KJG | 0.30 | 111.15 |
| | **Subtotal for Code 4000** | | **3.80** | **1,407.90** |

Akerman Senterfitt

054539       LEHMAN BROTHERS HOLDINGS, INC.          As of            August 31, 2011
0248049      UNIVERSAL AMERICAN MORTGAGE            Invoice Number           8629889


Services..............................................................................................................$1,407.90

**LESS AGREED UPON 10% FEE DISCOUNT**                                     (140.79)

**Total Services** ...............................................................................................**$1,267.11**

Akerman Senterfitt                                                                Page 5

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of              August 31, 2011
0248049     UNIVERSAL AMERICAN MORTGAGE                 Invoice Number            8629889

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 3.80 | 1,407.90 |
| | Total | 3.80 | $1,407.90 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629890 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **NFM, INC.**
Matter Number:  **0248833**

Claim No: **XXXXX Task**
**Code 4000**

---

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $148.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (14.85) |
| TOTAL SERVICES | $133.65 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$133.65** |

*To ensure proper credit to the above account, please indicate invoice no. 8629890*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 23, 2011 |
| Invoice No. | 8629890 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **NFM, INC.**
Matter Number:    **0248833**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $148.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (14.85) |
| TOTAL SERVICES | $133.65 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$133.65** |

*To ensure proper credit to the above account, please indicate invoice no. 8629890*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

054539        LEHMAN BROTHERS HOLDINGS, INC.          As of              August 31, 2011
0248833       NFM, INC.                                Invoice Number            8629890


**Task Code:**    **4000**

16-Aug-11      Review and endorse pleadings            JGG          0.30          148.50

                          **Subtotal for Code 4000**                **0.30**       **148.50**

Services................................................................................................$148.50

**LESS AGREED UPON 10% FEE DISCOUNT**                                    (14.85)

**Total Services** ..........................................................................**$133.65**

Akerman Senterfitt                                                                    Page 4

054539     LEHMAN BROTHERS HOLDINGS, INC.        As of              August 31, 2011
0248833    NFM, INC.                             Invoice Number          8629890

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JGG | J. G. GILMORE | 0.30 | 148.50 |
| | Total | 0.30 | $148.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | September 02, 2011 |
| Invoice No. | 8695721 |

LEHMAN BROTHERS HOLDINGS, INC.
399 PARK AVE., 8TH FLOOR
NEW YORK, NY 10022

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **BANKRUPTCY**
Matter Number: **0261172**

---

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $2,670.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$2,670.50** |

*To ensure proper credit to the above account, please indicate invoice no. 8695721*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | September 02, 2011 |
| Invoice No. | 8695721 |

LEHMAN BROTHERS HOLDINGS, INC.
399 PARK AVE., 8TH FLOOR
NEW YORK, NY 10022

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **BANKRUPTCY**
Matter Number:   **0261172**

*For professional services rendered through August 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $2,670.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$2,670.50** |

*To ensure proper credit to the above account, please indicate invoice no. 8695721*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

| 030662 | LEHMAN BROTHERS HOLDINGS, INC. | As of | August 31, 2011 |
| 0261172 | BANKRUPTCY | Invoice Number | 8695721 |

**Task Code:**   **4700 Firm's Own Retention Issues**

| 5-Aug-11 | Address issues regarding affidavit of disinterestedness. | ASH | 0.60 | 327.00 |
| 29-Aug-11 | Prepare draft employment application and notice of presentment. | ASH | 4.30 | 2,343.50 |
| | **Subtotal for Code 4700 Firm's Own Retention Issues** | | **4.90** | **2,670.50** |

**Total Fees for Services Rendered** ................................................................**$2,670.50**

Akerman Senterfitt                                                    Page 4

030662     LEHMAN BROTHERS HOLDINGS, INC.            As of            August 31, 2011
0261172    BANKRUPTCY                                Invoice Number            8695721

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| ASH | A.S. HARTLEY | 4.90 | 545.00 | 2,670.50 |
| | Total | 4.90 | | $2,670.50 |