# EXHIBIT D

## Time and Expenses
## for
## February 2010
## April 2010
## September 2010
## October 2010
## November 2010
## December 2010

# February 2010



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 22-Mar-10 |
| Invoice No. | 8483015 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **COAST MORTGAGE CORPORATION**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number:   **0221792**

## INVOICE SUMMARY

*For professional services rendered through February 28, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 30.00 |
| LESS COURTESY DISCOUNT | (3.00) |
| TOTAL SERVICES | $ 27.00 |
| DISBURSEMENTS | $ 190.00 |
| **TOTAL THIS INVOICE** | **$ 217.00** |

*To ensure proper credit to the above account, please indicate matter no. 0221792
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 22-Mar-10 |
| Invoice No. | 8483015 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **COAST MORTGAGE CORPORATION**                    Claim No.: **XXXXX**
                                                                **Task Code 4000**

Matter Number:  **0221792**

### INVOICE SUMMARY

*For professional services rendered through February 28, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 30.00 |
| LESS COURTESY DISCOUNT | (3.00) |
| TOTAL SERVICES | $ 27.00 |
| DISBURSEMENTS | $ 190.00 |
| **TOTAL THIS INVOICE** | **$ 217.00** |

*To ensure proper credit to the above account, please indicate matter no. 0221792*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

054539     LEHMAN BROTHERS HOLDINGS, INC.                                        As of              28-Feb-10
0221792    COAST MORTGAGE CORPORATION                                            Bill Number        8483015

Task Code:    4000        Non-Bankruptcy Litigation

| 11/06/09 | REVIEWED DOCKET SHEET AND COURT ORDERS TO ENSURE WE COMPLY WITH ALL PENDING DEADLINES. | J. L. RUBIN | 0.10 | 30.00 |
|---|---|---|---|---|
|  | Subtotal for Code 4000 |  | 0.10 | 30.00 |

Services........................................................................................................$30.00

LESS COURTESY DISCOUNT.................................................................................(3.00)

Total Fees for Services Rendered    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $27.00

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 02/09/10 | SERVICE OF PROCESS -  EXPRESS PROCESS & SUBPOENA COMPANY, INC. ; SERVICE ON COAST MORTGAGE CORPORATION ON 5/16/09. LEHMAN BROTHERS HOLDINGS, INC. V. COAST MORTGAGE CORP. JR-3911 | 190.00 |
|  | Total for SERVICE OF PROCESS | 190.00 |

**Total Disbursements**......................................................................................**$190.00**

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of        28-Feb-10
0221792    COAST MORTGAGE CORPORATION                      Bill Number    8483015

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| JLR | J. L. RUBIN | 0.10 | 30.00 |
| | Total | 0.10 | $30.00 |

# April 2010



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    May 27, 2010
Invoice No.     8500555

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **TROPICAL VILLAGE, INC. LOAN # 0016288268**
Matter Number:  **0163227**

Claim No: **XXXXX Task Code 4200**

*For professional services rendered through April 30, 2010 as summarized below:*

| | |
|---|---:|
| Services | $8,712.00 |
| LESS COURTESY DISCOUNT | (871.20) |
| TOTAL SERVICES | $7,840.80 |
| Disbursements | $2,539.58 |
| **TOTAL THIS INVOICE** | **$10,380.38** |

*To ensure proper credit to the above account, please indicate invoice no. 8500555*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date          May 27, 2010
Invoice No.           8500555

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:      **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:      **TROPICAL VILLAGE, INC. LOAN # 0016288268**
Matter Number:    **0163227**                          Claim No: **XXXXX Task
                                                        Code 4200**

*For professional services rendered through April 30, 2010 as summarized below:*

| | |
|---|---|
| Services | $8,712.00 |
| LESS COURTESY DISCOUNT | (871.20) |
| TOTAL SERVICES | $7,840.80 |
| Disbursements | $2,539.58 |
| **TOTAL THIS INVOICE** | **$10,380.38** |

*To ensure proper credit to the above account, please indicate invoice no. 8500555*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                    Page 3

054539        LEHMAN BROTHERS HOLDINGS, INC.        As of              April 30, 2010
0163227       TROPICAL VILLAGE, INC.                Invoice Number        8500555

**Task Code:** **4200**

| Date | Description | | | |
|---|---|---|---|---|
| 1-Apr-10 | FINALIZE INITIAL BRIEF | KEG | 0.40 | 196.00 |
| 1-Apr-10 | CONDUCT COMMUNICATION WITH LEHMAN REGARDING POTENTIAL CONTINUED MEDIATION. | JEH | 0.10 | 32.50 |
| 2-Apr-10 | CONDUCT COMMUNICATIONS WITH EQUITABLE TITLE COUNSEL REGARDING INITIAL APPELLATE BRIEF AND EQUITABLE TITLE'S RESPONSE. | JEH | 0.10 | 32.50 |
| 2-Apr-10 | CONDUCT COMMUNICATIONS WITH LEHMAN REGARDING POTENTIAL CONTINUED MEDIATION. | JEH | 0.10 | 32.50 |
| 2-Apr-10 | DETERMINE STATUS OF UPLOADED INITIAL BRIEF | KEG | 0.20 | 98.00 |
| 5-Apr-10 | REVIEW GULF COAST ORIGINAL PUBLICATION RE: GALANOUDES UNIT 1000 PERTAINING TO SCHEDULED FORECLOSURE SALE 4/15/2010. | ERC | 2.40 | 396.00 |
| 5-Apr-10 | WORKING ON MEDIATION SETTLEMENT ISSUES | KEG | 0.30 | 147.00 |
| 5-Apr-10 | CONDUCT COMMUNICATIONS WITH COUNSEL FOR EQUITABLE TITLE REGARDING EXTENSION FOR RESPONSE TO APPELLATE BRIEF AND POTENTIAL SETTLEMENT. | JEH | 0.30 | 97.50 |
| 5-Apr-10 | PREPARE FOR CONFERENCE CALL WITH LEHMAN BROTHERS REGARDING POTENTIAL CONTINUED MEDIATION AND SETTLEMENT. | JEH | 0.50 | 162.50 |
| 6-Apr-10 | PREPARE FOR CONFERENCE CALL WITH LEHMAN REGARDING POTENTIAL SETTLEMENTS WITH EQUITABLE TITLE AND PASSARELLI. | JEH | 0.30 | 97.50 |
| 6-Apr-10 | CONDUCT CONFERENCE CALL WITH LEHMAN REGARDING POTENTIAL SETTLEMENTS WITH EQUITABLE TITLE AND PASSARELLI. | JEH | 0.40 | 130.00 |
| 6-Apr-10 | PREPARE FOR CALL WITH MEDIATOR REGARDING CONTINUING NEGOTIATIONS AND CONDITIONS ON NEGOTIATIONS. | JEH | 0.30 | 97.50 |

Akerman Senterfitt                                                          Page 4

| 054539  | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2010 |
| 0163227 | TROPICAL VILLAGE, INC. | Invoice Number | 8500555 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 6-Apr-10 | CONDUCT COMMUNICATIONS WITH COLLECTION COUNSEL REGARDING SWORN FINANCIAL INFORMATION IN SUPPORT OF SETTLEMENTS WITH EQUITABLE TITLE AND PASSARELLI. | JEH | 0.20 | 65.00 |
| 6-Apr-10 | CONDUCT CALL WITH MEDIATOR REGARDING POTENTIAL CONTINUATION OF MEDIATION. | JEH | 0.20 | 65.00 |
| 6-Apr-10 | TELEPHONE CONFERENCES FOR AND WITH CLIENT REGARDING SETTLEMENT NEGOTIATIONS AND DRAFT MEMORANDUM REGARDING SAME | KEG | 2.50 | 1,225.00 |
| 6-Apr-10 | STRATEGIZE WITH CLIENT REGARDING APPELLATE ARGUMENTS AND SETTLEMENT | NMW | 1.00 | 420.00 |
| 6-Apr-10 | BEGIN REVIEW OF MEMORANDUM SUMMARIZING RISKS ON APPEAL | NMW | 0.50 | 210.00 |
| 6-Apr-10 | PREPARATION OF FORECLOSURE SALE CERTIFICATES RE: REVIEW OF PUBLICATION AD FOR ACCURACY. | ERC | 2.10 | 346.50 |
| 7-Apr-10 | PREPARATION OF MEMORANDUM REGARDING SETTLEMENT AND APPELLATE RISKS | NMW | 0.60 | 252.00 |
| 7-Apr-10 | CONTINUE PREPARATION OF FORECLOSURE SALE CERTIFICATES. | ERC | 3.90 | 643.50 |
| 8-Apr-10 | CONTINUE PREPARATION OF FORECLOSURE SALE CERTIFICATES. | ERC | 2.40 | 396.00 |
| 8-Apr-10 | WORK ON EXPANDED DEVELOPMENT OF SETTLEMENT MEMORANDUM FOR CREDITOR'S COMMITTEE. | JEH | 0.60 | 195.00 |
| 12-Apr-10 | ANALYZE MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF FILED BY MARKS | KEG | 0.20 | 98.00 |
| 12-Apr-10 | PREPARATION OF FORECLOSURE CERTIFICATES TO PASCO COUNTY. | ERC | 0.80 | 132.00 |
| 13-Apr-10 | FINALIZE FORECLOSURE SALE CERTIFICATES RE: GALANOUDES UNIT 1000 4/15/2010 SALE. | ERC | 0.60 | 99.00 |
| 13-Apr-10 | ANALYZE SETTLEMENT MEMORANDUM | KEG | 0.30 | 147.00 |
| 13-Apr-10 | WORK ON FINALIZING SETTLEMENT MEMORANDUM TO LEHMAN | JEH | 0.10 | 32.50 |

Akerman Senterfitt                                                                    Page 5

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | April 30, 2010 |
| 0163227 | TROPICAL VILLAGE, INC. | | Invoice Number | 8500555 |

| | | | | |
|---|---|---|---|---|
| 13-Apr-10 | WORK ON ANALYSIS OF EQUITABLE TITLE MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEFS FOR POTENTIAL RESPONSE | JEH | 0.10 | 32.50 |
| 14-Apr-10 | CONDUCT COMMUNICATIONS WITH PARTIES AND MEDIATOR REGARDING POTENTIAL SETTLEMENT. | JEH | 0.10 | 32.50 |
| 14-Apr-10 | PREPARATION OF FORECLOSURE SALE CERTIFICATES RE: APRIL 19TH SALE DATES PERTAINING TO QUINTANA, RUTSTEIN, GALANOUDES FORWARD TO PASCO COUNTY. | ERC | 4.10 | 676.50 |
| 15-Apr-10 | PREPARATION OF FORECLOSURE SALE CERTIFICATES (3) BORROWERS PERTAINING TO 4/19/2010 SALE DATE. | ERC | 3.10 | 511.50 |
| 22-Apr-10 | CONTINUE FORECLOSURE PUBLICATION REVIEW. | ERC | 1.10 | 181.50 |
| 23-Apr-10 | DRAFT NOTES REGARDING UPCOMING DEADLINES | KEG | 0.20 | 98.00 |
| 23-Apr-10 | CONDUCT COMMUNICATION WITH PARTIES REGARDING EXTENSIONS FOR DEFENDANTS' APPELLATE BRIEFS. | JEH | 0.10 | 32.50 |
| 27-Apr-10 | FINAL PREPARATION OF FORECLOSURE CERTIFICATES FOR THE SCHEDULED FORECLOSURE SALE ON 5/3/2010 SENT TO THE CLERK OF COURT. | ERC | 2.40 | 396.00 |
| 29-Apr-10 | ANALYZE PASSARELLI'S MOTION FOR EXTENSION OF TIME | KEG | 0.20 | 98.00 |
| 29-Apr-10 | FINALIZE RESPONSE TO COURT REGARDING FINAL JUDGMENTS OF FORECLOSURE FOR R. SMITH AND S. SAHOTA PROPERTIES. | JEH | 0.10 | 32.50 |
| 29-Apr-10 | FINAL PUBLICATION REVIEW (3) BORROWERS FROM THE GULF COAST BUSINESS REVIEW FOR MAY 3, 2010 FORECLOSURE SALE DATE. | ERC | 1.20 | 198.00 |
| 29-Apr-10 | ADDITIONAL DOCUMENTATION SUBMISSION TO THE JUDGE PERTAINING TO OUTSTANDING FORECLOSURE SALES RE: SAHOTA AND SMITH. | ERC | 2.90 | 478.50 |
| 30-Apr-10 | DETERMINE STATUS OF SETTLEMENT NEGOTIATIONS | KEG | 0.20 | 98.00 |

Akerman Senterfitt                                                                    Page 6

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2010 |
|---|---|---|---|
| 0163227 | TROPICAL VILLAGE, INC. | Invoice Number | 8500555 |

|  | **Subtotal for Code 4200** | **37.20** | **8,712.00** |
|---|---|---|---|
| Services............................................................................................................. | | | $8,712.00 |
| **LESS COURTESY DISCOUNT** | | | **(871.20)** |
| **Total Services** ............................................................................................ | | | **$7,840.80** |

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 12-Apr-10 | POSTAGE | 1.05 | |
| 26-Apr-10 | POSTAGE | 24.64 | |
| 29-Apr-10 | POSTAGE | 5.28 | |
| Total for POSTAGE | | | 30.97 |
| 6-Apr-10 | DUPLICATING | 1.80 | |
| 9-Apr-10 | DUPLICATING | 0.80 | |
| 12-Apr-10 | DUPLICATING - CLERK, U.S. DISTRICT COURT, MIDDLE DISTRICT CLERK, U.S. DISTRICT COURT, MIDDLE DISTRICT; OBTAIN CERTIFIED COPY OF AFFIDAVIT OF ADDRESS FOR RECORDING WITH JUDGMENT; KAH | 9.30 | |
| 12-Apr-10 | DUPLICATING | 3.20 | |
| 12-Apr-10 | DUPLICATING | 2.80 | |
| 12-Apr-10 | DUPLICATING | 7.00 | |
| 13-Apr-10 | DUPLICATING | 2.40 | |
| 14-Apr-10 | DUPLICATING - COPYSCAN, INC. ; 289 COPIES, LITIGATION SCANNING - LIGHT. LEHMAN/TROPICAL VILLAGE. WPH-1709 | 36.70 | |
| 14-Apr-10 | DUPLICATING | 21.00 | |
| 14-Apr-10 | DUPLICATING | 7.20 | |
| 22-Apr-10 | DUPLICATING | 0.60 | |
| 26-Apr-10 | DUPLICATING | 1.80 | |
| 27-Apr-10 | DUPLICATING | 23.40 | |
| 27-Apr-10 | DUPLICATING | 1.80 | |
| 29-Apr-10 | DUPLICATING | 17.00 | |

Akerman Senterfitt                                                          Page 7

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2010 |
|--------|-------------------------------|-------|----------------|
| 0163227 | TROPICAL VILLAGE, INC. | Invoice Number | 8500555 |

| **Date** | **Disbursements** | | **Value** |
|----------|-------------------|---|-----------|
| Total for DUPLICATING | | | 136.80 |
| 1-Apr-10 | TELEPHONE 1-404-335-6130 Atlanta - GA (USA) | 0.80 | |
| 6-Apr-10 | TELEPHONE SOUNDPATH LEGAL CONF. CALL INV #042110 (W HELLER - FTL) | 1.75 | |
| 6-Apr-10 | TELEPHONE SOUNDPATH LEGAL CONF. CALL INV #042110 (J HEKKANEN - JAX) | 11.54 | |
| 6-Apr-10 | TELEPHONE 1-404-663-4340 Atlanta - GA (USA) | 1.20 | |
| Total for TELEPHONE | | | 15.29 |
| 9-Apr-10 | FEDERAL EXPRESS Airbill: 793406377200 per 2616 Invoice No: 705125076 Ship Dt: 03/31/10 | 22.49 | |
| 16-Apr-10 | FEDERAL EXPRESS Airbill: 793437116511 per 4010 Invoice No: 705879158 Ship Dt: 04/12/10 (GALANOUDES 1000) | 6.12 | |
| 23-Apr-10 | FEDERAL EXPRESS Airbill: 793446989720 per 4010 Invoice No: 706682745 Ship Dt: 04/14/10 | 6.76 | |
| 23-Apr-10 | FEDERAL EXPRESS Airbill: 798578539161 per 1709 Invoice No: 706697715 Ship Dt: 04/16/10 | 6.24 | |
| 30-Apr-10 | FEDERAL EXPRESS Airbill: 798609842147 per 4010 Invoice No: 707445206 Ship Dt: 04/27/10 (GALANOUDES 1001) | 8.22 | |
| Total for FEDERAL EXPRESS | | | 49.83 |
| 16-Apr-10 | TRANSPORTATION - JUSTIN E. HEKKANEN: AIRFARE - TRAVEL TO TAMPA, FL TO ATTEND MEDIATION ON 3/19/10 JH-3389 | 330.10 | |
| Total for TRANSPORTATION | | | 330.10 |
| 16-Apr-10 | MEALS - JUSTIN E. HEKKANEN: TRAVEL TO TAMPA, FL TO ATTEND MEDIATION ON 3/19/10 JH-3389 | 2.69 | |
| Total for MEALS | | | 2.69 |
| 16-Apr-10 | PARKING - JUSTIN E. HEKKANEN: TRAVEL TO TAMPA, FL TO ATTEND MEDIATION ON 3/19/10 JH-3389 | 12.00 | |
| Total for PARKING | | | 12.00 |

Akerman Senterfitt                                                          Page 8

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2010 |
| 0163227 | TROPICAL VILLAGE, INC. | Invoice Number | 8500555 |

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 16-Apr-10 | OTHER TRAVEL EXPENSES - JUSTIN E. HEKKANEN: TAXI - TRAVEL TO TAMPA, FL TO ATTEND MEDIATION ON 3/19/10 JH-3389 | 28.00 | |
| Total for OTHER TRAVEL EXPENSES | | | 28.00 |
| 12-Apr-10 | FILING FEES - CLERK OF THE CIRCUIT COURT, PASCO COUNTY CLERK OF THE CIRCUIT COURT, PASCO COUNTY; FCL SALE 4/15/10 FILING FEE 09-CA-9771 UNIT #1000-GALANOUDES; BC | 70.00 | |
| 13-Apr-10 | FILING FEES - CLERK OF THE COURT CLERK OF THE COURT; FCL SALE FILING FEE UNIT 1002/GALANOUDES 4/19/10; BC | 70.00 | |
| 13-Apr-10 | FILING FEES - CLERK OF THE COURT CLERK OF THE COURT; FCL SALE FILING FEE QUINTANA #802 4/19/10; BC | 70.00 | |
| 13-Apr-10 | FILING FEES - CLERK OF THE COURT CLERK OF THE COURT; FILING FEE RUTSTEIN #1201 4/19/10; BC | 70.00 | |
| Total for FILING FEES | | | 280.00 |
| 27-Apr-10 | COURT REPORTER - VERITEXT FLORIDA REPORTING CO. ; APPEARANCE AT HEARING BEFORE JUDGE COBB ON 3/17/10. LEHMAN BROTHERS BANK/TROPICAL VILLAGE. RG-3561 | 100.00 | |
| 29-Apr-10 | COURT REPORTER - VERITEXT FLORIDA REPORTING CO. : APPEARANCE FOR COURT REPORTER ON 3/17/10 HEARING - AURORA V. QUINTANA JH-3389 | 100.00 | |
| Total for COURT REPORTER | | | 200.00 |
| 12-Apr-10 | DOCUMENTARY STAMPS - CLERK OF THE CIRCUIT COURT, PASCO COUNTY CLERK OF THE CIRCUIT COURT, PASCO COUNTY; FCL SALE 4/15/10 DOC STAMP FEE UNIT 1000/GALANOUDES; AGM | 0.70 | |
| 13-Apr-10 | DOCUMENTARY STAMPS - CLERK OF THE COURT CLERK OF THE COURT; DOC STAMP FEE UNIT 802 QUINTANA 4/19/10; BC | 0.70 | |

Akerman Senterfitt                                                             Page 9

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2010 |
| 0163227 | TROPICAL VILLAGE, INC. | Invoice Number | 8500555 |

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 13-Apr-10 | DOCUMENTARY STAMPS - CLERK OF THE COURT CLERK OF THE COURT; FCL DOC STAMP FEE UNIT 1002/GALANOUDES 4/19/10; BC | 0.70 |
| 13-Apr-10 | DOCUMENTARY STAMPS - CLERK OF THE COURT CLERK OF THE COURT; DOC STAMP FEE RUTSTEIN UNIT 1201 4/19/10; BC | 0.70 |
| Total for DOCUMENTARY STAMPS | | 2.80 |
| 6-Apr-10 | EXPENSE ADVANCE - GULF COAST BUSINESS REVIEW, INC. GULF COAST BUSINESS REVIEW, INC.; FORECLOSURE SALE PUBLICATION #10=0902P/GALANDOUDES UNIT #1000;BC | 150.00 |
| 6-Apr-10 | EXPENSE ADVANCE - GULF COAST BUSINESS REVIEW, INC. GULF COAST BUSINESS REVIEW, INC.; PUBLICATION FEE FORECLOSURE SALE 4/19/10 UNIT 802 INV 10-1247P;BC | 150.00 |
| 6-Apr-10 | EXPENSE ADVANCE - GULF COAST BUSINESS REVIEW, INC. GULF COAST BUSINESS REVIEW, INC.; PUBLICATION FEE #10-1248P-FCL SALE 4/19/10 RUTSTEIN UNIT #1201;BC | 150.00 |
| 6-Apr-10 | EXPENSE ADVANCE - GULF COAST BUSINESS REVIEW, INC. GULF COAST BUSINESS REVIEW, INC.; PUBLICATION FEE - FCL SALE 4/19/10 GALANOUDES UNIT #1002; BC | 150.00 |
| 12-Apr-10 | EXPENSE ADVANCE - CLERK OF THE CIRCUIT COURT, PASCO COUNTY CLERK OF THE CIRCUIT COURT, PASCO COUNTY; ONLINE BIDDER FEE UNIT 1000/GALANOUDES; AGM | 27.00 |
| 13-Apr-10 | EXPENSE ADVANCE - CLERK OF THE COURT CLERK OF THE COURT; BIDDER FEE UNIT 1002/GALANOUDES 4/19/10; BC | 27.00 |
| 13-Apr-10 | EXPENSE ADVANCE - CLERK OF THE COURT CLERK OF THE COURT; BIDDER FEE UNIT 802 QUINTANA 4/19/10; BC | 27.00 |
| 13-Apr-10 | EXPENSE ADVANCE - GULF COAST BUSINESS REVIEW, INC. GULF COAST BUSINESS REVIEW, INC.; FCL SALE PUBLICATION UNIT 1002; BC | 150.00 |

Akerman Senterfitt                                                           Page 10

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of              April 30, 2010
0163227     TROPICAL VILLAGE, INC.                  Invoice Number           8500555

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 13-Apr-10 | EXPENSE ADVANCE - GULF COAST BUSINESS REVIEW, INC. GULF COAST BUSINESS REVIEW, INC.; FCL SALE PUBLICATION FEE UNIT 1201 SALE 4/19/10; BC | 150.00 |
| 13-Apr-10 | EXPENSE ADVANCE - GULF COAST BUSINESS REVIEW, INC. GULF COAST BUSINESS REVIEW, INC.; FCL PUBLICATION INV 10-1247P UNIT 802 SALE 4/29/10; BC | 150.00 |
| 13-Apr-10 | EXPENSE ADVANCE - CLERK OF THE COURT CLERK OF THE COURT; BIDDER FEE RUTSTEIN UNIT #1201; BC | 27.00 |
| 13-Apr-10 | Reversal from Void Check Number: 25002686 Bank ID: 1008-25 Voucher ID: 1023114 Vendor: GULF COAST BUSINESS REVIEW, INC. | (150.00) |
| 13-Apr-10 | Reversal from Void Check Number: 25002688 Bank ID: 1008-25 Voucher ID: 1023111 Vendor: GULF COAST BUSINESS REVIEW, INC. | (150.00) |
| 13-Apr-10 | Reversal from Void Check Number: 25002687 Bank ID: 1008-25 Voucher ID: 1023113 Vendor: GULF COAST BUSINESS REVIEW, INC. | (150.00) |
| 22-Apr-10 | EXPENSE ADVANCE - GULF COAST BUSINESS REVIEW, INC. GULF COAST BUSINESS REVIEW, INC.; FCL SALE 5/3/10 PUBLICATION UNIT #1001; BC | 150.00 |
| 22-Apr-10 | EXPENSE ADVANCE - GULF COAST BUSINESS REVIEW, INC. GULF COAST BUSINESS REVIEW, INC.; FCL SALE 5/3/10 PUBLICATION FEE UNIT # 701; BC | 150.00 |
| 22-Apr-10 | EXPENSE ADVANCE - GULF COAST BUSINESS REVIEW, INC. GULF COAST BUSINESS REVIEW, INC.; FCL SALE 5/3/10 PUBLICATION UNIT #1103; BC | 150.00 |
| 27-Apr-10 | EXPENSE ADVANCE - CLERK OF THE COURT CLERK OF THE COURT; FORECLOSURE SALE FILING FEE #1103-5/3/10; BC | 70.00 |
| 27-Apr-10 | EXPENSE ADVANCE - CLERK OF THE COURT CLERK OF THE COURT; FORECLOSURE SALE DOC STAMP FEE - #1103-5/3/10; BC | 0.70 |
| 27-Apr-10 | EXPENSE ADVANCE - CLERK OF THE COURT CLERK OF THE COURT; FORECLOSURE SALE/SUCCESSFUL BIDDER FEE #1103-5/3/10; BC | 27.00 |

Akerman Senterfitt                                                      Page 11

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2010 |
| 0163227 | TROPICAL VILLAGE, INC. | Invoice Number | 8500555 |

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 27-Apr-10 | EXPENSE ADVANCE - CLERK OF THE COURT CLERK OF THE COURT; FORECLOSURE SALE FILING FEE #1001-5/3/10; BC | 70.00 |
| 27-Apr-10 | EXPENSE ADVANCE - CLERK OF THE COURT CLERK OF THE COURT; FORECLOSURE SALE DOC STAMP FEE #1001-5/3/10; BC | 0.70 |
| 27-Apr-10 | EXPENSE ADVANCE - CLERK OF THE COURT CLERK OF THE COURT; FORECLOSURE SALE SUCCESSFUL BIDDER FEE #1001-5/3/10; BC | 27.00 |
| 27-Apr-10 | EXPENSE ADVANCE - CLERK OF THE COURT CLERK OF THE COURT; FORECLOSURE SALE FILING FEE/HIROTA UNIT #701 5/3/10; BC | 70.00 |
| 27-Apr-10 | EXPENSE ADVANCE - CLERK OF THE COURT CLERK OF THE COURT; FORECLOSURE SALE DOC STAMPS #701-5/3/10; BC | 0.70 |
| 27-Apr-10 | EXPENSE ADVANCE - CLERK OF THE COURT CLERK OF THE COURT; FORECLOSURE SALE - SUCCESSFUL BIDDER FEE #701-5/23/10; BC | 27.00 |
| 29-Apr-10 | EXPENSE ADVANCE - GULF COAST BUSINESS REVIEW, INC. GULF COAST BUSINESS REVIEW, INC.; PUBLICATION FEE 5/3/10 FCL SALE DATE #1001; BC | 150.00 |
| 29-Apr-10 | EXPENSE ADVANCE - GULF COAST BUSINESS REVIEW, INC. GULF COAST BUSINESS REVIEW; PUBLICATION FEE FCL SALE 5/3/10 #1101; BC | 150.00 |
| 29-Apr-10 | EXPENSE ADVANCE - GULF COAST BUSINESS REVIEW, INC. GULF COAST BUSINESS REVIEW, INC.; PUBLICATION OF FCL SALE 5/3/10 #701; BC | 150.00 |
| 29-Apr-10 | Reversal from Void Check Number: 25002736 Bank ID: 1008-25 Voucher ID: 1025887 Vendor: GULF COAST BUSINESS REVIEW, INC. | (150.00) |
| 29-Apr-10 | Reversal from Void Check Number: 25002734 Bank ID: 1008-25 Voucher ID: 1025889 Vendor: GULF COAST BUSINESS REVIEW, INC. | (150.00) |
| 29-Apr-10 | Reversal from Void Check Number: 25002735 Bank ID: 1008-25 Voucher ID: 1025888 Vendor: GULF COAST BUSINESS REVIEW, INC. | (150.00) |

Total for EXPENSE ADVANCE                                              1,451.10

Akerman Senterfitt                                                          Page 12

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2010 |
| 0163227 | TROPICAL VILLAGE, INC. | Invoice Number | 8500555 |

| <u>Date</u> | <u>Disbursements</u> | <u>Value</u> |
|---|---|---|
| 16-Apr-10 | Reversal from Void Check Number: 11221696 Bank ID: 1003 Voucher ID: 1023724 Vendor: GULF COAST BUSINESS REVIEW, INC. | (150.00) |
| 16-Apr-10 | OTHER CHARGES - GULF COAST BUSINESS REVIEW, INC. ; FEE FOR PUBLICATION OF NOTICE OF SALE ON MARCH 19,26, 2010. AURORA/TROPICAL VILLAGE. ESW-2811 | 150.00 |

Total for OTHER CHARGES                                                          0.00

**Total Disbursements** ................................................................................................................$2,539.58

Akerman Senterfitt                                                  Page 13

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | April 30, 2010 |
| 0163227 | TROPICAL VILLAGE, INC. | Invoice Number | 8500555 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| ERC | E. R. COLBY | 27.00 | 4,455.00 |
| JEH | J. E. HEKKANEN | 3.60 | 1,170.00 |
| KEG | K. E. GIDDINGS | 4.50 | 2,205.00 |
| NMW | N. M. WALLACE | 2.10 | 882.00 |
| | Total | 37.20 | $8,712.00 |

# September 2010



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | October 31, 2011 |
| Invoice No. | 8640837 |

LYNETTE SPOHN
AURORA BANK, FSB
AURORA LEGAL
PO BOX 2426
SECAUCUS, NJ 07094

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **SCOTT M. CLARK (CO) - AURORA MATTER ID
13478**
Matter Number: **0251317**                    Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through September 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $184.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (18.40) |
| TOTAL SERVICES | $165.60 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$165.60** |

| | |
|---|---|
| **PREVIOUS BALANCE** | 179.95 |
| (Includes payments received through 10/31/11) | |
| **TOTAL AMOUNT DUE** | **$345.55** |

*To ensure proper credit to the above account, please indicate invoice no. 8640837*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | October 31, 2011 |
| Invoice No. | 8640837 |

LYNETTE SPOHN
AURORA BANK, FSB
AURORA LEGAL
PO BOX 2426
SECAUCUS, NJ 07094

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **SCOTT M. CLARK (CO) - AURORA MATTER ID 13478** |
| Matter Number: | **0251317** |

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through September 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $184.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (18.40) |
| TOTAL SERVICES | $165.60 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$165.60** |

| | |
|---|---|
| **PREVIOUS BALANCE** | 179.95 |
| (Includes payments received through 10/31/11) | |
| **TOTAL AMOUNT DUE** | **$345.55** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8640837*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | September 30, 2011 |
| 0251317 | SCOTT M. CLARK (CO) - AURORA MATTER ID 13478 | Invoice Number | 8640837 |

**Task Code:**     **4000 Non-Bankruptcy Litigation**

| 15-Jun-11 | Review complaint identifying Lehman Brothers Holdings as defendant. | CL | 0.30 | 34.50 |
| 15-Jun-11 | Prepare notice of bankruptcy, notice of stay, cover letter to plaintiffs re: bankruptcy. Prepare/forward email to counsel attaching documents for review. | CL | 0.90 | 103.50 |
| 29-Sep-11 | Reviewed state docket and district court docket to determine status of cases. | CL | 0.40 | 46.00 |
| | **Subtotal for Code 4000 Non-Bankruptcy Litigation** | | **1.60** | **184.00** |

Services..................................................................................................................$184.00

**LESS AGREED UPON 10% FEE DISCOUNT**                                                    **(18.40)**

**Total Services** ..............................................................................................**$165.60**

Akerman Senterfitt                                                      Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.              As of              September 30, 2011
0251317       SCOTT M. CLARK (CO) - AURORA MATTER ID 13478   Invoice Number              8640837

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| CL | C. LINNEY | 1.60 | 184.00 |
| | Total | 1.60 | $184.00 |

# October 2010



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| Invoice Date | November 05, 2010 |
|---|---|
| Invoice No. | 8544326 |

CRAIG W. BURNS
LAMCO, LLC
A WHOLLY OWNED SUBSIDIARY OF
LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS, 38TH FL
NEW YORK, NY 10020

| | | |
|---|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** | |
| Matter Name: | **GABLES MARQUIS CONSTRUCTION CLEAN-UP** | |
| Matter Number: | **0214163** | Claim No: **XXXXX Task Code 2300** |

---

*For professional services rendered through October 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $534.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$534.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8544326*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | November 05, 2010 |
| Invoice No. | 8544326 |

CRAIG W. BURNS
LAMCO, LLC
A WHOLLY OWNED SUBSIDIARY OF
LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS, 38TH FL
NEW YORK, NY 10020

| | | |
|---|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** | |
| Matter Name: | **GABLES MARQUIS CONSTRUCTION CLEAN-UP** | |
| Matter Number: | **0214163** | Claim No: **XXXXX Task Code 2300** |

*For professional services rendered through October 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $534.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$534.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8544326*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                        Page 3

| 051161 | LEHMAN BROTHERS HOLDINGS, INC. | As of | October 31, 2010 |
| 0214163 | GABLES MARQUIS CONSTRUCTION CLEAN-UP | Invoice Number | 8544326 |

**Task Code:**    **2300**

| Date | Description | | | |
|------|-------------|------|------|--------|
| 29-Oct-10 | RECEIPT AND REVIEW CORRESPONDENCE FROM TRIMONT AND CLIENT RE STATUS. | SBB | 0.20 | 89.00 |
| 29-Oct-10 | RECEIPT AND REVIEW EXCEL SPREADSHEET RE PAYMENT OWED AND PAID TO COSAN SUBS | SBB | 0.60 | 267.00 |
| 29-Oct-10 | ATTEND CALL WITH CLIENT RE STATUS OF AMOUNT OWED TO COSAN AND SUBS AND STRATEGY FOR RESOLVING SAME | SBB | 0.40 | 178.00 |
| | **Subtotal for Code 2300** | | **1.20** | **534.00** |

**Total Fees for Services Rendered**...................................................................................**$534.00**

Akerman Senterfitt                                                                                          Page 4

051161        LEHMAN BROTHERS HOLDINGS, INC.            As of                October 31, 2010
0214163       GABLES MARQUIS CONSTRUCTION CLEAN-UP      Invoice Number              8544326

| Initial | Name | | Hours | Amount |
|---|---|---|---|---|
| SBB | S.B. BOHM | | 1.20 | 534.00 |
| | | Total | 1.20 | $534.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 30-Nov-10 |
| Invoice No. | 8549620 |

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **PRUDENCE WALTZ**

Claim
No.: **XXXXX**
**Task Code 4000**

Matter Number:   **0243662**

---

### INVOICE SUMMARY

*For professional services rendered through October 31, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 2,024.00 |
| LESS COURTESY DISCOUNT | (202.40) |
| TOTAL SERVICES | $ 1,821.60 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 1,821.60** |

---

*To ensure proper credit to the above account, please indicate matter no. 0243662*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date       30-Nov-10
Invoice No.        8549620

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **PRUDENCE WALTZ**                        Claim No.: **XXXXX**
                                                        **Task Code 4000**

Matter Number:  **0243662**

---

### INVOICE SUMMARY

*For professional services rendered through October 31, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---:|
| SERVICES | $ 2,024.00 |
| LESS COURTESY DISCOUNT | (202.40) |
| TOTAL SERVICES | $ 1,821.60 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 1,821.60** |

*To ensure proper credit to the above account, please indicate matter no. 0243662*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

054539    LEHMAN BROTHERS HOLDINGS, INC.                                    As of              31-Oct-10
0243662    PRUDENCE WALTZ                                                    Bill Number        8549620

Task Code:    4000

| 10/25/10 | DRAFT BRIEF OF INTERESTED PARTY REQUESTING COMPLIANCE WITH CHAPTER 11 STAY | B. M. LEIFER | 1.70 | 391.00 |
|---|---|---|---|---|
| 10/25/10 | ANALYZE FILED DOCUMENTS ALONG WITH COURT DOCKET TOGETHER WITH OTHER PLEADINGS TO PREPARE FOR STATEMENT AT TRIAL REGARDING COMPLIANCE WITH CHAPTER 11 STAY THEN FURTHER PREPARE FOR TRIAL STATEMENT | B. M. LEIFER | 2.30 | 529.00 |
| 10/26/10 | ATTEND TRIAL TO ASSERT LEHMAN'S BANKRUPTCY ESTATE CLAIM INCLUDING IN PERSON CONFERENCES WITH OPPOSING COUNSEL TOGETHER WITH CO COUNSEL REGARDING CHAPTER 11 CLAIM | B. M. LEIFER | 4.80 | 1,104.00 |

|  | Subtotal for Code 4000 | 8.80 | 2,024.00 |
|---|---|---|---|

Services .................................................................................................................. $2,024.00

LESS COURTESY DISCOUNT ...........................................................................................(202.40)

Total Fees for Services Rendered    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $1,821.60

054539     LEHMAN BROTHERS HOLDINGS, INC.                                     As of              31-Oct-10
  0243662   PRUDENCE WALTZ                                                      Bill Number      8549620

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| BML | B. M. LEIFER | 8.80 | 2,024.00 |
| | Total | 8.80 | $2,024.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | November 25, 2011 |
| Invoice No. | 8646774 |

LYNETTE SPOHN
AURORA BANK, FSB
AURORA LEGAL
PO BOX 2426
SECAUCUS, NJ 07094

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **SCOTT M. CLARK (CO) - AURORA MATTER ID 13478**
Matter Number: **0251317**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through October 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $0.00 |
| Disbursements | $14.35 |
| **TOTAL THIS INVOICE** | $14.35 |

| | |
|---|---|
| **PREVIOUS BALANCE** | 179.95 |
| (Includes payments received through 11/25/11) | |
| **TOTAL AMOUNT DUE** | **$194.30** |

*To ensure proper credit to the above account, please indicate invoice no. 8646774*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date  November 25, 2011
Invoice No.   8646774

LYNETTE SPOHN
AURORA BANK, FSB
AURORA LEGAL
PO BOX 2426
SECAUCUS, NJ 07094

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **SCOTT M. CLARK (CO) - AURORA MATTER ID 13478**
Matter Number: **0251317**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through October 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $0.00 |
| Disbursements | $14.35 |
| **TOTAL THIS INVOICE** | **$14.35** |

| | |
|---|---|
| **PREVIOUS BALANCE** | 179.95 |
| (Includes payments received through 11/25/11) | |
| **TOTAL AMOUNT DUE** | **$194.30** |

*To ensure proper credit to the above account, please indicate invoice no. 8646774*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                      Page 3

054539       LEHMAN BROTHERS HOLDINGS, INC.          As of          October 31, 2011
0251317      SCOTT M. CLARK (CO) - AURORA MATTER ID 13478   Invoice Number        8646774


**Total Services** ......................................................................................................**$0.00**


| <u>Date</u> | <u>Disbursements</u> | <u>Value</u> |
|---|---|---|
| 5-Oct-11 | FILING FEES - LEXISNEXIS ; Filing/Services Fees on 8/25/11. Bank of America v. Dornseif. JME-4519 | 14.35 |
| Total for FILING FEES | | 14.35 |

**Total Disbursements** ...........................................................................................**$14.35**

# November 2010



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | December 22, 2010 |
| Invoice No. | 8554817 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **TROPICAL VILLAGE, INC. LOAN # 0016288268**
Matter Number: **0163227**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through November 30, 2010 as summarized below:*

| | |
|---|---|
| Services | $4,640.50 |
| LESS COURTESY DISCOUNT | (464.05) |
| TOTAL SERVICES | $4,176.45 |
| Disbursements | $20.86 |
| **TOTAL THIS INVOICE** | **$4,197.31** |

*To ensure proper credit to the above account, please indicate invoice no. 8554817*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | December 22, 2010 |
| Invoice No. | 8554817 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **TROPICAL VILLAGE, INC. LOAN # 0016288268**
Matter Number:   **0163227**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through November 30, 2010 as summarized below:*

| | |
|---|---|
| Services | $4,640.50 |
| LESS COURTESY DISCOUNT | (464.05) |
| TOTAL SERVICES | $4,176.45 |
| Disbursements | $20.86 |
| **TOTAL THIS INVOICE** | **$4,197.31** |

*To ensure proper credit to the above account, please indicate invoice no. 8554817*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | November 30, 2010 |
|--------|--------------------------------|--|-------|-------------------|
| 0163227 | TROPICAL VILLAGE, INC. | | Invoice Number | 8554817 |

**Task Code:**   **4000**

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 2-Nov-10 | DETERMINE STATUS OF SETTLEMENT | KEG | 0.20 | 103.00 |
| 3-Nov-10 | WORK ON RESPONSE TO ET SETTLEMENT COMMUNICATIONS REGARDING JUDGMENTS FOR ATTORNEYS' FEES AND COSTS, AND CONFESSION OF JUDGMENT. | JEH | 0.30 | 102.00 |
| 5-Nov-10 | CONDUCT COMMUNICATIONS WITH EQUITABLE TITLE REGARDING FINALIZING SETTLEMENT CONCERNING RELEASING RECORDED JUDGMENTS AND CALL FROM MEDIATOR. | JEH | 0.20 | 68.00 |
| 8-Nov-10 | WORK ON FINALIZING PASSARELLI SETTLEMENT AGREEMENT IN RESPONSE TO PASSARELLI'S REVISIONS. | JEH | 1.40 | 476.00 |
| 8-Nov-10 | CONDUCT COMMUNICATIONS WITH LEHMAN REGARDING FINALIZING SETTLEMENT WITH PASSARELLI AND EQUITABLE TITLE. | JEH | 0.20 | 68.00 |
| 8-Nov-10 | CONDUCT COMMUNICATIONS WITH PASSARELLI COUNSEL REGARDING FINALIZING SETTLEMENT, FORECLOSURE JUDGMENTS, CERTIFICATES OF TITLE AND POTENTIAL THIRD PARTY CLAIMS. | JEH | 0.40 | 136.00 |
| 9-Nov-10 | CONDUCT COMMUNICATIONS WITH PASSARELLI REGARDING IN REM REMEDIES AND CERTIFICATES OF TITLE TO FINALIZE SETTLEMENT. | JEH | 0.40 | 136.00 |
| 9-Nov-10 | CONDUCT COMMUNICATION WITH ET REGARDING FINALIZING SETTLEMENT. | JEH | 0.20 | 68.00 |
| 9-Nov-10 | CONDUCT COMMUNICATION WITH LEHMAN REGARDING ET EDITS TO SETTLEMENT AGREEMENT FOR REPLY. | JEH | 0.10 | 34.00 |
| 9-Nov-10 | WORK ON FINALIZING SETTLEMENT AGREEMENT IN RESPONSE TO ET REVISIONS FOR REPLY AND UPDATE TO CLIENT. | JEH | 0.40 | 136.00 |
| 9-Nov-10 | REVIEW FINAL CERTIFICATE OF TITLE (13 BORROWERS) | ERC | 1.10 | 192.50 |
| 10-Nov-10 | WORK ON SETTLEMENT ISSUES | KEG | 0.40 | 206.00 |
| 10-Nov-10 | COMMUNICATION WITH MEDIATOR REGARDING STATUS OF SETTLEMENT | NMW | 0.20 | 88.00 |

Akerman Senterfitt                                                      Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2010 |
| 0163227 | TROPICAL VILLAGE, INC. | Invoice Number | 8554817 |

| 10-Nov-10 | STRATEGIZE REGARDING STATUS OF SETTLEMENT | NMW | 0.20 | 88.00 |
| 10-Nov-10 | WORK ON FINALIZING EQUITABLE TITLE SETTLEMENT AGREEMENT IN RESPONSE TO LEHMAN DIRECTIONS. | JEH | 0.10 | 34.00 |
| 10-Nov-10 | WORK ON FINALIZING PASSARELLI SETTLEMENT AGREEMENT IN RESPONSE TO LEHMAN DIRECTIONS. | JEH | 0.10 | 34.00 |
| 10-Nov-10 | CONDUCT COMMUNICATION WITH EQUITABLE TITLE REGARDING FINALIZING SETTLEMENT. | JEH | 0.10 | 34.00 |
| 10-Nov-10 | CONDUCT COMMUNICATION WITH PASSARELLI REGARDING FINALIZING SETTLEMENT. | JEH | 0.10 | 34.00 |
| 11-Nov-10 | WORK ON FINALIZING EQUITABLE TITLE SETTLEMENT AGREEMENT REGARDING PAYMENT PROVISION IN RESPONSE TO EQUITABLE TITLE REQUEST. | JEH | 0.30 | 102.00 |
| 11-Nov-10 | CONDUCT COMMUNICATIONS WITH EQUITABLE TITLE REGARDING FINALIZING AGREEMENT. | JEH | 0.30 | 102.00 |
| 11-Nov-10 | CONDUCT COMMUNICATIONS WITH PASSARELLI REGARDING FINALIZING AGREEMENT. | JEH | 0.20 | 68.00 |
| 11-Nov-10 | CONDUCT COMMUNICATIONS WITH LEHMAN REGARDING FINALIZING AGREEMENT. | JEH | 0.10 | 34.00 |
| 11-Nov-10 | WORK ON SETTLEMENT ISSUES | KEG | 0.40 | 206.00 |
| 11-Nov-10 | STRATEGIZE REGARDING STATUS OF SETTLEMENT | NMW | 0.10 | 44.00 |
| 12-Nov-10 | DRAFT JOINT STIPULATION FOR DISMISSAL OF APPEAL | KEG | 1.00 | 515.00 |
| 12-Nov-10 | FINALIZE SETTLEMENT AGREEMENT WITH EQUITABLE TITLE. | JEH | 1.10 | 374.00 |
| 12-Nov-10 | CONDUCT COMMUNICATIONS WITH LEHMAN REGARDING FINALIZING SETTLEMENT AGREEMENTS. | JEH | 0.20 | 68.00 |
| 12-Nov-10 | CONDUCT COMMUNICATIONS WITH EQUITABLE TITLE REGARDING FINALIZING SETTLEMENT AGREEMENT. | JEH | 0.20 | 68.00 |

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2010 |
|--------|------|------|------|
| 0163227 | TROPICAL VILLAGE, INC. | Invoice Number | 8554817 |

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 12-Nov-10 | CONDUCT COMMUNICATIONS WITH PASSARELLI REGARDING FINALIZING SETTLEMENT AGREEMENT. | JEH | 0.20 | 68.00 |
| 12-Nov-10 | CONDUCT COMMUNICATIONS WITH MEDIATOR REGARDING FINALIZING SETTLEMENT AGREEMENT. | JEH | 0.30 | 102.00 |
| 14-Nov-10 | WORK ON FINALIZING JOINT STIPULATION FOR DISMISSAL UNDER SETTLEMENT AGREEMENTS. | JEH | 0.30 | 102.00 |
| 14-Nov-10 | CONDUCT COMMUNICATION WITH EQUITABLE TITLE REGARDING FINALIZING JOINT STIPULATION FOR DISMISSAL UNDER SETTLEMENT AGREEMENTS. | JEH | 0.10 | 34.00 |
| 14-Nov-10 | CONDUCT COMMUNICATION WITH PASSARELLI REGARDING FINALIZING JOINT STIPULATION FOR DISMISSAL UNDER SETTLEMENT AGREEMENTS. | JEH | 0.10 | 34.00 |
| 15-Nov-10 | RETURN CALL OF MEDIATOR REGARDING EXTENSION TO FILE JOINT STIPULATIONS OF DISMISSAL. | JEH | 0.10 | 34.00 |
| 15-Nov-10 | WORK ON RESPONSE TO COMMUNICATION FROM EQUITABLE TITLE REGARDING FINALIZING JOINT STIPULATION OF DISMISSAL. | JEH | 0.10 | 34.00 |
| 15-Nov-10 | UPDATE JOINT STIPULATION OF DISMISSAL IN RESPONSE TO EQUITABLE TITLE COMMUNICATION. | JEH | 0.10 | 34.00 |
| 15-Nov-10 | CONDUCT COMMUNICATIONS WITH PASSARELLI REGARDING UPDATED JOINT STIPULATION OF DISMISSAL. | JEH | 0.20 | 68.00 |
| 15-Nov-10 | WORK ON FINALIZING SETTLEMENT DOCUMENTS | KEG | 0.40 | 206.00 |
| 16-Nov-10 | CONDUCT COMMUNICATION WITH MEDIATOR REGARDING DISMISSAL OF APPEAL. | JEH | 0.10 | 34.00 |
| 16-Nov-10 | CONDUCT COMMUNICATION WITH PARTIES REGARDING DISMISSAL OF APPEAL. | JEH | 0.10 | 34.00 |
| 17-Nov-10 | WORK ON RESPONSE TO LEHMAN REQUEST FOR INFORMATION REGARDING ANGEL SETTLEMENTS. | JEH | 0.20 | 68.00 |

Akerman Senterfitt                                                                      Page 6

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2010 |
| 0163227 | TROPICAL VILLAGE, INC. | Invoice Number | 8554817 |

| 22-Nov-10 | CONDUCT COMMUNICATION WITH EQUITABLE TITLE REGARDING PAYMENT OF SETTLEMENT FUNDS AND SATISFACTIONS OF JUDGMENT. | JEH | 0.10 | 34.00 |
| 22-Nov-10 | CONDUCT COMMUNICATION WITH LEHMAN REGARDING PAYMENT OF SETTLEMENT FUNDS AND SATISFACTIONS OF JUDGMENT. | JEH | 0.10 | 34.00 |
| 23-Nov-10 | CONDUCT COMMUNICATION WITH LEHMAN REGARDING EQUITABLE TITLE SETTLEMENT PAYMENT. | JEH | 0.10 | 34.00 |
| 27-Nov-10 | CONDUCT COMMUNICATION WITH LEHMAN REGARDING SATISFACTIONS OF JUDGMENT TO COMPLETE EQUITABLE TITLE SETTLEMENT. | JEH | 0.10 | 34.00 |
| 30-Nov-10 | CONDUCT COMMUNICATION WITH LEHMAN REGARDING SATISFACTIONS OF JUDGMENT AND COSTS JUDGMENT. | JEH | 0.10 | 34.00 |

|  | **Subtotal for Code 4000** | | **12.80** | **4,640.50** |

Services..........................................................................................$4,640.50

**LESS COURTESY DISCOUNT**                                                   (464.05)

**Total Services** .............................................................................$4,176.45

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 15-Nov-10 | DUPLICATING | 0.80 | |
| 16-Nov-10 | DUPLICATING | 1.40 | |
| 16-Nov-10 | DUPLICATING | 0.20 | |
| 16-Nov-10 | DUPLICATING | 5.60 | |
| 16-Nov-10 | DUPLICATING | 0.20 | |
| Total for DUPLICATING | | | 8.20 |
| 19-Nov-10 | FEDERAL EXPRESS Airbill: 796454075921 per 2564 Invoice No: 729988709 Ship Dt: 11/16/10 | 6.33 | |
| 26-Nov-10 | FEDERAL EXPRESS Airbill: 796482379970 per 1709 Invoice No: 730823375 Ship Dt: 11/23/10 | 6.33 | |
| Total for FEDERAL EXPRESS | | | 12.66 |

Akerman Senterfitt                                                                    Page 7

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of          November 30, 2010
0163227  ·· TROPICAL VILLAGE, INC.                   Invoice Number          8554817


**Total Disbursements** ............................................................................................................$20.86

Akerman Senterfitt                                                                        Page 8

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2010 |
| 0163227 | TROPICAL VILLAGE, INC. | Invoice Number | 8554817 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| ERC | E. R. COLBY | 1.10 | 192.50 |
| JEH | J. E. HEKKANEN | 8.80 | 2,992.00 |
| KEG | K. E. GIDDINGS | 2.40 | 1,236.00 |
| NMW | N. M. WALLACE | 0.50 | 220.00 |
| | Total | 12.80 | $4,640.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | December 21, 2010 |
| Invoice No. | 8554529 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **DIRECT MORTGAGE CORPORATION
(PROJECT HARVEST)**
Matter Number:   **0225242**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through November 30, 2010 as summarized below:*

| | |
|---|---|
| Services | $1,155.00 |
| LESS COURTESY DISCOUNT | (115.50) |
| TOTAL SERVICES | $1,039.50 |
| Disbursements | $7.58 |
| **TOTAL THIS INVOICE** | **$1,047.08** |

*To ensure proper credit to the above account, please indicate invoice no. 8554529*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date       December 21, 2010
Invoice No.                8554529

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **DIRECT MORTGAGE CORPORATION
(PROJECT HARVEST)**
Matter Number:  **0225242**                                    Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through November 30, 2010 as summarized below:*

| | |
|---|---|
| Services | $1,155.00 |
| LESS COURTESY DISCOUNT | (115.50) |
| TOTAL SERVICES | $1,039.50 |
| Disbursements | $7.58 |
| **TOTAL THIS INVOICE** | **$1,047.08** |

*To ensure proper credit to the above account, please indicate invoice no. 8554529*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                                    Page 3

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT<br>HARVEST) | As of<br>Invoice Number | November 30, 2010<br>8554529 |
|---|---|---|---|

**Task Code:**   **4000**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 1-Nov-10 | REVIEW COURT ORDERS DEADLINES. | JLR | 0.10 | 30.00 |
| 2-Nov-10 | ANALYZE NOTICE OF DEPOSITION OF DEFENDANT DIRECT MORTGAGE CORP. | KLE | 0.40 | 56.00 |
| 2-Nov-10 | REVIEW AND ANALYZE AURORA BANK'S INTERROGATORIES AND 30(B)(6) NOTICE TO DIRECT MORTGAGE | JDB | 0.50 | 185.00 |
| 8-Nov-10 | REVIEW AND APPROVE DRAFT STIPULATION TO CONTINUE DISCOVERY DEADLINES | JDB | 0.20 | 74.00 |
| 12-Nov-10 | DRAFTED DECLARATION OF JUSTIN BALSER IN SUPPORT OF STIPULATION TO EXTEND DEADLINES. | JLR | 0.70 | 210.00 |
| 12-Nov-10 | REVISE DECLARATION IN SUPPORT OF STIPULATION TO EXTEND DISCOVERY. | KLE | 0.40 | 56.00 |
| 15-Nov-10 | PREPARE AND SEND EMAIL RE DEPOSITION SCHEDULING AND DATES FOR SETTLEMENT CONFERENCE | JDB | 0.10 | 37.00 |
| 24-Nov-10 | ANALYZE AND RESEARCH US DISTRICT COURT DOCKET FOR FILING OF STIPULATION TO AMEND SCHEDULING ORDER. | KLE | 0.40 | 56.00 |
| 29-Nov-10 | EMAIL EXCHANGE WITH COUNSEL FOR AURORA BANK RE STIPULATION TO CONTINUE DEADLINES TO EXPLORE SETTLEMENT | JDB | 0.20 | 74.00 |
| 29-Nov-10 | RESEARCH AND ANALYZE COURT DOCKET RE: FILING OF STIPULATION TO AMEND SCHEDULING ORDER. | KLE | 0.40 | 56.00 |
| 30-Nov-10 | FINALIZE DECLARATION OF J. BALSER IN SUPPORT OF STIPULATION TO EXTEND DISCOVERY DEADLINE. | KLE | 0.80 | 112.00 |
| 30-Nov-10 | PREPARE INSTRUCTIONAL MEMORANDUM TO FIRST LEGAL SUPPORT SERVICES REGARDING DELIVERY OF THE SAME TO THE CLERK OF THE COURT PER LOCAL JUDICIAL RULES. | KLE | 0.30 | 42.00 |
| 30-Nov-10 | REVISE DECLARATION IN SUPPORT OF STIPULATION TO EXTEND DISCOVERY DATES | JDB | 0.30 | 111.00 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2010 |
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | Invoice Number | 8554529 |

| 30-Nov-10 | COMPLETE SERVICE OF DECLARATION OF J. BALSER IN SUPPORT OF STIPULATION TO EXTEND DISCOVERY DEADLINE ON ALL PARTIES | KLE | 0.40 | 56.00 |

| | **Subtotal for Code 4000** | | **5.20** | **1,155.00** |

Services............................................................................................$1,155.00

**LESS COURTESY DISCOUNT**                                (115.50)

**Total Services** ..............................................................................$1,039.50

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 30-Nov-10 | DUPLICATING | 1.20 | |
| 30-Nov-10 | DUPLICATING | 0.20 | |
| Total for DUPLICATING | | | 1.40 |
| 5-Nov-10 | FEDERAL EXPRESS Airbill: 796397522336 per 3911 Invoice No: 728301811 Ship Dt: 10/29/10 | 6.18 | |
| Total for FEDERAL EXPRESS | | | 6.18 |

**Total Disbursements** ...................................................................$7.58

Akerman Senterfitt                                                                 Page 5

054539        LEHMAN BROTHERS HOLDINGS, INC.              As of          November 30, 2010
0225242       DIRECT MORTGAGE CORPORATION (PROJECT       Invoice Number        8554529
              HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 1.30 | 481.00 |
| JLR | J. L. RUBIN | 0.80 | 240.00 |
| KLE | K. L. ELLIOTT | 3.10 | 434.00 |
| | Total | 5.20 | $1,155.00 |

# December 2010



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     January 27, 2011
Invoice No.        8562985

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **TROPICAL VILLAGE, INC. LOAN # 0016288268**
Matter Number:   **0163227**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $922.00 |
| LESS COURTESY DISCOUNT | (92.20) |
| TOTAL SERVICES | $829.80 |
| Disbursements | $7.40 |
| **TOTAL THIS INVOICE** | **$837.20** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8562985*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 27, 2011 |
| Invoice No. | 8562985 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **TROPICAL VILLAGE, INC. LOAN # 0016288268**
Matter Number:    **0163227**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $922.00 |
| LESS COURTESY DISCOUNT | (92.20) |
| TOTAL SERVICES | $829.80 |
| Disbursements | $7.40 |
| **TOTAL THIS INVOICE** | **$837.20** |

*To ensure proper credit to the above account, please indicate invoice no. 8562985*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | December 31, 2010 |
|---|---|---|---|---|
| 0163227 | TROPICAL VILLAGE, INC. | | Invoice Number | 8562985 |

**Task Code:    4000**

| | | | | |
|---|---|---|---|---|
| 2-Dec-10 | CONDUCT COMMUNICATIONS WITH EQUITABLE TITLE REGARDING SATISFACTIONS OF JUDGMENT. | JEH | 0.20 | 68.00 |
| 2-Dec-10 | CONDUCT COMMUNICATION WITH LEHMAN REGARDING SATISFACTIONS OF JUDGMENT. | JEH | 0.10 | 34.00 |
| 3-Dec-10 | CONDUCT COMMUNICATIONS WITH HIROTA REGARDING FINALIZING FORECLOSURE UNDER CERTIFICATE OF TITLE / FINAL JUDGMENT. | JEH | 0.20 | 68.00 |
| 9-Dec-10 | ANALYZE STATUS OF DISMISSAL | KEG | 0.20 | 103.00 |
| 10-Dec-10 | CONDUCT COMMUNICATION WITH EQUITABLE TITLE REGARDING RELEASING JUDGMENT LIEN. | JEH | 0.10 | 34.00 |
| 22-Dec-10 | ANALYZE ORDER OF DISMISSAL AND DRAFT NOTES CLOSING CASE | KEG | 0.40 | 206.00 |
| 22-Dec-10 | WORK ON RESPONSE TO PASSARELLI REQUEST REGARDING DISMISSAL OF ACTIONS UNDER SETTLEMENT | JEH | 0.20 | 68.00 |
| 22-Dec-10 | CONDUCT COMMUNICATIONS WITH PASSARELLI REGARDING JOIN STIPULATION OF DISMISSAL. | JEH | 0.20 | 68.00 |
| 23-Dec-10 | FINALIZE STIPULATION OF DISMISSAL OF DISTRICT COURT ACTION FOR FILING. | JEH | 0.10 | 34.00 |
| 23-Dec-10 | CONDUCT COMMUNICATION WITH PASSARELLI REGARDING STIPULATION OF DISMISSAL OF DISTRICT COURT ACTION UNDER SETTLEMENT AGREEMENT. | JEH | 0.10 | 34.00 |
| 27-Dec-10 | ANALYZE COURT ORDER | KEG | 0.20 | 103.00 |
| 28-Dec-10 | WORK ON RESPONSE TO CLIENT REQUEST REGARDING POTENTIAL BROKER CLAIM AGAINST MORTGAGEIT. | JEH | 0.30 | 102.00 |
| | **Subtotal for Code 4000** | | **2.30** | **922.00** |

Services...................................................................................................................$922.00

**LESS COURTESY DISCOUNT**                                                                         (92.20)

**Total Services** .................................................................................................$829.80

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
| 0163227 | TROPICAL VILLAGE, INC. | Invoice Number | 8562985 |

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 8-Dec-10 | DUPLICATING | 0.80 | |
| Total for DUPLICATING | | | 0.80 |
| 10-Dec-10 | FEDERAL EXPRESS Airbill: 796525872883 per 1709 Invoice No: 732272247 Ship Dt: 12/07/10 | 6.60 | |
| Total for FEDERAL EXPRESS | | | 6.60 |

**Total Disbursements** ...................................................................................................................$7.40

Akerman Senterfitt                                                    Page 5

054539     LEHMAN BROTHERS HOLDINGS, INC.          As of          December 31, 2010
0163227    TROPICAL VILLAGE, INC.                  Invoice Number        8562985

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JEH | J. E. HEKKANEN | 1.50 | 510.00 |
| KEG | K. E. GIDDINGS | 0.80 | 412.00 |
| | Total | 2.30 | $922.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 12-Jan-11 |
| Invoice No. | 8559476 |

CRAIG W. BURNS
LAMCO, LLC
A WHOLLY OWNED SUBSIDIARY OF
LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS, 38TH FL
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **GABLES MARQUIS CONSTRUCTION CLEAN-UP**
Matter Number:  **0214163**

### INVOICE SUMMARY

*For professional services rendered through December 31, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 6,052.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 6,052.00** |

*To ensure proper credit to the above account, please indicate matter no. 0214163*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | 12-Jan-11 |
|---|---|
| Invoice No. | 8559476 |

CRAIG W. BURNS
LAMCO, LLC
A WHOLLY OWNED SUBSIDIARY OF
LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS, 38TH FL
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **GABLES MARQUIS CONSTRUCTION CLEAN-UP**
Matter Number:   **0214163**

## INVOICE SUMMARY

*For professional services rendered through December 31, 2010 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 6,052.00 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | **$ 6,052.00** | |

*To ensure proper credit to the above account, please indicate matter no. 0214163*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
*Akerman Senterfitt Operating Account*
*c/o SunTrust Bank, Atlanta, GA*
*ABA Number: 061000104*
*Account Number: 0215-252207533*
*Reference your invoice number and matter number*
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                        Page 3

051161    LEHMAN BROTHERS HOLDINGS, INC.                     As of          31-Dec-10
 0214163   GABLES MARQUIS CONSTRUCTION CLEAN-UP              Bill Number     8559476


Task Code:   2300

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 12/07/10 | REVIEW REPLY TO CORRESPONDENCE FROM COSCAN RE: EXECUTED SUBCONTRACTOR LIEN RELEASES. | S.B. BOHM | 0.10 | 44.50 |
| 12/07/10 | DRAFT CORRESPONDENCE TO COSCAN RE SUBCONTRACTOR LIEN RELEASES. | S.B. BOHM | 0.20 | 89.00 |
| 12/07/10 | REVIEW FILES RE EXECUTED SUBCONTRACTOR LIEN RELEASES. | S.B. BOHM | 0.20 | 89.00 |
| 12/07/10 | ATTEND CALL WITH CLIENT AND COSCAN RE STATUS. | S.B. BOHM | 0.20 | 89.00 |
| 12/07/10 | RAFT CORRESPONDENCE TO CLIENT RE SUBCONTRACTOR LIEN RELEASES. | S.B. BOHM | 0.20 | 89.00 |
| 12/07/10 | REVIEW SUBCONTRACTOR LIEN RELEASES TO DETERMINE RELEASED PARTIES. | S.B. BOHM | 0.30 | 133.50 |
| 12/07/10 | DRAFT REPLY TO SAME. | S.B. BOHM | 0.20 | 89.00 |
| 12/07/10 | REVIEW CORRESPONDENCE FROM CLIENT RE STATUS AND EFFECT OF SUBCONTRACTOR LIEN RELEASES. | S.B. BOHM | 0.20 | 89.00 |
| 12/08/10 | REVIEW CORRESPONDENCE FROM UTLEY RE STATUS OF PROFESSIONAL PLUMBING PAYMENT AND RELEASE | S.B. BOHM | 0.20 | 89.00 |
| 12/08/10 | DRAFT REPLY TO SAME. | S.B. BOHM | 0.20 | 89.00 |
| 12/09/10 | REVIEW RESPONSE TO SAME. | S.B. BOHM | 0.10 | 44.50 |
| 12/09/10 | REVIEW ORIGINAL PROFESSIONAL PLUMBING RELEASE DOCUMENTS TO DRAFT CORRESPONDENCE TO UTLEY RE SAME | S.B. BOHM | 0.10 | 44.50 |
| 12/15/10 | TELEPHONE CONFERENCE WITH RHODES RE COASTAL'S CLAIM TO THE WARRANTY ALLOWANCE. | S.B. BOHM | 0.40 | 178.00 |
| 12/15/10 | DRAFT CORRESPONDENCE TO | S.B. BOHM | 0.30 | 133.50 |

Akerman Senterfitt                                                      Page 4

| | | | | |
|---|---|---|---|---|
| 051161 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 31-Dec-10 |
| 0214163 | GABLES MARQUIS CONSTRUCTION CLEAN-UP | | Bill Number | 8559476 |

| | | | | |
|---|---|---|---|---|
| | RHODES RE SAME. | | | |
| 12/15/10 | REVIEW CONTRACT RE SAME. | S.B. BOHM | 0.30 | 133.50 |
| 12/16/10 | TELEPHONE CONFERENCE WITH RHODES RE UPDATED TITLE COMMITMENT. | S.B. BOHM | 0.20 | 89.00 |
| 12/16/10 | REVIEW UPDATED TITLE COMMITMENT FROM RHODES. | S.B. BOHM | 0.40 | 178.00 |
| 12/16/10 | REVIEW CORRESPONDENCE TO AND FROM COASTAL RE SETTLEMENT. | S.B. BOHM | 0.30 | 133.50 |
| 12/16/10 | PREPARATION FOR AND ATTENDANCE AT CALL WITH CLIENT RE COASTAL'S CLAIM TO THE WARRANTY ALLOWANCE AND STRATEGY FOR RESOLVING SAME. | S.B. BOHM | 1.30 | 578.50 |
| 12/20/10 | TELEPHONE CONFERENCE WITH CLIENT RE STATUS AND STRATEGY RE COSCAN SETTLEMENT | S.B. BOHM | 0.40 | 178.00 |
| 12/20/10 | REVIEW DOCUMENTS RE COSCAN SETTLEMENT AMOUNT. | S.B. BOHM | 0.80 | 356.00 |
| 12/21/10 | DRAFT CORRESPONDENCE TO CLIENT RE COUNTER PROPOSAL. | S.B. BOHM | 0.20 | 89.00 |
| 12/21/10 | REVIEW CORRESPONDENCE FROM UTLEY RE COUNTER PROPOSAL. | S.B. BOHM | 0.20 | 89.00 |
| 12/21/10 | TELEPHONE CONFERENCE WITH CLIENT RE STATUS. | S.B. BOHM | 0.20 | 89.00 |
| 12/21/10 | TELEPHONE CONFERENCE WITH UTLEY RE SETTLEMENT AMOUNT. | S.B. BOHM | 0.20 | 89.00 |
| 12/21/10 | REVIEW CORRESPONDENCE FROM CLIENT APPROVING SETTLEMENT AMOUNT. | S.B. BOHM | 0.20 | 89.00 |
| 12/21/10 | REVISE CORRESPONDENCE TO CLIENT RE AMOUNTS TO BE OFFERED TO SETTLE WITH COSCAN. | S.B. BOHM | 0.20 | 89.00 |
| 12/21/10 | TELEPHONE CONFERENCE WITH | S.B. BOHM | 0.30 | 133.50 |

Akerman Senterfitt                                                      Page 5

051161   LEHMAN BROTHERS HOLDINGS, INC.              As of        31-Dec-10
0214163   GABLES MARQUIS CONSTRUCTION CLEAN-UP       Bill Number   8559476

|            |                                                                                                        |            |      |        |
|------------|--------------------------------------------------------------------------------------------------------|------------|------|--------|
|            | CLIENT RE AMOUNTS TO BE OFFERED TO SETTLE WITH COSCAN.                                                  |            |      |        |
| 12/21/10   | DRAFT DETAILED ANALYSIS TO CLIENT RE AMOUNTS TO BE OFFERED TO SETTLE WITH COSCAN.                       | S.B. BOHM  | 1.10 | 489.50 |
| 12/22/10   | PREPARATION FOR AND ATTENDANCE AT CALL WITH CLIENT RE ANALYSIS OF COSCAN COUNTER PROPOSAL AND RESPONSE TO SAME. | S.B. BOHM  | 0.70 | 311.50 |
| 12/22/10   | TELEPHONE CONFERENCE WITH CLIENT RE COSCAN COUNTER PROPOSAL.                                            | S.B. BOHM  | 0.20 | 89.00  |
| 12/22/10   | REVIEW COSCAN COUNTER PROPOSAL.                                                                         | S.B. BOHM  | 0.30 | 133.50 |
| 12/22/10   | DRAFT CORRESPONDENCE TO UTLEY RE SETTLEMENT TERMS.                                                      | S.B. BOHM  | 0.20 | 89.00  |
| 12/22/10   | TELEPHONE CONFERENCE WITH UTLEY RE SETTLEMENT TERMS.                                                    | S.B. BOHM  | 0.20 | 89.00  |
| 12/22/10   | REVIEW REPLY TO SAME.                                                                                   | S.B. BOHM  | 0.20 | 89.00  |
| 12/22/10   | DRAFT CORRESPONDENCE TO CLIENT RE PROPOSED CORRESPONDENCE TO UTLEY AND TERMS OF COUNTER PROPOSAL.       | S.B. BOHM  | 0.20 | 89.00  |
| 12/23/10   | REVIEW CORRESPONDENCE FROM UTLEY RE PROPOSED SETTLEMENT AGREEMENT.                                      | S.B. BOHM  | 0.30 | 133.50 |
| 12/23/10   | TELEPHONE CONFERENCE WITH UTLEY RE SETTLEMENT TERMS.                                                    | S.B. BOHM  | 0.30 | 133.50 |
| 12/30/10   | DRAFT REVISIONS TO PROPOSED SETTLEMENT AGREEMENT                                                        | S.B. BOHM  | 1.20 | 534.00 |
| 12/30/10   | DRAFT CORRESPONDENCE TO CLIENT RE REVISIONS TO PROPOSED SETTLEMENT AGREEMENT.                           | S.B. BOHM  | 0.20 | 89.00  |
| 12/30/10   | RUN REDLINE.                                                                                            | S.B. BOHM  | 0.40 | 178.00 |

Akerman Senterfitt                                                      Page 6

051161    LEHMAN BROTHERS HOLDINGS, INC.              As of        31-Dec-10
  0214163   GABLES MARQUIS CONSTRUCTION CLEAN-UP       Bill Number    8559476


                        Subtotal for Code 2300           13.60       6,052.00

            Total Fees for Services Rendered    . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $6,052.00

Akerman Senterfitt                                                    Page 7

051161    LEHMAN BROTHERS HOLDINGS, INC.              As of          31-Dec-10
  0214163   GABLES MARQUIS CONSTRUCTION CLEAN-UP      Bill Number     8559476

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| SBB | S.B. BOHM | 13.60 | 445.00 | 6,052.00 |
| | Total | 13.60 | | $6,052.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | January 27, 2011 |
| Invoice No. | 8562984 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **SOUTH TRUST FUNDING INC., AKA LAPE
                 ENTERPRISES, INC.**
Matter Number:   **0221778**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $90.00 |
| LESS COURTESY DISCOUNT | (9.00) |
| TOTAL SERVICES | $81.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$81.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8562984*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 27, 2011 |
| Invoice No. | 8562984 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **SOUTH TRUST FUNDING INC., AKA LAPE ENTERPRISES, INC.**
Matter Number: **0221778**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $90.00 |
| LESS COURTESY DISCOUNT | (9.00) |
| TOTAL SERVICES | $81.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$81.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8562984*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                            Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
| 0221778 | SOUTH TRUST FUNDING INC., AKA LAPE | Invoice Number | 8562984 |
|  | ENTERPRISES, INC. | | |

**Task Code:**    **4000**

| 16-Dec-10 | PREPARED LBHI CASE STATUS REPORT. | JLR | 0.30 | 90.00 |
| | **Subtotal for Code 4000** | | **0.30** | **90.00** |

Services..................................................................................................................$90.00

**LESS COURTESY DISCOUNT**                                                                          **(9.00)**

**Total Services** ....................................................................................................**$81.00**

Akerman Senterfitt                                                          Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of           December 31, 2010
0221778     SOUTH TRUST FUNDING INC., AKA LAPE         Invoice Number          8562984
            ENTERPRISES, INC.

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JLR | J. L. RUBIN | 0.30 | 90.00 |
| | Total | 0.30 | $90.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date          January 27, 2011
Invoice No.                    8562983

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:      **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:      **BANK OF ENGLAND MORTGAGE COMPANY**
Matter Number:   **0221779**                                    Claim No: **XXXXX Task**
                                                                              **Code 4000**

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $236.00 |
| LESS COURTESY DISCOUNT | (23.60) |
| TOTAL SERVICES | $212.40 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$212.40** |

*To ensure proper credit to the above account, please indicate invoice no. 8562983*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 27, 2011 |
| Invoice No. | 8562983 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **BANK OF ENGLAND MORTGAGE COMPANY**
Matter Number: **0221779**                                      Claim No: **XXXXX Task**
**Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $236.00 |
| LESS COURTESY DISCOUNT | (23.60) |
| TOTAL SERVICES | $212.40 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$212.40** |

*To ensure proper credit to the above account, please indicate invoice no. 8562983*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                              Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
| 0221779 | BANK OF ENGLAND MORTGAGE COMPANY | Invoice Number | 8562983 |

**Task Code:**    **4000**

| 10-Dec-10 | ANALYZE SETTLEMENT AGREEMENT DATED 11-3-10. | KLE | 0.30 | 42.00 |
| 15-Dec-10 | PREPARED LBHI CASE STATUS REPORT. | JLR | 0.30 | 90.00 |
| 17-Dec-10 | CONDUCTED CALL WITH J. BAKER RE: LBHI CASE STATUS. | JLR | 0.10 | 30.00 |
| 17-Dec-10 | ATTEND CONFERENCE CALL WITH LBHI AND REILLY POZNER TO DISCUSS CASE STATUS | JDB | 0.20 | 74.00 |
| | **Subtotal for Code 4000** | | **0.90** | **236.00** |

Services..................................................................................................$236.00

**LESS COURTESY DISCOUNT**                                                        (23.60)

**Total Services** ....................................................................................**$212.40**

Akerman Senterfitt

054539       LEHMAN BROTHERS HOLDINGS, INC.              As of            December 31, 2010
0221779      BANK OF ENGLAND MORTGAGE COMPANY           Invoice Number         8562983

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.20 | 74.00 |
| JLR | J. L. RUBIN | 0.40 | 120.00 |
| KLE | K. L. ELLIOTT | 0.30 | 42.00 |
| | Total | 0.90 | $236.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | January 27, 2011 |
| Invoice No. | 8562978 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **APPROVED FUNDING CORP.**
Matter Number:    **0221786**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $494.00 |
| LESS COURTESY DISCOUNT | (49.40) |
| TOTAL SERVICES | $444.60 |
| Disbursements | $12.00 |
| **TOTAL THIS INVOICE** | **$456.60** |

*To ensure proper credit to the above account, please indicate invoice no. 8562978*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 27, 2011 |
| Invoice No. | 8562978 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **APPROVED FUNDING CORP.**
Matter Number: **0221786**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $494.00 |
| LESS COURTESY DISCOUNT | (49.40) |
| TOTAL SERVICES | $444.60 |
| Disbursements | $12.00 |
| **TOTAL THIS INVOICE** | **$456.60** |

*To ensure proper credit to the above account, please indicate invoice no. 8562978*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
|---|---|---|---|
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8562978 |

**Task Code:**      **4000**

| Date | Description | | | |
|---|---|---|---|---|
| 15-Dec-10 | PREPARED LBHI CASE STATUS REPORT. | JLR | 0.30 | 90.00 |
| 17-Dec-10 | CONDUCTED CALL WITH J. BAKER RE: LBHI CASE STATUS. | JLR | 0.10 | 30.00 |
| 17-Dec-10 | ATTEND CONFERENCE CALL WITH LBHI AND REILLY POZNER TO DISCUSS CASE STATUS | JDB | 0.20 | 74.00 |
| 20-Dec-10 | COMMUNICATION WITH COUNSEL RE: BK PETITION AND SETTLEMENT. | JLR | 0.30 | 90.00 |
| 22-Dec-10 | COMMUNICATION WITH J. BAKER RE: APPROVED SETTLEMENT NEGOTIATIONS. | JLR | 0.10 | 30.00 |
| 22-Dec-10 | COMMUNICATION WITH APPROVED'S COUNSEL RE: SETTLEMENT. | JLR | 0.40 | 120.00 |
| 23-Dec-10 | COMMUNICATION WITH APPROVED'S COUNSEL RE: SETTLEMENT. | JLR | 0.10 | 30.00 |
| 23-Dec-10 | COMMUNICATION WITH Z. TRUMPP AND J. BAKER RE: SETTLEMENT. | JLR | 0.10 | 30.00 |
| | **Subtotal for Code 4000** | | **1.60** | **494.00** |

Services.................................................................................................................$494.00

**LESS COURTESY DISCOUNT**                                                                      (49.40)

**Total Services** ...............................................................................................$444.60

| Date | Disbursements | Value |
|---|---|---|
| 20-Dec-10 | OTHER TRAVEL EXPENSES - JENNIFER L. RUBIN: TAXI ON 11/15/10 FROM NY OFFICE TO HOME: REF COURT APPEARANCE-SETTLEMENT CONFERENCE JR/3911 | 12.00 |
| | Total for OTHER TRAVEL EXPENSES | 12.00 |

**Total Disbursements** ....................................................................................$12.00

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8562978 |

| Initial | Name | | Hours | Amount |
|---------|------|---|-------|--------|
| JDB | J. D. BALSER | | 0.20 | 74.00 |
| JLR | J. L. RUBIN | | 1.40 | 420.00 |
| | | Total | 1.60 | $494.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | January 27, 2011 |
| Invoice No. | 8562977 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **ASSURED LENDING CORPORATION**
Matter Number: **0221794**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $431.50 |
| LESS COURTESY DISCOUNT | (43.15) |
| TOTAL SERVICES | $388.35 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$388.35** |

*To ensure proper credit to the above account, please indicate invoice no. 8562977*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 27, 2011 |
| Invoice No. | 8562977 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **ASSURED LENDING CORPORATION**
Matter Number: **0221794**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $431.50 |
| LESS COURTESY DISCOUNT | (43.15) |
| TOTAL SERVICES | $388.35 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$388.35** |

*To ensure proper credit to the above account, please indicate invoice no. 8562977*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                          Page 3

054539        LEHMAN BROTHERS HOLDINGS, INC.           As of            December 31, 2010
0221794       ASSURED LENDING CORPORATION             Invoice Number          8562977

**Task Code:**    **4000**

| Date | Description | | | |
|------|-------------|---|---|---|
| 17-Dec-10 | ATTEND CONFERENCE CALL WITH LBHI AND REILLY POZNER TO DISCUSS CASE STATUS | JDB | 0.20 | 74.00 |
| 20-Dec-10 | RESEARCHED CLAIM IN U.S. MORTGAGE CASE. | KMS | 0.40 | 130.00 |
| 20-Dec-10 | RESEARCHED KEY BANK CLAIM IN LEHMAN CASE. | KMS | 0.70 | 227.50 |
| | **Subtotal for Code 4000** | | **1.30** | **431.50** |

Services...................................................................................................$431.50

**LESS COURTESY DISCOUNT**                                                    (43.15)

**Total Services** ..................................................................................$388.35

Akerman Senterfitt                                                                    Page 4

054539     LEHMAN BROTHERS HOLDINGS, INC.          As of              December 31, 2010
0221794    ASSURED LENDING CORPORATION             Invoice Number            8562977

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.20 | 74.00 |
| KMS | K. M. SCHWARTZ | 1.10 | 357.50 |
| | Total | 1.30 | $431.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | January 28, 2011 |
| Invoice No. | 8564443 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **SOUTHEAST FUNDING ALLIANCE**
Matter Number:  **0211891**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $2,430.00 |
| LESS COURTESY DISCOUNT | (243.00) |
| TOTAL SERVICES | $2,187.00 |
| Disbursements | $41.99 |
| **TOTAL THIS INVOICE** | **$2,228.99** |

*To ensure proper credit to the above account, please indicate invoice no. 8564443*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 28, 2011 |
| Invoice No. | 8564443 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **SOUTHEAST FUNDING ALLIANCE**
Matter Number:  **0211891**                                    Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $2,430.00 |
| LESS COURTESY DISCOUNT | (243.00) |
| TOTAL SERVICES | $2,187.00 |
| Disbursements | $41.99 |
| **TOTAL THIS INVOICE** | **$2,228.99** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8564443*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                Page 3

054539      LEHMAN BROTHERS HOLDINGS, INC.           As of              December 31, 2010
0211891     SOUTHEAST FUNDING ALLIANCE               Invoice Number              8564443

**Task Code:**     **4000**

| Date | Description | | | |
|---|---|---|---|---|
| 2-Dec-10 | DRAFTED CLIENT UPDATE RE: WHETHER LBHI SHOULD TAKE A 30(B)(6) DEPOSITION. | JLR | 0.10 | 30.00 |
| 2-Dec-10 | CALL WITH H. GRAY RE: INTERROGATORY RESPONSES. | JLR | 0.60 | 180.00 |
| 2-Dec-10 | COMMUNICATION WITH V. JUNE RE: EXTENSION OF DISCOVERY SCHEDULE. | JLR | 0.10 | 30.00 |
| 3-Dec-10 | FINALIZED RESPONSES TO INTERROGATORIES. | JLR | 0.50 | 150.00 |
| 3-Dec-10 | FINALIZED RESPONSES TO DOCUMENT DEMANDS. | JLR | 2.00 | 600.00 |
| 4-Dec-10 | REVIEW AND REVISE RESPONSES TO DEFENDANT'S INTERROGATORIES | JDB | 0.80 | 296.00 |
| 7-Dec-10 | REVIEWED AND REDACTED SOUTHEAST FUNDING DOCUMENTS TO PRODUCE IN RESPONSE TO DOCUMENT PRODUCTION. | JLR | 3.00 | 900.00 |
| 8-Dec-10 | RESEARCH AND ANALYZE COURT DOCKET REGARDING CURRENT LITIGATION STATUS. | KLE | 0.30 | 42.00 |
| 9-Dec-10 | ANALYZE AMENDED CASE MANAGEMENT AND SCHEDULING ORDER FOR REVISED LITIGATION DEADLINES. | KLE | 0.70 | 98.00 |
| 17-Dec-10 | ATTEND CONFERENCE CALL WITH LBHI AND REILLY POZNER TO DISCUSS CASE STATUS | JDB | 0.20 | 74.00 |
| 17-Dec-10 | CONDUCTED CALL WITH J. BAKER RE: LBHI CASE STATUS. | JLR | 0.10 | 30.00 |
| | **Subtotal for Code 4000** | | **8.40** | **2,430.00** |

Services.................................................................................................$2,430.00

**LESS COURTESY DISCOUNT**                                        (243.00)

**Total Services** .................................................................................**$2,187.00**

Akerman Senterfitt                                                                         Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.           As of              December 31, 2010
0211891     SOUTHEAST FUNDING ALLIANCE               Invoice Number           8564443

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 6-Dec-10 | POSTAGE | 1.39 | |
| Total for POSTAGE | | | 1.39 |
| 6-Dec-10 | DUPLICATING | 8.00 | |
| 7-Dec-10 | DUPLICATING | 0.40 | |
| Total for DUPLICATING | | | 8.40 |
| 16-Dec-10 | TELEPHONE 1-407-835-4200 Orlando - FL (USA) | 0.20 | |
| Total for TELEPHONE | | | 0.20 |
| 13-Dec-10 | MEALS - SUNTRUST BANCARD, N.A. GEORGENNE SUMNER: 10/04/10 JIMMY JOHN'S, LUNCH MEETING RE: MEDIATION. REQUESTER: W. GRAY. FOOD $28.00 PLUS TIP $4.00. GBS-3022/ KMN-3795 | 32.00 | |
| Total for MEALS | | | 32.00 |

**Total Disbursements** ....................................................................................................$41.99

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
| 0211891 | SOUTHEAST FUNDING ALLIANCE | Invoice Number | 8564443 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 1.00 | 370.00 |
| JLR | J. L. RUBIN | 6.40 | 1,920.00 |
| KLE | K. L. ELLIOTT | 1.00 | 140.00 |
| | Total | 8.40 | $2,430.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| Invoice Date | January 27, 2011 |
| --- | --- |
| Invoice No. | 8562976 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **BONDCORP REALTY SERVICES, INC.**
**(PROJECT HARVEST)**
Matter Number: **0225239**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
| --- | --- |
| Services | $1,293.00 |
| LESS COURTESY DISCOUNT | (129.30) |
| TOTAL SERVICES | $1,163.70 |
| Disbursements | $72.15 |
| **TOTAL THIS INVOICE** | **$1,235.85** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8562976.*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 27, 2011 |
| Invoice No. | 8562976 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **BONDCORP REALTY SERVICES, INC.**
**(PROJECT HARVEST)**
Matter Number: **0225239**                    Claim No: **XXXXX Task**
**Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $1,293.00 |
| LESS COURTESY DISCOUNT | (129.30) |
| TOTAL SERVICES | $1,163.70 |
| Disbursements | $72.15 |
| **TOTAL THIS INVOICE** | **$1,235.85** |

*To ensure proper credit to the above account, please indicate invoice no. 8562976*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                            Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | Invoice Number | 8562976 |

**Task Code:** **4000**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 4-Dec-10 | RESEARCH AND ANALYZE COURT DOCKET TO CONFIRM DATE OF PRE-TRIAL CONFERENCE. PREPARE AND FORWARD EMAIL TO CLIENT REGARDING THE SAME. | KLE | 0.30 | 42.00 |
| 13-Dec-10 | PREPARED PROPOSED ORDER, DECLARATION, AND STIPULATION TO EXTEND DISCOVERY SCHEDULE PENDING SECOND MEDIATION SESSION. | JLR | 0.60 | 180.00 |
| 13-Dec-10 | BEGAN TO RESEARCH BORROWER'S PRESENT LOCATION TO OBTAIN AN AFFIDAVIT REGARDING IDENTITY THEFT. | JLR | 0.80 | 240.00 |
| 15-Dec-10 | REVISE STIPULATION TO AMEND SCHEDULING ORDER. PREPARE ORDER GRANTING STIPULATION. REVISE DECLARATION IN SUPPORT OF STIPULATION TO AMEND SCHEDULING ORDER. PREPARE CERTIFICATE OF SERVICE. | KLE | 0.80 | 112.00 |
| 15-Dec-10 | PREPARED LBHI CASE STATUS REPORT. | JLR | 0.30 | 90.00 |
| 17-Dec-10 | CONDUCTED CALL WITH J. BAKER RE: LBHI CASE STATUS. | JLR | 0.10 | 30.00 |
| 17-Dec-10 | ATTEND CONFERENCE CALL WITH LBHI AND REILLY POZNER TO DISCUSS CASE STATUS | JDB | 0.20 | 74.00 |
| 22-Dec-10 | FINALIZED STIPULATION AND DECLARATION TO EXTEND DISCOVERY DEADLINE. | JLR | 0.10 | 30.00 |
| 22-Dec-10 | REVIEW AND REVISE JOINT STIPULATION TO AMEND SCHEDULING ORDER, SET/RESET DEADLINES/HEARINGS. | E S | 0.60 | 57.00 |
| 22-Dec-10 | PREPARE CERTIFICATE OF SERVICE. | E S | 0.30 | 28.50 |
| 22-Dec-10 | REVIEW AND REVISE DECLARATION OF J. BALSER IN SUPPORT OF STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER. | E S | 0.40 | 38.00 |
| 22-Dec-10 | DRAFT PROPOSED ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER. | E S | 0.90 | 85.50 |
| 28-Dec-10 | REVISE PROPOSED ORDER GRANTING STIPULATION. | KLE | 0.80 | 112.00 |

Akerman Senterfitt                                                                    Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | Invoice Number | 8562976 |

| 28-Dec-10 | RESEARCH US DISTRICT COURT DOCKET REGARDING FILING OF STIPULATION TO AMEND SCHEDULING ORDER RE: DISCOVERY DEADLINE. | KLE | 0.30 | 42.00 |
| 29-Dec-10 | ANALYZE COURT'S ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER. UPDATE LITIGATION CALENDAR ACCORDINGLY. UPDATE LEGAL FILE AND PLEADING INDEX FOR COUNSEL'S USE IN CASE ADMINISTRATION. | KLE | 0.30 | 42.00 |
| 30-Dec-10 | COMMUNICATION WITH A. CHAVOS RE: DISCOVERY. | JLR | 0.30 | 90.00 |

|  | **Subtotal for Code 4000** |  | **7.10** | **1,293.00** |

Services............................................................................................$1,293.00

**LESS COURTESY DISCOUNT**                                              (129.30)

**Total Services** ............................................................................**$1,163.70**

| Date | Disbursements | | Value |
|---|---|---|---|
| 17-Dec-10 | FEDERAL EXPRESS Airbill: 796526909207 per 3911 Invoice No: 732952490 Ship Dt: 12/08/10 | 25.51 | |
| 17-Dec-10 | FEDERAL EXPRESS Airbill: 796526909300 per 3911 Invoice No: 732952490 Ship Dt: 12/08/10 | 24.02 | |
| 17-Dec-10 | FEDERAL EXPRESS Airbill: 796526909402 per 3911 Invoice No: 732952490 Ship Dt: 12/08/10 | 22.62 | |

Total for FEDERAL EXPRESS                                                          72.15

**Total Disbursements** ...................................................................**$72.15**

Akerman Senterfitt                                                            Page 5

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of          December 31, 2010
0225239     BONDCORP REALTY SERVICES, INC. (PROJECT    Invoice Number          8562976
            HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| E S | E. STREIBLE | 2.20 | 209.00 |
| JDB | J. D. BALSER | 0.20 | 74.00 |
| JLR | J. L. RUBIN | 2.20 | 660.00 |
| KLE | K. L. ELLIOTT | 2.50 | 350.00 |
| | Total | 7.10 | $1,293.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | January 27, 2011 |
| Invoice No. | 8562972 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **CALIFORNIA FINANCIAL GROUP (PROJECT HARVEST)**
Matter Number:   **0225240**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $284.00 |
| LESS COURTESY DISCOUNT | (28.40) |
| TOTAL SERVICES | $255.60 |
| Disbursements | $17.59 |
| **TOTAL THIS INVOICE** | **$273.19** |

*To ensure proper credit to the above account, please indicate invoice no. 8562972*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 27, 2011 |
| Invoice No. | 8562972 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **CALIFORNIA FINANCIAL GROUP (PROJECT HARVEST)**
Matter Number:  **0225240**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $284.00 |
| LESS COURTESY DISCOUNT | (28.40) |
| TOTAL SERVICES | $255.60 |
| Disbursements | $17.59 |
| **TOTAL THIS INVOICE** | **$273.19** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8562972*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                   Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
| 0225240 | CALIFORNIA FINANCIAL GROUP (PROJECT HARVEST) | Invoice Number | 8562972 |

**Task Code:**    **4000**

| 2-Dec-10 | REVIEWED LLOYDS REVISIONS TO CONFIDENTIALITY AGREEMENT. | JLR | 0.30 | 90.00 |
| 15-Dec-10 | PREPARED LBHI CASE STATUS REPORT. | JLR | 0.30 | 90.00 |
| 17-Dec-10 | CONDUCTED CALL WITH J. BAKER RE: LBHI CASE STATUS. | JLR | 0.10 | 30.00 |
| 17-Dec-10 | ATTEND CONFERENCE CALL WITH LBHI AND REILLY POZNER TO DISCUSS CASE STATUS | JDB | 0.20 | 74.00 |

|  | **Subtotal for Code 4000** | | **0.90** | **284.00** |

Services.................................................................................................$284.00

**LESS COURTESY DISCOUNT**                                                          (28.40)

**Total Services** ....................................................................................**$255.60**

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 10-Dec-10 | FEDERAL EXPRESS Airbill: 796477939024 per 3911 Invoice No: 732144419 Ship Dt: 12/03/10 | 17.59 | |
| | Total for FEDERAL EXPRESS | | 17.59 |

**Total Disbursements** ..........................................................................**$17.59**

Akerman Senterfitt

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of            December 31, 2010
0225240     CALIFORNIA FINANCIAL GROUP (PROJECT     Invoice Number           8562972
            HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.20 | 74.00 |
| JLR | J. L. RUBIN | 0.70 | 210.00 |
| | Total | 0.90 | $284.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | January 27, 2011 |
| Invoice No. | 8562969 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **DIRECT MORTGAGE CORPORATION**
                **(PROJECT HARVEST)**
Matter Number:  **0225242**                    Claim No: **XXXXX Task**
                                                     **Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $827.50 |
| LESS COURTESY DISCOUNT | (82.75) |
| TOTAL SERVICES | $744.75 |
| Disbursements | $21.17 |
| **TOTAL THIS INVOICE** | **$765.92** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8562969*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date    January 27, 2011
Invoice No.    8562969

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **DIRECT MORTGAGE CORPORATION
(PROJECT HARVEST)**
Matter Number:    **0225242**                    Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $827.50 |
| LESS COURTESY DISCOUNT | (82.75) |
| TOTAL SERVICES | $744.75 |
| Disbursements | $21.17 |
| **TOTAL THIS INVOICE** | **$765.92** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8562969*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
*Akerman Senterfitt Operating Account*
*c/o SunTrust Bank, Atlanta, GA*
*ABA Number:  061000104*
*Account Number:  0215-252207533*
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                            Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
|---|---|---|---|
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | Invoice Number | 8562969 |

**Task Code:**     **4000**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 10-Dec-10 | COMMUNICATION WITH CHAMBERS RE: SETTLEMENT CONFERENCE DATES AND EMAIL TO COUNSEL AND CLIENT RE: AGREEABLE DATES. | JLR | 0.50 | 150.00 |
| 15-Dec-10 | PREPARED LBHI CASE STATUS REPORT. | JLR | 0.50 | 150.00 |
| 17-Dec-10 | CONDUCTED CALL WITH J. BAKER RE: LBHI CASE STATUS. | JLR | 0.10 | 30.00 |
| 17-Dec-10 | COMMUNICATION WITH CHAMBERS TO VERIFY 1/20 IS STILL AVAILABLE. | JLR | 0.10 | 30.00 |
| 17-Dec-10 | ATTEND CONFERENCE CALL WITH LBHI AND REILLY POZNER TO DISCUSS CASE STATUS | JDB | 0.20 | 74.00 |
| 20-Dec-10 | COMMUNICATION WITH COURT RE: NEW SETTLEMENT DATES. | JLR | 0.10 | 30.00 |
| 20-Dec-10 | COMMUNICATION WITH COUNSEL FOR AURORA BANK AND DIRECT MORTGAGE RE: SCHEDULING DEPOSITIONS AND SETTLEMENT CONFERENCE. | JLR | 0.10 | 30.00 |
| 21-Dec-10 | PREPARED STIPULATION FOR SETTLEMENT CONFERENCE. | JLR | 0.20 | 60.00 |
| 21-Dec-10 | COMMUNICATION REGARDING DATES FOR SETTLEMENT CONFERENCE. | JLR | 0.30 | 90.00 |
| 22-Dec-10 | FINALIZED SETTLEMENT CONFERENCE STIPULATION AND COMMUNICATION WITH COUNSEL RE: STIPULATION. | JLR | 0.20 | 60.00 |
| 22-Dec-10 | FINALIZE AND PREPARE JOINT REQUEST FOR SETTLEMENT CONFERENCE. DRAFT PROPOSED ORDER GRANTING JOINT REQUEST FOR SETTLEMENT CONFERENCE. PREPARE CERTIFICATE OF SERVICE. | E S | 1.30 | 123.50 |

|  | **Subtotal for Code 4000** | | **3.60** | **827.50** |

Services..................................................................................................$827.50

**LESS COURTESY DISCOUNT**                                                          (82.75)

**Total Services** ....................................................................................**$744.75**

Akerman Senterfitt                                                                                      Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.                  As of            December 31, 2010
0225242     DIRECT MORTGAGE CORPORATION (PROJECT            Invoice Number            8562969
            HARVEST)

| Date | Disbursements | | Value |
|------|--------------|---|-------|
| 30-Nov-10 | POSTAGE DENVER | 1.83 | |
| Total for POSTAGE | | | 1.83 |
| 3-Dec-10 | FEDERAL EXPRESS Airbill: 794166929529 per 4162 Invoice No: 731352776 Ship Dt: 11/30/10 | 6.33 | |
| 17-Dec-10 | FEDERAL EXPRESS Airbill: 796552635578 per 4189 Invoice No: 732997704 Ship Dt: 12/14/10 | 6.41 | |
| 24-Dec-10 | FEDERAL EXPRESS Airbill: 796558185316 per 0996 Invoice No: 733775872 Ship Dt: 12/15/10 | 6.60 | |
| Total for FEDERAL EXPRESS | | | 19.34 |
| **Total Disbursements** ........................................................................................ | | | **$21.17** |

Akerman Senterfitt

054539       LEHMAN BROTHERS HOLDINGS, INC.                As of            December 31, 2010
0225242      DIRECT MORTGAGE CORPORATION (PROJECT          Invoice Number            8562969
             HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| E S | E. STREIBLE | 1.30 | 123.50 |
| JDB | J. D. BALSER | 0.20 | 74.00 |
| JLR | J. L. RUBIN | 2.10 | 630.00 |
| | Total | 3.60 | $827.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date       January 27, 2011
Invoice No.              8562966

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **KEY FINANCIAL CORPORATION (PROJECT HARVEST)**
Matter Number:  **0225255**                                   Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $194.00 |
| LESS COURTESY DISCOUNT | (19.40) |
| TOTAL SERVICES | $174.60 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$174.60** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8562966*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 27, 2011 |
| Invoice No. | 8562966 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **KEY FINANCIAL CORPORATION (PROJECT HARVEST)**
Matter Number:  **0225255**                           Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $194.00 |
| LESS COURTESY DISCOUNT | (19.40) |
| TOTAL SERVICES | $174.60 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$174.60** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8562966*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                    Page 3

054539          LEHMAN BROTHERS HOLDINGS, INC.              As of                December 31, 2010
0225255         KEY FINANCIAL CORPORATION (PROJECT          Invoice Number                8562966
                HARVEST)

**Task Code:**      **4000**

| | | | | |
|---|---|---|---|---|
| 15-Dec-10 | PREPARED LBHI CASE STATUS REPORT. | JLR | 0.30 | 90.00 |
| 17-Dec-10 | CONDUCTED CALL WITH J. BAKER RE: LBHI CASE STATUS. | JLR | 0.10 | 30.00 |
| 17-Dec-10 | ATTEND CONFERENCE CALL WITH LBHI AND REILLY POZNER TO DISCUSS CASE STATUS | JDB | 0.20 | 74.00 |
| | **Subtotal for Code 4000** | | **0.60** | **194.00** |

Services.................................................................................................................$194.00

**LESS COURTESY DISCOUNT**                                                                      (19.40)

**Total Services** ....................................................................................................$174.60

Akerman Senterfitt

054539
0225255

LEHMAN BROTHERS HOLDINGS, INC.
KEY FINANCIAL CORPORATION (PROJECT
HARVEST)

As of
Invoice Number

December 31, 2010
8562966

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.20 | 74.00 |
| JLR | J. L. RUBIN | 0.40 | 120.00 |
| | Total | 0.60 | $194.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    January 27, 2011
Invoice No.    8562965

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **MORTGAGE PARTNERS, INC. (PROJECT HARVEST)**
Matter Number: **0225260**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $342.00 |
| LESS COURTESY DISCOUNT | (34.20) |
| TOTAL SERVICES | $307.80 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$307.80** |

*To ensure proper credit to the above account, please indicate invoice no. 8562965*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date        January 27, 2011
Invoice No.         8562965

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **MORTGAGE PARTNERS, INC. (PROJECT HARVEST)**
Matter Number:  **0225260**                          Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $342.00 |
| LESS COURTESY DISCOUNT | (34.20) |
| TOTAL SERVICES | $307.80 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$307.80** |

*To ensure proper credit to the above account, please indicate invoice no. 8562965*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                              Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
| 0225260 | MORTGAGE PARTNERS, INC. (PROJECT HARVEST) | Invoice Number | 8562965 |

**Task Code:**    **4000**

| 6-Dec-10 | CALL WITH J. BAKER RE: SETTLEMENT AGREEMENT. | JLR | 0.10 | 30.00 |
| 8-Dec-10 | ANALYZE COURT'S ORDER VACATING 12-13-10 FINAL PRETRIAL CONFERENCE AND SETTING STATUS BRIEFING DEADLINE FOR 1-10-10. | KLE | 0.30 | 42.00 |
| 14-Dec-10 | COMMUNICATION WITH MORTGAGE PARTNERS' COUNSEL RE: SETTLEMENT AGREEMENT AND REVISED SETTLEMENT AGREEMENT. | JLR | 0.90 | 270.00 |

|  | **Subtotal for Code 4000** |  | **1.30** | **342.00** |

Services...................................................................................................$342.00

**LESS COURTESY DISCOUNT**                                            (34.20)

**Total Services** ..................................................................................**$307.80**

Akerman Senterfitt                                                                    Page 4

054539     LEHMAN BROTHERS HOLDINGS, INC.              As of              December 31, 2010
0225260    MORTGAGE PARTNERS, INC. (PROJECT HARVEST)   Invoice Number              8562965

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JLR | J. L. RUBIN | 1.00 | 300.00 |
| KLE | K. L. ELLIOTT | 0.30 | 42.00 |
| | Total | 1.30 | $342.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date          January 27, 2011
Invoice No.                    8562962

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **JERSEY MORTGAGE (PROJECT HARVEST)**
Matter Number:  **0237158**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $902.50 |
| LESS COURTESY DISCOUNT | (90.25) |
| TOTAL SERVICES | $812.25 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$812.25** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8562962*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date     January 27, 2011
Invoice No.      8562962

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **JERSEY MORTGAGE (PROJECT HARVEST)**
Matter Number:  **0237158**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $902.50 |
| LESS COURTESY DISCOUNT | (90.25) |
| TOTAL SERVICES | $812.25 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$812.25** |

*To ensure proper credit to the above account, please indicate invoice no. 8562962*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                        Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
| 0237158 | JERSEY MORTGAGE (PROJECT HARVEST) | Invoice Number | 8562962 |

**Task Code:     4000**

| 9-Dec-10 | COMMUNICATION WITH COUNSEL RE: SETTLEMENT AGREEMENT. | JLR | 0.10 | 30.00 |
| 13-Dec-10 | COMMUNICATION WITH COUNSEL RE: SETTLEMENT AGREEMENT AND LETTER TO HOCHBERG EXTENDING TIME TO FINALIZE SETTLEMENT AGREEMENT. | JLR | 0.90 | 270.00 |
| 13-Dec-10 | PREPARATION AND ELECTRONIC FILING OF JOINT LETTER TO JUDGE HOCHBERG REQUESTING EXTENSION OF TIME TO FINALIZE SETTLEMENT AGREEMENT. | H K | 0.50 | 122.50 |
| 20-Dec-10 | COMMUNICATION WITH COUNSEL RE: SETTLEMENT AGREEMENT. | JLR | 0.20 | 60.00 |
| 21-Dec-10 | REVISIONS TO SETTLEMENT AGREEMENT RE LUMP SUM PAYMENT, REMOVE REFERENCES TO COJ, AND OTHER REVISIONS. | JLR | 0.60 | 180.00 |
| 29-Dec-10 | COMMUNICATION WITH S. DROSDICK RE: SETTLEMENT APPROVAL. | JLR | 0.10 | 30.00 |
| 29-Dec-10 | COMMUNICATION WITH P. MULLANEY RE: SETTLEMENT AGREEMENT. | JLR | 0.10 | 30.00 |
| 29-Dec-10 | COMMUNICATION WITH J. BAKER AND STATUS UPDATE. | JLR | 0.30 | 90.00 |
| 30-Dec-10 | COMMUNICATION TO J. BAKER RE: JERSEY MORTGAGE SETTLEMENT. | JLR | 0.10 | 30.00 |
| 30-Dec-10 | COMMUNICATION WITH P. MULLANEY RE: SETTLEMENT AGREEMENT. | JLR | 0.20 | 60.00 |
| | **Subtotal for Code 4000** | | **3.10** | **902.50** |

Services.................................................................................................................$902.50

**LESS COURTESY DISCOUNT**                                                          (90.25)

**Total Services** ...............................................................................................**$812.25**

Akerman Senterfitt                                                                Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of          December 31, 2010
0237158     JERSEY MORTGAGE (PROJECT HARVEST)       Invoice Number         8562962

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| H K | H. KOGAN | 0.50 | 122.50 |
| JLR | J. L. RUBIN | 2.60 | 780.00 |
| | Total | 3.10 | $902.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | January 27, 2011 |
| Invoice No. | 8562959 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **1ST ADVANTAGE MORTGAGE**
Matter Number:  **0237769**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $314.00 |
| LESS COURTESY DISCOUNT | (31.40) |
| TOTAL SERVICES | $282.60 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$282.60** |

*To ensure proper credit to the above account, please indicate invoice no. 8562959*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date          January 27, 2011
Invoice No.                   8562959

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:      **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:      **1ST ADVANTAGE MORTGAGE**
Matter Number:   **0237769**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $314.00 |
| LESS COURTESY DISCOUNT | (31.40) |
| TOTAL SERVICES | $282.60 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$282.60** |

*To ensure proper credit to the above account, please indicate invoice no. 8562959*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                              Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
| 0237769 | 1ST ADVANTAGE MORTGAGE | Invoice Number | 8562959 |

**Task Code:**   **4000**

| 15-Dec-10 | PREPARED LBHI CASE STATUS REPORT. | JLR | 0.40 | 120.00 |
| 17-Dec-10 | CONDUCTED CALL WITH J. BAKER RE: LBHI CASE STATUS. | JLR | 0.10 | 30.00 |
| 17-Dec-10 | ATTEND CONFERENCE CALL WITH LBHI AND REILLY POZNER TO DISCUSS CASE STATUS | JDB | 0.20 | 74.00 |
| 20-Dec-10 | COMMUNICATION WITH COUNSEL RE: SETTLEMENT. | JLR | 0.20 | 60.00 |
| 21-Dec-10 | COMMUNICATION WITH COUNSEL RE: SETTLEMENT. | JLR | 0.10 | 30.00 |
| | **Subtotal for Code 4000** | | **1.00** | **314.00** |

Services..................................................................................................$314.00

**LESS COURTESY DISCOUNT**                                                     (31.40)

**Total Services** .................................................................................$282.60

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
| 0237769 | 1ST ADVANTAGE MORTGAGE | Invoice Number | 8562959 |

| Initial | Name | | Hours | Amount |
|---------|------|---|-------|--------|
| JDB | J. D. BALSER | | 0.20 | 74.00 |
| JLR | J. L. RUBIN | | 0.80 | 240.00 |
| | | Total | 1.00 | $314.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | January 27, 2011 |
| Invoice No. | 8562957 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **IMORTGAGE.COM**
Matter Number:   **0242661**

Claim No: **XXXXX Task**
**Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $164.00 |
| LESS COURTESY DISCOUNT | (16.40) |
| TOTAL SERVICES | $147.60 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$147.60** |

*To ensure proper credit to the above account, please indicate invoice no. 8562957*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 27, 2011 |
| Invoice No. | 8562957 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **IMORTGAGE.COM**
Matter Number:  **0242661**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $164.00 |
| LESS COURTESY DISCOUNT | (16.40) |
| TOTAL SERVICES | $147.60 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$147.60** |

*To ensure proper credit to the above account, please indicate invoice no. 8562957*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
| 0242661 | IMORTGAGE.COM | Invoice Number | 8562957 |

**Task Code:**    **4000**

| 22-Sep-10 | REVIEW MARICOPA COUNTY SUPERIOR COURT LOCAL RULES REGARDING FILING A NEW CASE. BEGIN DRAFTING SUMMONS AND COMPLAINT AGAINST IMORTGAGE.COM AS TO MARICOPA COUNTY SUPERIOR COURT LOCAL RULES. | E S | 1.00 | 90.00 |
| 17-Dec-10 | ATTEND CONFERENCE CALL WITH LBHI AND REILLY POZNER TO DISCUSS CASE STATUS | JDB | 0.20 | 74.00 |
| | **Subtotal for Code 4000** | | **1.20** | **164.00** |

Services..................................................................................................................$164.00

**LESS COURTESY DISCOUNT**                                                                    **(16.40)**

**Total Services** ..................................................................................................**$147.60**

Akerman Senterfitt                                                                 Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.          As of              December 31, 2010
0242661       IMORTGAGE.COM                            Invoice Number            8562957

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| E S | E. STREIBLE | 1.00 | 90.00 |
| JDB | J. D. BALSER | 0.20 | 74.00 |
| | Total | 1.20 | $164.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | January 27, 2011 |
| Invoice No. | 8562946 |

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **PRUDENCE WALTZ**
Matter Number:  **0243662**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $334.00 |
| LESS COURTESY DISCOUNT | (33.40) |
| TOTAL SERVICES | $300.60 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$300.60** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8562946*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | January 27, 2011 |
| --- | --- |
| Invoice No. | 8562946 |

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| --- | --- |
| Matter Name: | **PRUDENCE WALTZ** |
| Matter Number: | **0243662** |

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through December 31, 2010 as summarized below:*

| Services | $334.00 |
| --- | --- |
| LESS COURTESY DISCOUNT | (33.40) |
| TOTAL SERVICES | $300.60 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$300.60** |

*To ensure proper credit to the above account, please indicate invoice no. 8562946*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
|--------|-------------------------------|-------|-------------------|
| 0243662 | PRUDENCE WALTZ | Invoice Number | 8562946 |

**Task Code:    4000**

| Date | Description | | | |
|------|-------------|---|---|---|
| 9-Dec-10 | WORK ON REVISIONS TO DRAFT OBJECTION AND WORK ON OBTAINING PROPERTY VALUTION FROM AURORA | JDB | 0.40 | 148.00 |
| 9-Dec-10 | PER COUNSEL'S REQUEST ANALYZE LITIGATION FILE FOR PROPERTY VALUE INFORMATION, A COPY OF THE TRUSTEE'S DEED UPON SALE, AND THE NAME OF THE TITLE INSURER. | KLE | 0.80 | 112.00 |
| 28-Dec-10 | REVIEW EMAIL EXCHANGE BETWEEN TITLE COUNSEL AND LBHI BANKRUPTCY COUNSEL RE OUTCOME OF EX PARTE APPLICATION FILED BY WALTZ | JDB | 0.20 | 74.00 |

| **Subtotal for Code 4000** | **1.40** | **334.00** |
|---|---|---|

Services.................................................................................................$334.00

**LESS COURTESY DISCOUNT**                                    (33.40)

**Total Services** ...................................................................................**$300.60**

Akerman Senterfitt

054539     LEHMAN BROTHERS HOLDINGS, INC.          As of          December 31, 2010
0243662    PRUDENCE WALTZ                          Invoice Number          8562946

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.60 | 222.00 |
| KLE | K. L. ELLIOTT | 0.80 | 112.00 |
| | Total | 1.40 | $334.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | January 25, 2011 |
| Invoice No. | 8562557 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **AMERICAN FEDERAL MORTGAGE CORP.**
Matter Number:   **0244629**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---:|
| Services | $1,828.50 |
| LESS COURTESY DISCOUNT | (182.85) |
| TOTAL SERVICES | $1,645.65 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,645.65** |

*To ensure proper credit to the above account, please indicate invoice no. 8562557*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 25, 2011 |
| Invoice No. | 8562557 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **AMERICAN FEDERAL MORTGAGE CORP.**
Matter Number:  **0244629**                                 Claim No: **XXXXX Task**
                                                                      **Code 4000**

---

*For professional services rendered through December 31, 2010 as summarized below:*

| | |
|---|---|
| Services | $1,828.50 |
| LESS COURTESY DISCOUNT | (182.85) |
| TOTAL SERVICES | $1,645.65 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,645.65** |

*To ensure proper credit to the above account, please indicate invoice no. 8562557*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
| 0244629 | AMERICAN FEDERAL MORTGAGE CORP. | Invoice Number | 8562557 |

**Task Code:**   **4000**

| 13-Dec-10 | REVIEW FILE TO DRAFT DEMAND LETTER. | JLR | 1.40 | 483.00 |
| 13-Dec-10 | BEGAN DRAFTING FINAL DEMAND LETTER TO AMERICAN FEDERAL. | JLR | 0.80 | 276.00 |
| 14-Dec-10 | EXPANDED DEVELOPMENT OF FINAL DEMAND LETTER AND FINALIZED DEMAND LETTER. | JLR | 2.00 | 690.00 |
| 15-Dec-10 | FINISHED REVIEW OF FILE TO DETERMINE HOW TO PROVE UP CLAIMS. | JLR | 0.70 | 241.50 |
| 16-Dec-10 | PREPARED LBHI CASE STATUS REPORT. | JLR | 0.30 | 103.50 |
| 17-Dec-10 | CONDUCTED CALL WITH J. BAKER RE: LBHI CASE STATUS. | JLR | 0.10 | 34.50 |
| | **Subtotal for Code 4000** | | **5.30** | **1,828.50** |

Services.................................................................................................$1,828.50

**LESS COURTESY DISCOUNT**                                        (182.85)

**Total Services** ...............................................................................**$1,645.65**

Akerman Senterfitt                                                                                    Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2010 |
| 0244629 | AMERICAN FEDERAL MORTGAGE CORP. | Invoice Number | 8562557 |

| Initial | Name | | Hours | Amount |
|---------|------|--|-------|--------|
| JLR | J. L. RUBIN | | 5.30 | 1,828.50 |
| | | Total | 5.30 | $1,828.50 |