# EXHIBIT F

## Invoices for Amounts Over $1,000 for Expenses Incurred in June 2011 August 2011 December 2011

## (Corresponding Akerman Invoices included)

**IKON** Document Efficiency At Work.®
*A RICOH COMPANY*

# INVOICE

Page 1 of 1

| | |
|---|---|
| Invoice # | DEN11060074 |
| Invoice Date: | 06/20/2011 |
| Due Date: | 07/20/2011 |
| Terms: | Net 30 Days |
| Customer Code: | DEN-AK2 |
| Natl ID: | 324 |

IKON Office Solutions, Inc. - Denver, CO
Phone: (303) 893-6537    Fax: (303) 893-4034
Federal ID: 230334400

BILL TO:
**AKERMAN SENTERFITT & EIDSON**
511 16TH STREET
DENVER, CO 80202

SHIP TO:
**AKERMAN SENTERFITT & EIDSON**
511 16TH STREET
DENVER, CO 80202

Attn: NICK MANGELS

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 54539-225242 | LBHI/Direct Mortgage | | DOMINIC HITHON |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1106-0036 | 06/20/2011 | NICK MANGELS - AKERMAN SENTERFITT & EIDSON | | | |
| 632 | Folders: Redwell Folders - LTR | | 10.00 | 4.5000 | 45.00 |
| 722 | CD - Duplication(s) | | 8.00 | 10.0000 | 80.00 |
| 568 | B&W Copies D - Heavy Litigation | | 6,970.00 | 0.1300 | 906.10 |

DATE RECEIVED
JUN 24 2011

VENDOR #
42087

VOUCHER #
1096729

CHECK #

GL #
210

DISP. CODE

DATE PAID

PROCESSED BY
CN

APPROVED BY
EAB

*(J. Balser Share)*

JUL 1 2011

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| Taxable Sales: | 1,031.10 |
| Sales Tax: | 79.60 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **1,110.70** |

Received and Accepted by: _____   Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

Payment From:
**AKERMAN SENTERFITT & EIDSON**
511 16TH STREET
DENVER, CO 80202

| **Amount Enclosed** |
|---|
| $ |

Invoice: **DEN11060074**
Invoice Date: **06/20/2011**
Due Date: **07/20/2011**
Customer Code: **DEN-AK2**
Natl ID: **324**

Please Remit To:
**IKON Office Solutions, Inc.**
LDS Western District - DEN
P O Box 31001-0743
Pasadena, CA 91110-0743

**PAY THIS AMOUNT $  1,110.70**

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404    Fax:305-358-3711

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 843268 | 6/28/2011 | 822258 |

| Job Date | Case No. | |
|---|---|---|
| 6/22/2011 | CV0904170CJC | |

| Case Name | | |
|---|---|---|
| Lehman Brothers Holdings, Inc. vs. Direct Mortgage Corp. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

RECEIVED
JUL 0 1 2011
By _____

Justin Balser, Esquire
Akerman Senterfitt
511 16th Street
Suite 420
Denver CO 80202

*Matter #220242*



| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Jeffrey Gray, Vol. I & II | | 350.00 Pages | @ | 3.15 | 1,102.50 |
| 2-Day Expedited Transcript | | | | | 994.00 |
| E-cd Litigation Package | | | | 35.00 | 35.00 |
| Shipping/Handling/Processing | | | | 25.00 | 25.00 |
| Electronic Delivery | | | | 0.00 | 0.00 |
| Jeffrey Gray | | | | | |
| Exhibit | | 366.00 Pages | @ | 0.60 | 219.60 |
| Jeffrey Gray | | | | | |
| Rough ASCII | | 303.00 Pages | @ | 2.00 | 606.00 |

Bar Code Value : C7A68C319

DATE RECEIVED
JUL 7 2011

Reference No. : 82997
Location: Denver, CO

| | TOTAL DUE >>> | $2,982.10 |
|---|---|---|
| (-) Payments/Credits: | | 0.00 |
| (+) Finance Charges/Debits: | | 0.00 |
| (=) New Balance: | | 2,982.10 |

VENDOR#
46102
VOUCHER#
1098127
275
DATE PAID
PROCESSED/APPROVED
BY
CNCG

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                    Phone: 303-260-7712    Fax:303-260-7714

*7/12/11 - Please process per Bill.*

Please detach bottom portion and return with payment.

Justin Balser, Esquire
Akerman Senterfitt
511 16th Street
Suite 420
Denver CO 80202

*(J. Balser)*

| | |
|---|---|
| Job No. : 822258 | BU ID :61-OUTTOWN |
| Case No. : CV0904170CJC | |
| Case Name : Lehman Brothers Holdings, Inc. vs. Direct Mortgage Corp. | |
| Invoice No. : 843268 | Invoice Date :6/28/2011 |
| Total Due : $ 2,982.10 | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____    Phone#: _____
Billing Address: _____
Zip: _____    Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **U.S. Legal Support, Inc.**
           **P.O. Box 864407**
           **Orlando FL 32886-4407**



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date        23-Sep-11
Invoice No.          8629828

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **DIRECT MORTGAGE CORPORATION (PROJECT
                 HARVEST)**
Matter Number:   **0225242**

### INVOICE SUMMARY

*For professional services rendered through July 31, 2011 as summarized below and described in the narrative statement:*

| | |
|---|---:|
| SERVICES | $ 10,643.55 |
| LESS AGREED UPON 10% FEE DISCOUNT | (1,064.35) |
| TOTAL SERVICES | $ 9,579.20 |
| DISBURSEMENTS | $ 4,306.51 |
| **TOTAL THIS INVOICE** | **$ 13,885.71** |
| PREVIOUS BALANCE | 29,620.08 |
| (Please disregard if already paid. Includes payments received through 9/23/11) | |
| **TOTAL NOW DUE AND PAYABLE** | **$ 43,505.79** |

*To ensure proper credit to the above account, please indicate matter no. 0225242
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date        23-Sep-11
Invoice No.          8629828

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **DIRECT MORTGAGE CORPORATION**
                 **(PROJECT HARVEST)**
Matter Number:   **0225242**

---

### INVOICE SUMMARY

*For professional services rendered through July 31, 2011 as summarized below and described in the narrative statement:*

| | |
|---|---:|
| SERVICES | $ 10,643.55 |
| LESS AGREED UPON 10% FEE DISCOUNT | (1,064.35) |
| TOTAL SERVICES | $ 9,579.20 |
| | |
| DISBURSEMENTS | $ 4,306.51 |
| | |
| **TOTAL THIS INVOICE** | **$ 13,885.71** |
| | |
| PREVIOUS BALANCE | 29,620.08 |
| (Please disregard if already paid. | |
| Includes payments received through 9/23/11) | |
| | |
| **TOTAL NOW DUE AND PAYABLE** | **$ 43,505.79** |

*To ensure proper credit to the above account, please indicate matter no. 0225242*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                          Page 3

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of              31-Jul-11
0225242   DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)     Bill Number        8629828


Task Code:

| | | | | |
|---|---|---|---|---|
| 07/01/11 | Review communication from defense counsel advising unable to get client's consent to extension stipulation, respond seeking clarification and attaching their prior email confirming agreement to the extension proposal | K. J. GARCIA | 0.30 | 111.15 |
| 07/01/11 | Review responsive communication from defense counsel | K. J. GARCIA | 0.10 | 37.05 |
| 07/05/11 | Initial review of defendant's motion for summary judgment; determine response deadline, strategy conference re information needed to rebut statement of facts [additional 1.7 for internal communications and planning not billed to client] | K. J. GARCIA | 1.10 | 407.55 |
| 07/05/11 | Prepare ex parte motion to amend scheduling order | K. J. GARCIA | 0.90 | 333.45 |
| 07/05/11 | Prepare detailed declaration supporting motion laying out defense counsel's prior agreements to the extension proposal but refusal to enter into stipulation drafted and provided on 6/27/11; prepare order amending scheduling order | K. J. GARCIA | 1.30 | 481.65 |
| 07/05/11 | Communication to opposing counsel confirming we will file our ex parte motion to amend deadlines today | K. J. GARCIA | 0.10 | 37.05 |
| 07/05/11 | Review and analyze Direct Mortgage's motion for summary judgment and consider response strategy | J. D. BALSER | 2.50 | 925.00 |
| 07/05/11 | ANALYZE COURTS PROCEDURAL REQUIREMENTS FOR BRINGING SUMMARY JUDGMENT MOTION IN PREPARATION FOR FILING MOTION | B. M. LEIFER | 0.70 | 168.00 |
| 07/05/11 | Research federal and local rules to determine deadline for plaintiff's opposition to defendant's motion for summary judgment. Prepare and forward | K. L. ELLIOTT | 2.30 | 322.00 |

Akerman Senterfitt

Page 4

054539   LEHMAN BROTHERS HOLDINGS, INC.                       As of              31-Jul-11
0225242   DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)       Bill Number        8629828

|  |  |  |  |  |
|---|---|---|---|---|
| | summary memorandum to counsel regarding the same. | | | |
| 07/05/11 | Finalize unopposed application and proposed order to amend scheduling order with the US District Court, Central District. | K. L. ELLIOTT | 1.00 | 140.00 |
| 07/06/11 | Prepare courtesy copies per local rules. Prepare instructional memorandum to First Legal Support Services re: delivery of the same to the US District Court, Central District of California.  Update litigation file for counsel's use in case administration. | K. L. ELLIOTT | 0.60 | 84.00 |
| 07/06/11 | Coordinate assistance in preparing response to defendant's motion for summary judgment. | K. L. ELLIOTT | 0.20 | 28.00 |
| 07/06/11 | Correspondence to opposing counsel requesting their agreement to a 1-week extension of our response, and reciprocal extension for their reply on summary judgment motion | K. J. GARCIA | 0.20 | 74.10 |
| 07/07/11 | Work on analysis of defendant's summary judgment brief, strategy conference re same, obtain briefing from client on loan ownership issue | K. J. GARCIA | 1.40 | 518.70 |
| 07/07/11 | Analyze defendant's statement of facts, identify key concerns; communications with client re need for responses to certain allegations for preparing response to the summary judgment motion | K. J. GARCIA | 1.10 | 407.55 |
| 07/07/11 | Correspondence from defense counsel on extension of deadlines per prior agreement, agreement to extension of response to summary judgment, declining to provide date for defendant's 30(b)(6) deposition | K. J. GARCIA | 0.20 | 74.10 |
| 07/07/11 | Draft stipulation for extension of response briefing deadlines, draft declaration in support of same; draft ex parte motion in event defense counsel will not agree to stipulation | K. J. GARCIA | 1.10 | 407.55 |

Akerman Senterfitt                                                                    Page 5

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of            31-Jul-11
0225242    DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)    Bill Number       8629828

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 07/07/11 | Correspondence to opposing counsel re need for extension request to be a stipulation, request he agree to stipulation | K. J. GARCIA | 0.30 | 111.15 |
| 07/07/11 | Correspondence to opposing counsel re amended scheduling order, request they cancel their hearing in the interest of judicial economy and our intention to file a summary judgment motion in future per new deadlines; telephone communication to opposing counsel re same. | K. J. GARCIA | 0.20 | 74.10 |
| 07/07/11 | Finalize stipulation and declaration, transmit same to opposing counsel and request their consent to filing, in the alternative request they simply cancel their hearing notice | K. J. GARCIA | 0.40 | 148.20 |
| 07/07/11 | Prepare proposed order on stipulation for extension of briefing schedule; transmit to opposing counsel via electronic communication | K. J. GARCIA | 0.30 | 111.15 |
| 07/07/11 | Consideration of issues presented on summary judgment; Analyze deposition of H. Gray for use in opposition; Work on issues associated with risk of loss analysis | J. D. BALSER | 2.30 | 851.00 |
| 07/08/11 | Assist in preparing of response to defendant's motion for summary judgment. | K. L. ELLIOTT | 0.40 | 56.00 |
| 07/08/11 | Telephone message and email communications to opposing counsel seeking response on proposed extension motion providing 1-week extension to both sides for briefing, again suggesting cancelation of hearing better solution | K. J. GARCIA | 0.20 | 74.10 |
| 07/08/11 | Telephone conference with defense counsel re their hearing, confirm they agree to withdraw hearing notice; review follow-up email from opposing counsel re same | K. J. GARCIA | 0.20 | 74.10 |
| 07/08/11 | Communicate to client re agreement by defendant to cancel hearing notice, response to summary judgment will be | K. J. GARCIA | 0.20 | 74.10 |

Akerman Senterfitt                                                      Page 6

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 31-Jul-11 |
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | | Bill Number | 8629828 |

| | postponed; communication from M.Spohn providing briefing and documents on loan ownership issue | | | |
|---|---|---|---|---|
| 07/11/11 | Review docket for defendant's filing of withdrawal of hearing; communication to defense counsel inquiring re status, review response. | K. J. GARCIA | 0.20 | 74.10 |
| 07/12/11 | Communicate re need to finalize discovery requests for non-party and deposition notices. | K. J. GARCIA | 0.20 | 74.10 |
| 07/14/11 | Research and analyze US District Court order setting forth settlement procedures, pretrial and trail procedures, as well as amended scheduling order. Recalculate litigation deadlines with respect to both. Prepare and forward summary of revised litigation deadlines to counsel for use in updating litigation calendar. | K. L. ELLIOTT | 0.20 | 28.00 |
| 07/14/11 | Review notice of withdrawal of motion by defendant | K. J. GARCIA | 0.10 | 37.05 |
| 07/18/11 | Address need for skip tracing, other info on third parties, procedures for same. | K. J. GARCIA | 0.10 | 37.05 |
| 07/18/11 | Communicate with client re approved discovery requests | K. J. GARCIA | 0.10 | 37.05 |
| 07/18/11 | Conference with J. Balser to determine case strategy. Prepare and forward summary email of the same to associate counsel. Research and analyze litigation file for borrower and entity information. Prepare and submit request for last known address search with respect to Rodarte & Weisdorf. | K. L. ELLIOTT | 3.10 | 434.00 |
| 07/18/11 | Work on overall strategy for discovery and outline of subpoena to Rodarte | J. D. BALSER | 0.80 | 296.00 |
| 07/19/11 | Research and retrieve background information on two companies and two individuals for Kristine Elliott | L. STALLINGS | 1.30 | 123.50 |
| 07/21/11 | Revise 30(b)(6) notice of taking of deposition of defendant. Submit entity and consumer names to records | K. L. ELLIOTT | 1.50 | 210.00 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | 31-Jul-11 |
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | Bill Number | 8629828 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | department for conflicts review with respect to third party subpoenas. Research and obtain US District Court civil subpoena forms for counsel's use in preparing third party subpoenas, forward the same to counsel. |  |  |  |
| 07/21/11 | Review and confer re subpoenas and notices | K. J. GARCIA | 0.30 | 111.15 |
| 07/24/11 | Communicate with client recommending identifying Eli as witness on WLT system | K. J. GARCIA | 0.10 | 37.05 |
| 07/26/11 | Identify key tasks needing completion with respect to discovery and upcoming summary judgment | K. J. GARCIA | 0.30 | 111.15 |
| 07/27/11 | Revising draft of 30(b)(6) corporate representative deposition notice for Direct Mortgage's corporate representative | B. W. BANKS | 1.00 | 300.00 |
| 07/27/11 | Drafting requests for production of documents direct to Direct Mortgage | B. W. BANKS | 0.50 | 150.00 |
| 07/27/11 | Draft email to K. Garcia re: draft of 30(b)(6) deposition notice for Direct Marketing's corporate representative | B. W. BANKS | 0.10 | 30.00 |
| 07/27/11 | Draft email to K. Garcia re: draft of request for production of documents direct to Direct Mortgage | B. W. BANKS | 0.10 | 30.00 |
| 07/28/11 | Add and revise requests for production of documents | K. J. GARCIA | 0.20 | 74.10 |
| 07/28/11 | Revise corporate representative deposition notice, provide same to J.Balser for input | K. J. GARCIA | 0.20 | 74.10 |
| 07/28/11 | Correspondence to opposing counsel providing list of topics for 30(b)(6) deposition, request dates in August for same. | K. J. GARCIA | 0.20 | 74.10 |
| 07/28/11 | Review and analyze email from K. Garcia re: document production requests to Direct Mortgage; draft email to K. Garcia in response to same; revise draft of requests for production of document | B. W. BANKS | 1.00 | 300.00 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 31-Jul-11 |
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | | Bill Number | 8629828 |

| | production requests to Direct Mortgage | | | |
|---|---|---|---|---|
| 07/29/11 | Review email from K. Garcia re: 30(b)(6) notice to Direct Mortgage | B. W. BANKS | 0.10 | 30.00 |
| 07/29/11 | Draft email to K. Garcia re: 30(b)(6) notice to Direct Mortgage | B. W. BANKS | 0.10 | 30.00 |
| 07/29/11 | Revise 30(b)(6) notice to Direct Mortgage | B. W. BANKS | 0.20 | 60.00 |
| 07/29/11 | Provide report on case deadlines and status | K. J. GARCIA | 0.10 | 37.05 |
| 07/29/11 | Finalize request for production, coordinate for service | K. J. GARCIA | 0.20 | 74.10 |
| 07/29/11 | Communication with client re whether to identify E.Ganz on WLT | K. J. GARCIA | 0.10 | 37.05 |
| 07/31/11 | Review email from opposing counsel re deposition dates, advising unavailable until after 8/24 | K. J. GARCIA | 0.10 | 37.05 |
| | Subtotal for Code | | 32.10 | 9,078.55 |

Task Code:    L110        FACT INVESTIGATION/DEVELOPMENT

| 07/06/11 | Review MSJ papers and strategize opposition. | T. A. BOOCK | 0.60 | 270.00 |
|---|---|---|---|---|
| 07/07/11 | Strategize ex parte application for additional time to respond to MSJ and for opposition to MSJ. | T. A. BOOCK | 1.40 | 630.00 |
| 07/08/11 | Further analysis of summary judgment issues. | T. A. BOOCK | 0.20 | 90.00 |
| | Subtotal for Code L110 | | 2.20 | 990.00 |

Task Code:    L240        DISPOSITIVE MOTIONS

| 07/07/11 | Obtain information in connection extending deadline to oppose or preparing opposition to motion for summary judgment (0.5); prepare statement of genuine issues in opposition to motion for summary judgment (1.8). | P. K. ASCHERIN | 2.30 | 575.00 |
|---|---|---|---|---|

Akerman Senterfitt                                                              Page 9

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of            31-Jul-11
0225242   DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)     Bill Number      8629828


Subtotal for Code L240                     2.30          575.00

Services........................................................................................................$10,643.55

LESS AGREED UPON 10% FEE DISCOUNT .........................................................(1,064.35)

Total Fees for Services Rendered      . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $9,579.20

| **Date** | **Disbursements** | | **Value** |
|------|-------------|---|-------|
| 07/01/11 | DUPLICATING - IKON OFFICE SOLUTIONS ; 6,970 B&W Copies D - Heavy Litigation, CD - Duplication and Folders. LBHI/Direct Mortgage.  JB-4163 | 1,110.70 | |
| | Total for DUPLICATING | | 1,110.70 |
| 07/05/11 | TELEPHONE 1-303-260-7712 Denver - CO (USA) | 1.40 | |
| 07/05/11 | TELEPHONE 1-303-260-7712 Denver - CO (USA) | 0.40 | |
| 07/08/11 | TELEPHONE 1-303-260-7712 Denver - CO (USA) | 0.20 | |
| | Total for TELEPHONE | | 2.00 |
| 07/08/11 | FEDERAL EXPRESS Airbill: 794929321209 per 4570 Invoice No: 755516338 Ship Dt: 06/30/11 | 9.11 | |
| | Total for FEDERAL EXPRESS | | 9.11 |
| 07/29/11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; Services on 7/6/11, caller K. Elliott. Job #4972500.  JME-4519 | 27.70 | |
| | Total for DELIVERY SERVICE | | 27.70 |
| 07/01/11 | MEALS - JUSTIN BALSER : Lunch meeting with Heston Gray on 6/29/11  JB-4163 | 36.32 | |
| | Total for MEALS | | 36.32 |
| 07/13/11 | COURT REPORTER - U.S. LEGAL SUPPORT, INC. : Fee for certified copy of the transcript of Jeffrey Gray Vol I & II - held on 6/22/11 in Re: Case# CV0904170CJC. JB-4163/LB | 2,982.10 | |
| | Total for COURT REPORTER | | 2,982.10 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | 31-Jul-11 |
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | Bill Number | 8629828 |

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 07/19/11 | LIBRARY RESEARCH CHARGES - Accurint  07/01/11 - 07/31/11 | 138.58 |
| | Total for MISCELLANEOUS LIBRARY CHARGES | 138.58 |

**Total Disbursements** ....................................................................................................................... **$4,306.51**

Akerman Senterfitt                                                                Page 11

054539    LEHMAN BROTHERS HOLDINGS, INC.                    As of           31-Jul-11
  0225242    DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)    Bill Number    8629828

| Initials | Name | Hours | Amount |
|---|---|---|---|
| BML | B. M. LEIFER | 0.70 | 168.00 |
| BWB | B. W. BANKS | 3.10 | 930.00 |
| JDB | J. D. BALSER | 5.60 | 2,072.00 |
| KJG | K. J. GARCIA | 12.10 | 4,483.05 |
| KLE | K. L. ELLIOTT | 9.30 | 1,302.00 |
| L S | L. STALLINGS | 1.30 | 123.50 |
| PKA | P. K. ASCHERIN | 2.30 | 575.00 |
| TAB | T. A. BOOCK | 2.20 | 990.00 |
| | Total | 36.60 | $10,643.55 |

# First Legal Network LLC

**First Legal**

PO Box 749806 Los Angeles, CA 90074-9806

## INVOICE

| INVOICE NO. | CUSTOMER NO. |
|---|---|
| 143545 | 21208 |
| INVOICE DATE | TOTAL DUE |
| 10/31/11 | 10,713.46 |

TAX ID# 27-3093840

AKERMAN SENTERFITT LLP
725 SOUTH FIGUEROA STREET
SUITE 3800
LOS ANGELES, CA 90017

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | PO |
|---|---|---|---|---|
| 21208 | 143545 | 10/31/11 | 10,713.46 | 3 |

| DATE | SEQ NO | SVC# | SERVICE DETAIL | | CHARGES | TOTAL |
|---|---|---|---|---|---|---|
| 8/30/11 | 5019930 | BAP | AKERMAN SENTERFITT LLP 725 SOUTH FIGUEROA STREET LOS ANGELES   CA 90017 Caller: TONI DOMRES Case No.: 2:11-CV-01700-ECV C/O REGISTERED AGENT Signed: Cancelled do dec. | HAMILTON MORTGE COMPANY 2700 N. CENTRAL AVE. PHOENIX   AZ 85003 Comment: MULTIPLE ATTS/ADDS Case Title: LEHMAN BROTHERS V HA JAMES LYDDON JR. Ref: 248048 | Base Chg : 279.00 Attmpt/Addr: 837.00 | 1,116.00 |
| PROCESS-BRANCH ASAP | | | | | | |
| 10/07/11 | 5052820 | FSR | NAPA CO SUP CT 825 BROWN STREET NAPA   CA 94559 Caller: Elizabeth Streib Case No.: 26-53099 Signed: Obtained  254739 | AKERMAN SENTERFITT LLP 725 SOUTH FIGUEROA STREET LOS ANGELES   CA 90017 Case Title: Olguin Vs. Bac Home Ref: MARICELA A. OLGUIN V. B | Base Chg : 165.00 Research : 127.50 Adv/Wit Ck: 780.00 Check Chg : 78.00 | 1,150.50 |
| RESEARCH-FORWARD SAME DAY | | | | | | |
| 10/11/11 | 5054990 | SRS | LABC-SANTA MONICA 1725 MAIN STREET SANTA MONICA   CA 90401 Caller: SUZANNE JIMENEZ Case No.: SC 108012 PDF TO CLNT Signed: completed/pdf/ror | AKERMAN SENTERFITT LLP 725 SOUTH FIGUEROA STREET LOS ANGELES   CA 90017 Case Title: VINCE FLAHERTY V B.O Ref: 239099/FLAHERTY | Base Chg : 57.75 Research : 30.15 Fuel Chge : 5.20 Adv/Wit Ck: 75.00 Check Chg : 7.50 | 175.60 |
| RESEARCH-SAME DAY | | | | | | |
| 10/14/11 | 5058925 | APS | AKERMAN SENTERFITT LLP 725 SOUTH FIGUEROA STREET LOS ANGELES   CA 90017 Caller: Helen serrano Case No.: 2:09-cv-03817-CJC-RN 10-25-11 1400 Signed: Cancelled date elapsed | MICHAEL YOUNG 5211 PACIFIC CONCOURSE DRIVE WESTCHESTER   CA 90045 Comment: 6 attempts Case Title: LEHMAN BROTHERS/BONC Ref: (BONDCORP) 225239 | Base Chg : 107.50 Attmpt/Addr: 215.00 Fuel Chge : 29.02 | 351.52 |
| PROCESS-SAME DAY | | | | | | |
| 10/14/11 | 5059133 | FNR | SBSC-SANTA MARIA 312-C EAST COOK STREET SANTA MARIA   CA 93456 Caller: BILL DECLERCQ Case No.: 1389008 OBTAIN CPS ALL DOCS Signed: Obtained | AKERMAN SENTERFITT LLP 725 SOUTH FIGUEROA STREET LOS ANGELES   CA 90017 Case Title: TELLEZ/B AC HOME LOA IN FILE Ref: TELLEZ/B OF A  254541 | Base Chg : 145.00 Research : 33.75 Adv/Wit Ck: 6.00 Check Chg : 1.00 | 185.75 |
| RESEARCH-FORWARD NEXT DAY | | | | | | |
| 10/17/11 | 5059948 | FAX | AKERMAN SENTERFITT LLP 725 SOUTH FIGUEROA STREET LOS ANGELES   CA 90017 Caller: SUZANNE JIMENEZ Case No.: ric118096 Signed: filed | RCSC-RIVERSIDE 4050 MAIN STREET RIVERSIDE   CA 92501 Case Title: MEDINA/SUNTRUST Ref: RMEDINA-056006  254779 | Base Chg : 44.00 Ship/PDF : 17.10 | 61.10 |
| FILING-FAX/PDF | | | | | | |

DATE RECEIVED
NOV 22 2011    69396

VOUCHER#    CHECK#
112\386

236

DATE PAID  INVOICE PAYMENT DU
CN

Continued

Bar Code Value : D5A959C25



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

## Remittance Copy

| | |
|---|---|
| Invoice Date | 12-Dec-11 |
| Invoice No. | 8650672 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **HAMILTON MORTGAGE**
Matter Number:  **0248048**

### INVOICE SUMMARY

*For professional services rendered through November 30, 2011 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 481.65 |
| LESS AGREED UPON 10% FEE DISCOUNT | (48.17) |
| TOTAL SERVICES | $ 433.48 |
| DISBURSEMENTS | $ 1,373.20 |
| **TOTAL THIS INVOICE** | **$ 1,806.68** |
| PREVIOUS BALANCE | 4,711.71 |
| (Please disregard if already paid. | |
| Includes payments received through 12/12/11) | |
| **TOTAL NOW DUE AND PAYABLE** | **$ 6,518.39** |

*To ensure proper credit to the above account, please indicate matter no. 0248048
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | 12-Dec-11 |
|---|---|
| Invoice No. | 8650672 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **HAMILTON MORTGAGE**
Matter Number:  **0248048**

## INVOICE SUMMARY

*For professional services rendered through November 30, 2011 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 481.65 |
| LESS AGREED UPON 10% FEE DISCOUNT | (48.17) |
| TOTAL SERVICES | $ 433.48 |
| DISBURSEMENTS | $ 1,373.20 |
| **TOTAL THIS INVOICE** | **$ 1,806.68** |
| PREVIOUS BALANCE | 4,711.71 |

(Please disregard if already paid.
Includes payments received through 12/12/11)

**TOTAL NOW DUE AND PAYABLE**            $ **6,518.39**

*To ensure proper credit to the above account, please indicate matter no. 0248048*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

Page 3

054539    LEHMAN BROTHERS HOLDINGS, INC.                     As of          30-Nov-11
0248048    HAMILTON MORTGAGE                                  Bill Number    8650672

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 1-Nov-11 | Communications with process server re needing skip trace, whether it will provide anything additional to Accurint reports | KJG | 0.20 | 74.10 |
| 1-Nov-11 | Telephone conference with First Legal; communication with client to confirm approval for cost; correspondence to First Legal confirming request for investigative search. | KJG | 0.40 | 148.20 |
| 7-Nov-11 | Communications with First Legal re skip trace results, plan to make additional attempts to serve [** .4 total, 50% courtesy discount] | KJG | 0.20 | 74.10 |
| 17-Nov-11 | Review report from process server, communicate with client re same | KJG | 0.30 | 111.15 |
| 23-Nov-11 | Communicate with First Legal re additional potential address for J. Lyddon, request service attempt | KJG | 0.20 | 74.10 |

Services.................................................................................................................................$481.65

LESS AGREED UPON 10% FEE DISCOUNT ...........................................................................(48.17)

**Total Services**..................................................................................................................**$433.48**

| Date | Disbursements | Value |
|------|---------------|-------|
| 11/28/11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; Services on 8/30/11, caller T. Domres. Lehman Brothers v. Ha. WH-1709 | 1,116.00 |
| 11/28/11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; Services on 10/25/11, caller C. Linney. Lehman v. Hamilton. WH-1709 | 225.00 |
| | Total for DELIVERY SERVICE | 1,341.00 |
| 10/06/11 | LIBRARY RESEARCH CHARGES-Accurint 10/06/11 | 32.20 |
| | Total for MISCELLANEOUS LIBRARY CHARGES | 32.20 |

**Total Disbursements**.....................................................................................................**$1,373.20**

Akerman Senterfitt                                                    Page 4

054539    LEHMAN BROTHERS HOLDINGS, INC.              As of          30-Nov-11
  0248048   HAMILTON MORTGAGE                          Bill Number    8650672

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| KJG | K. J. GARCIA | 1.30 | 481.65 |
| | Total | 1.30 | $481.65 |



**First Legal**

## Investigations   CA PI: 24171 AZ PI:1651710 NV PI-PS: 1452
PO Box 26336 Los Angeles, CA 90026

TAX ID# 91-2199437

# INVOICE

| INVOICE NO. | YOUR ACCT NO. |
|---|---|
| 21889 | 97407 |
| 12/15/11 | 1,410.24 |

AKERMAN SENTERFITT LLP
725 SOUTH FIGUEROA STREET
SUITE 3800
LOS ANGELES, CA 90017

DEC 2 2 2011

BILLING QUESTIONS CALL:
JASON G. (714) 550-1375
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| YOUR ACCT | INVOICE NO. | DATE BILLED | AMOUNT DUE | PO |
|---|---|---|---|---|
| 97407 | 21889 | 12/15/11 | 1,410.24 | 1 |

| DATE | ORD NO | TYPE | ITEMIZATION | | CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 11/23/11 INVESTIGATION PROCESS | 333217 | SOP | AKERMAN SENTERFITT LLP 725 SOUTH FIGUEROA STREET LOS ANGELES    CA 90017 Caller: TONI DOMRES 2:11-CV-01700-ECV LEHMAN BROTHERS V HAMILTON MTG SUMMONS, COMPLAINT, COPORATE DISCLO Signed: BAD ADDRESS | HAMILTON MORTGAGE COMPANY 2850 PROSPECT POINT PROSPECT    AZ 86303 C/O REGISTERED AGENT JAMES LYDDON JR. ASAP ASAP ASAP ASAP Ref: 248048 | PROCESS : 134.50 MILEAGE : 17.49 | 151.99 |
| 12/06/11 INVESTIGATION PROCESS | 333194 | SOP | AKERMAN SENTERFITT LLP 725 SOUTH FIGUEROA STREET LOS ANGELES    CA 90017 Caller: TONI DOMRES 2:11-CV-01700-ECV LEHMAN BROTHERS V HAMILTON MTG SUMMONS, COMPLAINT, COPORATE DISCLO Signed: S/S SUSAN LYDDON | HAMILTON MORTGAGE COMPANY 4814 E. CHERYL DRIVE PARADISE VALLEY  CA 95037 Coment: proc/mult atts/7hrs C/O REGISTERED AGENT JAMES LYDDON JR. ASAP ASAP ASAP ASAP Ref: 248048 | PROCESS : 175.00 ATTMPT/ADD : 350.00 SURVEIL : 665.00 MILEAGE : 68.25 | 1,258.25 |

*Approved for Payment:*

X *Suzanne J. Jimenez*

JAN 2 7 2012

DATE RECEIVED
FEB 6 2012

Total    1,410.24

## INVOICE PAYMENT DUE UPON RECEIPT

DATE PAID                                        APPROVED BY



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date        11-Apr-12
Invoice No.         8685803

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **HAMILTON MORTGAGE**

Claim
No.: **XXXXX**
**Task Code
4000**

Matter Number:  **0248048**

---

### INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---:|
| SERVICES | $ 1,456.80 |
| LESS AGREED UPON 10% FEE DISCOUNT | (145.68) |
| TOTAL SERVICES | $ 1,311.12 |
| DISBURSEMENTS | $ 1,410.24 |
| **TOTAL THIS INVOICE** | **$ 2,721.36** |

---

*To ensure proper credit to the above account, please indicate matter no. 0248048
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date        11-Apr-12
Invoice No.         8685803

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **HAMILTON MORTGAGE**                       Claim No.: **XXXXX**
                                                            **Task Code 4000**

Matter Number:  **0248048**

---

## INVOICE SUMMARY

*For professional services rendered through February 29, 2012 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,456.80 |
| LESS AGREED UPON 10% FEE DISCOUNT | (145.68) |
| TOTAL SERVICES | $ 1,311.12 |
| DISBURSEMENTS | $ 1,410.24 |
| **TOTAL THIS INVOICE** | **$ 2,721.36** |

*To ensure proper credit to the above account, please indicate matter no. 0248048
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | 29-Feb-12 |
| 0248048 | HAMILTON MORTGAGE | | Bill Number | 8685803 |

Task Code:    4000      Non-Bankruptcy Litigation

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 02/16/12 | Communications with M. Spohn and R. Akell re completion of declaration for default judgment | K. J. GARCIA | 0.20 | 74.10 |
| 02/17/12 | Electronic communications with client and M. Spohn re default judgment documents and motion | K. J. GARCIA | 0.20 | 74.10 |
| 02/23/12 | Communications with R. Akell and M. Spohn re declaration and exhibit F, review damage spreadsheet | K. J. GARCIA | 0.20 | 74.10 |
| 02/24/12 | Research, analyze compare local rules, Federal Rules of Civil Procedure re: filing for motion for default judgment. | K. L. ELLIOTT | 0.80 | 112.00 |
| 02/24/12 | Revise memorandum in support of motion for default judgment. | K. L. ELLIOTT | 0.70 | 98.00 |
| 02/24/12 | Work on default motion, update and revise references to complaint in supporting memorandum | K. J. GARCIA | 0.60 | 222.30 |
| 02/24/12 | Work on supporting declaration for default motion, ensure compliance with local rules | K. J. GARCIA | 0.30 | 111.15 |
| 02/24/12 | Communications with R. Akell and M. Spohn re declaration and exhibits, further communicate re Exhibit F | K. J. GARCIA | 0.30 | 111.15 |
| 02/24/12 | Prepare motion portion of default judgment pleading consistent with local practice | K. J. GARCIA | 0.30 | 111.15 |
| 02/28/12 | Address additional items needed to file default judgment motion | K. J. GARCIA | 0.20 | 74.10 |
| 02/29/12 | Review motion for default judgment as well as supporting declaration | J. D. BALSER | 0.30 | 111.00 |
| 02/29/12 | Prepare index of exhibits to declaration in support of motion for default judgment. Finalize documents for filing with USDC of Arizona. Prepare judicial courtesy copy pursuant local rules. | C. LINNEY | 1.10 | 126.50 |
| 02/29/12 | Prepare proposed judgment and notice of | K. J. GARCIA | 0.30 | 111.15 |

Akerman Senterfitt                                                                                      Page 4

054539    LEHMAN BROTHERS HOLDINGS, INC.                        As of          29-Feb-12
0248048   HAMILTON MORTGAGE                                      Bill Number    8685803

|  |  |  |  |  |
|---|---|---|---|---|
|  | filing same |  |  |  |
| 02/29/12 | Finalize proposed judgment for filing with USDC of Arizona. Phone call with ECF clerk re filing same. | C. LINNEY | 0.40 | 46.00 |
|  | Subtotal for Code 4000 |  | 5.90 | 1,456.80 |

Services.............................................................................................................$1,456.80

LESS AGREED UPON 10% FEE DISCOUNT ......................................................................(145.68)

Total Fees for Services Rendered   . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $1,311.12

| **Date** | **Disbursements** |  | **Value** |
|---|---|---|---|
| 02/08/12 | SERVICE OF PROCESS - FIRST LEGAL INVESTIGATIONS ; Service on Hamilton Mortgage Company on 11/23/11. Lehman Brothers v. Hamilton Mtg. WH-1709 | 151.99 |  |
| 02/08/12 | SERVICE OF PROCESS - FIRST LEGAL INVESTIGATIONS ; Service on Hamilton Mortgage Company on 12/6/11. Lehman Brothers v. Hamilton Mtg. WH-1709 | 1,258.25 |  |
| Total for SERVICE OF PROCESS |  |  | 1,410.24 |

**Total Disbursements**.............................................................................................**$1,410.24**

Akerman Senterfitt                                                          Page 5

054539    LEHMAN BROTHERS HOLDINGS, INC.                As of          29-Feb-12
  0248048    HAMILTON MORTGAGE                          Bill Number     8685803

| Initials | Name | Hours | Amount |
|---|---|---|---|
| CL | C. LINNEY | 1.50 | 172.50 |
| JDB | J. D. BALSER | 0.30 | 111.00 |
| KJG | K. J. GARCIA | 2.60 | 963.30 |
| KLE | K. L. ELLIOTT | 1.50 | 210.00 |
| | Total | 5.90 | $1,456.80 |