WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :
          Debtors.                            :    (Jointly Administered)
-----------------------------------------------------------------x

### CERTIFICATION OF ANDREA S. HARTLEY

Andrea S. Hartley, a member of the firm of Akerman Senterfitt, attorneys authorized to provide legal services as Special Counsel to Lehman Brothers Holdings, Inc. ("LBHI"), and its affiliated debtors in the above-referenced chapter 11 cases pursuant to an order of this Court. This certification is made in support of the First Interim Application of Akerman Senterfitt (the "Application") and in compliance with Rule 2016(a) and with the United States Trustee's Guidelines for Review of Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330.

I have read the Application, and I certify that the Application substantially complies with the Rule and the Guidelines.

DATED: May 17, 2012

*/s/ Andrea S. Hartley*
Andrea S. Hartley
AKERMAN SENTERFITT
One Southeast Third Avenue, 25th Floor
Miami, FL 33131
Telephone: (305) 374-5600 /Fax: (305) 374-5095
andrea.hartley@akerman.com

{24235593;3}                              15