# EXHIBIT F

Case No.:08-13555 (JMP)
Case Name: In re: Lehman Brothers Holdings, et al.

**CURRENT FEE PERIOD:
OCTOBER 1, 2011 to MARCH 5, 2012**

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES ALLOWED | FEES TO BE PAID FOR CURRENT FEE PERIOD | FEES TO BE PAID FOR PRIOR FEE PERIOD(S) (IF ANY) (I.E., HOLDBACK RELEASE) | TOTAL FEES TO BE PAID | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP | May 21, 2012  Docket No. [--] | 8,380,343.00 | | 8,380,343.00 | | | $486,774.68 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

03690.61377/4748005.1  SCHEDULE A(1)         DATE: _____         INITIALS: _____ USBJ