# EXHIBIT G

03690.61377/4748048.1

**Prior Interim Applications Filed:**

| Date Filed/ Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| April 10, 2009 / Docket No. 3340 | September 15, 2008 – January 31, 2009 | $2,129,413.50 | $41,113.30 | $1,916,472.15[1] | $41,113.30 |
| August 14, 2009 / Docket No. 4826 | February 1, 2009 – May 31, 2009 | $820,579.50 | $28,104.76 | $738,521.55[2] | $28,104.76 |
| December 12, 2009 / Docket No. 6204 | June 1, 2009 – September 30, 2009 | $2,248,453.00 | $144,241.20 | $2,194,557.03 | $121,262.10 |
| April 16, 2010 / Docket No. 8433 | October 1, 2009 – January 31, 2010 | $2,829,628.18 | $191,748.74 | $2,633,717.18 | $107,566.31 |
| August 16, 2010 / Docket No. 10805 | February 1, 2010 – May 31, 2010 | $3,480,537.09 | $281,095.21 | $3,366,004.62 | $278,398.49 |
| December 14, 2010 / Docket No. 13490 | June 1, 2010 – September 30, 2010 | $3,187,890.83 | $259,395.28 | $3,174,880.75 | $257,305.63 |
| June 2, 2011 / Docket No. 17344 | October 1, 2010 – January 31, 2011 | $4,835,788.00 | $155,800.40 | | |
| August 16, 2011 Docket No. 19277 | February 1, 2011 to May 31, 2011 | $5,557,558.50 | $194,469.22 | | |
| December 14, 2011 Docket No. 23421 | June 1, 2011 to September 30, 2011 | $6,632,263.50 | $398,662.27 | | |

---

[1] This includes a voluntary reduction in fees of $9,299.00 made at the request of the Fee Committee.

[2] As per the Court's September 25, 2009 Order Granting Application for the Allowance of Interim Compensation for the Period of September 15, 2008 Through January 31, 2009 for Professional Services Performed and Reimbursements of Actual and Necessary Expenses Incurred, the Fees Awarded reflect 90% of Fees Requested. The remaining 10% of Fees Requested remains subject to "holdback" and further award by the Court.