Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>Cloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :    08-13555 (JMP)
                                                             :
                        Debtors.                             :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

        CHARMAINE THOMAS, being duly sworn, deposes and says:

        I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

        On the 22nd of May 2012, I caused copies of the following documents:

        Tenth Application for Interim Professional Compensation of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Official Committee of Unsecured Creditors, for Interim Approval and Allowance of Compensation for Services Rendered and for Reimbursement of Expenses During Period From October 1, 2011 Through and Including March 6, 2012 for Milbank, Tweed, Hadley & McCloy LLP, Creditor Comm. Aty., [DI 27999], and

2

>Tenth Application for Interim Professional Compensation of Houlihan Lokey Howard & Zukin Capital, Inc., Investment Banker to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From October 1, 2011 Through March 6, 2012 [DI 27997],

to be served upon the parties identified on Exhibit A attached hereto by FedEx for next business day delivery, and to be served upon the party identified on Exhibit B by hand delivery.

    /s/ Charmaine Thomas  
    CHARMAINE THOMAS

SWORN TO AND SUBSCRIBED before me this 22nd day of May, 2012

/s/ Jacqueline Brewster  
Jacqueline Brewster  
Notary Public, State of New York  
No. 03BR6093249  
Qualified in Bronx County  
Certificate filed in New York County  
Commission Expires June 2, 2015

**Exhibit A**

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, New York 10020
Attn: John Suckow and William Fox

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey Miller, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 22nd Floor
New York, New York 10004
Attn: Elisabetta G. Gasparini
       Andrea B. Schwartz

Richard Gitlin
Chair of the Fee Committee
c/o Godfrey & Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719

## Exhibit B

The Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York  10004