## TRANSFER NOTICE

Fifty-Ninth Street Investors, LLC ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, transferred and assigned unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns (collectively, "Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor identified by Claim No. 13818 as set forth in the Agreement against Lehman Brothers Holdings Inc. (the "Debtor"), in the aggregate amount of $918,256.35 representing a claim of Assignor pending against Debtor in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. 08-13555.

IN WITNESS WHEREOF, Assignor and Assignee have signed below as of the 22ND day of May, 2012.

ASSIGNOR:                                         ASSIGNEE:

Fifty-Ninth Street Investors LLC                  Liquidity Solutions, Inc.

By: _____                        By: _____
(Signature)                                       (Signature)

Steven J. Rotter, V.P.                            Jeffrey L. Caress, Authorized Signatory
(Print Name ~~of Witness~~) & Title               (Print Name and Title)

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: **Lehman Brothers Holdings Inc.**　　　　　　　　　　Case No. 08-13555

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **13818** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **5/22/2012**.

**LIQUIDITY SOLUTIONS, INC.**　　　　　　　　**Fifty-Ninth Street Investors, LLC**
Name of Alleged Transferee　　　　　　　　　　　Name of Transferor

Address of Alleged Transferee:　　　　　　　　　Address of Transferor:
**One University Plaza, Suite 312**　　　　　　　**Fifty-Ninth Street Investors, LLC**
**Hackensack, NJ 07601**　　　　　　　　　　　110 East 59th Street, 34th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022-1308

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: **Lehman Brothers Holdings Inc.**　　　　　　　　　　Case No. **08-13555**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**LIQUIDITY SOLUTIONS, INC.**　　　　　　　**Fifty-Ninth Street Investors, LLC**
Name of Transferee　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee　　Court Claim # (if known): **13818**
should be sent　　　　　　　　　　　　　　　Amount of Claim: **918,256.35**
　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed: **09/16/2009**

**LIQUIDITY SOLUTIONS, INC**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**

Phone: **(201) 968-0001**　　　　　　　　　　Phone: _____
Last Four Digits of Acct #: _____　　Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):


Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:　/s/Jeffrey Caress　　　　　　　　　　　　Date: 5/22/2012
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.