WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                           :       **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                    :       **08-13555 (JMP)**
                                                                :
                        Debtors.                                :       **(Jointly Administered)**
                                                                :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF TWO HUNDRED FIFTIETH OMNIBUS OBJECTION TO CLAIMS**
**(PURCHASED CONTRACT CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Fiftieth Omnibus Objection to Claims (Purchased Contract Claims) that was scheduled for May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claim listed on Exhibit A attached hereto, to a date to be determined**.

Dated: May 22, 2012
         New York, New York

                                                /s/ Jacqueline Marcus
                                                Jacqueline Marcus

                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007

                                                Attorneys for Lehman Brothers
                                                Holdings Inc. and Certain of Its Affiliates

US_ACTIVE:\44002559\01\58399.0011

## Exhibit A

### Adjourned Claim:

| Claimant Name | Claim Number |
|---|---|
| Hewlett-Packard Co. | 4861 |

US_ACTIVE:\44002559\01\58399.0011