**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

|                                      |   |                             |
|--------------------------------------|---|-----------------------------|
| In re                                | : | Chapter 11 Case No.         |
|                                      | : |                             |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)**    |
|                                      | : |                             |
| Debtors.                             | : | (Jointly Administered)      |
|                                      | : |                             |

-------------------------------------------------------------------------x     Ref. Docket Nos. 27853, 27854 &
                                                                               27865-27875

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 14, 2012, I caused to be served the following:

    a)  "Notice of Objection to Claim of Svenska Handelsbanken Ab (Publ) (Claim No. 4922)," dated May 14, 2012, to which was attached the "Objection to Claim of Svenska Handelsbanken Ab (Publ) (Claim No. 4922)," dated May 14, 2012 [Docket No. 27853], (the "Svenska Objection Notice"),

    b)  "Notice of Hearing on Plan Administrator's Objection to Claim Filed By Middle Mountain 156, LLC," dated May 14, 2012, to which was attached the "Plan Administrator's Objection to Claim Filed By Middle Mountain 156, LLC," dated May 14, 2012 [Docket No. 27854], (the "Middle Mountain Objection Hearing"),

    c)  "Notice of Hearing on Two Hundred Ninety-Fourth Omnibus Objection to Claims (Late-Filed Claims)," dated May 14, 2012, to which was attached the "Two Hundred Ninety-Fourth Omnibus Objection to Claims (Late-Filed Claims)," dated May 14, 2012 [Docket No. 27865], (the "294th Omnibus Hearing"),

    d)  "Notice of Hearing on Two Hundred Ninety-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated May 14, 2012, to which was attached the "Two Hundred Ninety-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated May 14, 2012 [Docket No. 27866], (the "295th Omnibus Hearing"),

e)  "Notice of Hearing on Two Hundred Ninety-Sixth Omnibus Objection to Claims
(Amended and Superseded Claims)," dated May 14, 2012, to which was attached the
"Two Hundred Ninety-Sixth Omnibus Objection to Claims (Amended and
Superseded Claims)," dated May 14, 2012 [Docket No. 27867], (the "296th Omnibus
Hearing"),

f)  "Notice of Hearing on Two Hundred Ninety-Seventh Omnibus Objection to Claims
(Invalid or No Blocking Number LPS Claims)," dated May 14, 2012, to which was
attached the "Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or
No Blocking Number LPS Claims)," dated May 14, 2012 [Docket No. 27868], (the
"297th Omnibus Hearing"),

g)  "Notice of Hearing on Two Hundred Ninety-Eighth Omnibus Objection to Claims
(Duplicative LPS Claims)," dated May 14, 2012, to which was attached the "Two
Hundred Ninety-Eighth Omnibus Objection to Claims (Duplicative LPS Claims),"
dated May 14, 2012 [Docket No. 27869], (the "298th Omnibus Hearing"),

h)  "Notice of Hearing on Two Hundred Ninety-Ninth Omnibus Objection to Claims (No
Liability Claims)," dated May 14, 2012, to which was attached the "Two Hundred
Ninety-Ninth Omnibus Objection to Claims (No Liability Claims)," dated May 14,
2012 [Docket No. 27870], (the "299th Omnibus Hearing"),

i)  "Notice of Hearing on Three Hundred Omnibus Objection to Claims (Settled
Derivatives Claims)," dated May 14, 2012, to which was attached the "Three
Hundredth Omnibus Objection to Claims (Settled Derivatives Claims)," dated May
14, 2012 [Docket No. 27871], (the "300th Omnibus Hearing"),

j)  "Notice of Hearing on Three Hundred First Omnibus Objection to Claims (No
Liability Derivatives Claims)," dated May 14, 2012, to which was attached the
"Three Hundred First Omnibus Objection to Claims (No Liability Derivatives
Claims)," dated May 14, 2012 [Docket No. 27872], (the "301st Omnibus Hearing"),

k)  "Notice of Hearing on Three Hundred Second Omnibus Objection to Claims (Valued
Derivative Claims)," dated May 14, 2012, to which was attached the "Three Hundred
Second Omnibus Objection to Claims (Valued Derivative Claims)," dated May 14,
2012 [Docket No. 27873], (the "302nd Omnibus Hearing"),

l)  "Notice of Hearing on Three Hundred Third Omnibus Objection to Claims
(Insufficient Documentation Claims)," dated May 14, 2012, to which was attached
the "Three Hundred Third Omnibus Objection to Claims (Insufficient Documentation
Claims)," dated May 14, 2012 [Docket No. 27874], (the "303rd Omnibus Hearing"),
and

m)  "Notice of Hearing on Three Hundred Fourth Omnibus Objection to Claims
(Duplicate Derivatives Claims)," dated May 14, 2012, to which was attached the
"Three Hundred Fourth Omnibus Objection to Claims (Duplicate Derivatives
Claims)," dated May 14, 2012 [Docket No. 27875], (the "304th Omnibus Hearing"),

by causing true and correct copies of the:

i.  Svenska Objection Notice, Middle Mountain Objection Hearing, 294th Omnibus Hearing, 295th Omnibus Hearing, 296th Omnibus Hearing, 297th Omnibus Hearing, 298th Omnibus Hearing, 299th Omnibus Hearing, 300th Omnibus Hearing, 301st Omnibus Hearing, 302nd Omnibus Hearing, 303rd Omnibus Hearing, and 304th Omnibus Hearing, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.  Svenska Objection Notice, 294th Omnibus Hearing, 295th Omnibus Hearing, 296th Omnibus Hearing, 297th Omnibus Hearing, 298th Omnibus Hearing, 299th Omnibus Hearing, 300th Omnibus Hearing, 301st Omnibus Hearing, 302nd Omnibus Hearing, 303rd Omnibus Hearing, and 304th Omnibus Hearing, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

iii.  Svenska Objection Notice, Middle Mountain Objection Hearing, 294th Omnibus Hearing, 295th Omnibus Hearing, 296th Omnibus Hearing, 297th Omnibus Hearing, 298th Omnibus Hearing, 299th Omnibus Hearing, 300th Omnibus Hearing, 301st Omnibus Hearing, 302nd Omnibus Hearing, 303rd Omnibus Hearing, and 304th Omnibus Hearing, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.  Svenska Objection Notice, to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit D</u>,

v.  Middle Mountain Objection Hearing, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit E</u>,

vi.  294th Omnibus Hearing, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>,

vii.  295th Omnibus Hearing, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>,

viii.  296th Omnibus Hearing, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u>,

ix.  297th Omnibus Hearing, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit I</u>,

x.  298th Omnibus Hearing, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit J</u>,

xi.   299th Omnibus Hearing, to be enclosed securely in separate postage pre-paid
      envelopes and delivered via first class mail to those parties listed on the annexed
      <u>Exhibit K</u>,

xii.  300th Omnibus Hearing, to be enclosed securely in separate postage pre-paid
      envelopes and delivered via first class mail to those parties listed on the annexed
      <u>Exhibit L</u>,

xiii. 301st Omnibus Hearing, to be enclosed securely in separate postage pre-paid
      envelopes and delivered via first class mail to those parties listed on the annexed
      <u>Exhibit M</u>,

xiv.  302nd Omnibus Hearing, to be enclosed securely in separate postage pre-paid
      envelopes and delivered via first class mail to those parties listed on the annexed
      <u>Exhibit N</u>,

xv.   303rd Omnibus Hearing, to be enclosed securely in separate postage pre-paid
      envelopes and delivered via first class mail to those parties listed on the annexed
      <u>Exhibit O</u>, and

xvi.  304th Omnibus Hearing, to be enclosed securely in separate postage pre-paid
      envelopes and delivered via first class mail to those parties listed on the annexed
      <u>Exhibit P</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL
    DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE,
    PRESIDENT OR LEGAL DEPARTMENT."

                                                      /s/ *Pete Caris*
                                                      Pete Caris

Sworn to before me this
17th day of May, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

akornikova@lcbf.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

anann@foley.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cdesiderio@nixonpeabody.com

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

colea@gtlaw.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

david.powlen@btlaw.com

david.seligman@kirkland.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@pwkllp.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

elevin@lowenstein.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

francois.janson@hklaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

guzzi@whitecase.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

icatto@mwe.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jamie.nelson@dubaiic.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@ag.state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jteitelbaum@tblawllp.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kjarashow@fklaw.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krosen@lowenstein.com

kuehn@bragarwexler.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

landon@streusandlandon.com

lapeterson@foley.com

lathompson@co.sanmateo.ca.us

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lgotko@fklaw.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

ljkotler@duanemorris.com

lkatz@ltblaw.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lsilverstein@potteranderson.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.sherrill@sutherland.com

martin.davis@ots.treas.gov

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

max.polonsky@skadden.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mccombst@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdahlman@kayescholer.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com

michael.mccrory@btlaw.com

michael.reilly@bingham.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpomerantz@julienandschlesinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

mschlesinger@julienandschlesinger.com

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

msiegel@brownrudnick.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

mwarren@mtb.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

newyork@sec.gov

nfurman@scottwoodcapital.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

ramona.neal@hp.com

ranjit.mather@bnymellon.com

raul.alcantar@ropesgray.com

rbeacher@pryorcashman.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

ritkin@steptoe.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rmcneill@potteranderson.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rqureshi@reedsmith.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rrigolosi@smsm.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sagolden@hhlaw.com

sally.henry@skadden.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

steven@blbglaw.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

**EXHIBIT B**

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

*LBH  OBJ D.I. 27853_5-14-12*

MONTGOMERY, CLAUDE D., ESQ.
SALANS LLP
620 FIFTH AVENUE, 4TH FLOOR
NEW YORK, NY 10020

**EXHIBIT E**

FRANKLYN D. JEANS, ESQ.
4800 SCOTTSDALE ROAD, SUITE 6000
SCOTTSDALE, AZ  85251

**EXHIBIT F**

| Claim Name | Address Information |
| --- | --- |
| AGUADO, JOSE | 1020 W. DEVONSHIRE AVE HEMET CA 92543 |
| KEYBANK, N.A., TRUSTEE FOR THE LUBRIZOL | CORPORATION PENSION PLAN LONG DUR FIXED 4900 TIEDEMAN RD. OH-01-49-0327 BROOKLYN OH 44144 |
| KEYBANK, N.A., TRUSTEE FOR THE LUBRIZOL | CORPORATION PENSION PLAN PIMCO LONG DUR FIXED 4900 TIEDEMAN RD. OH-01-49-0327 BROOKLYN OH 44144 |
| KEYBANK, N.A., TRUSTEE FOR THE LUBRIZOL | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |

**Total Creditor count  4**

**EXHIBIT G**

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| CITY OF LAS VEGAS, DARLING FOUNDATION | OFFICE OF THE CITY ATTORNEY 400 STEWART AVENUE, 9TH FLOOR LAS VEGAS NV 89101 |
| CITY OF LAS VEGAS, DARLING FOUNDATION | OFFICE OF THE CITY ATTORNEY 400 STEWART, 9TH FLOOR LAS VEGAS NV 89101 |
| DUPREE, WILLIAM T. | 10969 EIGHT BELLS LANE COLUMBIA MD 21044 |
| TOKIO MARINE & NICHIDO FIRE INS. CO, LTD | ATTN: FIXED INCOME GROUP, INVESTMENT DEPARTMENT I 6-4 SANBANCHO CHIYODA-KU TOKYO 102-8014 JAPAN |

**Total Creditor count  4**

**EXHIBIT H**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CHINA DEVELOPMENT IND BANK | ATTN: OPERATION DEPARTMENT, BEATRICE CHOU, NANCY LIANG, ALVIE CHUANG CHINA DEVELOPMENT INDUSTRIAL BANK 125 NANJING EAST ROAD, SECTION 5 TAIPEI 10504 REPUBLIC OF CHINA |
| CHINA DEVELOPMENT IND BANK | JAMES M. SULLIVAN MOSES & SINGER LLP THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| COLORADO LOCAL GOVERNMENT LIQUID ASSET TRUST ("COL | COLORADO LOCAL GOVERNMENT LIQUID ASSET TRUST C/O SHERMAN & HOWARD, LLC ATTN: MARK L. FULFORD 633 17TH ST., STE. 3000 DENVER CO 80202 |
| COLORADO LOCAL GOVERNMENT LIQUID ASSET TRUST ("COL | AS TRANSFEREE OF RIGHTS OF COLORADO DIVERSIFIED TRUST COLORADO INVESTOR SERVICES CORPORATION 1700 BROADWAY, SUITE 2050 DENVER CO 80290 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| DNB NOR BANK ASA | ATTN: INGRID DE LA FOREST NO-0021 OSLO NORWAY |
| DNB NOR BANK ASA | WHITE & CASE LLP ATTN: RICHARD GRAHAM 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DOWNTOWN REDEVELOPMENT AUTHORITY | 210 E. THIRTEENTH STREET PO BOX 1995 VANCOUVER WA 98668 |
| EUROPEAN CREDIT MANAGEMENT LIMITED | C/O MICHELLE DUNCAN PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS TEN BISHOPS SQUARE, EIGHTH FLOOR LONDON E1 6EG UNITED KINGDOM |
| GIACOMAN M, ARTURO & ESPARZA ZORILLA, | BERTHA A – JTWROS TOD C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| LOMELI,DANIEL J. | 348 CAROLINA STREET CLARK NJ 07066 |
| SCHAFLI, RUDOLF | BUNG ESTSTRASSE 1 ZIZERS CH-7205 SWITZERLAND |
| SMITH, JOANNE M. | 8112 BAY 16TH ST BROOKLYN NY 11214 |
| SUN HUNG KAI INVESTMENT SERVICES LIMITED | ATTN: MS SYLVIA LAU 42/F THE LEE GARDENS 33 HYSAN AVE CAUSEWAY BAY HONG KONG |
| TENNESSEE DEPARTMENT OF REVENUE | C/O ATTORNEY GENERAL P.O. BOX 20207 NASHVILLE TN 37202-0207 |

**Total Creditor count  16**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| BINDER TRUST LIMITED | 5TH FLOOR BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2 IRELAND |
| CABINET KINESITHERAPIE | JEANNE-MARIE MALTAUX 33 AVENUE DES POULES D'EAU 1640 RHODE. ST. GENESE BELGIUM BELGIUM |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| KOSTKA, MICHAEL A. & KOSTKA-CUGMAS, DRAGICA | KANZLEI FESER, DELLBRUCKER MAUSPFAD 319 KOLN 51069 GERMANY |
| SAFRA NATIONAL BANK OF NEW YORK AS CUSTODIAN FOR I | ATTN: FRANK WANZOR 546 FIFTH AVENUE NEW YORK NY 10036 |
| SMITH, HUGH AND KATHLEEN | 118 STILES ROAD CLENTARF DUBLIN 3 IRELAND |
| WHITE & CASE LLP | ATTN: RA MICHAEL RUETZEL BOCKENHEIMER LANDSTRASSE 20 FRANKFURT AM MAIN 60323 GERMANY |
| WHITE & CASE LLP | WHITE & CASE LLP ATTN: RA MICHAEL RUETZEL BOCKENHEIMER LANDSTRASSE 20 FRANKFURT AM MAIN 60323 GERMANY |

**Total Creditor count  9**

**EXHIBIT J**

| Claim Name | Address Information |
| --- | --- |
| BINDER TRUST LIMITED | 5TH FLOOR BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2 IRELAND |
| KONNER, INGRID | KONIGENDORFER STR. 7 DESSAU-ROBLAN 06847 GERMANY |
| MUELLER, MARTHA CHILTON | C/O SILVERMAN ACAMPORA, LLP ATTN: RONALD J. FRIEDMAN 100 JERICHO QUADRANGLE SUITE 300 JERICHO NY 11753 |

**Total Creditor count  3**

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| 469 BERGMAN PROPERTIES LLC | C/O CHESTER B. SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVENUE NEW YORK NY 10171 |
| AON CONSULTING | ATTN: JESSICA SMITH 1100 REYNOLDS BLVD. WINSTON SALEM NC 27105 |
| BG BAU BERUFSGENOSSENSCHAFT DER BAUWIRTSCHAFT | LORISTRASSE 8 MUNICH 80335 GERMANY |
| BG BAU BERUFSGENOSSENSCHAFT DER BAUWIRTSCHAFT | SARAH B. CARTER PICKREL SCHAEFFER & EBELING 2700 KETTERING TOWER DAYTON OH 45423 |
| CHOU, WILLIAM | 66 W 38TH ST APT 28G NEW YORK NY 10018 |
| COYM, PETER | OBERER REISBERG 34 BAD HOMBURG BE 61350 GERMANY |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA | ATTN: SOPHIE WALDBERG-BILLHOUET 9 QUAI DU PRESIDENT PAUL DOUMER COURBEVOIE 92400 FRANCE |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA | CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN, ESQ. SARA M. TAPINEKIS, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| FEINGOLD, VICTOR SALOMON | 117 TUCUMAN STREET 7TH FLOOR BUENOS AIRES C1049AAC ARGENTINA |
| GLG MARKET NEUTRAL FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG MARKET NEUTRAL FUND | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| HARTIG, HELMUT AND LILLI | JOHANNES-R.-BECHER-STR.6 JENA 07745 GERMANY |
| HOWARD WEIL INCORPORATED | 1100 POYDRAS STREET SUITE 3500 NEW ORLEANS LA 70163 |
| HSBC BANK USA, NATIONAL ASSOCIATION | C/O DAVID NEIER, ESQ. WINSTON & STRAWN LLP 200 PARK AVENUE NEW YORK NY 10166 |
| KITCHEN CENTER, THE | 1031 S. 15TH STREET GRAND JUNCTION CO 81501 |
| KOMMUNALER VERSORGUNGSVERBAND BRANDENBURG | ATTN: DIREKTORIN IRMGARD STELTER RUDOLF-BREITSCHEID-STRABE 62 GRANSEE DE-16775 GERMANY |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | ATTN: ROBERT BLAUVELT 175 BERKELEY STREET BOSTON MA 02116 |
| LIBERTY MUTUAL INSURANCE COMPANY | ATTN: ROBERT BLAUVELT 175 BERKELEY STREET BOSTON MA 02116 |
| LIBLACO SEPARATE ACCOUNTS | ATTN: ROBERT BLAUVELT, VICE PRESIDENT FIXED INCOME LIBERTY MUTUAL GRUP 175 BERKELEY STREET BOSTON MA 02116 |
| MARKELL, RICHARD A. | 14 TALL TREE ROAD NEW ROCHELLE NY 10804 |
| MAYROCK, ISIDORE & STACEY | 395 DUCK POND ROAD LOCUST VALLEY NY 11560 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MUENSTER, STADT | STADTKASSE MUNSTER 48127 GERMANY |
| PEERLESS INSURANCE COMPANY | ATTN: ROBERT BLAUVELT, VICE PRESIDENT FIXED INCOME LIBERTY MUTUAL GROUP 175 BERKELEY STREET BOSTON MA 02116 |
| RHEINISCHE ZUSATZVERSORGUNGSHASSE FUR GEMEINDEN UN | MINDENER STR.2 KOLN 50679 GERMANY |
| SAFRA NATIONAL BANK OF NEW YORK AS CUSTODIAN FOR I | ATTN: FRANK WANZOR 546 FIFTH AVENUE NEW YORK NY 10036 |
| SCHROEDER, LOTHAR AND INGRID | NEUSTAEDTER STR., 25 STADTRODA 07646 GERMANY |
| SDIOUFELDER, DORIS | PREUSSENALLER 36 BERLIN 14052 GERMANY |
| SINGAPORE CREDIT CO-OPERATIVES LEAGUE LTD | BLOCK 1 JALAN BUKIT MERAH # 01-4532 SINGAPORE 150001 SINGAPORE |
| TOKIO MARINE & NICHIDO FIRE INS. CO, | ATTN: FIXED INCOME GROUP, INVESTMENT DEPARTMENT I 6-4 SANBANCHO, CHIYODA-KU |

| Claim Name | Address Information |
|---|---|
| LTD | TOKYO 102-8014 JAPAN |
| WENK, CHRISTINA | GRENZSTR. 31 JENA 07745 GERMANY |
| WESTDEUTSCHER RUNDFUNK KOLN | PUBLIC-LAW INSTITUTION APPELLHOFPLATZ 1 KOLN 50667 GERMANY |

**Total Creditor count  37**

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| SOUTHWEST AIRLINES CO. | BAKER & MCKENZIE LLP ATTN: LAWRENCE P VONCKX 130 EAST RANDOLPH DRIVE, SUITE 3600 CHICAGO IL 60601 |
| SOUTHWEST AIRLINES CO. | ATTN: MARK R SHAW, ASSOCIATE GENERAL COUNSEL 2702 LOVE FIELD DRIVE, HDQ-4GC DALLAS TX 75235 |

**Total Creditor count  2**

**EXHIBIT M**

| Claim Name | Address Information |
|---|---|
| BONTEN MEDIA GROUP INC. | BONTEN MEDIA GROUP HOLDINGS, INC. ATTN: WILLIAM S. MOODY 675 THIRD AVENUE, SUITE 2521 NEW YORK NY 10017 |
| CAIXA PENEDES GESTIO, S.G.I.I.C, S.A. | ACTING ON BEHALF OF FONPENEDES GARANTIT INTERES MES BORSA IX ATTN: DANIEL ZAPLANA & JOSE MANUEL SANCHEZ, & LAURA DE LA FUENTE RAMBLA NOSTRA SENYORA, 2-4, 80720 VILAFRANCA DEL PENEDES BARCELONA SPAIN |
| CAIXA PENEDES GESTIO, S.G.I.I.C, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CITY OF NORTH LITTLE ROCK, AR | C/O JOHN HARDIN ROSE LAW FIRM 120 EAST 4TH STREET LITTLE ROCK AR 72201 |
| EAGLEROCK INSTITUTIONAL PARTNERS LP | 505 PARK AVE FL 2 NEW YORK NY 10022-9334 |
| EAGLEROCK INSTITUTIONAL PARTNERS, LP | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| EAGLEROCK INSTITUTIONAL PARTNERS, LP | ATTN: NADER TAVAKOLI C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C. 505 PARK AVE FL 2 NEW YORK NY 10022-9334 |
| EAGLEROCK MASTER FUND LP | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| EAGLEROCK MASTER FUND LP | ATTN: NADER TAVAKOLI C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C. 24 WEST 40TH ST., 10TH FL. NEW YORK NY 10022-9334 |
| EAGLEROCK MASTER FUND LP | 505 PARK AVE FL 2 NEW YORK NY 10022-9334 |
| ESSENTIA HEALTH | MARY FRANCES SKALA MARTHA M. MARKUSEN FRYBERGER BUCHANAN SMITH & FREDERICK P.A. 302 WEST SUPERIOR STREET, SUITE 700 DULUTH MN 55802 |
| ESSENTIA HEALTH | ATTN: ROBERT NORMAN, CFO 502 EAST SECOND STREET DULUTH MN 55805 |
| IBERDROLA RENEWABLES ENERGIES USA, LTD., AS ASSIGN | RENEWABLES, INC. C/O CREDIT & RISK MANAGEMENT ATTN: CREDIT MANAGER 1125 NW COUCH PORTLAND OR 97209 |
| IBERDROLA RENEWABLES ENERGIES USA, LTD., AS ASSIGN | RENEWABLES, INC. C/O CREDIT & RISK MANAGEMENT ATTN: CREDIT MANAGER 1125 NW COUCH PORTLAND OR 97209 |
| IBERDROLA RENEWABLES, INC. F/K/A PPM ENERGY, INC. | ATTN: CREDIT MANAGER C/O CREDIT & RISK MANAGEMENT 1125 NW COUCH PORTLAND OR 97209 |
| REGIONS BANK | BY: CITY OF NORTH LITTLE ROCK, AR C/O JOHN HARDIN ROSE LAW FIRM 120 EAST 4TH STREET LITTLE ROCK AR 72201 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor count  18**

**EXHIBIT N**

| Claim Name | Address Information |
|---|---|
| EXCO OPERATING COMPANY, LP | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| SEMPRA ENERGY SOLUTIONS LLC | C/O SEMPRA ENERGY TRADING LLC ATTN: RICHARD BEITLER, SENIOR VICE PRESIDENT & DEPUTY GENERAL COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| SEMPRA ENERGY SOLUTIONS LLC | IRENA M GOLDSTEIN DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| SPCP GROUP, LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | ANDREWS KURTH LLP ATTN:DAVID HOYT 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017 |

**Total Creditor count  5**

**EXHIBIT O**

| Claim Name | Address Information |
|---|---|
| 416-432 WEST 52ND ST LLC | C/O  TESSLER DEVELOPMENTS 461 PARK AVENUE SOUTH NEW YORK NY 10019 |
| 416-432 WEST 52ND ST LLC | SCHULTE ROTH & ZABEL LLP ATTN:  ROBERT M ABRAHAMS 919 THIRD AVE NEW YORK NY 10022 |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | TRANSFEROR: ECP INTERNATIONAL S.A. 89 NEXUS WAY CAMANA BAY ATTN: SCOTT DAKERS/ INDERJIT SINGH GRAND CAYMAN KY1-9007 CAYMAN ISLANDS |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | ALEX ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |

**Total Creditor count  4**

**EXHIBIT P**

| Claim Name | Address Information |
|---|---|
| AVIVA ASSICURAZIONI S.P.A. | C/O MARK SHERRILL SUTHERLAND, ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| AVIVA ITALIA S.P.A. | C/O MARK SHERRILL SUTHERLAND, ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| AVIVA LIFE S.P.A. | C/O MARK D. SHERRILL SUTHERLAND ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| AVIVA S.P.A. | C/O MARK D. SHERRILL SUTHERLAND ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| AVIVA VITA S.P.A. | C/O MARK SHERRILL SUTHERLAND, ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | ATTN: TIMOTHY PILLAR, VICE PRESIDENT US BANK CORPORATE TRUST SERVICES, ED-MN-WS1D 60 LIVINGSTON AVENUE ST PAUL MN 55107 |

**Total Creditor count  8**