**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Facsimile  (212) 697-1559
Steven J. Reisman
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Conflicts Counsel for the Debtors*
  *and Debtors In Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **Case No. 08-13555 (JMP)** |
|  | : |  |
|  | : | **(Jointly Administered)** |
| **Debtors.** | : |  |
|  | : |  |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK  )

Melissa Rutman, being duly sworn, deposes and says:

1.      I am not a party to this action, am over 18 years of age, and reside in New York, New York.

2.      On May 21, 2012, I caused to be served a true and correct copy of Curtis' Tenth Interim Fee Application [Docket No. 27986] upon the parties listed on the appended Exhibit A by the delivery methods listed respective to each party served.

Melissa Rutman

Sworn to before me this
23rd day of May 2012

James V. Drew

JAMES V DREW
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #02DR6079092
COMMISSION EXPIRES 08/12/2014

# EXHIBIT A

**BY HAND DELIVERY**
Office of the United States Trustee
33 Whitehall Street, 22nd Floor
New York, NY 10004
Attention:     Elisabetta G. Gasparini, Esq.
                     Andrea B. Schwartz, Esq.

**BY HAND DELIVERY**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention:     Richard P. Krasnow, Esq.

**BY FIRST CLASS MAIL**
Chair of the Fee Committee
c/o Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attention:     Richard Gitlin, Esq.

**BY FIRST CLASS MAIL**
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Attention:     Timothy F. Nixon, Esq.

**BY HAND DELIVERY**
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, NY 10020
Attention:     John Suckow
                     William Fox

**BY HAND DELIVERY**
Milbank, Tweed, Hadley & McCloy
LLP
One Chase Manhattan Plaza
New York, NY 10005
Attention:     Dennis F. Dunne, Esq.
                     Dennis O'Donnell, Esq.
                     Evan Fleck, Esq.

**BY FIRST CLASS MAIL**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attention:     Katherine Stadler, Esq.
                     Monica Santa Maria, Esq.

**BY E-Mail**
Brown Greer, PLC
115 South 15th Street, Suite 400
Richmond, VA 23219-4209
lbarbour@browngreer.com
Attention:     Ms. Leah Barbour

12211243