WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE TWENTY-EIGHTH**
**OBJECTION TO CERTAIN CLAIMS (VALUED DERIVATIVE CLAIMS) AS**
**TO INVESTCORP INTERLACHEN MULTI-STRATEGY MASTER FUND LTD**

**PLEASE TAKE NOTICE** that the hearing on the Twenty-Eighth Omnibus

Objection to Claims (Valued Derivative Claims), that was scheduled for September 1, 2010, at

2:00 p.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued

Derivative Claims to May 31, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been further**

**adjourned, solely with respect to the claims listed on Exhibit A annexed hereto**, **to a date to be determined**.

Dated:  May 23, 2012
       New York, New York

          /s/ Jacqueline Marcus
          Jacqueline Marcus
          Penny P. Reid
          Ralph Miller
          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          *Attorneys for Lehman Brothers Holdings Inc.*
          *and Certain of Its Affiliates*

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
| --- | --- |
| Investcorp Interlachen Multi-Strategy Master Fund Ltd | 11972 |
| Investcorp Interlachen Multi-Strategy Master Fund Ltd | 11973 |