WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (JMP)
                                          :
                    Debtors.              :    (Jointly Administered)
                                          :
                                          :
-----------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT *SINE DIE* OF
### THE SEVENTY-FIRST OMNIBUS OBJECTION TO CLAIMS
### (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Seventy-First Omnibus Objection to Claims (Valued Derivative Claims), that was scheduled for January 20, 2011, at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivative Claims to May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been further**

**adjourned, solely with respect to the claims listed on Exhibit A attached hereto, to a date to be determined**.

Dated: May 23, 2012
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

2

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Iccrea Banca SPA | 17171 |
| Iccrea Banca SPA | 17172 |
| Norddeutsche Landesbank Girozentrale | 15757 |
| Norddeutsche Landesbank Girozentrale | 15758 |

3