WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE
EIGHTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
(VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Eighty-Fourth Omnibus

Objection to Claims (Valued Derivative Claims), that was scheduled for March 3, 2011 at 10:00

a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued

Derivatives Claims to May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been further**

**adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to a date to be determined**.

Dated:  May 23, 2012
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

2

## **Exhibit A**

### **Adjourned Claims:**

| Claimant Name | Claim Number |
| --- | --- |
| Chinatrust Commercial Bank | 12872 |
| Eton Park Fund, LP | 20521 |
| Eton Park Fund, LP | 20522 |
| Eton Park Master Fund, LP | 20524 |
| Eton Park Master Fund, LP | 20525 |
| Magnetar Capital Master Fund Ltd | 12715 |
| Magnetar Capital Master Fund Ltd | 12716 |
| Magnetar Constellation Fund III, Ltd | 12718 |
| Magnetar Constellation Fund III, Ltd | 12719 |
| Magnetar Constellation Master Fund II Ltd | 12720 |
| Magnetar Constellation Master Fund II Ltd | 12721 |
| SPCP Group L.L.C. Transferor: Inter-American Development Bank | 12573 |
| SPCP Group L.L.C. Transferor: Inter-American Development Bank | 12576 |