WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
In re    :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.    :    **(Jointly Administered)**
:
:
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT** *SINE DIE* **OF THE**
**ONE HUNDRED THIRD OMNIBUS OBJECTION TO CLAIMS**
**(VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

      **PLEASE TAKE NOTICE** that the hearing on the One Hundred Third Omnibus

Objection to Claims (Valued Derivative Claims), that was scheduled for April 28, 2011 at 10:00

a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued

Derivative Claims to May 31, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been further**

**adjourned, solely with respect to the claims listed on Exhibit A annexed hereto**, **to a date to be determined**.

Dated:  May 23, 2012
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Bayerische Landesbank | 19949 |
| Bayerische Landesbank | 19950 |
| SPCP Group, LLC: Transferor: Central European Media Enterprises, Ltd. | 117 |
| SPCP Group, LLC: Transferor: Central European Media Enterprises, Ltd. | 171 |