WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE ONE HUNDRED
THIRTY-SECOND OMNIBUS OBJECTION TO CLAIMS
(VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the One Hundred Thirty-Second

Omnibus Objection to Claims (Valued Derivative Claims), that was scheduled for June 2, 2011

at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued

Derivative Claims to May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been further**

**adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to a date to be determined**.

Dated:  May 23, 2012
         New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

2

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Alphadyne International Master Fund | 33493 |
| Alphadyne International Master Fund | 33494 |
| BGI Fixed Income Global Alpha Fund Ltd. | 12019 |
| BGI Fixed Income Global Alpha Fund Ltd. | 12020 |
| FFI Ltd. | 21718 |
| FFI Ltd. | 21719 |
| FYI Ltd. | 21716 |
| FYI Ltd. | 21717 |
| KSC Affordable Housing Fund, LLC | 18705 |
| Olifant Fund, Ltd. | 21714 |
| Olifant Fund, Ltd. | 21715 |
| Piney Branch Park Inc. | 21216 |