WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                  :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,           :    08-13555 (JMP)
:
Debtors.                                 :    (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF**
**THE TWO HUNDRED NINETEENTH OBJECTION TO**
**CERTAIN CLAIMS (VALUED DERIVATIVE CLAIMS) AS TO CBARB,**
<u>**A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LIMITED**</u>

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Nineteenth

Omnibus Objection to Claims (Valued Derivative Claims), that was scheduled for November 30,

2011 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain

Valued Derivative Claims to May 31, 2012 at 10:00 a.m. (Prevailing Eastern Time), **<u>has been</u>**

**further adjourned, solely with respect to the claim listed on Exhibit A annexed hereto, to a date to be determined**.

Dated:  May 23, 2012
         New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**Exhibit A**

**Adjourned Claim:**

| Claimant Name | Claim Number |
|---|---|
| CBARB, A Segregated Account of Geode Capital Master Fund Limited | 31921 |