WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                          :
                   Debtors.               :   (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE TWO**
**HUNDRED THIRTY-SECOND OMNIBUS OBJECTION TO CLAIMS**
**(VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Thirty-Second

Omnibus Objection to Claims (Valued Derivative Claims), that was scheduled for December 21,

2011 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain

Valued Derivative Claims to May 31, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been**

**further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to a date to be determined**.

Dated:  May 23, 2012
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

## **Exhibit A**

### **Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| Italease Finance S.P.A. | 28076 |
| Italease Finance S.P.A. | 28077 |
| Sola Ltd. | 24531 |
| Sola Ltd. | 24535 |
| Zwinger OPCO 6 BV | 26701 |