WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE TWO
HUNDRED FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
(VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Forty-Sixth

Omnibus Objection to Claims (Valued Derivative Claims), that was scheduled for January 26,

2012 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain

Valued Derivative Claims to May 31, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been**

**further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to a date to be determined**.

Dated:  May 23, 2012
       New York, New York

                                      /s/ Jacqueline Marcus
                                      Jacqueline Marcus
                                      Penny P. Reid
                                      Ralph Miller
                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      *Attorneys for Lehman Brothers Holdings Inc.*
                                      *and Certain of Its Affiliates*

**Exhibit A**

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| Anthracite Investments (Ireland) Plc (Series 27) AIB International Centre I.F.S.C. | 20333 |
| Anthracite Investments (Ireland) Plc (Series 7) AIB International Centre I.F.S.C. | 20335 |
| Estelle Peabody Memorial Home of the Synod of Lincoln Trails of the Presbyterian Church (USA), The | 14822 |
| Massachusetts State College Building Authority | 15761 |
| Massachusetts State College Building Authority | 1776 |