WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                                      :     Chapter 11 Case No.
                                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :     08-13555 (JMP)
                                                                               :
                                        Debtors.                  :     (Jointly Administered)
                                                                               :
                                                                               :
------------------------------------------------------------------x


**NOTICE OF ADJOURNMENT *SINE DIE* OF THE TWO**
**HUNDRED FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS**
**(VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

   **PLEASE TAKE NOTICE** that the hearing on the Two Hundred Fifty-Third

Omnibus Objection to Claims (Valued Derivative Claims), that was scheduled for February 22,

2012 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain

Valued Derivative Claims to May 31, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been**

**further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to a date to be determined**.

Dated:  May 23, 2012
       New York, New York

                                        /s/ Jacqueline Marcus
                                        Jacqueline Marcus
                                        Penny P. Reid
                                        Ralph Miller
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        *Attorneys for Lehman Brothers Holdings Inc.*
                                        *and Certain of Its Affiliates*

**Exhibit A**

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| Banca Italease S.P.A. | 30707 |
| RTE-CNES | 23616 |
| RTE-CNES | 23617 |