WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF**
**THE TWO HUNDRED SEVENTIETH OBJECTION TO**
**CERTAIN CLAIMS (VALUED DERIVATIVE CLAIMS) AS TO**
**COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEEN BANK BA**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Seventieth-

Omnibus Objection to Claims (Valued Derivative Claims), that was scheduled for April 26, 2012

at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued

Derivative Claims to May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been**

**further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to a date to be determined**.

Dated:  May 23, 2012
       New York, New York

                              /s/ Jacqueline Marcus
                              Jacqueline Marcus
                              Penny P. Reid
                              Ralph Miller
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              *Attorneys for Lehman Brothers Holdings Inc.*
                              *and Certain of Its Affiliates*

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Cooperatieve Centrale Raiffeisen-Boerenleen Bank BA (T/A "Rabobank Internacional") (2) | 65579 |
| Cooperatieve Centrale Raiffeisen-Boerenleen Bank BA (T/A "Rabobank Internacional") (2) | 65582 |

3