UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                      :

In re                            :        Chapter 11 Case No.
                                        :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                        :

        Debtors.                  :        (Jointly Administered)
                                        :

---------------------------------------------------------------------x  Ref. Docket Nos. 27936-27947

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 17, 2012, I caused to be served the:

    a. "Notice of Adjournment Sine Die of One Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated May 16, 2012 [Docket No. 27936], (the "129th Omni NOA"),

    b. "Notice of Adjournment of One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated May 16, 2012 [Docket No. 27937], (the "138th Omni NOA"),

    c. "Notice of Adjournment *Sine Die* of One Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated May 16, 2012 [Docket No. 27938], (the "156th Omni NOA"),

    d. "Notice of Adjournment *Sine Die* of One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) Solely as to Certain Claims," dated May 16, 2012 [Docket No. 27939], (the "160th Omni NOA"),

    e. "Notice of Adjournment of Hearing sine die of One Hundred Sixty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated May 16, 2012 [Docket No. 27940], (the "163rd Omni NOA"),

f.   "Notice of Adjournment of Hearing sine die of One Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated May 16, 2012 [Docket No. 27941], (the "179th Omni NOA"),

g.   "Notice of Adjournment of Hearing of Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated May 16, 2012 [Docket No. 27942], (the "228th Omni NOA"),

h.   "Notice of Adjournment of Hearing of Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated May 16, 2012 [Docket No. 27943], (the "233rd Omni NOA"),

i.   "Notice of Adjournment of Hearing sine die of Two Hundred Forty-Fourth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated May 16, 2012 [Docket No. 27944], (the "244th Omni NOA"),

j.   "Notice of Adjournment of Hearing sine die of Two Hundred Forty-Fifth Omnibus Objection to Claims (Unissued Guarantee Claims) Solely as to Certain Claim," dated May 16, 2012 [Docket No. 27945], (the "245th Omni NOA"),

k.   "Notice of Adjournment of Hearing sine die of Two Hundred Sixty-First Omnibus Objection to Claims (No Guarantee Claims) Solely as to Certain Claims," dated May 16, 2012 [Docket No. 27946], (the "261st Omni NOA"), and

l.   "Notice of Adjournment *Sine Die* of Two Hundred Seventy-Seventh Omnibus Objection to Claims (No Guarantee Claims) Solely as to Certain Claim," dated May 16, 2012 [Docket No. 27947], (the "277th Omni NOA"),

by causing true and correct copies of the:

i.   129th Omni NOA, 138th Omni NOA, 156th Omni NOA, 160th Omni NOA, 163rd Omni NOA, 179th Omni NOA, 228th Omni NOA, 233rd Omni NOA, 244th Omni NOA, 245th Omni NOA, 261st Omni NOA and 277th Omni NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.   129th Omni NOA, 138th Omni NOA, 156th Omni NOA, 160th Omni NOA, 163rd Omni NOA, 179th Omni NOA, 228th Omni NOA, 233rd Omni NOA, 244th Omni NOA, 245th Omni NOA, 261st Omni NOA and 277th Omni NOA, to be delivered via facsimile to the party listed on the annexed Exhibit B,

iii.   129th Omni NOA, 138th Omni NOA, 156th Omni NOA, 160th Omni NOA, 163rd Omni NOA, 179th Omni NOA, 228th Omni NOA, 233rd Omni NOA, 244th Omni NOA, 245th Omni NOA, 261st Omni NOA and 277th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv.    129th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D,</u>

v.    138th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E,</u>

vi.    156th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F,</u>

vii.    160th Omni NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit G,</u>

viii.    163rd Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit H,</u>

ix.    179th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit I,</u>

x.    228th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit J,</u>

xi.    233rd Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit K,</u>

xii.    244th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit L,</u>

xiii.    245th Omni NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit M,</u>

xiv.    261st Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit N</u>, and

xv.    277th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit O</u>.

T:\Clients\LBH\Affidavits\Omni NOAs - 129, 138, 156, 160, 163, 179, 228, 233, 244, 245, 261, 277_DI 27936-27947_Aff_5-17-12.doc

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
23rd day of May, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankr@zuckerman.com |
| aalfonso@willkie.com | bankruptcy@goodwin.com |
| abeaumont@fklaw.com | bankruptcy@morrisoncohen.com |
| abraunstein@riemerlaw.com | bankruptcy@ntexas-attorneys.com |
| acaton@kramerlevin.com | bankruptcymatters@us.nomura.com |
| acker@chapman.com | barbra.parlin@hklaw.com |
| adam.brezine@hro.com | bbisignani@postschell.com |
| adarwin@nixonpeabody.com | bcarlson@co.sanmateo.ca.us |
| adiamond@diamondmccarthy.com | bdk@schlamstone.com |
| aeckstein@blankrome.com | bguiney@pbwt.com |
| aentwistle@entwistle-law.com | bill.freeman@pillsburylaw.com |
| afriedman@irell.com | bkmail@prommis.com |
| agbanknewyork@ag.tn.gov | bmanne@tuckerlaw.com |
| aglenn@kasowitz.com | bmiller@mofo.com |
| agold@herrick.com | boneill@kramerlevin.com |
| agoldstein@tnsj-law.com | brian.corey@greentreecreditsolutions.com |
| ahammer@freebornpeters.com | brosenblum@jonesday.com |
| aisenberg@saul.com | broy@rltlawfirm.com |
| akantesaria@oppenheimerfunds.com | bruce.wright@sutherland.com |
| akolod@mosessinger.com | bstrickland@wtplaw.com |
| akornikova@lcbf.com | btrust@mayerbrown.com |
| alum@ftportfolios.com | bturk@tishmanspeyer.com |
| amarder@msek.com | bwolfe@sheppardmullin.com |
| amartin@sheppardmullin.com | bzabarauskas@crowell.com |
| amcmullen@boultcummings.com | cahn@clm.com |
| amenard@tishmanspeyer.com | calbert@reitlerlaw.com |
| anann@foley.com | canelas@pursuitpartners.com |
| andrew.brozman@cliffordchance.com | carol.weinerlevy@bingham.com |
| andrew.lourie@kobrekim.com | cbelisle@wfw.com |
| angelich.george@arentfox.com | cbelmonte@ssbb.com |
| ann.reynaud@shell.com | cbrotstein@bm.net |
| anthony_boccanfuso@aporter.com | cdesiderio@nixonpeabody.com |
| aoberry@bermanesq.com | cgoldstein@stcwlaw.com |
| aostrow@beckerglynn.com | chammerman@paulweiss.com |
| apo@stevenslee.com | chardman@klestadt.com |
| aquale@sidley.com | charles@filardi-law.com |
| araboy@cov.com | charles_malloy@aporter.com |
| arahl@reedsmith.com | chipford@parkerpoe.com |
| arheaume@riemerlaw.com | chris.donoho@lovells.com |
| arlbank@pbfcm.com | christopher.schueller@bipc.com |
| arosenblatt@chadbourne.com | clarkb@sullcrom.com |
| arthur.rosenberg@hklaw.com | clynch@reedsmith.com |
| arwolf@wlrk.com | cmontgomery@salans.com |
| aseuffert@lawpost-nyc.com | cohenr@sewkis.com |
| ashaffer@mayerbrown.com | colea@gtlaw.com |
| ashmead@sewkis.com | cp@stevenslee.com |
| asnow@ssbb.com | cpappas@dilworthlaw.com |
| aunger@sidley.com | craig.goldblatt@wilmerhale.com |
| austin.bankruptcy@publicans.com | crmomjian@attorneygeneral.gov |
| avenes@whitecase.com | cs@stevenslee.com |
| azylberberg@whitecase.com | csalomon@beckerglynn.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com

dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com

ljkotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com

patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
christianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
steven@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com

snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tweeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**

FAX LIST

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| INTERNATIONAL BANK FOR RECONSTRUCTION&DEVELOPMENT | ATTN: NIRMALIJIT SINGH PAUL 1818 H STREET N.W. MSN MC7-706 WASHINGTON DC 20433 |
| INTERNATIONAL FINANCE CORPORATION | ATTN: VP, FINANCE AND TREASURER 2121 PENNSYLVANIA AVE NW WASHINGTON DC 20433 |
| MIZRAHI TEFAHOT BANK LTD | 7 JABOTINSKY ST RAMAT GAN 52136 ISRAEL |
| MIZRAHI TEFAHOT BANK, LTD | ATTN: IRENE GRUBER, LEGAL DIVISION 7 JABOTINSKY STREET RAMAT GAN 52136 ISRAEL |
| MIZRAHI TEFAHOT BANK, LTD | STEVEN G. TEPPER ARNOLD & PORTER LLP 399 PARK AVE, 34TH FLOOR NEW YORK NY 10022 |

**Total Creditor count  5**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| FIRST CHOICE POWER, LP | C/O LOWENSTEIN SANDLEER PC ATTN: S. JASON TEELE 65 LIVIGSTON AVENUE ROSELAND NJ 07068 |
| FIRST CHOICE POWER, LP | LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10022 |
| GILA RIVER POWER, L.P. | DEWEY & LEBOEUF LLP ATTN: EVAN KOSTER, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| GILA RIVER POWER, L.P. | C/O ENTEGRA POWER GROUP LLC ATTN: JERRY COFFEY 100 S. ASHLEY DRIVE, SUITE 1400 TAMPA FL 33602 |
| GLITNIR BANKI HF | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALAN W. KORNBERG, ABIGAIL CLARK 1285 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| INTERWIND CORP. F/K/A SKYPOWER CORP. | ATTN: SHAYA M. BERGER C/O DICKSTEIN SHAPIRO LLP 1633 BROADWAY NEW YORK NY 10036 |
| PORT OF TACOMA | EUNICE RIM K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PORT OF TACOMA | C/O K&L GATES LLP ATTN: DAVID C NEU, ESQ. 925 FOURTH AVENUE SUITE 2900 SEATTLE WA 98104 |
| UNITED COMPANY | TEITELBAUM & BASKIN, LLP ATTN: JAY TEITELBAUM, ESQ. 1 BARKER AVENUE, 3RD FLOOR WHITE PLAINS NY 10601 |
| UNITED COMPANY | LEACH TRAVELL BRITT PC ATTN: LAWRENCE KATZ 8270 GREENSBORO DRIVE, SUITE 1050 MCLEAN VA 22102 |
| UNITED COMPANY | LEACH TRAVELL BRITT PC ATTN: LAWRENCE A. KATZ 8270 GREENSBORO DRIVE, SUITE 1050 MCLEAN VA 22102 |
| UNITED COMPANY | ATTN: LOIS A. CLARK / BRIAN D. SULLIVAN 1005 GLENWAY AVENUE BRISTOL VA 24201 |
| UNITED COMPANY, THE | TEITELBAUM & BASKIN, LLP ATTN: JAY TEITELBAUM, ESQ. 1 BARKER AVENUE, 3RD FLOOR WHITE PLAINS NY 10601 |
| UNITED COMPANY, THE | LEACH TRAVELL BRITT PC ATTN: LAWRENCE A. KATZ, ESQ. 8270 GREENSBORO DRIVE, SUITE 1050 MCLEAN VA 22102 |
| UNITED COMPANY, THE | THE UNITED COMPANY 1005 GLENWAY AVENUE BRISTOL VA 24201 |
| WESTERNBANK PUERTO RICO | C/O WILLIAM M SILVERMAN & PETER FELDMAN OTTERBOURG STEINDLER HOUSTON & ROSEN 230 PARK AVENUE NEW YORK NY 10169 |

**Total Creditor count  16**

**EXHIBIT F**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor count  2**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |

**Total Creditor count  1**

**EXHIBIT H**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| F.F. THOMPSON FOUNDATION INC, THE | ATTN:CHIEF FINANCIAL OFFICER C/O FREDERICK FERRIS THOMPSON HOSPITAL 350 PARRISH STREET CANANDAIGUA NY 14424 |
| FREDERICK FERRIS THOMPSON HOSPITAL, THE | ATTN: CHIEF FINANCIAL OFFICER C/O FREDERICK FERRIS THOMPSON HOSPITAL 350 PARRISH STREET CANANDAIGUA NY 14424 |

Total Creditor count  2

# EXHIBIT I

| Claim Name | Address Information |
|---|---|
| CASPIAN CAPITAL PARTNERS LP | C/O MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS LP | JOHN KETLY MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVE. HARRISON NY 10528 |
| MARINER OPPORTUNITIES FUND LP | ATTN:JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER OPPORTUNITIES FUND LP | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |
| STEVEN G. HOLDER LIVING TRUST | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| WILLIAMS GAS MARKETING INC. | ATTN: RANDALL O'NEAL, MANAGER LOSS RECOVERY DEPT. ONE WILLIAMS CENTER MD # 50-4 TULSA OK 74102 |

**Total Creditor count  6**

**EXHIBIT J**

| Claim Name | Address Information |
| --- | --- |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | CARLOS ALVAREZ LATHAM & WATKINS 885 THIRD AVENUE, 3RD FLOOR NEW YORK NY 10022 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | ATTN: GERALD GRANT 375 MORRIS ROAD, PO BOX 90 WEST POINT PA 19486-0090 |
| AFCO CARGO PIT LLC | C/O AVIATION FACILITIES COMPANY, INC. PO BOX 16860 WASHINGTON DC 20041-6860 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND | ATTN: RAPHAEL SHANNON, ESQ. MCCARTHY JOHNSON & MILLER LC 595 MARKET STREET, SUITE 2200 SAN FRANCISCO CA 94105 |
| CERBERUS INTERNATIONAL, LTD. | C/O LOWENSTEIN SANDLER PC ATTN:ROBERT G. MINION,ESQ&RICHARD BERNSTEIN, ESQ. 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10020 |
| CERBERUS INTERNATIONAL, LTD. | C/O LOWENSTEIN SANDLER PC 1251 AVENUE OF THE AMERICAS, 18TH FLOOR ATTN: ROBERT G. MINION, ESQ. RICHARD BERNSTEIN, ESQ. NEW YORK NY 10020 |
| FPL ENERGY POWER MARKETING, LLC F/K/A | FPL ENERGY POWER MARKETING, INC ATTN: CONTRACTS/LEGAL FPL POWER MARKETING, INC. C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FPL ENERGY POWER MARKETING, LLC F/K/A | FPL ENERGY POWER MARKETING, INC. C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD MA 01115 |

**Total Creditor count  10**

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | MARK BROUDE LATHAM & WATKINS LLP 885 THIRD AVE 3RD FLOOR NEW YORK NY 10022 |
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | STATE STREET BANK ATTN: JONATHAN LONG 200 CLARENDON STREET, 6TH FLOOR BOSTON MA 02116 |
| C.M. LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| C.M. LIFE INSURANCE COMPANY | C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD MA 01115 |
| CHINA DEVELOPMENT BANK CORPORATION | NO.29, FUCHENGMENWAI STREET XICHENG DISTRICT ATTN: MS. ZHAO JIAXING, LAW AFFAIRS DEPT. BEIJING CHINA |
| CHINA DEVELOPMENT BANK CORPORATION | ATTN: MS. LIU XIAOXI, OPERATION OFFICER NO.29 FUCHENGMENWAI STREET, XICHENG DISTRICT BEIJING P.R. CHINA |
| CHINA DEVELOPMENT BANK CORPORATION | ALLEN OVERY LLP ATTN: JONATHAN CHO AND LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| JENNERS POND | C/O SIMPSON SENIOR SERVICES ATTN: JAMES J. KONIZEWSKI, CHIEF FINANCIAL OFFICER 150 MONUMENT ROAD SUITE 105 BALA CYNWYD PA 19004-1725 |
| JENNERS POND | ATTN: CHIEF FINANCIAL OFFICER C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNWYD PA 19004-1725 |
| JENNERS POND | JAMES J. KONISZEWSKI, CFO C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNWYD PA 19004-1725 |
| MAGNETAR CONSTELLATION MASTER FUND LTD | STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE ATTN: CLAUDE SZYFER NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND LTD | MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND, LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| PRIMUS CLO I LTD | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-2002 CAYMAN ISLANDS |
| PRIMUS CLO I LTD | PRIMUS ASSET MGMT. 360 MADISON AVE., 23RD FL NEW YORK NY 10017 |
| SMURFIT KAPPA ACQUISITIONS | F/K/A JSG ACQUISITIONS F/K/A MDCP ACQUISITIONS I ATTN: BRENDAN GLYNN BEECH HILL CLONSKEAGH DUBLIN 4 IRELAND |
| SMURFIT KAPPA ACQUISITIONS | KIRKLAND & ELLIS LLP ATTN:SCOTT J. GORDON,CINDY CHEN DELANO,CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| TUDOR BVI GLOBAL PORTFOLIO L.P., THE | TUDOR INVESTMENT CORPORATION, PROCESS AGENT ATTN: STEPHEN N. WALDMAN 1275 KING ST. GREENWICH CT 06831 |
| TUDOR BVI GLOBAL PORTFOLIO L.P., THE | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TURKIYE SINAI KALKINMA BANKASI AS | ATTN: KORHAN AKLAR MECLISI MEBUSAN CAD. 81 FINDIKLI 34427 ISTANBUL TURKEY |
| TURKIYE SINAI KALKINMA BANKASI AS | CLIFFORD CHANCE 31 W 52ND STREET NEW YORK NY 10019 |
| ZWINGER OPCO 6BV | C/O WHITEHALL MANAGEMENT SERVICES BV ATTN: GERARD MEIJSSEN, MANAGING DIRECTOR D-TOWER 11TH FLOOR STRAWINSKYLAAN 1161 AMSTERDAM 1077 XX NETHERLANDS |
| ZWINGER OPCO 6BV | CLEARLY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |

Total Creditor count  25

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 18 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 18 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| DEUTSCHE BANK AG | ATTN: IRA WURCEL, ESQ. 60 WALL STREET, 28TH FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG | ATTN: IRA WURCEL, ESQ. 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN:  JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG | JOSHUA DORCHAK, ESQ. BINGHAM MCCUTCHEN LLP 2020 K STREET, NW NEW YORK NY 10022 |
| DEUTSCHE BANK AG | JOSHUA DORCHAK BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG | IRA WURCEL, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| FINMECCANICA S.P.A. | PIAZZA MONTE GRAPPA 4 ROME 00195 ITALY |
| JUDSON | ATTN:  HONG CHAE 2181 AMBLESIDE DRIVE CLEVELAND OH 44106 |

**Total Creditor count  16**

**EXHIBIT M**

| Claim Name | Address Information |
|---|---|
| MIDFIRST BANK | ATTN: LEGAL DEPARTMENT 501 N.W. GRAND BLVD. OKLAHOMA CITY OK 73118 |

**Total Creditor count  1**

**EXHIBIT N**

| Claim Name | Address Information |
|---|---|
| LUTHERAN SENIOR SERVICES | KARL E. HOLDERLE THE SOLAR PARTNERSHIP 911 WASHINGTON AVE., 7TH FLOOR SAINT LOUIS MO 63101 |
| LUTHERAN SENIOR SERVICES | 1150 HANLEY INDUSTRIAL COURT BRENTWOOD MO 63144 |
| MARINER LDC | ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER LDC | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |

Total Creditor count  4

**EXHIBIT O**

| Claim Name | Address Information |
|---|---|
| BANCA ITALEASE S.P.A | C/O LOVELLS STUDIO LEGALE ATTN: FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN 20123 ITALY |
| BANCA ITALEASE S.P.A | ANDREW B. ECKSTEIN BANCA ITALEASE S.P.A C/O BLANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |

**Total Creditor count  2**