# November 2011



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | December 09, 2011 |
| Invoice No. | 8650231 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **TROPICAL VILLAGE, INC. LOAN # 0016288268**
Matter Number:    **0163227**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $329.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (32.95) |
| TOTAL SERVICES | $296.55 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$296.55** |

*To ensure proper credit to the above account, please indicate invoice no. 8650231*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|  |  |
|---|---|
| Invoice Date | December 09, 2011 |
| Invoice No. | 8650231 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **TROPICAL VILLAGE, INC. LOAN # 0016288268**
Matter Number:  **0163227**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $329.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (32.95) |
| TOTAL SERVICES | $296.55 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$296.55** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8650231*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

Page 3

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of          November 30, 2011
0163227     TROPICAL VILLAGE, INC.                  Invoice Number          8650231

**Task Code:     4000**

| Date | Description | | | |
|------|-------------|---|---|---|
| 2-Nov-11 | Analyze Public Records Database regarding SunTrust v. Lenard Rodger; Update Docket Chart. | S B | 0.20 | 29.00 |
| 2-Nov-11 | Analyze Public Records Database relating to SunTrust Mortgage v. Smith, Robert; Update Docket Chart. | S B | 0.20 | 29.00 |
| 9-Nov-11 | Analyze Public Records Database relating to SunTrust v. Robert Smith. | S B | 0.20 | 29.00 |
| 16-Nov-11 | Analyze Public Records Database relating to SunTrust v. Smith, Robert. | S B | 0.20 | 29.00 |
| 21-Nov-11 | Conduct communication with Lehman regarding resolving R. Smith foreclosure. | JEH | 0.10 | 34.00 |
| 23-Nov-11 | Work on expanded analysis of proposed release of judgment to resolve Smith foreclosure. | JEH | 0.10 | 34.00 |
| 23-Nov-11 | Conduct communication with Lehman regarding finalizing release. | JEH | 0.10 | 34.00 |
| 23-Nov-11 | Conduct communication with foreclosure counsel regarding finalizing release. | JEH | 0.10 | 34.00 |
| 23-Nov-11 | Analyze Public Records Database. | S B | 0.10 | 14.50 |
| 29-Nov-11 | Conduct communication with LBHI regarding dismissal with prejudice from R. Smith lawsuit. | JEH | 0.10 | 34.00 |
| 30-Nov-11 | Analyze Public Records Database relating to SunTrust v. Robert Smith. | S B | 0.20 | 29.00 |
| | **Subtotal for Code 4000** | | **1.60** | **329.50** |

Services...................................................................................................................$329.50

**LESS AGREED UPON 10% FEE DISCOUNT**                         (32.95)

**Total Services** ....................................................................................................**$296.55**

Akerman Senterfitt                                                                    Page 4

054539    LEHMAN BROTHERS HOLDINGS, INC.          As of            November 30, 2011
0163227   TROPICAL VILLAGE, INC.                   Invoice Number          8650231

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JEH | J. E. HEKKANEN | 0.50 | 170.00 |
| S B | S. BOHANAN | 1.10 | 159.50 |
| | Total | 1.60 | $329.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | December 09, 2011 |
| Invoice No. | 8650237 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **SOUTHEAST FUNDING ALLIANCE**
Matter Number:   **0211891**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $27,673.35 |
| LESS AGREED UPON 10% FEE DISCOUNT | (2,767.34) |
| TOTAL SERVICES | $24,906.01 |
| Disbursements | $656.60 |
| **TOTAL THIS INVOICE** | **$25,562.61** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8650237*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | December 09, 2011 |
| Invoice No. | 8650237 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **SOUTHEAST FUNDING ALLIANCE**
Matter Number:  **0211891**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $27,673.35 |
| LESS AGREED UPON 10% FEE DISCOUNT | (2,767.34) |
| TOTAL SERVICES | $24,906.01 |
| Disbursements | $656.60 |
| **TOTAL THIS INVOICE** | **$25,562.61** |

*To ensure proper credit to the above account, please indicate invoice no. 8650237*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

Page 3

| 054539<br>0211891 | LEHMAN BROTHERS HOLDINGS, INC.<br>SOUTHEAST FUNDING ALLIANCE | As of<br>Invoice Number | November 30, 2011<br>8650237 |
|---|---|---|---|

**Task Code:**     **4000**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 2-Nov-11 | Prepare Motion to Allow Counsel for Plaintiff to Bring Blackberry Communication Device into the Courtroom at Trial; prepare proposed order granting motion above; | PRG | 1.00 | 230.00 |
| 3-Nov-11 | Attend case status call with LBHI to discuss matter | JDB | 0.20 | 74.00 |
| 5-Nov-11 | Prepare direct examination of witness and documents for same. | KJG | 5.20 | 1,926.60 |
| 6-Nov-11 | Prepare formal correspondence to defense counsel re her improper disclosure of mediation communications in trial brief and request she amend brief to remove same | KJG | 0.40 | 148.20 |
| 7-Nov-11 | Review comments by M. Spohn on direct examination, also re spreadsheet exhibit | KJG | 0.40 | 148.20 |
| 7-Nov-11 | Incorporate comments/revisions to direct examination from M. Spohn, communicate with J. Baker re same for use in prep call | KJG | 0.40 | 148.20 |
| 7-Nov-11 | Communications with J. Baker and M. Spohn re exhibits; telephone conference with J. Baker and M. Spohn, trial examination/witness prep | KJG | 1.40 | 518.70 |
| 7-Nov-11 | Revise direct examination per today's conference call, communicate with J. Baker and M. Spohn re same | KJG | 0.80 | 296.40 |
| 7-Nov-11 | Work on identification of exhibits for use at trial. | KJG | 0.80 | 296.40 |
| 7-Nov-11 | Prepare Trial Working Notebook to include Judge Scriven's Preferences, Case Management Order, Joint Pre-Trial Statement, LBHI's Trial Exhibit List (w/objections), SFA's Trial Exhibit List (w/objections), LBHI's Trial Brief, SFA's Trial Brief, Notes for Opening and Closing, Witness Examination, Deposition Designations, Damages, Complaint and Answer and Affirmative Defenses; | PRG | 0.80 | 184.00 |
| 7-Nov-11 | Review and compile Plaintiff's Trial Exhibits. | PRG | 0.90 | 207.00 |
| 7-Nov-11 | Finalize damages spreadsheet. | PRG | 0.70 | 161.00 |
| 7-Nov-11 | Address issues regarding electronic equipment usage for trial; prepare Joint Motion to Allow Counsel for the Parties to Bring Electronic Equipment to Trial; | PRG | 2.80 | 644.00 |
| 8-Nov-11 | Compile deposition transcripts and deposition designations for trial; highlight deposition designations for use at trial. | PRG | 3.80 | 874.00 |

Akerman Senterfitt

| 054539  | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2011 |
| 0211891 | SOUTHEAST FUNDING ALLIANCE | Invoice Number | 8650237 |

| | | | | |
|---|---|---|---|---|
| 8-Nov-11 | Compile three (3) sets of trial exhibit notebooks for Plaintiff's trial exhibit and for Defendant's trial exhibits. | PRG | 1.10 | 253.00 |
| 8-Nov-11 | Revise Joint Motion to Allow Counsel to Bring Electronic Equipment to Trial and Access Broadband Wireless Internet. | PRG | 0.70 | 161.00 |
| 8-Nov-11 | Telephone conference with Nancy Leiter, Judge Scriven's courtroom deputy regarding trial exhibits and procedures. | PRG | 0.30 | 69.00 |
| 8-Nov-11 | Review Second Amended Case Management Order. | PRG | 0.20 | 46.00 |
| 8-Nov-11 | Prepare correspondence to Nancy Leiter, Judge Scriven's courtroom deputy regarding trial exhibits and language in Case Management Order. | PRG | 0.40 | 92.00 |
| 8-Nov-11 | Review damage spreadsheet. | PRG | 0.30 | 69.00 |
| 8-Nov-11 | Telephone conference with First Choice Reporting. | PRG | 0.20 | 46.00 |
| 8-Nov-11 | Telephone conference and electronic communications with M. Spohn re cross examination. | KJG | 0.40 | 148.20 |
| 8-Nov-11 | Confer with defense counsel re motion for electronic devices; revise and finalize motion, transmit to defense counsel for review/agreement | KJG | 0.50 | 185.25 |
| 8-Nov-11 | Communications with defense counsel re exhibit binders, also transmitting letter requesting she amend her trial brief | KJG | 0.20 | 74.10 |
| 8-Nov-11 | Prepare summary responsive to M. Spohn inquiry re defendant's exhibits pertaining to affirmative defenses. | KJG | 0.40 | 148.20 |
| 8-Nov-11 | Review M. Spohn revisions and comments to direct examination, revise examination and circulate to J.Baker and M. Spohn | KJG | 1.20 | 444.60 |
| 8-Nov-11 | Prepare outline and details of most likely potential cross-examination by defense of J. Baker, include defendant's arguments and references to exhibits that may be used | KJG | 2.30 | 852.15 |
| 9-Nov-11 | Highlight text to redact in Plaintiff's Trial Exhibits 13, 15 and 19. | PRG | 3.70 | 851.00 |
| 9-Nov-11 | Coordinate duplication of color copies of damages chart. | PRG | 0.60 | 138.00 |
| 9-Nov-11 | Correspond with Nancy Leiter, Judge Scriven's courtroom deputy regarding trial exhibit notebooks. | PRG | 0.40 | 92.00 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2011 |
| 0211891 | SOUTHEAST FUNDING ALLIANCE | Invoice Number | 8650237 |

| Date | Description | | | |
|------|-------------|------|------|--------|
| 9-Nov-11 | Review language in Defendant's exhibits that were created -- Defendant did not use the original document as the exhibit. | PRG | 1.20 | 276.00 |
| 9-Nov-11 | Replace Anthem Affidavit in trial notebook and coordinate redacting of personal information from personnel file. | PRG | 1.40 | 322.00 |
| 9-Nov-11 | Prepare for and meet with Vera June regarding trial exhibits. | PRG | 0.70 | 161.00 |
| 9-Nov-11 | Compile Defendant's trial exhibits notebook | JNL | 0.80 | 148.00 |
| 9-Nov-11 | Work on trial preparation including conferencing with trial counsel concerning exhibits, prior action and dismissal of action, and corss-examination | JDB | 0.40 | 148.00 |
| 9-Nov-11 | Review correspondence from opposing counsel re count II of complaint, respond to same outlining the several places in documents files where we made clear we were withdrawing that claim | KJG | 0.30 | 111.15 |
| 9-Nov-11 | Conference call, witness prep for trial | KJG | 1.80 | 666.90 |
| 9-Nov-11 | Provide defense exhibits 2 and 6 to client per conference call; communicate re need to obtain details on prior Aurora case | KJG | 0.20 | 74.10 |
| 9-Nov-11 | Review Aurora case and provide timeline summary to client. | KJG | 0.90 | 333.45 |
| 9-Nov-11 | Review and approve final exhibit binders for use at trial, provide defendant's copy to defense counsel | KJG | 0.60 | 222.30 |
| 9-Nov-11 | Communication to client re potential additional cross-examination issue | KJG | 0.30 | 111.15 |
| 10-Nov-11 | Communications from defense counsel re dropped claims, exhibit 10; respond to same | KJG | 0.20 | 74.10 |
| 10-Nov-11 | Review communication from defense counsel re her intention to file request for attorneys fees for Aurora case; review Rule 41 and respond to defense counsel quoting rule and explaining why it does not apply to LBHI's action | KJG | 0.40 | 148.20 |
| 10-Nov-11 | Strategy communications with M. Spohn re Mueller and Rivera loans being owned by bank at time of Aurora action. | KJG | 0.20 | 74.10 |
| 10-Nov-11 | Review order granting attorneys' motion to bring in electronic equipment | KJG | 0.10 | 37.05 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2011 |
| 0211891 | SOUTHEAST FUNDING ALLIANCE | Invoice Number | 8650237 |

| | | | | |
|---|---|---|---|---|
| 10-Nov-11 | Review order granting our motion in limine declaring Anthem records admissible, advised client re same | KJG | 0.20 | 74.10 |
| 10-Nov-11 | Telephone conference and electronic communications with M. Spohn re exhibits for use at trial, procedures, cross/rebuttal exhibits | KJG | 0.30 | 111.15 |
| 10-Nov-11 | Comparison review of specific created exhibits to client documents | JNL | 0.30 | 55.50 |
| 10-Nov-11 | Create trial exhibit worksheet to document exhibits during trial. | PRG | 1.60 | 368.00 |
| 10-Nov-11 | Compile pages from deposition of Christopher Crawford as referenced in Plaintiff's designations; highlight designated testimony of Christopher Crawford. | PRG | 2.80 | 644.00 |
| 10-Nov-11 | Review and prepare John Baker deposition for possible use during trial; compile excerpts from John Baker deposition. | PRG | 3.40 | 782.00 |
| 11-Nov-11 | Direct examination and exhibit references. | KJG | 1.30 | 481.65 |
| 11-Nov-11 | Finalize direct examination per conference call. | KJG | 0.80 | 296.40 |
| 11-Nov-11 | Review Order Allowing Electronic Equipment; review Order on Motion in Limine; incorporate motions and orders into trial notebook, including Motion to Admit Matthew Spohn Pro Hac Vice and Order Granting same. | PRG | 1.90 | 437.00 |
| 11-Nov-11 | Compile depositions and exhibits and have them bound for trial purposes. | PRG | 0.70 | 161.00 |
| 11-Nov-11 | Revise trial notebook index. | PRG | 1.30 | 299.00 |
| 11-Nov-11 | Coordinate delivery of trial materials and boxes to courtroom and pick up after trial. | PRG | 0.80 | 184.00 |
| 11-Nov-11 | Prepare correspondence to Judge Scriven's Courtroom Deputy. | PRG | 0.50 | 115.00 |
| 11-Nov-11 | Review select trial exhibits to ensure best copies are in notebooks; recreate select trial exhibits (best copies). | PRG | 0.60 | 138.00 |
| 11-Nov-11 | Compile interrogatory answers, damages, Motion to Take Under Advisement, lawbase notes, Akell Declaration and exhibits, Crawford Affidavit and exhibits, Baker deposition excerpts as previously filed with the court. | PRG | 2.00 | 460.00 |
| 11-Nov-11 | Conference call, trial witness prep | KJG | 1.30 | 481.65 |

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2011 |
| 0211891 | SOUTHEAST FUNDING ALLIANCE | Invoice Number | 8650237 |

| | | | | |
|---|---|---|---|---|
| 11-Nov-11 | Communications with defense counsel re her disclosure of mediation negotiations in trial brief | KJG | 0.30 | 111.15 |
| 11-Nov-11 | Strategy communications with M. Spohn re Stagner loan applications. | KJG | 0.40 | 148.20 |
| 11-Nov-11 | Prepare list of items for J. Baker to renew email communication to J.Baker and M. Spohn with same, including attachments. | KJG | 1.00 | 370.50 |
| 11-Nov-11 | Additional communications from defense counsel disputing Mueller loan remained at issue during mediation | KJG | 0.20 | 74.10 |
| 12-Nov-11 | Review communication from defense counsel, review defense emergency motion for admission of mediation communications; communicate with M. Spohn and J. Balser re same | KJG | 1.20 | 444.60 |
| 12-Nov-11 | Prepare for trial, review both trial briefs, declarations by both parties, direct examination, key exhibits, judge's orders re trial procedures. | KJG | 3.60 | 1,333.80 |
| 12-Nov-11 | Consideration to issues associated with responding to SEFA's emergency motion in limine and consider whether proferred evidence is prejudicial or helpful to LBHI's case | JDB | 0.40 | 148.00 |
| 13-Nov-11 | Prepare opening statement; prepare re-direct examination based on anticipated cross of J. Baker | KJG | 2.60 | 963.30 |
| 13-Nov-11 | Meet with J. Baker and M. Spohn, discuss trial strategy, potential cross examination and document issues; revise opening statement after meeting per comments from M. Spohn. | KJG | 2.70 | 1,000.35 |
| 14-Nov-11 | Final preparations for trial, confer with opposing counsel and courtroom deputy prior to trial commencing | KJG | 1.60 | 592.80 |
| 14-Nov-11 | Attend trial; post-trial meeting, conference Z. Trumpp and S. Drosdick. | KJG | 8.00 | 2,964.00 |
| 15-Nov-11 | Telephone and email communications to defense counsel | KJG | 0.20 | 74.10 |
| 15-Nov-11 | Research Eleventh Circuit precedent on enforcement of pretrial stipulations, consult with M. Spohn re same | KJG | 1.40 | 518.70 |
| 15-Nov-11 | Meet with J. Baker and M. Spohn, discuss settlement and closing argument strategy | KJG | 0.50 | 185.25 |

Akerman Senterfitt                                                                        Page 8

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2011 |
| 0211891 | SOUTHEAST FUNDING ALLIANCE | Invoice Number | 8650237 |

| Date | Description | | | |
|---|---|---|---|---|
| 15-Nov-11 | Telephone conferences with defense counsel re settlement [*additional 1.6 not billed as courtesy due to dual involvement with M. Spohn] | KJG | 0.70 | 259.35 |
| 15-Nov-11 | Several communications with defense counsel (.15); finalize motion and file same (.1) | KJG | 0.10 | 37.05 |
| 15-Nov-11 | Work on strategy for resolution as well as strategy should settlement not occur. | JDB | 0.60 | 222.00 |
| 15-Nov-11 | Draft motion for continuance of closing arguments. | KJG | 0.40 | 148.20 |
| 16-Nov-11 | Review order granting continuance of closing arguments, communicate same to client | KJG | 0.20 | 74.10 |
| 16-Nov-11 | Review docket entries entered re trial, exhibits; meet with opposing counsel discuss bankruptcy action/proof of claim process | KJG | 0.50 | 185.25 |
| 16-Nov-11 | Communicate with client re details for terms sheet | KJG | 0.20 | 74.10 |
| 18-Nov-11 | Communication to client re settlement agreement and discussion with defense counsel | KJG | 0.20 | 74.10 |
| 18-Nov-11 | Review order of administrative closure, giving parties 60 days to file stipulated dismissal | KJG | 0.10 | 37.05 |
| 22-Nov-11 | Communicate with client re obtaining executed settlement agreement, receive same | KJG | 0.20 | 74.10 |
| 28-Nov-11 | Communication to defense counsel providing fully executed settlement agreement, confirm I will prepare stipulation for dismissal | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000** | | 89.20 | 27,673.35 |

Services..........................................................................................$27,673.35

**LESS AGREED UPON 10% FEE DISCOUNT**                              (2,767.34)

**Total Services** ..............................................................**$24,906.01**

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 10-Nov-11 | DUPLICATING - COLOR | 35.00 | |
| Total for DUPLICATING - COLOR | | | 35.00 |
| 8-Nov-11 | TELECOPY | 3.00 | |
| Total for TELECOPY | | | 3.00 |

Akerman Senterfitt                                                                    Page 9

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2011 |
| 0211891 | SOUTHEAST FUNDING ALLIANCE | Invoice Number | 8650237 |

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 5-Nov-11 | DUPLICATING-Orlando-K Garcia | 40.20 | |
| 7-Nov-11 | DUPLICATING-Orlando-K Garcia | 20.80 | |
| 8-Nov-11 | DUPLICATING-Orlando-P Gerlach | 63.60 | |
| 9-Nov-11 | DUPLICATING-Orlando-P Garlach | 173.20 | |
| 9-Nov-11 | DUPLICATING | 91.40 | |
| 9-Nov-11 | DUPLICATING | 3.40 | |
| 9-Nov-11 | DUPLICATING | 3.00 | |
| 9-Nov-11 | DUPLICATING | 31.80 | |
| 10-Nov-11 | DUPLICATING | 0.40 | |
| 10-Nov-11 | DUPLICATING | 0.40 | |
| 11-Nov-11 | DUPLICATING | 108.60 | |
| 11-Nov-11 | DUPLICATING-Orlando-P Gerlach | 78.80 | |
| Total for DUPLICATING | | | 615.60 |
| | | | |
| 10-Nov-11 | TELEPHONE 1-303-302-7859 Denver - CO (USA) | 3.00 | |
| Total for TELEPHONE | | | 3.00 |

**Total Disbursements** ......................................................................................................**$656.60**

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2011 |
| 0211891 | SOUTHEAST FUNDING ALLIANCE | Invoice Number | 8650237 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 1.60 | 592.00 |
| JNL | J. N. LINDVALL | 1.10 | 203.50 |
| KJG | K. J. GARCIA | 49.70 | 18,413.85 |
| PRG | P. R. GERLACH | 36.80 | 8,464.00 |
| | Total | 89.20 | $27,673.35 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    December 12, 2011
Invoice No.    8650646

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **APPROVED FUNDING CORP.**
Matter Number:    **0221786**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $3,761.65 |
| LESS AGREED UPON 10% FEE DISCOUNT | (376.17) |
| TOTAL SERVICES | $3,385.48 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$3,385.48** |

*To ensure proper credit to the above account, please indicate invoice no. 8650646*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date     December 12, 2011
Invoice No.             8650646

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **APPROVED FUNDING CORP.**
Matter Number:  **0221786**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $3,761.65 |
| LESS AGREED UPON 10% FEE DISCOUNT | (376.17) |
| TOTAL SERVICES | $3,385.48 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$3,385.48** |

*To ensure proper credit to the above account, please indicate invoice no. 8650646*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2011 |
|---|---|---|---|
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8650646 |

**Task Code:** **4000**

| | | | | |
|---|---|---|---|---|
| 2-Nov-11 | Preapration of Objections for filing. | H K | 0.27 | 68.85 |
| 2-Nov-11 | Send letter and interrogatories out to opposing counsel. | JMS | 0.20 | 69.00 |
| 3-Nov-11 | Review report and attend monthly status conference | KJG | 0.10 | 37.05 |
| 3-Nov-11 | Attend case status call with LBHI to discuss matter | JDB | 0.20 | 74.00 |
| 16-Nov-11 | Review summary judgment papers to prep for deposition. | JMS | 0.70 | 241.50 |
| 18-Nov-11 | Planning for J. Baker deposition prep | KJG | 0.20 | 74.10 |
| 28-Nov-11 | Review exhibits in preparation for prep session with John Baker tomorrow. | JMS | 0.90 | 310.50 |
| 28-Nov-11 | Work on deposition preparation for meeting with Mr. Baker | JDB | 3.00 | 1,110.00 |
| 28-Nov-11 | Prepare summary of key issues to address in deposition prep, provide documents for review | KJG | 0.60 | 222.30 |
| 29-Nov-11 | Prepare outline of deposition preparation; Meet with Mr. Baker to prepare for deposition | JDB | 3.50 | 1,295.00 |
| 29-Nov-11 | Strategy communications re deposition and exhibits for review in prep session | KJG | 0.40 | 148.20 |
| 29-Nov-11 | Communications with J. Baker re settlement positions, prior offers/demands, fees to date | KJG | 0.30 | 111.15 |
| | **Subtotal for Code 4000** | | **10.37** | **3,761.65** |

Services..........................................................................................................$3,761.65

**LESS AGREED UPON 10% FEE DISCOUNT**                                     (376.17)

**Total Services** .............................................................................................**$3,385.48**

Akerman Senterfitt

Page 4

054539       LEHMAN BROTHERS HOLDINGS, INC.          As of          November 30, 2011
0221786      APPROVED FUNDING CORP.                  Invoice Number          8650646

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| H K | H. KOGAN | 0.27 | 68.85 |
| JDB | J. D. BALSER | 6.70 | 2,479.00 |
| JMS | J. M. SMITH | 1.80 | 621.00 |
| KJG | K. J. GARCIA | 1.60 | 592.80 |
| | Total | 10.37 | $3,761.65 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    December 09, 2011
Invoice No.    8650239

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BONDCORP REALTY SERVICES, INC.**
                **(PROJECT HARVEST)**
Matter Number:    **0225239**                    Claim No: **XXXXX Task**
                                                          **Code 4000**

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $13,203.35 |
| LESS AGREED UPON 10% FEE DISCOUNT | (1,320.34) |
| TOTAL SERVICES | $11,883.01 |
| Disbursements | $734.10 |
| **TOTAL THIS INVOICE** | **$12,617.11** |

*To ensure proper credit to the above account, please indicate invoice no. 8650239*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|  |  |
|---|---|
| Invoice Date | December 09, 2011 |
| Invoice No. | 8650239 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **BONDCORP REALTY SERVICES, INC.** |
| | **(PROJECT HARVEST)** |
| Matter Number: | **0225239** |

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $13,203.35 |
| LESS AGREED UPON 10% FEE DISCOUNT | (1,320.34) |
| TOTAL SERVICES | $11,883.01 |
| Disbursements | $734.10 |
| **TOTAL THIS INVOICE** | **$12,617.11** |

*To ensure proper credit to the above account, please indicate invoice no. 8650239*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt

Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2011 |
|---|---|---|---|
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | Invoice Number | 8650239 |

**Task Code:**    **4000**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 3-Nov-11 | Communicate to opposing counsel reiterating questions posed re financials for use in determining settlement position | KJG | 0.20 | 74.10 |
| 3-Nov-11 | Communicate re discovery documents, deposition transcripts | KJG | 0.20 | 74.10 |
| 3-Nov-11 | Attend case status call with LBHI to discuss matter | JDB | 0.20 | 74.00 |
| 3-Nov-11 | Review report and attend monthly status conference | KJG | 0.10 | 37.05 |
| 3-Nov-11 | Communications to H. Gray re details on loans for use in declaration and summary judgment | KJG | 0.40 | 148.20 |
| 3-Nov-11 | Revise and expand declaration for H. Gray in support of summary judgment, include loan history details for each loan | KJG | 4.20 | 1,556.10 |
| 3-Nov-11 | Review communication from defense counsel responding to my inquiry re financial information | KJG | 0.10 | 37.05 |
| 3-Nov-11 | Review Jennifer Stuart transcript | I H | 0.20 | 76.00 |
| 4-Nov-11 | Complete draft declaration for H. Gray in support of summary judgment; communication to H. Gray re particular issues to review/clarify | KJG | 0.80 | 296.40 |
| 4-Nov-11 | Review email re: version of declaration of H. Gray in support of summary judgment | BWB | 0.20 | 60.00 |
| 7-Nov-11 | Drafting Statement of Facts in support of LBHI's Motion for Partial Summary Judgment | BWB | 2.30 | 690.00 |
| 7-Nov-11 | Review and revise current draft of Declaration of Heston Gray | BWB | 0.80 | 240.00 |
| 7-Nov-11 | Review and analyze deposition transcript of Ms. Stuart, one of the borrowers for an at-issue loan, for inclusion in said Statement of Facts | BWB | 1.20 | 360.00 |
| 8-Nov-11 | Several communications with H. Gray and J. Bulmer re declaration and exhibits supporting same | KJG | 0.60 | 222.30 |
| 8-Nov-11 | Analysis re Munoz indemnification agreement, waiting on assignment; communicate with H.Gray re same | KJG | 0.40 | 148.20 |
| 8-Nov-11 | Revise and finalize declaration for H. Gray in support of summary judgment | KJG | 1.10 | 407.55 |
| 8-Nov-11 | Begin drafting Memorandum of Law in support of LBHI's Motion for Partial Summary Judgment | BWB | 0.60 | 180.00 |

Akerman Senterfitt                                                                                        Page 4

| 054539<br>0225239 | LEHMAN BROTHERS HOLDINGS, INC.<br>BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | As of<br>Invoice Number | November 30, 2011<br>8650239 |

| | | | | |
|---|---|---|---|---|
| 9-Nov-11 | Continue and finish drafting Memorandum of Law in Support of LBHI's Motion for Partial Summary Judgment | BWB | 2.20 | 660.00 |
| 9-Nov-11 | Communicate with client re declaration and certain exhibits, review comments by client to declaration | KJG | 0.40 | 148.20 |
| 9-Nov-11 | Communicate with client re RLT documents for use as exhibit to summary judgment | KJG | 0.20 | 74.10 |
| 9-Nov-11 | Revise declaration in support of summary judgment, cross reference exhibits, instructions for carrying revisions through to statement of facts | KJG | 0.80 | 296.40 |
| 9-Nov-11 | Additional communications with client re certain exhibits for supporting summary judgment, sale of loans | KJG | 0.30 | 111.15 |
| 9-Nov-11 | Revise statement of uncontroverted facts for filing with summary judgment, instructions for clarification and finalizing | KJG | 0.80 | 296.40 |
| 9-Nov-11 | Electronic communications to defense counsel, status of financials for settlement progression, intended summary judgment, deadlines approaching | KJG | 0.20 | 74.10 |
| 9-Nov-11 | Analyze documents for use as exhibits in support of summary judgment including deposition excerpts | KJG | 0.40 | 148.20 |
| 9-Nov-11 | Address summary judgment issues and determine additional meet and confer steps to be taken | I H | 0.40 | 152.00 |
| 9-Nov-11 | Revise Statement of Facts supporting said Motion for Summary Judgment | BWB | 0.80 | 240.00 |
| 9-Nov-11 | Draft Declaration of Justin Balser in support of said Motion for Summary Judgment | BWB | 1.20 | 360.00 |
| 9-Nov-11 | Draft Notice of Motion for Summary Judgment | BWB | 0.70 | 210.00 |
| 9-Nov-11 | Draft proposed order granting same | BWB | 1.30 | 390.00 |
| 10-Nov-11 | Analyzing case documents and assembling same for use as exhibits to Declaration of Heston Gray in support of Motion for Partial Summary judgment | BWB | 2.10 | 630.00 |
| 10-Nov-11 | Telephone and electronic communications to defense counsel, again attempting to discuss summary judgment and potential settlement | KJG | 0.20 | 74.10 |
| 10-Nov-11 | Communications with client re declaration, respond to inquiries from H. Gray with further details | KJG | 0.30 | 111.15 |

Akerman Senterfitt

| 054539<br>0225239 | LEHMAN BROTHERS HOLDINGS, INC.<br>BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | As of<br>Invoice Number | November 30, 2011<br>8650239 |
|---|---|---|---|
| 10-Nov-11 | Telephone and email communications with defense counsel's office re need to confer via phone today, not receiving any response to my messages; email communication seeking agreement for January 9 as hearing date as per our prior stipulation making that deadline for hearing | KJG | 0.20 | 74.10 |
| 10-Nov-11 | Telephone conference with defense counsel re summary judgment, still needing answers to our questions on financials before we can move settlement discussions along, agree to brief extension request on remaining deadlines | KJG | 0.20 | 74.10 |
| 10-Nov-11 | Prepare draft of parties' stipulated extension; additional communications with defense counsel re same | KJG | 0.60 | 222.30 |
| 10-Nov-11 | Revise and finalize statement of uncontroverted facts | KJG | 0.80 | 296.40 |
| 10-Nov-11 | Revise memorandum of points and authorities in support of summary judgment | KJG | 3.30 | 1,222.65 |
| 10-Nov-11 | Revise Statement of Facts and Memorandum of Law in support of LBHI's Motion for Partial Summary Judgment | BWB | 2.40 | 720.00 |
| 11-Nov-11 | Prepare exhibit to Blaser Declaration in support of Motion for Summary Judgment | BWB | 0.20 | 60.00 |
| 11-Nov-11 | Preparation of exhibits for submission to Court in support of motion for summary judgment. | K S | 3.60 | 432.00 |
| 11-Nov-11 | Communications with defense counsel re status, advise they will need to file stipulation if they are still wanting extension | KJG | 0.20 | 74.10 |
| 11-Nov-11 | Revise and finalize proposed order granting summary judgment | KJG | 0.90 | 333.45 |
| 11-Nov-11 | Finalize memorandum of points and authorities, notice of motion, exhibits, prepare all documents for filing | KJG | 1.80 | 666.90 |
| 15-Nov-11 | Communicate with client re timing/efforts to obtain assignment of indemnification on Munoz | KJG | 0.20 | 74.10 |
| 15-Nov-11 | Communication to defense counsel requesting responses to our questions posed re the financials | KJG | 0.10 | 37.05 |
| 16-Nov-11 | Communicate with client re upcoming deadlines and the proposed revised dates recently submitted to court | KJG | 0.20 | 74.10 |

Akerman Senterfitt                                                                    Page 6

| 054539<br>0225239 | LEHMAN BROTHERS HOLDINGS, INC.<br>BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | As of<br>Invoice Number | November 30, 2011<br>8650239 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 17-Nov-11 | Review order extending deadlines, review phone communication from court re courtesy copies of motion | KJG | 0.20 | 74.10 |
| 21-Nov-11 | Review correspondence from defense counsel with answers to our financial questions; provide same to client | KJG | 0.30 | 111.15 |

**Subtotal for Code 4000**                                      **41.10**   **13,203.35**

Services..............................................................................................$13,203.35

**LESS AGREED UPON 10% FEE DISCOUNT**                                        (1,320.34)

**Total Services** ..........................................................................$11,883.01

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 7-Nov-11 | DUPLICATING | 102.80 | |
| 7-Nov-11 | DUPLICATING-Los Angeles | 102.80 | |
| Total for DUPLICATING | | | 205.60 |
| 10-Nov-11 | TELEPHONE 1-714-435-9505 Santa Ana - CA (USA) | 0.60 | |
| 10-Nov-11 | TELEPHONE 1-714-435-9505 Santa Ana - CA (USA) | 0.20 | |
| Total for TELEPHONE | | | 0.80 |
| 28-Nov-11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; Services on 10/14/11, caller H. Serrano. Lehman Brothers/Bondcorp. WH-1709 | 351.52 | |
| 29-Nov-11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; Services on 10/13/11, caller H. Serrano. Lehman Brothers/Bondcorp. AD-3110 | 176.18 | |
| Total for DELIVERY SERVICE | | | 527.70 |

**Total Disbursements** ..............................................................$734.10

Akerman Senterfitt

054539        LEHMAN BROTHERS HOLDINGS, INC.                As of           November 30, 2011
0225239       BONDCORP REALTY SERVICES, INC. (PROJECT      Invoice Number          8650239
              HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| BWB | B. W. BANKS | 16.00 | 4,800.00 |
| I H | I. HAYAT | 0.60 | 228.00 |
| JDB | J. D. BALSER | 0.20 | 74.00 |
| K S | K. SCHELL | 3.60 | 432.00 |
| KJG | K. J. GARCIA | 20.70 | 7,669.35 |
| | Total | 41.10 | $13,203.35 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     December 12, 2011
Invoice No.         8650655

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)**
Matter Number:    **0225242**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $21,048.40 |
| LESS AGREED UPON 10% FEE DISCOUNT | (2,104.84) |
| TOTAL SERVICES | $18,943.56 |
| Disbursements | $2.20 |
| **TOTAL THIS INVOICE** | **$18,945.76** |

*To ensure proper credit to the above account, please indicate invoice no. 8650655*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|  |  |
|---|---|
| Invoice Date | December 12, 2011 |
| Invoice No. | 8650655 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **DIRECT MORTGAGE CORPORATION (PROJECT HARVEST)** |
| Matter Number: | **0225242** |

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $21,048.40 |
| LESS AGREED UPON 10% FEE DISCOUNT | (2,104.84) |
| TOTAL SERVICES | $18,943.56 |
| Disbursements | $2.20 |
| **TOTAL THIS INVOICE** | **$18,945.76** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8650655*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                                                          Page 3

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | November 30, 2011<br>8650655 |
|---|---|---|---|

**Task Code:    4000**

| | | | | |
|---|---|---|---|---|
| 1-Nov-11 | Analyze defendant's statement of facts and detailed review of entire deposition to ensure responses will accurately portray all testimony on same subject, prepare notes and tabs for use in preparing response/statement of genuine issues | KJG | 2.60 | 963.30 |
| 1-Nov-11 | Review mortgage maker document attached by defendant as exhibit G to their motion, communication with H. Gray re same as date of document is off in comparison to loans purchased | KJG | 0.30 | 111.15 |
| 2-Nov-11 | Working on responses/rebuttal to defendant's statement of facts, utilizing H. Gray deposition testimony in preparing same; review communications from H. Gray re product guidelines applicable to each loan | KJG | 2.40 | 889.20 |
| 2-Nov-11 | Work on additional undisputed facts for clarification/response to defendant's facts, appending to our response/statement of genuine issues | KJG | 1.10 | 407.55 |
| 2-Nov-11 | Draft supplemental declaration for H. Gray to support fact response/rebuttal; communicate with H. Gray re details on each loan re timing of sale/repurchase/indemnification | KJG | 1.40 | 518.70 |
| 3-Nov-11 | Review report and attend monthly status conference | KJG | 0.20 | 74.10 |
| 3-Nov-11 | Attend case status call with LBHI to discuss matter | JDB | 0.20 | 74.00 |
| 6-Nov-11 | Draft declaration for Z. Trumpp in response/rebuttal to defendant's declaration of M. Falce; communication to client re same | KJG | 1.30 | 481.65 |
| 7-Nov-11 | Communications with H. Gray re supplemental declaration, make revisions to declaration re same, identify additional exhibits needed per H. Gray | KJG | 0.80 | 296.40 |
| 7-Nov-11 | Strategize regarding certain responses/objections to defendant's facts. | KJG | 0.30 | 111.15 |
| 7-Nov-11 | Work on revisions/responses to defendant's inaccurate "statement of facts" which includes mischaracterizations of deposition testimony, communicate with H. Gray re same | KJG | 1.60 | 592.80 |
| 7-Nov-11 | Review and revise declaration of H. Gray in opposition to motion for summary judgment | JDB | 0.50 | 185.00 |

Akerman Senterfitt                                                                                 Page 4

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | November 30, 2011<br>8650655 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 8-Nov-11 | Working on revisions to draft of LBHI's memroandum in opposition to Direct Mortgage's Motion for Summary Judgment to conform same to revised statement of facts in dispute; email correspondence with K. Garcia re: same | BWB | 2.60 | 780.00 |
| 8-Nov-11 | Draft Declaration of Justin Balser in support of LBHI's Memorandum in Opposition to Direct Mortgage's Motion for Summary Judgment. | BWB | 0.40 | 120.00 |
| 8-Nov-11 | Revise declaration for Z. Trumpp per communications from client; communication to clients re revisions, further questions | KJG | 0.60 | 222.30 |
| 8-Nov-11 | Complete revisions/responses to defendant's extremely inaccurate "statement of facts", communicate with H. Gray re same | KJG | 1.30 | 481.65 |
| 8-Nov-11 | Prepare declaration for possible Aurora individual on MERS information/corrections | KJG | 0.40 | 148.20 |
| 9-Nov-11 | Communicate with client, review MERS website for proper description of MERS and its claimed function | KJG | 0.40 | 148.20 |
| 9-Nov-11 | Review draft memorandum in opposition to Direct's summary judgment; instructions for revising same | KJG | 0.90 | 333.45 |
| 9-Nov-11 | Communications re Z. Trumpp declaration | KJG | 0.10 | 37.05 |
| 10-Nov-11 | Statement of Genuine Issues of Fact in opposition to said Motion for Summary Judgment. | BWB | 1.40 | 420.00 |
| 10-Nov-11 | Revise Supplemental Declaration of Heston gray. | BWB | 0.90 | 270.00 |
| 10-Nov-11 | Revise Memorandum in Opposition to Direct Mortgage's Motion for Summary Judgment. | BWB | 1.70 | 510.00 |
| 11-Nov-11 | Analyze arguments that Reilly Pozner requested that we make in LBHI's Memorandum in Opposition to DMC's Motion for Summary Judgment; revise said Memorandum accordingly | BWB | 2.10 | 630.00 |
| 11-Nov-11 | Electronic communications with client; telephone conference re declaration for Z. Trumpp in rebuttal of Falce declaration | KJG | 0.40 | 148.20 |
| 11-Nov-11 | Revise declaration for Z. Trumpp, circulate for review and approval | KJG | 0.40 | 148.20 |
| 11-Nov-11 | Electronic communication re revisions to Z. Trumpp declaration, review comments from M. Spohn and further revise declaration per same | KJG | 0.20 | 74.10 |

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | November 30, 2011<br>8650655 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 12-Nov-11 | Revise and finalize supplemental declaration for H. Gray, communication to H. Gray and J. Balser confirming certain exhibits identified in declaration | KJG | 1.10 | 407.55 |
| 12-Nov-11 | Revise and finalize response in opposition to Direct's motion for summary judgment. | KJG | 3.70 | 1,370.85 |
| 12-Nov-11 | Review and confirm exhibits for filing with supplemental declaration of H. Gray; additional communications re same | KJG | 0.90 | 333.45 |
| 12-Nov-11 | Work on revisions to opposition to Direct's motion for summary judgment | JDB | 1.40 | 518.00 |
| 13-Nov-11 | Analyze litigation file and client fileshare site for documents in support of H. Gray's supplemental declaration in response and opposition to defendant's motion for summary judgment. | KLE | 3.10 | 434.00 |
| 13-Nov-11 | Review comments and questions regarding response brief, make revisions per same. | KJG | 0.60 | 222.30 |
| 14-Nov-11 | Compile and prepare exhibits to H. Gray's declaration in support of opposition to defendant's motion for summary judgment. | KLE | 1.70 | 238.00 |
| 14-Nov-11 | Email correspondence with J. Balser re: execution of his declaration | BWB | 0.30 | 90.00 |
| 14-Nov-11 | Communicate re remaining exhibits to H.Gray supplemental declaration | KJG | 0.30 | 111.15 |
| 14-Nov-11 | Finalize Memorandum in Opposition to Summary Judgment, Statement of Facts, and Declaration of J. Balser. | BWB | 2.30 | 690.00 |
| 14-Nov-11 | Review and analyze client documents to locate exhibits to Declaration of Heston Gray. | BWB | 2.60 | 780.00 |
| 14-Nov-11 | Preparation of exhibits for submission to Court in support of Response in Oppoition of Direct Mortgage's motion for summary judgment. | K S | 4.70 | 564.00 |
| 18-Nov-11 | Research/communicate re New York law on reading contract as whole, and Ninth Circuit on summary judgment response, for use in reply brief | KJG | 0.70 | 259.35 |
| 18-Nov-11 | Analyze defendant's statement of genuine issues and factual assertions in response brief, compare statements and record citations to actual testimony for use in reply/rebuttal | KJG | 2.10 | 778.05 |

Akerman Senterfitt

| 054539<br>0225242 | LEHMAN BROTHERS HOLDINGS, INC.<br>DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | As of<br>Invoice Number | November 30, 2011<br>8650655 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 18-Nov-11 | Work on reply to defendant's response to our motion for summary judgment | KJG | 3.20 | 1,185.60 |
| 19-Nov-11 | Continue working on reply brief; complete draft and transmit same for review and comment | KJG | 5.20 | 1,926.60 |
| 20-Nov-11 | Work on revisions to reply in support of motion for summary judgment | JDB | 1.00 | 370.00 |
| 21-Nov-11 | Communicate re reply, certain details/strategy | KJG | 0.40 | 148.20 |
| 21-Nov-11 | Revise and finalize reply brief, prepare same for filing | KJG | 2.60 | 963.30 |
| 22-Nov-11 | Revise table of authorities for brief. | KJG | 0.80 | 296.40 |
| 22-Nov-11 | Communicate and coordinate re copies of documents for judge | KJG | 0.20 | 74.10 |
| 28-Nov-11 | Communicate re hearing | KJG | 0.20 | 74.10 |
| 30-Nov-11 | Review court notice sua sponte rescheduling hearing | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000** | | **65.70** | **21,048.40** |

Services................................................................................................$21,048.40

**LESS AGREED UPON 10% FEE DISCOUNT** (2,104.84)

**Total Services** ....................................................................................$18,943.56

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 8-Nov-11 | DUPLICATING | 2.20 |
| | Total for DUPLICATING | 2.20 |

**Total Disbursements** .............................................................................$2.20

Akerman Senterfitt                                                                                    Page 7

054539        LEHMAN BROTHERS HOLDINGS, INC.            As of            November 30, 2011
0225242       DIRECT MORTGAGE CORPORATION (PROJECT     Invoice Number              8650655
              HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| BWB | B. W. BANKS | 14.30 | 4,290.00 |
| JDB | J. D. BALSER | 3.10 | 1,147.00 |
| K S | K. SCHELL | 4.70 | 564.00 |
| KJG | K. J. GARCIA | 38.80 | 14,375.40 |
| KLE | K. L. ELLIOTT | 4.80 | 672.00 |
| | Total | 65.70 | $21,048.40 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | December 12, 2011 |
| Invoice No. | 8650661 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **PEOPLES HOME EQUITY, INC. (PROJECT HARVEST)**
Matter Number:  **0225261**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $111.15 |
| LESS AGREED UPON 10% FEE DISCOUNT | (11.12) |
| TOTAL SERVICES | $100.03 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$100.03** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8650661*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date     December 12, 2011
Invoice No.          8650661

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **PEOPLES HOME EQUITY, INC. (PROJECT HARVEST)**
Matter Number: **0225261**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $111.15 |
| LESS AGREED UPON 10% FEE DISCOUNT | (11.12) |
| TOTAL SERVICES | $100.03 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$100.03** |

*To ensure proper credit to the above account, please indicate invoice no. 8650661*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                 Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2011 |
| 0225261 | PEOPLES HOME EQUITY, INC. (PROJECT HARVEST) | Invoice Number | 8650661 |

**Task Code:**   **4000**

| 16-Nov-11 | Communicate with Peoples re obligation "showing" as outstanding, confer with M. Spohn re same | KJG | 0.20 | 74.10 |
| 28-Nov-11 | Electronic communication from Peoples re the matter showing as a third party suit | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000** | | **0.30** | **111.15** |

Services......................................................................................$111.15

**LESS AGREED UPON 10% FEE DISCOUNT**                                    (11.12)

**Total Services** .......................................................................$100.03

Akerman Senterfitt                                                                      Page 4

054539        LEHMAN BROTHERS HOLDINGS, INC.                    As of              November 30, 2011
0225261       PEOPLES HOME EQUITY, INC. (PROJECT HARVEST)       Invoice Number              8650661

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.30 | 111.15 |
| | Total | 0.30 | $111.15 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date        December 12, 2011
Invoice No.                    8650665

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Number:  **0227046**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $200.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (20.00) |
| TOTAL SERVICES | $180.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$180.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8650665*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | December 12, 2011 |
| Invoice No. | 8650665 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Number: **0227046**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $200.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (20.00) |
| TOTAL SERVICES | $180.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$180.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8650665*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                              Page 3

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of          November 30, 2011
0227046     LEHMAN BROTHERS HOLDINGS, INC.          Invoice Number          8650665

**Task Code:**    **4000**

7-Nov-11    Draft stipulation and order to stay discovery pending    JDB    0.50    200.00
            ruling on Lehman's motion to dismiss; email
            correspondence with opposing counsel re: same

                        **Subtotal for Code 4000**                  **0.50**   **200.00**

            Services...........................................................................................$200.00

            **LESS AGREED UPON 10% FEE DISCOUNT**                              (20.00)

            **Total Services** .........................................................................$180.00

Akerman Senterfitt                                                           Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2011 |
| 0227046 | LEHMAN BROTHERS HOLDINGS, INC. | Invoice Number | 8650665 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BUNDICK | 0.50 | 200.00 |
| | Total | 0.50 | $200.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date       December 12, 2011
Invoice No.                8650668

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **1ST ADVANTAGE MORTGAGE**
Matter Number:  **0237769**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---:|
| Services | $333.45 |
| LESS AGREED UPON 10% FEE DISCOUNT | (33.35) |
| TOTAL SERVICES | $300.10 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$300.10** |

*To ensure proper credit to the above account, please indicate invoice no. 8650668*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | December 12, 2011 |
|---|---|
| Invoice No. | 8650668 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **1ST ADVANTAGE MORTGAGE**
Matter Number:  **0237769**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $333.45 |
| LESS AGREED UPON 10% FEE DISCOUNT | (33.35) |
| TOTAL SERVICES | $300.10 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$300.10** |

*To ensure proper credit to the above account, please indicate invoice no. 8650668*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2011 |
| 0237769 | 1ST ADVANTAGE MORTGAGE | Invoice Number | 8650668 |

**Task Code:**  **4000**

| 2-Nov-11 | Communications with opposing counsel re court's premature dismissal order, agree to submit joint stipulation re same | KJG | 0.10 | 37.05 |
| 11-Nov-11 | Communications with defense counsel re proposed consent order for dismissal; confirm with M.Spohn re approval to dismiss with prejudice | KJG | 0.30 | 111.15 |
| 15-Nov-11 | Communicate with defense and local counsel re status of obtaining final order | KJG | 0.20 | 74.10 |
| 22-Nov-11 | Check re status of obtaining final order from court | KJG | 0.10 | 37.05 |
| 23-Nov-11 | Review communication from local counsel and order of dismissal received today from court | KJG | 0.20 | 74.10 |
| | **Subtotal for Code 4000** | | **0.90** | **333.45** |

Services.................................................................................................$333.45

**LESS AGREED UPON 10% FEE DISCOUNT** (33.35)

**Total Services** ........................................................................**$300.10**

Akerman Senterfitt                                                              Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of           November 30, 2011
0237769     1ST ADVANTAGE MORTGAGE                  Invoice Number          8650668

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.90 | 333.45 |
| | Total | 0.90 | $333.45 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    December 12, 2011
Invoice No.            8650671

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **RMS & ASSOCIATES**
Matter Number:   **0248042**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,203.80 |
| LESS AGREED UPON 10% FEE DISCOUNT | (120.38) |
| TOTAL SERVICES | $1,083.42 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,083.42** |

*To ensure proper credit to the above account, please indicate invoice no. 8650671*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date     December 12, 2011
Invoice No.      8650671

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **RMS & ASSOCIATES**
Matter Number:   **0248042**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,203.80 |
| LESS AGREED UPON 10% FEE DISCOUNT | (120.38) |
| TOTAL SERVICES | $1,083.42 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,083.42** |

*To ensure proper credit to the above account, please indicate invoice no. 8650671*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

| 054539<br>0248042 | LEHMAN BROTHERS HOLDINGS, INC.<br>RMS & ASSOCIATES | As of<br>Invoice Number | November 30, 2011<br>8650671 |
|---|---|---|---|

**Task Code:    4000**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 1-Nov-11 | Email communications re: review of file for privileged and/or confidential information in preparation for disclosure of documents pursuant to FRCP 16.1 | JDB | 0.30 | 120.00 |
| 1-Nov-11 | Communicate re preparation of initial disclosures, timing as it relates to production before or after upcoming hearing on motions to dismiss | KJG | 0.20 | 74.10 |
| 1-Nov-11 | Review intial disclosure of documents for production. | JDB | 0.60 | 240.00 |
| 3-Nov-11 | Review report and attend monthly status conference | KJG | 0.10 | 37.05 |
| 3-Nov-11 | Attend case status call with LBHI to discuss matter | JDB | 0.10 | 37.00 |
| 5-Nov-11 | Communicate re initial disclosures, coordinating revised deadline | KJG | 0.20 | 74.10 |
| 8-Nov-11 | Draft stipulation and order to stay discovery eview. | S W | 0.50 | 82.50 |
| 8-Nov-11 | Revision of stipulation and order to stay discovery | D S | 0.40 | 62.00 |
| 8-Nov-11 | Communicate re initial disclosures and hearing on motions to dismiss | KJG | 0.10 | 37.05 |
| 8-Nov-11 | Email and telephone communications with opposing counsel re: stipulation and order to extend production of initial disclosures pending court order on Lehman's motion to dismiss; prepare stipulation and order re: same | JDB | 0.60 | 240.00 |
| 16-Nov-11 | Draft stipulation and order to extend time for parties to file initial disclosure pending court order on Lehman's motion to dismiss | JDB | 0.30 | 120.00 |
| 17-Nov-11 | Email correspondence re: Aurora's filing of a third party complaint | JDB | 0.20 | 80.00 |
| | **Subtotal for Code 4000** | | **3.60** | **1,203.80** |

Services.................................................................................................................$1,203.80

**LESS AGREED UPON 10% FEE DISCOUNT**                                    (120.38)

**Total Services** ...............................................................................................**$1,083.42**

Akerman Senterfitt

054539        LEHMAN BROTHERS HOLDINGS, INC.          As of              November 30, 2011
0248042       RMS & ASSOCIATES                         Invoice Number                 8650671

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| D S | D. SPEASE | 0.40 | 62.00 |
| JDB | J. D. BUNDICK | 0.90 | 360.00 |
| JDB | J. D. BALSER | 0.10 | 37.00 |
| JDB | J. D. BUNDICK | 1.10 | 440.00 |
| KJG | K. J. GARCIA | 0.60 | 222.30 |
| S W | S. WARNER | 0.50 | 82.50 |
| | Total | 3.60 | $1,203.80 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | December 12, 2011 |
| Invoice No. | 8650672 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **HAMILTON MORTGAGE**
Matter Number: **0248048**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $481.65 |
| LESS AGREED UPON 10% FEE DISCOUNT | (48.17) |
| TOTAL SERVICES | $433.48 |
| Disbursements | $1,341.00 |
| **TOTAL THIS INVOICE** | **$1,774.48** |

*To ensure proper credit to the above account, please indicate invoice no. 8650672*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | December 12, 2011 |
|---|---|
| Invoice No. | 8650672 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **HAMILTON MORTGAGE** |
| Matter Number: | **0248048** |

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $481.65 |
| LESS AGREED UPON 10% FEE DISCOUNT | (48.17) |
| TOTAL SERVICES | $433.48 |
| Disbursements | $1,341.00 |
| **TOTAL THIS INVOICE** | **$1,774.48** |

*To ensure proper credit to the above account, please indicate invoice no. 8650672*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2011 |
| 0248048 | HAMILTON MORTGAGE | Invoice Number | 8650672 |

**Task Code:** **4000**

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 1-Nov-11 | Communications with process server re needing skip trace, whether it will provide anything additional to Accurint reports | KJG | 0.20 | 74.10 |
| 1-Nov-11 | Telephone conference with First Legal; communication with client to confirm approval for cost; correspondence to First Legal confirming request for investigative search. | KJG | 0.40 | 148.20 |
| 7-Nov-11 | Communications with First Legal re skip trace results, plan to make additional attempts to serve | KJG | 0.20 | 74.10 |
| 17-Nov-11 | Review report from process server, communicate with client re same | KJG | 0.30 | 111.15 |
| 23-Nov-11 | Communicate with First Legal re additional potential address for J. Lyddon, request service attempt | KJG | 0.20 | 74.10 |
| | **Subtotal for Code 4000** | | **1.30** | **481.65** |

Services...................................................................................................$481.65

**LESS AGREED UPON 10% FEE DISCOUNT**                    (48.17)

**Total Services** ........................................................................................$433.48

| Date | Disbursements | | Value |
|---|---|---|---|
| 28-Nov-11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; Services on 8/30/11, caller T. Domres. Lehman Brothers v. Ha. WH-1709 | 1,116.00 | |
| 28-Nov-11 | COURT SERVICES - FIRST LEGAL NETWORK, LLC ; Services on 10/25/11, caller C. Linney. Lehman v. Hamilton. WH-1709 | 225.00 | |
| Total for DELIVERY SERVICE | | | 1,341.00 |

**Total Disbursements** ..............................................................................$1,341.00

Akerman Senterfitt

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of            November 30, 2011
0248048     HAMILTON MORTGAGE                       Invoice Number              8650672

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 1.30 | 481.65 |
| | Total | 1.30 | $481.65 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date        December 12, 2011
Invoice No.                8650674

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **UNIVERSAL AMERICAN MORTGAGE**
Matter Number:  **0248049**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $5,058.45 |
| LESS AGREED UPON 10% FEE DISCOUNT | (505.85) |
| TOTAL SERVICES | $4,552.60 |
| Disbursements | $9.20 |
| **TOTAL THIS INVOICE** | **$4,561.80** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8650674*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date        December 12, 2011
Invoice No.         8650674

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **UNIVERSAL AMERICAN MORTGAGE**
Matter Number:  **0248049**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $5,058.45 |
| LESS AGREED UPON 10% FEE DISCOUNT | (505.85) |
| TOTAL SERVICES | $4,552.60 |
| Disbursements | $9.20 |
| **TOTAL THIS INVOICE** | **$4,561.80** |

*To ensure proper credit to the above account, please indicate invoice no. 8650674.*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2011 |
| 0248049 | UNIVERSAL AMERICAN MORTGAGE | Invoice Number | 8650674 |

**Task Code:** **4000**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 2-Nov-11 | Prepare initial responses to interrogatories with explanation and comments to client for further completion | KJG | 1.10 | 407.55 |
| 2-Nov-11 | Correspondence to client discussing in detail the interrogatories and items we need assistance with | KJG | 0.40 | 148.20 |
| 3-Nov-11 | Review report and attend monthly status conference | KJG | 0.10 | 37.05 |
| 5-Nov-11 | Review communication from defense counsel re Lehman (Seller's Guide) CD production, duplicate numbering, respond to same | KJG | 0.20 | 74.10 |
| 7-Nov-11 | Communicate with R. Akell re responses to interrogatories | KJG | 0.10 | 37.05 |
| 7-Nov-11 | Review communication from defense counsel's office re Seller's Guide production set | KJG | 0.10 | 37.05 |
| 9-Nov-11 | Communicate with client re interrogatories, various details | KJG | 0.20 | 74.10 |
| 9-Nov-11 | Communicate with client re damage figures, Waterman loan | KJG | 0.30 | 111.15 |
| 10-Nov-11 | Review communication from client with full WLT spreadsheet, respond to questions from client; communicate to client re her comments re faulty phone number on Macias loan application | KJG | 0.20 | 74.10 |
| 10-Nov-11 | Communicate with M. Spohn re interrogatories, documents for obtaining remaining responsive information | KJG | 0.10 | 37.05 |
| 11-Nov-11 | Communicate with defense counsel re interrogatory responses, request brief additional extension | KJG | 0.10 | 37.05 |
| 16-Nov-11 | Work on responses to special interrogatories | JDB | 0.30 | 111.00 |
| 16-Nov-11 | Analyze litigation file and on-line client documents via fileshare site for documents in support of responses to defendant's interrogatories. Forward the same to counsel for review and use in preparing interrogatory responses. | KLE | 1.20 | 168.00 |
| 16-Nov-11 | Continue working on responses to UAMC-LLC's interrogatories, including details re each loan | KJG | 3.30 | 1,222.65 |
| 16-Nov-11 | Work on responses to UAMC-Cal. interrogatories, including details re each loan | KJG | 2.80 | 1,037.40 |

Akerman Senterfitt                                                          Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2011 |
| 0248049 | UNIVERSAL AMERICAN MORTGAGE | Invoice Number | 8650674 |

| 16-Nov-11 | Communications to client to confirm certain timing details re sale, indemnification/repurchases of loans | KJG | 0.40 | 148.20 |
| 17-Nov-11 | Communications with client, revise and finalize responses to both sets of interrogatories from each defendant | KJG | 2.20 | 815.10 |
| 17-Nov-11 | Prepare supplementation to initial disclosures. | KJG | 1.10 | 407.55 |
| 29-Nov-11 | Communicate with Reilly Pozner re Seller's Guide production CD | KJG | 0.20 | 74.10 |

| | **Subtotal for Code 4000** | | **14.40** | **5,058.45** |

Services..................................................................................................$5,058.45

**LESS AGREED UPON 10% FEE DISCOUNT**                                          (505.85)

**Total Services** ....................................................................................$4,552.60

| **Date** | **Disbursements** | **Value** |
| --- | --- | --- |
| 17-Nov-11 | DUPLICATING | 9.20 |
| Total for DUPLICATING | | 9.20 |

**Total Disbursements** ........................................................................$9.20

Akerman Senterfitt

054539       LEHMAN BROTHERS HOLDINGS, INC.               As of          November 30, 2011
0248049      UNIVERSAL AMERICAN MORTGAGE              Invoice Number            8650674

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JDB | J. D. BALSER | 0.30 | 111.00 |
| KJG | K. J. GARCIA | 12.90 | 4,779.45 |
| KLE | K. L. ELLIOTT | 1.20 | 168.00 |
|  | Total | 14.40 | $5,058.45 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | December 05, 2011 |
| Invoice No. | 8695724 |

LEHMAN BROTHERS HOLDINGS, INC.
399 PARK AVE., 8TH FLOOR
NEW YORK, NY 10022

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BANKRUPTCY**
Matter Number:  **0261172**

---

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $5,068.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$5,068.50** |

*To ensure proper credit to the above account, please indicate invoice no. 8695724*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|              |                    |
|--------------|--------------------|
| Invoice Date | December 05, 2011  |
| Invoice No.  | 8695724            |

LEHMAN BROTHERS HOLDINGS, INC.
399 PARK AVE., 8TH FLOOR
NEW YORK, NY 10022

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BANKRUPTCY**
Matter Number:  **0261172**

---

*For professional services rendered through November 30, 2011 as summarized below:*

| Services                |            | $5,068.50 |
|-------------------------|------------|-----------|
| Disbursements           |            | $0.00     |
| **TOTAL THIS INVOICE**  |            | **$5,068.50** |

*To ensure proper credit to the above account, please indicate invoice no. 8695724*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                    Page 3

030662      LEHMAN BROTHERS HOLDINGS, INC.              As of             November 30, 2011
0261172     BANKRUPTCY                                  Invoice Number              8695724


**Task Code:**    **4700 Firm's Own Retention Issues**

| | | | | |
|---|---|---|---|---|
| 15-Nov-11 | Review and revise application to employ Akerman as special counsel. | ASH | 1.60 | 872.00 |
| 15-Nov-11 | Prepare correspondence regarding project harvest information. | ASH | 0.20 | 109.00 |
| 15-Nov-11 | Prepare draft order approving employment application. | ASH | 1.30 | 708.50 |
| 16-Nov-11 | Research information regarding 2011 matters for employment application. | ASH | 2.40 | 1,308.00 |
| 21-Nov-11 | Verify information and prepare exhibit 1 to affidavit of disinterestedness. | ASH | 3.80 | 2,071.00 |

|  |  |  |
|---|---|---|
| **Subtotal for Code 4700 Firm's Own Retention Issues** | **9.30** | **5,068.50** |

**Total Fees for Services Rendered** ...........................................................................**$5,068.50**

Akerman Senterfitt                                                                    Page 4

| 030662  | LEHMAN BROTHERS HOLDINGS, INC. | As of          | November 30, 2011 |
| 0261172 | BANKRUPTCY                     | Invoice Number | 8695724           |

| Initial | Name         | Hours | Rate   | Amount     |
|---------|--------------|-------|--------|------------|
| ASH     | A.S. HARTLEY | 9.30  | 545.00 | 5,068.50   |
|         | Total        | 9.30  |        | $5,068.50  |

# December 2011



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date        January 09, 2012
Invoice No.                8656801

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **TROPICAL VILLAGE, INC. LOAN # 0016288268**
Matter Number:  **0163227**                                    Claim No: **XXXXX Task**
                                                                        **Code 4000**

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $218.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (21.80) |
| TOTAL SERVICES | $196.20 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$196.20** |

*To ensure proper credit to the above account, please indicate invoice no. 8656801*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 09, 2012 |
| Invoice No. | 8656801 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **TROPICAL VILLAGE, INC. LOAN # 0016288268**
Matter Number:   **0163227**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $218.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (21.80) |
| TOTAL SERVICES | $196.20 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$196.20** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8656801*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                            Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2011 |
| 0163227 | TROPICAL VILLAGE, INC. | Invoice Number | 8656801 |

**Task Code:**  **4000**

| 4-Dec-11 | Conduct communication with LBHI regarding obtaining dismissal with prejudice. | JEH | 0.10 | 34.00 |
|---|---|---|---|---|
| 7-Dec-11 | Analyze Public Records Database for case activity relating to SunTrust Mortgage v. Robert Smith. | S B | 0.20 | 29.00 |
| 14-Dec-11 | Analyze Public Records Database for case activity regarding SunTrust v. Robert Smith. | S B | 0.20 | 29.00 |
| 16-Dec-11 | Email foreclosure counsel for R. Smith foreclosure regarding finalizing settlement. | JEH | 0.10 | 34.00 |
| 19-Dec-11 | Analyze Public Records Database for case activity. | S B | 0.20 | 29.00 |
| 27-Dec-11 | Work on response to communication from foreclosure counsel regarding finalizing dismissal of LBHI from R. Smith action. | JEH | 0.10 | 34.00 |
| 29-Dec-11 | SunTrust v. Smith, Robert: Analyze public records database for case activity. | S B | 0.20 | 29.00 |
| | **Subtotal for Code 4000** | | **1.10** | **218.00** |

Services.................................................................................................$218.00

**LESS AGREED UPON 10% FEE DISCOUNT**                              (21.80)

**Total Services** .................................................................................**$196.20**

Akerman Senterfitt                                                                    Page 4

054539     LEHMAN BROTHERS HOLDINGS, INC.          As of            December 31, 2011
0163227    TROPICAL VILLAGE, INC.                  Invoice Number          8656801

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JEH | J. E. HEKKANEN | 0.30 | 102.00 |
| S B | S. BOHANAN | 0.80 | 116.00 |
| | Total | 1.10 | $218.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | | |
|---|---|---|
| Invoice Date | January 09, 2012 |
| Invoice No. | 8656803 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **SOUTHEAST FUNDING ALLIANCE**
Matter Number:  **0211891**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $111.15 |
| LESS AGREED UPON 10% FEE DISCOUNT | (11.12) |
| TOTAL SERVICES | $100.03 |
| Disbursements | $46.33 |
| **TOTAL THIS INVOICE** | **$146.36** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8656803*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| Invoice Date | January 09, 2012 |
|---|---|
| Invoice No. | 8656803 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **SOUTHEAST FUNDING ALLIANCE**
Matter Number:    **0211891**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $111.15 |
| LESS AGREED UPON 10% FEE DISCOUNT | (11.12) |
| TOTAL SERVICES | $100.03 |
| Disbursements | $46.33 |
| **TOTAL THIS INVOICE** | **$146.36** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8656803*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

Page 3

054539       LEHMAN BROTHERS HOLDINGS, INC.           As of              December 31, 2011
0211891      SOUTHEAST FUNDING ALLIANCE              Invoice Number              8656803

**Task Code:**     **4000**

| 5-Dec-11 | Communicate with defense counsel re approval of proposed stipulated dismissal | KJG | 0.20 | 74.10 |
| 15-Dec-11 | Review ECF notification of order dismissing case | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000** | | **0.30** | **111.15** |

Services.........................................................................................................................$111.15

**LESS AGREED UPON 10% FEE DISCOUNT**                                      **(11.12)**

**Total Services** .........................................................................................................$100.03

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 7-Dec-11 | DELIVERY SERVICE - THUNDERBIRD EXPRESS, INC. Courier services from U.S. District Court (Orl) to A/S Orl on 11/14/11; K. Novak | 46.33 | |
| Total for DELIVERY SERVICE | | | 46.33 |

**Total Disbursements** ...............................................................................................$46.33

Akerman Senterfitt                                                                    Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2011 |
| 0211891 | SOUTHEAST FUNDING ALLIANCE | Invoice Number | 8656803 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.30 | 111.15 |
| | Total | 0.30 | $111.15 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | January 09, 2012 |
| Invoice No. | 8656805 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **APPROVED FUNDING CORP.**
Matter Number:  **0221786**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $3,896.90 |
| LESS AGREED UPON 10% FEE DISCOUNT | (389.69) |
| TOTAL SERVICES | $3,507.21 |
| Disbursements | $36.25 |
| **TOTAL THIS INVOICE** | **$3,543.46** |

*To ensure proper credit to the above account, please indicate invoice no. 8656805*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 09, 2012 |
| Invoice No. | 8656805 |

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTS PAYABLE
45TH FLOOR
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **APPROVED FUNDING CORP.**
Matter Number:  **0221786**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $3,896.90 |
| LESS AGREED UPON 10% FEE DISCOUNT | (389.69) |
| TOTAL SERVICES | $3,507.21 |
| Disbursements | $36.25 |
| **TOTAL THIS INVOICE** | **$3,543.46** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8656805*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2011 |
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8656805 |

**Task Code:**   **4000**

| 1-Dec-11 | Begin reviewing depo preparation binder for Tuesday's deposition. | JMS | 0.20 | 69.00 |
|---|---|---|---|---|
| 1-Dec-11 | Review electronic correspondence from defense counsel including invitation to engage in settlement negotiations, respond to same | KJG | 0.30 | 111.15 |
| 2-Dec-11 | E-mail with J.Baker regarding preparation and logistics for Tuesday. | JMS | 0.10 | 34.50 |
| 5-Dec-11 | Prep for deposition. | JMS | 1.00 | 345.00 |
| 6-Dec-11 | Confer with counsel concerning deposition of Mr. Baker | JDB | 0.20 | 74.00 |
| 6-Dec-11 | Confer re J. Baker's deposition, request raised for letter referenced in lawbase notes at LBHI 000242, questioning re value of property | KJG | 0.50 | 185.25 |
| 6-Dec-11 | Prepare for deposition in office and with client | JMS | 1.80 | 621.00 |
| 6-Dec-11 | Defend deposition | JMS | 3.80 | 1,311.00 |
| 7-Dec-11 | Review previous document production, lawbase notes to determine what document defense counsel indicated he would be requesting during deposition, analyze lawbase notes for possible use with summary judgment | KJG | 0.40 | 148.20 |
| 7-Dec-11 | Review electronic correspondence from defense counsel with settlement proposal, brief response to same | KJG | 0.20 | 74.10 |
| 7-Dec-11 | Communication with M. Spohn re issue of value for sale into RLT, whether this has been a topic of recent article or other media that he is aware of | KJG | 0.20 | 74.10 |
| 7-Dec-11 | Review communications with last offer from defendant, compare with today's offer; prepare communication to client advising of offer, noting reduction for last "unofficial" offer suggested | KJG | 0.40 | 148.20 |
| 12-Dec-11 | Communication to client re settlement offer, plan to prepare summary judgment or attempt further settlement negotiations | KJG | 0.10 | 37.05 |
| 19-Dec-11 | Communicate with client re willingness to accept payments over time | KJG | 0.20 | 74.10 |
| 19-Dec-11 | Prepare settlement communication to defense counsel | KJG | 0.30 | 111.15 |

Akerman Senterfitt                                                                                    Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2011 |
| 0221786 | APPROVED FUNDING CORP. | Invoice Number | 8656805 |

| 21-Dec-11 | Review extensive past communications and defendant's briefing for use in preparing revised motion for summary judgment | KJG | 1.20 | 444.60 |
| 22-Dec-11 | Review deposition transcript | JMS | 0.10 | 34.50 |
| | **Subtotal for Code 4000** | | **11.00** | **3,896.90** |

Services..................................................................................................$3,896.90

**LESS AGREED UPON 10% FEE DISCOUNT**                                      (389.69)

**Total Services** ....................................................................................$3,507.21


| <u>Date</u> | <u>Disbursements</u> | <u>Value</u> |
|---|---|---|
| 9-Dec-11 | FEDERAL EXPRESS Airbill: 797799549527 per 4518 Invoice No: 772147273 Ship Dt: 12/02/11 | 36.25 |
| | Total for FEDERAL EXPRESS | 36.25 |

**Total Disbursements** ..............................................................................$36.25

Akerman Senterfitt                                                                      Page 5

054539      LEHMAN BROTHERS HOLDINGS, INC.          As of              December 31, 2011
0221786     APPROVED FUNDING CORP.                  Invoice Number          8656805

| Initial | Name | | Hours | Amount |
|---------|------|---|-------|--------|
| JDB | J. D. BALSER | | 0.20 | 74.00 |
| JMS | J. M. SMITH | | 7.00 | 2,415.00 |
| KJG | K. J. GARCIA | | 3.80 | 1,407.90 |
| | | Total | 11.00 | $3,896.90 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | January 09, 2012 |
| Invoice No. | 8656845 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BONDCORP REALTY SERVICES, INC.**
                **(PROJECT HARVEST)**
Matter Number:  **0225239**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,414.75 |
| LESS AGREED UPON 10% FEE DISCOUNT | (141.48) |
| TOTAL SERVICES | $1,273.27 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,273.27** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8656845*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 09, 2012 |
| Invoice No. | 8656845 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **BONDCORP REALTY SERVICES, INC.** |
| | **(PROJECT HARVEST)** |
| Matter Number: | **0225239** |

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $1,414.75 |
| LESS AGREED UPON 10% FEE DISCOUNT | (141.48) |
| TOTAL SERVICES | $1,273.27 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,273.27** |

*To ensure proper credit to the above account, please indicate invoice no. 8656845*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                      Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2011 |
|---|---|---|---|
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | Invoice Number | 8656845 |

**Task Code:    4000**

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 1-Dec-11 | Review Court's order on motion for summary judgment hearing and assess issues re continuance of motion dates | I H | 0.20 | 76.00 |
| 1-Dec-11 | Prepare stipulation to move summary judgment hearing date to February as per prior agreement in effort to continue progression of settlement discussions | KJG | 0.40 | 148.20 |
| 1-Dec-11 | Electronic communication to defense counsel re proposed stipulation, discuss settlement status | KJG | 0.20 | 74.10 |
| 1-Dec-11 | Electronic communication to J. Baker re our position on settlement, options for moving discussions forward | KJG | 0.20 | 74.10 |
| 2-Dec-11 | Communications with J. Baker re status of offers/demands at mediation, amount at issue, for determining settlement demand | KJG | 0.30 | 111.15 |
| 2-Dec-11 | Review communication from defense counsel approving stipulation; review communication from defense counsel re status of settlement | KJG | 0.10 | 37.05 |
| 2-Dec-11 | Finalize stipulation, confirm filing and submission of courtesy copies to Judge as per local rules; email to chambers with Word version of proposed Order | KJG | 0.20 | 74.10 |
| 5-Dec-11 | Address issue with respect to revised trial schedule and related deadlines. | KLE | 0.30 | 42.00 |
| 6-Dec-11 | Review order extending remaining deadlines | KJG | 0.10 | 37.05 |
| 12-Dec-11 | Communication to client re plan for settlement negotiations | KJG | 0.10 | 37.05 |
| 12-Dec-11 | Communication to defense counsel inquiring re availability for conference call | KJG | 0.10 | 37.05 |
| 12-Dec-11 | Review electronic communication from defense counsel suggesting call tomorrow | KJG | 0.10 | 37.05 |
| 12-Dec-11 | Provide client with dates for loss recovery calendar | KJG | 0.10 | 37.05 |
| 13-Dec-11 | Emails from and responses to defense counsel | KJG | 0.20 | 74.10 |
| 14-Dec-11 | Telephone conference with defense counsel, settlement negotiations | KJG | 0.30 | 111.15 |
| 15-Dec-11 | Provide status report to client re settlement conference with defense counsel | KJG | 0.20 | 74.10 |

Akerman Senterfitt                                                                                         Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2011 |
| 0225239 | BONDCORP REALTY SERVICES, INC. (PROJECT HARVEST) | Invoice Number | 8656845 |

| 19-Dec-11 | Provide report to client re status of settlement negotiations; electronic communications with client re approval to send defense counsel form agreement language | KJG | 0.30 | 111.15 |
| 21-Dec-11 | Review docket and status of defendant's filings, and lack of filing summary judgment motion | KJG | 0.20 | 74.10 |
| 21-Dec-11 | Prepare draft settlement agreement (without details), communication to defense counsel providing same | KJG | 0.40 | 148.20 |

|  | **Subtotal for Code 4000** |  | **4.00** | **1,414.75** |

Services.................................................................................................$1,414.75

**LESS AGREED UPON 10% FEE DISCOUNT**                                              (141.48)

**Total Services** ........................................................................**$1,273.27**

Akerman Senterfitt

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of              December 31, 2011
0225239     BONDCORP REALTY SERVICES, INC. (PROJECT      Invoice Number              8656845
            HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| I H | I. HAYAT | 0.20 | 76.00 |
| KJG | K. J. GARCIA | 3.50 | 1,296.75 |
| KLE | K. L. ELLIOTT | 0.30 | 42.00 |
| | Total | 4.00 | $1,414.75 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date          January 09, 2012
Invoice No.                    8656846

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:      **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:      **DIRECT MORTGAGE CORPORATION**
                  **(PROJECT HARVEST)**
Matter Number:    **0225242**

Claim No: **XXXXX Task**
**Code 4000**

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $296.40 |
| LESS AGREED UPON 10% FEE DISCOUNT | (29.64) |
| TOTAL SERVICES | $266.76 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$266.76** |

*To ensure proper credit to the above account, please indicate invoice no. 8656846*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

|  |  |
|---|---|
| Invoice Date | January 09, 2012 |
| Invoice No. | 8656846 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:  **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:  **DIRECT MORTGAGE CORPORATION
(PROJECT HARVEST)**
Matter Number:  **0225242**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $296.40 |
| LESS AGREED UPON 10% FEE DISCOUNT | (29.64) |
| TOTAL SERVICES | $266.76 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$266.76** |

*To ensure proper credit to the above account, please indicate invoice no. 8656846*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2011 |
| 0225242 | DIRECT MORTGAGE CORPORATION (PROJECT HARVEST) | Invoice Number | 8656846 |

**Task Code:    4000**

| 1-Dec-11 | Communicate re hearing coverage for new date set by court | KJG | 0.20 | 74.10 |
| 1-Dec-11 | Communications with client regarding new date for summary judgment hearing and confirm trial date remains same | KJG | 0.20 | 74.10 |
| 12-Dec-11 | Provide client with key dates to add to loss recovery calendar | KJG | 0.10 | 37.05 |
| 14-Dec-11 | Telephone communication from defense counsel, respond to same, leave message | KJG | 0.10 | 37.05 |
| 15-Dec-11 | Telephone conference with defense counsel re potential pre-trial depositions of the two affiants, expert disclosure extension | KJG | 0.10 | 37.05 |
| 15-Dec-11 | Review electronic mail from defense counsel | KJG | 0.10 | 37.05 |
| | **Subtotal for Code 4000** | | **0.80** | **296.40** |

Services...................................................................................................$296.40

**LESS AGREED UPON 10% FEE DISCOUNT**                              (29.64)

**Total Services** ..........................................................................$266.76

Akerman Senterfitt

054539       LEHMAN BROTHERS HOLDINGS, INC.                As of              December 31, 2011
0225242      DIRECT MORTGAGE CORPORATION (PROJECT          Invoice Number            8656846
             HARVEST)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 0.80 | 296.40 |
| | Total | 0.80 | $296.40 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | January 09, 2012 |
| Invoice No. | 8656854 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **FIRST RESIDENTIAL MORTGAGE SERVICES
                 CORP. (PROJECT HARVEST)**
Matter Number:   **0225248**                          Claim No: **XXXXX Task
                                                       Code 4000**

---

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $668.20 |
| LESS AGREED UPON 10% FEE DISCOUNT | (66.82) |
| TOTAL SERVICES | $601.38 |
| Disbursements | $0.44 |
| **TOTAL THIS INVOICE** | **$601.82** |

*To ensure proper credit to the above account, please indicate invoice no. 8656854*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 09, 2012 |
| Invoice No. | 8656854 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **FIRST RESIDENTIAL MORTGAGE SERVICES
CORP. (PROJECT HARVEST)**
Matter Number: **0225248**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $668.20 |
| LESS AGREED UPON 10% FEE DISCOUNT | (66.82) |
| TOTAL SERVICES | $601.38 |
| Disbursements | $0.44 |
| **TOTAL THIS INVOICE** | **$601.82** |

*To ensure proper credit to the above account, please indicate invoice no. 8656854*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                                    Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2011 |
| 0225248 | FIRST RESIDENTIAL MORTGAGE SERVICES CORP. (PROJECT | Invoice Number | 8656854 |

**Task Code:** 4000

| 7-Dec-11 | Communications with M. Spohn re late payment; prepare demand letter and transmit same | KJG | 0.30 | 111.15 |
| 12-Dec-11 | Provide Reilly Pozner with copy of demand letter advising payment should be received | KJG | 0.10 | 37.05 |
| 16-Dec-11 | Review email correspondence from M. Willis re: settlement payments. | JAB | 0.20 | 65.00 |
| 20-Dec-11 | Email correspondence with M. Willis re: response letter; draft response letter. | JAB | 0.60 | 195.00 |
| 21-Dec-11 | Email correspondence with M. Willis re: response letter; review tenant ledger; review letter from B. Gonzalez re: payment; finalize and serve response letter. | JAB | 0.80 | 260.00 |

|  | **Subtotal for Code 4000** |  | **2.00** | **668.20** |

Services..................................................................................................................$668.20

**LESS AGREED UPON 10% FEE DISCOUNT**                                     (66.82)

**Total Services** ......................................................................................**$601.38**

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 8-Dec-11 | POSTAGE | 0.44 | |
| Total for POSTAGE | | | 0.44 |

**Total Disbursements** ..........................................................................................**$0.44**

Akerman Senterfitt                                                                      Page 4

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of           December 31, 2011
0225248     FIRST RESIDENTIAL MORTGAGE SERVICES CORP.   Invoice Number        8656854
            (PROJECT

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JAB | J. A. BOMBULIE | 1.60 | 520.00 |
| KJG | K. J. GARCIA | 0.40 | 148.20 |
| | Total | 2.00 | $668.20 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | January 09, 2012 |
| Invoice No. | 8656931 |

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **ALFONSO DIAZ**
Matter Number:  **0242444**

Claim No: **XXXXX Task Code 4000**

---

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $0.00 |
| Disbursements | $78.00 |
| **TOTAL THIS INVOICE** | **$78.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8656931*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 09, 2012 |
| Invoice No. | 8656931 |

SCOTT DROSDICK
VICE PRESIDENT - COUNSEL
LAMCO LLC
C/O REILLY POZNER LLP
511-16TH STREET, SUITE 700
DENVER, CO 80202

Client Name:   **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:   **ALFONSO DIAZ**
Matter Number: **0242444**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $0.00 |
| Disbursements | $78.00 |
| **TOTAL THIS INVOICE** | **$78.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8656931.*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

Page 3

054539     LEHMAN BROTHERS HOLDINGS, INC.          As of          December 31, 2011
0242444    ALFONSO DIAZ                            Invoice Number            8656931

**Total Fees for Services Rendered**......................................................................................**$0.00**

| <u>Date</u> | <u>Disbursements</u> | <u>Value</u> |
|---|---|---|
| 23-Dec-11 | COURT REPORTER - SUNTRUST BANCARD, N.A.- Justin Balser: Court Call Telephonic Court Appearance on 11/28/11 in re: Diaz. W. DeClercq | 78.00 |
| Total for COURT REPORTER | | 78.00 |

**Total Disbursements** ..................................................................................................**$78.00**



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | January 09, 2012 |
| Invoice No. | 8656859 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **IMORTGAGE.COM**
Matter Number:  **0242661**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $539.55 |
| LESS AGREED UPON 10% FEE DISCOUNT | (53.96) |
| TOTAL SERVICES | $485.59 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$485.59** |

*To ensure proper credit to the above account, please indicate invoice no. 8656859*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 09, 2012 |
| Invoice No. | 8656859 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **IMORTGAGE.COM**
Matter Number:  **0242661**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $539.55 |
| LESS AGREED UPON 10% FEE DISCOUNT | (53.96) |
| TOTAL SERVICES | $485.59 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$485.59** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8656859*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

Page 3

054539
0242661

LEHMAN BROTHERS HOLDINGS, INC.
IMORTGAGE.COM

As of
Invoice Number

December 31, 2011
8656859

**Task Code:**     **4000**

| Date | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| 3-Nov-11 | Review report and attend monthly status conference | KJG | 0.10 | 37.05 |
| 7-Dec-11 | Confer via telephone with opposing counsel; review LBHI's initial disclosures and damages estimate in connection with same. | AMM | 0.40 | 118.00 |
| 14-Dec-11 | Analyze defendant's settlement offer letter | JDB | 0.40 | 148.00 |
| 19-Dec-11 | Prepare and send email to Mr. Baker with settlement letter and recommendations | JDB | 0.20 | 74.00 |
| 19-Dec-11 | Review settlement letter from opposing counsel; draft email to Matt Shopn and Scott Drosdick regarding same. | AMM | 0.30 | 88.50 |
| 20-Dec-11 | Correspond with Mr. Baker concerning settlement offer | JDB | 0.20 | 74.00 |
| | **Subtotal for Code 4000** | | **1.60** | **539.55** |

Services..................................................................................................$539.55

**LESS AGREED UPON 10% FEE DISCOUNT**                                   (53.96)

**Total Services** .................................................................................$485.59

Akerman Senterfitt

054539       LEHMAN BROTHERS HOLDINGS, INC.              As of              December 31, 2011
0242661      IMORTGAGE.COM                                Invoice Number                8656859

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| AMM | A. M. MANGIARDI | 0.70 | 206.50 |
| JDB | J. D. BALSER | 0.80 | 296.00 |
| KJG | K. J. GARCIA | 0.10 | 37.05 |
| | Total | 1.60 | $539.55 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | January 09, 2012 |
| Invoice No. | 8656867 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:     **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:     **RMS & ASSOCIATES**
Matter Number:   **0248042**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $2,830.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (283.00) |
| TOTAL SERVICES | $2,547.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$2,547.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8656867
Return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 09, 2012 |
| Invoice No. | 8656867 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name: **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name: **RMS & ASSOCIATES**
Matter Number: **0248042**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $2,830.00 |
| LESS AGREED UPON 10% FEE DISCOUNT | (283.00) |
| TOTAL SERVICES | $2,547.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$2,547.00** |

*To ensure proper credit to the above account, please indicate invoice no. 8656867*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt

Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2011 |
| 0248042 | RMS & ASSOCIATES | Invoice Number | 8656867 |

**Task Code:    4000**

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 2-Dec-11 | Attend status check hearing regarding stay of discovery pending hearing on Lehman Bros. Motion to Dismiss and Aurora Loan Services Motion to Dismiss. | JDB | 0.50 | 200.00 |
| 2-Dec-11 | E-mail correspondence with Aurora's counsel regarding production of initial disclosures. | JDB | 0.20 | 80.00 |
| 20-Dec-11 | Review Lehman Bros. Motion to Dismiss, exhibits and reply | JDB | 1.00 | 400.00 |
| 20-Dec-11 | Prepare for hearing and prepare argument points; attend hearing on the motions to dismiss. | JDB | 2.00 | 800.00 |
| 20-Dec-11 | Review RMS' opposition to Aurora's motion to dismiss | JDB | 0.30 | 120.00 |
| 20-Dec-11 | Review Aurora's motion to dismiss and reply | JDB | 0.50 | 200.00 |
| 20-Dec-11 | Review RMS' opposition to the Lehman Motion to Dismiss | JDB | 0.20 | 80.00 |
| 20-Dec-11 | Attend hearing on motion to dismiss RMS's negligence counter-claim and argue in favor of dismissal. | AES | 2.00 | 950.00 |

|  | **Subtotal for Code 4000** | | **6.70** | **2,830.00** |

Services....................................................................................................................$2,830.00

**LESS AGREED UPON 10% FEE DISCOUNT**                     (283.00)

**Total Services** ....................................................................................................**$2,547.00**

Akerman Senterfitt

Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | | As of | December 31, 2011 |
| 0248042 | RMS & ASSOCIATES | | Invoice Number | 8656867 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| AES | A. E. STERN | 2.00 | 950.00 |
| JDB | J. D. BUNDICK | 4.70 | 1,880.00 |
| | Total | 6.70 | $2,830.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date   January 09, 2012
Invoice No.    8656885

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **HAMILTON MORTGAGE**
Matter Number:  **0248048**

Claim No: **XXXXX Task
Code 4000**

---

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $695.75 |
| LESS AGREED UPON 10% FEE DISCOUNT | (69.58) |
| TOTAL SERVICES | $626.17 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$626.17** |

---

*To ensure proper credit to the above account, please indicate invoice no. 8656885*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 09, 2012 |
| Invoice No. | 8656885 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **HAMILTON MORTGAGE**
Matter Number:  **0248048**

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $695.75 |
| LESS AGREED UPON 10% FEE DISCOUNT | (69.58) |
| TOTAL SERVICES | $626.17 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$626.17** |

*To ensure proper credit to the above account, please indicate invoice no. 8656885*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt

Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2011 |
| 0248048 | HAMILTON MORTGAGE | Invoice Number | 8656885 |

**Task Code:**      **4000**

| | | | | |
|---|---|---|---|---|
| 1-Dec-11 | Multiple communciations with First Legal re another bad address, discuss new address/P.O. box at UPS ship store and other means of locating defendant | KJG | 0.30 | 111.15 |
| 7-Dec-11 | Strategy conferencing re next steps due to defendant's use of private (UPS ship center) PO boxes for mail with multiple forwarding | KJG | 0.20 | 74.10 |
| 12-Dec-11 | Communications from/to process server re new address located for defendant, instructions to serve at new address | KJG | 0.10 | 37.05 |
| 12-Dec-11 | Telephone conference with process service re defendant refusal to answer door at house despite being inside; communicate with M. Spohn re same, obtain approval for surveillance; instruct process server re same | KJG | 0.30 | 111.15 |
| 13-Dec-11 | Review report from process server, re surveillance and substitute service on wife | KJG | 0.10 | 37.05 |
| 16-Dec-11 | Review affidavit from process server; electronic communication to process server re error in date on proof of service; review response from process server | KJG | 0.30 | 111.15 |
| 20-Dec-11 | Analyze local rules of the US District Court, District of Arizona regarding filing proof of service of summons and complaint. | KLE | 0.40 | 56.00 |
| 20-Dec-11 | Prepare certificate of service of summons and complaint on defendant. | KLE | 0.60 | 84.00 |
| 23-Dec-11 | Prepare notice of proof of service | KJG | 0.20 | 74.10 |
| | **Subtotal for Code 4000** | | **2.50** | **695.75** |

Services...................................................................................................................$695.75

**LESS AGREED UPON 10% FEE DISCOUNT**                    (69.58)

**Total Services** ......................................................................................................$626.17

Akerman Senterfitt                                                                          Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2011 |
| 0248048 | HAMILTON MORTGAGE | Invoice Number | 8656885 |

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| KJG | K. J. GARCIA | 1.50 | 555.75 |
| KLE | K. L. ELLIOTT | 1.00 | 140.00 |
| | Total | 2.50 | $695.75 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date        January 09, 2012
Invoice No.                8656789

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **UNIVERSAL AMERICAN MORTGAGE**
Matter Number:  **0248049**

Claim No: **XXXXX Task
Code 4000**

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $444.60 |
| LESS AGREED UPON 10% FEE DISCOUNT | (44.46) |
| TOTAL SERVICES | $400.14 |
| Disbursements | $7.46 |
| **TOTAL THIS INVOICE** | **$407.60** |

*To ensure proper credit to the above account, please indicate invoice no. 8656789*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 09, 2012 |
| Invoice No. | 8656789 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **UNIVERSAL AMERICAN MORTGAGE**
Matter Number:  **0248049**

Claim No: **XXXXX Task**
**Code 4000**

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $444.60 |
| LESS AGREED UPON 10% FEE DISCOUNT | (44.46) |
| TOTAL SERVICES | $400.14 |
| Disbursements | $7.46 |
| **TOTAL THIS INVOICE** | **$407.60** |

*To ensure proper credit to the above account, please indicate invoice no. 8656789*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

Page 3

| 054539<br>0248049 | LEHMAN BROTHERS HOLDINGS, INC.<br>UNIVERSAL AMERICAN MORTGAGE | As of<br>Invoice Number | December 31, 2011<br>8656789 |
|---|---|---|---|

**Task Code:   4000**

| 23-Dec-11 | Work on definitions for interrogatories and requests for production to both defendants | KJG | 1.20 | 444.60 |
|---|---|---|---|---|
| | **Subtotal for Code 4000** | | **1.20** | **444.60** |

Services....................................................................................................$444.60

**LESS AGREED UPON 10% FEE DISCOUNT**                          **(44.46)**

**Total Services** ....................................................................................$400.14

| Date | Disbursements | Value |
|---|---|---|
| 25-Nov-11 | FEDERAL EXPRESS Airbill: 412141142408 per 3917 Invoice No: 770731498 Ship Dt: 11/17/11 | 7.46 |
| | Total for FEDERAL EXPRESS | 7.46 |

**Total Disbursements** ...........................................................................$7.46

Akerman Senterfitt                                                                      Page 4

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | December 31, 2011 |
|---|---|---|---|
| 0248049 | UNIVERSAL AMERICAN MORTGAGE | Invoice Number | 8656789 |

| Initial | Name | Hours | Amount |
|---|---|---|---|
| KJG | K. J. GARCIA | 1.20 | 444.60 |
| | Total | 1.20 | $444.60 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date        December 12, 2011
Invoice No.                  8650677

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **BRADFORD MORTGAGE COMPANY, N/K/A TRS 1, INC. (CO)** |
| Matter Number: | **0254643** |

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $151.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (15.15) |
| TOTAL SERVICES | $136.35 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$136.35** |

*To ensure proper credit to the above account, please indicate invoice no. 8650677*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | December 12, 2011 |
| Invoice No. | 8650677 |

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
45TH FLOOR
NEW YORK, NY 10020

| | |
|---|---|
| Client Name: | **LEHMAN BROTHERS HOLDINGS, INC.** |
| Matter Name: | **BRADFORD MORTGAGE COMPANY, N/K/A TRS 1, INC. (CO)** |
| Matter Number: | **0254643** |

Claim No: **XXXXX Task Code 4000**

*For professional services rendered through November 30, 2011 as summarized below:*

| | |
|---|---|
| Services | $151.50 |
| LESS AGREED UPON 10% FEE DISCOUNT | (15.15) |
| TOTAL SERVICES | $136.35 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$136.35** |

*To ensure proper credit to the above account, please indicate invoice no. 8650677*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

Akerman Senterfitt

Page 3

| 054539 | LEHMAN BROTHERS HOLDINGS, INC. | As of | November 30, 2011 |
|---|---|---|---|
| 0254643 | BRADFORD MORTGAGE COMPANY, N/K/A TRS 1, INC. (CO) | Invoice Number | 8650677 |

**Task Code:** **4000**

| 8-Nov-11 | Follow-up regarding proposed consent order to be presented to court | JGG | 0.30 | 151.50 |
|---|---|---|---|---|
| | **Subtotal for Code 4000** | | **0.30** | **151.50** |

Services..................................................................................................$151.50

**LESS AGREED UPON 10% FEE DISCOUNT**                              (15.15)

**Total Services** ....................................................................................$136.35

Akerman Senterfitt

054539      LEHMAN BROTHERS HOLDINGS, INC.              As of              November 30, 2011
0254643     BRADFORD MORTGAGE COMPANY, N/K/A TRS 1,     Invoice Number              8650677
            INC. (CO)

| Initial | Name | Hours | Amount |
|---------|------|-------|--------|
| JGG | J. G. GILMORE | 0.30 | 151.50 |
| | Total | 0.30 | $151.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     January 04, 2012
Invoice No.                8695726

LEHMAN BROTHERS HOLDINGS, INC.
399 PARK AVE., 8TH FLOOR
NEW YORK, NY 10022

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BANKRUPTCY**
Matter Number:  **0261172**

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $6,921.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$6,921.50** |

*To ensure proper credit to the above account, please indicate invoice no. 8695726*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
*IRS EIN 59-3117860*



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

Invoice Date    January 04, 2012
Invoice No.    8695726

LEHMAN BROTHERS HOLDINGS, INC.
399 PARK AVE., 8TH FLOOR
NEW YORK, NY 10022

Client Name:    **LEHMAN BROTHERS HOLDINGS, INC.**
Matter Name:    **BANKRUPTCY**
Matter Number:    **0261172**

*For professional services rendered through December 31, 2011 as summarized below:*

| | |
|---|---|
| Services | $6,921.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$6,921.50** |

*To ensure proper credit to the above account, please indicate invoice no. 8695726*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                          Page 3

| 030662  | LEHMAN BROTHERS HOLDINGS, INC. | As of          | December 31, 2011 |
|---------|-------------------------------|----------------|-------------------|
| 0261172 | BANKRUPTCY                    | Invoice Number | 8695726           |

**Task Code:** **4700 Firm's Own Retention Issues**

| Date | Description | | | |
|------|-------------|---|---|---|
| 1-Dec-11 | Review description of Project Harvest; prepare correspondence regarding same. | ASH | 0.40 | 218.00 |
| 14-Dec-11 | Revise exhibit 1. | ASH | 1.30 | 708.50 |
| 14-Dec-11 | Verify information and prepare Exhibit 2 to affidavit of disinterestedness | ASH | 2.90 | 1,580.50 |
| 16-Dec-11 | Research relationship of creditors. | ASH | 4.40 | 2,398.00 |
| 20-Dec-11 | Verify information and prepare exhibit 3 to affidavit of disinterestedness | ASH | 1.40 | 763.00 |
| 21-Dec-11 | Finalize affidavit and exhibits thereto. | ASH | 1.80 | 981.00 |
| 21-Dec-11 | Prepare correspondence to C. Arthur regarding executed affidavit. | ASH | 0.20 | 109.00 |
| 23-Dec-11 | Review notice of presentment of application; prepare correspondence regarding same. | ASH | 0.30 | 163.50 |
| | **Subtotal for Code 4700 Firm's Own Retention Issues** | | **12.70** | **6,921.50** |

**Total Fees for Services Rendered** ....................................................................**$6,921.50**

Akerman Senterfitt                                                              Page 4

030662      LEHMAN BROTHERS HOLDINGS, INC.            As of                December 31, 2011
0261172     BANKRUPTCY                                Invoice Number              8695726

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| ASH | A.S. HARTLEY | 12.70 | 545.00 | 6,921.50 |
|  | Total | 12.70 |  | $6,921.50 |