WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                          :
                 Debtors.                 :   (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL
OF ONE HUNDRED FORTIETH OMNIBUS OBJECTION
TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases is withdrawing without prejudice the One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) [ECF No. 16853] solely with respect to the claim listed on Exhibit A annexed hereto. The Plan Administrator reserves its rights to object to the claim listed on Exhibit A on any grounds in the future.

Dated: May 23, 2012
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

# Exhibit A

## Claim For Which Objection Is Withdrawn Without Prejudice:

| Claimant | Claim Number |
|---|---|
| Glitnir Banki hf | 27419 |

US_ACTIVE:\44002446\01\58399.0011