WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                                 :
In re                                            :   Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,           :   08-13555 (JMP)
                                                 :
                  Debtors.                       :   (Jointly Administered)
                                                 :
                                                 :
-----------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL**
**OF TWO HUNDRED FIFTIETH OMNIBUS**
**OBJECTION TO CLAIMS (PURCHASED CONTRACT CLAIMS)**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases is withdrawing without prejudice the Two Hundred Fiftieth Omnibus Objection to Claims (Purchased Contract Claims) [ECF No. 24107] solely with respect to the claims listed on Exhibit A annexed hereto. The Plan Administrator reserves its rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: May 23, 2012
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

## Exhibit A

## Claims For Which Objection Is Withdrawn Without Prejudice:

| Claimant | Claim Number |
|---|---|
| Bloomberg L.P. & Bloomberg Finance L.P. | 14322 |
| CB Richard Ellis Inc. | 27435 |
| CB Richard Ellis | 27440 |