UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (08-13555) |
|---|---|
| Creditor Name and Address: | Deloitte Tax LLP<br>c/o Deloitte LLP<br>1633 Broadway<br>New York, NY 10019-6708 |
| Court Claim Number (if known): | 29431 |
| Date Claim Filed: | 9-22-2009 |
| Total Amount of Claim Filed: | $734,624.00 plus contingent and/or guaranteed amounts |

I, the undersigned, am an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor. To the extent the filing of the withdrawn claim is deemed to have constituted a submission by Deloitte Tax LLP to the jurisdiction of the Court, this withdrawal is intended to revoke that submission to the maximum extent permitted by law.

Dated: May 14, 2012

Print Name: Samuel Lowenthal

Title: Partner

# Deloitte.

Roland S. Young
Associate General Counsel

**Deloitte LLP**
1633 Broadway
New York, NY 10019-6754
USA

Tel: +1 212 492 4327
Fax: +1 212 653 3545
rolyoung@deloitte.com
www.deloitte.com

May 18, 2012

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

Dear Sir:

RE:  <u>Lehman Brothers Holdings Inc. - Deloitte Tax LLP
     Withdrawal of Proof of Claim</u>

Enclosed please find a notice of the withdrawal of the proof of claim of Deloitte Tax LLP (no. 29431) filed in connection with the Lehman Brothers Holdings Inc. bankruptcy case.

Very truly yours,

*[signature]*

Enclosure

Member of
Deloitte Touche Tohmatsu Limited

**Deloitte.**

1633 Broadway
New York, NY 10019-6754
USA

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings
Claims Processing
757 Third Avenue
3rd Floor
New York, NY  10017
USA

Member of
Deloitte Touche Tohmatsu

Outbound: Package 1

# View/Print Label

1. **Print the label:** Select Print from the File menu in this browser window to print the label below.

2. **Fold the printed label at the dotted line.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   1. Take this package to any location of The UPS Store, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot or Staples) or Authorized Shipping Outlet near you or visit www.ups.com/content/us/en/index.jsx and select Drop Off.
   2. Air shipments (including Worldwide Express and Expedited) can be picked up or dropped off. To schedule a pickup, or to find a drop-off location, select the Pickup or Drop-off icon from the UPS tool bar.

   **Customers with a Daily Pickup**
   1. Your driver will pickup your shipment(s) as usual.

FOLD HERE



Page 1