**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                    :

In re                                      :               Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :            08-13555 (JMP)
                                     :             (Jointly Administered)
        Debtors.                   :
                                     :             Ref. Docket Nos. 26992, 27740-27742,
                                     :             27744, 27746, 27747, 27750, 27751,
                                     :             27753, 27759-27761, 27763
-------------------------------------------------------------x
                                    :

In re                                      :               Chapter 11 Case No.

**LEHMAN BROTHERS SPECIAL FINANCING**  :             08-13888 (JMP)
**INC.**,                                      :             (Jointly Administered)
        Debtors.                 :
                                     :             Ref. Docket Nos. 345-346
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                  ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 14, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
23rd day of May, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

- 2 -

T:\Clients\LBH\Affidavits\Transfers\Transfers 26992, 27740-27742...27759-27761, 27763, (08-13888) 345-346_AFF_05-14-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BANK OF AMERICA N. A.
      C/O SHEARMAN & STERLING LLP
      ATTN: FREDRIC SOSNICK, NED S. SCHODEK
      599 LEXINGTON AVENUE
      NEW YORK NY 10022
```

Please note that your claim # 20137-03 in the above referenced case and in the amount of
    $142,144,273.97   allowed at $20,000,000.00         has been transferred **(unless previously expunged by court order)**

```
      HLF LP
      TRANSFEROR: BANK OF AMERICA N. A.
      ATTN: MATT SELTZER
      C/O HALCYON ASSET MANAGEMENT LP
      477 MADISON AVENUE - 5TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 345        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2012                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2012.

# EXHIBIT B

```
TIME: 17:46:35                                              LEHMAN BROTHERS HOLDING INC.                                                              PAGE:   1
DATE: 05/14/12                                                    CREDITOR LISTING

Name                                                   Address
AU YEUNG YIP SAU YING ANNE                             G/F 79-85 HILL RD SHEK TONG TSUI HK   HONG KONG
BANK OF AMERICA N. A.                                  C/O SHEARMAN & STERLING LLP ATTN: FREDRIC SOSNICK, NED S. SCHODEK 599 LEXINGTON AVENUE NEW YORK NY 10022
BANK OF AMERICA, N.A.                                  C/O FREDRIC SOSNICK NED S. SCHODECK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
BARCLAYS BANK PLC                                      TRANSFEROR: CAJA LABORAL POPULAR COOP. DE CREDITO 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                      TRANSFEROR: NATIONALE-NEDERLANDEN INTERFINANCE B.V. ATTN: SCOTT BARNETT 5 THE NORTH COLONADE CANARY WHARF
                                                       LONDON E14 4BB UNITED KINGDOM
BSOF MASTER FUND LP                                    TRANSFEROR: BARCLAYS BANK PLC ATTN: LAURA TORRADO, ESQ. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 623 FIFTH AVENUE, 29TH FLOOR
                                                       NEW YORK NY 10022
CHAU YUK WAH                                           FLAT D 12/F KWAI CHEUNG BUILDING 241-249 CHEUNG SHA WAN ROAD SHAM SHUI PO KLN   HONG KONG
CITIBANK, N.A., LONDON BRANCH                          TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTENTION: RANJIT CHATTERJI CITIGROUP CENTRE, CANARY WHARF
                                                       LONDON E14 5LB UNITED KINGDOM
CITIGROUP GLOBAL MARKETS INC                           DOUGLAS R DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC                           TRANSFEROR: BANK HANDLOWY W WARSZAWIE SA ATTN: MARC HEIMOWITZ 390 GREENWICH STREET 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                          TRANSFEROR: BANK HANDLOWY W WARSZAWIE SA ATTN: SCOTT BALKAN 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                          TRANSFEROR: LEGG MASON CASH PLUS TRUST ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
DEUTSCHE BANK AG, LONDON BRANCH                        TRANSFEROR: GOODMORNING SHINHAN SECURITIES CO.,LTD. ATTN: JACK TSAI/UDAI BAJAJ DEUTSCHE BANK AG, HONG KONG BRANCH
                                                       LEVEL 60, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOOON   HONG KONG
ELLIOTT ASSOCIATES, L.P.                               TRANSFEROR: CITIGROUP GLOBAL MARKETS INC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                       NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                               TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                       NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                            TRANSFEROR: CITIGROUP GLOBAL MARKETS INC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                       NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                            TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                       NEW YORK NY 10019
FARALLON CAPITAL (AM) INVESTORS, LP                    C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS                C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
II, LP
FARALLON CAPITAL INSTITUTIONAL PARTNERS                C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
III, LP
FARALLON CAPITAL INSTITUTIONAL PARTNERS,               C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
LP
FARALLON CAPITAL OFFSHORE INVESTORS II,                C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
LP
FARALLON CAPITAL PARTNERS, LP                          C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FU YUK LAI                                             ROOM 916 TAI ON BUILDING NO. 57-87 SHAUKEIWAN ROAD SAI WAN HO HK   HONG KONG
GOLDMAN SACHS BANK USA (SUCCESSOR BY                   ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
MERGER TO
GOLDMAN SACHS BANK USA (SUCCESSOR BY                   CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
MERGER TO
GOLDMAN SACHS LENDING PARTNERS LLC                     TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282
GOODMORNING SHINHAN SECURITIES CO.,LTD.                (NOW KNOWN AS SHINHAN INVESTMENT CO.) ATTN: HOON NAM KOONG LEGAL AFFAIRS DEPARTMENT 8TH FLOOR, 23-2 YOIDO-DONG, YOUNGDEUNGPO-GU
                                                       SEOUL 150-712 SOUTH KOREA
HLF LP                                                 TRANSFEROR: BANK OF AMERICA, N. A. ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE - 5TH FLOOR NEW YORK NY 10022
HLF LP                                                 TRANSFEROR: BANK OF AMERICA, N.A. ATTN: MAT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022
J.P. MORGAN SECURITIES LLC                             TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP ATTN: JEFFREY L. PANZO C/O J.P. MORGAN SECURITIES MAIL CODE: NY1-M138
                                                       383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                             TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS, LP ATTN: JEFFREY L. PANZO C/O J.P. MORGAN SECURITIES MAIL CODE: NY1-M138
                                                       383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                             TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, LP ATTN: JEFFREY L. PANZO C/O MORGAN SECURITIES MAIL CODE: NY1-M138
                                                       383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                             TRANSFEROR: FARALLON CAPITAL PARTNERS, LP ATTN: JEFFREY L. PANZO C/O J.P. MORGAN SECURITIES MAIL CODE: NY1-M138
                                                       383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
                                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:46:35                              LEHMAN BROTHERS HOLDING INC.                                            PAGE:   2
DATE: 05/14/12                                    CREDITOR LISTING

Name                                        Address
J.P. MORGAN SECURITIES LLC                  TRANSFEROR: NOONDAY OFFSHORE, INC. ATTN: JEFFREY L. PANZO C/O J.P. MORGAN SECURITIES MAIL CODE: NY1-M138
                                            383 MADISONO AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLP                  TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, LP ATTN: JEFFREY L. PANZO C/O J.P. MORGAN SECURITIES MAIL CODE: NY1-M138
                                            383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES, LLC                 TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS II, LP ATTN: JEFFREY L. PANZO C/O J.P. MORGAN SECURITIES MAIL CODE: NY1-M138
                                            383 MADISON AVNEUE, FLOOR 37 NEW YORK NY 10179
KNIGHTHEAD MASTER FUND LP                   TRANSFEROR: BARCLAYS BANK PLC ATTN: LAURA TORRADO, ESQ. KNIGHTHEAD CAPITAL MANAGEMENT 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022
LAM YUET LING                               FLAT E 16/F TOWER 1 VISION CITY NO.1 YEUNG UK ROAD TSUEN WAN NT   HONG KONG
LEHMAN BROTHERS INTERNATIONAL (EUROPE)      LINKLATERS LLP ATTN: TITIA HOLTZ 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
  (IN ADMINISTRATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)      TRANSFEROR: CITIBANK, N.A., LONDON BRANCH ATTN: DEREK ANTHONY HOWELL LEVEL 23 25 CANADA SQ LONDON   E14 5LQ UNITED KINGDOM
  (IN ADMINISTRATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)      TRANSFEROR: CITIBANK, N.A., LONDON BRANCH DEREK ANTHONY HOWELL LEVEL 23 25 CANADA SQUARE LONDON   E14 5LQ UNITED KINGDOM
  (IN ADMINISTRATION)
MILBURN REVOCABLE TRUST                     WILLIAM MILBURN 3801 N. CAPITAL OF TEXAS HIGHWAY SUITE J200 AUSTIN TX 78746
NATIONALE-NEDERLANDEN INTERFINANCE B.V.     CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO ATTN: SARAH N. CAMPBELL 31 WEST 52ND STREET NEW YORK NY 10019
NATIONALE-NEDERLANDEN INTERFINANCE B.V.     ING BANK N.V. ATTN: MRS. M.J.S.J. MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM MG 1102 THE NETHERLANDS
NATIONALE-NEDERLANDEN INTERFINANCE B.V.     C/O ING INVESTMENT MANAGEMENT ATTN: MARICE THEWESSEN SCHENKKADE 65 THE HAGUE   THE NETHERLANDS
NOONDAY OFFSHORE, INC.                      C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
PORTAGALLO, MARGUERITE & JAMES              6 TULLER CT LINCROFT NJ 07738-1626
STANDARD CHARTERED BANK (HONG KONG)         TRANSFEROR: AU YEUNG YIP SAU YING ANNE 21/F, STANDARD CHARTERED BANK (HONG KONG) LIMITED 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)         TRANSFEROR: AU YEUNG YIP SAU YING ANNE 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)         TRANSFEROR: CHAU YUK WAH 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)         TRANSFEROR: FU YUK LAI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)         TRANSFEROR: LAM YUET LING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
TANNOR PARTNERS CREDIT FUND LP              TRANSFEROR: MILBURN REVOCABLE TRUST 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP             TRANSFEROR: PORTAGALLO, MARGUERITE & JAMES 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601


Total Number of Records Printed             56


                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```