UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                         Debtors.                                 :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 26445, 27070,
                                                                       27137

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 14, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   /s/ *Lauren Rodriguez*
                                                   Lauren Rodriguez

Sworn to before me this
23rd day of May, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 26445, 27070, 27137_Aff 05-14-12.doc

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

```
Transferor:   PIGUET GALLAND & CIE SA
              ATTN: NICOLAS TERRIER, FIRST VICE-PRESIDENT
              ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT
              RUE DE LA PLAINE 14
              YVERDON CH-1400 SWITZERLAND


Additional:




Transferee:   RAHN & BODMER CO.
              ATTN: ENRICO NUSSIO
              POSTFACH
              ZURICH 8022 SWITZERLAND
```

**Your transfer    of claim #    64055    is defective for the reason(s) checked below:**

Other                                    Currency does not match filed claim

```
Docket Number 26445            Date 03/14/12


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2012.
```

# EXHIBIT B

```
TIME: 17:47:25                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE: 1
DATE: 05/14/12                                           CREDITOR LISTING

Name                        Address
PIGUET GALLAND & CIE SA     ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14
                            YVERDON  CH-1400 SWITZERLAND
RAHN & BODMER CO.           ATTN: ENRICO NUSSIO POSTFACH ZURICH  8022 SWITZERLAND


Total Number of Records Printed     2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

LEHWOOD HOLDING FRANCE SAS
(FORMERLY MERIDIEN HOLDING FRANCE SAS)
81, BOULEVARD GOUVION SAINT CYR
PARIS 75017
FRANCE

CANTOR FITZGERALD SECURITIES
ATTN: NATHAN PLOTKIN
110 EAST 59TH STREET, 7TH FLOOR
NEW YORK, NY 10022

BURLINGTON LOAN MANAGEMENT LIMITED
C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC
65 EAST 55TH STREET
NEW YORK, NY 10022