UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
In re                                                                   :    Chapter 11 Case No.
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                :    08-13555 (JMP)
                                                                        :    (Jointly Administered)
                Debtors.                                                :
                                                                        :
------------------------------------------------------------------------x    Ref. Docket Nos. 27797-27802,
                                                                             27809-27811

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 15, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            /s/ Lauren Rodriguez
                                                            Lauren Rodriguez

Sworn to before me this
23rd day of May, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 27797-27802, 27809-27811_AFF_05-15-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>                Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To: SPCP GROUP, L.L.C.                                         SPCP GROUP, L.L.C.
        TRANSFEROR: ONEOK ENERGY SERVICES COMPANY LP               RONALD S. BEACHER, ESQ.
        AS AGENT FOR SILVER POINT CAPITAL FUND                     DAY PITNEY LLP
        LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD             7 TIMES SQUARE
        ATTN: ADAM J. DEPANFILIS                                   NEW YORK NY 10036
        660 STEAMBOAT ROAD
        GREENWICH CT 06830
```

Please note that your claim # 7485 in the above referenced case and in the amount of
        $16,597,219.56  allowed at $16,018,913.00        has been transferred **(unless previously expunged by court order)**

```
        MORGAN STANLEY SENIOR FUNDING, INC.                        MORGAN STANLEY SENIOR FUNDING, INC.
        TRANSFEROR: SPCP GROUP, L.L.C.                             RICHARDS KIBBE & ORBE LLP
        ATTN: JOSHUA RAWLINS                                       ATTN: MANAGING CLERK
        ATTN: MORGAN STANLEY-LEGAL & COMPLIANCE DIVISION-CORPORATE LOANS GROUP   ONE WORLD FINANCIAL CENTER
        1585 BROADWAY - 2ND FLOOR                                  NEW YORK NY 10281
        NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 27797      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/15/2012                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 15, 2012.

**EXHIBIT B**

```
TIME: 17:37:36                                    LEHMAN BROTHERS HOLDING INC.                                                   PAGE:   1
DATE: 05/15/12                                         CREDITOR LISTING

Name                                        Address
DE BRANDING B.V.                            T.A.V. J.C. TOET WILLEMSHOF 3 OEGSTGEEST 2343 JE NETHERLANDS
KWEKKEBOOM, H.R. EN/OF                      RIJPERWEG 16 WESTBEEMSTER 1464 MA NETHERLANDS
 KWEKKEBOOM-HEKKER, J.N.
MORGAN STANLEY SENIOR FUNDING INC.          RICHARD KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING INC.          TRANSFEROR: SPCP GROUP, L.L.C. ATTN: JOSHUA RAWLINS ATTN: MORGAN STANLEY-LEGAL & COMPLIANCE DIVISION-CORPORATE LOANS GROUP
                                            1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.         RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.         TRANSFEROR: SPCP GROUP, L.L.C. ATTN: JOSHUA RAWLINS ATTN: MORGAN STANLEY-LEGAL & COMPLIANCE DIVISION-CORPORATE LOANS GROUP
                                            1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.         TRANSFEROR: SPCP GROUP, L.L.C. ATTN: JOSHUA RAWLINS ATTN: MORGAN STANLEY-LEGAL & COMPLIANCE DIVISION-CORPORATE LOANS GROUP
                                            1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIRO FUNDING INC.          RICHARD KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIRO FUNDING INC.          TRANSFEROR: SPCP GROUP, L.L.C. ATTN: JOSHUA RAWLINS ATTN: MORGAN STANLEY-LEGAL & COMPLIANCE DIVISION-CORPORATE LOANS GROUP
                                            1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
POSTMA, P.G.                                BURG, RENKENLAAN 14 CW EPE  8162 NETHERLANDS
SPCP GROUP, L.L.C.                          RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, L.L.C.                          TRANSFEROR: AVISTA CORPORATION AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD
                                            ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830
SPCP GROUP, L.L.C.                          TRANSFEROR: AVISTA CORPORATION AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD
                                            ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830
SPCP GROUP, L.L.C.                          TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD.
                                            C/O SILVER POINT CAPITAL, LP 660 STEAMBOAT ROAD, ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830
SPCP GROUP, L.L.C.                          TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD.
                                            C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830
SPCP GROUP, L.L.C.                          TRANSFEROR: ONEOK ENERGY SERVICES COMPANY LP AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD
                                            ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: DE BRANDING B.V. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: KWEKKEBOOM, H.R. EN/OF KWEKKEBOOM-HEKKER, J.N. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: POSTMA, P.G. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS

Total Number of Records Printed             19
```

EPIQ BANKRUPTCY SOLUTIONS, LLC