UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :   (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 23475-23477,
                                                                      27770-27782, 27785, 27787, 27805,
                                                                      27812-27841, 27844-27848, 27850,
                                                                      27851, 27855, 27856, 27864, 27884,
                                                                      27885, 27887, 27888, 27892-27896,
                                                                      27899

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 17, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
23rd day of May, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 23475-23477, 27770...27892-27896, 27899_AFF_05-17-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ACP MASTER LTD
      TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
      C/O AURELIUS CAPITAL MANAGEMENT LP
      ATTN: DAVID TIOMKIN
      535 MADISON AVENUE, 22ND FL
      NEW YORK NY 10022
```

Please note that your claim # 59736 in the above referenced case and in the amount of
         $0.00   allowed at $3,605,672.25           has been transferred (unless previously expunged by court order)

```
      AURELIUS CAPITAL PARTNERS, LP
      TRANSFEROR: ACP MASTER LTD
      C/O AURELIUS CAPITAL MANAGEMENT, LP
      ATTN: PATRICK VANCE
      535 MADISON AVE., 22ND FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 23475     in your objection.
If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 05/17/2012                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 17, 2012.

**EXHIBIT B**

08-13555-mg    Doc 28054    Filed 05/23/12    Entered 05/23/12 22:50:29    Main Document
Pg 4 of 8

```
TIME: 17:52:26                                          LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 05/17/12                                               CREDITOR LISTING

Name                                              Address
ACP MASTER LTD                                    TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O AURELIUS CAPITAL MANAGEMENT LP ATTN: DAVID TIOMKIN 535 MADISON AVENUE, 22ND FL
                                                  NEW YORK NY 10022
ADI GLOBAL OPPORTUNITY SP                         TRANSFEROR: ADI GLOBAL OPPORTUNITY 1 RUE VERNIER PARIS 75017 FRANCE
AKKERMAN, J.J. EN/OF J.P.A.J.                     ANKERMONDE 43 NIEUWEGEIN 3434 GB NETHERLANDS
  AKKERMAN-HORJUS
AURELIUS CAPITAL MASTER LTD                       TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O AURELIUS CAPITAL MANAGEMENT LP ATTN: DAVID TIOMKIN 535 MADISON AVE., 22ND FL
                                                  NEW YORK NY 10022
AURELIUS CAPITAL PARTNERS, LP                     TRANSFEROR: ACP MASTER LTD C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE., 22ND FLOOR NEW YORK NY 10022
AURELIUS CONVERGENCE MASTER LTD                   TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O AURELIUS CAPITAL MANAGEMENT LP ATTN: DAVID TIOMKIN 535 MADISON AVENUE, 22ND FL
                                                  NEW YORK NY 10022
AURELIUS INVESTMENT, LLC                          TRANSFEROR: AURELIUS CAPITAL MASTER LTD C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE., 22ND FLOOR
                                                  NEW YORK NY 10022
AURELIUS INVESTMENT, LLC                          TRANSFEROR: AURELIUS CONVERGENCE MASTER LTD C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE., 22ND FLOOR
                                                  NEW YORK NY 10022
AVILA MASTER FUND LP                              C/O ALCENTRA, INC. ATTN: PAUL HATFIELD 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166
AVILA MASTER FUND LP                              MICHAEL PETTINGILL MCDERMOTT WILL & EMERY LLP 340 MADISON AVENUE NEW YORK NY 10173
AVILA MASTER FUND LP                              MICHAEL PETTINGILL MCDERMOTT WILL & EMERY LLP 340 MADISON AVENUE NEW YORK NY 10173-1922
BANK HAPOALIM B.M.                                18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: MONARCH MASTER FUNDING LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: NATIONALE-NEDERLANDEN INTERFINANCE B.V. ATTN: SCOTT BARNETT 5 THE NORTH COLONADE CANARY WHARF
                                                  LONDON E14 4BB UNITED KINGDOM
BELEGGINGSMIJ. DASIM                              OOSTZEEDIJK 236 ROTTERDAM 3063 BP NETHERLANDS
BV SRAMOTA PARTNERS ARCHITECTEN                   OOSTZEEDIJYK 236 ROTTERDAM 3063 BP NETHERLANDS
CAMMAERT, L.J.P. EO CAMMAERT-LAUMANS,             VASSENBERG 32 BEESEL 5954 BV NETHERLANDS
  S.W.M.
CANYON BALANCED MASTER FUND, LTD.                 SIDLEY AUSTIN LLP ATTN: ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON BALANCED MASTER FUND, LTD.                 TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER ATTN: JONATHAN KAPLAN, ESQ.
                                                  2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067
CANYON DISTRESSED OPPORTUNITY INVESTING           SIDLEY AUSTIN LLP ATTN: ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
  FUND, L.P.
CANYON DISTRESSED OPPORTUNITY INVESTING           TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER ATTN: JONATHAN KAPLAN, ESQ.
  FUND, L.P.                                      2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067
CANYON DISTRESSED OPPORTUNITY MASTER              SIDLEY AUSTIN LLP ATTN: ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
  FUND, L.P.
CANYON DISTRESSED OPPORTUNITY MASTER              TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER ATTN: JONATHAN KAPLAN, ESQ.
  FUND, L.P.                                      2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067
CANYON VALUE REALIZATION FUND L.P.                SIDLEY AUSTIN LLP ATTN: ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON VALUE REALIZATION FUND L.P.                TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER ATTN: JONATHAN KAPLAN, ESQ.
                                                  2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067
CANYON VALUE REALIZATION MAC 18 LTD.              SIDLEY AUSTIN LLP ATTN: ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON VALUE REALIZATION MAC 18 LTD.              TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER ATTN: JONATHAN KAPLAN, ESQ.
                                                  2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067
CANYON VALUE REALIZATION MAC 18 LTD.              TRANSFEROR: J.P. MORGAN SECURITIES, LLC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER ATTN: JONATHAN KAPLAN, ESQ.
                                                  2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067
CANYON VALUE REALIZATION MASTER FUND,             SIDLEY AUSTIN LLP ATTN: ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
  L.P., THE
CANYON VALUE REALIZATION MASTER FUND,             TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER ATTN: JONATHAN KAPLAN, ESQ.
  L.P., THE                                       2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067
CANYON-BLUE CREDIT INVESTMENT FUND L.P.           SIDLEY AUSTIN LLP ATTN: ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 17:52:26                                        LEHMAN BROTHERS HOLDING INC.                                                    PAGE:  2
DATE: 05/17/12                                              CREDITOR LISTING

Name                                              Address
CANYON-BLUE CREDIT INVESTMENT FUND L.P.           TRANSFEROR: J.P. MORGAN SECURITIES, LLC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER ATTN: JONATHAN KAPLAN, ESQ.
                                                  2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067
                                                  SIDLEY AUSTIN LLP ATTN: ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON-GRF MASTER FUND II, L.P.                   TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER ATTN: JOHATHAN KAPLAN, ESQ.
                                                  2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067
CANYON-GRF MASTER FUND II, L.P.                   TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER ATTN: JONATHAN KAPLAN, ESQ.
                                                  2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067
CANYON-GRF MASTER FUND II, L.P.                   TRANSFEROR: J.P. MORGAN SECURITIES, LLC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER ATTN: JONATHAN KAPLAN, ESQ.
                                                  2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES NY 90067
CASPIAN FOCUSED CREDIT L FUND L.P.                TRANSFEROR: BARCLAYS BANK PLC 767 FIFTH AVE., 45TH FLOOR NEW YORK NY 10153
CASPIAN FOCUSED CREDIT L FUND, L.P.               TRANSFEROR: BARCLAYS BANK PLC 767 FIFTH AVE., 45TH FLOOR NEW YORK NY 10153
CHOI, FUNG NGOR                                   FLAT 5 2/F YEE YAN HOUSE 329 CHEUNG SHA WAN RD KLN    HONG KONG
CIJFFERS, M.F.M.                                  BOSSCHEWEG 46 BOXTEL 5281 AK NETHERLANDS
CITIGROUP FINANCIAL PRODUCTS, INC.                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
DE RIDDER, J.A.J.                                 VERMEERSTRAAT 16 AARDENBURG 4527 BC NETHERLANDS
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: TACONIC MARKET DISLOCATION FUND II LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: TACONIC MARKET DISLOCATION MASTER FUND II LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
EFG BANK AB (PUBL)                                P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN
ELLIOTT ASSOCIATES LP                             TRANSFEROR: ADI GLOBAL OPPORTUNITY SP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W 57TH STREET NEW YORK NY 10019
EMPYREAN INVESTMENTS, LLC                         TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                  10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
G.T. KUENEN D W VANDER PLUIJM                     VERLENGDE MARNIXSTRAAT 20 ALPHEN A/D RIJN 2606 VV NETHERLANDS
GERAEDS, P.H.G. EN/OF GERAEDS-BIESTA,             MOLENLAAN 70 ROTTERDAM 3055 EM NETHERLANDS
H.P.
HALCYON LOAD TRADING FUND LLC                     TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAD TRADING FUND LLC                     TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: MORGAN STANLEY SENIRO FUNDING, INC. C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HEDVIGSDAL HOLDING AB                             TRANSFEROR: EFG BANK AB (PUBL) HEDVIGSDALVAGEN 106 LODERUP  S-276 46 SWEDEN
HOLLANDER, H. E/O J.W. HOLLANDER-VAN              VAN HOGENHOUCKLAAN 60-G DEN HAAG 2596 TE NETHERLANDS
BEEK
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, LP ATTN: JEFFREY L. PANZO C/O J.P. MORGAN SECURITIES MAIL CODE: NY1-M138
                                                  383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP ATTN: JEFFREY L. PANZO C/O J.P. MORGAN SECURITIES MAIL CODE: NY1-M138
                                                  383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS, LP ATTN: JEFFREY L. PANZO C/O J.P. MORGAN SECURITIES MAIL CODE: NY1-M138
                                                  383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, LP ATTN: JEFFREY L. PANZO C/O MORGAN SECURITIES MAIL CODE: NY1-M138
                                                  383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: FARALLON CAPITAL PARTNERS, LP ATTN: JEFFREY L. PANZO C/O J.P. MORGAN SECURITIES MAIL CODE: NY1-M138
                                                  383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: NOONDAY OFFSHORE, INC. ATTN: JEFFREY L. PANZO C/O J.P. MORGAN SECURITIES MAIL CODE: NY1-M138
                                                  383 MADISONO AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES, LLC                       TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS II, LP ATTN: JEFFREY L. PANZO C/O J.P. MORGAN SECURITIES MAIL CODE: NY1-M138
                                                  383 MADISON AVNEUE, FLOOR 37 NEW YORK NY 10179
KUIJER, PHILOMEEN                                 DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM
KUIJER, PHILOMEEN                                 LANDZICHTLAAN 62 HEEMSTEDE 2101 ZK NETHERLANDS

                                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:52:26                                      LEHMAN BROTHERS HOLDING INC.                                                         PAGE:    3
DATE: 05/17/12                                            CREDITOR LISTING

Name                                         Address
LYXOR/CANYON VALUE REALIZATION FUND LTD.     SIDLEY AUSTIN LLP ATTN: ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
LYXOR/CANYON VALUE REALIZATION FUND LTD.     TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER ATTN: JONATHAN KAPLAN, ESQ.
                                             2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067
MACQUARIE BANK LIMITED                       TRANSFEROR: TAIPEI FUBON COMMERCIAL BANK CO., LTD C/O MACQUARIE HOLDINGS (USA) INC. ATTN: VINCENT BASULTO 125 WEST 55TH STREET
                                             NEW YORK NY 10019
MAXYVET S.A.                                 TRANSFEROR: BANK HAPOALIM B.M. C/O MERRILL LYNCH 200 S. BISCAYNE BLVD., SUITE 4500 MIAMI FL 33131
MEELKER-SCHLITH, AM                          STEENHOUWERSKADE 63 GRONINGEN 9718 DG NETHERLANDS
MONARCH CAPITAL MASTER PARTNERS II-A LP      TRANSFEROR: ODEON CAPITAL GROUP LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FLOOR
                                             NEW YORK NY 10022
MORGAN STANLEY SENIOR FUNDING, INC.          RICHARD KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.          TRANSFEROR: SPCP GROUP, L.L.C. ATTN: JOSHUA RAWLINS ATTN: MORGAN STANLEY-LEGAL & COMPLIANCE DIVISION-CORPORATE LOANS GROUP
                                             1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC           MANAGING CLERK (BANKRUPTCY) RICAHRDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC           MANAGING CLERK (BANKRUPTCY) RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC           TRANSFEROR: AVILA MASTER FUND LP ATTN: JOSHUA RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.          RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.          TRANSFEROR: AVILA MASTER FUND LP C/O JOSHUA RAWLINS 1858 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.          TRANSFEROR: SPCP GROUP, L.L.C. ATTN: JOSHUA RAWLINS ATTN: MORGAN STANLEY-LEGAL & COMPLIANCE DIVISION-CORPORATE LOANS GROUP
                                             1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.          TRANSFEROR: SPCP GROUP, L.L.C. ATTN: JOSHUA RAWLINS ATTN: MORGAN STANLEY-LEGAL & COMPLIANCE DIVISION-CORPORATE LOANS GROUP
                                             1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIRO FUNDING INC.           RICHARD KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIRO FUNDING INC.           TRANSFEROR: SPCP GROUP, L.L.C. ATTN: JOSHUA RAWLINS ATTN: MORGAN STANLEY-LEGAL & COMPLIANCE DIVISION-CORPORATE LOANS GROUP
                                             1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
OBERGGER, J.M.                               WAAL 84 ZAANDAM 1509 HC NETHERLANDS
ODEON CAPITAL GROUP LLC                      TRANSFEROR: BANK HAPOALIM B.M. 750 LEXINGTON AVENUE, SUITE 26A NEW YORK NY 10022
PARETO OHMAN AB                              TRANSFEROR: EFG BANK AB (PUBL) P.O. BOX 7415 STOCKHOLM S-103 91 SWEDEN
PELLEMANS, J.C.                              PALISIUMPARK 25 EERBEEK 6961 KW NETHERLANDS
PERMAL CANYON FUND LTD.                      SIDLEY AUSTIN LLP ATTN: ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
PERMAL CANYON FUND LTD.                      TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER ATTN: JONATHAN KAPLAN, ESQ.
                                             2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067
PERMAL CANYON FUND LTD.                      TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O CANYON CAPITAL ADVISORS LLC ATTN: RAJ VENKATARAMAN IYER ATTN: JONATHAN KAPLAN, ESQ.
                                             2000 AVENUE OF THE STARS, 22TH FL. LOS ANGELES CA 90067
PERMAL STONE LION FUND LTD                   TRANSFEROR: MACQUARIE BANK LIMITED STONE LION PORTFOLIO LP STONE LION CAPITAL PARTNERS LP ATTN: BRIAN WOOD
                                             461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017
REEHORST PENSIOEN, B.V.                      EMMALAAN 5 PUTTEN 3881 MS NETHERLANDS
SAUERBIER, O.L.A.                            HEERDERWEG 45 EPE 8161 BL NETHERLANDS
STICHTING QUADRAAM                           T.A.V. DE HEER DRS.IR. M.A. MITTELMEIJER RI. POSTBUS 7 DUIVEN 6920 AA NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: AKKERMAN, J.J.P. EN/OF J.P.A.J. AKKERMAN-HORJUS ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: BELEGGINGSMIJ, DASIM KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: BV SRAMOTA PARTNERS ARCHITECTEN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: CAMMAERT, L.J.P. EO CAMMAERT-LAUMANS, S.W.M. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: CIJFFERS, M.F.M. KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: DE RIDDER, J.A.J. KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: G.T. KUENEN D W VANDER PLUIJM KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: GERAEDS, P.H.G. EN/OF GERAEDS-BIESTA, H.P. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: HOLLANDER, H. E/O J.W. HOLLANDER-VAN BEEK KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: KUIJER, PHILOMEEN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: MEELKER-SCHLITH, AM KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: OBERGGER, J.M. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: PELLEMANS, J.C. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: REEHORST PENSIOEN, B.V. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: SAUERBIER, O.L.A. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: STICHTING QUADRAAM KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: STIENSTRA-VERMEEREN, M.S.H.J. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: VAN BROEKHOVEN, L.M.P. LUCASSEN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS

                                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

| Name | Address |
|---|---|
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: VAN HEEMSKERCK VAN BIERT-VERRIJN STUART, J.J. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: VAN HEYNINGEN, J.M. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: VAN JERSEL, M.J. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: VAN PRAOG , H.M. EO KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: WERTEL HOLDING BV KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: WESTTOYS BEHEER B V KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: WEURMAN, A.M. KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: WILTING, G.H. & H. WILTING-VAN VEENEN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: WINFRA BEHEER BV KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: ZEILMAKER, A. KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STIENSTRA-VERMEEREN, M.S.H.J. | ZANDWEG 62 HEERLEN 6417 AT NETHERLANDS |
| STONE LION PORTFOLIO LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O STONE LION CAPITAL PARTNERS LP ATTN: BRIAN WOOD 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| TACONIC MARKET DISLOCATION FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE 8TH FLOOR NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, ATTN: TIM ANDRIKS NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION MASTER FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE 8TH FLOOR NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION MASTER FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, ATTN: TIM ANDRIKS NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION MASTER FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE NEW YORK NY 10022 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: CHOI, FUNG NGOR 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| VAN BROEKHOVEN, L.M.P. LUCASSEN | VUGHTERHAGE 6 VUGHT 5263 BP THE NETHERLANDS |
| VAN HEEMSKERCK VAN BIERT-VERRIJN STUART, J.J. | ORANJELAAN 2 DEN HOORN 2635 KC NETHERLANDS |
| VAN HEYNINGEN, J.M. | SINGEL 132 AMSTERDAM 1015 AG NETHERLANDS |
| VAN JERSEL, M.J. | AATWERPSEBAAN 1 HELVOIRT 5268 KB NETHERLANDS |
| VAN PRAOG , H.M. EO | LODEWEG 246 APELDOORN 7315 HD NETHERLANDS |
| WERTEL HOLDING BV | SLVISPOLDERWEG 46 ZAANDAM 1505 HK NETHERLANDS |
| WESTTOYS BEHEER B V | VERLENG DE MARNIXSTRAAT 20 ALPHEN A/D RJN 2406 VV NETHERLANDS |
| WEURMAN, A.M. | AMSTELLAAN 18 HEEMSTEDE 2105 VE NETHERLANDS |
| WILTING, G.H. & H. WILTING-VAN VEENEN | HET NOORDERLICHT 46 DRONTEN 8254 AL NETHERLANDS |
| WINFRA BEHEER BV | D.V. VOORNELAAN 6 ROCKANJE 3235 AC NETHERLANDS |
| YORK GLOBAL FINANCE BDH LLC | TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 5TH AVE., 17TH FL NEW YORK NY 10153 |
| ZEILMAKER, A. | ROSSINILAAN 21 HILVERSUM 1217 CA NETHERLANDS |

Total Number of Records Printed    147