UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                    Debtors.                                     :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket No. 27207

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 17, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
23rd day of May, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 27207_Aff 05-17-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   BANQUE PIGUET & CIE S.A.
              ATTN: NICOLAS TERRIER, FIRST VICE-PRESIDENT
              ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT
              RUE DE LA PLAINE 14
              YVERDON CH-1400 SWITZERLAND

Additional:

Transferee:   RAHN & BODMER CO.
              ATTN: ENRICO NUSSIO
              POSTFACH
              ZURICH 8022 SWITZERLAND

Your transfer   of claim #   64055   is defective for the reason(s) checked below:

Can Not Locate Creditor

Docket Number 27207              Date 03/28/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 17, 2012.

# EXHIBIT B

08-13555-mg    Doc 28055    Filed 05/23/12    Entered 05/23/12 23:19:26    Main Document
Pg 4 of 5

```
TIME: 17:53:21                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 05/17/12                                                    CREDITOR LISTING

Name                          Address
BANQUE PIGUET & CIE S.A.      ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14
                              YVERDON  CH-1400 SWITZERLAND
RAHN & BODMER CO.             ATTN: ENRICO NUSSIO POSTFACH ZURICH  8022 SWITZERLAND

Total Number of Records Printed       2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC