UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In re                                           :        Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :        08-13555 (JMP)
                                                :        (Jointly Administered)
                        Debtors.                :
                                                :
------------------------------------------------------------------------x     Ref. Docket Nos. 27784, 27890,
                                                         27900, 27902, 27906, 27909, 27910,
                                                         27916-27919

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 18, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
23rd day of May, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
-----------------------------------------------|
                                               |
In re                                          |   Chapter 11 Case No.
                                               |
                                               |   08-13555 (JMP)
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |   (Jointly Administered)
                                               |
                                               |
          Debtors.                             |
                                               |
                                               |
-----------------------------------------------|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK OF MONTREAL                          BANK OF MONTREAL
     ATTN: BARRY STRATTON                      CHAPMAN AND CUTLER LLP
     111 WEST MONROE STREET                    ATTN: JAMES E. SPIOTTO, ESQ
     CHICAGO IL 60603                          111 WEST MONROE STREET, 18TH FLOOR
                                               CHICAGO IL 60603
```

Please note that your claim # 24934 in the above referenced case and in the amount of
          $1,676,054.32   allowed at $1,500,000.00        has been transferred **(unless previously expunged by court order)**

```
     DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: BANK OF MONTREAL
     ATTN: JEFFREY OLINSKY
     60 WALL ST., 3RD FLOOR
     NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 27906        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2012                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2012.

# EXHIBIT B

TIME: 17:47:31
DATE: 05/18/12

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND |
| BANK OF MONTREAL | ATTN: BARRY STRATTON 111 WEST MONROE STREET CHICAGO IL 60603 |
| BANK OF MONTREAL | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ESQ 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HIGHLAND CREDIT STRATEGIES MASTER FUND ATTN: MARK HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. ATTN: MARK HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK OF MONTREAL ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| FRANZ, ROBERT | BOB FRANZ, FIELDSTONE CAPITAL AS RISKLESS PRINCIPAL C/O TRADITION ASIEL SECURITIES 1177 AVENUE OF THE AMERICAS, 32 FL NEW YORK NY 10036 |
| FRANZ, ROBERT | BOB FRANZ, FIELDSTONE CAPITAL AS RISKLESS PRINCIPLE, C/O TRADITION ASIEL SECURITIES 1177 AVENUE OF THE AMERICAS, 32 FL NEW YORK NY 10036 |
| FRANZ, ROBERT | TRANSFEROR: BANK HAPOALIM B.M. 6 BAYER LANE BOONTON NJ 07005 |
| HSBC PRIVATE BANK (SUISSE) SA | F/K/A HSBC GUYERZELLER BANK AG ATTN: TITSS- CORPORATE ACTIONS DEPARTMENT QUAI GENERAL-GUISAN 2 PO BOX 3580 GENEVA 3 1211 SWITZERLAND |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: YORVIK PARTNERS LLP P.O. BOX 1641 NEW YORK NY 10150 |
| MONARCH CAPITAL MASTER PARTNERS II-A LP | TRANSFEROR: ODEON CAPITAL GROUP LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| ODEON CAPITAL GROUP LLC | TRANSFEROR: FRANZ, ROBERT 750 LEXINGTON AVENUE, SUITE 26A NEW YORK NY 10022 |
| PKB PRIVATBANK AG | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA VIA BALESTRA 1 LUGANO CH-6900 SWITZERLAND |
| QUANTUM PARTNERS LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O SOROS FUND MANAGMENT LLC 888 SEVENTH AVE NEW YORK NY 10106 |
| SEMPER CONSTANTIA PRIVATBANK AG | (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK) ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2 WEIN 1010 AUSTRIA |
| YORVIK PARTNERS LLP | TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG ATTN: BEN RANA 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed          22

EPIQ BANKRUPTCY SOLUTIONS, LLC