WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**  :  **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE**
**TWO HUNDRED EIGHTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**
**(EMPLOYMENT-RELATED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Eighty-Eighth

Omnibus Objection to Claims (Employment-Related Claims) [ECF No. 27397], that was

scheduled for May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned,**

**solely with respect to the claims listed on Exhibit A attached hereto, to a date to be determined**.

Dated: May 24, 2012
      New York, New York

           /s/ Jacqueline Marcus
           Jacqueline Marcus

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Lehman Brothers Holdings Inc.
           and Certain of its Affiliates

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number | Docket Number |
|---|---|---|
| Samuel E. Belk IV | 3015 | 27931 |
| Richard S. Locke | 9581 | none |
| Charles Schoenherr | 12945 | none |

US_ACTIVE:\44010631\01\58399.0008