Bonnie Steingart, Esq.
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile:  (212) 859-4000

*Special Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
**In re**  :  **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :  **08-13555 (JMP)**
:
Debtors.  :  (Jointly Administered)
:
:
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I, Gabriel Libhart, certify that on May 21, 2012, I caused to be served by Federal Express overnight delivery and United States Postal Service Express Mail upon the parties listed on Exhibit A true and correct copies of the Second Interim Fee Application of Fried, Frank, Harris, Shriver & Jacobson LLP, Special Counsel to the Debtors and Debtors in Possession, for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From (i) March 1, 2011 Through March 31, 2011, and (ii) October 1, 2011 Through March 6, 2012 [ECF No. 27985].

Dated:  New York, New York
       May 24, 2012

                                              /s/ Gabriel Libhart
                                              Gabriel Libhart

**Exhibit A**

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, New York, 10020
Attn: John Suckow and William Fox

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
Attn: Shai Y. Waisman, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.
Attorneys for the Creditors' Committee

The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 22nd Floor
New York, New York 10004
Attn: Elisabetta G. Gasparini and Andrea B. Schwartz

Richard Gitlin, Chair of the Fee Committee
c/o Godfrey & Kahn, S.C.
One East Main Street, P.O. Box 2719
Madison, WI 53701-2719

BrownGreer PLC
Attn: Orran Brown
115 S. 15th Street, Suite 400
Richmond, VA 23219

8611031