WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                                  :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                                                     :    **(Jointly Administered)**
:
:
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE
### NINETY-SECOND OMNIBUS OBJECTION TO CLAIMS
### (NO BLOCKING NUMBER LPS CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan

Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its Ninety-

Second Omnibus Objection to Claims (No Blocking Number LPS Claims) [ECF No. 14472]

US_ACTIVE:\44006914\02\58399.0008

**solely as to the claims listed on Exhibit A attached hereto**.

Dated: May 24, 2012
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

# Exhibit A

## Claims for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
| --- | --- |
| MITTMANN, HANA | 24990 |
| MUELLER, WILFRIED | 24991 |
| SCHMITZ, HERBERT | 24982 |
| SCHMITZ, HERBERT | 24983 |
| SCHMITZ, HERBERT | 24960 |
| SCHMITZ, HERBERT | 24984 |
| SCHOBER, HANS-JOACHIM | 13634 |
| SCHOBER, MARITA | 13635 |
| WEBER HANS-HERMANN | 67237 |
| WEBER HANS-HERMANN | 67236 |
| WEBER HANS-HERMANN | 67239 |