WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
In re                                    :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        **08-13555 (JMP)**
:
Debtors.                       :        **(Jointly Administered)**
:
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE
NINETY-SECOND OMNIBUS OBJECTION TO CLAIMS
(NO BLOCKING NUMBER LPS CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) that was scheduled for May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to a date to be determined**.

Dated:  May 24, 2012
       New York, New York

                              /s/ Jacqueline Marcus
                              Jacqueline Marcus

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone:  (212) 310-8000
                              Facsimile:   (212) 310-8007

                              Attorneys for Lehman Brothers Holdings Inc.
                              and Certain of Its Affiliates

US_ACTIVE:\44010799\02\58399.0008

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| AMONN-DINGER, VERENA | 11169 | 27526, 27528 |
| BAUMHEIER, KATJA | 11170 | 27526, 27528 |
| BAUMHEIER, KATJA | 11171 | 27526, 27528 |
| BAYER, DR. INGEBORG | 12425 | 27526, 27528 |
| BAYER, DR. INGEBORG | 12426 | 27526, 27528 |
| BECKER, DR. KLAUS | 13631 | 27526, 27528 |
| BIESEMANN, DR. JOERG | 13624 | N/A |
| BROSCHK, DIETER | 13637 | 27526, 27528 |
| CZYGANOWSKI, SIEGFRIED | 13610 | 27526, 27528 |
| FASSBENDER, MARIA | 13638 | 27526, 27528 |
| FETKENHEUER, LOTHAR | 67257 | N/A |
| FUCHS, GERHARD | 13632 | 27526, 27528 |
| GANSER, ALBERT | 24995 | 27526, 27528 |
| GETTE, HELENE | 12444 | 27526, 27528 |
| HASSE, KLAUS-DIETER | 13628 | 27526, 27528 |
| HEINZEN, HANS | 11178 | 27526, 27528 |
| HIRSCH, KURT | 11179 | N/A |
| ISHII, HIROICHI AND HELLA | 13602 | 27526, 27528 |
| JAHN, URSULA & HORST | 24987 | 27526, 27528 |

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| JANSEN, WALTER | 34350 | 27526, 27528 |
| JANSEN, WALTER | 34347 | 27526, 27528 |
| JONAS, PETER AND HEIKE | 13605 | 27526, 27528 |
| KAPALLA, KURT | 12448 | 27526, 27528 |
| KLIPPEL, ALMUT | 67260 | N/A |
| KLUG, KLAUS | 12442 | N/A |
| KOECHLING, HERMANN | 11184 | 27526, 27528 |
| KRAWINKEL, ODO | 12427 | 27526, 27528 |
| KRAWINKEL, ODO | 12428 | 27526, 27528 |
| KUHNAST, FRANK-ROLAND | 67258 | N/A |
| LEWIN, JOERG | 34348 | 27526, 27528 |
| LUCKS, IIONA | 24996 | 27526, 27528 |
| LUKOSCHEK, WOLFGANG | 13611 | N/A |
| MASTALEREK, MICHAEL | 11187 | 27526, 27528 |
| NOERRENBERG-SUDHAUS, WERNER | 11190 | 27526, 27528 |
| OBERKERSCH, BEATRICE | 11191 | 27526, 27528 |
| RAMPOLD, HEIDRUN ELISABETH | 11193 | N/A |
| RODRIGUEZ, KARSTEN | 13621 | 27526, 27528 |
| RUTTENER, JUERG FOR RUETTENER, HANNELORE | 67267 | N/A |
| RUTTENER, JUERG FOR RUETTENER, HANS | 67265 | N/A |
| SCHIENER, FRIEDBERT WALTER UND | 11196 | 27526, 27528 |

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| HANNELORE EDELTRAUT | | |
| SCHMIDT, KARIN | 11197 | 27526, 27528 |
| SCHMIDT, RA PETRA | 11198 | 27526, 27528 |
| SCHWEBIUS, SANDRA | 11199 | 27526, 27528 |
| SCHWERDT, KORINNA, DR. | 61158 | N/A |
| SOKOLOWSKI, CLAUS-GUENTHER | 11200 | 27526, 27528 |
| SPERZEL, SUSANNE | 12443 | N/A |
| SPRINGER, WERNER | 13623 | 27526, 27528 |
| STANGE, HANS-JOACHIM | 12440 | 27526, 27528 |
| STEINFORT, SILVIA | 11201 | 27526, 27528 |
| STEINFORT, SILVIA | 11203 | 27526, 27528 |
| STEINFORT, SILVIA | 11202 | 27526, 27528 |
| THOEMEL, HEINZ | 11207 | 27526, 27528 |
| UTTENDORF, WILFRIED | 57811 | 27526, 27528 |
| VOLK, HELMUT UND ANNEMARIE | 11209 | 27526, 27528 |
| VON DER HEYDE, PHILIP | 11210 | 27526, 27528 |
| WARTAK, BEATE | 11211 | 27526, 27528 |
| WEIDLICH, JOERG | 13642 | 27526, 27528 |
| WEISS, RENATE | 11212 | 27526, 27528 |
| WENZEL, PETER | 11213 | 27526, 27528 |
| WERNER, FRIEDHELM AND IRENE | 13615 | 27526, 27528 |
| WILDEBRAND, PETER | 13609 | N/A |

4

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| WIPPERN, MARGIT | 13619 | 27526, 27528 |
| WITTIG, HANSPETER | 57824 | 27526, 27528 |
| WOLSKI, MIECZYSLAW | 61159 | 27526, 27528 |
| WOLSKI, MIECZYSLAW | 61160 | 27526, 27528 |
| WOLSKI, MIECZYSLAW | 61191 | 27526, 27528 |
| ZELLINGER, ERNST | 11224 | 27526, 27528 |