WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,** : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE**
**NINETY-SIXTH OMNIBUS OBJECTION TO CLAIMS**
**(DUPLICATIVE LPS CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) that was scheduled for May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely with respect to the claim listed on Exhibit A attached hereto, to a date to be determined**.

Dated:  May 24, 2012
         New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

## Exhibit A

### Adjourned Claim:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| Eva Schwabmueller | 57823 | N/A |