WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
: 
In re                                                                            :    Chapter 11 Case No.
                                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                                 :
Debtors.                                                              :    (Jointly Administered)
                                                                                 :
-------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE**
**ONE HUNDRED TWENTIETH OMNIBUS OBJECTION TO CLAIMS**
**(NO BLOCKING NUMBER LPS CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the One Hundred Twentieth

Omnibus Objection to Claims (No Blocking Number LPS Claims) that was scheduled for May

31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claim**

**listed on Exhibit A attached hereto, to a date to be determined**.

Dated:  May 24, 2012
            New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44010917\02\58399.0008

## Exhibit A

## Adjourned Claim:

| Claimant Name | Claim Number |
|---|---|
| GELDARD, CHRISTINE L. | 1537 |

US_ACTIVE:\44010917\02\58399.0008