WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
                                                                              :
**In re**                                                                     :    **Chapter 11 Case No.**
                                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                                  :    **08-13555 (JMP)**
                                                                              :
                            Debtors.                                          :    **(Jointly Administered)**
                                                                              :
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE*
OF DEBTORS' TWO HUNDRED SEVENTEENTH
OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE
CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred

Seventeenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that

was scheduled for May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned,**

**solely as to the claims listed on Exhibit A attached hereto, to a date to be determined.**

Dated: May 24, 2012
New York, New York

        /s/ Jacqueline Marcus
        Jacqueline Marcus

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone:  (212) 310-8000
        Facsimile:   (212) 310-8007

        Attorneys for Lehman Brothers Holdings Inc.
        and Certain of its Affiliates

# Exhibit A

## Adjourned Claims:

| Claimant | Claim no. |
|---|---|
| ASR Levensverzekering N.V. | 62827 |
| Falcon Leven N.V. | 62826 |
| N.V. Amersfoortse Levenverzekering Maatschappij | 62828 |
| Clariden Leu Limited | 55813 |
| The Royal Bank of Scotland PLC | 59649 |
| Deka Investment GmbH | 58964 |
| RIC-OMIGSA Global Fund | 60874 |