## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May, 2012, a copy of the foregoing Opposition by Delaware River Port Authority to the Debtors' Two Hundred Ninety-First Omnibus Objection to Claims (No Liability Derivatives Claims) was mailed via first-class, postage prepaid to the following parties:

Attorneys for the Debtors
Attn: Robert L. Lemons, Esq. and Lee J. Goldberg, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

The Office of the United States Trustee for Region 2
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

103374.00308/7126846v.4