REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                          :   Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.          :   08-13555 (JMP)
                                               :
                        Debtors.               :   (Jointly Administered)
-------------------------------------------------------------------x
```

## NOTICE OF ADJOURNMENT
## OF DEBTORS' ONE HUNDRED TWENTY FIFTH OMNIBUS
## OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION)

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Twenty Fifth Omnibus Objection to Claims (Insufficient Documentation) [Docket No. 16079] that was scheduled for May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, as to the claims listed on Exhibit A attached hereto, to June 28, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

757756

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: May 24, 2012

                                         */s/* Michael A. Rollin
                                         Michael A. Rollin
                                         REILLY POZNER LLP
                                         1900 16th Street, Suite 1700
                                         Denver, Colorado 80202
                                         Telephone: (303) 893-6100
                                         Facsimile: (303) 893-6110

                                         Attorneys for Debtors
                                         and Debtors in Possession

757756

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
| --- | --- |
| Wilmington Trust Company, as Trustee | 20420, 21103, 21104, 21105, 21106, 21107, 21108, 21109, 21110, 21111, 21112, 21113, 21114, 21115, 21116, 21117, 21118, 21119, 21132, 21133, 21134, 21135, 21136 |

757756