BAILEY & GLASSER, LLP
Athanasios Basdekis
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 *facsimile*
Email: tbasdekis@baileyglasser.com
*Counsel for Sequa Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                  :    Chapter 11 Case No.
                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :   08-13555 (JMP)
                                       :
            Debtors.                   :    (Jointly Administered)
-----------------------------------------------------------x

### Withdrawal of the Claim of Sequa Corporation - # 15940

Sequa Corporation hereby withdraws its proof of claim # 15940, filed September 18, 2009.

Dated: May 24, 2012

    By counsel,

    */s/ Athanasios Basdekis*
    Athanasios Basdekis, Esq.
    BAILEY & GLASSER, LLP
    209 Capitol Street
    Charleston, WV 25301
    (304) 345-6555
    (304) 342-1110 *facsimile*
    tbasdekis@baileyglasser.com
    *Counsel for Sequa Corporation*

BAILEY & GLASSER, LLP
Athanasios Basdekis
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 *facsimile*
Email: tbasdekis@baileyglasser.com
*Counsel for Sequa Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------x

## Certificate of Service

The undersigned hereby certifies that on May 24, 2012 true and correct copies of

Withdrawal of the Claim of Sequa Corporation # 15940, filed on such date via the Court's ECF

system, were served upon:

    Tracy Hope Davis, Esq.
    Elisabeth Gasparini, Esq.
    Andrea B. Schwartz, Esq.
    Office of the U.S. Trustee for Region 2
    United States Bankrupty Court
    Southern District of New York
    33 Whitehall Street, 21st Floor
    New York, NY  10004

via Federal Express overnight mail;

and

    Jacqueline Marcus, Esq., of Weil, Gotshal & Manges LLP

and

2

Dennis F. Dunne, Esq.,
Dennis O'Donnell, Esq.,
Evan Fleck, Esq., of Milbank, Tweed, Hadley & McCloy LLP,

via email of the ECF Notice of Public Filing.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: May 24, 2012

By counsel,

*/s/ Athanasios Basdekis*
Athanasios Basdekis, Esq.
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 *facsimile*
tbasdekis@baileyglasser.com
*Counsel for Sequa Corporation*