WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
**In re**                                                       :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                    :    **08-13555 (JMP)**
:
Debtors.                                          :    **(Jointly Administered)**
:
:
----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE
TWO HUNDRED FORTY-SEVENTH OMNIBUS OBJECTION TO
CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Forty-Seventh

Omnibus Objection to Claims (No Liability Claims) [ECF No. 24088], that was scheduled for

May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely with**

**respect to the claims listed on Exhibit A attached hereto, to June 28, 2012, at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The

Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court,

Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an

US_ACTIVE:\44012064\01\58399.0008

announcement at the Hearing.

Dated: May 24, 2012
      New York, New York

    /s/ Jacqueline Marcus
    Jacqueline Marcus

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of its Affiliates

## Exhibit A

### Adjourned Claims:

| Claimant Name | Claim Number | Docket Number |
|---|---|---|
| Sequa Corp. | 15940 | 24981 |
| West Corporation | 14198 | 24976 |

US_ACTIVE:\44012064\01\58399.0008