UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re                                                  :    Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :    08-13555 (JMP)
                                                       :
                          Debtors.                     :    (Jointly Administered)
---------------------------------------------------------------------x

### SECOND SUPPLEMENTAL ORDER GRANTING DEBTORS' OBJECTION TO THE CLAIM FILED BY WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE (CLAIM NUMBER 10082)

Upon consideration of the objection, dated September 30, 2011 (the "Objection"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007(a) of the Federal Rules of Bankruptcy Procedure, reducing and allowing claim number 10082, filed by the Wilmington Trust Company, as Indenture Trustee (the "Wilmington Trust Claim"), all as more fully described in the Objection; and hearings having been held on November 30, 2011 and December 21, 2011 to consider the relief requested in the Objection; and an order having been entered on December 1, 2011, ECF No. 22837 (the "Initial Order"), and a supplemental order having been entered on December 22, 2011, ECF No. 23663 (the "First Supplemental Order"), together granting the relief requested in the Objection; and it having been determined that there was an error in the First Supplemental Order with respect to the allowed amount for the portion of the Wilmington Trust Claim based

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

on CUSIP 524908NF3; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

      ORDERED that notwithstanding anything to the contrary in the Objection, the Initial Order or the First Supplemental Order including the exhibits thereto, the allowed amount of the portion of the Wilmington Trust Claim relating to the security with CUSIP No. 524908NF3 shall be $100,139,549; and it is further

      ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:  New York, New York
       May 25, 2012

        *s/ James M. Peck*
        HONORABLE JAMES M. PECK
        UNITED STATES BANKRUPTCY JUDGE