B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.　　　Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Paulson Credit Opportunities Master Ltd.</u>　　　<u>Goldman Sachs Lending Partners LLC</u>
　　　Name of Transferee　　　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee　　Court Claim # (if known): <u>66140</u>
should be sent:　　　　　　　　　　　　　　　　　　Amount of Claim Transferred: <u>$5,000,000.00</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed: <u>January 20, 2010</u>
Paulson Credit Opportunities Master Ltd.　　　　Debtor: <u>Lehman Brothers Commodity Services Inc.</u>
Attention: James Olivo
1251 Avenue of the Americas
50th Floor
New York, New York 10020

Phone: <u>212-956-2221</u>　　　　　　　　　　　　　Phone:_____
Last Four Digits of Acct #:_____　　　Last Four Digits of Acct. #:_____

Name and Address where transferee payments
should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:_____

723887v.5 3091/00113

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: May 24, 2012
    Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: _____          Date: _____
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

723887v.5 3091/00113

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
    Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: _____          Date: May 24, 2012
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

723887v.5 3091/00113