**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Lehman Commercial Paper Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

**MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL
RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION PRO HAC VICE**

Jacqueline Marcus ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York, and a member of Weil, Gotshal & Manges LLP ("WG&M"), hereby moves this Honorable Court to enter an order permitting Vance L. Beagles, a member of WG&M, to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York to represent Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned chapter 11 cases, pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York, and, in support thereof, avers as follows:

1. Mr. Beagles is a member in good standing of the Bar of the State of Texas and the Bar of the State of New York. Mr. Beagles is also admitted to practice before the United States District Court for the Northern District of Texas, the United States District Court for the

Southern District of Texas, the United States District Court for the Northern District of Oklahoma, and the United States District Court for the District of Hawaii.

2. In support of the relief requested in this Motion, attached as <u>Exhibit A</u> is a certificate pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York.

3. Movant requests that this Court approve this Motion so that Mr. Beagles may file pleadings and appear and be heard in these proceedings.

4. No previous request for the relief sought herein has been made to this or any other court.

## REQUESTED RELIEF

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting Vance L. Beagles, to appear *pro hac vice* in association with Movant as counsel to Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned chapter 11 cases and granting such other and further relief as is just.

Dated: May 25, 2012
       New York, New York

                         /s/ Jacqueline Marcus
                         Jacqueline Marcus

                         WEIL, GOTSHAL & MANGES LLP
                         767 Fifth Avenue
                         New York, New York 10153
                         Telephone: (212) 310-8000
                         Facsimile: (212) 310-8007

                         Attorneys for Lehman Brothers Holdings Inc.
                         and Lehman Commercial Paper Inc.

2

## **EXHIBIT A**

I certify that I am eligible for admission to this Court, am admitted to practice in the jurisdictions specified in the Motion, and am in good standing in such jurisdictions; I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course, or in the preparation, of these chapter 11 cases, pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York; and I have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

| | |
|---|---|
| Mailing Address: | Vance L. Beagles<br>Weil, Gotshal & Manges LLP<br>200 Crescent Court<br>Room 3110<br>Dallas, TX 75201 |
| E-mail: | vance.beagles@weil.com |
| Telephone: | (214) 746-7701 |
| Facsimile: | (214) 746-7777 |

I have agreed to pay the fee of $200 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: May 25, 2012
        New York, New York

/s/ Vance L. Beagles
Vance L. Beagles

WEIL, GOTSHAL & MANGES LLP
200 Crescent Court
Suite 300
Dallas, TX 75201

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION PURSUANT TO RULE 2090-1(b) OF THE
LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION PRO HAC VICE**

Upon consideration of the Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York for Admission Pro Hac Vice (the "Motion") seeking admission *pro hac vice* of Vance L. Beagles, to represent Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned chapter 11 cases, before the United States Bankruptcy Court for the Southern District of New York as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and upon the Motion and all proceedings had before the Court; and after due deliberation and it appearing that there is sufficient cause to grant the Motion;

IT IS HEREBY ORDERED that Vance L. Beagles is permitted to appear *pro hac vice* as counsel to Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned chapter 11 cases, subject to the payment of the filing fee.

Dated: May __, 2012
       New York, New York

                                                                          _____
                                                                          HONORABLE JAMES M. PECK
                                                                          UNITED STATES BANKRUPTCY JUDGE