WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                                        :   **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                 :   **08-13555 (JMP)**
                                                             :
            Debtors.                                         :   **(Jointly Administered)**
                                                             :
                                                             :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF**
**TWO HUNDRED NINETY-FIRST OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Ninety-First Omnibus

Objection to Claims (No Liability Derivatives Claims), that was scheduled for May 31, 2012, at

10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claim listed on**

**Exhibit A attached hereto, to a date to be determined** (the "Hearing"). Lehman Brothers

Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan

of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-

referenced chapter 11 cases, will provide notice of the new date and time of the Hearing by (a)

filing a notice of hearing with the Court and (b) serving the same upon (i) the United States

Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue

Service; (iv) the United States Attorney for the Southern District of New York; (v) the claimant

listed on Exhibit A; and (vi) all other parties entitled to notice in accordance with the procedures

set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635].

Dated:  May 25, 2012
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

## Exhibit A

### Adjourned Claim:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| DELAWARE RIVER PORT AUTHORITY | 24073 | 28079 |