UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
            Debtors.                                             :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Drinker Biddle & Reath LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714<br>Attn: Michael B. Jordan, Esq. |
| Claim Number (if known): | 29937 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | $195,943.33 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: Partner and General Counsel |
|---|---|
| Printed Name: Michael B. Jordan | Dated: May 22, 2012 |

**DrinkerBiddle&Reath**
L L P

Law Offices

One Logan Square, Ste. 2000
Philadelphia, PA
19103-6996

215-988-2700 phone
215-988-2757 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

Michael B. Jordan
General Counsel
215-988-2802 Direct
215-988-2757 Fax
michael.jordan@dbr.com

May 23, 2012

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings
757 Third Avenue, 3rd Floor
New York, NY  10017

Re:  In re Lehman Brothers Holdings, Inc.

Ladies and Gentlemen:

Enclosed is our withdrawal of claim in the captioned bankruptcy case.

Sincerely yours,

Michael B. Jordan

MBJ/lj

Enclosures

cc:  Kristin Koppenhaver Auld, Esq. (w/encl.)

Established 1849

PHTRANS/ 1208753.1



From MICHAEL JORDAN
DrinkerBiddle&Reath LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings
757 Third Avenue, 3rd Floor
New York, NY 10017

FIRST CLASS MAIL







