UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                        :
In re                                                   :   Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**        :   08-13555 (JMP)
                                                        :   (Jointly Administered)
        Debtors.                                        :
                                                        :   Ref. Docket No. 19120
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 21, 2012, I caused to be served:

   a. a *cover letter from Lehman Brothers Holdings Inc*., dated May 21, 2012, a sample of which is annexed hereto as Exhibit A, (the "Cover Letter"), and

   b. the "Revised Notice of Proposed Allowed Claim Amount," dated May 21, 2012, related to the "Order Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Procedures for the Determination of the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.," dated August 10, 2011 [Docket No. 19120], a sample of which is annexed hereto as Exhibit B, (the "Revised Notice"),

   by causing true and correct copies of:

   i. the Cover Letter and Revised Notice, personalized to include the name, address and claim number of the creditor, as well as the proposed allowed claim amount, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

   ii. the Cover Letter and Revised Notice, personalized to include the name, address and claim number of the creditor, as well as the proposed allowed claim amount, to be delivered via electronic mail to those parties listed on the annexed Exhibit D.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
23rd day of May, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.

May 21, 2012

Enclosed please find a "Revised Notice of Proposed Allowed Claim Amount" dated May 21, 2012. The Revised Notice is being sent to communicate a change to the prior Notice. Please note that changes are italicized in Exhibit A. This notice is being sent to replace the Notice of Proposed Allowed Claim Amount previously mailed. Please disregard the prior Notice.

If you do NOT dispute or disagree with the Revised Proposed Allowed Claim Amount for your claim, then you do NOT need to file a written response and your claim will be allowed in such amount for the purpose of distributions under the Plan.

If you DO dispute or disagree with the Proposed Allowed Claim Amount for your Claim, please note the revised deadline for responding as follows: you MUST deliver a written response (a "Response") so that such Response is actually received no later than 4:00 PM June 22, 2012.

Please contact Adam Lavine at Adam.Lavine@weil.com or at Weil, Gotshal & Manges, 767 Fifth Avenue, New York, NY 10153 or Holly Clack at hclack@alvarezandmarsal.com or at LAMCO LLC, 1276 Avenue of the Americas, 40th Floor, New York, NY 10020 if you have questions regarding this notice.

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                         : Chapter 11 Case No.
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   : 08-13555 (JMP)
                                                              :
                    Debtors.                                  : (Jointly Administered)
                                                              :
---------------------------------------------------------------x

LBH LPC NTC 05-21-2012 (MERGE2,TXNUM2) 4000087636 BAR(23) MAIL ID *** 000061304514 *** *** BSIUSE: 1
VANDENBULCKE L.L.J.C.
SINT-MICHIELSKAAI 21 B 42
ANTWERPEN  2000
BELGIUM

### THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE PROPOSED ALLOWED CLAIM AMOUNT.

### REVISED NOTICE OF PROPOSED ALLOWED CLAIM AMOUNT

| **Creditor Name and Address:**<br>VANDENBULCKE L.L.J.C.<br>SINT-MICHIELSKAAI 21 B 42<br>2000 ANTWERPEN<br>BELGIUM | **Claim Number** | **Proposed Allowed Claim Amount** |
|---|---|---|
| | 40857 | $23,014.46 |

   PLEASE TAKE NOTICE that, on August 10, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the *Order Approving the Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.* [Docket No. 19120] (the "Order") which provides for procedures for the determination of the allowed amount of the portion of the claim referenced above (the "Claim") that is based on a structured security for purposes of voting and distributions under the debtors' (the "Debtors")[1] proposed chapter 11 plan (the "Plan") in the above-referenced case.

   Pursuant to the procedures approved in the Order, Lehman Brothers Holdings Inc. ("LBHI") proposes that the allowed amount of the portion of the Claim that is based on a structured security shall be the amount set forth above under the heading "PROPOSED ALLOWED CLAIM AMOUNT."  The Debtors calculated the Proposed Allowed Claim Amount in accordance with the Structured Securities Valuation Methodologies, a copy of which is available for review on www.lehman-docket.com, and is also attached to the motion [Docket No. 18127] (the "Motion") related to the Order.  A detailed calculation of the Proposed Allowed Claim Amount in accordance with the Structured Securities Valuation Methodologies is included on Exhibit A annexed hereto.  The Proposed Allowed Claim Amount does not have any affect on the portion of your claim that is not based on a structured security.

   The Official Committee of Unsecured Creditors of LBHI and its affiliated debtors filed a statement relating to the Motion.  The *Statement of Official Committee of Unsecured Creditors In Response to*

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

*Debtors' Amended Motion Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Procedures For Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc*, [Docket No. 19042] is available at www.lehman-docket.com on the "Case Information" page.

If you do NOT dispute or disagree with the Proposed Allowed Claim Amount for your Claim, then you do NOT need to file a written response and your claim will be allowed in such amount for the purposes of voting and distributions under the Plan.

**If you DO dispute or disagree with the Proposed Allowed Claim Amount for your Claim, then you MUST deliver a written response (a "Response") so that such Response is actually received no later than 4:00 p.m. October 25, 2011 (the "Response Deadline") by (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, New York, NY 10020 (Attn: Holly Clack and Tina Pederson), (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Alfredo R. Perez, Esq. and Mark Bernstein, Esq.) and (iii) Milbank, Tweed, Hadley and McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Evan R. Fleck, Esq. and Matthew Brod, Esq.).**

Your Response, if any, must contain at a minimum the following: (i) the name of the claimant; (ii) the claim number that is the subject of the Response; (iii) a concise statement setting forth the grounds for such Response; (iv) the address(es) to which LBHI must return any reply to your Response, if different from that presented in the proof of claim; and (v) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

**IF YOU DO NOT DELIVER A RESPONSE BY THE RESPONSE DEADLINE, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE PORTION OF YOUR CLAIM BASED ON A STRUCTURED SECURITY BEING ALLOWED FOR PURPOSES OF VOTING AND DISTRIBUTIONS UNDER THE PLAN IN THE PROPOSED ALLOWED CLAIM AMOUNT. THE MOTION DOES NOT HAVE ANY AFFECT ON THE PORTION OF YOUR CLAIM THAT IS NOT BASED ON A STRUCTURED SECURITY.**

**IF YOU SUBMIT A RESPONSE AND THE DEBTORS AND YOU ARE UNABLE TO RESOLVE ANY DISPUTES REGARDING THE PROPOSED ALLOWED CLAIM AMOUNT, THE MOTION WILL BE DEEMED AN OBJECTION TO YOUR CLAIM. THE DEBTORS MAY SEEK TO HAVE SUCH OBJECTION TO YOUR CLAIM RESOLVED EITHER BY THE COURT OR THROUGH THE COURT-APPROVED MEDIATION PROCEDURES.**

CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:    May 21, 2012
          New York, New York

[1]

<u>Exhibit A</u>

Calculation of Proposed Allowed Claim Amount

Claim # 40857 - VANDENBULCKE L.L.J.C.

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Structured Security, by ISIN | Blocking Number | Maximum Allowable Amount [2] | Percentage of Notional Amount for which Blocking Numbers were Issued by Clearing Agencies | Aggregate Amount Distributable to Claims Based on Relevant ISIN (Equals the Product of C x D with slight differences due to rounding) | Claimant's Percentage of Notional Amount for Which Blocking Numbers were Issued by Clearing Agencies | **PROPOSED ALLOWED CLAIM AMOUNT** (Equals the Product of E x F with slight differences due to rounding) |
| *CH0016059278* [3] | *6022850* | *$265,249.51* | *97.3526%* | *$258,227.21* | *0.0697%* | *$180.06* |
| *XS0168796570* [3] | *6022850* | *$33,637,920.96* | *97.3526%* | *$32,747,379.48* | *0.0697%* | *$22,834.40* |
| | | | | | **Aggregate Proposed Allowed Claim Amount:** | $23,014.46 |
| | | | | | **Claim Amount, as filed (portion based on Structured Security only):** | $22,689.00 |

---

[2] Calculated in accordance with the Structured Securities Valuation Methodologies.

[3] The ISIN filed for on your claim, XS0169022091, is the Unit ISIN for the ownership of both the LBT note and LBF warrant pursuant to the Final Terms dated 30 May 2003. The Debtors previously saw no liability for this security because LBHI's records reflect the note and warrant separately and under their respective individual ISINs: note ISIN XS0168796570 and warrant ISIN CH0016059278. Correcting for this, the Debtors have revised the Proposed Allowed Claim Amount for your claim as reflected here under the individual note and warrant ISINs.

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| BANQUE CANTONALE DU VALAIS | C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| BOUTON, DANIEL | 37 AV FRANKLIN ROOSEVELT RIXENSART 1330 BELGIUM |
| BYLISIE, PIERRARD | RUE DE LA BOURGEEISE, 137 MELLIER B-6860 BELGIUM |
| COOLS-LAMORAL, HUBERT & ANNA MARIA | GRENSBEEKLAAN 2 BERCHEM 2600 BELGIUM |
| CZARNULLA, KURT | FRICKE, DEIKE & ELLRICH RECHTSANWALTE GRABENSTRASSE 38-42 BOCHUM 44787 GERMANY |
| CZARNULLA, KURT | AN DER SCHANZENBRUECKE 13 DUISBURG 47259 GERMANY |
| DEHEM, CHANTAL | BOULEVARD DU CENTENAIRE 51 DION-VALMONT 1325 BELGIUM |
| DEHEM, FRANCOIS | C/O GUY DEHEM RUE LOLA BOBESCO 12 BTE 2 WOLUWE-SAINT-LAMBERT 1200 BELGIUM |
| DEHEM, MYRIAM | AVENUE GRANDCHAMP 139 WOLUWE-SAINT-PIERRE 1150 BELGIUM |
| DELAWARE EMERGING MARKETS FUND, A SERIES | C/O MICHAEL J. CORDONE, ESQ. STRADLEY RONON STEVENS & YOUNG LLP 2005 MARKET STREET, SUITE 2600 PHILADELPHIA PA 19103-7018 |
| DELAWARE EMERGING MARKETS FUND, A SERIES | INTERNATIONAL FUNDS C/O MICHAEL J. CORDONE, ESQ. STRADLEY RONON STEVENS & YOUNG LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE VIP EMERGING MARKETS SERIES, A | C/O MICHAEL J. CORDONE, ESQ. STRADLEY RONON STEVENS & YOUNG LLP 2005 MARKET STREET, SUITE 2600 PHILADELPHIA PA 19103-7018 |
| DELAWARE VIP EMERGING MARKETS SERIES, A | C/O MICHAEL J CORDONE, ESQ STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DEUTSCHE BANK AG, LONDON BRANCH | CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON / SIMON GLENNIE / C WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DILISSEN, CARINA | ZALVELSTRAAT 48 SINT. LIEVENS-ESSE 9550 BELGIUM |
| DILISSEN, MARC | VELDESTRAAT 108 MERENDREE 9850 BELGIUM |
| DILISSEN, MARLEEN | ENGELSTRAAT 82 SINT-AMANDSBERG 9040 BELGIUM |
| GESTEL, C.H. VAN | RAMINHOUT 11 ZOETERMEER 2719 KM NETHERLANDS |
| HARSCH, JEAN-PAUL | 1, REDOUTE WEE DALHEIM L-5687 LUXEMBOURG |
| JACOBS, ANNICK & DIRK & KARIN | MOLENHEIDE 29 BRASSCHAAT 2930 BELGIUM |
| JEANNINE, LUYCX | HERTENLAAN 37 HOEILAART 1560 NETHERLANDS |
| KEVIN LIEU, CAM-QUE | PFAUENWEG 9C HAMBURG 22305 GERMANY |
| KURRELS, WERNER | BEIKLINGEN 17 UETZE D-31311 GERMANY |
| LOMBARD INTERNATIONAL ASSURANCE | ATTN: PAUL CASEY, BCEE/1 AIRPORT CENTER 2, ROUTE DE TREVE SENNINGERBERG L-2633 LUXEMBOURG |
| MIKOLINSKY, SHOSHANA | 56 TEL HAI ST RAMAT GAN ISRAEL |
| MISEREZ, LUCIEN | TUSSENBRUGGEN 13 B 15 OUDENAARDE 9700 BELGIUM |
| MONTFORT-KAISIN, M. ET MME. | CORNICHE VERTE 30 BRUSSELS B-1150 BELGIUM |
| MONTFORT-KAISIN, M. ET MME. | SG PRIVATE BANKING CUSTODY KORTRIJKSESTEENWEG 302 GENT B-9000 BELGIUM |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: DWS INSTITUTIONAL FUNDS ON B COMMODITY STRATEGY FUND 1585 BROADWAY NEW YORK NY 10036 |
| PHILMAR, BM | VIJLSEWEG 57 WAREGEM 8790 BELGIUM |
| PIERRARD, CLAIRE | A/S BYLISVE PIERRARD RUE DE LA BOURGEOISE, 187 MELLIER B-6860 BELGIUM |
| SCHMITZ FAMILY LIMITED PARTNERSHIP | THOMAS L. SCHMITZ, GENERAL PARTNER 16 HAMPTON LANE BLUFFTON SC 29910 |
| SCHMITZ, THOMAS L. & SANDRA E. | 16 HAMPTON LANE BLUFFTON SC 29910 |
| TIELEMANS-DE COCK, MARC & NADINE | BOECHOLLTDESTEENWEG 140/3 HOVE 2540 BELGIUM |
| VANDENBULCKE L.L.J.C. | SINT-MICHIELSKAAI 21 B 42 2000 ANTWERPEN BELGIUM |

**Total Creditor count  36**

# EXHIBIT D

Email Service List

| Claim No | Name | Email Address |
|---|---|---|
| 58602 | BANQUE CANTONALE DU VALAIS | IRA.A.REID@BAKERNET.COM;GREGOIRE.TAVELLI@BCBS.CH |
| 48771 | BOUTON, DANIEL | DBO72716@SCARLET.BE |
| 51927 | BYLISIE, PIERRARD | PASCAL.D'HENNEZEL@ING.DE |
| 50944 | CZARNULLA, KURT | KANZLEI@FRICKE-DEIKE-ELLRICH.DE |
| 12551 | DELAWARE EMERGING MARKETS FUND, A SERIES OF DELAWARE GROUP GLOBAL AND | MCORDONE@STRADLEY.COM |
| 12563 | DELAWARE VIP EMERGING MARKETS SERIES, A SERIES OF DELAWARE VIP TRUST | MCORDONE@STRADLEY.COM |
| 59770 | DEUTSCHE BANK AG, LONDON BRANCH | MICHAEL.SUTTON@DB.COM; SIMON.GLENNIE@DB.COM; CANDICE.CHENG@DB.COM |
| 59770 | DEUTSCHE BANK AG, LONDON BRANCH | LS2.DISTRADING@LIST.DB.COM; CONOR.MCGOVERN@DB.COM |
| 65711 | DILISSEN, MARLEEN | MARLEEN.DILISSEN@TELENET.BE |
| 41587 | KEVIN LIEU, CAM-QUE | KEVINLIEU@FREENET.DE |
| 42682 | LOMBARD INTERNATIONAL ASSURANCE | PAUL.CASEY@LOMBARD.LU |
| 59237 | MIKOLINSKY, SHOSHANA | CORPORATE.ACTIONS.LU@DEXIA.COM |
| 65349 | MONTFORT-KAISIN, M. ET MME. | CORP@SGPRIV.BE |
| 52035 | PIERRARD, CLAIRE | PASCAL.DHENNEZEL@ING.DE |
| 46450 | TIELEMANS-DE COCK, MARC & NADINE | M.TIELEMANS@SCARLET.BD |
| 40857 | VANDENBULCKE L.L.J.C. | MEDIUS@SKYNET.BE |