UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                      :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (JMP)
:    (Jointly Administered)
    Debtors.                                          :
:    Ref. Docket No. 19120
------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                          ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 23, 2012, I caused to be served:

   a. a *cover letter from Lehman Brothers Holdings Inc.*, dated May 23, 2012, a sample of which is annexed hereto as Exhibit A, (the "Cover Letter"), and

   b. the "Revised Notice of Proposed Allowed Claim Amount," dated May 23, 2012, related to the "Order Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Procedures for the Determination of the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.," dated August 10, 2011 [Docket No. 19120], a sample of which is annexed hereto as Exhibit B, (the "Revised Notice"),

   by causing true and correct copies of:

   i. the Cover Letter and Revised Notice, personalized to include the name, address and claim number of the creditor, as well as the proposed allowed claim amount, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the party listed on the annexed Exhibit C, and

   ii. the Cover Letter and Revised Notice, personalized to include the name, address and claim number of the creditor, as well as the proposed allowed claim amount, to be delivered via electronic mail to those parties listed on the annexed Exhibit D.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
23rd day of May, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.

May 23, 2012

Enclosed please find a "Notice of Proposed Allowed Claim Amount" dated May 23, 2012. Your claim was not previously recognized as a Structured Securities Claim, and, therefore, did not receive a Notice. Please take note of the following:

If you do NOT dispute or disagree with the Revised Proposed Allowed Claim Amount for your claim, then you do NOT need to file a written response and your claim will be allowed in such amount for the purpose of distributions under the Plan.

If you DO dispute or disagree with the Proposed Allowed Claim Amount for your Claim, please note the revised deadline for responding as follows: you MUST deliver a written response (a "Response") so that such Response is actually received no later than 4:00 PM June 22, 2012.

Please contact Adam Lavine at Adam.Lavine@weil.com or at Weil, Gotshal & Manges, 767 Fifth Avenue, New York, NY 10153 or Holly Clack at hclack@alvarezandmarsal.com or at LAMCO LLC, 1276 Avenue of the Americas, 40th Floor, New York, NY 10020 if you have questions regarding this notice.

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
: 
In re                                                                   :     Chapter 11 Case No.
                                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (JMP)
                                                                              :
                                       Debtors.                 :     (Jointly Administered)
                                                                              :
----------------------------------------------------------x

LUKOW, STEPHEN AND YOSHIKAWA, YUMIKO
350 WEST 43RD ST. 7D
NEW YORK, NY  10036

### THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE PROPOSED ALLOWED CLAIM AMOUNT.

### NOTICE OF PROPOSED ALLOWED CLAIM AMOUNT

| **Creditor Name and Address:**<br>LUKOW, STEPHEN AND YOSHIKAWA, YUMIKO<br>350 WEST 43RD ST. 7D<br>NEW YORK, NY  10036 | **Claim Number** | **Proposed Allowed Claim Amount** |
|---|---|---|
| | 10186 | $50,103.30 |

PLEASE TAKE NOTICE that, on August 10, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the *Order Approving the Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.* [Docket No. 19120] (the "Order") which provides for procedures for the determination of the allowed amount of the portion of the claim referenced above (the "Claim") that is based on a structured security for purposes of voting and distributions under the debtors' (the "Debtors")[1] proposed chapter 11 plan (the "Plan") in the above-referenced case.

Pursuant to the procedures approved in the Order, Lehman Brothers Holdings Inc. ("LBHI") proposes that the allowed amount of the portion of the Claim that is based on a structured security shall be the amount set forth above under the heading "PROPOSED ALLOWED CLAIM AMOUNT."  The Debtors calculated the Proposed Allowed Claim Amount in accordance with the Structured Securities Valuation Methodologies, a copy of which is available for review on www.lehman-docket.com, and is also attached to the motion [Docket No. 18127] (the "Motion") related to the Order.  A detailed calculation of the Proposed Allowed Claim Amount in accordance with the Structured Securities Valuation Methodologies is included on Exhibit A annexed hereto.  The Proposed Allowed Claim Amount does not have any affect on the portion of your claim that is not based on a structured security.

The Official Committee of Unsecured Creditors of LBHI and its affiliated debtors filed a statement relating to the Motion.  The *Statement of Official Committee of Unsecured Creditors In Response to*

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

*Debtors' Amended Motion Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Procedures For Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc*, [Docket No. 19042] is available at www.lehman-docket.com on the "Case Information" page.

If you do NOT dispute or disagree with the Proposed Allowed Claim Amount for your Claim, then you do NOT need to file a written response and your claim will be allowed in such amount for the purposes of voting and distributions under the Plan.

**If you DO dispute or disagree with the Proposed Allowed Claim Amount for your Claim, then you MUST deliver a written response (a "Response") so that such Response is actually received no later than 4:00 p.m. October 25, 2011 (the "Response Deadline") by (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, New York, NY 10020 (Attn: Holly Clack and Tina Pederson), (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Alfredo R. Perez, Esq. and Mark Bernstein, Esq.) and (iii) Milbank, Tweed, Hadley and McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Evan R. Fleck, Esq. and Matthew Brod, Esq.).**

Your Response, if any, must contain at a minimum the following: (i) the name of the claimant; (ii) the claim number that is the subject of the Response; (iii) a concise statement setting forth the grounds for such Response; (iv) the address(es) to which LBHI must return any reply to your Response, if different from that presented in the proof of claim; and (v) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

**IF YOU DO NOT DELIVER A RESPONSE BY THE RESPONSE DEADLINE, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE PORTION OF YOUR CLAIM BASED ON A STRUCTURED SECURITY BEING ALLOWED FOR PURPOSES OF VOTING AND DISTRIBUTIONS UNDER THE PLAN IN THE PROPOSED ALLOWED CLAIM AMOUNT. THE MOTION DOES NOT HAVE ANY AFFECT ON THE PORTION OF YOUR CLAIM THAT IS NOT BASED ON A STRUCTURED SECURITY.**

**IF YOU SUBMIT A RESPONSE AND THE DEBTORS AND YOU ARE UNABLE TO RESOLVE ANY DISPUTES REGARDING THE PROPOSED ALLOWED CLAIM AMOUNT, THE MOTION WILL BE DEEMED AN OBJECTION TO YOUR CLAIM. THE DEBTORS MAY SEEK TO HAVE SUCH OBJECTION TO YOUR CLAIM RESOLVED EITHER BY THE COURT OR THROUGH THE COURT-APPROVED MEDIATION PROCEDURES.**

CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:   May 23, 2012
         New York, New York

[1]

Exhibit A

## Calculation of Proposed Allowed Claim Amount

Claim # 10186 - LUKOW, STEPHEN AND YOSHIKAWA, YUMIKO

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Structured Security, by ISIN | Blocking Number | Maximum Allowable Amount [2] | Percentage of Notional Amount for which Blocking Numbers were Issued by Clearing Agencies | Aggregate Amount Distributable to Claims Based on Relevant ISIN (Equals the Product of C x D with slight differences due to rounding) | Claimant's Percentage of Notional Amount for Which Blocking Numbers were Issued by Clearing Agencies | **PROPOSED ALLOWED CLAIM AMOUNT** (Equals the Product of E x F with slight differences due to rounding) |
| 524908WD8 | N/A | $501,033.00 | 20.0000% [3] | $100,207.00 | 50.0000% [4] | $50,103.30 |
| | | | | | **Aggregate Proposed Allowed Claim Amount:** | $50,103.30 |
| | | | | | **Claim Amount, as filed (portion based on Structured Security only):** | $62,500.00 |

---

[2]  Calculated in accordance with the Structured Securities Valuation Methodologies.

[3]  This claim is for a non-Lehman Program Security note, so blocking numbers were not required. Instead, this figure represents the total sum of the claims' notional value for this note as a percentage of LBHI's September 14, 2008 outstanding notional amount or position.

[4]  This claim is for a non-Lehman Program Security note, so blocking numbers were not required. Instead, this figure represents the claimant's percentage of notional amount.

**EXHIBIT C**

LUKOW, STEPHEN AND YOSHIKAWA, YUMIKO
350 WEST 43RD ST. 7D
NEW YORK, NY 10036

# EXHIBIT D

Email List

SLukow@vulpesinvest.com
slukow@earthlink.net