WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                 :    **08-13555 (JMP)**
                                                                 :
            Debtors.                                             :    **(Jointly Administered)**
                                                                 :
                                                                 :
-----------------------------------------------------------------x

**NOTICE OF HEARING ON TWO HUNDRED SIXTY-SECOND**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

   **PLEASE TAKE NOTICE** that a hearing to consider the Two Hundred Sixty-Second Omnibus Objection to Claims (No Liability Claims) will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **May 31, 2012 at 10:00 a.m. (Eastern Time)**, *solely* as to those claims listed on the annexed **Exhibit A**.

Dated:  May 29, 2012
   New York, New York

               /s/ Jacqueline Marcus
               Jacqueline Marcus

               WEIL, GOTSHAL & MANGES LLP
               767 Fifth Avenue
               New York, New York 10153
               Telephone: (212) 310-8000
               Facsimile: (212) 310-8007

               Attorneys for Lehman Brothers Holdings Inc.
               and Certain of Its Affiliates

US_ACTIVE:\44012365\01\58399.0011

## Exhibit A

### Claims Going Forward at the May 31, 2012 Hearing

| Claimant Name | Claim Number |
|---|---|
| Varde Investment Partners (Offshore) Master, LP | 26369 |
| The Varde Fund IX-A, LP | 26370 |
| The Varde Fund IX, LP | 26371 |
| Varde Investment Partners, LP | 26373 |
| Harbinger Capital Partners Special Situations Fund L.P. | 26400 |
| Harbinger Capital Partners Master Fund I, Ltd. | 26401 |
| Credit Distressed Blue Line Master Fund, Ltd. | 26402 |
| The Varde Fund V-B, L.P. | 29233 |
| The Varde Fund VII, L.P. | 29237 |
| The Varde Fund, VI-A, L.P. | 29240 |
| The Varde Fund L.P. | 29242 |
| The Varde Fund VII-B, L.P. | 29244 |
| The Varde Fund VIII LP | 29401 |