WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                                       :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                :    08-13555 (JMP)
:
Debtors.                                                    :    (Jointly Administered)
:
:
------------------------------------------------------------x

### NOTICE OF ADJOURNMENT *SINE DIE* OF SYMPHONY ASSET MANAGEMENT LLC'S MOTIONS TO DEEM PROOF OF CLAIM TIMELY FILED

**PLEASE TAKE NOTICE** that the hearing on Symphony Asset Management LLC's Motions to Deem Proof of Claim Timely Filed [Docket Nos. 12074, 12075, 12076, and 12078] that is scheduled for May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to a date to be determined**.

Dated: May 29, 2012
       New York, New York

                                        /s/ Jacqueline Marcus
                                        Jacqueline Marcus

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:   (212) 310-8007

                                        Attorneys for Lehman Brothers
                                        Holdings Inc. and Certain of Its Affiliates

US_ACTIVE:\44010751\01\58399.0011