WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
| | |
|---|---|
| In re    : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    : | **08-13555 (JMP)** |
| : | |
| Debtors.    : | **(Jointly Administered)** |

-------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF TWO
HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION
TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) that was scheduled for May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claim listed on Exhibit A attached hereto, to June 28, 2012 at 10:00 a.m.** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

York, Room 601, and such Hearing may be further adjourned from time to time without further

notice other than an announcement at the Hearing.

Dated: May 29, 2012
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

US_ACTIVE:\44014131\02\58399.0011

## Exhibit A

## Adjourned Claim:

| NAME | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|
| AEO MANAGEMENT CO. ATTN: NEIL BULMAN 77 HOT METAL STREET PITTSBURGH, PA 15203-2382 | Lehman Brothers Holdings Inc. | 28550 | $61,462.50 |