**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,
        Debtors.

------------------------------------------------------------------------x

| | |
|---|---|
| : | **Chapter 11** |
| : | |
| : | **Case No. 08-13555 (JMP)** |
| : | |
| : | **(Jointly Administered)** |
| : | |
| : | |
| : | **Ref. Docket Nos. 27960, 27965,** |
| | **27968-27970, 27975, 27977-27980,** |
| | **27984, 27987, 27989-27996, 28000,** |
| | **28001, 28004** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 21, 2012, I caused to be served the:

    a.  "Tenth Application of McKenna Long & Aldridge LLP for Allowance of Interim Compensation and Reimbursement of Expenses," dated May 21, 2012 [Docket No. 27960], (the "McKenna Fee Application"),

    b.  "Tenth Interim Fee Application of Bingham McCutchen LLP, Special Counsel for the Debtors, for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred," dated May 21, 2012 [Docket No. 27965], (the "Bingham Fee Application"),

    c.  "Sixth Interim Application of Momo-O, Matsuo & Namba, as 327(e) Special Counsel to the Debtors and Debtors in Possession, for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 1, 2011 to March 6, 2012," dated May 21, 2012 [Docket No. 27968], (the "Momo Fee Application"),

    d.  "Sixth Interim Application of Paul Hastings LLP, Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2011 through March 6, 2012," dated May 16, 2012 [Docket No. 27969], (the "Paul Hastings Fee Application"),

e.  "Second Interim Application of Moulton Bellingham PC, Special Counsel to the Debtors in Possession, Seeking Allowance and Payment of Interim Compensation and Reimbursement of Actual and Necessary Expenses for October 1, 2011 through March 5, 2012," dated May 17, 2012 [Docket No. 27970], (the "Moulton Fee Application"),

f.  "Third Interim Application of Kramer Levin Naftalis & Frankel LLP, Special Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2011 through March 6, 2012," dated May 18, 2012 [Docket No. 27975], (the "Kramer Fee Application"),

g.  "Sixth Application of Dechert LLP, as Special Counsel for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through March 6, 2012," dated May 17, 2012 [Docket No. 27977], (the "Dechert Fee Application"),

h.  "Tenth Interim Application of Lazard Freres & Co. LLC, Debtors' Investment Banker for Allowance of Compensation and for the Reimbursement of Actual and Necessary Expense Incurred for the Period from October 1, 2011 through March 6, 2012," dated May 18, 2012 [Docket No. 27978], (the "Lazard Fee Application"),

i.  "Sixth Interim Application of Deloitte Tax LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Services Provider to the Debtors for the Period from October 1, 2011 through and including March 6, 2012," dated May 18, 2012 [Docket No. 27979], (the "Deloitte Fee Application"),

j.  "Eighth Interim Fee Statement of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors and Debtors-In-Possession, for Compensation for Services Rendered and for Reimbursement of Expenses," dated May 18, 2012 [Docket No. 27980], (the "PricewaterhouseCoopers Fee Application"),

k.  "Sixth Interim Fee Application of Sutherland Asbill & Brennan LLP as Special Counsel for Debtors for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Out-of-Pocket Expenses Incurred," dated May 18, 2012 [Docket No. 27984], (the "Sutherland Fee Application"),

l.  "Tenth Application of Bortstein Legal LLC, Special Counsel to the Debtors and Debtors in Possession, for Interim Allowance of Compensation," dated May 21, 2012 [Docket No. 27987], (the "Bortstein Fee Application"),

m.  "Fourth Interim Fee Application of Clyde Click, P.C., Special Counsel for the Debtors, for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred," dated May 21, 2012 [Docket No. 27989], (the "Clyde Click Fee Application"),

n.  "Tenth Interim Fee Application of Ernst & Young LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Auditors and Tax Services Providers to the Debtors And Debtors-in-Possession for the Period from October I, 2011 through March 6, 2012," dated May 21, 2012 [Docket No. 27990], (the "Ernst & Young Fee Application"),

o.  "Seventh Interim Application of Kleyr Grasso Associes, Special Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 1, 2011 through March 6, 2012," dated May 21, 2012 [Docket No. 27991], (the "Kleyr Fee Application"),

p.  "Second Interim Application of Krebsbach & Snyder, P.C., Special Litigation Counsel to the Debtor Lehman Brothers Holdings Inc., for Allowance of Interim Compensation and Reimbursement of Expenses for the Tenth Interim Period October 1, 2011 through March 6, 2012," dated May 21, 2012 [Docket No. 27992], (the "Krebsbach Fee Application"),

q.  "Third Interim Application for the Tenth Interim Application Period of Locke Lord LLP for Compensation and Reimbursement of Expenses," filed on May 21, 2012 [Docket No. 27993], (the "Locke Lord Fee Application"),

r.  "Fourth Interim Fee Application of Wollmuth Maher & Deutsch LLP as Special Counsel to the Debtors and Debtors-in-Possession for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period October 1, 2011 through March 6, 2012," dated May 21, 2012 [Docket No. 27994], (the "Wollmuth Fee Application"),

s.  "Fifth Interim Fee Application of MMOR Consulting Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for Tax Services Providers to the Debtors and Debtors-in-Possession for the Period from October 1, 2011 through March 6, 2012," dated May 15, 2012 [Docket No. 27995], (the "MMOR Fee Application"),

t.  "Application of Windels Marx Lane & Mittendorf, LLP, for an Interim Award of Compensation and Reimbursement of Expenses for the Period October 1, 2011 through March 6, 2012," dated May 21, 2012 [Docket No. 27996], (the "Windels Fee Application"),

u.  "First Interim Application of Akerman Senterfitt, Special Counsel to the Debtors and Debtors in Possession, Seeking Allowance and Payment of Interim Compensation and Reimbursement of Actual and Necessary Expenses for the Period of January 1, 2011 through March 6, 2012," dated May 21, 2012 [Docket No. 28000], (the "Akerman Fee Application"),

v.  "Tenth Application of Weil, Gotshal & Manges LLP, as Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through March 5, 2012," dated May 21, 2012 [Docket No. 28001], (the "Weil Fee Application"),

w. "Seventh Application of Gibson, Dunn & Crutcher LLP, as a 327(e) Professional, for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through March 6, 2012," dated May 21, 2012 [Docket No. 28004], (the "Gibson Fee Application"),

by causing true and correct copies of the:

i. McKenna Fee Application, Bingham Fee Application, Momo Fee Application, Paul Hastings Fee Application, Moulton Fee Application, Kramer Fee Application, Dechert Fee Application, Lazard Fee Application, Deloitte Fee Application, PricewaterhouseCoopers Fee Application, Sutherland Fee Application, Bortstein Fee Application, Clyde Click Fee Application, Ernst & Young Fee Application, Kleyr Fee Application, Krebsbach Fee Application, Locke Lord Fee Application, Wollmuth Fee Application, MMOR Fee Application, Windels Fee Application, Akerman Fee Application, Weil Fee Application and Gibson Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit A, on May 21, 2012,

ii. McKenna Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit B, on May 21, 2012,

iii. Bingham Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit C, on May 21, 2012,

iv. Momo Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit D, on May 21, 2012,

v. Paul Hastings Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit E, on May 21, 2012,

vi. Moulton Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit F, on May 21, 2012,

vii. Kramer Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit G, on May 21, 2012,

viii. Dechert Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit H, on May 21, 2012,

ix. Lazard Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit I, on May 21, 2012,

x. Deloitte Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit J, on May 21, 2012,

xi. PricewaterhouseCoopers Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit K, on May 21, 2012,

xii.  Sutherland Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit L, on May 21, 2012,

xiii.  Bortstein Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit M, on May 21, 2012,

xiv.  Clyde Click Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit N, on May 21, 2012,

xv.  Ernst & Young Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit O, on May 21, 2012,

xvi.  Kleyr Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit P, on May 21, 2012,

xvii.  Krebsbach Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit Q, on May 21, 2012,

xviii.  Locke Lord Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit R, on May 21, 2012,

xix.  Wollmuth Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit S, on May 21, 2012,

xx.  MMOR Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit T, on May 21, 2012,

xxi.  Windels Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit U, on May 21, 2012,

xxii.  Akerman Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit V, on May 21, 2012,

xxiii.  Weil Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit W, on May 21, 2012,

xxiv.  Gibson Fee Application to be delivered via electronic mail to those parties listed on the annexed Exhibit X, on May 21, 2012,

xxv.   McKenna Fee Application, Bingham Fee Application, Momo Fee Application, Paul Hastings Fee Application, Moulton Fee Application, Kramer Fee Application, Dechert Fee Application, Lazard Fee Application, Deloitte Fee Application, PricewaterhouseCoopers Fee Application, Sutherland Fee Application, Bortstein Fee Application, Clyde Click Fee Application, Ernst & Young Fee Application, Kleyr Fee Application, Krebsbach Fee Application, Locke Lord Fee Application, Wollmuth Fee Application, MMOR Fee Application, Windels Fee Application, Akerman Fee Application, Weil Fee Application and Gibson Fee Application, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit Y,</u> on May 21, 2012,

xxvi.   McKenna Fee Application, Bingham Fee Application, Momo Fee Application, Paul Hastings Fee Application, Moulton Fee Application, Kramer Fee Application, Dechert Fee Application, Lazard Fee Application, Deloitte Fee Application, PricewaterhouseCoopers Fee Application, Sutherland Fee Application, Bortstein Fee Application, Clyde Click Fee Application, Ernst & Young Fee Application, Kleyr Fee Application, Krebsbach Fee Application, Locke Lord Fee Application, Wollmuth Fee Application, MMOR Fee Application, Windels Fee Application and Akerman Fee Application, to be copied to CD and delivered via overnight mail to those parties listed on the annexed <u>Exhibit Z,</u> on May 21, 2012, and

xxvii.   Weil Fee Application and Gibson Fee Application, to be copied to CD and hand delivered to those parties listed on the annexed <u>Exhibit Z</u>, on May 22, 2012.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
25th day of May, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com

bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com

# LEHMAN BROTHERS HOLDINGS INC.

### EMAIL SERVICE LIST

cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com

dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| jsmairo@pbnlaw.com | ljkotler@duanemorris.com |
| jstoll@mayerbrown.com | lkatz@ltblaw.com |
| jsullivan@mosessinger.com | lmarinuzzi@mofo.com |
| jteitelbaum@tblawllp.com | lmay@coleschotz.com |
| jtimko@shutts.com | lmcgowen@orrick.com |
| jtougas@mayerbrown.com | lml@ppgms.com |
| judy.morse@crowedunlevy.com | lnashelsky@mofo.com |
| jvail@ssrl.com | loizides@loizides.com |
| jwallack@goulstonstorrs.com | lromansic@steptoe.com |
| jwang@sipc.org | lscarcella@farrellfritz.com |
| jwcohen@daypitney.com | lschweitzer@cgsh.com |
| jweiss@gibsondunn.com | lsilverstein@potteranderson.com |
| jwest@velaw.com | lubell@hugheshubbard.com |
| jwh@njlawfirm.com | lwhidden@salans.com |
| kanema@formanlaw.com | mabrams@willkie.com |
| karen.wagner@dpw.com | maofiling@cgsh.com |
| kdwbankruptcydepartment@kelleydrye.com | marc.chait@sc.com |
| keckhardt@hunton.com | margolin@hugheshubbard.com |
| keith.simon@lw.com | mark.bane@ropesgray.com |
| ken.coleman@allenovery.com | mark.deveno@bingham.com |
| ken.higman@hp.com | mark.ellenberg@cwt.com |
| kerry.moynihan@hro.com | mark.ellenberg@cwt.com |
| kgwynne@reedsmith.com | mark.sherrill@sutherland.com |
| kiplok@hugheshubbard.com | martin.davis@ots.treas.gov |
| kjarashow@fklaw.com | marvin.clements@ag.tn.gov |
| kkelly@ebglaw.com | matt@willaw.com |
| kkolbig@mosessinger.com | matthew.klepper@dlapiper.com |
| klyman@irell.com | maustin@orrick.com |
| klynch@formanlaw.com | max.polonsky@skadden.com |
| kmayer@mccarter.com | mbenner@tishmanspeyer.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mbienenstock@dl.com |
| kpiper@steptoe.com | mbloemsma@mhjur.com |
| kressk@pepperlaw.com | mbossi@thompsoncoburn.com |
| kreynolds@mklawnyc.com | mcademartori@sheppardmullin.com |
| krosen@lowenstein.com | mccombst@sullcrom.com |
| kuehn@bragarwexler.com | mcordone@stradley.com |
| kurt.mayr@bgllp.com | mcto@debevoise.com |
| lacyr@sullcrom.com | mcyganowski@oshr.com |
| landon@streusandlandon.com | mdahlman@kayescholer.com |
| lapeterson@foley.com | mdorval@stradley.com |
| lathompson@co.sanmateo.ca.us | melorod@gtlaw.com |
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| lee.stremba@troutmansanders.com | metkin@lowenstein.com |
| lgotko@fklaw.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mgordon@briggs.com |
| lhandelsman@stroock.com | mgreger@allenmatkins.com |
| linda.boyle@twtelecom.com | mh1@mccallaraymer.com |
| lisa.ewart@wilmerhale.com | mhopkins@cov.com |
| lisa.kraidin@allenovery.com | michael.frege@cms-hs.com |

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com

patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
steven@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bslawyers.com

snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tweeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**

EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
afranklin@mckennalong.com

**EXHIBIT C**

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
Angela.Owens@bingham.com

**EXHIBIT D**

**LEHMAN BROTHERS HOLDINGS INC.**

EMAIL SERVICE LIST

lbarbour@browngreer.com
lbhifeecommittee@gklaw.com
tyksinski@mmn-law.gr.jp

**EXHIBIT E**

**LEHMAN BROTHERS HOLDINGS INC.**

EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
katietraxler@paulhastings.com

**EXHIBIT F**

**LEHMAN BROTHERS HOLDINGS INC.**

EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
Brian.Marty@moultonbellingham.com

**EXHIBIT G**

**LEHMAN BROTHERS HOLDINGS INC.**

EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
JRappaport@KRAMERLEVIN.com

**EXHIBIT H**

**LEHMAN BROTHERS HOLDINGS INC.**

EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
melissa.brody@dechert.com

**EXHIBIT I**

# LEHMAN BROTHERS HOLDINGS INC.

EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
Bradley.Dunn@Lazard.com

**EXHIBIT J**

**LEHMAN BROTHERS HOLDINGS INC.**

EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
rolyoung@deloitte.com

**EXHIBIT K**

**LEHMAN BROTHERS HOLDINGS INC.**

EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
andrea.clark.smith@us.pwc.com

**EXHIBIT L**

**LEHMAN BROTHERS HOLDINGS INC.**

EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
Audrey.Waller@sutherland.com

**EXHIBIT M**

**LEHMAN BROTHERS HOLDINGS INC.**

EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
jkabrams@gmail.com

**EXHIBIT N**

**LEHMAN BROTHERS HOLDINGS INC.**

EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
CBarshay@clydeclick.com

**EXHIBIT O**

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
Michael.Riela@lw.com

**EXHIBIT P**

**LEHMAN BROTHERS HOLDINGS INC.**

EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
jerome.burel@kckg.com

**EXHIBIT Q**

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
bgold@krebsbach.com

**EXHIBIT R**

**LEHMAN BROTHERS HOLDINGS INC.**

EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
mcabrera@lockelord.com

**EXHIBIT S**

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
jgiampolo@wmd-law.com

**EXHIBIT T**

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
michael.morgese@lehmanholdings.com

**EXHIBIT U**

**LEHMAN BROTHERS HOLDINGS INC.**

EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
cdinapoli@windelsmarx.com

**EXHIBIT V**

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
andrea.hartley@akerman.com

**EXHIBIT W**

**LEHMAN BROTHERS HOLDINGS INC.**

EMAIL SERVICE LIST

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com

**EXHIBIT X**

**LEHMAN BROTHERS HOLDINGS INC.**

EMAIL SERVICE LIST

lbarbour@browngreer.com
lbhifeecommittee@gklaw.com
dhorowitz@gibsondunn.com

**EXHIBIT Y**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT Z**

**LEHMAN BROTHERS HOLDINGS INC.**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
New York, NY 10004-1408