WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
**In re**                                                          :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
:
Debtors.                                           :    **(Jointly Administered)**
:
:
----------------------------------------------------------------x

### NOTICE OF HEARING ON THE ONE HUNDRED SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS) AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **May 31, 2012 at 10:00 a.m. (Eastern Time)**, *solely* as to those claims listed on the annexed **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims), as to all other remaining claims, is adjourned to a date to be determined.

Dated: May 29, 2012
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**Exhibit A: Claims Going Forward at the May 31, 2012 Hearing**

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| ADDINGTON, ERIK | 23966 |
| ANTONELLI, CHRISTOPHER | 23965 |
| BEST, BARBARA | 24001 |
| BHATTAL, JASJIT | 23964 |
| CHETTY, NOEL | 23981 |
| CHIN, RUSSELL | 23984 |
| CHO, KUNHO | 23980 |
| CORSALINI, ENRICO | 23963 |
| DEXTER, DARRIN | 23962 |
| FLANAGAN, CHRISTOPHER | 23976 |
| FUCHS, BENJAMIN | 23977 |
| GOULD, JAMES | 23995 |
| GREENWALD, ANDREW | 23961 |
| HOWE, CHRISTIAN | 23985 |
| HUANG, KANGLIN | 23960 |
| HUGO-LANCELOT, ROBERT GABRIEL MARTY | 24002 |
| HUNT, ROBIN | 23959 |
| HURLEY, JEFFREY | 23986 |
| KAYE, PATRICK | 23957 |
| KEAY, STEPHANIE | 24007 |
| LUCOCQ, SIMON | 23978 |
| MCGARRY, PATRICK | 24003 |
| MILLEA, TIMOTHY | 23968 |
| O'CONNOR, BRIAN | 24004 |
| PEARSON, THOMAS | 24005 |
| QUISMORIO, JAMES | 24006 |
| RASNER, TIMOTHY | 23971 |
| RUBINSTEIN, MARC | 23983 |
| SIEGMUND, THOMAS | 23979 |
| SKOLNICK, FRED | 23999 |
| VAISH, PANKAJ | 23951 |
| WENDEL, CHRISTOPHER | 24000 |