WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                           :     **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :     **08-13555 (JMP)**
:
Debtors.                              :     **(Jointly Administered)**
:
:
------------------------------------------------------------------x

### NOTICE OF HEARING ON THE ONE HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY EMPLOYEE CLAIMS) AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **May 31, 2012 at 10:00 a.m. (Eastern Time)**, *solely* as to Claim Number 10698 of Burkhard R. Spring.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims), as to all other remaining claims, is adjourned to a date to be determined.

Dated: May 29, 2012
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates