WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
-------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE***
**OF DEBTORS' EIGHTY-EIGHTH OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) that was scheduled for May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to a date to be determined.**

Dated: May 29, 2012
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

US_ACTIVE:\44013981\01\58399.0011

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number(s) |
|---|---|
| Prijs, Ben | 54579 |
| Prijs-Lips, J.M. | 54580 |
| Ram, Jacob | 42707 |
| Ruiz-Tariador Larrazabal, Jose-Manuel | 49658 |
| Sivan, Alex | 56035 |
| Smadja, Haim | 56036 |
| Sousa, Jose Martinho Silva | 35802 |
| Stocker, Hannelore | 41140 |
| Stott, Jean Todd | 51535 |
| Subira, Juan Antonio Marcos | 40161 |
| Vanderbroek, Roger | 55106 |
| Weigelt, Marco | 43496 |