WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re**                                                         :    **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
: 
Debtors.                                                :    **(Jointly Administered)**
: 
------------------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT
### OF DEBTORS' TWO HUNDRED THIRTEENTH
### OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE
### CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was scheduled for May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to June 13, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: May 29, 2012
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

# Exhibit A

## Adjourned Claims:

| Respondent | Claim |
|---|---|
| Jose Lecue Salcedo | 55068 |
| Luis Miguel da Silveira Ribeiro Vaz | 36305 |
| Dotson Investment | 47035 |
| Banque Populaire Cote d' Azur | 37176 |
| Andres Linuesa Sanchez | 42390 |
| Enrique Villagrasa Martinez | 41489 |
| Mrs. S.A.B. Von Rooy | 54549 |
| Banco Pastor | 58985 |
| A.van Woensel | 52186 |
| Johanna Leisse | 36481 |
| Fritz Leisse | 36479 |
| Marius Stankoweit | 35620 |
| Philip Stankoweit | 36103 |
| Henry Manzano Haleby | 36737 |
| Frank Cole | 37020 |
| Isabel Maria Yarnoz Diez | 37668 |
| Clara Diez Ezcurra | 37672 |
| Heinz-Joachim Elbe | 24466 |
| Maria Agueda Mateos Escudero | 46683 |
| Blas Perez Garcia | 57034 |
| Zeeland International Limited | 37379 |
| Forler Chantal Catherine | 43231 |
| Gonzalo Perez de Guzman San Roman | 50562 |
| Jimenez Casado, Maria Del Carmen | 41120 |
| Jimenez Casado, Santiago | 41121 |
| Maria Pilar Barnuevo Vigil de Quninones | 44436 |
| Gestion Participativa XXI, S.L. | 50526 |
| Genevieve Marie Deverd | 47323 |
| Sanso Jover Ana Maria Jover | 51600 |
| Fernando Martin Anchorena | 55675 |