United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. 08-13555 |
|---|---|
| Creditor Name and Address: | LLOYD'S SYNDICATE 2010, CATHEDRAL UNDERWRITING LIMITED, 5TH FLOOR, 10 ST. MARY AXE, LONDON EC3A 8EN. UNITED KINGDOM |
| Court Claim Number (if known): | 67788 |
| Date Claim Filed: | 12/12/2011 |
| Total Amount of Claim Filed: | $8,750,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 18th May 2012

Print Name: Derek Grainger
Title (if applicable): Compliance Director

---

### DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.



5th Floor, Fitzwilliam House
10 St. Mary Axe
London EC3A 8EN
United Kingdom

Tel.   +44(0)20 7170 9000
Fax.   +44(0)20 7170 9001
www.cathedralcapital.com

Epiq Systems Inc
757 Third Avenue
New York
NY 10017

18th May 2012

Dear Sirs,

**Withdrawal of Claim – Lehman Brothers Holdings Inc**

Enclosed is a formal request completed for withdrawal of claim in respect of Lloyd's Syndicate 2010, claim number 67788.

Look forward to receiving acknowledgement of receipt in due course.

Kind regards,

D. C. Grainger

Authorised and Regulated
by the Financial Services Authority

LLOYD'S Underwriters

Registered company no. 292093



Return Address:
Cathedral
Fitzwilliam House
10 St Mary Axe
London
EC3A 8BF





MAY 29 2012

MAY 25 2012



LBH



signedfor
international
Great Britain
Recommandé

RJ 9409 8318 2GB
RJ 9409 8318 2GB    Sig req
RJ 9409 8318 2GB
RJ 9409 8318 2GB    Sig req
RJ 9409 8318 2GB    Sig req

PRIORITY HANDLING & REGISTERED DELIVERY

MAY 25 2012
MAY 25 2012