**SEWARD & KISSEL LLP**
John R. Ashmead (JA-4756)
Jack Yoskowitz (JY-3935)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Brigade Leveraged*
*Capital Structures Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**Certificate of Service**

       I, Justin L. Shearer, an attorney duly admitted, hereby certify that on May 24, 2012 I caused a copy of the Response of Brigade Leveraged Capital Structures Fund, Ltd. to Debtors' Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) to be served by First Class Mail, postage pre-paid upon the parties listed on the annexed Service List.

                                          /S/ Justin L. Shearer
                                             Justin L. Shearer

## SERVICE LIST

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004


Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153


Tracy Hope Davis, Esq
Elisabetta Gasparini, Esq.
Andrea Schwartz, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
New York, New York 10004


SK 25586 0003 1294244