**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555-JMP |
| | : | |
| Debtors. | : | |
| _____ | : | |

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS (CLAIM NO. 67535)**

PLEASE TAKE NOTICE that Customer Asset Protection Company, a creditor in the above-captioned bankruptcy proceedings, has changed one of the addresses associated with proof of claim number 67535 (the "Claim") and requests that service of any pleadings, distributions, notices or correspondences in this matter related to the Claim should be sent to the addresses noted below, effective immediately.

| *Old Address* | *New Address* |
|---|---|
| Customer Asset Protection Company<br>c/o Marsh Management Services, Inc.<br>100 Bank Street, Suite 610<br>Burlington, VT  05401<br><br>and<br><br>Dewey & LeBoeuf LLP<br>Attn:  P. Bruce Wright, Esq.<br>1301 Avenue of the Americas<br>New York, NY  10019 | Customer Asset Protection Company<br>c/o Marsh Management Services, Inc.<br>100 Bank Street, Suite 610<br>Burlington, VT  05401<br><br>and<br><br>Sutherland Asbill & Brennan LLP<br>Attn:  P. Bruce Wright, Esq.<br>1114 Avenue of the Americas<br>New York, NY  10036-7703 |

Dated: May 30, 2012
Washington, DC

SUTHERLAND ASBILL & BRENNAN LLP

By: */s/ Mark D. Sherrill*
Mark D. Sherrill (*pro hac vice*)
1275 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 383-0100
Fax:  (202) 637-3593

Counsel for Customer Asset Protection Company