WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                          :    **Chapter 11 Case No.**
                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :    **08-13555 (JMP)**
                                               :
Debtors.                                :    **(Jointly Administered)**
                                               :
                                               :
----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT *SINE DIE*
## OF TWO HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION
## TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Eighty-Second Omnibus Objection to Claims (Late-Filed Claims) that was scheduled for May 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to a date to be determined**.

Dated:  May 30, 2012
         New York, New York

                                        /s/ Jacqueline Marcus
                                        Jacqueline Marcus

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007
                                        Attorneys for Lehman Brothers
                                        Holdings Inc. and Certain of Its Affiliates

US_ACTIVE:\44014987\01\58399.0011

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| **BERNHARD, NIKOLAUS** | **68056** |
| **BRICKMAN, DAWN M.** | **68052** |
| **PIGUET GALLAND & CIE SA** | **68053** |
| **PIGUET GALLAND & CIE SA** | **68054** |