WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
: 
**In re** : **Chapter 11**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **Case No. 08-13555 (JMP)**
: 
**Debtors.** : **(Jointly Administered)**
: 
-----------------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR CLAIMS HEARING ON MAY 31, 2012 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I.    STATUS CONFERENCE

1.    Debtors' Seventy-Third, One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth, and Two Hundred and Seventh Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No. 24591]**

Response Deadline:    February 14, 2012 at 4:00 p.m.

Status:  This matter is going forward solely as a status conference.

II.    <u>**UNCONTESTED MATTERS**</u>:

2.    Debtors' One Hundred and Eighty Ninth Omnibus Objection to Claims (No Liability Repo Claims) **[ECF No. 19870]**

<u>Response Deadline</u>:    October 13, 2011 at 4:00 p.m.

<u>Resolved Response</u>

     A.    Response of Marquette Financial Companies **[ECF No. 20821]**

<u>Related Documents</u>:

     B.    Order Granting Debtors' One Hundred Eighty-Ninth Objection to Claims (No Liability Repo Claims) **[ECF No. 21372**]

<u>Status</u>: This matter is going forward on an uncontested basis solely as to the claim of Marquette Financial Companies.

3.    Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 18407]**

<u>Response Deadline</u>: August 10, 2011 at 4:00 p.m.

<u>Responses Received</u>: None.

<u>Related Documents</u>:

     A.    Order Granting Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 19510]**

<u>Status</u>:  The matter is going forward on an uncontested basis as to the claim of Corner Banca SA (Claim No. 45218).

4.    Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) **[ECF No. 19399]**

<u>Response Deadline</u>:    September 20, 2011 at 4:00 p.m.

<u>Resolved Response</u>:

     A.    Objection of Burkhard R. Spring, Claim No. 10698 **[ECF No. 20170]**

<u>Adjourned Responses</u>:  See <u>Exhibit A</u>.

<u>Related Documents</u>:    None.

2

US_ACTIVE:\44011934\07\58399.0011

Status:  This matter is going forward on an uncontested basis solely with respect to Claim No. 10698 of Burkhard R. Spring.  The hearing on the objection to the claims subject to the adjourned responses has been adjourned *sine die*.

5.       Debtors' Two Hundred Fifty-Sixth Omnibus Objection to Claims (Purchased Contract Claims) **[ECF No. 24933]**

Response Deadline:      March 7, 2012 at 4:00 p.m.

Resolved Responses:

A.       Response of Cushman & Wakefield, Inc. (Claim No. 16186)

B.       Response of Standard & Poor's (Claim No. 67027) **[ECF No. 26059]**

C.       Response of Standard & Poor's International LLC (Claim No. 10928) **[ECF No. 26059]**

Status:  This matter is proceeding on an uncontested basis with respect to the claims of Cushman & Wakefield (Claim No. 16186) and Standard & Poor's (Claim Nos. 67027 and 10928).

## III.    CONTESTED MATTERS:

6.       Plan Administrator's Objection to Claims filed by Kathleen Arnold and Timothy A. Cotten **[ECF No. 27263]**

Response Deadline:      May 7, 2012 at 4:00 p.m.

Response Received:      None

Related Document:

A.       Motion to Extend Time to Submit Objection **[ECF No. 27705]**

Status:  This matter is going forward on a contested basis.

7.       Lehman Brothers Holdings Inc.'s and Creditors Committee's Objection to Claim No. 67911 **[ECF No. 27050]**

Response Deadline:      May 14, 2012 at 4:00 p.m.

Response Received:

US_ACTIVE:\44011934\07\58399.0011

       A.     Highbridge International LLCs Response to Lehman Brothers Holdings Inc.s and Creditors Committees Objection to Claim No. 67911 **[ECF No. 27859]**

Related Document:

       B.     Lehman Brothers Holdings Inc.'s and Creditors Committee's Reply to Highbridge International LLC's Response to Objection to Claim No. 67911 **[ECF No. 28130]**

Status: This matter is proceeding on a contested basis.

## IV.    **ADJOURNED MATTERS:**

8.    Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 9983]**

Response Deadline:   August 3, 2010 at 4:00 p.m.

Adjourned Response:

       A.     Response of Investcorp Interlachen Multi-Strategy Master Fund Limited **[ECF No. 10616]**

Related Documents:

       B.     Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11161]**

       C.     Supplemental Order Granting Debtors' Twenty-Eight Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12416]**

       D.     Second Supplemental Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12678]**

Status:  The hearing as to the claims subject to the Adjourned Response has been adjourned *sine die*.

9.    Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11260]**

Response Deadline:   October 13, 2010 at 4:00 p.m.

Adjourned Responses:

       A.     Response of IKB International SA **[ECF No. 11929]**

      B.     Response of Lincore Limited **[ECF No. 11922]**

      C.     Response of The Morningside Ministries **[ECF No. 11894]**

Related Documents:

      D.     Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12425]**

      E.     Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 14022]**

      F.     Second Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 15487]**

      G.     Third Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 17356]**

      H.     Fourth Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[ECF No. 18175]**

Status:  The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.

10.    Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 11306]**

Response Deadline:   October 18, 2010 at 4:00 p.m.

Adjourned Response:  Response of Symphony Asset Management LLC **[ECF No. 12074]**

Status: The hearing as to the claims subject to the Adjourned Response has been adjourned *sine die*.

11.    Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 11978]**

Response Deadline:   November 15, 2010 at 4:00 p.m.

Adjourned Responses:

      A.     Response of BG Energy Merchants LLC **[ECF No. 12765]**

US_ACTIVE:\44011934\07\58399.0011

       B.      Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, **[ECF No. 12714]**

       C.      Response of Telecom Italia Finance SA **[ECF No. 12951]**

       D.      Response of Tenor Opportunity Master Fund, Ltd. **[ECF No. 12698]**

Related Documents:

       E.      Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13164]**

       F.      Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13620]**

       G.      Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13620]**

       H.      Second Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14023]**

       I.      Third Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14791]**

Status:  The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.

12.      Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12533]**

Response Deadline:     December 6, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit B.

Related Documents:

       A.      Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13616]**

       B.      Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14019]**

       C.      Second Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14785]**

US_ACTIVE:\44011934\07\58399.0011

    D.    Third Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17365]**

    E.    Fourth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18421]**

    F.    Fifth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18709]**

    G.    Sixth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19519]**

    H.    Seventh Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20603]**

    I.    Eighth Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 25650]**

<u>Status</u>:  The hearing as to the claims subject to the Adjourned Responses listed on <u>Exhibit B</u> has been adjourned *sine die*.

13.    Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13230]**

<u>Response Deadline</u>:   January 5, 2011 at 4:00 p.m.

<u>Adjourned Responses</u>:

    A.    Response of ICCREA Banca S.P.A. **[ECF No. 13792]**

    B.    Response of Norddeutsche Landesbank Girozentrale **[ECF No. 13794]**

<u>Related Documents</u>:

    C.    Order Granting Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 15601]**

    D.    Supplemental Order Granting Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13230]**

<u>Status</u>:  The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.

US_ACTIVE:\44011934\07\58399.0011

08-13555-mg    Doc 28150    Filed 05/30/12    Entered 05/30/12 12:33:09    Main Document
Pg 8 of 67

14.     Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13955]**

Response Deadline:    February 14, 2011 at 4:00 p.m.

Adjourned Responses:

> A.    Response of Chinatrust Commercial Bank. **[ECF No. 14470]**
>
> B.    Response of Eton Park Fund, L.P. **[ECF No. 14587]**
>
> C.    Response of Eton Park Master Fund, Ltd. **[ECF No. 14589]**
>
> D.    Response of Magnetar Capital Master Fund Ltd **[ECF No. 14319]**
>
> E.    Response of Magnetar Constellation Master Fund II LTD **[ECF No. 14321]**
>
> F.    Response of Magnetar Constellation Master Fund III LTD **[ECF No. 14323]**
>
> G.    Response of SPCP Group L.L.C. Transferor: Inter-American Development Bank ("IADB") **[ECF No. 14435]**

Related Documents:

> H.    Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14772]**
>
> I.    Supplemental Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16350]**
>
> J.    Second Supplemental Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 22956]**

Status:  The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.

15.     Debtors' Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14440]**

Response Deadline:  March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit C.

Related Documents:

US_ACTIVE:\44011934\07\58399.0011

      A.     Order Granting Debtors' Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 15495]**

      B.     Notice of Adjournment of Debtors' Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 25455]**

Status:  The hearing on the claims listed on Exhibit C has been adjourned *sine die*.

16.    Debtors' Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14442]**

Response Deadline:  March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit D.

Related Documents:

      A.     Order Granting Debtors' Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) **[ECF No. 15496]**

      B.     Notice of Adjournment of Debtors' Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 25456]**

Status:  The hearing on the claims listed on Exhibit D has been adjourned *sine die*.

17.    Debtors' Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14450]**

Response Deadline:  March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit E.

Related Documents:

      A.     Order Granting Debtors' Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 15505]**

      B.     Notice of Adjournment of Debtors' Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 25457]**

Status:  The hearing on the claims listed on Exhibit E has been adjourned *sine die*.

18.    Debtors' Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14452]**

Response Deadline:  March 16, 2011 at 4:00 p.m.

US_ACTIVE:\44011934\07\58399.0011

Adjourned Responses:  See Exhibit F.

Related Documents:

    A.    Order Granting Debtors' Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 15498]**

    B.    Notice of Withdrawal of Debtors' Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) as to Certain Claimants **[ECF No. 16141]**

    C.    Notice of Adjournment of Debtors' Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 25460]**

Status:  The hearing on the claims listed on Exhibit F has been adjourned *sine die*.

19.    Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14453]**

Response Deadline:  March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit G.

Related Documents:

    A.    Order Granting Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 15500]**

    B.    Notice of Withdrawal of Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 23407]**

    C.    Notice of Adjournment of Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[ECF No. 25461]**

Status:  The hearing on the claims listed on Exhibit G has been adjourned *sine die*.

20.    Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 14472]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit H.

Related Documents:

    A.    Order Granting Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 15491]**

        B.       Supplemental Order Granting Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 25651]**

        C.       Supplemental Order Granting Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 27111]**

Status:  The hearing as to the claims identified on Exhibit H has been adjourned *sine die.*

21.    Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) **[ECF No. 14491]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Response:

        A.       Response of Eva Schwabmueller

Related Documents:

        B.       Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) **[ECF No. 15524]**

Status:  The hearing as to the claim of Eva Schwabmueller (Claim No. 27823) has been adjourned *sine die*.

22.    Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Response:

        A.       Response of Deutsche Bank National Trust Company **[ECF No. 17879]**

Related Documents:

        B.       Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 14502]**

        C.       Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 **[ECF No. 25371]**

        D.      Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims **[ECF No. 26901]**

Status:  The hearing as to the claims of Deutsche Bank National Trust Company has been adjourned to June 28, 2012 at 10:00 a.m.

23.     Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 15003]**

Response Deadline: April 13, 2011 at 4:00 p.m.

Adjourned Responses:

        A.      Response of Bayerische Landesbank **[ECF No. 15922]**

        B.      Response of SPCP Group, LLC: Transferor Central European Media Enterprises, Ltd. **[ECF No. 15921]**

Related Documents:

        C.      Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16339]**

        D.      Amended Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16981]**

        E.      Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17357]**

        F.      Second Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18425]**

        G.      Third Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18705]**

        H.      Fourth Supplemental Order Granting Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21373]**

Status:  The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.

12

24.     Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 15014]**

Response Deadline:     April 26, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit I.

Related Documents:

        A.     Order Granting Debtors One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 16342**]

        B.     Supplemental Order Granting Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 17358]**

Status:  The hearing as to the claims subject to the Adjourned Responses listed on Exhibit I has been adjourned *sine die*.

25.     Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 16074]**

Response Deadline:     May 18, 2011 at 4:00 p.m.

Adjourned Response:

        A.     Response of Christine Geldard **[ECF No. 16767 and 24376]**

Related Documents:

        B.     Order Granting Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 17367]**

Status:  The hearing as to the claim of Christine Geldard (Claim No. 1537) has been adjourned *sine die*.

26.     Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 16079]**

Response Deadline:     May 18, 2011 at 4:00 p.m.

Adjourned Response:

        A.     Response of Wilmington Trust Company **[ECF No. 17886]**

Related Document:

   B.    Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 16080]**

Status:  The hearing as to the claims of Wilmington Trust Company has been adjourned to June 28, 2012 at 10:00 a.m.

27.    Debtors' One Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16114]**

Response Deadline:    June 2, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit J.

Status:  The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.

28.    One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

Response Deadline:    June 15, 2012 at 4:00 p.m.

Adjourned Responses: See Exhibit K.

Status:  The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.  The hearing for Claim Nos. 28379 and 30842 has been adjourned to June 28, 2012.

29.    Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 17468]**

Response Deadline:    July 7, 2011 at 4:00 p.m.

Adjourned Response:

   A.    Response of QVT Fund LP and Quintessence Fund LP **[ECF Nos. 19206 & 19207]**

Related Documents:

   B.    Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 18706]**

   C.    Supplemental Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19520]**

      D.    Second Supplemental Order Granting Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20625]**

<u>Status</u>:  The hearing as to the claims subject to the Adjourned Response has been adjourned *sine die*.

30.    Debtors' One Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 17469]**

<u>Response Deadline</u>:    September 21, 2011 at 4:00 p.m.

<u>Adjourned Responses</u>: See <u>Exhibit L</u>.

<u>Status</u>:  The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.

31.    Debtors' One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 18444]**

<u>Response Deadline</u>:    June 2, 2011 at 4:00 p.m.

<u>Adjourned Responses</u>: See <u>Exhibit M</u>.

<u>Status</u>:  The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.

32.    Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims **[ECF No. 18405]**

<u>Response Deadline</u>:    August 10, 2011 at 4:00 p.m.

<u>Adjourned Responses</u>:

      A.    Response of Cascade Investment, L.L.C. **[ECF No. 19349]**

      B.    Response of Goldman Sachs & Co. Profit Sharing Master Trust. **[ECF No. 19064]**

      C.    Response of Zephyr 2004-4 LLC f/k/a  Lehman Brothers CDO Opportunity Partners 2004-4 LLC  **[ECF No. 19101]**

      D.    Response of Oz Asia Master Fund, Ltd. **[ECF No. 19061]**

      E.    Response of Oz Europe Master Fund, Ltd. **[ECF No. 19063]**

      F.    Response of Oz Master Fund, Ltd. **[ECF No. 19060]**

G.    Response of Zephyr Recovery 2004-1 LP **[ECF No. 19103]**

H.    Response of Zephyr Recovery 2004-2 LP **[ECF No. 19104]**

I.    Response of Zephyr Recovery 2004-3 LP **[ECF No. 19105]**

J.    Response of Zephyr Recovery II-A LP **[ECF No. 19107]**

K.    Response of Zephyr Recovery II-B LP **[ECF No. 19108]**

L.    Response of Zephyr Recovery II-C **[ECF No. 19109]**

Related Documents:

M.    Order Granting Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19518]**

N.    Supplemental Order Granting Debtors' One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21374]**

Status:  The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.

33.    One Hundred Sixty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 18409]**

Response Deadline:    August 10, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit N.

Status:  The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.

34.    One Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 19378]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit O.

Status:  The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.

35.    Debtors' One Hundred Eighty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19398]**

Response Deadline: September 20, 2011 at 4:00 p.m.

US_ACTIVE:\44011934\07\58399.0011

<u>Adjourned Responses</u>:

      A.     Response of Catholic Healthcare West **[ECF No. 22635]**

      B.     Response of New York City Municipal Water Finance Authority **[ECF No. 20138]**

      C.     Response of Steven G. Holder Living Trust **[ECF No. 24233]**

      D.     Response of Windermere Private Placement I S.A. **[ECF No. 20137]**

<u>Related Documents</u>:

      E.     Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 20630]**

      F.     Supplemental Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 21350]**

      G.     Second Supplemental Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 23042]**

<u>Status</u>:  The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.

36.     Debtors' One Hundred Eighty-Eighth Omnibus Objection to Claims (Duplicative LPS Claims) **[ECF No. 19871]**

<u>Response Deadline</u>:    October 13, 2011 at 4:00 p.m.

<u>Adjourned Response</u>:

      A.     Response of Horizon II International Limited **[ECF No. 22005]**

<u>Related Documents</u>:

      B.     Order Granting Debtors' One Hundred Eighty-Eighth Omnibus Objection to Claims (Duplicative LPS Claims) **[ECF No. 21348]**

<u>Status</u>:  The hearing as to the claim of Horizon II International Limited (Claim No. 62720) has been adjourned *sine die*.

37.     Debtors' One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Repo Claims) **[ECF No. 19870]**

US_ACTIVE:\44011934\07\58399.0011

Response Deadline:    October 13, 2011 at 4:00 p.m.

Related Documents:

    A.    Highland Credit Strategies Master Fund, L.P.s Response to Debtors One Hundred and Eighty Ninth Omnibus Objection to Claims (No Liability Repo Claims) **[ECF No. 22051]**.

    B.    Order Granting Debtors' One Hundred Eighty-Ninth Objection To Claims (No Liability Repo Claims) **[ECF No. 21372**]

Status:  The hearing as to the claim of Highland Credit Strategies Master Fund has been adjourned to June 28, 2012.

38.    Debtors' One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19888]**

Response Deadline:    October 12, 2011 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Bank of NY Mellon Trust Co., NA, as Trustee for the Michigan Tobacco Settlement Asset-Backed Bonds Series 2007 **[ECF No. 20997]**

    B.    Response of Buckeye Tobacco Settlement Financing Authority **[ECF No. 20729]**

    C.    Response of Washington State Tobacco Settlement Authority **[ECF No. 20995]**

Related Document:

    D.    Order Granting Debtors' One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21397]**

Status:  The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.

39.    Debtors' Objection to Proof of Claim No. 29702 **[ECF No. 20100]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Adjourned Response:

    A.    Opposition to Cynthia Swabsin to Debtor's Objection to Proofs of Claim **[ECF No. 20802]**

18

Related Documents:    None.

Status:  The hearing as to Claim No. 29702 is adjourned to June 28, 2012.

40.    Debtors' Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge
Certain Filed Proofs of Claim **[ECF No. 20102]**

Response Deadline:    November 11, 2011 at 4:00 pm.

Status:  This matter has been adjourned to June 13, 2012 at 10:00 a.m.

41.    Debtors' Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge
Certain Filed Proofs of Claim **[ECF No. 20103]**

Response Deadline:    November 11, 2011 at 4:00 pm.

Status:  This matter has been adjourned to June 13, 2012 at 10:00 a.m.

42.    Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge
Certain Filed Proofs of Claim **[ECF No. 20104]**

Response Deadline:    November 11, 2011 at 4:00 pm.

Status:  This matter has been adjourned to June 13, 2012 at 10:00 a.m.

43.    Debtors' Two Hundred Sixteenth Omnibus Objection to Disallow and Expunge
Certain Filed Proofs of Claim **[ECF No. 20105]**

Response Deadline:    November 11, 2011 at 4:00 pm.

Status:  This matter has been adjourned to June 13, 2012 at 10:00 a.m.

44.    Debtors' Two Hundred Seventeenth Omnibus Objection to Disallow and Expunge
Certain Filed Proofs of Claim **[ECF No. 20106]**

Response Deadline:    November 11, 2011 at 4:00 pm.

Status:  This matter has been adjourned to a date to be determined.

45.    Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Valued
Derivative Claims) **[ECF No. 20787]**

Response Deadline:    November 11, 2011 at 4:00 p.m.

Adjourned Responses: None.

Related Documents:

        A.    Order Granting Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 22954**]

        B.    Supplemental Order Granting Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 27623**]

Status: This matter has been adjourned *sine die*.

46.    Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

Response Deadline:    October 17, 2011 at 4:00 p.m.

Adjourned Response:

        A.    Response of Syncora Guarantee, Inc. **[ECF No. 20915]**

Related Documents:    None.

Status:  The hearing as to the claim identified above has been adjourned to June 28, 2012 at 10:00 a.m.

47.    Debtors' Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 20886]**

Response Deadline:    November 17, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit P.

Status:  The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.  The hearing on Claim Nos. 23642, 23643, 28302, and 32101 has been adjourned to June 28, 2012.  The hearing on Claim Nos. 25006 and 25009 has been adjourned to July 19, 2012.

48.    Debtors' Two Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21727]**

Response Deadline: December 7, 2011 at 4:00 p.m.

Adjourned Responses:

        A.    Response of Italease Finance S.P.A. **[ECF No. 23087]**

        B.    Response of Zwinger Opco 6 BV **[ECF No. 23070]**

Related Documents:

US_ACTIVE:\44011934\07\58399.0011

    C.     Order Granting Debtors' Two Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 27625]**

Status: The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.

49.    Debtors' Two Hundred Thirty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 23168]**

Response Deadline:    June 13, 2012 at 4:00 p.m.

Status: This matter has been adjourned to June 28, 2012 at 10:00 a.m.

50.    Two Hundred Forty-Fifth Omnibus Objection to Claims (Unissued Guarantee Claims) **[ECF No. 23251]**

Response Deadline:    January 12, 2012 at 4:00 p.m.

Adjourned Response: See Exhibit Q.

Status:  The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.

51.    Debtors' Two Hundred Forty-Seventh Omnibus Objection to Claims (No Liability Claims) **[ECF No. 24088]**

Response Deadline:    February 6, 2012 at 4:00 p.m.

Adjourned Responses:

    A.     Response of Sequa Corporation, Claim No. 15940 **[ECF No. 24981]**

    B.     Response of West Corporation, Claim No. 14198 **[ECF No. 24976]**

Related Documents:    None.

Status:  The hearing as to the claims subject to the Adjourned Responses has been adjourned to June 28, 2012 at 10:00 a.m.

52.    Debtors' Two Hundred Fifty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 24117]**

Response Deadline:    February 6, 2012 at 4:00 p.m.

Adjourned Responses:

A.      Response of Banca Italease S.P.A. **[ECF No. 24977]**

B.      Response of RTE-CNES **[ECF No. 24472]**

Related Documents:

C.      Order Granting Debtors' Two Hundred Fifty-Third Omnibus
        Objection to Claims (Valued Derivative Claims) [ECF No. **25657**]

D.      Supplemental Order Granting Debtors' Two Hundred Fifty-Third
        Omnibus Objection to Claims (Valued Derivative Claims) [**ECF
        No. 27108**]

Status:  The hearing as to the claims subject to the Adjourned Responses has been
adjourned *sine die*.

53.    Debtors' Two Hundred Sixty-First Omnibus Objection to Claims (No Guarantee
       Claims) **[ECF No. 24995]**

Response Deadline:    March 7, 2012 at 4:00 p.m.

Adjourned Responses: See Exhibit R.

Status:  The hearing as to the claims subject to the Adjourned Responses has been
adjourned *sine die*.

54.    Debtors' Two Hundred Sixty-Sixth Omnibus Objection to Claims (Valued
       Derivative Claims) **[ECF No. 25000]**

Response Deadline:    March 7, 2012 at 4:00 p.m.

Adjourned Response:

A.      Response of National Bank of Canada **[ECF No. 26074]**

Related Documents:

B.      Order Granting Debtors' Two Hundred Sixty-Sixth Omnibus
        Objection to Claims (Valued Derivative Claims) [**ECF No. 27118**]

Status:  The hearing as to the claim of National Bank of Canada has been
adjourned *sine die*.

55.    Debtors' Two Hundred Sixty-Eighth Omnibus Objection to Claims (Duplicative
       Claims) **[ECF No. 26189]**

Response Deadline:    June 13, 2012 at 4:00 p.m.

Status:  This matter has been adjourned to June 28, 2012 at 10:00 a.m.

56.    Debtors' Two Hundred Seventieth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 26324]**

Response Deadline:    April 12, 2012 at 4:00 p.m.

Adjourned Response:

        A.    Response of Cooperatieve Centrale Raiffeisen-Boerenleen Bank BA (T/A "Rabobank Internacional") **[ECF No. 27339]**

Status:  The hearing as to the claims subject to the Adjourned Responses has been adjourned *sine die*.

57.    Two Hundred Seventy-Seventh Omnibus Objection to Claims (No Guarantee Claims) **[ECF No. 26241]**

Response Deadline:    April 11, 2012 at 4:00 p.m.

Adjourned Response: See Exhibit S.

Status:  The hearing as to the claim subject to the Adjourned Responses has been adjourned *sine die*.

58.    Two Hundred Eightieth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 27358]**

Response Deadline:    June 13, 2012 at 4:00 p.m.

Responses Received:  None.

Status:  This matter has been adjourned to June 28, 2012 at 10:00 a.m. solely with respect to Claim No. 30077.

59.    Two Hundred Eighty-Second Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 27374]**

Response Deadline:    May 17, 2012 at 4:00 p.m.

Adjourned Responses:

        A.    Response of Piguet Galland & Cie, S.A., Claim Nos. 68053 and 68054 **[ECF No. 27933]**

        B.    Response of Dawn M. Brickman, Claim No. 68052 **[ECF No. 27707]**

        C.    Response of Bernard Nikolaus, Claim No. 68056

US_ACTIVE:\44011934\07\58399.0011

Related Documents: None.

Status: The hearing as to the Adjourned Responses has been adjourned *sine die*.

60.    Two Hundred Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) **[ECF No. 27385]**

Response Deadline:    May 17, 2012 at 4:00 p.m.

Adjourned Response:

    A.    Response of AEO Management Company, Inc. **[ECF No. 28096]**

Status:  The hearing as to the claim of AEO Management Company has been adjourned to June 28, 2012 at 10:00 a.m.

61.    Two Hundred Ninety-Third Omnibus Objection to Claims (No Liability Claims) **[ECF No. 27381]**

Response Deadline:    May 17, 2012 at 4:00 p.m.

Responses Received:

    A.    Response of Acumen Fund, Inc. **[ECF No. 28110]**

Related Documents:

    B.    Notice of Withdrawal of Two Hundred Ninety-Third Omnibus Objection to Claims Solely as to Claim No. 14856 **[ECF No. 27897]**

    C.    Notice of Adjournment of Acumen Fund Claim **[ECF No. 28141]**

Status:  The hearing as to the claim of Acumen Fund has been adjourned *sine die*.

US_ACTIVE:\44011934\07\58399.0011

Dated:  May 30, 2012
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates

US_ACTIVE:\44011934\07\58399.0011

Exhibit A

(**One Hundred Seventy-Third** Omnibus Objection to Claims (No Liability Employee Claims)
**[ECF No. 19399]** - Adjourned Responses to Claims)

US_ACTIVE:\44011934\07\58399.0011

| CLAIMANT NAME | ECF Number |
|---|---|
| Collins, Michael | 20378 |
| Dybeck, Donald C. | 20171 |
| Finder, Edmund L. | 20150, 20389 |
| Forfia, Robert | 20181 |
| Forster, Dennis | |
| Fritts, Donald | 20464 |
| Gabelman, Rick L. | 20141 |
| Gardner, James | 20141 |
| Hein, Mark W. | 20133 |
| Hlavek, Rudolph | 20141 |
| Kuykendall, Charles L. | 20114, 20115, 20116 |
| Major, Charles E. | 20495 |
| Mc Guinn, Edwin J | |
| Morrison, Robert D. | 20179 |
| Mountford, Robert | 20471 |
| Rubin, Allan | 19648 |
| Smith, William C. | 20428 |
| Stanton, Edward | |
| Stipo, Michael J. | 20176 |
| Wagner, William A. | 20438 |
| Whalen, John A. | 20173 |

Exhibit B

(**Sixty-Seventh** Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12533]** -
Adjourned Responses to Claims)

| Claimant Name | ECF Number |
|---|---|
| Response of Kilroy Realty, LP | 12597 |
| Response of CSP II USIS Holdings LP | 13078 |
| Response of Mitsui & Co. Commodity Risk Management Limited | 13113 |
| Response of Federal Home Loan Bank of Des Moines | 13156 |
| Response of E-Capital Profits Limited | 13166 |
| Response of Loeb Arbitrage B Fund LP, Loeb Arbitrage Fund, Loeb Offshore B Fund Ltd., and Loeb Offshore Fund Ltd. | 13217 |
| Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, as Successor to Certain Claims of Alliance Laundry Systems LLC | 13218 |
| Response of Aozora Bank, Ltd. | 13220 |
| Response of Mariner LDC | 13222 |
| Response of Tricadia Capital Management, LLC, on behalf of Tricadia Distressed and Special Situations Master Fund, Ltd. | 13223 |
| Response of Venoco, Inc. | 13205 |
| Response of Mariner-Tricadia Credit Strategies Master Fund, Ltd. | 13224 |
| Response of ICM Business Trust | 13226 |
| Response of Canyon Balanced Master Fund, Ltd., Canyon Capital Arbitrage Master Fund, Ltd., Canyon Value Realization Fund (Cayman), Ltd., and Canyon Value Realization Fund, L.P. | 13227 |
| Response of Merrill Lynch Credit Products, LLC | 13229 |
| Response of Ross Financial Corporation | 13232 |
| Response of Commonwealth Bank of Australia | 13242 |
| Response of Nexstar Developing Opportunities Master Fund, Ltd. | 13402 |
| Response of Capstone Volatility Master (Cayman) Limited | 14020 |

US_ACTIVE:\44011934\07\58399.0011

| | |
|---|---|
| Response of Royal Charter Properties – East, Inc. | 15918 |
| Response of China Minsheng Banking Corp., Ltd. | 20984 |

US_ACTIVE:\44011934\07\58399.0011

Exhibit C

(**<u>Eighty-Sixth</u>** Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14440]**- Adjourned
Responses to Claims)

US_ACTIVE:\44011934\07\58399.0011

| Claimant Name | Claim Number(s) |
|---|---|
| Ardenia Holdings SA | 51298 |
| Calamanda Manuel Plens | 43129 |
| Campagner, Antonella | 37204 |
| Carreno, Cristina Lurruena | 13304 |
| Cebrian, Fernando Enguidanos & Clemente, Maria Belen Velez | 47998 |
| Cesario, Fabrizio | 50160 |
| Cesario, Fabrizio | 50161 |
| Commercial Jordi, S.A. | 35867 |
| Cohn, David Nathan and Amblia Moreno Rosillo | 37362 |
| Costers-Van Leemputten, Alfons | 61658 |
| De la Rosa Diaz, Jose Antonio | 48715 |
| Eli, Aharon | 42706 |
| Elyashiv, Shmuel | 45248 |
| Francisco Fernandez Roig | 45285 |
| Galvez, Neus Pena | 43125 |
| Franco, Jose Luis Cajal & Casabella, Clara Latorre | 40204 |

US_ACTIVE:\44011934\07\58399.0011

Exhibit D

(**Eighty-Seventh** Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14442]**-
Adjourned Responses to Claims)

US_ACTIVE:\44011934\07\58399.0011

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| Goldman, Ron and or Orna | 54812 |
| Grohs, Claudia | 36008 |
| Haleby, Henry Manzano | 36736 |
| Kux, Johannes | 31134 |
| Marcos, Pilar Lueje | 45172 |
| Martinez Jimenez, Maria Teresa | 37116 |
| Meurer, Horst & Elizabeth | 9969 |
| Panvest Ltd | 65421 |

US_ACTIVE:\44011934\07\58399.0011

Exhibit E

(**Eighty-Eighth** Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14450]**-
Adjourned Responses to Claims)

US_ACTIVE:\44011934\07\58399.0011

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| Prijs, Ben | 54579 |
| Prijs-Lips, J.M. | 54580 |
| Ram, Jacob | 42707 |
| Ruiz-Tariador Larrazabal, Jose-Manuel | 49658 |
| Sivan, Alex | 56035 |
| Smadja, Haim | 56036 |
| Sousa, Jose Martinho Silva | 35802 |
| Stocker, Hannelore | 41140 |
| Stott, Jean Todd | 51535 |
| Subira, Juan Antonio Marcos | 40161 |
| Vanderbroek, Roger | 55106 |
| Weigelt, Marco | 43496 |

US_ACTIVE:\44011934\07\58399.0011

Exhibit F

(**Eighty-Ninth** Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14452]**-
Adjourned Responses to Claims)

37

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| Borremans, Lucien – Dries, Elisa | 36900 |
| BPI Obrigacoes de Alto Rendimento de Alto Risco de Obrigacoes de Taxa Fixa (BPI OARAR) | 57662 |
| BPI Reforma Investimento PPR | 57657 |
| Buys, Greta | 51907 |
| Cardoen, Marijke | 52368 |
| Careprovan Private Stichting | 51621 |
| Cok, Joop | 51902 |
| De Blieck, Benoit | 52126 |
| De Cleen, Walter & Andimignon, Veronique | 61655 |
| De Uries-Scheiberlich, W.E. | 53220 |
| De Ville, Dominique | 52125 |
| Du Mortier-Houyet, Christian | 52123 |
| Dumolim, Didier | 51948 |
| Dumolin, Pierre | 51950 |
| Flos, Gilberta | 48716 |
| Fondation Jean Praet A.S.B.L. | 52290 |
| Groot, A.M.A. | 45167 |
| Handelmij Van Pernis B.V. | 48996 |
| Hijmans, R.A. | 54693 |
| Hulet, Andre | 56678 |
| Hulet, Pierre | 56679 |
| Jaso, BM | 51905 |

38

| Claimant Name | Claim Number(s) |
| --- | --- |
| Kroon, M. & Dronk, S. | 61636 |
| Kuppens-Van Den Broeck | 48710 |
| Leenknecht, Norbert-Therese Lecluyse | 52055 |
| Liestekri, BM | 51906 |
| Vukailovic, Alex | 41609 |
| Weemaes, Christel | 45458 |
| Weemaes, Monique | 45459 |
| Weemaes, Mussche | 45460 |
| Weismies | 61603 |

US_ACTIVE:\44011934\07\58399.0011

Exhibit G

(**Ninetieth** Omnibus Objection to Claims (No Liability Claims) **[ECF No. 14453]**- Adjourned
Responses to Claims)

US_ACTIVE:\44011934\07\58399.0011

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| Michel, Karil | 52127 |
| Missuwe, Bals | 52293 |
| Noyen-Ruelens, Van | 51901 |
| Nyssens, Alain | 52122 |
| Oostnederlandse Vereniging Aannemers Reservefonds (O.V.A.R.) | 49003 |
| Pearson, Colin W. | 48997 |
| Preims-Bresser | 51908 |
| Promin VZW | 52378 |
| Reper, Frans | 52124 |
| Ryckaert, Cecilia | 52140 |
| Schoofs, Jeanine | 52143 |
| Schram-Defonseca | 52031 |
| Smet, Francois de | 61530 |
| Speyer, Juan Enrique | 37376 |
| Spinette-Rose, Mr. & Mrs. Robert | 52030 |
| Staes | 51175 |
| Stas-Orban, Dominique | 51997 |
| Sureka, Deepak & Shankarlal | 41323 |
| Tremont, Aline | 54840 |
| Van Gorp, Marc | 45332 |
| Van Voorst Vader-Van Esch, P.W. | 48951 |
| Vandewalle, Karin | 51996 |

41

Exhibit H

(**Ninety-Second** Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 14472]**- Adjourned Responses to Claims)

US_ACTIVE:\44011934\07\58399.0011

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| AMONN-DINGER, VERENA | 11169 | 27526, 27528 |
| BAUMHEIER, KATJA | 11170 | 27526, 27528 |
| BAUMHEIER, KATJA | 11171 | 27526, 27528 |
| BAYER, DR. INGEBORG | 12425 | 27526, 27528 |
| BAYER, DR. INGEBORG | 12426 | 27526, 27528 |
| BECKER, DR. KLAUS | 13631 | 27526, 27528 |
| BIESEMANN, DR. JOERG | 13624 | N/A |
| BROSCHK, DIETER | 13637 | 27526, 27528 |
| CZYGANOWSKI, SIEGFRIED | 13610 | 27526, 27528 |
| FASSBENDER, MARIA | 13638 | 27526, 27528 |
| FETKENHEUER, LOTHAR | 67257 | N/A |
| FUCHS, GERHARD | 13632 | 27526, 27528 |
| GANSER, ALBERT | 24995 | 27526, 27528 |
| GETTE, HELENE | 12444 | 27526, 27528 |
| HASSE, KLAUS-DIETER | 13628 | 27526, 27528 |
| HEINZEN, HANS | 11178 | 27526, 27528 |
| HIRSCH, KURT | 11179 | N/A |
| ISHII, HIROICHI AND HELLA | 13602 | 27526, 27528 |
| JAHN, URSULA & HORST | 24987 | 27526, 27528 |
| JANSEN, WALTER | 34350 | 27526, 27528 |
| JANSEN, WALTER | 34347 | 27526, 27528 |
| JONAS, PETER AND HEIKE | 13605 | 27526, 27528 |
| KAPALLA, KURT | 12448 | 27526, 27528 |
| KLIPPEL, ALMUT | 67260 | N/A |
| KLUG, KLAUS | 12442 | N/A |

US_ACTIVE:\44011934\07\58399.0011

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| KOECHLING, HERMANN | 11184 | 27526, 27528 |
| KRAWINKEL, ODO | 12427 | 27526, 27528 |
| KRAWINKEL, ODO | 12428 | 27526, 27528 |
| KUHNAST, FRANK-ROLAND | 67258 | 27526, 27528 |
| LEWIN, JOERG | 34348 | 27526, 27528 |
| LUCKS, IIONA | 24996 | 27526, 27528 |
| LUKOSCHEK, WOLFGANG | 13611 | 27526, 27528 |
| MASTALEREK, MICHAEL | 11187 | 27526, 27528 |
| NOERRENBERG-SUDHAUS, WERNER | 11190 | 27526, 27528 |
| OBERKERSCH, BEATRICE | 11191 | 27526, 27528 |
| RAMPOLD, HEIDRUN ELISABETH | 11193 | N/A |
| RODRIGUEZ, KARSTEN | 13621 | 27526, 27528 |
| RUTTENER, JUERG FOR RUETTENER, HANNELORE | 67267 | N/A |
| RUTTENER, JUERG FOR RUETTENER, HANS | 67265 | N/A |
| SCHIENER, FRIEDBERT WALTER UND HANNELORE EDELTRAUT | 11196 | 27526, 27528 |
| SCHMIDT, KARIN | 11197 | 27526, 27528 |
| SCHMIDT, RA PETRA | 11198 | 27526, 27528 |
| SCHWEBIUS, SANDRA | 11199 | 27526, 27528 |
| SCHWERDT, KORINNA, DR. | 61158 | N/A |
| SOKOLOWSKI, CLAUS-GUENTHER | 11200 | 27526, 27528 |
| SPERZEL, SUSANNE | 12443 | N/A |
| SPRINGER, WERNER | 13623 | 27526, 27528 |
| STANGE, HANS-JOACHIM | 12440 | 27526, 27528 |
| STEINFORT, SILVIA | 11201 | 27526, 27528 |
| STEINFORT, SILVIA | 11203 | 27526, 27528 |

US_ACTIVE:\44011934\07\58399.0011

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| STEINFORT, SILVIA | 11202 | 27526, 27528 |
| THOEMEL, HEINZ | 11207 | 27526, 27528 |
| UTTENDORF, WILFRIED | 57811 | 27526, 27528 |
| VOLK, HELMUT UND ANNEMARIE | 11209 | 27526, 27528 |
| VON DER HEYDE, PHILIP | 11210 | 27526, 27528 |
| WARTAK, BEATE | 11211 | 27526, 27528 |
| WEIDLICH, JOERG | 13642 | 27526, 27528 |
| WEISS, RENATE | 11212 | 27526, 27528 |
| WENZEL, PETER | 11213 | 27526, 27528 |
| WERNER, FRIEDHELM AND IRENE | 13615 | 27526, 27528 |
| WILDEBRAND, PETER | 13609 | N/A |
| WIPPERN, MARGIT | 13619 | 27526, 27528 |
| WITTIG, HANSPETER | 57824 | 27526, 27528 |
| WOLSKI, MIECZYSLAW | 61159 | 27526, 27528 |
| WOLSKI, MIECZYSLAW | 61160 | 27526, 27528 |
| WOLSKI, MIECZYSLAW | 61191 | 27526, 27528 |
| ZELLINGER, ERNST | 11224 | 27526, 27528 |

US_ACTIVE:\44011934\07\58399.0011

Exhibit I

(**One Hundred Twelfth** Omnibus Objection to Claims (Invalid Blocking Number LPS Claims)
**[ECF No. 15014]**- Adjourned Responses to Claims)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| Investeringsselskabet af 11.12.1990 ApS | 47330, 47331 | 16240, 16238, 17541, 17542 |
| Lucia Del Campo | 37187 | N/A |
| Banque Cantonale du Valais | 58531, 58540, 58549, 58519, 58496, 58502, 58494, 58537, 58516, 58506, 58550, 58517, 58523, 58500, 58515, 58526, 58605, 58513, 58520, 58557, 58548, 58524, 58495, 58603, 58509, 58529, 58556, 58554, 58604, 58525, 58514, 58504, 58521, 58547, 58510, 58522, 58530, 58507, 58518, 58498, 58499, 58543, 58505, 58538, 58512, 58527, 58497, 58546, 58551, 58508, 58555, 58553, 58542, 58541, 58536, 58539, 58545, 58501, 58552, 58528, 58511, 58544 | 16905 |

US_ACTIVE:\44011934\07\58399.0011

Exhibit J

(**One Hundred Twenty-Ninth** Omnibus Objection to Claims (No Liability Derivatives Claims)
**[ECF No. 16114]**- Adjourned Responses to Claims)

US_ACTIVE:\44011934\07\58399.0011

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT | 18976 | 17169 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT | 18977 | 17169 |
| INTERNATIONAL FINANCE CORPORATION | 21858 | 17179 |
| INTERNATIONAL FINANCE CORPORATION | 21863 | 17179 |
| MIZRAHI TEFAHOT BANK, LTD | 19171 | 17221 |
| MIZRAHI TEFAHOT BANK, LTD | 19170 | 17221 |

US_ACTIVE:\44011934\07\58399.0011

Exhibit K

(**One Hundred Thirty-Eighth** Omnibus Objection to Claims (No Liability Derivatives Claims)
**[ECF No. 16865]**- Adjourned Responses to Claims)

US_ACTIVE:\44011934\07\58399.0011

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| FIRST CHOICE POWER, LP | 22018 | 17725 |
| FIRST CHOICE POWER, LP | 22015 | 17725 |
| GILA RIVER POWER, L.P. | 67522 | 17681 |
| GILA RIVER POWER, L.P. | 67523 | 17681 |
| GLITNIR BANK HF | 27430 | 17730 |
| GLITNIR BANK HF | 27420 | 17730 |
| INTERWIND CORP. F/K/A SKYPOWER CORP. | 33430 | 17632 |
| PORT OF TACOMA | 42913 | 19368 |
| UNITED COMPANY | 22942 | 23518 |
| UNITED COMPANY | 22940 | 23518 |
| UNITED COMPANY | 22941 | 23518 |

US_ACTIVE:\44011934\07\58399.0011

Exhibit L

(**One Hundred Fifty-Sixth** Omnibus Objection to Claims (No Liability Derivatives Claims)
**[ECF No. 17469]** - Adjourned Responses to Claims)

US_ACTIVE:\44011934\07\58399.0011

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32916 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32917 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32920 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32921 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32934 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32935 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32960 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32986 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32987 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32993 | 18438 |
| U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES | 32994 | 18438 |

US_ACTIVE:\44011934\07\58399.0011

Exhibit M

(**One Hundred Sixtieth** Omnibus Objection to Claims (Settled Derivatives Claims) **[ECF No. 18444]]** - Adjourned Responses to Claims)

US_ACTIVE:\44011934\07\58399.0011

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| HBK Master Fund L.P. | 19275 | 26362 |
| HBK Master Fund L.P. | 19276 | 26362 |

US_ACTIVE:\44011934\07\58399.0011

Exhibit N

(**One Hundred Sixty-Third** Omnibus Objection to Claims (No Liability Derivatives Claims)
**[ECF No. 18409]** - Adjourned Responses to Claims)

US_ACTIVE:\44011934\07\58399.0011

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| F.F. THOMPSON FOUNDATION INC. | 14722 | 19112 |
| F.F. THOMPSON FOUNDATION INC. | 14725 | 19112 |
| FREDERICK FERRIS THOMPSON HOSPITAL | 14723 | 19112 |
| FREDERICK FERRIS THOMPSON HOSPITAL | 14724 | 19112 |

US_ACTIVE:\44011934\07\58399.0011

Exhibit O

(**One Hundred Seventy-Ninth** Omnibus Objection to Claims (No Liability Derivatives Claims)
**[ECF No. 19378]**- Adjourned Responses to Claims)

US_ACTIVE:\44011934\07\58399.0011

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| CASPIAN CAPITAL PARTNERS LP | 26224 | 20128 |
| MARINER OPPORTUNITIES FUND LP | 23765 | 20127 |
| STEVEN G. HOLDER LIVING TRUST | 16481 | 21865 |
| WILLIAMS GAS MARKETING INC. | 33554 | 20145 |

US_ACTIVE:\44011934\07\58399.0011

Exhibit P

(**Two Hundred Twenty-Eighth** Omnibus Objection to Claims (No Liability Derivatives Claims)
**[ECF No. 20886]**- Adjourned Responses to Claims)

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| ACTS RETIREMENT-LIFE COMMUNITIES, INC. | 16217 | 22252 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC. | 16218 | 22252 |
| AFCO CARGO PIT LLC | 22899 | 21796 |
| BRIGADE LEVERAGED CAPITAL STRUCTURES FUND, LTD. | 33309 | 28066 |
| BRIGADE LEVERAGED CAPITAL STRUCTURES FUND, LTD. | 33315 | 28066 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND | 44972 | 22630 |

US_ACTIVE:\44011934\07\58399.0011

<u>Exhibit Q</u>

(**<u>Two Hundred Forty-Fifth</u>** Omnibus Objection to Claims (Unissued Guarantee Claims) **[ECF
No. 23251]**- Adjourned Responses to Claims)

US_ACTIVE:\44011934\07\58399.0011

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| MIDFIRST BANK | 24663 | 24199, 24200 |

US_ACTIVE:\44011934\07\58399.0011

Exhibit R

(**Two Hundred Sixty-First** Omnibus Objection to Claims (No Guarantee Claims) **[ECF No.
24995]**- Adjourned Responses to Claims)

US_ACTIVE:\44011934\07\58399.0011

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| LUTHERAN SENIOR SERVICES | 23948 | 26174, 27803 |
| MARINER LDC | 23764 | 26078 |

US_ACTIVE:\44011934\07\58399.0011

Exhibit S

(**Two Hundred Seventy-Seventh** Omnibus Objection to Claims (No Guarantee Claims) **[ECF
No. 26241]**- Adjourned Responses to Claims)

US_ACTIVE:\44011934\07\58399.0011

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| BANCA ITALEASE S.P.A. | 30708 | 27325 |

US_ACTIVE:\44011934\07\58399.0011