B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Monarch Opportunities Master Fund Ltd | Barclays Bank PLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Monarch Opportunities Master Fund Ltd
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022
Attn: Michael Gillin
Phone: (212) 554-1743
Fax: 1-(866)-741-3564
Email: michael.gillin@monarchlp.com;
fundops@monarchlp.com

Name and Address where transferee payments should be sent (if different from above): N/A

Court Claim # (if known): 49731
Total Amount of Claim as Filed: $212,265.00

Amount of Claim as Filed with respect to ISIN
XS0282208049: $212,265.00
Amount of Claim Transferred with respect to ISIN
XS0282208049: $47,971.89 (or 22.60% of the above Amount of Claim as Filed)

Amount of Claim as Allowed pursuant to the Notice of Proposed Allowed Claim Amount with respect to ISIN XS0282208049: $212,865.87
Amount of Claim Transferred with respect to ISIN XS0282208049: $48,107.69 (or 22.60% of the above Amount of Claim as Allowed)

Date Claim Filed: 10/27/2009
Debtor: Lehman Brothers Holdings Inc.

Name and Address of Transferor:

Barclays Bank PLC
745 Seventh Avenue
New York, New York 10019
Attention: Daniel Crowley/Daniel Miranda
Telephone: 212 412 2865
E-mail: Daniel.crowley@barclayscapital.com
daniel.miranda@barclayscapital.com

**\*\*PLEASE SEE ATTACHED DOCUMENTS\*\***

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**MONARCH OPPORTUNITIES MASTER FUND LTD**
By: Monarch Alternative Capital LP
Its: Advisor

Christopher Santana
Managing Principal

By: _____    Date: May 30, 2012
Name of Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

<u>Exhibit A</u>

Evidence of Transfer from Transferor to Transferee

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **those certain individual purchasers set forth in Schedule 1 attached hereto** (each an "Individual Purchaser"), and each Individual Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the **applicable percentage/nominal amount** specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number 49731 filed by or on behalf of Barclays Bank, S.A. (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto, and (d) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims").  For the avoidance of doubt, each Individual Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Transferred Claims or the Proceedings.

2.    Seller hereby represents and warrants to each Individual Purchaser that:  (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that, with respect to the Transferred Claim, will give rise to any setoff, defense or counterclaim, or will result in any Individual Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) Seller has delivered to each Individual Purchaser all notices it has received with respect to the Transferred Claims, including without limitation, the Notice of Proposed Claim Amount, dated August 24, 2011, and any revision thereto (collectively, the "Notice"); (h) Seller did not deliver a Response (as defined in the Notice) with respect to the Transferred Claims; and (i) Seller has received the first distribution relating to the Transferred Claims pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliate Debtors, dated December 5, 2011, in the same time, manner and amount as other unsecured creditors of the same class of claims generally.

3.    Seller hereby waives any objection to the transfer of the respective Transferred Claims to each Individual Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by each Individual Purchaser for all purposes in the case, including, without limitation, for

voting and distribution purposes with respect to the applicable portion of the Transferred Claims. Each Individual Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to each Individual Purchaser the Transferred Claims, recognizing each Individual Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claims be delivered or made to each Individual Purchaser, in each case with respect to the applicable portion of the Transferred Claims.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Each Individual Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold each Individual Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions, proceeds or notices received by Seller in respect of the Transferred Claims to each Individual Purchaser, as applicable. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to each Individual Purchaser the applicable portion of each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as each Individual Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and each Individual Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and each Individual Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and each Individual Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

8.      For the avoidance of doubt, the Seller and each Individual Purchaser acknowledge and understand that each Individual Purchaser is executing this agreement solely in its individual capacity with respect to its Purchased Claim, and that all obligations and/or liabilities of an Individual Purchaser hereunder with are enforceable solely against such Individual Purchaser and such Individual Purchaser's assets. The agreements made by each Individual Purchaser hereunder and all obligations and liabilities of each Individual Purchaser shall be several (and not joint and several) in accordance with each Individual Purchaser's respective Purchased Claim.

*[signatures on following pages]*

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __30__ day of May 2012.

**Barclays Bank PLC**

By: _____
Name: _____
Title: ~~DANIEL CROWLEY~~
~~MANAGING DIRECTOR~~

Address
745 Seventh Ave
New York, NY 10019

**Monarch Debt Recovery Master Fund Ltd**
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name: _____
Title: _____

Address
Monarch Debt Recovery Master Fund Ltd
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022
ATTN: Michael Gillin
E-Mail: michael.gillin@monarchlp.com;
fundops@monarchlp.com
Tel: 1-212-554-1743
Fax: 1-(866)-741-3564

**Monarch Opportunities Master Fund Ltd**
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name: _____
Title: _____

Address
Monarch Opportunities Master Fund Ltd
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022
ATTN: Michael Gillin
E-Mail: michael.gillin@monarchlp.com;
fundops@monarchlp.com
Tel: 1-212-554-1743
Fax: 1-(866)-741-3564

**Oakford MF Limited**
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name: _____
Title: _____

Address
Oakford MF Limited

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __40__ day of May 2012.

**Barclays Bank PLC**


By:_____
Name:_____
Title:_____

Address
745 Seventh Ave
New York, NY 10019

**Monarch Debt Recovery Master Fund Ltd**
By: Monarch Alternative Capital LP
Its: Advisor

By:_____
Name:_____
Title:_____
        Christopher Santana
        Managing Principal
Address
Monarch Debt Recovery Master Fund Ltd
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022
ATTN: Michael Gillin
E-Mail: michael.gillin@monarchlp.com;
fundops@monarchlp.com
Tel: 1-212-554-1743
Fax: 1-(866)-741-3564

**Monarch Opportunities Master Fund Ltd**
By: Monarch Alternative Capital LP
Its: Advisor

By:_____
Name:_____
Title:_____
        Christopher Santana
        Managing Principal
Address
Monarch Opportunities Master Fund Ltd
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022
ATTN: Michael Gillin
E-Mail: michael.gillin@monarchlp.com;
fundops@monarchlp.com
Tel: 1-212-554-1743
Fax: 1-(866)-741-3564

**Oakford MF Limited**
By: Monarch Alternative Capital LP
Its: Advisor

By:_____
Name:_____
Title:_____
        Christopher Santana
        Managing Principal
Address
Oakford MF Limited

c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022
ATTN: Michael Gillin
E-Mail: michael.gillin@monarchlp.com;
fundops@monarchlp.com
Tel: 1-212-554-1743
Fax: 1-(866)-741-3564

**Monarch Cayman Fund Limited**
By: Monarch Alternative Capital LP
Its: Advisor


By: _____
Name: _____ Christopher Santana
Title: _____ Managing Principal

Address
Monarch Cayman Fund Limited
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022
ATTN: Michael Gillin
E-Mail: michael.gillin@monarchlp.com;
fundops@monarchlp.com
Tel: 1-212-554-1743
Fax: 1-(866)-741-3564

**Monarch Capital Master Partners II-A LP**
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name: _____
Title: _____ Christopher Santana
Managing Principal

Address
Monarch Capital Master Partners II-A LP
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022
ATTN: Michael Gillin
E-Mail: michael.gillin@monarchlp.com;
fundops@monarchlp.com
Tel: 1-212-554-1743
Fax: 1-(866)-741-3564

**Monarch Capital Master Partners II LP**
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name: _____
Title: _____
Christopher Santana
Managing Principal

Address
Monarch Capital Master Partners II LP
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022
ATTN: Michael Gillin
E-Mail: michael.gillin@monarchlp.com;
fundops@monarchlp.com
Tel: 1-212-554-1743
Fax: 1-(866)-741-3564

**P Monarch Recovery Ltd**
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name: _____
Title: _____
Christopher Santana
Managing Principal

Address
P Monarch Recovery Ltd
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022
ATTN: Michael Gillin
E-Mail: michael.gillin@monarchlp.com;
fundops@monarchlp.com
Tel: 1-212-554-1743
Fax: 1-(866)-741-3564

**Monarch Alternative Solutions Master Fund Ltd**
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name: _____
Title: _____
Christopher Santana
Managing Principal

Address
Monarch Alternative Solutions Master Fund Ltd
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022
ATTN: Michael Gillin

E-Mail: michael.gillin@monarchlp.com;
fundops@monarchlp.com
Tel: 1-212-554-1743
Fax: 1-(866)-741-3564

**Monarch Research Alpha Master Fund Ltd**
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name: _____
Title: _____
          Christopher Santana
          Managing Principal

Address
Monarch Research Alpha Master Fund Ltd
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022
ATTN: Michael Gillin
E-Mail: michael.gillin@monarchlp.com;
fundops@monarchlp.com
Tel: 1-212-554-1743
Fax: 1-(866)-741-3564

Schedule 1

Transferred Claims

Purchased Claim

On the original Proof of Claim filed on October 27, 2009, the Security/ISIN below, for the Individual Purchasers set forth below, represents in the aggregate $212,265.00 which is 100% of the total Proof of Claim Amount of $212,265.00 (in each case, plus applicable accrued and unpaid interest and other amounts).

*Pursuant to the Notice of Proposed Allowed Claim Amount dated August 24, 2011, the Security/ISIN below, for the Individual Purchasers set forth below, represents in the aggregate $212,865.87, which is 100% of the total Notice of Proposed Allowed Claim Amount of $212,865.87.*

Lehman Programs Securities to which Transfer Relates

| Individual Purchaser | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal Amount (EUR/USD)/ Percentage of Total Principal Amount | Maturity | Allowed Amount Purchased (USD)/ Percentage of Total Allowed Amount for ISIN under POC[1] |
|---|---|---|---|---|---|---|---|
| Monarch Debt Recovery Master Fund Ltd | Issue of EUR 31,173,000 Index-Linked Notes due February 2012 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0282208049 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 67,575.00/ $95,625.38/ 45.050% | 9 Feb. 2012 | $ 95,896.07/ 45.050% |

---

[1] For the avoidance of doubt, the amounts in this column are equivalent to the portion of the Allowed Claim Amount (and corresponding percentages) being transferred to each Individual Purchaser.

Schedule 1–1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Monarch Opportunities Master Fund Ltd | Issue of EUR 31,173,000 Index-Linked Notes due February 2012 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0282208049 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR33,900.00/ $47,971.89/ 22.60% | 9 Feb. 2012 | $48,107.69/ 22.60% |
| Oakford MF Limited | Issue of EUR 31,173,000 Index-Linked Notes due February 2012 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0282208049 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR4,400.00/ $6,226.44/ 2.933333333% | 9 Feb. 2012 | $6,244.07/ 2.933333333% |
| Monarch Cayman Fund Limited | Issue of EUR 31,173,000 Index-Linked Notes due February 2012 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0282208049 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR8,775.00/ $12,417.50/ 5.850% | 9 Feb. 2012 | $12,452.65/ 5.850% |
| Monarch Capital Master Partners II-A LP | Issue of EUR 31,173,000 Index-Linked Notes due February 2012 relating to the Dow Jones Eurostoxx 50 | XS0282208049 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR9,575.00/ $13,549.58/ 6.383333333% | 9 Feb. 2012 | $13,587.94/ 6.383333333% |

| | | | | | | |
|---|---|---|---|---|---|---|
| Monarch Capital Master Partners II LP | Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | | | | | |
| | Issue of EUR 31,173,000 Index-Linked Notes due February 2012 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0282208049 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR2,950.00/ $4,174.55/ 1.96666667% | 9 Feb. 2012 | $4,186.36/ 1.96666667% |
| P Monarch Recovery Ltd | Issue of EUR 31,173,000 Index-Linked Notes due February 2012 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0282208049 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR9,725.00/ $13,761.85/ 6.48333333% | 9 Feb. 2012 | $13,800.80/ 6.48333333% |
| Monarch Alternative Solutions Master Fund Ltd | Issue of EUR 31,173,000 Index-Linked Notes due February 2012 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 | XS0282208049 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR6,475.00/ $9,162.77/ 4.31666667% | 9 Feb. 2012 | $9,188.71/ 4.31666667% |

| | Euro Medium-Term Note Retail Program | | | | | | |
|---|---|---|---|---|---|---|---|
| Monarch Research Alpha Master Fund Ltd | Issue of EUR 31,173,000 Index-Linked Notes due February 2012 relating to the Dow Jones Eurostoxx 50 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Retail Program | XS0282208049 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR6,625.00/ $9,375.04/ 4.41666667% | 9 Feb. 2012 | $9,401.58/ 4.41666667% |

<u>Exhibit B</u>

Proof of Claim

United States Bankruptcy Court/Southern District of New York

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)                    0000049731

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
BARCLAYS BANK, S.A.-FUNDS&SECURITIES-FOREIGN INVESTMENTS DEPT
MATEO INURRIA, 15 1st FLOOR - 28036 MADRID (SPAIN)

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: _____

Telephone number:+34913361392        Email Address:miguelangel.martinez@barclays.es

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:        Email Address:

1.  Provide the total amount of your claim based on Lehman Programs Securities.  Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ ____212.265,00 $____ (Required)        EURUSD X-Rate Applied: 1,4151 (09/15/08) ECB

☐   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.  Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):    XS0282208049        (Required)

3.  Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.  You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA39531        (Required)

4.  Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim.  You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:  CLEARSTREAM 75820
(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:  By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. 23/10/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

ANTONIO M. CASTRO JIMENEZ

FOR COURT USE ONLY
FILED | RECEIVED

OCT 27 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150-5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

8V1324556

03/2008

NOTARÍA DE
D.MIGUEL RUIZ.GALLARDÓN GARCÍA-RASILLA
NÚÑEZ DE BALBOA, 54 1º IZDA.
Teléf. 91 4350083 -Fax 91 5759949
28001 MADRID

## «ESCRITURA DE PODER PARA PLEITOS»

NÚMERO  CUATRO MIL SEISCIENTOS DIECISIETE. ----

EN MADRID, a dieciséis de Julio de dos mil

ocho. ------------------------------------------------

Ante mí, **MIGUEL RUIZ-GALLARDÓN GARCÍA DE LA**

**RASILLA**, Notario del Ilustre Colegio de esta

Capital y con residencia en la misma. -------------

============ C O M P A R E C E ============

DON CARLOS ERNESTO PEREZ BUENAVENTURA, de

nacionalidad colombiana, residente en España, mayor

de edad, casado, vecino de Madrid, con domicilio en

plaza Colon, 1; con N.I.E. vigente, número:

X9706896E. ------------------------------------------

========== I N T E R V I E N E ==========

En nombre y representación, como consejero

delegado de la mercantil "BARCLAYS BANK,

S.A.",antes Banco de Valladolid, S.A. y después

BARCLAYS BANK, SOCIEDAD ANÓNIMA ESPAÑOLA, de

duración indefinida, domiciliada en Madrid, Plaza

de Colón número 1, constituida mediante escritura

1

otorgada en esta capital, el día 6 de junio de 1946, ante el Notario Don Rodrigo Molina Pérez, con la denominación de Banca Medina, S.A., cambió su denominación por la de Banco de Valladolid, S.A. y trasladó su domicilio social a Madrid, por escritura otorgada en Valladolid el 23 de mayo de 1967, ante el Notario Don José Machado Carpenter, cambiado de nuevo su denominación en escritura otorgada ante el Notario de Madrid Don José Aristonico García Sánchez, con fecha 19 de octubre de 1982 y cambiada de nuevo su denominación por la actual y adaptados sus Estatutos a la vigente Ley de Sociedades Anónimas, en escritura otorgada ante el Notario de Madrid Don Antonio Román de la Cuesta Ureta de fecha 21 de julio de 1992, con el número 2.095 de orden de su protocolo, cuya primera copia se inscribió en el citado Registro Mercantil al Tomo 3755, folio 1, hoja número 62.564, inscripción 1.381ª. Con C.I.F. número A-47/001946. ------------

Asimismo la Sociedad BARCLAYS BANK, S.A., es sucesora a título universal de la mercantil BANCO ZARAGOZANO, S.A., en virtud de fusión formalizada ante el Notario de Madrid, Don Luis Maíz Cal en fecha 23 de Diciembre de 2.003, número 4.478 de

2

8V1324555

03/2008



protocolo, mediante absorción de ésta por aquélla y transmisión en bloque del patrimonio de la absorbida por la absorbente, que consta inscrita en el Registro Mercantil de Madrid, en el tomo 18766, libro 0, folio 46, sección 8, hoja M-62564, inscripción 2786ª. --------------------------------

Se encuentra facultado para el presente otorgamiento, en virtud de su cargo de Consejero Delegado de la Sociedad, **por plazo de tres años, delegándole todas las facultades del Consejo de Administración, excepto las indelegables por disposición de la Ley o disposición estatutaria,** cargo que me asegura ostenta en la actualidad, y para el que ha sido nombrado por acuerdo del Consejo de Administración de la Sociedad de fecha 30 de junio de 2008, elevados a público en escritura autorizada por mí, de fecha 16 de julio de 2008, con el número 4.599 de orden de mi protocolo, **pendiente de inscripción registral de lo que Yo, el Notario, advierto expresamente.** --------

3

Yo el Notario, he tenido a la vista copia autorizada de la mencionada escritura y lo juzgo suficiente para este otorgamiento. ---------------

Identifico al compareciente por su documento reseñado en la comparecencia. Tiene, a mi juicio, en el concepto en que interviene, capacidad legal para otorgar la presente ESCRITURA DE PODER PARA PLEITOS, y al efecto: ----------------------------

============ O T O R G A ============

Que confiere poder general para pleitos a favor del Letrado **DON ANTONIO MANUEL CASTRO JIMENEZ**, de nacionalidad española, residente en España, mayor de edad, casado, vecino de Madrid, con domicilio en plaza Colon, 1; provisto de Documento Nacional de Identidad y Número de Identificación Fiscal, 30.801.158-H, **en la medida en que por su Estatuto Profesional fuere posible** para que, en nombre y representación de la Sociedad Poderdante, con efectos para toda su organización, en cualquiera de sus servicios, oficinas o departamentos y sin límites territorial o cuantitativo alguno, pueda, ante cualquier clase de autoridades, organismos y personas físicas y jurídicas, públicas o privadas, incluso el Banco de España, pueda usar y ejercitar

4



8V1324554

03/2008

todas y cada una de las facultades que más adelante se indican. --------------------------------------

A los efectos de lo dispuesto en el artículo 296 del Código de Comercio, queda expresamente facultado para que pueda designar Abogados y Procuradores otorgándoles poderes específicos para pleitos. --------------------------------------

================ **FACULTADES** ===================

**1.** Recibir toda la correspondencia de la Sociedad. Recoger de aduanas, ferrocarriles, buques, telégrafos, agencias de transportes o mensajería y otros puntos, toda clase de mercancías, expedientes, bultos o cartas y en general, toda clase de objetos que se dirijan a la misma, incluyendo paquetes postales, certificaciones, certificados, giros postales y telegráficos, valores declarados, giros, telegramas, radiogramas e imponerlos en Correos, Telégrafos, ferrocarriles, aduanas, oficinas de navegación y transporte y cualesquiera otras,

5

haciendo toda clase de reclamaciones, rehuses y dejes en cuenta y firmando al efecto cuantos documentos sean menester. ------------------------

2. Representar a la Sociedad y comparecer en nombre de ella ante cualesquiera órganos de la Administración del Estado, de la Administración de la Unión Europea, de las Administraciones Autonómicas, Provinciales, Locales o Municipales, y ante toda clase de Delegaciones, Instituciones, Establecimientos Públicos o Servicios Administrativos de las mismas, descentralizados o no; Organismos y Entidades Públicas dependientes de dichas Administraciones; cualesquiera otras Agencias o Entes del Sector Público Estatal, Autonómico o Local, en especial, aunque sin carácter limitativo, Agencia Estatal de la Administración Tributaria, Comisión Nacional del Mercado de Valores y Banco de España, en sus oficinas centrales o cualquiera de sus sucursales; Agencia Española de Protección de Datos, Sociedades Rectoras de cualquiera de las Bolsas de Valores, Sociedad de Gestión de los Sistemas de Registro, Compensación y Liquidación de Valores (Iberclear) y demás organismos y entidades encargadas de la



8V1324553

03/2008

compensación, liquidación y contrapartida en los
mercados de valores e instrumentos financieros,
organismos de control y supervisión de los mercados
de valores, financieros o de seguros, Registros de
la Propiedad, Mercantiles y de Bienes Muebles, de
la Propiedad Intelectual, Oficina de Patentes y
Marcas, Fábrica Nacional de Moneda y Timbre y
prestadores de servicios de certificación,
asociaciones empresariales, gremiales, sindicales o
Sindicatos o cualquier otro, tanto público como
privado y, en general, ante cualesquiera centros,
oficinas, funcionarios o autoridades y, ante ellos,
formular todo tipo de solicitudes y peticiones,
solicitar registros, inscripciones o cancelaciones;
iniciar o seguir expedientes o procedimientos de
toda clase, presentar alegaciones, consultas,
ofertas, documentos, proposición de pruebas,
memorias, folletos o escritos de toda clase y
ratificarse en ellos; desistir de acciones o
renunciar derechos; interponer y seguir toda clase

7

de reclamaciones o recursos, ordinarios o extraordinarios, incluso los previstos en leyes especiales, pudiendo desistir de ellos y ratificarse en los desistimientos, interponer y seguir ante los citados órganos, organismos y entidades toda clase de peticiones, reclamaciones o recursos, ordinarios o extraordinarios, incluso los previstos en leyes especiales, pudiendo desistir de ellos y ratificarse en los desistimientos y practicar, hacer, recibir y cumplimentar requerimientos y notificaciones administrativas, judiciales, notariales o de cualquier otro órgano.

3. Representar al Poderdante ante la Administración Pública Central, Provincial, Autonómica o Municipal, en todos sus fueros y jerarquías y ante Instituciones, Establecimientos Públicos o Servicios Administrativos descentralizados o no, Inspección y Delegaciones del Ministerio de Trabajo, Tribunales de la Competencia y ante cualesquiera centros, oficinas y funcionarios, así como ante autoridades de cualquier país o territorio y comparecer ante cualesquiera Juzgados, Audiencias y Tribunales ordinarios o especiales de cualquier grado o

8

8V1324552

03/2008



jurisdicción y ante cualquier otra autoridad, Magistratura, Fiscalía, Organismos Sindicales, Delegación, Junta, Jurado, Tribunal de la Competencia o de Cuentas del Estado, centro directivo, Notaría, Registro Público, Administración de Hacienda o Agencia Tributaria, oficina o funcionario del Estado, o cualesquiera otras entidades locales, organismos autónomos y demás entes públicos, incluso internacionales, en particular de la Unión Europea, y demás Entidades creadas y por crear, en cualquiera de sus ramas, dependencias y servicios y en ellos, instar, seguir y terminar, como actor, demandado, tercero, coadyuvante, requirente, interesado no originariamente demandante o demandado o en cualquier otro concepto, toda clase de expedientes, juicios y procedimientos, civiles, criminales, administrativos, contencioso administrativos, económico administrativos, laborales, gubernativos, notariales, hipotecarios, fiscales, de jurisdicción

9

voluntaria y de cualquier otra clase. ------------

En todos estos casos, entablar, contestar y seguir por todos sus trámites e instancias, hasta su conclusión, toda clase de acciones, demandas, denuncias, querellas, acusaciones, excepciones y defensas y ejercitar otras cualesquiera pretensions, pedir suspensiones de juicios o procedimientos, ejercitándose en los mismos en cuantos casos fuera menester la ratificación personal; firmar y presentar escritos y asistir a toda clase de actuaciones; solicitar y recibir notificaciones, citaciones y emplazamientos; tachar testigos; suministrar y tachar pruebas, renunciar a ellas y a traslados de autos; instar autorizaciones judiciales, declaraciones de herederos, expedientes de dominio, acumulaciones, liquidaciones y tasaciones de costas; promover conflictos de jurisdicción, cuestiones de competencia, diligencias preliminares, preparatorias o previas y otras cuestiones incidentales, siguiéndolas hasta que se dicte Auto o resolución pertinente. --------

Ser parte en juicios de testamentaría o abintestato hasta su resolución, pudiendo presentar o dar conformidad a proyectos de partición;



8V1324551

03/2008

consentir las resoluciones favorables. ------------

A todos estos efectos y ya interviniendo el Poderdante como actor, demandado, coadyuvante o mandatario por cuenta de terceros, se incluye el ejercicio de toda clase de acciones; formular y ratifica denuncias y querellas, interponer y contestar demandas, iniciar expedientes de jurisdicción voluntaria, instar o pedir actos de conciliación, presentar documentos, pruebas y escritos y ratificarse en ellos; absolver posiciones, confesar y representar al poderdante en la prueba de interrogatorio de las partes de la Sección Primera del Capítulo VI, Título I del Libro II y testifical de la Sección Séptima del Capítulo VI, Título I, Libro II con facultades expresas para emitir respuestas escritas del artículo 381 de la Ley de Enjuiciamiento Civil. ----------------------

4. Interponer y seguir toda clase de recursos de Reposición, Revisión, Extraordinarios de cualquier tipo, Casación, Súplica, Suplicación,

11

Alzada y cualquier otro acto previo al proceso, incluso gubernativos y Contencioso-Administrativo y de reposición, súplica, apelación, queja, nulidad e incompetencia, interponer y seguir recurso de amparo ante el Tribunal Constitucional, así como aquellos extraordinarios de casación o interés casacional y los extraordinarios por infracción procesal, y cualesquiera otros previstos incluso por leyes especiales, pudiendo desistir de ellos y ratificarse en los desistimientos; dirigir, contestar, recibir y cumplimentar requerimientos y notificaciones judiciales o de cualquier otro órgano y demás procedentes en Derecho y, en general, practicar cuanto permitan las respectivas leyes de procedimiento, sin limitación. ----------

5. Pedir anotaciones preventivas, inscripciones sobre toda clase o derechos reales por cualquier concepto o título que le corresponda, instar sus cancelaciones como también expedientes de dominio, actas de notoriedad, de deslinde, de amojonamiento o de cualquiera otros; someter y, en general utilizar cuantos beneficios, incidentes, términos, propuestas, instancias y recursos conceden las Leyes hasta su resolución o sentencia definitiva,

8V1324550

03/2008



incluso para su ejecución por vía de apremio. -----

6.Instar, prestar, alzar o cancelar embargos, secuestros, depósitos, ejecuciones, deshaucios y anotaciones preventivas así como pedir administraciones, intervenciones o cualquier otra medida de conservación, seguridad, prevención o garantía, y modificarlos o extinguirlos, designar peritos; Intervenir en subastas judiciales y extrajudiciales, ceder remates a terceros o aceptar las cesiones que otros hicieren a favor del poderdante, pedir desahucios, lanzamientos, tomar posesión de los bienes muebles o inmuebles que deban hacerlo como consecuencia de los juicios en que intervengan; prestar cauciones, hacer depósitos, cobros y consignaciones judiciales, así como percibir del Juzgado las cantidades consignadas como precio del remate; promover la recusación de señores Jueces y Magistrados; celebrar actos de conciliación, con avenencia o sin ella, en cuanto impliquen actos dispositivos;

13

transigir; someter a arbitraje las cuestiones controvertidas u otras surgidas después; otorgar ratificaciones personales en nombre de la parte poderdante; renunciar o reconocer derechos, allanarse o renunciar a la acción de derecho discutida o a la acción procesal, o desistir de ellas; aceptar y rechazarlas proposiciones del deudor, así como realizar manifestaciones que puedan comportar sobreseimiento del proceso por satisfacción extraprocesal o carencia sobrevenida de objeto; promover y personarse en los procedimientos de suspensión de pagos, quita o espera, Concurso de Acreedores o Quiebra y Concurso de la Ley 22/2003, de 9 de julio, y seguirlos hasta su conclusión y, especialmente, intervenir con voz y voto en Junta de Acreedores y para la aprobación del Convenio de que se trate, nombrar Síndicos y administradores, interventores y miembros de Tribunales colegiados y administradores concursales; reconocer y graduar créditos, cobrar estos e impugnar los actos y acuerdos, aceptar cargos y designar vocales de organismos de conciliación; percibir cantidades, indemnizatorias o no, resultantes de decisiones judiciales



8V1324549

03/2008

favorables a la parte poderdante, ya figuren en nombre de poderdante o apoderado. -----------------

7. Instar la autorización de actas notariales, de presencia, requerimiento, notificación, referencia, protocolización, declaración de herederos ab intestato, de notoriedad, u otras de cualquier clase; remisión de documentos, exhibición, depósito voluntario o cualesquiera otras, incluida la intervención en las subastas notariales. -------------------------------------

A los efectos específicos previstos en el artículo 414 de la Ley de Enjuiciamiento Civil para la comparecencia y posible arreglo, renuncia o desistimiento, transacción o allanamiento, el presente poder faculta para realizar dichos trámites, con independencia del tipo de procedimiento de que se trate y de sus circunstancias concretas de identificación procesal. -------------------------------------

8. Comparecer ante el Servicio de Mediación

15

Arbitraje y Conciliación u organismo de igual función que en el futuro pueda sustituirle con cuantas facultades sean necesarias, presupuesto, complemento o consecuencia para el desempeño de este apoderamiento; percibir de cualquier persona física o jurídica, empresa, Juzgado, Tribunal, Fondo de Garantía Salarial o Tesorería de la Seguridad Social y, en general de cualquier entidad pagadora que en el futuro se cree o sustituya a dichos organismos, todas las cantidades que pudieran corresponder por cualquier concepto a la parte poderdante y cualquier otra facultad no enumerada anteriormente de las comprendidas en los artículos 25 y 414.2 de la Ley de Enjuiciamiento Civil; tachar y recusar, ratificar escritos y peticiones, hacer comparecencias personales, declaraciones juradas o simples; hacer cobros, pagos y consignaciones que sean consecuencia del uso de este poder; pedir desahucios, lanzamientos y posesión de bienes; pedir, prestar, alzar o cancelar embargos, secuestros y anotaciones preventivas, así como pedir administraciones, intervenciones o cualquier otra medida de conservación, seguridad, prevención o garantía,

16



03/2008

8V1324548

tomar parte en subastas; solicitar la adjudicación de bienes en pago de todo o parte de créditos reclamados con este poder; instar u oponerse a autorizaciones judiciales, declaración de herederos, expedientes de consignación, liberación o dominio; designar peritos, síndicos, administradores, interventores y miembros de tribunales colegiados. --------------------------

10. Aceptar hipotecas, prendas y todo tipo de garantías reales o personales; aceptar y consentir cesiones y subrogaciones de derechos y créditos y de toda clase de garantías; subrogar activa y pasivamente hipotecas y derechos reales de toda clase, total o parcialmente, en aseguramiento de todo tipo de obligaciones de las que el Poderdante resulte acreedor por préstamos, créditos y todo tipo de deudas preexistentes en general, pudiendo fijar libremente los plazos y condiciones de los mismos; distribuir la responsabilidad hipotecaria entre fincas y, en general, cuanto fuese necesario

17

hasta obtener su inscripción en los registros correspondientes. --------------------------------

11. Cobrar y pagar toda clase de cantidades en efectivo, frutos y especies o en valores de cualquier clase que haya de percibir o satisfacer la Sociedad, ya sean de particulares o de cualquier clase de Entidades Públicas o Privadas, incluso de Ministerios y Organismos Oficiales, sean estas Estatales, Autonómicos, Regionales, Provinciales, locales y paraestatales, así como a cualquier de sus dependencias, sin limitación de cantidad y cualquiera que sea la causa que origine el derecho u obligación de la Sociedad; firmar al efecto toda clase de documentos de abono o adeudo, cartas de pago, facturas, libramientos, recibos, resguardos, abonarés y en general, cuantos documentos de naturaleza análoga exija la gestión de la Sociedad; solicitar las devoluciones de ingresos indebidos; liquidar cuentas; fijar y finiquitar saldos. Se **establece un límite de CIENTO CINCUENTA MIL (150.000) EUROS por operación para el ejercicio de las facultades contenidas en este número.** --------

12. Transigir, pactar, renunciar a bienes o derechos, tanto judicial como extrajudicialmente.



8V1324547

03/2008

Someter a compromiso, arbitraje o amigables
componedores cualquier litigio o controversia de
cualquier índole. ---------------------------------

13. Asistir a la Juntas Generales, Ordinarias o
Extraordinarias de Comunidades ya sean civiles o de
propietarios en régimen sometido a la Ley de
Propiedad Horizontal; aprobar o recusar
presupuestos ordinarios o extraordinarios; aprobar
y modificar estatutos y cláusulas estatutarias de
comunidades de propietarios en régimen de Propiedad
Horizontal; nombrar los cargos de administración en
las mismas; desempeñar, en nombre y representación
del Poderdante, los cargos de Presidente,
Vicepresidente, Secretario o Administrador en
aquellas comunidades en que la sociedad sea
partícipe, con cuantas facultades de administración
precise tal desempeño. ----------------------------

14. Concurrir en representación del Poderdante
a la constitución, modificación, escisión,
transformación, fusión, disolución y liquidación de

19

Comunidades de bienes, Sociedades, Cooperativas, Agrupaciones de Interés Económico, europeas o no, o empresas de cualquier clase; asistir en la misma representación a sus Juntas Generales o Asambleas de socios, tanto Ordinarias como Extraordinarias, Universales o no y cualquier otra reunión de sus Órganos de Administración y gobierno. ------------

En las Juntas Generales, Ordinarias o Extraordinarias, Universales o no, podrá llevar la plena representación del Poderdante, interviniendo en las Juntas y votando en las mismas en el sentido que se estime más oportuno; pudiendo aprobar, derogar o impugnar los acuerdos que en las mismas se puedan adoptar. ------------------------------

Suscribir acciones o participaciones y desembolsar total o parcialmente su importe; pagar dividendos pasivos; redactar Estatutos y aprobarlos; nombrar y aceptar cargos; conferir y aceptar poderes y delegaciones de facultades en las Sociedades y empresas que se constituyan o en las cuales la mandante participe o tenga intereses. ---

En caso de ampliaciones de capital, ejercitar el derecho de suscripción preferente o renunciar al mismo, en beneficio de otros o no. ----------------

20



8V1324546

03/2008

Pedir y rendir cuentas, aprobarlas e impugnarlas, percibir o abonar saldos, dar cartas de pago y finiquitos. **Se establece un límite de CIENTO CINCUENTA MIL (150.000) EUROS por operación para el ejercicio de las facultades contenidas en este número.** ------------------------------------

15. Cumplimentar, seguir y desarrollar los acuerdos de reforma, transformación, fusión o disolución de las Sociedades en que la mandante pueda tener intereses y en éste último caso, nombrar liquidadores, árbitros, depositarios, partidores, peritos, o auditores, sustituir cualquiera de estos cargos; intervenir la liquidación y división, aceptar las adjudicaciones que se hagan a la poderdante en pago de sus aportaciones y beneficios, o en pago o para pago de deudas, aunque se adjudique todo el activo para pago o en pago del pasivo; dando carta de pago por todos los conceptos que estime oportunos. ---------

16. Y en el ejercicio de cualquiera de las

21

facultades contenidas en la presente minuta, expedir, otorgar y firmar cuantos documentos públicos y privados sean necesarios o convenientes, incluso escrituras de modificación y subsanación. -

El señor compareciente me exonera a mi, al Notario de la presentación telemática de la presente escritura en el Registro Mercantil correspondiente.

Las circunstancias del señor compareciente relativas a su estado civil y domicilio resultan de las manifestaciones realizadas por el señor compareciente al efecto. --------------------------

Así lo dice y otorga el compareciente, a quien hago de palabra las oportunas reservas y advertencias legales, y especialmente las de orden fiscal. ------------------------------------------

En cumplimento de lo establecido en la Disposición adicional tercera de la Ley 8/1989 de 13 de abril de Tasas y Precios Públicos, la liquidación del arancel correspondiente al presente instrumento público quedará incorporada mediante la unión a esta matriz de la procedente minuta donde constan los números de arancel y honorarios conforme al Real Decreto 1426/1989 y disposiciones complementarias, sin devengo del número 7 de dicho



03/2008

8V1324545

Real Decreto por tal incorporación. La citada minuta de honorarios se acompañará a cuantas copias de la presente se expidan. ------------------------

De acuerdo con la L.O 15/1999 los comparecientes aceptan la incorporación de sus datos (y la fotocopia del documento de identidad, en los casos previstos en la Ley) al protocolo notarial y a los ficheros de la Notaría. Se conservarán con carácter confidencial, sin perjuicio de las comunicaciones a las Administraciones Públicas que estipula la Ley, y en su caso al Notario que suceda al actual en la plaza. La finalidad del tratamiento es formalizar la presente escritura, realizar su facturación y seguimiento posterior y las funciones propias de la actividad notarial. Pueden ejercitar sus derechos de acceso, rectificación, cancelación y oposición en la Notaría autorizante. ------------------------

Leo integramente esta escritura al compareciente, por su elección y enterado de su

23

contenido se ratifica y firma conmigo, el Notario,

que doy fe de todo cuanto queda consignado en el

presente instrumento público, de la identidad del

otorgante, de haber comprobado el documento de

identidad reflejado en la comparecencia, de su

capacidad y legitimación, de que su consentimiento

ha sido libremente prestado y de que el presente

otorgamiento se adecua a la legalidad y a la

voluntad del interviniente, debidamente informado,

por mí el Notario, así como de que el presente

instrumento público va extendido en doce folios de

papel timbrado del Estado, números el del presente,

y los once anteriores en orden inverso, DOY FE. --

Está la firma del señor compareciente. Signado: M.

R. Gallardón; rubricados y sellado. --------------

ES COPIA.../...

8V1324544

03/2008



...de su matriz, que expido para "BARCLAYS BANK, S.A.", en trece folios de la serie 8V, números: el presente y los doce posteriores en orden correlativo. En Madrid, el siguiente día de su otorgamiento. DOY FE. -----------------------------

25





EMELY URGENT    DO NOT SEND CASH, CASH EQUIVALENT OR JEWELLERY