WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                    :
**In re**                                            :       **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :       **08-13555 (JMP)**
                                                    :
                              **Debtors.**          :       **(Jointly Administered)**
                                                    :
-------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION**
**UNDER 28 U.S.C. § 1746 REGARDING OMNIBUS**
**CLAIMS OBJECTIONS SCHEDULED FOR HEARING ON MAY 31, 2012**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

1.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), or LBHI as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of LBHI and its Affiliated Debtors (the "Plan Administrator"), filed the following motions

and omnibus claims objections (collectively, the "Claims Objections") with the Court for hearing

on or before May 31, 2012:

    a.    Motion Pursuant to Section 105(a) of the Bankruptcy Code to Deem the Schedules of Liabilities Amended **[ECF No. 27386]**

    b.    Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 14490]**

    c.    Debtors' One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) **[ECF No. 15363]**

    d.    Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 16117]**

    e.    Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 16867]**

    f.    Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21727]**

    g.    Debtors' Two Hundred Forty-Fourth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 23250]**

    h.    Debtors' Two Hundred Forty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 23253]**

    i.    Debtors' Two Hundred Sixty-Second Omnibus Objection to Claims (No Liability Claims) **[ECF No. 24996]**

    j.    Debtors' Two Hundred Sixty-Seventh Omnibus Objection to Claims (No Liability Claims) **[ECF No. 26087]**

    k.    Two Hundred Eighty-First Omnibus Objection to Claims (Warrant Claims) **[ECF No. 27421]**

    l.    Two Hundred Eighty-Second Omnibus Objection to Claims (Late-Filed Claims) **[ECF 27374]**

    m.    Two Hundred Eighty-Third Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF  No. 27375]**

    n.    Two Hundred Eighty-Fourth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) **[ECF 27377]**

o.   Two Hundred Eighty-Fifth Omnibus Objection to Claims (Duplicative Claims) **[ECF 27379]**

p.   Two Hundred Eighty-Sixth Omnibus Objection to Claims (Assigned Contract Claims) **[ECF No. 27382]**

q.   Two Hundred Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) **[ECF 27385]**

r.   Two Hundred Eighty-Eighth Omnibus Objection to Claims (Employment-Related Claims) **[ECF No. 27397]**

s.   Two Hundred Eighty-Ninth Omnibus Objection to Claims (Partnership Interest Claims) **[ECF No. 27398]**

t.   Two Hundred Ninetieth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 27399]**

u.   Two Hundred Ninety-First Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 27380]**

v.   Debtors' Objection to Claim of Anita Bryant (Claim No. 1557) **[ECF No. 27247]**

w.   Debtors' Objection to Claim of Banque Lehman Brothers S.A. (Claim No. 17611) **[ECF No. 27253]**

x.   Two Hundred Ninety-Second Omnibus Objection to Claims (No Guarantee Claims) **[ECF No. 27381]**

y.   Two Hundred Ninety-Third Omnibus Objection to Claims (No Liability Claims) **[ECF No. 27384]**

2.   In accordance with the Second Amended Case Management Order, the Debtors, or the Plan Administrator, as applicable, established deadlines (the "Response Deadline") for each Claim Objection for parties to object or file responses.  The Response Deadlines have been extended for certain creditors from time to time.  The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response

deadline and the attorney for the entity who filed the pleading complies with the relevant

procedural and notice requirements.

3.      The Response Deadlines have now passed and, to the best of my

knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court

on the docket of the above-referenced cases in accordance with the procedures set forth in the

Second Amended Case Management Order, or (b) served on counsel to the Debtors or the Plan

Administrator by any of the holders of the claims included Exhibit 1 to any of the Orders

attached hereto, which includes only the proofs of claim for which the Claims Objection will be

granted.  Responses to certain of the Claims Objections were filed on the docket, or served on

the Debtors, by holders of certain proofs of claim included on the Claims Objections.  The

hearing on the Claims Objections as to any proof of claim for which a response was either filed

on the docket or received by the Debtors, and which objection has not been resolved, has been

adjourned to a future date.

4.      Accordingly, the Debtors and the Plan Administrator respectfully request

that the proposed orders granting the Claims Objections annexed hereto as Exhibits A through Y,

which, except for the inclusion of additional language to indicate that such order is supplemental

to a previously entered order for a Claim Objection or to reference the inclusion of separate

exhibits attached to the proposed orders for proofs of claim for which the Claims Objection is

granted, adjourned or

withdrawn, are unmodified since the filing of the Claims Objections, be entered in accordance

with the procedures described in the Second Amended Case Management Order.

       I declare that the foregoing is true and correct.

Dated: May 30, 2012
      New York, New York

                   /s/ Jacqueline Marcus
                   Jacqueline Marcus

                   WEIL, GOTSHAL & MANGES LLP
                   767 Fifth Avenue
                   New York, New York 10153
                   Telephone: (212) 310-8000
                   Facsimile: (212) 310-8007

                   Attorneys for Lehman Brothers Holdings Inc. and
                   Certain of Its Affiliates

**EXHIBIT A**
**(Proposed Order – ECF No. 27386)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                                    :
                            **Debtors.**            :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE DEEMING THE SCHEDULES OF LIABILITIES AMENDED

Upon the motion, dated April 16, 2012 (the "Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") to deem the Schedules amended, all as more fully set forth in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Motion is granted; and it is further

---

[1]        Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the Schedules shall be deemed amended to modify the "Original Scheduled Amount" for each Scheduled Claim as set forth on **Exhibits A** and **B** to the Motion; and it is further

ORDERED that the claims and noticing agent, Epiq Bankruptcy Solutions LLC, is authorized and directed to modify the official claims register as necessary to implement the relief granted in this Order; and it is further

ORDERED that to the extent the relief requested in the Motion is not granted with respect to any Scheduled Claim, the Plan Administrator's rights and defenses with respect to any of the Scheduled Claims shall be preserved, including, but not limited to, the right to object to the Scheduled Claims on any basis; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the interpretation and/or implementation of this Order.

Dated: _____, 2012
         New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT B**
**(Proposed Order – ECF No. 14490)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                             :        **Chapter 11 Case No.**
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :        **08-13555 (JMP)**
                                                  :
                              **Debtors.**        :        **(Jointly Administered)**
-------------------------------------------------------------------x

### SECOND SUPPLEMENTAL ORDER GRANTING DEBTORS' NINETY-FIFTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the ninety-fifth omnibus objection to claims, dated February 14, 2011 (the "Ninety-Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking to reduce, reclassify (in certain instances), and allow the Valued Derivative Claims on the basis that the amounts listed on the proofs of claim are greater than the fair, accurate, and reasonable values determined by the Debtors after a review of the claimants' supporting documentation and the Debtors' books and records, all as more fully described in the Ninety-Fifth Omnibus Objection to Claims; and due and proper notice of the Ninety-Fifth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney

---

[1]        Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Ninety-Fifth Omnibus Objection to Claims.

for the Southern District of New York; (vi) the claimants listed on <u>Exhibit A</u> attached to

the Ninety-Fifth Omnibus Objection to Claims; and (vii) all other parties entitled to

notice in accordance with the procedures set forth in the second amended order entered

on June 17, 2010 governing case management and administrative procedures for these

cases [Docket No. 9653]; and it appearing that no other or further notice need be

provided; upon the resolution of the Responses of Brevan Howard Master Fund Limited

c/o Brevan Howard Asset Management LLP [Docket No. 15079] and SPCP Group LLC:

Transferor: Tiffany & Co. [Docket No. 14983]; and the Court having found and

determined that the relief sought in the Ninety-Fifth Omnibus Objection to Claims is in

the best interests of the Debtors, their estates, creditors, and all parties in interest and that

the legal and factual bases set forth in the Ninety-Fifth Omnibus Objection to Claims

establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefore, it is

ORDERED that the relief requested in the Ninety-Fifth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on <u>Exhibit 1</u>

annexed hereto is hereby modified and allowed in the amount set forth on <u>Exhibit 1</u> under

the column heading "Modified Claim Amount" and reclassified to the classification listed

under the column heading "Modified Class" and any asserted amount in excess of the

modified amount is disallowed; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to any claim listed on <u>Exhibit A</u> to the Ninety-

2

Fifth Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed hereto; and

it is further

        ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

                      _____
                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 95: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BREVAN HOWARD MASTER FUND LIMITED C/O BREAVAN HOWARD ASSET MANAGEMENT LLP ATTN: ALEX UNDERWOOD 55 BAKER STREET LONDON, W1U 8EW UNITED KINGDOM | 14684 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $32,235,070.00* | Lehman Brothers Holdings Inc. | Unsecured | $25,500,000.00 |
| 2 | BREVAN HOWARD MASTER FUND LIMITED C/O BREAVAN HOWARD ASSET MANAGEMENT LLP ATTN: ALEX UNDERWOOD 55 BAKER STREET LONDON, W1U 8EW UNITED KINGDOM | 14685 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $32,235,070.00* | Lehman Brothers Special Financing Inc. | Unsecured | $25,500,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 95: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO TIFFANY & CO. C/O SILVER POINT CAPITAL, LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH, CT 06830 | 20292 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured | $9,717,258.00 | Lehman Brothers Special Financing Inc. | Unsecured | $8,204,327.95 |
| 4 | SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO TIFFANY & CO C/O SILVER POINT CAPITAL, LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH, CT 06830 | 20319 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $9,717,258.00 | Lehman Brothers Holdings Inc. | Unsecured | $8,204,327.95 |
| | | | | | TOTAL | $83,904,656.00 | | TOTAL | $67,408,655.90 |

**EXHIBIT C**
**(Proposed Order – ECF No. 15363)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                         :        **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                              :
                                   **Debtors.**               :        **(Jointly Administered)**
------------------------------------------------------------------x

### SECOND SUPPLEMENTAL ORDER GRANTING
### DEBTORS' ONE HUNDRED SEVENTEENTH OMNIBUS
### OBJECTION TO CLAIMS (NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS)

Upon the one hundred seventeenth omnibus objection to claims, dated March 25,

2011 (the "Debtors' One Hundred Seventeenth Omnibus Objection to Claims"),[1] of Lehman

Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502 of title 11

of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [Docket No. 6664], seeking the disallowance and expungement of

the No Liability Non-Debtor Employee Claims on the basis that the Debtors have no liability for

such claims, all as more fully described in the Debtors' One Hundred Seventeenth Omnibus

Objection to Claims; and due and proper notice of the Debtors' One Hundred Seventeenth

Omnibus Objection to Claims having been provided, and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief sought in the

Debtors' One Hundred Seventeenth Omnibus Objection to Claims is in the best interests of the

Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set

forth in the Debtors' One Hundred Seventeenth Omnibus Objection to Claims establish just

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Debtors' One Hundred Seventeenth
Omnibus Objection to Claims.

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the relief requested in the Debtors' One Hundred Seventeenth

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the Court-appointed claims agent is authorized to modify the

claims register to reflect this order; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Debtors' One

Hundred Seventeenth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed

hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: _____, 2012
        New York, New York


                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE

2

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADDINGTON, ERIK R. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23966 | $277,554.00 | No Liability |
| 2 | ANTONELLI, CHRISTOPHER G. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23965 | $658,869.00 | No Liability |
| 3 | BEST, BARBARA J. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24001 | $113,487.00 | No Liability |
| 4 | BHATTAL, JASJIT S. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23964 | $5,562,264.00 | No Liability |
| 5 | CHETTY, NOEL ROYAPPAN C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23981 | $101,536.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | CHIN, RUSSELL C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23984 | $136,713.00 | No Liability |
| 7 | CHO, KUNHO C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23980 | $1,452,741.00 | No Liability |
| 8 | CORSALINI, ENRICO J. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23963 | $763,077.00 | No Liability |
| 9 | DEXTER, DARRIN A. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23962 | $367,883.00 | No Liability |
| 10 | FLANAGAN, CHRISTOPHER C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23976 | $396,228.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | FUCHS, BENJAMIN A. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23977 | $2,376,424.00 | No Liability |
| 12 | GOULD, JAMES P. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23995 | $174,063.00 | No Liability |
| 13 | GREENWALD, ANDREW J. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23961 | $144,216.00 | No Liability |
| 14 | HOWE, CHRISTIAN J. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23985 | $1,957,682.00 | No Liability |
| 15 | HUANG, KANGLIN C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23960 | $810,317.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | HUGO-LANCELOT ROBERT GABRIEL MARTY C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 24002 | $335,254.00 | No Liability |
| 17 | HUNT, ROBIN C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23959 | $573,574.00 | No Liability |
| 18 | HURLEY, JEFFREY D. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23986 | $143,588.00 | No Liability |
| 19 | KAYE, PATRICK J. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23957 | $165,559.00 | No Liability |
| 20 | KEAY, STEPHANIE C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 24007 | $348,399.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | LUCOCQ, SIMON B. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23978 | $344,557.00 | No Liability |
| 22 | MCGARRY, PATRICK J. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24003 | $296,990.00 | No Liability |
| 23 | MILLEA, TIMOTHY E. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23968 | $163,359.00 | No Liability |
| 24 | O'CONNOR, BRIAN M. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24004 | $865,543.00 | No Liability |
| 25 | PEARSON, THOMAS M. C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24005 | $4,054,271.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 26 | QUISMORIO, JAMES P.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24006 | $318,479.00 | No Liability |
| 27 | RASNER, TIMOTHY D.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23971 | $425,546.00 | No Liability |
| 28 | RUBINSTEIN, MARC<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23983 | $208,173.00 | No Liability |
| 29 | SIEGMUND, THOMAS<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23979 | $559,300.00 | No Liability |
| 30 | SKOLNICK, FRED J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23999 | $434,683.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | VAISH, PANKAJ C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23951 | $172,707.00 | No Liability |
| 32 | WENDEL, CHRISTOPHER C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO, 107-6029 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24000 | $4,066,213.00 | No Liability |
| | | | | | TOTAL | $28,769,249.00 | |

**EXHIBIT D**
**(Proposed Order – ECF No. 16117)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x
In re                                              :         **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :         **08-13555 (JMP)**
                                                   :
                      **Debtors.**                 :         **(Jointly Administered)**
---------------------------------------------------------------------x

### SECOND SUPPLEMENTAL ORDER GRANTING DEBTORS' ONE HUNDRED THIRTY-SECOND OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the one hundred thirty-second omnibus objection to claims, dated

April 18, 2011 (the "One Hundred Thirty-Second Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the

"Procedures Order"), seeking to reduce, reclassify (in certain instances), and allow the

Valued Derivative Claims on the basis that the amounts listed on the proofs of claim are

greater than the fair, accurate, and reasonable values determined by the Debtors after a

review of the claimants' supporting documentation and the Debtors' books and records,

all as more fully described in the One Hundred Thirty-Second Omnibus Objection to

Claims; and due and proper notice of the One Hundred Thirty-Second Omnibus

Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the

---
[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed
to such terms in the Debtors' One Hundred Thirty-Second Omnibus Objection to Claims.

Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal

Revenue Service; (v) the United States Attorney for the Southern District of New York;

(vi) the claimants listed on Exhibit A attached to the One Hundred Thirty-Second

Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance

with the procedures set forth in the second amended order entered on June 17, 2010

governing case management and administrative procedures for these cases [Docket No.

9653]; and it appearing that no other or further notice need be provided; and upon the

resolution of the Response filed by Gazprombank Mortgage Funding 2 S.A. [Docket No.

16863]; and the Court having found and determined that the relief sought in the One

Hundred Thirty-Second Omnibus Objection to Claims is in the best interests of the

Debtors, their estates, creditors, and all parties in interest and that the legal and factual

bases set forth in the One Hundred Thirty-Second Omnibus Objection to Claims establish

just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefore, it is

ORDERED that the relief requested in the One Hundred Thirty-Second

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1

annexed hereto is hereby modified and allowed in the amount set forth on Exhibit 1 under

the column heading "Modified Amount" and any asserted amount in excess of the

modified amount is disallowed; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to any claim listed on Exhibit A to the One

2

Hundred Thirty-Second Omnibus Objection to Claims that does not appear on Exhibit 1

annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 132: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | GAZPROMBANK MORTGAGE FUNDING 2 S.A. ATTENTION: FREDERIC LAHAYE SOCIETE ANONYME 1, ALLEE SCHEFFER, L-2520 LUXEMBOURG GRAND-DUCHY OF LUXEMBOURG R.C.S. LUXEMBOURG B-125.919, LUXEMBOURG | 13939 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $159,544,969.34* | Lehman Brothers Special Financing Inc. | Unsecured | $90,000,000.00 |
| 2 | GAZPROMBANK MORTGAGE FUNDING 2 S.A. ATTENTION: FREDERIC LAHAYE - SOCIETE ANONYME 1, ALLEE SCHEFFER, L-2520 LUXEMBOURG GRAND-DUCHY OF LUXEMBOURG R.C.S. LUXEMBOURG B-125.919, LUXEMBOURG | 13940 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $161,944,844.83* | Lehman Brothers Holdings Inc. | Unsecured | $90,000,000.00 |
| | | | | | TOTAL | $321,489,814.17 | | TOTAL | $180,000,000.00 |

**EXHIBIT E**
**(Proposed Order – ECF No. 16867)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*       :        **08-13555 (JMP)**
                                                   :
                      **Debtors.**                 :        **(Jointly Administered)**
--------------------------------------------------------------------x

**FOURTH SUPPLEMENTAL ORDER
GRANTING DEBTORS' ONE HUNDRED THIRTY-SIXTH
<u>OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED CLAIMS)</u>**

Upon the one hundred thirty-sixth omnibus objection to claims, dated May 16,

2011 (the "<u>One Hundred Thirty-Sixth Omnibus Objection to Claims</u>"),[1] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession, in accordance with Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664], seeking to reclassify Misclassified Claims as unsecured

claims, all as more fully described in the One Hundred Thirty-Sixth Omnibus Objection to

Claims; and due and proper notice of the One Hundred Thirty-Sixth Omnibus Objection to

Claims having been provided to: (i) each claimant listed on <u>Exhibit A</u>; (ii) the United States

Trustee for Region 2; (iii) the attorneys for the Creditors' Committee; (iv) the Securities and

Exchange Commission; (v) the Internal Revenue Service; and (vi) the United States Attorney for

the Southern District of New York, and (vii) all other parties entitled to notice in accordance

with the procedures set forth in the second amended order entered on June 17, 2010 governing

case management and administrative procedures for these cases [Docket No. 9635], and it

appearing that no other or further notice need be provided; and the Court having found and

---

[1]      Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims.

determined that the relief sought in the One Hundred Thirty-Sixth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the One Hundred Thirty-Sixth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the One Hundred Thirty-Sixth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Misclassified Claim listed on Exhibit 1 annexed hereto is hereby reclassified as an unsecured nonpriority claim as indicated in Exhibit 1; and it is further

ORDERED that the Court-appointed claims agent is authorized to modify the claims register to reflect this order; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on any valid rights of setoff, netting and/or recoupment in connection with any claims listed on Exhibit 1 annexed hereto and that all such rights, if any, of setoff, netting and/or recoupment, and all defenses thereto, are preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on any claim listed on Exhibit A annexed to the One Hundred Thirty-Sixth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: _____, 2012
          New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 136: EXHIBIT 1 – MISCLASSIFIED CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | DEPOSITORY TRUST CLEARING CORPORATION AND RELATED ENTITIES 55 WATER STREET, 22ND FLOOR NEW YORK, NY 10041 | 30423 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $0.00 |
| | | | | | **TOTAL** | **$0.00** |

**EXHIBIT F**
**(Proposed Order – ECF No. 21727)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
In re                                                   :        Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                                        :
                    Debtors.                            :        (Jointly Administered)
--------------------------------------------------------------------x

### SECOND SUPPLEMENTAL ORDER GRANTING DEBTORS' TWO HUNDRED THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

Upon the two hundred thirty-third omnibus objection to claims, dated November 8, 2011 (the "Two Hundred Thirty-Third Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Derivatives Claims on the grounds that they assert claims for which the Debtors have no liability, all as more fully described in the Two Hundred Thirty-Third Omnibus Objection to Claims; and due and proper notice of the Two Hundred Thirty-Third Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred Thirty-Third Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims.

the second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [ECF No. 9635]; and the Court having found and

determined that the relief sought in the Two Hundred Thirty-Third Omnibus Objection to Claims

is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that

the legal and factual bases set forth in the Two Hundred Thirty-Third Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Thirty-Third Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claim

listed on Exhibit 1 annexed hereto is disallowed and expunged in its entirety with prejudice; and

it is further

ORDERED that the Debtors have adjourned *sine die* the Two Hundred Thirty-

Third Omnibus Objection to Claims with respect to the claims listed on Exhibit 2 annexed

hereto; and it is further

ORDERED that the Debtors have adjourned to June 28, 2012 (or as may be

further adjourned by the Debtors) the Two Hundred Thirty-Third Omnibus Objection to Claims

with respect to the claims listed on Exhibit 3 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the No

Liability Derivatives Claims listed on Exhibit 1, Exhibit 2, and Exhibit 3 annexed hereto; and it

is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Two Hundred

Thirty-Third Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed hereto, (ii) any

claim listed on <u>Exhibit A</u> annexed to the Two Hundred Thirty-Third Omnibus Objection to

Claims that is not listed on <u>Exhibit 1</u> annexed to the *Order Granting Debtors' Two Thirty-Third*

*Omnibus Objection to Claims (No Liability Derivatives Claims)* [ECF No. 23665], and (iii) any

claim listed on <u>Exhibit A</u> annexed to the Two Hundred Thirty-Third Omnibus Objection to

Claims that is not listed on <u>Exhibit 1</u> annexed to the *Supplemental Order Granting Debtors' Two*

*Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims)* [ECF No. 24669];

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
          New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 233: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | INGRAM PENSION PLAN/NY LIFE CO. TTEE INGRAM INDUSTRIES RETIREMENT PLAN TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC C/O INGRAM INDUSTRIES INC. 4400 HARDING ROAD ATTN: JEFF BELSER NASHVILLE, TN 37205 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24608 | $128,547.88* | No Liability Claim |
| | | | | | TOTAL | $128,547.88 | |

# EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP STATE STREET BANK ATTN: JONATHAN LONG 200 CLARENDON STREET, 6TH FLOOR BOSTON, MA 02116 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21852 | $22,635,513.41 | No Liability Claim |
| 2 | CHINA DEVELOPMENT BANK CORPORATION NO.29, FUCHENGMENWAI STREET XICHENG DISTRICT ATTN: MS. ZHAO JIAXING, LAW AFFAIRS DEPT. BEIJING, CHINA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 11/16/2009 | 65580 | $13,423,051.72* | No Liability Claim |
| 3 | CHINA DEVELOPMENT BANK CORPORATION NO.29, FUCHENGMENWAI STREET XICHENG DISTRICT ATTN: MS. ZHAO JIAXING, LAW AFFAIRS DEPT. BEIJING, CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/16/2009 | 65581 | $13,423,051.72* | No Liability Claim |
| 4 | JENNERS POND C/O SIMPSON SENIOR SERVICES ATTN: JAMES J. KONIZEWSKI, CHIEF FINANCIAL OFFICER 150 MONUMENT ROAD SUITE 105 BALA CYNWYD, PA 19004-1725 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 34298 | $826,841.00 | No Liability Claim |
| 5 | JENNERS POND ATTN: CHIEF FINANCIAL OFFICER C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNWYD, PA 19004-1725 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 34299 | $826,841.00 | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | MAGNETAR CONSTELLATION MASTER FUND LTD MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON, IL 60201 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12700 | $20,130,595.00 | No Liability Claim |
| 7 | MAGNETAR CONSTELLATION MASTER FUND, LTD C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON, IL 60201 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/15/2009 | 12722 | $20,130,595.00 | No Liability Claim |
| 8 | PRIMUS CLO I LTD C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-2002 CAYMAN ISLANDS | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 01/30/2009 | 2282 | $8,400,000.00* | No Liability Claim |
| 9 | PRIMUS CLO I LTD C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-2002 CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2283 | $8,400,000.00* | No Liability Claim |
| 10 | SMURFIT KAPPA ACQUISITIONS F/K/A JSG ACQUISITIONS F/K/A MDCP ACQUISITIONS I ATTN: BRENDAN GLYNN BEECH HILL DUBLIN, 4 IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15914 | $567,457.00 | No Liability Claim |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | SOUTHERN PACIFIC SECURITIES 05-1 PLC C/O CAPITA TRUST COMPANY LIMITED ATTN: EMMA HAMLEY 7TH FLOOR, PHOENIX HOUSE 18 KING WILLIAM STREET LONDON, EC4N 7HE UNITED KINGDOM | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 28740 | $86,513.76* | No Liability Claim |
| 12 | SOUTHERN PACIFIC SECURITIES 05-1 PLC CAPITA TRUST COMPANY LIMITED ATTN: EMMA HAMLEY 7TH FLOOR, PHOENIX HOUSE 18 KING WILLIAM STREET LONDON, EC4N 7HE UNITED KINGDOM | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 28828 | $86,513.76* | No Liability Claim |
| 13 | TUDOR BVI GLOBAL PORTFOLIO L.P., THE TUDOR INVESTMENT CORPORATION, PROCESS AGENT ATTN: STEPHEN N. WALDMAN 1275 KING ST. GREENWICH, CT 06831 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 27668 | $299,947.80* | No Liability Claim |
| 14 | TURKIYE SINAI KALKINMA BANKASI AS ATTN: KORHAN AKLAR MECLISI MEBUSAN CAD. 81 FINDIKLI 34427 ISTANBUL, TURKEY | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 15806 | $1,127,080.00* | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 233: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 15 | ZWINGER OPCO 6BV C/O WHITEHALL MANAGEMENT SERVICES BV ATTN: GERARD MEIJSSEN, MANAGING DIRECTOR D-TOWER 11TH FLOOR STRAWINSKYLAAN 1161 AMSTERDAM, 1077 XX NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26679 | $1,262,060.00* | No Liability Claim |
| | | | | | TOTAL | $193,433,721.99 | |

# EXHIBIT 3

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 233: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | C.M. LIFE INSURANCE COMPANY C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD, MA 01115 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23644 | Undetermined | No Liability Claim |
| 2 | C.M. LIFE INSURANCE COMPANY C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD, MA 01115 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23645 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $0.00 | |

**EXHIBIT G**
**(Proposed Order – ECF No. 23250)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

### SECOND SUPPLEMENTAL ORDER GRANTING DEBTORS' TWO HUNDRED FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

Upon the two hundred forty-fourth omnibus objection to claims, dated December 12, 2011 (the "Two Hundred Forty-Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Derivatives Claims on the grounds that they assert claims for which the Debtors have no liability, all as more fully described in the Two Hundred Forty-Fourth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Forty-Fourth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred Forty-Fourth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Forty-Fourth Omnibus Objection to Claims.

the second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [ECF No. 9635]; and the Court having found and

determined that the relief sought in the Two Hundred Forty-Fourth Omnibus Objection to Claims

is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that

the legal and factual bases set forth in the Two Hundred Forty-Fourth Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Forty-Fourth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that the Debtors have adjourned *sine die* the Two Hundred Forty-

Fourth Omnibus Objection to Claims with respect to the claims listed on Exhibit 2 annexed

hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the No

Liability Derivatives Claims listed on Exhibit 1 and Exhibit 2 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Two Hundred

Forty-Fourth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto, (ii) any

claim listed on Exhibit A annexed to the Two Hundred Forty-Fourth Omnibus Objection to

Claims that is not listed on Exhibit 1 annexed to the *Order Granting Debtors' Two Forty-Fourth*

*Omnibus Objection to Claims (No Liability Derivatives Claims)* [ECF No. 24676], and (iii) any

claim listed on Exhibit A annexed to the Two Hundred Forty-Fourth Omnibus Objection to

Claims that is not listed on Exhibit 1 annexed to the *Supplemental Order Granting Debtors' Two*

*Forty-Fourth Omnibus Objection to Claims (No Liability Derivatives Claims)* [ECF No. 25645];

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 244: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 1 | AECO GAS STORAGE PARTNERSHIP JASON DUBCHAK, GENERAL COUNSEL NISKA GAS STORAGE 400, 607-8TH AVENUE S.W. CALGARY, AB T2P 0A7 CANADA | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/17/2009 | 15075 | $1,175,958.25 | No Liability Claim |
| 2 | AECO GAS STORAGE PARTNERSHIP JASON DUBCHAK, GENERAL COUNSEL NISKA GAS STORAGE 400, 607-8TH AVENUE S.W. CALGARY, AB T2P 0A7 CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15077 | $1,175,958.25 | No Liability Claim |
| | | | | | TOTAL | $2,351,916.50 | |

# EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 244: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1, IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20327 | $32,723,011.81* | No Liability Claim |
| 2 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1, IRELAND | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20333[1] | $7,610,790.81* | No Liability Claim |
| 3 | ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1, IRELAND | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20324 | $13,115,693.67* | No Liability Claim |
| 4 | ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1, IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20325 | $13,115,693.67* | No Liability Claim |

[1] Claim 20333 has been asserted in the amount of $62,657,178.81.  Pursuant to the Two Hundred Forty-Fourth Omnibus Objection to Claims, only the portion of Claim 20333 asserting a claim totaling $7,610,790.81 against LBSF is being expunged.  The remaining portion of Claim 20333 asserting a claim totaling $55,046,388.00 is not being expunged pursuant to, or being affected by, the Two Hundred Forty-Fourth Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 20333 are reserved.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 244: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 18 ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1, IRELAND | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20326 | $32,723,011.81* | No Liability Claim |
| 6 | DEUTSCHE BANK AG ATTN: IRA WURCEL, ESQ. 60 WALL STREET, 28TH FLOOR NEW YORK, NY 10005 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27906 | Undetermined | No Liability Claim |
| 7 | DEUTSCHE BANK AG ATTN: IRA WURCEL, ESQ. 60 WALL STREET NEW YORK, NY 10005 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28465 | Undetermined | No Liability Claim |
| 8 | DEUTSCHE BANK AG ATTN: IRA WURCEL, ESQ. 60 WALL STREET NEW YORK, NY 10005 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28466 | Undetermined | No Liability Claim |
| 9 | FINMECCANICA S.P.A. PIAZZA MONTE GRAPPA 4 ROME, 00195 ITALY | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/05/2009 | 7366 | $487,854.06 | No Liability Claim |
| 10 | FINMECCANICA S.P.A. PIAZZA MONTE GRAPPA 4 ROME, 00195 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/05/2009 | 7367 | $487,854.06 | No Liability Claim |
| 11 | JUDSON ATTN: HONG CHAE 2181 AMBLESIDE DRIVE CLEVELAND, OH 44106 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/01/2008 | 1166 | $434,656.17 | No Liability Claim |
| | | | | | TOTAL | $100,698,566.06 | |

**EXHIBIT H**
**(Proposed Order – ECF No. 23253)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING DEBTORS' TWO HUNDRED FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the two hundred forty-sixth omnibus objection to claims, dated

December 12, 2011 (the "Two Hundred Forty-Sixth Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the

"Procedures Order"), seeking to reduce and allow the Valued Derivative Claims on the

basis that the amounts listed on the proofs of claim are greater than the fair, accurate, and

reasonable values determined by the Debtors after a review of the claimants' supporting

documentation and the Debtors' books and records, as more fully described in the Two

Hundred Forty-Sixth Omnibus Objection to Claims; and due and proper notice of the

Two Hundred Forty-Sixth Omnibus Objection to Claims having been provided to (i) the

U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Two Hundred Forty-Sixth Omnibus Objection to Claims.

Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Two Hundred Forty-Sixth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9653]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Two Hundred Forty-Sixth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Two Hundred Forty-Sixth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Two Hundred Forty-Sixth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1 annexed hereto is hereby modified and allowed in the amount set forth on Exhibit 1 under the column heading "Modified Amount" and any asserted amount in excess of the modified amount is disallowed; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A to the Two Hundred Forty-Sixth Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2012
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 246: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|------|---------|------------|--------|-------|--------|--------|-------|--------|
| 1 | INGRAM PENSION PLAN/NY LIFE CO. TTEE INGRAM INDUSTRIES RETIREMENT PLAN TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC C/O INGRAM INDUSTRIES ATTN: JEFF BELSER 4400 HARDING ROAD NASHVILLE, TN 37205 | 24610 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $128,547.88* | Lehman Brothers Special Financing Inc. | Unsecured | $84,908.00 |
| | | | | | TOTAL | $128,547.88 | | TOTAL | $84,908.00 |

**EXHIBIT I**
**(Proposed Order – ECF No. 24996)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                                                   :         **Chapter 11 Case No.**
                                                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :         **08-13555 (JMP)**
                                                                                        :
                                                Debtors.          :         **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' TWO HUNDRED SIXTY-SECOND OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the two hundred sixty-second objection to claims, dated February 6,

2012 (the "Two Hundred Sixty-Second Omnibus Objection to Claims"),[1] of Lehman

Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases,

as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section

502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for

the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures

Order"), seeking disallowance and expungement of the No Liability Claims on the

grounds that they assert claims for which the Debtors have no liability, all as more fully

described in the Two Hundred Sixty-Second Omnibus Objection to Claims; and due and

proper notice of the Two Hundred Sixty-Second Omnibus Objection to Claims having

been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii)

the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the

United States Attorney for Region 2; (vi) the claimants listed on Exhibit A attached to the

Two Hundred Sixty-Second Omnibus Objection to Claims; and (vii) all other parties

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Sixty-Second Omnibus Objection to Claims.

entitled to notice in accordance with the procedures set forth in the second amended order

entered on June 17, 2010 governing case management and administrative procedures for

these cases [Docket No. 9635]; and it appearing that no other or further notice need to be

provided; and the Court having found and determined that the relief sought in the Two

Hundred Sixty-Second Omnibus Objection to Claims is in the best interests of the

Debtors, their estates, creditors, and all parties in interest and that the legal and factual

bases set forth in the Two Hundred Sixty-Second Omnibus Objection to Claims establish

just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Sixty-Second

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

claims listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are

disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the No Liability Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the

Two Hundred Sixty-Second Omnibus Objection to Claims that does not appear on

Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2012
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 262: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD. C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26402 | Undetermined | No Liability Claim |
| 2 | HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. ATTN: HOWARD STEEL BROWN RUDNICK LLP SVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26401 | Undetermined | No Liability Claim |
| 3 | HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND L.P. ATTN: HOWARD STEEL, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26400 | Undetermined | No Liability Claim |
| 4 | VARDE FUND IX, LP, THE C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26371 | Undetermined | No Liability Claim |
| 5 | VARDE FUND IX-A, LP, THE C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26370 | Undetermined | No Liability Claim |
| 6 | VARDE FUND V-B, L.P. , THE C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29233 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 262: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | VARDE FUND VII, L.P., THE C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29237 | Undetermined | No Liability Claim |
| 8 | VARDE FUND VII-B, L.P., THE ATTN: HOWARD STEEL, ESQ. C/O BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29244 | Undetermined | No Liability Claim |
| 9 | VARDE FUND VIII LP, THE C/O BROWN RUDNICK LLP HOWARD STEEL SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29401 | Undetermined | No Liability Claim |
| 10 | VARDE FUND, L.P., THE ATTN: HOWARD STEEL, ESQ. C/O BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29242 | Undetermined | No Liability Claim |
| 11 | VARDE FUND, VI-A, L.P., THE ATTN: HOWARD STEEL, ESQ. C/O BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29240 | Undetermined | No Liability Claim |
| 12 | VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, LP C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26369 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 262: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | VARDE INVESTMENT PARTNERS, LP C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26373 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $0.00 | |

**EXHIBIT J**
**(Proposed Order – ECF No. 26087)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ......................................................................... | x | **Chapter 11 Case No.** |
| | : | |
| In re : | : | **08-13555 (JMP)** |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | **(Jointly Administered)** |
| | : | |
| Debtors. | : | |
| ......................................................................... | x | |

**ORDER GRANTING DEBTORS' TWO HUNDRED SIXTY-SEVENTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

Upon the Debtors' two hundred sixty-seventh omnibus objection to claims, dated

March 7, 2012 (the "Two Hundred Sixty-Seventh Omnibus Objection to Claims"),[1] of Lehman

Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502 of title 11

of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the

No Liability Claims on the basis that the Debtors have no liability for such claims, all as more

fully described in the Two Hundred Sixty-Seventh Omnibus Objection to Claims; and due and

proper notice of the Two Hundred Sixty-Seventh Omnibus Objection to Claims having been

provided, and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the Two Hundred Sixty-Seventh Omnibus

Objection to Claims is in the best interests of the Debtors and their creditors, and that the legal

and factual bases set forth in the Two Hundred Sixty-Seventh Omnibus Objection to Claims

---

[1] Terms not defined herein shall have the meanings ascribed to them in the Two Hundred Sixty-
Seventh Omnibus

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Sixty-Seventh Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on <u>Exhibit 1</u> are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on <u>Exhibit A</u> annexed to the Debtors' Two

Hundred Sixty-Seventh Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed

hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York


                                            _____
                                            UNITED STATES BANKRUPTCY JUDGE

2

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 267: EXHIBIT 1- NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | SEALED AIR CORPORATION ATTN: IRA LAKRITZ, LAW DEPARTMENT 200 RIVERFRONT BOULEVARD ELMWOOD PARK, NJ 07407 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/09/2011 | 67355 | $13,200,000.00 | No Liability Claim |
| 2 | SEALED AIR CORPORATION ATTN: IRA LAKRITZ, LAW DEPARTMENT 200 RIVERFRONT BOULEVARD ELMWOOD PARK, NJ 07407 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 03/09/2011 | 67356 | $13,200,000.00 | No Liability Claim |
| | | | | | TOTAL | $26,400,000.00 | |

**EXHIBIT K**
**(Proposed Order – ECF No. 27421)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :        **08-13555 (JMP)**
                                                         :
                          **Debtors.**                   :        **(Jointly Administered)**
----------------------------------------------------------------------x

## ORDER GRANTING THE TWO HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION TO CLAIMS (WARRANT CLAIMS)

Upon the two hundred eighty-first omnibus objection to claims, dated April 17, 2012 (the "Two Hundred Eighty-First Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking to reduce and allow the Warrant Claims on the basis that the amounts listed on the proofs of claim are greater than the fair, accurate, and reasonable values determined by the Plan Administrator after a review of the claimants' supporting documentation and LBHI's books and records, as more fully described in the Two Hundred Eighty-First Omnibus Objection to Claims; and due and proper notice of the Two Hundred Eighty-First Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) the claimants listed on Exhibit A attached to the Two Hundred Eighty-First Omnibus

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Eighty-First Omnibus Objection to Claims.

Objection to Claims; and (vi) all other parties entitled to notice in accordance with the

procedures set forth in the second amended order entered on June 17, 2010 governing case

management and administrative procedures for these cases [Docket No. 9653]; and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the Two Hundred Eighty-First Omnibus Objection to Claims is in the best

interests of LBHI, its creditors, and all parties in interest, and that the legal and factual bases set

forth in the Two Hundred Eighty-First Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Two Hundred Eighty-First Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Warrant Claim listed on Exhibit 1 annexed hereto is

reduced and allowed in the amount and priority set forth on Exhibit 1 under the column headings

"*Modified Amount*" and "*Modified Class*," and any asserted amounts in excess of the reduced

amount are disallowed; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1991 INVESTMENT COMPANY ATTN: GENE FURNISH 9520 NORTH MAY AVENUE SUITE 310 OKLAHOMA CITY, OK 73120 | 31209 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $63,544.00* | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 2 | 469 BERGMAN PROPERTIES LLC C/O CHESTER B. SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVENUE NEW YORK, NY 10171 | 22073[1] | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $477,202.70 | Lehman Brothers Holdings Inc. | Unsecured | $388,471.61 |
| 3 | ABRAHAMS, GARY & DALE 132 QUAYSIDE DRIVE JUPITER, FL 33477 | 15154 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $65,590.15 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 4 | AL-RASHID, IBRAHIM 1114 LOST CREEK BLVD., SUITE 120 AUSTIN, TX 78746-6370 | 31091 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $131,170.00 | Lehman Brothers Holdings Inc. | Unsecured | $101,244.00 |
| 5 | ALAN B. LEE TRUST DTD 10/14/04 2800 NORTH LAKESHORE DRIVE # 1416 CHICAGO, IL 60657-6210 | 2699 | 02/11/2009 | Lehman Brothers Holdings Inc. | Unsecured | $137,696.00 | Lehman Brothers Holdings Inc. | Unsecured | $112,092.80 |

[1] Only the portion of Claim 22073 relating to the security identified by ISIN 52520W143 is subject to the Two Hundred Eighty-First Omnibus Objection to Claims.  All other claim components that are not already expunged shall remain active on the claims register, subject to the Plan Administrator's rights to object to any remaining portions of Claim 22073.

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | | **MODIFIED** | |
| 6 | AME CAPITAL GROUP LLC 45 BROADWAY 25TH FLOOR NEW YORK, NY 10006 | 16079 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $471,490.34 |
| 7 | AMINI, MICHAEL AND MOLLY 100 NORTHEAST LOOP 410, SUITE 1300 SAN ANTONIO, TX 78216 | 15759 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $163,967.65* | Lehman Brothers Holdings Inc. | Unsecured | $126,555.00 |
| 8 | ARRAMREDDY, SUJITH K. AND YAMINI R. TRUSTEES ARRAMREDDY 2003 LIVING TRUST 7131 HEARTLAND WAY SAN JOSE, CA 95135 | 5161 | 07/07/2009 | Lehman Brothers Holdings Inc. | Unsecured | $227,198.40 | Lehman Brothers Holdings Inc. | Unsecured | $184,953.12 |
| 9 | B&J HOLLAND CAPITAL LTD. C.T. HOLLAND P.O. BOX 25143 DALLAS, TX 75225 | 3494 | 03/25/2009 | Lehman Brothers Holdings Inc. | Unsecured | $196,755.00 | Lehman Brothers Holdings Inc. | Unsecured | $151,866.00 |
| 10 | BAKER, JAMES R. JR. 600 EAGLE DRIVE PINEVILLE, LA 71360 | 2516 | 02/02/2009 | Lehman Brothers Holdings Inc. | Unsecured | $79,430.00 | Lehman Brothers Holdings Inc. | Unsecured | $63,277.50 |
| 11 | BERKMAN, WILLIAM C/O ASSOCIATED PARTNERS, LP 1230 AVENUE OF THE AMERICAS, SUITE 8C NEW YORK, NY 10020-1513 | 67158 | 10/27/2010 | Lehman Brothers Holdings Inc. | Unsecured | $65,590.15 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts          Page 2 of 46

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | BESHEARS, PRISCILLA 4500 BELCLAIRE AVENUE DALLAS, TX 75205 | 3499 | 03/25/2009 | Lehman Brothers Holdings Inc. | Unsecured | $65,585.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 13 | BISGAIER FAMILY LLC 3605 TANGLEWOOD DRIVE ANN ARBOR, MI 48105 | 9310 | 08/25/2009 | Lehman Brothers Holdings Inc. | Unsecured | $183,307.80 | Lehman Brothers Holdings Inc. | Unsecured | $149,223.54 |
| 14 | BISGAIER FAMILY LLC 3605 TANGLEWOOD DRIVE ANN ARBOR, MI 48105 | 9311 | 08/25/2009 | Lehman Brothers Holdings Inc. | Unsecured | $127,088.00 | Lehman Brothers Holdings Inc. | Unsecured | $101,244.00 |
| 15 | BISGIAER, CHARLES & PATRICIA 3605 TANGLEWOOD DRIVE ANN ARBOR, MI 48105 | 9308 | 08/25/2009 | Lehman Brothers Holdings Inc. | Unsecured | $63,544.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 16 | BOB AND AMY TRUEL COMMUNITY PROPERTY 10 PICCADILLY COURT SAN CARLOS, CA 94070<br><br>TRANSFERRED TO: BOB AND AMY TRUEL COMMUNITY PROPERTY 10 PICCADILLY COURT SAN CARLOS, CA 94070<br><br>TRANSFERRED TO: BOB AND AMY TRUEL COMMUNITY PROPERTY 10 PICCADILLY COURT SAN CARLOS, CA 94070 | 6510 | 07/28/2009 | Lehman Brothers Holdings Inc. | Unsecured | $92,560.00 | Lehman Brothers Holdings Inc. | Unsecured | $71,639.40 |
| 17 | BONNER, JEFFREY & BERNADETTE JTWROS 104 ELLISEN ROAD WATCHUNG, NJ 07069 | 25225 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $183,307.80 | Lehman Brothers Holdings Inc. | Unsecured | $149,223.54 |
| 18 | BRICK, BILL 5864 VERSAILLES AVENUE FRISCO, TX 75034 | 43217 | 10/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $459,130.10 | Lehman Brothers Holdings Inc. | Unsecured | $373,759.43 |
| 19 | CANN 1997 TRUST DATED 1/10/1997 C/O RUDD FAMILY OFFICE 2175 N. CALIFORNIA BLVD, STE 400 WALNUT CREEK, CA 94596 | 14328 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $229,349.90 | Lehman Brothers Holdings Inc. | Unsecured | $186,704.57 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 20 | CERF, WILLIAM M. 35 WARFIELD STREET UPPER MONTCLAIR, NJ 07043 | 24076 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $65,590.15 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 21 | CHILDERS, MICHAEL P. AND REBECCA 8066 PARK LN APT 1107 DALLAS, TX 75231-5969 | 32517 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $63,544.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 22 | CONE, SCOTT 909 WIRT ROAD HOUSTON, TX 77024-3405 | 30415 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $221,354.90 | Lehman Brothers Holdings Inc. | Unsecured | $186,704.57 |
| 23 | CRUIKSHANK, DOUGLAS A. 376 NEW ROCHELLE RD. BRONXVILLE, NY 10708 | 19367 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $143,552.50 | Lehman Brothers Holdings Inc. | Unsecured | $136,071.00 |
| 24 | CTH LOYAL TRUST C.T. HOLLAND P.O. BOX 25143 DALLAS, TX 75225 | 3492 | 03/25/2009 | Lehman Brothers Holdings Inc. | Unsecured | $65,585.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 25 | CYPRES, KATHI BEIFER 13045 RIVERS RD. LOS ANGELES, CA 90049 | 25393 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $65,590.15 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 26 | DAVID L. MCDONALD LIVING TRUST 14141 MILLERTON ROAD PRATHER, CA 93651-9798 | 9538 | 08/27/2009 | Lehman Brothers Holdings Inc. | Unsecured | $434,849.80 | Lehman Brothers Holdings Inc. | Unsecured | $329,821.80 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|-----------|--------|-------|--------|--------|-------|--------|
| 27 | DEANS, ALISON<br>115 EAST 9TH STREET<br>APT 20E<br>NEW YORK, NY 10003 | 16264 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | *$73,911.19* |
| 28 | DEFRANCESCO, JIM<br>2668 GOLF ISLAND RD<br>ELLICOT CITY, MD<br>21042-2287 | 5049 | 06/30/2009 | Lehman Brothers Holdings Inc. | Unsecured | $229,349.90 | Lehman Brothers Holdings Inc. | Unsecured | $186,704.57 |
| 29 | DEGENHARDT<br>FAMILY ENTERPRISES<br>LP<br>165 W. BAY ST, # 404<br>SAVANNAH, GA 31401 | 6502 | 07/28/2009 | Lehman Brothers Holdings Inc. | Unsecured | $459,130.10 | Lehman Brothers Holdings Inc. | Unsecured | $373,759.43 |
| 30 | DEL LAGO LIMITED<br>HAYDEN BROOKS<br>712 CONGRESS<br>AVENUE, SUITE 200<br>AUSTIN, TX 78701 | 3506 | 03/25/2009 | Lehman Brothers Holdings Inc. | Unsecured | $65,590.15 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 31 | DEMATTEIS, RICHARD<br>820 ELMONT ROAD<br>ELMONT, NY 11003 | 17301 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | *$100,883.52* |
| 32 | DEMATTEIS, SCOTT L.<br>820 ELMONT ROAD<br>ELMONT, NY 11003 | 17398 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | *$100,883.52* |
| 33 | DESAI, DINESH<br>779 ALLISON CT<br>MOORESTOWN, NJ<br>08057-1400 | 1744 | 01/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $127,088.00 | Lehman Brothers Holdings Inc. | Unsecured | $101,244.00 |
| 34 | DEVLIN, J. HUGH<br>C/O TRIPAR<br>CORPORATION<br>47 WEST RIVER ROAD,<br>SUITE A<br>RUMSON, NJ 07760 | 19607 | 09/19/2009 | Lehman Brothers Holdings Inc. | Unsecured | $229,349.90 | Lehman Brothers Holdings Inc. | Unsecured | $186,704.57 |

* - Indicates claim contains unliquidated and/or undetermined amounts

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 35 | DEVLIN, J. HUGH C/O TRIPAR CORPORATION 47 WEST RIVER ROAD, SUITE A RUMSON, NJ 07760 | 19610 | 09/19/2009 | Lehman Brothers Holdings Inc. | Unsecured | $111,202.00 | Lehman Brothers Holdings Inc. | Unsecured | $88,588.50 |
| 36 | DEVLIN, J. HUGH & N., TTEES THE NAVESINK FOUNDATION DTD 06/17/1998 47 WEST RIVER ROAD, SUITE A RUMSON, NJ 07760 | 19608 | 09/19/2009 | Lehman Brothers Holdings Inc. | Unsecured | $137,696.00 | Lehman Brothers Holdings Inc. | Unsecured | $112,092.80 |
| 37 | DEVLIN, J. HUGH & N., TTEES THE NAVESINK FOUNDATION DTD 06/17/1998 47 WEST RIVER ROAD, SUITE A RUMSON, NJ 07760 | 19609 | 09/19/2009 | Lehman Brothers Holdings Inc. | Unsecured | $95,316.00 | Lehman Brothers Holdings Inc. | Unsecured | $75,933.00 |
| 38 | DIBIASIO, ADOLF R. & JOSEPHINE, JTWROS 26 HIGH VIEW RD DARIEN, CT 06820 | 1194 | 12/03/2008 | Lehman Brothers Holdings Inc. | Unsecured | $63,544.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 39 | DIENER INVESTMENTS, L.P. ROBERT DIENER 8 INDIAN CREEK ISLAND ROAD INDIAN CREEK VILLAGE, FL 33154 | 2067 | 01/27/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,251,456.80 | Lehman Brothers Holdings Inc. | Unsecured | $1,000,239.46 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 40 | DOLE, ROBERT BRYN AND SUSAN BALDRY, COMMUNITY PROPERTY 1597 LOCHINVAR AVE SUNNYVALE, CA 94087 <br><br> TRANSFERRED TO: DOLE, ROBERT BRYN AND SUSAN BALDRY, COMMUNITY PROPERTY 1597 LOCHINVAR AVE SUNNYVALE, CA 94087 <br><br> TRANSFERRED TO: DOLE, ROBERT BRYN AND SUSAN BALDRY, COMMUNITY PROPERTY 1597 LOCHINVAR AVE SUNNYVALE, CA 94087 | 6671 | 07/30/2009 | Lehman Brothers Holdings Inc. | Unsecured | $157,535.30 | Lehman Brothers Holdings Inc. | Unsecured | $124,533.19 |
| 41 | DONALD J LITWIN REVOCABLE TRUST DTD 03/05/04 168 WEST BLVD FAR ROCKAWAY, NY 11518-2513 | 17580 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $81,981.25 | Lehman Brothers Holdings Inc. | Unsecured | $63,277.50 |
| 42 | DRAZAN, ANDREW 2 HAOGLANDS LANE GLEN HEAD, NY 11545 | 385 | 10/27/2008 | Lehman Brothers Holdings Inc. | Unsecured | $186,969.00 | Lehman Brothers Holdings Inc. | Unsecured | $150,544.77 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 43 | DUFFY, JAMES AND DEBORAH JTROS 8 RUNNING BROOK LANE NEW CANAAN, CT 06840 | 31394 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 44 | DWORECKI, ROMAN 535 EAST 86TH STREET APT 7C NEW YORK, NY 10028-7533 | 11036 | 09/10/2009 | Lehman Brothers Holdings Inc. | Unsecured | $98,377.50 | Lehman Brothers Holdings Inc. | Unsecured | $75,933.00 |
| 45 | EINBINDER, LEE J. 121 SQUIRE ROAD ROXBURY, CT 06783 | 16298 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $83,427.50 | Lehman Brothers Holdings Inc. | Unsecured | $63,277.50 |
| 46 | EINSIDLER, LEE SIDNEY FRANK IMPORTING CO., INC. 20 CEDAR STREET NEW ROCHELLE, NY 10801 | 15501 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $24,870.00 |
| 47 | ELKINS, JAY S. 79 GRIFFEN AVENUE SCARSDALE, NY 10583 | 9066 | 08/24/2009 | Lehman Brothers Holdings Inc. | Unsecured | $90,793.30 | Lehman Brothers Holdings Inc. | Unsecured | $73,911.19 |
| 48 | EMERALD TRAIL LTD. 808 TRAVIS ST. SUITE 2100 HOUSTON, TX 77002 | 25389 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $63,544.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 49 | ESPERANCE FAMILY FOUNDATION, THE 3672 PROSPECT RD ANN ARBOR, MI 48105-9534 | 15245 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $508,289.00 | Lehman Brothers Holdings Inc. | Unsecured | $392,320.50 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 50 | FAGEN, BRIAN R. 4 JOHN JAY PLACE RYE, NY 10580 | 33670 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $137,696.00 | Lehman Brothers Holdings Inc. | Unsecured | $112,092.80 |
| 51 | FERTITTA, JULIAN 3742 CHEVY CHASE DRIVE HOUSTON, TX 77019 | 2499 | 02/02/2009 | Lehman Brothers Holdings Inc. | Unsecured | $137,696.00 | Lehman Brothers Holdings Inc. | Unsecured | $112,092.80 |
| 52 | FIFTY-NINTH STREET INVESTORS, LLC 110 EAST 59H STREET 34TH FLOOR NEW YORK, NY 10022-1308 | 13818 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $918,256.35 | Lehman Brothers Holdings Inc. | Unsecured | $747,518.86 |
| 53 | FLUHR, JEFFREY G. TTEE THE JEFFREY G. FLUHR REV. TRUST DTD 11-8-05 200 LOCUST ST SAN FRANCISCO, CA 941181841 | 5443 | 07/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $330,900.00 | Lehman Brothers Holdings Inc. | Unsecured | $269,373.01 |
| 54 | FORTNER MARITAL TRUST STEVE FORTNER TRUSTEE 16850 COLLINS AVE. 112-200 SUNNY ISLES BEACH, FL 33160 | 17581 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $65,585.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 55 | FRANK, FREDERICK TTEE FREDERICK FRANK REV TRUST DTD 11/28/2006 109 EAST 91ST STREET NEW YORK, NY 10128-1601 TRANSFERRED TO: FRANK, FREDERICK TTEE FREDERICK FRANK REV TRUST DTD 11/28/2006 109 EAST 91ST STREET NEW YORK, NY 10128-1601 TRANSFERRED TO: FRANK, FREDERICK TTEE FREDERICK FRANK REV TRUST DTD 11/28/2006 109 EAST 91ST STREET NEW YORK, NY 10128-1601 | 9598 | 08/28/2009 | Lehman Brothers Holdings Inc. | Unsecured | $131,175.15 | Lehman Brothers Holdings Inc. | Unsecured | $101,244.00 |
| 56 | FROMMER, JACQUELINE 45 EAST 85TH ST. 4A NEW YORK, NY 10028 | 3746 | 04/10/2009 | Lehman Brothers Holdings Inc. | Unsecured | $63,544.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|-----------|--------|-------|--------|--------|-------|--------|
| 57 | FROMMER, JACQUELINE 45 EAST 85TH ST. APT# 4A NEW YORK, NY 10028 | 3749 | 04/10/2009 | Lehman Brothers Holdings Inc. | Unsecured | $183,307.80 | Lehman Brothers Holdings Inc. | Unsecured | $149,223.54 |
| 58 | GADIRAJU, SAI & VANAJA, TTEES GADIRAJU 2002 LIVING TRUST 27882 VIA VENTANA WAY LOS ALTOS, CA 94022-3269 | 4439 | 05/19/2009 | Lehman Brothers Holdings Inc. | Unsecured | $454,396.80 | Lehman Brothers Holdings Inc. | Unsecured | $369,906.24 |
| 59 | GALDI, GREGORY G. 14 FOX MEADOW LANE LLOYD HARBOR, NY 11743-1016 | 9731 | 08/28/2009 | Lehman Brothers Holdings Inc. | Unsecured | $218,741.90 | Lehman Brothers Holdings Inc. | Unsecured | $175,855.77 |
| 60 | GALLATIN VENTURES, LLC 4362 CHICKERING LANE NASHVILLE, TN 37215 | 4896 | 06/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $91,653.90 | Lehman Brothers Holdings Inc. | Unsecured | $74,611.77 |
| 61 | GALLATIN, RONALD L., TTEE 17061 BROOKWOOD DRIVE BOCA RATON, FL 33496 | 18619 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $1,114,622.78 |
| 62 | GARY SALOMON TRUST C/O GARY SALOMON 2542 HIGHLANDER WAY CARROLLTON, TX 75006 | 3810 | 04/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $65,585.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 63 | GATTO, JOSEPH 146 BROOKSIDE DRIVE GREENWICH, CT 06831 | 24607 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $163,968.00 | Lehman Brothers Holdings Inc. | Unsecured | $126,555.00 |
| 64 | GIBRALTER, TORIE 4360 LIVINGSTON AVE DALLAS, TX 752052608 | 3500 | 03/25/2009 | Lehman Brothers Holdings Inc. | Unsecured | $65,585.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 65 | GIFFUNI, MATTHEW 353 E 83RD ST, #23H NEW YORK, NY 10028 | 26564 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $104,769.60 | Lehman Brothers Holdings Inc. | Unsecured | $75,933.00 |
| 66 | GIFFUNI, VINCENT 2 FOX RUN HO HO KUS, NJ 07423 | 26563 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $174,616.00 | Lehman Brothers Holdings Inc. | Unsecured | $126,555.00 |
| 67 | GOLDFARB, DAVID 11 CHAUNCEY PLACE WOODBURY, NY 11797 | 4619 | 05/28/2009 | Lehman Brothers Holdings Inc. | Unsecured | $459,130.00 | Lehman Brothers Holdings Inc. | Unsecured | $373,759.43 |
| 68 | GOLDMAN ASSOCIATES 17305 ST JAMES COURT BOCA RATON, FL 33496 | 26273 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $336,628.69 |
| 69 | GOLDMAN, MICHAEL 17305 ST JAMES COURT BOCA RATON, FL 33496 | 26269 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $73,911.19 |
| 70 | GOLDSCHEIN, STEVEN 2075 BLANCHE LANE MERRICK, NY 11566-5504 | 16237 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $75,933.00 |
| 71 | GRAHAM, RICHARD D. 341 PINETREE DR NE ATLANTA, GA 30305 | 9996 | 09/01/2009 | Lehman Brothers Holdings Inc. | Unsecured | $83,427.50 | Lehman Brothers Holdings Inc. | Unsecured | $63,277.50 |
| 72 | GREEN, ADAM M. 147 CROSS HIGHWAY WESTPORT, CT 06880 | 18310 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $91,653.90 | Lehman Brothers Holdings Inc. | Unsecured | $74,611.77 |

* - Indicates claim contains unliquidated and/or undetermined amounts

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | | **MODIFIED** | |
| 73 | GRIFFIN, WILLIAM D. AND LISA 6538 NORWAY ROAD DALLAS, TX 75230-5242 | 11492 | 09/11/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $74,611.77 |
| 74 | H. GROSS FAMILY LP C/O HENRY GROSS 444 MADSION AVENUE, 18TH FL NEW YORK, NY 10022 | 16254 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $229,300.00 | Lehman Brothers Holdings Inc. | Unsecured | $176,982.30 |
| 75 | HAQUE, AISHA 171 WEST 57TH STREET APARTMENT 3C NEW YORK, NY 10019 | 32730 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $33,371.00 | Lehman Brothers Holdings Inc. | Unsecured | $25,311.00 |
| 76 | HAROLD SHAMAH 2010 FAMILY TRUST TRANSFEROR: SHAMAH 2000 FAMILY TRUST C/O HIS JUVENILES # 1004 35 WEST 35TH STREET NEW YORK, NY 10001 | 22072 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $275,388.15 | Lehman Brothers Holdings Inc. | Unsecured | $224,185.60 |
| 77 | HARTZELL, TIMOTHY NOLAN 50 WOOSTER STREET, APT 6 NEW YORK, NY 10013 | 32551 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $91,653.90 | Lehman Brothers Holdings Inc. | Unsecured | $74,611.77 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|------|---------|-----------|--------|-------|--------|--------|-------|--------|
| | | | | | **ASSERTED** | | | **MODIFIED** | |
| 78 | HECHINGER, JOHN W 970 WEST BROADWAY PMB 300 P.O. BOX 30,000 JACKSON, WY 83002 TRANSFERRED TO: HECHINGER, JOHN W 970 WEST BROADWAY PMB 300 P.O. BOX 30,000 JACKSON, WY 83002 TRANSFERRED TO: HECHINGER, JOHN W 970 WEST BROADWAY PMB 300 P.O. BOX 30,000 JACKSON, WY 83002 | 18179 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $137,696.00 | Lehman Brothers Holdings Inc. | Unsecured | $112,092.80 |
| 79 | HECHINGER, JUNE 2838 CHAIN BRIDGE ROAD WASHINGTON, DC 20016 | 18182 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $181,586.50 | Lehman Brothers Holdings Inc. | Unsecured | $159,136.85 |
| 80 | HECHINGER, S. ROSS 5001 UPTON ST, NW WASHINGTON, DC 20016 | 18273 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $81,986.40* | Lehman Brothers Holdings Inc. | Unsecured | $63,277.50 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 81 | HKSCC NOMINEES LIMITED ROOM 2505-06, 25/F VICWOOD PLAZA 199 DES VOEUX ROAD CENTRAL HONG KONG | 10051 | 09/01/2009 | Lehman Brothers Holdings Inc. | Unsecured | $27,793,548.39 | Lehman Brothers Holdings Inc. | Unsecured | $12,718,903.91 |
| 82 | HKSCC NOMINEES LIMITED ROOM 2505-06, 25/F VICWOOD PLAZA 199 DES VOEUX ROAD CENTRAL HONG KONG | 10052 | 09/01/2009 | Lehman Brothers Holdings Inc. | Unsecured | $24,658,064.52 | Lehman Brothers Holdings Inc. | Unsecured | $10,227,784.01 |
| 83 | HKSCC NOMINEES LIMITED ROOM 2505-06, 25/F VICWOOD PLAZA 199 DES VOEUX ROAD CENTRAL HONG KONG | 10053 | 09/01/2009 | Lehman Brothers Holdings Inc. | Unsecured | $23,357,264.52 | Lehman Brothers Holdings Inc. | Unsecured | $6,779,127.04 |
| 84 | HKSCC NOMINEES LIMITED ROOM 2505-06, 25/F VICWOOD PLAZA 199 DES VOEUX ROAD CENTRAL HONG KONG | 10054 | 09/01/2009 | Lehman Brothers Holdings Inc. | Unsecured | $16,335,483.87 | Lehman Brothers Holdings Inc. | Unsecured | $9,836,212.94 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 85 | HKSCC NOMINEES LIMITED ROOM 2505-06, 25/F VICWOOD PLAZA 199 DES VOEUX ROAD CENTRAL HONG KONG | 10055 | 09/01/2009 | Lehman Brothers Holdings Inc. | Unsecured | $17,767,741.94 | Lehman Brothers Holdings Inc. | Unsecured | $14,372,597.25 |
| 86 | HKSCC NOMINEES LIMITED ROOM 2505-06, 25/F VICWOOD PLAZA 199 DES VOEUX ROAD CENTRAL HONG KONG | 10056 | 09/01/2009 | Lehman Brothers Holdings Inc. | Unsecured | $25,625,806.45 | Lehman Brothers Holdings Inc. | Unsecured | $8,243,998.33 |
| 87 | HOROWITZ, RUTH E. 975 PARK AVENUE, APT. 16 C NEW YORK, NY 10028 | 32780 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $88,973.66 |
| 88 | HOWARD, NICHOLAS P. 114 WEST ROAD NEW CANAAN, CT 06840 | 28279[2] | 09/22/2009 | Lehman Brothers Holdings Inc. | Priority | $55,380.00 | Lehman Brothers Holdings Inc. | Unsecured | $55,380.00 |
| 89 | HVJ INVESTMENTS, LP HYLTON JONAS 6443 RIVERVIEW LANE DALLAS, TX 75248 | 3496 | 03/25/2009 | Lehman Brothers Holdings Inc. | Unsecured | $98,378.00 | Lehman Brothers Holdings Inc. | Unsecured | $75,933.00 |

[2] Only the portion of Claim 28279 relating to the security identified by ISIN 52520W143 is subject to the Two Hundred Eighty-First Omnibus Objection to Claims.  All other claim components that are not already expunged shall remain active on the claims register, subject to the Plan Administrator's rights to object to any remaining portions of Claim 28279.

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|--------|----------------|--------|-----------------|-------|--------|
| 90 | IRAGORRI, JULIAN<br>800 5TH AVE-25C<br>NEW YORK, NY 10065-7289 | 6910 | 07/31/2009 | Lehman Brothers Holdings Inc. | Unsecured | $97,247.80 | Lehman Brothers Holdings Inc. | Unsecured | $79,165.54 |
| 91 | IRAGORRI, JULIAN<br>800 5TH AVE APT 25C<br>NEW YORK, NY 10065-7289 | 6912 | 07/31/2009 | Lehman Brothers Holdings Inc. | Unsecured | $50,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $25,311.00 |
| 92 | IRELAND, DOUGLAS M. & MARY J. JTWROS<br>17 SIERRA AVENUE<br>PIEDMONT, CA 94611-3815 | 4972 | 06/23/2009 | Lehman Brothers Holdings Inc. | Unsecured | $63,544.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 93 | J.P MORGAN SECURITIES LLC, AS AGENT WITH RESPECT TO CERTAIN BENEFICIAL HOLDERS OF CALL WARRANTS ISSUED BY LEHMAN BROTHERS HOLDINGS INC.<br>ATTN: ROSE M. BURKE<br>270 PARK AVENUE, 9TH FLOOR<br>NEW YORK, NY 10017 | 27185 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $14,900,337.80* | Lehman Brothers Holdings Inc. | Unsecured | $12,640,058.50 |

* - Indicates claim contains unliquidated and/or undetermined amounts                                  Page 18 of 46

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

|  | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 94 | J.P MORGAN SECURITIES LLC, AS AGENT WITH RESPECT TO CERTAIN BENEFICIAL HOLDERS OF CALL WARRANTS ISSUED BY LEHMAN BROTHERS HOLDINGS INC. ATTN: ROSE M. BURKE 270 PARK AVENUE, 9TH FLOOR NEW YORK, NY 10017 | 27188 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $395,467.20* | Lehman Brothers Holdings Inc. | Unsecured | $292,528.30 |
| 95 | J.P MORGAN SECURITIES LLC, AS AGENT WITH RESPECT TO CERTAIN BENEFICIAL HOLDERS OF CALL WARRANTS ISSUED BY LEHMAN BROTHERS HOLDINGS INC. HOLDINGS INC. ATTN: ROSE M. BURKE 270 PARK AVENUE, 9TH FLOOR NEW YORK, NY 10017 | 27196 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,094,133.00* | Lehman Brothers Holdings Inc. | Unsecured | $461,521.91 |
| 96 | JACKSON DESCENDANTS 2002 TRUST C/O ALEXANDER E. JACKSON, TRUSTEE 33 GILLIAM LANE RIVERSIDE, CT 06878 | 16332 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,577,616.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,273,144.29 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 97 | JEFFREY SAMBERG TRUST 10 IVY HILL ROAD CHAPPAQUA, NY 10514 | 18659 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | *$188,456.02* |
| 98 | JOHN GALT INVESTMENTS, LLC 4870 BLUEBONNET BOULEVARD SUITE B BATON ROUGE, LA 70809 | 30578 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $233,012.00 | Lehman Brothers Holdings Inc. | Unsecured | $188,025.80 |
| 99 | JOHNSON, BRIAN AND JONI JTWROS 888 TOWER ROAD WINNETKA, IL 60093 | 15103 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $229,349.90 | Lehman Brothers Holdings Inc. | Unsecured | $186,704.57 |
| 100 | JT SERKO LP 7 WHITEGATE DRIVE OLD BROOKVILLE, NY 11545 | 17395 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | *$100,883.52* |
| 101 | JULIANO, TRACY L. 137 WESTMINSTER DR. MARS, PA 16046 TRANSFERRED TO: JULIANO, TRACY L. 137 WESTMINSTER DR. MARS, PA 16046 TRANSFERRED TO: JULIANO, TRACY L. 137 WESTMINSTER DR. MARS, PA 16046 | 11436 | 09/11/2009 | Lehman Brothers Holdings Inc. | Unsecured | $65,590.15 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 102 | K. CAMP BAILEY 440 LOUISIANA ST SUITE 2100 HOUSTON, TX 77002-4206 | 18595 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $100,113.00 | Lehman Brothers Holdings Inc. | Unsecured | $75,933.00 |
| 103 | KAPLAN, ALICE 1965 BROADWAY APT 24E NEW YORK, NY 10023 | 15135 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $538,746.02 |
| 104 | KASSON, AMY 2 STRAWBERRY LANE WARREN, NJ 07059 | 22698 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $100,883.52 |
| 105 | KASSON, MARK S. C/O SIG MANAGEMENT, LLC 26 JOURNAL SQUARE, SUITE 803 JERSEY CITY, NJ 07306 | 15138 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $100,883.52 |
| 106 | KCB PROPERTIES, LTD. 440 LOUISIANA ST, SUITE 2100 HOUSTON, TX 77002-4206 | 16085 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $137,696.00 | Lehman Brothers Holdings Inc. | Unsecured | $112,092.80 |
| 107 | KEVIN F. FLYNN JUNE, 1992 NON-EXEMPT TRUST C/O SVEN NYLEN K&L GATES LLP 70 WEST MADISON STREET, SUITE 3100 CHICAGO, IL 60602-4207 | 22164 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $477,202.70* | Lehman Brothers Holdings Inc. | Unsecured | $388,471.61 |

* - Indicates claim contains unliquidated and/or undetermined amounts

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 108 | KHOWAYLO, ALEX 10 FOREST RIDGE RD UPPER SADDLE RIVER, NJ 07458 | 24282 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $222,159.60 | Lehman Brothers Holdings Inc. | Unsecured | $176,982.30 |
| 109 | KHOWAYLO, ALEX 10 FOREST RIDGE RD UPPER SADDLE RIVER, NJ 07458 | 24283 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $243,119.50 | Lehman Brothers Holdings Inc. | Unsecured | $197,913.85 |
| 110 | KOBERNICK, JEFFREY AND LOURDES 349 RIDGEWOOD AVE GLEN RIDGE, NJ 07028 | 15256 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $33,371.00 | Lehman Brothers Holdings Inc. | Unsecured | $25,311.00 |
| 111 | KOEHLER, KARL H.J., III 1112 PARK AVE #14B NEW YORK, NY 10128-1235 | 1214 | 12/04/2008 | Lehman Brothers Holdings Inc. | Unsecured | $63,544.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 112 | KSP PROPERTIES LLC 840 BLUE MOUNTAIN ROAD SANTA ROSA BEACH, FL 32459 | 19640 | 09/19/2009 | Lehman Brothers Holdings Inc. | Unsecured | $63,544.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 113 | LAGRATTA, ROGER J. & CONSTANCE A. 1 BIRCHWOOD LANE DANBURY, CT 06811-4317 | 10754 | 09/08/2009 | Lehman Brothers Holdings Inc. | Unsecured | $98,378.75 | Lehman Brothers Holdings Inc. | Unsecured | $75,933.00 |
| 114 | LANGER INVESTMENT PARTNERS 5144 E. PALOMINO ROAD PHOENIX, AZ 85018 | 15405 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $168,139.20 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 115 | LAPIDUS, ALVIN M. 19333 COLLINS AVE #1601 SUNNY ISLES, FL 33160 | 9498 | 08/27/2009 | Lehman Brothers Holdings Inc. | Unsecured | $243,119.00 | Lehman Brothers Holdings Inc. | Unsecured | $197,913.85 |
| 116 | LEWIS, GEORGE 3100 MONTICELLO AVENUE, SUITE 150 DALLAS, TX 75205 | 3502 | 03/25/2009 | Lehman Brothers Holdings Inc. | Unsecured | $65,585.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 117 | LIEBERBERG, ROBERT 120 EAST END AVE. APT 4B NEW YORK, NY 10028 | 13413 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $97,500.00 | Lehman Brothers Holdings Inc. | Unsecured | $75,933.00 |
| 118 | LIQUIDITY SOLUTIONS, INC. TRANSFEROR: CESERY, BARBARA H. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | 7808 | 08/10/2009 | Lehman Brothers Holdings Inc. | Unsecured | $285,718.20 | Lehman Brothers Holdings Inc. | Unsecured | $232,592.56 |
| 119 | LIQUIDITY SOLUTIONS, INC. TRANSFEROR: CESERY, BARBARA H. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | 7809 | 08/10/2009 | Lehman Brothers Holdings Inc. | Unsecured | $380,775.20 | Lehman Brothers Holdings Inc. | Unsecured | $303,342.60 |
| 120 | LOCHER, KURT A. 500 W END AVE APT 5C NEW YORK, NY 100244317 | 23624 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $91,653.90 | Lehman Brothers Holdings Inc. | Unsecured | $74,611.77 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 121 | LOEBER MOTORS INC. 4255 W. TOUHY AVE. LINCOLNWOOD, IL 60712 | 8606 | 08/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $91,653.90 | Lehman Brothers Holdings Inc. | Unsecured | $74,611.77 |
| 122 | LORENZ CAPITAL LTD. ANDY SCHWITTER 1216 MONTEREY CIRCLE PLANO, TX 75075 | 3495 | 03/25/2009 | Lehman Brothers Holdings Inc. | Unsecured | $131,170.00 | Lehman Brothers Holdings Inc. | Unsecured | $101,244.00 |
| 123 | LOVENEST, LLC ROBERT ERVIN 450 PRYOR BLVD STURGIS, KY 42459<br><br>TRANSFERRED TO: LOVENEST, LLC ROBERT ERVIN 450 PRYOR BLVD STURGIS, KY 42459<br><br>TRANSFERRED TO: LOVENEST, LLC ROBERT ERVIN 450 PRYOR BLVD STURGIS, KY 42459 | 7319 | 08/04/2009 | Lehman Brothers Holdings Inc. | Unsecured | $75,732.80 | Lehman Brothers Holdings Inc. | Unsecured | $61,651.04 |
| 124 | LOWITT, IAN THEO BARCLAYS WEALTH 200 PARK AVENUE, 4TH FLOOR NEW YORK, NY 10166 | 13024 | 09/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $243,119.50 | Lehman Brothers Holdings Inc. | Unsecured | $197,913.85 |
| 125 | MARANTZ, ALAN J. 545 TOMPKINS AVENUE, 3FL. MAMARONECK, NY 10543 | 1766 | 01/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $918,260.20 | Lehman Brothers Holdings Inc. | Unsecured | $747,518.86 |

* - Indicates claim contains unliquidated and/or undetermined amounts                Page 24 of 46

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | | **MODIFIED** | |
| 126 | MARCUS FOUNDATION, INC. ATTN: DOUG DINAPOLI 1266 WEST PACES FERRY ROAD #615 ATLANTA, GA 30327-2306 | 25224 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $882,265.65 | Lehman Brothers Holdings Inc. | Unsecured | $807,560.60 |
| 127 | MARCUS, BERNARD 1266 WEST PACES FERRY ROAD, #615 ATLANTA, GA 30327 | 16176 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $882,269.50 | Lehman Brothers Holdings Inc. | Unsecured | $807,564.45 |
| 128 | MARINO, THOMAS 91 CENTRAL PARK W APT 14A NEW YORK, NY 10023-4660 | 15170 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $183,307.80 | Lehman Brothers Holdings Inc. | Unsecured | $149,223.54 |
| 129 | MAY, MARK 262 CENTRAL PARK WEST, # 3B NEW YORK, NY 10024 | 18343 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $91,653.90 | Lehman Brothers Holdings Inc. | Unsecured | $74,611.77 |
| 130 | MAYERS, ROY AND NANCY 3552 LOST CREEK BOULEVARD AUSTIN, TX 78735-1507 | 3590 | 04/01/2009 | Lehman Brothers Holdings Inc. | Unsecured | $131,170.00 | Lehman Brothers Holdings Inc. | Unsecured | $101,244.00 |
| 131 | MCCASKEY CHARITABLE REMAINDER TRUST, THE 14836 THREE OAKS CT SARATOGA, CA 95070-5500 | 6685 | 07/30/2009 | Lehman Brothers Holdings Inc. | Unsecured | $100,113.00 | Lehman Brothers Holdings Inc. | Unsecured | $75,933.00 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 132 | MCKEIGE, DOUGLAS AND BARNEVIK, MARIE 1337 FLAGLER DR MAMARONECK, NY 10543-4604 | 12349 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $183,307.00 | Lehman Brothers Holdings Inc. | Unsecured | $149,223.54 |
| 133 | MEYER, H. CONRAD III & MEYER, SARAH S. JTWROS 1 WOODLAND AVE BRONXVILLE, NY 10708-3208 | 13303 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $133,484.00 | Lehman Brothers Holdings Inc. | Unsecured | $101,244.00 |
| 134 | MICIONI, PETER 98 LEWIS PT. RD FAIR HAVEN, NJ 07704 | 19428 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $95,316.00 | Lehman Brothers Holdings Inc. | Unsecured | $75,933.00 |
| 135 | MIKULICH, RAYMOND C. 15 CENTRAL PARK WEST, APT 15D NEW YORK, NY 10023 | 23843 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $454,827.00 | Lehman Brothers Holdings Inc. | Unsecured | $370,256.53 |
| 136 | MILBURN REVOCABLE TRUST WILLIAM MILBURN 3801 N. CAPITAL OF TEXAS HIGHWAY SUITE J200 AUSTIN, TX 78746 | 3505 | 03/25/2009 | Lehman Brothers Holdings Inc. | Unsecured | $163,962.50 | Lehman Brothers Holdings Inc. | Unsecured | $126,555.00 |
| 137 | MILLER, JOHN T. 11330 HARBOR BREEZE DR. MONTGOMERY, TX 77356 | 5644 | 07/20/2009 | Lehman Brothers Holdings Inc. | Unsecured | $63,544.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 138 | MMB LLC TIMOTHY ERVIN 450 PRYOR BLVD STURGIS, KY 42459 TRANSFERRED TO: MMB LLC TIMOTHY ERVIN 450 PRYOR BLVD STURGIS, KY 42459 TRANSFERRED TO: MMB LLC TIMOTHY ERVIN 450 PRYOR BLVD STURGIS, KY 42459 | 7318 | 08/04/2009 | Lehman Brothers Holdings Inc. | Unsecured | $75,732.80 | Lehman Brothers Holdings Inc. | Unsecured | $61,651.04 |
| 139 | MOONEY, JOHN 1 PATRIOTS DRIVE LEXINGTON, MA 02420 | 30627 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $158,860.00 | Lehman Brothers Holdings Inc. | Unsecured | $126,555.00 |
| 140 | MOORE, WALTER T. 715 EAST BROW RD LOOKOUT MOUNTAIN, TN 37350 | 25586 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $100,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $25,311.00 |
| 141 | MORTON FAMILY TRUST MR. LON MORTON 23945 CALABASAS ROAD #203 CALABASAS, CA 91302 | 2849 | 02/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $165,235.00 | Lehman Brothers Holdings Inc. | Unsecured | $134,511.36 |
| 142 | MOSES, PETER J. 2 VISTA AVENUE OLD GREENWICH, CT 06870 | 17859 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $158,860.00 | Lehman Brothers Holdings Inc. | Unsecured | $126,555.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 143 | NEWTON, ROGER AND COCO JTWROS 3672 PROSPECT RD ANN ARBOR, MI 48105-9534 | 15246 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $508,289.00 | Lehman Brothers Holdings Inc. | Unsecured | $392,320.50 |
| 144 | NICHOLS, JAMES M. 407 SAVOIE DR PALM BEACH GARDENS, FL 33410 TRANSFERRED TO: NICHOLS, JAMES M. 407 SAVOIE DR PALM BEACH GARDENS, FL 33410 TRANSFERRED TO: NICHOLS, JAMES M. 407 SAVOIE DR PALM BEACH GARDENS, FL 33410 | 32040 | 09/22/2009 | Lehman No Case Asserted/All Cases Asserted | Unsecured | Undetermined | Lehman No Case Asserted/All Cases Asserted | Unsecured | $74,611.77 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 145 | NOTO, LUCIO A. 215 OTTER ROCK DRIVE GREENWICH, CT 06830  TRANSFERRED TO: NOTO, LUCIO A. 215 OTTER ROCK DRIVE GREENWICH, CT 06830  TRANSFERRED TO: NOTO, LUCIO A. 215 OTTER ROCK DRIVE GREENWICH, CT 06830 | 22303 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $218,741.90 * | Lehman Brothers Holdings Inc. | Unsecured | $175,855.77 |
| 146 | OLIVE TREE HOLDINGS, LLC 45 BROADWAY, 25TH FLOOR NEW YORK, NY 10006 | 16334 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $329,821.80 |
| 147 | OLIVE TREE HOLDINGS, LLC 45 BROADWAY, 25TH FLOOR NEW YORK, NY 10006 | 18270 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $471,490.34 |
| 148 | PATEL, VARSHA 1 BETTY ANN DRIVE EDISON, NJ 08820 | 11589 | 09/11/2009 | Lehman Brothers Holdings Inc. | Unsecured | $63,544.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 149 | PATEL, VARSHA 1 BETTY ANN DRIVE EDISON, NJ 08820 | 12202 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $91,590.00 | Lehman Brothers Holdings Inc. | Unsecured | $74,611.77 |
| 150 | PIPKIN, GREGORY 11227 SMITHDALE RD HOUSTON, TX 77024 | 4276 | 05/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $217,126.00 | Lehman Brothers Holdings Inc. | Unsecured | $175,370.30 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 151 | PORTAGALLO, MARGUERITE & JAMES 6 TULLER CT LINCROFT, NJ 07738-1626 | 9550 | 08/27/2009 | Lehman Brothers Holdings Inc. | Unsecured | $250,513.90 | Lehman Brothers Holdings Inc. | Unsecured | $201,166.77 |
| 152 | PWM SECURE TRUST PATRICIA MILLER 10995 CROOKED CREEK DRIVE DALLAS, TX 75229 | 3507 | 03/25/2009 | Lehman Brothers Holdings Inc. | Unsecured | $98,378.00 | Lehman Brothers Holdings Inc. | Unsecured | $75,933.00 |
| 153 | RAJU VEGESNA FOUNDATION, THE ATTN: RAJU VEGESNA 5808 TROWBRIDGE WAY SAN JOSE, CA 95138-2362 | 4364 | 05/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $127,088.00* | Lehman Brothers Holdings Inc. | Unsecured | $101,244.00 |
| 154 | RAMSEY, PETER 50 FERNWOOD RD SUMMIT, NJ 07901-2954 | 9624 | 08/28/2009 | Lehman Brothers Holdings Inc. | Unsecured | $137,696.00 | Lehman Brothers Holdings Inc. | Unsecured | $112,092.80 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|------|---------|------------|--------|----------------|--------|--------|----------------|--------|
| 155 | RICH AND HEIDI SKRENTA COMMUNITY PROPERTY 103 DEER LANE SAN CARLOS, CA 94070 TRANSFERRED TO: RICH AND HEIDI SKRENTA COMMUNITY PROPERTY 103 DEER LANE SAN CARLOS, CA 94070 TRANSFERRED TO: RICH AND HEIDI SKRENTA COMMUNITY PROPERTY 103 DEER LANE SAN CARLOS, CA 94070 TRANSFERRED TO: RICH AND HEIDI SKRENTA COMMUNITY PROPERTY 103 DEER LANE SAN CARLOS, CA 94070 | 6214 | 07/27/2009 | Lehman Brothers Holdings Inc. | Unsecured | $157,535.30 | Lehman Brothers Holdings Inc. | Unsecured | $124,533.19 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 156 | ROBERT M NEUMEISTER JR TRUST DTD 12/6/05 ROBERT M NEUMEISTER JR TRUSTEE 2729 SILVER CLOUD DR PARK CITY, UT 84060 | 382 | 10/27/2008 | Lehman Brothers Holdings Inc. | Unsecured | $65,590.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 157 | ROCKRIVER, LLC GARY ERVIN 450 PRYOR BLVD STURGIS, KY 42459 TRANSFERRED TO: ROCKRIVER, LLC GARY ERVIN 450 PRYOR BLVD STURGIS, KY 42459 TRANSFERRED TO: ROCKRIVER, LLC GARY ERVIN 450 PRYOR BLVD STURGIS, KY 42459 | 7320 | 08/04/2009 | Lehman Brothers Holdings Inc. | Unsecured | $75,732.80 | Lehman Brothers Holdings Inc. | Unsecured | $61,651.04 |
| 158 | ROFOUGARAN, AHMADREZA (REZA) 33 VISTA LUCI NEWPORT COAST, CA 92657 | 25392[3] | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $516,868.00 | Lehman Brothers Holdings Inc. | Unsecured | $417,996.28 |

[3] Only the portions of Claim 25392 relating to the securities identified by ISIN 524935111 and ISIN 52520W143 are subject to the Two Hundred Eighty-First Omnibus Objection to Claims.  All other claim components that are not already expunged shall remain active on the claims register, subject to the Plan Administrator's rights to object to any remaining portions of Claim 25392.

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 32 of 46

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 159 | ROGER L. WESTON REV TRUST 360 W ILLINOIS ST APT 11C CHICAGO, IL 606545246 | 19600 | 09/19/2009 | Lehman Brothers Holdings Inc. | Unsecured | $918,260.20 | Lehman Brothers Holdings Inc. | Unsecured | $747,518.86 |
| 160 | ROSE, WALTER E. C/O ARI H. JAFFE KOHRMAN JACKSON & KRANTZ, PLL ONE CLEVELAND CENTER 20TH FLOOR 1375 E. 9TH STREET CLEVELAND, OH 44114 | 8000 | 08/11/2009 | Lehman Brothers Holdings Inc. | Unsecured | $687,193.00 | Lehman Brothers Holdings Inc. | Unsecured | $551,683.75 |
| 161 | ROTI, STEPHEN L. & AIMEE, JOINT TENANTS 333 DUCK POND RD MATINECOCK, NY 11560 | 3018 | 02/25/2009 | Lehman Brothers Holdings Inc. | Unsecured | $91,653.90 | Lehman Brothers Holdings Inc. | Unsecured | $74,611.77 |
| 162 | RYDEX NV, INC 316 CALIFORNIA AVE #448 RENO, NV 89509-1650 | 18271 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $718,917.65* | Lehman Brothers Holdings Inc. | Unsecured | $554,895.00 |
| 163 | SALZMAN, BARBARA C/O SAMUEL N. REIKEN, ESQ. 314 WEST 22NDS STREET, APT. 1 NEW YORK, NY 10022 | 24734 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $91,653.90 | Lehman Brothers Holdings Inc. | Unsecured | $74,611.77 |
| 164 | SAMMONS, JOHN 9202 MARKVILLE DR DALLAS, TX 75243 | 32506 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $63,544.60 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 165 | SCHAEFFER, DONALD & JOAN 11 PAYNE CIRCLE HEWLETT, NY 11557 | 17392 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $100,883.52 |
| 166 | SEARS, BRIAN 230 WEST 56TH APT 53C NEW YORK, NY 10019 | 24911 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $25,311.00 |
| 167 | SEARS, BRIAN 230 WEST 56TH APT 53C NEW YORK, NY 10019 | 24914 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $149,223.54 |
| 168 | SEMPLE, ALAN & LAUREN, AS TENANTS IN COMMON C/O ROBERT D. ALBERGOTTI HAYNES AND BOONE, LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS, TX 75219 | 2123 | 01/29/2009 | Lehman Brothers Holdings Inc. | Unsecured | $65,590.15* | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 169 | SHAMAH, HAROLD H. C/O CHESTER B SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFY LLP 299 PARK AVENUE NEW YORK, NY 10171 | 22070 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $734,522.10 | Lehman Brothers Holdings Inc. | Unsecured | $597,945.03 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 170 | SHAMAH, ISAAC C/O CHESTER B. SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVE NEW YORK, NY 10171 | 22071 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $320,999.95 | Lehman Brothers Holdings Inc. | Unsecured | $261,316.34 |
| 171 | SHAW, JEROME M. TTEE JEROME M. SHAW REV TRUST DTD 10/17/05 3 GROVE ISLE DRIVE PENTHOUSE ONE COCONUT GROVE, FL 33133-4118 | 14744 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $688,480.00 | Lehman Brothers Holdings Inc. | Unsecured | $560,464.00 |
| 172 | SHERMAN, RICHARD F. 202 SCHOONER LANE DUCK KEY, FL 33050 | 5348 | 07/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $90,793.30 | Lehman Brothers Holdings Inc. | Unsecured | $73,911.19 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 173 | SHULIN SUN #402 PARK HOUSE SHIMAZUYAMA 6-1-8 KITA-SHINAGAWA SHINAGAWA-KU TOKYO, 141-0001 JAPAN  TRANSFERRED TO: SHULIN SUN #402 PARK HOUSE SHIMAZUYAMA 6-1-8 KITA-SHINAGAWA SHINAGAWA-KU TOKYO, 141-0001 JAPAN  TRANSFERRED TO: SHULIN SUN #402 PARK HOUSE SHIMAZUYAMA 6-1-8 KITA-SHINAGAWA SHINAGAWA-KU TOKYO, 141-0001 JAPAN | 5859 | 07/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $133,484.00 | Lehman Brothers Holdings Inc. | Unsecured | $101,244.00 |
| 174 | SIKELE INVESTMENTS HOLDINGS LP BRIAN ROSENBLOOM 6015 YORKVILLE COURT DALLAS, TX 75248 | 3503 | 03/25/2009 | Lehman Brothers Holdings Inc. | Unsecured | $98,378.00 | Lehman Brothers Holdings Inc. | Unsecured | $75,933.00 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 175 | SILBERSTEIN, STEVEN 46 MURRAY AVE PORT WASHINGTON, NY 11050 | 2040 | 01/27/2009 | Lehman Brothers Holdings Inc. | Unsecured | $91,653.90 | Lehman Brothers Holdings Inc. | Unsecured | $74,611.77 |
| 176 | SIMPSON, JOHN C. PO BOX 11636 ALEXANDRIA, LA 71315 | 4313 | 01/27/2009 | Lehman Brothers Holdings Inc. | Unsecured | $317,231.20 | Lehman Brothers Holdings Inc. | Unsecured | $252,720.60 |
| 177 | SINGER, ROBERT VIA VIVALO 17 20122 MILANO ITALY | 12560 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $403,886.50* | Lehman Brothers Holdings Inc. | Unsecured | $306,792.81 |
| 178 | SIX TWENTY TWO INVESTMENTS, INC 12 SABINE ROAD SYOSSET, NY 11791 | 15849 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $25,311.00 |
| 179 | SMITH, KEVIN 7290 S.W. 42ND STREET MIAMI, FL 33155 | 28233 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $278,623.80* | Lehman Brothers Holdings Inc. | Unsecured | $225,156.54 |
| 180 | SOBEL, CLIFFORD M. & BARBARA 225 MILLBURN AVE STE 202A MILLBURN, NJ 07041-1712 | 799 | 11/18/2008 | Lehman Brothers Holdings Inc. | Unsecured | $545,261.00* | Lehman Brothers Holdings Inc. | Unsecured | $461,521.91 |
| 181 | SOBEL, DR. HOWARD 960 A- PARK AVENUE NEW YORK, NY 10028 | 17583 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $98,377.50 | Lehman Brothers Holdings Inc. | Unsecured | $75,933.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | | ASSERTED | | | MODIFIED | |
| 182 | SOUTHFIELD INVESTORS, LIMITED PARTNERSHIP C/O WILLIAM LIPKIND, ESQ. 80 MAIN STREET, SUITE 350 WEST ORANGE, NJ 07052 | 23908 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $459,130.10 | Lehman Brothers Holdings Inc. | Unsecured | $373,759.43 |
| 183 | STACKMAN, SCOTT 385 W 12TH ST APT W4 NEW YORK, NY 10014-1888 | 1443 | 12/24/2008 | Lehman Brothers Holdings Inc. | Unsecured | $32,797.65 | Lehman Brothers Holdings Inc. | Unsecured | $25,311.00 |
| 184 | STEIN III., SIDNEY J. 33 EAST RIDGE RD LOUDONVILLE, NY 12211 | 3559 | 03/30/2009 | Lehman Brothers Holdings Inc. | Unsecured | $91,653.90 | Lehman Brothers Holdings Inc. | Unsecured | $74,611.77 |
| 185 | STEVEN G. HOLDER LIVING TRUST C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS, TX 75219 | 2228 | 01/30/2009 | Lehman Brothers Holdings Inc. | Unsecured | $262,092.90* | Lehman Brothers Holdings Inc. | Unsecured | $202,293.30 |
| 186 | SULLIVAN, THOMAS 11509 HIGHLAND FARM ROAD POTOMAC, MD 20854 | 2037 | 01/27/2009 | Lehman Brothers Holdings Inc. | Unsecured | $163,922.50 | Lehman Brothers Holdings Inc. | Unsecured | $126,555.00 |
| 187 | SZCZERBIAK, WALTER TTEE 26 PEABODY ROAD COLD SPRING HARBOR, NY 11724-1714 | 30402 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $158,866.00 | Lehman Brothers Holdings Inc. | Unsecured | $126,555.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 38 of 46

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

|  | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 188 | TALBOT FAMILY LIMITED PARTNERSHIP 15 CATHEDRAL AVENUE GARDEN CITY, NY 11530 | 15214 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 189 | TEMPIC FIVE, LLC 22 CANYON RIM NEWPORT COAST, CA 92657 | 22933 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $666,393.20 | Lehman Brothers Holdings Inc. | Unsecured | $505,441.20 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | | **MODIFIED** | |
| 190 | THE JETTER LIVING TRUST 417 MANZANITA AVENUE CORTE MADERA, CA 94925 | 6213 | 07/27/2009 | Lehman Brothers Holdings Inc. | Unsecured | $66,742.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| | TRANSFERRED TO: THE JETTER LIVING TRUST 417 MANZANITA AVENUE CORTE MADERA, CA 94925 | | | | | | | | |
| | TRANSFERRED TO: THE JETTER LIVING TRUST 417 MANZANITA AVENUE CORTE MADERA, CA 94925 | | | | | | | | |
| | TRANSFERRED TO: THE JETTER LIVING TRUST 417 MANZANITA AVENUE CORTE MADERA, CA 94925 | | | | | | | | |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 191 | THE MOLOKAI TRUST JOEL LEVINE TTEE 505 SOUTH FLAGLER DRIVE, SUITE 900 WEST PALM BEACH, FL 33401 | 24970 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $82,700.00 | Lehman Brothers Holdings Inc. | Unsecured | $81,210.00 |
| 192 | TYREE, C D PO BOX 161 MORAN, WY 83013 | 15430 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $918,260.00 | Lehman Brothers Holdings Inc. | Unsecured | $747,518.86 |
| 193 | UBELHART, KAREN A 800 WEST END AVE APT 7A NEW YORK, NY 10025-5467<br><br>TRANSFERRED TO: UBELHART, KAREN A 800 WEST END AVE APT 7A NEW YORK, NY 10025-5467<br><br>TRANSFERRED TO: UBELHART, KAREN A 800 WEST END AVE APT 7A NEW YORK, NY 10025-5467 | 30621[4] | 09/22/2009 | Lehman No Case Asserted/All Cases Asserted | Priority | $183,308.00 | Lehman No Case Asserted/All Cases Asserted | Unsecured | $149,223.54 |

---

[4] Only the portion of Claim 30621 relating to the security identified by ISIN 52520W143 is subject to the Two Hundred Eighty-First Omnibus Objection to Claims.  All other claim components that are not already expunged shall remain active on the claims register, subject to the Plan Administrator's rights to object to any remaining portions of Claim 30621.

* - Indicates claim contains unliquidated and/or undetermined amounts

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 194 | VEGESNA, RAJU & BALA - TTEES VEGESNA FAMILY TRUST MR. AND MRS. RAJU VEGESNA 5808 TROWBRIDGE WAY SAN JOSE, CA 95138-2362 | 4373 | 05/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $908,793.60* | Lehman Brothers Holdings Inc. | Unsecured | $739,812.48 |
| 195 | VIRAGH, KATHERINE, A. & VIRAGH, MARK S. AS TRUSTEES 50 NORTH SIERRA STREET, UNIT # 1101 RENO, NV 89501 | 28234 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $163,967.65* | Lehman Brothers Holdings Inc. | Unsecured | $126,555.00 |
| 196 | VIRAGH, MARK AND ROBERT, AS TRUSTEES 3605 WOODHAVEN COURT BEDFORD, TX 76021 | 25564 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $163,967.65* | Lehman Brothers Holdings Inc. | Unsecured | $126,555.00 |
| 197 | VIRAGH, ROBERT J. AND KATHERINE A. VIRAGH, AS TRUSTEES 4325 GULF OF MEXICO DRIVE, UNIT 601 LONGBOAT KEY, FL 34228 | 34636 | 09/23/2009 | Lehman Brothers Holdings Inc. | Unsecured | $163,967.65 | Lehman Brothers Holdings Inc. | Unsecured | $126,555.00 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 198 | WEISBROD, LESLIE STEPPEL NIXON PEABODY LLP 437 MADISON AVENUE, 18TH FLOOR ATTN: ADAM B. GILBERT , ESQ. NEW YORK, NY 10022 | 2881 | 02/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $114,778.90 | Lehman Brothers Holdings Inc. | Unsecured | $88,588.50 |
| 199 | WENDER, HERBERT & PENNEY 144 VINTAGE ISLE LANE PALM BEACH GARDENS, FL 33418-4604 | 8965 | 08/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $183,307.80 | Lehman Brothers Holdings Inc. | Unsecured | $149,223.54 |
| 200 | WERTENTEIL, IRA C/O CHESTER B. SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVE NEW YORK, NY 10171 | 22076 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $441,391.50 | Lehman Brothers Holdings Inc. | Unsecured | $403,978.85 |
| 201 | WIENER, PAULETTE 166 MONTAGUE STREET BROOKLYN, NY 11201 | 32005 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $275,392.00 | Lehman Brothers Holdings Inc. | Unsecured | $224,185.60 |

*** - Indicates claim contains unliquidated and/or undetermined amounts**

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 202 | WINFREY, GRANTHAM 869 MELVILLE AVENUE PALO ALTO, CA 94301  TRANSFERRED TO: WINFREY, GRANTHAM 869 MELVILLE AVENUE PALO ALTO, CA 94301  TRANSFERRED TO: WINFREY, GRANTHAM 869 MELVILLE AVENUE PALO ALTO, CA 94301 | 10212 | 09/03/2009 | Lehman Brothers Holdings Inc. | Unsecured | $90,793.30 | Lehman Brothers Holdings Inc. | Unsecured | $73,911.19 |
| 203 | WITOVER, M. KENNETH 12 SABINE ROAD SYOSSET, NY 11791 | 15143 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $67,956.26 |
| 204 | WITTEN, RICHARD E. CHESTER B. SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVE NEW YORK, NY 10171 | 22075 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,869,953.80 | Lehman Brothers Holdings Inc. | Unsecured | $1,505,680.66 |
| 205 | WOHLEBER, ROBERT 21 STARBOARD COURT MIRAMAR BEACH, FL 32550-4904 | 12216 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $65,590.15 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 206 | WOLITZER, STEVEN B 1185 PARK AVENUE APARTMENT 6A NEW YORK, NY 10128-1309 | 26314 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $400,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $309,775.54 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 207 | WOLT, ETHAN 155 WEST 68TH STREET, APT 24B NEW YORK, NY 10023 | 1788 | 01/20/2009 | Lehman Brothers Holdings Inc. | Unsecured | $63,544.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| 208 | WREN, DONALD D. 100 EVANS LN #115W LANTANA, FL 33462-3301 | 1566 | 01/02/2009 | Lehman Brothers Holdings Inc. | Unsecured | $131,528.00 | Lehman Brothers Holdings Inc. | Unsecured | $112,092.80 |
| 209 | YETNIKOFF, WALTER 181 EAST 90TH STREET - APT 24B NEW YORK, NY 10128-2395 | 30454 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $98,377.50 | Lehman Brothers Holdings Inc. | Unsecured | $75,933.00 |
| 210 | YOUNG, ROGER & BROPHY, PETER 11021 WINCOPIN CIRCLE, SUITE 450 COLUMBIA, MD 21044 | 18276 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $98,382.65* | Lehman Brothers Holdings Inc. | Unsecured | $75,933.00 |
| 211 | ZALTZMAN, LEON & NINA 348 CRESCENT DR FRANKLIN LAKES, NJ 07417 | 14854 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $91,653.90 | Lehman Brothers Holdings Inc. | Unsecured | $74,611.77 |
| 212 | ZOREK, JEFFREY A. 689 SHUNPIKE ROAD GREEN VILLAGE, NJ 07935 | 14268 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $137,696.00 | Lehman Brothers Holdings Inc. | Unsecured | $112,092.80 |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 281: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 213 | ZWARENSTEIN & HIRMAND TRUST 54 MOUNT HAMILTON AVE LOS ALTOS, CA 94022-2233 TRANSFERRED TO: ZWARENSTEIN & HIRMAND TRUST 54 MOUNT HAMILTON AVE LOS ALTOS, CA 94022-2233 TRANSFERRED TO: ZWARENSTEIN & HIRMAND TRUST 54 MOUNT HAMILTON AVE LOS ALTOS, CA 94022-2233 | 7323 | 08/04/2009 | Lehman Brothers Holdings Inc. | Unsecured | $65,590.15 | Lehman Brothers Holdings Inc. | Unsecured | $50,622.00 |
| | | | | | TOTAL | $193,152,422.64 | | TOTAL | $113,881,260.12 |

**EXHIBIT L**
**(Proposed Order – ECF No. 27374)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ..................................................................... | x | **Chapter 11 Case No.** |
| | : | |
| In re : | : | **08-13555 (JMP)** |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | **(Jointly Administered)** |
| | : | |
| Debtors. | : | |
| ..................................................................... | x | |

### ORDER GRANTING DEBTORS' TWO HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)

Upon the two hundred eighty-second omnibus objection to claims, dated April 16, 2012

(the "Two Hundred Eighty-Second Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"), in accordance with section 502 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's

order approving procedures for the filing of omnibus objections to proofs of claim [Docket No.

6664], seeking disallowance and expungement of the Late-Filed Claims on the basis that they

were filed after the General Bar Date or Securities Program Bar Date, as applicable, all as more

fully described in the Two Hundred Eighty-Second Omnibus Objection to Claims; and due and

proper notice of the Two Hundred Eighty-Second Omnibus Objection to Claims having been

provided, and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the Two Hundred Eighty-Second Omnibus

---

[1] Terms not defined herein shall have the meanings ascribed to them in the Two Hundred Eighty-Second Omnibus

Objection to Claims is in the best interests of the Debtors and their creditors, and that the legal

and factual bases set forth in the Two Hundred Eighty-Second Omnibus Objection to Claims

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Eighty-Second Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on <u>Exhibit 1</u> are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on <u>Exhibit A</u> annexed to the Debtors' Two

Hundred Eighty-Second Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed

hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
       New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE

2

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 282: EXHIBIT 1- LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ASHLEY, SHELDON AND MEREDITH 246-25  52ND AVENUE DOUGLASTON, NY 11362 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/26/2012 | 68067 | $25,000.00 | Late-Filed Claim |
| 2 | BARNETT, DAVID L. 1106 S. CHASEWAY COURT BLOOMINGTON, IN 47401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/13/2012 | 68047 | $39,686.50 | Late-Filed Claim |
| 3 | CARROLL, JOHN 4A RADNOR ROAD HARROW MIDDLESEX, HA1 1RY UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/05/2012 | 67942 | $35,917.13 | Late-Filed Claim |
| 4 | CATTOLICO, MICHAEL A. 15706 BOULDER MOUNTAIN ROAD POWAY, CA 92064 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/19/2012 | 68057 | $28,841.00 | Late-Filed Claim |
| 5 | COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE - BANKRUPTCY UNIT 100 CAMBRIDGE STREET, 7TH FLOOR P.O. BOX 9564 BOSTON, MA 02114-9564 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/08/2012 | 68039 | $2,037.18 | Late-Filed Claim |
| 6 | FOWLER, WAYNE S. 42 6B STREET, BINH HUNG HOA B, BINH TAN DISTRICT, HO CHI MWH CITY - VIETNAM, | | Lehman No Case Asserted/All Cases Asserted | 03/23/2012 | 68066 | $19,315,750.00 | Late-Filed Claim |
| 7 | GRECO, JO ANN 6360 HIGH CORNER RD BROOKSVILLE, FL 34602 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/21/2012 | 68064 | $12,500.00 | Late-Filed Claim |
| 8 | LYNN A. PAKULLA REVOCABLE TRUST 9063 DUNLOGGIN RD ELLICOTT CITY, MD 21042 | | Lehman No Case Asserted/All Cases Asserted | 03/19/2012 | 68055 | $19,758.44 | Late-Filed Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 282: EXHIBIT 1- LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | MAYO, JAMIE 22 WORDSWORTH ROAD SHORT HILLS, NJ 07078 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/12/2012 | 68045 | $24,666.07 | Late-Filed Claim |
| 10 | MITRA, SUBHASH C. 3404A GIRAR COURT KILLEEN, TX 76542 | | Lehman No Case Asserted/All Cases Asserted | 03/19/2012 | 68058 | $4,906.00 | Late-Filed Claim |
| 11 | STOCK MARKET INDEX INTERNATIONAL 29 BARTON ROAD LONDON, W14 9HB UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 03/05/2012 | 67944 | Undetermined | Late-Filed Claim |
| 12 | TEEUWEN, FJKS WLADIMIRLAAN 19 BUSSUM, BA 1404 NETHERLANDS | | Lehman No Case Asserted/All Cases Asserted | 03/12/2012 | 68046 | $76,045.61 | Late-Filed Claim |
| 13 | TREMONTI, MARK C/O AKERMAN SENTERFITT 350 EAST LAS OLAS BLVD., 16TH FLR. FORT LAUDERDALE, FL 33301 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/12/2012 | 68044 | $700,000.00 | Late-Filed Claim |
| 14 | VANDINA, MONICA 396 CLOVER PLACE HOLBROOK, NY 11741 | | Lehman No Case Asserted/All Cases Asserted | 03/22/2012 | 68065 | $12,400.00 | Late-Filed Claim |
| | | | | | TOTAL | $20,297,507.93 | |

**EXHIBIT M**
**(Proposed Order – ECF No. 27375)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :        **08-13555 (JMP)**
                                                   :
                        **Debtors.**               :        **(Jointly Administered)**
-------------------------------------------------------------------x

**ORDER GRANTING THE**
**TWO HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION TO**
**CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

Upon the two hundred eighty-third omnibus objection to claims, dated April 16,

2012 (the "Two Hundred Eighty-Third Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"), in accordance with section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Bankruptcy Rule 3007(d) and this Court's order approving procedures for

the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and

expungement of the Duplicative of Indenture Trustee Claims on the grounds that such claims are

substantively duplicative of the corresponding Indenture Trustee Claims, all as more fully

described in the Two Hundred Eighty-Third Omnibus Objection to Claims; and due and proper

notice of the Two Hundred Eighty-Third Omnibus Objection to Claims having been provided to

(i) the U.S. Trustee; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue

Service; (iv) the United States Attorney for the Southern District of New York; (v) the claimants

listed on Exhibit A attached to the Two Hundred Eighty-Third Omnibus Objection to Claims;

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Two Hundred Eighty-Third Omnibus Objection to Claims.

and (vi) all other parties entitled to notice in accordance with the procedures set forth in the

second amended order entered on June 17, 2010, governing case management and administrative

procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice

need be provided; and the Court having found and determined that the relief requested in the

Two Hundred Eighty-Third Omnibus Objection to Claims is in the best interests of LBHI, its

estate, creditors, and all parties in interest and that the legal and factual bases set forth in the Two

Hundred Eighty-Third Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Eighty-Third Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "Duplicative of Indenture Trustee Claims") are disallowed and expunged in

with prejudice as set forth therein; and it is further

ORDERED that the claim listed on Exhibit 1 annexed hereto under the heading

"*Surviving Claim*" (the "Indenture Trustee Claims") will remain on the claims register subject to

the Debtors' rights to further object as set forth herein; and it is further

ORDERED that nothing in this Order or disallowance and expungement of the

Duplicative of Indenture Trustee Claim constitutes any admission or finding with respect to the

Indenture Trustee Claims, and the Plan Administrator's rights to object to the Indenture Trustee

Claim on any basis is preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on <u>Exhibit A</u> annexed to the Two Hundred

Eighty-Third Omnibus Objection to Claims under the heading "*Claims to be Disallowed and*

*Expunged*" that is not listed on <u>Exhibit 1</u> annexed hereto and (ii) the Indenture Trustee Claims;

and it is further

    ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
   New York, New York

        _____

        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 283: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | BURPEE, CHARLES MCNEIL 14596 JASON ST. CARMEL, IN 46033 | 08/17/2009 | | 8487 | $15,104.00 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE FOR CUSIP 52520B206 THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |
| 2 | CITY EMPLOYEE WELFARE FUND LOCAL 3 IBEW MITCHEL B. CRANER, ESQ. 60 EAST 42ND STREET, SUITE 4700 NEW YORK, NY 10165 | 01/20/2009 | | 1826 | $500,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $48,783,940,671.27 | Duplicative of Indenture Trustee Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 283: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **REASON** |
| 3  CLOTHAKIS, LEONA 898 HILLCREST BOULEVARD MILLBRAE, CA 94030-2367 | 09/25/2009 | | 34920 | Undetermined | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE FOR CUSIP 52520B206 THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |
| 4  COHEN, LAWRENCE J. AND LISA N. COHEN C/O DEUTSCH AND LIPNER 1325 FRANKLIN AVENUE SUITE 225 GARDEN CITY, NY 11530 | 08/17/2009 | 08-13555 (JMP) | 8466 | $400,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $48,783,940,671.27 | Duplicative of Indenture Trustee Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 283: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **REASON** |
| 5  CURTIS, JEANETTE R. 401 BURWASH, # 205 SAVOY, IL 61874 | 03/05/2012 | | 67941 | $20,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $48,783,940,671.27 | Duplicative of Indenture Trustee Claim |
| 6  JUDITH N. DAVIS REVOCABLE TRUST 160 EAST 72ND STREET NEW YORK, NY 10021 | 11/24/2008 | 08-13555 (JMP) | 906 | $300,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $48,783,940,671.27 | Duplicative of Indenture Trustee Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 283: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 7 | MARKELL, RICHARD A. 14 TALLTREE ROAD NEW ROCHELLE, NY 10804 | 08/28/2009 | | 9596[1] | Undetermined | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE FOR CUSIP 52519Y209 ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21805 | $314,207,499.10 | Duplicative of Indenture Trustee Claim |
| 8 | SAFRA NATIONAL BANK OF NEW YORK AS CUSTODIAN FOR ITS CLIENTS 546 FIFTH AVENUE NEW YORK, NY 10036 | 06/01/2009 | 08-13555 (JMP) | 4703[2] | $550,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $48,783,940,671.27 | Duplicative of Indenture Trustee Claim |

|  | TOTAL | $1,785,104.00* |
|---|---|---|

[1] The Two Hundred and Eighty-Third Omnibus Objection to Claims is only seeking to expunge the portion of the Claim No. 9596 that relates to the note with CUSIP 52519Y209, and does not have any effect on any other portion of Claim No. 9596

[2] The Two Hundred and Eighty-Third Omnibus Objection to Claims is only seeking to expunge the portions of the Claim No. 4703 that relate to the notes with CUSIPs 022662635, 52519FER8, 52517PU41, and 034952370, and does not have any effect on any other portion of Claim No. 4703

**EXHIBIT N**
**(Proposed Order – ECF No. 27377)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                        :      **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :      **08-13555 (JMP)**
                                                             :
                            **Debtors.**            :      **(Jointly Administered)**
------------------------------------------------------------------x

**ORDER GRANTING THE**
**TWO HUNDRED EIGHTY-FOURTH OMNIBUS OBJECTION TO**
**CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

Upon the two hundred eighty-fourth omnibus objection to claims, dated

April 16, 2012 (the "Two Hundred Eighty-Fourth Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan

Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman

Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), in accordance with section

502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Bankruptcy Rule

3007(d) and this Court's order approving procedures for the filing of omnibus objections

to proofs of claim [Docket No. 6664], seeking to reclassify Stock Claims as equity

interests, all as more fully described in the Two Hundred Eighty-Fourth Omnibus

Objection to Claims; and due and proper notice of the Two Hundred Eighty-Fourth

Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the

Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United

States Attorney for the Southern District of New York; (v) the claimants listed on Exhibit

A attached to the Two Hundred Eighty-Fourth Omnibus Objection to Claims; and (vi) all

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Eighty-Fourth Omnibus Objection to Claims.

other parties entitled to notice in accordance with the procedures set forth in the second

amended order entered on June 17, 2010, governing case management and administrative

procedures for these cases [Docket No. 9635]; and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief

requested in the Two Hundred Eighty-Fourth Omnibus Objection to Claims is in the best

interests of LBHI, its estate, creditors, and all parties in interest and that the legal and

factual bases set forth in the Two Hundred Eighty-Fourth Omnibus Objection to Claims

establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Eighty-Fourth

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto are hereby

reclassified as equity interests and have the same priority as, and no greater priority than,

common stock interests in LBHI as set forth in Exhibit 1; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the

Two Hundred Eighty-Fourth Omnibus Objection to Claims that is not listed on Exhibit 1

annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2012
          New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 284: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | DAICHI JAPAN CORPORATION ROOM 212 2/F METRO CENTRE 1 32 LAM KING STREET KOWLOON BAY KOWLOON, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33217 | $196,065.00 |
| 2 | PAUL, SUSANNE 7901 BRICKLEBUSH COVE AUSTIN, TX 78750 | | Lehman No Case Asserted/All Cases Asserted | 03/01/2012 | 67936 | $25,000.00 |
| 3 | SHEN, JIANSHENG JENSEN 8502 HORNWOOD DR. HOUSTON, TX 77036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35437 | $8,002.50 |
| 4 | STEMAR SALES C/O BRYANT BRAMSON 1 WOOD AVENUE, PH2 WEST MOUNT, QC H3Z 3C5 CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10627 | $7,241.83 |
| | | | | | TOTAL | $236,309.33 |

**EXHIBIT O**
**(Proposed Order – ECF No. 27379)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                   :
                        **Debtors.**              :        **(Jointly Administered)**
-----------------------------------------------------------------x

## ORDER GRANTING TWO HUNDRED AND EIGHTY FIFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)

Upon the two hundred eighty-fifth omnibus objection to claims, dated April 16,

2012 (the "Two Hundred Eighty-Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"), in accordance with section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim

[Docket No. 6664], seeking disallowance and expungement of the Duplicative Claims on the

grounds that such claims are duplicative of the corresponding Surviving Claims, either exactly or

in substance, all as more fully described in the Two Hundred Eighty-Fifth Omnibus Objection to

Claims; and due and proper notice of the Two Hundred Eighty-Fifth Omnibus Objection to

Claims having been provided to (i) the U.S. Trustee; (ii) the Securities and Exchange

Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern

District of New York; (v) the claimants listed on Exhibit A attached to the Two Hundred Eighty-

Fifth Omnibus Objection to Claims; and (vi) all other parties entitled to notice in accordance

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Eighty-Fifth Omnibus Objection to Claims.

with the procedures set forth in the second amended order entered on June 17, 2010 governing

case management and administrative procedures for these cases [Docket No. 9635]; and it

appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Two Hundred Eighty-Fifth Omnibus Objection to Claims

is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that

the legal and factual bases set forth in the Two Hundred Eighty-Fifth Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Eighty-Fifth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "Duplicative Claims") are disallowed and expunged in their entirety with

prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading

"*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register

subject to the Plan Administrator's right to object as set forth herein; and it is further

ORDERED that all information included on and all documentation filed in

support of any Duplicative Claims, including, but not limited to, derivative and guarantee

questionnaires and supporting documentation, shall be treated as having been filed in support of

the corresponding Surviving Claims; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the

Duplicative Claims constitutes any admission or finding with respect to any of the Surviving

2

Claims, and the Plan Administrator's rights to object to the Surviving Claims on any basis are preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on <u>Exhibit A</u> annexed to the Two Hundred Eighty-Fifth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on <u>Exhibit 1</u> annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim is not appropriately duplicative of the corresponding Duplicative Claim, then the claims agent shall be authorized and directed to immediately reinstate such Duplicative Claim in these chapter 11 cases (the "<u>Reinstated Claim</u>"), and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

 

_____
UNITED STATES BANKRUPTCY JUDGE

3

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 285: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AVIVA LIFE & ANNUITY CO. F/K/A AMERICAN INVESTORS LIFE INSURANCE CO., INC. C/O AVIVA INVESTORS NORTH AMERICA, INC., ATTN: SHANI HATFIELD 699 WALNUT STREET, SUITE 17000 DES MOINES, IA 50309 | 12/22/2011 | 08-13555 (JMP) | 67813 | $2,209,112.25 | AMERICAN INVESTORS LIFE INSURANCE CO., INC. N/K/A AVIVA LIFE ANNUITY CO. C/O AVIVA IVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 1700 DES MOINES, IA 50309 | 12/16/2009 | 08-13555 (JMP) | 65963 | $2,209,112.25 |
| 2 | FENG GUOMING 3575, CAO AN GONG LU SHANGHAI, PRC 201812 CHINA | 11/04/2009 | 08-13555 (JMP) | 64579 | $410,000.00* | FENG GUOMING 3575, CAO AN GONG LU SHANGHAI, PRC 201812 CHINA | 11/02/2009 | 08-13555 (JMP) | 61320 | $224,570.03 |
| 3 | LEHMAN BROTHERS REAL ESTATE MEZZANINE CAPITAL PARTNERS LP ATTN: JOHN PRETE AND GABRIEL WILLEY 280 PARK AVENUE, 35TH FLOOR NEW YORK, NY 10017 | 03/05/2012 | 08-13555 (JMP) | 67945 | Undetermined | LEHMAN BROTHERS REAL ESTATE MEZZANINE CAPITAL PARTNERS LP ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK, NY 10019 | 03/05/2012 | 08-13555 (JMP) | 68031 | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 285: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | TOGEL, SILVIA AND SILVIA NATASCHA ZIEHRERGASSE 15 KLOSTERNEUBURG, 3400 AUSTRIA | 03/05/2012 | 08-13555 (JMP) | 67943 | $17,172.00 | KONSTANTIN, DI DR., & TOGEL, SILVIA, MAG. ZIEHRERGASSE 15 KLOSTERNEUBURG, 3400 AUSTRIA | 10/22/2009 | 08-13555 (JMP) | 43553 | $17,029.27 |
| | | | TOTAL | | $2,636,284.25 | | | | | |

**EXHIBIT P**
**(Proposed Order – ECF No. 27382)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
In re                                                                                    :          **Chapter 11 Case No.**
                                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :          **08-13555 (JMP)**
                                                                                         :
                                        **Debtors.**                  :          **(Jointly Administered)**
------------------------------------------------------------------------x

### ORDER GRANTING TWO HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (ASSIGNED CONTRACT CLAIMS)

Upon the two hundred eighty-sixth omnibus objection to claims, dated April 16, 2012 (the "Two Hundred Eighty-Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for certain entities in the above-referenced chapter 11 cases (the "Chapter 11 Estates"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the Assigned Contract Claims on the grounds that they assert claims related to contracts for which the Chapter 11 Estates do not have liability, all as more fully described in the Two Hundred Eighty-Sixth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Eighty-Sixth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) the claimants listed on Exhibit A attached to the Two

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Eighty-Sixth Omnibus Objection to Claims.

Hundred Eighty-Sixth Omnibus Objection to Claims; and (vi) all other parties entitled to notice

in accordance with the procedures set forth in the second amended order entered on June 17,

2010 governing case management and administrative procedures for these cases [ECF No.

9635]; and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the Two Hundred Eighty-Sixth Omnibus

Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all

parties in interest and that the legal and factual bases set forth in the Two Hundred Eighty-Sixth

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

      ORDERED that the relief requested in the Two Hundred Eighty-Sixth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

      ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "Assigned Contract Claims") are disallowed

and expunged in their entirety with prejudice; and it is further

      ORDERED that the Plan Administrator has withdrawn without prejudice the Two

Hundred Eighty-Sixth Omnibus Objection to Claims with respect to the claim listed on Exhibit 2

hereto; and it is further

      ORDERED that the Plan Administrator has adjourned to June 28, 2012 (or as may

be further adjourned by the Plan Administrator) the Two Hundred Eighty-Sixth Omnibus

Objection to Claims with respect to the claim listed on Exhibit 3 annexed hereto; and it is further

      ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred

Eighty-Sixth Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed hereto; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 286: EXHIBIT 1 – ASSIGNED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ALLTELL INFORMATION SERVICES, INC. N/K/A FIDELITY NATIONAL INFORMATION SERVICES, INC. 601 RIVERSIDE AVENUE, T/2 JACKSONVILLE, FL 32204 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25657 | $26,120.00 |
| 2 | ALLTELL INFORMATION SERVICES, INC. N/K/A FIDELITY NATIONAL INFORMATION SERVICES, INC. 601 RIVERSIDE AVENUE, T/2 JACKSONVILLE, FL 32204 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25658 | $281,150.00 |
| 3 | ALLTELL INFORMATION SERVICES, INC. N/K/A FIDELITY NATIONAL INFORMATION SERVICES, INC. 601 RIVERSIDE AVENUE, T/2 JACKSONVILLE, FL 32204 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25659 | $129,800.00 |
| 4 | DATA INC. 72 SUMMIT AVE. MONTAVALE, NJ 07645 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2009 | 35883 | $5,400.00 |
| 5 | GLOBAL COAL LIMITED ENERGY HOUSE 9 KING STREET LONDON, EC2V 8EA UNITED KINGDOM | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 10/22/2008 | 337 | $14,100.00 |
| 6 | GREYWARE AUTOMATION PRODUCTS, INC. 308 ORIOLE CT MURPHY, TX 75094 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2008 | 17 | $20,460.00 |
| 7 | IESMARTSYSTEMS, LLC C/O JOSHUA W. WOLFSHOHL PORTER & HEDGES, L.L.P. 1000 MAIN STREET, 36TH FLOOR HOUSTON, TX 77002 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/21/2009 | 3873 | $101,240.84* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 286: EXHIBIT 1 – ASSIGNED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 8 | IM2 CONSULTING / RAINMAKER GROUP LLC<br>ATTN BRIAN C WINTERS<br>230 PARK AVENUE<br>SUITE 1000<br>NEW YORK, NY 10169 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2008 | 67 | $304,000.00 |
| 9 | INTERNATIONAL SOS ASSISTANCE INC.<br>3600 HORIZON BOULEVARD<br>SUITE 300<br>TREVOSE, PA 19053 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2008 | 48 | $4,000.00 |
| 10 | KELNARD<br>ATTN:SHELDON NEIL<br>38-26 TENTH ST<br>LONG ISLAND CITY, NY 11101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30425 | $1,652.11 |
| 11 | LCM COMMODITIES LLC<br>445 PARK AVE FL 16<br>NEW YORK, NY 10022-8618 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/13/2008 | 169 | $480.00 |
| 12 | LCM COMMODITIES LLC<br>445 PARK AVE FL 16<br>NEW YORK, NY 10022-8618 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 10/13/2008 | 170 | $35,190.00 |
| 13 | MCLARTY ASSOCIATES<br>PAUL HART, CFO<br>8028 CANTRELL ROAD, SUITE 201<br>LITTLE ROCK, AR 72227 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/09/2008 | 1256 | $100,000.00 |
| 14 | RIDGE TECHNOLOGIES, INC.<br>ATTN: THOMAS RIDGEWAY, PRESIDENT<br>1111 SECAUCUS ROAD<br>SECAUCUS, NJ 07094 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2008 | 66 | $79,348.00 |
| 15 | TALKPOINT HOLDINGS, LLC<br>100 WILLIAM STREET, 9TH FLOOR<br>NEW YORK, NY 10038 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2008 | 9 | $70,225.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 286: EXHIBIT 1 – ASSIGNED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 16 | VALTERA CORPORATION ATTN: LEGAL DEPT. 1701 GOLF ROAD, TOWER 2-1100 ROLLING MEADOWS, IL 60008 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/26/2008 | 38 | $44,941.00 |
| | | | | | TOTAL | $1,218,106.95 |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 286: EXHIBIT 2 – ASSIGNED CONTRACT CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | NEW YORK MERCANTILE EXCHANGE, INC ATTN: LISA A DUNSKY DIRECTO AND ASSOCIATE GENERAL COUNSEL CME GROUP INC. 20 S WACKER DRIVE CHICAGO, IL 60606 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/10/2009 | 11304 | Undetermined |
| | | | | | TOTAL | $0.00 |

# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 286: EXHIBIT 3 – ASSIGNED CONTRACT CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | AKF ENGINEERS LLP (F/K/A ATKINSON KOVEN FEINBERG ENGINEERS, LLP) ROBERT L'INSALATA 1501 BROADWAY, SUITE 700 NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11335 | $45,678.62 |
| | | | | | TOTAL | $45,678.62 |

**EXHIBIT Q**
**(Proposed Order – ECF No. 27385)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :
                                                                   :      Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :      08-13555 (JMP)
                                                                   :
                              Debtors.                             :      (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x

### ORDER GRANTING THE
### TWO HUNDRED EIGHTY SEVENTH OMNIBUS
### OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the two hundred eighty seventh omnibus objection to claims, dated April

16, 2012 (the "Two Hundred Eighty Seventh Omnibus Objection to Claims"),[1] of Lehman

Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the

Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its

Affiliated Debtors, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy

Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's order

approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664],

seeking disallowance and expungement of the No Liability Claims on the basis that the Chapter

11 Estates have no liability for such claims, all as more fully described in the Two Hundred

Eighty Seventh Objection to Claims; and due and proper notice of the Two Hundred Eighty

Seventh Objection to Claims having been provided, and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief requested in

the Two Hundred Eighty Seventh Objection to Claims is in the best interests of LBHI, its estate,

creditors, and all parties in interest and that the legal and factual bases set forth in the Two

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Two Hundred Eighty Seventh
Omnibus Objection to Claims.

Hundred Eighty Seventh Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Eighty Seventh

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Two Hundred

Eighty Seventh Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 287: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | CA INC.<br>ATTENTION: ROBERT AUSTEN<br>ONE CA PLAZA<br>ISLANDIA, NY 11792 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/17/2009 | 3806 | $394,163.00 |
| 2 | CAMBIUM MANAGEMENT INC<br>C/O FALCON CLIFF<br>PALACE ROAD<br>DOUGLAS, IM2 4LB<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33146 | $389,618.00 |
| 3 | CQG, INC.<br>ATTN: BILLING<br>1050 17TH ST., SUITE 2000<br>DENVER, CO 80265 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/14/2008 | 181 | $5,123.16 |
| 4 | JOHNSON CONTROLS INC<br>ATTN: BRIAN WILDERMAN M-72<br>507 E MICHIGAN ST<br>MILWAUKEE, WI 53202 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/26/2008 | 35 | $4,239.63 |
| 5 | OUTTASK LLC (WHOLY-OWNED SUBSIDIARY OF CONCUR TECHNOLOGIES INC)<br>ATTN LEGAL DEPARTMENT<br>18400 NE UNION HILL ROAD<br>REDMOND, WA 98052 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2008 | 360 | $64,656.87 |
| 6 | STONE & MCCARTHY RESEARCH ASSOCIATES, INC.<br>518 BUSINESS PARK DR<br>CN 845<br>PRINCETON, NJ 08542 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/08/2009 | 4808 | $1,035.00 |
| 7 | TRI-STAR DESIGN, INC<br>63 SOUTH ST STE 275<br>HOPKINTON, MA 01748-2239 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2008 | 7 | $288,000.00 |
| | | | | | TOTAL | $1,146,835.66 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT R**
**(Proposed Order – ECF No. 27397)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x
In re                                                     :        **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                          :
                              **Debtors.**                :        **(Jointly Administered)**
--------------------------------------------------------------------x

### ORDER GRANTING THE
### TWO HUNDRED EIGHTY-EIGHTH OMNIBUS
### <u>OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)</u>

Upon the two hundred eighty-eighth omnibus objection to claims, dated April 17,

2012 (the "<u>Two Hundred Eighty-Eighth Omnibus Objection to Claims</u>"),[1] of Lehman Brothers

Holdings Inc. ("<u>LBHI</u>" and the "<u>Plan Administrator</u>"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "<u>Plan</u>"), pursuant to section 502 of title 11 of the United States Code (the

"<u>Bankruptcy Code</u>"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's

order approving procedures for the filing of omnibus objections to proofs of claim [Docket No.

6664], seeking disallowance and expungement of the No Liability Claims on the basis that LBHI

has no liability for such claims, all as more fully described in the Two Hundred Eighty-Eighth

Omnibus Objection to Claims; and due and proper notice of the Two Hundred Eighty-Eighth

Omnibus Objection to Claims having been provided, and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief requested in

the Two Hundred Eighty-Eighth Omnibus Objection to Claims is in the best interests of LBHI,

its estate, creditors, and all parties in interest and that the legal and factual bases set forth in the

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Two Hundred Eighty-Eighth
Omnibus Objection to Claims.

Two Hundred Eighty-Eighth Omnibus Objection to Claims establish just cause for the relief

granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Eighty-Eighth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that the hearing on the Two Hundred Eighty-Eighth Omnibus

Objection to Claims is adjourned *sine die* with respect to the claims listed on Exhibit 2 annexed

hereto; and it is

ORDERED that the Court-appointed claims agent is authorized to modify the

claims register to reflect this order; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Two Hundred

Eighty-Eighth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
          New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 288: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ALTIDOR, FRITZNER L.<br>514 UNION ST<br>LINDEN, NJ 07036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29299 | $10,500.00 |
| 2 | BARBUZZA, SALVATORE V.<br>3802 BEECHWOOD PLACE<br>SEAFORD, NY 11783 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26411 | $77,000.00 |
| 3 | BASS, BRADLEY<br>110 E DELAWARE PL APT 804<br>CHICAGO, IL 60611-1485 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65219 | $38,771.10 |
| 4 | BESS, DONNA E<br>1777 GRAND CONCOURSE #4E<br>BRONX, NY 10453 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26345 | $12,053.00 |
| 5 | BRODERICK, MARCIA A<br>PO BOX 155<br>MORRILL, NE 69358-0155 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/10/2009 | 7896 | $10,000.00 |
| 6 | CHERNINA, DARYA<br>2780 WEST 5TH ST.<br>APT. 2J<br>BROOKLYN, NY 11224 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31290 | $20,530.74 |
| 7 | COHEN, MICHAEL C<br>9 MEADOW WOODS ROAD<br>LAKE SUCCESS, NY 11020 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30003 | $20,000.00 |
| 8 | GABBAY, MARK<br>HOUSE 11<br>51-55 DEEP WATER BAY ROAD<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11077 | $24,842.00 |
| 9 | GARG, SANDEEP<br>35 E 12TH ST APT 2C<br>NEW YORK, NY 10003-4630 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15686 | $405,288.00 |
| 10 | GERAGHTY, RONALD J.<br>17 BRANDYWINE LANE<br>COLTS NECK, NJ 07722 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17076 | $950,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 288: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 11 | HOY, ROBERT J.<br>6 TOWHEE HILL LN<br>YORK, ME 03909-1383 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28224 | $55,250.00* |
| 12 | KLANG, LINDA<br>21 MONROE STREET<br>LYNBROOK, NY 11563 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26344 | $26,389.00 |
| 13 | KOZLOV, ANATOLY<br>82 ACORN ST<br>STATEN ISLAND, NY 10306-3917 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26259 | $9,519.00 |
| 14 | KOZLOV, ANATOLY<br>82 ACORN STREET<br>STATEN ISLAND, NY 10306 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/23/2011 | 67741 | $123,750.01 |
| 15 | LI, CYNTHIA<br>2 CUESTA DR APT 2<br>LOS ALTOS, CA 94022-3938 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12365 | $5,000.00 |
| 16 | LILL,EDWARD J.<br>415 L'AMBIANCE DRIVE<br>UNIT 404<br>LONGBOAT KEY, FL 34228 | | Lehman No Case Asserted/All Cases Asserted | 07/15/2009 | 5343 | $3,889,728.69 |
| 17 | MURPHY, PAT<br>71 HAYES STREET<br>GARDEN CITY, NY 11530 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17258 | $45,000.00 |
| 18 | O'BRIEN, BARRY J<br>22 MEADOWBROOK ROAD<br>SHORT HILLS, NJ 07078-3316 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29922 | $76,158.00 |
| 19 | O'BRIEN, BARRY J<br>22 MEADOWBROOK ROAD<br>SHORT HILLS, NJ 07078-3316 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32450 | $6,500.00 |
| 20 | PIPKIN, GREGORY<br>11227 SMITHDALE RD<br>HOUSTON, TX 77024 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 05/13/2009 | 4275 | $440,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 288: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 21 | PIPKIN, GREGORY 11227 SMITHDALE RD HOUSTON, TX 77024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/22/2010 | 66960 | $439,000.00 |
| 22 | SHAUGHNESSY, JOHN C 11 BUTLER HILL ROAD NORTH SOMERS, NY 10589-2410 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/07/2011 | 67712 | $150,000.00 |
| 23 | TANG, NORAH 100 BEEKMAN ST #14L NEW YORK, NY 10038 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26340 | $9,625.00 |
| | | | | | TOTAL | $6,844,904.54 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 288: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BELK IV, SAMUEL E. WARREN J. MARTIN, ESQ. PORZIO BROMBERG & NEWMAN, P.C. 100 SOUTHGATE PARKWAY MORRISTOWN, NJ 07962 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/25/2009 | 3015 | $300,928.59 |
| 2 | LOCKE, RICHARD S. 145 HAWTHORNE AVENUE LARKSPUR, CA 94939 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/26/2009 | 9581 | $550,000.00 |
| 3 | SCHOENHERR, CHARLES 41 BROAD BROOK LANE STAMFORD, CT 06907 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12945 | $149,904.00 |
| | | | | | TOTAL | $1,000,832.59 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT S**
**(Proposed Order – ECF No. 27398)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                             :        **Chapter 11 Case No.**
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*      :        **08-13555 (JMP)**
                                                  :
                    **Debtors.**                  :        **(Jointly Administered)**
-------------------------------------------------------------------x

**ORDER GRANTING THE**
**TWO HUNDRED EIGHTY-NINTH OMNIBUS**
**OBJECTION TO CLAIMS (PARTNERSHIP INTEREST CLAIMS)**

Upon the two hundred eighty-ninth omnibus objection to claims, dated April 17,

2012 (the "Two Hundred Eighty-Ninth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"), pursuant to section 502 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's

order approving procedures for the filing of omnibus objections to proofs of claim [Docket No.

6664], seeking disallowance and expungement of the No Liability Claims on the basis that LBHI

has no liability for such claims, all as more fully described in the Two Hundred Eighty-Ninth

Omnibus Objection to Claims; and due and proper notice of the Two Hundred Eighty-Ninth

Omnibus Objection to Claims having been provided, and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief requested in

the Two Hundred Eighty-Ninth Omnibus Objection to Claims is in the best interests of LBHI, its

estate, creditors, and all parties in interest and that the legal and factual bases set forth in the Two

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Two Hundred Eighty-Ninth Omnibus Objection to Claims.

Hundred Eighty-Ninth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Eighty-Ninth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the Court-appointed claims agent is authorized to modify the claims register to reflect this order; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the Two Hundred Eighty-Ninth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 289: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ARTICLE 7TH TRUST U/W/O SHERMAN R. LEWIS, JR.<br>DOROTHY LEWIS, TRUSTEE<br>47 EAST 88TH ST.<br>APT. 15C<br>NEW YORK, NY 10128 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19087 | $37,340.00 |
| 2 | CARSON, DOUGLAS F.<br>907 FEARRINGTON POST<br>PITTSBORO, NC 27312 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10810 | $70,000.00 |
| 3 | DAVID L. MCDONALD LIVING TRUST<br>14141 MILLERTON ROAD<br>PRATHER, CA 93651-9798 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/27/2009 | 9539 | $3,000,000.00 |
| 4 | FRADIN, RUSSELL P & JUDITH B TEN IN COM<br>400 E 84TH ST APT 27B<br>NEW YORK, NY 10028-5612 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2146 | $1,000,000.00 |
| 5 | FRESNO REGIONAL FOUNDATION<br>5250 N PALM AVENUE SUITE 424<br>FRESNO, CA 93704-2214 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/30/2009 | 6672 | $700,000.00 |
| 6 | GENIRS, KEVIN R.<br>411 WEST END AVE<br>APARTMENT 7A<br>NEW YORK, NY 10024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28478 | $28,005.00 |
| 7 | HALEY, ROY W. & EDYTHE F. JTWROS<br>5198 VARDON DR<br>WINDERMERE, FL 34786-8960 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14774 | $1,000,000.00 |
| 8 | HAYAT, CLAUDE<br>110 EAST 57TH STREET<br>APARTMENT 10E<br>NEW YORK, NY 10022-2618 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21343 | $49,138.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 289: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 9 | IRA CINI L.P. COLLEEN E. MCMANUS MIUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C. 191 N. WACKER DRIVE, SUITE 1800 CHICAGO, IL 60606 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/20/2009 | 4456[1] | $3,426,012.55 |
| 10 | LIEBERBERG, ROBERT 120 EAST END AVE. APT 4B NEW YORK, NY 10028 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13412 | $48,500.00 |
| 11 | MAIDMAN, DAGNY 770 RHODE ISLAND STREET SAN FRANCISCO, CA 94107-2630 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/30/2009 | 6668 | $50,000.00 |
| 12 | MARINO, THOMAS 91 CENTRAL PARK WEST APT 14A NEW YORK, NY 10023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15172 | $178,576.87 |
| 13 | MAYROCK, ISIDORE 395 DUCK POND ROAD LOCUST VALLEY, NY 11560 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2302 | $1,500,000.00 |
| 14 | MAYROCK, ISIDORE 395 DUCK POND ROAD LOCUST VALLEY, NY 11560 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2303 | $1,000,000.00 |
| 15 | MIKULICH, RAYMOND C. 15 CENTRAL PARK WEST, APT 15D NEW YORK, NY 10023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23845 | $1,000,000.00 |

[1] Claim 4456 is being expunged solely with respect to its asserted claim of $1,704,662.55, related to LibertyView Credit Opportunities Fund II, LLC. The remaining portion of Claim 4456 was previously expunged pursuant to the Order Granting the Debtors' Twentieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated Sept. 21, 2010, ECF No. 11501 (the "Duplicative Claim Order"). The dollar amount of the previously expunged portion of Claim 4456 identified in the Duplicative Claim Order was incorrect; however, upon entry of this Order, Claim 4456 shall be disallowed and expunged in its entirety.

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 289: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 16 | PEREIRA,BRIAN<br>22 MEADOW ROAD<br>SCARSDALE, NY 10583 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31133 | $200,000.00 |
| 17 | RIVERSIDE ASSET MANAGEMENT, LLC<br>C/O JAMES J. CHESTER<br>65 EAST STATE STREET, SUITE 1000<br>COLUMBUS, OH 43215 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/26/2009 | 1990 | $600,000.00 |
| 18 | ROSEN, LEONARD G.<br>64 PINKAS STREET<br>APARTMENT 153<br>TEL AVIV, 62157<br>ISRAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33637 | $36,375.00 |
| 19 | SAHN, BOBBY<br>1 CENTRAL PARK SOUTH<br>APARTMENT 806<br>NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28312[2] | $1,000,000.00 |
| 20 | SPIEGEL, WILLIAM & KADIN, LISA<br>2109 BROADWAY, APT. 16-144<br>NEW YORK, NY 10023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2295 | $500,000.00 |
| 21 | SPIEGEL, WILLIAM & KADIN, LISA<br>2109 BROADWAY, APT. 16-144<br>NEW YORK, NY 10023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2297 | $500,000.00 |
| 22 | SUMMIT CAPITAL PARTNERS LP<br>C/O CHESTER B. SALOMON, ESQ.<br>BECKER, GLYNN, MELAMED & MUFFLY LLP<br>299 PARK AVENUE<br>NEW YORK, NY 10171 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22074 | $1,200,000.00 |

[2] The portion of Claim No. 28312 relating to cusip 52520W143 in the amount of $221,783.85 remains unaffected by this Order.

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 289: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 23 | SURYAN FAMILY TRUST C/O FRANK SURYAN JR. 3821 SEASCAPE DRIVE HUNTINGTON BEACH, CA 92649-2523 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19330 | $625,766.72 |
| 24 | TASHLIK, THEODORE WM IRA CUSTODIAN 9 OVERLOOK CIR MANHASSET, NY 11030-3933 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40345[3] | $1,000,000.00 |
| 25 | UBELHART, KAREN A 800 WEST END AVE APT 7A NEW YORK, NY 10025-5467 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30621[4] | $53,573.00 |
| 26 | WOLT, ETHAN M. 155 WEST 68TH STREET APARTMENT 24B NEW YORK, NY 10023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30461 | $250,000.00 |
| | | | | | TOTAL | $19,053,287.14 |

[3] The portion of Claim No. 40345 relating to cusip 52517P7H8 in the amount of $100,000 was previously expunged pursuant to the Order Granting the Debtors' One Hundred Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated July 21, 2011, ECF No. 18712.

[4] Claim 30621 is being expunged solely with respect to its asserted claim of $53,573.00, related to MLP Opportunity Capital Partners, L.P. A remaining portion of Claim 30621, in the amount of $9,654.00, was previously reclassified as an equity interest pursuant to the Order Granting the Debtors' One Hundred Forty-Ninth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), dated Sept. 21, 2011, ECF No. 18708.

**EXHIBIT T**
**(Proposed Order – ECF No. 27399)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                    :    **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                         :
                    **Debtors.**                         :    **(Jointly Administered)**
-------------------------------------------------------------------x

**ORDER GRANTING THE**
**TWO HUNDRED NINETIETH OMNIBUS**
**OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

Upon the two hundred ninetieth omnibus objection to claims, dated April 17,

2012 (the "Two Hundred Ninetieth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"), pursuant to section 502 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's

order approving procedures for the filing of omnibus objections to proofs of claim [Docket No.

6664], seeking disallowance and expungement of the No Liability Claims on the basis that the

Chapter 11 Estates have no liability for such claims, all as more fully described in the Two

Hundred Ninetieth Omnibus Objection to Claims; and due and proper notice of the Two Hundred

Ninetieth Omnibus Objection to Claims having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

requested in the Two Hundred Ninetieth Omnibus Objection to Claims is in the best interests of

the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual

bases set forth in the Two Hundred Ninetieth Omnibus Objection to Claims establish just cause

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Two Hundred Ninetieth Omnibus
Objection to Claims.

for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Ninetieth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the Court-appointed claims agent is authorized to modify the claims register to reflect this order; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the Two Hundred Ninetieth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 290: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BADAWI, AMR SEDKI C/O OMAR EL SAWY 834 SECOND ST MANHATTAN BEACH, CA 90266 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11332 | $72,351.83 |
| 2 | BANCO BOLIVARIANO CA ATTN: JOSE MEDINA S JUNIN 200 Y PANAMA GUAYAQUIL ECUADOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/26/2009 | 9421 | $5,698.07 |
| 3 | BANICKI, EUGENE FRANK AND REBECCA LYNN 1045 E. CHEVY CHASE DRIVE SALT LAKE CITY, UT 84117 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31180 | $20,140.93 |
| 4 | ILUSO CAPITAL CORP C/O GABRIEL G MATARASSO MARVAL, O'FARRELL & MAIRAL AV LEANDRO N ALEM 928 FLOOR 7 (C1001AAR) BUENOS AIRES, ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16003 | $1,120,000.00* |
| 5 | ILUSO CAPITAL CORP C/O GABRIEL G MATARASSO MARVAL, O'FARRELL & MAIRAL AV LEANDRO N ALEM 928 FLOOR 7 (C1001AAR) BUENOS AIRES, ARGENTINA | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/18/2009 | 16004 | $1,120,000.00* |
| 6 | JAMES, WAYDE 49 PINE BROOK CURVE NORTHAMPTON, MA 01060 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19217 | $31,606.30 |
| 7 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/01/2009 | 4710 | $48,200,000.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 290: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 8 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13600 (JMP) | LB 745 LLC | 06/01/2009 | 4711 | $48,200,000.00* |
| 9 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13664 (JMP) | PAMI Statler Arms LLC | 06/01/2009 | 4712 | $48,200,000.00* |
| 10 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 06/01/2009 | 4713 | $48,200,000.00* |
| 11 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 06/01/2009 | 4715 | $48,200,000.00* |
| 12 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 06/01/2009 | 4716 | $48,200,000.00* |
| 13 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 06/01/2009 | 4717 | $48,200,000.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 290: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 14 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 06/01/2009 | 4718 | $48,200,000.00* |
| 15 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 06/01/2009 | 4719 | $48,200,000.00* |
| 16 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 06/01/2009 | 4720 | $48,200,000.00* |
| 17 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13904 (JMP) | Lehman Scottish Finance L.P. | 06/01/2009 | 4722 | $48,200,000.00* |
| 18 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13905 (JMP) | CES Aviation LLC | 06/01/2009 | 4723 | $48,200,000.00* |
| 19 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13906 (JMP) | CES Aviation V LLC | 06/01/2009 | 4724 | $48,200,000.00* |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 290: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 20 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13907 (JMP) | **CES Aviation IX LLC** | 06/01/2009 | 4725 | $48,200,000.00* |
| 21 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13908 (JMP) | **East Dover Limited** | 06/01/2009 | 4726 | $48,200,000.00* |
| 22 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: VANTAGE CAPITAL MARKETS LLP ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11348 | $597,860.00 |
| 23 | NICHOLSON, BARBARA M. ACF HAMZA PO BOX 538 TULLAHOMA, TN 37388-0538 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/02/2009 | 2438 | $25,487.74* |
| 24 | NICHOLSON, BARBARA M. ACF SOUKAINA PO BOX 538 TULLAHOMA, TN 37388-0538 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/02/2009 | 2437 | $25,907.57* |
| 25 | NICOLL, JOBETH NICOLL, WILLIAM 3650 SENTRY VIEW TRACE SUWANEE, GA 30024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15162 | $1,180.84 |
| | | | | | TOTAL | $726,020,233.28 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT U**
**(Proposed Order – ECF No. 27380)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                              :        **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        **08-13555 (JMP)**
                                                                   :
                    **Debtors.**                          :        **(Jointly Administered)**
-----------------------------------------------------------------x

## ORDER GRANTING TWO HUNDRED NINETY-FIRST
## OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

Upon the two hundred ninety-first omnibus objection to claims, dated April 16,

2012 (the "Two Hundred Ninety-First Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"), pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF

No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability

Derivatives Claims on the grounds that they assert claims for which LBHI and Lehman Brothers

Special Financing Inc. (together, the "Chapter 11 Estates") have no liability, all as more fully

described in the Two Hundred Ninety-First Omnibus Objection to Claims; and due and proper

notice of the Two Hundred Ninety-First Omnibus Objection to Claims having been provided to

(i) the U.S. Trustee; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue

Service; (iv) the United States Attorney for the Southern District of New York; (v) the claimants

listed on Exhibit A attached to the Two Hundred Ninety-First Omnibus Objection to Claims; and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Two Hundred Ninety-First Omnibus Objection to Claims.

(vi) all other parties entitled to notice in accordance with the procedures set forth in the second

amended order entered on June 17, 2010 governing case management and administrative

procedures for these cases [ECF No. 9635]; and the Court having found and determined that the

relief sought in the Two Hundred Ninety-First Omnibus Objection to Claims is in the best

interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and

factual bases set forth in the Two Hundred Ninety-First Omnibus Objection to Claims establish

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the relief requested in the Two Hundred Ninety-First Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that the Plan Administrator has adjourned *sine die* the Two Hundred

Ninety-First Omnibus Objection to Claims with respect to the claim listed on Exhibit 2 annexed

hereto; and it is further

ORDERED that the Plan Administrator has adjourned to June 28, 2012 (or as may

be further adjourned by the Plan Administrator) the Two Hundred Thirty-Third Omnibus

Objection to Claims with respect to the claims listed on Exhibit 3 annexed hereto; and it is

further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred

Ninety-First Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed hereto; and it is

further

       ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

                           _____
                           UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 291: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|-----------|---------|---------------------|----------------------------------|
| 1 | RASU, GOVINDAR S/O VADI VELOO 5000L MARINE PARADE ROAD #10-51 , 449293 SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25778 | $62,396.00 | No Liability Claim |
| 2 | SAPHIR FINANCE PLC - SERIES 2005-10-A1 QTTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORARE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26049 | Undetermined | No Liability Claim |
| 3 | SAPHIR FINANCE PLC SERIES 2005-10-A1 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADO SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25958 | Undetermined | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 291: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | SAPHIR FINANCE PLC SERIES 2005-10-A2 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26047 | Undetermined | No Liability Claim |
| 5 | SAPHIR FINANCE PLC SERIES 2005-10-A2 ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26048 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $62,396.00 | |

# EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 291: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DELAWARE RIVER PORT AUTHORITY ATTN: JAMES WHITE ONE PORT CENTER, 8TH FLOOR TWO RIVERSIDE DRIVE P.O BOX 1949 CAMDEN, NJ 08101-1949 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24073 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $0.00 | |

# EXHIBIT 3

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 291: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6 SUPPLEMENTAL INTEREST TRUST CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO NEW YORK, NY 10016 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28780 | Undetermined | No Liability Claim |
| 2 | RUBY FINANCE PLC - SERIES 2005-IA15 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25817 | Undetermined | No Liability Claim |
| 3 | RUBY FINANCE PLC - SERIES 2005-IA15 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25819 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $0.00 | |

**EXHIBIT V**
**(Proposed Order – ECF No. 27247)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                        :        **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        **08-13555 (JMP)**
                                                             :
                              **Debtors.**                 :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' OBJECTION
### TO CLAIM OF ANITA BRYANT (CLAIM NO. 1557)

Upon the objection, dated April 2, 2012 (the "Objection"),[1] of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy

Code") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure to disallow and expunge

the claim filed by Anita Bryant, Claim No. 1557 (the "Claim"), on the basis that the Debtors

have no liability for the Claim, all as more fully described in the Objection; and due and proper

notice of the Objection having been provided, and it appearing that no other or further notice

need be provided; and the Court having found and determined that the relief sought in the

Objection is in the best interests of the Debtors, their creditors, and all parties in interest and that

the legal and factual bases set forth in the Objection establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Claim is

disallowed and expunged with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

---

[1]       Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

matters arising from or related to this Order.

Dated: _____, 2012
          New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT W**
**(Proposed Order – ECF No. 27253)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (JMP)**
                                                   :
                    **Debtors.**                    :        **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' OBJECTION
## TO CLAIM OF BANQUE LEHMAN BROTHERS SA (CLAIM NO 17611)

Upon the objection, dated April 2, 2012 (the "Objection"),[1] of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy

Code") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure to disallow and expunge

the claim filed by Banque Lehman Brothers S.A., Claim No. 17611 (the "Claim"), on the basis

that the Debtors have no liability for the Claim, all as more fully described in the Objection; and

due and proper notice of the Objection having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Objection is in the best interests of the Debtors, their creditors, and all parties in

interest and that the legal and factual bases set forth in the Objection establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Claim is

disallowed and expunged with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

matters arising from or related to this Order.

Dated: _____, 2012
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT X**
**(Proposed Order – ECF No. 27381)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                              :          **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :          **08-13555 (JMP)**
                                                   :
               **Debtors.**                        :          **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING TWO HUNDRED NINETY-SECOND OMNIBUS OBJECTION TO CLAIMS (NO GUARANTEE CLAIMS)

Upon the two hundred ninety-second omnibus objection to claims, dated April 16, 2012 (the "Two Hundred Ninety-Second Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Guarantee Claims on the grounds that such claims are unenforceable against, and impose no liability on, LBHI, all as more fully described in the Two Hundred Ninety-Second Omnibus Objection to Claims; and due and proper notice of the Two Hundred Ninety-Second Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) the claimants listed on Exhibit A attached to the Two Hundred Ninety-Second Omnibus Objection to Claims; and (vi) all other parties entitled to

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Ninety-Second Omnibus Objection to Claims.

notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Two Hundred Ninety-Second Omnibus Objection to Claims is in the best interests of LBHI, its estate, creditors, and all parties in interest and that the legal and factual bases set forth in the Two Hundred Ninety-Second Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Ninety-Second Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the Plan Administrator has adjourned to June 28, 2012 (or as may be further adjourned by the Plan Administrator) the Two Hundred Ninety-Second Omnibus Objection to Claims with respect to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundred Ninety-Second Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 292: EXHIBIT 1 – NO GUARANTEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ABSOLUTE SOFTWARE CORPORATION ATTN: TREVOR WIEBE, GENERAL COUNSEL & CORP SECRETARY SUITE 1600, FOUR BENTALL CENTRE 1055 DUNSMUIR ST. VANCOUVER, BC V7X 1K8 CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16187 | $36,600.00 | No Guarantee Claim |
| 2 | JFJ INVESTMENTS ATTN: JEAN BURNS 1501 E. 2ND AVENUE TAMPA, FL 33605 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/14/2009 | 12472[1] | $454,500.00* | No Guarantee Claim |
| 3 | LEHMAN BROTHERS DIVERSIFIED PRIVATE EQUITY FUND 2004 PARTNERS C/O LEHMAN BROTHERS EUROPEAN MEZZANINE 10 BROOK STREET LONDON, W1S 1BG UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23435 | $298,741.30 | No Guarantee Claim |
| 4 | LEHMAN BROTHERS EUROPEAN MEZZANINE CAPITAL PARTNERS-A, L.P. C/O LEHMAN BROTHERS EUROPEAN MEZZANINE 10 BROOK STREET LONDON, W1S 1BG UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23433 | $43,532.80 | No Guarantee Claim |

[1] No Debtor is specified on the face of claim number 12472, but the face of the proof of claim indicates that the claim is based on a Guarantee.  The claimant completed a Guarantee Questionnaire and attached two copies of the proof of claim it filed against Lehman Brothers Special Financing Inc. ("LBSF") as well as a copy of an unexecuted Guarantee.  Based on the claimant's failure to specify a Debtor on the face of its proof of claim and/or the claimant's attachment of two copies of the proof of claim it filed against LBSF to its Guarantee Questionnaire, LBSF is listed erroneously as the Debtor for claim number 12472 on the claims register.  The correct Debtor for claim number 12472 is Lehman Brothers Holdings Inc., and the claims register will be modified accordingly.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 292: EXHIBIT 1 – NO GUARANTEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | LEHMAN BROTHERS EUROPEAN MEZZANINE CAPITAL PARTNERS-B, L.P. C/O LEHMAN BROTHERS EUROPEAN MEZZANINE 10 BROOK STREET LONDON, W1S 1BG UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23434 | $846,392.60 | No Guarantee Claim |
| | | | | | TOTAL | $6,179,766.70 | |

# EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 292: EXHIBIT 2 – NO GUARANTEE CLAIMS – ADJOURNED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 1 | HSBC BANK USA, NA AS TTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6 SUPPLEMENTAL INTEREST TRUST CTLA- STRUCTURED FINANCE ATTN: CHI LE 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28379 | Undetermined | No Guarantee Claim |
| 2 | SISTEMA UNIVERSITARIO ANA G. MENDEZ, INCORPORADO ATTN: ADA L. SOLA-FERNANDEZ PO BOX 21345 SAN JUAN, PR 00928-1345 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30842 | $3,500,000.00 | No Guarantee Claim |
| | | | | | TOTAL | $3,500,000.00 | |

**EXHIBIT Y**
**(Proposed Order – ECF No. 27384)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re                                           :       **Chapter 11 Case No.**
                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :       **08-13555 (JMP)**
                                                :
                        **Debtors.**            :       **(Jointly Administered)**
---------------------------------------------------------------------x

## ORDER GRANTING THE TWO HUNDRED NINETY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the two hundred ninety-third omnibus objection to claims, dated April 13, 2012 (the "Two Hundred Ninety-Third Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator (the "Plan Administrator") for the entities in the above-referenced chapter 11 cases(collectively, "Chapter 11 Estates"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Claims on the grounds that they assert claims for which the applicable Chapter 11 Estates do not have any liability, all as more fully described in the Two Hundred Ninety-Third Omnibus Objection to Claims; and due and proper notice of the Two Hundred Ninety-Third Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) the claimants listed on Exhibit A attached to the Two Hundred Ninety-Third Omnibus Objection to Claims; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Ninety-Third Omnibus Objection to Claims.

entered on June 17, 2010 governing case management and administrative procedures for these

cases [EFC No. 9635]; and the Court having found and determined that the relief sought in the

Two Hundred Ninety-Third Omnibus Objection to Claims is in the best interests of the Chapter

11 Estates, their estates, creditors, and all parties in interest and that the legal and factual bases

set forth in the Two Hundred Ninety-Third Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Two Hundred Ninety-Third Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and

expunged in their entirety with prejudice; and it is further

ORDERED that, the claims listed on Exhibit 2 annexed hereto (the "Adjourned

Claim") have been adjourned to a date to be determined; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Two Hundred

Ninety-Third Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

2
2

# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 293: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | COLORADO LOCAL GOVERNMENT LIQUID ASSET TRUST (""COLOTRUST"") AS TRANSFEREE OF RIGHTS OF COLORADO DIVERSIFIED TRUST 1900 16TH ST STE 200 DENVER, CO 90202-5131 | 09/17/2009 | 08-13900 (JMP) | 14856 | $5,000,000.00* | COLORADO LOCAL GOVERNMENT LIQUID ASSET TRUST (""COLOTRUST"") AS TRANSFEREE OF RIGHTS OF COLORADO DIVERSIFIED TRUST COLORADO INVESTOR SERVICES CORPORATION 1700 BROADWAY, SUITE 2050 DENVER, CO 80290 | 09/15/2009 | 08-13555 (JMP) | 13023 | $5,000,000.00* |
| 2 | LEVAR, MATTHEW 5105 TEN MILE PLACE CASTLE PINES, CO 80108 | 09/14/2009 | 08-13555 (JMP) | 12401 | $753,076.87 | LEVAR, MATTHEW 5105 TEN MILE PLACE CASTLE PINES, CO 80108 | 09/14/2009 | 08-13885 (JMP) | 12402 | $753,076.87 |
| 3 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 09-12516 (JMP) | 4415 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |

*\* - Indicates claim contains unliquidated and/or undetermined amounts*

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 293: EXHIBIT 1 – NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 09-10560 (JMP) | 4416 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 5 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 09-10558 (JMP) | 4417 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 6 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 09-10137 (JMP) | 4418 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 293: EXHIBIT 1 – NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 09-10108 (JMP) | 4419 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 8 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13908 (JMP) | 4420 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 9 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13907 (JMP) | 4421 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 293: EXHIBIT 1 – NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13906 (JMP) | 4422 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 11 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13905 (JMP) | 4423 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 12 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13904 (JMP) | 4424 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 293: EXHIBIT 1 – NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 13 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13902 (JMP) | 4425 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 14 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13901 (JMP) | 4426 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 15 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13899 (JMP) | 4427 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 293: EXHIBIT 1 – NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13893 (JMP) | 4428 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 17 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13888 (JMP) | 4429 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 18 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13885 (JMP) | 4430 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 293: EXHIBIT 1 – NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 19  PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13664 (JMP) | 4431 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 20  PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13600 (JMP) | 4432 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 21  PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13555 (JMP) | 4433 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 22  PIEPER, RICHARD 5325 SPUR CROSS TRAIL PARKER, CO 80134 | 09/14/2009 | 08-13555 (JMP) | 12004 | $782,179.10 | PIEPER, RICHARD 5325 SPUR CROSS TRAIL PARKER, CO 80134 | 09/14/2009 | 08-13885 (JMP) | 12005 | $782,179.10 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 293: EXHIBIT 1 – NO LIABILITY CLAIMS

| | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 23 | WILSON, DAVID 532 49 AVENUE SW CALGARY, AB T2S 1G5 CANADA | 07/22/2009 | 08-13555 (JMP) | 5861 | $10,950.00 | WILSON, DAVID 532 49 AVENUE SW CALGARY, AB, T2S 1G5 CANADA | 11/17/2008 | 08-13885 (JMP) | 772 | $330,000.00 |
| | | | TOTAL | | $196,546,205.97 | | | | | |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 293: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 1 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 09-10137 (JMP) | 18706 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 2 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13905 (JMP) | 18707 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 3 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13907 (JMP) | 18708 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 4 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13906 (JMP) | 18709 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 293: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13908 (JMP) | 18710 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 6 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 09-10558 (JMP) | 18711 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 7 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 09-12516 (JMP) | 18712 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 8 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 09-10560 (JMP) | 18713 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 293: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 9 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 09-10108 (JMP) | 18714 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 10 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13664 (JMP) | 18715 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 11 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13893 (JMP) | 18716 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 12 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13600 (JMP) | 18717 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 293: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 13 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13901 (JMP) | 18718 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 14 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13885 (JMP) | 18719 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 15 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13899 (JMP) | 18720 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 16 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13902 (JMP) | 18760 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 293: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 17 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13888 (JMP) | 18762 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 18 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13900 (JMP) | 18763 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 19 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13904 (JMP) | 18764 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| | | | TOTAL | | $8,853,050.00 | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts