CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE NO. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

PARTIAL WITHDRAWAL OF PROOFS OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FILED AGAINST LEHMAN BROTHERS HOLDINGS INC., IN CONNECTION WITH SAIL 2005-2, LEHMAN XS TRUST 2006-11 AND SASCO SERIES 2005-NC1

PLEASE TAKE NOTICE that U.S. Bank National Association, not individually but as Indenture Trustee (*"U.S. Bank"*) by and through its counsel, Chapman and Cutler LLP, hereby partially withdraws, WITH PREJUDICE, those portions of proofs of claim number **16392, 66613 and 66614** filed against Lehman Brothers Holdings Inc. **(Case No. 08-13555)** in connection with, respectively, the SAIL 2005-2 securitization, the Lehman XS Trust 2006-11 securitization and the SASCO Series 2005-NC1 securitization (together, the *"Proofs of Claim"*), to the extent,

3206568.01.01.doc

and only to the extent, that such Proofs of Claim assert claims with respect to swap agreements guaranteed by Lehman Brothers Holdings Inc.

No other claim, or portions of the partially withdrawn Proofs of Claim, of U.S. Bank, in any capacity, shall be affected hereby.

Dated: May 23, 2012

                                            Respectfully submitted,

                                            U.S. BANK NATIONAL ASSOCIATION, not
                                                individually but as Trustee

                                          By: *Sachiko Nishida*

                                          Printed Name: Sachiko Nishida

                                          Its: Vice President