**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

---------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION**
**UNDER 28 U.S.C. § 1746 REGARDING OMNIBUS**
**CLAIMS OBJECTION SCHEDULED FOR HEARING ON MAY 31, 2012**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of

the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [Docket No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

1.      Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator pursuant

to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its

Affiliated Debtors, filed the following omnibus claims objection (the "Claim Objection") with

the Court for hearing on May 31, 2012:

The Two Hundred Eightieth Omnibus Objection to Claims (No Liability Claims) [**Docket No. 27358**].

2.      In accordance with the Second Amended Case Management Order, LBHI established a deadline of May 16, 2012 at 4:00 p.m. (the "Response Deadline") for the Claim Objection for parties to object or file responses.  The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.      The Response Deadline has now passed and, to the best of my knowledge, no responsive pleadings to the Claim Objection have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on LBHI's counsel by any of the holders of the claims included in **Exhibit 1** to the Order attached hereto, which includes only the proofs of claim for which the Claim Objection will be granted.

4.      Accordingly, LBHI respectfully requests that the proposed order granting the Claim Objection annexed hereto as **Exhibit A**, which, except for the inclusion of additional language to reference the inclusion of separate exhibits attached to the proposed order for proofs of claim for which the Claim Objection is granted, adjourned or withdrawn, is unmodified since the filing of the Claim Objection, be entered in accordance with the procedures described in the Second Amended Case Management Order.

12199315

I declare that the foregoing is true and correct.

Dated: May 30, 2012
New York, New York

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

By:  */s/ L. P. Harrison 3rd*
         L. P. Harrison 3rd
         Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*

12199315

## EXHIBIT A

**(Proposed Order – Docket No. 27358)**

12199315

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | |
|---|---|
| In re | : | Chapter 11 Case No. |

In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :    08-13555 (JMP)
                                         :
                    Debtors.             :    (Jointly Administered)
------------------------------------------------------------------------x

### ORDER GRANTING THE TWO HUNDRED EIGHTIETH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the two hundred eightieth omnibus objection to claims, dated April 13,

2012 (the "Two Hundred Eightieth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc., as Plan Administrator ("Plan Administrator") pursuant to the Modified Third

Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for

the debtors in the above referenced chapter 11 cases (the "Debtors"), pursuant to section 502(b)

of title 11 of the United States Code, as amended (the "Bankruptcy Code"), and Rule 3007(d) of

the Federal Rules of Bankruptcy Procedure, seeking disallowance and expungement of the No

Liability Claims on the basis that the Debtors have no liability for such claims, all as more fully

described in the Two Hundred Eightieth Omnibus Objection to Claims; and due and proper

notice of the Two Hundred Eightieth Omnibus Objection to Claims having been provided to (i)

the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and

Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the

Southern District of New York; (vi) the Claimants; and (vii) all other parties entitled to notice in

accordance with the procedures set forth in the second amended order entered on June 17, 2010,

governing case management and administrative procedures for these cases [Docket No. 9635];

and it appearing that no other or further notice need be provided; and the Court having found and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Two Hundred Eightieth Omnibus Objection to Claims.

determined that the relief sought in the Two Hundred Eightieth Omnibus Objection to Claims is

in the best interests of the Plan Administrator and all other parties in interest in the above-

captioned chapter 11 cases, and that the legal and factual bases set forth in the Two Hundred

Eightieth Omnibus Objection to Claims establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Eightieth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit 1** are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the Plan Administrator has adjourned the hearing on the Two

Hundred Eightieth Omnibus Objection to Claims to June 28, 2012 with respect to the claim listed

on **Exhibit 2** annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on **Exhibit A** annexed to the Two Hundred

Eightieth Omnibus Objection to Claims that is not listed on **Exhibit 1** annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
     New York, New York

                         _____
                         UNITED STATES BANKRUPTCY JUDGE

**<u>EXHIBIT 1</u>**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC ATTN: THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL 200 VESEY ST NEW YORK, NY 10281 | 08-13600 (JMP) | LB 745 LLC | 09/17/2009 | 15048 | $5,000,000.00* | No Liability Claim |
| 2 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC ATTN: THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL 200 VESEY ST NEW YORK, NY 10281 | 09-12516 (JMP) | LB 2080 Kalakaua Owners LLC | 09/17/2009 | 15049 | $5,000,000.00* | No Liability Claim |
| 3 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC ATTN: THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL 200 VESEY ST NEW YORK, NY 10281 | 09-10560 (JMP) | LB Rose Ranch LLC | 09/17/2009 | 15050 | $5,000,000.00* | No Liability Claim |
| 4 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL 200 VESEY ST NEW YORK, NY 10281 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/17/2009 | 15051 | $5,000,000.00* | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC ATTN: THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL 200 VESEY ST NEW YORK, NY 10281 | 08-13905 (JMP) | CES Aviation LLC | 09/17/2009 | 15052 | $5,000,000.00* | No Liability Claim |
| 6 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC ATTN: THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL 200 VESEY ST NEW YORK, NY 10281 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/17/2009 | 15053 | $5,000,000.00* | No Liability Claim |
| 7 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC ATTN: THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL 200 VESEY ST NEW YORK, NY 10281 | 08-13908 (JMP) | East Dover Limited | 09/17/2009 | 15054 | $5,000,000.00* | No Liability Claim |
| 8 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 09-10108 (JMP) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/17/2009 | 15296 | $5,000,000.00* | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/17/2009 | 15297 | $5,000,000.00* | No Liability Claim |
| 10 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15298 | $5,000,000.00* | No Liability Claim |
| 11 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 15299 | $5,000,000.00* | No Liability Claim |
| 12 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVC THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/17/2009 | 15300 | $5,000,000.00* | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVC THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15301 | $5,000,000.00* | No Liability Claim |
| 14 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/17/2009 | 15302 | $5,000,000.00* | No Liability Claim |
| 15 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13664 (JMP) | PAMI Statler Arms LLC | 09/17/2009 | 15303 | $5,000,000.00* | No Liability Claim |
| 16 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13904 (JMP) | Lehman Scottish Finance L.P. | 09/17/2009 | 15304 | $5,000,000.00* | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/17/2009 | 15305 | $5,000,000.00* | No Liability Claim |
| 18 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13906 (JMP) | CES Aviation V LLC | 09/17/2009 | 15306 | $5,000,000.00* | No Liability Claim |
| 19 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13907 (JMP) | CES Aviation IX LLC | 09/17/2009 | 15307 | $5,000,000.00* | No Liability Claim |
| 20 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 09-10137 (JMP) | BNC Mortgage LLC | 09/17/2009 | 15308 | $5,000,000.00* | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2005-2 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-10560 (JMP) | LB Rose Ranch LLC | 09/22/2009 | 28859 | Undetermined | No Liability Claim |
| 22 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 28860 | Undetermined | No Liability Claim |
| 23 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13906 (JMP) | CES Aviation V LLC | 09/22/2009 | 28861 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-10108 (JMP) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 28862 | Undetermined | No Liability Claim |
| 25 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 28863 | Undetermined | No Liability Claim |
| 26 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/22/2009 | 28864 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 28865 | Undetermined | No Liability Claim |
| 28 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13600 (JMP) | LB 745 LLC | 09/22/2009 | 28866 | Undetermined | No Liability Claim |
| 29 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13908 (JMP) | East Dover Limited | 09/22/2009 | 28867 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 30 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13904 (JMP) | Lehman Scottish Finance L.P. | 09/22/2009 | 28868 | Undetermined | No Liability Claim |
| 31 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13600 (JMP) | LB 745 LLC | 09/22/2009 | 28869 | Undetermined | No Liability Claim |
| 32 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28870 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 33 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 28871 | Undetermined | No Liability Claim |
| 34 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 28872 | Undetermined | No Liability Claim |
| 35 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13908 (JMP) | East Dover Limited | 09/22/2009 | 28873 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 36 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/22/2009 | 28874 | Undetermined | No Liability Claim |
| 37 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28875 | Undetermined | No Liability Claim |
| 38 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28876 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|-----------|---------|--------------------|----------------------------------|
| 39 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28877 | Undetermined | No Liability Claim |
| 40 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 28878 | Undetermined | No Liability Claim |
| 41 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 28879 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 42 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13906 (JMP) | CES Aviation V LLC | 09/22/2009 | 28880 | Undetermined | No Liability Claim |
| 43 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13907 (JMP) | CES Aviation IX LLC | 09/22/2009 | 28881 | Undetermined | No Liability Claim |
| 44 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13905 (JMP) | CES Aviation LLC | 09/22/2009 | 28884 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 45 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13907 (JMP) | CES Aviation IX LLC | 09/22/2009 | 28885 | Undetermined | No Liability Claim |
| 46 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13664 (JMP) | PAMI Statler Arms LLC | 09/22/2009 | 28886 | Undetermined | No Liability Claim |
| 47 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13904 (JMP) | Lehman Scottish Finance L.P. | 09/22/2009 | 28887 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 48 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 28888 | Undetermined | No Liability Claim |
| 49 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2005-2 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13904 (JMP) | Lehman Scottish Finance L.P. | 09/22/2009 | 28889 | Undetermined | No Liability Claim |
| 50 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2005-2 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28890 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 51 | **BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2005-2 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281** | **08-13893 (JMP)** | **Lehman Brothers OTC Derivatives Inc.** | **09/22/2009** | **28891** | Undetermined | No Liability Claim |
| 52 | **BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2005-2 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281** | **08-13902 (JMP)** | **Lehman Brothers Financial Products Inc.** | **09/22/2009** | **28892** | Undetermined | No Liability Claim |
| 53 | **BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2005-2 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281** | **08-13664 (JMP)** | **PAMI Statler Arms LLC** | **09/22/2009** | **28893** | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 54 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD. ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 29514 | Undetermined | No Liability Claim |
| 55 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-12516 (JMP) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 29515 | Undetermined | No Liability Claim |
| 56 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-10137 (JMP) | BNC Mortgage LLC | 09/22/2009 | 29516 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 57 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 29517 | Undetermined | No Liability Claim |
| 58 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 29518 | Undetermined | No Liability Claim |
| 59 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29519 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 60 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29520 | Undetermined | No Liability Claim |
| 61 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-10108 (JMP) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 29521 | Undetermined | No Liability Claim |
| 62 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13600 (JMP) | LB 745 LLC | 09/22/2009 | 29522 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 63 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-10137 (JMP) | BNC Mortgage LLC | 09/22/2009 | 29523 | Undetermined | No Liability Claim |
| 64 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13905 (JMP) | CES Aviation LLC | 09/22/2009 | 29524 | Undetermined | No Liability Claim |
| 65 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 29525 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 66 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-12516 (JMP) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 29526 | Undetermined | No Liability Claim |
| 67 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD. ATTN: THERESA HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESEY STREET NEW YORK, NY 10281 | 09-12516 (JMP) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 29562 | Undetermined | No Liability Claim |
| 68 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 09-10137 (JMP) | BNC Mortgage LLC | 09/22/2009 | 29563 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 69 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 08-13905 (JMP) | CES Aviation LLC | 09/22/2009 | 29564 | Undetermined | No Liability Claim |
| 70 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 08-13907 (JMP) | CES Aviation IX LLC | 09/22/2009 | 29565 | Undetermined | No Liability Claim |
| 71 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 29566 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 72 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 09-10560 (JMP) | LB Rose Ranch LLC | 09/22/2009 | 29567 | Undetermined | No Liability Claim |
| 73 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 08-13906 (JMP) | CES Aviation V LLC | 09/22/2009 | 29568 | Undetermined | No Liability Claim |
| 74 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/22/2009 | 29569 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 75 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 08-13664 (JMP) | PAMI Statler Arms LLC | 09/22/2009 | 29570 | Undetermined | No Liability Claim |
| 76 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 29571 | Undetermined | No Liability Claim |
| 77 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 09-10108 (JMP) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 29572 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 78 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 09-10560 (JMP) | LB Rose Ranch LLC | 09/22/2009 | 29573 | Undetermined | No Liability Claim |
| 79 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 08-13908 (JMP) | East Dover Limited | 09/22/2009 | 29574 | Undetermined | No Liability Claim |
| 80 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 29575 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $100,000,000.00 | |

## **EXHIBIT 2**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BROOKFIELD PROPERTIES ONE WFC CO LLC C/O BROOKFIELD FINANCIAL PROPERTIES LP ATTN: GENERAL COUNSEL THREE WORLD FINANCIAL CENTER 200 VESEY STREET NEW YORK, NY 10281-1021 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30077 | $36,114,000.00* | No Liability Claim |
| | | | | | TOTAL | $36,114,000.00 | |