WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                    :
In re                                               :    **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :    **08-13555 (JMP)**
                                                    :
                    Debtors.                        :    **(Jointly Administered)**
                                                    :
------------------------------------------------------------------x

### NOTICE OF HEARING ON (i) FORTIETH OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CLAIM NO. 36789 AND (ii) MOTION OF WESTLB AG TO DEEM CLAIM NO. 36789 TIMELY FILED

**PLEASE TAKE NOTICE** that a hearing to consider (i) the Fortieth Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 11305] *solely* as to claim number 36789 and (ii) the response and motion filed by WestLB AG (f/k/a Westdeutsche Landesbank Giorzentrale) opposing the Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) and moving for an order that deems claim number 36789 timely filed [ECF No. 27280] will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom

House, One Bowling Green, New York, New York, Room 601, on **June 13, 2012 at 10:00 a.m.**

**(Eastern Time)**.

Dated:  May 31, 2012
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and certain of its affiliates