CLOSED, BKREF, ECF, PRO–SE, PRO–SE–REVIEW

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:12–cv–03662–LAP
*Internal Use Only*

| | |
|---|---|
| Williams–Pate v. Lehman Brothers Holdings Inc. et al | Date Filed: 05/08/2012 |
| Assigned to: Judge Loretta A. Preska | Date Terminated: 05/08/2012 |
| Cause: 28:1441 Notice of Removal | Jury Demand: None |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jenea L. Williams–Pate**            represented by    **Jenea L. Williams–Pate**
1020 Longpointe Pass
Alpharetta, GA 30005
PRO SE

V.

**Defendant**

**Lehman Brothers Holdings Inc.**
*745 Seventh Avenue, New York, NY 10019, Tax ID/EIN: 12–3216325*

**Defendant**

**Aurora Bank FSB**

**Defendant**

**McCurdy &Candler, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2012 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Jenea L. Williams–Pate.(lmb) (Entered: 05/17/2012) |
| 05/08/2012 | 2 | NOTICE OF REMOVAL from Magistrate Court, County of Forsyth. Case Number: 12MGC0901. Document filed by Jenea L. Williams–Pate.(lmb) (Entered: 05/17/2012) |
| 05/08/2012 | | (Court only) *** Set/Clear Flags *** Added flag(s):PRO–SE. (lmb) (Entered: 05/17/2012) |
| 05/08/2012 | | (Court only) *** Set/Clear Flags *** Added flag(s):PRO–SE REVIEW. (lmb) (Entered: 05/17/2012) |
| 05/08/2012 | | Case Designated ECF. (lmb) (Entered: 05/17/2012) |
| 05/08/2012 | 3 | DUPLICATE ORIGINAL AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court as related to Bankruptcy Court Case No. 12–01220 (JMP). Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12–mc–00032 (M–10–468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1/31/2012) (lmb) (Entered: 05/17/2012) |
| 05/08/2012 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court – Southern District of New York. Sent original file along with documents numbered 1–3, certified copy of docket entries and transfer order on 5/17/2012. (lmb) (Entered: 05/17/2012) |

| | | |
|---|---|---|
| 05/08/2012 | | NOTICE OF CASE REASSIGNMENT – SUA SPONTE to Judge Loretta A. Preska. Judge Unassigned is no longer assigned to the case. (laq) (Entered: 05/31/2012) |
| 05/18/2012 | | (Court only) Pro Se Staff Attorney T. Trigilio [Telephone Extension 0770] assigned case. Pro Se Staff Attorney Flag PSA–Trigilio set. Pro Se Staff Attorney Action (Screening Memo to Judge/Sua Sponte Order to Dismiss, Amend or Transfer, or Order to Answer) due by 6/18/2012. (mt) (Entered: 05/18/2012) |
| 05/18/2012 | | (Court only) Pro Se Staff Attorney Assignment Completed. (ttr) (Entered: 05/18/2012) |