UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 03662**

JENEA L. WILLIAMS-PATE

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

LEHMAN BROTHERS HOLDINGS INC

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

___ Civ. _____ (___)(___)

**REQUEST TO PROCEED**
***IN FORMA PAUPERIS***

I, JENEA L. WILLIAMS-PATE_____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   **NOT WORKING**

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   **NOT WORKING**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   **HUSBAND**

   a) Are you receiving any public benefits?    ☒ No.    ☐ Yes, $_____.

   b) Do you receive any income from any other source?    ☐ No.    ☒ Yes, $1700_____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☐ No.  ☒ Yes, $3000_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No.  ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

☐ No.  ☒ Yes, 3500_____.

7. List the person(s) that you pay money to support and the amount you pay each month.

N/A

8. State any special financial circumstances which the Court should consider.

I AM UNEMPLOYED AND BOTH KIDS HAVE SPECIAL NEEDS

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 30____ day of APRIL_____, 2012____.
           *date*              *month*              *year*

_JENEA WILLIAMS-PATE_
*Signature*

Rev. 05/2010                              2