DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
Shmuel Vasser
Janet M. Bollinger
*Attorneys for CWCapital EY REIT LB2 LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
                                                             :
In re:                                                       :    Chapter 11 Case No. 08-13555 (JMP)
                                                             :
LEHMAN BROTHERS HOLDINGS INC, *et al.*                       :    (Jointly Administered)
                                                             :
Debtors.                                                     :    Related to Dkt. Nos. 21254, 22091
                                                             :
------------------------------------------------------------ X

**NOTICE OF WITHDRAWAL OF OBJECTION OF**
**CWCAPITAL EY REIT LB2 LLC TO NOTICE OF PROPOSED ASSUMPTION OF**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO**
**DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN**
**PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

CWCapital EY REIT LB2 LLC ("**CWCapital**"), by and through its undersigned

counsel, hereby withdraws, with prejudice, the Objection of CWCapital to Notice of

Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors'

Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code,

filed on November 14, 2011 [Dkt. No. 22091].

Dated:  New York, New York
        May 31, 2012

Respectfully Submitted,

DECHERT LLP


By: */s/ Shmuel Vasser*
    Shmuel Vasser
    Janet M. Bollinger

1095 Avenue of the Americas
New York, NY  10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
shmuel.vasser@dechert.com
janet.bollinger@dechert.com

*Attorneys for CWCapital EY REIT LB2 LLC*