WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF FORTIETH, FORTY-FIRST, FORTY-SECOND, FORTY-THIRD, ONE HUNDRED FORTY-THIRD, AND ONE HUNDRED FIFTY-EIGHTH OMNIBUS OBJECTIONS TO CLAIMS SOLELY AS TO CERTAIN CLAIMS

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc. as Plan Administrator (the "Plan Administrator") under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, is withdrawing without prejudice the following omnibus objections to claims, *solely* with respect to the claims listed on **Exhibit A** annexed hereto:

- Fortieth Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 11305]
- Forty-First Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 11306]
- Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) [ECF No. 11307]
- Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) [ECF No. 11308]
- One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 16856]

- One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 18399]

The Plan Administrator reserves its rights to object to the claims listed on **Exhibit A** on any grounds in the future.

Dated: May 31, 2012
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

## Exhibit A

## Claims For Which Objection Is Withdrawn Without Prejudice:

| **Debtors' Fortieth Omnibus Objection to Claims** ||
| --- | --- |
| **Claimant** | **Claim #** |
| FOCHT, DEBORAH E | 34380 |
| FILBEE, SARAH M | 34468 |
| TENNANT, COLIN H | 34355 |
| DE JESUS, NESTOR E | 34492 |
| BROOKS, DAVID J | 34559 |
| MONAHAN, MARIA | 34563 |
| WILKINSON, TIMOTHY B | 34829 |
| CHAUNY, S.A. | 34873 |
| TAYLOR, CHRISTOPHER C | 34879 |
| HAHN-COLBERT, SANDRA M | 34728 |
| BIRASCHI, PAOLA | 34980 |
| SUTTON, JULIAN R | 35055 |
| **Debtors' Forty-First Omnibus Objection to Claims** ||
| **Claimant** | **Claim #** |
| KING, HARRIET CHAN | 34546 |
| HAHN-COLBERT, SANDRA | 34726 |
| HAHN-COLBERT, SANDRA M | 34727 |

| **Debtors' Forty-Second Omnibus Objection to Claims** | |
|---|---|
| **Claimant** | **Claim #** |
| SUTER, CLAUDIA | 64142 |
| SUTER, CLAUDIA | 64188 |
| NG PUI SHAN VINCI | 64319 |
| SCHAEFER, EDITH | 64512 |
| HO KAM YUEN | 64516 |
| EITO EITO, ANGELES | 64438 |
| GONZALEZ ROQUET, MARIA | 64439 |
| REYMEN, EDMOND | 64443 |
| DE LA ROSA DIAZ, JOSE ANTONIO | 64471 |
| PLENTYWEALTH INVESTMENT CO. LTD | 64615 |
| JOSE RUIVO DRAGAO, JOAO | 64556 |
| LIN CHAN, HING | 64617 |
| JUVENTIS INTERNATIONAL LIMITED | 64613 |
| PARDO CORDERO, EMILIO | 64718 |
| LAFRANCE, MARTINE | 64652 |
| LAFRANCE, HUGHES | 64653 |
| CLEIJPOOL, G.J. & VAN DER SANDE, J.M. | 64705 |
| WRENTON MANAGEMENT LIMITED | 64589 |
| KING SANG, LEUNG | 64595 |
| TSUI, JOHN &/OR LEE HO YI LINDA | 64596 |
| CHAN SING CHEUNG &/OR SO WAI LAN | 64597 |
| WEB-PRO TECHNOLOGY LIMITED | 64586 |
| POON YUK WAH | 64707 |

| | |
|---|---|
| SCHOWALTER, CHRISTINA | 64583 |
| SHRAM, MOSHE AND HANNA SHRAM | 64621 |
| LIN HSIEN HSIUNG &/LIN LAI CHAO YIN &/LIN YU TANG &/LIN YU TING | 64873 |
| INTEGRALE CCA. | 64920 |
| BURROW, MICHAEL | 64939 |
| MOK SIU YUK, EMILY | 64857 |
| GONG CHENG HSIUNG | 64858 |
| SCHRODER, INGRID | 64926 |
| STRADMEIJER, A.E. | 64876 |
| GROOTENHUIS, J.B. | 64928 |
| FOK YIM SHEUNG, FLORIA | 65031 |
| FOK YIM SHEUNG, FLORIA | 65032 |
| FOK YIM SHEUNG, FLORIA | 65033 |
| **Debtors' Forty-Third Omnibus Objection to Claims** | |
| **Claimant** | **Claim #** |
| BANI, THEOPHIL | 64138 |
| GOSELE, HEINZ & DORIS | 64139 |
| GLOOR, MAX | 64140 |
| SCHWARZ, MATTHIAS & BRIGITTA | 64141 |
| KALT, EDGAR | 64145 |
| MEYER-MEIER, ADRIAN | 64146 |
| MEYER-MEIER, ADRIAN | 64147 |
| SCHENKER, RUDOLF & ERIKA | 64148 |
| EIGENHEER, HEIDI | 64149 |
| FLACH-MEIER, REGULA | 64150 |

| | |
|---|---|
| SCHEURMANN, BEATRIX | 64151 |
| VORSORGESTIFTUNG DER M+P MENG UND PARTNER AG | 64152 |
| WINIGER, ROMAN | 64153 |
| VORSORGESTIFTUNG DER M+P MENG UND PARTNER AG | 64154 |
| VORSORGESTIFTUNG DER M+P MENG UND PARTNER AG | 64155 |
| KNUPP, WALTER & EDITH | 64173 |
| BUGINI, HANS & BARBARA | 64174 |
| NIESZNER, THOMAS & CORNELIA | 64175 |
| STRAUSS-MUHLEMANN, PETER | 64176 |
| STRAUSS-MUHLEMANN, PETER | 64177 |
| SCHNOPP, MAX LUDWIG | 64178 |
| WERNLI, BEAT & MARIA | 64179 |
| FISCHLI, RUDOLF & MARIANNE | 64180 |
| NIESZNER, THOMAS & CORNELIA | 64181 |
| NIESZNER, THOMAS & CORNELIA | 64182 |
| FISCHLI, RUDOLF & MARIANNE | 64183 |
| FISCHLI, RUDOLF & MARIANNE | 64184 |
| WOODTLY, URSULA & NICOLA MUMENTHALER | 64185 |
| VOGLER, KARL & ALICE | 64186 |
| WELLINGER, CHRISTOPH | 64187 |
| LIMTONG MANUEL TAN &/OR LIMTONG EUSEBIO EDGARDO TAN | 64306 |
| LIN WU CHUEH & SHIH SHU TSUN | 64309 |
| EUROMIX SICAV, SA | 64315 |
| MOHINANI HASSOMAL BULCHAND &/OR MOHINANI RENU HARISH | 64316 |
| HE PING &/OR DING XIAFEN | 64321 |
| KUPAT HATAGMULIM SHEL OVDEY BANK LEUMI LTD | 64331 |

| | |
|---|---|
| FRIEDRICH, A.J. | 64385 |
| AJF HOLDING B.V. | 64386 |
| YIU YUEN ON PAUL | 64396 |
| BAKKER, P.J. | 64414 |
| THAM YIU KWOK | 64424 |
| COCA VANO, FRANCISCO JOSE | 64495 |
| ANDERSEN, SAMUEL MAGNUS | 64135 |
| SPILT, J.C. | 64409 |
| ERNSDORFO, KARL | 64555 |
| WILLEMS, SIMONE | 64706 |
| KNOLLER, PETER UND MAVITTA | 64248 |
| STRADMEIJER, A.E. | 64877 |
| **Debtors' One Hundred Forty-Third Omnibus Objection to Claims** | |
| **Claimant** | **Claim #** |
| THE FINANCIAL SERVICES COMPENSATION SCHEME LIMITED | 63359 |
| TINANT, DANIELLE | 64460 |
| **Debtors' One Hundred Fifty-Eighth Omnibus Objection to Claims** | |
| **Claimant** | **Claim #** |
| FOCHT, DEBORAH E | 34381 |