# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 246: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | INGRAM PENSION PLAN/NY LIFE CO. TTEE INGRAM INDUSTRIES RETIREMENT PLAN TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC C/O INGRAM INDUSTRIES ATTN: JEFF BELSER 4400 HARDING ROAD NASHVILLE, TN 37205 | 24610 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $128,547.88* | Lehman Brothers Special Financing Inc. | Unsecured | $84,908.00 |
| | | | | | TOTAL | $128,547.88 | | TOTAL | $84,908.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts