WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------x

**FIFTH NOTICE OF WITHDRAWAL OR DEFERRAL OF DEBTORS'**
**APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE of the following:

1. On October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement (as amended from time to time the "Plan Supplement") [ECF No. 21254],[1] containing documents and schedules in connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"),[2] dated December 5, 2011 [ECF No. 22973]. The Plan was confirmed by order of the Court on December 6, 2011 (the "Confirmation Order") [ECF No. 23023] and became effective on March 6, 2012.

---

[1] A list of the amendments to the Plan Supplement and other notices and orders pertaining thereto is annexed hereto as Exhibit A.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

US_ACTIVE:\43984490\02\58399.0003

2.  Pursuant to the Confirmation Order, the hearing on the Debtors' proposed assumption of certain executory contracts and unexpired leases set forth on Exhibit 2 to the Plan Supplement was adjourned until (i) February 14, 2012, or (ii) such other date as may be scheduled by the Debtors, with leave from the Court, with at least 30 days notice to the relevant counterparty, or as otherwise agreed.

3.  On January 31, 2012, February 9 and 13, 2012 and April 3, 2012, the Debtors filed notices of withdrawal of their application to assume certain executory contracts or to defer indefinitely the hearing on their application to assume certain executory contracts (the "Notices of Withdrawal or Deferral").

4.  Subsequent to the filing of the Notices of Withdrawal or Deferral, the Debtors have reached agreements with certain additional parties with respect to their objections to the Debtors' application to assume executory contracts and unexpired leases.

5.  The Debtors hereby withdraw their application to assume the executory contracts and unexpired leases identified on Exhibit B hereto (the "Withdrawn Contracts").

6.  The executory contracts and unexpired leases that are the subject of the objections identified on Exhibit C (the "Additional Deferred Contracts") shall be adjourned without date and shall be scheduled by the Debtors, with leave from the Court, on a date to be determined with at least 30 days notice to the counterparty, or as otherwise agreed.

7. The Debtors reserve their rights to withdraw in the future their application to assume additional executory contracts and unexpired leases set forth on Schedule 1 or 2 to the Confirmation Order or that are the subject of the objections listed on Schedule 1 or 2 to the Confirmation Order.

Dated: May 31, 2012
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

# EXHIBIT A

## AMENDMENTS TO THE PLAN SUPPLEMENT AND OTHER NOTICES AND ORDERS PERTAINING THERETO

1. Amendment No. 1 to the Plan Supplement, filed on November 4, 2011 [ECF No. 21665].

2. Amendment No. 2 to the Plan Supplement, filed on November 15, 2011 [ECF No. 22156].

3. Amendment No. 3 to the Plan Supplement, filed on November 22, 2011 [ECF No. 22590].

4. Amendment No. 4 to the Plan Supplement, filed on November 29, 2011 [ECF No. 22742].

5. Amendment No. 5 to the Plan Supplement, filed on December 2, 2011 [ECF No. 22876].

6. Amendments No. 6 and No. 7 to the Plan Supplement, filed on December 5, 2011 [ECF Nos. 22975 and 22980].

7. Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on January 31, 2012 [ECF No. 24823].

8. Notice of (i) Withdrawal of Debtors' Application to Assume Certain Executory Contracts, (ii) Indefinite Adjournment of Debtors' Application to Assume Certain Executory Contracts, (iii) Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, and (iv) Status Conference on Debtors' Proposed Assumption of Executory Contracts, filed on February 9, 2012 [ECF No. 25201].

9. Third Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 13, 2012 [ECF No. 25266].

10. Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, entered by the Court on March 19, 2012 [ECF No. 27016].

11. Fourth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on April 3, 2012 [ECF No. 27262].

# EXHIBIT B

# WITHDRAWN CONTRACTS

US_ACTIVE:\43984490\02\58399.0003

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Anthracite Balanced Company (JR-49) Ltd. | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of July 25, 2006 | Jennifer C. DeMarco<br>Sarah Campbell<br>Clifford Chance US LLP<br>31 West 52nd St.<br>New York, NY 10019 |
| | | | Strathvale House<br>North Church St.<br>P.O. Box 1109 GT<br>Grand Cayman, Cayman Islands<br>Attn: The Directors |
| Anthracite Balanced Company (JR-54) Ltd. | | ISDA Master Agreement, dated as of May 8, 2008 | Jennifer C. DeMarco<br>Sarah Campbell<br>Clifford Chance US LLP<br>31 West 52nd St.<br>New York, NY 10019 |
| | | | 22 Greville Street<br>St Helier, Jersey<br>JE4 8PX |
| Aviv LCDO 2006-1 Limited | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of September 12, 2006 | James E. Spiotto<br>Ann E. Acker<br>Franklin H. Top, III<br>James Heiser<br>Chapman and Cutler LLP<br>111 West Monroe St.<br>Chicago, Ill. 60603 |
| | | | Craig M. Price<br>Chapman and Cutler LLP<br>330 Madison Ave., 34th Floor<br>New York, NY 10017-5010 |
| | | | MaplesFS Limited<br>P.O. Box 1093 Queensgate House<br>113 South Church St.<br>Georgetown, Grand Cayman |
| | | | P.O. Box 1093 GT, Queensgate House, South Church St.<br>Georgetown, Grand Cayman<br>Attn: General Counsel or Corporate Exec |
| East Bay Municipal Utility District | Lehman Brothers Special Financing Inc. | Two ISDA Master Agreements (Local Currency-Single Jurisdiction), each dated as of May 4, 2005 | Lee S. Attanasio<br>Alex R. Rovira<br>787 Seventh Ave.<br>Sidley Austin LLP<br>New York, NY 10019 |
| | | | 375 Eleventh Street<br>Oakland, CA , 74807 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Episcopal Homes Foundation | Lehman Brothers Special Financing Inc. | Debt Service Fund Lock-In Agreement, dated as of April 9, 1996 (as amended) | James E. Spiotto<br>Ann E. Acker<br>Franklin H. Top, III<br>James Heiser<br>Chapman and Cutler LLP<br>111 West Monroe St.<br>Chicago, Ill. 60603 |
| | | | Craig M. Price<br>Chapman and Cutler LLP<br>330 Madison Ave., 34th Floor<br>New York, NY 10017-5010 |
| | | | 3650 Mt. Diablo Blvd, #100<br>Lafayette, CA , 94549 |
| Italease Finance S.p.A. | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of March 22, 2005 | Hugh Hill<br>Hogan Lovells US LLP<br>875 Third Ave.<br>New York, NY<br>10022 |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th St., 14th Floor<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| | | | Italease Finance S.P.A.<br>c/o Blank Rome LLP<br>405 Lexington Ave.<br>New York, NY, 10174 |
| | | | Italease Finance S.P.A.<br>c/o Lovells Studio Legale<br>Via Santa Maria alla Porta 2<br>Milan, 20123<br>Italy |
| Massachusetts Development Finance Authority | Lehman Brothers Special Financing Inc. | 1992 ISDA Master Agreement, dated as of October 1, 1993 | Paul J. Labov<br>Edwards Wildman Palmer LLP<br>750 Lexington Ave.<br>New York, NY 10022 |
| | | | c/o U.S. Bank National Association<br>One Federal St., 3rd Floor<br>Boston, MA, 02110<br>Attn: Todd DiNezza |
| Memorial Hospital | Lehman Brothers Special Financing Inc. | ISDA Master Agreement (Local Currency – Single Jurisdiction), dated as of March 15, 2006 | Lee S. Attanasio<br>Alex R. Rovira<br>787 Seventh Ave.<br>Sidley Austin LLP<br>New York, NY 10019 |
| | | | 715 South Taft Avenue<br>Fremont, CA 43420 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Saphir Finance PLC 2005-10 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 10, 2002 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | | | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square<br>London, E14 5AL<br>United Kingdom |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, 14th Floor<br>New York, NY, 10016<br>Attn: Thomas Musarra |

# EXHIBIT C

# ADDITIONAL DEFERRED CONTRACTS

US_ACTIVE:\43984490\02\58399.0003

| Number | Counterparty | ECF No. | Debtor | Agreement |
|---|---|---|---|---|
| 1 | Bank of America, National Association, successor by merger with LaSalle Bank, National Association, solely in its capacity as trustee on behalf of Libra CDO Limited | 21920 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 17, 2006 (together with the Schedule and Confirmations thereto, each dated October 17, 2006 |