**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
|  |  |  |
| In re | : | **Chapter 11** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **Case No. 08-13555 (JMP)** |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |
|  | : |  |
-------------------------------------------------------------------------x    **Ref. Docket No. 28181**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                       ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On May 30, 2012, I caused to be served the "Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding Omnibus Claims Objections Scheduled For Hearing On May 31, 2012," dated May 30, 2012 [Docket No. 28181], by causing true and correct copies to be:

   i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

   ii.  delivered via hand delivery to the party listed on the annexed <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Panagiota Manatakis*
                                                              Panagiota Manatakis

Sworn to before me this
31st day of May, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

# <u>Exhibit A</u>

**<u>Counsel To The Official Committee Of Unsecured  Creditors</u>**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED  CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE

TRACY HOPE DAVIS, ESQ.

ELISABETTA G. GASPARINI, ESQ.

ANDREA B. SCHWARTZ, ESQ.

33 WHITEHALL STREET, 21ST FLOOR

NEW YORK, NY 10004