# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 286: EXHIBIT 1 – ASSIGNED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ALLTELL INFORMATION SERVICES, INC. N/K/A FIDELITY NATIONAL INFORMATION SERVICES, INC.<br>601 RIVERSIDE AVENUE, T/2<br>JACKSONVILLE, FL 32204 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25657 | $26,120.00 |
| 2 | ALLTELL INFORMATION SERVICES, INC. N/K/A FIDELITY NATIONAL INFORMATION SERVICES, INC.<br>601 RIVERSIDE AVENUE, T/2<br>JACKSONVILLE, FL 32204 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25658 | $281,150.00 |
| 3 | ALLTELL INFORMATION SERVICES, INC. N/K/A FIDELITY NATIONAL INFORMATION SERVICES, INC.<br>601 RIVERSIDE AVENUE, T/2<br>JACKSONVILLE, FL 32204 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25659 | $129,800.00 |
| 4 | DATA INC.<br>72 SUMMIT AVE.<br>MONTAVALE, NJ 07645 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2009 | 35883 | $5,400.00 |
| 5 | GLOBAL COAL LIMITED<br>ENERGY HOUSE<br>9 KING STREET<br>LONDON, EC2V 8EA<br>UNITED KINGDOM | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 10/22/2008 | 337 | $14,100.00 |
| 6 | GREYWARE AUTOMATION PRODUCTS, INC.<br>308 ORIOLE CT<br>MURPHY, TX 75094 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2008 | 17 | $20,460.00 |
| 7 | IESMARTSYSTEMS, LLC<br>C/O JOSHUA W. WOLFSHOHL<br>PORTER & HEDGES, L.L.P.<br>1000 MAIN STREET, 36TH FLOOR<br>HOUSTON, TX 77002 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/21/2009 | 3873 | $101,240.84* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 286: EXHIBIT 1 – ASSIGNED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 8 | IM2 CONSULTING / RAINMAKER GROUP LLC<br>ATTN BRIAN C WINTERS<br>230 PARK AVENUE<br>SUITE 1000<br>NEW YORK, NY 10169 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2008 | 67 | $304,000.00 |
| 9 | INTERNATIONAL SOS ASSISTANCE INC.<br>3600 HORIZON BOULEVARD<br>SUITE 300<br>TREVOSE, PA 19053 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2008 | 48 | $4,000.00 |
| 10 | KELNARD<br>ATTN:SHELDON NEIL<br>38-26 TENTH ST<br>LONG ISLAND CITY, NY 11101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30425 | $1,652.11 |
| 11 | LCM COMMODITIES LLC<br>445 PARK AVE FL 16<br>NEW YORK, NY 10022-8618 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/13/2008 | 169 | $480.00 |
| 12 | LCM COMMODITIES LLC<br>445 PARK AVE FL 16<br>NEW YORK, NY 10022-8618 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 10/13/2008 | 170 | $35,190.00 |
| 13 | MCLARTY ASSOCIATES<br>PAUL HART, CFO<br>8028 CANTRELL ROAD, SUITE 201<br>LITTLE ROCK, AR 72227 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/09/2008 | 1256 | $100,000.00 |
| 14 | RIDGE TECHNOLOGIES, INC.<br>ATTN: THOMAS RIDGEWAY, PRESIDENT<br>1111 SECAUCUS ROAD<br>SECAUCUS, NJ 07094 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2008 | 66 | $79,348.00 |
| 15 | TALKPOINT HOLDINGS, LLC<br>100 WILLIAM STREET, 9TH FLOOR<br>NEW YORK, NY 10038 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2008 | 9 | $70,225.00 |

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 286: EXHIBIT 1 – ASSIGNED CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 16 | VALTERA CORPORATION<br>ATTN: LEGAL DEPT.<br>1701 GOLF ROAD, TOWER 2-1100<br>ROLLING MEADOWS, IL 60008 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/26/2008 | 38 | $44,941.00 |
| | | | | | TOTAL | $1,218,106.95 |

# EXHIBIT 2

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 286: EXHIBIT 2 – ASSIGNED CONTRACT CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | NEW YORK MERCANTILE EXCHANGE, INC<br>ATTN: LISA A DUNSKY<br>DIRECTO AND ASSOCIATE GENERAL COUNSEL<br>CME GROUP INC.<br>20 S WACKER DRIVE<br>CHICAGO, IL 60606 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/10/2009 | 11304 | Undetermined |
| | | | | | TOTAL | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 286: EXHIBIT 3 – ASSIGNED CONTRACT CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | AKF ENGINEERS LLP (F/K/A ATKINSON KOVEN FEINBERG ENGINEERS, LLP) ROBERT L'INSALATA 1501 BROADWAY, SUITE 700 NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11335 | $45,678.62 |
| | | | | | TOTAL | $45,678.62 |

\* - Indicates claim contains unliquidated and/or undetermined amounts