# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 289: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ARTICLE 7TH TRUST U/W/O SHERMAN R. LEWIS, JR.<br>DOROTHY LEWIS, TRUSTEE<br>47 EAST 88TH ST.<br>APT. 15C<br>NEW YORK, NY 10128 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19087 | $37,340.00 |
| 2 | CARSON, DOUGLAS F.<br>907 FEARRINGTON POST<br>PITTSBORO, NC 27312 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10810 | $70,000.00 |
| 3 | DAVID L. MCDONALD LIVING TRUST<br>14141 MILLERTON ROAD<br>PRATHER, CA 93651-9798 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/27/2009 | 9539 | $3,000,000.00 |
| 4 | FRADIN, RUSSELL P & JUDITH B TEN IN COM<br>400 E 84TH ST APT 27B<br>NEW YORK, NY 10028-5612 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2146 | $1,000,000.00 |
| 5 | FRESNO REGIONAL FOUNDATION<br>5250 N PALM AVENUE SUITE 424<br>FRESNO, CA 93704-2214 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/30/2009 | 6672 | $700,000.00 |
| 6 | GENIRS, KEVIN R.<br>411 WEST END AVE<br>APARTMENT 7A<br>NEW YORK, NY 10024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28478 | $28,005.00 |
| 7 | HALEY, ROY W. & EDYTHE F. JTWROS<br>5198 VARDON DR<br>WINDERMERE, FL 34786-8960 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14774 | $1,000,000.00 |
| 8 | HAYAT, CLAUDE<br>110 EAST 57TH STREET<br>APARTMENT 10E<br>NEW YORK, NY 10022-2618 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21343 | $49,138.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 289: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 9 | IRA CINI L.P.<br>COLLEEN E. MCMANUS<br>MIUCH SHELIST DENENBERG AMENT &<br>RUBENSTEIN, P.C.<br>191 N. WACKER DRIVE, SUITE 1800<br>CHICAGO, IL 60606 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/20/2009 | 4456[1] | $3,426,012.55 |
| 10 | LIEBERBERG, ROBERT<br>120 EAST END AVE.<br>APT 4B<br>NEW YORK, NY 10028 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13412 | $48,500.00 |
| 11 | MAIDMAN, DAGNY<br>770 RHODE ISLAND STREET<br>SAN FRANCISCO, CA 94107-2630 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/30/2009 | 6668 | $50,000.00 |
| 12 | MARINO, THOMAS<br>91 CENTRAL PARK WEST APT 14A<br>NEW YORK, NY 10023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15172 | $178,576.87 |
| 13 | MAYROCK, ISIDORE<br>395 DUCK POND ROAD<br>LOCUST VALLEY, NY 11560 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2302 | $1,500,000.00 |
| 14 | MAYROCK, ISIDORE<br>395 DUCK POND ROAD<br>LOCUST VALLEY, NY 11560 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2303 | $1,000,000.00 |
| 15 | MIKULICH, RAYMOND C.<br>15 CENTRAL PARK WEST, APT 15D<br>NEW YORK, NY 10023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23845 | $1,000,000.00 |

---

[1] Claim 4456 is being expunged solely with respect to its asserted claim of $1,704,662.55, related to LibertyView Credit Opportunities Fund II, LLC. The remaining portion of Claim 4456 was previously expunged pursuant to the Order Granting the Debtors' Twentieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated Sept. 21, 2010, ECF No. 11501 (the "Duplicative Claim Order"). The dollar amount of the previously expunged portion of Claim 4456 identified in the Duplicative Claim Order was incorrect; however, upon entry of this Order, Claim 4456 shall be disallowed and expunged in its entirety.

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 289: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 16 | PEREIRA, BRIAN<br>22 MEADOW ROAD<br>SCARSDALE, NY 10583 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31133 | $200,000.00 |
| 17 | RIVERSIDE ASSET MANAGEMENT, LLC<br>C/O JAMES J. CHESTER<br>65 EAST STATE STREET, SUITE 1000<br>COLUMBUS, OH 43215 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/26/2009 | 1990 | $600,000.00 |
| 18 | ROSEN, LEONARD G.<br>64 PINKAS STREET<br>APARTMENT 153<br>TEL AVIV, 62157<br>ISRAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33637 | $36,375.00 |
| 19 | SAHN, BOBBY<br>1 CENTRAL PARK SOUTH<br>APARTMENT 806<br>NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28312[2] | $1,000,000.00 |
| 20 | SPIEGEL, WILLIAM & KADIN, LISA<br>2109 BROADWAY, APT. 16-144<br>NEW YORK, NY 10023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2295 | $500,000.00 |
| 21 | SPIEGEL, WILLIAM & KADIN, LISA<br>2109 BROADWAY, APT. 16-144<br>NEW YORK, NY 10023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2297 | $500,000.00 |
| 22 | SUMMIT CAPITAL PARTNERS LP<br>C/O CHESTER B. SALOMON, ESQ.<br>BECKER, GLYNN, MELAMED & MUFFLY LLP<br>299 PARK AVENUE<br>NEW YORK, NY 10171 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22074 | $1,200,000.00 |

---

[2] **The portion of Claim No. 28312 relating to cusip 52520W143 in the amount of $221,783.85 remains unaffected by this Order.**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 289: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 23 | SURYAN FAMILY TRUST<br>C/O FRANK SURYAN JR.<br>3821 SEASCAPE DRIVE<br>HUNTINGTON BEACH, CA 92649-2523 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19330 | $625,766.72 |
| 24 | TASHLIK, THEODORE WM<br>IRA CUSTODIAN<br>9 OVERLOOK CIR<br>MANHASSET, NY 11030-3933 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40345[3] | $1,000,000.00 |
| 25 | UBELHART, KAREN A<br>800 WEST END AVE<br>APT 7A<br>NEW YORK, NY 10025-5467 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30621[4] | $53,573.00 |
| 26 | WOLT, ETHAN M.<br>155 WEST 68TH STREET<br>APARTMENT 24B<br>NEW YORK, NY 10023 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30461 | $250,000.00 |
| | | | | | TOTAL | $19,053,287.14 |

---

[3] The portion of Claim No. 40345 relating to cusip 52517P7H8 in the amount of $100,000 was previously expunged pursuant to the Order Granting the Debtors' One Hundred Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated July 21, 2011, ECF No. 18712.

[4] Claim 30621 is being expunged solely with respect to its asserted claim of $53,573.00, related to MLP Opportunity Capital Partners, L.P.  A remaining portion of Claim 30621, in the amount of $9,654.00, was previously reclassified as an equity interest pursuant to the Order Granting the Debtors' One Hundred Forty-Ninth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), dated Sept. 21, 2011, ECF No. 18708.