# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADDINGTON, ERIK R.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23966 | $277,554.00 | No Liability |
| 2 | ANTONELLI, CHRISTOPHER G.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23965 | $658,869.00 | No Liability |
| 3 | BEST, BARBARA J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24001 | $113,487.00 | No Liability |
| 4 | BHATTAL, JASJIT S.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23964 | $5,562,264.00 | No Liability |
| 5 | CHETTY, NOEL ROYAPPAN<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23981 | $101,536.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | CHIN, RUSSELL<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23984 | $136,713.00 | No Liability |
| 7 | CHO, KUNHO<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23980 | $1,452,741.00 | No Liability |
| 8 | CORSALINI, ENRICO J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23963 | $763,077.00 | No Liability |
| 9 | DEXTER, DARRIN A.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23962 | $367,883.00 | No Liability |
| 10 | FLANAGAN, CHRISTOPHER<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23976 | $396,228.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | FUCHS, BENJAMIN A.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23977 | $2,376,424.00 | No Liability |
| 12 | GOULD, JAMES P.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23995 | $174,063.00 | No Liability |
| 13 | GREENWALD, ANDREW J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23961 | $144,216.00 | No Liability |
| 14 | HOWE, CHRISTIAN J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23985 | $1,957,682.00 | No Liability |
| 15 | HUANG, KANGLIN<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23960 | $810,317.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | HUGO-LANCELOT ROBERT GABRIEL MARTY<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24002 | $335,254.00 | No Liability |
| 17 | HUNT, ROBIN<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23959 | $573,574.00 | No Liability |
| 18 | HURLEY, JEFFREY D.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23986 | $143,588.00 | No Liability |
| 19 | KAYE, PATRICK J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23957 | $165,559.00 | No Liability |
| 20 | KEAY, STEPHANIE<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24007 | $348,399.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | LUCOCQ, SIMON B.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23978 | $344,557.00 | No Liability |
| 22 | MCGARRY, PATRICK J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24003 | $296,990.00 | No Liability |
| 23 | MILLEA, TIMOTHY E.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23968 | $163,359.00 | No Liability |
| 24 | O'CONNOR, BRIAN M.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24004 | $865,543.00 | No Liability |
| 25 | PEARSON, THOMAS M.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24005 | $4,054,271.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 26 | QUISMORIO, JAMES P.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24006 | $318,479.00 | No Liability |
| 27 | RASNER, TIMOTHY D.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23971 | $425,546.00 | No Liability |
| 28 | RUBINSTEIN, MARC<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23983 | $208,173.00 | No Liability |
| 29 | SIEGMUND, THOMAS<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23979 | $559,300.00 | No Liability |
| 30 | SKOLNICK, FRED J.<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23999 | $434,683.00 | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | VAISH, PANKAJ<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23951 | $172,707.00 | No Liability |
| 32 | WENDEL, CHRISTOPHER<br>C/O TATSUYA TANIGAWA<br>ARK MORI BUILDING 28FL.<br>1-12-32 AKASAKA MINATO-KU<br>TOKYO, 107-6029<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24000 | $4,066,213.00 | No Liability |
| | | | | | TOTAL | $28,769,249.00 | |