# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 292: EXHIBIT 1 – NO GUARANTEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ABSOLUTE SOFTWARE CORPORATION<br>ATTN: TREVOR WIEBE, GENERAL COUNSEL & CORP SECRETARY<br>SUITE 1600, FOUR BENTALL CENTRE<br>1055 DUNSMUIR ST.<br>VANCOUVER, BC V7X 1K8<br>CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16187 | $36,600.00 | No Guarantee Claim |
| 2 | JFJ INVESTMENTS<br>ATTN: JEAN BURNS<br>1501 E. 2ND AVENUE<br>TAMPA, FL 33605 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/14/2009 | 12472[1] | $454,500.00* | No Guarantee Claim |
| 3 | LEHMAN BROTHERS DIVERSIFIED PRIVATE EQUITY FUND 2004 PARTNERS<br>C/O LEHMAN BROTHERS EUROPEAN MEZZANINE<br>10 BROOK STREET<br>LONDON, W1S 1BG<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23435 | $298,741.30 | No Guarantee Claim |
| 4 | LEHMAN BROTHERS EUROPEAN MEZZANINE CAPITAL PARTNERS-A, L.P.<br>C/O LEHMAN BROTHERS EUROPEAN MEZZANINE<br>10 BROOK STREET<br>LONDON, W1S 1BG<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23433 | $43,532.80 | No Guarantee Claim |

---

[1] No Debtor is specified on the face of claim number 12472, but the face of the proof of claim indicates that the claim is based on a Guarantee. The claimant completed a Guarantee Questionnaire and attached two copies of the proof of claim it filed against Lehman Brothers Special Financing Inc. ("LBSF") as well as a copy of an unexecuted Guarantee. Based on the claimant's failure to specify a Debtor on the face of its proof of claim and/or the claimant's attachment of two copies of the proof of claim it filed against LBSF to its Guarantee Questionnaire, LBSF is listed erroneously as the Debtor for claim number 12472 on the claims register. The correct Debtor for claim number 12472 is Lehman Brothers Holdings Inc., and the claims register will be modified accordingly.

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 292: EXHIBIT 1 – NO GUARANTEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | LEHMAN BROTHERS EUROPEAN MEZZANINE CAPITAL PARTNERS-B, L.P.<br>C/O LEHMAN BROTHERS EUROPEAN MEZZANINE<br>10 BROOK STREET<br>LONDON, W1S 1BG<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23434 | $846,392.60 | No Guarantee Claim |
| | | | | | TOTAL | $6,179,766.70 | |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 292: EXHIBIT 2 – NO GUARANTEE CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | HSBC BANK USA, NA AS TTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6 SUPPLEMENTAL INTEREST TRUST CTLA- STRUCTURED FINANCE ATTN: CHI LE 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28379 | Undetermined | No Guarantee Claim |
| 2 | SISTEMA UNIVERSITARIO ANA G. MENDEZ, INCORPORADO ATTN: ADA L. SOLA-FERNANDEZ PO BOX 21345 SAN JUAN, PR 00928-1345 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30842 | $3,500,000.00 | No Guarantee Claim |
| | | | | | TOTAL | $3,500,000.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts