# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 290: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BADAWI, AMR SEDKI<br>C/O OMAR EL SAWY<br>834 SECOND ST<br>MANHATTAN BEACH, CA 90266 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11332 | $72,351.83 |
| 2 | BANCO BOLIVARIANO CA<br>ATTN: JOSE MEDINA S<br>JUNIN 200 Y PANAMA<br>GUAYAQUIL<br>ECUADOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/26/2009 | 9421 | $5,698.07 |
| 3 | BANICKI, EUGENE FRANK AND REBECCA LYNN<br>1045 E. CHEVY CHASE DRIVE<br>SALT LAKE CITY, UT 84117 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31180 | $20,140.93 |
| 4 | ILUSO CAPITAL CORP<br>C/O GABRIEL G MATARASSO<br>MARVAL, O'FARRELL & MAIRAL<br>AV LEANDRO N ALEM 928 FLOOR 7 (C1001AAR)<br>BUENOS AIRES,<br>ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16003 | $1,120,000.00* |
| 5 | ILUSO CAPITAL CORP<br>C/O GABRIEL G MATARASSO<br>MARVAL, O'FARRELL & MAIRAL<br>AV LEANDRO N ALEM 928 FLOOR 7 (C1001AAR)<br>BUENOS AIRES,<br>ARGENTINA | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/18/2009 | 16004 | $1,120,000.00* |
| 6 | JAMES, WAYDE<br>49 PINE BROOK CURVE<br>NORTHAMPTON, MA 01060 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19217 | $31,606.30 |
| 7 | KENTUCKY RETIREMENT SYSTEMS<br>C/O ROBERTO RAMIREZ<br>ICE MILLER LLP<br>ONE AMERICAN SQUARE, SUITE 2900<br>INDIANAPOLIS, IN 46282-0200 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/01/2009 | 4710 | $48,200,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 290: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 8 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13600 (JMP) | LB 745 LLC | 06/01/2009 | 4711 | $48,200,000.00* |
| 9 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13664 (JMP) | PAMI Statler Arms LLC | 06/01/2009 | 4712 | $48,200,000.00* |
| 10 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 06/01/2009 | 4713 | $48,200,000.00* |
| 11 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 06/01/2009 | 4715 | $48,200,000.00* |
| 12 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 06/01/2009 | 4716 | $48,200,000.00* |
| 13 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 06/01/2009 | 4717 | $48,200,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 290: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 14 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 06/01/2009 | 4718 | $48,200,000.00* |
| 15 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 06/01/2009 | 4719 | $48,200,000.00* |
| 16 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 06/01/2009 | 4720 | $48,200,000.00* |
| 17 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13904 (JMP) | Lehman Scottish Finance L.P. | 06/01/2009 | 4722 | $48,200,000.00* |
| 18 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13905 (JMP) | CES Aviation LLC | 06/01/2009 | 4723 | $48,200,000.00* |
| 19 | KENTUCKY RETIREMENT SYSTEMS C/O ROBERTO RAMIREZ ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS, IN 46282-0200 | 08-13906 (JMP) | CES Aviation V LLC | 06/01/2009 | 4724 | $48,200,000.00* |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 290: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 20 | KENTUCKY RETIREMENT SYSTEMS<br>C/O ROBERTO RAMIREZ<br>ICE MILLER LLP<br>ONE AMERICAN SQUARE, SUITE 2900<br>INDIANAPOLIS, IN 46282-0200 | 08-13907 (JMP) | CES Aviation IX LLC | 06/01/2009 | 4725 | $48,200,000.00* |
| 21 | KENTUCKY RETIREMENT SYSTEMS<br>C/O ROBERTO RAMIREZ<br>ICE MILLER LLP<br>ONE AMERICAN SQUARE, SUITE 2900<br>INDIANAPOLIS, IN 46282-0200 | 08-13908 (JMP) | East Dover Limited | 06/01/2009 | 4726 | $48,200,000.00* |
| 22 | LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: VANTAGE CAPITAL MARKETS LLP<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11348 | $597,860.00 |
| 23 | NICHOLSON, BARBARA M. ACF HAMZA<br>PO BOX 538<br>TULLAHOMA, TN 37388-0538 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/02/2009 | 2438 | $25,487.74* |
| 24 | NICHOLSON, BARBARA M. ACF SOUKAINA<br>PO BOX 538<br>TULLAHOMA, TN 37388-0538 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/02/2009 | 2437 | $25,907.57* |
| 25 | NICOLL, JOBETH<br>NICOLL, WILLIAM<br>3650 SENTRY VIEW TRACE<br>SUWANEE, GA 30024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15162 | $1,180.84 |
| | | | | | TOTAL | $726,020,233.28 |