B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                              (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer,
other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to
raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive
notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the
substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with
respect to the claim, including without limitation, for voting and distribution purposes. Transferor
stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor
transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.
Transferor hereby directs that all payments, distributions, notices and communications in respect of or
with respect to the claim be made to Transferee.

Paulson Credit Opportunities Master Ltd.          Goldman Sachs Lending Partners LLC
_____          _____
        Name of Transferee                              Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): 28105
should be sent:                                   Amount of Claim Transferred: $47,700,000.00
                                                  Date Claim Filed: 9/22/09
Paulson Credit Opportunities Master Ltd.          Debtor: Lehman Brothers Holdings Inc.
1251 Avenue of the Americas
50th Floor
New York, NY 10020
Attn: James Olivo
Tel: 212-956-2221
Fax: 212-977-9505
Email: James.Olivo@paulsonco.com

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____

Name and Address where transferee payments

23

721018v.7 3091/00084

should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

24

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 05/30/12
     Name of Transferee/Transferee's Agent

     STUART MERZER
     Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____          Date: _____
     Name of Transferor/Transferor's Agent

25

721018v.7 3091/00084

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
        Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____          Date: 5/30/12
        Name of Transferor/Transferor's Agent

25

721018v.7 3091/00084