B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

| | |
|---|---|
| In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors. | Case No. <u>08-13555 (JMP)</u> <br> (Jointly Administered) |
| In re <u>Lehman Brothers Special Financing Inc.</u>, Debtor | Case No. <u>08-13888(JMP)</u> |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| | |
|---|---|
| <u>PP Opportunities Ltd.</u> <br> Name of Transferee | <u>Goldman Sachs Lending Partners LLC</u> <br> Name of Transferor |

Name and Address where notices to transferee should be sent:

PP Opportunities Ltd.
900 Third Avenue
New York, NY 10022
Attn: James Olivo
Tel: 212-956-2221
Fax: 212-977-9505
Email: James.Olivo@paulsonco.com

Court Claim # (if known): <u>28104</u>
Amount of Claim Transferred: <u>$2,300,000.00</u>
Date Claim Filed: <u>9/22/09</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:_____
Last Four Digits of Acct #: _____

Phone:_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments

20

725717v.1 3091/00084

should be sent (if different from above):

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 05/30/2012
STUART MERZER
Name of Transferee/Transferee's Agent
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____   Date: _____
Name of Transferor/Transferor's Agent

22

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: _____
      Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____        Date: __5/30/12__
      Name of Transferor/Transferor's Agent

22

725717v.1 3091/00084