B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
SDNY

In re Lehman Brothers Holdings Inc._____,    Case No. 08-13555_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MAT Investors LLC | [REDACTED] |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Charles Moxley; 1170 5th Ave, #12B
  New York, New York 10029

Court Claim # (if known): ___19200___
Amount of Claim: unliquidated
Date Claim Filed: ___09/18/2009___

Phone: 212-687-1980
Last Four Digits of Acct #: _____

Phone: [REDACTED]
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Charles Moxley_____    Date: _5/31/12_____
  Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.