# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 173: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | SPRING, BURKHARD R<br>8 WINTERGREEN DR WEST<br>MELVILLE, NY 11747-1808 | | Lehman No Case Asserted/All Cases Asserted | 09/08/2009 | 10698 | $353,413.00 | No Liability |
| | | | | | TOTAL | $353,413.00 | |