# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 132: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | GAZPROMBANK MORTGAGE FUNDING 2 S.A. ATTENTION: FREDERIC LAHAYE SOCIETE ANONYME 1, ALLEE SCHEFFER, L-2520 LUXEMBOURG GRAND-DUCHY OF LUXEMBOURG R.C.S. LUXEMBOURG B-125.919, LUXEMBOURG | 13939 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $159,544,969.34* | Lehman Brothers Special Financing Inc. | Unsecured | $90,000,000.00 |
| 2 | GAZPROMBANK MORTGAGE FUNDING 2 S.A. ATTENTION: FREDERIC LAHAYE - SOCIETE ANONYME 1, ALLEE SCHEFFER, L-2520 LUXEMBOURG GRAND-DUCHY OF LUXEMBOURG R.C.S. LUXEMBOURG B-125.919, LUXEMBOURG | 13940 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $161,944,844.83* | Lehman Brothers Holdings Inc. | Unsecured | $90,000,000.00 |
| | | | | | TOTAL | $321,489,814.17 | | TOTAL | $180,000,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts