**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

## ORDER DENYING MOTION OF
## WILLIAM KUNTZ III FOR RECONSIDERATION
## OF DECISION GRANTING OBJECTIONS TO HIS CLAIMS

Upon consideration of the motion, dated November 7, 2011, ECF No. 22236 (the "Motion"), of William Kuntz, III to vacate or modify the decision of this Court granting Debtors' Objection to Claims 33550, 33551, 33552, 35121 and 35430 of William Kuntz III, entered on November 10, 2010, ECF No. 12662, all as more fully described in the Motion; and upon consideration of the Objection of Lehman Brothers Holdings Inc. to the Motion, filed April 17, 2012, ECF No. 27400, and the arguments of counsel; and the Court having held a hearing on the Motion on April 26, 2012; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is **DENIED**; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
        June 1, 2012

                                            *s/ James M. Peck*
                                            Honorable James M. Peck
                                            United States Bankruptcy Judge