# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 284: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | DAICHI JAPAN CORPORATION<br>ROOM 212 2/F METRO CENTRE 1<br>32 LAM KING STREET<br>KOWLOON BAY<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33217 | $196,065.00 |
| 2 | PAUL, SUSANNE<br>7901 BRICKLEBUSH COVE<br>AUSTIN, TX 78750 | | Lehman No Case Asserted/All Cases Asserted | 03/01/2012 | 67936 | $25,000.00 |
| 3 | SHEN, JIANSHENG JENSEN<br>8502 HORNWOOD DR.<br>HOUSTON, TX 77036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35437 | $8,002.50 |
| 4 | STEMAR SALES<br>C/O BRYANT BRAMSON<br>1 WOOD AVENUE, PH2<br>WEST MOUNT, QC H3Z 3C5<br>CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10627 | $7,241.83 |
| | | | | | TOTAL | $236,309.33 |

* - Indicates claim contains unliquidated and/or undetermined amounts