# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 288: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ALTIDOR, FRITZNER L.<br>514 UNION ST<br>LINDEN, NJ 07036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29299 | $10,500.00 |
| 2 | BARBUZZA, SALVATORE V.<br>3802 BEECHWOOD PLACE<br>SEAFORD, NY 11783 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26411 | $77,000.00 |
| 3 | BASS, BRADLEY<br>110 E DELAWARE PL APT 804<br>CHICAGO, IL 60611-1485 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65219 | $38,771.10 |
| 4 | BESS, DONNA E<br>1777 GRAND CONCOURSE #4E<br>BRONX, NY 10453 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26345 | $12,053.00 |
| 5 | BRODERICK, MARCIA A<br>PO BOX 155<br>MORRILL, NE 69358-0155 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/10/2009 | 7896 | $10,000.00 |
| 6 | CHERNINA, DARYA<br>2780 WEST 5TH ST.<br>APT. 2J<br>BROOKLYN, NY 11224 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31290 | $20,530.74 |
| 7 | COHEN, MICHAEL C<br>9 MEADOW WOODS ROAD<br>LAKE SUCCESS, NY 11020 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30003 | $20,000.00 |
| 8 | GABBAY, MARK<br>HOUSE 11<br>51-55 DEEP WATER BAY ROAD<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11077 | $24,842.00 |
| 9 | GARG, SANDEEP<br>35 E 12TH ST APT 2C<br>NEW YORK, NY 10003-4630 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15686 | $405,288.00 |
| 10 | GERAGHTY, RONALD J.<br>17 BRANDYWINE LANE<br>COLTS NECK, NJ 07722 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 17076 | $950,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 288: EXHIBIT 1 – NO LIABILITY CLAIMS**

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|----|------|-------------|-------------|------------|---------|---------------------|
| 11 | HOY, ROBERT J.<br>6 TOWHEE HILL LN<br>YORK, ME 03909-1383 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28224 | $55,250.00* |
| 12 | KLANG, LINDA<br>21 MONROE STREET<br>LYNBROOK, NY 11563 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26344 | $26,389.00 |
| 13 | KOZLOV, ANATOLY<br>82 ACORN ST<br>STATEN ISLAND, NY 10306-3917 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26259 | $9,519.00 |
| 14 | KOZLOV, ANATOLY<br>82 ACORN STREET<br>STATEN ISLAND, NY 10306 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/23/2011 | 67741 | $123,750.01 |
| 15 | LI, CYNTHIA<br>2 CUESTA DR APT 2<br>LOS ALTOS, CA 94022-3938 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12365 | $5,000.00 |
| 16 | LILL, EDWARD J.<br>415 L'AMBIANCE DRIVE<br>UNIT 404<br>LONGBOAT KEY, FL 34228 | | Lehman No Case Asserted/All Cases Asserted | 07/15/2009 | 5343 | $3,889,728.69 |
| 17 | MURPHY, PAT<br>71 HAYES STREET<br>GARDEN CITY, NY 11530 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17258 | $45,000.00 |
| 18 | O'BRIEN, BARRY J<br>22 MEADOWBROOK ROAD<br>SHORT HILLS, NJ 07078-3316 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29922 | $76,158.00 |
| 19 | O'BRIEN, BARRY J<br>22 MEADOWBROOK ROAD<br>SHORT HILLS, NJ 07078-3316 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32450 | $6,500.00 |
| 20 | PIPKIN, GREGORY<br>11227 SMITHDALE RD<br>HOUSTON, TX 77024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/13/2009 | 4275 | $440,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 288: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 21 | PIPKIN, GREGORY<br>11227 SMITHDALE RD<br>HOUSTON, TX 77024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/22/2010 | 66960 | $439,000.00 |
| 22 | SHAUGHNESSY, JOHN C<br>11 BUTLER HILL ROAD NORTH<br>SOMERS, NY 10589-2410 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/07/2011 | 67712 | $150,000.00 |
| 23 | TANG, NORAH<br>100 BEEKMAN ST #14L<br>NEW YORK, NY 10038 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26340 | $9,625.00 |
| | | | | | TOTAL | $6,844,904.54 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 288: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BELK IV, SAMUEL E.<br>WARREN J. MARTIN, ESQ.<br>PORZIO BROMBERG & NEWMAN, P.C.<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN, NJ 07962 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/25/2009 | 3015 | $300,928.59 |
| 2 | LOCKE, RICHARD S.<br>145 HAWTHORNE AVENUE<br>LARKSPUR, CA 94939 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/26/2009 | 9581 | $550,000.00 |
| 3 | SCHOENHERR, CHARLES<br>41 BROAD BROOK LANE<br>STAMFORD, CT 06907 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12945 | $149,904.00 |
| | | | | | TOTAL | $1,000,832.59 |

\* - Indicates claim contains unliquidated and/or undetermined amounts