B 210A (Form 210A) (12/09)12

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings Inc.. et al.          Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Credican, C.A. | Banco Canarias de Venezuela, Banco Universal, C.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Credican, C.A.
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: Dennise Calderon-Barrera, Esq.

With a copy to:
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: David LeMay, Esq.
    Christy Rivera, Esq.

Phone: 58-416-622-3128

Court Claim # (if known): 62722
Amount of Claim: ISIN XS0295087125 in the amount of $8.063.217.78
Date Claim Filed: November 2. 2009

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By _____/s/_____    Date: May 14, 2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

CPAM: 4624630.1