DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
Shmuel Vasser
Janet M. Bollinger

*Attorneys for CWCapital EY REIT LB2 LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ X
                                                       :
In re:                                                 :
                                                       :   Chapter 11 Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC.,                         :
*et al.*                                               :   (Jointly Administered)
                                                       :
Debtors.                                               :
                                                       :
------------------------------------------------------ X

## CERTIFICATE OF SERVICE

I, Julian Pereira, hereby certify under penalty of perjury that:

    1.    I am not a party to the action, am over the age of eighteen years of age and I am employed with the law firm of Dechert LLP, 1095 Avenue of the Americas, New York, New York 10036.

    2.    On May 31, 2012, I caused to be served a true and correct copy of the *Notice of Withdrawal of Objection of CWCapital EY REIT LB2 LLC to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code* [D.I. #28263] through the Court's CM/ECF system upon all registered electronic filers appearing in this case; as well as by, *inter alia*, sending true copies by overnight courier upon the parties set forth in Exhibit A.

17276529.1.BUSINESS

Dated:  May 31, 2012

/s/ Julian Pereira
Julian Pereira

EXHIBIT A

**By Overnight Courier**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Jacqueline Marcus, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.