**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ..................................................................... x | | **Chapter 11 Case No.** |
| | : | |
| In re : | : | **08-13555 (JMP)** |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | **(Jointly Administered)** |
| | : | |
| Debtors. | : | |
| ..................................................................... x | | |

### ORDER GRANTING DEBTORS' TWO HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)

Upon the two hundred eighty-second omnibus objection to claims, dated April 16, 2012

(the "Two Hundred Eighty-Second Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"), in accordance with section 502 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's

order approving procedures for the filing of omnibus objections to proofs of claim [Docket No.

6664], seeking disallowance and expungement of the Late-Filed Claims on the basis that they

were filed after the General Bar Date or Securities Program Bar Date, as applicable, all as more

fully described in the Two Hundred Eighty-Second Omnibus Objection to Claims; and due and

proper notice of the Two Hundred Eighty-Second Omnibus Objection to Claims having been

provided, and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the Two Hundred Eighty-Second Omnibus

---

[1] Terms not defined herein shall have the meanings ascribed to them in the Two Hundred Eighty-Second Omnibus

Objection to Claims is in the best interests of the Debtors and their creditors, and that the legal

and factual bases set forth in the Two Hundred Eighty-Second Omnibus Objection to Claims

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Eighty-Second Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on <u>Exhibit 1</u> are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on <u>Exhibit A</u> annexed to the Debtors' Two

Hundred Eighty-Second Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed

hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
       June 1, 2012


       <u>    *s/ James M. Peck*                    </u>
       Honorable James M. Peck
       United States Bankruptcy Judge