# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 282: EXHIBIT 1- LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ASHLEY, SHELDON AND MEREDITH<br>246-25 52ND AVENUE<br>DOUGLASTON, NY 11362 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/26/2012 | 68067 | $25,000.00 | Late-Filed Claim |
| 2 | BARNETT, DAVID L.<br>1106 S. CHASEWAY COURT<br>BLOOMINGTON, IN 47401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/13/2012 | 68047 | $39,686.50 | Late-Filed Claim |
| 3 | CARROLL, JOHN<br>4A RADNOR ROAD<br>HARROW<br>MIDDLESEX, HA1 1RY<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/05/2012 | 67942 | $35,917.13 | Late-Filed Claim |
| 4 | CATTOLICO, MICHAEL A.<br>15706 BOULDER MOUNTAIN ROAD<br>POWAY, CA 92064 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/19/2012 | 68057 | $28,841.00 | Late-Filed Claim |
| 5 | COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE -<br>BANKRUPTCY UNIT<br>100 CAMBRIDGE STREET, 7TH FLOOR<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/08/2012 | 68039 | $2,037.18 | Late-Filed Claim |
| 6 | FOWLER, WAYNE S.<br>42 6B STREET, BINH HUNG HOA B,<br>BINH TAN DISTRICT,<br>HO CHI MWH CITY - VIETNAM, | | Lehman No Case Asserted/All Cases Asserted | 03/23/2012 | 68066 | $19,315,750.00 | Late-Filed Claim |
| 7 | GRECO, JO ANN<br>6360 HIGH CORNER RD<br>BROOKSVILLE, FL 34602 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/21/2012 | 68064 | $12,500.00 | Late-Filed Claim |
| 8 | LYNN A. PAKULLA REVOCABLE TRUST<br>9063 DUNLOGGIN RD<br>ELLICOTT CITY, MD 21042 | | Lehman No Case Asserted/All Cases Asserted | 03/19/2012 | 68055 | $19,758.44 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 282: EXHIBIT 1- LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | MAYO, JAMIE<br>22 WORDSWORTH ROAD<br>SHORT HILLS, NJ 07078 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/12/2012 | 68045 | $24,666.07 | Late-Filed Claim |
| 10 | MITRA, SUBHASH C.<br>3404A GIRAR COURT<br>KILLEEN, TX 76542 | | Lehman No Case Asserted/All Cases Asserted | 03/19/2012 | 68058 | $4,906.00 | Late-Filed Claim |
| 11 | STOCK MARKET INDEX INTERNATIONAL<br>29 BARTON ROAD<br>LONDON, W14 9HB<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 03/05/2012 | 67944 | Undetermined | Late-Filed Claim |
| 12 | TEEUWEN, FJKS<br>WLADIMIRLAAN 19<br>BUSSUM, BA 1404<br>NETHERLANDS | | Lehman No Case Asserted/All Cases Asserted | 03/12/2012 | 68046 | $76,045.61 | Late-Filed Claim |
| 13 | TREMONTI, MARK<br>C/O AKERMAN SENTERFITT<br>350 EAST LAS OLAS BLVD., 16TH FLR.<br>FORT LAUDERDALE, FL 33301 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/12/2012 | 68044 | $700,000.00 | Late-Filed Claim |
| 14 | VANDINA, MONICA<br>396 CLOVER PLACE<br>HOLBROOK, NY 11741 | | Lehman No Case Asserted/All Cases Asserted | 03/22/2012 | 68065 | $12,400.00 | Late-Filed Claim |
| | | | | | TOTAL | $20,297,507.93 | |