# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 262: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD. C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26402 | Undetermined | No Liability Claim |
| 2 | HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. ATTN: HOWARD STEEL BROWN RUDNICK LLP SVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26401 | Undetermined | No Liability Claim |
| 3 | HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND L.P. ATTN: HOWARD STEEL, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26400 | Undetermined | No Liability Claim |
| 4 | VARDE FUND IX, LP, THE C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26371 | Undetermined | No Liability Claim |
| 5 | VARDE FUND IX-A, LP, THE C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26370 | Undetermined | No Liability Claim |
| 6 | VARDE FUND V-B, L.P. , THE C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29233 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 262: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | VARDE FUND VII, L.P., THE<br>C/O BROWN RUDNICK LLP<br>ATTN: HOWARD STEEL, ESQ.<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29237 | Undetermined | No Liability Claim |
| 8 | VARDE FUND VII-B, L.P., THE<br>ATTN: HOWARD STEEL, ESQ.<br>C/O BROWN RUDNICK LLP<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29244 | Undetermined | No Liability Claim |
| 9 | VARDE FUND VIII LP, THE<br>C/O BROWN RUDNICK LLP<br>HOWARD STEEL<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29401 | Undetermined | No Liability Claim |
| 10 | VARDE FUND, L.P., THE<br>ATTN: HOWARD STEEL, ESQ.<br>C/O BROWN RUDNICK LLP<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29242 | Undetermined | No Liability Claim |
| 11 | VARDE FUND, VI-A, L.P., THE<br>ATTN: HOWARD STEEL, ESQ.<br>C/O BROWN RUDNICK LLP<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29240 | Undetermined | No Liability Claim |
| 12 | VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, LP<br>C/O BROWN RUDNICK LLP<br>HOWARD STEEL, ESQ<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26369 | Undetermined | No Liability Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 262: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | VARDE INVESTMENT PARTNERS, LP<br>C/O BROWN RUDNICK LLP<br>HOWARD STEEL, ESQ<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26373 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $0.00 | |