# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 244: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AECO GAS STORAGE PARTNERSHIP<br>JASON DUBCHAK, GENERAL COUNSEL<br>NISKA GAS STORAGE<br>400, 607-8TH AVENUE S.W.<br>CALGARY, AB T2P 0A7<br>CANADA | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/17/2009 | 15075 | $1,175,958.25 | No Liability Claim |
| 2 | AECO GAS STORAGE PARTNERSHIP<br>JASON DUBCHAK, GENERAL COUNSEL<br>NISKA GAS STORAGE<br>400, 607-8TH AVENUE S.W.<br>CALGARY, AB T2P 0A7<br>CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15077 | $1,175,958.25 | No Liability Claim |
| | | | | | TOTAL | $2,351,916.50 | |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 244: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1, IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20327 | $32,723,011.81* | No Liability Claim |
| 2 | ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1, IRELAND | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20333[1] | $7,610,790.81* | No Liability Claim |
| 3 | ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1, IRELAND | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20324 | $13,115,693.67* | No Liability Claim |
| 4 | ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1, IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20325 | $13,115,693.67* | No Liability Claim |

---

[1] Claim 20333 has been asserted in the amount of $62,657,178.81. Pursuant to the Two Hundred Forty-Fourth Omnibus Objection to Claims, only the portion of Claim 20333 asserting a claim totaling $7,610,790.81 against LBSF is being expunged. The remaining portion of Claim 20333 asserting a claim totaling $55,046,388.00 is not being expunged pursuant to, or being affected by, the Two Hundred Forty-Fourth Omnibus Objection to Claims, and the Debtors' rights to object to that portion of Claim 20333 are reserved.

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                                                     Page 1 of 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 244: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 18<br>ATTN: THE DIRECTORS<br>AIB INTERNATIONAL CENTRE<br>I.F.S.C.<br>DUBLIN 1,<br>IRELAND | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20326 | $32,723,011.81* | No Liability Claim |
| 6 | DEUTSCHE BANK AG<br>ATTN: IRA WURCEL, ESQ.<br>60 WALL STREET, 28TH FLOOR<br>NEW YORK, NY 10005 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27906 | Undetermined | No Liability Claim |
| 7 | DEUTSCHE BANK AG<br>ATTN: IRA WURCEL, ESQ.<br>60 WALL STREET<br>NEW YORK, NY 10005 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28465 | Undetermined | No Liability Claim |
| 8 | DEUTSCHE BANK AG<br>ATTN: IRA WURCEL, ESQ.<br>60 WALL STREET<br>NEW YORK, NY 10005 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28466 | Undetermined | No Liability Claim |
| 9 | FINMECCANICA S.P.A.<br>PIAZZA MONTE GRAPPA 4<br>ROME, 00195<br>ITALY | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/05/2009 | 7366 | $487,854.06 | No Liability Claim |
| 10 | FINMECCANICA S.P.A.<br>PIAZZA MONTE GRAPPA 4<br>ROME, 00195<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/05/2009 | 7367 | $487,854.06 | No Liability Claim |
| 11 | JUDSON<br>ATTN: HONG CHAE<br>2181 AMBLESIDE DRIVE<br>CLEVELAND, OH 44106 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/01/2008 | 1166 | $434,656.17 | No Liability Claim |
| | | | | | TOTAL | $100,698,566.06 | |

* - Indicates claim contains unliquidated and/or undetermined amounts