# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 95: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BREVAN HOWARD MASTER FUND LIMITED C/O BREAVAN HOWARD ASSET MANAGEMENT LLP ATTN: ALEX UNDERWOOD 55 BAKER STREET LONDON, W1U 8EW UNITED KINGDOM | 14684 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $32,235,070.00* | Lehman Brothers Holdings Inc. | Unsecured | $25,500,000.00 |
| 2 | BREVAN HOWARD MASTER FUND LIMITED C/O BREAVAN HOWARD ASSET MANAGEMENT LLP ATTN: ALEX UNDERWOOD 55 BAKER STREET LONDON, W1U 8EW UNITED KINGDOM | 14685 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $32,235,070.00* | Lehman Brothers Special Financing Inc. | Unsecured | $25,500,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 95: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO TIFFANY & CO. C/O SILVER POINT CAPITAL, LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH, CT 06830 | 20292 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured | $9,717,258.00 | Lehman Brothers Special Financing Inc. | Unsecured | $8,204,327.95 |
| 4 | SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO TIFFANY & CO C/O SILVER POINT CAPITAL, LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH, CT 06830 | 20319 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $9,717,258.00 | Lehman Brothers Holdings Inc. | Unsecured | $8,204,327.95 |
| | | | | | TOTAL | $83,904,656.00 | | TOTAL | $67,408,655.90 |

\* - Indicates claim contains unliquidated and/or undetermined amounts