**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                             :        **Chapter 11 Case No.**
                                                 :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        **08-13555 (JMP)**
                                                 :
                               **Debtors.**       :        **(Jointly Administered)**
-------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING DEBTORS' TWO HUNDRED SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the Debtors' two hundred sixty-seventh omnibus objection to claims, dated March 7, 2012 (the "Two Hundred Sixty-Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the No Liability Claims on the basis that the Debtors have no liability for such claims, all as more fully described in the Two Hundred Sixty-Seventh Omnibus Objection to Claims; and due and proper notice of the Two Hundred Sixty-Seventh Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Two Hundred Sixty-Seventh Omnibus Objection to Claims is in the best interests of the Debtors and their creditors, and that the legal and factual bases set forth in the Two Hundred Sixty-Seventh Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause

---

[1] Terms not defined herein shall have the meanings ascribed to them in the Two Hundred Sixty-Seventh Omnibus

appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Sixty-Seventh Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Debtors' Two

Hundred Sixty-Seventh Omnibus Objection to Claims that is not listed on Exhibit 1 annexed

hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
       June 1, 2012

                                          _s/ James M. Peck_____
                                          Honorable James M. Peck
                                          United States Bankruptcy Judge