## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 267: EXHIBIT 1- NO LIABILITY CLAIMS

| # | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | SEALED AIR CORPORATION<br>ATTN: IRA LAKRITZ, LAW DEPARTMENT<br>200 RIVERFRONT BOULEVARD<br>ELMWOOD PARK, NJ 07407 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/09/2011 | 67355 | $13,200,000.00 | No Liability Claim |
| 2 | SEALED AIR CORPORATION<br>ATTN: IRA LAKRITZ, LAW DEPARTMENT<br>200 RIVERFRONT BOULEVARD<br>ELMWOOD PARK, NJ 07407 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 03/09/2011 | 67356 | $13,200,000.00 | No Liability Claim |
| | | | | | TOTAL | $26,400,000.00 | |