# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 285: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AVIVA LIFE & ANNUITY CO. F/K/A AMERICAN INVESTORS LIFE INSURANCE CO., INC. C/O AVIVA INVESTORS NORTH AMERICA, INC., ATTN: SHANI HATFIELD 699 WALNUT STREET, SUITE 17000 DES MOINES, IA 50309 | 12/22/2011 | 08-13555 (JMP) | 67813 | $2,209,112.25 | AMERICAN INVESTORS LIFE INSURANCE CO., INC. N/K/A AVIVA LIFE ANNUITY CO. C/O AVIVA IVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 1700 DES MOINES, IA 50309 | 12/16/2009 | 08-13555 (JMP) | 65963 | $2,209,112.25 |
| 2 | FENG GUOMING 3575, CAO AN GONG LU SHANGHAI, PRC 201812 CHINA | 11/04/2009 | 08-13555 (JMP) | 64579 | $410,000.00* | FENG GUOMING 3575, CAO AN GONG LU SHANGHAI, PRC 201812 CHINA | 11/02/2009 | 08-13555 (JMP) | 61320 | $224,570.03 |
| 3 | LEHMAN BROTHERS REAL ESTATE MEZZANINE CAPITAL PARTNERS LP ATTN: JOHN PRETE AND GABRIEL WILLEY 280 PARK AVENUE, 35TH FLOOR NEW YORK, NY 10017 | 03/05/2012 | 08-13555 (JMP) | 67945 | Undetermined | LEHMAN BROTHERS REAL ESTATE MEZZANINE CAPITAL PARTNERS LP ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK, NY 10019 | 03/05/2012 | 08-13555 (JMP) | 68031 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 285: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | TOGEL, SILVIA AND SILVIA NATASCHA ZIEHRERGASSE 15 KLOSTERNEUBURG, 3400 AUSTRIA | 03/05/2012 | 08-13555 (JMP) | 67943 | $17,172.00 | KONSTANTIN, DI DR., & TOGEL, SILVIA, MAG. ZIEHRERGASSE 15 KLOSTERNEUBURG, 3400 AUSTRIA | 10/22/2009 | 08-13555 (JMP) | 43553 | $17,029.27 |
| | | | TOTAL | | $2,636,284.25 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts