UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                       :
In re                                                                  :    Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    08-13555 (JMP)
                                                                       :    (Jointly Administered)
                        Debtors.                                       :
                                                                       :
-----------------------------------------------------------------------x    Ref. Docket Nos. 27907, 27908,
                                                                            27913, 27914, 27924-27927, 27929,
                                                                            27934, 27948, 27951-27954, 27961,
                                                                            27966, 27973, 27974, 27981, 27983,
                                                                            28006-28010

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 24, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  /s/ *Lauren Rodriguez*
                                                  Lauren Rodriguez

Sworn to before me this
1st day of June, 2012

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BANK HAPOALIM B.M.                              BANK HAPOALIM B.M.
         ATTN: DAVID HERTZ & HAROLD J. WEISSLER          PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
         1177 AVENUE OF THE AMERICAS                     ATTN: DOUGLAS R. DAVIS
         NEW YORK NY 10019                               1285 AVENUE OF THE AMERICAS
                                                         NEW YORK NY 10019
```

Please note that your claim # 55854-74 in the above referenced case and in the amount of
    $2,820,000.00   allowed at $2,839,429.17        has been transferred (**unless previously expunged by court order**)

```
         HOLISTIC INVESTMENT CORP
         TRANSFEROR: BANK HAPOALIM B.M.
         C/O RBC WEALTH MANAGEMENT
         ATTN: EDUARDO BRENDER, FINANCIAL ADVISOR
         801 BRICKELL AVE.
         SUITE 1500
         MIAMI FL 33131
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 27954       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/24/2012                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 24, 2012.

**EXHIBIT B**

```
TIME: 18:09:09                                              LEHMAN BROTHERS HOLDING INC.                                                             PAGE:    1
DATE: 05/24/12                                                   CREDITOR LISTING

Name                                                          Address
ANTHRACITE INVESTMENTS (IRELAND) PLC                          AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1    IRELAND
 (SERIES 23)
ANTHRACITE INVESTMENTS (IRELAND) PLC                          MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND
 (SERIES 23)
ASSET PLUS ENTERPRISES LIMITED                                RM. 1617, BEVERLY COMMERCIAL CENTRE, 87-105 CHATHAM ROAD TSIMSHATSUI    HONG KONG
BANCA POPOLARE FRIULADRIA S.P.A.                              TRANSFEROR: CASSA DI RISPARMIO DEL VENETO SPA ATTN: FLORA SCHIAVENATO PIAZZA XX SETTEMBRE 2 PORDENONE 33170 ITALY
BANCA POPOLARE PUGLIESE SCPA                                  TRANSFEROR: ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 23) VIA LUZZATTI, 8 MATINO (LECCE)    73046 ITALY
BANK HAPOALIM B.M.                                            18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                            ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                            PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BARCLAYS BANK PLC                                             TRANSFEROR: DEXIA BANK BELGIUM SA 745 SEVENTH AVENUE NEW YORK NY 10019
CASSA DI RISPARMIO DEL VENETO SPA                             LEGAL DEPARTMENT CORSO GARIBALDI 22/26 PADOVA 35122 ITALY
CHASE LINCOLN FIRST COMMERCIAL                                TRANSFEROR: ING BANK A.S. ATTN: SUSAN MCNAMARA MAIL CODE NY 1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
 CORPORATION
CVI GVF LUXEMBOURG TWELVE SARL                                TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439
CVI GVF LUXEMBOURG TWELVE SARL                                TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERT 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: DEUTSCHE SECURITIES INC. ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: PT BANK NEGARA INDONESIA (PERSERO) TBK. C/O DEUTSCHE BANK SECURITIES INC ATTN: MATTHEW WEINSTEIN
                                                              60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)                          TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                              LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE SECURITIES INC.                                      TRANSFEROR: SATO PHARMACEUTICAL CO., LTD. ATTN: AKIRA TAMURA ATTN: KIRK SHIMIZUISHI SANNO PARK TOWER 2-11-1 NAGATACHO CHIYODA-KU
                                                              TOKYO 100-6171 JAPAN
FIFTY-NINTH STREET INVESTORS, LLC                             110 EAST 59H STREET 34TH FLOOR NEW YORK NY 10022-1308
GOLDMAN SACHS & CO                                            TRANSFEROR: TACONIC MARKET DISLOCATION FUND II L.P. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                                          TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                                          TRANSFEROR: TACONIC MARKET DISLOCATION MASTER FUND II L.P. ATTN: ANDREW CADITZ 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                                          TRANSFEROR: TACONIC OPPORTUNITY FUND L.P. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
HOLISTIC INVESTMENT CORP                                      TRANSFEROR: BANK HAPOALIM B.M. C/O RBC WEALTH MANAGEMENT ATTN: EDUARDO BRENDER, FINANCIAL ADVISOR 801 BRICKELL AVE. SUITE 1500
                                                              MIAMI FL 33131
ILLIQUIDX LLP                                                 TRANSFEROR: ASSET PLUS ENTERPRISES LIMITED ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                                 TRANSFEROR: UBS AG ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ING BANK A.S.                                                 ATTN: CIGDEM DAYAN ESKI BUYUKDERE CADDESI AYAZAGA KOYYOLU NO. 6, MASLAK SARIYER INSTANBUL   TURKEY
ING BANK A.S.                                                 CLIFFORD CHANCE USE LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
ING BANK A.S.                                                 ING BANK N.V. ATTN: M.J.S.J. MULLER LOCATIONCODE: AMP F 043044 BJLMERPLEIN 888 AMSTERDAM   1102 MG THE NETHERLANDS
JEFFERIES HIGH YIELD TRADING, LLC                             TRANSFEROR: SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: RICHARD BIGGICA THE METRO CENTER ONE STATION PLACE - 3N STAMFORD CT 06902
JEFFERIES HIGH YIELD TRADING, LLC                             TRANSFEROR: SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: RICHARD BIGGICA THE METRO CENTER ONE STATION PLACE - 3N STAMFORD CT 06902
LIQUIDITY SOLUTIONS, INC                                      TRANSFEROR: FIFTY-NINTH STREET INVESTORS, LLC ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
MERRILL LYNCH INTERNATIONAL                                   ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                                   CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                                   C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MERRILL LYNCH INTERNATIONAL                                   C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
OZ SPECIAL MASTER FUND LTD                                    TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.                      TRANSFEROR: JEFFERIES HIGH YIELD TRADING, LLC ATTN: STUART MERZER 1251 AVENUE OF AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD.                      TRANSFEROR: JEFFREIES HIGH YIELD TRADING, LLC ATTN: STUART MERZER 1251 AVENUE OF AMERICAS, 50TH FLOOR NEW YORK NY 10020
PP OPPORTUNITIES LTD.                                         TRANSFEROR: JEFFERIES HIGH YIELD TRADING, LLC ATTN: STUART MERZER 1251 AVENUE OF AMERICAS, 50TH FLOOR NEW YORK NY 10020
PT BANK NEGARA INDONESIA (PERSERO) TBK.                       ATTN: JERR PHILLIPS, C/O NEW YORK AGENCY ONE EXCHANGE PLAZA 55 BROADWAY NEW YORK NY 10006
PT BANK NEGARA INDONESIA (PERSERO) TBK.                       HOLLACE T. COHEN TROUTMAN SANDERS LLP THE CHRYSLER BUILDING 405 LEXINGTON AVE., 7TH FL. NEW YORK NY 10174
RUST BELT HOLDINGS LLC                                        ALICE BELISLE EATON PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
RUST BELT HOLDINGS LLC                                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) PO BOX 8155 NEW YORK NY 10150
RUST BELT HOLDINGS LLC                                        ALICE BELISLE EATON PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
RUST BELT HOLDINGS LLC                                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) PO BOX 8155 NEW YORK NY 10150
SATO PHARMACEUTICAL CO., LTD.                                 TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: MR. HIROO YASUMA, ACCOUNTING DEPARTMENT 5-27, 1-CHOME, MOTOAKASAKA MINATO-KU
                                                              TOKYO 107-0051 JAPAN
SOLUS ALTERNATIVE ASSET MANAGEMENT LP                         TRANSFEROR: GOLDMAN SACHS & CO ATTN: SHAMIM AHMED 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS ALTERNATIVE ASSET MANAGEMENT LP                         TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: SAMIM AHMED 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022

                                                                                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:09:09                                  LEHMAN BROTHERS HOLDING INC.                                               PAGE:    2
DATE: 05/24/12                                         CREDITOR LISTING

Name                                      Address
SOLUS ALTERNATIVE ASSET MANAGEMENT LP     TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: SHAMIM AHMED 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 L.P.         TACONIC CAPITAL ADVISORS LP
TACONIC CAPITAL PARTNERS 1.5 L.P.         ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC MARKET DISLOCATION FUND II L.P.   TACONIC CAPITAL ADVISORS LP
TACONIC MARKET DISLOCATION FUND II L.P.   ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC MARKET DISLOCATION MASTER FUND    TACONIC CAPITAL ADVISORS LP
 II L.P.
TACONIC MARKET DISLOCATION MASTER FUND    ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
 II L.P.
TACONIC OPPORTUNITY FUND L.P.             TACONIC CAPITAL ADVISORS LP
TACONIC OPPORTUNITY FUND L.P.             ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
UBS AG                                    BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                    ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
UBS SECURITIES LLC                        TRANSFEROR: UBS AG ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD. STAMFORD CT 06901


Total Number of Records Printed           60
```

EPIQ BANKRUPTCY SOLUTIONS, LLC