UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :   08-13555 (JMP)
                                              :   (Jointly Administered)
                Debtors.                      :
                                              :
-----------------------------------------------------------------x   Ref. Docket No. 27889

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 24, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Lauren Rodriguez
                                        Lauren Rodriguez

Sworn to before me this
1st day of June, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 27889_Aff 05-24-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                          |   Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |   08-13555 (JMP)
                                               |
                                               |   (Jointly Administered)
                  Debtors.                     |
```

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    RBC DOMINION SECURITIES
               ATTN: LANCE LONGMORE
               277 FRONT STREET W.
               4TH FLOOR
               TORONTO, ONTARIO M5V 2X4 CANADA

Additional:

Transferee:    BANK JULIUS BAER & CO. LTD.
               ATTN: PATRIK ROOS
               BAHNHOFSTRASSE 36
               ZURICH 8010 SWITZERLAND

Your transfer   of claim #   51231-02   is defective for the reason(s) checked below:

Expunged By Court Order

Docket Number 27889              Date 05/15/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 24, 2012.

**EXHIBIT B**

```
TIME: 17:37:56                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE: 1
DATE: 05/24/12                                         CREDITOR LISTING

Name                           Address
BANK JULIUS BAER & CO. LTD.    ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  8010 SWITZERLAND
RBC DOMINION SECURITIES        ATTN: LANCE LONGMORE 277 FRONT STREET W. 4TH FLOOR TORONTO, ONTARIO  M5V 2X4 CANADA


Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC