UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                           :

In re                                                  :         Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :         08-13555 (JMP)
                                                  :         (Jointly Administered)
                    Debtors.                :

------------------------------------------------------------------------x    Ref. Docket Nos. 28019-28021,
                                                                                28043, 28049

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 25, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                       */s/ Lauren Rodriguez*
                                                                       Lauren Rodriguez

Sworn to before me this
1st day of June, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
                    Debtors.                   |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  CITIBANK, N.A.                              CITIBANK, N.A.
         ATTN: MARIA ELIZABETH COLL                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
         601 LEXINGTON AVENUE, 17TH FLOOR            ATTN: DOUGLAS R. DAVIS
         NEW YORK NY 10022                           1285 AVENUE OF THE AMERICAS
                                                     NEW YORK NY 10019-6064
```

Please note that your claim # 55393-13 in the above referenced case and in the amount of
    $1,200,000.00   allowed at $1,200,000.00         has been transferred (unless previously expunged by court order)

```
         CITIGROUP GLOBAL MARKETS INC.               CITIGROUP GLOBAL MARKETS INC.
         TRANSFEROR: CITIBANK, N.A.                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
         ATTN: PETER HALL                            ATTN: DOUGLAS R. DAVIS
         390 GREENWICH STREET, 4TH FLOOR             1285 AVENUE OF THE AMERICAS
         NEW YORK NY 10013                           NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 28043       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/25/2012                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 25, 2012.

# EXHIBIT B

08-13555-mg    Doc 28408    Filed 06/01/12    Entered 06/01/12 19:20:33    Main Document
Pg 4 of 5

```
TIME: 17:23:16                                         LEHMAN BROTHERS HOLDING INC.                                                              PAGE:  1
DATE: 05/25/12                                              CREDITOR LISTING

Name                                      Address
BSOF MASTER FUND L.P.                     BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND L.P.                     TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ. 623 FIFTH AVENUE, 29TH FLOOR
                                          NEW YORK NY 10022
CITIBANK, N.A.                            ATTN: KEN SUMMERS 390 GREENWICH ST 5TH FL NEW YORK NY 10013
CITIBANK, N.A.                            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK, N.A.                            ATTN: MARIA ELIZABETH COLL 601 LEXINGTON AVENUE, 17TH FLOOR NEW YORK NY 10022
CITIGROUP GLOBAL MARKETS INC.             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.             TRANSFEROR: CITIBANK, N.A. ATTN: PETER HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
GOLDMAN, SACHS & CO.                      TRANSFEROR: BANCO ESPIRITO SANTO, SA. SUC. EN ESPA ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
ILLIQUIDX LLP                             TRANSFEROR: ASSET PLUS ENTERPRISES LIMITED ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
VARDE FUND VI-A, L.P., THE                TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)      TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
 MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.           TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437


Total Number of Records Printed     12
```

EPIQ BANKRUPTCY SOLUTIONS, LLC