UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In re                                                                : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  : 08-13555 (JMP)
: (Jointly Administered)
Debtors.                                                             :
:
---------------------------------------------------------------------x Ref. Docket No. 27783


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 25, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                           /s/ Lauren Rodriguez
                                           Lauren Rodriguez

Sworn to before me this
1st day of June, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    SG PRIVATE BANKING SUISSE SA
               AVENUE RUMINE 20
               LAUSANNE 1001 SWITZERLAND

Additional:

Transferee:    HSBC PRIVATE BANK (SUISSE) S.A.
               QUAI GENERAL-GUISAN 2/PO BOX 3580
               GENEVA CH-1211 SWITZERLAND

Your transfer  of claim #   36532-05  is defective for the reason(s) checked below:

Expunged By Court Order

Docket Number 27783            Date 05/10/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 25, 2012.

**EXHIBIT B**

08-13555-mg    Doc 28409    Filed 06/01/12    Entered 06/01/12 19:34:02    Main Document
Pg 4 of 5

```
TIME: 17:25:22                          LEHMAN BROTHERS HOLDING INC.                                    PAGE: 1
DATE: 05/25/12                              CREDITOR LISTING

Name                             Address
HSBC PRIVATE BANK (SUISSE) S.A.  QUAI GENERAL-GUISAN 2/PO BOX 3580 GENEVA  CH-1211 SWITZERLAND
SG PRIVATE BANKING SUISSE SA     AVENUE RUMINE 20 LAUSANNE  1001 SWITZERLAND

Total Number of Records Printed     2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC