UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re                                                          :        Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :        08-13555 (JMP)
                                                               :        (Jointly Administered)
                    Debtors.                                   :
                                                               :
------------------------------------------------------------------------x        Ref. Docket Nos. 28057, 28059,
                                                                                 28060, 28062, 28070, 28083

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 29, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
1st day of June, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 28057, 28059, 28060, 28062, 28070, 28083_AFF_05-29-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                                    | Chapter 11 Case No.
                                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,                   | 08-13555 (JMP)
                                                         |
                                                         | (Jointly Administered)
                          Debtors.                       |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CITIBANK, N.A.                                      CITIBANK, N.A.
     ATTN: MARIA ELIZABETH COLL                          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
     601 LEXINGTON AVENUE, 17TH FLOOR                    ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10022                                   1285 AVENUE OF THE AMERICAS
                                                         NEW YORK NY 10019-6064

Please note that your claim # 55393-14 in the above referenced case and in the amount of
      $4,000,000.00  allowed at $3,927,721.57       has been transferred (unless previously expunged by court order)

          GOLDMAN, SACHS & CO.
          TRANSFEROR: CITIBANK, N.A.
          ATTN: ANDREW CADITZ
          30 HUDSON STREET, 36TH FLOOR
          JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 24053       in your objection.
If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 05/29/2012                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 29, 2012.

# EXHIBIT B

TIME: 17:24:06
DATE: 05/29/12                                                                                          PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| CITIBANK, N.A. | ATTN: KEN SUMMERS 390 GREENWICH ST 5TH FL NEW YORK NY 10013 |
| CITIBANK, N.A. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK, N.A. | ATTN: MARIA ELIZABETH COLL 601 LEXINGTON AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| CVF LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LTD. GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DEBEKA LEVENSVERSICHERUNGSVEREIN A.G. ATTN: PHILIPP ROEVER/MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DOVER MASTER FUND II, L.P. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DOVER MASTER FUND II, L.P. | TRANSFEROR: AMERICAN INTERNATIONAL GROUP INC RETIREMENT PLAN TRUST C/O LONGACRE MANAGEMENT, LLC; ATTN: BRADLEY MAX 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CITIBANK, N.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: DOVER MASTER FUND II, L.P. ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH CT 08630 |
| WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE MF FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |

Total Number of Records Printed    14

EPIQ BANKRUPTCY SOLUTIONS, LLC