UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                              :

In re                           :        Chapter 11 Case No.
                              :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :     08-13555 (JMP)
                              :     (Jointly Administered)

             **Debtors.**      :
                              :
-------------------------------------------------------------------x    **Ref. Docket No. 26445**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 29, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
1st day of June, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              |    Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |    08-13555 (JMP)
                                                   |
                                                   |    (Jointly Administered)
                    Debtors.                       |
                                                   |

---

NOTICE OF DEFECTIVE TRANSFER

Transferor:    BANQUE PIGUET & CIE S.A.
               ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT
               ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT
               RUE DE LA PLAINE 14
               YVERDON CH-1400 SWITZERLAND

Additional:

Transferee:    RAHN & BODMER CO.
               ATTN: ENRICO NUSSIO
               POSTFACH
               ZURICH 8022 SWITZERLAND

Your transfer   of claim #   64055   is defective for the reason(s) checked below:

Other                                    transferor name does not match

Docket Number 26445              Date 03/14/12

/s/ Lauren Rodriguez

---

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 29, 2012.

# EXHIBIT B

TIME: 17:23:33
DATE: 05/29/12                                                                PAGE:  1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| BANQUE PIGUET & CIE S.A. | ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14 YVERDON  CH-1400 SWITZERLAND |
| RAHN & BODMER CO. | ATTN: ENRICO NUSSIO POSTFACH ZURICH  8022 SWITZERLAND |

Total Number of Records Printed       2

EPIQ BANKRUPTCY SOLUTIONS, LLC