Mark D. Sherrill (*pro hac vice*)
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 383-0100

*Counsel for Aviva Previdenza S.p.A.*

| | |
|---|---|
| **In re:** § § **LEHMAN BROTHERS HOLDINGS,** § **INC., et al.,** § § **Debtors.** § §  § | **Chapter 11** **Jointly Administered under** **Case No. 08-13555 (JMP)** |

# NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that Aviva Previdenza S.p.A. ("Claimant"), by and through its undersigned counsel, hereby withdraws proof of claim number 18169.  For the avoidance of doubt, Claimant is not withdrawing proof of claim number 65875 or any other claim held by Claimant or its affiliates.

Dated: June 4, 2012
Washington, DC

SUTHERLAND ASBILL & BRENNAN LLP

By:    /s/ Mark Sherrill
 Mark Sherrill (*pro hac vice*)
 1275 Pennsylvania Avenue, NW
 Washington, DC 20004
 Tel:    (202) 383-0100
 Fax:   (202) 637-3593

COUNSEL FOR AVIVA PREVIDENZA, S.P.A.

15398075.1