B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

Quantum Partners LP
Name of Transferee

Goldman Sachs Lending Partners LLC
Name of Transferor

Name and Address where notices to transferee should be sent:

Quantum Partners LP
c/o Soros Fund Management LLC
888 Seventh Avenue
New York, N.Y. 10106
Attention: Suzanne Auerbach – Compliance Dept.

Court Claim # (if known): 28105
Amount of Claim Transferred: $35,000,000.00
Date Claim Filed: 9/22/09
Debtor: Lehman Brothers Holdings Inc.

Phone: (212) 320-5518
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

715809v.3 3091/00073

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Quantum Partners LP
By: QP GP LLC, its General Partner

By: _____     Date: 5/31/12
    Name of Transferee/Transferee's Agent
    JAY A. SCHOENFARBER
    Attorney-in-Fact

Acknowledged and Agreed:


By: _____     Date: _____
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
     Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: _____          Date: _____
     Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

715809v.3 3091/00073