B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                                (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Halcyon Loan Trading Fund LLC | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Halcyon Loan Trading Fund LLC
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, NY 10022
Attn: Matt Seltzer

Court Claim # (if known): 33594
Amount of Claim Transferred: $1,711,475.93
Amount of Claim Total: $2,676,981.21
Date Claim Filed: 9/22/09
Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

713271v.4 3091/00056

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 6/1/12
Name of Transferee/Transferee's Agent
David Martino
Controller                      James W. Sykes
                                Managing Principal
Acknowledged and Agreed:

By: _____   Date: _____
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

713271v.4 3091/00056

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: _____
   Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: _____     Date: 6/1/12
   Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

713271 v.4 3091/00056