UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                            :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,     :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                         :
:
------------------------------------------------------------------x    Ref. Docket Nos. 27906, 28067,
28093, 28094, 28102-28107, 28115,
28120, 28121

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 31, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
4th day of June, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  BANK OF MONTREAL                              BANK OF MONTREAL
          ATTN: BARRY STRATTON                          CHAPMAN AND CUTLER LLP
          111 WEST MONROE STREET                        ATTN: JAMES E. SPIOTTO, ESQ
          CHICAGO IL 60603                              111 WEST MONROE STREET, 18TH FLOOR
                                                       CHICAGO IL 60603
```

Please note that your claim # 24937 in the above referenced case and in the amount of
$1,676,054.32   allowed at $1,500,000.00        has been transferred (unless previously expunged by court order)

```
          DEUTSCHE BANK AG, LONDON BRANCH
          TRANSFEROR: BANK OF MONTREAL
          ATTN: JEFFREY OLINSKY
          60 WALL STREET, 3RD FLOOR
          NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 27906     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/31/2012                             Vito Genna, Clerk of Court

                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 31, 2012.

**EXHIBIT B**

```
TIME: 15:20:33                                              LEHMAN BROTHERS HOLDING INC.                                                         PAGE:    1
DATE: 05/31/12                                                    CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANK OF MONTREAL | ATTN: BARRY STRATTON 111 WEST MONROE STREET CHICAGO IL 60603 |
| BANK OF MONTREAL | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ESQ 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| CONDUIT CAPITAL MARKETS LTD | TRANSFEROR: BANK JULIUS BAER & CO. LTD. ATTN: RAKESH CHHABRA 12-13 HENRIETTA STREET LONDON WC2E 8LH UNITED KINGDOM |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK OF MONTREAL ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DOVER MASTER FUND II, L.P. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DOVER MASTER FUND II, L.P. | TRANSFEROR: AMERICAN INTERNATIONAL GROUP INC RETIREMENT PLAN TRUST C/O LONGACRE MANAGEMENT, LLC; ATTN: BRADLEY MAX 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| EMPYREAN INVESTMENTS LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 20067 |
| EMPYREAN INVESTMENTS LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| FIELDSTONE CAPITAL GROUP | TRANSFEROR: CONDUIT CAPITAL MARKETS LTD 1177 AVENUE OF THE AMERICAS, 32ND FLOOR NEW YORK NY 10036 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOCIETE GENERALE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOCIETE GENERALE ASSET MGMT BANQUE SA ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: MPS CAPITAL SERVICES BANCA PER LE IMPRESE S.P.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| INTESA SANPAOLO SPA | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY |
| KNIGHTHEAD MASTER FUND, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 5TH AVE., 29TH FLOOR NEW YORK NY 10022 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| SEMPER CONSTANTIA PRIVATBANK AG | (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK) ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2 WEIN 1010 AUSTRIA |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: DOVER MASTER FUND II, L.P. ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH CT 08630 |

Total Number of Records Printed        27