**HEARING DATE AND TIME: July 19, 2012 at 10:00 a.m. (Eastern Time)**
**RESPONSE DEADLINE: July 6, 2012 at 4:00 p.m. (Eastern Time)**

---

**THE THREE HUNDRED SIXTEENTH OMNIBUS OBJECTION TO CLAIMS SEEKS TO REDUCE AND ALLOW CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE OF THE THREE HUNDRED SIXTEENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT LEHMAN BROTHERS HOLDINGS INC.'S COUNSEL, ERIKA DEL NIDO, AT (212)-310-8323.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF HEARING ON**
**THREE HUNDRED SIXTEENTH OMNIBUS**
**OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS)**

**PLEASE TAKE NOTICE** that on June 4, 2012, Lehman Brothers Holdings Inc.

("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third

Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for

certain entities in the above-referenced chapter 11 cases, filed its three hundred sixteenth

US_ACTIVE:\44015053\03\58399.0008

omnibus objection to claims (the "Three Hundred Sixteenth Omnibus Objection to Claims"), and that a hearing to consider the Three Hundred Sixteenth Omnibus Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **July 19, 2012 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

    **PLEASE TAKE FURTHER NOTICE** that any responses to the Three Hundred Sixteenth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for LBHI, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Jacqueline Marcus, Esq., Robert J. Lemons, Esq. and Mark Bernstein, Esq.); and (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope-Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); so as to be so filed and received by no later than **July 6, 2012 at 4:00 p.m. (Prevailing Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Three Hundred Sixteenth Omnibus Objection to Claims or any claim set forth thereon, the Plan Administrator may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Three Hundred Sixteenth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: June 4, 2012
      New York, New York

    /s/ Jacqueline Marcus
    Jacqueline Marcus
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of Its Affiliates

**HEARING DATE AND TIME: July 19, 2012 at 10:00 a.m. (Eastern Time)**
**RESPONSE DEADLINE: July 6, 2012 at 4:00 p.m. (Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**THREE HUNDRED SIXTEENTH OMNIBUS
OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS)**

---

**THIS THREE HUNDRED SIXTEENTH OMNIBUS OBJECTION TO CLAIMS SEEKS TO REDUCE AND ALLOW CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS THREE HUNDRED SIXTEENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
LEHMAN BROTHERS HOLDINGS INC.'S
COUNSEL, ERIKA DEL NIDO, AT (212)-310-8323.**

---

US_ACTIVE:\44015053\03\58399.0008

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities in the above-referenced chapter 11 cases (the "Chapter 11 Estates"), respectfully represents as follows:

**Relief Requested**

1. The Plan Administrator files this three hundred sixteenth omnibus objection to claims (the "Three Hundred Sixteenth Omnibus Objection to Claims") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [ECF No. 6664], seeking to reduce and allow the claims listed on Exhibit A annexed hereto.

2. The Plan Administrator has examined the proofs of claim identified on Exhibit A (the "Reduce and Allow Claims") and has determined that the Reduce and Allow Claims should be reduced and allowed as general unsecured claims because the claims were filed in an unliquidated or partially unliquidated amount or the amounts listed on the proofs of claim are greater than the fair, accurate, and reasonable values of the amounts for which the Chapter 11 Estates are liable. The Plan Administrator, therefore, requests that the Court reduce, as appropriate, each Reduce and Allow Claim to the amount listed on Exhibit A under the column heading "*Modified Amount*" and allow each Reduce and Allow Claim only to the extent of such modified amount.

**Jurisdiction**

3. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

4. Commencing on September 15, 2008 (the "Commencement Date") and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). The Chapter 11 Cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).

5. On January 14, 2010, the Court entered the Procedures Order, which authorizes the filing of omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

6. On December 6, 2011, the Court entered an order confirming the Plan [ECF No. 23023]. The Plan became effective on March 6, 2012. Pursuant to the Plan, the Plan Administrator is authorized to interpose and prosecute objections to claims filed against the Chapter 11 Estates.

**The Reduce and Allow Claims Should be Reduced and Allowed**

7. A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). If an objection to a proof of claim is filed, the allowed amount of such claim must be determined "as of the date of the filing of the petition." 11 U.S.C. § 502(b). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG),

2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

8. In their proofs of claim, the holders of the Reduce and Allow Claims have asserted either liquidated or unliquidated claim amounts based on loan documents, program documents, or receipts for services provided. After a review of the relevant documentation, the claimants' supporting documentation, and the Chapter 11 Estates' books and records, the Plan Administrator has determined that the Reduce and Allow Claims do not reflect the correct amount of the Reduce and Allow Claims because they either fail to value the Reduce and Allow Claim as of the Commencement Date and/or fail to apply the appropriate interest rate, discount rate, or foreign exchange rate. *See* 11 U.S.C. § 502(b).

9. The amounts listed on <u>Exhibit A</u> under the column heading "*Modified Amount*" represent the fair, accurate, and reasonable value of the Reduce and Allow Claims as reflected in LBHI's books and records as of the Commencement Date. The holders of the Reduce and Allow Claims should not be allowed to recover more than the value of their claims. Accordingly, in order to properly reflect the fair, accurate, and reasonable value of these claims, the Plan Administrator requests that the Court reduce each Reduce and Allow Claim to the amount listed on <u>Exhibit A</u> under the column heading "*Modified Amount*" and allow each such Reduce and Allow Claim only to the extent of such modified amount.

### Reservation of Rights

10. LBHI reserves all rights to object on any other basis to any Reduce and Allow Claim as to which the relief requested herein is not granted.

### Notice

11. No trustee has been appointed in the Chapter 11 Cases. Notice of this Three Hundred Sixteenth Omnibus Objection to Claims has been provided to (i) the United

States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) each claimant listed on Exhibit A; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [ECF No. 9635]. The Plan Administrator submits that no other or further notice need be provided.

12.    No previous request for the relief sought herein has been made by the Plan Administrator or the Chapter 11 Estates to this or any other Court.

WHEREFORE the Plan Administrator respectfully requests entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: June 4, 2012
      New York, New York

                                               /s/ Jacqueline Marcus
                                               Jacqueline Marcus
                                               Robert J. Lemons

                                               WEIL, GOTSHAL & MANGES LLP
                                               767 Fifth Avenue
                                               New York, New York 10153
                                               Telephone: (212) 310-8000
                                               Facsimile: (212) 310-8007

                                               Attorneys for Lehman Brothers Holdings Inc.
                                               and Certain of Its Affiliates

# **EXHIBIT A**

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 316: EXHIBIT A - CLAIMS TO REDUCE & ALLOW

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BHATTAL, JASJIT S. | 24332 | 09/21/2009 | Lehman Brothers Holdings Inc. | Priority Unsecured | $10,950.00* Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $3,145,498.00 |
| | | | | | Subtotal | $10,950.00* | | | |
| 2 | DAVIS POLK & WARDWELL LLP ATTN: THOMAS OGDEN, ESQ 450 LEXINGTON AVENUE NEW YORK, NY 10017 | 18978 | 09/18/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $79,345.04* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $79,345.04 |
| 3 | DENTON SALES & VINCENT 5 AVENUE PERCIER PARIS, 75008 FRANCE | 2288 | 01/30/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $10,586.33* | Lehman Brothers Commodity Services Inc. | Unsecured | $10,586.33 |
| 4 | GOLDFARB, DAVID | 3103 | 02/27/2009 | Lehman Brothers Holdings Inc. | Unsecured | $17,500,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $2,943,264.00 |
| 5 | GREGORY, JOSEPH | 4646[1] | 05/29/2009 | Lehman Brothers Holdings Inc. | Priority | $700,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $6,771,326.00 |
| 6 | JANULIS, THEODORE P. | 30603 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $16,781,475.00* | Lehman Brothers Holdings Inc. | Unsecured | $2,862,865.00 |
| 7 | LESSING, STEPHEN M. | 29091[2] | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $4,890,398.00 |

---

[1] Claim No. 4646 asserts a priority claim in the amount of "$700,000 times 25 years."

[2] All of the portions of Claim 29091 are subject to the Three Hundred Sixteenth Omnibus Objection to Claims except for the portion of Claim 29091 relating to the D.E. Shaw Oculus Fund Warrants, which shall remain active on the claims register, subject to the Plan Administrator's right to object in the future.

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                                                 Page 1 of 5

**LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 316: EXHIBIT A - CLAIMS TO REDUCE & ALLOW**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | LIBERTY HAMPSHIRE COMPANY, LLC, THE ATTN: OPERATIONS DEPARTMENT 227 WEST MONROE STREET, SUITE 4900 CHICAGO, IL 60606 | 17891 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $73,903.41* | Lehman Brothers Special Financing Inc. | Unsecured | $73,903.41 |
| 9 | LINKLATERS LLP ATTN: KAREN O'SHEA & LILY YUEN 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 21531 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $86,307.20* | Lehman Brothers Holdings Inc. | Unsecured | $86,307.20 |
| 10 | MCDADE, HERBERT H., III | 30536 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $2,945,697.00 |
| 11 | MCGEE, HUGH | 31081[3] | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $2,401,738.00 |

---

[3] All of the portions of Claim 31081 are subject to the Three Hundred Sixteenth Omnibus Objection to Claims except for the portion of Claim 31081 relating to deferred compensation in the form of restricted stock units, which shall remain active on the claims register, subject to the Plan Administrator's right to object in the future.

**LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 316: EXHIBIT A - CLAIMS TO REDUCE & ALLOW**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | MIZUHO CORPORATE BANK, LIMITED<br>6-7, NIHONBASHI KABUTOCHO, CHUO-KU<br>ATTN: MASAYA NAKAFUJI<br>TOKYO, 103-0026<br>JAPAN<br><br>TRANSFERRED TO: DEUTSCHE BANK AG, TOKYO BRANCH TRANSFEROR: MIZUHO CORPORATE BANK, LIMITED ATTN: IKUO KODAMA SANNO PARK TOWER, 11-1 NAGATA-CHO 2CHOME, CHIYODA-KU<br>TOKYO, 100-6170<br>JAPAN | 12701 | 09/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $81,650,432.30* | Lehman Brothers Holdings Inc. | Unsecured | $88,331,476.00 |
| 13 | NAGIOFF, ROGER B. | 23682 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $1,172,468.00 |
| 14 | RICHARDS KIBBE & ORBE LLP<br>ONE WORLD FINANCIAL CENTER<br>KENNETH E WERNER, ESQ<br>NEW YORK, NY 10281 | 15311 | 09/17/2009 | Lehman Commercial Paper Inc. | Unsecured | $76,127.46* | Lehman Commercial Paper Inc. | Unsecured | $76,127.46 |
| 15 | TRANSFERRED TO: MAT INVESTORS LLC CHARLES MOXLEY 1170 5TH AVE, #12B<br>NEW YORK, NY 10029 | 19200 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $8,476,913.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 316: EXHIBIT A - CLAIMS TO REDUCE & ALLOW

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 16 | SVENSKA HANDELSBANKEN AB (PUBL) ATTN: MARK CLEARY, DEPUTY GENERAL MANAGER, NEW YORK BRANCH 875 THIRD AVENUE, 4TH FLOOR NEW YORK, NY 10022-7218 TRANSFERRED TO: SVENSKA HANDELSBANKEN AB (PUBL) ATTN: MARK CLEARY, DEPUTY GENERAL MANAGER, NEW YORK BRANCH 875 THIRD AVENUE, 4TH FLOOR NEW YORK, NY 10022-7218 TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL) C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL) C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | 4922 | 06/19/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | $55,953,934.99 $0.00  $55,953,934.99 | Lehman Brothers Holdings Inc. | Unsecured | $814,056.44 |

**LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 316: EXHIBIT A - CLAIMS TO REDUCE & ALLOW**

|    | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|----|------|---------|------------|--------|----------------|-----------------|-----------------|----------------|-----------------|
| 17 | VANDERBEEK, JEFFREY | 16478 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $61,133,734.00 | Lehman Brothers Holdings Inc. | Unsecured | $3,203,232.00 |
|    |      |         |            |        | **TOTAL** | **$234,056,795.73** |  | **TOTAL** | **$128,285,200.88** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                                               :
                    Debtors.                              :    (Jointly Administered)
------------------------------------------------------------------x

## ORDER GRANTING THREE HUNDRED SIXTEENTH OMNIBUS OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS)

Upon the three hundred sixteenth omnibus objection to claims, dated June 4, 2012 (the "Three Hundred Sixteenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to reduce and allow the Reduce and Allow Claims on the basis that the amounts listed on the proofs of claim are greater than the fair, accurate, and reasonable values determined by the Plan Administrator after a review of the claimants' supporting documentation and the Chapter 11 Estates' books and records, as more fully described in the Three Hundred Sixteenth Omnibus Objection to Claims; and due and proper notice of the Three Hundred Sixteenth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief requested in the Three Hundred Sixteenth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Sixteenth Omnibus Objection to Claims.

parties in interest, and that the legal and factual bases set forth in the Three Hundred Sixteenth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Three Hundred Sixteenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Reduce and Allow Claim listed on Exhibit 1 annexed hereto is reduced and allowed in the amount and priority set forth on Exhibit 1 under the column headings "*Modified Amount*" and "*Modified Class*," and any asserted amounts in excess of the reduced amount are disallowed; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A to the Three Hundred Sixteenth Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2012
         New York, New York

                                              _____
                                              UNITED STATES BANKRUPTCY JUDGE