UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                     Debtors.                                    :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 26445, 27752

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 31, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Lauren Rodriguez
                                              Lauren Rodriguez

Sworn to before me this
4th day of June, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 26445, 27752_Aff 05-31-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    BANQUE PIGUET & CIE S.A.
               ATTN: NICOLAS TERRIER, FIRST VICE-PRESIDENT
               ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT
               RUE DE LA PLAINE 14
               YVERDON CH-1400 SWITZERLAND

Additional:

Transferee:    RAHN & BODMER CO.
               ATTN: ENRICO NUSSIO
               POSTFACH
               ZURICH 8022 SWITZERLAND

Your transfer    of claim #    64055    is defective for the reason(s) checked below:

Other                              Currency does not match filed claim
Other                              transferor name does not match

Docket Number 26445            Date 03/14/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on May 31, 2012.

# EXHIBIT B

```
TIME: 15:19:49                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 05/31/12                              CREDITOR LISTING

Name                            Address
BANQUE PIGUET & CIE S.A.        ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT ATTN: VAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14
                                YVERDON  CH-1400 SWITZERLAND
RAHN & BODMER CO.               ATTN: ENRICO NUSSIO POSTFACH ZURICH  8022 SWITZERLAND


Total Number of Records Printed        2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC