**HEARING DATE AND TIME: July 19, 2012 at 10:00 a.m. (Eastern Time)**
**RESPONSE DEADLINE: July 6, 2012 at 4:00 p.m. (Eastern Time)**

---

**THE THREE HUNDRED EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE OF THE THREE HUNDRED EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT LEHMAN BROTHERS HOLDINGS INC.'S COUNSEL, ERIKA DEL NIDO, AT (212)-310-8323.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------x | | |
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ------------------------------------------------------------------x | | |

**NOTICE OF HEARING ON**
**THREE HUNDRED EIGHTEENTH**
**OMNIBUS OBJECTION TO CLAIMS (PARTNERSHIP CLAIMS)**

   **PLEASE TAKE NOTICE** that on June 4, 2012, Lehman Brothers Holdings Inc.

("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third

Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for

certain entities in the above-referenced chapter 11 cases, filed its three hundred eighteenth

US_ACTIVE:\44015561\03\58399.0008

omnibus objection to claims (the "Three Hundred Eighteenth Omnibus Objection to Claims"), and that a hearing to consider the Three Hundred Eighteenth Omnibus Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **July 19, 2012 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Three Hundred Eighteenth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for LBHI, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Jacqueline Marcus, Esq., Robert J. Lemons, Esq. and Mark Bernstein, Esq.); and (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope-Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); so as to be so filed and received by no later than **July 6, 2012 at 4:00 p.m. (Prevailing Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Three Hundred Eighteenth Omnibus Objection to Claims or any claim set forth thereon, the Plan Administrator may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Three Hundred Eighteenth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: June 4, 2012
      New York, New York

    /s/ Jacqueline Marcus
    Jacqueline Marcus
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of Its Affiliates

**HEARING DATE AND TIME: July 19, 2012 at 10:00 a.m. (Eastern Time)**
**RESPONSE DEADLINE: July 6, 2012 at 4:00 p.m. (Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                   :
                        Debtors.                               :    (Jointly Administered)
------------------------------------------------------------------x

# THREE HUNDRED EIGHTEENTH
# OMNIBUS OBJECTION TO CLAIMS (PARTNERSHIP CLAIMS)

**THIS THREE HUNDRED EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS THREE HUNDRED EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT LEHMAN BROTHERS HOLDINGS INC.'S COUNSEL, ERIKA DEL NIDO, AT (212)-310-8323.**

US_ACTIVE:\44015561\03\58399.0008

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities in the above-referenced chapter 11 cases (the "Chapter 11 Estates"), respectfully represents as follows:

**Relief Requested**

1.  The Plan Administrator files this omnibus objection to claims (the "Three Hundred Eighteenth Omnibus Objection to Claims") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking to disallow and expunge certain claims for which the Chapter 11 Estates have no liability.

2.  The Plan Administrator seeks to disallow and expunge each proof of claim listed on Exhibit A annexed hereto (collectively, the "Partnership Claims") filed against the Chapter 11 Estates.[1] The Partnership Claims assert either an ownership interest in one or more partnership funds or losses associated with such interest. LBHI has no liability for the claimants' interests in the partnerships and no liability for the Partnership Claims. The partnerships identified in the Partnership Claims are separate corporate entities from LBHI and are not debtors in the above-captioned cases.

---

[1] The Three Hundred Eighteenth Omnibus Objection to Claims is only seeking to expunge the portion of the Partnership Claims that relate to the Funds (defined below). The Three Hundred Eighteenth Omnibus Objection to Claims does not have any effect on the portions of the Partnership Claims, if any, that are based on claims other than those relating to the Funds.

US_ACTIVE:\44015561\03\58399.0008                    2

**Jurisdiction**

3. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

4. Commencing on September 15, 2008, and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under title 11 of the Bankruptcy Code. These chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).

5. On January 14, 2010, the Court entered the Procedures Order, which authorizes the filing of omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order, including that "the Claims seek recovery of amounts for which the Debtors are not liable." *See* Procedures Order at 2.

6. On December 6, 2011, the Court entered an order confirming the Plan [ECF No. 23023]. The Plan became effective on March 6, 2012. Pursuant to the Plan, the Plan Administrator is authorized to interpose and prosecute objections to claims filed against the Chapter 11 Estates.

**The No Liability Claims Should Be Disallowed and Expunged**

7. A proof of claim is "deemed allowed, unless a party in interest objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000). Section 502(b)(1) of the Bankruptcy Code

provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).

8. In its review of the claims filed on the claims register in these chapter 11 cases, the Plan Administrator has identified the Partnership Claims as asserting claims for an interest or interests in funds (or their related feeder funds) including, but not limited to: Lehman Brothers MLP Opportunity Capital Partners, L.P.; Lehman Brothers MLP Opportunity Delaware Fund, L.P.; Lehman Brothers MLP Opportunity Associates, L.P.; Lehman Brothers Merchant Banking Partners; Lehman Brothers Real Estate Partners; Lehman Brothers Real Estate Capital Partners, L.P.; Lehman Brothers Real Estate Mezzanine Partners, L.P.; Lehman Brothers Real Estate Associates; Lehman Brothers Communications Capital Partners, L.P.; Lehman Brothers Venture Capital Partners, L.P.; LibertyView Credit Opportunities Fund, L.P.; Clearwater Capital Partners Fund, L.P.; and Lehman Brothers European Mezzanine Fund 2003-B, L.P. (collectively, the "Funds"). The Funds are not debtors in the above-captioned cases. Furthermore, neither LBHI nor any of the Chapter 11 Estates are general partners of the Funds. The Partnership Claims do not indicate any ground for liability of LBHI or any of the Chapter 11 Estates. An interest in a non-debtor partnership fund does not result in a claim against, nor a right to payment from, LBHI or any of the Chapter 11 Estates.

9. Unless the Partnership Claims are disallowed and expunged, parties who do not hold valid claims against the Chapter 11 Estates may nonetheless recover from the Chapter 11 Estates. LBHI respectfully requests that the Court enter an order disallowing and expunging the Partnership Claims in their entirety.

**Reservation of Rights**

10. LBHI reserves all rights to object on any other basis to any Partnership Claim as to which the relief requested herein is not granted.

**Notice**

11. No trustee has been appointed in these chapter 11 cases. Notice of this Three Hundred Eighteenth Omnibus Objection to Claims has been provided to (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for Region 2; (v) each claimant listed on Exhibit A; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [ECF No. 9635]. The Plan Administrator submits that no other or further notice need be provided.

12. No previous request for the relief sought herein has been made by the Plan Administrator or the Chapter 11 Estates to this or any other Court.

WHEREFORE the Plan Administrator respectfully requests entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: June 4, 2012
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

## **EXHIBIT A**

OMNIBUS OBJECTION 318: EXHIBIT A - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL FILED CLAIM AMOUNT | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | ARTICLE 7TH TRUST U/W/O SHERMAN R. LEWIS, JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 19084 | $3,279.00 | $3,279.00 | NONE |
| 2 | ARTICLE 7TH TRUST U/W/O SHERMAN R. LEWIS, JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 19085 | $37,232.00 | $37,232.00 | NONE |
| 3 | ARTICLE 7TH TRUST U/W/O SHERMAN R. LEWIS, JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 19086 | $16,858.00 | $16,858.00 | NONE |
| 4 | ARTICLE 7TH TRUST U/W/O SHERMAN R. LEWIS, JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 19088 | $9,703.00 | $9,703.00 | NONE |
| 5 | ARTICLE 7TH TRUST U/W/O SHERMAN R. LEWIS, JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 19089 | $962.00 | $962.00 | NONE |
| 6 | BAKER, BRIDGET L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31642 | Undetermined | Undetermined | Undetermined |
| 7 | BERKENFELD, STEVEN L | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 16258 | $1,348,079.00 | $1,348,079.00 | NONE |
| 8 | CIMAGLIA, ANTHONY M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/5/2009 | 7382 | $9,539.00 | $9,539.00 | NONE |
| 9 | COPELAND, JOHN W. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 32744 | $206,758.00 | $206,758.00 | NONE |
| 10 | EINHORN, HOWARD G., III | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 44705 | $9,586.00 | $9,586.00 | NONE |
| 11 | FLANNERY, JOSEPH J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 5/29/2009 | 4642 | $1,271,636.67 | $197,180.00 | $1,074,456.67 |
| 12 | GABBAY, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/10/2009 | 11078 | $859,761.00 | $859,761.00 | NONE |
| 13 | GOODMAN, JEFFREY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30464 | $403,609.40 | $403,609.40 | NONE |
| 14 | HANSELL, PETER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 14747 | $3,252,616.06 | $475,438.00 | $2,777,178.06 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

08-13555-mg    Doc 28443    Filed 06/04/12    Entered 06/04/12 19:50:28    Main Document
Pg 12 of 16

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 318: EXHIBIT A - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL FILED CLAIM AMOUNT | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 15 | HAYAT, CLAUDE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 21344 | $159,918.00 | $159,918.00 | NONE |
| 16 | HENRY, EMIL W. JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 5/29/2009 | 4654 | Undetermined | Undetermined | NONE |
| 17 | HOY, ROBERT J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28227 | $65,000.00* | $65,000.00 | NONE |
| 18 | KENNEY, ARTHUR J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40526 | $174,237.93 | $174,237.93 | NONE |
| 19 | MEJEAN, PAUL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23867 | $962.00 | $962.00 | NONE |
| 20 | MEJEAN, PAUL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23868 | $3,274.00 | $3,274.00 | NONE |
| 21 | MIDDAGH, ROY G. | 08-13905 (JMP) | CES Aviation LLC | 8/5/2009 | 7409 | $8,971.90 | $8,971.90 | NONE |
| 22 | MIKULICH, RAYMOND C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23842 | Undetermined | Undetermined | NONE |
| 23 | MIKULICH, RAYMOND C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23846 | Undetermined | Undetermined | NONE |
| 24 | MIKULICH, RAYMOND C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23847 | Undetermined | Undetermined | NONE |
| 25 | MIKULICH, RAYMOND C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23848 | Undetermined | Undetermined | NONE |
| 26 | MONAHAN, BRIAN W. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 6/1/2009 | 4706 | $500,000.00 | $500,000.00 | NONE |
| 27 | MONELLO, MARIO A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/19/2009 | 19644 | $7,325.00 | $7,325.00 | NONE |
| 28 | MOORE, CHARLES C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 34234 | $10,780,803.79 | $8,852,036.67 | $1,928,767.12 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

08-13555-mg    Doc 28443    Filed 06/04/12    Entered 06/04/12 19:50:28    Main Document
Pg 13 of 16

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 318: EXHIBIT A - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL FILED CLAIM AMOUNT | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 29 MURPHY, PAT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 17259 | $3,045.00 | $3,045.00 | NONE |
| 30 NINEHAM, STEWART K. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/26/2009 | 1951 | $1,091,529.50 | $204,643.00 | $886,886.50 |
| 31 O'BRIEN, BARRY J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31941 | $19,410.00 | $19,410.00 | NONE |
| 32 PARK, EDWARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 34235 | $10,780,803.79 | $8,852,036.67 | $1,928,767.12 |
| 33 PETERSEN, JACK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30343 | $156,918.00 | $156,918.00 | NONE |
| 34 PUSKULDJIAN, PAUL A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7/22/2009 | 5856 | $7,820.00 | $7,820.00 | NONE |
| 35 ROSEN, LEONARD G. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 33577 | $126,804.63 | $126,804.63 | NONE |
| 36 SHAPIRO, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22199 | $50,000.00 | $50,000.00 | NONE |
| 37 STIGUM, ERIK P | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/4/2009 | 10432 | $14,000.00 | $14,000.00 | NONE |
| 38 TOSCANI, EDOARDO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 25357 | $4,593,111.00 | $52,771.00 | $4,540,340.00 |
| 39 VARNI, DAMIAN M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/25/2009 | 9358 | $300,000.00 | $300,000.00 | NONE |
| 40 WALLACE, WILLIAM A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 13738 | $1,250.00 | $1,250.00 | NONE |
| 41 WALSH, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29624 | Undetermined | Undetermined | Undetermined |
| 42 WARD, PETER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/31/2009 | 9915 | $1,966,452.39 | $88,152.39 | $1,878,300.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 318: EXHIBIT A - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL FILED CLAIM AMOUNT | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 43 WECKER, JEFFREY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29718 | Undetermined | Undetermined | Undetermined |
| 44 WEHRLE, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 15152 | $1,424,406.77 | $1,424,406.77 | NONE |
| 45 WINFREY, GRANTHAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/3/2009 | 10211 | $750,000.00 | $750,000.00 | NONE |
| 46 WRIGHT, T S | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 25605 | Undetermined | Undetermined | Undetermined |
| | | | | TOTAL | $45,947,588.95 | $25,400,967.36 | $20,546,621.59 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                   :
                    Debtors.                              :    (Jointly Administered)
-------------------------------------------------------------------x

### ORDER GRANTING THREE HUNDRED EIGHTEENTH
### OMNIBUS OBJECTION TO CLAIMS (PARTNERSHIP CLAIMS)

Upon the three hundred eighteenth objection to claims, dated June 4, 2012 (the "Three Hundred Eighteenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking disallowance and expungement of the Partnership Claims on the basis that LBHI has no liability for such claims, all as more fully described in the Three Hundred Eighteenth Omnibus Objection to Claims; and due and proper notice of the Three Hundred Eighteenth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief requested in the Three Hundred Eighteenth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Three Hundred Eighteenth Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Eighteenth Omnibus Objection to Claims.

Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Three Hundred Eighteenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the Three Hundred Eighteenth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2012
       New York, New York

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE