UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                     :      **Chapter 11**

**In re**                       :

                                       :      **Case No. 08-13555 (JMP)**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :
          **Debtors.**                :      **(Jointly Administered)**

                                       :

                                     :

------------------------------------------------------------------------x  **Ref. Docket Nos. 28068-28069,**
                                              **28071-28077 & 28085**

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 24, 2012, I caused to be served the:

    a) "Notice Of Withdrawal Of The Ninety-Second Omnibus Objection To Claims (No Blocking Number LPS Claims) Solely As To Certain Claims," dated May 24, 2012 [Docket No. 28068], (the "92nd Omnibus NOW"),

    b) "Notice Of Adjournment *Sine Die* Of The Ninety-Second Omnibus Objection To Claims (No Blocking Number LPS Claims) Solely As To Certain Claims," dated May 24, 2012 [Docket No. 28069], (the "92nd Omnibus NOA"),

    c) "Notice Of Adjournment *Sine Die* Of The Ninety-Sixth Omnibus Objection To Claims (Duplicative LPS Claims) Solely As To Certain Claim," dated May 24, 2012 [Docket No. 28071], (the "96th Omnibus NOA"),

    d) "Notice Of Adjournment *Sine Die* Of The One Hundred Twelfth Omnibus Objection To Claims (Invalid Blocking Number LPS Claims) Solely As To Certain Claims," dated May 24, 2012 [Docket No. 28072], (the "112th Omnibus NOA"),

    e) "Notice Of Adjournment *Sine Die* Of The One Hundred Twentieth Omnibus Objection To Claims (No Blocking Number LPS Claims) Solely As To Certain Claim," dated May 24, 2012 [Docket No. 28073], (the "120th Omnibus NOA"),

f)   "Notice Of Adjournment *Sine Die* Of The One Hundred Eighty-Eighth Omnibus Objection To Claims (Duplicative LPS Claims) Solely As To Certain Claim," dated May 24, 2012 [Docket No. 28074], (the "188th Omnibus NOA"),

g)   "Notice Of Adjournment Of The Two Hundred Eighty-Sixth Omnibus Objection To Claims (Assigned Contract Claims) Solely As To Certain Claim," dated May 24, 2012 [Docket No. 28075], (the "286th Omnibus NOA"),

h)   "Notice Of Adjournment Of Debtors' One Hundred Eighty-Ninth Omnibus Objection To Claims (No Liability Repo Claims) Solely As To Certain Claims," dated May 24, 2012 [Docket No. 28076], (the "189th Omnibus NOA"),

i)   "Notice Of Adjournment *Sine Die* Of Debtors' Two Hundred Seventeenth Omnibus Objection To Disallow And Expunge Certain Filed Proofs Of Claim Solely As To Certain Claims," dated May 24, 2012 [Docket No. 28077], (the "217th Omnibus NOA"), and

j)   "Notice Of Adjournment Of The Two Hundred Forty-Seventh Omnibus Objection To Claims (No Liability Claims) Solely As To Certain Claims," dated May 24, 2012 [Docket No. 28085], (the "247th Omnibus NOA"),

by causing true and correct copies of the:

i.   92nd Omnibus NOW, 92nd Omnibus NOA, 96th Omnibus NOA, 112th Omnibus NOA, 120th Omnibus NOA, 188th Omnibus NOA, 286th Omnibus NOA, 189th Omnibus NOA, 217th Omnibus NOA, and 247th Omnibus NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.   92nd Omnibus NOW, 92nd Omnibus NOA, 96th Omnibus NOA, 112th Omnibus NOA, 120th Omnibus NOA, 188th Omnibus NOA, 286th Omnibus NOA, 189th Omnibus NOA, 217th Omnibus NOA, and 247th Omnibus NOA, to be delivered via facsimile to the party listed on the annexed Exhibit B,

iii.   92nd Omnibus NOW, 92nd Omnibus NOA, 96th Omnibus NOA, 112th Omnibus NOA, 120th Omnibus NOA, 188th Omnibus NOA, 286th Omnibus NOA, 189th Omnibus NOA, 217th Omnibus NOA, and 247th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv.   92nd Omnibus NOW, to be enclosed securely in a separate postage-prepaid envelope and delivered via first class mail to the party listed on the annexed Exhibit D,

v.   92nd Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

vi.   96th Omnibus NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed Exhibit F,

vii.   112th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit G</u>,

viii.   120th Omnibus NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit H</u>,

ix.   188th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit I</u>,

x.   286th Omnibus NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit J</u>,

xi.   189th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit K</u>,

xii.   217th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit L</u>, and

xiii.   247th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit M</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
30th day of May, 2012
<u>*/s/ Cassandra Murray*</u>
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\92nd NOW, 92nd, 96th, 112th, 120th, 188th, 286th, 189th, 217th and 247th NOAs_DI 28068-28069, 28071-28077 & 28085_AFF_5-24-12_SS.doc

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net

cdesiderio@nixonpeabody.com

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

colea@gtlaw.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

david.powlen@btlaw.com

david.seligman@kirkland.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@pwkllp.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

elevin@lowenstein.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

francois.janson@hklaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

guzzi@whitecase.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

icatto@mwe.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jamie.nelson@dubaiic.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@ag.state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jteitelbaum@tblawllp.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kjarashow@fklaw.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krosen@lowenstein.com

kuehn@bragarwexler.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

landon@streusandlandon.com

lapeterson@foley.com

lathompson@co.sanmateo.ca.us

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lgotko@fklaw.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

ljkotler@duanemorris.com

lkatz@ltblaw.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lsilverstein@potteranderson.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.sherrill@sutherland.com

martin.davis@ots.treas.gov

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

max.polonsky@skadden.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mccombst@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdahlman@kayescholer.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com

michael.mccrory@btlaw.com

michael.reilly@bingham.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpomerantz@julienandschlesinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

mschlesinger@julienandschlesinger.com

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

msiegel@brownrudnick.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

mwarren@mtb.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

newyork@sec.gov

nfurman@scottwoodcapital.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

ramona.neal@hp.com

ranjit.mather@bnymellon.com

raul.alcantar@ropesgray.com

rbeacher@pryorcashman.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com

schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
steven@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net

wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

| Fax | Name |
| --- | --- |
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| NABER PC | 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |

**Total Creditor count  1**

**EXHIBIT E**

| Claim Name | Address Information |
| --- | --- |
| HIRSCH, KURT | ORTSSTR. 18 BOLSTERLANG 87538 GERMANY |
| LUKOSCHEK, WOLFGANG | AM WIESENRAIN 21 60341 FRANFURT GERMANY |
| LUKOSCHEK, WOLFGANG | GOETHESTR. 55 63067 OFFENBACH AM MAIN GERMANY |
| NABER PC | 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| RAMPOLD, HEIDRUN ELISABETH | BARTHELSTRASSE 125 50823 KOLN GERMANY |
| WILDEBRAND, PETER | FINKENAU 34 HAMBURG 22081 GERMANY |

**Total Creditor count  6**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| SCHWABMUELLER, EVA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |

**Total Creditor count  1**

# EXHIBIT G

| Claim Name | Address Information |
|------------|---------------------|
| BANQUE CANTONALE DU VALAIS | C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DEL CAMPO, LUCIA | LIORNA 6523 APTO 201 MONTEVIDEO 11500 URUGUAY |
| INVESTERINGSSELSKABET AL 11.12.1990 APS | KONGGEVEIEN 495C HOLTE 2840 DENMARK |

**Total Creditor count  3**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| GELDARD, CHRISTINE L. | CL CUENCA 23 TORRELAMATA ALICANTE 03188 ESPANA |

**Total Creditor count  1**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LIMITED | HSBC HOUSE 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LIMITED | HSBC BANK USA NATIONAL ASSOCIATION ATTN: SANDRA E. HORWITX CORPORATE TRUST & LOAN AGENCY 452 5TH AVE NEW YORK NY 10018-2706 |
| HORIZON II INTERNATIONAL LIMITED | ATTN: DAVID LEMAY, ESQ & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKFELLER PLAZA NEW YORK NY 10112 |

**Total Creditor count  3**

**EXHIBIT J**

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AKF ENGINEERS LLP | (F/K/A ATKINSON KOVEN FEINBERG ENGINEERS, LLP) ROBERT L'INSALATA 1501 BROADWAY, SUITE 700 NEW YORK NY 10036 |

Total Creditor count  1

**EXHIBIT K**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|------------|---------------------|
| HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. | EVERETT, SCOTT HAYNES AND BOONE, LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. | C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |

**Total Creditor count  2**

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| ASR LEVENSVERZEKERING N.V. | PO BOX 2072 U02 10.05 HB UTRECHT 3500 NETHERLANDS |
| ASR LEVENSVERZEKERING N.V. | JAN MORIT ASR NEDERLAND N.V. P.O. BOX 2072 HB UTRECHT 3500 THE NETHERLANDS |
| ASR LEVENSVERZEKERING N.V. | ARNO VOERMAN VAN DOORNE N.V. PO BOX 75265 AG AMSTERDAM 1070 THE NETHERLANDS |
| ASR LEVENSVERZEKERING N.V. | TIMOTHY C. BENNETT, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CLARIDEN LEU LTD LEGAL PRODUCTS & SERVICES PO BOX ZURICH CH-8010 SWITZERLAND |
| BANK VONTOBEL AG, ZURICH/SWITZERLAND | TRANSFEROR: CLARIDEN LEU LTD GOTTHARDSTRASSE 43 POSTFACH ZURICH 8022 SWITZERLAND |
| BSI SA (AS AGENT ON BEHALF OF ITS CLIENTS) | TRANSFEROR: CLARIDEN LEU LTD VIA MAGATTI N.2 LUGANO CH-6900 SWITZERLAND |
| CLARIDEN LEU LTD | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CLARIDEN LEU LTD | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CLARIDEN LEU LTD | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CLARIDEN LEU LTD ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DEKA INVESTMENT GMBH, ON BEHALF OF: | FUNDMASTER RRVRENT-FONDS MAINZER LANDSTRASSE 16 FRANKFURT 60325 GERMANY |
| DEKA INVESTMENT GMBH, ON BEHALF OF: | LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CLARIDEN LEU LTD ATTN: SIMON GLENNIE/KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| FALCON LEVEN | PO BOX 2072 U02 10.05 HB UTRECHT 3500 NETHERLANDS |
| FALCON LEVEN | JAN MORIT ASR NEDERLAND N.V. P.O. BOX 2072 JACHTHAVENWEG 121 HB UTRECHT 3500 THE NETHERLANDS |
| FALCON LEVEN | ARNO VOERMAN VAN DOORNE N.V. P.O. BOX 75265 AG AMSTERDAM 1070 THE NETHERLANDS |
| FALCON LEVEN | TIMOTHY C. BENNETT, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| N.V. AMERSFOORTSE LEVENSVERZEKERING MAATSCHAPPIJ | PO BOX 2072 U02 10.05 HB UTRECHT 3500 NETHERLANDS |
| N.V. AMERSFOORTSE LEVENSVERZEKERING MAATSCHAPPIJ | JAN MORIT ASR NEDERLAND N.V. P.O. BOX 2072 HB UTRECHT 3500 THE NETHERLANDS |
| N.V. AMERSFOORTSE LEVENSVERZEKERING MAATSCHAPPIJ | ARNO VOERMAN VAN DOORNE N.V. PO BOX 75265 AG AMSTERDAM 1070 THE NETHERLANDS |
| N.V. AMERSFOORTSE LEVENSVERZEKERING MAATSCHAPPIJ | TIMOTHY C. BENNETT, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| NEUE AARGAUER BANK AG | TRANSFEROR: CLARIDEN LEU LTD ATTN: LAWRENCE YOUNG 1 MADISON AVE NEW YORK NY 10010 |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII | TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF |

| Claim Name | Address Information |
|---|---|
| (PARALLEL 2), L.P. | ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL), L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| RIC-OMIGSA GLOBAL BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC. ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND PLC, THE | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVE. OF THE AMERICAS NEW YORK NY 10019 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: CLARIDEN LEU LTD 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| UBS AG | TRANSFEROR: CLARIDEN LEU LTD ATTN: JEAN-CLAUDE BESSON BADENERSTRASSE 574/D P.O. BOX, CH8098 ZURICH SWITZERLAND |
| WEGELIN & CO. | TRANSFEROR: CLARIDEN LEU LTD PRIVATBANKIERS BOHL 17 ST. GALLEN CH-9004 SWITZERLAND |

**Total Creditor count  39**

**EXHIBIT M**

| Claim Name | Address Information |
|---|---|
| SEQUA CORPORATION | ATTN: JAMES P LANGELOTTE, VICE PRES/TREA 300 BLAISDELL RD ORANGEBURG NY 10962-2506 |
| SEQUA CORPORATION | DAVID S. DANTZIC LATHAM & WATKINS LLP 555 ELEVENTH STREET, NW SUITE 1000 WASHINGTON DC 20004-1304 |
| WEST CORPORATION | DAVID ELKIND ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WEST CORPORATION | ATTN: JOE MULLIN 11808 MIRACLE HILLS DRIVE OMAHA NE 68154 |

**Total Creditor count  4**