**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | |
|---|---|
| In re | :    **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | :    **08-13555 (JMP)** |
| | : |
| Debtors. | :    **(Jointly Administered)** |

-------------------------------------------------------------------x

### ORDER GRANTING THE TWO HUNDRED EIGHTIETH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the two hundred eightieth omnibus objection to claims, dated April 13,

2012 (the "Two Hundred Eightieth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc., as Plan Administrator ("Plan Administrator") pursuant to the Modified Third

Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for

the debtors in the above referenced chapter 11 cases (the "Debtors"), pursuant to section 502(b)

of title 11 of the United States Code, as amended (the "Bankruptcy Code"), and Rule 3007(d) of

the Federal Rules of Bankruptcy Procedure, seeking disallowance and expungement of the No

Liability Claims on the basis that the Debtors have no liability for such claims, all as more fully

described in the Two Hundred Eightieth Omnibus Objection to Claims; and due and proper

notice of the Two Hundred Eightieth Omnibus Objection to Claims having been provided to (i)

the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and

Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the

Southern District of New York; (vi) the Claimants; and (vii) all other parties entitled to notice in

accordance with the procedures set forth in the second amended order entered on June 17, 2010,

governing case management and administrative procedures for these cases [Docket No. 9635];

and it appearing that no other or further notice need be provided; and the Court having found and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Eightieth Omnibus Objection to Claims.

determined that the relief sought in the Two Hundred Eightieth Omnibus Objection to Claims is

in the best interests of the Plan Administrator and all other parties in interest in the above-

captioned chapter 11 cases, and that the legal and factual bases set forth in the Two Hundred

Eightieth Omnibus Objection to Claims establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Eightieth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit 1** are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the Plan Administrator has adjourned the hearing on the Two

Hundred Eightieth Omnibus Objection to Claims to June 28, 2012 with respect to the claim listed

on **Exhibit 2** annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on **Exhibit A** annexed to the Two Hundred

Eightieth Omnibus Objection to Claims that is not listed on **Exhibit 1** annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
        June 5, 2012

_____s/ James M. Peck_____

UNITED STATES BANKRUPTCY JUDGE

**<u>EXHIBIT 1</u>**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC ATTN: THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL 200 VESEY ST NEW YORK, NY 10281 | 08-13600 (JMP) | LB 745 LLC | 09/17/2009 | 15048 | $5,000,000.00* | No Liability Claim |
| 2 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC ATTN: THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL 200 VESEY ST NEW YORK, NY 10281 | 09-12516 (JMP) | LB 2080 Kalakaua Owners LLC | 09/17/2009 | 15049 | $5,000,000.00* | No Liability Claim |
| 3 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC ATTN: THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL 200 VESEY ST NEW YORK, NY 10281 | 09-10560 (JMP) | LB Rose Ranch LLC | 09/17/2009 | 15050 | $5,000,000.00* | No Liability Claim |
| 4 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL 200 VESEY ST NEW YORK, NY 10281 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/17/2009 | 15051 | $5,000,000.00* | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC ATTN: THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL 200 VESEY ST NEW YORK, NY 10281 | 08-13905 (JMP) | CES Aviation LLC | 09/17/2009 | 15052 | $5,000,000.00* | No Liability Claim |
| 6 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC ATTN: THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL 200 VESEY ST NEW YORK, NY 10281 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/17/2009 | 15053 | $5,000,000.00* | No Liability Claim |
| 7 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC ATTN: THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL 200 VESEY ST NEW YORK, NY 10281 | 08-13908 (JMP) | East Dover Limited | 09/17/2009 | 15054 | $5,000,000.00* | No Liability Claim |
| 8 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 09-10108 (JMP) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/17/2009 | 15296 | $5,000,000.00* | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/17/2009 | 15297 | $5,000,000.00* | No Liability Claim |
| 10 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15298 | $5,000,000.00* | No Liability Claim |
| 11 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 15299 | $5,000,000.00* | No Liability Claim |
| 12 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVC THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/17/2009 | 15300 | $5,000,000.00* | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVC THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15301 | $5,000,000.00* | No Liability Claim |
| 14 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/17/2009 | 15302 | $5,000,000.00* | No Liability Claim |
| 15 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13664 (JMP) | PAMI Statler Arms LLC | 09/17/2009 | 15303 | $5,000,000.00* | No Liability Claim |
| 16 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13904 (JMP) | Lehman Scottish Finance L.P. | 09/17/2009 | 15304 | $5,000,000.00* | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/17/2009 | 15305 | $5,000,000.00* | No Liability Claim |
| 18 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13906 (JMP) | CES Aviation V LLC | 09/17/2009 | 15306 | $5,000,000.00* | No Liability Claim |
| 19 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 08-13907 (JMP) | CES Aviation IX LLC | 09/17/2009 | 15307 | $5,000,000.00* | No Liability Claim |
| 20 | BREF ONE, LLC C/O BROOKFIELD REAL ESTATE FINANCIAL PARTNERS LLC THERESA A. HOYT, SVP THREE WORLD FINANCIAL CNTR, 10TH FL 200 VESSEY ST NEW YORK, NY 10281 | 09-10137 (JMP) | BNC Mortgage LLC | 09/17/2009 | 15308 | $5,000,000.00* | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2005-2 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-10560 (JMP) | LB Rose Ranch LLC | 09/22/2009 | 28859 | Undetermined | No Liability Claim |
| 22 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 28860 | Undetermined | No Liability Claim |
| 23 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13906 (JMP) | CES Aviation V LLC | 09/22/2009 | 28861 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-10108 (JMP) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 28862 | Undetermined | No Liability Claim |
| 25 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 28863 | Undetermined | No Liability Claim |
| 26 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/22/2009 | 28864 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 28865 | Undetermined | No Liability Claim |
| 28 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13600 (JMP) | LB 745 LLC | 09/22/2009 | 28866 | Undetermined | No Liability Claim |
| 29 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13908 (JMP) | East Dover Limited | 09/22/2009 | 28867 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 30 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13904 (JMP) | Lehman Scottish Finance L.P. | 09/22/2009 | 28868 | Undetermined | No Liability Claim |
| 31 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13600 (JMP) | LB 745 LLC | 09/22/2009 | 28869 | Undetermined | No Liability Claim |
| 32 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28870 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 33 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 28871 | Undetermined | No Liability Claim |
| 34 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 28872 | Undetermined | No Liability Claim |
| 35 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13908 (JMP) | East Dover Limited | 09/22/2009 | 28873 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 36 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/22/2009 | 28874 | Undetermined | No Liability Claim |
| 37 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28875 | Undetermined | No Liability Claim |
| 38 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28876 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28877 | Undetermined | No Liability Claim |
| 40 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 28878 | Undetermined | No Liability Claim |
| 41 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 28879 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 42 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13906 (JMP) | CES Aviation V LLC | 09/22/2009 | 28880 | Undetermined | No Liability Claim |
| 43 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13907 (JMP) | CES Aviation IX LLC | 09/22/2009 | 28881 | Undetermined | No Liability Claim |
| 44 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13905 (JMP) | CES Aviation LLC | 09/22/2009 | 28884 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 45 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13907 (JMP) | CES Aviation IX LLC | 09/22/2009 | 28885 | Undetermined | No Liability Claim |
| 46 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13664 (JMP) | PAMI Statler Arms LLC | 09/22/2009 | 28886 | Undetermined | No Liability Claim |
| 47 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13904 (JMP) | Lehman Scottish Finance L.P. | 09/22/2009 | 28887 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 48 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 28888 | Undetermined | No Liability Claim |
| 49 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2005-2 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13904 (JMP) | Lehman Scottish Finance L.P. | 09/22/2009 | 28889 | Undetermined | No Liability Claim |
| 50 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2005-2 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28890 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 51 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2005-2 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 28891 | Undetermined | No Liability Claim |
| 52 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2005-2 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 28892 | Undetermined | No Liability Claim |
| 53 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2005-2 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13664 (JMP) | PAMI Statler Arms LLC | 09/22/2009 | 28893 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 54 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD. ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 29514 | Undetermined | No Liability Claim |
| 55 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-12516 (JMP) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 29515 | Undetermined | No Liability Claim |
| 56 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-10137 (JMP) | BNC Mortgage LLC | 09/22/2009 | 29516 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 57 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 29517 | Undetermined | No Liability Claim |
| 58 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 29518 | Undetermined | No Liability Claim |
| 59 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29519 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 60 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29520 | Undetermined | No Liability Claim |
| 61 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-10108 (JMP) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 29521 | Undetermined | No Liability Claim |
| 62 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13600 (JMP) | LB 745 LLC | 09/22/2009 | 29522 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 63 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-10137 (JMP) | BNC Mortgage LLC | 09/22/2009 | 29523 | Undetermined | No Liability Claim |
| 64 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13905 (JMP) | CES Aviation LLC | 09/22/2009 | 29524 | Undetermined | No Liability Claim |
| 65 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 29525 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 66 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN REAL ESTATE CDO 2004-1 LTD ATTN : THERESA A. HOYT, SVP THREE WORLD FINANCIAL CENTER, 10TH FL. NEW YORK, NY 10281 | 09-12516 (JMP) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 29526 | Undetermined | No Liability Claim |
| 67 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD. ATTN: THERESA HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESEY STREET NEW YORK, NY 10281 | 09-12516 (JMP) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 29562 | Undetermined | No Liability Claim |
| 68 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 09-10137 (JMP) | BNC Mortgage LLC | 09/22/2009 | 29563 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 69 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 08-13905 (JMP) | CES Aviation LLC | 09/22/2009 | 29564 | Undetermined | No Liability Claim |
| 70 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 08-13907 (JMP) | CES Aviation IX LLC | 09/22/2009 | 29565 | Undetermined | No Liability Claim |
| 71 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 29566 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 72 | **BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281** | **09-10560 (JMP)** | **LB Rose Ranch LLC** | **09/22/2009** | **29567** | **Undetermined** | **No Liability Claim** |
| 73 | **BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281** | **08-13906 (JMP)** | **CES Aviation V LLC** | **09/22/2009** | **29568** | **Undetermined** | **No Liability Claim** |
| 74 | **BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281** | **08-13900 (JMP)** | **Lehman Commercial Paper Inc.** | **09/22/2009** | **29569** | **Undetermined** | **No Liability Claim** |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 75 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 08-13664 (JMP) | PAMI Statler Arms LLC | 09/22/2009 | 29570 | Undetermined | No Liability Claim |
| 76 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 29571 | Undetermined | No Liability Claim |
| 77 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 09-10108 (JMP) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 29572 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 78 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 09-10560 (JMP) | LB Rose Ranch LLC | 09/22/2009 | 29573 | Undetermined | No Liability Claim |
| 79 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 08-13908 (JMP) | East Dover Limited | 09/22/2009 | 29574 | Undetermined | No Liability Claim |
| 80 | BROOKFIELD REAL ESTATE FINANCIAL PARTNERS, LLC BRASCAN STRUCTURED NOTES 2005-2 LTD ATTN: THERESA A. HOYT THREE WORLD FINANCIAL CENTER, 10TH FLOOR 200 VESSEY STREET NEW YORK, NY 10281 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 29575 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $100,000,000.00 | |

## **EXHIBIT 2**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 280: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BROOKFIELD PROPERTIES ONE WFC CO LLC C/O BROOKFIELD FINANCIAL PROPERTIES LP ATTN: GENERAL COUNSEL THREE WORLD FINANCIAL CENTER 200 VESEY STREET NEW YORK, NY 10281-1021 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30077 | $36,114,000.00* | No Liability Claim |
| | | | | | TOTAL | $36,114,000.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts