UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,             Case No. 08-13555 (JMP)

                    Debtors.
-----------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF HELGE NABER

UPON the motion of Helge Naber dated April 30, 2012, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Helge Naber is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       June 5, 2012

                                    *s/ James M. Peck*
                                    UNITED STATES BANKRUPTCY JUDGE