RECEIVED
MAY 25 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

**Transfer and Assignment Agreement**   (the "**Agreement**")

between

(1)   **EFG BANK AG,** (the "**Assignor**"); Bahnhofstrasse 16 PO Box 2255 8022 Zurich Switzerland

(the "**Assignor**" or "**Transferor**")

and

(2)   Banque Cantonale du Valais, ifo Settlement Department, Place des Cèdres 8, 1950 Sion, Switzerland

(the "**Assignee**" or "**Transferee**").

1. The Assignor des hereby unconditionally and irrevocably transfer and assign ("**Assignment**") unto the Assignee, his successors and assigns, all rights and obligations, title and interest in the principal amount of [] in respect of structured security having ISIN number XS0336951107 and blocking number [CA69305] Case No. 08-13555 (JMP), in Claim No. 0000055837 (the "**Claim**") of EFG Bank AG. The Assignee accepts such transfer and agrees to assume all obligations and to receive all rights of the Assignor title and interest in the principal amount of Nominal EUR 20'000 in respect of structured security having ISIN number XS0336951107 and blocking number [CA69305] Case No. 08-13555 (JMP), in Claim No 0000055837 (the "Claim") of EFG Bank AG.

2. The Assignor hereby waives any objection to the Assignment of the Claim to the Assignee on the books and records of Lehman Brothers Holdings, Inc. ("the **Debtor**") and the United States Bankruptcy Court for the Southern District of New York ("**Bankruptcy Court**"), and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  The Assignor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring and assigning to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

3. The Bankruptcy Court can be directed to make all future payments and

distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

4. The Assignee shall file an evidence of Transfer of Claim in form and substance as attached to this Agreement as Annex 1 to the Bankruptcy Court by himself.

5. The Assignee hereby irrevocably and unconditionally agrees, undertakes and covenants with the Assignor to release and discharge the Assignor from all claims, demands, liabilities and obligations whatsoever (whether past, present or future) absolutely in connection with the assignment stated herein (including but not limited to the complete or partial failure of this assignment) and the Assignee hereby irrevocably and unconditionally waives any claim that he has or may have against the Assignor absolutely in connection therewith.

6. The Assignee hereby agrees to fully indemnify and keep the Assignor and their successors and assigns fully indemnified from and against all claims, demands, liabilities and obligations whatsoever (whether past, present or future) which the Assignor may incur or sustain in connection with the assignment stated herein (including but not limited to the complete or partial failure of this assignment).

7. This Agreement shall be governed by and construed in all respects in accordance with the laws of Switzerland (i.e. with the exception of Swiss conflict of laws rules). Any conflict arising out of or in connection with this Agreement shall be subject to the exclusive jurisdiction of the courts of Zurich, Switzerland.

Place, Date: Geneva, 16 April 2012

**EFG Bank AG**

_____        _____
[Xavier Dejean]    X. Dejean                  [Karen Amatte]
                   Vice President              Karen Amatte
                                               First Vice President

Place, Date:  Sion, 27.04.2012

**The Assignee**                Banque Cantonale du Valais
                                Gestion titres

[client name]
                                Bernard Roten

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("**Bankruptcy Court**")

RE: Lehman Brothers Holdings, Inc. ("**Debtor**")
Case No. 08-13555 (JMP)

EFG BANK AG ("**Transferor**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transfer and assign unto:

**Banque Cantonale du Valais, ifo Settlement Department, Place des Cèdres 8, 1950 Sion, Switzerland**

its successors and assigns ("Transferee"), all right, title and interest in the principal amount of Nominal 20000 EUR in respect of structured security having ISIN number [XS0336951107] and blocking number [CA69305] Case No. 08-13555 (JMP) in Claim No 0000055837 (the "**Claim**").

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated on 16 April 2012.

**EFG BANK AG**

By: _X. Dejean, Vice President_
Xavier Dejean:

By: _Karen Amatte, First Vice President_
Karen Amatte:

- 4 -