UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
In re                                  :  Chapter 11
                                       :
                                       :  Case No. 08-13555
LEHMAN BROTHERS HOLDINGS INC.          :
                                       :  (Jointly Administered)
                                       :
            Debtor.                    :
------------------------------------- x

## NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that Alpaka Investments Inc. c/o RBC Wealth Management hereby withdraws the *Partial Transfer of Claim other than for Security* [Docket No. 27556], dated April 23, 2012, filed in reference to Claim No. 55855, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: May 23, 2012

By: _____
Eduardo Brender
RBC Wealth Management



# NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that Alpaka Investments Inc. c/o RBC Wealth Management hereby withdraws the *Partial Transfer of Claim other than for Security* [Docket No. 27556], dated April 23, 2012, filed in reference to Claim No. 55855, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: May 14, 2012

By: _____
Eduardo Brender
RBC Wealth Management

Mailed 5/14/12 to:
Epiq Bankruptcy Solutions
Attn: Lehman Bros. Holdings
Claims Processing
757 Third Ave, 3rd Floor
New York, NY
10017

B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.          Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Alpaka Investments Inc | Bank Hapoalim (Switzerland) Ltd |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Eduardo Brender, Financial Advisor

RBC Wealth Management

801 Brickell Ave, Suite 1500

Miami, FL 33131

305-925-2467

Eduardo.brender@rbc.com

Court Claim # (if known): **55855**
Total Amount of Claim Filed: **74,355,494.00**
Amount of Claim Transferred: **USD200,000.00**
ISIN/CUSIP: **XS0339215351**
Blocking Number: **6052952**
Date Claim Filed: **10/29/2009**

Phone: **305-925-2467**
Last Four Digits of Acct #: **xxx-x2882**

FILED / RECEIVED
APR 18 2012
EPIQ BANKRUPTCY SOLUTIONS, LLC

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: __4/4/2012__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

FedEx shipping label:

From: (305) 925-2467
Eduardo Brander
RBC Wealth Management
801 Brickell Avenue, Suite 1500
Miami, FL 33131

Origin ID: MBA

SHIP TO: (856) 679-0683
Attn: Lehman Brothers Holdings Inc
Epiq Bankruptcy Solutions, LLC
757 3RD AVE FL 3
NEW YORK, NY 10017

Ship Date: 17APR12
ActWgt: 1.0 LB
CAD: 101025718/NET3250

Ref#: Lehman forms
Invoice #:
PO #:
Dept #:

TRK# 7934 6212 2003
XA OGSA

WED - 18 APR A1
PRIORITY OVERNIGHT

10017
NY-US
EWR

FILED / RECEIVED
APR 18 2012
EPIQ BANKRUPTCY SOLUTIONS, LLC

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per...