25th May 2012

Chapter 11 Case No.08-13555 (JMP)

Claim No.38860

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 1004-1408

Ref. No: Internal Control No.27753

Dear Sirs,

Please refer to your letter dated 14th May 2012.

I, undersigned, Au Yeung Yip Sau Ying Anne (the claimant of the above case), object to the above transfer of my claim to Standard Chartered Bank (Hong Kong) Ltd. Please arrange the claimant (Au Yeung Yip Sau Ying Anne) as unchanged.

Yours truly,

Au Yeung Yip Sau Ying Anne
The Claimant

c.c. Standard Chartered Bank (HK) Ltd



:D STATES BANKRUPTCY COURT
:ern District of New York

|  | Chapter 11 Case No. |
|---|---|
| .N BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  AU YEUNG YIP SAU YING ANNE
         G/F
         79-85 HILL RD
         SHEK TONG TSUI
         HK
         HONG KONG

:e note that your claim # 38860 in the above referenced case and in the amount of
    $64,232.00  allowed at $34,393.49         has been transferred **(unless previously expunged by court order)**

         STANDARD CHARTERED BANK (HONG KONG) LIMITED
         TRANSFEROR: AU YEUNG YIP SAU YING ANNE
         21/F, STANDARD CHARTERED BANK (HONG KONG) LIMITED
         388 KWUN TONG ROAD
         HONG KONG
         HONG KONG

:tion is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF** CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408

a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 27753      in your objection.
u file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL** BSTITUTED ON OUR RECORDS AS THE CLAIMANT.

05/14/2012                          Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

:BS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
; mail, postage prepaid on May 14, 2012.