

**Charles W. Schoenherr**
**41 Broad Brook Lane**
**Stamford, CT 06907**
**(203) 921-8774**

May 16, 2012

Hon. James M. Peck
United States Bankruptcy Court
One Bowling Green, Courtroom 601
New York, NY 10004

Robert J. Lemons, Esq.
Mark Bernstein, Esq.
Weil Gotshal & Manges LLP
767 Fifth Ave
New York, NY 10153

Office of the United States Trustee
for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
   Elisabeth Gasparini, Esq.
   Andrea Schwartz, Esq.

Re:  **Response to Debtors' Two Hundred Eighty-Eighth Omnibus
     Objection to Claims (Employment Related Claims)
     <u>Chapter 11 Case No. 08-13555 (JMP)</u>**

Dear Sir or Madam:

   I am writing concerning the Debtors Objection to my Proof of Claim – Claim Number 12945 (Case Number 08-13555). The Objection appears to ask the court to deny my Proof of Claim on the basis that I did not work for Lehman Brothers Holdings. I find this extremely disconcerting as I was an employee of Lehman Brothers Holdings for over 7 years from 2001 to late 2008. As proof of such employment, I have attached a copy of forms which were used by employees to exercise grants of stock options which were awarded to employees by Lehman Brothers Holdings (LBHI).

   I was paid by Lehman Brothers Holdings and worked in their Fixed Income Department for 7 years. As a result, I filed a claim against LBHI and received a "Receipt of Proof of Claim" shortly thereafter (see attached). My claim arose from a transaction I originated for Lehman Brothers Real Estate Partners, Sunset Villas, which was sold for a large profit in early 2008. All of the Investors received their original equity back plus a very handsome profit. Due to the chaos surrounding the company during the summer of 2008, my finder's fee was not paid in a

timely manner. However, I did receive a letter on September 11, 2008 which detailed my interest in this transaction (See attached letter and claim) and noted that I would be paid shortly thereafter. Obviously, due to the bankruptcy, my finder's fee was never paid and now the Debtor is claiming that I didn't work there.

    I find the recent Objection filed by the Debtor to be insulting and disingenuous and respectfully request that the court reject the Debtor's claim and that my claim be honored in a timely manner. I truly believe that it would be extremely inequitable to deny my claim since all other investors got paid in full on this transaction. Your consideration to this matter is greatly appreciated.

                                      Respectfully submitted,

                                      *CW Schoenherr*

                                      Charlie Schoenherr

# LEHMAN BROTHERS

## MEMORANDUM

| | |
|---|---|
| TO: | Charlie Schoenherr |
| FROM: | Mike Odrich<br>Brett Bossung<br>Mark Newman |
| DATE: | September 11, 2008 |
| CC: | Mark Walsh<br>Ruth Horowitz<br>Robert Shaw<br>Rodolpho Amboss<br>Eileen Sullivan |
| SUBJECT: | Finder's Payment for Investment in Sunset Villas |

Based on your Notional Interest in Lehman Brothers Real Estate Partners, L.P. and its affiliated investment partnerships a distribution is due to you as follows:

Notional Interest      $12,224

| | |
|---|---:|
| Pro-Rata Share of Distribution | $132,559 |
| Less Outstanding Notional Interest in Portfolio Investment | (45,383) |
| Gross Proceeds | 87,176 |
| Less Lehman Cost of Capital (charged on outstanding Notional Interest) | (12,224) |
| Net Proceeds (before taxes) | $74,952 |

Please remember that your distribution will be on a pre-tax basis and therefore Lehman is obligated to withhold payroll-related taxes on any proceeds due to you.

This payment is expected to be included in your payroll check from Lehman on or about January 31, 2009.

Please e-mail robert.shaw@lehman.com if you have any questions.

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

| In Re: | Chapter 11 | UNIQUE IDENTIFICATION NUMBER: 555053140 |
|---|---|---|
| Lehman Brothers Holdings Inc., et al. Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) | |
| Name of Debtor Against Which Claim is Held LEHMAN BROTHERS HOLDINGS, INC. | Case No. of Debtor 08-13555 (JMP) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (MERGE2.DBF,SCHED_NO) SCHEDULE #: 555053140*****
CHARLES, SCHOENHERR
41 BROAD BROOK LANE
STAMFORD, CT 06907

Telephone number: 203-921-8774   Email Address: cschoenherr@scout-capital.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:

SCHEDULE G - EXECUTORY CONTRACT OR UNEXPIRED LEASE

DESCRIPTION:
RESTRICTED STOCK UNIT AGREEMENT

Name and address where payment should be sent (if different from above)
SAME AS ABOVE

Telephone number: _____   Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 74,952.—

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Services performed - finder's fees for deal sold in early 2008.
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 7802
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____
Value of Property: $_____   Annual Interest Rate _____ %
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection: _____
Amount of Secured Claim: $_____   Amount Unsecured: $ 74,952

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ 0
(See instruction #6 on reverse side.)

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$ 74,952 — Finder's Fees for deal sold in 2008.

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

Date: 9/10/09
Signature: CW Schoenherr

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**BNY INVESTMENT CENTER**

BNYIC – Domestic Customer Form

# IRREVOCABLE LETTER OF INSTRUCTION

I hereby authorize and instruct Lehman Brothers Holdings (the "Company") to deliver the certificate(s) representing the shares I am acquiring through the exercise of employee stock options (plus any cash or stock dividend, split, spin-off or other distribution [collectively, "distributions"] paid by the Company after issuance of the certificate(s) until such certificate(s) is/are transferred out of my name) in nominee name of BNY Clearing Services LLC to:

> BNY Investment Center Inc.
> 1633 Broadway 9th Floor
> New York, New York 10019
> Attention: Cashless Stock Option Coordinator

I request that the delivery of said certificate(s) and distributions to BNY Investment Center Inc. ("BNYIC") be made as promptly as possible. When said certificate(s) and any distributions are delivered to BNYIC, they should be designated for Account Number _____ (if new account, leave blank). I also authorize and instruct the Company to furnish to BNYIC any information or documents it may request.

This letter of instruction is irrevocable.

OPTIONEE'S PRINTED NAME: _Charles Schoenherr_  SOCIAL SECURITY # _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_

OPTIONEE'S SIGNATURE: _CWSchoenherr_   DATE _12/21/05_

# BNY INVESTMENT CENTER INC.
## Stock Option Exercise Authorization

**THIS FORM MUST BE RETURNED BEFORE ANY OPTION EXERCISE AND STOCK SALE**

I anticipate, at some future time or from time to time, exercising my stock options pursuant to provisions of Lehman Brothers Holdings stock option plans. As to my stock options, I hereby give notice to Lehman Brothers Holdings and BNY Investment Center Inc. as follows:

**Transaction Authorization:** BNY Investment Center Inc. is authorized to open a cash account for me and to act on my telephonic, facsimile and or mail instructions to exercise stock options on my behalf, purchasing the shares underlying my options, and, when I so instruct, selling those shares. I understand that my telephonic, facsimile and/or mail instructions to BNY Investment Center Inc. are irrevocable. BNY Investment Center Inc. is authorized to provide Lehman Brothers Holdings with confirmation of sale and sale price in relation to these transactions.

**Payment Authorization:** For any option exercise and sale for which I give BNY Investment Center Inc. Instructions, BNY Investment Center Inc. is authorized to make full payment to Lehman Brothers Holdings for the option exercise price and, when required, for taxes due. BNY Investment Center Inc. will release the balance of sale proceeds, after the deduction of all applicable fees, to me.

**Stock Delivery Authorization; Indemnity:** Lehman Brothers Holdings is authorized to issue shares for all options I exercise through BNY Investment Center, Inc. in the name of *PERSHING LLC (Clearing Broker) and forward the shares (plus any dividend, split, or similar distribution paid by Lehman Brothers Holdings with respect to such shares) directly to BNY Investment Center Inc. for my account. I agree to indemnify Lehman Brothers Holdings and BNY Investment Center Inc. for any loss they may suffer as a result of their compliance with my authorizations set forth herein and my instructions.

**Insider Trading:** I acknowledge that the sale of option stock is subject to "insider trading" prohibitions - that it is a violation of federal securities laws to sell Lehman Brothers Holdings stock while in possession of "inside" information about Lehman Brothers Holdings. I will not sell the stock at any time I have material non-public information about Lehman Brothers Holdings that, if made public, could affect the price of Lehman Brothers Holdings

**Customer Identification Program (CIP).** To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents and we we may contact other persons or entities to verify that information you have

**Lehman Brothers Holdings Certification - as required by the IRS:** Under penalties of perjury, I certify that: (1) The Tax ID shown on this form is my correct Social Security Number, and (2) I am not subject to backup withholding because either (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding. *Certification Instruction:* You must cross out *and initial item (2) above if you are currently subject to* backup withholding. (3) I am a U.S person (including a U.S resident alien). I understand that I must cross out the text in clause (2) above if I have been notified by the IRS that I am subject to backup withholding as a result of underreporting dividend or interest income.
( ) I meet the requirements of 2a above as an exempt recipient.

The IRS does not require your consent to any provision of this document other than the certification required to avoid backup withholding.

I represent that I have read the terms and conditions governing this account and agree to be bound by such terms and conditions as currently in effect and as may be amended from time to time. This account is governed by a pre-dispute arbitration agreement that appears on paragraph 26 in the customer agreement; I acknowledge receipt of the pre-dispute arbitration agreement.

**Option Holder Information:** (Please print clearly)
I am over the age of majority in my state of residence. If not a U.S. citizen, state citizenship:

**Printed Name:** Charles Schoenhen   **Date of Birth** 1/23/60

**U. S. Social Security Number:** 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   **Drivers Lic #/ Passport #** CT-135052307

**Legal Address:** 41 Broad Brook Lane
(No PO Boxes Please)   Stamford, CT 06907

**Telephone Numbers:** daytime (212) 526-5069   home (203) 322-9647

**Signature:** CWSchoenhen   **Date:** 12/21/05

**BNY Investment Center Inc.**
1633 Broadway, 9th Floor   New York, NY 10019   (800) 255-8282   (212) 237-0722   (212) 399-0726 (fax)
* PERSHING LLC is a wholly owned subsidiary of The Bank of New York Company, Inc.
BNYIC Member NASD/SIPC.

# NOTICE OF EXERCISE OF STOCK OPTION

Compensation Department
399 Park Avenue, 11th Floor
New York, NY 10022-4679
Fax: (212) 526-8309



I hereby exercise **3,374** shares at a price of $71.39 evidenced by the stock option Agreement dated December 10, 2003 pursuant to the Lehman Brothers Employee Incentive Plan (the "Plan").

## I. PAYMENT OF COST OF EXERCISE

I have elected to fund this exercise having an aggregate exercise price of $ **240,869** (# of shares X $71.39) by the following method (please check one):

- ☐ 1. I am tendering unrestricted shares that **I have owned for more than six months** to cover the cost of the option exercise. I authorize Lehman Brothers to deduct the appropriate number of shares from my Lehman Brothers brokerage account #_____.
- ☒ 2. I authorize The Bank of New York to sell shares to cover the cost of the option exercise ("same-day sale").
- ☐ 3. I authorize Lehman Brothers to make a cash debit from my Lehman Brothers brokerage account #_____ to cover the cost of the option exercise.
- ☐ 4. I am enclosing a check made payable to *Lehman Brothers* to cover the cost of the exercise.

## II. PAYMENT OF TAX WITHHOLDING OBLIGATION

I have elected to pay for any withholding obligation by the following method (please check one):

- ☐ 1. I authorize Lehman Brothers to deduct the appropriate number of shares from the shares that **I will receive as a result of this exercise** equal in value to the withholding taxes, rounded **up** to the nearest number of whole shares.
- ☒ 2. I authorize The Bank of New York to sell shares to cover the payment of any required withholding tax ("same-day sale").
- ☐ 3. I authorize Lehman Brothers to make a cash debit from my Lehman Brothers brokerage account #_____ to cover the payment of any required withholding tax.
- ☐ 4. I am enclosing a check made payable to *Lehman Brothers* to cover the payment of any required withholding tax.

## III. SHARE RETENTION OR LIQUIDATION

- ☐ 1. Please deposit shares that I acquire through this option exercise into my Lehman Brothers brokerage account #_____.
- ☒ 2. authorize The Bank of New York to sell shares resulting from this option exercise.

Lastly, I acknowledge receipt of a copy of the Plan and a copy of the Prospectus relating to the Plan.

Name **Charles Schoenherr**    Signature **CWSchoenherr**

SSN **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**    Date **12/21/05**

# LEHMAN BROTHERS

©2003 Lehman Brothers. All Rights Reserved. LB10484_C5_US_Option_Exercise_Form/Notice_of_Exercise



BNYIC – Domestic Customer Form

## CASHLESS EXERCISE AND SALE FORM

*If exercising more than one stock option grant, please attach a separate sheet listing all option totals.*

**AUTHORIZATION TO SELL:** In connection with my request to exercise one or more stock option(s) held by me to acquire __3,374__ (number of shares), with a Grant Date of __12/10/03__ and an exercise cost of $__71.39__ of **Lehman Brothers Holdings** (the "Company") stock, I hereby authorize BNY Investment Center Inc. ("BNYIC") to sell all shares acquired through the exercise, in accordance with oral or written instructions received from either me or the Company. **THIS ELECTION IS IRREVOCABLE.** Once BNYIC has received my cashless stock option form(s) and has established an account for me, and the Company has validated the options specified above, I authorize BNYIC to:

[X] Sell the shares specified above at the prevailing market price at the time of sale; or

[ ] Daily limit sell order. Sell the shares specified at not less than US$_____ per share on the date forms are received by BNYIC. If the order is not executed on the day the forms are received, I understand that I will be required to submit new paperwork each day until order can be executed at my daily limit price. **NOTE:** Limit orders may be subject to partial executions resulting in additional commission fees and charges.

I understand that BNYIC will charge its standard commission and other fees in connection with any sale. I authorize BNYIC to rely on any oral or written instructions received from me or the Company and agree to indemnify and hold harmless BNYIC and its affiliates, as well as their respective officers, directors, employees and agents, from and against any liability, claim, loss, cause of action, damage or cost (including attorneys' fees) arising out of or in connection with such instructions or reliance.

**DIVIDENDS OR DISTRIBUTIONS:** In the event there is a cash or stock dividend, split, spin-off or other similar distribution paid directly to me on these shares and I have sold the shares prior to the "ex-dividend", "ex-split" or "ex-distribution" date, I agree to deliver such dividend, split shares or other distribution to BNYIC as soon as practicable after my receipt of such dividend, shares or distribution.

**PAYMENT OF PROCEEDS:** I authorize BNYIC to pay the total exercise price to the Company, representing the purchase price of the shares acquired upon exercise of the above options. With respect to any remaining proceeds after deduction of the total exercise price, any applicable withholding taxes and applicable commissions and other miscellaneous fees, I authorize BNYIC to pay them in accordance with the instructions listed on my account application in (indicate only one choice for option 1 & 2)

[ ] Wire**     [ ] Check***

** **Wired Funds** - Complete the Authorization For Wire Transfer below: (**Note:** If no wire instructions are listed or if instructions are incorrect, proceeds will remain in the brokerage account. In addition to the wire fee charged by BNYIC, there may be <u>additional charges</u> imposed by your receiving Bank and correspondent Banks.)

*** **Check** – Checks are mailed via US Postal Service.

Signature: __CWSchoenherr__     Print Name: __Charles W. Schoenherr__

### AUTHORIZATION FOR WIRE TRANSFER

Receiving Bank Name __Cornerstone Bank__     Bank Phone Number __203-356-0111__
Receiving Bank Address __550 Summer St, Stamford CT 06901__ & SWIFT Routing # __[redacted]__
Name(s) on Bank Account __Charles + Rosemary Schoenherr__     Bank Account # __[redacted]__
(As they appear on your statement)

SIGNATURE: __CWSchoenherr__

# NOTICE OF EXERCISE OF STOCK OPTION

Compensation Department
399 Park Avenue, 11th Floor
New York, NY 10022-4679
Fax: (212) 526-8309



I hereby exercise __5,038__ shares at a price of $54.42 evidenced by the stock option Agreement dated December 11, 2002 pursuant to the Lehman Brothers Employee Incentive Plan (the "Plan").

## I. PAYMENT OF COST OF EXERCISE

I have elected to fund this exercise having an aggregate exercise price of $__274,167__ (# of shares X $54.42) by the following method (please check one):

- ❏ 1. I am tendering unrestricted shares that **I have owned for more than six months** to cover the cost of the option exercise. I authorize Lehman Brothers to deduct the appropriate number of shares from my Lehman Brothers brokerage account #_____.
- ☒ 2. I authorize The Bank of New York to sell shares to cover the cost of the option exercise ("same-day sale").
- ❏ 3. I authorize Lehman Brothers to make a cash debit from my Lehman Brothers brokerage account #_____ to cover the cost of the option exercise.
- ❏ 4. I am enclosing a check made payable to *Lehman Brothers* to cover the cost of the exercise.

## II. PAYMENT OF TAX WITHHOLDING OBLIGATION

I have elected to pay for any withholding obligation by the following method (please check one):

- ❏ 1. I authorize Lehman Brothers to deduct the appropriate number of shares from the shares that **I will receive as a result of this exercise** equal in value to the withholding taxes, rounded **up** to the nearest number of whole shares.
- ☒ 2. I authorize The Bank of New York to sell shares to cover the payment of any required withholding tax ("same-day sale").
- ❏ 3. I authorize Lehman Brothers to make a cash debit from my Lehman Brothers brokerage account #_____ to cover the payment of any required withholding tax.
- ❏ 4. I am enclosing a check made payable to *Lehman Brothers* to cover the payment of any required withholding tax.

## III. SHARE RETENTION OR LIQUIDATION

- ❏ 1. Please deposit shares that I acquire through this option exercise into my Lehman Brothers brokerage account #_____.
- ☒ 2. I authorize The Bank of New York to sell shares resulting from this option exercise.

Lastly, I acknowledge receipt of a copy of the Plan and a copy of the Prospectus relating to the Plan.

Name __CW Schoenherr__    Signature __Charles W. Schoenherr__

SSN __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__    Date __12/21/05__

# LEHMAN BROTHERS

©2003 Lehman Brothers. All Rights Reserved. LB8841

BNY INVESTMENT CENTER

BNYIC – Domestic Customer Form

## CASHLESS EXERCISE AND SALE FORM

*If exercising more than one stock option grant, please attach a separate sheet listing all option totals.*

**AUTHORIZATION TO SELL:** In connection with my request to exercise one or more stock option(s) held by me to acquire __5,038__ (number of shares), with a Grant Date of __12/11/02__ and an exercise cost of $ __54.42__ of **Lehman Brothers Holdings** (the "Company") stock, I hereby authorize BNY Investment Center Inc. ("BNYIC") to sell all shares acquired through the exercise, in accordance with oral or written instructions received from either me or the Company. **THIS ELECTION IS IRREVOCABLE.** Once BNYIC has received my cashless stock option form(s) and has established an account for me, and the Company has validated the options specified above, I authorize BNYIC to:

[X] Sell the shares specified above at the prevailing market price at the time of sale; or

[ ] Daily limit sell order. Sell the shares specified at not less than US$_____ per share on the date forms are received by BNYIC. If the order is not executed on the day the forms are received, I understand that I will be required to submit new paperwork each day until order can be executed at my daily limit price. **NOTE:** Limit orders may be subject to partial executions resulting in additional commission fees and charges.

I understand that BNYIC will charge its standard commission and other fees in connection with any sale. I authorize BNYIC to rely on any oral or written instructions received from me or the Company and agree to indemnify and hold harmless BNYIC and its affiliates, as well as their respective officers, directors, employees and agents, from and against any liability, claim, loss, cause of action, damage or cost (including attorneys' fees) arising out of or in connection with such instructions or reliance.

**DIVIDENDS OR DISTRIBUTIONS:** In the event there is a cash or stock dividend, split, spin-off or other similar distribution paid directly to me on these shares and I have sold the shares prior to the "ex-dividend", "ex-split" or "ex-distribution" date, I agree to deliver such dividend, split shares or other distribution to BNYIC as soon as practicable after my receipt of such dividend, shares or distribution.

**PAYMENT OF PROCEEDS:** I authorize BNYIC to pay the total exercise price to the Company, representing the purchase price of the shares acquired upon exercise of the above options. With respect to any remaining proceeds after deduction of the total exercise price, any applicable withholding taxes and applicable commissions and other miscellaneous fees, I authorize BNYIC to pay them in accordance with the instructions listed on my account application in (indicate only one choice for option 1 & 2)

[ ] Wire**       [ ] Check***

** **Wired Funds** - Complete the **Authorization For Wire Transfer** below: (**Note:** If no wire instructions are listed or if instructions are incorrect, proceeds will remain in the brokerage account. In addition to the wire fee charged by BNYIC, there may be **additional charges** imposed by your receiving Bank and correspondent Banks.)

*** **Check** – Checks are mailed via US Postal Service.

Signature: __CW Schoenherr__       Print Name: __Charles Schoenherr__

**AUTHORIZATION FOR WIRE TRANSFER**

Receiving Bank Name __Cornerstone Bank__   Bank Phone Number __203-356-0111__
Receiving Bank Address __550 Summer Street__   & SWIFT Routing # __[redacted]__
Name(s) on Bank Account __Charles and Rosemary Schoenherr__   Bank Account # __[redacted]__
(As they appear on your statement)
SIGNATURE: __CW Schoenherr__

→ Stamford, CT 06901