*Daniel J. Ebbert*
324 Wayland Road
Cherry Hill, NJ 08034

---

May 15, 2012

Chambers of Honorable James M. Peck
U. S. Bankruptcy Court for the Southern District of NY
Courtroom 601
One Bowling Green
New York, NY 10004

Re: Lehman Brothers Holdings;  Case 08-13555
Subject: Ebbert, Daniel J. Jr.;  Claim No. 174

Gentlemen:

We were disappointed to learn that our claim against Lehman Brothers Holdings has not been settled as we were led to believe.  Perhaps you can forward our request to someone that can clarify the final ruling by the court, and provide us with a copy of the document explaining what was issued and when we can expect to bring our claim to a final and timely resolution.

Initially, we filed a Proof of Claim on 10/09/08, along with the necessary supporting information explanation, and Fidelity Confirmation attachments for the corporate notes totaling $11,945.00. This claim was acknowledged by Epiq on 6/30/09.  Subsequently, we were able to follow the proceeding thru #18, #51, #63 Omnibus Objection to Claims.

Recently, we learned that the court permitted Lehman Brothers to partially settle some claims at reduced amounts of $605.14, while cancelling and merging certain bond issues.  Can you clarify what has happened?  Did the court authorize Lehman Brothers or a third party to cancel old bonds, and to merge or re-issue new bonds? (i.e. CUSIP: 52517PK59 was cancelled with a 7/18/11 maturity;  CUSIP: 525ESC1T6 was issued new with a 12/30/16 maturity).  Reportedly, these new bonds will permit Lehman Brothers to delay making final settlements, while permitting an additional and unreasonable five year period thus delaying our claim.

We appreciate your input and explanation.  Please call 856-795-3288, or E-mail: djebbert@verizon.net  with questions.  Thank you.

Best regards,

*Daniel J. Ebbert*


RECEIVED MAY 17 2012 U.S. BANKRUPTCY COURT, SDNY JMP