UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :    08-13555 (JMP)
                                                   :
                          Debtors.                 :    (Jointly Administered)
-------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Commercial Paper, Inc. (08-13900) |
| Creditor Name and Address: | OAKTREE EUROPEAN CREDIT OPPORTUNITIES PLC<br>C/O OAKTREE CAPITAL MANAGEMENT (UK) LLP, ITS PORTFOLIO MANAGER<br>ATTN: NAINA GHELANI<br>27 KNIGHTSBRIDGE, LONDON, SW1X7LY, U.K.<br>LONDON, SW1X7LY<br>UNITED KINGDOM |
| Claim Number (if known): | 18852 |
| Date Claim Filed: | 09/18/2009 |
| Total Amount of Claim Filed: | $3,700,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: [signed] | Title: Authorized Signatory |
|---|---|
| Printed Name: Dominic Keenan  Brian D. Beck | Dated: 06.06.12 |

US_ACTIVE:\43326298\01\58399.0003