**HEARING DATE AND TIME: June 28, 2012 at 10:00 AM (Eastern Time)**
**RESPONSE DEADLINE: June 21, 2012 at 4:00 PM (Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :
              Debtors.                        :    (Jointly Administered)
                                              :
------------------------------------------------------------x
KATHLEEN ARNOLD AND TIMOTHY A.                :
COTTEN                                        :
                                              :
                                              :
              Plaintiffs,                     :
- against -                                   :    Adversary Proceeding
                                              :    Case No.: 11-01540 (JMP)
LEHMAN BROTHERS HOLDINGS INC.                 :
              Defendant.                      :
------------------------------------------------------------x

**NOTICE OF CONSOLIDATED HEARING ON**
**(I) LEHMAN BROTHERS HOLDINGS INC.'S MOTION TO DISMISS**
**ADVERSARY COMPLAINT AND (II) PLAN ADMINISTRATOR'S OBJECTION**
**TO CLAIMS FILED BY KATHLEEN ARNOLD AND TIMOTHY A. COTTEN**

PLEASE TAKE NOTICE of the following:

1. On February 25, 2011, Kathleen Arnold and Timothy Cotten ("Arnold and Cotten") commenced the above-captioned adversary proceeding by filing a complaint against Lehman Brothers Holdings Inc. ("LBHI") in this Court (the "Adversary Proceeding").

US_ACTIVE:\44021803\2\58399.0003

2. At a hearing on June 15, 2011, the Court agreed to provide Arnold and Cotten with additional time to respond to the Motion to Dismiss.

3. On April 3, 2012, LBHI, as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above referenced chapter 11 cases, filed its objection to certain claims filed by Arnold and Cotten (the "Arnold/Cotten Claims Objection").

4. On April 30, 2012, Arnold and Cotten filed a request for additional time to respond to the Arnold/Cotten Claims Objection.

5. At a hearing on May 31, 2012, the Court instructed the Plan Administrator to schedule a consolidated hearing on the Motion to Dismiss and the Arnold/Cotten Claims Objection.

6. A hearing to consider the Motion to Dismiss and the Arnold/Cotten Claims Objection will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **June 28, 2012 at 10:00 AM (prevailing Eastern Time),** or as soon thereafter as counsel may be heard.

7. Any responses to the Motion to Dismiss or the Arnold/Cotten Claims Objection must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered

directly to Chambers), in accordance with General Order M-182 (which can be found at

www.nysb.uscourts.gov), and shall be served in accordance with General Order M-399, upon (i)

the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York

10004, Courtroom 601; (ii) attorneys for the Plan Administrator, Weil, Gotshal & Manges LLP,

767 Fifth Avenue, New York, New York 10153 (Attn: Jacqueline Marcus, Esq.); and (iii) the

Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York,

New York 10004 (Attn: Tracy Hope-Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B.

Schwartz, Esq.), so as to be so filed and received by no later than **June 21, 2012 at 4:00 PM

(prevailing Eastern Time)** (the "Response Deadline").

8. If no responses are timely filed and served with respect to the Motion to

Dismiss and the Arnold/Cotten Claims Objection, the relief requested in the Motion to Dismiss

and the Arnold/Cotten Claims Objection may be granted by default and the Adversary

Proceeding may be dismissed.

Dated: June 7, 2012
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

3