**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned appear as counsel to Depfa Bank plc, creditor and party-in-interest herein and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), hereby request that all notices given or required to be given in this case be given and served upon:

Raniero D'Aversa, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, New York  10019-6142
Telephone:  (212) 506-5000
Facsimile:   (212) 506-5151
Email: rdaversa@orrick.com

- and -

Thomas J. Welsh, Esq.
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall
Suite 3000
Sacramento, CA 95814-4497
Telephone:  (916) 447-9200
Facsimile:   (916) 329-4900
Email: tomwelsh@orrick.com

OHSUSA:750892677.1

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, formal or informal, and whether transmitted or conveyed by mail, hand delivery, facsimile transmission, e-mail, telephone, telegraph, telex or otherwise, which affects the above-captioned Debtors (the "Debtors") or the property of or in the possession, custody or control of the Debtors or which is otherwise filed or given with regard to the above-referenced case.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices and Documents is without prejudice to Depfa Bank plc's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtors and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Depfa Bank plc further requests that all plans and disclosure

statements filed herein by any party be duly served upon Depfa Bank plc's undersigned counsel.

Dated: June 7, 2012    ORRICK, HERRINGTON & SUTCLIFFE LLP
New York, New York

By: s/Raniero D'Aversa, Jr.
Raniero D'Aversa, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, New York 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Email: rdaversa@orrick.com

-and -

Thomas J. Welsh, Esq.
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall
Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: tomwelsh@orrick.com

*Counsel to Depfa Bank plc*