# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re _Lehman Brothers Holdings, Inc._____,  Case No. _08-13555 (JMP)___

## PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Lydian Overseas Partners Master Fund Ltd.</u>
Name of Transferee

<u>Lydian SPV Limited</u>
Name of Transferor

Name and Address where notices to transferee should be sent

Court Claim # (if known): 13213, 13214, 13215, 13216, 13217, 13270, 13271, 13272, 13273, 13274, 13275, 13276, 13277, 13278, 13279, 13280, 13281, 13282, 13283, and 13284

Amount of Claim: Unliquidated at this time

c/o Lydian Asset Management LP
495 Post Road East
Westport, Connecticut 06880

Date Claim Filed: 9/16/2009
Phone: _____
Last Four Digits of Acct. #: _____

Phone: _(203) 571-1310_____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ [signature]_____    Date: _6/8/10___
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

84603313v1

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re ___Lehman Brothers Holdings, Inc.___,      Case No. __08-13555 (JMP)__

## PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS 13213, 13214, 13215, 13216, 13217, 13270, 13271, 13272, 13273, 13274, 13275, 13276, 13277, 13278, 13279, 13280, 13281, 13282, 13283, and 13284 were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the partial transfer of that claim, the transferee filed a Partial Transfer of Claims other than for Security in the Clerk's office of this court on __6/8/2012__.

| | |
|---|---|
| **Lydian SPV Limited**<br>Name of Alleged Transferor<br><br>Address of Transferor<br><br>  c/o Lydian Asset Management L.P.<br>  495 Post Road East<br>  Westport, Connecticut 06880 | **Lydian Overseas Partners Master Fund Ltd.**<br>Name of Alleged Transferee<br><br>Address of Transferee<br><br>  c/o Lydian Asset Management L.P.<br>  495 Post Road East<br>  Westport, Connecticut 06880 |

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____        _____
                                                                                 CLERK OF THE COURT

84603313v1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:        Clerk, United States Bankruptcy Court, Southern District of New York

Lydian SPV Limited, located at c/o Lydian Asset Management L.P., 495 Post Road East, Westport, Connecticut 06880 ("**Transferor**") does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Lydian Overseas Partners Master Fund Ltd. located at c/o Lydian Asset Management, 495 Post Road East, Westport, Connecticut 06880 ("**Transferee**") all right, title and interest in and to **6.37%** of Transferor's claims identified below (the full amount of such claim currently being unliquidated) and such claim having been assigned claims numbered 13213, 13214, 13215, 13216, 13217, 13270, 13271, 13272, 13273, 13274, 13275, 13276, 13277, 13278, 13279, 13280, 13281, 13282, 13283, and 13284 ("**Claims**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing this partial transfer of the Claims as an unconditional transfer and Transferee as the valid owner thereof.

TRANSFEROR:
Lydian SPV Limited

By: _____
Name:
Title:

TRANSFEREE
Lydian Overseas Partners Master Fund Ltd.

By: _____
Name:
Title:

84603313v1