B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re __Lehman Brothers Holdings, Inc.__,    Case No. __08-13555 (JMP)__

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Lydian Overseas Partners Master Fund Ltd.__              __Lydian SPV Offshore Ltd.__
Name of Transferee                                         Name of Transferor

Name and Address where notices to transferee              Court Claim # (if known): 37405
should be sent:                                           Amount of Claim: Transferor is
                                                          transferring 93.63% ($8,499,509.50)
                                                          of the claim referenced above.

c/o Lydian Asset Management L.P.
495 Post Road East
Westport, Connecticut 06880
                                                          Date Claim Filed: 10/12/2009
Phone: __(203) 571-1310__                                 Phone:_____
Last Four Digits of Acct #: _____               Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ illegible__                                     Date: __6/8/12__
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

846033l6v1

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re   Lehman Brothers Holdings, Inc.   ,            Case No.   08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM 37405 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the partial transfer of that claim, the transferee filed a Partial Transfer of Claim other than for Security in the Clerk's office of this court on   **6/8/2012**   .

| Lydian SPV Offshore Ltd.<br>Name of Alleged Transferor<br><br>Address of Transferor<br><br>c/o Lydian Asset Management L.P.<br>495 Post Road East<br>Westport, Connecticut 06880 | Lydian Overseas Partners Master Fund Ltd.<br>Name of Alleged Transferee<br><br>Address of Transferee<br><br>c/o Lydian Asset Management L.P.<br>495 Post Road East<br>Westport, Connecticut 06880 |
|---|---|

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____          _____
                                       CLERK OF THE COURT

84603316v1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:       Clerk, United States Bankruptcy Court, Southern District of New York

Lydian SPV Offshore Ltd., located at c/o Lydian Asset Management L.P., 495 Post Road East, Westport, Connecticut 06880 ("**Transferor**") does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Lydian Overseas Partners Master Fund Ltd. located at c/o Lydian Asset Management, 495 Post Road East, Westport, Connecticut 06880 ("**Transferee**") all right, title and interest in and to **93.63% ($8,499,509.50)** of Transferor's claim in the amount of **$9,077,763.00** and such claim having been assigned claim number 37405 ("**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing this partial transfer of the Claim as an unconditional transfer and Transferee as the valid owner thereof.

TRANSFEROR:
Lydian SPV Offshore Ltd.

By: _____
Name: David C. Pratt
Title: Managing Principal

TRANSFEREE:
Lydian Overseas Partners Master Fund Ltd.

By: _____
Name: David C. Pratt
Title: Managing Principal

84603316v1