UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                    :      Chapter 11

In re                            :

                                  :      Case No. 08-13555 (JMP)

LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
        Debtors.                :      (Jointly Administered)

                                  :

                                  :

---------------------------------------------------------------------x   Ref. Docket Nos. 28412, 28422,
                                           28424, 28425, 28427, 28428, 28430,
                                           28431, 28433, 28435, 28438, 28439,
                                           28441 & 28442

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                         ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 4, 2012, I caused to be served the following:

    a) "Notice Of Hearing On Three Hundred Fifth Omnibus Objection To Claims (Duplicative Claims)," dated June 4, 2012, to which was attached the "Three Hundred Fifth Omnibus Objection To Claims (Duplicative Claims)," dated June 4, 2012 [Docket No. 28412], (the "305th Omnibus Objection"),

    b) "Notice Of Hearing On Three Hundred Sixth Omnibus Objection To Claims (No Liability Claims)," dated June 4, 2012, to which was attached the "Three Hundred Sixth Omnibus Objection To Claims (No Liability Claims)," dated June 4, 2012 [Docket No. 28422], (the "306th Omnibus Objection"),

    c) "Notice Of Hearing On Three Hundred Seventh Omnibus Objection To Claims (Insufficient Documentation Claims)," dated June 4, 2012, to which was attached the "Three Hundred Seventh Omnibus Objection To Claims (Insufficient Documentation Claims)," dated June 4, 2012 [Docket No. 28424], (the "307th Omnibus Objection"),

    d) "Notice Of Hearing On Three Hundred Eighth Omnibus Objection To Claims (Warrant Claims)," dated June 4, 2012, to which was attached the "Three Hundred Eighth Omnibus Objection To Claims (Warrant Claims)," dated June 4, 2012 [Docket No. 28425], (the "308th Omnibus Objection"),

e)  "Notice Of Hearing On Three Hundred Ninth Omnibus Objection To Claims (Settled Derivatives Claims)," dated June 4, 2012, to which was attached the "Three Hundred Ninth Omnibus Objection To Claims (Settled Derivatives Claims)," dated June 4, 2012 [Docket No. 28427], (the "309th Omnibus Objection"),

f)  "Notice Of Hearing On Three Hundred Tenth Omnibus Objection To Claims (Settled Derivatives Claims)," dated June 4, 2012, to which was attached the "Three Hundred Tenth Omnibus Objection To Claims (Settled Derivatives Claims)," dated June 4, 2012 [Docket No. 28428], (the "310th Omnibus Objection"),

g)  "Notice Of Hearing On Three Hundred Eleventh Omnibus Objection To Claims (No Liability Derivatives Claims)," dated June 4, 2012, to which was attached the "Three Hundred Eleventh Omnibus Objection To Claims (No Liability Derivatives Claims),' dated June 4, 2012 [Docket No. 28430], (the "311th Omnibus Objection"),

h)  "Notice Of Hearing On Three Hundred Twelfth Omnibus Objection To Claims (No Liability Claims)," dated June 4, 2012, to which was attached the "Three Hundred Twelfth Omnibus Objection To Claims (No Liability Claims)," dated June 4, 2012 [Docket No. 28431], (the "312th Omnibus Objection"),

i)  "Notice Of Hearing On Three Hundred Thirteenth Omnibus Objection To Claims (To Reclassify Proofs Of Claim As Equity Interests)," dated June 4, 2012, to which was attached the "Three Hundred Thirteenth Omnibus Objection To Claims (To Reclassify Proofs Of Claim As Equity Interests)," dated June 4, 2012 [Docket No. 28433], (the "313th Omnibus Objection"),

j)  "Notice Of Hearing On Three Hundred Fourteenth Omnibus Objection To Claims (Late-Filed Claims)," dated June 4, 2012, to which was attached the "Three Hundred Fourteenth Omnibus Objection To Claims (Late-Filed Claims)," dated June 4, 2012 [Docket No. 28435], (the "314th Omnibus Objection"),

k)  "Notice Of Hearing On Three Hundred Fifteenth Omnibus Objection To Claims (Employment-Related Claims)," dated June 4, 2012, to which was attached the "Three Hundred Fifteenth Omnibus Objection To Claims (Employment-Related Claims)," dated June 4, 2012 [Docket No. 28438], (the "315th Omnibus Objection"),

l)  "Notice Of Hearing On Three Hundred Sixteenth Omnibus Objection To Claims (Reduce And Allow Claims)," dated June 4, 2012, to which was attached the "Three Hundred Sixteenth Omnibus Objection To Claims (Reduce And Allow Claims)," dated June 4, 2012 [Docket No. 28439], (the "316th Omnibus Objection"),

m)  "Notice Of Hearing On Three Hundred Seventeenth Omnibus Objection To Claims (No Liability LBL Employee Claims)," dated June 4, 2012, to which was attached the "Three Hundred Seventeenth Omnibus Objection To Claims (No Liability LBL Employee Claims)," dated June 4, 2012 [Docket No. 28441], (the "317th Omnibus Objection"), and

n) "Notice Of Hearing On Three Hundred Eighteenth Omnibus Objection To Claims (Partnership Claims)," dated June 4, 2012, to which was attached the "Three Hundred Eighteenth Omnibus Objection To Claims (Partnership Claims)," dated June 4, 2012 [Docket No. 28442], (the "318th Omnibus Objection"),

by causing true and correct copies of the:

i. 305th Omnibus Objection, 306th Omnibus Objection, 307th Omnibus Objection, 308th Omnibus Objection, 309th Omnibus Objection, 310th Omnibus Objection, 311th Omnibus Objection, 312th Omnibus Objection, 313th Omnibus Objection, 314th Omnibus Objection, 315th Omnibus Objection, 316th Omnibus Objection, 317th Omnibus Objection, and 318th Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii. 305th Omnibus Objection, 306th Omnibus Objection, 307th Omnibus Objection, 308th Omnibus Objection, 309th Omnibus Objection, 310th Omnibus Objection, 311th Omnibus Objection, 312th Omnibus Objection, 313th Omnibus Objection, 314th Omnibus Objection, 315th Omnibus Objection, 316th Omnibus Objection, 317th Omnibus Objection, and 318th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

iii. 305th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class to those parties listed on the annexed <u>Exhibit C</u>,

iv. 306th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class to those parties listed on the annexed <u>Exhibit D</u>,

v. 307th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class to those parties listed on the annexed <u>Exhibit E</u>,

vi. 308th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class to those parties listed on the annexed <u>Exhibit F</u>,

vii. 309th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class to those parties listed on the annexed <u>Exhibit G</u>,

viii. 310th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class to those parties listed on the annexed <u>Exhibit H</u>,

ix. 311th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class to those parties listed on the annexed <u>Exhibit I</u>,

x. 312th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class to those parties listed on the annexed <u>Exhibit J</u>,

xi. 313th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class to those parties listed on the annexed <u>Exhibit K</u>,

xii.   314th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class to those parties listed on the annexed Exhibit L,

xiii.  315th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class to those parties listed on the annexed Exhibit M,

xiv.   316th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class to those parties listed on the annexed Exhibit N,

xv.    317th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class to those parties listed on the annexed Exhibit O, and

xvi.   318th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class to those parties listed on the annexed Exhibit P.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
7th day of June, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\305th - 318th Omnibus Objections_DI 28412, 28422, 28424, 28425, 28427, 28428, 28430, 28431, 28433, 28435, 28438, 28439, 28441 & 28442_AFF_6-4-12_SS.doc

**EXHIBIT A**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com

ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com

christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com

dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com

enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com

israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com

jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com

jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com

lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com

michael.mccrory@btlaw.com

michael.reilly@bingham.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpomerantz@julienandschlesinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

mschlesinger@julienandschlesinger.com

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

msiegel@brownrudnick.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

mwarren@mtb.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

newyork@sec.gov

nfurman@scottwoodcapital.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

ramona.neal@hp.com

ranjit.mather@bnymellon.com

raul.alcantar@ropesgray.com

rbeacher@pryorcashman.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

ritkin@steptoe.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rmcneill@potteranderson.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rqureshi@reedsmith.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rrigolosi@smsm.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sagolden@hhlaw.com

sally.henry@skadden.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

steven@blbglaw.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS, L.P. | TRANSFEROR: RBS SECURITIES INC. C/O ANGELO, GORDON & CO., L.P./CLO GROUP/ATTN: MICHAEL NICOLO 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| AGRICULTURAL BANK OF TAIWAN | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) NO. 71 GUANCIAN RD TAIPEI CITY TAIWAIN (R.O.C.) |
| ALBAACE SECURITIES CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: TOMOYASU HANEISHI 3-29-24 SHIBUYA SHIBUYA-KU TOKYO 150-0002 JAPAN |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, | TRANSFEROR: SHINSEI SECURITIES CO., LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, | TRANSFEROR: UBS AG, LONDON BRANCH C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| BANK LEUMI LE-ISRAEL B.M. | ATTN: PROF DANIEL TSIDDON, HEAD OF CAPITAL MARKETS DIVISION 35 YEHUDA HALEVI STREET TEL AVIV 65136 ISRAEL |
| BANK LEUMI LE-ISRAEL B.M. | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| BANK OF EAST ASIA LTD | ATTN:CORPORATE LENDING #AMPER SYNDICATION DEPT THE BANK OF E ASIA, LTD 18/F, BANK OF E ASIA BLDG 10 DES VOEUX RD CENTRAL HONG KONG |
| BOTTICELLI, L.L.C. | TRANSFEROR: RBS SECURITIES INC. C/O ANGELO GORDON & CO., L.P./CLO GROUP/ATTN: MICHAEL NICOLO 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| CAPITAL PARTNERS SECURITIES CO., LTD | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO 103-0027 JAPAN |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DEUTSCHE SECURITIES INC. ATTN: SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DEUTSCHE SECURITIES INC. ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| FARGLORY LIFE INSURANCE CO LTD. | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) 18 FL., NO 200 KEELUNG RD., SEC. 1 TAIPEI 110 TAIWAN |
| FUKUOKA SECURITIES CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: YOSHIAKI TAKAKURA FUKUOKA-SHI CHOU-KU TENJIN 2-13-1 FUKUOKA BANK HEAD OFFICE BUILDING 9TH FLOOR FUKUOKA 810-0001 JAPAN |
| GOLDMAN, SACHS & CO. | TRANSFEROR: THE MASTER TR BANK OF JAPAN LTD ACTING AS TTEE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| H.S. SECURITIES CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: YOSHIAKI MISHIMA SUMITOMO FUDOSAN SHINJUKU OAK TOWER 27F, 6-8-1 NISHI-SHINJUKU, SHINJUKU-KU TOKYO 163-6027 JAPAN |
| HACHIJUNI SECURITIES CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: KOICHI SATO UEDA-SHI TOKIDA 2-3-3 NAGANO 386-0018 JAPAN |
| HAYABUSA FISHING HOOKS CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC 341-23 OHATA, YOKWA-CHO MIKI-SHI HYOGO 673-1116 JAPAN |
| KIMURA SECURITIES CO., LTD | TRANSFEROR: LEHMAN BROTHERS JAPAN INC C/O KIMURA SECURITIES CO., LTD. ATTN: KAZUYUKI HORI T460-0008 3-8-21 SAKAE NAKA-KU NAGOYA AICHI JAPAN |
| KOSEI SECURITIES CO., LTD., THE | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: SHINJI KOGAWA 2-1-10 KITAHAMA CHUO-KU OSAKA CITY OSAKA 541-0041 JAPAN |
| LATAJ GROUP LLC | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O RICHARDS KIBBE & ORBE ATTN: LARRY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LATAJ GROUP LLC | HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINIS | ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINIS | PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINIS | LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| LEHMAN BROTHERS JAPAN INC | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO 6-10-1 ROPPONGI, MINATO-KU TOKYO, 106-6137 JAPAN |
| LEHMAN BROTHERS JAPAN INC | NOBUTAKA TANAKA KISHIMOTO BUILDING 2F, 2-1, MARUNOUCHI 2-CHOME, CHIYODA-KU, TOKYO, 100-0005 JAPAN |
| LEHMAN BROTHERS JAPAN INC | LORENZO MARINUZZI, ESQ. MORRISON & FOERSTER LLP 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MALEVRI, MARIA AND ADAMANTOPOULOS, GEORGIOS | C/O J.P. MORGAN (SUISSE) SA ATTN: CORPORATE ACTIONS DEPARTMENT 8, RUE DE LAW CONFEDERATION, PO BOX 5160 1211 GENEVA 11 SWITZERLAND |
| MALEVRI, MARIA AND ADAMANTOPOULOS, GEORGIOS | C/O J.P. MORGAN (SUISSE) SA ATTN CORPORATE ACTIONS DEPARTMENT ATTN: MR. NIGEL SCAIFE 8 RUE DE LA CONFEDERATION PO BOX 5160 1211 GENEVA 11 SWITZERLAND SWITZERLAND |
| MARY CHOCOLATE CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: MASAKI NAKAYAMA 7-1-14 OMORI-NISHI OTA-KU TOKYO JAPAN |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: THE ASAHI SHINKIN BANK ATTN: JAMES RUSSELL WARWICK COURT 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD ATTN: JAMES RUSSELL WARWICK COURT, 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO., LTD. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO., LTD. WARWICK COURT, 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MITSUI SECURITIES CO., LTD | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: YUTAKA MORISHITA, GENERAL MANAGER, HEAD OFFICE NISSEI FUKUI BLDG 1-21-1 JUNKA FUKUI-SHI FUKUI 910-0023 JAPAN |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: THE YAMAGATA BANK LTD 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: ETOILE KAITO & CO., INC. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| NEW-S SECURITIES CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: AKIRA SUZUKI 3-11-10 HIGASHI SHIBUYA-KU TOKYO 150-0011 JAPAN |
| NISHIMURA SECURITIES CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: TAMOTSU KATATA TACHIURI-NISHIMACHI 65 SHIJO-DORI TAKAKURA-NISHIIRU SHIMOGYO-KU, KYOTO-CITY KYOTO 600-8007 JAPAN |
| ORIENTAL LEISURE CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: KEIKO YATO ASIA BLDG, ROOM NO. 400 8-1-8, ISOGAMI-DORI CHUO-KU KOBE 651-0086 JAPAN |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN, SACHS & CO. C/O SOROS FUND MANAGMENT LLC 888 SEVENTH AVE NEW YORK NY 10106 |
| SAIKYO SHINKIN BANK, THE | TRANSFEROR: LEHMAN BROTHERS JAPAN INC TAKAHIRO HASEGAWA SHINJUKU 4-3-20 SHINJUKU-KU TOKYO 160-0022 JAPAN |
| SC LOWY PRIMARY INVESTMENTS, LTD. | TRANSFEROR: SC LOWY FINANCIAL (HK) LTD. C/O SC LOWY ASSET MANAGEMENT (HK) LTD.; ATTN: STEVE LYONS SUITE 1403, 14/F NINE QUEEN'S ROAD, CENTRAL HONG KONG HONG KONG |
| STRATEGIC VALUE MASTER FUND, LTD. | TRANSFEROR: HSBC SECURITIES JAPAN LIMITED C/O STRATEGIC VALUE PARTNERS, LLC 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| TAKAGI SECURITIES CO., LTD | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: TOMOAKI TAKAGI 1-8-3, NIHONBASHI-MUROMACHI CHUO-KU TOKYO 103-0022 JAPAN |
| TAKEDA GENERAL HOSPITAL | TRANSFEROR: LEHMAN BROTHERS JAPAN INC HIROYUKI NOGI 3-27 YAMAGAMACHI, AIZUWAKAMATSUSHI FUKISHIMAKEN 965-8585 JAPAN |

| Claim Name | Address Information |
|---|---|
| TODAIJI TEMPLE | TRANSFEROR: LEHMAN BROTHERS JAPAN INC HONBOU KUYAMA TAISUKE 406-1, ZOSHI-CHO, NARA-SHI NARA-KEN 630-8587 JAPAN |
| TOWA PHARMACEUTICAL CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: NORIKO SHINTANI 2-11, SHINBASHI-CHO, KADOMA OSAKA 571-8580 JAPAN |
| UBS AG, LONDON BRANCH | TRANSFEROR: SASAME HOOKS, LTD. 100 LIVERPOOL STREET LONDON UNITED KINGDOM |
| UBS AG, LONDON BRANCH | TRANSFEROR: MEIHO CHEMICAL INDUSTRY CO., LTD. 100 LIVERPOOL STREET LONDON UNITED KINGDOM |
| UBS AG, LONDON BRANCH | TRANSFEROR: IBIC CORPORATION 100 LIVERPOOL STREET LONDON UNITED KINGDOM |
| VARDE FUND IX LP, THE | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND IX LP, THE | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND IX LP, THE | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND V-B LP, THE | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND VI-A LP, THE | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND VIII LP, THE | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND VIII LP, THE | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD., SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: ILLIQUIDX LTD 8500 NORMANDALE LAKE BLVD., SUITE 1570 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: THE VARDE FUND LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: VARDE FUND LP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|

Total Creditor count  78

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ACI WORLDWIDE (MA) | 6060 COVENTRY DRIVE ELKHORN NE 68022-6482 |
| ACTIV FINANCIAL SYSTEMS, INC.* | 125 SOUTH WACKER DRIVE, SUITE 2325 CHICAGO IL 60606 |
| AMM'S LIMOUSINE SERVICE, INC. | 4320 DI PAOLO CENTER GLENVIEW IL 60025-5201 |
| CHIMNEY ROCK WINERY LLC | MICHAEL BRAGA 5350 SILVERADO TRAIL NAPA CA 94559 |
| CIBER, INC | 6363 S FIDDLERS GREEN CIR STE 1400 ENGLEWOOD CO 801115024 |
| CLAREN ROAD CREDIT MASTER FUND, LTD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: NATIONAL ECONOMIC RESEARCH ASSOCIATES ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| DAVIS LANDSCAPING, LTD. | ASHLEY WILSON VALLEYCREST COMPANIES 24151 VENTURA BLVD CALABASAS CA 91302 |
| ENERGY SERVICES GROUP INC | PO BOX 545 ROCKLAND MA 02370 |
| FEDOR & FEDOR | 54 CRAFTSMAN VIEW DR ASHVILLE NC 28804-8813 |
| FOUR SEASONS SILICON VALLEY | ATTN: EVA HAKOVA, ASST. DIR OF FINANCE 2050 UNIVERSITY AVENUE PALO ALTO CA 94303 |
| GELBER GROUP, LLC | ATTN: ACCOUNTING DEPT. 141 W. JACKSON BLVD., STE. 2100A CHICAGO IL 60604 |
| GEOTEXT TRANSLATIONS, INC. | 259 W 30TH STREET, 17TH FLOOR NEW YORK NY 10001 |
| HAYNSWORTH SINKLER BOYD P.A. | STANLEY H. MCGUFFIN, ESQ. PO BOX 11889 COLUMBIA SC 29201 |
| INCONIT CORPORATION | 1162 CAMINO VALLECITO LAFAYETTE CA 94549 |
| LAW OFFICES OF FRANCES C. BERGER | 225 BROADWAY STE 1610 NEW YORK NY 10007-3760 |
| LAW OFFICES OF FRANCES C. BERGER | DICONZA LAW, P.C. ATTN: GERARD DICONZA 630 THIRD AVENUE, 7TH FLOOR NEW YORK NY 10017 |
| LONDON BUSINESS SCHOOL TRADING COMPANY L | REGENT'S PARK LONDON NW1 4SA UNITED KINGDOM |
| LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION | 433 METAIRIE ROAD, SUITE 600 METAIRIE LA 70005 |
| MAINE, JOHN DAVENPORT | 63 WEST SHORE ROAD BELVEDERE CA 94920 |
| MICHIGAN TOBACCO SETTLEMENT FINANCE AUTHORITY | PO BOX 30754 LANSING MI 48909 |
| MITSUI COMPANY | 14-32 AKASAKA 2 CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| NETALYTICS | C/O ISDA 360 MADISON AVENUE, 16TH FLOOR NEW YORK NY 10017 |
| PELLERANO & HERRERA | J F KENNEDY 4TH FLOOR SANTO DOMINGO APARTADO POSTAL 20682 DOM DOMINICAN REPUBLIC |
| PELLERANO & HERRERA | EPS A-303, P.O. BOX 25522 MIAMI FL 33102-5522 |
| RIGHT MANAGEMENT, INC. | ATTN: PRINCE ALTEE THOMAS, ESQ. FOX ROTHSCHILD LLP 200 MARKET STREET, 10TH FLOOR PHILADELPHIA PA 19103-3291 |
| TARRYTOWN HOUSE | 49 EAST SUNNYSIDE LANE PO BOX 222 TARRYTOWN NY 10591 |
| VIEIRA DE ALMEIDA & ASSOCIADOS | MOURINHO DE SILVEIRA 10 LISBON 125-0167 PORTUGAL |
| WINNING MIND, LLC | 1010 UNIVERSITY AVE., #265 SAN DIEGO CA 92103 |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL | ATTENTION: MARY PERLICK 9TH FLOOR, TOWER 2 1400 AMERICAN LANE SCHAUMBURG IL 60196 |

**Total Creditor count  30**

**EXHIBIT E**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ENERGIE BADEN-WURTTEMBERG AG | ATTN: MICHAEL RUMMER DURLACHER ALLEE 93 KARLSRUHE D-76131 GERMANY |
| ENERGIE BADEN-WURTTEMBERG AG | WILMER CUTLER PICKERING HALE AND DORR LLP ENERGIE BADEN-WURTTEMBERG AG ATTN: KATHRYN A. BENNETT 399 PARK AVENUE NEW YORK NY 10022 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ASSET CERTIFICATES WITH ENHANCED RETURNS SERIES 2001-13-C CTLA STRUCTURED FINANCE ATTN: CHI S. LE 10 EAST 40TH STREET 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | PRYOR CASHMAN LLP ATTN: TINA N. MOSS, ESQ 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| LEVACHAMIS S.A. | VICTOR LEVY AV. ANACOANA # 35 (CARIB) APTO. 14 SANTO DOMINGO DOMINICAN REPUBLIC |
| TURING FOUNDATION | C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| WESTSANT AG | C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |

**Total Creditor count  7**

**EXHIBIT F**

| Claim Name | Address Information |
| --- | --- |
| BECKER, DAVID A. | 44 LAIGHT ST. # 6A NEW YORK NY 10013 |
| BIEBER, SANDER M. AND LINDA E. ROSENZWEIG | 3217 FARMINGTON DRIVE CHEVY CHASE MD 20815 |
| CASE, JOHN | 153 DOSORIS LANE GLEN COVE NY 11542 |
| ESTATE OF HAROLD SNYDER | 555 MADISON AVE STE 1302 NEW YORK NY 10022-3406 |
| ESTATE OF HAROLD SNYDER | JEFFREY W. LEVITAN, ESQ. PROSKAUER ROSE LLP 1585 BROADWAY NEW YORK NY 10036 |
| LANGER INVESTMENT PARTNERS | 5144 E. PALOMINO ROAD PHOENIX AZ 85018 |
| LESLIE STEPPEL WEISBROD TRUST | DTD 6/27/1990 369 WHIPPOORWILL ROAD CHAPPAQUA NY 10514 |
| LIGHTEN, WILLIAM E. | 48 WELLINGTON AVE. NEW ROCHELLE NY 10804 |
| MCGEE III, HUGH E | 5457 HOLLY SPRINGS HOUSTON TX 77056 |
| MCGEE, HUGH | 5457 HOLLY SPRINGS HOUSTON TX 77056 |
| SHEHADI, FREDERICK S. JR. | 4000 GULFSHORE BLVD N. # 300 NAPLES FL 34103-3428 |
| SNYDER, BERYL | 555 MADISON AVE STE 1302 NEW YORK NY 10022-3106 |
| SNYDER, BERYL | JEFFREY W. LEVITAN, ESQ. 11 TIMES SQ NEW YORK NY 10036-6600 |
| SNYDER, BRIAN | 555 MADISON AVE STE 1302 NEW YORK NY 10022-3406 |
| SNYDER, BRIAN | JEFFREY W. LEVITAN, ESQ. 11 TIMES SQ NEW YORK NY 10036-6600 |
| SNYDER, JAY | 555 MADISON AVE STE 1302 NEW YORK NY 10022-3406 |
| SNYDER, JAY | PROSKAUER ROSE LLP 11 TIMES SQ NEW YORK NY 10036-6600 |
| TELLING, DR. FRED W | 2068 COUNTRY CLUB DRIVE PORT ORANGE FL 32128 |
| VLASIC INVESTMENTS, L.L.C. | GREGORY M. RYAN BODMAN PLC 6TH FL. AT FORD FIELD 1901 ST. ANTOINE STREET DETROIT MI 48226 |
| VLASIC INVESTMENTS, L.L.C. | C/O MICHAEL A. VLASIC 38710 NORTH WOODWARD SUITE 100 BLOOMFIELD HILLS MI 48304 |
| WARD, KEVIN A. (ID 4000001738) | C/O MARK E. LEIPOLD GOULD & RATNER LLP 222 N. LASALLE ST., STE 800 CHICAGO IL 60601 |
| WECKER, JEFFREY | KATTEN MUCHIN ROSENMAN LLP ATTN: STEVEN G. ECKAUS, ESQ. 575 MADISON AVENUE NEW YORK NY 10022 |
| WECKER, JEFFREY | 198 MIDDLE LINE HIGHWAY SOUTHAMPTON NY 11968 |

**Total Creditor count  23**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| ATTORNEYS' LIABILITY ASSURANCE SOCIETY, INC. | C/O RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-15 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-15 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EAST BAY MUNICIPAL UTILITY DISTRICT | ATTN: GARY BREAUX, DIRECTOR OF FINANCE 375 ELEVENTH STREET, MS 801 OAKLAND CA 94607 |
| EAST BAY MUNICIPAL UTILITY DISTRICT | 375 ELEVENTH STREET, MS 801 ATTN: GARY BREAUX, DIRECTOR OF FINANCE OAKLAND CA 94607 |
| JULIUS BAER MULTIBOND SICAV – LOCAL EMERGING BOND | C/O RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| NEWS AMERICA INCORPORATED | C/O RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| PACIFICCORP RETIREMENT PLAN | C/O RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |

**Total Creditor count  8**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| ATTORNEYS' LIABILITY ASSURANCE SOCIETY (BERMUDA) L | C/O AUGUSTUS ASSET MANAGERS LIMITED C/O 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| BROAD MARKET XL HOLDINGS LTD (IN OFFICIAL LIQUIDAT | ATTN: RICHARD FOGERTY ZOLFO COOPER PO BOX 1102 4TH FLOOR BUILDING 3 CAYMAN FINANCIAL CENTRE GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: POND VIEW CREDIT (MASTER), L.P. C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: LISPENARD STREET CREDIT (MASTER) LTD. C/O CARVAL INVESTORS UK LTD. ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| JULIUS BAER SICAV- LOCAL EMERGING BOND FUND | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| NEWS AMERICA INCORPORATED | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| PACIFICCORP RETIREMENT PLAN | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| PEOPLE'S BANK OF CHINA | C/O STATE ADMINISTRATION OF FOREIGN EXCHANGE ATTN: MS. WAN TONGJUN & MR. CUI HAILIANG 3/F PING'AN MANSION 23 JINRONG STREET, XICHENG DISTRICT BEIJING 100140 CHINA |

**Total Creditor count  8**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: GOOD STEWARD TRADING COMPANY SPC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| CIFG SERVICES INC., | AS TRUSTEE OF NEW GENERATION FUNDING TRUST 38 ATTN: BRIAN WHALEY 825 THIRD AVENUE NEW YORK NY 10022 |
| CIFG SERVICES INC., | 850  3RD  AVE  FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVICES INC., | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | ATTN: BRIAN WHALEY 825 THIRD AVENUE NEW YORK NY 10022 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | 850  3RD  AVE  FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | 850  3RD  AVE  FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | 850 3RD AVE FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | 850 3RD AVE FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GEGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVIES, INC., AS TRUSTEE OF NEW GENERATION F | 850  3RD  AVE  FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVIES, INC., AS TRUSTEE OF NEW GENERATION F | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: STAPLE STREET AVIATION (MASTER) LP C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTERS S.A.R.L. | TRANSFEROR: STAPLE STREET AVIATION (MASTER) LP C/O CARVAL INVESTORS UK LTD. ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| INTRALOT S.A. | ATTN: CHRIS MISTRIOTIS 64, KIFISSIAS AVE. & 3, PREMETIS STR. ATHENS 15 125 GREECE |
| MARANATHA BAPTIST BIBLE COLLEGE | ATTN: MARK STEVENS 745 WEST MAIN STREET WATERTOWN WI 53094 |
| PARKING AUTHORITY OF THE CITY OF HAWTHORNE, CA | ATTN: JAG PATHIRANA 4455 WEST 16TH STREET HAWTHORNE CA 90250 |
| PARKING AUTHORITY OF THE CITY OF HAWTHORNE, CA | MARK GORTON, ESQ. MCDONOUGH HOLLAND & ALLEN PC 500 CAPITOL MALL, 18TH FLOOR SACRAMENTO CA 95814 |
| STATE OF LOUISIANA, DEPARTMENT OF TREASURY | TOBACCO SETTLEMENT FINANCING CORPORATION C/O LOUISIANA DEPARTMENT OF JUSTICE BENJAMIN A. HUXEN II, ASST ATTORNEY GENERAL P.O. BOX 94005 BATON ROUGE LA 70804-9005 |
| SUPERIOR ENERGY SERVICES INC | ATTN: WILLIAM B. MASTERS 1105 PETERS ROAD HARVEY LA 70058 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, |

| Claim Name | Address Information |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION | III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor count  27**

**EXHIBIT J**

| Claim Name | Address Information |
| --- | --- |
| EXCALIBUR FUNDING NO. 1 PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| EXCALIBUR FUNDING NO. 1 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |

**Total Creditor count  2**

# EXHIBIT K

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADLER, MONA J. | 404 EAST 79TH STREET APT 28E NEW YORK NY 10021 |
| ALLRED, ANNIE | 6006 AUBURNDALE AVE APT D DALLAS TX 75205 |
| ALTIDOR, FRITZNER L. | 514 UNION ST LINDEN NJ 07036 |
| ARAMAYO, LUIS | 6038 HIGHLAND PL. WEST NEW YORK NJ 07093 |
| AREVALO, DORIS | 196 HUTTON STREET JERSEY CITY NJ 07307 |
| ARTESINI, MONICA | IMPRUFLING 29 FRANKFURT MAIN 60389 GERMANY |
| BAKER, CAROL | 24 CAYUGA ROAD BORDENTOWN NJ 08505 |
| BARICEVIC, JOANNA M | 238 N RAILROAD AVE STATEN ISLAND NY 10304-4261 |
| BARNETT, MATTHEW LEWIS | 22 PRIORY ROAD RICHMOND SURRECT TW93DF UNITED KINGDOM |
| BENSON, CRAIG O. | 1411 NORTH STATE PKWY #35 CHICAGO IL 60610 |
| BERTAGNA, ROBERT | 234 EAST 62ND ST. NEW YORK NY 10065 |
| BHAVNA, PATEL | 19 DORSET DRIVE KENILWORTH NJ 07033 |
| BHUTANI, SARABJIT S. | 10631 WOODCHASE CIRCLE ORLANDO FL 32836 |
| BIRASCHI, PAOLA | FLAT 73 BRYANSTON COURT II GEORGE STREET LONDON, GT LON W1H 7HD UNITED KINGDOM |
| BIRNEY, JANET | 464 BUFFALO CT. WEST NEW YORK NJ 07093 |
| BORY, CHARLES H. | 11 KENSINGTON STREET LIDO BEACH NY 11561 |
| BOSSUNG, BRETT | DLA PIPER LLP (US) ATTN: JEREMY JOHNSON 1251 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020-1104 |
| BOSSUNG, BRETT | 28 WEST 69TH STREET APARTMENT 6A NEW YORK NY 10023 |
| BOUTSIOULI, BARBARA | RATHENAUPLATZ 1 FRANKFURT D60313 GERMANY |
| BREWER, KAREN H | 79 POPLAR ROAD WIMBLEDON LONDON SW193JS UNITED KINGDOM |
| BROADBENT, WILLIAM | 75 PECKSLAND ROAD GREENWICH CT 06831 |
| BROOKS, DAVID J | 22 BARTLETT DR MANHASSET NY 11030-2121 |
| BURKE, TERENCE P | 10 NORTHWICK CIRCLE KENTON MDDSX HARROW HA3 0EJ UNITED KINGDOM |
| CAMPBELL, ROBERT H | 8124 SANDY HOOK DR CLINTON WA 98236-8937 |
| CARAGIULO, NICHOLAS | 137 VANDERBILT STREET BROOKLYN NY 11218 |
| CHADNEY, MICHAEL | 12 GRAND UNION WALK KENTISH TOWN RD LONDON NW1 9LP UNITED KINGDOM |
| CHAMBERLAIN, DANIELLE | 105 ABERDEEN RD MATAWAN NJ 07747 |
| CHAN, ANDREW L. | 191 BAY 46 ST BROOKLYN NY 11214 |
| CHANG, ALFREDO Y. | 16 MANOR ROAD OLD GREENWICH CT 06870 |
| CHIDAMBARAM, SETHURAMAN | 221 HAMPSHIRE DRIVE PLAINSBORO NJ 08536 |
| CHISHOLM, RUPERT F. | 43 BRINCKERHOFF AVE NEW CANAAN CT 06840-6208 |
| CHU, HELEN | 22 APPLE TREE LN WARREN NJ 07059 |
| CIONGOLI, JEFFRY J. | 167 NORMA ROAD TEANECK NJ 07666 |
| CLOVES, STEVEN | 28 BENSON QUAY WAPPING E1W 3TR UNITED KINGDOM |
| COHEN, KENNETH | 50 GROSVENOR ROAD SHORT HILLS NJ 07078 |
| COHEN, KENNETH | DLA PIPER LLP (US) ATTN: JEREMY JOHNSON 1251 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020-1104 |
| COLLIER, MICHAEL | 69 HIGHFIELD WAY RICKMANSWORTH HERTS WD3 7PP UNITED KINGDOM |
| CONTI, ANGELA | 183 DOVER STREET BROOKLYN NY 11235 |
| COOKE, OLIVER | 15 LANGTON WAY LONDON SE3 7TL UNITED KINGDOM |
| CORDULA, PATRICK | TELEMANNSTRASSE 2 FRANKFURT D60323 GERMANY |
| CORETH, MAXIMILIAN | 93 MERCER STREET NEW YORK NY 10012 |
| CORETH, MAXIMILIAN | ROBERT K. GROSS, ESQ. EATON & VAN WINKLE LLP 3 PARK AVENUE, 16TH FLOOR NEW YORK NY 10016 |
| CORNEJO, EMIL | 420 EAST 58TH STREET NEW YORK NY 10022 |
| CUCOLO, MATTHEW | 26 INWOOD DR MANALAPAN NJ 07726 |
| CURTIS, CLARISE E | 41 CARLISLE AVENUE HERTS ST. ALBANS AL35LX UNITED KINGDOM |
| D'AMADEO, JOSEPH G | 16 HASTINGS ROAD HOLMDEL NJ 07733-2818 |
| D'ARCANGELO, MICHAEL III | 20 ALPINE ROAD GREENWICH CT 06830 |

| Claim Name | Address Information |
|---|---|
| DAUS, FRANZ-PETER | HAENDELSTRASSE 21 HE SELIGENSTADT D63500 GERMANY |
| DE JESUS, NESTOR E | LA VILLA DE TORRIMAR REINA ANA STREET #163 GUAYNABO PR 00969 |
| DEAN, EMMA | 10 PIERHEAD WAPPING HIGH STREET LONDON E14 8BQ UNITED KINGDOM |
| DELANEY, STEVEN G | 4 VALLEY RIDGE ROAD HARRISON NY 10528-1208 |
| DELLARUSSO, RICHARD J. | 8 SUNSET ROAD DARIEN CT 06820 |
| DENNISON, G. MS. | 2 BIRDHURST 21 PORTLEY WOOD RD WHYTELEAFE, SURREY UNITED KINGDOM |
| DEWAN, JOAN M | 27 WOOD DRIVE NORWOOD MA 02062-3123 |
| DIRSCHBERGER, SALVATORE E. | FLAT 13 LUMIA LOFTS APARTMENT 160 TOWER BRIDGE ROAD LONDON SE1 3FG UNITED KINGDOM |
| DISABATO, KENNETH | 35 WALNUT ST NEW PROVIDENCE NJ 07974 |
| DMUCHOWSKI, JOHN J | 86 WINCHESTER DRIVE EAST WINDSOR NJ 08520 |
| DMUCHOWSKI, JOHN J | OMAR-JOHN C. CHAVEZ WENDY L. MAGER SMITH STRATTON WISE HEHER & BRENNAN LLP 21 RESEARCH WAY PRINCETON NJ 08540 |
| DOPLER, MARY T. | 160 CABRINI BLVD UNIT 117 NEW YORK NY 10033 |
| DUFFY, KATHLEEN C. | 375 SOUTHEND AVENUE APT 27A NEW YORK NY 10280 |
| DUNN, JOHN J. | 232 PARK AVE HUNTINGTON NY 11743-2703 |
| EASTICK, HELEN | 19 MULBERRY HILL SHENFIELD BRENTWOOD ESSEX CM 15 8JS UNITED KINGDOM |
| EISENBERG, IRWIN M. | 11 HICKORY COURT STATEN ISLAND NY 10309 |
| ENGEL, STEVEN | 15 ORAN PLACE MORGANVILLE NJ 07751 |
| ESCOBAR, CALIXTO M. JR. | 84 SHERIDAN AVE. STATEN ISLAND NY 10305 |
| FENNELL, CAROLE | 2292 8TH AVE. #3 NEW YORK NY 10027 |
| FERBER, MICHAEL | 5413 - 12 AVE BROOKLYN NY 11219 |
| FILLER, RONALD H. | 100 WARREN STREET APT# 1503 JERSEY CITY NJ 07302 |
| FISCHER, CHRISTIAN | ERLENWEG 9 HE LIEDERBACH D65835 GERMANY |
| FITZENBERGER, GERDA | GAERTNER STRASSE 7 HE HANAU D63450 GERMANY |
| FLYNN, PATRICK | 19 TENNYSON AVENUE WANSTEAD LONDON E11 2QN UNITED KINGDOM |
| FORSYTH, DAVID M. | 79 ROBINSON PLACE SHREWSBURY NJ 07702 |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS WESTCLIFF ON SEA ESSEX SS0 8PZ UNITED KINGDOM |
| FU, CHANEL | 240-79 DEPEW AVE. DOUGLASTON NY 11363 |
| GAMBARDELLA, LISA | 80 BAY STREET LANDING APT 3B STATEN ISLAND NY 10301 |
| GELBAND, MICHAEL | 30 STEWART ROAD SHORT HILLS NJ 07078 |
| GHOSH, SHINJIT | 444 WASHINGTON BOULEVARD, APT 2220 JERSEY CITY NJ 07310 |
| GIACONE, PETER | 48 VANDERVEER COURT ROCKVILLE CENTRE NY 11570 |
| GIANFRANCO, PAPARELLA | VIA SAN SIMPLICIANO 2 20121 MILANO ITALY |
| GIBAULT, CAROLINE | BOL. AFANASSIEVSKIY PER., D. 41, KV. 6 MOSCOW 119019 RUSSIAN FEDERATION |
| GIESE, JOHN T. | 1927 N SEDGWICK ST APT 2R CHICAGO IL 60614-5422 |
| GLASER, ANDREAS | MARKTSTRASSE 1 FRANKFURT 60388 GERMANY |
| GLEN, JAMES J. | 100 CHESTNUT HILL DRIVE NEW PROVIDENCE NJ 07974 |
| GOLDBERG, DANIEL | 240-36 66 AVENUE DOUGLASTON NY 11362 |
| GOLDBERG, LOUISE | 6 RUSSELL GROVE MILL HILL LONDON NW73QX UNITED KINGDOM |
| GOLLIN, MARK D. | FIRTH HOUSE, HATCHFORD PARK OCKHAM LANE SURREY COBHAM KT11 1LR UNITED KINGDOM |
| GRAVES, ADRIAN T | 17 WILLOW WAY WING BEDS LEIGHTON BUZZARD LU7 0TJ UNITED KINGDOM |
| GRAY, L.A. MS. | 48 MAYLON CLOSE BRAINTREE ESSEX CM7 2QY UNITED KINGDOM |
| HABER, SANFORD A. | 30 INVERNESS COURT WHITE PLAINS NY 10605 |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| HANSELL, PETER | 70 ELERS ROAD LONDON W139QD UNITED KINGDOM |
| HEBENBROCK, MONIKA | THOMAS-MANN-RING 16 HE DIETZENBACH D63128 GERMANY |
| HEDLUND, ROBERT G III | 126 GERRISH LANE NEW CANAAN CT 06840 |
| HIGGINS, CATHERINE M. | 7 FOREST WAY ORPINGTON KENT BRS 2AG UNITED KINGDOM |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HOLLEB, THOMAS J. | 2023 N MOHAWK CHICAGO IL 60614 |
| HORNICK, PETER | 243 WEST 98TH STREET APARTMENT 3D NEW YORK NY 10025 |
| HOULIHAN, BRENNA A. | 546 LOCUST ST MOUNT VERNON NY 10552-2607 |
| HOWARD, NICHOLAS P. | 114 WEST ROAD NEW CANAAN CT 06840 |
| HUTCHERSON, SOPHIE L | 7 BRACKEN AVENUE LONDON SW12 8BJ UNITED KINGDOM |
| ICASIANO, SERAFIN | 560 SUSSEX AVENUE MORRISTOWN NJ 07960 |
| JENDRUSIAK, KARINA | FREIHERR-VOM-STEIN-STRASSE 56 FRANKFURT HE D60323 GERMANY |
| JONES, ANDREW L. | 95 MERTON HALL ROAD WIMBLEDON LONDON SW193PX UNITED KINGDOM |
| KAMENOFF, NICK N | 20-05 42ND STREET ASTORIA NY 11105 |
| KAMENSKY, DANIEL | 11 GREENWAY ROSLYN NY 11576 |
| KENNEY, ARTHUR J. | 200 EAST END AVE, APT 5-DE NEW YORK NY 10128 |
| KILLIAN, GARY M. | 42 FOREST AVENUE RYE NY 10580 |
| KING, HARRIET CHAN | 395 SOUTH 2ND STREET #1 BROOKLYN NY 11211 |
| KIRK, ALEX | 75 CENTRAL PARK WEST APARTMENT 9D NEW YORK NY 10023 |
| KLINGER, JEFFREY M. | 4185 PARADISE DRIVE TIBURON CA 94920 |
| KOZLOV, ANATOLY | 82 ACORN STREET STATEN ISLAND NY 10306 |
| KRASNOPOLSKY, DAVID | 115 BELVIDERE RD GLEN ROCK NJ 07452 |
| KRAUSE, MICHAEL | 35 ROSE TRELLIS IRVINE CA 926030172 |
| KRAVETZ, LARRY J | 181 HAVILAND RD STAMFORD CT 06903 |
| KUN, WILLIAM | 1958 BARRY AVENUE LOS ANGELES CA 90025 |
| KUNZ, ROBERT F. | 1858 CLUB CIRCLE COURT PAWLEYS ISLAND SC 29585 |
| LAMMIN, STEVEN | 27 GLENRIDGE PKWY MONTCLAIR NJ 07042-5007 |
| LARIT, KEITH | 3 RAPHAEL WAY WESTPOINT, CT 06880 |
| LEE, MATTHEW | 247 DEAN STREET BROOKLYN NY 11217 |
| LEWIS, SARAH J | FLAT 12 WATERLOO MANSIONS 59 WEBBER STREET LONDON,ANT SE1 0RD UNITED KINGDOM |
| LIU, AMY | 2250 BROADWAY APT 6F NEW YORK NY 10024 |
| LIVINGSTONE, JONATHAN LOUIS | FLAT 3 16 FROGNAL GARDENS LONDON NW3 GUX UNITED KINGDOM |
| LOMBARDI, MARCELLO | VICTOR SLOTOSCH-STRASSE 5E HE FRANKFURT D60388 GERMANY |
| LOPRETE, BECKY | 223 YETMAN AVENUE STATEN ISLAND NY 10307 |
| LOZANO, ROSA | 74 WEST 92 ST APT 8E NEW YORK NY 10025 |
| LUKEN, PATRICIA M. | 200 MARYLEBONE RD. #51 LONDON NW1 5PW UNITED KINGDOM |
| MAHLER, JAY M. | PO BOX 1169 CHICAGO IL 60690-1169 |
| MARTIAK, YULIYA | 5 AVERY DR OLD BRIDGE NJ 08857 |
| MARTINELLI, JOHN E. | 30 HILLSIDE AVE CEDAR GROVE NJ 07009 |
| MARTINOVIC, MARIO | STEINKAUTEWEG 10 MUEHLHEIM 63165 GERMANY |
| MARTYN, LYNETTE | 18 EUSTIS ST ARLINGTON MA 02476-7611 |
| MCCULLY, MICHAEL K. | 340 EAST 23RD STREET APARTMENT 5M NEW YORK NY 10010-4747 |
| MCGEE, HUGH | 5457 HOLLY SPRINGS HOUSTON TX 77056 |
| METAXAS, JAMES | 717 BIG RIDGE ESTS EAST STROUDSBURG PA 18302-7701 |
| MICHAELS, JEFFREY A. | 147 BOULEVARD MOUNTAIN LAKES NJ 07046 |
| MILEWITS, ALYSSA | 400 EAST 84TH STREET APT 12C NEW YORK NY 10028 |
| MITCHELL, LEE | 41 AMBROSE LANE HARPENDEN HERTS AL5 4BU UNITED KINGDOM |
| MO KAN LI | 166-05  76TH AVE. FRESH MEADOWS NY 11366 |
| MOHR, SCOTT W. | 322 HARBOR ROAD SOUTHPORT CT 06890 |
| MONTELLA, MICHAEL | 95 SHOREHAM ROAD MASSAPEQUA NY 11758 |
| MOSLEY, KARAN | 188 ELMWYND DRIVE ORANGE NJ 07050 |
| MULLEN, MICHAEL J. | 396 NORTH STREET GREENWICH CT 06830 |
| NANCOZ, SALLY | 45 BIRKENDENE RD CALDWELL NJ 07006 |
| NANKA-BRUCE, ODAATEI | 70 EARLHAM ROAD NORUICH NR2 3DF UNITED KINGDOM |

| Claim Name | Address Information |
| --- | --- |
| NELSON, ANDREW M. | 9 HARBORD STREET LONDON SW6 6PL UNITED KINGDOM |
| NEVILLE, IAN A | 30 FARM ROAD RAINHAM,ESSEX RM13 9JU UNITED KINGDOM |
| NEWMAN, MARK H | FLAT 7 44 SLOANE STREET LONDON SW1X 9LU UNITED KINGDOM |
| NISCO,MARIE R. | 16126 N 171ST DRIVE SURPRISE AZ 85388 |
| NUZZELA, DANIELLE | 346 CASWELL AVE STATEN ISLAND NY 10314 |
| ODRICH, MICHAEL J. | 425 ROUND HILL ROAD GREENWICH CT 06831 |
| OLIVIER, HELMUT | UNTERER MITTEL WEG 39 HE BAD HOMBURG D61352 GERMANY |
| ORLAN, FRED | 180 HIGHLAND AVENUE SHORT HILLS NJ 07078 |
| OTAMENDI, MIGUEL | CALLE FRANCISCO SUAREZ 23, E.A., 2I MADRID 28036 SPAIN |
| OVERLANDER, KEITH F. | 34 WALTER LANE MANHASSET NY 11030 |
| PATEL, BHAVNA | 19 DORSET DRIVE KENILWORTH NJ 07033 |
| PATEL, SHAILY B. | 5109 S LA SEDONA CIR DELRAY BEACH FL 33484-8742 |
| PATTERSON, MARTIN | FOREST LODGE, NEW LODGE CHASE LITTLE BADDOW ESSEX CM3 4AZ UNITED KINGDOM |
| PEDONE, MICHAEL | 1100 PARK AVENUE APT 11-C NEW YORK NY 10128 |
| PEISKER, GERHARD | PHILIPP-REIS-STR 27 FRANKFURT/M 60486 GERMANY |
| PELAYO, CARLOS | 88 OXFORD STREET GLEN RIDGE NJ 07028 |
| PENCU, RALUCA | 325 EAST 77TH ST. APT 5G NEW YORK NY 10075 |
| PETRUCELLI, MICHAEL J. | 305 OTTAWA LANE OAK BROOK IL 60523 |
| PETTET, SHELLEY RAE SCH | 13126 W 59TH PL ARVADA CO 80004 |
| PLAVAN, KATHERINE L. | 11 WEST 69TH STREET APT 6C NEW YORK NY 10023 |
| PRANAITIS, JEFFREY D. | 14 DUCK POND RD DEMAREST NJ 07627-2307 |
| PRESTON, GERAINT N | 75 WALL STREET APT. 22M NEW YORK NY 10005 |
| PULIDO-CROWE, OLGA A. | 45 CATALPA DRIVE ATHERTON CA 94027 |
| QUINONES, RICHARD | 327 WEST 83RD STREET - APT. 4A NEW YORK NY 10024 |
| RABIN, ELI | 1213 WEST LAURELTON PARKWAY TEANECK NJ 07666 |
| RAHMAN, MOHAMMED M | 245 MAIN STREET APT 5A MILLBURN NJ 07041 |
| RAY, RAJ T | 2 THE FURLOUGH PEMBROKE ROAD WOKING, SURREY GU22 7EB LONDON UNITED KINGDOM |
| RAYMOND, RICK | 1209 EAST 55TH STREET BROOKLYN NY 11234 |
| RHYS-TAYLOR, OPAL D | 99 GONVILLE ROAD THORTON HEATH CROYDON SURREY CR7 6DF UNITED KINGDOM |
| RODRIGUEZ, NANCY | 1111 STANFORD ST. SANTA MONICA CA 90403 |
| RODRIGUEZ, NANCY | 1111 STANFORD ST SANTA MONICA CA 904034713 |
| RODRIGUEZ-COLON, ELIZABETH | URB. DOS PINOS 784 CALLE LINCE SAN JUAN PR 00923 |
| ROSE, SARAH E | 1533 LONDON ROAD ESSEX LEIGH ON SEA SS92SF UNITED KINGDOM |
| ROSS, MEREDITH H | 2882 WEST 232ND STREET TORRANCE CA 90505 |
| RUSSELL, MARK | 11 HAMILTON RD SHORT HILLS NJ 07078 |
| RUTTER, JAY P. | 16 REDMOND DR. MADISON NJ 07940 |
| SAKER, BRIAN HUGH | 67 CISSBURY RING SOUTH LONDON N12 7BG UNITED KINGDOM |
| SALVATORE, JULIANNE | 309 101ST STREET BROOKLYN NY 11209 |
| SALZMAN, ERIC | 6 SYCAMORE DRIVE PORT WASHINGTON NY 11050 |
| SANTODOMINGO MARTELL, ALVARO | C/ JOSE SILVA 24, BJ-D MADRID 28043 SPAIN |
| SANTODOMINGO MARTELL, ALVARO | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: ELLEN HAYES & RICH MERTL. 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| SARIC, RENATO | JUGENHEIMER STRASSE 23 HE FRANKFURT M. 60528 GERMANY |
| SCAMUFFO, JOSEPH | 58 LEDGEWOOD DRIVE WILTON CT 06897 |
| SCHAEFER, JEFF | C/O HAYNES AND BOONE, LLP ATTN: PETER C. RUGGERO 1221 MCKINNEY STREET, SUITE 2100 HOUSTON TX 77010 |
| SCHAUB, MARY-ELIZABETH | 513 ENGLISH PL MAMARONECK NY 10543 |
| SEERY, JAMES P | 77 LAKE ROAD GREENLAWN NY 11740-1807 |
| SENIOR, MARION J | 106 JAMAICA STREET STEPNEY LONDON E1 3HY UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| SEWARD, BRIAN | 56 LODGE ROAD BRAINTREE, ESSEX CM7 1JB UNITED KINGDOM |
| SHAH, ASHISH C | 1441 THIRD AVENUE APARTMENT 12C NEW YORK NY 10028 |
| SHANNON, WILLIAM E | 711 BIRCHWOOD DRIVE WESTBURY NY 11590 |
| SHAPIRO, ROSS B. | 205 WEST END AVENUE APT. 8N NEW YORK NY 10023 |
| SHEK-FREEDMAN, ADA | 521 74TH STREET BROOKLYN NY 11209 |
| SHLIMON, MICHELLE | 3241 C. CLIFTON # 2 CHICAGO IL 60657 |
| SILVERS, STEVEN T. | 12 SAGAMORE WAY SOUTH JERICHO NY 11753 |
| SIMONS, LAWRENCE G. | 35 PAMELA ROAD CORTLANDT MANOR NY 10567 |
| SINER, JASON | 3508 PALAIS TERRACE LAKE WORTH FL 33449-8063 |
| SINN, ADAM | 3333 ALLEN PKWY UNIT 1605 HOUSTON TX 77019-1844 |
| SIU, RICHARD | 191 CLINTON ST APT 3D BROOKLYN NY 11201-6299 |
| SMITH, MARGARET E | 19 TRINITY GROVE BENGEO HERTFORD, HERTS SG143HB UNITED KINGDOM |
| SNELLING, STEPHEN J | 17 THORNFIELD ROAD HERTS BISHOP'S STORTFORD CM232RB UNITED KINGDOM |
| SOLINGER, MARTHA E. | 75 HARMON AVENUE PELHAM NY 10803 |
| STEINBERG, DARRYL | C/O LBHI 101 HUDSON STREET, 11TH FLOOR JERSEY CITY NJ 07302 |
| STEINBERG, DARRYL | 145 WEST 67TH STREET #24C NEW YORK NY 10023 |
| STUCCHIO, ANTHONY | 1148 85TH STREET BROOKLYN NY 11228 |
| SULLIVAN, MANDY L | FLAT 20 THE GRAINSTORE 4 WESTERN GATEWAY LONDON E1G 1BA UNITED KINGDOM |
| SUTTON, JULIAN R | 33 PINE GROVE BROOKMANS PARK HERTS AL9 7BP UNITED KINGDOM |
| SWEENEY, BRAD | 235 W 56TH ST. #33E NEW YORK NY 10019 |
| TAM, JACKSON | 60 HESTER ST. A2 NEW YORK NY 10002 |
| THOMPSON, SARAH C. | 96 EVERGREEN AVE RYE NY 10580 |
| TOSCANI, EDOARDO | VIALE DON MINZONI 38 BRESSO-MILAN 20091 ITALY |
| TOSCANI, EDOARDO | CHARLES RUSSELL LLP 5 FLEET PLACE LONDON EL4M 7RD UNITED KINGDOM |
| TRAILL, TRICIA A | 700 FIRST STREET APT. #4K HOBOKEN NJ 07030 |
| TSESMELIS, NICOLE E. | 10 VANDERLYN DRIVE MANHASSET NY 11030 |
| UPTON, EMILY S | 79 BANGALORE STREET LONDON SW15 1QF UNITED KINGDOM |
| VENEGAS, ROSA E. | PO BOX 2389 ASTORIA NY 11102-0389 |
| VOLINI, PIERLUIGI | LONG MEADOW BICKLEY PARK ROAD BROMLEY, KENT BR1 ZAS UNITED KINGDOM |
| VOLPE, DARCY L. | 825 KETCH DR APT 300 NAPLES FL 34103-4183 |
| WALESCH, JAY E | 1665 ADAIR BLVD CUMMING GA 30040 |
| WALSH, MARK | DLA PIPER LLP (US) ATTN: JEREMY JOHNSON 1251 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020-1104 |
| WALSH, MARK | 9 PINE ISLAND ROAD RYE NY 10285 |
| WARD, PETER | 2816 RIVERSIDE DRIVE WANTAGH NY 11793 |
| WATERS, ANDREW THOMAS | 5617 CHATEAU DRIVE SACHSE TX 75048 |
| WECKER, JEFFREY | KATTEN MUCHIN ROSENMAN LLP ATTN: STEVEN G. ECKAUS, ESQ. 575 MADISON AVENUE NEW YORK NY 10022 |
| WECKER, JEFFREY | 198 MIDDLE LINE HIGHWAY SOUTHAMPTON NY 11968 |
| WELCH, MICHAEL GODFREY | 3637 N. HAMILTON AVE. CHICAGO IL 60618 |
| WELSH, JOHN M. | 4 BROOKSIDE AVENUE RIDGEWOOD NJ 07450 |
| WILKINSON, TIMOTHY B | CORNER COTTAGE PARSONAGE LANE ESSEX LITTLE BADDOW CHELMSFORD CM3 4SU UNITED KINGDOM |
| WILSON, DAVID FLORES | 110 3RD AVENUE 5A NEW YORK NY 10003 |
| WILSON, GRAHAM RAYMOND | RUFFIELD HILL BROW BROMLEY BR1 2PQ UNITED KINGDOM |
| WINTER, HANS | ESCHENBACHSTRAAYE 33 FRANKFURT HE 60596 GERMANY |
| WITKIN, MICHAEL | 17 TREWBRIDGE CT PRINCETON NJ 08540 |
| WITKIN, MICHAEL | 17 TREBRIDGE CT. PRINCETON NJ 08540 |
| YEUNG, BRIAN | 140-37 CHERRY AVENUE APT #5B FLUSHING NY 11355 |
| YOSHIMURA, ROBIN K. | 1304 VUELTA PLACE PALOS VERDES ESTATES CA 90274 |

| Claim Name | Address Information |
|---|---|
| YOSHIMURA, ROBIN K. | 1304 VUELTA PLACE PALO VERDES ESTATES CA 90274 |
| ZALOUM, PHILIP B | 252 STRADBROKE GROVE CLAYHALL ILFORD ESSEX 1G5 0DQ UNITED KINGDOM |

**Total Creditor count  239**

# EXHIBIT L

| Claim Name | Address Information |
|---|---|
| BANCHETTI, RICCARDO | FORO BONAPARTE 24 MILANO 20121 ITALY |
| BANCHETTI, RICCARDO | LAW OFFICES OF LISA M. SOLOMON ATTN: LISA M. SOLOMON, ESQ. 305 MADISON AVENUE, SUITE 4700 NEW YORK NY 10165 |
| BURKE, TIMOTHY A. | 149 SPLIT ROCK ROAD SYOSSET NY 11791 |
| DUFOURNIER, PHILIPPE | 5 MOORHOUSE ROAD LONDON W25DH UNITED KINGDOM |
| PARR, ANKE | 15 DANEHURST STREET LONDON SW6 6SA UNITED KINGDOM |
| PRIMIANO, VINCENT | 122 BROADWAY ROCKVILLE CENTRE NY 11570 |
| SARONNE, GIANCARLO | 100 OAKWOOD COURT LONDON W14 8JZ UNITED KINGDOM |
| SEBIRI, JONATHAN | 10 MANCHESTER CT MORRISTOWN NJ 07960 |
| SEBIRI, JONATHAN | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, SUITE 4700 NEW YORK NY 10165 |
| SHAH, HARSH | FLAT 2 3 PEMBRIDGE PLACE LONDON W2 4XB UNITED KINGDOM |
| SHAH, HARSH | LAW OFFICES OF LISA M. SOLOMON ATTN: LISA M. SOLOMON, ESQ. 305 MADISON AVENUE, SUITE 4700 NEW YORK NY 10165 |
| SPERO, CHARLES | 555 WEST 59TH ST APT 9E NEW YORK NY 10019 |
| SPERO, CHARLES | LAW OFFICES OF LISA M. SOLOMON ATTN: LISA M. SOLOMON, ESQ. 305 MADISON AVENUE, SUITE 4700 NEW YORK NY 10165 |
| SWEELY, GORDON G. | 56 GILLESPIE AVE. FAIR HAVEN NJ 07704 |
| SWEELY, GORDON G. | LAW OFFICES OF LISA M. SOLOMON ATTN: LISA M. SOLOMON, ESQ. 305 MADISON AVENUE, SUITE 4700 NEW YORK NY 10165 |

**Total Creditor count  15**

**EXHIBIT M**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BAKER, BRIDGET L. | 1015 GRAND STREET APT # 1B HOBOKEN NJ 07030 |
| BHUTANI, SARABJIT S. | 10631 WOODCHASE CIRCLE ORLANDO FL 32836 |
| CAMPBELL, ROBERT H | 8124 SANDY HOOK DR CLINTON WA 98236-8937 |
| CHAMBERLAIN, DANIELLE | 105 ABERDEEN RD MATAWAN NJ 07747 |
| CHANG, ALFREDO Y. | 16 MANOR ROAD OLD GREENWICH CT 06870 |
| CHISHOLM, RUPERT F. | 43 BRINCKERHOFF AVE NEW CANAAN CT 06840-6208 |
| CONTI, ANGELA | 183 DOVER STREET BROOKLYN NY 11235 |
| D'AMADEO, JOSEPH G | 16 HASTINGS ROAD HOLMDEL NJ 07733-2818 |
| DELLARUSSO, RICHARD J. | 8 SUNSET ROAD DARIEN CT 06820 |
| DEWAN, JOAN M | 27 WOOD DRIVE NORWOOD MA 02062-3123 |
| DISABATO, KENNETH | 35 WALNUT ST NEW PROVIDENCE NJ 07974 |
| FENNELL, CAROLE | 2292 8TH AVE. #3 NEW YORK NY 10027 |
| FLANNERY, JOSEPH J. | 1899 RUNNING BEAR RD HOT SPRINGS NC 28743-8666 |
| GHOSH, SHINJIT | 444 WASHINGTON BOULEVARD, APT 2220 JERSEY CITY NJ 07310 |
| GIESE, JOHN T. | 1927 N SEDGWICK ST APT 2R CHICAGO IL 60614-5422 |
| GOLDBERG, DANIEL | 240-36 66 AVENUE DOUGLASTON NY 11362 |
| GOLLIN, MARK D. | FIRTH HOUSE, HATCHFORD PARK OCKHAM LANE SURREY COBHAM KT11 1LR UNITED KINGDOM |
| HABER, SANFORD A. | 30 INVERNESS COURT WHITE PLAINS NY 10605 |
| HAHN-COLBERT, SANDRA | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| ICASIANO, SERAFIN | 560 SUSSEX AVENUE MORRISTOWN NJ 07960 |
| KAMENOFF, NICK N | 20-05 42ND STREET ASTORIA NY 11105 |
| KLINGER, JEFFREY M. | 4185 PARADISE DRIVE TIBURON CA 94920 |
| KRASNOPOLSKY, DAVID | 115 BELVIDERE RD GLEN ROCK NJ 07452 |
| KUN, WILLIAM | 1958 BARRY AVENUE LOS ANGELES CA 90025 |
| LARIT, KEITH | 3 RAPHAEL WAY WESTPOINT, CT 06880 |
| LOPRETE, BECKY | 223 YETMAN AVENUE STATEN ISLAND NY 10307 |
| LOZANO, ROSA | 74 WEST 92 ST APT 8E NEW YORK NY 10025 |
| MARTYN, LYNETTE | 18 EUSTIS ST ARLINGTON MA 02476-7611 |
| MONAHAN, MARIA | 57 BAYSIDE LN STATEN ISLAND NY 103093908 |
| MOORE, CHARLES C. | MICHAEL DAL DAGO, ESQ MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |
| MOORE, CHARLES C. | 10 SUSSEX AVENUE BRONXVILLE NY 10708 |
| MULLEN, MICHAEL J. | 396 NORTH STREET GREENWICH CT 06830 |
| NINEHAM, STEWART K. | 113-115 HARLEY STREET FLOOR 3 LONDON W1G 6AP UNITED KINGDOM |
| PARK, EDWARD | 130 WEST 30THSTREET APT 15A NEW YORK NY 10001 |
| PARK, EDWARD | MICHAEL DAL LAGO, ESQ MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |
| PATEL, SHAILY B. | 5109 S LA SEDONA CIR DELRAY BEACH FL 33484-8742 |
| PENCU, RALUCA | 325 EAST 77TH ST. APT 5G NEW YORK NY 10075 |
| PRANAITIS, JEFFREY D. | 14 DUCK POND RD DEMAREST NJ 07627-2307 |
| PRESTON, GERAINT N | 75 WALL STREET APT. 22M NEW YORK NY 10005 |
| RAHMAN, MOHAMMED M | 245 MAIN STREET APT 5A MILLBURN NJ 07041 |
| RODRIGUEZ, NANCY | 1111 STANFORD ST. SANTA MONICA CA 90403 |
| RODRIGUEZ, NANCY | 1111 STANFORD ST SANTA MONICA CA 904034713 |
| ROSS, MEREDITH H | 2882 WEST 232ND STREET TORRANCE CA 90505 |
| RUSSELL, MARK | 11 HAMILTON RD SHORT HILLS NJ 07078 |
| SHEK-FREEDMAN, ADA | 521 74TH STREET BROOKLYN NY 11209 |
| SHLIMON, MICHELLE | 3241 C. CLIFTON # 2 CHICAGO IL 60657 |
| SINN, ADAM | 3333 ALLEN PKWY UNIT 1605 HOUSTON TX 77019-1844 |
| SIU, RICHARD | 191 CLINTON ST APT 3D BROOKLYN NY 11201-6299 |
| STEINBERG, DARRYL | C/O LBHI 101 HUDSON STREET, 11TH FLOOR JERSEY CITY NJ 07302 |

| Claim Name | Address Information |
|---|---|
| STEINBERG, DARRYL | 145 WEST 67TH STREET #24C NEW YORK NY 10023 |
| TAM, JACKSON | 60 HESTER ST. A2 NEW YORK NY 10002 |
| TAYLOR,CHRISTOPHER C | 23220 PARK ENSENADA CALABASAS CA 91302 |
| WALESCH, JAY E | 1665 ADAIR BLVD CUMMING GA 30040 |
| WALSH, MARK | DLA PIPER LLP (US) ATTN: JEREMY JOHNSON 1251 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020-1104 |
| WALSH, MARK | 9 PINE ISLAND ROAD RYE NY 10285 |
| WATERS, ANDREW THOMAS | 5617 CHATEAU DRIVE SACHSE TX 75048 |
| WRIGHT, T S | P.O. BOX 1658 WAITSFIELD VT 05673 |
| YOSHIMURA, ROBIN K. | 1304 VUELTA PLACE PALOS VERDES ESTATES CA 90274 |
| YOSHIMURA, ROBIN K. | 1304 VUELTA PLACE PALO VERDES ESTATES CA 90274 |

**Total Creditor count  59**

# EXHIBIT N

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BHATTAL, JASJIT S. | 16, CORNWALL GARDENS SINGAPORE 269644 SINGAPORE |
| DAVIS POLK & WARDWELL LLP | ATTN: THOMAS OGDEN, ESQ 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| DENTON SALES & VINCENT | 5 AVENUE PERCIER PARIS 75008 FRANCE |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL) C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, TOKYO BRANCH | TRANSFEROR: MIZUHO CORPORATE BANK, LIMITED ATTN: IKUO KODAMA SANNO PARK TOWER, 11-1 NAGATA-CHO 2CHOME, CHIYODA-KU TOKYO 100-6170 JAPAN |
| GOLDFARB, DAVID | 11 CHAUNCEY PLACE WOODBURY NY 11797 |
| GREGORY, JOSEPH | STEVEN M. WITZEL FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP ONE NEW YORK PLAZA NEW YORK NY 10004 |
| GREGORY, JOSEPH | 26 LLOYD HAVEN DRIVE HUNTINGTON NY 11743 |
| JANULIS, THEODORE P. | C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DAVID W. DYKHOUSE 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| LESSING, STEPHEN M. | C/O NUEBERT, PEPE, MONTEITH P.C. ATTN: MARK I. FISHMAN, ESQ. 195 CHURCH STREET, 13TH FLOOR NEW HAVEN CT 06510 |
| LIBERTY HAMPSHIRE COMPANY, LLC, THE | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LIBERTY HAMPSHIRE COMPANY, LLC, THE | ATTN: OPERATIONS DEPARTMENT 227 WEST MONROE STREET, SUITE 4900 CHICAGO IL 60606 |
| LINKLATERS LLP | ATTN: KAREN O'SHEA & LILY YUEN 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| MAT INVESTORS LLC | C/O CHARLES MOXLEY 1170 FIFTH AVENUE, #12B NEW YORK NY 10029 |
| MCDADE, HERBERT H., III | ONE SACKETT LANDING RYE NY 10580 |
| MCDADE, HERBERT H., III | HERBERT H MCDADE, III ONE ASCKET LANDING RYE NY 10580 |
| MCGEE, HUGH | 5457 HOLLY SPRINGS HOUSTON TX 77056 |
| MIZUHO CORPORATE BANK, LIMITED | 6-7, NIHONBASHI KABUTOCHO, CHUO-KU ATTN: MASAYA NAKAFUJI TOKYO 103-0026 JAPAN |
| MIZUHO CORPORATE BANK, LIMITED | STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE ATTN: SHERRY MILLMAN, ESQ NEW YORK NY 10038 |
| NAGIOFF, ROGER B. | THE LAYS BARNET LANE HERTS ELSHEE WDG 3RQ UNITED KINGDOM |
| NAGIOFF, ROGER B. | CHRISTOPHER P. BELISLE (CB-0119) JANE FREEBERG SARMA (JF-5473) ATTORNEYS FOR CLAIMANT ROGER B. NAGIOFF 1133 AVENUE OF THE AMERICAS, 11TH FLOOR NEW YORK NY 10036 |
| RICHARDS KIBBE & ORBE LLP | ONE WORLD FINANCIAL CENTER KENNETH E WERNER, ESQ NEW YORK NY 10281 |
| SVENSKA HANDELSBANKEN AB (PUBL) | MONTGOMERY, CLAUDE D., ESQ. SALANS LLP 620 FIFTH AVENUE, 4TH FLOOR NEW YORK NY 10020 |
| SVENSKA HANDELSBANKEN AB (PUBL) | ATTN: MARK CLEARY, DEPUTY GENERAL MANAGER, NEW YORK BRANCH 875 THIRD AVENUE, 4TH FLOOR NEW YORK NY 10022-7218 |
| VANDERBEEK, JEFFREY | C/O WASSERMAN, JURISTA & STOLZ 225 MILLBURN AVE., P.O. BOX 1029 MILLBURN NJ 07041 |

<div style="text-align:center; border:1px solid;">

**Total Creditor count  25**

</div>

**EXHIBIT O**

| Claim Name | Address Information |
|---|---|
| GREENWAY, LISA K | 161 WATLING STREET PARK ST VILLAGE ST ALBANS AL2 2NZ UNITED KINGDOM |
| GREZO,CHARLOTTE BRERETON | 26 HURON ROAD TOOTING LONDON, GT LON SW17 8RB UNITED KINGDOM |
| MARNEY, LESLEY N | POPLAR GRANGE 48 CLERKE DRIVE KEMSLEY KENT SITTINGBOURNE ME102RY UNITED KINGDOM |
| REINBACHER, RENE | STEINPLEISER STR. 59 ZWICKAU SN 08060 GERMANY |
| SAUNDERS, MARK A. | 140 BEECHWOOD AVENUE ST ALBANS, HERTS AL1 4XY UNITED KINGDOM |
| WEST, DAVID | 45 LEICESTER ROAD WANSTEAD LONDON E112DW UNITED KINGDOM |

**Total Creditor count  6**

**EXHIBIT P**

| Claim Name | Address Information |
|---|---|
| ARTICLE 7TH TRUST U/W/O SHERMAN R. LEWIS, JR. | DOROTHY LEWIS, TRUSTEE 47 EAST 88TH ST. APT. 15C NEW YORK NY 10128 |
| BAKER, BRIDGET L. | 1015 GRAND STREET APT # 1B HOBOKEN NJ 07030 |
| BERKENFELD, STEVEN L | 4 PHAETON DRIVE MELVILLE NY 11747 |
| CIMAGLIA, ANTHONY M. | 9 HIGHLAND ROAD STATEN ISLAND NY 10308 |
| COPELAND, JOHN W. | 7 EAST 80TH STREET NEW YORK NY 10075 |
| EINHORN, HOWARD G., III | 35 THEA LANE HUNTINGTON NY 11743 |
| FLANNERY, JOSEPH J. | 1899 RUNNING BEAR RD HOT SPRINGS NC 28743-8666 |
| GABBAY, MARK | HOUSE 11 51-55 DEEP WATER BAY ROAD HONG KONG |
| GOODMAN, JEFFREY | 97 FARGO LANE IRVINGTON NY 10533 |
| HANSELL, PETER | 70 ELERS ROAD LONDON W139QD UNITED KINGDOM |
| HAYAT, CLAUDE | 110 EAST 57TH STREET APARTMENT 10E NEW YORK NY 10022-2618 |
| HENRY, EMIL W. JR. | 161 CANTITOE STREET KATONAH NY 10536 |
| HOY, ROBERT J. | 6  TOWHEE  HILL  LN YORK ME 03909-1383 |
| KENNEY, ARTHUR J. | 200 EAST END AVENUE APT. 5-DE NEW YORK NY 10128 |
| MEJEAN, PAUL | 17 WILDWOOD LANE POST OFFICE BOX 1143 QUOGUE NY 11959 |
| MEJEAN, PAUL | PO BOX 1143 QUOGUE NY 11959 |
| MIDDAGH, ROY G. | PO BOX 1281 KINGSTON NY 12401 |
| MIKULICH, RAYMOND C. | 15 CENTRAL PARK WEST, APT 15D NEW YORK NY 10023 |
| MONAHAN, BRIAN W. | 2 HANCOCK PLACE IRVINGTON NY 10533 |
| MONELLO, MARIO A. | 16A BUTTONWOOD LANE RUMSON NJ 07760 |
| MOORE, CHARLES C. | MICHAEL DAL DAGO, ESQ MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |
| MOORE, CHARLES C. | 10 SUSSEX AVENUE BRONXVILLE NY 10708 |
| MURPHY, PAT | 71 HAYES STREET GARDEN CITY NY 11530 |
| NINEHAM, STEWART K. | 113-115 HARLEY STREET FLOOR 3 LONDON W1G 6AP UNITED KINGDOM |
| O'BRIEN, BARRY J. | 22 MEADOWBROOK ROAD SHORT HILLS NJ 07078-3316 |
| PARK, EDWARD | 130 WEST 30THSTREET APT 15A NEW YORK NY 10001 |
| PARK, EDWARD | MICHAEL DAL LAGO, ESQ MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |
| PETERSEN, JACK | 415 KNOLLWOOD ROAD RIDGEWOOD NJ 07450 |
| PUSKULDJIAN, PAUL A. | 50 ROOSEVELT AVE GLEN HEAD NY 11545 |
| ROSEN, LEONARD G. | 64 PINKAS STREET APARTMENT 153 TEL AVIV 62157 ISRAEL |
| SHAPIRO, MARK | 59 UPLAND DRIVE GREENWICH CT 06831 |
| STIGUM, ERIK P | 7 HOLLY DRIVE EAST NORTHPORT NY 11731 |
| TOSCANI, EDOARDO | VIALE DON MINZONI 38 BRESSO-MILAN 20091 ITALY |
| TOSCANI, EDOARDO | CHARLES RUSSELL LLP 5 FLEET PLACE LONDON EL4M 7RD UNITED KINGDOM |
| VARNI, DAMIAN M. | 1337 COMSTOCK AVENUE LOS ANGELES CA 90024 |
| WALLACE, WILLIAM A. | 95 MYSTIC DRIVE OSSINING NY 10562 |
| WALSH, MARK | DLA PIPER LLP (US) ATTN: JEREMY JOHNSON 1251 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020-1104 |
| WALSH, MARK | 9 PINE ISLAND ROAD RYE NY 10285 |
| WARD, PETER | 2816 RIVERSIDE DRIVE WANTAGH NY 11793 |
| WECKER, JEFFREY | KATTEN MUCHIN ROSENMAN LLP ATTN: STEVEN G. ECKAUS, ESQ. 575 MADISON AVENUE NEW YORK NY 10022 |
| WECKER, JEFFREY | 198 MIDDLE LINE HIGHWAY SOUTHAMPTON NY 11968 |
| WEHRLE, MICHAEL | 3150 WEST TEAL ROAD JACKSON WY 83001 |
| WINFREY, GRANTHAM | 869 MELVILLE AVENUE PALO ALTO CA 94301 |
| WRIGHT, T S | P.O. BOX 1658 WAITSFIELD VT 05673 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

**Claim Name**                          **Address Information**

Total Creditor count  44