**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                          )
In re:                                                   )    Chapter 11
                                                          )
Lehman Brothers Holdings Inc., et al.      )    Case No. 08-13555 (JMP)
                                                          )
                    Debtors.                        )    Jointly Administered
                                                          )
_____   Proof of Claim No.: **59006**
                                                               Amount of Claim Transferred: **$2,398,000.00**

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)

TO:    TRANSFEROR:        **WATERSTONE MARKET NEUTRAL MASTER FUND, LTD.**
                                           c/o Waterstone Capital Management, LP
                                           2 Carlson Parkway, Suite 260
                                           Plymouth, MN 55447
                                           Attention:    Vincent Conley
                                           E-mail:    952-697-4127

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **59006** against Lehman Commercial Paper Inc. in the amount of **$2,398,000.00** as evidenced by the attached Evidence of Transfer of Claim to:

    TRANSFEREE:        **WATERSTONE OFFSHORE AD FUND, LTD.**
                                c/o Waterstone Capital Management, LP
                                2 Carlson Parkway, Suite 260
                                Plymouth, MN 55447
                                Attention:    Vincent Conley
                                E-mail:    952-697-4127

No action is required if you do not object to the transfer of the claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

## EXHIBIT B

PARTIAL EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO:    Lehman Commercial Paper Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim #s: 59006

**Waterstone Market Neutral Master Fund, Ltd**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Waterstone Offshore AD Fund, Ltd**
c/o Waterstone Capital Management, LP
2 Carlson Parkway, Suite 260
Plymouth, MN 55447
Attn: Vincent Conley

its successors and assigns ("Buyer"), all right, title and interest in and to $2,398,000.00 (the "Claim") of Seller against Lehman Commercial Paper Inc., docketed as Claim number 59006 in United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Partial Evidence of Transfer of Claim by its duly authorized representative dated ____June 11____, 2012.

| | |
|---|---|
| Waterstone Market Neutral Master Fund, Ltd<br>By: Waterstone Capital Management, L.P.<br><br>By: _____<br>Name: Jeffrey C. Erb<br>Title: General Counsel | Waterstone Offshore AD Fund, Ltd<br>By: Waterstone Capital Management, L.P.<br><br>By: _____<br>Name: Jeffrey C. Erb<br>Title: General Counsel |