WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------x

### QUARTERLY REPORT PURSUANT TO ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3007 AND 9019(b) APPROVING SETTLEMENT PROCEDURES

Pursuant to the Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) Approving Settlement Procedures, entered on March 31, 2010 [Docket No. 7936] (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to settle certain prepetition claims in accordance with the procedures set forth in the Order.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file the quarterly report of all settlements entered into during the period January 1, 2012 to and including March 31, 2012 pursuant to the Settlement Procedures set forth in the Order, annexed hereto as Exhibit A.

Dated: June 8, 2012
      New York, New York

_____
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

2

## Exhibit A
**(Quarterly Report)**

Claim Settlements Report for the Period January 1, 2012 - March 31, 2012

| Claimant | Claim # | Type of Claim | Filed Claim Amount | Claim Settlement Amount | Priority of Claim Settlement Amount | Date |
|---|---|---|---|---|---|---|
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26651 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26652 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26653 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26654 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26655 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26656 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26657 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26658 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26659 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26660 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26661 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26662 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26663 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26664 | General Unsecured | $ 515,964.69 * | $ 244,783.50 | General Unsecured | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26665 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26666 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26667 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26668 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26669 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| KRAMER, LEVIN, NAFTALIS & FRANKEL LLP | 26670 | General Unsecured | $ 515,964.69 * | Withdrawn | Withdrawn | 3/1/2012 |
| CUSHMAN & WAKEFIELD, INC. | 16185 | General Unsecured | $ 96,400.00 | $ 96,400.00 | General Unsecured | 3/21/2012 |
| CUSHMAN & WAKEFIELD, INC. | 16186 | General Unsecured | $ 10,500.00 | Withdrawn | Withdrawn | 3/21/2012 |

* This Claimant has filed their claim either as unliquidated, or has asserted an unliquidated amount in addition to the quantified claims.