IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS., et. al.) | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

NOTICE OF WITHDRAWAL OF THE PROOF OF CLAIM
OF ZURICH
AMERICAN INSURANCE COMPANY, ITS SUBSIDIARIES
AND AFFILIATES (CLAIM NO. 5)

**PLEASE TAKE NOTICE** that claimant Zurich American Insurance Company, and its subsidiaries and affiliates (collectively "Claimant") hereby withdraw proof of claim number 5, dated September 23, 2008, listing an unliquidated amount.

This Claim was filed in the above referenced Chapter 11 proceedings.

Dated: June 6, 2012            ZURICH AMERICAN INSURANCE COMPANY

By: _____
Douglas J. Hatlestad
Assistant General Counsel
Zurich American Insurance Company
1400 American Lane, T1-F4
Schaumburg, IL 60196
(847) 517-8312
(866) 272-8239 (Facsimile)

FIRST CLASS

$ 00.57

RECEIVED
JUN 12 2012

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**ZURICH**®
Zurich
Corporate Law
1400 American Lane
Schaumburg, IL 60196-1056