UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
*In re*  :  **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :  **Case No. 08-13555 (JMP)**
:
Debtor.  :  (Jointly Administered)
:
---------------------------------------------------------------- x

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Proskauer Rose LLP has replaced the law firm of Reed Smith LLP as counsel for The Bank of New York Mellon ("BNYM") in the above-captioned cases solely in connection with BNYM's objection, filed on November 11, 2011 [Docket No. 22010] and as amended on November 29, 2011 [Docket No. 22766] (the "Amended Schedule"), to the assumption, pursuant to the modified third amended joint chapter 11 plan of Lehman Brothers Holdings Inc. and its affiliated debtors, of (i) that certain derivative contract, dated as of July 1, 2008, between BNYM and Lehman Brothers Special Financing Inc., as amended and supplemented, which is the subject of proofs of claim nos. 21671 and 21672, and (ii) that certain derivative contract between BNYM and Lehman Brothers Commercial Corporation, as amended and supplemented, identified on the Amended Schedule.

Dated: June 12, 2012
      New York, New York

Respectfully submitted,

/s/ Irena M. Goldstein
Irena M. Goldstein
Jeffrey Chubak
PROSKAUER ROSE LLP
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for The Bank of New York Mellon in Connection With Certain Derivative Contracts*

CONSENTED TO:

/s/ Eric A. Schaffer
Eric A. Schaffer
Michael J. Venditto
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 521-5400
Fax: (212) 521-5450

*Retiring Attorneys for The Bank of New York Mellon in Connection With Certain Derivative Contracts*

US1 32351757.1

2