# Exhibit 1

## No Liability Claims:

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 293: EXHIBIT 1 – NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | LEVAR, MATTHEW<br>5105 TEN MILE PLACE<br>CASTLE PINES, CO 80108 | 09/14/2009 | 08-13555 (JMP) | 12401 | $753,076.87 | LEVAR, MATTHEW<br>5105 TEN MILE PLACE<br>CASTLE PINES, CO 80108 | 09/14/2009 | 08-13885 (JMP) | 12402 | $753,076.87 |
| 2 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL<br>ATTN.: SCOTT FITZGERALD<br>801 GODFREY ROAD, SUITE 600<br>MIAMI BEACH, FL 33140 | 05/19/2009 | 09-12516 (JMP) | 4415 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL<br>ATTN.: SCOTT FITZGERALD<br>801 GODFREY ROAD, SUITE 600<br>MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 3 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL<br>ATTN.: SCOTT FITZGERALD<br>801 GODFREY ROAD, SUITE 600<br>MIAMI BEACH, FL 33140 | 05/19/2009 | 09-10560 (JMP) | 4416 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL<br>ATTN.: SCOTT FITZGERALD<br>801 GODFREY ROAD, SUITE 600<br>MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 4 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL<br>ATTN.: SCOTT FITZGERALD<br>801 GODFREY ROAD, SUITE 600<br>MIAMI BEACH, FL 33140 | 05/19/2009 | 09-10558 (JMP) | 4417 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL<br>ATTN.: SCOTT FITZGERALD<br>801 GODFREY ROAD, SUITE 600<br>MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 293: EXHIBIT 1 – NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 09-10137 (JMP) | 4418 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 6 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 09-10108 (JMP) | 4419 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 7 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13908 (JMP) | 4420 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

### IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 293: EXHIBIT 1 – NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 8 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13907 (JMP) | 4421 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 9 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13906 (JMP) | 4422 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 10 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13905 (JMP) | 4423 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 293: EXHIBIT 1 – NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13904 (JMP) | 4424 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 12 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13902 (JMP) | 4425 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 13 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13901 (JMP) | 4426 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 293: EXHIBIT 1 – NO LIABILITY CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 14 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13899 (JMP) | 4427 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 15 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13893 (JMP) | 4428 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 16 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13888 (JMP) | 4429 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

### IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 293: EXHIBIT 1 – NO LIABILITY CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 17 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13885 (JMP) | 4430 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 18 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13664 (JMP) | 4431 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 19 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13600 (JMP) | 4432 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 293: EXHIBIT 1 – NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 20 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13555 (JMP) | 4433 | $10,000,000.00* | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 05/19/2009 | 08-13900 (JMP) | 4434 | $10,000,000.00* |
| 21 | PIEPER, RICHARD 5325 SPUR CROSS TRAIL PARKER, CO 80134 | 09/14/2009 | 08-13555 (JMP) | 12004 | $782,179.10 | PIEPER, RICHARD 5325 SPUR CROSS TRAIL PARKER, CO 80134 | 09/14/2009 | 08-13885 (JMP) | 12005 | $782,179.10 |
| 22 | WILSON, DAVID 532 49 AVENUE SW CALGARY, AB T2S 1G5 CANADA | 07/22/2009 | 08-13555 (JMP) | 5861 | $10,950.00 | WILSON, DAVID 532 49 AVENUE SW CALGARY, AB, T2S 1G5 CANADA | 11/17/2008 | 08-13885 (JMP) | 772 | $330,000.00 |
| | | | | TOTAL | $191,546,205.97 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts