## Exhibit 2

## Adjourned Claim:

08-13555-mg    Doc 28579-2    Filed 06/12/12    Entered 06/12/12 12:49:52    Exhibit 2
Pg 1 of 6

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 293: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 09-10137 (JMP) | 18706 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 2 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13905 (JMP) | 18707 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 3 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13907 (JMP) | 18708 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 4 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13906 (JMP) | 18709 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 293: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13908 (JMP) | 18710 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 6 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 09-10558 (JMP) | 18711 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 7 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 09-12516 (JMP) | 18712 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 8 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 09-10560 (JMP) | 18713 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

### IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 293: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 9 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 09-10108 (JMP) | 18714 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 10 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13664 (JMP) | 18715 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 11 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13893 (JMP) | 18716 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 12 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13600 (JMP) | 18717 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

### IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 293: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 13 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13901 (JMP) | 18718 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 14 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13885 (JMP) | 18719 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 15 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13899 (JMP) | 18720 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 16 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13902 (JMP) | 18760 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 293: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 17 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13888 (JMP) | 18762 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 18 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13900 (JMP) | 18763 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |
| 19 | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13904 (JMP) | 18764 | $465,950.00* | ACUMEN FUND INC. ATTN: ANN MACDOUGALL, CHIEF MANAGEMENT OFFICER 76 NINTH AVENUE SUITE 315 NEW YORK, NY 10011 | 09/18/2009 | 08-13555 (JMP) | 18761 | $465,950.00* |

TOTAL     $8,853,050.00

* - Indicates claim contains unliquidated and/or undetermined amounts