WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------------------x
                                             :
In re                                        :    Chapter 11 Case No.
                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,       :    08-13555 (JMP)
                                             :
                Debtors.                     :    (Jointly Administered)
                                             :
-------------------------------------------------------------------------------x
                                             :
In re                                        :
                                             :    Case No.
LEHMAN BROTHERS INC.,                        :
                                             :    08-01420 (JMP) (SIPA)
                Debtor.                      :
                                             :
-------------------------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE
FIFTIETH OMNIBUS HEARING ON JUNE 13, 2012 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable
James M. Peck, United States Bankruptcy Judge, **Room 601**,
One Bowling Green, New York, NY 10004-1408

## I.    CONTESTED CLAIMS MATTERS:

1.    Debtors' Fortieth Omnibus Objection to Claims (Late Filed Claims) **[ECF No. 11305]**

Response Deadline:    November 11, 2011 at 4:00 pm.

Response Received:

A.    Response of WestLB AG and Motion to Deem Claim No. 36789 Timely Filed **[ECF No. 27280]**

Related Documents:

B.    Notice of Hearing on (i) Fortieth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Claim No. 36789 and (ii) Motion of WestLB AG to Deem Claim No. 36789 Timely Filed **[ECF No. 28225]**

C.    Declaration of Herb Baer Regarding Corrected Affidavit of Service for Notice of Deadlines for Filing Proofs of Claim **[ECF No. 28546]**

D.    Lehman Brothers Holdings Inc.'s Reply and Objection to Motion of WestLB AG **[ECF No. 28560]**

Status:  This matter is going forward solely as to the claim of WestLB AG.

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS

## II.    CONTESTED MATTER:

2.    Second Motion for Order Approving the Trustee's Allocation of Property **[LBI ECF No. 4760]**

Response Deadline:  January 11, 2012 at 4:00 p.m., extended for certain parties by agreement.

US_ACTIVE:\44021014\4\58399.0008

Responses Received:

    A.    Preliminary Objection of Mark Mazzatta and Michele McHugh-Mazzatta to Motion **[LBI ECF No. 4836]**

    B.    Objection of the FDIC, as Receiver for Westernbank Puerto Rico to Motion **[LBI ECF No. 4853]**

    C.    Limited Objection and Reservation of Rights of Claren Road Credit Master Fund Ltd. to Motion **[LBI ECF No. 4856]**

    D.    Joinder of CarVal Investors UK Limited to Objection of FDIC as Receiver for Westernbank Puerto Rico to Motion **[LBI ECF No. 4859]**

    E.    Joinder of Jason Wallace to Preliminary Objection of Mark Mazzatta and Michele McHugh-Mazzatta to Motion **[LBI ECF No. 4875]**

Related Documents:

    F.    Affidavit of Daniel T. McIsaac in Support of Motion **[LBI ECF No. 4761]**

    G.    Declaration of Kleber Rodriguez in Support of Motion **[LBI ECF No. 4762]**

    H.    Declaration of Leonard J. Legotte in Support of Motion **[LBI ECF No. 4763]**

    I.    Declaration of Moshe Sinensky in Support of Motion **[LBI ECF No. 4764]**

    J.    Declaration of Gabriela Huaman in Support of Motion **[LBI ECF No. 4765]**

    K.    Statement in Further Support of Motion **[LBI ECF No. 5058]**

    L.    Declaration of Marlo Karp in Support of Motion **[LBI ECF No. 5059]**

    M.    Supplemental Declaration of Moshe Sinensky in Support of Motion **[LBI ECF No. 5060]**

    N.    Supplemental Declaration of Gabriela Huaman in Support of Motion **[LBI ECF No. 5061]**

    O.    Notices of Status Conference **[LBI ECF No. 5090]**

Status:  This matter is going forward as a status conference.

**MATTERS TO BE HEARD AT 2:00 P.M.**

**III.    ADVERSARY PROCEEDINGS:**

3.    Turnberry Centra Sub, LLC, *et al.* v. Lehman Brothers Holdings Inc. **[Adversary Case No. 09-01062]**

**Status Conference**

Related Documents:

A.    Lehman Brothers Holdings, Inc.'s and Lehman Brothers Bank, FSB's Motion to Dismiss Plaintiffs' Amended Complaint **[ECF No. 65]**

B.    Opposition Brief of Turnberry Centra Sub, LLC, et al. **[ECF No. 67]**

C.    Lehman Brothers Holdings, Inc.'s Reply in Support of the Motion to Dismiss **[ECF No. 68]**

D.    Amended Complaint **[ECF No. 63]**

E.    Lehman Brothers Holdings, Inc.'s and Lehman Brothers Bank, FSB's Motion to Dismiss Plaintiffs' Amended Complaint **[ECF No. 65]**

F.    Opposition Brief of Soffer, et al. in Response to Motion to Dismiss **[ECF No. 67]**

G.    Lehman Brothers Holdings, Inc.'s, et al. Reply in Support of Motion to Dismiss **[ECF No. 68]**

Status:  This matter is going forward solely as a status conference.

4.    Lehman Brothers Holdings Inc. v. Fontainebleau Resorts, LLC, *et al.* **[Adversary Case No. 10-02821]**

**Status Conference**

Related Documents:

A.    Plaintiff LBHI's Motion to Dismiss Defendants' Amended Counterclaims **[ECF No. 52]**

B.    Opposition Brief of Fontainebleau Resorts, LLC, et al. in Response to Motion to Dismiss Counterclaims **[ECF No. 54]**

US_ACTIVE:\44021014\4\58399.0008

C.     Reply in Support of Motion by LBHI to Dismiss Defendants' Amended Counterclaims **[ECF No. 55]**

D.     Answer to Complaint and Amended Counterclaims **[ECF No. 50]**

E.     LBHI's Motion to Dismiss **[ECF No. 52]**

F.     Fontainebleau Resorts, LLC 's Opposition Brief in Response to Motion to Dismiss **[ECF No. 54]**

G.     Lehman Brothers Holdings Inc.'s Reply in Support of Motion to Dismiss **[ECF No. 55]**

Status:  This matter is going forward solely as a status conference.

5.     Lehman Brothers Holdings Inc.  v. Fontainebleau Resorts, LLC, et al. **[Adversary Case No. 10-02823]**

**Status Conference**

Related Documents:

A.     Plaintiff LBHI's Motion to Dismiss Defendants' Amended Counterclaims **[ECF No. 52]**

B.     Opposition Brief of Fontainebleau Resorts, LLC, et al. in Response to Motion to Dismiss Counterclaims **[ECF No. 54]**

C.     Reply in Support of Motion by LBHI to Dismiss Defendants' Amended Counterclaims **[ECF No. 55]**

D.     Answer to Complaint and Amended Counterclaims **[ECF No. 50]**

E.     LBHI's Motion to Dismiss **[ECF No. 52]**

F.     Fontainebleau Resorts, LLC's Opposition Brief in Response to Motion to Dismiss **[ECF No. 54]**

G.     Lehman Brothers Holdings Inc.'s Reply in Support of Motion to Dismiss **[ECF No. 55]**

Status:  This matter is going forward solely as a status conference.

6.     Williams-Pate v. Lehman Brothers Holdings Inc. **[Adversary Proceeding No. 12-01220]**

**Motions to Dismiss**

A.     Motion to Dismiss of McCurdy & Candler, LLC **[ECF No. 4]**

US_ACTIVE:\44021014\4\58399.0008

      B.     Lehman Brothers Holdings Inc.'s Motion to Dismiss Adversary Complaint **[ECF No. 6]**

      C.     Motion of Aurora Bank FSB to Dismiss Adversary Proceeding **[ECF No. 7]**

Related Documents:

      D.     Adversary Complaint **[ECF No. 1]**

      E.     Memorandum of Law of Aurora Bank FSB **[ECF No. 9]**

Status:  This matter is going forward as to the Motions to Dismiss.

## IV.  **ADJOURNED MATTERS:**

## A.  **Lehman Brothers Holdings Inc.**

7.     Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

Response Deadline:    February 9, 2011 at 4:00 p.m.

Responses Received:

      A.     Debtors' Objection **[ECF No. 14398]**

      B.     Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

Related Documents:

      C.     Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

      D.     Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

Status:  This matter has been adjourned to July 18, 2012 at 10:00 a.m.

8.     Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[ECF No. 16016]**

Response Deadline:    May 11, 2011 at 4:00 p.m.

Responses Received:

      A.     Debtors' Objection **[ECF No. 16680]**

6

      B.     Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[ECF No. 16683]**

Related Documents:  None.

Status:  This matter has been adjourned to July 18, 2012 at 10:00 a.m.

9.      Amended Motion of Ironbridge Homes, LLC, *et al*. for Relief from the Automatic Stay **[ECF No. 23551]**

Response Deadline:  April 11, 2012 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to July 18, 2012 at 10:00 a.m.

10.    Debtors' Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20102]**

Response Deadline:  November 11, 2011 at 4:00 pm.

Status:  This matter has been adjourned to June 28, 2012 at 10:00 a.m.

11.    Debtors' Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20103]**

Response Deadline:  November 11, 2011 at 4:00 pm.

Status:  This matter has been adjourned to June 28, 2012 at 10:00 a.m.

12.    Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20104]**

Response Deadline:  November 11, 2011 at 4:00 pm.

Status:  This matter has been adjourned to June 28, 2012 at 10:00 a.m.

13.    Debtors' Two Hundred Sixteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20105]**

Response Deadline:  November 11, 2011 at 4:00 pm.

Status:  This matter has been adjourned to June 28, 2012 at 10:00 a.m.

US_ACTIVE:\44021014\4\58399.0008

14.     Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[ECF No. 16803]**

Response Deadline:     June 8, 2011 at 4:00 p.m.

Response Received:

    A.     Debtors' Objection **[ECF No. 17502]**

Related Documents:     None.

Status:  This matter has been adjourned to August 15, 2012 at 10:00 a.m.

15.     Motion of Grace Farrelly Pursuant to §§ 105 and 362 for Relief from Automatic Stay **[ECF No. 25205]**

Response Deadline:     March 23, 2012 at 4:00 p.m.

Response Received:

    A.     BNC Mortgage LLC's Response **[ECF No. 27145]**

Related Documents:     None.

Status:  This matter has been adjourned to August 15, 2012 at 10:00 a.m.

**B.     Adversary Proceedings**

16.     Belmont Park Investments Pty Ltd, et al. v. Lehman Brothers Special Financing Inc. **[Adversary Proceeding No. 12-01045]**

    **Motion to Stay Adversary Proceeding**

    A.     Motion of Lehman Brothers Special Financing Inc.. to Stay Adversary Proceeding **[ECF No. 8]**

Related Documents:     None.

Status:  This matter has been adjourned to July 18, 2012 at 10:00 a.m.

**C.     Lehman Brothers Inc.**

17.     Cardinal Investment Sub I, L.P. and Oak Hill Strategic Partners, L.P.'s Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[LBI ECF No. 4634]**

Response Deadline:     February 8, 2012 at 4:00 p.m.

US_ACTIVE:\44021014\4\58399.0008

Responses Received:  None.

Related Documents:

    A.    Declaration of Luke A. Barefoot in Support of Movant's Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of its Affiliates **[LBI ECF No. 4635]**

    B.    Notices of Adjournment **[LBI ECF Nos. 4663, 4759, 4824, 4892, 4946, 5017, 5066, 5108]**

Status:  This matter has been adjourned to July 18, 2012 at 10:00 a.m.

Dated: June 12, 2012
      New York, New York

      /s/ Jacqueline Marcus
      Jacqueline Marcus

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Lehman Brothers Holdings Inc.
      and Certain of Its Affiliates

Dated: June 12, 2012
      New York, New York

      /s/ David W. Wiltenburg
      James B. Kobak, Jr.
      David W. Wiltenburg

      HUGHES HUBBARD & REED LLP
      One Battery Park Plaza
      New York, New York 10004
      Telephone: (212) 837-6000
      Facsimile: (212) 422-4726

      Attorneys for James W. Giddens, Trustee for
      the SIPA Liquidation of Lehman Brothers Inc.