Form 210A

# United States Bankruptcy Court
## Southern District Of New York

In      re: <u>Lehman Brothers Holdings Inc., et al.</u>                     Case No.      08-13555 (JMP)
                                                                                                      **(Jointly Administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee | Name of Transferor |
| **Deutsche Bank AG, London Branch** | **Zürcher Kantonalbank** |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 29413

Deutsche Bank AG, London Branch
Winchester House,
1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Alexander Kraemer
E-mail:     Michael.Sutton@db.com /
                   Alexander.Kraemer@db.com

Amount of Claim: US$ 1,441,297.82

Debtor: Lehman Brothers Commercial Corporation

Date Claim Filed: September 22, 2009

Transferor Tel:  +41 (0) 44 292 87 33

Last Four Digits of Acct. #:                                  Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____                              12  June  2012
       Michael Sutton                    Ross Miller                     Date:
       Managing Director               Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Zürich Kantonalbank** (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to **Deutsche Bank AG, London Branch** (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's allowed unsecured claim against **Lehman Brothers Commercial Corporation** (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11, Case No. 08 – 13901 (Jointly administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of **$1,441,297.82** with **Claim No. 29413** (the "**Claim**").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21 day of April 2011.

**Zürich Kantonalbank**

By: _____

Name:
Title:    Christophe de Courten
          Member of the Senior Management

          Lars Haesler
          Member of Management

**Deutsche Bank AG, London Branch**

By: _____

Name:    Michael Sutton
Title:    Managing Director

          Ross Miller
          Director

Form 210A

# United States Bankruptcy Court
## Southern District Of New York

In     re: <u>Lehman Brothers Holdings Inc., et al.</u>

Case No.     08-13555 (JMP)
(**Jointly Administered**)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

**Deutsche Bank AG, London Branch**

Name of Transferor

**Zürcher Kantonalbank**

Name and Address where notices to
transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House,
1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Alexander Kraemer
E-mail:     Michael.Sutton@db.com /
            Alexander.Kraemer@db.com

Last Four Digits of Acct. #:

Court Claim # (if known): 29414

Amount of Claim: US$ 1,441,297.82

Debtor: Lehman Brothers Holdings Inc.

Date Claim Filed: September 22, 2009

Transferor Tel:  +41 (0) 44 292 87 33

Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____

Michael Sutton
Managing Director

Ross Miller
Director

12 June 2012
Date:

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Zürich Kantonalbank** (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to **Deutsche Bank AG, London Branch** (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's allowed unsecured claim against **Lehman Brothers Holdings Inc.** (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11, Case No. 08 – 13555 (Jointly administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of **$1,441,297.82** with **Claim No. 29414** (the "**Claim**").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 2 | day of April 2011.

**Zürich Kantonalbank**

By: _____

Name:
Title:      Christophe de Courten
            Member of the Senior Management

            Lars Haesler
            Member of Management

**Deutsche Bank AG, London Branch**

By: _____

Name: _____        Ross Miller
Title: _____        Director