Robert R. Brooks-Rigolosi
Segal McCambridge Singer &
    Mahoney, Ltd.
850 Third Avenue, Suite 1100
New York, NY 10022
(212) 651-7500 – Telephone
(212) 651-7499– Facsimile
Email: rrigolosi@smsm.com

*Attorneys for Claimant Current Communications &
Electric Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------x

| | |
|---|---|
| In re | **CHAPTER 11** |
| | **CASE NO. 08-13555-JMP** |
| **LEHMAN BROTHERS** | |
| **HOLDINGS INC.,** *et al.,* | **(Jointly Administered)** |
|       Debtors. | **NOTICE OF WITHDRAWAL** |
| | **OF ATTORNEY** |

-----------------------------------------------x

      **PLEASE TAKE NOTICE** that Robert R. Brooks-Rigolosi hereby withdraws as counsel for Defendant, Current Communications & Electric Corporation.

Dated:  New York, New York
         June 12, 2012

                            Respectfully submitted,

                            SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

                            By: /s/ Robert R. Brooks-Rigolosi
                            Robert R. Brooks-Rigolosi (5264)
                            850 Third Avenue, Suite 1100
                            New York, NY 10022
                            (212) 651-7500 – Telephone
                            (212) 651-7499– Facsimile
                            Email: rrigolosi@smsm.com

2934142