UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                    :      Chapter 11

In re                                :

                                    :      Case No. 08-13555 (JMP)

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :
        Debtors.                       :      (Jointly Administered)

---------------------------------------------------------------x    Ref. Docket No. 28468

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 6, 2012, I caused to be served the following:

   a) "Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding Motion Of Lehman Brothers Holdings Inc. Pursuant To Section 105(A) Of The Bankruptcy Code And Rule 9019 Of The Federal Rules Of Bankruptcy Procedure For Approval Of Settlement Agreement With The Insolvency Administrator Of Lehman Brothers Capital GMBH," dated June 6, 2012 [Docket No. 28468], (the "CNO With Exhibits"), and

   b) "Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding Motion Of Lehman Brothers Holdings Inc. Pursuant To Section 105(A) Of The Bankruptcy Code And Rule 9019 Of The Federal Rules Of Bankruptcy Procedure For Approval Of Settlement Agreement With The Insolvency Administrator Of Lehman Brothers Capital GMBH," dated June 6, 2012, *related to Docket No. 28468*, (the "CNO Without Exhibits"),

   by causing true and correct copies of the:

   i. CNO With Exhibits, to be delivered via electronic mail to those parties listed on the annexed Exhibit A, and

   ii. CNO Without Exhibits, to be delivered via facsimile to the party listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Genevieve Uzamere*
Genevieve Uzamere

Sworn to before me this
7th day of June, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

- 2 -

**EXHIBIT A**

**Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT B**

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |