UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :   Chapter 11
In re                                                              :
                                                                   :   Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                       :
        Debtors.                                                   :   (Jointly Administered)
                                                                   :
                                                                   :
-------------------------------------------------------------------x   Ref. Docket No. 28570

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 11, 2012, I caused to be served the "Quarterly Report Pursuant To Order Pursuant To Section 105(a) Of The Bankruptcy Code And Bankruptcy Rules 3007 And 9019(b) Approving Settlement Procedures," dated June 8, 2012 [Docket No. 28570], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via facsimile to the party listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              /s/ Pete Caris
Sworn to before me this                                       Pete Caris
12th day of June, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | ashmead@sewkis.com | christopher.schueller@bipc.com |
| aalfonso@willkie.com | asnow@ssbb.com | clarkb@sullcrom.com |
| abeaumont@fklaw.com | aunger@sidley.com | clynch@reedsmith.com |
| abraunstein@riemerlaw.com | austin.bankruptcy@publicans.com | cmontgomery@salans.com |
| acaton@kramerlevin.com | avenes@whitecase.com | cohenr@sewkis.com |
| acker@chapman.com | azylberberg@whitecase.com | colea@gtlaw.com |
| adam.brezine@hro.com | bankr@zuckerman.com | cp@stevenslee.com |
| adarwin@nixonpeabody.com | bankruptcy@goodwin.com | cpappas@dilworthlaw.com |
| Adiamond@DiamondMcCarthy.com | bankruptcy@morrisoncohen.com | craig.goldblatt@wilmerhale.com |
| aeckstein@blankrome.com | bankruptcy@ntexas-attorneys.com | crmomjian@attorneygeneral.gov |
| aentwistle@entwistle-law.com | bankruptcymatters@us.nomura.com | cs@stevenslee.com |
| afriedman@irell.com | barbra.parlin@hklaw.com | csalomon@beckerglynn.com |
| agbanknewyork@ag.tn.gov | bbisignani@postschell.com | cschreiber@winston.com |
| aglenn@kasowitz.com | bcarlson@co.sanmateo.ca.us | cshore@whitecase.com |
| agold@herrick.com | bdk@schlamstone.com | cshulman@sheppardmullin.com |
| agoldstein@tnsj-law.com | bguiney@pbwt.com | ctatelbaum@adorno.com |
| ahammer@freebornpeters.com | bill.freeman@pillsburylaw.com | cwalsh@mayerbrown.com |
| aisenberg@saul.com | bkmail@prommis.com | cward@polsinelli.com |
| akantesaria@oppenheimerfunds.com | bmanne@tuckerlaw.com | cweber@ebg-law.com |
| akolod@mosessinger.com | BMiller@mofo.com | cweiss@ingramllp.com |
| akornikova@lcbf.com | boneill@kramerlevin.com | dallas.bankruptcy@publicans.com |
| alum@ftportfolios.com | Brian.Corey@greentreecreditsolutions.com | daniel.guyder@allenovery.com |
| amarder@msek.com | brosenblum@jonesday.com | dave.davis@isgria.com |
| amartin@sheppardmullin.com | broy@rltlawfirm.com | david.bennett@tklaw.com |
| AMcMullen@BoultCummings.com | bruce.wright@sutherland.com | david.crichlow@pillsburylaw.com |
| amenard@tishmanspeyer.com | bstrickland@wtplaw.com | david.heller@lw.com |
| anann@foley.com | btrust@mayerbrown.com | david.powlen@btlaw.com |
| Andrew.Brozman@cliffordchance.com | bturk@tishmanspeyer.com | david.seligman@kirkland.com |
| andrew.lourie@kobrekim.com | bwolfe@sheppardmullin.com | davids@blbglaw.com |
| angelich.george@arentfox.com | bzabarauskas@crowell.com | davidwheeler@mvalaw.com |
| ann.reynaud@shell.com | cahn@clm.com | dbalog@intersil.com |
| anthony_boccanfuso@aporter.com | calbert@reitlerlaw.com | dbarber@bsblawyers.com |
| aoberry@bermanesq.com | canelas@pursuitpartners.com | dbaumstein@whitecase.com |
| aostrow@beckerglynn.com | carol.weinerlevy@bingham.com | dbesikof@loeb.com |
| apo@stevenslee.com | cbelisle@wfw.com | dcimo@gjb-law.com |
| aquale@sidley.com | cbelmonte@ssbb.com | dcoffino@cov.com |
| araboy@cov.com | cbrotstein@bm.net | dcrapo@gibbonslaw.com |
| arahl@reedsmith.com | cdesiderio@nixonpeabody.com | ddavis@paulweiss.com |
| arheaume@riemerlaw.com | cgoldstein@stcwlaw.com | ddrebsky@nixonpeabody.com |
| arlbank@pbfcm.com | chammerman@paulweiss.com | ddunne@milbank.com |
| arosenblatt@chadbourne.com | chardman@klestadt.com | deggermann@kramerlevin.com |
| arthur.rosenberg@hklaw.com | charles@filardi-law.com | deggert@freebornpeters.com |
| arwolf@wlrk.com | charles_malloy@aporter.com | demetra.liggins@tklaw.com |
| aseuffert@lawpost-nyc.com | chipford@parkerpoe.com | dfelder@orrick.com |
| ashaffer@mayerbrown.com | chris.donoho@lovells.com | dflanigan@polsinelli.com |

| | | |
|---|---|---|
| dgrimes@reedsmith.com | enkaplan@kaplanlandau.com | israel.dahan@cwt.com |
| dhayes@mcguirewoods.com | eobrien@sbchlaw.com | iva.uroic@dechert.com |
| dheffer@foley.com | erin.mautner@bingham.com | jacobsonn@sec.gov |
| diconzam@gtlaw.com | eschaffer@reedsmith.com | james.mcclammy@dpw.com |
| djoseph@stradley.com | eschwartz@contrariancapital.com | james.sprayregen@kirkland.com |
| dkleiner@velaw.com | esmith@dl.com | jamestecce@quinnemanuel.com |
| dkozusko@willkie.com | etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com |
| dlemay@chadbourne.com | ezujkowski@emmetmarvin.com | jar@outtengolden.com |
| dlipke@vedderprice.com | ezweig@optonline.net | jason.jurgens@cwt.com |
| dludman@brownconnery.com | fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| dmcguire@winston.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dmurray@jenner.com | fhyman@mayerbrown.com | Jbecker@wilmingtontrust.com |
| dneier@winston.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dodonnell@milbank.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dove.michelle@dorsey.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dowd.mary@arentfox.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dpegno@dpklaw.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| draelson@fisherbrothers.com | gbray@milbank.com | jchristian@tobinlaw.com |
| dravin@wolffsamson.com | geraci@thalergertler.com | jdoran@haslaw.com |
| drose@pryorcashman.com | ggitomer@mkbattorneys.com | Jdrucker@coleschotz.com |
| drosenzweig@fulbright.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drosner@goulstonstorrs.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosner@kasowitz.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| dshaffer@wtplaw.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| dshemano@pwkllp.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dspelfogel@foley.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dtatge@ebglaw.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dtheising@harrisonmoberly.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dwdykhouse@pbwt.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dwildes@stroock.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dworkman@bakerlaw.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| easmith@venable.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| echang@steinlubin.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| ecohen@russell.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| efleck@milbank.com | holsen@stroock.com | jfox@joefoxlaw.com |
| efriedman@fklaw.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efriedman@friedumspring.com | hseife@chadbourne.com | jg5786@att.com |
| egeekie@schiffhardin.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| eglas@mccarter.com | hsteel@brownrudnick.com | jguy@orrick.com |
| ehollander@whitecase.com | icatto@mwe.com | jherzog@gklaw.com |
| ekbergc@lanepowell.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| elevin@lowenstein.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eli.mattioli@klgates.com | info2@normandyhill.com | jhuggett@margolisedelstein.com |
| ellen.halstead@cwt.com | ira.herman@tklaw.com | jim@atkinslawfirm.com |
| emerberg@mayerbrown.com | isgreene@hhlaw.com | jjoyce@dresslerpeters.com |

| | | |
|---|---|---|
| jjtancredi@daypitney.com | jwang@sipc.org | Lmay@coleschotz.com |
| jjureller@klestadt.com | jwcohen@daypitney.com | lmcgowen@orrick.com |
| jkehoe@btkmc.com | jweiss@gibsondunn.com | lml@ppgms.com |
| jlamar@maynardcooper.com | jwest@velaw.com | lnashelsky@mofo.com |
| jlawlor@wmd-law.com | jwh@njlawfirm.com | loizides@loizides.com |
| jlee@foley.com | kanema@formanlaw.com | lromansic@steptoe.com |
| jlevitin@cahill.com | karen.wagner@dpw.com | lscarcella@farrellfritz.com |
| jlipson@crockerkuno.com | KDWBankruptcyDepartment@kelleydrye.com | lschweitzer@cgsh.com |
| jlovi@steptoe.com | keckhardt@hunton.com | lsilverstein@potteranderson.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lubell@hugheshubbard.com |
| jmaddock@mcguirewoods.com | Ken.Coleman@allenovery.com | lwhidden@salans.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | mabrams@willkie.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | MAOFILING@CGSH.COM |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | Marc.Chait@SC.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | margolin@hugheshubbard.com |
| jmerva@fult.com | kjarashow@fklaw.com | mark.bane@ropesgray.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.deveno@bingham.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.ellenberg@cwt.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.sherrill@sutherland.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | martin.davis@ots.treas.gov |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | Marvin.Clements@ag.tn.gov |
| jorbach@hahnhessen.com | korr@orrick.com | matt@willaw.com |
| Joseph.Cordaro@usdoj.gov | kovskyd@pepperlaw.com | matthew.klepper@dlapiper.com |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | maustin@orrick.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | max.polonsky@skadden.com |
| jowolf@law.nyc.gov | KReynolds@mklawnyc.com | mbenner@tishmanspeyer.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | mberman@nixonpeabody.com |
| JPintarelli@mofo.com | kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mbienenstock@dl.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mbloemsma@mhjur.com |
| jrabinowitz@rltlawfirm.com | Landon@StreusandLandon.com | mbossi@thompsoncoburn.com |
| jrsmith@hunton.com | lapeterson@foley.com | mcademartori@sheppardmullin.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mccombst@sullcrom.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcordone@stradley.com |
| jshickich@riddellwilliams.com | Lee.Stremba@troutmansanders.com | mcto@debevoise.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mcyganowski@oshr.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mdahlman@kayescholer.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mdorval@stradley.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | melorod@gtlaw.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | meltzere@pepperlaw.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | metkin@lowenstein.com |
| judy.morse@crowedunlevy.com | LJKotler@duanemorris.com | mfeldman@willkie.com |
| jvail@ssrl.com | lkatz@ltblaw.com | mgordon@briggs.com |
| jwallack@goulstonstorrs.com | lmarinuzzi@mofo.com | mgreger@allenmatkins.com |

| | | |
|---|---|---|
| mh1@mccallaraymer.com | newyork@sec.gov | richard.tisdale@friedfrank.com |
| mhopkins@cov.com | nfurman@scottwoodcapital.com | richard@rwmaplc.com |
| michael.frege@cms-hs.com | Nherman@morganlewis.com | ritkin@steptoe.com |
| michael.kelly@monarchlp.com | nissay_10259-0154@mhmjapan.com | RJones@BoultCummings.com |
| michael.kim@kobrekim.com | nlepore@schnader.com | rleek@HodgsonRuss.com |
| michael.mccrory@btlaw.com | notice@bkcylaw.com | RLevin@cravath.com |
| michael.reilly@bingham.com | oipress@travelers.com | rmatzat@hahnhessen.com |
| millee12@nationwide.com | otccorpactions@finra.org | rmcneill@potteranderson.com |
| miller@taftlaw.com | paronzon@milbank.com | rnetzer@willkie.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com | robert.dombroff@bingham.com |
| mjacobs@pryorcashman.com | pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| mjedelman@vedderprice.com | pbosswick@ssbb.com | robert.malone@dbr.com |
| MJR1@westchestergov.com | pdublin@akingump.com | Robert.yalen@usdoj.gov |
| mkjaer@winston.com | peisenberg@lockelord.com | robertdakis@quinnemanuel.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com | Robin.Keller@Lovells.com |
| MLandman@lcbf.com | peter.macdonald@wilmerhale.com | roger@rnagioff.com |
| mlichtenstein@crowell.com | peter.simmons@friedfrank.com | ronald.silverman@bingham.com |
| mlynch2@travelers.com | peter@bankrupt.com | ross.martin@ropesgray.com |
| mmendez@hunton.com | pfeldman@oshr.com | rqureshi@reedsmith.com |
| mmooney@deilylawfirm.com | phayden@mcguirewoods.com | rrainer@wmd-law.com |
| mmorreale@us.mufg.jp | pmaxcy@sonnenschein.com | rreid@sheppardmullin.com |
| mneier@ibolaw.com | ppascuzzi@ffwplaw.com | rrigolosi@smsm.com |
| monica.lawless@brookfieldproperties.com | ppatterson@stradley.com | rroupinian@outtengolden.com |
| mpage@kelleydrye.com | psp@njlawfirm.com | rrussell@andrewskurth.com |
| mparry@mosessinger.com | ptrain-gutierrez@kaplanlandau.com | rterenzi@stcwlaw.com |
| mpomerantz@julienandschlesinger.com | ptrostle@jenner.com | russj4478@aol.com |
| mprimoff@kayescholer.com | r.stahl@stahlzelloe.com | rwasserman@cftc.gov |
| mpucillo@bermanesq.com | raj.madan@bingham.com | rwyron@orrick.com |
| mrosenthal@gibsondunn.com | ramona.neal@hp.com | s.minehan@aozorabank.co.jp |
| mruetzel@whitecase.com | ranjit.mather@bnymellon.com | sabin.willett@bingham.com |
| mschimel@sju.edu | raul.alcantar@ropesgray.com | sabramowitz@velaw.com |
| mschlesinger@julienandschlesinger.com | rbeacher@pryorcashman.com | SABVANROOY@HOTMAIL.COM |
| msegarra@mayerbrown.com | rbyman@jenner.com | sagolden@hhlaw.com |
| mshiner@tuckerlaw.com | rdaversa@orrick.com | Sally.Henry@skadden.com |
| msiegel@brownrudnick.com | relgidely@gjb-law.com | sandyscafaria@eaton.com |
| msolow@kayescholer.com | rfleischer@pryorcashman.com | Sara.Tapinekis@cliffordchance.com |
| mspeiser@stroock.com | rfrankel@orrick.com | scargill@lowenstein.com |
| mstamer@akingump.com | rfriedman@silvermanacampora.com | schannej@pepperlaw.com |
| mvenditto@reedsmith.com | rgmason@wlrk.com | Schepis@pursuitpartners.com |
| mwarren@mtb.com | rgraham@whitecase.com | schnabel.eric@dorsey.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com | schristianson@buchalter.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com | schwartzmatthew@sullcrom.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com | scottshelley@quinnemanuel.com |
| neilberger@teamtogut.com | richard.levy@lw.com | scousins@armstrongteasdale.com |

| | | |
|---|---|---|
| sdnyecf@dor.mo.gov | tdewey@dpklaw.com | wweintraub@fklaw.com |
| steven@blbglaw.com | tduffy@andersonkill.com | wzoberman@bermanesq.com |
| sehlers@armstrongteasdale.com | teresa.oxford@invescoaim.com | yamashiro@sumitomotrust.co.jp |
| seichel@crowell.com | TGoren@mofo.com | YUwatoko@mofo.com |
| sfelderstein@ffwplaw.com | thaler@thalergertler.com | |
| sfineman@lchb.com | thomas.califano@dlapiper.com | |
| sfox@mcguirewoods.com | Thomas_Noguerola@calpers.ca.gov | |
| sgordon@cahill.com | tim.desieno@bingham.com | |
| sgubner@ebg-law.com | timothy.brink@dlapiper.com | |
| shannon.nagle@friedfrank.com | timothy.palmer@bipc.com | |
| sharbeck@sipc.org | tjfreedman@pbnlaw.com | |
| shari.leventhal@ny.frb.org | tkarcher@dl.com | |
| shgross5@yahoo.com | tkiriakos@mayerbrown.com | |
| sidorsky@butzel.com | tlauria@whitecase.com | |
| slerman@ebglaw.com | tmacwright@whitecase.com | |
| slerner@ssd.com | tmarrion@haslaw.com | |
| slevine@brownrudnick.com | tnixon@gklaw.com | |
| SLoden@DiamondMcCarthy.com | toby.r.rosenberg@irscounsel.treas.gov | |
| smayerson@ssd.com | tomwelsh@orrick.com | |
| smillman@stroock.com | tony.davis@bakerbotts.com | |
| smulligan@bsblawyers.com | tslome@msek.com | |
| snewman@katskykorins.com | ttracy@crockerkuno.com | |
| sory@fdlaw.com | twheeler@lowenstein.com | |
| spiotto@chapman.com | ukreppel@whitecase.com | |
| splatzer@platzerlaw.com | Villa@StreusandLandon.com | |
| SRee@lcbf.com | vmilione@nixonpeabody.com | |
| sschultz@akingump.com | vrubinstein@loeb.com | |
| sselbst@herrick.com | walter.stuart@freshfields.com | |
| sshimshak@paulweiss.com | wanda.goodloe@cbre.com | |
| sskelly@teamtogut.com | WBallaine@lcbf.com | |
| sstarr@starrandstarr.com | wbenzija@halperinlaw.net | |
| steele@lowenstein.com | wchen@tnsj-law.com | |
| stephen.cowan@dlapiper.com | wcurchack@loeb.com | |
| steve.ginther@dor.mo.gov | wdase@fzwz.com | |
| steven.troyer@commerzbank.com | wfoster@milbank.com | |
| steven.usdin@flastergreenberg.com | william.m.goldman@dlapiper.com | |
| steven.wilamowsky@bingham.com | wiltenburg@hugheshubbard.com | |
| Streusand@StreusandLandon.com | wisotska@pepperlaw.com | |
| susheelkirpalani@quinnemanuel.com | wk@pwlawyers.com | |
| sweyl@haslaw.com | wmaher@wmd-law.com | |
| swolowitz@mayerbrown.com | wmarcari@ebglaw.com | |
| szuch@wiggin.com | wmckenna@foley.com | |
| tannweiler@greerherz.com | wsilverm@oshr.com | |
| tarbit@cftc.gov | wswearingen@llf-law.com | |
| tbrock@ssbb.com | wtaylor@mccarter.com | |

**EXHIBIT B**

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007