B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al          ,          Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

Barclays Bank PLC
    Name of Transferee

BlueBay Structured Funds: High Yield Enhanced
                                                        Fund
    Name of Transferor

Name and Address where notices to transferee
should be sent:
    745 Seventh Avenue
    New York, NY 10019, Attn Daniel Miranda

Court Claim # (if known):    30132
Amount of Claim:    $1,893,831.74  100% of 30132
Date Claim Filed:    9/22/09

Phone:  212-412-2865
Last Four Digits of Acct #:    $428

Phone: +44 207 389 3626
Last Four Digits of Acct. #:    0276

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:  8Bk S̄~          Date:  20 April 2012
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

**SCHEDULE B**
**NOTICE TO THE DEBTOR**

EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **BLUEBAY STRUCTURED FUNDS: HIGH YIELD ENHANCED FUND** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to BARCLAYS BANK PLC (the "Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), in an amount equal to $1,893,931.74 (the "Claim") against Lehman Commercial Paper Inc. (the "Debtor"), the debtor in Case No. 08-13900 ("Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 30132 ) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing Claim.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

**BLUEBAY ASSET MANAGEMENT LTD acting as agent for the BLUEBAY STRUCTURED FUNDS: HIGH YIELD ENHANCED FUND**

Signature:  
Name:  
Title:  

**BARCLAYS BANK PLC**

Signature:  
Name:    S BARNETT
Title:    VICE PRESIDENT