Dr. Bernhard Nikolaus
Von-Witzleben-Strasse 2
37085 GOETTINGEN
Germany

Re: **LEHMAN BROTHERS HOLDINGS INC. - THE TWO HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION TO CLAIMS**

May 10th, 2012

To whom it may concern:

I was recently notified that my claims to Lehman Brothers Holdings INC. shall be rejected due to late filing date. Let me make the following statement:

Beginning of October I received notice from **Deutsche Bank** that I have to transfer my Lehman shares to a blocking account in order to pursue my legal claims in the bankruptcy trial. After receiving the blocking confirmation middle of October, **Deutsche Bank** helped me to fill out the claim form which was to be sent by end of October.

It was late but I believe not too late when I sent the paperwork via Airmail on October 20th to the Claims Processing address of Lehman Brothers Holdings.

At that time the expectation that small private investor will receive reimbursement was very low so I wasn't surprised not receiving answers on my application. Only beginning of this year when I read in the press that claimants may expect some return of lost money I started to investigate the status of my claim and sent a reminder to Lehman Brothers in New York. In the latest notification about Omnibus Objection to Claims I see my name and valid claims listed under 'late filing' where the date of my investigation letter in March was used as filing date.
I want to assure that I returned my claim form within October 2009 prior to the initial bar date. Copies to prove my claim history are enclosed with this letter.

Thank you for your attention.

Bernard Nikolaus

RECEIVED
MAY 14 2012
U.S. BANKRUPTCY COURT, SDNY
JMP

Dr. Bernhard Nikolaus
Von-W-Dalcon-Strasse 2
97065 GONTINGEN
Germany

**Re: LEHMAN BROTHERS HOLDINGS INC. - TWO HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION TO CLAIMS**

May 10th, 2012

To whom it may concern:

I was recently notified that my claims to Lehman Brothers Holdings INC. shall be rejected due to late filing date. Let me make the following statement:

Beginning of October I received notice from **Deutsche Bank** that I have to transfer my Lehman shares to a blocking account in order to pursue my legal claims in the bankruptcy trial. After receiving the blocking confirmation middle of October, **Deutsche Bank** helped me to fill out the claim form which was to be sent by end of October.

It was late but I believe not too late when I sent the paperwork via Airmail on October 29th to the Claims Processing address of Lehman Brothers Holdings.

At that time the expectation that small private investor will receive reimbursement was very low so I wasn't surprised not receiving answers on my application. Only beginning of this year when I read in the press that claimants may expect some return of lost money I started to re-valuate the status of my claim and sent a reminder to Lehman Brothers in _____ notification about Omnibus Objection and Claims I see my name and valid claims listed under date filing, where the date of my investigation letter in March was used as filing date.
I want to assure that I returned my claim form within October 2009 prior to the initial bar date. Copies to prove my claim history are enclosed with this letter.

Thank you for your attention.

Hermad Nikolaus

| **United States Bankruptcy Court/Southern District of New York**<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Name of Debtor Against Which Claim is Held<br>LBHI | Case No. of Debtor<br>08-13555 | |

NOTE: This form should not be used to make a claim for an administrative expense arising *after* the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Bernhard Nikolaus<br>Von-Witzleben-Strasse 2<br>37085 GOETTINGEN<br>Germany<br><br>bernd_nikolaus@t-online.de<br><br>Telephone number: (+49) 173 350 1675   Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim<br>Number:<br>_____<br>(If known)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:   Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:** $ 35,565.00<br><br>If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br>If all or part of your claim is entitled to priority, complete Item 5.<br>If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.<br>☐ Check this box if all or part of your claim is based on a Derivative Contract.*<br>☐ Check this box if all or part of your claim is based on a Guarantee.*<br>**\*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**<br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim:<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br>☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).<br>☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___). |
| **2. Basis for Claim:** 25 pieces ISIN XS0311769219<br>(See instruction #2 on reverse side.) | |
| **3. Last four digits of any number by which creditor identifies debtor:** Blocking #: CA75340<br>  **3a. Debtor may have scheduled account as:** Clearstream acc.# 67003<br>  (See instruction #3a on reverse side.) | **Amount entitled to priority:**<br><br>$_____ |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br>Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>Describe: _____<br>Value of Property: $_____ Annual Interest Rate ____%<br>Amount of arrearage and other charges as of time case filed included in secured claim, if any:<br>$_____ Basis for perfection: _____<br>Amount of Secured Claim: $_____ Amount Unsecured: $_____ | |
| **6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____<br>(See instruction #6 on reverse side.) | |

| | |
|---|---|
| **7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br>**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.<br>**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**<br>If the documents are not available, please explain: | **FOR COURT USE ONLY** |
| Date:<br><br>Oct.20, 2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Deutsche Bank** 

Deutsche Bank Privat- und Geschäftskunden AG

204/2401/0000159/14//60327-10.09/0,55EUR

DEUTSCHE BANK AG
FRANKFURTER STR. 84
D-65760 ESCHBORN

Dr. Bernhard Nikolaus
u. Frau Theresa Nikolaus
Von-Witzleben-Str. 2

37085 Göttingen

| | |
|---|---|
| Datum: | 14.10.2009 |

| | | |
|---|---|---|
| | Depot-Nr. | 674028666601 |
| **Effekten-Umlegung/Umbuchung** | Konto-Nr. | 674028666601 |

Wir haben für Ihre nachstehend genannten Wertpapiere die Verwahrungsart wie angegeben geändert.

Beleg-Nr.:                    Y 000011978769
Ausführungstag:              14.10.2009

Nennbetrag bzw. Stück Wertpapier                                    WKN
                                                                   ISIN

ST 25          BO.E.N 22.09.11 BRENTCRUDEOIL(LEH.BR.TR.CO.)        AOTBEN
                                                                   XS0311769219

Aus
Art der Stücke:      Gesperrt wegen laufender Kapitaltransaktion
Lagerland:           WR Niederlande

In
Art der Stücke:      Sperre aus besonderen Gründen.
Lagerland:           WR Niederlande          Stücke gesperrt bis auf weiteres

IHRE BLOCKING REFERENCE NUMBER LAUTET : CA75340. DIE "CLEARSTREAM PART
ICIPANT ACCOUNT NUMBER" LAUTET 67003.

Vorsitzender des Aufsichtsrats: Hermann-Josef Lamberti
Vorstand: Rainer Neske (Sprecher),
Roland Folz, Guido Heuveldop, Christian Ricken, Hanns-Peter Storr, Frank Strauß

Deutsche Bank Privat- und Geschäftskunden Aktiengesellschaft
mit Sitz in Frankfurt am Main
HRB Nr. 47 141 · Amtsgericht Frankfurt am Main
Umsatzsteuer ID Nr. DE811907980
Deutsche Bank Gruppe im Internet: www.deutsche-bank.de

**Deutsche Bank**
Privat- und Geschäftskunden AG

002/0201/0000041/28//60327-09.09/0,55EUR

Herr/Frau/Firma

Dr. Bernhard Nikolaus
u. Frau Theresa Nikolaus
Von-Witzleben-Str. 2
37085 Göttingen

Investment & FinanzCenter
Zindelstr.3-5
37073 Göttingen

Göttingen, 28.09.2009

**Anmeldung von Forderungen im Insolvenzverfahren**
Lehman Brothers Holdings Inc. ("LBHI")

Depot-Nr.    674028666601

| BO.E.N 22.09.11 BRENTCRUDEOIL(LEH.BR.T R.CO.) | WKN A0TBEN | ISIN XS0311769219 |
|---|---|---|

Sehr geehrte Kundin, sehr geehrter Kunde,

in Ihrem Depot werden Lehman-Wertpapiere ("Lehman Programs Securities") verwahrt. Die Lehman Brothers Holdings Inc. ("LBHI") sowie bestimmte mit ihr verbundene Unternehmen befinden sich in Insolvenz. Forderungen von Gläubigern können dem zuständigen Insolvenzgericht in den USA angemeldet werden, um das Recht auf eine eventuelle Ausschüttung zu sichern.

Am 02.07.2009 fasste das für das Insolvenzverfahren gemäß Kapitel 11 des US-amerikanischen Insolvenzgesetzes zuständige Gericht (US Bankruptcy Court for the Southern District of New York) einen Beschluss, in dem festgelegt wurde, dass die Frist zur Einreichung von Forderungsnachweisen in Bezug auf Anleihen des Emittenten LBHI (Lehman Programs Securities) am **02.11.2009, 17:00 Uhr** (Östliche US-Standardzeit), endet.

Zur Anmeldung einer Forderung sind Sie nicht verpflichtet. Sofern Sie eine Forderung aus Ihren Wertpapieren anmelden möchten, müssen Sie ein Formular mit der Bezeichnung "Securities Programs Proof of Claim" vollständig ausgefüllt und termingerecht bei der zuständigen Stelle in den USA unter der folgenden Adresse einreichen:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, New York 10150-5076
USA

In diesem Formular ist eine sogenannte Sperrreferenznummer ("Blocking Reference Number") anzugeben. Diese Sperrreferenznummer **kann nur durch uns** als Ihre Depotbank bei der Lagerstelle beantragt werden.

**Die Beantragung einer Sperrreferenznummer bei der Lagerstelle bewirkt eine Sperrung des Anleihebestands mindestens bis Mitte November 2009, d. h. der gesperrte Bestand wird nicht handelbar sein und kann während dieser Zeit nicht veräußert oder übertragen werden. Zum jetzigen Zeitpunkt ist noch nicht absehbar, wie lange die Sperre bestehen bleiben wird. Es ist jedoch möglich, dass dies bis zum Ende des Insolvenzverfahrens der Fall sein wird.**

Seite 1 von 3

Vorsitzender des Aufsichtsrats: Hermann-Josef Lamberti
Vorstand. Rainer Neske (Sprecher),
Roland Folz, Guido Heuveldop, Christian Ricken, Hanns-Peter Storr, Frank Strauß

Deutsche Bank Privat- und Geschäftskunden Aktiengesellschaft
mit Sitz in Frankfurt am Main
HRB Nr. 47 141 · Amtsgericht Frankfurt am Main
Umsatzsteuer ID Nr. DE811907980
Deutsche Bank Gruppe im Internet: www.deutsche-bank.de



Weitere Informationen sowie das für die Forderungsanmeldung benötigte Formular stehen Ihnen auf der offiziellen Internetseite der Gläubigervertretung unter www.lehman-docket.com zur Verfügung. Dort ist der Menüpunkt "Bar Date Information and Forms" auszuwählen. Am Ende dieser Internetseite finden Sie unter der Überschrift "Lehman Programs Securities And The Securities Programs Bar Date" das Dokument für die Forderungsanmeldung mit der Überschrift "Lehman Securities Programs Proof of Claim".

Ihr Bestand:

ST          25,0000      BO.E.N 22.09.11 BRENTCRUDEOIL(LEH.BR.T
                         R.CO.)
                         Lagerland :  NIEDERLANDE


Für den Fall, dass Sie eine Sperrreferenznummer beantragen möchten, bitten wir Sie, uns Ihren Auftrag auf dem beigefügten Vordruck **bis spätestens zum 16.10.2009, 10:00 Uhr MESZ**, bei uns eintreffend, zukommen zu lassen. Sie erhalten dann von uns die Sperrreferenznummer.

Bitte beachten Sie, dass wir Ihnen auf Anfrage ausschließlich die Sperrreferenznummer liefern. Die eigentliche Forderungsanmeldung in den USA muss vom Gläubiger in englischer Sprache selbst vorgenommen werden. Wir empfehlen Ihnen in diesem Zusammenhang, ggf. vor der Einreichung des Formulars anwaltlichen Rat einzuholen.

Sollten Sie die zur Forderungsanmeldung erforderlichen Schritte innerhalb der obigen Frist nicht vornehmen, wird eine Geltendmachung Ihrer Ansprüche im amerikanischen Insolvenzverfahren zu einem späteren Zeitpunkt nicht mehr möglich sein.

Diese Information haben wir von der Lagerstelle für Wertpapiere des Emittenten Lehman Brothers Holdings Inc. erhalten. Wir leiten diese aufgrund der mit Ihnen vereinbarten Sonderbedingungen für Wertpapiergeschäfte an Sie weiter.

Mit freundlichen Grüßen

Ihre
Deutsche Bank
Privat- und Geschäftskunden AG

Dieses Schreiben ist ohne Unterschrift gültig.