B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **LEHMAN BROTHERS HOLDINGS INC.,**          Case No. **08-13555**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **LIQUIDITY SOLUTIONS, INC.** | **GRIFFIN, WILLIAM D. and LISA** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent

**LIQUIDITY SOLUTIONS, INC**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**

Court Claim # (if known): **11492**
Amount of Claim: **$74,611.77**
Date Claim Filed: **09/11/2009**

Phone: **(201) 968-0001**                                    Phone: _____
Last Four Digits of Acct #: _____                  Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/Jeff Caress                                        Date:  6/13/2012
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**3328103**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **LEHMAN BROTHERS HOLDINGS INC.,**          Case No. **08-13555**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **11492** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **6/13/2012**.

| | |
|---|---|
| **LIQUIDITY SOLUTIONS, INC.** | **GRIFFIN, WILLIAM D. and LISA** |
| Name of Alleged Transferee | Name of Transferor |
| | |
| Address of Alleged Transferee: | Address of Transferor: |
| **One University Plaza, Suite 312** | **GRIFFIN, WILLIAM D. and LISA** |
| **Hackensack, NJ 07601** | **6538 NORWAY ROAD** |
| | **DALLAS, TX 75230** |

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                              _____
                                                     **CLERK OF THE COURT**

**3328103**

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 281: EXHIBIT A - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

|  | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 73 | GRIFFIN, WILLIAM D. AND LISA<br>6538 NORWAY ROAD<br>DALLAS, TX 75230-5242 | 11492 | 09/11/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $74,611.77 |
| 74 | H. GROSS FAMILY LP<br>C/O HENRY GROSS<br>444 MADSION AVENUE, 18TH FL<br>NEW YORK, NY 10022 | 16254 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $229,300.00 | Lehman Brothers Holdings Inc. | Unsecured | $176,982.30 |
| 75 | HAQUE, AISHA<br>171 WEST 57TH STREET<br>APARTMENT 3C<br>NEW YORK, NY 10019 | 32730 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $33,371.00 | Lehman Brothers Holdings Inc. | Unsecured | $25,311.00 |
| 76 | HAROLD SHAMAH 2010 FAMILY TRUST<br>TRANSFEROR:<br>SHAMAH 2000 FAMILY TRUST<br>C/O HIS JUVENILES # 1004<br>35 WEST 35TH STREET<br>NEW YORK, NY 10001 | 22072 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $275,388.15 | Lehman Brothers Holdings Inc. | Unsecured | $224,185.60 |
| 77 | HARTZELL, TIMOTHY NOLAN<br>50 WOOSTER STREET, APT 6<br>NEW YORK, NY 10013 | 32551 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $91,653.90 | Lehman Brothers Holdings Inc. | Unsecured | $74,611.77 |

## TRANSFER NOTICE

Griffin, William D. and Lisa ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim #11492 of Assignor as set forth in the Agreement against Lehman Brothers Holdings Inc. (the "Debtor"), in the aggregate amount of $74,611.77 pending against Debtor in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. 08-13555.

IN WITNESS WHEREOF, Assignor has signed below as of the __10__ day of __May__, 2012.


Griffin, William D. and Lisa                    Liquidity Solutions, Inc.


By: _____           By: _____
(Signature)                                     (Signature)

_____                   _____
(Print Name of Witness)                         (Print Name and Title)
Leslie Wilson                                   Jeff Caress
                                                Liquidity Solutions, Inc.