Exhibit E

B210A (Form 210A) (12/09)

United States Bankruptcy Court

Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors. Case No. 08-13555 (JMP) (Jointly Administered)
In re Lehman Brothers Special Financing, Inc., Debtor. Case No. 08-13888 (JMP)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Goldman Sachs Lending Partners LLC<br><br>Name of Transferee | SPCP Group, LLC<br><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br>**Goldman Sachs Lending Partners LLC**<br>**30 Hudson Street, 38th Floor**<br>**Jersey City, NJ 07302**<br>**Attn: Lauren Day**<br>**Email: gsd.link@gs.com**<br>**Tel: (212) 934-3921** | Court Claim # (if known):  34197<br>Amount of Claim:  $6,126,900.14 reduced from $12,496,044.00<br>Date Claim Filed:  September 21, 2009<br>Debtor:  Lehman Brothers Special Financing, Inc. |
| Phone:<br>Last Four Digits of Acct #: | Phone:<br>Last Four Digits of Acct #: |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Phone:<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: MAY 24, 2012
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
    Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: MAY 24, 2012
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
    Transferor/Transferor's Agent

**Jennifer Poccia
Authorized Signatory**

Exhibit D

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO: LEHMAN BROTHERS SPECIAL FINANCING, INC.
("Debtor") Case No. 08-13888 (the "Case")

Claim # 34197

SPCP Group, LLC. ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Goldman Sachs Lending Partners LLC
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn: Lauren Day
Email: gsd.link@gs.com
Tel: (212) 934-3921

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 34197, solely to the extent of $6,126,900.14, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated __MAY 24__, 2012.

SPCP GROUP, LLC                              GOLDMAN SACHS LENDING PARTNERS LLC

By: _____                   By: _____
Name: _____                   Name: _____
Title: _____                  Title: _____

                                             Ivan Anderson
                                             Authorized Signatory

Exhibit D

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO: LEHMAN BROTHERS SPECIAL FINANCING, INC.
("Debtor") Case No. 08-13888 (the "Case")

Claim # 34197

**SPCP Group, LLC.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:
 Goldman Sachs Lending Partners LLC
 30 Hudson Street, 38th Floor
 Jersey City, NJ 07302
 Attn: Lauren Day
 Email: gsd.link@gs.com
 Tel: (212) 934-3921

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 34197, solely to the extent of $6,126,900.14, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 24, 2012.

| SPCP GROUP, LLC | GOLDMAN SACHS LENDING PARTNERS LLC. |
|---|---|
| By: _____ | By: _____ |
| Name: Jennifer Poccia | Name: _____ |
| Title: Authorized Signatory | Title: _____ |