# EXHIBIT B

08-13555-mg    Doc 28637-2    Filed 06/13/12    Entered 06/13/12 17:40:21    Exhibit B - Summary of Unpaid Invoices    Pg 1 of 3

| Invoice | Date | Balance | Current | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|---|---|---|
| 79537 | 1/31/2007 | 1,653.20 | - | - | - | - | 1,653.20 |
| 70603 | 12/27/2005 | 6,039.95 | - | - | - | - | 6,039.95 |
| 73782 | 5/22/2006 | 22,073.42 | - | - | - | - | 22,073.42 |
| 92415 | 9/4/2008 | 1,000.00 | 1,000.00 | - | - | - | - |
| 92416 | 9/4/2008 | 11,000.00 | 11,000.00 | - | - | - | - |
| 92530 | 9/8/2008 | 653.59 | 653.59 | - | - | - | - |
| 87879 | 1/31/2008 | 1,000.00 | - | - | - | - | 1,000.00 |
| 87708 | 12/31/2007 | 1,398.14 | - | - | - | - | 1,398.14 |
| 81319 | 3/31/2007 | 1,158.46 | - | - | - | - | 1,158.46 |
| 82824 | 6/26/2007 | 2,100.00 | - | - | - | - | 2,100.00 |
| 82037 | 5/23/2007 | 16,000.00 | - | - | - | - | 16,000.00 |
| 90184 | 5/28/2008 | 11,240.00 | - | - | - | - | 11,240.00 |
| 90056 | 4/30/2008 | 2,826.63 | - | - | - | - | 2,826.63 |
| 90925 | 7/7/2008 | 18,913.38 | - | - | 18,913.38 | - | - |
| 91649 | 8/5/2008 | 7,368.67 | - | 7,368.67 | - | - | - |
| 92427 | 9/5/2008 | 2,483.70 | 2,483.70 | - | - | - | - |
| 92960 | 9/15/2008 | 2,503.15 | 2,503.15 | - | - | - | - |
| | | 109,412.29 | 17,640.44 | 7,368.67 | 18,913.38 | - | 65,489.80 |

| | | |
|---|---|---|
| Received 1-7-2009 | 63,733.67 | |
| Written-off 11-2008 | 45,678.62 | |
| | 109,412.29 | |

Project Number

Y050633 Lehman Brothers-101 Hudson St-32nd Fl Da / Partner in Charge: L'Insalata / Project Manager: L'Insalata
Y050946 Lehman Bros. - 65 Broadway Evaluation / Partner in Charge: L'Insalata / Project Manager: L'Insalata
Y060322 Lehman Brothers-PR6 Emergency Generators / Partner in Charge: Jocelyn / Project Manager: Jocelyn
Y060468 Lehman Brothers-Piscataway Data Center-C / Partner in Charge: Jocelyn / Project Manager: Thornhill
Y060468 Lehman Brothers-Piscataway Data Center-C / Partner in Charge: Jocelyn / Project Manager: Thornhill
Y060468 Lehman Brothers-Piscataway Data Center-C / Partner in Charge: Jocelyn / Project Manager: Thornhill
Y060468-A Lehman Brothers-Piscataway EMI Testing A / Partner in Charge: Jocelyn / Project Manager: Piasecki
Y060468-E Lehman Brothers-Mechanical UPS FAT / Partner in Charge: Jocelyn / Project Manager: Piasecki
Y070271 Lehman Brothers-Mexico Transformer Test / Partner in Charge: L'Insalata / Project Manager: L'Insalata
Y070271 Lehman Brothers-Mexico Transformer Test / Partner in Charge: L'Insalata / Project Manager: L'Insalata
Y070359 Lehman Brothers-27 Commerce Drive Cranfo / Partner in Charge: Jocelyn / Project Manager: Piasecki
Y080364-000 Lehman Brothers - Mexico Office Due / Partner in Charge: L'Insalata / Project Manager: L'Insalata
Y080365-000 Lehman Brothers - Brazil Office DR / Partner in Charge: L'Insalata / Project Manager: L'Insalata
Y080365-000 Lehman Brothers - Brazil Office DR / Partner in Charge: L'Insalata / Project Manager: L'Insalata
Y080365-000 Lehman Brothers - Brazil Office DR / Partner in Charge: L'Insalata / Project Manager: L'Insalata
Y080365-000 Lehman Brothers - Brazil Office DR / Partner in Charge: L'Insalata / Project Manager: L'Insalata
Y080365-000 Lehman Brothers - Brazil Office DR / Partner in Charge: L'Insalata / Project Manager: L'Insalata

*Aged as of 9-30-2008
*Job-to-Date through 9/30/2008