Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | ANZ Nominees Ltd. |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 3330
Fax: +44 113 336 2010
Attention: Simon Glennie
E-mail: simon.glennie@db.com

Court Claim # (if known): 56072

Amount of Claim (transferred): AUD 6,000,000.00 plus all interest, costs and fees relating to the claim

Date Claim Filed: 29 October 2009

Tel: N/A

Last Four Digits of Acct. #: N/A    Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]    Date: 14 JUNE 2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Duncan Robertson
Director

Michael Sutton
Managing Director

*PARTIAL Transfer of LBHI Claim # 56072*
*PROGRAM SECURITY*

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1.   For value received, the adequacy and sufficiency of which are hereby acknowledged, **ANZ Nominees Ltd.** ("Seller"), acting on its own behalf and as trustee for **Tasmanian Perpetual Trustees Ltd** ("Client"), hereby unconditionally and irrevocably sells, transfers and assigns to **Deutsche Bank AG, London Branch** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 hereto, in Seller and Client's right, title and interest in and to Proof of Claim Number 56072 filed by Seller (a copy of which is attached at Schedule 2 hereto) (the "Proof of Claim") as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller and Client relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller and Client's right, title and interest in, to and under the transfer agreements, if any, under which Seller, Client or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in Schedule 1 attached hereto.

2.   Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller has been duly authorized to sell, transfer and assign the Transferred Claims by the owner of Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Portion specified in Schedule 1 attached hereto; (f) neither Seller, Client nor any of their predecessors-in-title has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) neither Seller, Client nor any of their predecessors-in-title has accelerated the Purchased Securities; and (f) Seller has duly and validly submitted to the Debtor's claims agent, Epiq Bankruptcy Solutions, LLC an accurate and appropriate Internal Revenue Service tax form and OFAC certification with respect to the Transferred Claims in accordance with the procedures set out at http://dm.epiq11.com/LBH/Project/default.aspx on 13 March 2012 (a screenshot of the web page is attached in Schedule 3 hereto).

3.   Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for

DB Ref: 10109                                              Confidential

all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 14 day of June 2012.

**ANZ NOMINEES LTD.**

By: _[signature]_
Name: Guy Boyd
Title: Director

By: _[signature]_
Name: Paul Garry
Title: DIRECTOR

ANZ Centre Melbourne,
Level 9, 833 Collins Street,
Docklands VIC 3008

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _[signature]_
Name: Ross Miller
Title: Director

Winchester House
1, Great Winchester Street
London EC2N 2DB
ENGLAND
Attn: Michael Sutton

Duncan Robertson
Director

Confidential

Schedule 1

Transferred Claims

Purchased Portion

100% (including all interest, costs and fees relating thereto) of the claim that is referenced in the Proof of Claim and relating to the Purchased Security described below.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Blocking Number | Issuer | Guarantor | Principal/Notional Amount | Maturity |
|---|---|---|---|---|---|---|
| MTN4895 | AU300LBTC029 | CA25870 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | AUD 6,000,000.00 | 8/24/2011 |

ConfidentialSchedule 1-1

Schedule 2

Copy of Proof of Claim 56072

ConfidentialSchedule 1–1

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000056072 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
ANZ Nominees Ltd
In trust for Tasmanian Perpetual Trustees Ltd
23 Paterson Street, Launceston, Tasmania
Australia 7250
Legal owner: ANZ Nominees Ltd
Beneficial owner: Tasmanian Perpetual Trustees Ltd
Telephone number: 03-62221243 Email Address: stevenhart@tptl.com.au

☐ Check this box to indicate that this claim amends a previously filed claim.
Court Claim Number: _____
(If known)
Filed on: _____

Name and address where payment should be sent (if different from above):
Manager Investment Services
C/- Tasmanian Perpetual Trustees Ltd
Level 10, 39 Murray St, Hobart, Tasmania
Australia 7000
Telephone number: 03-62221243 Email Address: stevenhart@tptl.com.au

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 7471114.67 (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): AU300LBTC029 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
CA25870 (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
89583 (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY
FILED / RECEIVED
OCT 29 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 26.10.09
Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
duly authorised officer of Tasmanian Perpetual Trustees Ltd

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

From: ANZ Banking Group     Page: 1/3     Date: 8/18/2006 5:04:12 PM

Fixed Interest Operations
Level 12, 530 Collins Street, Melbourne Vic 3000
PO Box 253, Collins Street West
Melbourne Vic 8007
Telephone +61 3 9273 1940
Facsimile +61 3 9273 2202
www.anz.com
Australia and New Zealand Banking Group Limited
ABN 11 005 357 522

**ANZ Investment Bank**

TASMANIAN PERPETUAL TRUSTEES LIMITED        Date: 18/08/2006

114 MURRAY STREET
HOBART TAS 7000

Trade Reference: BOND278900
Account Reference: TASMPETLTDHOBAU

SAFE CUSTODY NUMBER 32140121

Dear Sir/Madam,

We confirm the following security trade.

| | | |
|---|---|---|
| Buyer | : | TASMANIAN PERPETUAL TRUSTEES LIMITED |
| Seller | : | Australia and New Zealand Banking Group Limited |
| Transaction Date: | : | 17 August 2006 |
| Settlement Date: | : | 24 August 2006 |
| Security Description: | : | Floating Rate Note |
| Issuer: | : | Lehman Brothers Treasury Co B.V. |
| Maturity Date: | : | 24 August 2011 |
| Coupon Rate | : | 3 M AUD-BBR-BBSW +0.320000% |
| Coupon Frequency | : | Quarterly |
| ISIN Number | : | AU300LBTC029 |
| Price | : | 100.000000 |
| Yield | : | Not Applicable |

| | | | $ PER HUNDRED |
|---|---|---|---|
| Face Amount | : | AUD$3,000,000.00 | |
| Principal | : | AUD$3,000,000.00 | 100.000000 |
| Interest | : | AUD$0.00 | 0.000000 |
| Settlement Consideration: | : | AUD$3,000,000.00 | 100.000000 |
| Settlement Ref | : | LBTC02 | |
| Settlement Method | : | | |
| | : | Your LEDGER ANZN30 | |

We accept your instructions to hold these securities on your behalf, under the name of TASMANIAN PERPETUAL TRUSTEES LIMITED. We also confirm that while in the banks' possession we assume liability for the custodianship of these securities.

The funds will be credited to your account upon maturity unless otherwise instructed.

Australia and New Zealand Banking Group Ltd is subject to the Privacy Act 1988 (Australia). A copy of the applicable Privacy Policy can be found on www.anz.com.

Please contact our Operations staff on the above telephone number if this transaction is not in order.

Page 1 of 3        Our Ref: BOND278900

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: ANZ Banking Group     Page: 1/3     Date: 10/17/2006 5:31:40 PM

Fixed Interest Operations
Level 12, 530 Collins Street, Melbourne Vic 3000
PO Box 253, Collins Street West
Melbourne Vic 8007
Telephone +61 3 9273 1940
Facsimile +61 3 9273 2202
www.anz.com
Australia and New Zealand Banking Group Limited
ABN 11 005 357 522

## ANZ Investment Bank

TASMANIAN PERPETUAL TRUSTEES LIMITED     Date: 17/10/2006

114 MURRAY STREET
HOBART TAS 7000

Trade Reference: BOND300036
Account Reference: TASMPETLTDHOBAU

SAFE CUSTODY NUMBER 32140121

6.19

Dear Sir/Madam,

We confirm the following security trade.

| | |
|---|---|
| Buyer | : TASMANIAN PERPETUAL TRUSTEES LIMITED |
| Seller | : Australia and New Zealand Banking Group Limited |
| Transaction Date: | 17 October 2006 |
| Settlement Date: | 20 October 2006 |
| Security Description: | Floating Rate Note |
| Issuer: | Lehman Brothers Treasury Co B.V. |
| Maturity Date: | 24 August 2011 |
| Coupon Rate | : 3 M AUD-BBR-BBSW +0.320000% |
| Coupon Frequency | : Quarterly |
| ISIN Number | : AU300LBTC029 |
| Price | : 100.117000 |
| Yield | : Not Applicable |
| Face Amount | AUD$3,000,000.00 |
| Principal | AUD$3,003,510.00 |
| Interest | AUD$30,510.00 |
| Settlement Consideration: | AUD$3,034,020.00 |
| Settlement Ref | LBTC02 |
| Settlement Method | |
| | Your LEDGER ANZN30 |

| $ PER HUNDRED | |
|---|---|
| 100.117000 | |
| 1.017000 | |
| 101.134000 | |

We accept your instructions to hold these securities on your behalf, under the name of TASMANIAN PERPETUAL TRUSTEES LIMITED. We also confirm that while in the banks' possession we assume liability for the custodianship of these securities.

The funds will be credited to your account upon maturity unless otherwise instructed.

Australia and New Zealand Banking Group Ltd is subject to the Privacy Act 1988 (Australia). A copy of the applicable Privacy Policy can be found on www.anz.com.

Please contact our Operations staff on the above telephone number if this transaction is not in order.

Page 1 of 3     Our Ref: BOND300036

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com




Schedule 3

Screenshot of http://dm.epiq11.com/LBH/Project/default.aspx on 13 March 2012

Confidential

Claim Question? Call: 866-879-0688   Technical Support Question? Call: 800 794 4430                    Guest | Sign In



Lehman Brothers Holdings Inc. (Chapter 11)
Change Client

Client Home   Claims   Docket   Key Documents

Home › Client Home                                                                                     Bookmark this Page

# LEHMAN BROTHERS

**Weil**

| General Information | Case Information | Bar Date Information and Forms | Distribution Information | Key Parties | Estate Information |

### Notice to Holders of Allowed Claims Regarding Plan Distributions

PLEASE TAKE NOTICE that **in order to receive any distributions** to which you may be entitled under the confirmed Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"), **you must submit** to Epiq Bankruptcy Solutions, LLC ("Epiq") **both**

i. the appropriate Internal Revenue Service tax form ("Tax Form"), **and**
ii. a form certifying that neither you nor, to the best of your knowledge, any person or entity for whom you may be acting or who may be the beneficial owner of a claim, security, or interest that is in your name or control is a person or entity with whom it is illegal for a U.S. person to transact under (a) the Office of Foreign Assets Control sanctions regulations or (b) the list of Specially Designated Nationals and Blocked Persons (the "OFAC Certification").

**Unless Epiq receives original copies of each of your properly completed Tax Form and OFAC Certification by March 23, 2012, you will not receive any distributions to which you may be entitled under the Plan on the initial distribution date.**

Blank Tax Forms and OFAC Certification Regarding Status are available for download below

Tax Forms
OFAC Certification Regarding Status

The required forms were previously mailed to all holders of allowed claims. A copy of the most recent letter mailed to parties whom Epiq had not received one or both of the required forms by February 10, 2012 (the "Request Letter") is available here. The Request Letter provides additional information concerning the type of Tax Form to be provided based on the nature of the payment and the status of the payee. Forms must be submitted to:

| If by first-class mail: |
|---|
| Lehman Brothers Holdings Claims Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 |
| If by Hand Delivery, Overnight mail or Courier requiring a signature: |
| Epiq Bankruptcy Solutions, LLC<br>Attn: Lehman Brothers Holdings Claims Processing<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 |

*Holders of debt securities issued by LBHI for which an indenture trustee is the claim holder do not need to provide to the Debtors a Tax Form or OFAC Certification in order to receive a distribution. The Indenture Trustees are required to provide such forms to the Debtors relating to the claims.

### Requests by Holders of Allowed Claims for Wire Transfers in lieu of Checks

The Debtors are providing creditors the option to have payments sent via wire transfer, for a fee, rather than by check. The **per wire** fee will be $20 for a transfer to a U.S. bank account or $35 for a transfer to a non-U.S. bank account (the "Wire Transfer Fee"). The Wire Transfer Fee will be deducted from the amount of the distribution you would otherwise receive.

Please note that each Debtor will make its own distribution, and if a creditor is entitled to receive payments from more than one Debtor, a Wire Transfer Fee will be deducted from each payment. Each Debtor will, however, to the extent practicable, make aggregate distributions on account of all of the claims held by a particular creditor. All payments under the Plan will be made from bank accounts in the United States, denominated in U.S. Dollars.

In order to receive distributions to which you may be entitled by wire, you must complete and return a Wire Request Form so that it is received by Epiq prior to the distribution record date for a given distribution. Please contact Epiq via email at lehmancallcenter@epiqsystems.com, or by phone at 866-879-0688 (toll-free from the U.S.) +1 503-597-7691 (non U.S.) for information about how to obtain a Wire Request Form.

### Key Documents

- Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (Docket No. 22973) (December 5, 2011) (the "Plan") (Note: This document is 22 MB. Depending on the speed of your download, this process may take a few minutes.)
- Order Confirming Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (Docket No. 23023) (December 6, 2011)
- Notice of Entry of Order Confirming Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (January 19, 2012)
- Notice to Holders of Allowed Claims (Docket No. 25330) (February 15, 2012)
- Post Effective Date FAQ's (March 6, 2012)
- Notice of Effective Date and Distribution Date in Connection With the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (Docket 26039) (March 6, 2012)

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at

the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.