**SEWARD & KISSEL LLP**
Ronald L. Cohen (RC-3897)
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 574-1200
Facsimile:  (212) 480-8421

Attorneys for Law Debenture Trust Company of New York, as Separate Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT Law Debenture Trust Company of New York

("Law Debenture"), as separate trustee on behalf of the First Franklin Mortgage Loan Trust,

2006-FFA and the First Franklin Mortgage Loan Trust, 2006-FFB, by and through its counsel,

Seward & Kissel LLP, hereby appears in the above-captioned chapter 11 cases (the "Cases")

pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"),

as a party-in-interest with respect to the above-captioned debtors (the "Debtors").

PLEASE TAKE FURTHER NOTICE that Law Debenture, as a party-in-interest,

requests, pursuant to Bankruptcy Rules 2002, 7005, 9007 and 9010 and Sections 102(1), 342 and

1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all

notices given or required to be given in these Cases and all papers served or required to be

served in these Cases, including but not limited to all notices filed and served in all adversary

proceedings in such cases, be given to and served upon the undersigned at the following office

addresses, telephone numbers and e-mail addresses:

> Ronald L. Cohen, Esq.
> Seward & Kissel LLP
> One Battery Park Plaza
> New York, New York 10004
> Tel.:  (212) 574-1200
> Fax:  (212) 480-8421
> E-mail:  cohen@sewkis.com
>
> James D. Heaney
> Law Debenture Trust Company of New York
> 400 Madison Avenue, 4th Floor
> New York, New York 10017
> Tel.:  (212) 750-6474
> Fax:  (212) 750-1361
> E-mail:  james.heaney@lawdeb.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of

any application, motion, petition, pleading, request, complaint or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the

Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed

to be a waiver of Law Debenture's right (1) to have final orders in non-core matters entered only

after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in

these Cases or any case, controversy or proceeding related to these Cases, (3) to have the District

Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or

(4) to any other rights, claims, actions, setoffs or recoupments to which Law Debenture is or may

be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and

recoupments Law Debenture expressly reserves.

Dated: New York, New York
       June 14, 2012

                      SEWARD & KISSEL LLP

                      By:  /s/  Ronald L. Cohen
                      Ronald L. Cohen (RC-3897)
                      One Battery Park Plaza
                      New York, New York 10004
                      Tel.: (212) 574-1200
                      Fax: (212) 480-8421
                      Email: cohen@sewkis.com

                      Attorneys for Law Debenture Trust Company of
                      New York, as Separate Trustee

SK 16271 0057 1298586