# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

June 14, 2012

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY  10004

**Re: ADR Procedures Order Dated 9/17/09 ("Order")**
    **Thirty-first Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the thirty-first) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order dated September 10, 2010. Debtors will file this report on the docket in advance of the June 13, 2012 omnibus hearing.

In the just-ended 31-day period, Debtors served seven additional ADR Notices in Tier I. When added to the total Notices served in Tier Two, the total number of Notices served is now 248. Also during the immediately past reporting period, Debtors achieved settlements with counterparties in three additional ADR matters, one as a result of mediation. Upon closing of those settlements, Debtors will have received an aggregate total of $1,163,788,799 new dollars for the Debtors' estates. Settlements have now been achieved in 205 ADR matters involving 227 counterparties.

Honorable James M. Peck  **Weil, Gotshal & Manges LLP**
June 14, 2012
Page 2

To date, of the 78 ADR matters that have reached the mediation stage and have been concluded, 74 have been settled in mediation. Only four mediations have terminated without settlement. Five additional mediations have been scheduled to commence on the following dates: July 10 and 11; August 22; and September 11 and 25, 2012.

Respectfully submitted,

*Peter Gruenberger (mp)*

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc: Jacob Esher, Esq.
    James Freund, Esq.
    David Geronemus, Esq.
    Ralph Mabey, Esq.
    David Cohen, Esq.
    (all cc's via E-mail)

Honorable James M. Peck  
June 14, 2012  
Page 3

**Weil, Gotshal & Manges LLP**

bcc:   Locke McMurray  
      Martha Solinger  
      Thomas Hommel  
      Lawrence Brandman  
      Lehman Lit ADR Group