CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
James Heiser (JH-3660)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | CHAPTER 11 <br><br> CASE NO. 08-13555 (JMP) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jeremy D. Schreiber, an attorney, hereby certify that prior to 4:00 pm EST on the 14th day of June, 2012, I caused a true and correct copy of the **Response of U.S. Bank National Association, As Trustee, to the Debtors' Three Hundred and Fourth Omnibus Objection to Calims (Duplicative Derivative Claims)** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Honorable James M. Peck <br> United States Bankruptcy Court for the <br>   Southern District of New York <br> Courtroom 601 <br> One Bowling Green <br> New York, NY 10004 | Robert J. Lemons, Esq. <br> Jacqueline Marcus, Esq. <br> Weil Gotshal & Manges LLP <br> 767 Fifth Avenue <br> New York, NY 10153 |

Lehman COS.doc

- 2 -

| | |
|---|---|
| Tracy Hope Davis, Esq.<br>Andrea B. Schwartz, Esq.<br>Elisabetta Gasparini, Esq.<br>Office of the United States Trustee for the<br>    Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 | Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |

/s/ Jeremy D. Schreiber
_____
Jeremy D. Schreiber