UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. BANKRUPTCY COURT

2012 JUN -7  P 4:04

S.D. OF N.Y.

----------------------------------------x

In re:                                                    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al., :    08-13555 (JMP)- ja

Debtors. :
----------------------------------------x

NOTICE OF APPEAL — AMENDED

WILLIAM KUNTZ, III WHO APPEARS HERE PRO SE, HEREBY APPEALS

THE ADVERSE MEMO-DECISION AND ORDER OF THE 10TH OF NOV, 2010

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN

DISTRICT OF NEW YORK.

RECEIVED NOV 16 2010 U.S. BANKRUPTCY COURT, SDNY

RESPECTFULLY,

WILLIAM KUNTZ, III
INDIA ST
PO BOX 1801
NANTUCKET, MA 02554-1801
508-435-5858

NOV 14, 2010

HOPKINTON, MASS

as ATTACHED

Prior
See
pain

I hereby amend the foregoing
notice of Appeal of May 14, 2012
to reflect the subsequent Decision &
order of June 1, 2012

as amended

William Kuntz
Dubois St    PO Box 1801
Nantucket MA 02554-1801
508-775-5225

June 8, 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (JMP) |
| Debtors. : | (Jointly Administered) |

------------------------------------------------------------x

### ORDER DENYING MOTION OF WILLIAM KUNTZ III FOR RECONSIDERATION OF DECISION GRANTING OBJECTIONS TO HIS CLAIMS

Upon consideration of the motion, dated November 7, 2011, ECF No. 22236 (the "Motion"), of William Kuntz, III to vacate or modify the decision of this Court granting Debtors' Objection to Claims 33550, 33551, 33552, 35121 and 35430 of William Kuntz III, entered on November 10, 2010, ECF No. 12662, all as more fully described in the Motion; and upon consideration of the Objection of Lehman Brothers Holdings Inc. to the Motion, filed April 17, 2012, ECF No. 27400, and the arguments of counsel; and the Court having held a hearing on the Motion on April 26, 2012; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is **DENIED**; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      June 1, 2012

                                            *s/ James M. Peck*
                                            Honorable James M. Peck
                                            United States Bankruptcy Judge