B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Morgan Stanley Senior Funding, Inc.</u>            <u>Cargill International Trading PTE Ltd.</u>
Name of Transferee                  Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>33136</u>
should be sent:                    Amount of Claim Transferred: <u>$1,627,257.00</u>
                        Date Claim Filed: <u>September 22, 2009</u>
Josh Rawlins                    Debtor:  <u>Lehman Brothers Commodity Services Inc.</u>
joshua.rawlins@morganstanley.com
(212) 761-2991
Morgan Stanley Senior Funding, Inc.
1585 Broadway, 2nd Floor
New York, NY 10036

<u>With a copy to:</u>

Richards Kibbe & Orbe LLP
Attn: Managing Clerk (Bankruptcy)
One World Financial Center
New York, NY 10281

Phone:_____    Phone:_____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments

726465v.5 892/04399            23

should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____John Ragusa_____  Date: _____May 31, 2012_____
Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

By: Aveline Chew_____  Date: 31 May 2012_____
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.