# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 287: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | CA INC. ATTENTION: ROBERT AUSTEN ONE CA PLAZA ISLANDIA, NY 11792 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/17/2009 | 3806 | $394,163.00 |
| 2 | CAMBIUM MANAGEMENT INC C/O FALCON CLIFF PALACE ROAD DOUGLAS, IM2 4LB UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33146 | $389,618.00 |
| 3 | CQG, INC. ATTN: BILLING 1050 17TH ST., SUITE 2000 DENVER, CO 80265 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/14/2008 | 181 | $5,123.16 |
| 4 | JOHNSON CONTROLS INC ATTN: BRIAN WILDERMAN M-72 507 E MICHIGAN ST MILWAUKEE, WI 53202 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/26/2008 | 35 | $4,239.63 |
| 5 | OUTTASK LLC (WHOLY-OWNED SUBSIDIARY OF CONCUR TECHNOLOGIES INC) ATTN LEGAL DEPARTMENT 18400 NE UNION HILL ROAD REDMOND, WA 98052 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2008 | 360 | $64,656.87 |
| 6 | STONE & MCCARTHY RESEARCH ASSOCIATES, INC. 518 BUSINESS PARK DR CN 845 PRINCETON, NJ 08542 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/08/2009 | 4808 | $1,035.00 |
| 7 | TRI-STAR DESIGN, INC 63 SOUTH ST STE 275 HOPKINTON, MA 01748-2239 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2008 | 7 | $288,000.00 |
| | | | | | TOTAL | $1,146,835.66 |

\* - Indicates claim contains unliquidated and/or undetermined amounts