B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>,

Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>HCN LP</u>
Name of Transferee

<u>JPMORGAN CHASE BANK, N.A.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Halcyon Asset Management LLC
477 Madison Avenue, 8th Floor
New York, NY 10022
Tel: 212-303-9487
Attn: Matt Seltzer
Email: mseltzer@halcyonllc.com

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): <u>13124 (28.57885322 % of such claim)</u>

Amount of Claim Transferred: <u>$4,170,105.35</u>

Date Claim Filed: <u>9/15/2009</u>

Debtor: <u>Lehman Brothers Commodity Services Inc.</u>

Phone: _____
Last Four Digits of Acct. #: _____

729471v.1 463/01178

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HCN LP
By:   Halcyon Offshore Asset Management LLC,
      its Investment Advisor

By: _____  David Martino    Date: 6/15/12
    Transferee/Transferee's Agent  Controller

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Thomas Hirschfeld
Managing Principal
Chief Operating Officer
Halcyon Offshore Asset Management LLC
Its Investment Advisor

729471v.1 463/01178