REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Special Financing Inc. 08-13888 (JMP) |
| **Creditor Name and Address:** | Onyx Funding Limited – Series 2005-1 c/o The Bank of New York Mellon-London Branch Attn: Sanjay Jobanputra – Vice President, Global Corporate Trust One Canada Square London E14 5AL England |
| **Court Claim Number:** | 18058 |
| **Date Claim Filed:** | September 18, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Onyx Funding Limited (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: June 15, 2012          BNY Mellon Corporate Trustee Services Ltd. *f/k/a*
                              BNY Corporate Trustee Services Ltd.

                              By: _____
                                  Name: Mark Brescacin
                                  Title: Authorised Signatory