**TARTER KRINSKY & DROGIN LLP**
*Attorneys for AKF Engineers, LLP*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8028
Scott S. Markowitz, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------ x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ss.:
COUNTY OF NEW YORK   )

Karen Menendez, being duly sworn, deposes and says:

I am over the age of eighteen, not a party to the action, and reside in the County of Queens, State of New York.

On June 14, 2012, I served true copies of **AKF Engineers, LLP's Response in Opposition to Debtors' Two Hundred Eighty-Sixth Omnibus Objection to Claims (Assigned Contract Claims)** by depositing the papers, enclosed in a first class postpaid wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the state, addressed to the following addressees on the attached Service List.

/s/ Karen Menendez
Karen Menendez

Sworn to before me this
14th day of June, 2012

/s/ Elizabeth Ellen Zaikowski
Elizabeth Ellen Zaikowski
Notary Public, State of New York
No. 01ZA618127
Qualified in Suffolk County
My Commission Expires 1/26/2016

{Client/002739/BANK293/00500688.DOC;1 }

## SERVICE LIST

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Robert J. Lemons, Esq.
        Maurice Horwitz, Esq.

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:  Tracy Hope Davis, Esq.
        Elisabetta Gasparini, Esq.
        Andrea Schwartz, Esq.