UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: Chapter 11
In re :
: Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :
Debtors. : (Jointly Administered)
:
:
-----------------------------------------------------------------x    Ref. Docket No. 28571

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                                ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 12, 2012, I caused to be served the "Summary Sheet Accompanying Final Application Of Moulton Bellingham PC, Special Counsel To The Debtors In Possession, Seeking Allowance And Payment Of Compensation And Reimbursement Of Actual And Necessary Expenses For March 1, 2011 Through March 5, 2012," filed June 11, 2012, to which was attached the "Final Application Of Moulton Bellingham PC, Special Counsel To The Debtors In Possession, Seeking Allowance And Payment Of Compensation And Reimbursement Of Actual And Necessary Expenses For March 1, 2011 Through March 5, 2012, dated June 11, 2012 [Docket No. 28571], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

    iii. copied to CD and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Pete Caris
Pete Caris

Sworn to before me this
13th day of June, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | ashmead@sewkis.com | christopher.schueller@bipc.com |
| aalfonso@willkie.com | asnow@ssbb.com | clarkb@sullcrom.com |
| abeaumont@fklaw.com | aunger@sidley.com | clynch@reedsmith.com |
| abraunstein@riemerlaw.com | austin.bankruptcy@publicans.com | cmontgomery@salans.com |
| acaton@kramerlevin.com | avenes@whitecase.com | cohenr@sewkis.com |
| acker@chapman.com | azylberberg@whitecase.com | colea@gtlaw.com |
| adam.brezine@hro.com | bankr@zuckerman.com | cp@stevenslee.com |
| adarwin@nixonpeabody.com | bankruptcy@goodwin.com | cpappas@dilworthlaw.com |
| Adiamond@DiamondMcCarthy.com | bankruptcy@morrisoncohen.com | craig.goldblatt@wilmerhale.com |
| aeckstein@blankrome.com | bankruptcy@ntexas-attorneys.com | crmomjian@attorneygeneral.gov |
| aentwistle@entwistle-law.com | bankruptcymatters@us.nomura.com | cs@stevenslee.com |
| afriedman@irell.com | barbra.parlin@hklaw.com | csalomon@beckerglynn.com |
| agbanknewyork@ag.tn.gov | bbisignani@postschell.com | cschreiber@winston.com |
| aglenn@kasowitz.com | bcarlson@co.sanmateo.ca.us | cshore@whitecase.com |
| agold@herrick.com | bdk@schlamstone.com | cshulman@sheppardmullin.com |
| agoldstein@tnsj-law.com | bguiney@pbwt.com | ctatelbaum@adorno.com |
| ahammer@freebornpeters.com | bill.freeman@pillsburylaw.com | cwalsh@mayerbrown.com |
| aisenberg@saul.com | bkmail@prommis.com | cward@polsinelli.com |
| akantesaria@oppenheimerfunds.com | bmanne@tuckerlaw.com | cweber@ebg-law.com |
| akolod@mosessinger.com | BMiller@mofo.com | cweiss@ingramllp.com |
| akornikova@lcbf.com | boneill@kramerlevin.com | dallas.bankruptcy@publicans.com |
| alum@ftportfolios.com | Brian.Corey@greentreecreditsolutions.com | daniel.guyder@allenovery.com |
| amarder@msek.com | brosenblum@jonesday.com | dave.davis@isgria.com |
| amartin@sheppardmullin.com | broy@rltlawfirm.com | david.bennett@tklaw.com |
| AMcMullen@BoultCummings.com | bruce.wright@sutherland.com | david.crichlow@pillsburylaw.com |
| amenard@tishmanspeyer.com | bstrickland@wtplaw.com | david.heller@lw.com |
| anann@foley.com | btrust@mayerbrown.com | david.powlen@btlaw.com |
| Andrew.Brozman@cliffordchance.com | bturk@tishmanspeyer.com | david.seligman@kirkland.com |
| andrew.lourie@kobrekim.com | bwolfe@sheppardmullin.com | davids@blbglaw.com |
| angelich.george@arentfox.com | bzabarauskas@crowell.com | davidwheeler@mvalaw.com |
| ann.reynaud@shell.com | cahn@clm.com | dbalog@intersil.com |
| anthony_boccanfuso@aporter.com | calbert@reitlerlaw.com | dbarber@bsblawyers.com |
| aoberry@bermanesq.com | canelas@pursuitpartners.com | dbaumstein@whitecase.com |
| aostrow@beckerglynn.com | carol.weinerlevy@bingham.com | dbesikof@loeb.com |
| apo@stevenslee.com | cbelisle@wfw.com | dcimo@gjb-law.com |
| aquale@sidley.com | cbelmonte@ssbb.com | dcoffino@cov.com |
| araboy@cov.com | cbrotstein@bm.net | dcrapo@gibbonslaw.com |
| arahl@reedsmith.com | cdesiderio@nixonpeabody.com | ddavis@paulweiss.com |
| arheaume@riemerlaw.com | cgoldstein@stcwlaw.com | ddrebsky@nixonpeabody.com |
| arlbank@pbfcm.com | chammerman@paulweiss.com | ddunne@milbank.com |
| arosenblatt@chadbourne.com | chardman@klestadt.com | deggermann@kramerlevin.com |
| arthur.rosenberg@hklaw.com | charles@filardi-law.com | deggert@freebornpeters.com |
| arwolf@wlrk.com | charles_malloy@aporter.com | demetra.liggins@tklaw.com |
| aseuffert@lawpost-nyc.com | chipford@parkerpoe.com | dfelder@orrick.com |
| ashaffer@mayerbrown.com | chris.donoho@lovells.com | dflanigan@polsinelli.com |

| | | |
|---|---|---|
| dgrimes@reedsmith.com | enkaplan@kaplanlandau.com | israel.dahan@cwt.com |
| dhayes@mcguirewoods.com | eobrien@sbchlaw.com | iva.uroic@dechert.com |
| dheffer@foley.com | erin.mautner@bingham.com | jacobsonn@sec.gov |
| diconzam@gtlaw.com | eschaffer@reedsmith.com | james.mcclammy@dpw.com |
| djoseph@stradley.com | eschwartz@contrariancapital.com | james.sprayregen@kirkland.com |
| dkleiner@velaw.com | esmith@dl.com | jamestecce@quinnemanuel.com |
| dkozusko@willkie.com | etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com |
| dlemay@chadbourne.com | ezujkowski@emmetmarvin.com | jar@outtengolden.com |
| dlipke@vedderprice.com | ezweig@optonline.net | jason.jurgens@cwt.com |
| dludman@brownconnery.com | fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| dmcguire@winston.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dmurray@jenner.com | fhyman@mayerbrown.com | Jbecker@wilmingtontrust.com |
| dneier@winston.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dodonnell@milbank.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dove.michelle@dorsey.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dowd.mary@arentfox.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dpegno@dpklaw.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| draelson@fisherbrothers.com | gbray@milbank.com | jchristian@tobinlaw.com |
| dravin@wolffsamson.com | geraci@thalergertler.com | jdoran@haslaw.com |
| drose@pryorcashman.com | ggitomer@mkbattorneys.com | Jdrucker@coleschotz.com |
| drosenzweig@fulbright.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drosner@goulstonstorrs.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosner@kasowitz.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| dshaffer@wtplaw.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| dshemano@pwkllp.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dspelfogel@foley.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dtatge@ebglaw.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dtheising@harrisonmoberly.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dwdykhouse@pbwt.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dwildes@stroock.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dworkman@bakerlaw.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| easmith@venable.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| echang@steinlubin.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| ecohen@russell.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| efleck@milbank.com | holsen@stroock.com | jfox@joefoxlaw.com |
| efriedman@fklaw.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efriedman@friedumspring.com | hseife@chadbourne.com | jg5786@att.com |
| egeekie@schiffhardin.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| eglas@mccarter.com | hsteel@brownrudnick.com | jguy@orrick.com |
| ehollander@whitecase.com | icatto@mwe.com | jherzog@gklaw.com |
| ekbergc@lanepowell.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| elevin@lowenstein.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eli.mattioli@klgates.com | info2@normandyhill.com | jhuggett@margolisedelstein.com |
| ellen.halstead@cwt.com | ira.herman@tklaw.com | jim@atkinslawfirm.com |
| emerberg@mayerbrown.com | isgreene@hhlaw.com | jjoyce@dresslerpeters.com |

| | | |
|---|---|---|
| jjtancredi@daypitney.com | jwang@sipc.org | Lmay@coleschotz.com |
| jjureller@klestadt.com | jwcohen@daypitney.com | lmcgowen@orrick.com |
| jkehoe@btkmc.com | jweiss@gibsondunn.com | lml@ppgms.com |
| jlamar@maynardcooper.com | jwest@velaw.com | lnashelsky@mofo.com |
| jlawlor@wmd-law.com | jwh@njlawfirm.com | loizides@loizides.com |
| jlee@foley.com | kanema@formanlaw.com | lromansic@steptoe.com |
| jlevitin@cahill.com | karen.wagner@dpw.com | lscarcella@farrellfritz.com |
| jlipson@crockerkuno.com | KDWBankruptcyDepartment@kelleydrye.com | lschweitzer@cgsh.com |
| jlovi@steptoe.com | keckhardt@hunton.com | lsilverstein@potteranderson.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lubell@hugheshubbard.com |
| jmaddock@mcguirewoods.com | Ken.Coleman@allenovery.com | lwhidden@salans.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | mabrams@willkie.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | MAOFILING@CGSH.COM |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | Marc.Chait@SC.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | margolin@hugheshubbard.com |
| jmerva@fult.com | kjarashow@fklaw.com | mark.bane@ropesgray.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.deveno@bingham.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.ellenberg@cwt.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.sherrill@sutherland.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | martin.davis@ots.treas.gov |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | Marvin.Clements@ag.tn.gov |
| jorbach@hahnhessen.com | korr@orrick.com | matt@willaw.com |
| Joseph.Cordaro@usdoj.gov | kovskyd@pepperlaw.com | matthew.klepper@dlapiper.com |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | maustin@orrick.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | max.polonsky@skadden.com |
| jowolf@law.nyc.gov | KReynolds@mklawnyc.com | mbenner@tishmanspeyer.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | mberman@nixonpeabody.com |
| JPintarelli@mofo.com | kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mbienenstock@dl.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mbloemsma@mhjur.com |
| jrabinowitz@rltlawfirm.com | Landon@StreusandLandon.com | mbossi@thompsoncoburn.com |
| jrsmith@hunton.com | lapeterson@foley.com | mcademartori@sheppardmullin.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mccombst@sullcrom.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcordone@stradley.com |
| jshickich@riddellwilliams.com | Lee.Stremba@troutmansanders.com | mcto@debevoise.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mcyganowski@oshr.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mdahlman@kayescholer.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mdorval@stradley.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | melorod@gtlaw.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | meltzere@pepperlaw.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | metkin@lowenstein.com |
| judy.morse@crowedunlevy.com | LJKotler@duanemorris.com | mfeldman@willkie.com |
| jvail@ssrl.com | lkatz@ltblaw.com | mgordon@briggs.com |
| jwallack@goulstonstorrs.com | lmarinuzzi@mofo.com | mgreger@allenmatkins.com |

| | | |
|---|---|---|
| mh1@mccallaraymer.com | newyork@sec.gov | richard.tisdale@friedfrank.com |
| mhopkins@cov.com | nfurman@scottwoodcapital.com | richard@rwmaplc.com |
| michael.frege@cms-hs.com | Nherman@morganlewis.com | ritkin@steptoe.com |
| michael.kelly@monarchlp.com | nissay_10259-0154@mhmjapan.com | RJones@BoultCummings.com |
| michael.kim@kobrekim.com | nlepore@schnader.com | rleek@HodgsonRuss.com |
| michael.mccrory@btlaw.com | notice@bkcylaw.com | RLevin@cravath.com |
| michael.reilly@bingham.com | oipress@travelers.com | rmatzat@hahnhessen.com |
| millee12@nationwide.com | otccorpactions@finra.org | rmcneill@potteranderson.com |
| miller@taftlaw.com | paronzon@milbank.com | rnetzer@willkie.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com | robert.dombroff@bingham.com |
| mjacobs@pryorcashman.com | pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| mjedelman@vedderprice.com | pbosswick@ssbb.com | robert.malone@dbr.com |
| MJR1@westchestergov.com | pdublin@akingump.com | Robert.yalen@usdoj.gov |
| mkjaer@winston.com | peisenberg@lockelord.com | robertdakis@quinnemanuel.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com | Robin.Keller@Lovells.com |
| MLandman@lcbf.com | peter.macdonald@wilmerhale.com | roger@rnagioff.com |
| mlichtenstein@crowell.com | peter.simmons@friedfrank.com | ronald.silverman@bingham.com |
| mlynch2@travelers.com | peter@bankrupt.com | ross.martin@ropesgray.com |
| mmendez@hunton.com | pfeldman@oshr.com | rqureshi@reedsmith.com |
| mmooney@deilylawfirm.com | phayden@mcguirewoods.com | rrainer@wmd-law.com |
| mmorreale@us.mufg.jp | pmaxcy@sonnenschein.com | rreid@sheppardmullin.com |
| mneier@ibolaw.com | ppascuzzi@ffwplaw.com | rrigolosi@smsm.com |
| monica.lawless@brookfieldproperties.com | ppatterson@stradley.com | rroupinian@outtengolden.com |
| mpage@kelleydrye.com | psp@njlawfirm.com | rrussell@andrewskurth.com |
| mparry@mosessinger.com | ptrain-gutierrez@kaplanlandau.com | rterenzi@stcwlaw.com |
| mpomerantz@julienandschlesinger.com | ptrostle@jenner.com | russj4478@aol.com |
| mprimoff@kayescholer.com | r.stahl@stahlzelloe.com | rwasserman@cftc.gov |
| mpucillo@bermanesq.com | raj.madan@bingham.com | rwyron@orrick.com |
| mrosenthal@gibsondunn.com | ramona.neal@hp.com | s.minehan@aozorabank.co.jp |
| mruetzel@whitecase.com | ranjit.mather@bnymellon.com | sabin.willett@bingham.com |
| mschimel@sju.edu | raul.alcantar@ropesgray.com | sabramowitz@velaw.com |
| mschlesinger@julienandschlesinger.com | rbeacher@pryorcashman.com | SABVANROOY@HOTMAIL.COM |
| msegarra@mayerbrown.com | rbyman@jenner.com | sagolden@hhlaw.com |
| mshiner@tuckerlaw.com | rdaversa@orrick.com | Sally.Henry@skadden.com |
| msiegel@brownrudnick.com | relgidely@gjb-law.com | sandyscafaria@eaton.com |
| msolow@kayescholer.com | rfleischer@pryorcashman.com | Sara.Tapinekis@cliffordchance.com |
| mspeiser@stroock.com | rfrankel@orrick.com | scargill@lowenstein.com |
| mstamer@akingump.com | rfriedman@silvermanacampora.com | schannej@pepperlaw.com |
| mvenditto@reedsmith.com | rgmason@wlrk.com | Schepis@pursuitpartners.com |
| mwarren@mtb.com | rgraham@whitecase.com | schnabel.eric@dorsey.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com | schristianson@buchalter.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com | schwartzmatthew@sullcrom.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com | scottshelley@quinnemanuel.com |
| neilberger@teamtogut.com | richard.levy@lw.com | scousins@armstrongteasdale.com |

| | | |
|---|---|---|
| sdnyecf@dor.mo.gov | tdewey@dpklaw.com | wweintraub@fklaw.com |
| steven@blbglaw.com | tduffy@andersonkill.com | wzoberman@bermanesq.com |
| sehlers@armstrongteasdale.com | teresa.oxford@invescoaim.com | yamashiro@sumitomotrust.co.jp |
| seichel@crowell.com | TGoren@mofo.com | YUwatoko@mofo.com |
| sfelderstein@ffwplaw.com | thaler@thalergertler.com | |
| sfineman@lchb.com | thomas.califano@dlapiper.com | |
| sfox@mcguirewoods.com | Thomas_Noguerola@calpers.ca.gov | |
| sgordon@cahill.com | tim.desieno@bingham.com | |
| sgubner@ebg-law.com | timothy.brink@dlapiper.com | |
| shannon.nagle@friedfrank.com | timothy.palmer@bipc.com | |
| sharbeck@sipc.org | tjfreedman@pbnlaw.com | |
| shari.leventhal@ny.frb.org | tkarcher@dl.com | |
| shgross5@yahoo.com | tkiriakos@mayerbrown.com | |
| sidorsky@butzel.com | tlauria@whitecase.com | |
| slerman@ebglaw.com | tmacwright@whitecase.com | |
| slerner@ssd.com | tmarrion@haslaw.com | |
| slevine@brownrudnick.com | tnixon@gklaw.com | |
| SLoden@DiamondMcCarthy.com | toby.r.rosenberg@irscounsel.treas.gov | |
| smayerson@ssd.com | tomwelsh@orrick.com | |
| smillman@stroock.com | tony.davis@bakerbotts.com | |
| smulligan@bsblawyers.com | tslome@msek.com | |
| snewman@katskykorins.com | ttracy@crockerkuno.com | |
| sory@fdlaw.com | twheeler@lowenstein.com | |
| spiotto@chapman.com | ukreppel@whitecase.com | |
| splatzer@platzerlaw.com | Villa@StreusandLandon.com | |
| SRee@lcbf.com | vmilione@nixonpeabody.com | |
| sschultz@akingump.com | vrubinstein@loeb.com | |
| sselbst@herrick.com | walter.stuart@freshfields.com | |
| sshimshak@paulweiss.com | wanda.goodloe@cbre.com | |
| sskelly@teamtogut.com | WBallaine@lcbf.com | |
| sstarr@starrandstarr.com | wbenzija@halperinlaw.net | |
| steele@lowenstein.com | wchen@tnsj-law.com | |
| stephen.cowan@dlapiper.com | wcurchack@loeb.com | |
| steve.ginther@dor.mo.gov | wdase@fzwz.com | |
| steven.troyer@commerzbank.com | wfoster@milbank.com | |
| steven.usdin@flastergreenberg.com | william.m.goldman@dlapiper.com | |
| steven.wilamowsky@bingham.com | wiltenburg@hugheshubbard.com | |
| Streusand@StreusandLandon.com | wisotska@pepperlaw.com | |
| susheelkirpalani@quinnemanuel.com | wk@pwlawyers.com | |
| sweyl@haslaw.com | wmaher@wmd-law.com | |
| swolowitz@mayerbrown.com | wmarcari@ebglaw.com | |
| szuch@wiggin.com | wmckenna@foley.com | |
| tannweiler@greerherz.com | wsilverm@oshr.com | |
| tarbit@cftc.gov | wswearingen@llf-law.com | |
| tbrock@ssbb.com | wtaylor@mccarter.com | |

lbarbour@browngreer.com
lbhifeecommittee@gklaw.com
brian.marty@moultonbellingham.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004