UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | **Chapter 11** |
| **In re** | : | |
| | : | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | |

--------------------------------------------------------------------x    **Ref. Docket No. 28578**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 12, 2012, I caused to be served the "Notice Of Withdrawal Of Two Hundred Thirty-Third Omnibus Objection To Claims (No Liability Derivatives Claims) Solely As To Certain Claim," dated June 12, 2012 [Docket No. 28578], by causing true and correct copies to be:

    i.    delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.    delivered via facsimile to the party listed on the annexed Exhibit B,

    iii.    enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, and

    iv.    enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Pete Caris
Pete Caris

Sworn to before me this
13th day of June, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\233rd Omnibus NOW_DI 28578_AFF_6-12-12_SS.doc

**EXHIBIT A**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
anann@foley.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com

ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com

christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com

| | | |
|---|---|---|
| dgrimes@reedsmith.com | enkaplan@kaplanlandau.com | israel.dahan@cwt.com |
| dhayes@mcguirewoods.com | eobrien@sbchlaw.com | iva.uroic@dechert.com |
| dheffer@foley.com | erin.mautner@bingham.com | jacobsonn@sec.gov |
| diconzam@gtlaw.com | eschaffer@reedsmith.com | james.mcclammy@dpw.com |
| djoseph@stradley.com | eschwartz@contrariancapital.com | james.sprayregen@kirkland.com |
| dkleiner@velaw.com | esmith@dl.com | jamestecce@quinnemanuel.com |
| dkozusko@willkie.com | etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com |
| dlemay@chadbourne.com | ezujkowski@emmetmarvin.com | jar@outtengolden.com |
| dlipke@vedderprice.com | ezweig@optonline.net | jason.jurgens@cwt.com |
| dludman@brownconnery.com | fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| dmcguire@winston.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dmurray@jenner.com | fhyman@mayerbrown.com | Jbecker@wilmingtontrust.com |
| dneier@winston.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dodonnell@milbank.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dove.michelle@dorsey.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dowd.mary@arentfox.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dpegno@dpklaw.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| draelson@fisherbrothers.com | gbray@milbank.com | jchristian@tobinlaw.com |
| dravin@wolffsamson.com | geraci@thalergertler.com | jdoran@haslaw.com |
| drose@pryorcashman.com | ggitomer@mkbattorneys.com | Jdrucker@coleschotz.com |
| drosenzweig@fulbright.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drosner@goulstonstorrs.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosner@kasowitz.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| dshaffer@wtplaw.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| dshemano@pwkllp.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dspelfogel@foley.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dtatge@ebglaw.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dtheising@harrisonmoberly.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dwdykhouse@pbwt.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dwildes@stroock.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dworkman@bakerlaw.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| easmith@venable.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| echang@steinlubin.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| ecohen@russell.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| efleck@milbank.com | holsen@stroock.com | jfox@joefoxlaw.com |
| efriedman@fklaw.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efriedman@friedumspring.com | hseife@chadbourne.com | jg5786@att.com |
| egeekie@schiffhardin.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| eglas@mccarter.com | hsteel@brownrudnick.com | jguy@orrick.com |
| ehollander@whitecase.com | icatto@mwe.com | jherzog@gklaw.com |
| ekbergc@lanepowell.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| elevin@lowenstein.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eli.mattioli@klgates.com | info2@normandyhill.com | jhuggett@margolisedelstein.com |
| ellen.halstead@cwt.com | ira.herman@tklaw.com | jim@atkinslawfirm.com |
| emerberg@mayerbrown.com | isgreene@hhlaw.com | jjoyce@dresslerpeters.com |

| | | |
|---|---|---|
| jjtancredi@daypitney.com | jwang@sipc.org | Lmay@coleschotz.com |
| jjureller@klestadt.com | jwcohen@daypitney.com | lmcgowen@orrick.com |
| jkehoe@btkmc.com | jweiss@gibsondunn.com | lml@ppgms.com |
| jlamar@maynardcooper.com | jwest@velaw.com | lnashelsky@mofo.com |
| jlawlor@wmd-law.com | jwh@njlawfirm.com | loizides@loizides.com |
| jlee@foley.com | kanema@formanlaw.com | lromansic@steptoe.com |
| jlevitin@cahill.com | karen.wagner@dpw.com | lscarcella@farrellfritz.com |
| jlipson@crockerkuno.com | KDWBankruptcyDepartment@kelleydrye.com | lschweitzer@cgsh.com |
| jlovi@steptoe.com | keckhardt@hunton.com | lsilverstein@potteranderson.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lubell@hugheshubbard.com |
| jmaddock@mcguirewoods.com | Ken.Coleman@allenovery.com | lwhidden@salans.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | mabrams@willkie.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | MAOFILING@CGSH.COM |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | Marc.Chait@SC.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | margolin@hugheshubbard.com |
| jmerva@fult.com | kjarashow@fklaw.com | mark.bane@ropesgray.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.deveno@bingham.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.ellenberg@cwt.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.sherrill@sutherland.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | martin.davis@ots.treas.gov |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | Marvin.Clements@ag.tn.gov |
| jorbach@hahnhessen.com | korr@orrick.com | matt@willaw.com |
| Joseph.Cordaro@usdoj.gov | kovskyd@pepperlaw.com | matthew.klepper@dlapiper.com |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | maustin@orrick.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | max.polonsky@skadden.com |
| jowolf@law.nyc.gov | KReynolds@mklawnyc.com | mbenner@tishmanspeyer.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | mberman@nixonpeabody.com |
| JPintarelli@mofo.com | kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mbienenstock@dl.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mbloemsma@mhjur.com |
| jrabinowitz@rltlawfirm.com | Landon@StreusandLandon.com | mbossi@thompsoncoburn.com |
| jrsmith@hunton.com | lapeterson@foley.com | mcademartori@sheppardmullin.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mccombst@sullcrom.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcordone@stradley.com |
| jshickich@riddellwilliams.com | Lee.Stremba@troutmansanders.com | mcto@debevoise.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mcyganowski@oshr.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mdahlman@kayescholer.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mdorval@stradley.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | melorod@gtlaw.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | meltzere@pepperlaw.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | metkin@lowenstein.com |
| judy.morse@crowedunlevy.com | LJKotler@duanemorris.com | mfeldman@willkie.com |
| jvail@ssrl.com | lkatz@ltblaw.com | mgordon@briggs.com |
| jwallack@goulstonstorrs.com | lmarinuzzi@mofo.com | mgreger@allenmatkins.com |

| | | |
|---|---|---|
| mh1@mccallaraymer.com | newyork@sec.gov | richard.tisdale@friedfrank.com |
| mhopkins@cov.com | nfurman@scottwoodcapital.com | richard@rwmaplc.com |
| michael.frege@cms-hs.com | Nherman@morganlewis.com | ritkin@steptoe.com |
| michael.kelly@monarchlp.com | nissay_10259-0154@mhmjapan.com | RJones@BoultCummings.com |
| michael.kim@kobrekim.com | nlepore@schnader.com | rleek@HodgsonRuss.com |
| michael.mccrory@btlaw.com | notice@bkcylaw.com | RLevin@cravath.com |
| michael.reilly@bingham.com | oipress@travelers.com | rmatzat@hahnhessen.com |
| millee12@nationwide.com | otccorpactions@finra.org | rmcneill@potteranderson.com |
| miller@taftlaw.com | paronzon@milbank.com | rnetzer@willkie.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com | robert.dombroff@bingham.com |
| mjacobs@pryorcashman.com | pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| mjedelman@vedderprice.com | pbosswick@ssbb.com | robert.malone@dbr.com |
| MJR1@westchestergov.com | pdublin@akingump.com | Robert.yalen@usdoj.gov |
| mkjaer@winston.com | peisenberg@lockelord.com | robertdakis@quinnemanuel.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com | Robin.Keller@Lovells.com |
| MLandman@lcbf.com | peter.macdonald@wilmerhale.com | roger@rnagioff.com |
| mlichtenstein@crowell.com | peter.simmons@friedfrank.com | ronald.silverman@bingham.com |
| mlynch2@travelers.com | peter@bankrupt.com | ross.martin@ropesgray.com |
| mmendez@hunton.com | pfeldman@oshr.com | rqureshi@reedsmith.com |
| mmooney@deilylawfirm.com | phayden@mcguirewoods.com | rrainer@wmd-law.com |
| mmorreale@us.mufg.jp | pmaxcy@sonnenschein.com | rreid@sheppardmullin.com |
| mneier@ibolaw.com | ppascuzzi@ffwplaw.com | rrigolosi@smsm.com |
| monica.lawless@brookfieldproperties.com | ppatterson@stradley.com | rroupinian@outtengolden.com |
| mpage@kelleydrye.com | psp@njlawfirm.com | rrussell@andrewskurth.com |
| mparry@mosessinger.com | ptrain-gutierrez@kaplanlandau.com | rterenzi@stcwlaw.com |
| mpomerantz@julienandschlesinger.com | ptrostle@jenner.com | russj4478@aol.com |
| mprimoff@kayescholer.com | r.stahl@stahlzelloe.com | rwasserman@cftc.gov |
| mpucillo@bermanesq.com | raj.madan@bingham.com | rwyron@orrick.com |
| mrosenthal@gibsondunn.com | ramona.neal@hp.com | s.minehan@aozorabank.co.jp |
| mruetzel@whitecase.com | ranjit.mather@bnymellon.com | sabin.willett@bingham.com |
| mschimel@sju.edu | raul.alcantar@ropesgray.com | sabramowitz@velaw.com |
| mschlesinger@julienandschlesinger.com | rbeacher@pryorcashman.com | SABVANROOY@HOTMAIL.COM |
| msegarra@mayerbrown.com | rbyman@jenner.com | sagolden@hhlaw.com |
| mshiner@tuckerlaw.com | rdaversa@orrick.com | Sally.Henry@skadden.com |
| msiegel@brownrudnick.com | relgidely@gjb-law.com | sandyscafaria@eaton.com |
| msolow@kayescholer.com | rfleischer@pryorcashman.com | Sara.Tapinekis@cliffordchance.com |
| mspeiser@stroock.com | rfrankel@orrick.com | scargill@lowenstein.com |
| mstamer@akingump.com | rfriedman@silvermanacampora.com | schannej@pepperlaw.com |
| mvenditto@reedsmith.com | rgmason@wlrk.com | Schepis@pursuitpartners.com |
| mwarren@mtb.com | rgraham@whitecase.com | schnabel.eric@dorsey.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com | schristianson@buchalter.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com | schwartzmatthew@sullcrom.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com | scottshelley@quinnemanuel.com |
| neilberger@teamtogut.com | richard.levy@lw.com | scousins@armstrongteasdale.com |

sdnyecf@dor.mo.gov

steven@blbglaw.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

SLoden@DiamondMcCarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

SRee@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

Streusand@StreusandLandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

TGoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

Thomas_Noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

**EXHIBIT B**

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

SMURFIT KAPPA ACQUISITIONS
F/K/A JSG ACQUISTITIONS                  KIRKLAND & ELLIS LLP
F/K/A MDCP ACQUISITIONS I                ATTN: SCOTT J. GORDON, CINDY CHEN DELANO, CLEMENT
ATTN: BRENDAN GLYNN                      YEE
BEECH HILL                               601 LEXINGTON AVENUE
CLONSKEAGH                               NEW YORK, NY 10022
DUBLIN      4
IRELAND