

Bethmann Bank AG
Legal Department
Bethmannstrasse 7-9
60311 Frankfurt / Main
Germany
Jochen.Weber@Bethmannbank.de

To:
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

In re
- Transfer of Lehman Brothers Holding Inc.
- Transfer of Claim

18-May-12

To whom it may concern,

Please note that claim #34471 of Peter Nagel has been transferred. Please find the attachment for details.

As of today all payments must be send to

**Bethmann Bank AG**
**Legal Department**
**Bethmannstrasse 7-9**
**60311 Frankfurt / Main**
**Germany**

Thank you.

Yours sincerely,

Jochen Weber                                             Moritz Bauer



Bethmann Bank AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0
Telefax +49 69 2177 - 3449

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand:
Horst Schmidt (Vors.)
Walter Huber, Stephan Isenberg,
Roland Schubert

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID:   DE 122786951

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA



Bethmann Bank AG
Posteingang
0 3. April 2012
Legal

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 34471**

We would like to inform you that Mr. Peter Nagel who filed the claim Number 34471 on 09/23/2009 has assigned the rights arising out of this claim corresponding with the following securities

1. Lehman Brothers Treasury Co. BV EO-FLR Med.T Nts 20005
   (12/35, WKN A0GG1V / ISIN XSO232364868) in the amount of EUR 16,100.00 as of purchase date 1 June 2006 (face value EUR 20,000.00); amount in USD as of
   9 September 2009 (filing of claim): USD 29,188.00

2. Lehman Brothers Treasury Co. BV EO-FLR Med.T Nts 20005
   (12/35, WKN A0GG1V / ISIN XSO232364868) in the amount of EUR 3,987.50 as of purchase date 14 November 14 2006 (face value EUR 5,000.00); amount in USD as of
   9 September 2009 (filing of claim): USD 7,297.00

3. Lehman Brothers Treasury Co. BV EO-FLR Med.T Nts 20005
   (12/35, WKN A0GG1V / ISIN XSO232364868) in the amount of EUR 6,160.00 as of purchase date 7 September 2007 (face value EUR 10,000.00), amount in USD as of
   9 September 2009 (filing of claim): USD 14,594.00

4. 100 Nts Lehman Brothers Treasury Co. BV. Express N. 06.01.14 Basket
   (WKN A0SUA9 / ISIN DE000A0SUA99) in the amount of EUR 102,187.00 as of purchase date 14 December 2007 (face value EUR 100,000.00); amount in USD as of
   9 September 2009 (filing of claim): USD 142,010.00

5. 75 Nts Lehman Brothers Treasury Co. BV. Express N 06.01.14 Basket
   (WKN A0SUA8 / ISIN DE000A0SUA81) in the amount of EUR 56,475.00 as of purchase date 25 April 2008 (face value EUR 75,000.00); amount in USD as of
   9 September 2009 (filing of claim): USD 106,507.50

to<br/>
Bethmann Bank AG<br/>
Bethmannstraße 7 - 9<br/>
60311 Frankfurt am Main<br/>
Germany.

Bethmann Bank AG has agreed to this assignment. Both Mr. Peter Nagel and Bethmann Bank AG acknowledge and represent that due to this assignment Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, _03. 04. 2012_            Amberg, _den 30.3. 2012_

Bethmann Bank AG                     Peter Nagel
(Assignee)                           (Assignor)

/(Jochen Weber)   (Oliver Körner)/    (Peter Nagel)

2