**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF PLAN ADMINISTRATOR'S
OBJECTION TO CLAIM OF AIG GLOBAL SERVICES, INC.
F/K/A AIG TECHNOLOGIES, INC. (CLAIM NO. 66918)**

**PLEASE TAKE NOTICE** that the hearing on the Plan Administrator's

Objection to Claim of AIG Global Services, Inc. f/k/a AIG Technologies, Inc. (Claim No.

66918) (the "Objection"), that was scheduled for June 28, 2012, at 10:00 a.m. (Prevailing

Eastern Time), **has been adjourned to July 19, 2012, at 10:00 a.m. (Prevailing Eastern Time)**

(the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before

the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom

House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further

12312498


-2-

adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: June 18, 2012
      New York, New York

**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**

By:  */s/ L. P. Harrison 3rd*
     L. P. Harrison 3rd
     Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*