# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Empyrean Investments, LLC

**Empyrean Investments, LLC**, with offices located at 10250 Constellation Boulevard, Suite 2950, Los Angeles, California 90067 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, a national banking association, having offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $7,400,000, docketed as Claim No. 24539 which was modified and allowed by Order listed at docket No. 16600 in the case referenced below (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555) and transferred to Seller at Docket No. 26420 in the Proceedings.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 18 day of June, 2012.

WITNESS:
(Signature)
Name: RYAN MAYETANI
Title: AUTHORIZED SIGNATORY
(Print name and title of witness)

**Empyrean Investments, LLC**
By: _____
(Signature of authorized signatory)
Name: Sterling Hathaway
Title: Authorized Signatory
Tel.: 310-843-3070

WITNESS:
(Signature)
Name: Christopher Janncyh
Title:
(Print name and title of witness)

**JPMorgan Chase Bank, N.A.**
By: _____
(Signature of authorized signatory)
Name: Peter Schoepe
Title: Authorized Signatory
Tel.:

American Equity - Empyrean to JPM Flip 5-2012 AOC (4).doc

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Empyrean Investments, LLC

**Empyrean Investments, LLC**, with offices located at 10250 Constellation Boulevard, Suite 2950, Los Angeles, California 90067 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, a national banking association, having offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $1,530,905.64 docketed as Claim No. 3220 which was modified and allowed by Order at docket No. 14772 in the Proceedings (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555) and transferred to Seller at Docket No. 26419 in the Proceedings.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 18 day of June, 2012.

WITNESS:
_____
(Signature)
Name: RYAN MAYLTANI
Title: AUTHORIZED SIGNATORY
(Print name and title of witness)

Empyrean Investments, LLC
By: _____
(Signature of authorized signatory)
Name: Sterling Hathaway
Title: Authorized Signatory
Tel.: 310.843.3070

WITNESS:
_____
(Signature)
Name: Christopher Tingle
Title:
(Print name and title of witness)

JPMorgan Chase Bank, N.A.
By: _____
(Signature of authorized signatory)
Name: Peter Schoepe
Title: Authorized Signatory
Tel.: _____

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Empyrean Investments, LLC

**Empyrean Investments, LLC**, with offices located at 10250 Constellation Boulevard, Suite 2950, Los Angeles, California 90067 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, a national banking association, having offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $909,391.55 docketed as Claim No. 3221 which was modified and allowed by Order at docket No. 14772 in the Proceedings (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555) and transferred to Seller at Docket No. 26418 in the Proceedings.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 18 day of June, 2012.

WITNESS:
_____
(Signature)
Name: RYAN MAMETANI
Title: AUTHORIZED SIGNATORY
(Print name and title of witness)

WITNESS:
_____
(Signature)
Name: Christopher Janny
Title: _____
(Print name and title of witness)

**Empyrean Investments, LLC**
By: _____
(Signature of authorized signatory)
Name: Sterling Hathaway
Title: Authorized Signatory
Tel.: 310.843.3070

**JPMorgan Chase Bank, N.A.**
By: _____
(Signature of authorized signatory)
Name: Peter Schoepe
Title: Authorized Signatory
Tel.: _____

Palmyra Capital Institutional - Empyrean to JPM Flip AOC (4).DOC

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Empyrean Investments, LLC

**Empyrean Investments, LLC**, with offices located at 10250 Constellation Boulevard, Suite 2950, Los Angeles, California 90067 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, a national banking association, having offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $2,604,445.43 docketed as Claim No. 3218 which was modified and allowed by Order at docket No. 14772 in the Proceedings (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555) and transferred to Seller at Docket No. 26416 in the Proceedings.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 18 day of June, 2012.

WITNESS:
_____
(Signature)

Name: RYAN MAMETANI
Title: AUTHORIZED SIGNATORY
(Print name and title of witness)

**Empyrean Investments, LLC**

By: _____
(Signature of authorized signatory)

Name: Sterling Hathaway
Title: Authorized Signatory
Tel.: 310.843.3070

WITNESS:
_____
(Signature)

Name: Christopher Janneyk
Title: _____
(Print name and title of witness)

**JPMorgan Chase Bank, N.A.**

By: _____
(Signature of authorized signatory)

Name: Peter Schoepe
Title: Authorized Signatory
Tel.: _____

Palmyra Capital Offshore - Empyrean to JPM Flip 5-2012 AOC (4).doc