B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDINGS INC.                Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Morgan Stanley & Co. International plc                          Integrale CCA
                                                                Name of Transferor
Name of Transferee

Name and Address where notices to transferee should be sent:      Court Claim # (if known): 64920
Morgan Stanley & Co. International plc                             Amount of Claim as Filed with respect
25, Cabot Square,                                                 to ISIN XS0229584296 :
Canary Wharf,                                                     US$4,245,300.00
London E14 4QA                                                    Amount of Claim as Filed with respect
                                                                  to ISIN XS0229584296 to be
                                                                  Transferred :US$4,245,300.00 (or
With a copy to:                                                   100.00% of the Amount of Claim as
Richards Kibbe & Orbe L.L.P.                                      Filed
One World Financial Center
New York, NY 10281-1003                                           Allowed Amount of Claim with respect
Fax: 212-530-1801                                                 to ISIN XS0229584296 :
Attn: Managing Clerk                                              US$4,543,581.78
                                                                  Allowed Amount of Claim with respect
                                                                  to ISIN XS0229584296 to be
                                                                  Transferred : US$4,543,581.78 (or
                                                                  100.00% of the Allowed Amount of
                                                                  Claim)

                                                                  Date Claim Filed: 5 November 2009

Phone:  + 44 207 677 7974                                         Phone:
E-mail: lndistressed@morganstanley.com                            Last Four Digits of Acct. #:

Phone: + 212 530 1800

566570.1/9999-00999

Last Four Digits of Acct #: <u>n/a</u>

Name and Address where transferee payments should be sent (if
different from above):

<u>Wire Instructions:</u>

### USD    PAYMENT INSTRUCTIONS:

| | |
|---|---|
| TO: | CHASE MANHATTAN NEW YORK, NY |
| SWIFT: | CHASUS33 |
| ACCOUNT NAME: | MORGAN STANLEY & CO. |
| INTERNATIONAL plc | |
| SWIFT: | MSLNGB2X |
| ACCOUNT NUMBER: | 066617758 |
| REF: | Fixed Income |

### EUR    PAYMENT INSTRUCTIONS:

| | |
|---|---|
| TO: | CITIBANK N.A. |
| SWIFT: | CITIGB2L |
| ACCOUNT NAME: | MORGAN STANLEY & CO. |
| INTERNATIONAL plc | |
| SWIFT: | MSLNGB2X |
| ACCOUNT NUMBER: | 12221071 |
| IBAN: | GB15CITI18500812221071 |
| REF: | Fixed Income |

Last Four Digits of Acct #: <u>n/a</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

**MORGAN STANLEY & CO. INTERNATIONAL PLC**

BRIAN CRIPPS
Authorised Signatory

By: _____          Date: __18.6.2012__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

566570.1/9999-00999

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:      THE DEBTOR AND THE BANKRUPTCY COURT

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, **INTEGRALE CCA** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **MORGAN STANLEY & CO. INTERNATIONAL PLC** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the **applicable percentage / nominal amount** specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number 64920 filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.      Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

698313v.1



4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this/1/ day of June 2012.

SELLER
INTEGRALE CCA

By:_____
Name:        Patrice BEAUPAIN
Title:       Directeur financier

Place Saint Jocques
11 BTE 101
Liege 4000
Belgium

Diego Aquilina
Président de la Direction effective

PURCHASER
MORGAN STANLEY & CO. INTERNATIONAL
PLC

By:_____
Name:
Title:       BRIAN CRIPPS
            Authorised Signatory

25, Cabot Square
Canary Wharf
London E14 4QA
E- mail: lndistressed@morganstanley.com

698313v.1

Schedule 1

**Transferred Claims**

Purchased Claim

100% = US$4,245,300.00 of US$4,245,300.00 (the claim amount with respect to ISIN XS0229584296 as set forth in the Proof of Claim).

*100% = US$4,543,581.78 of US$4,543,581.78 (the allowed claim amount with respect to ISIN XS0229584296 as set forth in the Notice).*

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount & Accrued Interest | Coupon | Maturity |
|---|---|---|---|---|---|---|
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0229584296 | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc | EUR 3,000,000.00 principal<br><br>which is the equivalent of<br><br>US$4,245,300.00 principal | Lehman 30YNC5Y Steepener 7.25 Note | 5 October 2035 |

Schedule 1–1

698313v.1



| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS**<br>**PROOF OF CLAIM** |
|---|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000064920

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

---

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

*INTEGRALE CCA.*
*Place Saint Jacques, 11 ble 103*
*4000 Liege - Belgium*

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on: _____

Telephone number: +32.4.252.44.69 Email Address: *adric.race@integrale.be*

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:          Email Address:

---

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $  *4,265,300.00*  **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): *XS0229584296*  **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

*CA 67675*  **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

*11169*  **(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FILED / RECEIVED**
**NOV 05 2009**
**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date.<br><br>*23/10/2009.* | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Patrice BEAUPAIN

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.



integrale

4000
23/10/09
00013064-AA8

RECEIVED

NOV 05 2009

BELGIQUE
ÉGÉ €01,05
É
BDLM86077

LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING CENTER

C/O Epiq Bankruptcy Solutions, LLC

FDR Station, P.O. Box 5076

New York, NY 10150-5076
USA

1015005076 B026

# LEHMAN BROTHERS HOLDINGS INC.



October 17, 2011

Enclosed, please find a "Revised Notice of Proposed Allowed Claim Amount", dated October 17, 2011. The Revised Notice is being sent due to changes made as a result of additional information brought to our attention by various parties. Please note, changes are italicized in Exhibit A. This notice is being sent to replace the Notice of Proposed Allowed Claim Amount previously mailed. Please disregard the prior Notice.

Additionally, under separate cover, you will be receiving a replacement "Ballot For Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors" revised to reflect the updated amount to which you are entitled to vote under the procedures approved in the "Amended Order (I) Approving the Proposed Disclosure Statement and the Form and Manner of Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, And (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Chapter 11 Plan." This replacement ballot will be mailed by first-class mail only to the primary address associated with the underlying claim. Requests for electronic copies of the replacement should be directed to lehmanvote@epiqsystems.com.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re                                              :      Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :      08-13555 (JMP)

                 Debtors.            :      (Jointly Administered)

-------------------------------------------------------------x

LBH F3 10-17-11(MERGE2,TXNUM2)*2207* 4000111512 BAR(23) MAIL ID (** 000052564333 *** *** BSIUSE: 2207
INTEGRALE CCA.
PLACE SAINT JOCQUES
11 BTE 101
LIEGE 4000
BELGIUM

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT**
**AND TAKE ACTION IF YOU DISAGREE WITH THE PROPOSED ALLOWED CLAIM AMOUNT.**

**REVISED NOTICE OF PROPOSED ALLOWED CLAIM AMOUNT**

| Creditor Name and Address: INTEGRALE CCA. PLACE SAINT JOCQUES 11 BTE 101 LIEGE 4000 BELGIUM | Claim Number | Proposed Allowed Claim Amount |
|---|---|---|
| | 64920 | $4,543,581.78 |

PLEASE TAKE NOTICE that, on August 10, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the *Order Approving the Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.* [Docket No. 19120] (the "Order") which provides for procedures for the determination of the allowed amount of the portion of the claim referenced above (the "Claim") that is based on a structured security for purposes of voting and distributions under the debtors' (the "Debtors")[1] proposed chapter 11 plan (the "Plan") in the above-referenced case.

Pursuant to the procedures approved in the Order, Lehman Brothers Holdings Inc. ("LBHI") proposes that the allowed amount of the portion of the Claim that is based on a structured security shall be the amount set forth above under the heading "PROPOSED ALLOWED CLAIM AMOUNT." The Debtors calculated the Proposed Allowed Claim Amount in accordance with the Structured Securities Valuation Methodologies, a copy of which is available for review on www.lehman-docket.com, and is also attached to the motion [Docket No. 18127] (the "Motion") related to the Order. A detailed calculation of the Proposed Allowed Claim Amount in accordance with the Structured Securities Valuation Methodologies is included on Exhibit A annexed hereto. The Proposed Allowed Claim Amount does not have any affect on the portion of your claim that is not based on a structured security.

The Official Committee of Unsecured Creditors of LBHI and its affiliated debtors filed a statement relating to the Motion. The *Statement of Official Committee of Unsecured Creditors In Response to*

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

## Exhibit A

Claim # 64920
INTEGRALE CCA.

### Calculation of Proposed Allowed Claim Amount

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Structured Security, by ISIN | Blocking Number | Maximum Allowable Amount [2] | Percentage of Notional Amount for which Blocking Numbers were Issued by Clearing Agencies | Aggregate Amount Distributable to Claims Based on Relevant ISIN (Equals the Product of C x D with slight differences due to rounding) | Claimant's Percentage of Notional Amount for Which Blocking Numbers were Issued by Clearing Agencies | PROPOSED ALLOWED CLAIM AMOUNT (Equals the Product of E x F with slight differences due to rounding) |
| XS0229584296 | CA67675 | $354,125,249.36 | 93.3021% | $330,406,237.95 | 1.3752% | $4,543,581.78 |
| | | | | Aggregate Proposed Allowed Claim Amount: | | $4,543,581.78 |
| | | | | Claim Amount, as filed (portion based on Structured Security only): | | $4,245,300.00 |

[2] Calculated in accordance with the Structured Securities Valuation Methodologies.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re                                                      :        Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :        08-13555 (JMP)
                                                           :
                    Debtors.                               :        (Jointly Administered)
                                                           :
-----------------------------------------------------------------x

LBHI LPSNTC 08-22-2011 (MERGE2,TXNUM2) 4000111512 BAR(23) MAIL ID *** 000051141079 *** *** BSIUSE: 1663
INTEGRALE CCA.
PLACE SAINT JOCQUES
11 BTE 101
LIEGE 4000
BELGIUM

### THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE PROPOSED ALLOWED CLAIM AMOUNT.

### NOTICE OF PROPOSED ALLOWED CLAIM AMOUNT

| Creditor Name and Address:<br>INTEGRALE CCA.<br>PLACE SAINT JOCQUES<br>11 BTE 101<br>LIEGE 4000<br>BELGIUM | Claim Number | Proposed Allowed Claim Amount |
|---|---|---|
| | 64920 | $4,257,317.31 |

PLEASE TAKE NOTICE that, on August 10, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the *Order Approving the Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.* [Docket No. 19120] (the "Order") which provides for procedures for the determination of the allowed amount of the portion of the claim referenced above (the "Claim") that is based on a structured security for purposes of voting and distributions under the debtors' (the "Debtors")[1] proposed chapter 11 plan (the "Plan") in the above-referenced case.

Pursuant to the procedures approved in the Order, Lehman Brothers Holdings Inc. ("LBHI") proposes that the allowed amount of the portion of the Claim that is based on a structured security shall be the amount set forth above under the heading "PROPOSED ALLOWED CLAIM AMOUNT."  The Debtors calculated the Proposed Allowed Claim Amount in accordance with the Structured Securities Valuation Methodologies, a copy of which is available for review on www.lehman-docket.com, and is also attached to the motion [Docket No. 18127] (the "Motion") related to the Order.  A detailed calculation of the Proposed Allowed Claim Amount in accordance with the Structured Securities Valuation Methodologies is included on Exhibit A annexed hereto.  The Proposed Allowed Claim Amount does not have any affect on the portion of your claim that is not based on a structured security.

The Official Committee of Unsecured Creditors of LBHI and its affiliated debtors filed a statement relating to the Motion.  The *Statement of Official Committee of Unsecured Creditors In Response to*

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

*Debtors' Amended Motion Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Procedures For Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc,* [Docket No. 19042] is available at www.lehman-docket.com on the "Case Information" page.

If you do NOT dispute or disagree with the Proposed Allowed Claim Amount for your Claim, then you do NOT need to file a written response and your claim will be allowed in such amount for the purposes of voting and distributions under the Plan.

**If you DO dispute or disagree with the Proposed Allowed Claim Amount for your Claim, then you MUST deliver a written response (a "Response") so that such Response is actually received no later than 4:00 p.m. October 25, 2011 (the "Response Deadline") by (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, New York, NY 10020 (Attn: Holly Clack and Tina Pederson), (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Alfredo R. Perez, Esq. and Mark Bernstein, Esq.) and (iii) Milbank, Tweed, Hadley and McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Evan R. Fleck, Esq. and Matthew Brod, Esq.).**

Your Response, if any, must contain at a minimum the following: (i) the name of the claimant; (ii) the claim number that is the subject of the Response; (iii) a concise statement setting forth the grounds for such Response; (iv) the address(es) to which LBHI must return any reply to your Response, if different from that presented in the proof of claim; and (v) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

· **IF YOU DO NOT DELIVER A RESPONSE BY THE RESPONSE DEADLINE, YOU WILL BE DEEMED TO HAVE CONSENTED TO THE PORTION OF YOUR CLAIM BASED ON A STRUCTURED SECURITY BEING ALLOWED FOR PURPOSES OF VOTING AND DISTRIBUTIONS UNDER THE PLAN IN THE PROPOSED ALLOWED CLAIM AMOUNT. THE MOTION DOES NOT HAVE ANY AFFECT ON THE PORTION OF YOUR CLAIM THAT IS NOT BASED ON A STRUCTURED SECURITY.**

**IF YOU SUBMIT A RESPONSE AND THE DEBTORS AND YOU ARE UNABLE TO RESOLVE ANY DISPUTES REGARDING THE PROPOSED ALLOWED CLAIM AMOUNT, THE MOTION WILL BE DEEMED AN OBJECTION TO YOUR CLAIM. THE DEBTORS MAY SEEK TO HAVE SUCH OBJECTION TO YOUR CLAIM RESOLVED EITHER BY THE COURT OR THROUGH THE COURT-APPROVED MEDIATION PROCEDURES.**

CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:     August 24, 2011
           New York, New York

## Exhibit A

Claim # 64920
INTEGRALE CCA.

### Calculation of Proposed Allowed Claim Amount

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Structured Security, by ISIN | Blocking Number | Maximum Allowable Amount [2] | Percentage of Notional Amount for which Blocking Numbers were Issued by Clearing Agencies | Aggregate Amount Distributable to Claims Based on Relevant ISIN (Equals the Product of C x D with slight differences due to rounding) | Claimant's Percentage of Notional Amount for Which Blocking Numbers were Issued by Clearing Agencies | **PROPOSED ALLOWED CLAIM AMOUNT** (Equals the Product of E x F with slight differences due to rounding) |
| XS0229584296 | CA67675 | $331,813,892.36 | 93.3021% | $309,589,276.88 | 1.3752% | $4,257,317.31 |
| | | | | | Aggregate Proposed Allowed Claim Amount: | $4,257,317.31 |
| | | | | | Claim Amount, as filed (portion based on Structured Security only): | $4,245,300.00 |

[2] Calculated in accordance with the Structured Securities Valuation Methodologies.

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

RECU LE

2 6 JAN. 2010

◆ integrale

P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**epiq**
S Y S T E M S

MAILID *** 0008274864 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000111512 ****

INTEGRALE CCA.
PLACE SAINT JOCQUES
11 BTE 101
LIEGE, 4000 BELGIUM

January 19, 2010

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | INTEGRALE CCA. |
| Date Received: | 11/05/2009 |
| Claim Number: | 64920 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.**

**The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.**

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**



EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

RECU LE
2 6 JAN. 2010
integrale

P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM



epiq
SYSTEMS

MAILID *** 0008274865 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000111513 ****

INTEGRALE CCA.
PLACE SAINT JOCQUES
11 BTE 101
LIEGE, 4000 BELGIUM

January 19, 2010

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case.  It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH.  To ensure that your claim has been recorded correctly, please review the following information:

Debtor:             LEHMAN BROTHERS HOLDINGS, INC.
Case Number:        08-13555
Creditor:           INTEGRALE CCA.
Date Received:      11/05/2009
Claim Number:            64921

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed.  The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above.  To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU.  PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.**

**The Proof of Claim Form allows for redacted documents.  If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information.  Please be sure to specify the client/debtor about which you are inquiring.**

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

RECU LE

17 SEP 2010

integrale

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x

In re                                                   :       Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*            :       **08-13555 (JMP)**
                                                        :
                             Debtors.                   :       (Jointly Administered)
                                                        :
----------------------------------------------------------x

LBH OMNI42 09-13-2010 (MERGE2,TXNUM2) 4000111512 MAIL ID *** 0033298615 *** BS1USE: 68

INTEGRALE CCA.
PLACE SAINT JOCQUES
11 BTE 101
LIEGE, 4000 BELGIUM

<u>**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT**</u>
<u>**AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**</u>

<u>**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,**</u>
<u>**PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.**</u>

**NOTICE OF HEARING ON DEBTORS' FORTY-SECOND**
<u>**OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS)**</u>

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| Creditor Name and Address:<br>INTEGRALE CCA.<br>PLACE SAINT JOCQUES<br>11 BTE 101<br>LIEGE, 4000 BELGIUM | **Claim Number:**      64920 |
| | **Date Filed:**      11/5/2009 |
| | **Debtor:**      08-13555 |
| | **Classification and Amount:**      UNSECURED: $ 4,245,300.00 |

PLEASE TAKE NOTICE that, on September 13, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "<u>Debtors</u>") filed their Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) (the "<u>Objection</u>") with the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "<u>Bar Date Order</u>") [Docket No. 4271], as they were filed after the November 2, 2009 bar date. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court <u>and</u> serve on the parties listed below a

---

[1]      A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
| | : | |

-----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' Forty-Second Omnibus

Objection to Claims (Late-Filed Lehman Programs Securities Claims) that was scheduled for

October 5, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the**

**claims listed on Exhibit A attached hereto, to December 21, 2011, at 10:00 a.m. (Prevailing**

**Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will

be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander

Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such

Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

US_ACTIVE:\43815948\01\58399.0008

Dated:  September 28, 2011
        New York, New York

                              /s/ Robert J. Lemons
                              Robert J. Lemons

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession

**Exhibit A**

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| Ablemen & Assocs. | 66158 |
| Ablemen & Assocs. | 66159 |
| Burrow, Michael | 64939 |
| Chan Sing Cheung | 64597 |
| Chau Kam Man | 64973 |
| Cleijpool, G.J. | 64705 |
| de la Rosa, Jose Antonio | 64471 |
| De Lochtenberg Beheer | 65162 |
| Eito Eito, Angeles | 64438 |
| F. Ch. W. Mevissen BV | 65160 |
| Fok Yim Sheung, Floria | 65031 |
| Fok Yim Sheung, Floria | 65032 |
| Fok Yim Sheung, Floria | 65033 |
| Gallen Raluy, Lidia | 64906 |
| Gong Cheng Hsiung | 64858 |
| Gonzalez Roquet, Maria | 64439 |
| Grootenhuis, Joost | 64928 |
| H. Rootveld | 65163 |
| Ho, Chu Wai Yee | 65692 |
| Ho Kam Yuen | 64516 |
| Ie She Hoen | 64974 |
| Integrale CCA | 64920 |
| Jose Ruivo Dragao, Joao | 64556 |
| Juventis Int'l Ltd | 64613 |
| King Sang, Leung | 64595 |
| Lafrance, Hughes | 64653 |
| Lafrance, Martine | 64652 |
| Lam Ying Choi | 64972 |
| Liceras Ruiz, Jose Luis | 64970 |
| Lin Chan, Hing | 64617 |
| Lin Hsien Hsiung | 64873 |
| Meeus-Aelbrecht, Ludovicus | 65311 |
| Meeus-Aelbrecht, Ludovicus | 66283 |
| Mevrouw E.C. Rootveld & F.B.A.P. Rootveld | 65164 |
| Mevrouw N.P.J. van Luijk | 65158 |
| Mok Siu Yuk, Emily | 64857 |
| Ng Pui Shan Vinci | 64319 |
| Nordhagen, Ove | 64995 |
| Pardo Cordero, Emilio | 64718 |
| Plentywealth Investment Co. Ltd | 64615 |
| Politt, Hans-Dietrich | 65645 |

| Claimant Name | Claim Number |
|---|---|
| Poon Yuk Wah | 64707 |
| R.F.P. Robyn B.V. | 65538 |
| Schaefer, Edith | 64512 |
| Schowalter, Christina | 64583 |
| Schroder, Ingrid | 64926 |
| Shram, Moshe | 64621 |
| Siepmann & Cie GmbH | 65948 |
| Stahl, Gabriele | 66397 |
| Stichting Quadraam | 65159 |
| Stradmeijer, A.E. | 64876 |
| Suter, Claudia | 64142 |
| Suter, Claudia | 64188 |
| Top Advance Ltd | 65764 |
| Tsui, John | 64596 |
| van Meurs-Bergsma, HMA | 66022 |
| Web-Pro Tech. Ltd. | 64586 |
| Wong Yee Wan | 64977 |
| Wouters, Danielle | 65102 |
| Wrenton Management Ltd. | 64589 |
| Yam Chak Hong Henry | 64978 |
| Yu Chun Kwan | 64971 |

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000          0 6 JUN 2012
Facsimile: (212) 310-8007
Jacqueline Marcus                  ◇ integrate
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                          :
                    Debtors.              :    (Jointly Administered)
                                          :
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF FORTIETH, FORTY-FIRST, FORTY-SECOND,
FORTY-THIRD, ONE HUNDRED FORTY-THIRD, AND ONE HUNDRED FIFTY-
EIGHTH OMNIBUS OBJECTIONS TO CLAIMS SOLELY AS TO CERTAIN CLAIMS**

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc. as Plan

Administrator (the "Plan Administrator") under the Modified Third Amended Joint Chapter 11

Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-

referenced chapter 11 cases, is withdrawing without prejudice the following omnibus objections

to claims, *solely* with respect to the claims listed on **Exhibit A** annexed hereto:

- Fortieth Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 11305]

- Forty-First Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 11306]

- Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities
  Claims) [ECF No. 11307]

- Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities
  Claims) [ECF No. 11308]

- One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) [ECF No.
  16856]

- One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 18399]

The Plan Administrator reserves its rights to object to the claims listed on **Exhibit**

**A** on any grounds in the future.

Dated: May 31, 2012
      New York, New York

                    /s/ Jacqueline Marcus
                    Jacqueline Marcus
                    Robert J. Lemons
                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Lehman Brothers
                    Holdings Inc. and Certain of Its Affiliates

## Exhibit A

## Claims For Which Objection Is Withdrawn Without Prejudice:

| Debtors' Fortieth Omnibus Objection to Claims | |
|---|---|
| **Claimant** | **Claim #** |
| FOCHT, DEBORAH E | 34380 |
| FILBEE, SARAH M | 34468 |
| TENNANT, COLIN H | 34355 |
| DE JESUS, NESTOR E | 34492 |
| BROOKS, DAVID J | 34559 |
| MONAHAN, MARIA | 34563 |
| WILKINSON, TIMOTHY B | 34829 |
| CHAUNY, S.A. | 34873 |
| TAYLOR, CHRISTOPHER C | 34879 |
| HAHN-COLBERT, SANDRA M | 34728 |
| BIRASCHI, PAOLA | 34980 |
| SUTTON, JULIAN R | 35055 |
| **Debtors' Forty-First Omnibus Objection to Claims** | |
| **Claimant** | **Claim #** |
| KING, HARRIET CHAN | 34546 |
| HAHN-COLBERT, SANDRA | 34726 |
| HAHN-COLBERT, SANDRA M | 34727 |

| Debtors' Forty-Second Omnibus Objection to Claims | |
|---|---|
| **Claimant** | **Claim #** |
| SUTER, CLAUDIA | 64142 |
| SUTER, CLAUDIA | 64188 |
| NG PUI SHAN VINCI | 64319 |
| SCHAEFER, EDITH | 64512 |
| HO KAM YUEN | 64516 |
| EITO EITO, ANGELES | 64438 |
| GONZALEZ ROQUET, MARIA | 64439 |
| REYMEN, EDMOND | 64443 |
| DE LA ROSA DIAZ, JOSE ANTONIO | 64471 |
| PLENTYWEALTH INVESTMENT CO. LTD | 64615 |
| JOSE RUIVO DRAGAO, JOAO | 64556 |
| LIN CHAN, HING | 64617 |
| JUVENTIS INTERNATIONAL LIMITED | 64613 |
| PARDO CORDERO, EMILIO | 64718 |
| LAFRANCE, MARTINE | 64652 |
| LAFRANCE, HUGHES | 64653 |
| CLEIJPOOL, G.J. & VAN DER SANDE, J.M. | 64705 |
| WRENTON MANAGEMENT LIMITED | 64589 |
| KING SANG, LEUNG | 64595 |
| TSUI, JOHN &/OR LEE HO YI LINDA | 64596 |
| CHAN SING CHEUNG &/OR SO WAI LAN | 64597 |
| WEB-PRO TECHNOLOGY LIMITED | 64586 |
| POON YUK WAH | 64707 |

| | |
|---|---|
| SCHOWALTER, CHRISTINA | 64583 |
| SHRAM, MOSHE AND HANNA SHRAM | 64621 |
| LIN HSIEN HSIUNG &/LIN LAI CHAO YIN &/LIN YU TANG &/LIN YU TING | 64873 |
| INTEGRALE CCA. | 64920 |
| BURROW, MICHAEL | 64939 |
| MOK SIU YUK, EMILY | 64857 |
| GONG CHENG HSIUNG | 64858 |
| SCHRODER, INGRID | 64926 |
| STRADMEIJER, A.E. | 64876 |
| GROOTENHUIS, J.B. | 64928 |
| FOK YIM SHEUNG, FLORIA | 65031 |
| FOK YIM SHEUNG, FLORIA | 65032 |
| FOK YIM SHEUNG, FLORIA | 65033 |

| **Debtors' Forty-Third Omnibus Objection to Claims** | |
|---|---|
| **Claimant** | **Claim #** |
| BANI, THEOPHIL | 64138 |
| GOSELE, HEINZ & DORIS | 64139 |
| GLOOR, MAX | 64140 |
| SCHWARZ, MATTHIAS & BRIGITTA | 64141 |
| KALT, EDGAR | 64145 |
| MEYER-MEIER, ADRIAN | 64146 |
| MEYER-MEIER, ADRIAN | 64147 |
| SCHENKER, RUDOLF & ERIKA | 64148 |
| EIGENHEER, HEIDI | 64149 |
| FLACH-MEIER, REGULA | 64150 |

| | |
|---|---|
| SCHEURMANN, BEATRIX | 64151 |
| VORSORGESTIFTUNG DER M+P MENG UND PARTNER AG | 64152 |
| WINIGER, ROMAN | 64153 |
| VORSORGESTIFTUNG DER M+P MENG UND PARTNER AG | 64154 |
| VORSORGESTIFTUNG DER M+P MENG UND PARTNER AG | 64155 |
| KNUPP, WALTER & EDITH | 64173 |
| BUGINI, HANS & BARBARA | 64174 |
| NIESZNER, THOMAS & CORNELIA | 64175 |
| STRAUSS-MUHLEMANN, PETER | 64176 |
| STRAUSS-MUHLEMANN, PETER | 64177 |
| SCHNOPP, MAX LUDWIG | 64178 |
| WERNLI, BEAT & MARIA | 64179 |
| FISCHLI, RUDOLF & MARIANNE | 64180 |
| NIESZNER, THOMAS & CORNELIA | 64181 |
| NIESZNER, THOMAS & CORNELIA | 64182 |
| FISCHLI, RUDOLF & MARIANNE | 64183 |
| FISCHLI, RUDOLF & MARIANNE | 64184 |
| WOODTLY, URSULA & NICOLA MUMENTHALER | 64185 |
| VOGLER, KARL & ALICE | 64186 |
| WELLINGER, CHRISTOPH | 64187 |
| LIMTONG MANUEL TAN &/OR LIMTONG EUSEBIO EDGARDO TAN | 64306 |
| LIN WU CHUEH & SHIH SHU TSUN | 64309 |
| EUROMIX SICAV, SA | 64315 |
| MOHINANI HASSOMAL BULCHAND &/OR MOHINANI RENU HARISH | 64316 |
| HE PING &/OR DING XIAFEN | 64321 |
| KUPAT HATAGMULIM SHEL OVDEY BANK LEUMI LTD | 64331 |

| | |
|---|---|
| FRIEDRICH, A.J. | 64385 |
| AJF HOLDING B.V. | 64386 |
| YIU YUEN ON PAUL | 64396 |
| BAKKER, P.J. | 64414 |
| THAM YIU KWOK | 64424 |
| COCA VANO, FRANCISCO JOSE | 64495 |
| ANDERSEN, SAMUEL MAGNUS | 64135 |
| SPILT, J.C. | 64409 |
| ERNSDORFO, KARL | 64555 |
| WILLEMS, SIMONE | 64706 |
| KNOLLER, PETER UND MAVITTA | 64248 |
| STRADMEIJER, A.E. | 64877 |

**Debtors' One Hundred Forty-Third Omnibus Objection to Claims**

| Claimant | Claim # |
|---|---|
| THE FINANCIAL SERVICES COMPENSATION SCHEME LIMITED | 63359 |
| TINANT, DANIELLE | 64460 |

**Debtors' One Hundred Fifty-Eighth Omnibus Objection to Claims**

| Claimant | Claim # |
|---|---|
| FOCHT, DEBORAH E | 34381 |