# Exhibit 1

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 159: EXHIBIT 1 – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CORNER BANCA SA<br>VIA CANOVA 16<br>LUGANO, 6900<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45218[1] | $1,726,050.34 | Invalid Blocking Number LPS Claim |
| | | | | | TOTAL | $1,726,050.34 | |

[1] Claim 45218 is being expunged solely with respect to its asserted claim totaling $7,575.15 that relates to ISIN XS028297866 for which claimant provided invalid Blocking Number 6165089.  On December 5, 2011, the Court entered an order [ECF No. 22938] partially disallowing and expunging Claim 45218 in the amount of $3,030.06, which amount related to ISIN XS028297866 for which claimant provided Blocking Number 6054668.  The remaining portion of Claim 45218 is not being expunged pursuant to this Objection and is not affected by this Objection.  All rights with respect to the remaining portion of Claim 43158 are reserved.

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                                                                                   Page 1 of 1