B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,    Case No. 08-13555(JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Anchorage Capital Master Offshore, Ltd. | Deutsche Bank AG, London Branch |

Name and Address where notices to transferee should be sent:

Anchorage Capital Master Offshore, Ltd.
c/o Anchorage Capital Group, L.L.C.
610 Broadway, 6th Floor
New York, NY 10012
Attention: Susan Moriello
Phone No.: 212-358-4247
Email: smoriello@anchoragecap.com

Court Claim # (if known): 66902 (amending Claim No. 19462 filed 9/18/09)
Amount of Claim as Filed: $3,462,002.56
Amount of Claim Transferred: $3,462,002.56
Date Claim Filed: 06/29/10
Debtor against claim filed: Lehman Brothers Special Financing Inc.

USD Wire Instructions
Bank: JPMorgan Chase Bank, N.A.
ABA Number: 021-000-021
Account Name: Goldman Sachs & Co., N.Y.
Account Number: 066642426
F/F/C: Anchorage Capital Master Offshore, Ltd.
Account Number: 002-43350-6

With a copy to:
Robert Scheininger
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 6/19/12
Transferee/Transferee's Agent
MICHAEL AGHALORO
Executive Vice President

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 8302530v.1

EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
        Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 66902

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.**
c/o Anchorage Capital Group, L.L.C.
610 Broadway, 6th Floor
New York, New York 10012
Phone: (212) 432-4600
Fax: (212) 432-4601
Attn: Susan Moriello
E-mail: smoriello@anchoragecap.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 66902 (the "Claim"), solely to the extent of $3,462,002.56 principal amount of the Claim, against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June 18, 2012.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name: Ross Miller
Title: Director

By: _____
Name: Philipp Roever
Title: Vice President

**ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.**
By: Anchorage Capital Group, L.L.C., its
Investment Manager

By: _____
Name: MICHAEL AGLIALORO
Title: Executive Vice President