# Exhibit 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 136: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | ASSERTED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | DEPOSITORY TRUST CLEARING CORPORATION AND RELATED ENTITIES<br>55 WATER STREET, 22ND FLOOR<br>NEW YORK, NY 10041 | 30423 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $0.00 |
| | | | | | TOTAL | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit