# Exhibit 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 82: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | HILL, FRANCIS J., IRA<br>9595 RED BIRDLANE<br>ALPHARETTA, GA 30022 | 08/31/2009 | | 9974 | $21,949.69 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE<br>ATTN: JOHN GUILIANO<br>101 BARCLAY STREET, 8 WEST<br>NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21803 | $233,469,683.43* | Duplicative of Indenture Trustee Claim |
| 3 | SMITH, WILLIAM H.<br>9595 RED BIRD LANE<br>ALPHARETTA, GA 30022 | 08/24/2009 | | 9187 | $3,932.95 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE<br>ATTN: JOHN GUILIANO<br>101 BARCLAY STREET, 8 WEST<br>NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21803 | $233,469,683.43* | Duplicative of Indenture Trustee Claim |
| | | | | TOTAL | $25,882.64 | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1