UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                              :
                                                                    :   Chapter 11
LEHMAN BROTHERS HOLDING INC., et. al.,                              :
                                                                    :
            Debtors.                                                :   Case No. 08-13555 (jmp)
                                                                    :
                                                                    :   (Jointly Administered)
-------------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF OBJECTION TO TRANSFER

**PLEASE TAKE NOTICE** that Au Yeung Yip Sau Ying Anne, hereby withdraws her Objection to Transfer of Claim [Docket No. 28484], attached hereto as Exhibit A, and hereby waives all further objections to the transfer of claim no. 38860 to Standard Chartered Bank (Hong Kong) Ltd.

DATED: June 15, 2012.

Au Yeung Yip Sau Ying Anne
G/F
79-85 Hill Rd
Shek Tong Tsui
HK
Hong Kong

\\NY - 002840/000001 - 2382989 v1

# EXHIBIT A

25th May 2012

Chapter 11 Case No.08-13555 (JMP)

Claim No.38860

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 1004-1408

Ref. No: Internal Control No.27753

Dear Sirs,

Please refer to your letter dated 14th May 2012.

I, undersigned, Au Yeung Yip Sau Ying Anne (the claimant of the above case), object to the above transfer of my claim to Standard Chartered Bank (Hong Kong) Ltd. Please arrange the claimant (Au Yeung Yip Sau Ying Anne) as unchanged.

Yours truly,

Au Yeung Yip Sau Ying Anne
The Claimant

c.c. Standard Chartered Bank (HK) Ltd

JUN -1 2012

\\NY - 002840/000001 - 2382989 v1

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re: LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.
08-13555 (JMP)
(Jointly Administered)

COPY

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim; transferee refers to the party who is purchasing or otherwise being assigned the claim.

To: AU YEUNG YIP SAU YING ANNE
C/F
79-85 SILL RD
SHEK TONG TSUI
HK
HONG KONG

Please note that your claim # 35825 in the above referenced case and in the amount of
$64,232.00 allowed at $34,333.49 has been transferred (unless previously expunged by court order)

STANDARD CHARTERED BANK (HONG KONG) LIMITED
TRANSFEREE: AU YEUNG YIP SAU YING ANNE
21/F, STANDARD CHARTERED BANK (HONG-KONG) LIMITED
168 KWUN TONG ROAD
HONG KONG
HONG KONG

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 29755 in your objection. If no objection is filed, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR OUR RECORDS AS THE CLAIMANT.

05/14/2012

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 14, 2012.

\\NY - 002840/000001 - 2382989 v1