WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                    :
**In re**                                           :    **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **08-13555 (JMP)**
                                                    :
                    Debtors.                        :    **(Jointly Administered)**
                                                    :
                                                    :
------------------------------------------------------------------x

**NOTICE OF HEARING ON THE ONE**
**HUNDRED SEVENTIETH OMNIBUS OBJECTION TO CLAIMS**
**(NO BLOCKING NUMBER LPS CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Seventieth Omnibus Objection to Claims (No Blocking Number LPS Claims) *solely* as to claim number 64323 of Giovanna Todini will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Room 601, on **June 28, 2012 at 10:00 a.m. (Eastern Time)**.

Dated:  June 19, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

2