UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                    :    08-13555 (JMP)
                                                                :    (Jointly Administered)
                    Debtors.                                    :
                                                                :
-----------------------------------------------------------------x    Ref. Docket Nos. 27746, 27747,
                                                                     27785, 27787, 28058, 28061, 28063,
                                                                     28087, 28088, 28090, 28091, 28098-
                                                                     28101, 28145, 28151-28180, 28182-
                                                                     28195, 28197-28207, 28210-28212,
                                                                     28214-28217, 28227-28236, 28238,
                                                                     28240-28255, 28257-28262, 28264,
                                                                     28266, 28267, 28270, 28272, 28274,
                                                                     28277, 28279, 28281, 28282, 28284-
                                                                     28290, 28292-28312, 28314-28318,
                                                                     28320-28325, 28327, 28328, 28329,
                                                                     28331, 28333, 28336, 28337, 28339,
                                                                     28341, 28342, 28344-28371, 28379,
                                                                     28380, 28390, 28392, 28393

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 5, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
19th day of June, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg Doc 28870 Filed 06/19/12 Entered 06/19/12 16:14:23 Main Document
Pg 3 of 8

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK HAPOALIM B.M.                              BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER          PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     1177 AVENUE OF THE AMERICAS                     ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10019                               1285 AVENUE OF THE AMERICAS
                                                     NEW YORK NY 10019
```

Please note that your claim # 55854-75 in the above referenced case and in the amount of
   $100,000.00   allowed at $102,195.56      has been transferred **(unless previously expunged by court order)**

```
     IRA FBO MICHAEL ZLATIN PERSHING LLC AS CUSTODIAN
     TRANSFEROR: BANK HAPOALIM B.M.
     ATTN: MICHAEL ZLATIN
     552 CUMBERLAND STREET
     ENGLEWOOD NJ 07631
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 28087    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/05/2012               Vito Genna, Clerk of Court

                               /s/ Lauren Rodriguez
                               _____
                               By: Epiq Bankruptcy Solutions, LLC
                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 5, 2012.

# EXHIBIT B

08-13555-mg   Doc 28870   Filed 06/19/12   Entered 06/19/12 16:14:23   Main Document
Pg 5 of 8

```
TIME: 15:47:08                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 06/05/12                                                    CREDITOR LISTING

Name                                              Address
BANCO CANARIAS                                    ATTN CARLOS PONCE & DIMAS A PALMAR TORRE FINANCIERA, BANCO CANARIAS PISO 8, AVENIDA TAMANACO URBANIZACION EL ROSAL
BANCO CANARIAS                                    CARACAS    VENEZUELA

BANCO CANARIAS DE VENEZUELA, BANCO                TORRE FINANCIERA, BANCO CANARIAS ATTN: CARLOS PONCE PISO 8, AVENIDA TAMANACO URBANIZACION EL ROSAL CARACAS    VENEZUELA
UNIVERSAL, C.A.
BANCO CANARIAS DE VENEZUELA, BANCO
UNIVERSAL, C.A.
BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S.           ATTN: ATOS CAVAZZA VIA FARINI, 17 BOLOGNA   40124 ITALY
BANK HAPOALIM B.M.                                18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BARCLAYS BANK PLC                                 PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: BARCLAYS BANK SA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: BARCLAYS BANK, S.A. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: BARCLAYS BANK, SA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
BSOF MASTER FUND L.P.                             TRANSFEROR: SERENGETI LYCAON MM L.P. 745 SEVENTH AVENUE NEW YORK NY 10154
BSOF MASTER FUND L.P.                             BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
                                                  TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ. 623 FIFTH AVENUE, 29TH FLOOR
                                                  NEW YORK NY 10022
CASSA DI RISPARMIO IN BOLOGNA                     TRANSFEROR: BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. ATTN: ALESSANDRO FERRIANI VIA FARINI, 17 BOLOGNA   40124 ITALY
CITIGROUP GLOBAL MARKETS INC.                     PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     DOUGLAS DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: BANCO BANIF, S.A. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: CITIBANK EUROPE PLC. HUNGARIAN BRANCH OFFICE ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CORBIERE LIMITED                                  TRANSFEROR: IAB LIMITED ATTN: ELIZABETH DENMAN, DIRECTOR CLARENDON HOUSE 2 CHURCH STREET HAMILTON  HM 11 BERMUDA
CREDICAN, C.A.                                    CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112
CREDICAN, C.A.                                    TRANSFEROR: BANCO CANARIAS C/O CHADBOURNE & PARKE LLP ATTN: DENNISE CALDERON-BARRERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112
CREDICAN, C.A.                                    TRANSFEROR: BANCO CANARIAS DE VENEZUELA, BANCO UNIVERSAL, C.A. C/O CHADBOURNE & PARKE LLP ATTN: DENNISE CALDERON-BARRERA, ESQ.
                                                  30 ROCKEFELLER PLAZA NEW YORK NY 10112
DB ENERGY TRADING LLC                             ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858
DB ENERGY TRADING LLC                             BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET NW WASHINGTON DC 20006
DB ENERGY TRADING LLC                             BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DB ENERGY TRADING LLC ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DOVER MASTER FUND II, L.P. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN
                                                  60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON  EC2N 2DB UNITED KINGDOM
DOVER MASTER FUND II, L.P.                        TRANSFEROR: DYNEGY POWER MARKETING INC C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR
                                                  NEW YORK NY 10019
DUKE ENERGY OHIO INC                              C/O KIAH T FORD IV PARKER POE ADAMS & BERNSTEIN LLP 401 SOUTH TRYON STREET, SUITE 3000 CHARLOTTE SC 28202
DUKE ENERGY OHIO, INC.                            C/O KIAH T. FORD IV PARKER POE ADAMS & BERNSTEIN LLP 401 SOUTH TRYON STREET SUITE 3000 CHARLOTTE NC 28202
EFG BANK AB (PUBL)                                P.O. BOX 55963 STOCKHOLM  S-102 16 SWEDEN
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
FARGLORY LIFE INSURANCE CO LTD.                   TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) 18 FL., NO 200 KEELUNG RD., SEC. 1 TAIPEI  110 TAIWAN
GOLDMAN SACHS JAPAN CO., LTD.                     TRANSFEROR: TODAKA MINING CO., LTD. ROPPONGI HILLS MORI TOWER 10-1, ROPPONGI 6-CHOME MINATO-KU TOKYO  106-6147 JAPAN
GOLDMAN SACHS JAPAN CO., LTD.                     TRANSFEROR: TODAKA RYUKEISHA CO., LTD. ROPPONGI HILLS MORI TOWER 10-1, ROPPONGI 6-CHOME MINATO-KU TOKYO  106-6147 JAPAN
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302

                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:47:08                                    LEHMAN BROTHERS HOLDING INC.                                                PAGE:   2
DATE: 06/05/12                                         CREDITOR LISTING

Name                                               Address
GOLDMAN, SACHS & CO.                               TRANSFEROR: TACONIC MARKET DISLOCATION FUND II LP ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                               TRANSFEROR: TACONIC MARKET DISLOCATION MASTER FUND II L.P. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                               TRANSFEROR: TACONIC OPPORTUNITY FUND L.P. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
HEDVIGSDAL HOLDING AB                              TRANSFEROR: EFG BANK AB (PUBL) HEDVIGSDALVAGEN 106 LODERUP S-276 46 SWEDEN
IAB LIMITED                                        TRANSFEROR: KNOWLE LIMITED ATTN: ELIZABETH DENMAN, DIRECTOR CLARENDON HOUSE 2 CHURCH STREET HAMILTON HM11 BERMUDA
IBJ LEASING CO., LTD                               ATTN: MASAHARU OKADA 1-2-6 TORANOMON, MINATO-KU TOKYO 105-0001 JAPAN
IRA FBO MICHAEL ZLATIN PERSHING LLC AS             TRANSFEROR: BANK HAPOALIM B.M. ATTN: MICHAEL ZLATIN 552 CUMBERLAND STREET ENGLEWOOD NJ 07631
  CUSTODIAN
JPMORGAN CHASE BANK, N.A.                          TRANSFEROR: DUKE ENERGY OHIO INC C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                   383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                          TRANSFEROR: DUKE ENERGY OHIO, INC. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                   383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
KNIGHTHEAD MASTER FUND, L.P.                       TRANSFEROR: MACQUARIE BANK LIMITED C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO, ESQ. 623 FIFTH AVENUE, 29TH FLOOR
                                                   NEW YORK NY 10022
LEHMAN BROTHERS INTERNATIONAL (EUROPE)             ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM
  (IN ADMINISTRATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)             PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM
  (IN ADMINISTRATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)             LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
  (IN ADMINISTRATION)
LMA SPC FOR AND ON BEHALF OF THE MAP 84            TRANSFEROR: MACQUARIE BANK LIMITED C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR
  SEGREGATED PORTFOLIO                             NEW YORK NY 10022
MACQUARIE BANK LIMITED                             JAIME SENIOR SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                             TRANSFEROR: BANCA POPOLARE DI SPOLETO S.P.A. C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES & TRADING 125 WEST 55TH STREET
                                                   NEW YORK NY 10019
MACQUARIE BANK LIMITED                             TRANSFEROR: ILLIQUIDX LTD C/O MACQUARIE HOLDINGS (USA) INC. ATTN: VINCENT BASULTO 125 WEST 55TH ST NEW YORK NY 10019
MAT INVESTORS LLC                                  C/O CHARLES MOXLEY 1170 FIFTH AVENUE, #12B NEW YORK NY 10029
MERRILL LYNCH JAPAN FINANCE CO., LTD.              TRANSFEROR: IBJ LEASING CO., LTD ATTN: CHIEMI MIZUKI/HYUN-KI YANG NIHONBASHI 1-CHOME BUILDING 1-4-1, NIHONBASHI CHUO-KU
                                                   TOKYO 103-8230 JAPAN
MONARCH ALTERNATIVE SOLUTIONS MASTER               TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26 FLOOR NEW YORK NY 10022
  FUND LTD
MONARCH ALTERNATIVE SOLUTIONS MASTER               TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
  FUND LTD
MONARCH CAPITAL MASTER PARTNERS II LP              TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP            TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAYMAN FUND LIMITED                        TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD              TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD              TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH RESEARCH ALPHA MASTER FUND LTD             TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH RESEARCH ALPHA MASTER FUND LTD             TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GLLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
OAKFORD MF LIMITED                                 TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
P MONARCH RECOVERY LTD                             TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
P MONARCH RECOVERY LTD                             TRANSFEROR: BARCLAYS BANK PLC C/P MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
PARETO OHMAN AB                                    TRANSFEROR: EFG BANK AB (PUBL) PO BOX 7415 STOCKHOLM S-103 91 SWEDEN
PAULSON CREDIT OPPORTUNITIES MASTER LTD.           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PP OPPORTUNITIES LTD.                              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: JAMES OLIVO 900 THIRD AVENUE NEW YORK NY 10022
PRIME CAPITAL MASTER SPC, GOT WAT MAC              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
  SEGREGATED PORTFOLIO                             2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
PRIME CAPITAL MASTER SPC, GOT WAT MAC              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
  SEGREGATED PORTFOLIO                             2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
PRU ALPHA FIXED INCOME OPPORTUNITY                 ATTN: TERENCE DUNN PO BOX 32339 GATEWAY CENTER 2, 3RD FLOOR NEWARK NJ 07102
  MASTER FUND I LP
ROTH IRA FBO MICHAEL ZLATIN PERSHING LLC           TRANSFEROR: BANK HAPOALIM B.M. ATTN: MICHAEL ZLATIN 552 CUMBERLAND STREET ENGLEWOOD NJ 07631
  AS CUSTODIAN
ROTH IRA FBO RICHARD FELS PERSHING LLC             TRANSFEROR: BANK HAPOALIM B.M. ATTN: RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450
  AS CUSTODIAN

                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:47:08                                        LEHMAN BROTHERS HOLDING INC.                                              PAGE:    3
DATE: 06/05/12                                              CREDITOR LISTING

Name                                             Address
RUSSO, THOMAS A.                                 1170 FIFTH AVE APT 12B NEW YORK NY 10029
SERENGETI LYCAON MM L.P.                         TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM L.P.                          TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
STRATEGIC VALUE MASTER FUND, LTD.                DAVID HOYT C/O ANDREWS KURTH LLP 450 LEXINGTON AVENUE GREENWICH CT 06830
STRATEGIC VALUE MASTER FUND, LTD.                DAVID HOYT C/O ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
STRATEGIC VALUE MASTER FUND, LTD.                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO/AMY SIM/BEN EDWARDS
                                                 100 WEST PUTNAM AVENUE GREENWICH CT 06380
STRATEGIC VALUE MASTER FUND, LTD.                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS, LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE
                                                 GREENWICH CT 06380
STRATEGIC VALUE SPECIAL SITUATIONS               DAVID HOYT C/O ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
MASTER FUND II, L.P.
STRATEGIC VALUE SPECIAL SITUATIONS               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO/AMY SIM/BEN EDWARDS
MASTER FUND II, L.P.                             100 WEST PUTNAM AVENUE GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE
MASTER FUND II, L.P.                             GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS, LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE
MASTER FUND II, L.P.                             GREENWICH CT 06830
SUNSET PARTNERS                                  TRANSFEROR: BANK HAPOALIM B.M. 227 SUNSET AVE RIDGEWOOD NJ 07450
TACONIC CAPITAL PARTNERS 1.5 L.P.                TRANSFEROR: JP MORGAN CHASE BANK C/O TACONIC CAPITAL ADVISORS, LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 L.P.                TRANSFEROR: JP MORGAN CHASE BANK NA C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TACONIC MARKET DISLOCATION FUND II LP            TRANSFEROR: JP MORGAN CHASE BANK NA C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TACONIC MARKET DISLOCATION MASTER FUND           TRANSFEROR: JP MORGAN CHASE BANK NA C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
II L.P.
TACONIC OPPORTUNITY FUND L.P.                    TRANSFEROR: JP MORGAN CHASE BANK C/O TACONIC CAPITAL ADVISORS, LP ATTN: TIM ANDRIKS 450 PARK AVENUE,8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND L.P.                    TRANSFEROR: JP MORGAN CHASE BANK NA C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TODAKA MINING CO., LTD.                          TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: TARO NAKAYAMA 6-7, GOUNOMOTO-MACHI TSUKUMI OITA 879-2471 JAPAN
TODAKA RYUKEISHA CO., LTD.                       TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: TARO NAKAYAMA 6-7, GOUNOMOTO-MACHI TSUKUMI OITA 879-2471 JAPAN
WATERSTONE MARKET NEUTRAL MASTER FUND,           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
LTD                                              2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE MARKET NEUTRAL MASTER FUND,           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
LTD.                                             2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE MF FUND LTD.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                                 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE MKT NEUTRAL MASTER FUND, LTD          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                                 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE OFFSHORE AD FUND, LTD                 TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VICENT CONLEY
                                                 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE OFFSHORE AD FUND, LTD                 TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                                 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE OFFSHORE AD FUND, LTD                 TRANSFEROR: WATERSTONE MKT NEUTRAL MASTER FUND, LTD C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                                 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE OFFSHORE AD FUND, LTD.                TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                                 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE OFFSHORE AD FUND, LTD.                TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                                 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447

Total Number of Records Printed              114                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```