WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re**                                          :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    **08-13555 (JMP)**
:
Debtors.                         :    **(Jointly Administered)**
:
------------------------------------------------------------------------------x

# NOTICE OF ADJOURNMENT OF
# THE TWO HUNDRED NINETY-NINTH OMNIBUS OBJECTION
# TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) that was scheduled for June 28, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to July 19, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further

US_ACTIVE:\44032387\2\58399.0008

adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: June 19, 2012
      New York, New York

    /s/ Jacqueline Marcus
    Jacqueline Marcus

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone:  (212) 310-8000
    Facsimile:   (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of Its Affiliates

# Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| BG BAU BERUFSGENOSSENSCHAFT DER BAUWIRTSCHAFT | 44522 |
| DEUTSCHE BANK AG | 26969 |
| DEUTSCHE BANK AG, LONDON BRANCH | 17754 |
| AON CONSULTING | 7017 |