UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                          :
:
---------------------------------------------------------------x    Ref. Docket Nos. 27783, 28237,
28239, 28372

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 5, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
19th day of June, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 27783, 28237, 28239, 28372_Aff 06-05-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>        Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    SG PRIVATE BANKING SUISSE SA
                  AVENUE RUMINE 20
                  1001 LAUSANNE SWITZERLAND

Additional:

Transferee:    CREDIT SUISSE (LUXEMBOURG) S.A.
                  C/O CRAVATH, SWAINE & MOORE LLP
                  ATTN: STEPHANIE R. TUMBIOLO
                  825 8TH AVENUE
                  NEW YORK NY 10019

**Your transfer of claim # 34650 is defective for the reason(s) checked below:**

Expunged By Court Order

Docket Number 28372          Date 06/01/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 5, 2012.

# EXHIBIT B

08-13555-mg    Doc 28877    Filed 06/19/12    Entered 06/19/12 17:15:34    Main Document
Pg 4 of 5

TIME: 11:40:58
DATE: 06/05/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| CREDIT SUISSE (LUXEMBOURG) S.A. | C/O CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE R. TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019 |
| HSBC PRIVATE BANK (SUISSE) S.A. | QUAI GENERAL-GUISAN 2/PO BOX 3580 GENEVA 3  CH-1211 SWITZERLAND |
| PRIME CAPITAL MASTER SPC, GOT WAT MAC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC SEGREGATED PORTFOLIO C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| SG PRIVATE BANKING SUISSE SA | AVENUE RUMINE 20 1001 LAUSANNE   SWITZERLAND |
| SG PRIVATE BANKING SUISSE SA | AVENUE RUMINE 20 LAUSANNE  1001 SWITZERLAND |
| WATERSTONE OFFSHORE AD FUND, LTD | C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |

Total Number of Records Printed     7

EPIQ BANKRUPTCY SOLUTIONS, LLC