**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                                        :
In re                                                                   :    Chapter 11 Case No.
                                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                            :    08-13555 (JMP)
                                                                        :    (Jointly Administered)
          Debtors.                                                    :
                                                                        :
------------------------------------------------------------------------x    Ref. Docket Nos. 28265, 28268,
                                                                             28269, 28271, 28273, 28275, 28276,
                                                                             28278, 28280-28386, 28413, 28414,
                                                                             28416-28421, 28423, 28426, 28429,
                                                                             28432, 28445, 28446, 28456, 28459-
                                                                             28464

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 7, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       */s/ Lauren Rodriguez*
                                                       Lauren Rodriguez

Sworn to before me this
19th day of June, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 28265, 28268, 28269...28456, 28459-28464_AFF_06-07-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC
     TRANSFEROR: GLOBAL WORLD INVESTMENT, S.L.
     745 SEVENTH AVENUE
     NEW YORK NY 10019
```

Please note that your claim # 45318-01 in the above referenced case and in the amount of
    $1,593,756.37  allowed at $1,598,267.88     has been transferred **(unless previously expunged by court order)**

```
MONARCH DEBT RECOVERY MASTER FUND LTD
TRANSFEROR: BARCLAYS BANK PLC
C/O MONARCH ALTERNATIVE CAPITAL LP
ATTN: MICHAEL GILLIN
535 MADISON AVENUE, FLOOR 26
NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 28265    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/07/2012                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 7, 2012.

# EXHIBIT B

08-13555-mg    Doc 28878    Filed 06/19/12    Entered 06/19/12 17:41:07    Main Document
Pg 4 of 6

```
TIME: 14:40:16                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:    1
DATE: 06/07/12                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. | ATTN: MR. MARIO MUSSO CORSO ITALIA, 4 ALBA (CUNEO) 12051 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: GLOBAL WORLD INVESTMENT, S.L. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CASSA DI RISPARMIO DI ALESSANDRIA S.P.A. | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: SABRINA SAMMARTANO VIA DANTE, 2 ALESSANDRIA 15100 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GOODMORNING SHINHAN SECURITIES CO.,LTD., N/K/A SHINHAN INVESTMENT CORPORATION. ATTN: JACK TSAI/UDAI BAJAJ DEUTSCHE BANK AG, HONG KONG BRANCH LEVEL 60, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG |
| EMPYREAN INVESTMENTS LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| FERNWOOD ASSOCIATES LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O INTERMARKET CORPORATION 1370 AVENUE OF THE AMERICAS, 33RD FLOOR NEW YORK NY 10019 |
| FERNWOOD FOUNDATION FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O INTERMARKET CORPORATION 1370 AVENUE OF THE AMERICAS, 33RD FLOOR NEW YORK NY 10019 |
| FERNWOOD RESTRUCTURINGS LIMITED | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O INTERMARKET CORPORATION 1370 AVENUE OF THE AMERICAS, 33RD FLOOR NEW YORK NY 10019 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CFIP MASTER FUND LTD ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: COMPASS HTV LLC ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: COMPASS OFFSHORE HTV PCC LIMITED ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: DANSKE BANK A/S LONDON BRANCH ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GALAXITE MASTER UNIT TRUST (BLK TICKER ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI OVERSEAS MM L.P. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI OVERSEAS MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI PARTNERS L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI PARTNERS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SPCP GROUP, L.L.C. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SPCP GROUP, LLC ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLF LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HTSG A/C ERUX | (FOR EASTSPRING INVESTMENTS INCOME X F/K/A PRU INCOME X) ATTN: MS. PO YI YEE AVP, TRANSACTION, HSBC INSTITUTIONAL TRUST SERVICES (SINGAPORE) LTD 20 PASIR PANJANG ROAD (EAST LOBBY) 12-21 MAPLETREE BUSINESS CITY 117439 SINGAPORE |
| HTSG A/C ERUX | MORGAN, LEWIS & BOCKIUS LLP ATTN: JOSHUA BLACKMAN 101 PARK AVENUE NEW YORK NY 10178 |
| HTSG A/C ERXL | (FOR EASTSPRING INVESTMENTS INCOME XL F/K/A PRU INCOME XL) ATTN: MS. PO YI YEE AVP, TRANSACTION, HSBC INSTITUTIONAL TRUST SERVICES (SINGAPORE) LTD 20 PASIR PANJANG ROAD (EAST LOBBY) 12-21 MAPLETREE BUSINESS CITY 117439 SINGAPORE |
| HTSG A/C ERXL | MORGAN, LEWIS & BOCKIUS, LLP ATTN: JOSHUA BLACKMAN 101 PARK AVENUE NEW YORK NY 10178 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: HTSG A/C ERUX ATTN: VLADIMIR JELISAVCIC 1325 AVENUE OF THE AMERICAS, 28TH FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: HTSG A/C ERXL ATTN: VLADIMIR JELISAVCIC 1325 AVENUE OF THE AMERICAS, 28TH FLOOR NEW YORK NY 10019 |
| MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II LP | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II-A LP | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAYMAN FUND LIMITED | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH RESEARCH ALPHA MASTER FUND LTD | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| OAKFORD MF LIMITED | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| P MONARCH RECOVERY LTD | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 14:40:16                                         LEHMAN BROTHERS HOLDING INC.                                          PAGE:   2
DATE: 06/07/12                                              CREDITOR LISTING

Name                          Address
QUANTUM PARTNERS LP           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT
                              888 SEVENTH AVENUE NEW YORK NY 10106
QUANTUM PARTNERS LP           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACK - COMPLIANCE DEPT
                              888 SEVENTH AVENUE NEW YORK NY 10106
RUST BELT HOLDINGS II, LTD.   TRANSFEROR: PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALICE BELISLE EATON 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
RUST BELT HOLDINGS II, LTD.   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 8155 NEW YORK NY 10150
RUST BELT HOLDINGS III, LTD.  TRANSFEROR: PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALICE BELISLE EATON 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
RUST BELT HOLDINGS III, LTD.  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 8155 NEW YORK NY 10150

Total Number of Records Printed    50

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```