UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :   (Jointly Administered)
                        Debtors.                                  :
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 28466, 28467,
                                                                      28472-28477, 28479, 28481, 28482,
                                                                      28489, 28490-28495, 28498, 28502,
                                                                      28504-28511, 28514, 28517-28529,
                                                                      28532, 28539-28542, 28544, 28547-
                                                                      28559

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 12, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Lauren Rodriguez*
                                                          Lauren Rodriguez

Sworn to before me this
19th day of June, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 28466, 28467, 28472...28544, 28547-28559_AFF_06-12-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>    Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK HAPOALIM B.M.                              BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER          PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     1177 AVENUE OF THE AMERICAS                     ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10019                               1285 AVENUE OF THE AMERICAS
                                                     NEW YORK NY 10019
```

Please note that your claim # 55854-79 in the above referenced case and in the amount of
     $430,000.00   allowed at $431,972.72         has been transferred **(unless previously expunged by court order)**

```
     ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN
     TRANSFEROR: BANK HAPOALIM B.M.
     ATTN: RICHARD FELS
     227 SUNSET AVENUE
     RIDGEWOOD NJ 07450
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 28477       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/12/2012                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 12, 2012.

**EXHIBIT B**

```
TIME: 16:25:50                                           LEHMAN BROTHERS HOLDING INC.                                           PAGE:  1
DATE: 06/12/12                                              CREDITOR LISTING

Name                                             Address
BANCA DEL MONTE DEI PASCHI DI SIENA SPA           TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. ATTN: VIGANO VALERIA VIA ROSELLINI N. 16 MILANO 20124 ITALY
BANCA MEDIOLANUM S.P.A.                           TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A ATTN: HEAD OF OPERATION CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO (MI) 20080 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A             ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANCA POPOLARE DI MILANO SOCIETA                  ATTN: MARIA TERESA GUERRA, LEGAL DEPT PIAZZA F. MEDA, 4 MILAN 20121 ITALY
  COOPERATIVE A.R.L.
BANCA POPOLARE DI SONDRIO S.C.P.A.                TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. ATTN: GERRY DE ALBERTI SERVIZIO FINANZA - AMMINISTRAZIONE TITOLI
                                                  PIAZZA GARIBALDI, 16 SONDRIO 23100 ITALY
BANK HAPOALIM B.M.                                18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK JULIUS BAER & CO. LTD.                       TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND
BANQUE CANTONALE DU VALAIS                        TRANSFEROR: EFG BANK AG ATTN: IFO SETTLEMENT DEPARTMENT PLACE DES CEDRES 8 SION 1950 SWITZERLAND
BANQUE PIGUET & CIE S.A.                          ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14
                                                  YVERDON CH-1400 SWITZERLAND
BELEIN, PETER                                     BEGONIALAAN 21 HEUSDEN-ZOLDER B-3550 BELGIUM
CASTLE MARKET HOLDINGS LIMITED                    ATTN: RORY WILLIAMS, COMPANY SECRETARY CONNAUGHT HOUSE 1 BURLINGTON ROAD DUBLIN 4 IRELAND
CITIGROUP FINANCIAL PRODUCTS, INC.                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
DIE HAEGHE BEHEER B.V.                            C.G.F. BRUSCHE HAGWEG 3 HARBRINKHOEK 7615 NB NETHERLANDS
EFG BANK AG                                       GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
EFG BANK AG                                       BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND
EMPYREAN INVESTMENTS LLC                          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
EUROBANK EFG BULGARIA AD                          ATTN: MR. NAIDEN CHERNEV MR. GEORGI YORDANOV 14 TSAR OSVOBODITEL BLVD SOFIA 1048 BULGARIA
FIELDSTONE CAPITAL GROUP                          TRANSFEROR: CONDUIT CAPITAL MARKETS LTD 1177 AVENUE OF THE AMERICAS, 32ND FLOOR NEW YORK NY 10036
GOLDMAN SACHS LENDING PARTNERS LLC                RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: CFIP MASTER FUND, LTD. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SOCIETE GENERALE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HAROLD SHAMAH 2010 FAMILY TRUST                   TRANSFEROR: SHAMAH 2000 FAMILY TRUST C/O HIS JUVENILES # 1004 35 WEST 35TH STREET NEW YORK NY 10001
ILLIQUIDX LLP                                     TRANSFEROR: VALCOURT SA CELESTINO AMORE - MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LTP                                     TRANSFEROR: EUROBANK EFG BULGARIA AD 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
IRA FBO ROBERT FRANZ PERSHING LLC AS              TRANSFEROR: FIELDSTONE CAPITAL GROUP 6 BAYER LANE BOONTON NJ 07005
  CUSTODIAN
J P MORGAN SECURITIES LTD                         TRANSFEROR: ILLIQUIDX LTP C/O J P MORGAN SECURITIES ATTN: JEFFREY L PANZO 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
LBVN HOLDINGS, L.L.C.                             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERIAS NEW YORK NY 10019-6064
LBVN HOLDINGS, L.L.C.                             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS, L.L.C.                             TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC P.O. BOX 1641 NEW YORK NY 10150
LIQUIDITY SOLUTIONS IN                            TRANSFEROR: VZW HUIS VAN DE TOEKMST ONE UNIVERSITY PLAZE, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS INC                           TRANSFEROR: BELEIN, PETER ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS INC                           TRANSFEROR: DIE HAEGHE BEHEER B.V. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS INC                           TRANSFEROR: SHAMAH, HAROLD H. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS INC                           TRANSFEROR: WESTERBOS HOLDING BV ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC                          TRANSFEROR: HAROLD SHAMAH 2010 FAMILY TRUST LIQUIDITY SOLUTIONS, INC ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC                          TRANSFEROR: SHAMAH, ISAAC ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC                          TRANSFEROR: WERTENTEIL, IRA ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LYDIAN ASSET MANAGEMENT LP                        TRANSFEROR: LYDIAN SPV OFFSHORE LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD          TRANSFEROR: LYDIAN SPV LIMITED C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD          TRANSFEROR: LYDIAN SPV LIMITED C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD          TRANSFEROR: LYDIAN SPV LTD C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD          TRANSFEROR: LYDIAN SPV OFFSHORE LTD C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD          TRANSFEROR: LYDIAN SPV OFFSHORE LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 PORT ROAD EAST WESTPORT CT 06880
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD          TRANSFEROR: LYDIAN SPV OFFSHORE LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN SPV LIMITED                                TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. C/O LYDIAN ASSET MANAGEMENT L.P. 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN SPV LIMITED                                TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN SPV LTD                                    TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN SPV OFFSHORE LTD                           TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN SPV OFFSHORE LTD.                          TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. C/O LYDIAN ASSET MANAGEMENT L.P. 495 POST ROAD EAST WESTPORT CT 06880
```

```
TIME: 16:25:50                                      LEHMAN BROTHERS HOLDING INC.                                                        PAGE:    2
DATE: 06/12/12                                           CREDITOR LISTING

Name                                             Address
LYDIAN SPV OFFSHORE LTD.                         TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
MORGAN STANLEY & CO. INTERNATIONAL PLC           RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC           MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC           ATTN: MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC           TRANSFEROR: AJF LIMITED 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC           TRANSFEROR: ANMARY, LTD 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC           TRANSFEROR: APPLETON INDUSTRIES LIMITED 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC           TRANSFEROR: BIARRITZ WORLDWIDE LIMITED 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC           TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC           TRANSFEROR: GALEMAR INC 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC           TRANSFEROR: GENOVA MARKETING LIMITED 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC           TRANSFEROR: MARATHON 44 INVESTMENTS LIMITED 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC           TRANSFEROR: PARNASSA 18 LIMITED 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC           TRANSFEROR: PHOENIX GROUP ENTERPRISES LTD. 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC           TRANSFEROR: SHAIIA INVESTMENTS LIMITED 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC           TRANSFEROR: TEMPO INDUSTRIES LIMITED 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC           TRANSFEROR: WESTERN LAKE INTERNATIONAL S.A. 25, CABOT SQUARE, CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
ROTH IRA FBO RICHARD FELS PERSHING LLC           TRANSFEROR: BANK HAPOALIM B.M. ATTN: RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450
  AS CUSTODIAN
SHAMAH, HAROLD H.                                C/O CHESTER B SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFY LLP 299 PARK AVENUE NEW YORK NY 10171
SHAMAH, ISAAC                                    C/O CHESTER B. SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVE NEW YORK NY 10171
SOLA LTD                                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES LP                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SUNSET PARTNERS                                  TRANSFEROR: BANK HAPOALIM B.M. 227 SUNSET AVE RIDGEWOOD NJ 07450
THE ROYAL BANK OF SCOTLAND PLC                   DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
THE ROYAL BANK OF SCOTLAND PLC                   TRANSFEROR: CASTLE MARKET HOLDINGS LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06901
UBS AG                                           BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                           ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
ULTRA MASTER LTD                                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
VALCOURT SA                                      TRANSFEROR: BANQUE PIGUET & CIE S.A. ROBERT WELLHAUSER - DIRECTOR OF TRADING 2, RUE DE LA ROTISSERIE CASE POSTALE 5620
                                                 GENEVA 1211-11 SWITZERLAND
VZW HUIS VAN DE TOEKMST                          BEGONIALAAN 21 HEUSDEN-ZOLDER   B-3550 BELGIUM
WERTENTEIL, IRA                                  C/O CHESTER B. SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVE NEW YORK NY 10171
WESTERBOS HOLDING BV                             STATIONSPLEIN 35/37 HEILDO   1851 LN NETHERLANDS


Total Number of Records Printed                 86                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```