UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
                                                               :   (Jointly Administered)
            Debtors.                                           :
                                                               :
---------------------------------------------------------------x   Ref. Docket Nos. 28536, 28537

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 12, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
19th day of June, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 28536, 28537_Aff 06-12-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)

| (Jointly Administered)

Debtors.

### NOTICE OF DEFECTIVE TRANSFER

Transferor:  BLUEBAY STRUCTURED FUNDS- HIGH YIELD ENHANCED FUND
ATTN: DAN BEBELLO & LUCIEN ORLOVIUS
C/O BLUEBAY ASSET MANAGEMENT PLC
77 GROSVENOR STREET
LONDON W1K 3JR UNITED KINGDOM

Additional:  BLUEBAY STRUCTURED FUNDS- HIGH YIELD ENHANCED FUND
ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ.
CHADBOURNE & PARKE LLP
30 ROCKEFELLER PLAZA
NEW YORK NY 10112

Transferee:  BARCLAYS BANK PLC
745 SEVENTH AVENUE
NEW YORK NY 10019

**Your transfer   of claim #   30132    is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match
Amount On Transfer Agreement Does Not Match

Docket Number 27537                    Date 04/20/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 12, 2012.

**EXHIBIT B**

```
TIME: 16:23:36                          LEHMAN BROTHERS HOLDING INC.                                      PAGE:   1
DATE: 06/12/12                               CREDITOR LISTING

Name                                    Address
BARCLAYS BANK PLC                       745 SEVENTH AVENUE NEW YORK NY 10019
BLUEBAY STRUCTURED FUNDS- HIGH YIELD    ATTN: DAN BEBELLO & LUCIEN ORLOVIUS C/O BLUEBAY ASSET MANAGEMENT PLC 77 GROSVENOR STREET LONDON   W1K 3JR UNITED KINGDOM
 ENHANCED FUND
BLUEBAY STRUCTURED FUNDS- HIGH YIELD    ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112
 ENHANCED FUND
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON / ALEXANDER KRAEMER WINCHESTER HOUSE
                                        1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)    TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                        LONDON  EC2N 2DB UNITED KINGDOM
MICHAEL GILLIN                          C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022


Total Number of Records Printed         6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC