UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
                            Debtors.                           :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 28010, 28470,
                                                                    28471, 28564, 28565, 28569, 28472,
                                                                    28474-28477, 28581, 28583, 28584,
                                                                    28594, 28596, 28597, 28599

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 14, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
19th day of June, 2012

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: DB ENERGY TRADING LLC
     ATTN: MATT WEINSTEIN
     60 WALL STREET, 3RD FLOOR
     NEW YORK NY 10005
```

Please note that your claim # 26968 in the above referenced case and in the amount of $5,716,029.00  allowed at $5,716,029.00   has been transferred (**unless previously expunged by court order**)

```
     HALCYON LOAN TRADING FUND LLC
     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
     C/O HALCYON ASSET MANAGEMENT LLC
     ATTN: MATT SELTZER
     477 MADISON AVENUE, 8TH FLOOR
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 28594   in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/14/2012                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 14, 2012.

# EXHIBIT B

```
TIME: 17:33:42                                            LEHMAN BROTHERS HOLDING INC.                                                PAGE:   1
DATE: 06/14/12                                                CREDITOR LISTING

Name                                          Address
ATTESTOR VALUE MASTER FUND LP                 TRANSFEROR: ILLIQUIDX LLP C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH/ISOBELLE WHITE 67-68 GROSVENOR STREET
                                              LONDON W1K 3JN UNITED KINGDOM
BANCA POPOLARE DI SONDRIO S.C.P.A.            TRANSFEROR: VENETO BANCA HOLDING SCPA ATTN: GERRY DE ALBERTI SERVIZIO FINANZA - AMMINISTRAZIONE TITOLI PIAZZA GARIBALDI, 16
                                              SONDRIO 23100 ITALY
BANCO INTERACCIONES FIDEICOMISO 1042          ATTN: MANUEL VELASCO VELAZQUEZ PASEO DE LA REFORMA 383-15 COL. CUAUHTEMOC MEXICO DF 06500 MEXICO
BANCO INTERACCIONES FIDEICOMISO 1384          ATTN: MANUEL VELASCO VELAZQUEZ PASEO DE LA REFORMA 383-15 COL. CUAUHTEMOC MEXICO DF 06500 MEXICO
DATACAP PROCESSING LIMITED                    DEWEY & LEBOEUF LLP ATTN: EMIL ARCA 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
DATACAP PROCESSING LIMITED                    ATTN: YVONNE CLARKE, DIRECTOR 32 TRAFALGAR ROAD KINGSTON 10 JAMAICA
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: BANCO INTERACCIONES FIDEICOMISO 1042 ATTN: MATT WEINSTEIN 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: BANCO INTERACCIONES FIDEICOMISO 1384 ATTN: MATT WEINSTEIN 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: DB ENERGY TRADING LLC ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: LANDESBANK BERLIN AG (FKA BANKGESELLSCHAFT BERLIN AG) C/O DEUTSCHE BANK SECURITIES, INC. 60 WALL ST., 3RD FLOOR
                                              ATTN: MATTHEW WEINSTEIN NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: LANDESBANK BERLIN AG (FKA BANKGESELLSCHAFT BERLIN AG) C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATTHEW WEINSTEIN
                                              60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: TRADITION ASIEL SECURITIES, INC. ATTN: SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET
                                              LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: ZURCHER KANTONALBANK ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET
                                              LONDON EC2N 2DB UNITED KINGDOM
HALCYON LOAN TRADING FUND LLC                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                              NEW YORK NY 10022
HAPOALIM SECURITIES USA, INC.                 TRANSFEROR: TEJAS SECURITIES GROUP, INC. ONE BATTERY PARK PLAZA NEW YORK NY 10004
HAROLD SHAMAH 2010 FAMILY TRUST               TRANSFEROR: SHAMAH 2000 FAMILY TRUST C/O HIS JUVENILES # 1004 35 WEST 35TH STREET NEW YORK NY 10001
IBS TURNAROUND FUND (QP) (A LIMITED           IBS CAPITAL LLC 1 INTERNATIONAL PLACE, SUITE 2401 BOSTON MA 02110
PARTNERSHIP)
ILLIQUIDX LLP                                 TRANSFEROR: UBS AG ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
LIQUIDITY SOLUTIONS, INC.                     TRANSFEROR: HAROLD SHAMAH 2010 FAMILY TRUST ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                     TRANSFEROR: SHAMAH, HAROLD H. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                     TRANSFEROR: SHAMAH, ISAAC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                     TRANSFEROR: WERTENTEIL, IRA ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
MERRILL LYNCH INTERNATIONAL                   CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                   C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
OZ SPECIAL MASTER FUND, LTD.                  TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                              NEW YORK NY 10019
SHAMAH, HAROLD H.                             C/O CHESTER B SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVENUE NEW YORK NY 10171
SHAMAH, ISAAC                                 C/O CHESTER B. SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVE NEW YORK NY 10171
TEJAS SECURITIES GROUP, INC.                  TRANSFEROR: IBS TURNAROUND FUND (QP) (A LIMITED PARTNERSHIP) 8226 BEE CAVES RD AUSTIN TX 78746
TEJAS SECURITIES GROUP, INC.                  TRANSFEROR: THE IBS OPPORTUNITY FUND (BVI) LTD 8226 BEE CAVES RD AUSTIN TX 78746
TEJAS SECURITIES GROUP, INC.                  TRANSFEROR: THE IBS TURNAROUND FUND, LP 8226 BEE CAVES RD AUSTIN TX 78746
THE IBS OPPORTUNITY FUND (BVI) LTD            IBS CAPITAL LLC 1 INTERNATIONAL PLACE, SUITE 2401 BOSTON MA 02110
THE IBS TURNAROUND FUND, LP                   IBS CAPITAL LLC 1 INTERNATIONAL PLACE, SUITE 2401 BOSTON MA 02110
TRADITION ASIEL SECURITIES, INC.              TRANSFEROR: HAPOALIM SECURITIES USA, INC. 75 PARK PLACE 4TH FLOOR NEW YORK NY 10007
UBS SECURITIES LLC                            TRANSFEROR: DATACAP PROCESSING LIMITED ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
VENETO BANCA HOLDING SCPA                     (HOLDER OF THE NORES QUARTZ SERIES 2001-1 ZERO COUPON FUND LINKED
                                              PRINCIPAL PROTECTED) NOTES DUE 2009 ISSUED NY QUARTZ FINANCE LIMITED ATTN: LEONARDO NAVE PIAZZA G.B. DALL'ARMI, N.1
                                              MONTEBELLUNA (NV) 31044 ITALY
WATERSTONE MARKET NEUTRAL MASTER FUND,        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
LTD.                                          2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE OFFSHORE AD FUND, LTD              TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                              2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WERTENTEIL, IRA                               C/O CHESTER B. SALOMON, ESQ. BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVE NEW YORK NY 10171
YORVIK CAPITAL LTD                            TRANSFEROR: YORVIK PARTNERS LLP ATTN: BEN RANA 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                           TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG ATTN: BEN RANA 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
                                              MICHAEL J. CANNING & ANTHONY BOCCANFUSO ARNOLD & PORTER LLP 399 PARK AVE 34TH FLOOR NEW YORK NY 10022
ZURCHER KANTONALBANK                          ATTN: ESTHER KUONI & ROGER BACHMANN BAHNHOFSTRASSE 9 ZURICH CH-8001 SWITZERLAND
ZURCHER KANTONALBANK                          ATTN: ESTHER KUONI & ROGER BACHMANN BAHNHOFSTRASSE 9 ZURICH CH-8001 SWITZERLAND


Total Number of Records Printed    43                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```