UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :   (Jointly Administered)
             Debtors.                                             :
                                                                  :
------------------------------------------------------------------x   Ref. Docket No. 28568

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 14, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
19th day of June, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 28882    Filed 06/19/12    Entered 06/19/12 20:22:36    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO
              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)
              C/O WATERSTONE CAPITAL MANAGEMENT, LP
              ATTN: VINCENT CONLEY
              2 CARLSON PARKWAY, SUITE 260
              PLYMOUTH MN 55447

Additional:

Transferee:   WATERSTONE OFFSHORE AD FUND, LTD
              C/O WATERSTONE CAPITAL MANAGEMENT, LP
              ATTN: VINCENT CONLEY
              2 CARLSON PARKWAY, SUITE 260
              PLYMOUTH MN 55447

Your transfer   of claim #   59006-12   is defective for the reason(s) checked below:

Amount On Transfer Agreement Does Not Match

Docket Number 28568          Date 06/11/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 14, 2012.

# EXHIBIT B

```
TIME: 17:43:08                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 06/14/12                                    CREDITOR LISTING

Name                                    Address
PRIME CAPITAL MASTER SPC, GOT WAT MAC   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
  SEGREGATED PORTFOLIO                  2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE OFFSHORE AD FUND, LTD        C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447


Total Number of Records Printed        2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC