Maltaux jeanne-marie
jmaltaux@hotmail.com

Belgium,1june 2012-06-01

Mister James M Peck,

Yesterday I called Epiq system ,because i don't undertand nothing about papers they send me i belgium my EX office ,I am living in Tenerife since November 2010paper annexe)
since the ARNAQUE of Citibank Waterloo ,who has taken my SHARING count to buy the "notes!!! I don't know what it is"at this moment .
SO a man said (sorry for my English I speak French) that because an'invalid or no blocking number LPS!!! Claim I will not receive undtermined totalclaim,dollars, it is 51000 euros !! I wrote them ,a lot of stamps of problems ,because now I have no more money I leave my country Belgium and abandoned my old mother of 93 years ,I can't no more pay my taxes!! So I am in canary island it is more cheep,I have 62 years I have worked all my life to cure palsy chidren and now ,the criminal bank of Citibank has STOLEN my little money!!
Now ,by stress I have cancer of skin ,all my back is open ,and no cicatrisation possible ,says the professor Henen in dermatologic Since problem of money is not recupareted.So certainly you don't care of my case like all this thiefs of Sachsbank and the "Polson!"No word is in problems because  this wall street of "merde"in French
YOU are judge ,like my friend who is attorney general in Brussels and his wife ,judge for the chidren and you have the power the honour and no a second time HUMILIATION, to loose this judgment.
Now I will never buy a stamp for USA again .
The man of Epiq said me ,take a lawer 'Never !I prefer to give the rest of my money to the Mafia to break the teeth of the manager lier and said me it was a sharing count;I  have no chidren so I know that god is with me and not with this criminals ,so I will have revenge before I die to this liers of financiels people.
If I don't receive my money back I sweer ,god see us ,that never I will be honest and I will teach the malhonnesty to the children .
I am FURIUS and I able to do a lot of things against the people concerning in this dramatic story.
How America is able to ask to victims  a paper LPS that Nobody knows what it is!!!! In Europe ,Belgium,and write undertermin when I wrote "recommandé by post and spend a lot of money for stamps ,and become more sick when I receive papers in englis Maybe you laugh about 51000 euros ,you receive certainly this by month,but me I have put  a lot of chidren very heavy  stand up bed ,take all there articulations ,mussels between my 22 years to my 60 years !! and for that I have to leave my country SHAME ,God will punish them very soon .
I hope that the island canary Palma when this island fall will do a wave of 900 m to kill all this people of Wall street  ,it would be wonderfull for me .I do the cards and I am witch ,I see the future when it is difficult,and I know that all the American who pretend they believe in god ,to go to the church to show only the new clothes and not because they have a "honorable behaviour"
Imagine ,all this money gone ,who has taken ?? it is in guns ,in nuclear ,instupid things to see the moon and people die ,no food , Afghanistan fot the burka of the women,, I don't believe in it /
Now I am to sick to continue all what I have to say ,I thought that American people were good ,they have saved us of Hitler ,an father who was in the army with the English and now he is on the honour gras of the cemetery,but now I know that only God is here in Belgium ,they said that Citibank was not responsable !!!! Justice ? I laugh.
I want to vomit,I know that there is too much corruption in politic ,what can we do? I understand people deseperated ,like a te Nivelles who take in ostage the family of the manager of the bank who has stolen his money ,working hard in a shool for littleSa people who like bonus without to do nothing ,have a life luxurius

So I hope that GOD will influence you and that  you will be impartial ,,it is for the future of your family.
Think that may be ,somebody will take all  what have your family and that you will depend of  an "invalid or no blocking number Claim" if you know the signification of that ,please write me I will not die stupid;
LPS!!

Sincerely ,and sadly yours
Jeanne marie maltaux ex physiotherapist for the school of 400 palsy children of the Belgian ministry of education.

Sorry for my American.



IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 297: EXHIBIT A – INVALID OR NO BLOCKING NUMBER LPS CLAIMS

*[Handwritten at top: "Handwritten in Honour of American People !!!"]*

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BINDER TRUST LIMITED<br>5TH FLOOR BEAUX LANE HOUSE<br>MERCER STREET LOWER<br>DUBLIN 2,<br>IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43158[1] | $690,248.78 | Invalid or No Blocking Number LPS Claim |
| 2 | CABINET KINESITHERAPIE<br>JEANNE-MARIE MALTAUX<br>33 AVENUE DES POULES D'EAU<br>1640 RHODE-ST. GENESE<br>BELGIUM,<br>BELGIUM | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 19647 | Undetermined | Invalid or No Blocking Number LPS Claim |
| 3 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55404[2] | $125,679.00* | Invalid or No Blocking Number LPS Claim |
| 4 | KOSTKA, MICHAEL A. & KOSTKA-CUGMAS, DRAGICA<br>KANZLEI FESER,<br>DELLBRUCKER MAUSPFAD 319<br>KOLN, 51069<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/06/2009 | 2628 | $239,467.64 | Invalid or No Blocking Number LPS Claim |

*[Handwritten annotations throughout:*
- *"?? " near case name heading*
- *Near row 1: "51.000 € so little for you!"*
- *Near row 2: "X", "now in Tenerif Canary Island — I have not to wait the letters of Epi? System !!! october 2008 → june 2012 !!!", "????", "what it is LPS ???"*
- *Left margin: "poor other people / in the world / etc..."*
- *Near row 4: "Where is this money now? in which pocket ??"]*

[1] Claim 43158 is being expunged solely with respect to its asserted claim totaling $690,248.78 for the security with ISIN XS0176801537. The remaining portion of Claim 43158 is not being expunged pursuant to this Objection and is not affected by this Objection. All rights with respect to the remaining portion of Claim 43158 are reserved.

[2] Claim 55404 is being expunged solely with respect to its asserted claim held by Citibank Privatkunden AG & Co. KGAA of $125,679.00 for the security with ISIN CH0015586842. The remaining portion of Claim 55404 is not being expunged pursuant to this Objection and is not affected by this Objection. All rights with respect to the remaining portion of claim 55404 are reserved.

*[Handwritten at bottom:*
*"MARAZUL SUR" A 112.*
*PLAYA SAN JUAN.*
*COSTA ADEJE 38 678*
*TENERIFE SPAIN.*
*NEW ADDRESS..!]*





2447946

# ESPAÑA

## CERTIFICADO DE REGISTRO DE CIUDADANO DE LA UNIÓN

AVISO: DOCUMENTO NO VÁLIDO PARA ACREDITAR LA IDENTIDAD
NI LA NACIONALIDAD DEL PORTADOR

EL ENCARGADO DEL REGISTRO CENTRAL DE EXTRANJEROS EN LA COMISARÍA LOCAL DE ADEJE

**CERTIFICA:** Que de conformidad con lo establecido en los artículos 3.3 y 7.1 del Real Decreto 240/2007, de 16 de febrero, y teniendo en cuenta, que este documento sólo prueba la inscripción en el Registro Central de Extranjeros, si se presenta en unión del pasaporte o documento de identidad, en vigor, la persona que a continuación se indica, ha solicitado y obtenido su inscripción en el Registro Central de Extranjeros de la Dirección General de la Policía y de la Guardia Civil, como residente comunitario en España, desde el veintiseis de noviembre de dos mil diez.

D./Dª **JEANNE MARIE EDOUINE OLGA MALTAUX**, nacido/a el 30/01/1950, en UCCLE (BELGICA), hijo de JEAN y de MADELEINE.

Nacionalidad: **BELGICA**.

*[handwritten: New place]*

Domicilio: AVENIDA VENEZUELA ED PONDEROSA, 45; PUERTA 614 ; ADEJE ( SANTA CRUZ TENERIFE ). *[handwritten: and [NOW] "MARAZUL", "A112", Costa Adeje 38678. Tenerife Spain]*

Número de Identidad de Extranjero (N.I.E.): Y1578349-B.

*[handwritten: jmaltaux@hotmail.com.]*

Y para que conste, a los efectos de justificar el cumplimiento de la obligación dispuesta por la normativa arriba indicada, se expide el presente en ADEJE, a veintiseis de noviembre de dos mil diez.

Fdo. CARLOS LUDEÑA ALONSO

*[handwritten: no more in Belgium, no money to pay Taxes !! in my country]*

AVISO: DOCUMENTO NO VÁLIDO PARA ACREDITAR LA IDENTIDAD NI LA NACIONALIDAD DEL PORTADOR

http://sol7dni2/pub/doc.cxafjji.htm

26/11/2010



poor diing woman →

CANCER BECAUSE CITIBANK MALHONNESTY

51.000 € !!

No more money to stay in my own country Citibank Waterloo has stolen 100% of my Sharing Count and put in "Notes" ?? when I had said to the manager that I didn't want risk no Actions or no obligations, no Risk !!! God will punish him and her daughter... He was a LIAR for Bonus and maybe a BENZ He is a "Asshole" like you say in America; in French un TROU DU CUL !

poor Swiss Woman

Cancer
because Citibank
Malhonnesty

[illegible]
[illegible] my [illegible]
Causing Citibank Violation [illegible]
Stolen 100% of my Shares
!! 51.000 £ !!
Count and put in "Notes" ??
When I had said to the manager
that I [illegible]
[illegible] the Risk !!!
no Action or Obligation, [illegible]
[illegible] LIAR
[illegible]
the Bank and people [illegible]
He is — "ASS hole"
my [illegible] American [illegible]
TROU DU CUL !