UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re                                               :
LEHMAN BROTHERS HOLDING INC.        :    Chapter 11 Case No. 08-13555
                                                    :
-------------------------------------------------------x

### CREDITOR DIETER BROSCHK's NOTICE OF WITHDRAWAL OF CLAIM

Creditor Dieter Broschk hereby respectfully provides notice to the Debtors that he abandons and withdraws Claim #13637 ($8,678.77) submitted on or about September 15, 2009 against Debtor LBHI.

RESPECTFULLY submitted on ___JUN 1 3 2012___.

_____
Helge Naber
Montana Bar. Id. #7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T 406 452 3100
F 406 452 6599
e helge.naber@naberpc.com

| | |
|---|---|
| • US Bankruptcy Court for the Southern District of New York<br>LEHMAN BROTHERS CLAIM PROCESSING CENTER<br>EQPIQ BANKRUPTCY SOLUTIONS LLC<br>FDR Station P.O. Box 5076<br>New York New York 10150-5076<br>• Eric Kassenetz Esq.<br>WEIL GOTSCHAL & MANGES LLP<br>767 Fifth Avenue<br>New York New York 10153<br>*Attorney for Debtor* | **CERTIFICATE OF SERVICE**<br><br>This is to certify that the foregoing CREDITOR'S NOTICE OF WITHDRAWAL was duly served by U.S. First Class mail, appropriate postage prepaid, upon the other parties or their attorney of record at their address or addresses as shown herein on ___JUN 1 3 2012___.<br><br>NABER PC<br><br>By _____<br>300 Central Avenue Ste. 320 • Great Falls, MT 59401 |