UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re
LEHMAN BROTHERS HOLDING INC.       :   Chapter 11 Case No. 08-13555

-----------------------------------------------------------x

### CREDITOR KATJA BAUMERHEIER's NOTICE OF WITHDRAWAL OF CLAIM

Creditor Katja Baumheier hereby respectfully provides notice to the Debtors that she abandons and withdraws Claims #11170 ($1,436.51) and #11171 ($1,436.51) submitted on or about September 15, 2009 against Debtor LBHI.

RESPECTFULLY submitted on   JUN 13 2012   .

_____
Helge Naber
Montana Bar. Id. #7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T 406 452 3100
F 406 452 6599
e helge.naber@naberpc.com

---

• US Bankruptcy Court for the Southern District of New York

LEHMAN BROTHERS CLAIM PROCESSING CENTER

EQPIQ BANKRUPTCY SOLUTIONS LLC

FDR Station P.O. Box 5076

New York New York 10150-5076

• Eric Kassenetz Esq.

WEIL GOTSCHAL & MANGES LLP

767 Fifth Avenue

New York New York 10153

*Attorney for Debtor*

### CERTIFICATE OF SERVICE

This is to certify that the foregoing CREDITOR'S NOTICE OF WITHDRAWAL was duly served by U.S. First Class mail, appropriate postage prepaid, upon the other parties or their attorney of record at their address or addresses as shown herein on   JUN 13 2012   .

NABER PC

By _____
300 Central Avenue Ste. 320 • Great Falls, MT 59401

---

08-BK-13555 IN RE LBHI • CREDITOR'S NOTICE OF WITHDRAWAL • 1