RECEIVED JUN - 8 2012 U.S. BANKRUPTCY COURT, SDNY JMP

Attention Miss. Julie J. Becker
Wilmington Trust Company
50 South Sixth Street, Suite 1290
Minneapolis, Minnesota 55402-1544
United States of America

K. Norimatsu
14 − 10 − 306 Suzurandai −
Higashimachi 9−Chome、
Kitaku, Kobe−City、
Hyogo−Pref.、651−1112
Japan
TEL 0+11( your National No.) +81
−90−1594−6136
May 31,  2012

Attn : Miss. Becker

Re : Lehman Brothers Holdings Inc.、et al. (08−13555 (JMP) )

I, K. Norimatsu, of the clamant of the above cases from Kobe-city, Japan seem to win these cases in position of 21 companiese Equity Interests.

As I've been directed to check www.lehman-docket.com and others, so I've looked out your company in those issues recently.

If you could recognize me as the founder of Lehman Brothers Holdings Inc. and those affiliates companies, please remit the principal amount outstanding or the current outstanding amount to me in the way of hereunder detailed <u>by all Japanese currencies absolutely.</u>

[ Your company's direction ]

If your company had the relation of capital to the one of 21 companiese, the attached company's list, it might be better to cancel the relation of capital.

Because I have been proposed to purchase these all 21 companiese by

1

Deutsche Bank Securities Inc..

I think that your company will be better not to bring those securities to New owner's.

It may true that your company doesn't have the relation with the one of 21 companiese.

Anyway the solution of avoiding the situation is to exist as the company of holding those securities as mentioned in that article, I think.

Actual work is to sell your stock to me immediately.

Please make sure the percentage of stocks of your company to sell to me.

Therefore please inform to me the your parent company's details <u>by registered airmail or air courier absolutely.</u>

And the remittance is also important matter between us.

Moreover please send the hardcopy of the article of the above internet site dated July 26, 2011, August 11, 2011, October 3, 2011, and April 11, 2012.

The remittance should be divided several times －max 12 times－because of large sum.

Would you please refer my account information hereunder ?

In case of <u>Japanese Yen</u> : SUMITOMO MITSUI BANKING CORPORATION, Japan

Swift Code : SMBCJPJT

A/C Number : 0009－348－4590112
                   shop   A/C no.

In case of <u>US dollars</u> : same bank

A/C Number : 0009－348－0115067

Ordinary Deposit

Others same as above.

TEL : 01181－78－591－2291

Suzurandai Branch.

Your kind attention will be highly appreciated.

Yours sincerely,

_____K. Norimatsu_____ signature

3

|  | Claim No. |  |
|---|---|---|
| Lehman Brothers Holdings Inc. | 46343 |  |
| LB 745 LLC | 46344 | → not 43644 |
| PAMI Statler Arms LLC | 46345 |  |
| Lehman Brothers Commodity Services Inc. | 46346 |  |
| Lehman Brothers Special Financing Inc. | 46347 | → settled |
| Lehman Brothers OTC Derivatives Inc. | 46348 |  |
| Lehman Brothers Derivatives Products Inc. | 46349 |  |
| Lehman Commercial Paper Inc. | 46350 |  |
| Lehman Brothers Commercial Corporation | 46351 |  |
| Lehman Brothers Financial Products Inc. | 46352 |  |
| Lehman Scottish Finance L.P. | 46353 |  |
| CES Aviation LLC | 46354 |  |
| CES Aviation V LLC | 46355 |  |
| CES Aviation IX LLC | 46356 |  |
| East Dover Limited | 46357 |  |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 46358 |  |
| BNC Mortgage LLC | 46359 |  |
| Structured Asset Securities Corporation | 46360 |  |
| LB Rose Ranch LLC | 46361 |  |
| LB 2080 Kalakaua Owners LLC | 46362 |  |
| Merit LLC |  |  |
| LB Preferred Somerset LLC |  |  |
| LB Somerset LLC |  |  |

No. _____

Date _____

Please receive the enclosed letter to M/s. Wilmington Trust Company, Minnesota, USA dated May 31, 2012

K. Norimatsu