Form 210A (12/09)

FILED
U.S. BANKRUPTCY COURT
2012 JUN 14 P 12:04

# United States Bankruptcy Court

Southern District Of New York

In re **Lehman Brothers Holdings Inc.**          Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **BARCLAYS BANK PLC** | **DEUTSCHE BANK AG, LONDON BRANCH** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent

Court Claim # (if known): **24258**
Amount of Claim: 100% of Claim # 24258
(Filed with an Original Claim Amount of $6,123,968.90)
**$4,600,000.00 (Allowed Amount)**
Date Claim Filed: **June 8, 2012**

c/o Steve Stancarone
745 7th Ave., 16th Floor
New York, NY  10019
Email: steve.stancarone@barcap.com
Phone: 212 412 3718
Last Four Digits of Acct #: **9228**

Phone:_____
Last Four Digits of Acct.#:

Name and Address where transferee payments should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____          Date: 6-13-12
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

Southern District Of New York

In re **Lehman Brothers Holdings Inc.**                Case No. **08-13555**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **24258** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| DEUTSCHE BANK AG, LONDON BRANCH | BARCLAYS BANK PLC |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| c/o Deutsche Bank Securities Inc. | c/o Steve Stancarone |
| 60 Wall Street | 745 7th Ave., 16th Floor |
| New York, NY 10005 | New York, NY 10019 |
| Attn. Jeffrey Olinsky | Email: steve.stancarone@barcap.com |
| Email: jeffrey.olinsky@db.com | |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                CLERK OF THE COURT

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
         Attn: Clerk

AND TO:  Lehman Brothers Holdings Inc. (the "Debtor")
         Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 24258

DEUTSCHE BANK AG, LONDON BRANCH and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

BARCLAYS BANK PLC
7th Ave 16 Floor
New York, NY 10019
Phone Number:  212 412 3718
Fax Number:    212 412 1706
Attn: Steve Stancarone
Email: steve.stancarone@barcap.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 24258 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June __8__, 2012.

DEUTSCHE BANK AG, LONDON BRANCH                  BARCLAYS BANK PLC

                 Philipp Roever
                 Vice President
By: _____                      By: _____
    Name:                                            Name:
    Title:                                           Title:

By: _____
    Name:
    Title:  Michael Sutton
            Managing Director

# EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
      Attn: Clerk

AND TO:   Lehman Brothers Holdings Inc. (the "Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 24258

DEUTSCHE BANK AG, LONDON BRANCH and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

BARCLAYS BANK PLC
7th Ave 16 Floor
New York, NY 10019
Phone Number:   212 412 3718
Fax Number:   212 412 1706
Attn: Steve Stancarone
Email: steve.stancarone@barcap.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 24258 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May ____ June 8, 2012.

| DEUTSCHE BANK AG, LONDON BRANCH | BARCLAYS BANK PLC |
|---|---|
| By: _____ <br> Name: <br> Title: | By: _____ <br> Name: <br> Title: Steve Stancar AVP |
| By: _____ <br> Name: <br> Title: | |