UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:  Chapter 11
In re                                              :
:  Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :
        Debtors.                           :  (Jointly Administered)
:
:
------------------------------------------------------------------x    Ref. Docket No. 28589

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 12, 2012, I caused to be served the following:

   a) "Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding Motion Of Lehman Brothers Holdings Inc. Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure For Approval Of Settlement Agreement With Japan Loans Opportunities B.V.," dated June 12, 2012 [Docket No. 28589], (the "Japan Loans CNO With Exhibits"), and

   b) "Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding Motion Of Lehman Brothers Holdings Inc. Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure For Approval Of Settlement Agreement With Japan Loans Opportunities B.V.," dated June 12, 2012 [Docket No. 28589], (the "Japan Loans CNO Without Exhibits"),

   by causing true and correct copies of the:

   i. Japan Loans CNO With Exhibits, to be delivered via electronic mail to those parties listed on the annexed Exhibit A, and

- 2 -

    ii.    Japan Loans CNO Without Exhibits, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>.

<u>/s/ Pete Caris</u><br>Pete Caris

Sworn to before me this  
13th day of June, 2012  
<u>/s/ *Cassandra Murray*     </u>  
Notary Public, State of New York  
No. 01MU6220179  
Qualified in the County of Queens  
Commission Expires April 12, 2014

# EXHIBIT A

**Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT B**

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |