**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,
          Debtors.

------------------------------------------------------------------------x

    :    Chapter 11
    :
    :    Case No. 08-13555 (JMP)
    :
    :    (Jointly Administered)
    :
    :
    Ref. Docket Nos. 28847-28849

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                 ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 18, 2012, I caused to be served the following:

    a) "Notice Of Adjournment Of Plan Administrator's Objection To Claim Of AIG Global Services, Inc, F/K/A AIG Technologies, Inc. (Claim No. 66918)," dated June 18, 2012 [Docket No. 28847], (the "AIG NOA"),

    b) "Notice Of Further Adjournment Of Debtors' Two Hundred Sixty-Eighth Omnibus Objection To Claims (Duplicative Claims)," dated June 18, 2012 [Docket No. 28848], (the "268th NOA"), and

    c) "Notice Of Further Adjournment Of The Two Hundred Eightieth Omnibus Objection To Claims (No Liability Claims)," dated June 18, 2012 [Docket No. 28849], (the "280th NOA"),

by causing true and correct copies of the:

    i. AIG NOA, 268th NOA and 280th NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. AIG NOA, 268th NOA and 280th NOA, to be delivered via facsimile to the party listed on the annexed Exhibit B,

    iii. AIG NOA, 268th NOA and 280th NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

    iv.    AIG NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>,

    v.    268th NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>, and

    vi.    280th NOA, be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Pete Caris</u>
Pete Caris

Sworn to before me this
19th day of June, 2012
<u>/s/ *Cassandra Murray*</u>
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\NOA AIG, NOA 268 Omni, NOA 280 Omni_DI 28847-28849_AFF_6-18-12_KH.doc

**EXHIBIT A**

## Email Addresses

| | |
|---|---|
| aaaronson@dilworthlaw.com | arosenblatt@chadbourne.com |
| aalfonso@willkie.com | arthur.rosenberg@hklaw.com |
| abeaumont@fklaw.com | arwolf@wlrk.com |
| abraunstein@riemerlaw.com | aseuffert@lawpost-nyc.com |
| acaton@kramerlevin.com | ashaffer@mayerbrown.com |
| acker@chapman.com | ashmead@sewkis.com |
| adam.brezine@hro.com | asnow@ssbb.com |
| adarwin@nixonpeabody.com | aunger@sidley.com |
| adiamond@diamondmccarthy.com | austin.bankruptcy@publicans.com |
| aeckstein@blankrome.com | avenes@whitecase.com |
| aentwistle@entwistle-law.com | azylberberg@whitecase.com |
| afriedman@irell.com | bankr@zuckerman.com |
| agbanknewyork@ag.tn.gov | bankruptcy@goodwin.com |
| aglenn@kasowitz.com | bankruptcy@morrisoncohen.com |
| agold@herrick.com | bankruptcy@ntexas-attorneys.com |
| agoldstein@tnsj-law.com | bankruptcymatters@us.nomura.com |
| ahammer@freebornpeters.com | barbra.parlin@hklaw.com |
| aisenberg@saul.com | bbisignani@postschell.com |
| akantesaria@oppenheimerfunds.com | bcarlson@co.sanmateo.ca.us |
| akolod@mosessinger.com | bdk@schlamstone.com |
| akornikova@lcbf.com | bguiney@pbwt.com |
| alum@ftportfolios.com | bill.freeman@pillsburylaw.com |
| amarder@msek.com | bkmail@prommis.com |
| amartin@sheppardmullin.com | bmanne@tuckerlaw.com |
| amcmullen@boultcummings.com | bmiller@mofo.com |
| amenard@tishmanspeyer.com | boneill@kramerlevin.com |
| anann@foley.com | brian.corey@greentreecreditsolutions.com |
| andrew.brozman@cliffordchance.com | brosenblum@jonesday.com |
| andrew.lourie@kobrekim.com | broy@rltlawfirm.com |
| angelich.george@arentfox.com | bruce.wright@sutherland.com |
| ann.reynaud@shell.com | bstrickland@wtplaw.com |
| anthony_boccanfuso@aporter.com | btrust@mayerbrown.com |
| aoberry@bermanesq.com | bturk@tishmanspeyer.com |
| aostrow@beckerglynn.com | bwolfe@sheppardmullin.com |
| apo@stevenslee.com | bzabarauskas@crowell.com |
| aquale@sidley.com | cahn@clm.com |
| araboy@cov.com | calbert@reitlerlaw.com |
| arahl@reedsmith.com | canelas@pursuitpartners.com |
| arheaume@riemerlaw.com | carol.weinerlevy@bingham.com |
| arlbank@pbfcm.com | cbelisle@wfw.com |
| | cbelmonte@ssbb.com |

cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com

dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com

gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@ag.state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jteitelbaum@tblawllp.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com

lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com

michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com

newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com

rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com

schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
steven@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com

wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**<u>Additional Parties</u>**
harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005
ATTN: DENNIS F. DUNNE, ESQ., DENNIS O'DONNELL,
ESQ., AND EVAN R. FLECK, ESQ.,

WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
ATTN: RICHARD P. KRASNOW, ESQ., LORI R. FIFE, ESQ.,
ROBERT J. LEMONS, ESQ., AND JACQUELINE MARCUS, ESQ.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

**EXHIBIT D**

AIG GLOBAL SERVICES, INC. F/K/A AIG TECHNOLOGIES INC.
ATTN: WARREN LUEDECKER
2 PEACH TREE HILL ROAD
LIVINGSTON, NJ 07039

DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ.
CHADBOURNE & PARKE LLP
30 ROCKEFELLER PLAZA
NEW YORK, NY  10112

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| NATIONAL UNION FIRE INS CO OF PITTSBURGH,PA, ET AL | C/O COMMERICAL INSURANCE BANKRUPTCY COLLECTIONS ATTN: MICHELLE A. LEVITT,AUTHORIZED REPRESENTATIVE 175 WATER STREET, 18TH FLOOR NEW YORK NY 10038 |
| NATIONAL UNION FIRE INS CO OF PITTSBURGH,PA,ET AL | C/O COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS ATTN: MICHELLE A. LEVITT,AUTHORIZED REPRESENTATIVE 175 WATER STREET, 18TH FLOOR NEW YORK NY 10038 |
| NATIONAL UNION FIRE INS CO OF PITTSBURGH,PA,ET AL. | C/O COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS MICHELLE A. LEVITT, AUTHORIZED REPRESENTATIVE 175 WATER STREET, 18TH FLOOR NEW YORK NY 10038 |

Total Creditor count  3

**EXHIBIT F**

BROOKFIELD PROPERTIES ONE WFC CO LLC
C/O BROOKFIELD FINANCIAL PROPERTIES LP
ATTN: GENERAL COUNSEL
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY  10281-1021