# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

___

| SUITE 5100 | SUITE 5100 | SUITE 950 | 15TH FLOOR |
| 1000 LOUISIANA STREET | 901 MAIN STREET | 1901 AVENUE OF THE STARS | 560 LEXINGTON AVENUE |
| HOUSTON, TEXAS 77002-5096 | DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | NEW YORK, NEW YORK 10022-6828 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (212) 336-8330 |

TAMMIE J. DENIO
DIRECT DIAL (206) 516-3889

E-MAIL TDENIO@SUSMANGODFREY.COM

June 19, 2012



VIA FEDERAL EXPRESS

Case Management Editors
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408

Re:   Lehmann Brothers Holdings, 08-13555-jmp

Dear Case Management Editors:

Please remove Justin A. Nelson and Jordan Connors from receiving ECF notifications in the above referenced case. If you have any questions, please contact me.

Thank you so much.

Sincerely,

*Tammie J. DeNio*

Tammie J. DeNio
Legal Secretary to Justin A. Nelson

cc:   Justin A. Nelson (WA State Bar #31864)
      Jordan Connors (WA State Bar #41649)