**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------------x
                                              )
In re:                                        )   Chapter 11
                                              )
LEHMAN BROTHERS HOLDINGS INC., et al.,        )   Case No. 08-13555 (JMP)
                                              )
                                              )
                                              )
          Debtors                             )   (Jointly Administered)
-------------------------------------------------------------------------x
```

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

The Royal Bank of Scotland plc _____    Vinci S.A. _____
Name of Transferee                          Name of Transferor

Name and Address where notices to           **Case No. 08-13555**
transferee should be sent:
                                            Court Claim # (if known):  #13031 (amending
                                                 claim #3127)

   The Royal Bank of Scotland plc           Amount of Claim Filed: $15,827,854.90 _____
   600 Washington Blvd.
   Stamford, CT  06901                      Amount of Claim Transferred: $15,827,854.90
   Attn:  Matthew Rosencrans
   Tel: 203-618-2644                        Date Claim Filed: 9/15/2009 _____

                                            Debtor: Lehman Brothers Holdings Inc. _____
   With a copy to:
   Andrews Kurth LLP
   450 Lexington Avenue
   New York, NY 10017
   Attn: David Hoyt

TO:        UNITED STATES BANKRUPTCY COURT, Southern District of New York
Attn:      CLERK

AND TO:    LEHMAN BROTHERS HOLDINGS INC.

CASE NAME: In re Lehman Brothers Holdings Inc., *et al*
CASE NO.   Chapter 11, Case No. 08-13555 (JMP)
CLAIM NO.  13031

FROM :     Vinci SA
           1 cours Ferdinand de Lesseps, 92500 Rueil-Malmaison, France
           Attn: Mr. Patrick Richard, General Counsel
           patrick.richard@vinci.com

FROM:      The Royal Bank of Scotland plc
           600 Washington Blvd.
           Stamford, CT 06910
           Attn: Matthew Rosencrans
           loanops@rbs.com
           Tel: 203-897-2644

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Vinci SA** ("Seller") has, on June 13, 2012, unconditionally and irrevocably sold, transferred and assigned to **The Royal Bank of Scotland plc** ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 13031) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of June 2012.

**VINCI SA**                                    **THE ROYAL BANK OF SCOTLAND PLC**
                                                By: RBS Securities Inc., its agent

By: _____                     By: _____
Name: Patrick Richard                           Name:
Title: General Counsel                          Title:

TO:          UNITED STATES BANKRUPTCY COURT, Southern District of New York
Attn:        CLERK

AND TO:      LEHMAN BROTHERS HOLDINGS INC.

CASE NAME:   In re Lehman Brothers Holdings Inc., *et al*
CASE NO.     Chapter 11, Case No. 08-13555 (JMP)
CLAIM NO.    13031

FROM :       Vinci SA
             1 cours Ferdinand de Lesseps, 92500 Rueil-Malmaison, France
             Attn: Mr. Patrick Richard, General Counsel
             patrick.richard@vinci.com

FROM:        The Royal Bank of Scotland plc
             600 Washington Blvd.
             Stamford, CT 06910
             Attn: Matthew Rosencrans
             loanops@rbs.com
             Tel: 203-897-2644

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Vinci SA** ("Seller") has, on June 13, 2012, unconditionally and irrevocably sold, transferred and assigned to **The Royal Bank of Scotland plc** ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 13031) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of June 2012.

**VINCI SA**                              **THE ROYAL BANK OF SCOTLAND PLC**
                                          By: RBS Securities Inc., its agent


By: _____             By: _____
Name: Patrick Richard                     Name:
Title: General Counsel                    Title:  **Suzanne Glossoti**
                                                  **Authorized Signatory**

NYC:240760.1