B210A (Form 210A) (12/09)

United States Bankruptcy Court

Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors. Case No. 08-13555 (JMP) (Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Empyrean Investments, LLC<br><br>Name of Transferee | Goldman Sachs Lending Partners LLC<br><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>Empyrean Investments, LLC<br>c/o Empyrean Investments, LLC<br>10250 Constellation Blvd., Suite 2950<br>Los Angeles, CA 90067<br>Attn: Sterling Hathaway | Court Claim # (if known):  34195<br>Amount of Total Claim:  $6,126,900.14 (as allowed)<br>Amount of Claim Transferred: $6,126,900.14 (as allowed)<br>Date Claim Filed:  September 21, 2009<br>Debtor:  Lehman Brothers Holdings Inc. |
| Phone: (310) 843-3070<br>Last Four Digits of Acct #: | Phone:<br>Last Four Digits of Acct #: |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Phone:<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _/s/ Sterling Hathaway_____     Date:  _June 19, 2012_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO: LEHMAN BROTHERS HOLDINGS INC. ("Debtor") Case No. 08-13555 (the "Case")

Claim # 34195

Goldman Sachs Lending Partners LLC ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Empyrean Investments, LLC
c/o Empyrean Investments, LLC
10250 Constellation Blvd., Suite 2950
Los Angeles, CA 90067

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 34195, solely to the extent of $6,126,900.14, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _____ June 21, 2012.

Goldman Sachs Lending Partners LLC          Empyrean Investments, LLC

By: _____                 By: _____
Name: _____                 Name: _____
Title: _____                Title: _____
         Ivan Anderson
        Authorized Signatory

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO: LEHMAN BROTHERS HOLDINGS INC. ("Debtor") Case No. 08-13555 (the "Case")

Claim # 34195

**Goldman Sachs Lending Partners LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Empyrean Investments, LLC**
c/o Empyrean Investments, LLC
10250 Constellation Blvd., Suite 2950
Los Angeles, CA 90067

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 34195, solely to the extent of $6,126,900.14, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _____ June 21, 2012.

**Goldman Sachs Lending Partners LLC**          **Empyrean Investments, LLC**

By: _____                       By: _/s/ Sterling Hathaway_____
Name: _____                       Name: Sterling Hathaway
Title: _____                      Title: Authorized Signatory