REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                         :    Chapter 11 Case No.
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*   :    08-13555 (JMP)
                                                              :
                        Debtors.                       :    (Jointly Administered)
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' OBJECTION
### TO PROOF OF CLAIM NO. 66099 FILED BY SYNCORA GUARANTEE, INC.

**PLEASE TAKE NOTICE** that the hearing on Debtors' Objection to Proof of

Claim No. 66099 Filed by Syncora Guarantee, Inc. [Docket No. 20087] that was scheduled for

June 28, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to July 19, 2012 at**

**10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be

heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy

Court, Alexander Hamilton Custom House, One Bowling Green, New York,

766834

New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  June 21, 2012

                              */s/* Michael A. Rollin
                              Michael A. Rollin
                              REILLY POZNER LLP
                              1900 16th Street, Suite 1700
                              Denver, Colorado 80202
                              Telephone: (303) 893-6100
                              Facsimile: (303) 893-6110

                              Attorneys for Debtors
                              and Debtors in Possession

766834