REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*   :    08-13555 (JMP)
                                                                :
                        Debtors.                      :    (Jointly Administered)
-----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' PARTIAL OBJECTION
### TO CLAIM NO. 67735 FILED BY CITIGROUP GLOBAL MARKETS, INC.

**PLEASE TAKE NOTICE** that the hearing on Debtors' Partial Objection to Claim No. 67735 Filed by Citigroup Global Markets, Inc. [Docket No. 27863] that was scheduled for June 28, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to July 19, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

766845

New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: June 21, 2012

                                       */s/* Michael A. Rollin
                                       Michael A. Rollin
                                       REILLY POZNER LLP
                                       1900 16th Street, Suite 1700
                                       Denver, Colorado 80202
                                       Telephone: (303) 893-6100
                                       Facsimile: (303) 893-6110

                                       Attorneys for Debtors
                                       and Debtors in Possession

766845