WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE**
**ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION TO**
**CLAIMS (NO LIABILITY CMBS CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the One Hundred Eighty-Third

Omnibus Objection to Claims (No Liability CMBS Claims) that was scheduled for June 28,

2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely with respect to the**

**claims of the Boilermakers-Blacksmiths National Pension Trust Fund, to a date to be**

US_ACTIVE:\44035558\1\58399.0008

**determined**.

Dated: June 21, 2012
      New York, New York

                                       /s/ Robert J. Lemons
                                       Robert J. Lemons

                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone:  (212) 310-8000
                                       Facsimile:   (212) 310-8007

                                       Attorneys for Lehman Brothers Holdings Inc.
                                       and Certain of Its Affiliates

US_ACTIVE:\44035558\1\58399.0008