UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: Chapter 11
In re :
: Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :
Debtors. : (Jointly Administered)
:
:
------------------------------------------------------------------x Ref. Docket Nos. 28868 & 28869

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 19, 2012, I caused to be served the following:

   a) "Notice Of Hearing On The One Hundred Seventieth Omnibus Objection To Claims (No Blocking Number LPS Claims) Solely As To Certain Claim," dated June 19, 2012 [Docket No. 28868], (the "170th Omnibus NOH"), and

   b) "Notice Of Adjournment Of The Two Hundred Eighty-Sixth Omnibus Objection To Claims (Assigned Contract Claims) Solely As To Certain Claim," dated June 19, 2012 [Docket No. 28869], (the "286th Omnibus NOA"),

   by causing true and correct copies of the:

   i. 170th Omnibus NOH and 286th Omnibus NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. 170th Omnibus NOH and 286th Omnibus NOA, to be delivered via facsimile to the party listed on the annexed Exhibit B,

   iii. 170th Omnibus NOH and 286th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

   iv. 170th Omnibus NOH, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed Exhibit D, and

...

- 2 -

    v.    286th Omnibus NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit E</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ <i>Genevieve Uzamere</i></u><br>Genevieve Uzamere

Sworn to before me this  
20th day of June, 2012  
<u>/s/ <i>Cassandra Murray</i></u>  
Notary Public, State of New York  
No. 01MU6220179  
Qualified in the County of Queens  
Commission Expires April 12, 2014

- 2 -

# EXHIBIT A

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | ashmead@sewkis.com | christopher.schueller@bipc.com |
| aalfonso@willkie.com | asnow@ssbb.com | clarkb@sullcrom.com |
| abeaumont@fklaw.com | aunger@sidley.com | clynch@reedsmith.com |
| abraunstein@riemerlaw.com | austin.bankruptcy@publicans.com | cmontgomery@salans.com |
| acaton@kramerlevin.com | avenes@whitecase.com | cohenr@sewkis.com |
| acker@chapman.com | azylberberg@whitecase.com | colea@gtlaw.com |
| adam.brezine@hro.com | bankr@zuckerman.com | cp@stevenslee.com |
| adarwin@nixonpeabody.com | bankruptcy@goodwin.com | cpappas@dilworthlaw.com |
| adiamond@diamondmccarthy.com | bankruptcy@morrisoncohen.com | craig.goldblatt@wilmerhale.com |
| aeckstein@blankrome.com | bankruptcy@ntexas-attorneys.com | crmomjian@attorneygeneral.gov |
| aentwistle@entwistle-law.com | bankruptcymatters@us.nomura.com | cs@stevenslee.com |
| afriedman@irell.com | barbra.parlin@hklaw.com | csalomon@beckerglynn.com |
| agbanknewyork@ag.tn.gov | bbisignani@postschell.com | cschreiber@winston.com |
| aglenn@kasowitz.com | bcarlson@co.sanmateo.ca.us | cshore@whitecase.com |
| agold@herrick.com | bdk@schlamstone.com | cshulman@sheppardmullin.com |
| agoldstein@tnsj-law.com | bguiney@pbwt.com | ctatelbaum@adorno.com |
| ahammer@freebornpeters.com | bill.freeman@pillsburylaw.com | cwalsh@mayerbrown.com |
| aisenberg@saul.com | bkmail@prommis.com | cward@polsinelli.com |
| akantesaria@oppenheimerfunds.com | bmanne@tuckerlaw.com | cweber@ebg-law.com |
| akolod@mosessinger.com | bmiller@mofo.com | cweiss@ingramllp.com |
| akornikova@lcbf.com | boneill@kramerlevin.com | dallas.bankruptcy@publicans.com |
| alum@ftportfolios.com | brian.corey@greentreecreditsolutions.com | daniel.guyder@allenovery.com |
| amarder@msek.com | brosenblum@jonesday.com | dave.davis@isgria.com |
| amartin@sheppardmullin.com | broy@rltlawfirm.com | david.bennett@tklaw.com |
| amcmullen@boultcummings.com | bruce.wright@sutherland.com | david.crichlow@pillsburylaw.com |
| amenard@tishmanspeyer.com | bstrickland@wtplaw.com | david.heller@lw.com |
| anann@foley.com | btrust@mayerbrown.com | david.powlen@btlaw.com |
| andrew.brozman@cliffordchance.com | bturk@tishmanspeyer.com | david.seligman@kirkland.com |
| andrew.lourie@kobrekim.com | bwolfe@sheppardmullin.com | davids@blbglaw.com |
| angelich.george@arentfox.com | bzabarauskas@crowell.com | davidwheeler@mvalaw.com |
| ann.reynaud@shell.com | cahn@clm.com | dbalog@intersil.com |
| anthony_boccanfuso@aporter.com | calbert@reitlerlaw.com | dbarber@bsblawyers.com |
| aoberry@bermanesq.com | canelas@pursuitpartners.com | dbaumstein@whitecase.com |
| aostrow@beckerglynn.com | carol.weinerlevy@bingham.com | dbesikof@loeb.com |
| apo@stevenslee.com | cbelisle@wfw.com | dcimo@gjb-law.com |
| aquale@sidley.com | cbelmonte@ssbb.com | dcoffino@cov.com |
| araboy@cov.com | cbrotstein@bm.net | dcrapo@gibbonslaw.com |
| arahl@reedsmith.com | cdesiderio@nixonpeabody.com | ddavis@paulweiss.com |
| arheaume@riemerlaw.com | cgoldstein@stcwlaw.com | ddrebsky@nixonpeabody.com |
| arlbank@pbfcm.com | chammerman@paulweiss.com | ddunne@milbank.com |
| arosenblatt@chadbourne.com | chardman@klestadt.com | deggermann@kramerlevin.com |
| arthur.rosenberg@hklaw.com | charles@filardi-law.com | deggert@freebornpeters.com |
| arwolf@wlrk.com | charles_malloy@aporter.com | demetra.liggins@tklaw.com |
| aseuffert@lawpost-nyc.com | chipford@parkerpoe.com | dfelder@orrick.com |
| ashaffer@mayerbrown.com | chris.donoho@lovells.com | dflanigan@polsinelli.com |

| | | |
|---|---|---|
| dgrimes@reedsmith.com | enkaplan@kaplanlandau.com | israel.dahan@cwt.com |
| dhayes@mcguirewoods.com | eobrien@sbchlaw.com | iva.uroic@dechert.com |
| dheffer@foley.com | erin.mautner@bingham.com | jacobsonn@sec.gov |
| diconzam@gtlaw.com | eschaffer@reedsmith.com | james.mcclammy@dpw.com |
| djoseph@stradley.com | eschwartz@contrariancapital.com | james.sprayregen@kirkland.com |
| dkleiner@velaw.com | esmith@dl.com | jamestecce@quinnemanuel.com |
| dkozusko@willkie.com | etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com |
| dlemay@chadbourne.com | ezujkowski@emmetmarvin.com | jar@outtengolden.com |
| dlipke@vedderprice.com | ezweig@optonline.net | jason.jurgens@cwt.com |
| dludman@brownconnery.com | fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| dmcguire@winston.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dmurray@jenner.com | fhyman@mayerbrown.com | jbecker@wilmingtontrust.com |
| dneier@winston.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dodonnell@milbank.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dove.michelle@dorsey.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dowd.mary@arentfox.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dpegno@dpklaw.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| draelson@fisherbrothers.com | gbray@milbank.com | jchristian@tobinlaw.com |
| dravin@wolffsamson.com | geraci@thalergertler.com | jdoran@haslaw.com |
| drose@pryorcashman.com | ggitomer@mkbattorneys.com | jdrucker@coleschotz.com |
| drosenzweig@fulbright.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drosner@goulstonstorrs.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosner@kasowitz.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| dshaffer@wtplaw.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| dshemano@pwkllp.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dspelfogel@foley.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dtatge@ebglaw.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dtheising@harrisonmoberly.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dwdykhouse@pbwt.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dwildes@stroock.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dworkman@bakerlaw.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| easmith@venable.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| echang@steinlubin.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| ecohen@russell.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| efleck@milbank.com | holsen@stroock.com | jfox@joefoxlaw.com |
| efriedman@fklaw.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efriedman@friedumspring.com | hseife@chadbourne.com | jg5786@att.com |
| egeekie@schiffhardin.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| eglas@mccarter.com | hsteel@brownrudnick.com | jguy@orrick.com |
| ehollander@whitecase.com | icatto@mwe.com | jherzog@gklaw.com |
| ekbergc@lanepowell.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| elevin@lowenstein.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eli.mattioli@klgates.com | info2@normandyhill.com | jhuggett@margolisedelstein.com |
| ellen.halstead@cwt.com | ira.herman@tklaw.com | jim@atkinslawfirm.com |
| emerberg@mayerbrown.com | isgreene@hhlaw.com | jjoyce@dresslerpeters.com |

| | | |
|---|---|---|
| jjtancredi@daypitney.com | jwang@sipc.org | lmay@coleschotz.com |
| jjureller@klestadt.com | jwcohen@daypitney.com | lmcgowen@orrick.com |
| jkehoe@btkmc.com | jweiss@gibsondunn.com | lml@ppgms.com |
| jlamar@maynardcooper.com | jwest@velaw.com | lnashelsky@mofo.com |
| jlawlor@wmd-law.com | jwh@njlawfirm.com | loizides@loizides.com |
| jlee@foley.com | kanema@formanlaw.com | lromansic@steptoe.com |
| jlevitin@cahill.com | karen.wagner@dpw.com | lscarcella@farrellfritz.com |
| jlipson@crockerkuno.com | kdwbankruptcydepartment@kelleydrye.com | lschweitzer@cgsh.com |
| jlovi@steptoe.com | keckhardt@hunton.com | lsilverstein@potteranderson.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lubell@hugheshubbard.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lwhidden@salans.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | mabrams@willkie.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | maofiling@cgsh.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | marc.chait@sc.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | margolin@hugheshubbard.com |
| jmerva@fult.com | kjarashow@fklaw.com | mark.bane@ropesgray.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.deveno@bingham.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.ellenberg@cwt.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.sherrill@sutherland.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | martin.davis@ots.treas.gov |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | marvin.clements@ag.tn.gov |
| jorbach@hahnhessen.com | korr@orrick.com | matt@willaw.com |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | matthew.klepper@dlapiper.com |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | maustin@orrick.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | max.polonsky@skadden.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | mbenner@tishmanspeyer.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | mberman@nixonpeabody.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mbienenstock@dl.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mbloemsma@mhjur.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbossi@thompsoncoburn.com |
| jrsmith@hunton.com | lapeterson@foley.com | mcademartori@sheppardmullin.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mccombst@sullcrom.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcordone@stradley.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcto@debevoise.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mcyganowski@oshr.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mdahlman@kayescholer.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mdorval@stradley.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | melorod@gtlaw.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | meltzere@pepperlaw.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | metkin@lowenstein.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | mfeldman@willkie.com |
| jvail@ssrl.com | lkatz@ltblaw.com | mgordon@briggs.com |
| jwallack@goulstonstorrs.com | lmarinuzzi@mofo.com | mgreger@allenmatkins.com |

| | | |
|---|---|---|
| mh1@mccallaraymer.com | newyork@sec.gov | richard.tisdale@friedfrank.com |
| mhopkins@cov.com | nfurman@scottwoodcapital.com | richard@rwmaplc.com |
| michael.frege@cms-hs.com | nherman@morganlewis.com | ritkin@steptoe.com |
| michael.kelly@monarchlp.com | nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com |
| michael.kim@kobrekim.com | nlepore@schnader.com | rleek@hodgsonruss.com |
| michael.mccrory@btlaw.com | notice@bkcylaw.com | rlevin@cravath.com |
| michael.reilly@bingham.com | oipress@travelers.com | rmatzat@hahnhessen.com |
| millee12@nationwide.com | otccorpactions@finra.org | rmcneill@potteranderson.com |
| miller@taftlaw.com | paronzon@milbank.com | rnetzer@willkie.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com | robert.dombroff@bingham.com |
| mjacobs@pryorcashman.com | pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| mjedelman@vedderprice.com | pbosswick@ssbb.com | robert.malone@dbr.com |
| mjr1@westchestergov.com | pdublin@akingump.com | robert.yalen@usdoj.gov |
| mkjaer@winston.com | peisenberg@lockelord.com | robertdakis@quinnemanuel.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com | robin.keller@lovells.com |
| mlandman@lcbf.com | peter.macdonald@wilmerhale.com | roger@rnagioff.com |
| mlichtenstein@crowell.com | peter.simmons@friedfrank.com | ronald.silverman@bingham.com |
| mlynch2@travelers.com | peter@bankrupt.com | ross.martin@ropesgray.com |
| mmendez@hunton.com | pfeldman@oshr.com | rqureshi@reedsmith.com |
| mmooney@deilylawfirm.com | phayden@mcguirewoods.com | rrainer@wmd-law.com |
| mmorreale@us.mufg.jp | pmaxcy@sonnenschein.com | rreid@sheppardmullin.com |
| mneier@ibolaw.com | ppascuzzi@ffwplaw.com | rrigolosi@smsm.com |
| monica.lawless@brookfieldproperties.com | ppatterson@stradley.com | rroupinian@outtengolden.com |
| mpage@kelleydrye.com | psp@njlawfirm.com | rrussell@andrewskurth.com |
| mparry@mosessinger.com | ptrain-gutierrez@kaplanlandau.com | rterenzi@stcwlaw.com |
| mpomerantz@julienandschlesinger.com | ptrostle@jenner.com | russj4478@aol.com |
| mprimoff@kayescholer.com | r.stahl@stahlzelloe.com | rwasserman@cftc.gov |
| mpucillo@bermanesq.com | raj.madan@bingham.com | rwyron@orrick.com |
| mrosenthal@gibsondunn.com | ramona.neal@hp.com | s.minehan@aozorabank.co.jp |
| mruetzel@whitecase.com | ranjit.mather@bnymellon.com | sabin.willett@bingham.com |
| mschimel@sju.edu | raul.alcantar@ropesgray.com | sabramowitz@velaw.com |
| mschlesinger@julienandschlesinger.com | rbeacher@pryorcashman.com | sabvanrooy@hotmail.com |
| msegarra@mayerbrown.com | rbyman@jenner.com | sagolden@hhlaw.com |
| mshiner@tuckerlaw.com | rdaversa@orrick.com | sally.henry@skadden.com |
| msiegel@brownrudnick.com | relgidely@gjb-law.com | sandyscafaria@eaton.com |
| msolow@kayescholer.com | rfleischer@pryorcashman.com | sara.tapinekis@cliffordchance.com |
| mspeiser@stroock.com | rfrankel@orrick.com | scargill@lowenstein.com |
| mstamer@akingump.com | rfriedman@silvermanacampora.com | schannej@pepperlaw.com |
| mvenditto@reedsmith.com | rgmason@wlrk.com | schepis@pursuitpartners.com |
| mwarren@mtb.com | rgraham@whitecase.com | schnabel.eric@dorsey.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com | schristianson@buchalter.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com | schwartzmatthew@sullcrom.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com | scottshelley@quinnemanuel.com |
| neilberger@teamtogut.com | richard.levy@lw.com | scousins@armstrongteasdale.com |

| | | |
|---|---|---|
| sdnyecf@dor.mo.gov | tdewey@dpklaw.com | wzoberman@bermanesq.com |
| steven@blbglaw.com | tduffy@andersonkill.com | yamashiro@sumitomotrust.co.jp |
| sehlers@armstrongteasdale.com | teresa.oxford@invescoaim.com | yuwatoko@mofo.com |
| seichel@crowell.com | tgoren@mofo.com | |
| sfelderstein@ffwplaw.com | thaler@thalergertler.com | |
| sfineman@lchb.com | thomas.califano@dlapiper.com | |
| sfox@mcguirewoods.com | thomas_noguerola@calpers.ca.gov | |
| sgordon@cahill.com | tim.desieno@bingham.com | |
| sgubner@ebg-law.com | timothy.brink@dlapiper.com | |
| shannon.nagle@friedfrank.com | timothy.palmer@bipc.com | |
| sharbeck@sipc.org | tjfreedman@pbnlaw.com | |
| shari.leventhal@ny.frb.org | tkarcher@dl.com | |
| shgross5@yahoo.com | tkiriakos@mayerbrown.com | |
| sidorsky@butzel.com | tlauria@whitecase.com | |
| slerman@ebglaw.com | tmacwright@whitecase.com | |
| slerner@ssd.com | tmarrion@haslaw.com | |
| slevine@brownrudnick.com | tnixon@gklaw.com | |
| sloden@diamondmccarthy.com | toby.r.rosenberg@irscounsel.treas.gov | |
| smayerson@ssd.com | tony.davis@bakerbotts.com | |
| smillman@stroock.com | tslome@msek.com | |
| smulligan@bsblawyers.com | ttracy@crockerkuno.com | |
| snewman@katskykorins.com | twheeler@lowenstein.com | |
| sory@fdlaw.com | ukreppel@whitecase.com | |
| spiotto@chapman.com | villa@streusandlandon.com | |
| splatzer@platzerlaw.com | vmilione@nixonpeabody.com | |
| sree@lcbf.com | vrubinstein@loeb.com | |
| sschultz@akingump.com | walter.stuart@freshfields.com | |
| sselbst@herrick.com | wanda.goodloe@cbre.com | |
| sshimshak@paulweiss.com | wballaine@lcbf.com | |
| sskelly@teamtogut.com | wbenzija@halperinlaw.net | |
| sstarr@starrandstarr.com | wchen@tnsj-law.com | |
| steele@lowenstein.com | wcurchack@loeb.com | |
| stephen.cowan@dlapiper.com | wdase@fzwz.com | |
| steve.ginther@dor.mo.gov | wfoster@milbank.com | |
| steven.troyer@commerzbank.com | william.m.goldman@dlapiper.com | |
| steven.usdin@flastergreenberg.com | wiltenburg@hugheshubbard.com | |
| steven.wilamowsky@bingham.com | wisotska@pepperlaw.com | |
| streusand@streusandlandon.com | wk@pwlawyers.com | |
| susheelkirpalani@quinnemanuel.com | wmaher@wmd-law.com | |
| sweyl@haslaw.com | wmarcari@ebglaw.com | |
| swolowitz@mayerbrown.com | wmckenna@foley.com | |
| szuch@wiggin.com | wsilverm@oshr.com | |
| tannweiler@greerherz.com | wswearingen@llf-law.com | |
| tarbit@cftc.gov | wtaylor@mccarter.com | |
| tbrock@ssbb.com | wweintraub@fklaw.com | |

**EXHIBIT B**

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

TODINI, GIOVANNA
VIA MAURIZIO QUADRIO, 15
ROME,  00152
ITALY 00152

# EXHIBIT E

AKF ENGINEERS LLP (F/K/A ATKINSON KOVEN FEINBERG ENGINEERS, LLP)
ROBERT L'INSALATA
1501 BROADWAY, SUITE 700
NEW YORK, NY 10036