WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
In re                                                                              :    Chapter 11 Case No.
                                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                                         :
Debtors.                                                               :    (Jointly Administered)
                                                                                         :
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE TWO HUNDRED**
**NINETY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (INVALID**
**OR NO BLOCKING NUMBER LPS CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Ninety-Seventh

Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) that was scheduled

for June 28, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the**

**claim listed on Exhibit A attached hereto, to a date to be determined**.

Dated: June 21, 2012
           New York, New York

                                                                /s/ Jacqueline Marcus
                                                                Jacqueline Marcus

                                                                WEIL, GOTSHAL & MANGES LLP
                                                                767 Fifth Avenue
                                                                New York, New York 10153
                                                                Telephone:  (212) 310-8000
                                                                Facsimile:   (212) 310-8007

                                                                Attorneys for Lehman Brothers Holdings Inc.
                                                                and Certain of Its Affiliates

US_ACTIVE:\44035394\1\58399.0008

## Exhibit A

### Adjourned Claim:

| CLAIMANT NAME | CLAIM NO. | CLAIMANT RESPONSE ECF NO. |
|---|---|---|
| CABINET KINESITHERAPIE | 19647 | 28637 |