UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                      :        Chapter 11

In re                                :

                                        :        Case No. 08-13555 (JMP)

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :
           Debtors.                   :        (Jointly Administered)

                                        :

                                      :

---------------------------------------------------------------------x    Ref. Docket Nos. 28871, 28874 &
                                               28875

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                          ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 19, 2012, I caused to be served the following:

   a) "Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts," dated June 19, 2012 [Docket No. 28871], (the "NOA Hearing"),

   b) "Notice of Adjournment of the Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or no Blocking Number LPS Claims) Solely as to Certain Claims," dated June 19, 2012 [Docket No. 28874], (the "297th NOA"),

   c) "Notice of Adjournment of the Two Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated June 19, 2012 [Docket No. 28875], (the "299th NOA"),

   by causing true and correct copies of the:

   i. NOA Hearing, 297th NOA and 299th NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. NOA Hearing, 297th NOA and 299th NOA, to be delivered via facsimile to the party listed on the annexed Exhibit B,

   iii. NOA Hearing, 297th NOA and 299th NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

    iv.     NOA Hearing, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>,

    v.     297th NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>, and

    vi.     299th NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

 

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
20th day of June, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

## Email Addresses

| | |
|---|---|
| aaaronson@dilworthlaw.com | arosenblatt@chadbourne.com |
| aalfonso@willkie.com | arthur.rosenberg@hklaw.com |
| abeaumont@fklaw.com | arwolf@wlrk.com |
| abraunstein@riemerlaw.com | aseuffert@lawpost-nyc.com |
| acaton@kramerlevin.com | ashaffer@mayerbrown.com |
| acker@chapman.com | ashmead@sewkis.com |
| adam.brezine@hro.com | asnow@ssbb.com |
| adarwin@nixonpeabody.com | aunger@sidley.com |
| adiamond@diamondmccarthy.com | austin.bankruptcy@publicans.com |
| aeckstein@blankrome.com | avenes@whitecase.com |
| aentwistle@entwistle-law.com | azylberberg@whitecase.com |
| afriedman@irell.com | bankr@zuckerman.com |
| agbanknewyork@ag.tn.gov | bankruptcy@goodwin.com |
| aglenn@kasowitz.com | bankruptcy@morrisoncohen.com |
| agold@herrick.com | bankruptcy@ntexas-attorneys.com |
| agoldstein@tnsj-law.com | bankruptcymatters@us.nomura.com |
| ahammer@freebornpeters.com | barbra.parlin@hklaw.com |
| aisenberg@saul.com | bbisignani@postschell.com |
| akantesaria@oppenheimerfunds.com | bcarlson@co.sanmateo.ca.us |
| akolod@mosessinger.com | bdk@schlamstone.com |
| akornikova@lcbf.com | bguiney@pbwt.com |
| alum@ftportfolios.com | bill.freeman@pillsburylaw.com |
| amarder@msek.com | bkmail@prommis.com |
| amartin@sheppardmullin.com | bmanne@tuckerlaw.com |
| amcmullen@boultcummings.com | bmiller@mofo.com |
| amenard@tishmanspeyer.com | boneill@kramerlevin.com |
| anann@foley.com | brian.corey@greentreecreditsolutions.com |
| andrew.brozman@cliffordchance.com | brosenblum@jonesday.com |
| andrew.lourie@kobrekim.com | broy@rltlawfirm.com |
| angelich.george@arentfox.com | bruce.wright@sutherland.com |
| ann.reynaud@shell.com | bstrickland@wtplaw.com |
| anthony_boccanfuso@aporter.com | btrust@mayerbrown.com |
| aoberry@bermanesq.com | bturk@tishmanspeyer.com |
| aostrow@beckerglynn.com | bwolfe@sheppardmullin.com |
| apo@stevenslee.com | bzabarauskas@crowell.com |
| aquale@sidley.com | cahn@clm.com |
| araboy@cov.com | calbert@reitlerlaw.com |
| arahl@reedsmith.com | canelas@pursuitpartners.com |
| arheaume@riemerlaw.com | carol.weinerlevy@bingham.com |
| arlbank@pbfcm.com | cbelisle@wfw.com |
| | cbelmonte@ssbb.com |

cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com

dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

elevin@lowenstein.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

francois.janson@hklaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

guzzi@whitecase.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

icatto@mwe.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jamie.nelson@dubaiic.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@ag.state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jteitelbaum@tblawllp.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com

lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com

michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com

newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

ritkin@steptoe.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rmcneill@potteranderson.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rqureshi@reedsmith.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sagolden@hhlaw.com

sally.henry@skadden.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

steven@blbglaw.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com

wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
| --- | --- |
| ALEX R. ROVIRA | SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| ALEX R. ROVIRA | NICHOLAS P. CROWELL SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| ALSTON & BIRD LLP | MICHAEL E. JOHNSON 90 PARK AVE NEW YORK NY 10016 |
| ALSTON & BIRD LLP | JOHN C. WEITNAUER 1201 WEST PEACHTREE ST ATLANTA GA 30309 |
| ANDREW C. GOLD | HANH V. HUYNH HERRICK, FEINSTEIN LLP 2 PARK AVE NEW YORK NY 10016 |
| ANDREW K. GLENN | MATTHEW B. STEIN KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY NEW YORK NY 10019 |
| BRUCE E. CLARK | MATTHEW A. SCHWARTZ THEODORE A.B. MCCOMBS SULLIVAN & CROMWELL LLP 125 BROAD ST NEW YORK NY 10004 |
| BRYAN KRAKAUER | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| CAREY D. SCHREIBER | WINSTON & STRAWN LLC 200 PARK AVE NEW YORK NY 10166-4193 |
| CAROLE NEVILLE, ESQ. | SNR DENTON US LLP 1221 AVE OF THE AMERICAS NEW YORK NY 10020-1089 |
| CHAPMAN AND CUTLER LLP | CRAIG M. PRICE 330 MADISON AVE, 34TH FL NEW YORK NY 10017-5010 |
| CHAPMAN AND CUTLER LLP | JAMES E. SPIOTTO, ANN E. ACKER FRANKLIN H. TOP, III, JAMES HEISER 111 WEST MONROE ST CHICAGO IL 60603 |
| CHARLES M. TATELBAUM | STEVEN E. SEWARD HINSHAW & CULBERTSON LLP 1 EAST BROWARD BOULEVARD STE 1010 FT. LAUDERDALE FL 33301 |
| CHRISTOPHER R. DONOHO III | HOGAN LOVELLS US LLP 875 THIRD AVE NEW YORK NY 10022 |
| CHRISTOPHER S. CHOW | BALLARD SPAHR LLP 919 N. MARKET ST, 11TH FL WILMINGTON DE 19801 |
| CLIFFORD CHANCE US LLP | JENNIFER C. DEMARCO DAVID A. SULLIVAN 31 WEST 52ND ST NEW YORK NY 10019 |
| CONCEPCION A. MONTOYA | HINSHAW & CULBERTSON LLP 780 THIRD AVE 4TH FL NEW YORK NY 10017 |
| CRAIG M. PRICE | LAURA E. APPLEBY CHAPMAN AND CUTLER LLP 330 MADISON AVE, 34TH FL NEW YORK NY 10017-5010 |
| CRAIG M. PRICE | CHAPMAN AND CUTLER LLP 330 MADISON AVE, 34TH FL NEW YORK NY 10017-5010 |
| CRAIG M. PRICE | 330 MADISON AVE, 34TH FL NEW YORK NY 10017-5010 |
| D. ROSS MARTIN | PRUDENTIAL TOWER 800 BOYLSTON ST BOSTON MA 02199 |
| DAVID J. THEISING | HARRISON & MOBERLY, LLP 10 WEST MARKET ST, STE 700 INDIANAPOLIS IN 46204 |
| DAVID M. CAPRIOTTI, ESQ. | HARRIS BEACH PLLC ONE PARK PLACE, 4TH FL 300 SOUTH STATE ST SYRACUSE NY 13202 |
| DAVID M. LEMAY | CHRISTY L. RIVERA CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| DAVID R. SELIGMAN | KIRKLAND & ELLIS LLP 300 N LASALLE ST CHICAGO IL 60652 |
| DLA PIPER LLP (US) | THOMAS R. CALIFANO, ESQ. DANIEL G. EGAN, ESQ. 1251 AVE OF THE AMERICAS, 25TH FLR. NEW YORK NY 10020 |
| ERIC A. SCHAFFER | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| FREDERICK D. HYMAN | MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| HARRIS BEACH PLLC | DAVID M. CAPRIOTTI, ESQ. ONE PARK PLACE, 4TH FL 300 SOUTH STATE ST SYRACUSE NY 13202 |
| JAMES E. SPIOTTO | ANN E. ACKER FRANKLIN H. TOP III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST CHICAGO IL 60603 |
| JAMES E. SPIOTTO | ANN E. ACKER FRANKLIN H. TOP, III JEREMY SCHREIBER CHAPMAN AND CUTLER LLP 111 WEST MONROE ST CHICAGO IL 60603 |
| JAMES H.M. SPRAYREGEN | DAVID R. SELIGMAN KIRKLAND & ELLIS LLP 601 LEXINGTON AVE NEW YORK NY 10022 |
| JAMES H.M. SPRAYREGEN, P.C. | DAVID R. SELIGMAN, P.C. KIRKLAND & ELLIS LLP 601 LEXINGTON AVE NEW YORK NY 10022 |
| JAMES M. RINGER | STEPHEN M. PLOTNICK CARTER LEDYARD & MILBURN LLP 2 WALL STREET NEW YORK NY 10005 |
| JENNIFER C. DEMARCO | SARA M. TAPINEKIS CLIFFORD CHANCE US LLP 31 WEST 52ND ST NEW YORK NY 10019 |
| JOHN C. WEITNAUER | 1201 WEST PEACHTREE ST ATLANTA GA 30309 |
| JOSE RAUL ALCANTAR VILLAGRAN | ROPES & GRAY LLP 1211 AVE OF THE AMERICAS NEW YORK NY 10036-8704 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ANDREW K. GLENN MATTHEW B. STEIN 1633 BROADWAY NEW YORK NY 10019 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | 1633 BROADWAY NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| LAUREN MACKSOUD | JOSHUA FRIEDMAN KRAMER LEVIN NAFTALIS & FRANKEL LLP 1177 AVE OF THE AMERICAS NEW YORK NY 10036 |
| LEE S. ATTANASIO | ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| LOWENSTEIN SANDLER PC | PAUL KIZEL, ESQ. 65 LIVINGSTON AVE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | PAUL KIZEL, ESQ. 1251 AVE OF THE AMERICAS 18TH FL NEW YORK NY 10020 |
| MARK D. SHERRILL (PRO HAC VICE) | SUTHERLAND ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVE, NW WASHINGTON DC 20004 |
| MARK I. BANE | JOSE RAUL ALCANTAR VILLAGRAN ROPES & GRAY LLP 1211 AVE OF THE AMERICAS NEW YORK NY 10036-8704 |
| MICHAEL G. BURKE | ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| PATRICK DARBY, ESQ | BRADLEY ARANT BOULT CUMMINGS LLP (COUNSEL FOR WELLMONT HEALTH) ON FEDERAL PLACE, 1819 FIFTH AVENUE N BIRMINGHAM AL 35203 |
| REED SMITH | ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE NEW YORK NY 10022 |
| REED SMITH LLP | ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE NEW YORK NY 10022 |
| SHERON KORPUS | MATTHEW B. STEIN MEISTER SEELIG & FEIN LLP 140 E. 45TH ST NEW YORK NY 10017 |
| SIDLEY AUSTIN LLP | BRYAN KRAKAUER ROBERT J. ROBINSON ALEX R. ROVIRA SOPHIA P. MULLEN,787 SEVENTH AVE NEW YORK NY 10019 |
| STEVEN J. FINK | THOMAS C. MITCHELL ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND ST NEW YORK NY 10019-6142 |
| STEVEN KNOUS | 575 RIVERSIDE DRIVE BASALT CO 81621 |
| SULLIVAN & CROMWELL LLP | BRUCE E. CLARK MATTHEW A. SCHWARTZ THEODORE A.B. MCCOMBS 125 BROAD ST NEW YORK NY 10004 |
| THOMAS R. CALIFANO, ESQ. | DANIEL G. EGAN, ESQ. DLA PIPER LLP (US) 1251 AVE OF THE AMERICAS, 25TH FLR. NEW YORK NY 10020 |
| THOMAS S. MARRION | HINCKLEY, ALLEN & SNYDER LLP 20 CHURCH ST HARTFORD CT 06103-1221 |
| WILLIAM A. SLAUGHTER | BALLARD SPAHR LLP 1735 MARKET ST, 51ST FL PHILADELPHIA PA 19103-7599 |

**Total Creditor count  57**

**EXHIBIT E**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |

**Total Creditor count  2**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| AON CONSULTING | ATTN: JESSICA SMITH 1100 REYNOLDS BLVD. WINSTON SALEM NC 27105 |
| BG BAU BERUFSGENOSSENSCHAFT DER BAUWIRTSCHAFT | LORISTRASSE 8 MUNICH 80335 GERMANY |
| BG BAU BERUFSGENOSSENSCHAFT DER BAUWIRTSCHAFT | SARAH B. CARTER PICKREL SCHAEFFER & EBELING 2700 KETTERING TOWER DAYTON OH 45423 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |

**Total Creditor count  7**