GARFIELD COUNTY ATTORNEY
108 8th Street, Suite 219
Glenwood Springs, CO 81601
Telephone: (970) 945-9150
Facsimile: (970) 384-5005
Cassie L. Coleman

Attorneys for Objectors
Garfield County Treasurer and
Board of County Commissioners of
Garfield County, Colorado

**IN THE UNITED STATES BANRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

---

### GARFIELD COUNTY BOARD OF COUNTY COMMISSIONER'S WITHDRAWAL OF CLAIMS

| Debtor Name and Case No. | LB Rose, Case No. 08-13555 |
|---|---|
| Creditor Name and Address | Garfield County Board of County Commissioners<br>108 8th Street, Suite 213<br>Glenwood Springs, CO 81601 |
| Claim No. | 560000280 |
| Date Claim Filed: | September 17, 2009 |

| Debtor Name and Case No. | LB Rose, Case No. 08-13555 |
|---|---|
| Creditor Name and Address | Garfield County Board of County Commissioners<br>108 8th Street, Suite 213<br>Glenwood Springs, CO 81601 |
| Claim No. | 560000290 |
| Date Claim Filed: | September 17, 2009 |

| Debtor Name and Case No. | LB Rose, Case No. 08-13555 |
|---|---|
| Creditor Name and Address | Garfield County Board of County Commissioners<br>108 8th Street, Suite 213<br>Glenwood Springs, CO  81601 |
| Claim No. | 560000300 |
| Date Claim Filed: | September 17, 2009 |

| Debtor Name and Case No. | LB Rose, Case No. 08-13555 |
|---|---|
| Creditor Name and Address | Garfield County Board of County Commissioners<br>108 8th Street, Suite 213<br>Glenwood Springs, CO  81601 |
| Claim No. | 560000310 |
| Date Claim Filed: | September 17, 2009 |

| Debtor Name and Case No. | LB Rose, Case No. 08-13555 |
|---|---|
| Creditor Name and Address | Garfield County Board of County Commissioners<br>108 8th Street, Suite 213<br>Glenwood Springs, CO  81601 |
| Claim No. | 560000320 |
| Date Claim Filed: | September 17, 2009 |

| Debtor Name and Case No. | LB Rose, Case No. 08-13555 |
|---|---|
| Creditor Name and Address | Garfield County Board of County Commissioners<br>108 8th Street, Suite 213<br>Glenwood Springs, CO  81601 |
| Claim No. | 560001290 |
| Date Claim Filed: | September 17, 2009 |

I, the undersigned, am the attorney for the above-referenced creditor.  I hereby withdraw the above-referenced claims and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claim register for the above-referenced Debtor.

2

DATED this 21ST day of June, 2012.

        OFFICE OF THE COUNTY ATTORNEY
        OF GARFIELD COUNTY, COLORADO

        _____
        Cassie L. Coleman
        Assistant Garfield County Attorney
        108 8th Street, Suite 219
        Glenwood Springs, CO  81601
        (970) 945-9150
        E-mail: ccoleman@garfield-county.com
        BOARD OF COUNTY COMMISSIONERS OF
        GARFIELD COUNTY, COLORADO AND
        GARFIELD COUNTY TREASURER