United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. - 08-13555 |
| Creditor Name and Address: | AIG Markets, Inc. (f/k/a AIG CDS, Inc.)<br>c/o AIG Asset Management<br>2929 Allen Parkway, A36-01<br>Houston, Texas 77019<br>Attn: Ozzie Bayazitoglu |
| Court Claim Number (if known): | 34194 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | Contingent and unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

**AIG MARKETS, INC. (f/k/a AIG CDS, INC.)**

By: _____

Name:  Ozzie Bayazitoglu

Title:   General Counsel

Dated:  June 18, 2012