**ARENT FOX LLP**
Mary Joanne Dowd, Esq.
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Email: dowd.mary@arentfox.com

Attorneys for Georgetown University

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                              )
In re:                                                      )        Chapter 11
                                                              )
LEHMAN BROTHERS HOLDINGS INC, et al.,    )        Case No. 08-13555 (JMP)
                                                              )
                           Debtors.                    )        Jointly Administered
_____)

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Mary Joanne Dowd of Arent Fox LLP hereby withdraws her appearance and demand for service of papers in the above-captioned case on behalf of Georgetown University.

PLEASE TAKE FURTHER NOTICE that the firm of Nixon Peabody has entered an appearance on behalf of Georgetown University in the above-captioned case.

Dated:  June 21, 2012
            Washington, DC

                                                    ARENT FOX LLP

                                                    By:___/s/ Mary Joanne Dowd_____
                                                    Mary Joanne Dowd
                                                    ARENT FOX LLP
                                                    1050 Connecticut Avenue, NW
                                                    Washington, DC 20036-5339
                                                    Telephone: (202) 857-6000
                                                    Facsimile: (202) 857-6395

                                                    Attorneys for Georgetown University

GENBUS/870821.1