GARFIELD COUNTY ATTORNEY
108 8th Street, Suite 219
Glenwood Springs, CO  81601
Telephone:  (970) 945-9150
Facsimile:  (970) 384-5005
Cassie L. Coleman

Attorneys for Objectors
Garfield County Treasurer and
Board of County Commissioners of
Garfield County, Colorado

**IN THE UNITED STATES BANRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | ) | **Case No. 08-13555 (JMP)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

-----------------------------------------------------------------

### GARFIELD COUNTY BOARD OF COUNTY COMMISSIONER'S
### CORRECTED WITHDRAWAL OF CLAIMS

| Debtor Name and Case No. | LB Rose, Case No. 08-13555 |
|---|---|
| Creditor Name and Address | Garfield County Board of County Commissioners<br>108 8th Street, Suite 213<br>Glenwood Springs, CO  81601 |
| Claim No. | 19291 |
| Date Claim Filed: | September 17, 2009 |

| Debtor Name and Case No. | LB Rose, Case No. 08-13555 |
|---|---|
| Creditor Name and Address | Garfield County Board of County Commissioners<br>108 8th Street, Suite 213<br>Glenwood Springs, CO  81601 |
| Claim No. | 19294 |
| Date Claim Filed: | September 17, 2009 |

| | |
|---|---|
| Debtor Name and Case No. | LB Rose, Case No. 08-13555 |
| Creditor Name and Address | Garfield County Board of County Commissioners<br>108 8th Street, Suite 213<br>Glenwood Springs, CO  81601 |
| Claim No. | 19293 |
| Date Claim Filed: | September 17, 2009 |

| | |
|---|---|
| Debtor Name and Case No. | LB Rose, Case No. 08-13555 |
| Creditor Name and Address | Garfield County Board of County Commissioners<br>108 8th Street, Suite 213<br>Glenwood Springs, CO  81601 |
| Claim No. | 19295 |
| Date Claim Filed: | September 17, 2009 |

| | |
|---|---|
| Debtor Name and Case No. | LB Rose, Case No. 08-13555 |
| Creditor Name and Address | Garfield County Board of County Commissioners<br>108 8th Street, Suite 213<br>Glenwood Springs, CO  81601 |
| Claim No. | 19296 |
| Date Claim Filed: | September 17, 2009 |

| | |
|---|---|
| Debtor Name and Case No. | LB Rose, Case No. 08-13555 |
| Creditor Name and Address | Garfield County Board of County Commissioners<br>108 8th Street, Suite 213<br>Glenwood Springs, CO  81601 |
| Claim No. | 19292 |
| Date Claim Filed: | September 17, 2009 |

I, the undersigned, am the attorney for the above-referenced creditor.  I hereby withdraw the above-referenced claims and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claim register for the above-referenced Debtor.

DATED this 22nd day of June, 2012.

        OFFICE OF THE COUNTY ATTORNEY
        OF GARFIELD COUNTY, COLORADO

*/s/ Cassie L. Coleman, original signature on file*
Cassie L. Coleman
Assistant Garfield County Attorney
108 8th Street, Suite 219
Glenwood Springs, CO  81601
(970) 945-9150
E-mail: ccoleman@garfield-county.com
BOARD OF COUNTY COMMISSIONERS OF
GARFIELD COUNTY, COLORADO AND
GARFIELD COUNTY TREASURER