**DLS — DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

    Debtors.
-----------------------------------------------------------X
STATE OF NEW YORK )
        S.S.:
COUNTY OF NEW YORK)

Chapter 11 Case No. 08-13555 (JMP)

AFFIDAVIT OF SERVICE

HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 20th day of June, 2012, at approximately 2:45 pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **UNION BANK OF SWITZERLAND (UBS)** at 1285 Avenue of the Americas, New York, NY, by personally delivering and leaving the same with KENDOLYN FELDER, who informed deponent that she holds the position of Administrative Assistant with that company and is authorized by appointment to receive service at that address. At the time of service, a witness fee in the amount of $46.00 was tendered.

Kendolyn Felder is a black female, approximately 35 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 150 pounds with dark hair and brown eyes.

_/s/ Hector Figueroa_
HECTOR FIGUEROA / # 0870141

Sworn to before me this
22nd day of June, 2012

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
Notary Public, State Of New York
No. 01GO5062405
Qualified In New York County
Commission Expires July 1, 2014

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com