Steven Knous
575 Riverside Drive
Basalt, CO 81621
970-379-9247
970-297-8100 (fax)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X

In re:

LEHMAN BROTHERS HOLDINGS INC, *et al.*

Debtors.

------------------------------------------------------------ X

Chapter 11 Case No. 08-13555 (JMP)
(Jointly Administered)
Related to Dkt. Nos. 21254, 22091

### NOTICE OF WITHDRAWAL OF OBJECTION TO CURE AMOUNTS
### ON THIRD AMENDED JOINT CHAPTER 11 PLAN FILED BY STEVEN KNOUS

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

      I, Steven Knous, hereby withdraw, with prejudice, the Objection to Cure Amounts on Third Amended Joint Chapter 11 Plan Filed by Steven Knous on 11/7/11 [ECF. No. 22259].

Dated: New York, New York
June 22, 2012

Respectfully Submitted,
By: _____
Steven Knous
575 Riverside Drive
Basalt, CO 81621
970-379-9247
970-297-8100 (fax)
sknous@flagstoneadvisors.com