WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                :
                  Debtors.                      :    (Jointly Administered)
                                                :
                                                :
------------------------------------------------------------------x

### NOTICE OF HEARING ON FORTY SECOND AND FORTY THIRD OMNIBUS OBJECTIONS TO CLAIMS (LATE-FILED PROGRAMS SECURITIES CLAIMS)

    **PLEASE TAKE NOTICE** that a hearing to consider the Forty Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) [ECF No. 11307], *solely* as to those claims listed on **Exhibit A** annexed hereto, and the Forty Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) [ECF No. 11308], *solely* as to those claims listed on **Exhibit B** annexed hereto, will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **July 19, 2012 at 10:00 a.m. (Eastern Time)**.

Dated: June 22, 2012
    New York, New York

              /s/ Robert J. Lemons
              Robert J. Lemons
              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue
              New York, New York 10153
              Telephone: (212) 310-8000
              Facsimile: (212) 310-8007

              Attorneys for Lehman Brothers Holdings Inc. and
              certain of its affiliates

## Exhibit A

## Claims Going Forward at the July 19, 2012 Hearing

| **Debtors' Forty-Second Omnibus Objection to Claims** ||
|---|---|
| **Claimant** | **Claim #** |
| Yu Chun Kwan | 64971 |
| Lam Ying Choi & Yeung So Fan | 64972 |
| Chau Kam Man & Chiang Wai Man Vivian | 64973 |
| Ie She Hoen & Tan Tjiang Moy | 64974 |
| Wong Yee Wan & Poon Kai Hung | 64977 |
| Yam Chak Hong Henry | 64978 |

## Exhibit B

## Claims Going Forward at the July 19, 2012 Hearing

| **Debtors' Forty-Third Omnibus Objection to Claims** ||
|---|---|
| **Claimant** | **Claim #** |
| Wong Tak Keung & Lam Sau Ling | 64975 |
| Woo Set Wah & Chui Fung Ming Sandra | 64976 |