WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                            :
**In re**                                   :    **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,:    **08-13555 (JMP)**
                                            :
          Debtors. :    **(Jointly Administered)**
                                            :
                                            :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE
TWO HUNDRED FORTY-SEVENTH OMNIBUS OBJECTION
TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM**

      **PLEASE TAKE NOTICE** that the hearing on the Two Hundred Forty-Seventh

Omnibus Objection to Claims (No Liability Claims) [ECF No. 24088], that was scheduled for

June 28, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the**

US_ACTIVE:\44035741\2\58399.0008

**claim of West Corporation [Claim No. 14198], to a date to be determined**.

Dated: June 25, 2012
      New York, New York

                                  /s/ Jacqueline Marcus
                                  Jacqueline Marcus

                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, New York 10153
                                  Telephone: (212) 310-8000
                                  Facsimile: (212) 310-8007

                                  Attorneys for Lehman Brothers Holdings Inc.
                                  and Certain of its Affiliates