WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                          :
```
**In re**                                          :          **Chapter 11 Case No.**
```
                                          :
```
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :          **08-13555 (JMP)**
```
                                          :
```
                          **Debtors.**          :          **(Jointly Administered)**
```
                                          :
-------------------------------------------------------------------x
```

### CORRECTED SIXTH NOTICE OF WITHDRAWAL OR DEFERRAL OF DEBTORS' APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS

PLEASE TAKE NOTICE of the following:

1.       On October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement (as amended from time to time the "Plan Supplement") [ECF No. 21254],[1] containing documents and schedules in connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"),[2] dated December 5, 2011 [ECF No. 22973].  The Plan was confirmed by order of the Court on December 6, 2011 (the "Confirmation Order") [ECF No. 23023] and became effective on March 6, 2012.

---

[1] A list of the amendments to the Plan Supplement and other notices and orders pertaining thereto is annexed hereto as Exhibit A.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

2.       Pursuant to the Confirmation Order, the hearing on the Debtors' proposed assumption of certain executory contracts and unexpired leases set forth on Exhibit 2 to the Plan Supplement was adjourned until (i) February 14, 2012, or (ii) such other date as may be scheduled by the Debtors, with leave from the Court, with at least 30 days notice to the relevant counterparty, or as otherwise agreed.

3.       On January 31, 2012, February 9 and 13, 2012, April 3, 2012 and May 31, 2012, the Debtors filed notices of withdrawal of their application to assume certain executory contracts or to defer indefinitely the hearing on their application to assume certain executory contracts (the "Notices of Withdrawal or Deferral").

4.       Subsequent to the filing of the Notices of Withdrawal or Deferral, the Debtors have reached agreements with certain additional parties with respect to their objections to the Debtors' application to assume executory contracts and unexpired leases.

5.       The Debtors hereby withdraw their application to assume the executory contracts identified on Exhibit B hereto (the "Withdrawn Contracts").

6.       The hearing on the Debtors' proposed assumption of the executory contracts identified on Exhibit C (the "Additional Deferred Contracts") shall be adjourned without date and shall be scheduled by the Debtors, with leave from the Court, on a date to be determined with at least 30 days notice to the counterparty, or as otherwise agreed.

US_ACTIVE:\44019944\2\58399.0003

7.    The Debtors reserve their rights to withdraw in the future their application to assume additional executory contracts and unexpired leases set forth on Schedule 1 or 2 to the Confirmation Order or that are the subject of the objections listed on Schedule 1 or 2 to the Confirmation Order.

Dated: June 25, 2012
        New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44019944\2\58399.0003

**EXHIBIT A**

**AMENDMENTS TO THE PLAN SUPPLEMENT AND OTHER NOTICES AND
ORDERS PERTAINING THERETO**

1. Amendment No. 1 to the Plan Supplement, filed on November 4, 2011 [ECF No. 21665].

2. Amendment No. 2 to the Plan Supplement, filed on November 15, 2011 [ECF No. 22156].

3. Amendment No. 3 to the Plan Supplement, filed on November 22, 2011 [ECF No. 22590].

4. Amendment No. 4 to the Plan Supplement, filed on November 29, 2011 [ECF No. 22742].

5. Amendment No. 5 to the Plan Supplement, filed on December 2, 2011 [ECF No. 22876].

6. Amendments No. 6 and No. 7 to the Plan Supplement, filed on December 5, 2011 [ECF Nos. 22975 and 22980].

7. Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on January 31, 2012 [ECF No. 24823].

8. Notice of (i) Withdrawal of Debtors' Application to Assume Certain Executory Contracts, (ii) Indefinite Adjournment of Debtors' Application to Assume Certain Executory Contracts, (iii) Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, and (iv) Status Conference on Debtors' Proposed Assumption of Executory Contracts, filed on February 9, 2012 [ECF No. 25201].

9. Third Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 13, 2012 [ECF No. 25266].

10. Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, entered by the Court on March 19, 2012 [ECF No. 27016].

11. Fourth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on April 3, 2012 [ECF No. 27262].

12. Fifth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on May 31, 2012 [ECF No. 28313].

13. Notice of Presentment of Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, filed on May 31, 2012 [ECF No. 28326].

14. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on June 19, 2012 [ECF No. 28871].

**EXHIBIT B**

**WITHDRAWN CONTRACTS**

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| CWCapital EY REIT LB2 LLC | Lehman Commercial Paper Inc. | Loan and Security Agreement between CW Capital and EY REIT LB2 LLC and LCPI, dated as of May 30, 2008 | Shmuel Vasser<br>Janet M. Bollinger<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036 |
| | | | CWCapital Enhanced Yield REIT LLC<br>1540 Broadway; 23rd Floor<br>New York, NY 10036<br>Attn: Craig Henrich, Senior Managing Director |
| | | | CWCapital Enhanced Yield REIT LLC<br>1540 Broadway; 23rd Floor<br>New York, NY 10036<br>Attn: Paul Sherington, General Counsel |
| U.S. Bank National Association, as successor to LaSalle National Bank | Lehman Capital, a division of Lehman Brothers Holdings Inc. | Custodial Agreement by and among Lehman Capital, a division of Lehman Brothers Holdings Inc. (Owner), and Aurora Loan Services Inc. (Servicer) and LaSalle National Bank (Custodian), Dated as of April 14, 1998 | James E. Spiotto<br>Ann E. Acker<br>Franklin H. Top, III<br>James Heiser<br>Chapman and Cutler LLP<br>111 West Monroe St.<br>Chicago, Ill. 60603 |
| | | | Craig M. Price<br>Chapman and Cutler LLP<br>330 Madison Ave., 34th Floor<br>New York, NY 10017-5010 |
| | | | Saah T. Kemayah<br>Vice President<br>Document Custody Services<br>U.S. Bank Corporate Trust Services<br>1133 Rankin Street, Ste. 100<br>Saint Paul, MN 55116 |
| U.S. Bank National Association, as successor to LaSalle National Bank | Lehman Capital, a division of Lehman Brothers Holdings Inc. | Custodial Agreement by and among Lehman Capital, a division of Lehman Brothers Holdings Inc. (Owner and Servicer), and LaSalle National Bank (Custodian), Dated as of December 2, 1998 | James E. Spiotto<br>Ann E. Acker<br>Franklin H. Top, III<br>James Heiser<br>Chapman and Cutler LLP<br>111 West Monroe St.<br>Chicago, Ill. 60603 |
| | | | Craig M. Price<br>Chapman and Cutler LLP<br>330 Madison Ave., 34th Floor<br>New York, NY 10017-5010 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Saah T. Kemayah<br>Vice President<br>Document Custody Services<br>U.S. Bank Corporate Trust Services<br>1133 Rankin Street, Ste. 100<br>Saint Paul, MN 55116 |

US_ACTIVE:\44019944\2\58399.0003

**EXHIBIT C**

**ADDITIONAL DEFERRED CONTRACTS**

| Number | Counterparty | ECF No. | Debtor | Agreement |
|---|---|---|---|---|
| 1 | 801 Grand 2006-2 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of July 26, 2006 |
| 2 | 801 Grand CDO SPC Series 2006-1 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of June 21, 2006 |
| 3 | Access Group Inc. Series 2005-B (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of November 17, 2005 |
| 4 | Airlie CDO I (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of January 18, 2007 |
| 5 | Airlie LCDO I (AVIV LCDO 2006- 3, Limited) (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of November 1, 2006 |
| 6 | Airlie LCDO II (Pebble Creek 2007-1), Ltd. | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of January 30, 2007 |
| 7 | ALTA CDO 2007-1 Ltd. (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of April 3, 2007 |
| 8 | ALTA CDO SPC Series 2007-2 Segregated Portfolio (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 9, 2007 |
| 9 | AVIV LCDO 2006-2 Ltd. (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 5, 2006 |
| 10 | Barton Springs CDO Ltd. SPC Series 2005-1 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of June 22, 2005 |
| 11 | Blue Point CDO Ltd. SPC Series 2005-1 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of June 22, 2005 |
| 12 | Blue Point CDO Ltd. SPC Series 2005-2 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of September 20, 2005 |
| 13 | CBTC 2004-6 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of March 19, 2004 |

| Number | Counterparty | ECF No. | Debtor | Agreement |
|---|---|---|---|---|
| 14 | Cherry Hill CDO SPC, F/A/O The Series 2007-1 Segregated Portfolio (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of June 12, 2007 |
| 15 | Cherry Hill CDO SPC, F/A/O The Series 2007-2 Segregated Portfolio (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of June 22, 2007 |
| 16 | Copper Creek 2007-1 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of July 12, 2007 |
| 17 | Dow Jones CDX.NA.HY.3 Trust 1 December 2009 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of July 8, 2004 |
| 18 | Dow Jones CDX.NA.HY.3 Trust 2 December 2009 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of July 8, 2004 |
| 19 | Dow Jones CDX.NA.HY.3 Trust 3 December 2009 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of July 8, 2004 |
| 20 | Dow Jones CDX.NA.HY.3 Trust 4 December 2009 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of July 8, 2004 |
| 21 | Exum Ridge CBO 2006-1, Ltd. (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of February 16, 2006 |
| 22 | Exum Ridge CBO 2006-2, Ltd. (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of March 8, 2006 |
| 23 | Exum Ridge CBO 2006-4, Ltd. (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of September 15, 2006 |
| 24 | Exum Ridge CBO 2006-5, Ltd. (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 12, 2006 |
| 25 | Exum Ridge CBO 2007-1, Ltd. (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of March 8, 2007 |
| 26 | Exum Ridge CBO 2007-2, Ltd. (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of May 2, 2007 |

US_ACTIVE:\44019944\2\58399.0003

| Number | Counterparty | ECF No. | Debtor | Agreement |
|---|---|---|---|---|
| 27 | Freedom Park CDO Ltd. SPC Series 2005-1 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of August 23, 2005 |
| 28 | Greystone CDO Ltd. SPC Series2006-1 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of January 12, 2006 |
| 29 | Greystone CDO Ltd. SPC Series2006-2 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of May 25, 2006 |
| 30 | Greystone CDO SPC Series 2008-4Segregated Portfolio (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of February 26, 2008 |
| 31 | Guam Power Authority (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | Bond Reserve Fund Forward Delivery Agreement |
| 32 | Jefferson Valley CDO Ltd. SPC Series 2006-1 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of March 30, 2006 |
| 33 | Lakeview CDO 2007-2 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of June 20, 2007 |
| 34 | Lakeview CDO SPC 2007-1 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of June 20, 2007 |
| 35 | Lakeview CDO SPC 2007-3 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of June 20, 2007 |
| 36 | LB Commercial Trust 2007-C3 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of July 26, 2007 |
| 37 | LB-UBS Commercial Mortgage Trust 2007-C6 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of August 30, 2007 |
| 38 | LB-UBS Commercial Mortgage Trust 2008-C1 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of April 29, 2008 |
| 49 | Lehman Brothers Small Balance Commercial Mortgage Trust 2007-2 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of July 24, 2007 |

US_ACTIVE:\44019944\2\58399.0003

| Number | Counterparty | ECF No. | Debtor | Agreement |
|---|---|---|---|---|
| 40 | Massachusetts Housing Finance Agency (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of June 10, 2002 |
| 41 | Pantera Vive CDO Ltd. SPC Series 2007-1 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of January 18, 2007 |
| 42 | Pebble Creek LCDO 2006-1 Ltd. (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of November 29, 2006 |
| 43 | Pebble Creek LCDO 2007-3, Ltd. (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of July 19, 2007 |
| 44 | Penns Landing CDO 2007-1 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of April 10, 2007 |
| 45 | PYXIS ABS CDO 2007-1 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of March 6, 2007 |
| 46 | RACERS 2003-07-A CITI (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of March 25, 2003 |
| 47 | RACERS 2005-10-C (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of June 13, 2005 |
| 48 | RACERS 2005-13-C (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of July 20, 2005 |
| 49 | RACERS 2005-21-C (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 6, 2005 |
| 50 | RACERS 2006-1-C (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of March 22, 2006 |
| 51 | RACERS 2007-4-C FTD (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of March 21, 2007 |
| 52 | RACERS 2008-2-C (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of January 31, 2008 |

US_ACTIVE:\44019944\2\58399.0003

| Number | Counterparty | ECF No. | Debtor | Agreement |
|---|---|---|---|---|
| 53 | RACERS 2008-3-C (U.S. Bank  NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of January 31, 2008 |
| 54 | Repackaged American General FRTC 2003-1 (U.S. Bank  NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of July 2, 2003 |
| 55 | SGS HY Credit Fund I (Exum Ridge CBO 2006-3) Ltd. (U.S. Bank  NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of July 25, 2006 |
| 56 | Solar V CDO SPC, F/A/O The Series 2007-1 Segregated Portfolio (U.S. Bank  NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of July 25, 2007 |
| 57 | St. Joseph's University (U.S. Bank  NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of May 16, 2006 |
| 58 | Stowe CDO Series 2006-1 LLC (U.S. Bank  NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of December 22, 2006 |
| 59 | Sunset Park CDO Ltd. SPC Series 2005-3 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of February 8, 2005 |
| 60 | Sunset Park CDO Ltd. SPC Series 2005-5 (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of February 17, 2005 |
| 61 | Sunset Park CDO Series 2005-6 LLC (U.S. Bank NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of March 22, 2005 |
| 62 | The Series 2007-1 TABXSPOKE Segregated Portfolio (U.S. Bank  NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of April 2, 2007 |
| 63 | White Marlin CDO 2007-1 Ltd. (U.S. Bank  NA, as Trustee) | 21566, 21833, 21922 and 22281 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of June 22, 2007 |
| 64 | Diamond Finance Public Limited Company (Series 2006-2 EUR 40,000,000 CDO of CDO Credit-Linked Synthetic Portfolio Notes due 2016 (ISIN: XS0259223286)) (BNY Mellon Corporate Trustee Services Limited, as Trustee) | 21908 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 10, 2002 |

US_ACTIVE:\44019944\2\58399.0003

| Number | Counterparty | ECF No. | Debtor | Agreement |
|---|---|---|---|---|
| 65 | Saphir Finance PLC (Series 2008-1 EUR 60,000,000 ABS Long- Short Floating Rate Notes due 2046 (ISIN: XS0338465502)) (BNY Mellon Corporate Trustee Services Limited, as Trustee) | 21908 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement, dated as of October 10, 2002 |

US_ACTIVE:\44019944\2\58399.0003