WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
                  Debtors.                  :    (Jointly Administered)
                                            :
                                            :
-----------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE**
**ONE HUNDRED AND EIGHTY-SIXTH OMNIBUS OBJECTION**
**TO CLAIMS (MISCLASSIFIED CLAIMS) SOLEY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing to consider the One Hundred Eighty-Sixth Objection to Claims (misclassified claims) [ECF No. 19816] that was scheduled for June 28, 2012, at 10:00 a.m. (Prevailing Easter Time), **has been adjourned to a date to be determined**.

Dated: June 25, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and
certain of its affiliates

## Exhibit A

## Claims Adjourned

| Claimant | Claim Number |
|---|---:|
| Skandinaviska Enskilda Banken AB | 26485 |
| Skandinaviska Enskilda Banken AB | 26483 |