WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
                    Debtors.                :    (Jointly Administered)
                                            :
                                            :
-----------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE
ONE HUNDRED AND EIGHTY-SEVENTH OMNIBUS OBJECTION
TO CLAIMS (MISCLASSIFIED CLAIMS) SOLEY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing to consider the One Hundred Eighty-Seventh Objection to Claims (misclassified claims) [ECF No. 19817] that was scheduled for June 28, 2012, at 10:00 a.m. (Prevailing Easter Time), **has been adjourned, *solely* as to those claims listed on the annexed Exhibit A, to a date to be determined**.

Dated: June 25, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and
certain of its affiliates

US_ACTIVE:\44037397\1\58399.0011

## Exhibit A

## Claims Adjourned

| Claimant | Claim Number |
|---|---:|
| HSBC Bank PLC | 18218 |
| Italease Finance S.P.A. | 28075 |
| Italease Finance S.P.A. | 28074 |
| Skandinaviska Enskilda Banken AB | 26481 |
| Skandinaviska Enskilda Banken AB | 26482 |
| Cory Wishengrad | 20183 |