WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------------x
                                                        :
**In re**                                               :        **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*            :        **08-13555 (JMP)**
                                                        :
                        **Debtors.**                    :        **(Jointly Administered)**
                                                        :
--------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' TWO HUNDRED THIRTEENTH**
**OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE**
**CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred

Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was

scheduled for June 13, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned,**

**solely as to the claims listed on Exhibit A attached hereto, to July 19, 2012 at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The

Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court,

Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

The Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: June 25, 2012
     New York, New York

                                       /s/ Robert J. Lemons
                                       Robert J. Lemons

                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone:  (212) 310-8000
                                       Facsimile:   (212) 310-8007

                                       Attorneys for Lehman Brothers Holdings Inc.
                                       and Certain of Its Affiliates

US_ACTIVE:\43901549\7\58399.0008

## Exhibit A

## Adjourned Claims:

| Respondent | Claim |
|---|---|
| Jose Lecue Salcedo | 55068 |
| Luis Miguel da Silveira Ribeiro Vaz | 36305 |
| Dotson Investment | 47035 |
| Banque Populaire Cote d' Azur | 37176 |
| Andres Linuesa Sanchez | 42390 |
| Enrique Villagrasa Martinez | 41489 |
| Mrs. S.A.B. Von Rooy | 54549 |
| Banco Pastor | 58985 |
| A.van Woensel | 52186 |
| Johanna Leisse | 36481 |
| Fritz Leisse | 36479 |
| Marius Stankoweit | 35620 |
| Philip Stankoweit | 36103 |
| Henry Manzano Haleby | 36737 |
| Frank Cole | 37020 |
| Isabel Maria Yarnoz Diez | 37668 |
| Clara Diez Ezcurra | 37672 |
| Heinz-Joachim Elbe | 24466 |
| Maria Agueda Mateos Escudero | 46683 |
| Blas Perez Garcia | 57034 |
| Zeeland International Limited | 37379 |
| Forler Chantal Catherine | 43231 |
| Gonzalo Perez de Guzman San Roman | 50562 |
| Jimenez Casado, Maria Del Carmen | 41120 |
| Jimenez Casado, Santiago | 41121 |
| Maria Pilar Barnuevo Vigil de Quninones | 44436 |
| Gestion Participativa XXI, S.L. | 50526 |
| Genevieve Marie Deverd | 47323 |
| Sanso Jover Ana Maria Jover | 51600 |
| Fernando Martin Anchorena | 55675 |

US_ACTIVE:\43901549\7\58399.0008