WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------x
                                                    :
**In re**                                           :    **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :    **08-13555 (JMP)**
                                                    :
                                    **Debtors.**    :    **(Jointly Administered)**
                                                    :
--------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' TWO HUNDRED FIFTEENTH**
**OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE**
**CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred

Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was

scheduled for June 13, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned,**

**solely as to the claims listed on Exhibit A attached hereto, to July 19, 2012 at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The

Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court,

Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

The Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: June 25, 2012
      New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone:  (212) 310-8000
                    Facsimile:   (212) 310-8007

                    Attorneys for Lehman Brothers Holdings Inc.
                    and Certain of Its Affiliates

US_ACTIVE:\43901565\7\58399.0008

**Exhibit A**

**Adjourned Claims:**

| Respondent | Claim |
|---|---|
| Banco Itau Europa Luxembourg S.A. | 67497 |
| Lloyds TSB Bank plc (Geneva Branch) | 55516, 55506, 55515, 55517, 55508 |
| Lamita Jabbour | 56189 |
| Souad Salame | 67350 |
| Alberto Bension and Zulema Mallo | 47495 |
| Andres Bension Hallo | 47496 |
| Banco Pastor | 58983 |
| Jamie H. Murcia | 67453 |
| Alejandro Diego Duarte | 61645 |
| Rosa Maria Calzada Rebolledo & Claudia Elena Sharpe Calzada | 56936 |
| Ernesto Javier Almada Gonzalez & Ana Maria Gomez Mundo | 51285 |
| Francisco Orozco Covarrubias | 51092 |
| Monica Diaz Clark | 49486 |
| Alicia Gonzalez, Ruben Garcia Conzalez, & Enrique G. Garcia | 51597 |
| Octavio Velasco Ruvalcaba, Margarita Sevilla, & Octavio Velasco Sevilla | 50683 |
| Hector Castellanos Ramirez & Lillian Frank de Castellanos | 50682 |
| Ethela M. Guzman Aldana | 51091 |
| Gerardo Armando Vidrio Chavez | 56046 |
| Gerardo Armando Vidrio Chavez | 57713 |
| Jaime Hernandez Gallego & Regina Hernandez Tercero | 50393 |
| Tahra Holdings | 57049 |
| Ma. De La Paz Gomez Flores, Ma. Del Refugio Gomez Flores, Salvador Gomez Flores | 56949 |
| Herminia Castaneda Sanroman & Silvia H. Ramirez Castaneda | 50842 |
| David Jesus Alpizar Carrillo & Marissa Navarrete Sierra | 49481 |
| Jose Francisco D'Luna Canton, Veronica V. D'Luna Ascencio, Cynthia P. D'Luna Ascencio, Liliana Ascencio De Luna, Jacqueline I. D'Luna Ascencio | 65592 |
| Patricia De Guadalupe Paramo & Jose Ma De Los Angeles Oliveros | 65675 |
| Georgina Margarita Gonzalez | 49490 |
| Jose Ricardo Alcala Luna, Ana Maria Ocampo Flores | 56480 |
| Janus Systems S.A. | 55211 |
| Antonia Briceno Vargas & Patricia De La R. De Brinceno | 49488 |
| Josefina Flores Ochoa & Sergio Leal Flores | 64860, 64859, 64861 |

US_ACTIVE:\43901565\7\58399.0008

| Respondent | Claim |
|---|---|
| Eduardo Camerena Padilla, Ma De La Luz Camarena Padilla | 56943 |
| Rosa Evelia Camarena Padilla & Ma De La Luz Camarena Padilla | 56944, 56945 |
| Socorro Camarena Padilla & Ma De La Luz Camarena Padilla | 56942 |
| Ana Maria Preciat de Menendez | 51128 |
| Gregorio Blasco Martin & Natividad Martinez Farcia | 60503 |
| Antonio Walker Touche Irma Olvera De Walker | 50394 |
| Joaquim Armindo Santos Gradim | 61429 |
| Banco Pastor, S.A. | 67376 |
| Jorge Saez Concepcion | 60501 |
| Tactics Limited | 54791 |
| Charles and Patty Tu | 55003 |

US_ACTIVE:\43901565\7\58399.0008