WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (JMP)
:
Debtors.                                                  :    (Jointly Administered)
:
------------------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT
### OF DEBTORS' TWO HUNDRED SIXTEENTH
### OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE
### CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Sixteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was scheduled for June 13, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to July 19, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  June 25, 2012
       New York, New York

                      /s/ Robert J. Lemons
                      Robert J. Lemons

                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone:  (212) 310-8000
                      Facsimile:   (212) 310-8007

                      Attorneys for Lehman Brothers Holdings Inc.
                      and Certain of Its Affiliates

**Exhibit A**
**Adjourned Claims:**

| Respondent | Claim |
|---|---|
| Lloyds TSB Bank Plc (Geneva Branch) | 55502 |
| Bank of Valletta plc | 58114 |
| HSBC Private Bank (Suisse) SA [Response filed by Wong Chin Pang Alex, a beneficial holder] | 56671 |
| Banque Privee Edmond de Rothschild S.A. | 46890 |
| Banqu Safdie SA | 65272 |
| Andorra Banc Agricol Reig, S.A. | 63849 |
| S. Feij | 63000 |
| Nikesh Daryani, Neelam Daryani, Parasram Daryani, Vikas Daryani | 59233 |

3