WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                              :  **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :  **08-13555 (JMP)**
:
Debtors.                   :  **(Jointly Administered)**
:
------------------------------------------------------------------x

### NOTICE OF SEVENTY-NINTH SUPPLEMENTAL LIST
### OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that in accordance with the Amended Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, entered on March 25, 2010 (the "Amended Order") [ECF No. 7822],[1] Lehman Brothers Holdings Inc., as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* [ECF No. 22737] for the entities in the above referenced chapter 11 cases (together, the "Chapter 11 Estates"), hereby supplements the initial list of ordinary course professionals, retained during the course of the chapter 11 cases and annexed to the Amended Order, to include the professionals set forth on the list annexed hereto as Exhibit 1 (the "Seventy-

---

[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the Amended Order.

Ninth Supplemental List") that have previously been retained as De Minimis Ordinary Course Professionals pursuant to the Amended Order.

**PLEASE TAKE FURTHER NOTICE** that the retention affidavits certifying that such professionals do not represent or hold an interest adverse to the Chapter 11 Estates for the matters on which the professionals were employed (the "Ordinary Course Professional Affidavits") and the retention questionnaires (the "Retention Questionnaires") of the ordinary course professionals identified on the Seventy-Ninth Supplemental List have been filed contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Amended Order, the Chapter 11 Estates will serve this Notice, together with the Seventy-Ninth Supplemental List, the Ordinary Course Professionals' Affidavits, and the Retention Questionnaires on the Office of the United States Trustee for Region 2.

[THIS SPACE IS INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Amended Order, objections, if any, to the retention of ordinary course professionals identified on the Seventy-Ninth Supplemental List must be filed with the Court and served upon the undersigned attorney for the Chapter 11 Estates within 10 days of the date of service of this Notice. Unless timely objections are received, the Seventy-Ninth Supplemental List shall be deemed approved by the Court and the professionals identified therein shall be deemed to be ordinary course professionals within the purview of the Amended Order, without the necessity of a hearing.

Dated: June 25, 2012
      New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

# Exhibit 1

**Seventy-Ninth Supplemental List of Proposed Professionals
to be Employed in the Ordinary Course of Business**

| Professional | Nature of Services |
|---|---|
| Goodwin Procter LLP | Legal services with respect to the portfolio of assets conveyed to the Chapter 11 Estates by certain direct or indirect subsidiaries and/or affiliates of SCC Acquisitions, Inc. |