UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re: LEHMAN BROTHERS HOLDINGS          Case -13555 (JMP) JA

Debtor

---

APPELLANTS DESIGNATION OF RECORD AND ISSUED UPON APPEAL

## RECORD

As attached

Transcripts of hearings tbd

Proof of service          tbd



## ISSUES

That the Court did not reach the central issue of whether the Cash Escrow was part of the Lehman Estate.

That the Court did not reach the issue of whether the Cash Escrow was part of the Grand Union Ch 11 Estate.

That the Court did not reach the issue of whether the Cash Escrow was subject to the Lehman Security Interest.

That the Court skirted the Issue of the Role of Weil, Gotshal With repect to being Co-Counsel of Grand Union with respect to It's objection to the Kuntz Claims.

That Weil, Gotshal's agent for service fell short of the requirements of the Federal Rules of Civil Procedure in serving the Objection to the Rule 60 Motion.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re: LEHMAN BROTHERS HOLDINGS        Case -13555 (JMP) JA

                   Debtor

---

APPELLANTS DESIGNATION OF RECORD AND ISSUED UPON APPEAL

RECORD

As attached

Transcripts of hearings tbd

Proof of service          tbd


ISSUES

That the Court did not reach the central issue of whether the Cash

Escrow was part of the Lehman Estate.

That the Court did not reach the issue of whether the Cash Escrow

was part of the Grand Union Ch 11 Estate.

That the Court did not reach the issue of whether the Cash Escrow

was subject to the Lehman Security Interest.

That the Court skirted the Issue of the Role of Weil, Gotshal

With repect to being Co-Counsel of Grand Union with respect to

It's objection to the Kuntz Claims.

That Weil, Gotshal's agent for service fell short of the requirements

of the Federal Rules of Civil Procedure in serving the Objection

to the Rule 60 Motion.

That the Court denied and rejected a proper request for a evidence hearing.

That the Court improperly took into it's possession documents handed up

by Mr. Waisman without identification or providing copies of same to

Claimant or the Creditors Committee, nor an opportunity to voir dire? them.

That the Court improperly refused to allow Claimant to have marked

an Exhibit @ the First Claims Objection hearing.

That there is no actual evidentiary hearings under the Federal Rules

but a custom adopted by Judges as opposed to any hearing before the Court.

That the Court was in error to expunge the Kuntz Claims.

That the Court was in error to deny the Rule 60 Motion.


Respectfully,

William Kuntz, III

India St PO Box 1801 Nantucket Island, Mass 02554-1801

508-775-5225

June 19, 2012

Related: none

Motion to Reconsider FRCP 60 or FRBP 3008 filed by William Kuntz III. with hearing to be held on 4/26/2012 at 10:00 AM at Courtroom 601 (JMP) (Lopez, Mary)

22236 11/07/2011

Case: Lehman Brothers Holdings Inc.                                                    Document

Related: none

Certificate of Mailing filed by William Kuntz III. (Lopez, Mary)

14315 01/24/2011 Case: Lehman Brothers Holdings Inc.                                   Document

Related: none

Letter filed by William Kuntz III. (Lopez, Mary)

14313 01/24/2011 Case: Lehman Brothers Holdings Inc.                                   Document

Related: none

Letter filed by William Kuntz III. (Lopez, Mary)

14311 01/24/2011 Case: Lehman Brothers Holdings Inc.                                   Document

Related: none

Motion for Stay Pending Appeal - Notice of Motion and Motion For Limited Stay - (related document(s)[12876]) filed by William Kuntz III. (Lopez, Mary)

12877 11/16/2010

Case: Lehman Brothers Holdings Inc.                                                    Document

Related: 12876

Notice of Appeal (related document(s)[12662]) filed by William Kuntz III. (Rouzeau, Anatin)

12876 11/16/2010 Case: Lehman Brothers Holdings Inc.                                   Document

Related: 12662

Memorandum Decision Signed on 11/10/2010 Granting Debtors Objection to Claims 33550, 33551, 33552, 35121 and 35430 of William Kuntz III. (Nulty, Lynda)

12662 11/10/2010

Case: Lehman Brothers Holdings Inc.                                                    Document

Related: none

12673 11/05/2010 Objection of William Kuntz, III to the Asia Pacific Art Swap, filed by William Kuntz III. (Lopez, Mary)                 Document

Case: Lehman Brothers Holdings Inc.

Related: none

Affidavit - Second Supplemental Affidavit of Claimant, William
Kuntz, III., filed by William Kuntz III. (Lopez, Mary)

12549 11/02/2010 Case: Lehman Brothers Holdings Inc.                    Document

Related: none

Affidavit - First Supplemental Affidavit of Claimant, William
Kuntz, III., filed by William Kuntz III. (Lopez, Mary)

12548 11/02/2010 Case: Lehman Brothers Holdings Inc.                    Document

Related: none

Certificate of Mailing filed by William Kuntz III. (Lopez, Mary)

12506 10/27/2010 Case: Lehman Brothers Holdings Inc.                    Document

Related: none

Response : Debtors Reply to Responses and in Further Support of
Debtors Objection to Proofs of Claim filed by William Kuntz III
(Claim Nos. 33550, 33551, 33552, 35121 and 35430) (related
document(s)[11880], [11670], [11669], [11739], [11351]) filed
by Shai Waisman on behalf of Lehman Brothers Holdings Inc..
12268 10/25/2010 (Waisman, Shai)                                        Document

Case: Lehman Brothers Holdings Inc.

Related: 11351, 11669, 11670, 11739, 11880

Affidavit - Supporting Affidavit of William Kuntz, III, filed by
William Kuntz III. (Lopez, Mary)

11880 10/08/2010 Case: Lehman Brothers Holdings Inc.                    Document

Related: none

Objection - Motion to Object - The Dkt. 11439 "Response of
Wilmington Trust Company, as Indensture Trustee, to Updated
Objection of William Kuntz, III, filed by Chris Stovic. (Lopez,
11842 10/05/2010 Mary)

                                                                        Document
Case: Lehman Brothers Holdings Inc.

Related: none

Notice Under Local Rule 9014-2 To Call Witness In Defense Of Proofs of Claim by William Kuntz, III. (Lopez, Mary)

11739 09/30/2010    Case: Lehman Brothers Holdings Inc.                                    Document

Related: none

Objection / Debtors Objection to the Motion of William Kuntz III for Relief, Pursuant to Federal Rule of Civil Procedure 60(b) (related document(s)[11347]) filed by Alfredo R. Perez on behalf of Lehman Brothers Holdings Inc.. (Perez, Alfredo)

11553 09/23/2010                                                                         Document

Case: Lehman Brothers Holdings Inc.

Related: 11347

Notice Under Local Rule x? To Call Douglas Lambert to Testify Upon The Bankfix Proposal With Attached Statement, filed by William Kuntz, III. (Lopez, Mary)

11671 09/21/2010                                                                         Document

Case: Lehman Brothers Holdings Inc.

Related: none

Response - First Supplemental Reply of William Kuntz, III to Debtors Objection to Proofs of Claim filed by William Kuntz III. (Lopez, Mary)

11670 09/21/2010                                                                         Document

Case: Lehman Brothers Holdings Inc.

Related: none

Response /Reply of William Kuntz, III to Debtors Objection to Proof of Claim filed by William Kuntz III. (Lopez, Mary)

11669 09/21/2010    Case: Lehman Brothers Holdings Inc.                                   Document

Related: none

Certificate of Service of Response of Wilmington Trust Company, as Indenture Trustee, to Updated Objection of William Kuntz, III filed by Amanda Raboy on behalf of Wilmington Trust Company, as Indenture Trustee. (Raboy, Amanda)

11461 09/20/2010                                                                         Document

Case: Lehman Brothers Holdings Inc.

Related: none

Response Response Of Wilmington Trust Company, As Indenture Trustee, To Updated Objection Of William Kuntz, III filed by Amanda Raboy on behalf of Wilmington Trust

11439 09/17/2010                                                                         Document

Company, as Indenture Trustee. (Raboy, Amanda)

Case: Lehman Brothers Holdings Inc.

Related: none

| | | Documents |
|---|---|---|
| | | Main Document |
| 11351 09/15/2010 | Debtors' Objection to Proofs of Claim filed by William Kuntz III (Claim Nos. 33550, 33551, 33552, 35121 and 35430) filed by Shai Waisman on behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 10/27/2010 at 10:00 AM at Courtroom 601 (JMP) Responses due by 10/20/2010, (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C Part 1 of 5# 4 Exhibit C Part 2 of 5# 5 Exhibit C Part 3 of 5# 6 Exhibit C Part 4 of 5# 7 Exhibit C Part 5 of 5# 8 Exhibit D# 9 Exhibit E# 10 Exhibit F# 11 Exhibit G) (Waisman, Shai) (Entered: 09/15/2010)<br><br>Case: Lehman Brothers Holdings Inc.<br><br>Related: 5 | Exhibit A<br>Exhibit B<br>Exhibit C Part 1<br>Exhibit C Part 2<br>Exhibit C Part 3<br>Exhibit C Part 4<br>Exhibit C Part 5<br>Exhibit D<br>Exhibit E<br>Exhibit F<br>Exhibit G |
| 11349 09/13/2010 | Objection - Updated Objection - filed by William Kuntz III. (Lopez, Mary)<br><br>Case: Lehman Brothers Holdings Inc.<br><br>Related: none | Document |
| 11347 09/13/2010 | Notice of Motion and Motion Under Rule 60 With Respect to Lazard and Sun and Moon, filed by William Kuntz, III. (Lopez, Mary)<br><br>Case: Lehman Brothers Holdings Inc.<br><br>Related: none | Document |
| 11114 08/30/2010 | Motion to Extend Time to Appeal and Notice of Motion for Enlargement of Time to Appeal filed by William Kuntz III. (Lopez, Mary)<br><br>Case: Lehman Brothers Holdings Inc.<br><br>Related: none | Document |
| 10979 08/23/2010 | Objection to Lazard Guarentee filed by William Kuntz III. | Document |

(Lopez, Mary)

Case: Lehman Brothers Holdings Inc.

Related: none

Designation of Contents (appellant). and Statement of Issues
(related document(s)[10485]) filed by William Kuntz III.
(Rouzeau, Anatin)

10833 08/17/2010

Case: Lehman Brothers Holdings Inc.

Document

Related: 10485

Objection of William Kuntz, III to Sun/Moon - Marseille, France
Proposal filed by William Kuntz III. (Lopez, Mary)

10827 08/16/2010

Case: Lehman Brothers Holdings Inc.

Document

Related: none

Objection 85 10th Transaction filed by William Kuntz III.
(Lopez, Mary)

10684 08/09/2010

Case: Lehman Brothers Holdings Inc.

Document

Related: none

Response - Observation of William Kuntz, III On Claims Logjam
filed by William Kuntz III. (Lopez, Mary)

11089 08/03/2010

Case: Lehman Brothers Holdings Inc.

Document

Related: none

Objection to Lazard Guarentee filed by William Kuntz III.
(Lopez, Mary)

11088 08/03/2010

Case: Lehman Brothers Holdings Inc.

Document

Related: none

Objection to Stipulation filed by William Kuntz III. (Lopez,
Mary)

10476 07/27/2010

Case: Lehman Brothers Holdings Inc.

Document

Related: none

Notice of Appeal filed by William Kuntz III. (Rouzeau, Anatin)

10485 07/26/2010

Case: Lehman Brothers Holdings Inc.

Document

Related: none

Objection - Combined Objection of William Kuntz, III to Aurora/Silver Lake Matters filed by William Kuntz III. (Lopez, Mary)

10319 07/19/2010   Case: Lehman Brothers Holdings Inc.                                    Document

Related: none

Statement /Submission of William Kuntz III, on Creditors Committee Motion filed by William Kuntz III. (Lopez, Mary)

10097 07/06/2010   Case: Lehman Brothers Holdings Inc.                                    Document

Related: none

Objection to Silk Road Giveaway filed by William Kuntz III. (Lopez, Mary)

9921  06/28/2010   Case: Lehman Brothers Holdings Inc.                                    Document

Related: none

Response - Renewed Reply of William Kuntz, III To Claims Objection filed by William Kuntz III. (Lopez, Mary)

9695  06/16/2010   Case: Lehman Brothers Holdings Inc.                                    Document

Related: none

Objection of William Kuntz, III to "B" Note Transaction filed by William Kuntz III. (Lopez, Mary)

9694  06/16/2010   Case: Lehman Brothers Holdings Inc.                                    Document

Related: none

Objection - Renewed Objection - filed by William Kuntz III. (Lopez, Mary)

9496  06/10/2010   Case: Lehman Brothers Holdings Inc.                                    Document

Related: none

Letter with Delivery Confirmation filed by William Kuntz III. (Lopez, Mary)

9491  06/07/2010   Case: Lehman Brothers Holdings Inc.                                    Document

Related: none

Response filed by William Kuntz III. (Lopez, Mary)

9490   06/07/2010   Case: Lehman Brothers Holdings Inc.                     Document

           Related: none

Letter - Observations on the Case Management Order, filed by
William Kuntz III. (Lopez, Mary)

9159   05/18/2010   Case: Lehman Brothers Holdings Inc.                     Document

           Related: none

Response - Reply to Claims Objection - filed by William Kuntz
III. (Lopez, Mary)

8805   05/04/2010   Case: Lehman Brothers Holdings Inc.                     Document

           Related: none

Affidavit of Service - Proof of Mailings - filed by William Kuntz.
(Lopez, Mary)

8250   04/07/2010   Case: Lehman Brothers Holdings Inc.                     Document

           Related: none

Response / Lehman Brothers Holdings Inc.s Reply to Response
of William Kuntz III (related document(s)[7564], [7184], [7101])
filed by Richard P. Krasnow on behalf of Lehman Brothers
Holdings Inc.. with hearing to be held on 3/17/2010 at 10:00 AM

7565   03/15/2010   at Courtroom 601 (JMP) (Krasnow, Richard)              Document

Case: Lehman Brothers Holdings Inc.

Related: 7101, 7184, 7564

Objection of William Kuntz, III (Pro Se) to Proposed Settlement,
Motion to Extend Time And Cross Motion for Distribution filed
by William Kuntz. (Lopez, Mary)

7459   03/08/2010                                                          Document

Case: Lehman Brothers Holdings Inc.

Related: none

Objection of William Kuntz, III to Telephonic Appearance of
Attorney Sara Discepolo on behalf of her Client, filed by William

7458   03/08/2010   Kuntz. (Lopez, Mary)                                   Document

Case: Lehman Brothers Holdings Inc.

Related: none

Notice Dismissing Fairpont Appeal, filed by Willaim Kuntz, III.
(related document(s)[7018]) (Lopez, Mary)

7365   03/02/2010   Case: Lehman Brothers Holdings Inc.                    Document

Related: 7018

Statement - Submittal of William Kuntz, III on Claims
Objections filed by William Kuntz. (Lopez, Mary)

7364   03/02/2010   Case: Lehman Brothers Holdings Inc.                    Document

Related: none

Objection to Sale of 721 Bethpage Drive, McDonough, GA filed
by William Kuntz III. (Lopez, Mary)

7247   02/19/2010   Case: Lehman Brothers Holdings Inc.                    Document

Related: none

Notice Dismissing Appeal, filed by William Kuntz III. (related
document(s)[6704]) (Lopez, Mary).

7186   02/18/2010   Case: Lehman Brothers Holdings Inc.                    Document

Related: 6704

Statement - Observations on DNB Nor Bank Settelment filed by
William Kuntz III. (Lopez, Mary)

7184   02/18/2010   Case: Lehman Brothers Holdings Inc.                    Document

Related: none

Response / Debtors Reply to Objection of William Kuntz III
(related document(s)[6714], [6994], [7039], [6713]) filed by Shai
Waisman on behalf of Lehman Brothers Holdings Inc..
7163   02/18/2010   (Waisman, Shai)                                        Document

Case: Lehman Brothers Holdings Inc.

Related: 6713, 6714, 6994, 7039

Certificate of Mailing (related document(s)[7039]) filed by
William Kuntz III. (Lopez, Mary)

7040   02/09/2010   Case: Lehman Brothers Holdings Inc.                    Document

Related: 7039

Statement filed by William Kuntz III. (Lopez, Mary)

7039  02/09/2010  Case: Lehman Brothers Holdings Inc.                          Document

Related: none

Objection Italian Late Claim Stipulation (related
document(s)[6916]) filed by William Kuntz. (Lopez, Mary)

7128  02/08/2010  Case: Lehman Brothers Holdings Inc.                          Document

Related: 6916

Objection filed by William Kuntz III. (Lopez, Mary)

7127  02/08/2010  Case: Lehman Brothers Holdings Inc.                          Document

Related: none

Notice of Appeal (related document(s)[6807]) filed by William
Kuntz. (Rouzeau, Anatin)

7018  02/08/2010  Case: Lehman Brothers Holdings Inc.                          Document

Related: 6807

Designation of Contents (appellant). and Statement of Issues
(related document(s)[6704]) filed by William Kuntz. (Rouzeau,
Anatin)

7017  02/08/2010                                                              Document
            Case: Lehman Brothers Holdings Inc.

Related: 6704

Objection filed by William Kuntz III. (Lopez, Mary)

6994  02/02/2010  Case: Lehman Brothers Holdings Inc.                          Document

Related: none

Order Signed on 1/28/2010 Striking from the Record William
Kuntzs Notice of Appeal of the Order Authorizing Lehman
Commercial Paper Inc. to Purchase Fairpoint Participation.
6807  01/28/2010  (Related Doc # [5718]) (Nulty, Lynda)                        Document

Case: Lehman Brothers Holdings Inc.

Related: 5718

Notice of Appeal - Protective/Prospective/Obstuctive Notice of
6704  01/19/2010  Appeal of the Settlement Between The Debtors and Dr.        Document
            Dummkopfer as Administrator of Lehman Brothers Bankhaus,

AG (In Insolvenz) filed by William Kuntz III. (Lopez, Mary)

Case: Lehman Brothers Holdings Inc.

Related: none

Letter Withdrawing Appeal (related document(s)[5853]) filed by William Kuntz. (Rouzeau, Anatin)

6445    12/28/2009    Case: Lehman Brothers Holdings Inc.                                    Document

Related: 5853

Motion to Strike : Debtors Motion to Strike William Kuntzs Notice of Appeal of Order Denying Relief Under Federal Rule of Civil Procedure 60(b) or, in the Alternative, to Dismiss William Kuntzs Appeal (related document(s)[5215]) filed by Shai Waisman on behalf of Lehman Brothers Holdings Inc.. with

6269    12/17/2009    hearing to be held on 1/13/2010 at 10:00 AM at Courtroom 601    Document
(JMP) Responses due by 1/6/2010, (Waisman, Shai)

Case: Lehman Brothers Holdings Inc.

Related: 5215

Motion to Strike : Debtors Motion to Strike William Kuntzs Notice of Appeal of the Order Authorizing Lehman Commercial Paper Inc. to Purchase Fairpoint Participation or, in the Alternative, to Dismiss William Kuntzs Appeal filed by Jacqueline Marcus on behalf of Lehman Brothers Holdings Inc..

6252    12/16/2009    with hearing to be held on 1/13/2010 at 10:00 AM at Courtroom    Document
601 (JMP) Responses due by 1/6/2010, (Marcus, Jacqueline)

Case: Lehman Brothers Holdings Inc.

Related: none

Statement of Issues : Debtors-Appellees Statement of Issues Presented on Appeal of William Kuntz and Counter-Designation of Additional Items to be Included in the Record on Appeal (related document(s)[5853], [6017]) filed by Jacqueline Marcus

6133    12/11/2009    on behalf of Lehman Brothers Holdings Inc.. (Marcus,
Jacqueline)                                                                        Document

Case: Lehman Brothers Holdings Inc.

Related: 5853, 6017

6017    12/01/2009    Designation of Contents (appellant). Statement of Issues (related    Document
document(s)[5853]) filed by William Kuntz. (Rouzeau, Anatin)

Case: Lehman Brothers Holdings Inc.

Related: 5853
Letter filed by William Kuntz III. (Lopez, Mary)

5898    11/20/2009    Case: Lehman Brothers Holdings Inc.                    Document

Related: none
Proof of Mailing and Service, filed by William Kuntz. (Lopez, Mary)

5891    11/18/2009    Case: Lehman Brothers Holdings Inc.                    Document

Related: none
Letter - Observation of William Kuntz, III in Support of Pacific Life filed by William Kuntz III. (Lopez, Mary)

5856    11/16/2009    Case: Lehman Brothers Holdings Inc.                    Document

Related: none
Objection to De Minimis Asset Sale filed by William Kuntz III. (Lopez, Mary)

5855    11/16/2009    Case: Lehman Brothers Holdings Inc.                    Document

Related: none
Designation of Contents (appellant). and Statement of Issues (related document(s)[5853]) filed by William Kuntz. (Rouzeau, Anatin)

5854    11/16/2009                                                            Document
Case: Lehman Brothers Holdings Inc.

Related: 5853
Notice of Appeal filed by William Kuntz. (Rouzeau, Anatin)

5853    11/16/2009    Case: Lehman Brothers Holdings Inc.                    Document

Related: none
Motion to Extend Time to Appeal filed by William Kuntz. (Rouzeau, Anatin)

5718    10/27/2009    Case: Lehman Brothers Holdings Inc.                    Document

Related: none

5333   10/02/2009
Objection of William Kuntz, III to Fairpoint & Suncal Proposed Adventures by Lehman Commercial Paper filed by William Kuntz III. (Lopez, Mary)

Case: Lehman Brothers Holdings Inc.

Document

Related: none

5307   09/29/2009
Amended Notice of Appeal filed by William Kuntz. (Rouzeau, Anatin)

Case: Lehman Brothers Holdings Inc.

Document

Related: none

5215   09/17/2009
Order Signed on 9/17/2009 Denying the Motion of William Kuntz III Under Rule 60 for Relief from Order Dated October 16, 2008. (Related Doc # [1261]) (Nulty, Lynda)

Case: Lehman Brothers Holdings Inc.

Document

Related: 1261

5180   09/14/2009 Case: Lehman Brothers Holdings Inc.

Document

Related: none

5093   09/10/2009
Objection : Debtors Objection to the Motion of William Kuntz III for Relief, Pursuant to Federal Rule of Civil Procedure 60(b), from the Courts Order Denying Relief from the Automatic Stay (related document(s)[1261]) filed by Richard P. Krasnow on behalf of Lehman Brothers Holdings Inc.. (Krasnow, Richard)

Document

Case: Lehman Brothers Holdings Inc.

Related: 1261

3288   04/07/2009
Affidavit of Service - Proof of Service - filed by William Kuntz. (Lopez, Mary)

Case: Lehman Brothers Holdings Inc.

Document

Related: none

3028   03/10/2009
Affidavit Of William Kuntz, III And Request For Review filed by William Kuntz III. (Ebanks, Liza)

Document

Case: Lehman Brothers Holdings Inc.

Related: none

Statement of Issues : Lehman Brothers Holdings Inc. et al.s
Statement of Issue Presented on Appeal and Counterdesignation
of Additional Items to be Included in the Record on Appeal in
Connection with the Appeal of William Kuntz, III (related
document(s)[1094], [1502]) filed by Shai Waisman on behalf of
Lehman Brothers Holdings Inc.. (Waisman, Shai)

2198    12/12/2008                                                         Document

Case: Lehman Brothers Holdings Inc.

Related: 1094

Designation of Contents (appellant). and Statement of Issues
(related document(s)[1502]) filed by William Kuntz III.
(Rouzeau, Anatin)

2140    12/01/2008                                                         Document

Case: Lehman Brothers Holdings Inc.

Related: 1502

Affidavit of Service - Proof of Service - filed by William Kuntz.
(Lopez, Mary)

1550    11/13/2008    Case: Lehman Brothers Holdings Inc.                  Document

Related: none

Notice of Appeal filed by William Kuntz III. (Rouzeau, Anatin)

1502    11/13/2008    Case: Lehman Brothers Holdings Inc.                  Document

Related: none

Certificate of Service re: Motion Under Rule 60 (related
document(s)[1261]) filed by William Kuntz III. (White, Greg)

1262    10/28/2008    Case: Lehman Brothers Holdings Inc.                  Document

Related: 1261

Motion to Approve Motion Under Rule 60 for Relief from Order
(related document(s)[1094]) filed by William Kuntz III.
(Attachments: # (1) Exhibits) (White, Greg)                    Documents
                                                               Main
1261    10/24/2008                                             Document
        Case: Lehman Brothers Holdings Inc.                    Exhibits

Related: 1094

Motion to Extend Time to Appeal filed by William Kuntz III.
1260    10/24/2008    (White, Greg)                                        Document

Case: Lehman Brothers Holdings Inc.

Related: none
Proof of Service filed by Kuntz. (Lopez, Mary)

1107  10/16/2008  Case: Lehman Brothers Holdings Inc.                                    Document

Related: none
Order Signed on 10/16/2008 Denying the Motion of William
Kuntz, III for an Order Lifting or Modifying the Automatic Stay.
(Related Doc # [271]) (Nulty, Lynda)

1094  10/16/2008                                                                          Document
Case: Lehman Brothers Holdings Inc.

Related: 271

Objection / Joinder Of Official Committee Of Unsecured
Creditors In Debtors Objection To The Motion Of William Kuntz
III For An Order Lifting Or Modifying The Automatic Stay In
These Chapter 11 Cases (related document(s)[830]) filed by
Dennis F. Dunne on behalf of Official Committee of Unsecured
851  10/13/2008  Creditors. (Dunne, Dennis)                                              Document

Case: Lehman Brothers Holdings Inc.

Related: 830

Objection to Motion / Debtors Objection to the Motion of
William Kuntz III for an Order Lifting or Modifying the
Automatic Stay in these Chapter 11 Cases filed by Shai Waisman
830  10/11/2008  on behalf of Lehman Brothers Holdings Inc.. (Waisman, Shai)             Document
Case: Lehman Brothers Holdings Inc.

Related: none
Affidavit filed by William Kuntz III. (Lopez, Mary)

817  10/09/2008  Case: Lehman Brothers Holdings Inc.                                     Document

Related: none
Motion for Relief from Stay for an Order Lifting or Modifying
the Automatic Stay filed by William Kuntz. with hearing to be
held on 10/16/2008 at 10:00 AM at Courtroom 601 (JMP) Filing
271  09/18/2008  fee collected, receipt #176888. (Lopez, Mary)

Case: Lehman Brothers Holdings Inc.

Application for In Forma Pauperis Re: Notice of Appeal (related
document(s)[28729]) filed by William Kuntz III. (Rouzeau,
Anatin)

28731 06/14/2012

Case: Lehman Brothers Holdings Inc.

Document

Related: 28729

Notice of Appeal filed by William Kuntz III. (Rouzeau, Anatin)

28729 06/07/2012 Case: Lehman Brothers Holdings Inc.

Document

Related: none

Order Signed on 6/1/2012 Denying Motion of William Kuntz III
for Reconsideration of Decision Granting Objections to His
Claims. (Related Doc # [22236]) (Nulty, Lynda)

28377 06/01/2012

Case: Lehman Brothers Holdings Inc.

Document

Related: 22236

Memorandum Decision Signed on 5/29/2012 Denying the Motion
of William Kuntz III for Reconsideration of Decision Granting
Objections to His Claims. (related document(s)[22236]) (Nulty,

28116 05/29/2012 Lynda)

Document

Case: Lehman Brothers Holdings Inc.

Related: 22236

Objection of Lehman Brothers Holdings Inc. to the Motion of
William Kuntz III for Relief (related document(s)[22236]) filed
by Robert J. Lemons on behalf of Lehman Brothers Holdings

27400 04/17/2012 Inc.. (Lemons, Robert)

Document

Case: Lehman Brothers Holdings Inc.

Related: 22236

Affidavit of William Kuntz, III in Support of Motion, filed by
William Kuntz III. (Lopez, Mary)

27529 04/12/2012 Case: Lehman Brothers Holdings Inc.

Document

Related: none

Certificate of Service filed by William Kuntz III. (Lopez, Mary)

22882 11/21/2011 Case: Lehman Brothers Holdings Inc.

Document