```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,                             :   08-13555 (JMP)
                                                                   :   (Jointly Administered)
                        Debtors.                                   :
                                                                   :
-------------------------------------------------------------------x   Ref. Docket Nos. 28603-28606,
                                                                       28608, 28609, 28611, 28612, 28614,
                                                                       28616, 28620, 28622, 28623, 28625,
                                                                       28626, 28628, 28630-28635, 28638,
                                                                       28640, 28642-28645, 28649, 28651-
                                                                       28656, 28658, 28660-28664, 28666-
                                                                       28671, 28674-28682, 28684-28698,
                                                                       28702-28704, 28706, 28709-28714,
                                                                       28716-28719, 28727, 28728, 28730,
                                                                       28732, 28735, 28737-28746, 28748
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 18, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
26 day of June, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BRICK, BILL
     5864 VERSAILLES AVENUE
     FRISCO TX 75034
```

Please note that your claim # 43217 in the above referenced case and in the amount of
$459,130.10   allowed at $373,759.43           has been transferred **(unless previously expunged by court order)**

```
HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: BRICK, BILL
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD NJ 07070
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 28644      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/18/2012            Vito Genna, Clerk of Court

                            /s/ Lauren Rodriguez
                            _____
                            By: Epiq Bankruptcy Solutions, LLC
                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 18, 2012.

**EXHIBIT B**

```
TIME: 17:43:53                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 06/18/12                                          CREDITOR LISTING

Name                                              Address
AETAS-LEBAN BV                                    HOLLANDSE HOUT 400 LELYSTAD     8244 GR NETHERLANDS
ANDRIESSE, C.E.                                   NIAGARA 12 AMSTELVEEN    1186 JN NETHERLANDS
ANZ NOMINEES LTD.                                 IN TRUST FOR TASMANIAN PERPETUAL TRUSTEES LTD LEGAL OWNER: ANZ NOMINEES LTD BENEFICIAL OWNER: TASMANIAN PERPETUAL TRUSTEES LTD
                                                  23 PATERSON STREET LAUNCESTON TASMANIA   7250 AUSTRALIA
ATEN-BOLT, H.G.                                   ZOCHERSTRAAT 2 F HAARLEM    2021 DJ NETHERLANDS
BAKKER, P.J.                                      POSTBUS 741 MAASTRICHT    6200 AS NETHERLANDS
BAKKER, T.M.                                      DORSVLEGEL 8 DE GOORN    1648HX NETHERLANDS
BALLEGOOIJEN, H.A. VAN                            SMEDENWEG 50 NIEUW VENNEP    2151DD NETHERLANDS
BANCO ESPIRITO SANTO, S.A.                        TRANSFEROR: STORDEN LIMITED PEDRO CRUCHINHO DEPARTAMENTO FINANCEIRO, MERCADOS E ESTUDOS AV. LIBERDADE 195 LISBOA  1250-142 PORTUGAL
BANK HAPOALIM (SWITZERLAND) LTD.                  ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER STOCKERSTRASSE 33 ZURICH CH-8002 SWITZERLAND
BANK HAPOALIM (SWITZERLAND) LTD.                  PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                TRANSFEROR: BANK HAPOALIM (SWITZERLAND) LTD. ATTN: HAROLD WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: BLUEBAY STRUCTURED FUNDS- HIGH YIELD ENHANCED FUND ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: G.A.-FUND-L: BOND HIGHER YIELD EURO TP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
BES-VIDA COMPANHIA DE SEGUROS, S.A.               SUCURSAL EN ESPANA NIF: W-0101151-I CALLE VELAZQUEZ, 108-110 CP. MADRID   28006 SPAIN
BES-VIDA, COMPANHIA DE SEGUROS, S.A.              NIF: W-0101151-I CALLE VELAZQUEZ, 108-110 MADRID  CP.28006 SPAIN
SUCURSAL EN ESPANA
BLUEBAY STRUCTURED FUNDS- HIGH YIELD              ATTN: DAN BEBELLO & LUCIEN ORLOVIUS C/O BLUEBAY ASSET MANAGEMENT PLC 77 GROSVENOR STREET LONDON    W1K 3JR UNITED KINGDOM
ENHANCED FUND
BLUEBAY STRUCTURED FUNDS- HIGH YIELD              ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112
ENHANCED FUND
BON, TH.H                                         BROEKERGOUW 2 AMSTERDAM    1027 AH NETHERLANDS
BOS, A.J.G.M.                                     WILHELMINALAAN 4 HELMOND    5707BV NETHERLANDS
BOS, P.B.A.                                       HET WELPELO 16 OVERDINKEL    7586DA NETHERLANDS
BOSCH, N.H.P.                                     RAKKERSVELD 304 7327 GE APELDOORN    NETHERLANDS
BRICK, BILL                                       5864 VERSAILLES AVENUE FRISCO TX 75034
BUISMAN, J.E.L.                                   OOSTERCLUFT 264 STEENWIJK    8332 DH NETHERLANDS
CARGILL INTERNATIONAL TRADING PTE LTD             C/O MARK D. SHERRILL SUTHERLAND ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVE NW WASHINGTON DC 20004
CITIGROUP FINANCIAL PRODUCTS, INC.                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CWD OC 522 MASTER FUND, LTD                       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B
                                                  NEW YORK NY 10017
DE BOER, M.L.                                     JACOB CATSLAAN 31 ERMELO    3852BT NETHERLANDS
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ANZ NOMINEES LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: GRF MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: GRF MASTER FUND, L.P. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: GRF MASTER FUND, LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: GRF MASTER FUND,L.P. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DIJKGRAAF, E.W.J.                                 OENERWEG 57 EPE    8161PK NETHERLANDS
DONGEN, H.M. VAN                                  MEANDER 645 AMSTELVEEN    1181WN NETHERLANDS
EFG BANK AB (PUBL)                                P.O. BOX 55963 STOCKHOLM   S-102 16 SWEDEN
EMPYREAN INVESTMENTS LLC                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, INC. C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                  10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                         TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                  10250 CONSTELLATON BLVD., STE 2950 LOS ANGELES CA 90067
EVERS, H.C.J.                                     BREITNERLAAN 29 HAZERSWOUDE-DORP    2391GA NETHERLANDS
FUIT - VAN DALEN, H.E.                            VOORDIJK 37 SCHELLUINEN    4209SC NETHERLANDS
G.A.-FUND-L: BOND HIGHER YIELD EURO TP            ATTN: DAN BEBELLO & LUCIEN ORLOVIUS C/O BLUEBAY ASSET MANAGEMENT PLC 77 GROSVENOR STREET LONDON   W1K 3JR UNITED KINGDOM
G.A.-FUND-L: BOND HIGHER YIELD EURO TP            ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112
GERRITS, W.H.E.                                   GASPELDOORNLAAN 20 VALKENSWAARD    5552GC NETHERLANDS
GESTEL, C.H. VAN                                  RAMINHOUT 11 ZOETERMEER    2719 KM NETHERLANDS
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SOCIETE GENERALE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SPCP GROUP, LLC ATTN: LAURA DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302

                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:43:53                                                 LEHMAN BROTHERS HOLDING INC.                                                            PAGE:   2
DATE: 06/18/12                                                      CREDITOR LISTING

Name                                                Address
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: SPCP GROUP, LLC ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GRIFFIN, WILLIAM D. AND LISA                        6538 NORWAY ROAD DALLAS TX 75230-5242
GRIFFIN, WILLIAM D. AND LISA                        CADWALADER, WICKERSHAM & TAFT LLP ATTN: RAY SHIRAZI ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
HAIN CAPITAL HOLDINGS, LTD                          TRANSFEROR: BRICK, BILL ATTN: GANNA LIBERCHUK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAJONIDES VAN DER MEULEN, T.H.                      LAWICKSE ALLEE 212 WAGENINGEN    6709DC NETHERLANDS
HALCYON LOAD TRADING FUND LLC                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT FUND LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH AVENUE NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HALCYON TRADING FUND LLC                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HEEMSTRA-BORST, C.G.                                VAN VROONHOVENLAAN 37 VELDHOVEN  5503CN NETHERLANDS
HEERENS, J.A.                                       BROUWERSDAM 26 HOOFDDORP  2134WZ NETHERLANDS
HERMINEZ, A.J.W.M.L.                                WINTERDIJK 2 HUISSEN  6851MS NETHERLANDS
HILTEN, J. VAN                                      LUITENANTSTRAAT 3 HUISSEN  6852PA NETHERLANDS
HOOGSCHAGEN, K.                                     LANGEVLIET 21 DEN HELDER  1788 BJ NETHERLANDS
HOONDERT, R.P.                                      LAARSTRAAT 18 EMST  8106 GS NETHERLANDS
HULSHOFF, A.J.A.                                    BUITENPLAATS 113 LELYSTAD  8212 AD NETHERLANDS
HULZINK, R.W.T.                                     HET KOSSINK 21 HAARLO  7273ST NETHERLANDS
ICKE, R.                                            GRAAF WILLEM 2 LAAN 24 HEEMSKERK  1964JN NETHERLANDS
ILLIQUIDX CAPITAL LTD                               TRANSFEROR: ING LUXEMBOURG ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                       TRANSFEROR: BANK COOP AG ATTN: CELESTINO AMORE MANAGING PARTNER 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
JANSEN, W.B.J.                                      EUROPALAAN 4 PIJNACKER  2641 RX NETHERLANDS
JONGE, M. DE                                        WERKDROGER 4 LAREN  1251CM NETHERLANDS
KAMP, E.V. VAN DE                                   BELLE VAN ZUYLENLAAN 14 PIJNACKER  2642BL NETHERLANDS
KERSTEN, T.                                         BEETS 75 BEETS  1475 JE NETHERLANDS
KETWICH VERSCHUUR, F. VAN                           BENOORDENHOUTSEWEG 257 -S- GRAVENHAGE  2596BH NETHERLANDS
KONIG, P.C.                                         WIJNKOOPSBAAI 98 CAPELLE A/D IJSSEL  2904BR NETHERLANDS
KONING, G.M.J. DE                                   TORENMOLEN 40 MAASSLUIS  3146CK NETHERLANDS
KWEE, S.G.                                          WESTERVELDEN 17 VELDHOVEN  5504RD NETHERLANDS
LEUSSEN, E.H.J. VAN                                 EVENBOERSWEG 36 PUNTHORST  7715PH NETHERLANDS
LIQUIDITY SOLUTIONS, INC.                           TRANSFEROR: GRIFFIN, WILLIAM D. AND LISA ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIST, H.A.                                          BERKENLAAN 4 APELDOORN  7313GN NETHERLANDS
LOON, Q.A.J. VAN                                    VOSBERGERWEG 43A HEERDE  8181 JK NETHERLANDS
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD            TRANSFEROR: LYDIAN SPV LIMITED C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD            TRANSFEROR: LYDIAN SPV OFFSHORE LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
MAIJS B.V., H.E.                                    BOSCHWEG 3 BUNDE  6241EL NETHERLANDS
MANEN (B), R. VAN                                   PLAKKENWEG 1 HEERDE  8181 SN NETHERLANDS
MARSHGATE INVESTMENTS LLC                           MICHAEL STEPHAN MARSHGATE INVESTMENTS LLC C/O ELLIOTT MANAGEMENT CORPORATION 40 W 57TH STREET, 4TH FLOOR NEW YORK NY 10281
MARSHGATE INVESTMENTS LLC                           MICHAEL STEPHAN MARSHGATE INVESTMENTS, LLC C/O ELLIOTT MANAGEMENT CORPORATION 40 W 57TH STREET, 4TH FLOOR NEW YORK NY 10019
MARSHGATE INVESTMENTS LLC                           TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
MEES, L                                             PAPENSTRAAT 12 EPE  8162RP NETHERLANDS
MORGAN STANLEY SENIOR FUNDING, INC.                 RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK (BANKRUPTCY) ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.                 TRANSFEROR: CARGILL INTERNATIONAL TRADING PTE LTD ATTN: JOSH RAWLINS 1585 BRAODWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.                 TRANSFEROR: CARGILL INTERNATIONAL TRADING PTE LTD ATTN: JOSH RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MUL, H.                                             MR. VAN HASSELTLAAN 32 ROZENDAAL  6891AN NETHERLANDS
NIEKERKEN, S.B. VAN                                 RIJKSSTRAATWEG 64 BENNEBROEK  2121HH NETHERLANDS
NIEUWENHUIS, J.                                     WEERESTEINSTRAAT 26 HILLEGOM  2181GA NETHERLANDS
PLOEGER, F.R.                                       LINGERZIJDE 52 EDAM  1135AS NETHERLANDS

                                                                                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:43:53                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    3
DATE: 06/18/12                                         CREDITOR LISTING

Name                                              Address
POL, D.                                           TITANIUMSTRAAT 27 APELDOORN    7335CC NETHERLANDS
POUW, W. TH                                       VAN VOORTHUIJSENHOF 46 ABCOUDE  1391JX NETHERLANDS
RENIERS, T                                        BAANSTRAAT 2 SCHIEDAM  3111KM NETHERLANDS
SCHELTUS, R.N.                                    GEMEENELANDSWEG 112 DEN OEVER   1779GD NETHERLANDS
SINNEMA, Z.A.                                     NIPPOER 11 AMERSFOORT   3823KT NETHERLANDS
SIPS, R.R.                                        BELCANTODREEF 71 HARDERWIJK  3845GW NETHERLANDS
SKANDIABANKEN AB (PUBL)                           TRANSFEROR: EFG BANK AB (PUBL) SVEAU 44 STOCKHOLM    S-106 55 SWEDEN
SPCP GROUP, LLC                                   PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                   TRANSFEROR: DOVER MASTER FUND II, L.P. ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH CT 08630
SPRUYT, J.                                        ROZENLAAN 19 DOORN  3441 ZR NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: HERMINEZ, A.J.W.M.L. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: AETAS-LEBAN BV ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: ANDRIESSE, C.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: ATEN-BOLT, H.G. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BAKKER, P.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BAKKER, T.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BALLEGOOIJEN, H.A. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BON, TH.H ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BOS, A.J.G.M. KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BOS, P.B.A. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BOSCH, N.H.P. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BUISMAN, J.E.L. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: DE BOER, M.L. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: DIJKGRAAF, E.W.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: DONGEN, H.M. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: EVERS, H.C.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: FUIT - VAN DALEN, H.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: GERRITS, W.H.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: GESTEL, C.H. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: HAJONIDES VAN DER MEULEN, T.H. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: HEEMSTRA-BORST, C.G. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: HEERENS, J.A. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: HILTEN, J. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: HOOGSCHAGEN, K. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: HOONDERT, R.P. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: HULSHOFF, A.J.A. KEIZERSGRACHT 268 ATTN: J. KAPTEIN AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: HULZINK, R.W.T. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: ICKE, R. KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: JANSEN, W.B.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: JONGE, M. DE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: KAMP, E.V. VAN DE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: KERSTEN, T. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: KETWICH VERSCHUUR, F. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: KONIG, P.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: KONING, G.M.J. DE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: KWEE, S.G. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: LEUSSEN, E.H.J. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: LIST, H.A. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: LOON, Q.A.J. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: MAIJS B.V., H.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: MANEN (B), R. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: MEES, L ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: MUL, H. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: NIEKERKEN, S.B. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: NIEUWENHUIS, J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: PLOEGER, F.R. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
```

```
TIME: 17:43:53                                    LEHMAN BROTHERS HOLDING INC.                                     PAGE:    4
DATE: 06/18/12                                         CREDITOR LISTING

Name                                                    Address
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: POL, D. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: POUW, W. TH ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: RENIERS, T ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: SCHELTUS, R.N. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: SINNEMA, Z.A. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: SIPS, R.R. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: SPRUYT, J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: TABBERS, A. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: TANDARTSPRAKTIJK DRS. R.J.M. LAURS B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: TIMMER CONSULTANCY CONCEPT COPY B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: TOUWEN, M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: VAN DEN HEUVEL, C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: VAN TOOR, J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: VERLAAN, H.J.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: VERMEER, C.P. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: VERNOOIJS, C.H. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: VOGEL, DIRK A. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: VOLBEDA, N. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: WESSELS, H.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: WISSING, P.W. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: ZANTEN, H.W. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: ZANTEN, P. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
TABBERS, A.                                             DILLENBURGSTRAAT 7 DRUMEN    5151 GK NETHERLANDS
TANDARTSPRAKTIJK DRS. R.J.M. LAURS B.V.                 WESTERVELDEN 17 VELDHOVEN    5504 RD NETHERLANDS
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: BES-VIDA, COMPANHIA DE SEGUROS, S.A. SUCURSAL EN ESPANA 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: BANCO ESPIRITO SANTO, S.A. 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP                         TRANSFEROR: BES-VIDA COMPANHIA DE SEGUROS, S.A. 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TIMMER CONSULTANCY CONCEPT COPY B.V.                    GRIENDEN 10 LEUSDEN    3831HR NETHERLANDS
TOUWEN, M.                                              PAPIERMOLEN 26 HOUTEN    3994DK NETHERLANDS
VAN DEN HEUVEL, C.                                      RUISVOORN 19 ZEEWOLDE    3892 HP NETHERLANDS
VAN TOOR, J.                                            LARIKSDREEF 109 VLAARDINGEN    3137 PJ NETHERLANDS
VARDE FUND VI-A, L.P., THE                              TRANSFEROR: ILLIQUIDX CAPITAL LTD ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE FUND VI-A, L.P., THE                              TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)                    TRANSFEROR: ILLIQUIDX CAPITAL LTD ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
    MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)                    TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
    MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.                         TRANSFEROR: ILLIQUIDX CAPITAL LTD ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.                         TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VERLAAN, H.J.M.                                         MARKETENTSTER 8 AMSTELVEEN    1188DE NETHERLANDS
VERMEER, C.P.                                           WESTLANDER 55 SCHIPLUIDEN    2636CX NETHERLANDS
VERNOOIJS, C.H.                                         TROUBADOUR 10 AMSTELVEEN    1188CZ NETHERLANDS
VOGEL, DIRK A.                                          GLADIOLENLAAN 28 ROZENBURG    3181 CC NETHERLANDS
VOLBEDA, N.                                             DE OEVERLANDEN 258 PURMEREND    1441 RE NETHERLANDS
WESSELS, H.M.                                           M.A. DE RUYTERSTRAAT 20 HENGELO    7556CX NETHERLANDS
WISSING, P.W. VAN                                       GAGELVELD 32 MILSBEEK    6596CA NETHERLANDS
ZANTEN, H.W. VAN                                        ZUIDDIJK 25 MAASSLUIS    3143AR NETHERLANDS
ZANTEN, P. VAN                                          LIERGOUW 88 AMSTERDAM    1028BV NETHERLANDS


Total Number of Records Printed    201
```