UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re                                                        :      Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :      08-13555 (JMP)
                                                             :      (Jointly Administered)
                        Debtors.                             :
                                                             :
------------------------------------------------------------x      Ref. Docket Nos. 28631, 28657,
                                                                    28701, 28705, 28707, 28708, 28715,
                                                                    28720, 28736, 28747

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 18, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
26th day of June, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg   Doc 28991   Filed 06/26/12   Entered 06/26/12 12:41:17   Main Document
Pg 2 of 5

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| In re                                  | Chapter 11 Case No.   |
|----------------------------------------|-----------------------|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)        |
|                                        | (Jointly Administered)|
| Debtors.                               |                       |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   LYDIAN OVERSEAS PARTNERS MASTER FUND LTD
              TRANSFEROR: LYDIAN SPV OFFSHORE LTD.
              C/O LYDIAN ASSET MANAGEMENT LP
              495 POST ROAD EAST
              WESTPORT CT 06880

Additional:

Transferee:   MARSHGATE INVESTMENTS
              C/O ELLIOTT MANAGEMENT CORPORATION
              ATTN: MICHAEL STEPHAN
              40 WEST 57TH STREET
              NEW YORK NY 10019

**Your transfer** of claim # 37405 is defective for the reason(s) checked below:

Other                                    INSUFFICIENT AMOUNT TO COMPLETE TRANSFER

Docket Number 28631              Date 06/13/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 18, 2012.

**EXHIBIT B**

```
TIME: 17:41:39                                LEHMAN BROTHERS HOLDING INC.                                                              PAGE:   1
DATE: 06/18/12                                     CREDITOR LISTING

Name                                          Address
BLOEMERS, H.J.                                PRUNUSLAAN 6A ZEGVELD   3474HA NETHERLANDS
BONARIUS, R                                   MARKT 20A GROEDE   4503AG NETHERLANDS
FALOTTI, P.C.                                 CH. DES VIGNES 15 CRANS-PRES-CELIGNY   1299 SWITZERLAND
HAAN, E.J.                                    PAUL PELLASTRAAT 256 HENGELO   7558 HM NETHERLANDS
LANGE, A. DE                                  PILOTENWEG 20 C EMMELOORD   8303EK NETHERLANDS
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD      TRANSFEROR: LYDIAN SPV OFFSHORE LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
MARSHGATE INVESTMENTS                         C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
MATSER, M.J.                                  P/A ATRIUM MANAGEMENT BV ALMERE   1302 CA NETHERLANDS
SIMMERMAN, G.J.                               BRAAMHORST 16 ALPHEN A/D RIJN   2402PV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING VARIMEBO                            STRAATWEG 182 ROTTERDAM   3054 AK NETHERLANDS
VELDEN, J. VAN DER                            WILHELMINALAAN 180 DELFT   2625 KK NETHERLANDS


Total Number of Records Printed              13
```