UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------x
|                                                                     :
In re                                                                 :        Chapter 11 Case No.
|                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                              :        08-13555 (JMP)
|                                                                     :        (Jointly Administered)
                              Debtors.                                :
|                                                                     :
-----------------------------------------------------------------------------x        Ref. Docket Nos. 27950, 27952,
                                                                               28061, 28624, 28646-28648, 28673,
                                                                               28700, 28721, 28726, 28749, 28753-
                                                                               28774, 28776, 28778-28782, 28784,
                                                                               28788-28793, 28795-28797, 28799-
                                                                               28801, 28803-28805, 28807-28809,
                                                                               28811-28813, 28819, 28825, 28830-
                                                                               28836, 28839-28843, 28845, 28846,
                                                                               28850-28852

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 18, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                           */s/ Lauren Rodriguez*
                                                           Lauren Rodriguez

Sworn to before me this
26 day of June, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 27950, 27952, 28061...28846, 28850-28852_AFF_06-20-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   BANK OF AMERICA N. A.
      C/O SHEARMAN & STERLING LLP
      ATTN: FREDRIC SOSNICK, NED S. SCHODEK
      599 LEXINGTON AVENUE
      NEW YORK NY 10022

Please note that your claim # 20137-04 in the above referenced case and in the amount of
     $142,144,273.97  allowed at $20,000,000.00       has been transferred (**unless previously expunged by court order**)

      QUANTUM PARTNERS LP
      TRANSFEROR: BANK OF AMERICA N. A.
      SHANE BAE / SUZANNE AUERBACH
      SOROS FUND MANAGEMENT LLC
      888 SEVENTH AVENUE, 32ND FLOOR
      NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 28851       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/20/2012                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez

                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 20, 2012.

**EXHIBIT B**

TIME: 16:32:28
DATE: 06/20/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ASPIS PRONOIA AEGA | 62 KIFISSIAS AVE ATHENS 15126 GREECE |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA, SERRA PIAZZA SALIMBENI, 3 SIENA, 53100 ITALY |
| BANK OF AMERICA, N.A. | C/O SHEARMAN & STERLING LLP ATTN: FREDRIC SOSNICK, NED S. SCHODEK 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF AMERICA, N.A. | C/O FREDRIC SOSNICK NED S. SCHODECK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BARCLAYS BANK PLC | TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BERYL FINANCE LIMITED SERIES 2008-1 | C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-1 | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| CANDLE WOOD SPECIAL SITUATIONS MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP; ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B NEW YORK NY 10017 |
| CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP; ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B NEW YORK NY 10017 |
| CANTOR FITZGERALD & CO | TRANSFEROR: BARCLAYS BANK PLC ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022 |
| CANTOR FITZGERALD & CO | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022 |
| CANTOR FITZGERALD & CO. | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022 |
| CANTOR FITZGERALD & CO. | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022 |
| CANTOR FITZGERALD & CO. | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, LP ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022 |
| CANTOR FITZGERALD & CO. | TRANSFEROR: BARCLAYS BANK PLC ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022 |
| CANTOR FITZGERALD & CO. | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022 |
| CANTOR FITZGERALD & CO. | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022 |
| CANTOR FITZGERALD & CO. | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022 |
| CANTOR FITZGERALD & CO. | TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| COMMERCIAL VALUE A&E | 60 VAS. SOFIAS AVE ATHENS 11528 GREECE |
| COMMERCIAL VALUE OMOLOGIAKO | 60 VAS. SOFIAS AVE ATHENS 11528 GREECE |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: GMBH (LEHMAN BROTHERS CAPITAL GMBH) C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT & ANNEMARIE JACOBSEN 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: GMBH (LEHMAN BROTHERS CAPITAL GMBH) C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT & ANNEMARIE JACOBSEN 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CWD OC 522 MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP; ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B NEW YORK NY 10017 |
| CYBERT MEDIA B.V. | DE SCHAEPSTAL 2 LAREN MZ 1251 NETHERLANDS |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DOLPHINSU CAPITAL LLC | TRANSFEROR: CANTOR FITZGERALD & CO C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DOLPHINSU CAPITAL LLC | TRANSFEROR: CANTOR FITZGERALD & CO. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ELQ PORTEFUILLE 1 BV | ATTN: RICHARD BOLTON, DIRECTOR/AART BOONZAAIJER, DIRECTOR HAARLERBERGWEG 21C-23C 1101 CH-AMSTERDAM ZUIDOOST POSTBUS 12794 1100 AT AMSTERDAM ZUIDOOST NETHERLANDS |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: STERLING HATHAWAY C/O EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD, SUITE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP | TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVE., 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVE., 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: ALLEN BLASKOVIC 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017 |

TIME: 16:32:28
DATE: 06/20/12

PAGE: 2

# LEHMAN BROTHERS HOLDING INC.
## CREDITOR LISTING

| Name | Address |
| --- | --- |
| FIR TREE VALUE MASTER FUND, L.P. | WILLKIE FARR & GALLAGHER LLP ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ. (COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.) 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| FIR TREE VALUE MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE VALUE MASTER FUND, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: ALLEN BLASKOVIC 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| GMBH (LEHMAN BROTHERS CAPITAL GMBH) | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| GMBH (LEHMAN BROTHERS CAPITAL GMBH) | DR. PANNEN RECHTSANWALTE ATTN: CLAUDIA C.E. JANSEN, AS ADMINISTRATOR C/O BRINKMANN & PARTNER LYONER STRASSE 14 FRANKFURT AM MAIN 60325 GERMANY |
| GMBH (LEHMAN BROTHERS CAPITAL GMBH) | DR. PANNEN RECHTSANWALTE ATTN: CLAUDIA C.E. JANSEN, AS ADMINISTRATOR C/O BRINKMANN & PARTNER LYONER STRASSE 14 FRANKFURT AM MAIN 60528 GERMANY |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOCIETE GENERALE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A ATTN: ANDREW CADITZ JO HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| HAIN CAPITAL HOLDINGS LTD | TRANSFEROR: LIEBEBERG, ROBERT ATTN: RACHEL YANNIK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LTD | TRANSFEROR: LIEBEBERG, ROBERT ATTN: RACHEL YANNIK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH AVENUE NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH AVENUE NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LLC ATTN: 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LLC ATTN: 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| ILLIQUIDX CAPITAL LTD | TRANSFEROR: ING LUXEMBOURG ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: ASPIS PRONOIA AEGA CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: COMMERCIAL VALUE AAE CRISTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: COMMERCIAL VALUE OMOLOGIAKO CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JP MORGAN CHASE BANK NA | TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O JP MORGAN SECURITIES LLC ATTN: JEFFREY L PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, 37TH FLOOR NEW YORK NY 10179 |
| JP MORGAN CHASE BANK NA | TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O JP MORGAN SECURITIES LLC ATTN: JEFFREY L PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JP MORGAN CHASE BANK, NA | TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O JP MORGAN SECURITIES LLC ATTN: JEFFREY L PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, 37TH FLOOR NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: DUKE ENERGY OHIO INC C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: DUKE ENERGY OHIO INC. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: DUKE ENERGY KENTUCKY INC C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) | C/O FELIX SCHAEFER RECHSANWALT CMS HASCHE SIGLE BARCKHAUSSTRASSE 12-16 FRANKFURT/MAIN 60325 GERMANY |
| LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) | SONNENSCHEIN NATH & ROSENTHAL LLP PATRICK MAXCY 233 SOUTH WACKER DRIVE SUITE 7800 CHICAGO IL 60606-6404 |
| LIEBEBERG, ROBERT | 120 EAST END AVE. APT 4B NEW YORK NY 10028 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: UBS AG ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: QUANDARY INC. LTD. ATTN: VLADIMIR JELISAVCIC 1325 AVENUE OF THE AMERICAS, 28TH FLOOR NEW YORK NY 10019 |
| MEDIOLANUM INTERNATIONAL LIFE LIMITED | ATTN: MICHAEL BRADY BLOCK B, IONA BUILDING SHELBOURNE ROAD DUBLIN-4 IRELAND |
| QUANDARY INC. LTD. | P.O. BOX 104 CHARLESTOWN, ST KITTS & NEVIS ST KITTS & NEVIS |
| QUANDARY INC. LTD. | CROSS ROBERT R., ESQ SIDEMAN & BANCROFT LLP ONE EMBARCADERO CENTER, 8TH FLOOR SAN FRANCISCO CA 94111 |
| QUANTUM PARTNERS LP | BANK OF AMERICA N.A. SHANE BAE / SUZANNE AUERBACH SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE, 32ND FLOOR NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | BANK OF AMERICA, N.A. SHANE BAE/SUZANNE AUERBACH SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE, 32ND FLOOR NEW YORK NY 10106 |
| RUST BELT HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALICE BELISLE EATON 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| RUST BELT HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) P.O. BOX 8155 NEW YORK NY 10150 |
| SATO PHARMACEUTICAL CO., LTD. | TRANSFEROR: BERYL FINANCE LIMITED SERIES 2008-1 1-5-27 MOTO-AKASAKA MINATO-KU TOKYO 107-0051 |
| SERENGETI OPPORTUNITIES PARTNERS LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI RAPAX MM LP | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SON, H.F.M. VAN | LANDFOORTSTRAAT 16 WILLEMSTAD (N) 4797AN NETHERLANDS |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 16:32:28
DATE: 06/20/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:  3

| Name | Address |
|---|---|
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: CYBERT MEDIA B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: SON, H.P.M. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS |
| UBS AG | TRANSFEROR: 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/OSGC P.O. BOX ZURICH  8098 SWITZERLAND |
| VARDE FUND IX, L.P., THE | TRANSFEROR: ILLIQUIDX CAPITAL LTD ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND IX, L.P., THE | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND IX-A, L.P., THE | TRANSFEROR: ILLIQUIDX CAPITAL LTD ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND IX-A, L.P., THE | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND VI-A, L.P., THE | TRANSFEROR: ILLIQUIDX CAPITAL LTD ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND VI-A, L.P., THE | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER), L.P., THE | TRANSFEROR: ILLIQUIDX CAPITAL LTD ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER), L.P., THE | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: ILLIQUIDX CAPITAL LTD ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: ILLIQUIDX CAPITAL LTD ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| WATERSTONE MF FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| YORVIK PARTNERS LLP | TRANSFEROR: ELQ PORTHFUILLE 1 BV 11 IRONMONGER LANE LONDON  EC2V 8EY |
| YORVIK PARTNERS LLP | TRANSFEROR: MEDIOLANUM INTERNATIONAL LIFE LIMITED 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | |

Total Number of Records Printed      99

EPIQ BANKRUPTCY SOLUTIONS, LLC