UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                     :

In re                                          :           **Chapter 11 Case No.**
                                                       :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :      **08-13555 (JMP)**
                                                       :           **(Jointly Administered)**

                          **Debtors.**                   :
                                                       :

-----------------------------------------------------------------x       **Ref. Docket Nos. 27137, 28537,**
                                                            **28699**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.   I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On June 20, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          *&#47;s&#47; Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
26th day of June, 2012
*&#47;s&#47; Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 28994    Filed 06/26/12    Entered 06/26/12 14:30:46    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., |  |
|  | (Jointly Administered) |
| Debtors. |  |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    SCI GOUVION SAINT CYR
               81 BOULEVARD SAINT CYR
               PARIS 75017 FRANCE


Additional:    SCI GOUVION SAINT CYR
               NICOLA BATTEN
               STARMAN UK SERVICES COMPANY LIMITED
               HESKETH HOUSE, 43-45 PORTMAN SQUARE
               LONDON W1H 6HN UNITED KINGDOM


Transferee:    BURLINGTON LOAN MANAGEMENT LIMITED
               C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC
               65 EAST 55TH STREET
               NEW YORK NY 10022


**Your transfer   of claim #   17510   is defective for the reason(s) checked below:**

Other                              defective transfer bc transferor name does not match


Docket Number 27137          Date 03/23/12


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 20, 2012.

# EXHIBIT B

```
TIME: 16:34:12                                                                          PAGE:  1
DATE: 06/20/12
                              LEHMAN BROTHERS HOLDING INC.
                                   CREDITOR LISTING

Name                                 Address
BURLINGTON LOAN MANAGEMENT LIMITED   C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH      TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER  WINCHESTER HOUSE
                                     1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
HIEMSTRA, S. E/O M.C. DE VREIJ       KON. WILHELMINALAAN 22 AMERSFOORT  3818 HP NETHERLANDS
MICHAEL GILLIN                       C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
SCI GOUVION SAINT CYR                81 BOULEVARD SAINT CYR PARIS  75017 FRANCE
SCI GOUVION SAINT CYR                NICOLA BATTEN STARMAN UK SERVICES COMPANY LIMITED HESKETH HOUSE, 43-45 PORTMAN SQUARE LONDON  W1H 6HN UNITED KINGDOM
STICHTING THE IAMEX VALUE FOUNDATION ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS


Total Number of Records Printed      7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC