UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                        Debtors.                                   :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket Nos. 28627, 28853, 28856,
                                                                        28857

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 21, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Lauren Rodriguez
                                                        Lauren Rodriguez

Sworn to before me this
26 day of June, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

08-13555-mg    Doc 28995    Filed 06/26/12    Entered 06/26/12 14:46:36    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: CPV/CAP PENSIONSKASSE COOP (FORMERLY KNOWN AS CPV/CAP COOP
      PERSONALVERSICHERUNG) ATTN: JEFFREY OLINSKY
      60 WALL STREET, 3RD FLOOR
      NEW YORK NY 10005
```

Please note that your claim # 66899 in the above referenced case and in the amount of
$3,462,002.56    has been transferred **(unless previously expunged by court order)**

```
      ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
      C/O ANCHORAGE CAPITAL GROUP, L.L.C.
      610 BROADWAY 6TH FLOOR
      ATTN: SUSAN MORIELLO
      NEW YORK NY 10012
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 28856    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/21/2012                         Vito Genna, Clerk of Court

                                         /s/ Sidney Garabato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 21, 2012.

# EXHIBIT B

```
TIME: 10:40:27                                              LEHMAN BROTHERS HOLDING INC.                                                          PAGE:    1
DATE: 06/26/12                                                    CREDITOR LISTING

Name                                          Address
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, L.L.C. 610 BROADWAY 6TH FLOOR ATTN: SUSAN MORIELLO
                                              NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. 610 BROADWAY, 6TH FLOOR ATTN: SUSAN MORIELLO
                                              NEW YORK NY 10012
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: CPV/CAP PENSIONSKASSE COOP (FORMERLY KNOWN AS CPV/CAP COOP PERSONALVERSICHERUNG)  ATTN: JEFFREY OLINSKY
                                              60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: CPV/CAP PENSIONSKASSE COOP (FORMERLY KNOWN AS CPV/CAP COOP PERSONALVERSICHERUNG) ATTN: JEFFREY OLINSKY
                                              60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
JATRALEE CAPITAL LLC                          TRANSFEROR: YORVIK PARTNERS LLP C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD      TRANSFEROR: LYDIAN SPV LIMITED C/O LYDIAN ASSET MANAGEMENT 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD      TRANSFEROR: LYDIAN SPV LIMITED C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD      TRANSFEROR: LYDIAN SPV LTD C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD      TRANSFEROR: LYDIAN SPV OFFSHORE LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD      TRANSFEROR: LYDIAN SPV OFFSHORE LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
MARSHGATE INVESTMENTS, LLC                    TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                              NEW YORK NY 10019
MARSHGATE INVESTMENTS, LLC                    TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
MARSHGATE INVESTMENTS, LLC                    TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                              NEW YORK NY 10019
MARSHGATE INVESTMENTS, LLC                    TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                              NEW YORK NY 10019
YORVIK PARTNERS LLP                           C
YORVIK PARTNERS LLP                           TRANSFEROR: MEDIOLANUM INTERNATIONAL LIFE LIMITED 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed     16
```

EPIQ BANKRUPTCY SOLUTIONS, LLC