UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                         Debtors.                                :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket Nos. 27753, 28544,
                                                                     28629, 28794, 28798, 28802, 28806,
                                                                     28810, 28814, 28820-28822, 28826-
                                                                     28828, 28854, 28864, 28865, 28867,
                                                                     28872, 28873

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 22, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
26 day of June, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 27753, 28544, 28629...28867, 28872, 28873_AFF_06-22-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CANTOR FITZGERALD & CO.
TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.
ATTN: NATHAN PLOTKIN
110 EAST 59TH STREET
NEW YORK NY 10022

Please note that your claim # 58475-04 in the above referenced case and in the amount of
$22,756,280.83 allowed at $22,579,383.86       has been transferred **(unless previously expunged by court order)**

DOLPHINSU CAPITAL LLC
TRANSFEROR: CANTOR FITZGERALD & CO.
C/O RICHARDS KIBBE & ORBE
ATTN: LARRY HALPERIN
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 28828 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/22/2012                           Vito Genna, Clerk of Court

                                           /s/ Sidney Garabato
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 22, 2012.

**EXHIBIT B**

08-13555-mg    Doc 29002    Filed 06/26/12    Entered 06/26/12 15:30:05    Main Document
Pg 4 of 5

```
TIME: 10:40:58                                                  LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 06/26/12                                                       CREDITOR LISTING

Name                                            Address
AU YEUNG YIP SAU YING ANNE                      G/F 79-85 HILL RD SHEK TONG TSUI HK   HONG KONG
BANCA DI CREDITO COOPERATIVO DI ALBA,           TRANSFEROR: BANCA FIDEURAM S.P.A ATTN: MARIO MUSSO VIA CAVOUR, N. 4 ALBA (CUNEO)   12051 ITALY
  LANGHE E ROERO S.C.
BANCA FIDEURAM S.P.A                            PIAZZALE GIULIO DOUHET, 31 ROMA   00163 ITALY
BANCA FIDEURAM S.P.A.                           TRANSFEROR: BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. ATTN: EMANUELE CASTRO LEGAL DEPARTMENT P.LE G. DOUHET 31 ROMA   00143 ITALY
BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S.         ATTN: ATOS CAVAZZA VIA FARINI, 17 BOLOGNA   40124 ITALY
BETHMANN BANK AG                                TRANSFEROR: NAGEL, PETER BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN   60311 GERMANY
CANTOR FITZGERALD & CO.                         TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022
CANTOR FITZGERALD & CO.                         TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: SABRETOOTH MASTER FUND LP ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: SABRETOOTH MASTER FUND, LP ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                LONDON EC2N 2DB UNITED KINGDOM
DOLPHINSU CAPITAL LLC                           TRANSFEROR: CANTOR FITZGERALD & CO. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
EFG BANK AB (PUBL)                              P.O. BOX 55963 STOCKHOLM  S-102 16 SWEDEN
ERIK PENSER BANKAKTIEBOLAG                      TRANSFEROR: EFG BANK AB (PUBL) BIBLIOTEKSGATAN 9 BOX 7405 STOCKHOLM  S-103-91 SWEDEN
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: SOCIETE GENERALE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
ILLIQUIDX LLP                                   TRANSFEROR: ASPIS PRONOIA AEGA CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
INTEGRALE CCA.                                  PLACE SAINT JOCQUES 11 BTE 101 LIEGE   4000 BELGIUM
IRIS CHRISTEN                                   ZURCHER KANTONALBANK ATTN: GABRIELE FROSSARD SPECIAL CORPORATE ACTIONS PO BOX 8010 ZURICH    SWITZERLAND
IRIS CHRISTEN                                   TRANSFEROR: UBS AG WELBRIGRING 31 CH-8954 GEROLDSWIL   SWITZERLAND
KROON, R.J.                                     PAUWENLAAN 119 2566 TG, DDEN HAAG   NETHERLANDS
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD        TRANSFEROR: LYDIAN SPV LIMITED C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD        TRANSFEROR: LYDIAN SPV OFFSHORE LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 PORT ROAD EAST WESTPORT CT 06880
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD        TRANSFEROR: LYDIAN SPV OFFSHORE LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN OVERSEAS PARTNERS MASTER FUND            TRANSFEROR: LYDIAN SPV OFFSHORE LTD. C/O LYDIAN ASSET MANAGEMENT L.P. 495 POST ROAD EAST WESTPORT CT 06880
  LTD.
LYDIAN SPV OFFSHORE LTD.                        TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
MARSHGATE INVESTMENT, LLC                       TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                NEW YORK NY 10019
MARSHGATE INVESTMENTS LLC                       TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                NEW YORK NY 10019
MARSHGATE INVESTMENTS, LLC                      TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                NEW YORK NY 10019
MORGAN STANLEY & CO. INTERNATIONAL PLC          RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC          TRANSFEROR: INTEGRALE CCA. 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA UNITED KINGDOM
NAGEL, PETER                                    DUERRSTR. 7C AMBERG   92224 GERMANY
STANDARD CHARTERED BANK (HONG KONG)             TRANSFEROR: AU YEUNG YIP SAU YING ANNE 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STICHTING THE IAMEX VALUE FOUNDATION            TRANSFEROR: KROON, R.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STONE LION PORTFOLIO L.P.                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017
UBS AG                                          BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH   8001 SWITZERLAND
UBS AG                                          ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH   8098 SWITZERLAND
VARDE FUND IX, L.P., THE                        TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE FUND IX-A, L.P., THE                      TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE FUND VI-A, L.P., THE                      TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER), L.P., THE                TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)            TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                                MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.                 TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                                MINNEAPOLIS MN 55437

Total Number of Records Printed     43                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```