UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                            Debtors.                              :
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 27070

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 22, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Lauren Rodriguez
                                        Lauren Rodriguez

Sworn to before me this
26th day of June, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>　　　　　Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:　　SCI GOUVION SAINT CYR
　　　　　　　81 BOULEVARD SAINT CYR
　　　　　　　PARIS 75017 FRANCE


Additional:　　SCI GOUVION SAINT CYR
　　　　　　　NICOLA BATTEN
　　　　　　　STARMAN UK SERVICES COMPANY LIMITED
　　　　　　　HESKETH HOUSE, 43-45 PORTMAN SQUARE
　　　　　　　LONDON W1H 6HN UNITED KINGDOM


Transferee:　　CANTOR FITZGERALD SECURITIES
　　　　　　　ATTN: NATHAN PLOTKIN
　　　　　　　110 EAST 59TH STREET, 7TH FLOOR
　　　　　　　NEW YORK NY 10022


**Your transfer　of claim #　17510　is defective for the reason(s) checked below:**

Other　　　　　　　　　　　　　　　　　Claim is not held by transferor listed on transfer notice.


Docket Number 27070　　　　　Date 03/21/12

/s/ Sidney Garabato
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 22, 2012.

# EXHIBIT B

```
TIME: 10:41:18                                  LEHMAN BROTHERS HOLDING INC.                                  PAGE:  1
DATE: 06/26/12                                        CREDITOR LISTING

Name                          Address
CANTOR FITZGERALD SECURITIES  ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET, 7TH FLOOR NEW YORK NY 10022
SCI GOUVION SAINT CYR         81 BOULEVARD SAINT CYR PARIS  75017 FRANCE
SCI GOUVION SAINT CYR         NICOLA BATTEN STARMAN UK SERVICES COMPANY LIMITED HESKETH HOUSE, 43-45 PORTMAN SQUARE LONDON  W1H 6HN UNITED KINGDOM

Total Number of Records Printed     3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC