UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                              :   Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :   08-13555 (JMP)
                                                                   :   (Jointly Administered)
                    Debtors.                                       :
                                                                   :
------------------------------------------------------------------x   Ref. Docket Nos. 28151, 28837,
                                                                      28844, 28895, 28897-28900, 28913-
                                                                      28919, 28925

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 25, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
26 day of June, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   CANTOR FITZGERALD & CO.
          TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P.
          ATTN: NATHAN PLOTKIN
          110 EAST 59TH STREET
          NEW YORK NY 10022
```

Please note that your claim # 62822-01 in the above referenced case and in the amount of
      $1,990,265.42  allowed at $1,974,793.93       has been transferred **(unless previously expunged by court order)**

```
          DOLPHINSU CAPITAL LLC
          TRANSFEROR: CANTOR FITZGERALD & CO.
          C/O RICHARDS KIBBE & ORBE
          ATTN: LARRY HALPERIN
          ONE WORLD FINANCIAL CENTER
          NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 28837       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/25/2012                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 25, 2012.

# EXHIBIT B

```
TIME: 16:36:00                                                                        PAGE: 1
DATE: 06/25/12                            LEHMAN BROTHERS HOLDING INC.
                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. | ATTN: ATOS CAVAZZA VIA FARINI, 17 BOLOGNA 40124 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O STEVE STANCARONE 745 7TH AVE., 16TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: STEVE STANCARONE 745 7TH AVE., 16TH FLOOR NEW YORK NY 10019 |
| CANTOR FITZGERALD & CO. | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, LP ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022 |
| CANTOR FITZGERALD & CO. | TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ELEKTRIZITATS- GESELLSCHAFT ATTN: JEFF OLINSKY 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANCO INTERACCIONES FIDEICOMISO 1042 ATTN: MATT WEINSTEIN 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANCO INTERACCIONES FIDEICOMISO 1384 ATTN: MATT WEINSTEIN 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ELEKTRIZITATS- GESELLSCHAFT ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: O'CONNOR CAPITAL STRUCTURE OPPORTUNITY MASTER LIMITED, C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: O'CONNOR CAPITAL STRUCTURE OPPORTUNITY MASTER LIMITED, C/O C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DOLPHINSU CAPITAL LLC | TRANSFEROR: CANTOR FITZGERALD & CO. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EFG BANK AG | TRANSFEROR: GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166 |
| EFG BANK AG | TRANSFEROR: BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| FARGLORY LIFE INSURANCE CO LTD | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) 18 FL NO 200 KEELUNG RD SEC 1 TAIPEI 110 TAIWAN |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOCIETE GENERALE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SPCP GROUP, LLC ATTN: LAURA DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SPCP GROUP, LLC ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | TRANSFEROR: BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. ATTN: PAOLO POLLASTRI VIA HOEPLI MILANO 10-20121 ITALY |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| O'CONNOR CAPITAL STRUCTURE OPPORTUNITY MASTER LIMITED, | UBS O'CONNOR LLC ATTN: NICOLE TORTAROLO 299 PARK AVE NEW YORK NY 10171 |
| O'CONNOR CAPITAL STRUCTURE OPPORTUNITY MASTER LIMITED, | WALKERS SPV LIMITED, WALKERS HOUSE, 87 MARY STREET GEORGE TOWN KY1-9002 CAYMAN ISLANDS |
| O'CONNOR CAPITAL STRUCTURE OPPORTUNITY MASTER LIMITED, C/O | UBS O'CONNOR LLC ATTN: NICOLE TORTAROLO 299 PARK AVENUE NEW YORK NY 10171 |
| O'CONNOR CAPITAL STRUCTURE OPPORTUNITY MASTER LIMITED, C/O | WALKERS SPV LIMITED, WALKERS HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ROYAL BANK OF SCOTLAND PLC, THE | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| ROYAL BANK OF SCOTLAND PLC, THE | TRANSFEROR: VINCI S.A. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| SERENGETI OPPORTUNITIES MM, L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES PARTNERS L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY 12TH FL NEW YORK NY 10012 |
| UBS AG | TRANSFEROR: EFG BANK AG ATTN: HUGO KOLLER DEPT O5GC BAHNHOFSTRASSE ZURICH CH-8001 SWITZERLAND |
| UBS AG | TRANSFEROR: EFG BANK AG ATTN: HUGO KOLLER DEPT O5GC BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| VARDE FUND X (MASTER), L.P., THE | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VINCI S.A. | ATTN: PATRICK RICHARD, GENERAL COUNSEL 1, COURS FERDINAND DE LESSEPS RUEIL-MALMAISON 92851 FRANCE |
| VINCI S.A. | GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS, ESQ. 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |

Total Number of Records Printed        37

EPIQ BANKRUPTCY SOLUTIONS, LLC