UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                  :
                              Debtors.                  :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

**ORDER GRANTING FOURTH APPLICATION OF SNR DENTON US LLP FOR
ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL
SERVICES PERFORMED AND REIMBURSEMENT OF
ACTUAL AND NECESSARY EXPENSES INCURRED FOR
THE PERIOD OF JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011**

Upon consideration of the Fourth Application of SNR Denton US LLP ("**SNR Denton**"), as attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses (the "**Fourth Application**") [Docket No. 23414], dated December 14, 2011, relating to the above-referenced bankruptcy case for the period from June 1, 2011 through September 30, 2011 (the "**Ninth Compensation Period**"); and upon consideration of the recommended deductions (the "**Recommended Deductions**") from fees and expenses made by the Fee Committee in these chapter 11 cases (the "**Fee Committee**"), rendered after the Fee Committee received and reviewed written comments and conferred with SNR Denton; and after due notice pursuant to the second amended order entered on June 17, 2010 governing case management and administrative procedures [Docket No. 9635]; and there being no objections to the allowance of the amounts set forth on **Schedule A**, incorporating a resolution of the Fee Committee's Recommended Deductions as stipulated in the Stipulation Between SNR Denton US LLP and the Fee Committee on the Fourth Interim Application of SNR Denton US LLP, Special Counsel for the Debtors, for Compensation and Expenses for the Period June 1, 2011 Through September 30, 2011 (the "**Stipulation**"

[Docket No. 27239]; and after due consideration and upon all of the proceedings had before the Court, and sufficient cause appearing therefor, it is herby,

**ORDERED** that the Fourth Application is granted to the extent provided in the Schedule A; and it is further,

**ORDERED** that interim compensation to SNR Denton for professional services performed during the Ninth Application Period is allowed and awarded in the amount set forth on Schedule A in the column entitled "Fees Allowed" pursuant to section 331 of the Bankruptcy Code; and it is further,

**ORDERED** that reimbursement to SNR Denton for expenses incurred during the Ninth Application Period is allowed and awarded in the amount set forth on Schedule A in the column entitled "Expenses to be Paid for Current Fee Period"; and it is further,

**ORDERED** that the Debtors are authorized and directed to pay the "Fees Allowed" and the "Expenses to be Paid for Current Fee Period," which amounts are totaled in Schedule B in the columns entitled "Total Fees Paid" and "Total Expenses Paid," to SNR Denton to the extent not previously paid pursuant to the order dated April 14, 2011 governing interim compensation in these cases [Docket No. 15997].

Dated: New York, New York
    June 26, 2012

                                          *s/ James M. Peck*
                                          HONORABLE JAMES M. PECK
                                          UNITED STATES BANKRUPTCY JUDGE

# SCHEDULE A

## CURRENT INTERIM FEE PERIOD
### June 1, 2011 through September 30, 2011
### (Ninth Fee Period)

Case No.: 08-13555 (JMP) (Chapter 11)
Case Name: In re Lehman Brothers Holdings, Inc., et al.

| Applicant | Date/ Document Number of Application | Interim Fees Requested on Application ($) | Fees Allowed ($) | Fees to be Paid for Current Fee Period ($) | Fees to be Paid for Prior Fee Period(s) (if any) (Including Fees Held Back) ($) | Total Fees to be Paid ($) | Interim Expenses Requested ($) | Expenses to be Paid for Current Fee Period[1] ($) |
|---|---|---|---|---|---|---|---|---|
| SNR Denton US LLP | 12/14/2011 [23414] | 514,626.00 | 511,801.00 | 100,020.60 | 0.00 | 100,020.60 | 11,284.29 | 6,991.04 |

**Schedule A**     Dated: June 26, 2012     INITIALS: *JMP*, USBJ

---

[1] Pursuant to the Court's *Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 15997], professionals receive 100% of the payments requested as reimbursement for expenses incurred in the Application Period. Reductions to the expenses requested will result in the professional receiving more than it should have for expenses for the Application Period. These amounts will be deducted from the holdback of fees for this Application Period.

**SCHEDULE B**

# CUMULATIVE FEE APPLICATIONS
**(September 15, 2008 Through and Including September 30, 2011)**

Case No.: 08-13555 (JMP) (Chapter 11)
Case Name: In re Lehman Brothers Holdings, Inc., *et al.*

| Applicant | Total Fees Requested ($) | Total Fees Paid (including amounts to be paid pursuant to this Order) ($) | Total Expenses Requested ($) | Total Expenses Paid (including amounts to be paid pursuant to this Order) ($) |
|---|---|---|---|---|
| SNR Denton US LLP | 2,228,300.50 | 2,210,748.10 | 16,982.44 | 11,592.09 |

**Schedule B**              **Dated: June 26, 2012**              **INITIALS: *JMP*, USBJ**