Presentment Date and Time: July 10, 2012 at 10:00 a.m. (Prevailing Eastern Time)
Objection Deadline: July 6, 2012 at 4:00 p.m. (Prevailing Eastern Time)
Hearing Date and Time (Only if Objection is Filed): July 10, 2012 at 10:00 a.m. (Prevailing Eastern Time)

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
James N. Lawlor

*Special Litigation Counsel*
*for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ x

In re:                                              :    Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*    :    Case No. 08-13555 (JMP)

Debtors.                                            :
_____ x

**NOTICE OF PRESENTMENT OF ORDER (I) RESOLVING THE FEE COMMITTEE'S NOTICE OF OBJECTION TO THE MONTHLY STATEMENT FOR THE MONTH OF NOVEMBER 2011 SUBMITTED BY WOLLMUTH MAHER & DEUTSCH LLP, AS SPECIAL COUNSEL TO THE DEBTORS, AND (II) REINSTATING THE ELIGIBILITY AND DIRECTING PAYMENT OF MONTHLY COMPENSATION AMOUNTS UNDER THE MONTHLY STATEMENT IN ACCORDANCE WITH THE FOURTH AMENDED ORDER PURSUANT TO SECTIONS 105(A) AND 331 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2016(A) ESTABLISHING PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**

**PLEASE TAKE NOTICE** that the undersigned will present the annexed proposed order (the "Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **July 10, 2012 at 10:00 a.m. (Prevailing Eastern Time)**. The Order (i) resolves the notice of objection served by the fee committee appointed for Lehman Brothers Holdings, Inc. ("LBHI") and its affiliated debtors (each a "Debtor" and collectively, the "Debtors") in the above-

captioned chapter 11 cases (the "Cases"), to the monthly statement submitted for fees and expenses incurred for the month of November 2011 (the "Monthly Statement"), pursuant to the Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals dated April 14, 2011 [Doc. No. 15997] (the "Compensation Order"), by Wollmuth Maher & Deutsch LLP (the "Firm"), as special litigation counsel for the Debtors, and (ii) reinstates the eligibility and directs payment of monthly compensation amounts under the Monthly Statement in accordance with the Compensation Order.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, and to the undersigned so as to be received by **July 6, 2012 at 4:00 p.m. (Prevailing Eastern Time)**, there will not be a hearing and the Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Order on **July 10, 2012 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated:  New York, New York
June 26, 2012

Respectfully submitted,

By: */s/ James N. Lawlor*
William A. Maher
James N. Lawlor
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

*Special Litigation Counsel for the Debtors*