WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                          :
                 Debtors.                 :   (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL**
**OF TWO HUNDRED FIFTIETH OMNIBUS**
**OBJECTION TO CLAIMS (PURCHASED CONTRACT CLAIMS)**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" or the

"Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter

11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the

above-referenced chapter 11 cases is withdrawing without prejudice the Two Hundred Fiftieth

Omnibus Objection to Claims (Purchased Contract Claims) [ECF No. 24107] solely with respect

to the claim listed on Exhibit A annexed hereto.  The Plan Administrator reserves its rights to

object to the claim listed on Exhibit A on any grounds in the future.

US_ACTIVE:\44002570\2\58399.0011

Dated: June 27, 2012
      New York, New York

           /s/ Robert J. Lemons
           Robert J. Lemons

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Lehman Brothers
           Holdings Inc. and Certain of Its Affiliates

## Exhibit A

## Claim For Which Objection Is Withdrawn Without Prejudice:

| Claimant | Claim Number |
|---|---|
| Hewlett-Packard Co. | 4861 |