WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
**In re**                                      :        **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **Case No. 08-13555 (JMP)**
:
**Debtors.**                   :        **(Jointly Administered)**
:
---------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON JUNE 28, 2012 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable, James
M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling
Green, New York, NY 10004-1408

**I.**    **STATUS CONFERENCE:**

1.    Debtors' Application to Assume Executory Contracts and Unexpired Leases
Identified in Exhibit 2 to the Plan Supplement **[ECF No. 21254]**

Responses Received:

A.    Resolved Responses: See Exhibit 1.

B.    Deferred Responses: See Exhibit 2.

C.    Unresolved Responses: See Exhibit 3.

Related Documents:

D.    Amendment No. 1 to the Plan Supplement **[ECF No. 21665]**

E.      Amendment No. 2 to the Plan Supplement **[ECF No. 22156]**

F.      Amendment No. 3 to the Plan Supplement **[ECF No. 22590]**

G.      Amendment No. 4 to the Plan Supplement **[ECF No. 22742]**

H.      Amendment No. 5 to the Plan Supplement **[ECF No. 22876]**

I.      Amendment No. 6 to the Plan Supplement **[ECF No. 22975]**

J.      Amendment No. 7 to the Plan Supplement **[ECF No. 22980]**

K.      Order Confirming Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors **[ECF No. 23023**

L.      Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts **[ECF No. 24823]**

M.      Notice of (i) Withdrawal of Debtors' Application to Assume Certain Executory Contracts, (ii) Indefinite Adjournment of Debtors' Application to Assume Certain Executory Contracts, (iii) Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, and (iv) Status Conference on Debtors' Proposed Assumption of Executory Contracts **[ECF No. 25201]**

N.      Third Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts **[ECF No. 25266]**

O.      Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases **[ECF No. 27016]**

P.      Fourth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts **[ECF No. 27262]**

Q.      Fifth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts **[ECF No. 28313]**

R.      Notice of Presentment of Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, filed on May 31, 2012 **[ECF No. 28326]**

S.      Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on June 19, 2012 **[ECF

No. 28871]

T.      Sixth Notice of Withdrawal or Deferral of Debtors' Application to
Assume Certain Executory Contracts **[ECF No. 28957]**

Status:  This matter is going forward as a status conference only.  The hearing
regarding the Debtors' ability to assume or assume and assign any executory
contract that is the subject of an objection listed on Exhibit 3 will be held on
September 20, 2012 at 10:00 a.m.

## II.    UNCONTESTED MATTERS:

2.      Debtors' One Hundred Eighty-Seventh Omnibus Objection to Claims
(Misclassified Claims) **[ECF No. 19817]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Resolved Responses:

A.      Claim of WestLb AG (Claim No. 30100).

Status:  This matter is going forward on an uncontested basis with respect to the
Resolved Response.  The hearing on all remaining claims on the Objection have
been adjourned *sine die*.

3.      Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or No
Blocking Number LPS Claims) **[ECF No. 27868]**

Response Deadline:    June 14, 2012 at 4:00 p.m.

Adjourned Responses:  See Exhibit 4.

Related Documents:

A.      Notice of Adjournment of the Two Hundred Ninety-Seventh
Omnibus Objection to Claims (Invalid or No Blocking Number
LPS Claims) Solely as to Certain Claims **[ECF No. 28874]**

B.      Notice of Adjournment of the Two Hundred Ninety-Seventh
Omnibus Objection to Claims (Invalid or No Blocking Number
LPS Claims) Solely as to Certain Claim **[ECF No. TBD]**

Status:  This matter is going forward on an uncontested basis with respect to all
claims identified on the Objection other than for the Adjourned Responses and for
those claims for which the Objection has been otherwise resolved.

III.   **CONTESTED MATTER:**

4.   Debtors' Three Hundred Fourth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 27875]**

Response Deadline:   June 14, 2012 at 4:00 p.m.

Response Received:

A.   Response of U.S. Bank National Association **[ECF No. 28725]**

Status:  This matter is going forward on a contested basis solely as to the Response of U.S. Bank National Association and on an uncontested basis with respect to all claims other than those for which the objection has been adjourned.

5.   Plan Administrator's Objection to Claims filed by Kathleen Arnold and Timothy A. Cotten **[ECF No. 27263]**

Response Deadline:   May 7, 2012 at 4:00 p.m.

Response Received:   None.

Related Document:

A.   Motion to Extend Time to Submit Objection **[ECF No. 27705]**

Status:  This matter has been consolidated with Adversary Proceeding No. 11-01540 and is going forward on a contested basis.

IV.   **ADVERSARY PROCEEDING:**

6.   Kathleen Arnold and Timothy A. Cotten v. Lehman Holdings Inc., *et al.* **[Adversary Proceeding No. 11-01540]**

**Motions to Dismiss**

Related Documents:

A.   Adversary Complaint **[ECF No. 1]**

B.   Motion of Lehman Holdings Inc. to Dismiss Adversary Proceeding **[ECF No. 4]**

C.   Lehman Brothers Holdings Inc.'s Motion to Dismiss Amended Multicount Adversary Complaint **[ECF No. 12]**

D.   Amended Complaint against Lehman Holdings Inc. **[ECF No. 14]**

4

     E.     Expedited Motion for Courts Determination of Disputes Arising from the Courts November 23, 2009, Restructuring Procedures Order, or, any other Relevant Orders and, Plaintiffs October 2, 2008, Unopposed Objection to block Transfer of Core Assets Pursuant to U.S.C. Section 363(o) and, Motion to Consolidate and Incorporate Plaintiffs Amended Claims 8 and Exhibits into Adversary Complaint **[ECF No. 15]**

     F.     Lehman Brothers Holdings Inc.'s Response to Plaintiffs' Expedited Motion for Determination **[ECF No. 17]**

Status:  This matter is going forward on a contested basis.

## V.    ADJOURNED MATTERS:

7.    Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Response:

     A.     Response of Deutsche Bank National Trust Company **[ECF No. 17879]**

Related Documents:

     B.     Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 14502]**

     C.     Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 **[ECF No. 25371]**

     D.     Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims **[ECF No. 26901]**

Status:  The hearing on the Objection to the claims identified on Exhibit 5 has been adjourned to July 19, 2012 at 10:00 a.m.

8.    Debtors' One Hundred Twenty Fifth Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 16079]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Response:

    A.     Response of Wilmington Trust Company **[ECF No. 17886]**

Related Document:

    B.     Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 16080]**

Status:  The hearing on the Objection to the Adjourned Response has been adjourned to July 19, 2012 at 10:00 a.m.

9.     Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Status:  The hearing for Claim Nos. 12589 and 12590 has been adjourned to July 19, 2012.

10.     One Hundred Seventieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 19388]**

Response Deadline:    August 10, 2011 at 4:00 p.m.

Related Documents:

    A.     Order Granting Debtors' One Hundred Seventieth Omnibus Objection to Claims (No Blocking Number LPS Claims) **[ECF No. 20623]**

    B.     Supplemental Order Granting Debtors' One Hundred Seventieth Omnibus Objection to Claims (No Blocking Number LP Claims) **[ECF No. 21351]**

Status:  The hearing on the Objection as to the claim of Giovanna Todini (Claim No. 64323) has been adjourned *sine die*.

11.     One Hundred Eighty-Third Omnibus Objection to Claims (No Liability CMBS Claims) **[ECF No. 19407]**

Response Deadline:    September 20, 2011 at 4:00 p.m.

Adjourned Response:

    A.     Claims of Boilermakers-Blacksmiths National Pension Trust Fund

Related Document:

> B.    Order Granting Debtors' One Hundred Eighty-Third Omnibus Objection to Claims (No Liability CMBS Claims) **[ECF No. 20611]**

Status:  The hearing on the Objection to the claims of Boilermakers-Blacksmiths National Pension Trust Fund has been adjourned *sine die*.

12.    Debtors' One Hundred Eighty-Sixth Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 19816]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Status:  The hearing on all remaining claims on the Objection have been adjourned *sine die*.

13.    Debtors' One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Repo Claims) **[ECF No. 19870]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Response Received:

> A.    Highland Credit Strategies Master Fund, L.P.'s Response **[ECF No. 22051]**

Related Documents:

> B.    Reply of Lehman Brothers Holdings Inc. **[ECF No. 26500]**

> C.    Declaration of Thomas Rogers in Support of Reply of Lehman Brothers Holdings Inc. **[ECF No. 27535]**

> D.    Order Granting Debtors' One Hundred Eighty-Ninth Objection to Claims (No Liability Repo Claims) **[ECF No. 21372]**

> E.    Supplemental Order Granting Debtors' One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Repo Claims) **[ECF No. 28401]**

Status:  The hearing on the Objection to the claim of Highland Credit Strategies Master Fund, L.P. has been adjourned to July 19, 2012 at 10:00 a.m.

14. Debtors' Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20102]**

    Response Deadline:    November 11, 2011 at 4:00 pm.

    Status:  This matter has been adjourned to July 19, 2012 at 10:00 a.m.

15. Debtors' Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20103]**

    Response Deadline:    November 11, 2011 at 4:00 pm.

    Status:  This matter has been adjourned to July 19, 2012 at 10:00 a.m.

16. Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20104]**

    Response Deadline:    November 11, 2011 at 4:00 pm.

    Status:  This matter has been adjourned to July 19, 2012 at 10:00 a.m.

17. Debtors' Two Hundred Sixteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20105]**

    Response Deadline:    November 11, 2011 at 4:00 pm.

    Status:  This matter has been adjourned to July 19, 2012 at 10:00 a.m.

18. Debtors' Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 20886]**

    Response Deadline:    November 17, 2011 at 4:00 p.m.

    Status:  The hearing for Claim Nos. 23642 and 23643 has been adjourned to July 19, 2012.

19. Debtors' Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 21741]**

    Response Deadline:    December 8, 2011 at 4:00 p.m.

    Status:  The hearing for Claim Nos. 23644 and 23645 has been adjourned to July 19, 2012.

20.    Debtors' Two Hundred Thirty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 23168]**

Status:  This matter has been adjourned to July 19, 2012 at 10:00 a.m.

21.    Debtors' Two Hundred Forty-Seventh Omnibus Objection to Claims (No Liability Claims) **[ECF No. 24088]**

Response Deadline:    February 6, 2012 at 4:00 p.m.

Adjourned Response:

A.    Response of West Corporation (Claim No. 14198) **[ECF No. 24976]**

Related Documents:    None.

Status:  The hearing on the Objection to the claim of West Corporation (Claim No. 14198) has been adjourned *sine die*.

22.    Debtors' Two Hundred Sixty-Eighth Omnibus Objection to Claims (Duplicative Claims) **[ECF No. 26189]**

Response Deadline:  July 11, 2012 at 4:00 p.m.

Status:  This matter has been adjourned to July 19, 2012 at 10:00 a.m.

23.    Two Hundred Eightieth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 27358]**

Status:  This matter has been adjourned to July 19, 2012 at 10:00 a.m. solely with respect to Claim No. 30077.

24.    Two Hundred Eighty-Sixth Omnibus Objection to Claims (Assigned Contract Claims) **[ECF No. 27382]**

Response Deadline:    May 12, 2012 at 4:00 p.m.

Adjourned Response:

A.    Claim of AKF Engineers LLP (Claim No. 11335)

Related Document:

B.    Order Granting Debtors' Two Hundred Eighty-Sixth Omnibus Objection to Claims (Assigned Contract Claims) **[ECF No. 28332]**

<u>Status</u>:  The hearing on the Objection to the claim of EKF Engineers LLP (Claim No. 11335) has been adjourned *sine die*.

25.    Two Hundred Ninety-First Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 27380]**

<u>Response Deadline</u>:    May 17, 2012 at 4:00 p.m.

<u>Status</u>:  The hearing on the Objection to Claim No. 28780 has been adjourned to July 19, 2012.

26.    Plan Administrator's Objection to Claim of AIG Global Services, Inc. f/k/a AIG Technologies, Inc. (Claim No. 66918) **[ECF No. 27615]**

<u>Response Deadline</u>:  May 29, 2012 at 4:00 p.m.

<u>Adjourned Response</u>:

      A.    Response of AIG Global Services Inc., f/k/a/ AIG Technologies, Inc. to Plan Administrator's Objection to Claim No. 66918 **[ECF No. 28126]**.

<u>Status</u>:  The hearing on the Objection to Claim No. 66918 has been adjourned to July 19, 2012 at 10:00 a.m.

27.    Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

<u>Response Deadline</u>:    October 17, 2011 at 4:00 p.m.

<u>Adjourned Response</u>:

      A.    Response of Syncora Guarantee, Inc. **[ECF No. 20915]**

<u>Related Documents</u>:    None.

<u>Status</u>:  The hearing on the Objection to Claim No. 66099 has been adjourned to July 19, 2012 at 10:00 a.m.

28.    Debtors' Objection to Proof of Claim No. 58912 Filed by Citibank, N.A., London Branch **[ECF No. 27862]**

<u>Response Deadline</u>:    June 13, 2012 at 4:00 p.m.

<u>Adjourned Response</u>:  None.

<u>Related Documents</u>:    None.

<u>Status</u>:  The hearing on the Objection to Claim No. 58912 has been adjourned to
July 19, 2012 at 10:00 a.m.

29.     Debtors' Objection to Proof of Claim No. 67735 Filed by Citigroup Global
        Markets, Inc. **[ECF No. 27863]**

        <u>Response Deadline</u>:     June 13, 2012 at 4:00 p.m.

        <u>Adjourned Response</u>:  None.

        <u>Related Documents</u>:   None.

        <u>Status</u>:  The hearing on the Objection to Claim No. 67735 has been adjourned to
        July 19, 2012 at 10:00 a.m.

Dated: June 27, 2012
       New York, New York

                                    /s/ Robert J. Lemons
                                    Robert J. Lemons
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:  (212) 310-8007

                                    Attorneys for Lehman Brothers Holdings Inc.
                                     and Certain of Its Affiliates

<u>Exhibit 1</u>

(Debtors' Application to Assume Executory
Contracts and Unexpired Leases Identified in
Exhibit 2 to the Plan Supplement **[ECF No. 21254]** - Unresolved Responses)

| NUMBER | RESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 1. | Objection to Assumption by Debtors of Prepetition Derivative Contracts (Asbury Atlantic, Inc.) | 21505 | 11/2/11 |
| 2. | Limited Objection of Access VP High Yield Fund, Falling U.S. Dollar ProFund, Access Flex High Yield Fund and Falling US Dollar ProFunds VP to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21527 | 11/2/11 |
| 3. | Limited Objection to Assumption of Agreements (IBM Personal Pension Plan Trust) | 21535 | 11/2/11 |
| 4. | Statement and Response of Rockford Memorial Hospital Regarding Proposed Assumption of Certain Swap Agreements Pursant to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors

Limited Objection of Rockford Memorial Hospital Regarding Proposed Assumption of Swap Agreement and Related Cure Amount | 21586 and 22044 | 11/4/11 and 11/14/11 |
| 5. | Limited Opposition of The Massachusetts Development Finance Authority to Assumption of Executory Contracts | 21601 | 11/4/11 |
| 6. | Objection of Adventist Health System/Sunbelt, Inc. to the Debtors' Proposed Assumption of Contracts | 21610 | 11/4/11 |
| 7. | Limited Objection and Reservation of Rights with Regard to Debtors' Third Amended Joint Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (Richard Hayne)[^] | 21630 | 11/4/11 |
| 8. | Objection of Bank of Montreal to Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Including But Not Limited to the Assumption of the Master Agreement

Reservation of Rights of Bank of Montreal to Debtors Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Authorization to Establish Procedures for the Consensual Amendment and Assumption of Certain Non-Terminated Prepetition Derivatives Contracts | 21632 and 21824 | 11/4/11 and 11/9/11 |

[^] This objection was not an objection to assumption and should not have been included on the schedule of February 14, 2012 Contracts.

| NUMBER | RESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 9. | Objection of Sumitomo Mitsui Banking Corporation in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21719 | 11/7/11 |
| 10. | Objection of Ally Investment Management LLC in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21725 | 11/7/11 |
| 11. | Objection of AFCO Cargo PIT LLC to Debtors Plan Supplement and Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21789 | 11/9/11 |
| 12. | Objection of Federal Home Loan Bank of Indianapolis to Assumption of Agreements as Set Forth in Plan Supplement | 21792 | 11/9/11 |
| 13. | Limited Objection of Franklin W. Olin College of Engineering, Inc. to Debtors' Proposed Assumption of Contracts | 21814 | 11/9/11 |
| 14. | Objection of The Toronto-Dominion Bank to Debtors' Assumption of Derivative Contracts and Proposed Cure Amount | 21823 | 11/9/11 |
| 15. | Objection of Commonwealth of Virginia Tobacco Settlement Financing Corporation to Debtors' Assumption of Derivative Contract and Proposed Cure Amount | 21825 | 11/9/11 |
| 16. | Objection of Fuller Theological Seminary to Debtors' Assumption of Derivative Contracts | 21829 | 11/9/11 |
| 17. | Objection of Mizuho Corporate Bank Ltd. to Lehman Brothers Commercial Corporation's Proposed Assumption of Purported Executory Contracts Listed on Exhibit 2 of the Plan Supplement | 21837 | 11/9/11 |
| 18. | Oaklawn Psychiatric Center's Objection to LBSF's Assumption of Derivative Contract | 21839 | 11/9/11 |
| 19. | Limited Objection and Reservation of Rights of Riddle Memorial Hospital Health Care Center III Associates to Proposed Assumption of Executory Contracts | 21840 | 11/9/11 |
| 20. | Objection of Mizuho Securities Co., Ltd. to Lehman Brothers Special Financing Inc.'s Proposed Assumption of Purported Executory Contracts Listed on Exhibit 2 of the Plan Supplement | 21841 | 11/9/11 |

| NUMBER | RESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|--------|-------------------|------------|------------|
| 21. | Objection of Mizuho International plc to Lehman Brothers Special Financing Inc.'s Proposed Assumption of Purported Executory Contracts Listed on Exhibit 2 of the Plan Supplement | 21842 | 11/9/11 |
| 22. | Limited Objection of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC to Proposed Assumption of Loan Agreements as Set Forth in Plan Supplement and Notices of Proposed Assumption of Executory Contracts* | 21844 | 11/9/11 |
| 23. | Objection of DZ Bank Ireland Plc to Lehman Brothers Special Financing Inc.'s Proposed Assumption of Purported Executory Derivative Contracts Listed on Exhibit 2 of the Plan Supplement | 21846 | 11/9/11 |
| 24. | Objection of Hess Corporation and Hess Energy Power & Gas Company (UK) Limited to Assumption of Purported Executory Derivative Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings, Inc. and Its Affiliated Debtors | 21848 | 11/9/11 |
| 25. | Objection of Nordea Bank AB (publ) and Nordea Bank Finland PLC to Debtors' Proposed Assumption of Their Derivative Contracts Listed on Exhibit 2 of the Plan Supplement | 21869 | 11/10/11 |
| 26. | Objection of JPMorgan Chase & Co., Bear Sterns Bank PLC, Bear Sterns Credit Products Inc., Bear Sterns Forex Inc. and Bear Sterns International Limited to Proposed Assumption of Contracts Pursuant to Debtors' Third Amended Joint Chapter 11 Plan | 21871 | 11/10/11 |
| 27. | Objection of JR Moore, LP to Assumption of Agreements as set Forth in Plan Supplement | 21874 | 11/10/11 |
| 28. | Objection of Moore Macro Fund, LP to Assumption of Agreements as set Forth in Plan Supplement | 21875 | 11/10/11 |
| 29. | Objection of California Housing Finance Agency to Assumption Of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21876 | 11/10/11 |
| 30. | Objection of Moore Macro Markets Fund (Master), LP to Assumption of Agreements as set Forth in Plan Supplement | 21877 | 11/10/11 |

---

* The executory contract(s) that were the subject of this objection have been assumed pursuant to an order of the Court [ECF No. 27016].

| NUMBER | RESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 31. | Objection of the Regents of the University Of California to Assumption of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21878 | 11/10/11 |
| 32. | Objection of SJL Moore, Ltd to Assumption of Agreements as set Forth in Plan Supplement | 21879 | 11/10/11 |
| 33. | Objection of the County Of Sacramento, California to Assumption of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21880 | 11/10/11 |
| 34. | Objection of Citadel Equity Fund Ltd. to Assumption of Agreements as set Forth in Plan Supplement | 21881 | 11/10/11 |
| 35. | Objection of Tokyo Gas Co. Ltd. to Debtors' Proposed Assumption of Purported Executory Contracts on Exhibit 2 of the Plan Supplement | 21882 | 11/10/11 |
| 36. | Objection of the Airport Commission of the City and County of San Francisco to Assumption of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21883 | 11/10/11 |
| 37. | Objection of Idaho Housing and Finance Association to Assumption of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21884 | 11/10/11 |
| 38. | Limited Objection of Florida Power & Light Company and FPL Energy Power Marketing, LLC to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21888 | 11/10/11 |
| 39. | Objection and Reservation of Rights by Jenner's Pond to Debtors' Notice of Proposed Assumption of Executory Contracts | 21891 | 11/10/11 |
| 40. | Limited Objection of Prudential Investment Management, Inc. to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21892 | 11/10/11 |
| 41. | Objection of SunTrust Bank to (I) Debtors' Plan Supplement to Third Amended Joint Chapter 11 Plan and (II) Notice of Proposed Assumption of Executory Contracts | 21898 | 11/10/11 |

| NUMBER | RESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 42. | Objection Of FirstCaribbean International Bank (Bahamas) Limited In Connection With Debtors Plan Supplement And Notice Of Proposed Assumption Of Executory Contracts | 21900 | 11/10/11 |
| 43. | Limited Objection of Commerzbank AG, as Successor to Dresdner Bank AG, to Assumption of Derivatives Contracts as set forth in the Plan Supplement | 21901 | 11/10/11 |
| 44. | Limited Objection of Goldman Sachs Asset Management, L.P., et al. to the Debtors' Proposed Assumption of Certain Derivative Contracts Listed on Exhibit 2 of the Plan Supplement | 21903 | 11/10/11 |
| 45. | Objection of LBBW Luxemburg S.A. and Landesbank Baden-Wurttemberg to Debtors' Proposed Assumption of Certain Contracts Pursuant to Section 11.1 of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* <br><br>Declaration of Edward A. Smith in Support of Objection of LBBW Luxemburg S.A. and Landesbank Baden-Wurttemberg<br><br>Limited Objection and Joinder Of BNY Mellon Corporate Trustee Services Limited in Objection of LBBW Luxemburg S.A. and Landesbank Banden Wrttemberg to the Debtors Assumption of Certain Derivatives Contracts | 21911, 21924 and 21943 | 11/10/11 |
| 46. | Objection of Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. to Assumption Of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21912 | 11/10/11 |
| 47. | Reservation of Rights by Mirabella with Respect to Debtors' Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21918 | 11/10/11 |
| 48. | Objection of the Guam Economic Development Authority to Assumption Of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21919 | 11/10/11 |

---

* The executory contract(s) that were the subject of this objection have been assumed pursuant to an order of the Court [ECF No. 27016].

| NUMBER | RESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|--------|-------------------|------------|------------|
| 49. | Objection by Eskaton Properties, Incorporated to Debtors' Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21926 | 11/10/11 |
| 50. | Limited Objection of Grace Village Health Care Facilities, Inc. and National Fellowship Brethren Retirement Homes, Inc. to the Proposed Assumption of a Certain Swap Agreement Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21931 | 11/10/11 |
| 51. | Protective Objection of Bank of Montreal to the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21933 | 11/10/11 |
| 52. | Objection of Italease Finance S.p.A. in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21934 | 11/10/11 |
| 53. | Objection and Reservation of Rights of LVFN Partners, L.P. to Debtors' Proposed Assumption of Certain Contracts Pursuant to Their Third Amended Joint Chapter 11 Plan

Declaration of Luke A. Barefoot in Support of Objection and Reservation of Rights of LVFN Partners, L.P. | 21948 and 21952 | 11/10/11 |
| 54. | Limited Objection of Tempe Life Care Village, Inc., d/b/a, Friendship Village of Tempe to Debtors' Proposed Assumption of Contracts | 21951 | 11/10/11 |
| 55. | Limited Objection and Reservation of Rights of Longwood at Oakmont to Proposed Assumption of Purported Executory Contract | 21967 | 11/10/11 |
| 56. | Limited Objection and Reservation of Rights of Presbyterian SeniorCare to Proposed Assumption of Purported Executory Contract | 21968 | 11/10/11 |
| 57. | Objection of the Commonwealth of Puerto Rico and the Puerto Rico Sales Tax Financing Corporation to the Debtors' Proposed Assumption of Swap Agreements and Swap Transactions | 22016 | 11/11/11 |

| NUMBER | RESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 58. | Objection of OneWest Bank, FSB To Terms Of Proposed Assumption of Residential Loan Servicing Agreement[*] | 22041 | 11/14/11 |
| 59. | Limited Objection of Presbyterian Homes Regarding Proposed Assumption of Swap Agreement and Related Cure Amount | 22046 | 11/14/11 |
| 60. | Memorial Hospital's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Plan | 22047 | 11/14/11 |
| 61. | East Bay Municipal Utility District's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 22070 | 11/14/11 |
| 62. | Limited Objection and Reservation of Rights of AIG Markets Inc. to the Debtors' Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code[*] | 22082 | 11/14/11 |
| 63. | Objection of Swiss Re Financial Products Corporation to Assumption of Derivative Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22084 | 11/14/11 |
| 64. | Objection of CWCapital EY REIT LB2 LLC to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22091 | 11/14/11 |
| 65. | Objection of Oak Hill Credit Partners IV Limited to the Debtors' Proposed Assumption of Certain Executory Contracts | 22104 | 11/14/11 |
| 66. | Objection of CQS ABS Master Fund Limited to the Debtors' Proposed Assumption of Certain Executory Contracts | 22109 | 11/14/11 |

---

[*] The executory contract(s) that were the subject of this objection have been assumed pursuant to an order of the Court [ECF No. 27016].

[*] The executory contract(s) that were the subject of this objection have been assumed pursuant to an order of the Court [ECF No. 27016].

| NUMBER | RESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 67. | Objection to Motion /Limited Objection of HD Supply, Inc. to Assumption of Executory Contracts[*] | 22203 | 11/16/11 |
| 68. | Limited Objection And Reservation Of Rights Of SPCP Group, LLC, With Respect To Debtors' Plan Supplement And Notices Of Proposed Assumption Of Derivatives Contracts Set Forth In Plan Supplement | 22208 | 11/16/11 |
| 69. | Letter from Steven Knous regarding Golf Club Membership Dues | 22259 | 11/7/11 |
| 70. | Limited Objection to Assumption of Executory Contract (Erlanger Health Systems) | 22355 | 11/18/11 |
| 71. | Ursuline Academy Objection to the Debtors of Lehman Brothers Holdings, Inc, et al assumption of interest rate cap insurance in the form of interest rate swaps | 22403 | 11/10/11 |
| 72. | Objection of EPCO Holdings, Inc. to Assumption of Executory Contracts | 22708 | 11/28/11 |
| 73. | Objection of Wockhardt USA (Swiss) Holding AG, nka Wockhardt EU Operations (Swiss) AG, and Wockhardt Limited to Debtors Proposed Assumption and Assignment of Derivatives Agreement | 22859 | 12/2/11 |
| 74. | Objection of CIFG Assurance North America, Inc. to Lehman Brothers Special Financing Inc.s Proposed Assumption of Purported Executory Derivative Contracts Listed on Exhibit 2 of the Plan Supplement | 24763 | 1/30/12 |
| 75. | Objection of the Roman Catholic Diocese of Memphis to Proposed Assumptions of Swap Agreement | N/A | N/A |
| 76. | Derivative contract with the Workers Compensation Fund | N/A | N/A |
| 77. | Services Agreement with the Wiktoff Group LLC[+] | N/A | N/A |
| 78. | Derivative contract with U.S. Bank NA (Escrow Reinvestment Contract dated on 1/17/2006)[+] | N/A | N/A |
| 79. | Derivative contract with U.S. Bank NA (Float Forward Agreement dated on 9/28/1994)[+] | N/A | N/A |
| 80. | Services Agreement with Plant Masters[+] | N/A | N/A |
| 81. | Unexpired lease with Ella's Alterations[+] | N/A | N/A |

[+] The counterparty did not file an objection to the assumption of this executory contract. This executory contract has been assumed pursuant to an order of the Court [ECF No. 27016].

| NUMBER | RESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 82. | Unexpired lease with Finer Things[+] | N/A | N/A |

<u>Exhibit 2</u>

(Debtors' Application to Assume Executory
Contracts and Unexpired Leases Identified in
Exhibit 2 to the Plan Supplement **[ECF No. 21254]** - Deferred Responses)

| NUMBER | DEFERRED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 1. | Limited Objection of State Street Bank and Trust Company to Assumption of Agreement as Set Forth in Plan Supplement | 21596 | 11/4/11 |
| 2. | Objection of Aberdeen Fund Management Limited, Aberdeen Asset Management Investment Services Limited, and Aberdeen Asset Managers Limited to Debtors' Proposed Assumption of Certain Contracts Pursuant to Section 11.1 of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21597 | 11/4/11 |
| 3. | Objection Of Canadian Imperial Bank Of Commerce With Respect To Debtors' Plan Supplement And Notice Of Proposed Assumption Of Executory Contracts | 21779 | 11/8/2011 |
| 4. | Limited Objection and Reservation of Rights of Mountain States Properties Inc. to Proposed Assumption of Executory Contracts | 21786 | 11/9/11 |
| 5. | Limited Objection and Reservation of Rights of York Hospital to Proposed Assumption of Executory Contracts | 21788 | 11/9/11 |
| 6. | Objection to Debtors' Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code (Iberdrola Renewables Energies USA, Ltd., Iberdrola Renewables, Inc., fka PPM Energy, Inc.) | 21801 | 11/9/11 |
| 7. | Objection of Chapel Hill Retirement Center, Inc. to Debtors' Assumption of Derivative Contract | 21819 | 11/9/11 |

| NUMBER | DEFERRED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 8. | Response and Reservation of Rights of Ethias SA With Respect to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code<br><br>Response and Reservation of Rights of Ethias SA with Respect to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code<br><br>Joinder of BNY Mellon Corporate Trustee Services Limited in Response and Reservation of Rights of Ethias SA With Respect to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21838, 21854 and 21908 | 11/9/11, 11/10/11 |
| 9. | Objection of Southwestern Ohio Seniors Services, Inc. to Assumption of Executory Contract | 21845 | 11/9/11 |
| 10. | Objection of Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company to Assumption of Swap Agreements | 21872 | 11/10/11 |
| 11. | Objection and Reservation of Rights by Simpson Meadows to Debtors' Notice of Proposed Assumption of Executory Contracts | 21887 | 11/10/11 |
| 12. | Limited Objection and Reservation of Rights of The Haverford School to Proposed Assumption of Executory Contracts | 21895 | 11/10/11 |
| 13. | Objection of Bank of America, National Association, Successor by Merger with LaSalle Bank National Association, Solely in its Capacity as Trustee under that Certain Indenture dated as of October 17, 2006 among Libra CDO Limited., as Issuer Libra CDO LLC, as Co-Issuer and LaSalle Bank National Association, as Trustee, with Respect to Debtors' Plan Supplement to Third Amended Joint Chapter 11 Plan | 21920 | 11/10/11 |
| 14. | Objection of the Lincoln National Life Insurance Company to Assumption of Agreement and Limited Objection to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Limited Joinder in Objection of The Lincoln National Life Insurance Company to Assumption of Agreement<br><br>Declaration of R. Jeffery Black in Support of Objection of The Lincoln National Life Insurance Company | 21923, 21935 and 21939 | 11/10/11 |

| NUMBER | DEFERRED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 15. | Delaware Investment Advisors, a series of Delaware Management Business Trust, in its capacity as portfolio manager and attorney-in-fact for Penns Landing CDO SPC | 21935 | 11/10/11 |
| 16. | Objection of Access Group, Inc. to Cure Amounts for Proposed Assumption of Executory Contracts | 21947 | 11/10/11 |
| 17. | Limited Objection of Liberty Square CDOI, Ltd. and Liberty Square CDO II, Ltd. to the Debtors' Proposed Assumption of Contracts set forth in the Plan Supplement | 21949 | 11/10/11 |
| 18. | Objection of HBK Investments L.P. as Collateral Manager, on behalf of Gemstone CDO VI Ltd. and Gemstone CDO VI Corp. to the Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan | 21964 | 11/10/11 |
| 19. | Joinder Of HSBC Bank USA, National Association, As Trustee, In Part To The Objection Of The Bank Of New York Mellon, The Bank Of New York Mellon Trust Company, N.A. And BNY Corporate Trustee Services Limited To Assumption Of Derivative Contracts Pursuant To The Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors And Reservation Of Rights | 22107 | 11/14/11 |
| 20. | Response of ACTS Retirement-Life Communities, Inc. to Debtors Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) and Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code  Declaration of Blake Denton in Support of Response of ACTS Retirement-Life Communities, Inc. to Debtors Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) and Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22252 and 22254 | 11/17/11 |
| 21. | Objection to the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code, sent by Apex LLC on behalf of Shinhan Bank | 22395 | 11/9/11 |
| 22. | Objection of Deutsche Bank Trust Company Americas to Lehman Brothers Special Financing Inc.'s Proposed Cure Amount | 22971 | 12/5/11 |

| NUMBER | DEFERRED RESPONSES | ECF NUMBER | DATE FILED |
|--------|--------------------|------------|------------|
| 23. | Derivative contract(s) with EUROSAIL-NL-2007-2 BV | N/A | N/A |

<u>Exhibit 3</u>

(Debtors' Application to Assume Executory
Contracts and Unexpired Leases Identified in
Exhibit 2 to the Plan Supplement **[ECF No. 21254]** - Unresolved Responses)

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 1. | Limited Objection to Proposed Assumption of Executory Contracts (GMAC Mortgage, LLC) | 21556 | 11/03/11 |
| 2. | Limited Objection of The Buck Institute For Age Research to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Amended Limited Objection of the Buck Institute for Age Research to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 21599 and 21886 | 11/4/11 and 11/10/11 |
| 3. | Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Declaration of David R. Seligman in Support of Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Joinder of BNY Mellon Corporate Trustee Services Limited in Limited Objection of Liquidators of Lehman Brothers Australia Limited to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Objection of Liquidators of Lehman Brothers Australia Limited to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code<br><br>Supplemental Objection and Joinder Of BNY Mellon Corporate Trustee Services Limited in Supplemental Objection of Liquidators of Lehman Brothers Australia Limited to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21602, 21606, 21616, 21904 and 21946 | 11/4/11 and 11/10/11 |
| 4. | Limited Objection of Giants Stadium LLC to Debtors' Supplement to the Third Amended Joint Chapter 11 Plan<br><br>Objection of Giants Stadium LLC to Debtors' Proposed Assumption of Terminated Contracts | 21604 and 21905 | 11/4/11 and 11/10/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|--------|---------------------|------------|------------|
| 5. | Objection of the Dante Noteholders to the Debtors' Assumption of Certain Derivative Contracts; Declaration of Andrew K. Glenn<br><br>Joinder of BNY Mellon Corporate Trustee Services Limited in Objection of the Dante Noteholders to the Debtors Assumption of Certain Derivative Contracts | 21633, 21657 amd 21639 | 11/4/11 |
| 6. | Objection of The Loreley Noteholders to the Debtors Assumption of Certain Derivative Contracts | 21634 | 11/4/11 |
| 7. | Objection of U.S. Bank National Association, not Individually but as Trustee, to Confirmation of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors<br><br>Reservation of Rights of U.S. Bank National Association to Debtors' Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Authorization to Establish Procedures for the Consensual Amendment and Assumption of Certain Non-Terminated Prepetition Derivative Contracts<br><br>Objection of U.S. Bank National Association, not Individually but as Trustee, to Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code<br><br>Amendment to Exhibit A to the Objection of U.S. Bank National Association, Not Individually But as Trustee, To Notices of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 21655, 21833, 21922 and 22281 | 11/4/11, 11/9/11, 11/10/11 and 11/17/11 |
| 8. | Objection of Blue Mountain Credit Alternatives Master Fund L.P. to Assumption of a Certain Executory Contract | 21672 | 11/4/11 |
| 9. | Objection to Motion to Assume Executory Contract (United Church Of Christ Retirement Community, Inc. d/b/a Havenwood Heritage Heights) | 21699 | 11/7/11 |
| 10. | Objection of ITV PLC And Carlton Communications Limited in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21802 | 11/9/11 |
| 11. | Objection of Waterstone Capital Advisors LLC in Connection With Debtors' Plan Supplement and Notices of Proposed Assumption of Executory Contracts | 21813 | 11/9/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|--------|---------------------|------------|------------|
| 12. | Limited Objection and Reservation of Rights of Utah Housing Corp. (ME), Utah Housing Corporation (ME) and Utah Housing Finance Agency to Proposed Assumption of Executory Contracts | 21820 | 11/9/11 |
| 13. | Response to Debtors' Notice of Proposed Assumption of Executory Contracts With FF Thompson Foundation Inc. and The Frederick Ferris Thompson Hospital And Objection To Plan Supplement<br><br>F.F. Thompson Health System, Inc., Frederick Thompson Foundation, Inc., and F.F. Thompson Foundation, Inc. | 21821, 22412 | 11/9/11, 11/10/11 |
| 14. | Objection in Connection With Debtors' Plan Supplement and Notice of Proposed Assumption of Executory Contracts (Intralot S.A.) | 21843 | 11/9/11 |
| 15. | Objection of Sankaty Credit Opportunities III, L.P. to Debtors' Proposed Assumption of Certain Derivative Agreements<br><br>Statement and Reservation of Rights of Sankaty Special Situations I, L.P. with Respect to Debtors' Proposed Assumption of Derivative Agreements | 21896, 21897 | 11/10/11 |
| 16. | Objection of Massachusetts Housing Finance Agency to Debtors' Proposed Assumption of ISDA Master Agreements | 21899 | 11/10/11 |
| 17. | Anthracite Balanced Company (R-26) Ltd.'s Objection to the Debtors' Proposed Assumption of Derivative Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21907 | 11/10/11 |
| 18. | Magnetar Capital, LLC's Objection to the Debtors' Proposed Assumption of Derivative Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21910 | 11/10/11 |
| 19. | Objection and Reservation of Rights filed (Bell Trace Obligated Group) | 21913 | 11/10/11 |
| 20. | Objection of the Guam Power Authority to Assumption of Derivatives Contracts Under the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 21916 | 11/10/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 21. | Objection of Unicredit Bank AG, London Branch with Respect to Quartz Finance Public Limited Company Series 2004-1 Upper Thames EUR 25,000,000 Credit--Linked Synthetic Portfolio Notes Due 2043 to the Debtors' Proposed Assumption of an ISDA Master Agreement and the Transaction Thereunder Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan<br><br>Limited Objection and Joinder of BNY Mellon Corporate Trustee Services Limited in the Objection of Unicredit Bank AG, London Branch with Respect to Quartz Finance Public Limited Company Series 2004-1 Upper Thames EUR 25,000,000 Credit-Linked Synthetic Portfolio Notes Due 2043 to the Debtors Proposed Assumption of An ISDA Master Agreement and the Transaction Thereunder Pursuant to the Confirmation of the Debtors Third Amended Joint Plan | 21921 and 21959 | 11/10/11 |
| 22. | Partial Joinder of Bank of America, National Association, Successor by Merger with Lasalle Bank National Association, Solely in its Capacity as Trustee Under that Certain Indenture Dated as of March 6, 2007 Among Pyxis ABS CDO 2007-1 Ltd., as Issuer, Pxyis ABS CDO 2007-1 LLC, as Co-Issuer and Lasalle Bank National Association, as Trustee, to the Objection of Canadian Imperial Bank of Commerce with Respect to Debtors Plan Supplement | 21928 | 11/10/11 |
| 23. | Objection of Unicredit Bank AG, London Branch with Respect to Ruby Finance Public Limited Company Series 2005-1 Class A2 Notes, Class A3 Notes, Class A4 Notes, Class A5 Notes, Class A6 Notes, Class A7 Notes, Class A8 Notes and Class A9 Notes to the Debtors' Proposed Assumption of ISDA Master Agreement and the Transactions Thereunder Pursuant to Confirmation of the Debtors' Third Amended Joint Plan<br><br>Limited Objection and Joinder of BNY Mellon | 21929 and 21956 | 11/10/11 |
| 24. | Ballyrock ABS CDO 2007-1 Limited's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21930 | 11/10/11 |
| 25. | Blackrock, Inc. Objection to Debtor's Proposed Assumption of Derivative Contracts | 21932 | 11/10/11 |
| 26. | Principal Life Insurance Company Objection to the Debtors' Proposed Assumption of Derivative Contracts | 21938 | 11/10/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 27. | Objection of Delphi Financial Group, Inc. to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 21955 | 11/10/11 |
| 28. | Objection of Wellmont Health System to Debtors' Proposed Assumption of Certain Executory Contracts Pursuant to Third Amended Plan | 21969 | 11/10/11 |
| 29. | Objection of the Bank of New York Mellon, as Agent, to Assumption of Sealink Funding Limited Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 22004 | 11/11/11 |
| 30. | Objection of the Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited to Assumption of Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors<br><br>Amendment to Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited<br><br>Amendment to Schedule 1 to the Objection of the Bank of New York Mellon, the Bank Of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited to Assumption of Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Inc. and its Affiliated Debtors | 22010, 22766 and 22970 | 11/11/11, 12/2/11, and 12/5/11 |
| 31. | First Data Corporation's Objection to the Debtors' Proposed Assumption of Derivatives Contracts Pursuant to the Confirmation of the Debtors' Third Amended Joint Plan | 22072 | 11/14/11 |
| 32. | Objection and Reservation of Rights of Horizon II International Limited to the Debtors' Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22081 | 11/14/11 |
| 33. | Objection of CNP Assurances and Anthracite Investments (Ireland) PLC to Assumption of Derivatives Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22088 | 11/14/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|---|---|---|---|
| 34. | Objection of Marietta Crossing Partners, LLC, Holcomb Bridge Partners, LLC, and Serrano Partners, LLC to Proposed Cure Amounts in Connection with the Assumption of Their Contracts | 22089 | 11/14/11 |
| 35. | Objection of American Municipal Power, Inc. to Proposed Assumption of Derivatives Agreement Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 22093 | 11/14/11 |
| 36. | Objection of Government of Singapore Investment Corporation Pte. Ltd. to Proposed Assumption of Derivatives Agreement Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors | 22095 | 11/14/11 |
| 37. | Objection of Anthracite Balanced Company (Discover 1) Ltd., et al to Assumption of Derivatives Contracts as Set Forth in the Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code | 22175 | 11/15/11 |
| 38. | Objection of Eurosail 2006-1 PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan Of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22222 | 11/16/11 |
| 39. | Limited Objection of Consumer Unsecured Reperforming Loans (CURL) PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22224 | 11/16/11 |
| 40. | Objection of Eurosail 2006-3NC PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22225 | 11/16/11 |
| 41. | Objection of Eurosail 2006-2BL PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22227 | 11/16/11 |
| 42. | Limited Objection of Eurosail-UK 2007-2NP PLC to the Debtors Proposed Assumption of Certain Executory Contracts Pursuant to Debtors Third Amended Plan of Reorganization Pursuant to Section 1121 of the Bankruptcy Code | 22229 | 11/16/11 |

| NUMBER | UNRESOLVED RESPONSES | ECF NUMBER | DATE FILED |
|--------|---------------------|------------|------------|
| 43. | Aviva S.p.A., Aviva Vita S.p.A., Aviva Life S.p.A., Aviva Italia S.p.A. and Aviva Assicurazioni S.p.A. to Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors | 22681 | 11/28/11 |
| 44. | Objection of Heungkuk Life Insurance Co. Ltd., Heungkuk Fire & Marine Insurance Co. Ltd., Meritz Fire and Marine Insurance Co, Ltd., Woori Bank, BNY Mellon Corporate Trustee Services Limited and Granite Finance Limited to Debtors' Proposed Assumption of Executory Contracts | 24101 | 1/6/12 |
| 45. | Objection of Andbanc Grup Agricol Reig to the Debtors' Assumption of Certain Derivative Contracts[*] | 25036 | 2/7/2012 |
| 46. | Objection of Santander Asset Management SGFIM SA to the Debtors' Assumption of Certain Derivative Contracts[*] | 25040 | 2/7/2012 |

---

[*] These Objections are untimely.

<u>Exhibit 4</u>

(**Two Hundred Ninety-Seventh** Omnibus Objection to Claims
(Invalid or No Blocking Number LPS Claims) **[ECF No. 27868] -** Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| CABINET KINESITHERAPIE | 19647 | 28637 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | N/A |
| SAFRA NATIONAL BANK OF NEW YORK AS CUSTODIAN FOR ITS CLIENTS | 4703 | N/A |

<u>Exhibit 5</u>

(**<u>Ninety-Seventh</u>** Omnibus Objection to Claims
(Insufficient Documentation) **[ECF No. 14492] -** Adjourned Responses)

| **Claimant Name** | **Claim Number** |
|---|---|
| Bank of America, National Association, successor by merger to LaSalle Bank, N.A. | 25648 |
| U.S. Bank National Association, and U.S. Bank National Association as Trustee Transferor: Bank of America, National Association[1] | 15989, 15992, 15993, 15994, 15995, 15996, 16357, 16358, 16359, 16361, 16363, 16367, 16378, 16380, 16381, 16383, 16387, 16388, 16416, 16418, 24349, 24582, 25654 |
| U.S. Bank National Association Transferor: Bank of America, National Association[2] | 15981, 15983, 15984, 15985, 15986, 15987, 15988, 15997, 15998, 16349, 16351, 16352, 16354, 16355, 16356, 16360, 16362, 16364, 16365, 16366, 16368, 16369, 16370, 16371, 16372, 16374, 16375, 16376, 16384, 16385, 16386, 16390, 16391, 16393, 16394, 16395, 16396, 16397, 16398, 16399, 16415, 16417, 16419, 16420, 16421, 16422, 16423, 16424, 16425, 16426, 16427, 16428 |
| Deutsche Bank, National Trust Company, as Trustee | 18542 |
| Wilmington Trust Company[3] | 16382 |

[1] Claims transferred by Bank of America National Association to U.S. Bank National Association and U.S. Bank National Association, as Trustee pursuant to Transfer of Claims Other Than for Security filed June 20, 2011 [Docket No. 17904].

[2] Claims transferred by Bank of America National Association to U.S. Bank National Association pursuant to Transfer of Claims Other Than for Security filed October 11, 2011 [Docket No. 20739].

[3] Claim transferred by Bank of America National Association to Wilmington Trust Company pursuant to Transfer of Claim Other Than for Security filed December 13, 2011 [Docket No. 23280].