HEARING DATE AND TIME: TBD
OBJECTION DEADLINE: TBD

Bryan R. Kaplan
PAUL HASTINGS LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Counsel to Palmyra Capital Fund, L.P.,*
*Palmyra Capital Institutional Fund, L.P.*
*and Palmyra Capital Offshore Fund, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x
                                                                  :
**In re:**                                                        : Chapter 11
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                      : Case No. 08-13555 (JMP)
                                                                  :
           **Debtors.**                                           : **(Jointly Administered)**
                                                                  :
----------------------------------------------------------------- x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF CLAIMANTS**
**PALMYRA CAPITAL FUND, L.P., PALMYRA CAPITAL INSTITUTIONAL**
**FUND, L.P. AND PALMYRA CAPITAL OFFSHORE FUND, L.P.**
**TO PERMIT LATE FILING OF THEIR GUARANTEE CLAIMS PURSUANT**
**TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)**

**PLEASE TAKE NOTICE** that the hearing to consider the Motion of Claimants Palmyra Capital Fund, L.P., Palmyra Capital Institutional Fund, L.P. and Palmyra Capital Offshore Fund, L.P. to Permit Late Filing of their Guarantee Claims Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) [Docket No. 10370] (the "Motion"), previously scheduled to be heard on June 28, 2012 at 10:00 a.m. (Eastern Time), **has been adjourned to a date and time to be determined**.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file any objections or responses to the Motion also has been extended to a date and time to be determined.

Dated: June 27, 2012
      New York, New York

    /s/ Bryan R. Kaplan
    Bryan R. Kaplan
    PAUL HASTINGS LLP
    Park Avenue Tower
    75 E. 55th Street, First Floor
    New York, New York 10022
    Telephone: (212) 318-6000
    Facsimile: (212) 319-4090

    *Counsel to Palmyra Capital Fund, L.P.,*
    *Palmyra Capital Institutional Fund, L.P.*
    *and Palmyra Capital Offshore Fund, L.P.*