B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.      Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Calogy Associates LLC
Name of Transferee

Black River FIRV Opportunity Master Fund Ltd.
Name of Transferor

Name and Address where notices to transferee should be sent:

Calogy Associates LLC
c/o Richards Kibbe & Orbe LLP
Attn: Larry Halperin
One World Financial Center
New York, NY 10281

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known): 45146 (amending claim 22706 filed 9/21/09)
Amount of Claim: $5,512,243.00
Date Claim Filed: 10/23/09
Debtor: Lehman Brothers Holdings Inc.

Phone: (212) 530-1870
Last Four Digits of Acct #: _____

Phone: (952) 984-3350
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Richard Kibbe & Orbe LLP*          Date: 6/27/12

Richards Kibbe & Orbe LLP, as authorized signatory for, and not in the capacity as legal counsel to, the Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Agreed and acknowledged:

Black River FIRV Opportunity Master Fund Ltd.
By: Black River Asset Management LLC
    its Investment Advisor

By: _____
Name:
Title:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: __6/27/12__
    Richards Kibbe & Orbe LLP, as authorized signatory for,
    and not in the capacity as legal counsel to, the Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Agreed and acknowledged:

Black River FIRV Opportunity Master Fund Ltd.
By:   Black River Asset Management LLC
      its Investment Advisor

By: _/s/ Mark D. Rabogliatti_
Name: MARK G. RABOGLIATTI
Title: CHIEF LEGAL OFFICER