WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                   :
In re                                                              : Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                       : 08-13555 (JMP)
                                                                   :
                   Debtors.                                        : (Jointly Administered)
                                                                   :
                                                                   :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**TWO HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for June 28, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, (i) solely as to the claims listed on Exhibit A attached hereto, to July 19, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "July Hearing"), or as soon thereafter as counsel may be heard, and **(ii) solely as to the claims listed on Exhibit B attached hereto, to August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "August Hearing," and, together with the July Hearing, the "Hearings"), or as soon thereafter as counsel may be heard. The Hearings will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and each such Hearing may be further

adjourned from time to time without further notice other than an announcement at each such Hearing.

Dated: June 27, 2012
      New York, New York

                                          /s/ Robert J. Lemons
                                          Robert J. Lemons

                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007

                                          Attorneys for Lehman Brothers Holdings Inc.
                                          and Certain of Its Affiliates

# Exhibit A

## Claims Adjourned to July 19, 2012 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | 23642 | N/A |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | 23643 | N/A |

## Exhibit B

## Claims Adjourned to August 23, 2012 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| FPL ENERGY POWER MARKETING, LLC | 32089 | N/A |
| FPL ENERGY POWER MARKETING, LLC | 32101 | N/A |