**EDWARDS WILDMAN PALMER LLP**
750 Lexington Avenue
New York, NY 10022
Telephone: (212) 308-4411
Fax: (212) 308-4844
Larry D. Henin
Paul J. Labov

*Attorneys for Massachusetts Development Finance Agency*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF
MASSACHUSETTS DEVELOPMENT FINANCE AGENCY TO
ASSUMPTION BY DEBTORS OF PREPETITION DERIVATIVE CONTRACTS**

PLEASE TAKE NOTICE that:

1. On or about November 4, 2011, Massachusetts Development Finance Agency ("MDFA") filed the Limited Objection of Massachusetts Development Finance Agency to Assumption by Debtors of Prepetition Derivative Contracts [Dkt. No. 21601] (the "Objection"). Thereafter, MDFA, as successor to the Massachusetts Industrial Finance Agency ("MIFA"), reached an agreement with the Debtors, thereby resolving the Objection.

2. Pursuant to the parties' agreement, the Debtors agreed to withdraw their application to assume certain executory contracts and unexpired leases, including those pertaining to MDFA, and MDFA agreed to withdraw its Objection.

3. On or about May 31, 2012, the Debtors filed the Fifth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts [Dkt. No. 28313] (the

"Withdrawal"). Exhibit B to the Withdrawal, which provides a list of "Withdrawn Contracts", includes the 1992 ISDA Master Agreement entered into between the parties which is the subject of the Objection.

    4.    Accordingly, MDFA hereby withdraws its Objection to Debtors' Proposed Assumption of ISDA Master Agreements.

Dated: New York, New York
         June 27, 2012

                              EDWARDS WILDMAN PALMER LLP

                              /s/ Paul J. Labov_____
                              Paul J. Labov
                              750 Lexington Avenue
                              New York, NY 10022
                              (212) 308-4411

                              *Attorneys for Massachusetts Development Finance Agency*