WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                              :     **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :     **08-13555 (JMP)**
                                                   :
                    Debtors.                       :     **(Jointly Administered)**
------------------------------------------------------------------x

**LEHMAN BROTHERS HOLDINGS INC.–APPELLEE'S COUNTER–DESIGNATION
OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellee, Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities in the above-referenced chapter 11 cases (the "Chapter 11 Estates"), hereby designates, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the following additional items to be included in the record on appeal in addition to items designated by appellant, William Kuntz, III ("Appellant").[1]

---

[1] Appellant filed a notice of appeal, dated June 7, 2012 [ECF No. 28729] and provided LBHI with a designation of issues. LBHI reserves all its rights with respect to the Appellant's designation of issues.

US_ACTIVE:\44036102\3\58399.0011

## COUNTER-DESIGNATION OF RECORD

| Lehman Brothers Holdings Inc. (Case No. 08-13555) (JMP) | | | |
|---|---|---|---|
| **Designation Number** | **Date of Filing** | **Docket Number** | **Description** |
| 1. | 07/02/2009 | 4271 | Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form |
| 2. | 09/02/2009 | N/A | Proof of Claim No. 10509 filed by William Kuntz III |
| 3. | 09/02/2009 | N/A | Proof of Claim No. 10510 filed by William Kuntz III |
| 4. | 09/02/2009 | N/A | Proof of Claim No. 10511 filed by William Kuntz III |
| 5. | 09/15/2009 | N/A | Proof of Claim No. 35120 filed by William Kuntz III |
| 6. | 09/15/2009 | N/A | Proof of Claim No. 35121 filed by William Kuntz III |
| 7. | 09/15/2009 | N/A | Proof of Claim No. 35122 filed by William Kuntz III |
| 8. | 09/15/2009 | N/A | Proof of Claim No. 35123 filed by William Kuntz III |
| 9. | 09/15/2009 | N/A | Proof of Claim No. 35430 filed by William Kuntz III |
| 10. | 09/22/2009 | N/A | Proof of Claim No. 33550 filed by William Kuntz III |
| 11. | 09/22/2009 | N/A | Proof of Claim No. 33551 filed by William Kuntz III |
| 12. | 09/22/2009 | N/A | Proof of Claim No. 33552 filed by William Kuntz III |
| 13. | 03/19/2010 | 7703 | Transcript of Hearing Held on March 17, 2010 at 10:00 a.m. |
| 14. | 03/25/2010 | 7828 | Order Granting Debtors' Fourth Omnibus Objection to Claims (Amended and Superseded Claims) |
| 15. | 05/25/2010 | 9234 | Order Granting Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) |
| 16. | 07/01/2010 | 9990 | Order Regarding Debtors' Fourteenth Omnibus Objection to Claims (Amended and Superseded Claims) |
| 17. | 10/28/2010 | 12552 | Transcript of Hearing Held on October 27, 2010 at 10:07 a.m. |
| 18. | 04/19/2012 | 27502 | Affidavit of Service of Eleni Kossivas of Epiq Bankruptcy Solutions, LLC of Objection of Lehman Brothers Holdings Inc. to the Motion of William Kuntz III for Relief |

US_ACTIVE:\44036102\3\58399.0011

| **Lehman Brothers Holdings Inc. (Case No. 08-13555) (JMP)** | | | |
|---|---|---|---|
| **Designation Number** | **Date of Filing** | **Docket Number** | **Description** |
| 19. | 04/30/2012 | 27739 | Transcript of Hearing Held on April 26, 2012 at 10:00 a.m. |

| **William Kuntz III, Appellant v. Lehman Brothers Holdings Inc., Appellee (Case No. 10-09556) (JSR)** | | | |
|---|---|---|---|
| **Designation Number** | **Date of Filing** | **Docket Number** | **Description** |
| 1. | 12/23/2010 | 1 | Notice of Appeal of Memorandum Decision and Order Docket No. 12662] |
| 2. | 01/11/2011 | 2 | Notice of Court Conference |
| 3. | 01/25/2011 | 3 | Judge Rakoff's Order Dismissing Appeal |
| 4. | 01/25/2011 | 4 | Clerk's Judgment Dismissing Appeal |
| 5. | N/A | N/A | Transcript of Hearing Held on January 24, 2011 at 12:15 p.m. before Judge Rakoff Dismissing Appeal (Dis. Ct. 10-09556) |

Dated: June 27, 2012
      New York, New York

                                         /s/ Robert J. Lemons
                                         Robert J. Lemons

                                         WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                         New York, New York 10153
                                         Telephone:  (212) 310-8000
                                         Facsimile:  (212) 310-8007

                                         Attorneys for Lehman Brothers Holdings Inc.
                                         and Certain of Its Affiliates

3