UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                         :    Chapter 11
                                                              :
                                                              :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :
    Debtors.                                                  :    (Jointly Administered)
                                                              :
                                                              :    Ref. Docket No. 28967 & 28969
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 25, 2012, I caused to be served the following:

   a) "Notice of Seventy-Ninth Supplemental List of Ordinary Course Professionals," dated June 25, 2012 [Docket No. 28967], (the "Notice of 79th Supplemental"), and

   b) "Affidavit and Disclosure Statement of Lewis G. Feldman, on Behalf of Goodwin Procter LLP," dated June 22, 2012 [Docket No. 28969], (the "Lewis G. Feldman Affidavit").

   by causing true and correct copies of the:

   i. Notice of 79th Supplemental and Lewis G. Feldman Affidavit, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. Lewis G. Feldman Affidavit, to be delivered via electronic mail to the party listed on the annexed Exhibit B, and

   iii. Notice of 79th Supplemental and Lewis G. Feldman Affidavit, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Genevieve Uzamere

Sworn to before me this
26th day of June, 2012

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\LBH\Affidavits\Ntc of 79th Supp, Lewis G. Feldman Aff_DI 28967, 28969_AFF_6-25-12_KO.doc

# EXHIBIT A

**Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

# EXHIBIT B

BHarvey@goodwinprocter.com

08-13555-mg    Doc 29094    Filed 06/27/12    Entered 06/27/12 20:34:37    Main Document
Pg 6 of 8

**EXHIBIT C**

**UST- OVN**
OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004